AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

DAVID A. NAPOLI, D.C., d/b/a
NAPOLI CHIROPRACTIC CENTER and all
others similarly situated,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY and
MEDVIEW SERVICES, INC.

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 00-6061

CIV - Judge Ferguson

Magistrate: Judge Snow

TO: (Name and Address of Defendant)

    MEDVIEW SERVICES, INC.
    BY SERVING ITS REGISTERED AGENT:
    C.T. CORPORATION SYSTEM
    1200 South Pine Island Road
    Plantation, FL 33324

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Arthur Gold, Esq.
    Gold, Rosenfeld & Coulson
    11 S. LaSalle Street, Suite 2500
    Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within ___TWENTY___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox
CLERK

BY DEPUTY CLERK

JAN 14 2000
DATE