AO 440 (Rev. 5/85) Summons in a Civil Action

00 FEB -1 PM 4:07

CLARENCE MADDOX
U.S. DIST. CT.
S.D. OF FLA.-FTL

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

DAVID A. NAPOLI, D.C., d/b/a
NAPOLI CHIROPRACTIC CENTER and all
others similarly situated,
   Plaintiff,
     v.

ALLSTATE INSURANCE COMPANY and
MEDVIEW SERVICES, INC.
   Defendants.

ALIAS

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 00-6061

CIV - Judge Ferguson
Magistrate: Judge Snow

TO: (Name and Address of Defendant)

   MEDVIEW SERVICES, INC. at CCN MANAGED CARE, INC.
   CARE OF:  Corporate Service Company
                 1013 Center Road
                 Wilmington, Delaware  19805

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

   Arthur Gold, Esq.
   Gold, Rosenfeld & Coulson
   11 S. LaSalle Street, Suite 2500
   Chicago, Illinois  60603

an answer to the complaint which is herewith served upon you, within ___TWENTY___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox

CLERK

BY DEPUTY CLERK

DATE  FEB 0 1 2000