AO 440 (Rev. 5/85) Summons in a Civil Action

00 FEB -1 PM 4:07

# United States District Court

SOUTHERN DISTRICT OF FLORIDA — FTL

DAVID A. NAPOLI, D.C. d/b/a
NAPOLI CHIROPRACTIC CENTER and all
others similarly situated,
        Plaintiffs,

V.

ALLSTATE INSURANCE COMPANY,
        Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **CIV - FERGUSON**

**00-6061**

MAGISTRATE JUDGE
SNOW

TO: (Name and Address of Defendant)

    ALLSTATE INSURANCE COMPANY
    2775 Sanders Road
    Northbrook, Illinois

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Arthur Gold, Esq.
    Gold, Rosenfeld & Coulson
    11 S. LaSalle Street, Suite 2500
    Chicago, Illinois  60603

an answer to the complaint which is herewith served upon you, within ___TWENTY___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox
CLERK

BY DEPUTY CLERK

DATE  Jan 12, 2000

AO 440 (Rev. 5/85) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE Jan 14, 2000    9:15 a.m. |
| NAME OF SERVER  Jeff Brown | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 2775 Sanders Rd. Northbrook, Il.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): William Boodro, Staff Counsel was the person served

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Jan 14, 2000           [signature]
              Date                    Signature of Server

              9030 Lamon    Skokie, Il. 60077
              Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.