AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA-FTL

DAVID A. NAPOLI, D.C., d/b/a
NAPOLI CHIROPRACTIC CENTER and all
others similarly situated,

        Plaintiff,

v.

ALLSTATE INSURANCE COMPANY and
MEDVIEW SERVICES, INC.

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 00-6061

CIV - Judge Ferguson

Magistrate: Judge Snow

TO: (Name and Address of Defendant)

    MEDVIEW SERVICES, INC.
    BY SERVING ITS REGISTERED AGENT:
    C.T. CORPORATION SYSTEM
    1200 South Pine Island Road
    Plantation, FL 33324

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Arthur Gold, Esq.
    Gold, Rosenfeld & Coulson
    11 S. LaSalle Street, Suite 2500
    Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within __TWENTY__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox

CLERK

BY DEPUTY CLERK

DATE JAN 1 4 2000

AO 440 (Rev. 5/85) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 1/19/00 11:10A |
| NAME OF SERVER ART ROSENAUER | TITLE PI |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: ANNE BASTILIER

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☑ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/19/00     _____ (Signature of Server)

1 E Broward Blvd Ft/Laud
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure