UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

00 FEB -7 PM 1:02

CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

DAVID A. NAPOLI, D.C.
d/b/a NAPOLI CHIROPRACTIC CENTER,
and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and
MEDVIEW SERVICES, INC.,

    Defendants.

CASE NO.: 00-CV-6061

JUDGE FERGUSON

MAGISTRATE JUDGE SNOW

### DEFENDANT, ALLSTATE INSURANCE COMPANY'S
### UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, Allstate Insurance Company, through its undersigned counsel, hereby moves for a twenty-day extension of time, until February 23, 2000, to serve its response to the Complaint.

In support of this motion, Defendant would show unto the Court the following:

1. Plaintiffs have filed a seven-count Complaint in this case raising claims under Section 627.736, Florida Statutes; 18 U.S.C. Sections 1341, 1343 and 1346; 18 U.S.C. Sections 1951, 1952 and 1962; and 15 U.S.C. Sections 1, 2 and 13.

2. The summons was served on Allstate's home office in Northbrook, Illinois on January 14, 2000. A response is currently due February 3, 2000.

3. Counsel for Allstate needs additional time to research the claims before an appropriate response can be served.



4. No prejudice will result from this extension. The other Defendant, Medview Services, Inc., has not yet responded to the Complaint.

5. Undersigned counsel contacted Douglas Blankman, Counsel for Plaintiffs, who indicated that he has no objection to this twenty-day extension of time.

6. A proposed Order granting the extension is attached hereto.

WHEREFORE, Defendant requests the Court to enter the proposed Order granting an extension until February 23, 2000 to serve its response to Plaintiffs' Complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to Douglas A. Blankman, Esquire, Kopelman & Blankman, P.A., One Financial Plaza, Suite 1611, Ft. Lauderdale, FL 33394, Carlin Phillips, Esquire, Gogel, Phillips & Garcia, LLP, 13 Ventura Drive, North Dartmouth, MA 02747 and Arthur Gold, Esquire, Gold, Rosenfeld & Coulson, 11 S. LaSalle Street, Suite 2500, Chicago, IL 60603, this 3rd day of February, 2000.

_____
LORI J. CALDWELL
Florida Bar No. 0268674
DAVID B. SHELTON
Florida Bar No. 0710539
RUMBERGER, KIRK & CALDWELL
A Professional Association
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 839-4511
Telecopier: (407) 841-2133

Attorneys for Allstate Insurance Company

OF COUNSEL

PETER J. VALETA
Florida Bar No. 327557
ROSS & HARDIES
150 North Michigan Ave., Suite 2500
Chicago, Illinois 60601
Telephone: (312) 750-3619
Telecopier: (312) 920-7241
559836

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| DAVID A. NAPOLI, D.C. <br> d/b/a NAPOLI CHIROPRACTIC CENTER, <br> and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, and <br> MEDVIEW SERVICES, INC., <br><br> Defendants. | CASE NO.: 00-CV-6061 <br><br> JUDGE FERGUSON <br><br> MAGISTRATE JUDGE SNOW |

## ORDER GRANTING EXTENSION OF TIME

THIS CAUSE, having come to be considered by this Court upon the unopposed motion of the Defendant, Allstate Insurance Company, and Counsel for the Plaintiffs' having no objection to same, and the Court being fully advised in the premises, it is thereupon

ORDERED and ADJUDGED that the Defendant, Allstate Insurance Company, shall serve its response to the Complaint by February 23, 2000.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida, this _____ day of _____, 2000.

Wilkie D. Ferguson, Jr.
United States District Judge

Conformed copies:

Douglas A. Blankman, Esquire
Carlin Phillips, Esquire
Arthur Gold, Esquire
David Shelton, Esquire
Peter Valeta, Esquire
559845