IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

00 FEB -8 AM 11: 16

CLARENCE HADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

DAVID A. NAPOLI, D.C. )
d/b/a NAPOLI CHIROPRACTIC CENTER, and )
all others similarly situated, )
)
    Plaintiffs, )  C.A. No. 00-6061
)   Judge Ferguson
v. )   Magistrate Judge Snow
)
ALLSTATE INSURANCE COMPANY, and )
MEDVIEW SERVICES, INC., )
)
    Defendants. )

## APPLICATION TO BE ADMITTED PRO HAC VICE

NOW COMES Arthur S. Gold, a member of the firm of GOLD, ROSENFELD & COULSON, a partnership of professional and limited liability corporations, and states as follows:

1. He is a member in good standing of the Bar of the State of Illinois as evidenced by the attached certificate from the Supreme Court of the State of Illinois.

2. By virtue of his signature on this application below, he certifies that he has studied the Rules of the United State District Court for the Southern District of Florida and makes this application in accordance with Rule 4(b). This application designates Doug Blankman, a member of the bar of this Court, as his named designee in accordance with Local Rule 4(b) and that Mr. Blankman's address is 1 Financial Plaza, Fort Lauderdale, Florida 33394.

3. Your applicant submits a check for $75.00 in accordance with the requirements of the United States District Court for the Southern District of Florida.

1

FILING FEE
PAID 75 —
In Forma
Pauperis Receipt #518521
Clarence Maddox, Clerk

                                               Respectfully submitted,

                                               _____
                                               Arthur S. Gold

GOLD, ROSENFELD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street, Ste 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 (facsimile)
#5231

GOGEL, PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 (facsimile)

KOPELMAN & BLANKMAN
A Professional Association
National Towers
Suite 1611
1 Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 (facsimile)

C:\WP51\ASG\NAPOLI\APPLICA

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Arthur S. Gold

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 18, 1965, and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this February 1, 2000.

*Juleann Hornyak*
Clerk

```
Tue Feb  8 11:16:00 2000

    UNITED STATES DISTRICT COURT

    MIAMI           , FL

Receipt No.   401 518521
Cashier          fleming

Tender Type  CHECK

Check Number: 2-15/710 #47957

Transaction Type   C

Case No./Def No. 1:88-LB-4       /   1

DO Code    Div No      Acct
 4600        0        6855XX

Amount              $    75.00

ARTHUR S. GOLD & ASSOCIATES, LTD.


PHV/00CV6061/WDF/ARTHUR S. GOLD




Tue Feb  8 11:16:00 2000

Check No. 2-15/710 #47957
Amount$    75.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4600
```