AO 440 (Rev. 5/85) Summons in a Civil Action

FILED BY _____ D.C.

00 FEB -1 PM 4:07

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

ALIAS

DAVID A. NAPOLI, D.C., d/b/a
NAPOLI CHIROPRACTIC CENTER and all
others similarly situated,
   Plaintiff,
       v.

ALLSTATE INSURANCE COMPANY and
MEDVIEW SERVICES, INC.

   Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 00-6061

CIV - Judge Ferguson
Magistrate: Judge Snow

FILED BY _____ D.C.
00 FEB 15 PM 4:25
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

TO: (Name and Address of Defendant)

   MEDVIEW SERVICES, INC. at CCN MANAGED CARE, INC.
   CARE OF: Corporate Service Company
           1013 Center Road
           Wilmington, Delaware  19805

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

   Arthur Gold, Esq.
   Gold, Rosenfeld & Coulson
   11 S. LaSalle Street, Suite 2500
   Chicago, Illinois   60603

an answer to the complaint which is herewith served upon you, within ____TWENTY____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

FEB 0 1 2000

Clarence Maddox

CLERK

_signature: Q. Jordan_

BY DEPUTY CLERK

DATE

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 2/8/00 |
| NAME OF SERVER Marshal Manlove | TITLE Special Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served The Corporate Service Company, an authorized agent to accept service on behalf of Medview Services, Inc at CCN Managed Care, Inc

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/8/00   _[Signature of Server]_

Parcels Inc 10th Hwy at Wilmington DE 19801
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.