**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

DAVID A. NAPOLI, D.C. )
d/b/a NAPOLI CHIROPRACTIC CENTER, )
and all others similarly situated, )
)
     **Plaintiffs,** )
)
v. )
)
ALLSTATE INSURANCE COMPANY, and )
MEDVIEW SERVICES, INC., )
     ; 
     **Defendants.** )
_____ )

**CASE NO.:  00-CV-6061**

**JUDGE FERGUSON**

**MAGISTRATE JUDGE SNOW**

## ORDER GRANTING EXTENSION OF TIME

THIS CAUSE, having come to be considered by this Court upon the unopposed motion

of the Defendant, Allstate Insurance Company, and Counsel for the Plaintiffs' having no

objection to same, and the Court being fully advised in the premises, it is thereupon

ORDERED and ADJUDGED that the Defendant, Allstate Insurance Company, shall

serve its response to the Complaint by February 23, 2000.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida, this 21st day of

February, 2000.

_____
Wilkie D. Ferguson, Jr.
United States District Judge

Conformed copies:

Douglas A. Blankman, Esquire
Carlin Phillips, Esquire
Arthur Gold, Esquire
David Shelton, Esquire
Peter Valeta, Esquire
559845

