IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DAVID A. NAPOLI, D.C.<br>d/b/a NAPOLI CHIROPRACTIC CENTER, and<br>all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, and<br>MEDVIEW SERVICES, INC.,<br><br>    Defendants. | C.A. No. 00-6061<br>Judge Ferguson<br>Magistrate Judge Snow |

## **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

NOW COMES Plaintiff, David A. Napoli, D.C. d/b/a Napoli Chiropractic Center ("Dr. Napoli"), by and through his attorneys, GOLD, ROSENFELD & COULSON, a partnership of professional and limited liability corporations, GOGEL, PHILLIPS & GARCIA, LLP, and KOPELMAN & BLANKMAN, a professional association, and hereby moves this Honorable Court to order the present action to proceed as a class action pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure and to certify a class consisting of:

> all Florida healthcare providers whose bills for medical services rendered to patients covered by Allstate Insurance Company's ("Allstate") personal injury protection automobile insurance policies were discounted by Allstate based upon a purported MedView Services, Inc. Preferred Provider Organization reduction.

Further, Plaintiff also moves that this Court order that Plaintiff serve as class representative and that Plaintiff's attorneys, GOLD, ROSENFELD & COULSON, a partnership of professional and

1



limited liability corporations, GOGEL, PHILLIPS & GARCIA, LLP, and KOPELMAN & BLANKMAN, a professional association, be appointed to serve as class counsel on behalf of the class.

In the present action, Plaintiff and a class of similarly situated medical providers challenge Defendants' concerted practice of systematically discounting Florida Personal Injury Protection ("PIP") medical expense claims by misappropriating their confidential, proprietary MedView Services, Inc. Preferred Provider Organization discounts and applying such discounts to their PIP medical expense claims. Plaintiff's claims, and the class that he seeks to represent, arise from Allstate's application of Preferred Provider Organization discounts contained in the standard MedView Services, Inc. Preferred Provider Agreement.

In support of this Motion for Class Certification, Plaintiff asserts that the class is so numerous that joinder of all members is impractical, that there are questions of law and fact common to the class, that Plaintiff's claims are typical of those of the members of the purported class, and that Plaintiff is an adequate representative of the purported class. Moreover, common questions of law and fact predominate over any questions affecting individual class members and a class action would be the superior method for resolving this case. In further support of this Motion, Plaintiff has attached his Memorandum of Law in Support of Plaintiff's Motion for Class Certification.

WHEREFORE, Plaintiff moves that this Honorable Court order that the present case be certified to proceed as a class action, that he be appointed to act as class representative, and that his attorneys be appointed to serve as class counsel.

Respectfully submitted

By: _____
By one of Dr. Napoli's attorneys

GOLD, ROSENFELD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street, Ste 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 (facsimile)
#5231

GOGEL, PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 (facsimile)

KOPELMAN & BLANKMAN
A Professional Association
National Towers
Suite 1611
1 Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 (facsimile)