IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DAVID A. NAPOLI, D.C.
d/b/a NAPOLI CHIROPRACTIC CENTER, and
all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and
MEDVIEW SERVICES, INC.,

    Defendants.

C.A. No. 00-6061
Judge Ferguson
Magistrate Judge Snow

## NOTICE OF FILING

TO:    See attached service list

PLEASE TAKE NOTICE that on March 8, 2000 we caused to be filed with the Clerk of the United States District Court for the Southern District of Florida, Plaintiff's Motion for Class Certification, Memorandum of Law in Support of Plaintiff's Class Certification, and Dr. Napoli's Opposition to Allstate's Dismissal Motion, copies of which are attached hereto and herewith served upon you.

                        DOUGLAS A. BLANKMAN, ESQ.

GOLD, ROSENFELD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 South LaSalle Street
Suite 2500
Chicago, IL  60603
(312) 372-0777
(312) 372-0778 Facsimile
Attorney No. 5231

GOGEL, PHILLIPS & GARCIA
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile



KOPELMAN & BLANKMAN
A Professional Association
National Towers
Suite 1611
1 Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 (facsimile)

STATE OF FLORIDA

COUNTY OF BROWARD

## PROOF OF SERVICE BY MAIL

   The undersigned, being first duly sworn under oath, deposes and states that the above mentioned was served the above and foregoing Notice of Filing at the respective address by placing said contents in a sealed envelope and depositing same in a U.S. Mail on March 8, 2000 before 5:00 p.m., with proper postage.

               Douglas A. Blankman, Esq.

Subscribed and sworn to
before me this 8th day
of March, 2000.

_____
Notary Public

c:\wp51\asg\NAPOLI\notice3.fil



ARLENE CULLINEY
MY COMMISSION # CC 570825
EXPIRES: November 1, 2000
Bonded Thru Notary Public Underwriters

SERVICE LIST

Mr. David B. Shelton
Rumberger, Kirk & Caldwell
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873


Edward M. Waller, Jr.
Fowler, White, Gillen, Boggs, Villareal
and Banker, P.A.
Attorneys for Medview
501 E. Kennedy Blvd.
Tampa, Florida 33602
(813)228-7411
(813) 229-8313 Facsimile


GOGEL, PHILLIPS & GARCIA
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN
A Professional Association
National Towers
Suite 1611
1 Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 (facsimile)

ROSS & HARDIES
Peter J. Valeta
Attorneys for Allstate
150 N. Michigan Avenue
Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile