UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| DAVID A. NAPOLI, D.C.<br>d/b/a NAPOLI CHIROPRACTIC CENTER,<br>and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, and<br>MEDVIEW SERVICES, INC.,<br><br>Defendants. | CASE NO.: 00-CV-6061<br><br>JUDGE FERGUSON<br><br>MAGISTRATE JUDGE SNOW |

## JOINT STATUS REPORT

A. <u>Nature of the claim</u>

This is a class action brought by Dr. David A. Napoli ("DR. NAPOLI") on behalf of himself and all other similarly situated healthcare providers, seeking to recover damages and declaratory relief from Defendants Allstate Insurance Company ("ALLSTATE") and Medview Services, Inc., ("MEDVIEW").

B. <u>Summary of uncontested facts</u>

DR. NAPOLI is a licensed chiropractor who resides in the Southern District of the State of Florida and has his principal place of business at 5700 Stirling Road, Suite 9, Hollywood, Florida. ALLSTATE is an insurance company incorporated under the laws of the State of Illinois with a principal place of business located at 2775 Sanders Road, Northbrook, Illinois. ALLSTATE transacts business in the Southern District of Florida



C. <u>Issues presently known</u>

1. Whether the claims against MEDVIEW constitute a breach of contract as to MEDVIEW.

2. Whether the allegations made against ALLSTATE constitute unjust enrichment by ALLSTATE.

3. Whether DR. NAPOLI and those similarly situated were third party beneficiaries of the contracts between ALLSTATE and its insureds.

4. Whether the alleged conduct of MEDVIEW and ALLSTATE constitutes a violation of "RICO".

5. Whether or not the alleged conduct of MEDVIEW and ALLSTATE constitutes a violation of Federal Anti-Trust laws.

6. Whether the alleged conduct of ALLSTATE is a violation of Florida Statue 627.736 (10).

7. Whether or not DR. NAPOLI and those similarly situated are entitled to declaratory relief.

8. Whether ALLSTATE properly was entitled to apply discounts to invoices submitted by DR. NAPOLI in accordance with ALLSTATE's agreement with CCN.

9. Whether DR. NAPOLI is precluded from recovery in light of his knowing acceptance of and acquiesence to discounted payments by ALLSTATE without complaint for a significant period of time before instituting this lawsuit.

10. Whether DR. NAPOLI, who is not an insured, lacks standing to assert claims either for breach of ALLSTATE's insurance policies or for violations of Section 627.736(10), Fla. Stat.

2

D.  **Summary of pending motions**

Defendant ALLSTATE has filed a motion to dismiss counts IV, V, VI, and VII pursuant to Rules 8, 9, and 12 the Federal Rules of Civil Procedure. DR. NAPOLI will respond to ALLSTATE's motion and will file a motion for class certification by March 8, 2000.

E.  **Progress of discovery**

MEDVIEW has not formally appeared as of the presentation of this joint status report. DR. NAPOLI anticipates that one hundred and twenty (120) days will be necessary to complete discovery and that the case can be ready for trial and/or final pre-trial on or before August 13, 2000. ALLSTATE believes that in light of the pending motion to dismiss, among others, plaintiff's RICO and federal antitrust claims, which may substantially affect the nature of this case, it is premature to forecast either the length of time which will be needed for discovery or when the case will be ready for trial.

F.  **Projected trial time**

A jury demand has been filed. DR. NAPOLI believes that a trial in this case will take approximately seven (7) days. ALLSTATE believes that in light of the pending motion to dismiss, among others, plaintiff's RICO and federal antitrust claims, which may substantially affect the nature of this case, it is premature to forecast either the length of time which will be needed for discovery or when the case will be ready for trial.

G.  **Potential settlement**

No potential settlement has been discussed in this case.

H.  **Election to proceed before Magistrate**

The parties do not wish to proceed to trial before a magistrate.

3

Gogel, Phillips & Garcia, LLP

By: /s/ _____
GOGEL, PHILLIPS & GARCIA
Attorneys at Law
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile
Attorneys for Plaintiff

Rumberger, Kirk & Caldwell

By: /s/ _____
Rumberger, Kirk & Caldwell  C710539
Signature Plaza, Suite 300
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 839-4511
(407) 841-2133 Facsimile
Attorneys for Defendant, Allstate

Gold, Rosenfeld & Coulson

By: /s/ _____
Gold, Rosenfeld & Coulson
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile
Attorneys for Plaintiff

Kopelman & Blankman

By: /s/ _____
KOPELMAN & BLANKMAN  281778
A Professional Association
National Towers
Suite 1611
1 Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 (facsimile)
Attorneys for Plaintiff

4