# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### HONORABLE WILKIE D. FERGUSON, JR.

## CIVIL MINUTES

1. Case No. **00-6061**                     Date: **3/20/00**
2. Style **Napoli v. Allstate Insur. Co.**
3. Plaintiff's Counsel: **D. Blankman, A. Gold**
4. Defendant's Counsel: **D. Shelton**
5. Type of Proceeding: **Status Conf.**
6. Result of hearing:    Motion Granted ☐    Motion Denied ☐
7. Case Continued to: _____  Trial Set for _____
8. Does the case require mediation? _____

Notes: **Discussion of pending motions. T.P. will be Dec. 4 2000. Discov. Cutoff Sept. 25. Parties will have 45 additional days to respond to motion for class certification**

Law Clerk:            Derek Lewis

Courtroom Deputy:     Troy Walker

Courtroom Reporter:   Paul Haferling

