IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DAVID A. NAPOLI, D.C. )
d/b/a NAPOLI CHIROPRACTIC CENTER, and )
all others similarly situated, )
 )
 )
Plaintiffs, ) C.A. No. 00-6061
 ) Judge Ferguson
v. ) Magistrate Judge Snow
 )
ALLSTATE INSURANCE COMPANY, and )
MEDVIEW SERVICES, INC., )
 )
Defendants. )
 )

### NOTICE OF FILING

To:   David B. Shelton, Esquire, Rumberger, Kirk & Caldwell, Signature Plaza, Suite 300
      201 South Orange Avenue, P.O. Box 1873, Orlando, Florida 32802-1873

PLEASE TAKE NOTICE that on March 20, 2000, we caused to be filed with the Clerk of the United States District Court for the Southern District of Florida, Plaintiffs' Applications to Pro Hac Vice, copies of which are attached hereto and herewith served upon you.

    Douglas A. Blankman for
    Carlin J. Phillips

GOGEL, PHILLIPS & GARCIA, LLP
13 Ventura Drive
No. Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 (facsimile)

1



GOLD, ROSENFELD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street, Ste 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 (facsimile)
#5231

KOPELMAN & BLANKMAN
A Professional Association
National Towers
Suite 1611
1 Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 (facsimile)


STATE OF FLORIDA
COUNTY OF BROWARD:

    The undersigned being furst sworn under oath, deposes that the above mentioned was served the above and foregoing Notice of Filing at the respective address by placing said contents in a sealed envelope and depositing same in U.S. mail with proper postage this 20th day of March, 2000.

                                          Notary Public
                                          My Commission Expires:



ARLENE CULLINEY
MY COMMISSION # CC 570825
EXPIRES: November 1, 2000
Bonded Thru Notary Public Underwriters