FILING FEE
PAID $75.00
In Forma Pauperis Receipt #518904
Clarence Maddox, Clerk

NIGHT BOX FILED

MAR 20 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DAVID A. NAPOLI, D.C. )
d/b/a NAPOLI CHIROPRACTIC CENTER, and )
all others similarly situated, )
)
)
Plaintiffs, ) C.A. No. 00-6061
) Judge Ferguson
v. ) Magistrate Judge Snow
)
ALLSTATE INSURANCE COMPANY, and )
MEDVIEW SERVICES, INC., )
)
Defendants. )
)



## APPLICATION TO BE ADMITTED PRO HAC VICE

NOW COMES Kenneth J. Gogel, a member of the firm of GOGEL, PHILLIPS & GARCIA, LLP and states as follows:

1. I am a member of good standing of the Bar of the State of Massachusetts as evidenced by the attached certificate from the Supreme Court of the State of Massachusetts.

2. By virtue of my signature on this application below, I certify that I have studied the Rules of the United States District Court for the Southern District of Florida and makes this application in accordance with Rule 4(b). This application designates Doug Blankman, a member of the bar of this Court, as my named designee in accordance with Local Rule 4(b) and that Mr. Blankman's address is 1 Financial Plaza, Fort Lauderdale, Florida 33394.

3. As an applicant, I submit a check for $75.00 in accordance with the requirements of the United States District Court for the Southern District of Florida.

1



        Respectfully Submitted,
        On Behalf of the Plaintiffs,

_____
Kenneth J. Gogel, BBO # 547698

**GOGEL, PHILLIPS & GARCIA, LLP**
13 Ventura Drive
No. Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 (facsimile)

**GOLD, ROSENFELD & COULSON**
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street, Ste 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 (facsimile)
#5231

**KOPELMAN & BLANKMAN**
A Professional Association
National Towers
Suite 1611
1 Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 (facsimile)

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the fifteenth day of December A.D. 1986, said Court being the highest Court of Record in said Commonwealth:

## KENNETH J. GOGEL

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this twenty-eighth day of February in the year of our Lord two thousand.



MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116