UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAVID A. NAPOLI,                                  Case No. 00-6061-CIV-FERGUSON

   Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY and
MEDVIEW SERVICES,

   Defendants.
_____/

NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this case has been set for a HEARING before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207A, Ft. Lauderdale, Florida 33301, on April 14, 2000 at 11:30 a.m.**  All pending motions will be heard. Forty minutes have been reserved for this matter.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 20TH day of March, 2000.

                                                    _____
                                                    WILKIE D. FERGUSON, JR.
                                                    UNITED STATES DISTRICT JUDGE

Copies provided:
Douglas A. Blankman, Esq.
Carlin Phillips, Esq.
Arthur Gold, Esq.
Peter J. Valeta, Esq.
Lori J. Caldwell, Esq.

