UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6061-Civ-Ferguson

DISTRICT JUDGE: Ferguson
MAGISTRATE JUDGE: Snow

DAVID A. NAPOLI, D.C., d/b/a NAPOLI
CHIROPRACTIC CENTER, and all others
similarly situated,

    Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY and
MEDVIEW SERVICES, INC.,

    Defendants.



## MOTION TO APPEAR TELEPHONICALLY

Defendant Medview Services, Inc., through undersigned counsel, hereby requests permission to appear at the Court's March 20, 2000, status conference by telephone. In support of this motion, Medview states:

1. The undersigned, as well as counsel for Plaintiff and Co-defendant Allstate, are scheduled to appear for a status conference at 4:15 p.m. on March 20, 2000. Counsel for all three parties had planned to travel to Ft. Lauderdale to appear at the status conference in person.



2.  The undersigned became ill on the evening of Sunday, March 19, and this illness precludes travel to Ft. Lauderdale to attend the status conference. The undersigned would, however, be able to participate via telephone from his home.

3.  Moreover, the undersigned and his law firm were only recently retained, after Medview's initial counsel finally determined that they have a conflict that precludes their appearance in this case. Accordingly, there is no other lawyer in the undersigned's office with any knowledge of this matter who could appear in place of the undersigned.

4.  Accordingly, Medview respectfully requests that its counsel be allowed to participate in the March 20, 2000, status conference by telephone.

5.  The undersigned has no means to ascertain whether counsel for Plaintiff or Co-defendant Allstate will oppose this motion. On information and belief, those counsel are most likely already en route to Ft. Lauderdale.

### Memorandum of Law

This motion is submitted to the sound discretion of the District Court, to be exercised in accordance with Rule 1 of the Federal Rules of Civil Procedure.

McGUIRE, WOODS, BATTLE & BOOTHE LLP

By: _____
William W. Deem, Esq.
Florida Bar No. 0512834
50 N. Laura Street, Suite 3300
Jacksonville, FL  32202
(904) 798-3200
(904) 798-3207 (fax)
wwdeem@mwbb.com

Attorneys for Medview Services, Inc.

## Certificate of Service

I certify that a copy of the foregoing Motion to Appear Telephonically has been furnished by facsimile and U.S. Mail on this 20th day of March, 2000, to the following:

Douglas A. Blankman, Esq.
Kopelman & Blankman, P.A.
Nationsbank Tower, Suite 1611
One Financial Plaza
Fort Lauderdale, FL 33394
**Attorneys for Plaintiff**

Arthur Gold, Esq.
Gold, Rosenfeld & Coulson
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
**Attorneys for Plaintiff**

Carlin Phillips, Esq.
Gogel, Phillips & Garcia, LLP
13 Ventura Drive,
North Dartmouth, MA 02747.
**Attorneys for Plaintiff**

David Shelton, Esq.
Rumberger, Kirk & Caldwell
Signature Plaza, Suite 300
Post Office Box 1873
Orlando, FL 32802-1873
**Attorneys for Allstate**

_____
Attorney

\\JAC\2615\Columbia HCA\Napoli\plead\Medview Phone Motion.doc