# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

CASE NO. 00-6061-Civ-Ferguson

DISTRICT JUDGE: Ferguson
MAGISTRATE JUDGE: Snow

DAVID A. NAPOLI, D.C., d/b/a NAPOLI
CHIROPRACTIC CENTER, and all others
similarly situated,

       Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY and
MEDVIEW SERVICES, INC.,

       Defendants.

_____



## DEFENDANT MEDVIEW'S JOINDER IN MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR CLASS CERTIFICATION

    Defendant, Medview Services, Inc., hereby joins in Co-defendant Allstate Insurance Company's motion for extension of time to serve response to Plaintiff's motion for class certification, and adopts all grounds set forth therein. In addition, Medview would note that due to a delay in receiving process and, thereafter, a delay as Medview's initial counsel determined that they had a conflict of interest, Medview has only just now commenced its participation in this litigation. Medview respectfully submits that fairness



warrants the requested extension, in addition to those factors referenced in Allstate's motion.

McGUIRE, WOODS, BATTLE & BOOTHE LLP

By: _____

William W. Deem, Esq.
Florida Bar No. 0512834
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 (fax)
wwdeem@mwbb.com

Attorneys for Medview Services, Inc.

### Certificate of Service

I certify that a copy of Defendant Medview's Joinder in Motion for Extension of Time to Respond to Motion for Class Certification has been furnished by U.S. Mail on this _21_ day of March, 2000, to the following:

Douglas A. Blankman, Esq.
Kopelman & Blankman, P.A.
Nationsbank Tower, Suite 1611
One Financial Plaza
Fort Lauderdale, FL 33394
**Attorneys for Plaintiff**

Arthur Gold, Esq.
Gold, Rosenfeld & Coulson
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
**Attorneys for Plaintiff**

Carlin Phillips, Esq.
Gogel, Phillips & Garcia, LLP
13 Ventura Drive,
North Dartmouth, MA 02747.
**Attorneys for Plaintiff**

David Shelton, Esq.
Rumberger, Kirk & Caldwell
Signature Plaza, Suite 300
Post Office Box 1873
Orlando, FL 32802-1873
**Attorneys for Allstate**

_____
Attorney

\\JAC\2615\Columbia HCA\Napoli\plead\Joinder Motion.doc