# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## HONORABLE WILKIE D. FERGUSON, JR.

### CIVIL MINUTES

1. Case No. **00-6061**          Date: **4/14/00**
2. Style: **David Napoli v. Allstate Insurance**
3. Plaintiff's Counsel: **A. Gold   K. Phillips**
4. Defendant's Counsel: **O. Shelton   William Dean**
5. Type of Proceeding: **Hearing on defendant Motion to Dismiss**
6. Result of hearing:     Motion Granted ☐     Motion Denied ☐
7. Case Continued to: _____   Trial Set for _____
8. Does the case require mediation? _____

Notes: **Discussion of contract b/w Dr. Napoli and MedView. Defendants argue that there is only a breach of contract action available to the plaintiff though they do not concede that there was a breach. Parties wish to extend time to select a mediator. Motion Granted.**

Law Clerk:         Derek Lewis

Courtroom Deputy:  Troy Walker

Courtroom Reporter: Paul Haferling