IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DAVID A. NAPOLI, D.C., d/b/a
NAPOLI CHIROPRACTIC CENTER, and
all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and
MEDVIEW SERVICES, INC.

    Defendants.
_____\

CASE NO.: 00-6061-CIV
JUDGE: FERGUSON
MAGISTRATE: SNOW

## DEFENDANT MEDVIEW SERVICES, INC.'S REQUEST FOR ORAL ARGUMENT

COMES NOW Defendant MedView Services, Inc. ("MedView") and, pursuant to Local Rule for the U.S. District Court for the Southern District of Florida 7.1(B), requests oral argument on its Motion to Dismiss. MedView estimates that each side needs approximately 15 minutes to argue the Motion. MedView requests the oral argument because this matter, as plead, involves a large number of diverse factual and legal issues. Moreover, Plaintiff's response to the Motion to Dismiss injects a substantial number of issues that are in fact not relevant to the issues raised by this Motion, thereby obscuring the points at issue. MedView submits that oral argument will aid the Court in sorting through the collateral matter and determining the issues critical to its ruling on MedView's Motion to Dismiss.

WHEREFORE, Medview respectfully requests that this Court schedule Oral Argument on its Motion to Dismiss.



McGUIRE, WOODS, BATTLE & BOOTHE LLP


BY: _William W. Deem_ /s/
    William W. Deem, Esq.
    Fla. Bar No.: 0512834
    50 North Laura Street
    Suite 3300
    Jacksonville, Florida 32202
    (904) 798-3200
    (904) 798-3207 (fax)

ATTORNEYS FOR MEDVIEW SERVICES, INC.


## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was mailed by U. S. Mail to the following on this 21 day of April, 2000:

Arthur Gold, Esq.
Gold, Rosenfeld & Coulson
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603

Douglas A. Blankman, Esq.
Kopelman & Blankman, P.A.
Nationsbank Tower, Suite 1611
One Financial Plaza
Ft. Lauderdale, FL 33394

Carlin Phillips, Esq.
Gogel, Phillips & Garcia, LLP
13 Ventura Drive
North Dartmouth, MA 02747

Peter J. Valeta, Esq.
Ross & Hardies
150 N. Michigan Ave.
Suite 2500
Chicago, IL 60601

David B. Shelton, Esq.
Rumberger Kirk et al.
P. O. Box 1873
Orlando, FL 32802-1873


_William W. Deem_ /s/
Attorney

\\COM\11595.1