UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| DAVID A. NAPOLI, D.C. <br> d/b/a NAPOLI CHIROPRACTIC CENTER, <br> and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, and <br> MEDVIEW SERVICES, INC., <br><br> Defendants. | CASE NO.: 00-CV-6061 <br><br> JUDGE FERGUSON <br><br> MAGISTRATE JUDGE SNOW <br><br> Allstate Insurance Company's <br> Notice of Pendency of <br> Other Action |

Defendant, Allstate Insurance Company ("Allstate"), pursuant to Local Rule 3.9(C) and (D), hereby advises the Court of an action pending in the Southern District of Florida, Ft. Lauderdale Division, involving subject matter which is a material part of the instant case. The other action is styled May et al. v. Allstate Insurance Company, Case No. 00-6269-CIV-DIMITROULEAS. A motion for remand had been pending in May but was denied on April 14, 2000.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to Douglas A. Blankman, Esquire, One Financial Plaza, Suite 1611, Ft. Lauderdale, FL 33394; Arthur Gold, Esquire, 11 S. LaSalle Street, Suite 2500, Chicago, IL 60603; Carlin Phillips, Esquire, 13 Ventura Drive, North Dartmouth, MA 02747; and William W. Deem, Esquire, 50 N. Laura Street, Suite 3300, Jacksonville, FL 32202; this 20TH day of April, 2000.

|  |  |
|---|---|
| PETER J. VALETA | DAVID B. SHELTON |
| Florida Bar No. 327557 | Florida Bar No. 0710539 |
| ROSS & HARDIES | RUMBERGER, KIRK & CALDWELL |
| 150 North Michigan Ave., Suite 2500 | P.O. Box 1873 |
| Chicago, Illinois 60601 | Orlando, Florida 32802 |
| Telephone: (312) 750-3619 | Telephone: (407) 839-4511 |
| Telecopier: (312) 920-7241 | Telecopier: (407) 841-2133 |
| Attorneys for Defendant, Allstate | Attorneys for Defendant, Allstate |