UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO: 00-CIV-6061-FERGUSON/SNOW

DAVID A. NAPOLI, D.C.
d/b/a NAPOLI CHIROPRACTIC CENTER, and
all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and
MEDVIEW SERVICES, INC.,

    Defendants.

**NIGHT BOX
FILED

JUL 1 2 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL'**

## MOTION TO SET MATTER FOR STATUS ON JULY 24, 2000 AT 4:15 P.M. BEFORE THE HONORABLE JUDGE FERGUSON

    NOW COME GOLD & COULSON, a partnership of professional and limited liability corporations, PHILLIPS & GARCIA, LLP, and KOPELMAN & BLANKMAN, a professional association, attorneys for the Plaintiffs in the above matter and state as follows;

1. On July 24, 2000 at 4:15 p.m., *Drs. Martin May, Alan Lazar, Martin Hales, Joel Rush, Paul Zidel, Richard Linn, Richard Berkowitz, Douglas Stringham, Andrew Ellowitz, Alan Novick, Debra Weiss, and Neilschechter, v. Allstate Insurance Company*, ("MAY CASE") case number 00 CIV 6269 is set for status before this

1



Honorable Court. The MAY CASE was transferred before this honorable Court on June 22, 2000 as a case related to the above captioned matter, the "NAPOLI/ZIDEL CASE".

2. Pending in the NAPOLI/ZIDEL CASE at the present time is a motion filed by the attorneys for Plaintiff, DR. NAPOLI, to substitute Dr. Paul Zidel as Plaintiff and substitute CCN, successor-in-interest to MEDVIEW, as Defendant.

3. Also pending in NAPOLI/ZIDEL CASE is a ruling on the 12(b)(6) motion of Allstate Insurance Company ("ALLSTATE") to dismiss.

4. Additionally, set for status before this Court on July 24, 2000 at 4:15 p.m. is the case *Keith Brickell, D.C., individually and on behalf of all others similarly situated, vs. Progressive Express Insurance Company, Progressive Consumers Insurance Company, Progressive Bayside Insurance Company, Beech Street Corporation, and ADP Integrated Medical Solutions, Inc.*, ("BRICKELL CASE") case number 00 CIV 6649. Certain issues in the BRICKELL CASE are related to the issues in the MAY CASE, and NAPOLI/ZIDEL CASE.

5. In the interest of judicial economy, it appears that it would beneficial to include the NAPOLI/ZIDEL CASE in the status hearing set for July 24, 2000 at 4:15 p.m..

WHEREFORE, attorneys for Plaintiffs in the NAPOLI/ZIDEL, MAY and BRICKELL case ask for an Order setting the NAPOLI/ZIDEL CASE for status along with the MAY CASE and the BRICKELL CASE on July 24, 2000 at 4:15p.m.

Respectfully submitted,

By: _____
One of Plaintiff's attorneys

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street, Ste 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 (facsimile)

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 (facsimile)

KOPELMAN & BLANKMAN
A Professional Association
One Financial Plaza
Suite 1611
Bank of America Building
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 (facsimile)

C:\WP51\ASG\NAPOLI\MOTION4.WPD

3