UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO: 00-CIV-6061-FERGUSON/SNOW



DAVID A. NAPOLI, D.C.
d/b/a NAPOLI CHIROPRACTIC CENTER, and
all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and
MEDVIEW SERVICES, INC.,

    Defendants.

### ORDER

THIS MATTER COMING to be heard on the Motion of Plaintiff to set this matter for status on July 24, 2000 at 4:15 p.m.:

IT IS HEREBY ORDERED that said Motion is granted.

Enter July 14, 2000

Judge: _____

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 South LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

1

Attorney No. 5231
PHILLIPS & GARCIA
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN
A Professional Association
One Financial Plaza
Suite 1611
Bank of America Building
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 (facsimile)

C:\WP51\ASG\NAPOLI.ORDER6

2