# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

JUL 2 4 2000

### HONORABLE WILKIE D. FERGUSON, JR.

### CIVIL MINUTES

1. Case No. __OO-6061__    Date: __7/24/00__
2. Style __Napoli v. Allstate__
3. Plaintiff's Counsel: __L. Kopelman__
4. Defendant's Counsel: __W. Deem, D. Shelton__
5. Type of Proceeding: __Status Conf.__
6. Result of hearing:    Motion Granted ☐    Motion Denied ☐
7. Case Continued to: __Sep. 15__    Trial Set for _____
8. Does the case require mediation? _____

Notes __Discussion of relatedness of this case with other related cases (Brickell, May) for purposes of consolidation. Discussion of pending mot. to Substitute class rep. by plaintiff and issue of whether CCN is successor in interest to Medview. Court will grant Medview leave to respond to mot. to substitute. Parties will brief issue of consolidation for issue of discovery + trial. Present scheduling order will be vacated. Sep. 15, 2000 2:30 p.m. Status Conf.__

Law Clerk:    Derek Lewis

Courtroom Deputy:    Troy Walker

Courtroom Reporter:    Paul Haferling