UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

DAVID A. NAPOLI, D.C. )
d/b/a NAPOLI CHIROPRACTIC CENTER, )   CASE NO.: 00-CV-6061
and all others similarly situated, )
 )   JUDGE FERGUSON
      Plaintiffs, )
 )   MAGISTRATE JUDGE SNOW
v. )
 )
ALLSTATE INSURANCE COMPANY, and )
MEDVIEW SERVICES, INC., )
 )
      Defendants. )
_____ )

### DEFENDANT'S NOTICE OF FILING PROPOSED ORDER VACATING PRIOR ORDER SETTING TRIAL DATE AND DISCOVERY SCHEDULE

Per the Court's instructions at the status conference on July 24, 2000, Defendant, Allstate Insurance Company, hereby submits a proposed Order Vacating Prior Order Setting Trial Date And Discovery Schedule. The Proposed Order is attached. The Proposed Order has been reviewed by Arthur Gold, counsel for Plaintiff, David A. Napoli, and William Deem, counsel for Defendant, Medview Services, Inc., and the form of the proposal is acceptable to them.

1

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to Douglas A. Blankman, Esquire, One Financial Plaza, Suite 1611, Ft. Lauderdale, FL 33394; Arthur Gold, Esquire, 11 S. LaSalle Street, Suite 2500, Chicago, IL 60603; Carlin Phillips, Esquire, 13 Ventura Drive, North Dartmouth, MA 02747; and William W. Deem, Esquire, 50 N. Laura Street, Suite 3300, Jacksonville, FL 32202; this 27TH day of July, 2000.

PETER J. VALETA
Florida Bar No. 327557
ROSS & HARDIES
150 North Michigan Ave., Suite 2500
Chicago, Illinois 60601
Telephone: (312) 750-3619
Telecopier: (312) 920-7241
Attorneys for Defendant, Allstate

DAVID B. SHELTON
Florida Bar No. 0710539
RUMBERGER, KIRK & CALDWELL
P.O. Box 1873
Orlando, Florida 32802
Telephone: (407) 839-4511
Telecopier: (407) 841-2133
Attorneys for Defendant, Allstate

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| DAVID A. NAPOLI, D.C. )<br>d/b/a NAPOLI CHIROPRACTIC CENTER, )<br>and all others similarly situated, )<br>   )<br>   Plaintiffs, )<br>   )<br>v. )<br>   )<br>ALLSTATE INSURANCE COMPANY, and )<br>MEDVIEW SERVICES, INC., )<br>   )<br>   Defendants. )<br>_____) | CASE NO.: 00-CV-6061<br><br>JUDGE FERGUSON<br><br>MAGISTRATE JUDGE SNOW |

### ORDER VACATING PRIOR ORDER SETTING TRIAL DATE
### AND DISCOVERY SCHEDULE

This case came on for status conference on July 24, 2000. Upon consideration of the status of the case, the Court hereby vacates its prior Order of March 31, 2000 setting trial date and discovery schedule. A further status conference is scheduled for September 15, 2000 at 2:15 p.m.

DONE and ORDERED in chambers in Ft. Lauderdale, Florida, this _____ day of _____, 2000.

Wilkie D. Ferguson, Jr.
United States District Judge

copies to counsel of record:
Douglas A. Blankman, Esquire
William W. Deem, Esquire
Arthur Gold, Esquire
Carlin Phillips, Esquire
David B. Shelton, Esquire
Peter J. Valeta, Esquire