IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DAVID A. NAPOLI, D.C., d/b/a
NAPOLI CHIROPRACTIC CENTER, and
all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and
MEDVIEW SERVICES, INC.

    Defendants.

_____\

CASE NO.: 00-6061-CIV
JUDGE: FERGUSON
MAGISTRATE: SNOW



### MEDVIEW'S MEMORANDUM IN RESPONSE
### TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT,
### SUBSTITUTE PLAINTIFF AND SUBSTITUTE DEFENDANT

Defendant, MedView Services, Inc. ("MedView"), files this memorandum in response to Plaintiff's Motion for Leave to File Amended Complaint, Substitute Plaintiff and Substitute Defendant.

Defendant proposes to file an amended complaint which, among other things, substitutes Dr. Paul Zidel as named plaintiff in place of David A. Napoli, and substitutes "Community Care Network, Inc. d/b/a CCN" as a defendant in place of MedView. MedView neither agrees to nor opposes the proposed amendment.

In filing this memorandum, it is not MedView's intent to waive any right or defense it or any other company may have to Plaintiff's complaint, or to Plaintiff's proposed amended complaint should leave to amend be granted. In particular, MedView notes that the proposed amended complaint attaches a contract that contains an arbitration clause. MedView has no



standing to waive -- and no intent to waive -- any right on the part of the proposed substitute defendant to rely upon that arbitration clause or any other defense.

                McGuireWoods LLP

                BY: _____
                William W. Deem.
                Fla. Bar No.: 0512834
                50 North Laura Street, Suite 3300
                Jacksonville, FL 32202
                Telephone:  (904) 798-3200
                Facsimile:  (904) 798-3207
                E-Mail:  wdeem@mcguirewoods.com

                Attorneys For Medview Services, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was furnished by facsimile and U. S. Mail to the following on this 31st day of July, 2000:

| | |
|---|---|
| Arthur Gold, Esq. | Carlin Phillips, Esq. |
| Gold, Rosenfeld & Coulson | Gogel, Phillips & Garcia, LLP |
| 11 S. LaSalle Street, Suite 2500 | 13 Ventura Drive |
| Chicago, IL 60603 | North Dartmouth, MA 02747 |
| | |
| Douglas A. Blankman, Esq. | Peter J. Valeta, Esq. |
| Kopelman & Blankman, P.A. | Ross & Hardies |
| Nationsbank Tower, Suite 1611 | 150 N. Michigan Ave. |
| One Financial Plaza | Suite 2500 |
| Ft. Lauderdale, FL 33394 | Chicago, IL 60601 |
| | |
| | David B. Shelton, Esq. |
| | Rumberger Kirk et al. |
| | P. O. Box 1873 |
| | Orlando, FL 32802-1873 |

                        _____
                              Attorney