UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

DAVID A. NAPOLI, D.C. )
d/b/a NAPOLI CHIROPRACTIC CENTER, )   CASE NO.: 00-CV-6061
and all others similarly situated, )
) JUDGE FERGUSON
Plaintiffs, )
) MAGISTRATE JUDGE SNOW
v. )
)
ALLSTATE INSURANCE COMPANY, and )
MEDVIEW SERVICES, INC., )                                SEP 1  2000
)
Defendants. )

### ORDER VACATING PRIOR ORDER SETTING TRIAL DATE
### AND DISCOVERY SCHEDULE

This case came on for status conference on July 24, 2000. Upon consideration of the status of the case, the Court hereby vacates its prior Order of March 31, 2000 setting trial date and discovery schedule. A further status conference is scheduled for September 15, 2000 at 2:15 p.m.

DONE and ORDERED in chambers in Ft. Lauderdale, Florida, this 31st day of Aug., 2000.

Wilkie D. Ferguson, Jr.
United States District Judge