IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DAVID A. NAPOLI, D.C., d/b/a
NAPOLI CHIROPRACTIC CENTER, and
all others similarly situated,

Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and
MEDVIEW SERVICES, INC.

Defendants.
_____\

CASE NO.: 00-6061-CIV
JUDGE: FERGUSON
MAGISTRATE: SNOW

**NIGHT BOX FILED**
SEP. 0 8 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### MEDVIEW SERVICES, INC.'S MOTION TO ADMIT JEB T. BRANHAM PRO HAC VICE

Defendant, MedView Services, Inc. ("MedView"), pursuant to Special Rule Governing the Admission and Practice of Attorneys 4(B) of the local rules of this Court, requests the entry of an order allowing Jeb T. Branham to appear on behalf of MedView in this case. In support of the motion, MedView states:

1. Jeb Branham is admitted to practice in and is a member in good standing of the Georgia Bar. He is also a member in good standing of the bar of the United States District Court for the Northern District of Georgia and the Georgia Supreme Court. Mr. Branham is not currently, nor has he ever been, disciplined, suspended or disbarred in any Court. He has no grievance or criminal matter pending against him. Mr. Branham's affidavit attesting to these representations, including his application requesting that he be permitted to appear and participate in this case, is attached as Exhibit "A".

2. Mr. Branham is an associate of the law firm of McGuireWoods LLP, which maintains an office at:



50 North Laura Street
Suite 3300
Jacksonville, Florida 32202

3. Mr. Branham has consented to submit himself to the jurisdiction and discipline of this Court. His affidavit is attached as Exhibit "A" hereto.

4. Mr. Branham has taken and passed the Florida Bar Exam and is awaiting admission to the State Bar of Florida.

5. As required by Special Rule 4(B), a Certificate of Good Standing from the Supreme Court of Georgia is attached to this motion as Exhibit "B."

6. MedView's counsel has conferred with all other counsel in this case, and they do not oppose Mr. Branham's appearance pro hac vice.

7. Pursuant to the Court's Administrative Order, a check has been paid to the Clerk of the Court for Jeb T. Branham in the amount of $75.00 for an appearance fee.

8. This motion is submitted on Mr. Branham's behalf by William W. Deem, who is a partner in the firm of McGuireWoods, and who is a member of the Bar of this Court.

WHEREFORE, Defendant respectfully requests that Jeb T. Branham be permitted to appear pro hac vice as counsel in this action and that an Order be issued to that effect.

McGuireWoods LLP

BY: *William W. Veen* [signature]
William W. Deem
Fla. Bar No.: 0512834
50 North Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-3200
Facsimile: (904) 798-3207
E-Mail: wdeem@mcguirewoods.com

Attorneys for MedView Services, Inc.

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was furnished by facsimile and U. S. Mail to the following on this ___ day of September, 2000:

Arthur Gold, Esq.
Gold, Rosenfeld & Coulson
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603

Douglas A. Blankman, Esq.
Kopelman & Blankman, P.A.
Nationsbank Tower, Suite 1611
One Financial Plaza
Ft. Lauderdale, FL 33394

David B. Shelton, Esq.
Rumberger Kirk et al.
P. O. Box 1873
Orlando, FL 32802-1873

Carlin Phillips, Esq.
Gogel, Phillips & Garcia, LLP
13 Ventura Drive
North Dartmouth, MA 02747

Peter J. Valeta, Esq.
Ross & Hardies
150 N. Michigan Ave.
Suite 2500
Chicago, IL 60601

_William W. Veen_
Attorney

\\COM\26040.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DAVID A. NAPOLI, D.C., d/b/a
NAPOLI CHIROPRACTIC CENTER, and
all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and
MEDVIEW SERVICES, INC.

    Defendants.

_____\

CASE NO.: 00-6061-CIV
JUDGE: FERGUSON
MAGISTRATE: SNOW

## AFFIDAVIT OF JEB T. BRANHAM

STATE OF FLORIDA   )
                            )ss
COUNTY OF DUVAL   )

    JEB T. BRANHAM, being first duly sworn, deposes and states as follows:

    1.    I am an associate of the law firm of McGuireWoods LLP, located in Jacksonville, Florida. I have been practicing law since I became a member of the Georgia Bar in 1995. I have passed the Florida Bar Exam, and I am awaiting admission to the State Bar of Florida.

    2.    I am an active member in good standing of the Georgia Bar. I am admitted to practice before all Georgia trial and appellate courts and the United States District Court for the Northern District of Georgia.

    3.    I am not currently, nor have I ever been, disciplined, suspended or disbarred in any Court. There are no grievances or criminal matters pending against me.

    4.    I voluntarily consent to the Court exercising disciplinary jurisdiction over me with respect to my conduct in this action.



5. I hereby certify that I have studied the Local Rules for the Southern District of Florida.

6. An appearance fee of $75.00 is being filed with this affidavit/application.

7. I hereby request that I be permitted to appear and participate in this case.

DATED this ___8___ day of September, 2000.

_____
JEB T. BRANHAM

Sworn to and subscribed before me this
___ day of September, 2000

_____
Notary Public

My Commission Expires:

Monique D. Coleman
MY COMMISSION # CC715389 EXPIRES
February 21, 2002
BONDED THRU TROY FAIN INSURANCE, INC.

Personally known to me ✓
Has produced _____ as identification

\\COM\28766.1

2

**Supreme Court**
**State of Georgia**
STATE JUDICIAL BUILDING
**Atlanta 30334**

ROBERT BENHAM, CHIEF JUSTICE
NORMAN S. FLETCHER, PRESIDING JUSTICE
LEAH WARD SEARS
CAROL W. HUNSTEIN
GEORGE H. CARLEY
HUGH P. THOMPSON
P. HARRIS HINES
JUSTICES

SHERIE M. WELCH, CLERK
WM. SCOTT HENWOOD, REPORTER

August 18, 2000

I hereby certify that Jeb Tolliver Branham, Esq., was admitted on the twenty-third day of June, 1997, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.

Nathaniel J. Middleton
Deputy Clerk, Supreme Court of Georgia

