SEP 1 1 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO: 00-CIV-6061-FERGUSON

DRS. MARTIN MAY, ALAN LAZAR,
MARTIN HALE, JOEL RUSH,
PAUL ZIDEL, RICHARD LINN,
RICHARD BERKOWITZ,
DOUGLAS STRINGHAM,
ANDREW ELLOWITZ, ALAN NOVICK,
DEBRA WEISS and NEIL SCHECTER,

    Plaintiffs

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

THIS MATTER COMING to be heard on Plaintiffs' unopposed Motion for an eight (8) day Extension of Time to and including July 5, 2000 to Respond to Allstate Insurance Company's Motion for Entry of An Order Enjoining Plaintiffs and Their Counsel From Proceeding With Duplicative State Court Actions;

IT IS HEREBY ORDERED that Plaintiffs' Motion is granted.

(new for 7/5/00).

Entered 9/11/00

Judge: _____

KOPELMAN & BLANKMAN
A Professional Association
One Financial Plaza
Suite 1611
Bank of America Building
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 (facsimile)