**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

HONORABLE WILKIE D. FERGUSON, JR.



FILED by _ad_ D.C.
SEP 15 2000

**CIVIL MINUTES**

1. Case No. 00-CV-6061      Date: 9/15/00
2. Style: Napoli v. Allstate
3. Plaintiff's Counsel: Arthur Gold, Kopelman, Blankman, Garcia
4. Defendant's Counsel: Shelton, Branham, ~~Kraus~~, Dantopolous, Blackwell / TU
5. Type of Proceeding: _____
6. Result of hearing:    Motion Granted ☐    Motion Denied ☐
7. Case Continued to: _____ Trial Set for _____
8. Does the case require mediation? _____

Notes:
- Order granting Jeb Branham's Pro Hac Vice Motion
- Judge's acceptance of Browner v. Allstate 00-CV-7163 (transfer case from Judge Highsmith)
- ~~Cases consolidated for discovery purposes~~ Deny Motion for Consolidate
- Stay discovery on fed'l. claims against Beech Street & Progressive
- June 18, 2001 → two week trial period
- Mediation in late February

Law Clerk: Tori Monroe
Courtroom Deputy: Troy Walker
Courtroom Reporter: Paul Haferling

62