IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DAVID A. NAPOLI, D.C., d/b/a
NAPOLI CHIROPRACTIC CENTER, and
all others similarly situated,

CASE NO.: 00-6061-CIV

JUDGE: FERGUSON
MAGISTRATE: SNOW

Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and
MEDVIEW SERVICES, INC.

Defendants.

_____\

## MEDVIEW SERVICES, INC.'S MOTION TO ADMIT
## JEB T. BRANHAM PRO HAC VICE

Defendant, MedView Services, Inc. ("MedView"), pursuant to Special Rule Governing the Admission and Practice of Attorneys 4(B) of the local rules of this Court, requests the entry of an order allowing Jeb T. Branham to appear on behalf of MedView in this case. In support of the motion, MedView states:

1. Jeb Branham is admitted to practice in and is a member in good standing of the Georgia Bar. He is also a member in good standing of the bar of the United States District Court for the Northern District of Georgia and the Georgia Supreme Court. Mr. Branham is not currently, nor has he ever been, disciplined, suspended or disbarred in any Court. He has no grievance or criminal matter pending against him. Mr. Branham's affidavit attesting to these representations, including his application requesting that he be permitted to appear and participate in this case, is attached as Exhibit "A".

2. Mr. Branham is an associate of the law firm of McGuireWoods LLP, which maintains an office at: