

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA



DAVID A. NAPOLI, D.C. )
d/b/a NAPOLI CHIROPRACTIC CENTER, and )
all others similarly situated, )
)
    Plaintiffs, ) C.A. No. __-6061
) Judge Ferguson
v. ) Magistrate Judge Snow
)
ALLSTATE INSURANCE COMPANY, and )
MEDVIEW SERVICES, INC., )
)
    Defendants. )
_____)

## APPLICATION TO BE ADMITTED PRO HAC VICE

NOW COMES Andrew J. Garcia, a member of the firm of GOGEL, PHILLIPS & GARCIA, LLP and states as follows:

1. I am a member of good standing of the Bar of the State of Massachusetts as evidenced by the attached certificate from the Supreme Court of the State of Massachusetts.

2. By virtue of my signature on this application below, I certify that I have studied the Rules of the United States District Court for the Southern District of Florida and makes this application in accordance with Rule 4(b). This application designates Doug Blankman, a member of the bar of this Court, as my named designee in accordance with Local Rule 4(b) and that Mr. Blankman's address is 1 Financial Plaza, Fort Lauderdale, Florida 33394.

3. As an applicant, I submit a check for $75.00 in accordance with the requirements of the United States District Court for the Southern District of Florida.



FILED by ___ D.C.

SEP 18 2000

1



IT IS ORDERED that this Motion is hereby GRANTED.

WILKIE D. FERGUSON, JR.
9/15/00
DATE