IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DAVID A. NAPOLI,  D.C.
d/b/a NAPOLI CHIROPRACTIC CENTER, and
all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and
MEDVIEW SERVICES, INC.,

    Defendants.

C.A. No. 00-6061
Judge Ferguson
Magistrate Judge Snow

FILED SEP 18 2000

## APPLICATION TO BE ADMITTED PRO HAC VICE

NOW COMES Arthur S. Gold, a member of the firm of GOLD, ROSENFELD & COULSON, a partnership of professional and limited liability corporations, and states as follows:

1. He is a member in good standing of the Bar of the State of Illinois as evidenced by the attached certificate from the Supreme Court of the State of Illinois.

2. By virtue of his signature on this application below, he certifies that he has studied the Rules of the United State District Court for the Southern District of Florida and makes this application in accordance with Rule 4(b). This application designates Doug Blankman, a member of the bar of this Court, as his named designee in accordance with Local Rule 4(b) and that Mr. Blankman's address is 1 Financial Plaza, Fort Lauderdale, Florida 33394.

3. Your applicant submits a check for $75.00 in accordance with the requirements of the United States District Court for the Southern District of Florida.

It is ORDERED that this motion
GRANTED.
WILKIE D. FERGUSON, JR.
9/15/00
DATE

1

FILING FEE
PAID
In Forma Pauperis
Clarence Maddox, Clerk