


FILED *ad* D.C.

SEP 18 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DAVID A. NAPOLI, D.C., d/b/a
NAPOLI CHIROPRACTIC CENTER, and
all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and
MEDVIEW SERVICES, INC.

    Defendants.

CASE NO.: 00-6061-CIV
JUDGE: FERGUSON
MAGISTRATE: SNOW



It is ORDERED that this Motion is hereby DISMISSED AS MOOT.

WILKIE D. FERGUSON, JR.
9/15/00
DATE

### DEFENDANT MEDVIEW'S AGREED MOTION FOR EXTENSION OF TIME TO SERVE ITS RESPONSE TO MOTION FOR LEAVE TO AMEND COMPLAINT

Defendant, MedView Services, Inc., with agreement of counsel for the plaintiff, requests the entry of an order extending through and including July 31, 2000, its time in which to serve a response to plaintiff's "motion for leave to file Rule 15(A) amended complaint to: (a) substitute Dr. Paul Zidel as named plaintiff in place of David Napoli, and (b) to substitute for defendant MedView Services, Inc., its successor-in-interest Community Care Network, Inc. d/b/a CCN" (hereinafter the "Motion"). In support of the requested extension, MedView states:

1.    Plaintiff's Motion was served by mail on June 30, 2000, though it was not received by counsel for defendant MedView until July 5, 2000.

2.    Though the Motion states that it attaches a copy of the proposed amended complaint, MedView's service copy did not include the proposed amended complaint as required by Local Rule 15.1. Due to the nature of the Motion, MedView is not able to respond without

67