**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO. 00-6061-Civ-Ferguson

DISTRICT JUDGE: Ferguson
MAGISTRATE JUDGE: Snow

DAVID A. NAPOLI, D.C., d/b/a NAPOLI
CHIROPRACTIC CENTER, and all others
similarly situated,

    Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY and
MEDVIEW SERVICES, INC.,

    Defendants.



It is ORDERED that this Motion is hereby DISMISSED AS MOOT

WILKIE D. FERGUSON, JR.
9/15/00
DATE

### DEFENDANT MEDVIEW SERVICES, INC.'S, UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, Medview Services, Inc. ("Medview"), requests the entry of an order extending until March 29, 2000, its time to respond to Plaintiff's complaint. In support of the motion, Medview states:

1. Defendant Medview, through other counsel, initially obtained Plaintiff's agreement to a brief extension of time during which it could retain its trial counsel. In obtaining that extension, the other counsel made clear that he had not been retained to defend Medview in the instant litigation.

