D.C.
SEP 18 2000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**DAVID A. NAPOLI, D.C. d/b/a NAPOLI CHIROPRACTIC CENTER, and all others similarly situated,**

**Plaintiffs,**

**v.**

**ALLSTATE INSURANCE COMPANY, and MEDVIEW SERVICES, INC.,**

**Defendants.**

**CASE NO.: 00-CV-6061**

**JUDGE FERGUSON**

**MAGISTRATE JUDGE SNOW**

**Order Granting Extension of Time To Serve Response to Plaintiff's Motion For Class Certification**

This matter came on for consideration on Defendant, Allstate Insurance Company's Motion For Extension of Time to respond to Plaintiff's Motion For Class Certification. Upon consideration of the matter, and the argument of counsel at the scheduling conference, it is hereby ORDERED and ADJUDGED Defendant's Motion is granted. The Court extends the time to serve a response to Plaintiff' Motion for Class Certification until 45 days after this Order. The extension will allow for some initial discovery with respect to the issue of class certification.

DONE and ORDERED in chambers in Ft. Lauderdale, Florida, this 15TH day of Sept., 2000.

Honorable Wilkie Ferguson
United States District Judge

70

copies to counsel of record:
Douglas A. Blankman, Esquire
William W. Deem, Esquire
Arthur Gold, Esquire
Carlin Phillips, Esquire
David B. Shelton, Esquire
Peter J. Valeta, Esquire