**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO. 00-6061-Civ-Ferguson



DISTRICT JUDGE: Ferguson
MAGISTRATE JUDGE: Snow

SEP 18 2000

DAVID A. NAPOLI, D.C., d/b/a NAPOLI
CHIROPRACTIC CENTER, and all others
similarly situated,

    Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY and
MEDVIEW SERVICES, INC.,

    Defendants.



IT IS ORDERED that this motion is hereby
DISMISSED AS MOOT
WILKIE D. FERGUSON, JR.
9/15/00
DATE

### DEFENDANT MEDVIEW'S JOINDER IN MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR CLASS CERTIFICATION

Defendant, Medview Services, Inc., hereby joins in Co-defendant Allstate Insurance Company's motion for extension of time to serve response to Plaintiff's motion for class certification, and adopts all grounds set forth therein. In addition, Medview would note that due to a delay in receiving process and, thereafter, a delay as Medview's initial counsel determined that they had a conflict of interest, Medview has only just now commenced its participation in this litigation. Medview respectfully submits that fairness

