UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6061-CIV-FERGUSON
Magistrate Judge Snow

DR. PAUL ZIDEL, and all others
similarly situated,

       Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CNN

       Defendants.

_____/



## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned law firm hereby appears as co-counsel of

record for Plaintiff DR. PAUL ZIDEL, and all others similarly situated. Please serve all future

correspondence and documents in this case upon the undersigned.

       Respectfully submitted,

       ATLAS PEARLMAN, P.A.
       Attorneys for Plaintiff
       DR. PAUL ZIDEL
       350 East Las Olas Boulevard, Suite 1700
       Fort Lauderdale, Florida 33301
       (954) 763-1200

By: _____

       ERIC LEE
       Florida Bar No. 961299

9999-0081 294213.1

ATLAS PEARLMAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

mail and facsimile this 21st day of September, 2000 upon: all individuals on the attached service list.

_____
ERIC LEE

ATLAS PEARLMAN

## SERVICE LIST

**(Zidel v. Allstate Insurance Company et al. Case No.: 00-6061-Civ-Ferguson)**

### ATTORNEYS FOR ALLSTATE

David B. Shelton, Esq.
dshelton@rumberger.com
RUMBERGER, KIRK & CALDWELL
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

Peter J. Valeta, Esq.
ROSS & HARDIES
150 N. Michigan Avenue
Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

### ATTORNEYS FOR COMMUNITY CARE NETWORK

William W. Deem, Esq.
(904)798-2615
wwdeem@mwbb.com
Jeb T. Nranham, Esq.
(904)798-2671
jbranham@mcguirewoods.com
MCQUIRE WOODS BATTLE
& BOOTHE, LLP
50 N. Laura Street
Suite 5300
Jacksonville, Florida 32202
(904)798-3207 Facsimile

### ATTORNEYS FOR PLAINTIFFS

GOLD & COULSON
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN
One Financial Plaza
Suite 1611
Bank of America Building
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

ATLAS PEARLMAN