UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| DAVID A. NAPOLI, D.C. d/b/a NAPOLI CHIROPRACTIC CENTER, and all others similarly situated, | CASE NO.: 00-CV-6061 |
| Plaintiffs, | JUDGE FERGUSON |
| v. | MAGISTRATE JUDGE SNOW |
| ALLSTATE INSURANCE COMPANY, and MEDVIEW SERVICES, INC., | |
| Defendants. | |

### Defendant, Allstate Insurance Company's Unopposed Motion To Vacate Order Of September 15, 2000 Granting Extension Of Time To Serve Response To Plaintiff's Motion For Class Certification

Defendant, Allstate Insurance Company ("Allstate"), hereby files this Unopposed Motion To Vacate the Court's Order of September 15, 2000 (Docket #70) which granted an extension of time to respond to Plaintiff's motion for class certification. In support of this Motion, Allstate would show unto the Court the following:

### MEMORANDUM OF LAW

1.  This action was filed by Dr. David Napoli ("Napoli") on January 12, 2000 (Docket #1). Allstate filed an answer to counts II and III of the Complaint (Docket #15) and a motion to dismiss counts IV, V, VI and VII of the Complaint (Docket #16).

2.  On March 8, 2000, Napoli filed his motion for class certification (Docket #18). On March 23, 2000, Allstate served an unopposed motion for extension of time to respond to Napoli's motion for class certification (Docket #32).



3. Subsequently, on June 30, 2000, Napoli filed his motion for leave to amend the complaint (Docket #46). In this motion, Napoli sought leave to withdraw from the case and to have Dr. Paul Zidel ("Zidel") substituted as the party plaintiff. This motion also sought to substitute Community Care Network ("CCN") for Medview Services, Inc. as a party defendant. The amended complaint attacks Allstate's relationship with CCN rather than Allstate's alleged relationship with Medview which was raised in the complaint.

4. Allstate did not oppose Napoli's attempt to withdraw from the case (Docket #51). Allstate opposed the substitution of Zidel. At the status conference on September 15, 2000, the Court orally overruled Allstate's objections, allowed the substitution of Zidel for Napoli, and allowed the filing of the amended complaint.

5. Because Zidel has been substituted for Napoli and an amended complaint has been allowed to be filed against Allstate and a new defendant, the issues in this case have changed since the filing of Napoli's motion for class certification. In fact, Napoli's motion for class certification is now moot since he has withdrawn from the case. Napoli no longer seeks to represent any class. Allstate should not be required to serve any response to Napoli's motion for class certification.

6. Undersigned counsel has conferred with Art Gold, counsel for Napoli and Zidel. Mr. Gold agrees that Napoli's motion for class certification is moot. In fact, Mr. Gold intends to file a new motion for class certification on behalf of Zidel. Thus, Mr. Gold has no opposition to Allstate's request to vacate the September 15, 2000 order.

7. A proposed form of order is attached hereto.

WHEREFORE, Defendant, Allstate Insurance Company, respectfully requests that the Court vacate its Order of September 15, 2000 (Docket #70).

2

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to the attorneys on the attached list, this  9th  day of October, 2000.

*(signature: David Shelton)*

| | |
|---|---|
| PETER J. VALETA | DAVID B. SHELTON |
| Florida Bar No. 327557 | Florida Bar No. 0710539 |
| ROSS & HARDIES | RUMBERGER, KIRK & CALDWELL |
| 150 North Michigan Ave., Suite 2500 | P.O. Box 1873 |
| Chicago, Illinois 60601 | Orlando, Florida 32802 |
| Telephone: (312) 750-3619 | Telephone: (407) 839-4511 |
| Telecopier: (312) 920-7241 | Telecopier: (407) 841-2133 |
| Attorneys for Defendant | Attorneys for Defendant |

SERVICE LIST

Douglas A. Blankman, Esquire
Kopelman & Blankman, P.A.
One Financial Plaza, Suite 1611
Ft. Lauderdale, FL 33394
Attorney for Plaintiff

Arthur Gold, Esquire
Gold, Rosenfeld & Coulson
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
Attorney for Plaintiff

Eric Lee, Esquire
Atlas Pearlman, P.A.
350 East Las Olas Boulevard, Suite 1700
Ft. Lauderdale, FL 33301
Attorney for Plaintiff

Carlin Phillips, Esquire
Gogel, Phillips & Garcia, LLP
13 Ventura Drive
North Dartmouth, MA 02747
Attorney for Plaintiff

William W. Deem, Esquire
McGuire, Woods, Battle & Boothe, LLP
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Attorney for Defendant,
Medview Services, Inc.
Community Care Network