UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

OCT 18 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| DAVID A. NAPOLI, D.C.<br>d/b/a NAPOLI CHIROPRACTIC CENTER,<br>and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, and<br>MEDVIEW SERVICES, INC.,<br><br>Defendants. | CASE NO.: 00-CV-6061<br><br>JUDGE FERGUSON<br><br>MAGISTRATE JUDGE SNOW<br><br>Order Vacating Order<br>of September 15, 2000 Granting<br>Extension of Time To<br>Serve Response to Plaintiff's<br>Motion For Class Certification |

This matter came on for consideration on Defendant, Allstate Insurance Company's unopposed motion to vacate the Court's Order of September 15, 2000 (Docket #70) which extended the time to respond to Plaintiff, David Naopli's motion for class certification. Upon consideration of the matter, it is hereby ORDERED and ADJUDGED that Defendant's motion to vacate is granted. The Court vacates its Order of September 15, 2000 upon the finding that Napoli's motion for class certification is moot since Napoli has withdrawn from the case.

DONE and ORDERED in chambers in Ft. Lauderdale, Florida, this _18th_ day of _October_, 2000.

Honorable Wilkie Ferguson
United States District Judge

copies to counsel of record:
Douglas A. Blankman, Esquire
William W. Deem, Esquire
Arthur Gold, Esquire
Eric Lee, Esquire
Carlin Phillips, Esquire
David B. Shelton, Esquire
Peter J. Valeta, Esquire