**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**



DR. PAUL ZIDEL, and all others similarly situated,

    Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY, and COMMUNITY CARE NETWORK, INC., d/b/a CCN,

    Defendants.

CASE NO. 00-6061-CV-FERGUSON
Magistrate Judge: Snow

### DEFENDANT'S MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Counsel for Community Care Network, Inc., d/b/a CCN ("CNN"), pursuant to Special Rule 4(B) of the Local Rules of the United States District Court for the Southern District of Florida, moves for the entry of an Order permitting the appearance *pro hac vice* of William E. Adams, Jr. of the law firm of McGuireWoods LLP, as counsel for Defendant CNN in the above action, and in support thereof states:

1. William E. Adams, Jr. is admitted to practice and is a member in good standing of the State Bar of Texas. He is currently admitted as a member of the Supreme Court of the United States, as well as the United States District Court for the Northern, Southern, Eastern and Western Districts of Texas. Mr. Adams is not currently, nor has he ever been, suspended or disbarred in any Court. He has no grievance or criminal matter pending against him.

2. Mr. Adams is an associate of the law firm of McGuireWoods LLP, which maintains its offices at:

    50 North Laura Street
    Suite 3300
    Jacksonville, Florida 32202

---

**DEFENDANT'S MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***     PAGE 1

3. Pursuant to the Court's Administrative Order, a check has been paid to the Clerk of the Court for William E. Adams, Jr. in the amount of $75.00 for an appearance fee.

WHEREFORE, Defendant respectfully requests that William E. Adams, Jr. be permitted to appear *pro hac vice* as counsel in this action, and that an Order be issued to that effect.

Respectfully submitted,

McGuireWoods LLP

By: _____
William W. Deem
Florida Bar No. 0512834
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone:  (904) 798-3200
Facsimile:   (904) 798-3207
E-Mail: wdeem@mcguirewoods.com

*Attorneys for Defendant, CCN Managed Care, Inc.*

## CERTIFICATION

I certify that I have studied the Local Rules of the United States District Court for the Southern District of Florida and am a member in good standing of the State Bar of Texas, the United States Supreme Court, and the United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas.

By: _____
William E. Adams, Jr.

### Certificate of Service

I certify that a copy of the foregoing has been furnished by U.S. Mail on this $25$ day of October, 2000, to the following:

Lawrence Kopelman, Esq.
Kopelman & Blankman
National Towers, Suite 1611
1 Financial Plaza
Fort Lauderdale, FL 33394
**Counsel for Plaintiff**

Eric Lee, Esq.
Atlas Pearlman, P.A.
Marc J. Browner, D.C.
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301
**Counsel for Plaintiff**

Gold & Coulson
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
**Counsel for Plaintiff**

Phillips & Garcia
13 Ventura Drive
North Dartmouth, MA 02747
**Counsel for Plaintiff**

David B. Shelton, Esq.
Rumberger, Kirk & Caldwell
Signature Plaza, Suite 300
201 South Orange Avenue
Orlando, FL 32801
**Counsel for Allstate**

Peter J. Valeta, Esq.
Ross & Hardies
150 N. Michigan Ave., Suite 2500
Chicago, IL 60601
**Counsel for Allstate**

_____
Attorney

\\Jac\2615\Columbia-Napoli\plead\Motion Pro Hac WEA.doc

```
Thu Oct 26 15:19:45 2000

    UNITED STATES DISTRICT COURT

    MIAMI         , FL

Receipt No.   401 520805
Cashier       liz

Tender Type  CHECK

Check Number: 68-1/510 #713620

Transaction Type  C

Case No./Def No. 1:88-LB-4    /   1

DO Code    Div No     Acct
4600       0          6855XX

Amount              $   75.00

MCGUIRE WOODS


PHV/00CV6061/WDF/WILLIAM E. ADAMS, JR.




Thu Oct 26 15:19:45 2000

Check No. 68-1/510 #713620
Amount$   75.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4600
```