**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

DR. PAUL ZIDEL, and all others similarly situated,

    Plaintiffs,

vs.                      CASE NO. 00-6061-CV-FERGUSON
                            Magistrate Judge: Snow

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.

_____

### CCN'S AGREED MOTION TO SET RESPONSE DATES

Defendant, CCN Managed Care, Inc., requests the entry of an order establishing November 13, 2000 as the date certain by which CCN shall serve its response to plaintiff's amended complaint and its response to plaintiff's first request for admissions. In support of the motion, CCN states:

1. At the recent hearing on plaintiff's motion to amend the complaint, to substitute Dr. Paul Zidel in place of the original plaintiff, and to substitute CCN as a defendant in place of MedView Services, Inc., the Court appeared favorably disposed toward granting that motion. However, no written order has been received. Accordingly, CCN is unsure as to when it is required to respond to the amended complaint.

2. Moreover, during the interim the plaintiff (the "new" plaintiff, Dr. Zidel) served requests for admissions. CCN is likewise unsure as to when it is required to respond to these requests for admissions.



3. To resolve these ambiguities, CCN requests the entry of an order setting November 13, 2000, as a date certain on which CCN should respond to the amended complaint and the requests for admissions. Counsel for the plaintiff, Arthur Gold, has consented to the entry of such an order.

Respectfully submitted,

McGuireWoods LLP

By: _____
William W. Deem
Florida Bar No. 0512834
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone:  (904) 798-3200
Facsimile:  (904) 798-3207
E-Mail:  wdeem@mcguirewoods.com

Attorneys for Defendant, CCN Managed Care, Inc.

2

**Certificate of Service**

I certify that a copy of the foregoing has been furnished by U.S. Mail on this _24_ day of October, 2000, to the following:

Lawrence Kopelman, Esq.
*Kopelman & Blankman*
National Towers, Suite 1611
1 Financial Plaza
Fort Lauderdale, FL 33394
**Counsel for Plaintiff**

Eric Lee, Esq.
Atlas Pearlman, P.A.
Marc J. Browner, D.C.
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301
**Counsel for Plaintiff**

*Gold & Coulson*
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
**Counsel for Plaintiff**

Phillips & Garcia
13 Ventura Drive
North Dartmouth, MA 02747
**Counsel for Plaintiff**

David B. Shelton, Esq.
Rumberger, Kirk & Caldwell
Signature Plaza, Suite 300
201 South Orange Avenue
Orlando, FL 32801
**Counsel for Allstate**

Peter J. Valeta, Esq.
Ross & Hardies
150 N. Michigan Ave., *Suite 2500*
Chicago, IL 60601
**Counsel for Allstate**

_____
Attorney

\\JAC\2615\Columbia-Napoli\plead\Mot to Set Resp Dates.doc

3