OCT 3 0 2000

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

DAVID A. NAPOLI, D.C. d/b/a
NAPOLI CHIROPRACTIC CENTER,
and all others similarly situated,

CASE NO. 00-6061-CIV-FERGUSON

     Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,
and MEDVIEW SERVICES, INC.,

     Defendants.

_____/

## OMNIBUS ORDER ON PENDING MOTIONS

**THIS CAUSE** is before the Court on various pending motions. Having duly considered the

motions and pertinent portions of the record, it is

### ORDERED AND ADJUDGED that

1.     Plaintiff's Motion for Class Certification [D.E. 18] is **REFERRED** to **United States**
   **Magistrate Judge Lurana S. Snow** pursuant to 28 U.S.C. § 636 and the Magistrate Rules
   of the Local Rules of the Southern District of Florida. The parties are notified that all
   subsequent pleadings regarding matters referred to the Magistrate Judge shall be so
   designated by setting forth beneath the case number the identity of the Magistrate Judge to
   which the matter has been referred.

2.     Defendant Medview Services, Inc.'s Motion to Appear Telephonically at the Status



Conference set for March 20, 2000 [D.E. 31] is **GRANTED** now for March 23, 2000.

3.    Defendant Medview's Motion for Oral Argument on Motion to Dismiss [D.E. 36] is **GRANTED**. The matter, along with Defendant Medview Services, Inc.'s Motion to Dismiss Count I of Class Action Complaint [D.E. 36], has been set for a hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207A, Ft. Lauderdale, Florida 33301, on November 6, 2000 at 9:00 a.m.**

4.    Plaintiff's Motion to File Amended Complaint [D.E. 46] is **GRANTED** now for July 3, 2000.

**DONE AND ORDERED** in chambers, at Ft. Lauderdale, Florida, this _____ day of October, 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT COURT JUDGE

cc:
Lurana S. Snow, United States Magistrate Judge
Douglas A. Blankman, Esq.
David B. Shelton, Esq.
Carlin Phillips, Esq.
Arthur S. Gold, Esq.
William W. Deem, Esq.
Peter J. Valeta, Esq.
Jeb T. Branham, Esq.