**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

NOV 1 2000

DR. PAUL ZIDEL, and all others similarly situated,

        Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY, and COMMUNITY CARE NETWORK, INC., d/b/a CCN,

        Defendants.

CASE NO. 00-6061-CV-FERGUSON
Magistrate Judge: Snow

**ORDER**

This case is before the Court on CCN Managed Care, Inc.'s ("CCN") agreed motion to set response dates and the Court having considered the motion and having been fully advised, it is

ORDERED:

1.   CCN's agreed motion to set response dates is granted.

2.   CCN shall serve its response to plaintiff's amended complaint and its response to plaintiff's first request for admissions on or before November 13, 2000.

DATED this 21st day of October, 2000.

_____
Judge

Copies to:
All counsel of record

\\JAC\2615\Columbia-Napoli\plead\Order Re Mot to Set Resp Dates.doc

80