**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**



DR. PAUL ZIDEL, and all others similarly situated,

    Plaintiffs,

vs.

CASE NO. 00-6061-CV-FERGUSON
Magistrate Judge: Snow

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.

### ORDER GRANTING DEFENDANT'S MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

THIS CAUSE having come before the Court on the Motion for Admission of Counsel *Pro Hac Vice* filed by Defendant, and the Court, having reviewed the motion and other relevant pleadings, and being otherwise advised on the premises, it is:

**ORDERED AND ADJUDGED:**

1. Defendant's Motion for Admission of Counsel *Pro Hac Vice* and Motion to Waive Requirements of Local Counsel is **GRANTED**.

2. William E. Adams, Jr. of the law firm of McGuireWoods LLP is hereby granted permission to appear in this case *pro hac vice* on behalf of Defendant Community Care Network, Inc., d/b/a CNN.

DONE AND ORDERED in Chambers this 31 day of _____, 2000.

_____
DISTRICT COURT JUDGE

\\Jac\2615\Columbia-Napoli\plead\Order on Motion Pro Hac WEA.doc

---

**ORDER GRANTING DEFENDANT'S MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

PAGE 1

