**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**  NOV 8 2000

**HONORABLE WILKIE D. FERGUSON, JR.**

**CIVIL MINUTES**

1. Case No. 00-6519 / 00-6061 ✓          Date: 11/6/00
2. Style: Brickell v. Progressive; Napoli v. Allstate;
3. Plaintiff's Counsel: Eric Lee, Arthur Gold, Larry Kopelman, Douglass Blackmon
4. Defendant's Counsel: Thomas Tew, Don Blackwell, David Shelton, Joseph DeMaria
5. Type of Proceeding: Hearing on Defendants' Motions to Dismiss
6. Result of hearing:    Motion Granted ☐    Motion Denied ☐
7. Case Continued to: _____ Trial Set for _____
8. Does the case require mediation? _____

Notes ① Discussion of [Lanham Act] → no trademark
       state law
② Jurisdictional issue → (RICO) Mayo 8d Cir (2000) discusses supplemental
   jurisdiction Advocacy 176 F3d 315 (6th Cir) (cited to in ADP's brief)
   ADP Reply Memorandum → Peleteir v. Riffle 921 F2d 1465 (11th Cir.) 1991; Prince Heaton Ent. 2000 WL
   1277598 (N.D. GA. 2000); Keith 609 F.2d 126 (5th Cir.) 1980
③ Arbitration → Art. 14.2 of Agreement (unresolved disputes → AAA);
   Cannot arbitrate a RICO claim

---

Law Clerk:           Tori Monroe

Courtroom Deputy:    Troy Walker

Courtroom Reporter:  Paul Haferling

