

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DR. PAUL ZIDEL, and all others )
similarly situated, )
  )
  ) CASE NO.: 00-CV-6061
Plaintiffs, )
  ) JUDGE FERGUSON
v. )
  ) MAGISTRATE JUDGE SNOW
ALLSTATE INSURANCE COMPANY, and )
COMMUNITY CARE NETWORK, INC., )
d/b/a CCN )
  )
Defendants. )
_____ )

### DEFENDANT, ALLSTATE INSURANCE COMPANY'S AGREED MOTION TO SET RESPONSE DATE

Defendant, Allstate Insurance Company (Allstate), requests the entry of an order establishing November 21, 2000 as the date certain by which Allstate shall serve its response to plaintiff's amended complaint. In support of the motion, Allstate states:

1.     At the recent hearing on plaintiff's motion to amend the complaint, to substitute Dr. Paul Zidel in place of the original plaintiff, and to substitute CCN as a defendant in place of MedView Services, Inc., the Court appeared favorably disposed toward granting that motion. However, no written order has been received. Accordingly, Allstate is unsure as to when it is required to respond to the amended complaint.

2.     To resolve these ambiguities, Allstate requests the entry of an order setting November 21, 2000, as a date certain on which Allstate should respond to the amended complaint and the requests for admissions. Counsel for plaintiff, Eric Lee and Art Gold, have consented to the entry of such an order.



3.    A proposed order is attached for the Court's convenience.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail

to counsel on the attached service this 7th day of November. 2000.

PETER J. VALETA
Florida Bar No. 327557
ROSS & HARDIES
150 North Michigan Ave., Suite 2500
Chicago. Illinois 60601
Telephone: (312) 750-3619
Telecopier: (312) 750-8600
Attorneys for Defendant

DAVID B. SHELTON
Florida Bar No. 0710539
Rumberger, Kirk & Caldwell
P.O. Box 1873
Orlando, Florida 32802
Telephone: (407) 839-4511
Telecopier: (407) 841-2133
Attorneys for Defendant

593147

## SERVICE LIST

Douglas A. Blankman, Esquire
Kopelman & Blankman, P.A.
One Financial Plaza, Suite 1611
Ft. Lauderdale, FL  33394
Attorney for Plaintiff

Arthur Gold, Esquire
Gold, Rosenfeld & Coulson
11 S. LaSalle Street, Suite 2500
Chicago, IL  60603
Attorney for Plaintiff

Carlin Phillips, Esquire
Gogel, Phillips & Garcia, LLP
13 Ventura Drive
North Dartmouth, MA  02747
Attorney for Plaintiff

Eric Lee
Atlas Pearlman, P.A.
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL  33301
Attorney for Plaintiff

William W. Deem, Esquire
McGuire, Woods, Battle & Boothe, LLP
50 N. Laura Street, Suite 3300
Jacksonville, FL  32202
Attorney for Defendant,
CCN, Inc.