UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NOV 16 2000

| | |
|---|---|
| DR. PAUL ZIDEL, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, and COMMUNITY CARE NETWORK, INC., d/b/a CCN<br><br>Defendants. | CASE NO.: 00-CV-6061<br><br>JUDGE FERGUSON<br><br>MAGISTRATE JUDGE SNOW |

## ORDER

This case is before the Court on Allstate Insurance Company's (Allstate) agreed motion to set response date, and the Court having considered the motion and having been fully advised, it is ORDERED:

1. Allstate's agreed motion to set response dates is granted.

2. Allstate shall serve its response to plaintiff's amended complaint on or before November 21, 2000.

DATED this 16th day of November, 2000.

WILKIE D. FERGUSON
United States District Judge

conformed copies:

Doug Blankman, Esquire
William Deem, Esquire
Arthur Gold, Esquire
Eric Lee, Esquire
Carlin Phillips, Esquire
David Shelton, Esquire
Peter Valeta, Esquire