IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-CIV-6061-FERGUSON/SNOW

DR. PAUL ZIDEL, and all others similarly
situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

    Defendants.

### REQUEST FOR ORAL ARGUMENT ON ALLSTATE INSURANCE COMPANY'S MOTION TO STAY DISCOVERY AS PREMATURE, OR IN THE ALTERNATIVE, FOR ENTRY OF A PROTECTIVE ORDER LIMITING DISCOVERY and ON ALLSTATE'S MOTION TO DISMISS

Pursuant to Local Rule 7.1 B, Defendant, Allstate Insurance Company ("Allstate"), hereby requests that this honorable Court schedule oral argument on its motion to stay all discovery as premature or in the alternative to limit discovery solely to issues relating to class certification. Allstate also requests oral argument on its recently filed motion to dismiss.

Oral argument would benefit the Court in the resolution of Allstate's motion. Oral argument would allow for the full and timely consideration of the dispute presented in the motion to stay discovery. Plaintiff has unilaterally scheduled the depositions under dispute for December 5-7, 2000. It would be beneficial and economical if the Court could hear and decide the motion before the deposition dates pass or further dates are set. In addition, oral argument would allow the Court and the parties the opportunity to discuss proper management of

1

discovery in this case given the pendency of certain motions including Allstate's motion to dismiss which should also be the subject of the oral argument.

Allstate estimates that oral argument can be concluded in a total of 30 minutes.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to counsel on the attached service list this **21ST** day of November, 2000.

*David Shelton*

PETER J. VALETA
Florida Bar No. 327557
ROSS & HARDIES
150 North Michigan Ave., Suite 2500
Chicago, Illinois 60601
Telephone: (312) 750-3619
Telecopier: (312) 750-8600
Attorneys for Allstate Insurance Company

DAVID B. SHELTON
Florida Bar No. 0710539
Rumberger, Kirk & Caldwell
P.O. Box 1873
Orlando, Florida 32802
Telephone: (407) 839-4511
Telecopier: (407) 841-2133
Attorneys for Allstate Insurance Company

SERVICE LIST

Douglas A. Blankman, Esquire
Kopelman & Blankman, P.A.
One Financial Plaza, Suite 1611
Ft. Lauderdale, FL 33394
Attorney for Plaintiff

Arthur Gold, Esquire
Gold, Rosenfeld & Coulson
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
Attorney for Plaintiff

Carlin Phillips, Esquire
Gogel, Phillips & Garcia, LLP
13 Ventura Drive
North Dartmouth, MA 02747
Attorney for Plaintiff

Eric Lee
Atlas Pearlman, P.A.
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301
Attorney for Plaintiff

William W. Deem, Esquire
McGuire, Woods, Battle & Boothe, LLP
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Attorney for Defendant, CCN