UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and COMMUNITY CARE NETWORK, INC., d/b/a CCN

Defendants.
_______________________________/




**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT CCN's MOTION TO COMPEL ARBITRATION AND CCN's MOTION TO DISMISS**

PLEASE TAKE NOTICE that Plaintiff DR. PAUL ZIDEL, on behalf of himself and all others similarly situated, by his undersigned counsel, shall move this Court for the entry of an Order enlarging his time to respond to Defendant COMMUNITY CARE NETWORK, INC.'s ("CCN") Motion to Compel Arbitration and Stay Litigation ("Motion to Compel Arbitration") and CCN's Motion to dismiss based upon the following grounds:

1. On or about November 13, 2000, CCN served its Motion to Compel Arbitration and Motion to Dismiss.

2. Counsel for DR. ZIDEL needs additional time to respond to the Motions.

3. Counsel for CCN does not object to an enlargement of time until December 15, 2000 for DR. ZIDEL to respond to the Motion to Compel Arbitration and Motion to Dismiss.



CASE NO. 00-6061-CIV-FERGUSON/SNOW

WHEREFORE, DR. PAUL ZIDEL, respectfully requests that this Court enter an Order enlarging his time to serve his response to Defendant COMMUNITY CARE NETWORK, INC.'s Motion to Compel Arbitration and Motion to Dismiss until December 15, 2000, together with such other and further relief as this Court may deem just and proper.

ATLAS PEARLMAN, P.A.
Co-Counsel for Plaintiff
DR. PAUL ZIDEL
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200

By:______________________________
JAN DOUGLAS ATLAS
Florida Bar No. 226246

By:______________________________
ERIC LEE
Florida Bar No. 961299

**Co-Counsel for Plaintiff**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 1611
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 30th day of November, 2000 upon: all individuals on the attached service list.

ERIC LEE





**SERVICE LIST**

**(Zidel v. Allstate Insurance Company et al. Case No. 00-6061-Civ-Ferguson/Snow)**

**ATTORNEYS FOR ALLSTATE**

David B. Shelton, Esq.
dshelton@rumberger.com
RUMBERGER, KIRK & CALDWELL
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

Peter J. Valeta, Esq.
ROSS & HARDIES
150 N. Michigan Avenue
Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**ATTORNEYS FOR COMMUNITY CARE NETWORK**

William W. Deem, Esq.
(904)798-2615
wwdeem@mwbb.com
Jeb T. Nranham, Esq.
(904)798-2671
jbranham@mcguirewoods.com
MCQUIRE WOODS BATTLE
& BOOTHE, LLP
50 N. Laura Street
Suite 5300
Jacksonville, Florida 32202
(904)798-3207 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

GOLD & COULSON
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 1611
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile



