UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

FILED by ___ D.C.
DEC 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### AGREED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT ALLSTATE INSURANCE COMPANY'S MOTION TO DISMISS

THIS CAUSE having come before this Court on Plaintiff DR. PAUL ZIDEL's Unopposed Motion for Enlargement of Time to respond to Defendant ALLSTATE INSURANCE COMPANY's Motion to Motion to Dismiss and the Court having reviewed the Motion and upon agreement of the parties, it is thereupon

ORDERED AND ADJUDGED that Plaintiff's Motion be and same is hereby GRANTED. DR. PAUL ZIDEL shall serve his response to Defendant ALLSTATE's Motion to Dismiss on or before December 15, 2000.

DONE AND ORDERED in the Southern District of Florida on December ___, 2000.

_____
WILKIE D. FERGUSON, JR.
United States District Judge

Copies to:
All Counsel of Record

7091-00100.301286.1

