UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL OF DEFENDANT COMMUNITY CARE NETWORK, INC. WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiff DR. PAUL ZIDEL ("Plaintiff") and Defendant COMMUNITY CARE NETWORK, INC. ("CCN"), by their respective undersigned counsel, hereby agree and stipulate to the dismissal of the claims against CCN without prejudice, based upon the following grounds:

1. On or about November 13, 2000, CCN filed its Motion to Compel Arbitration and Stay Litigation.

2. Pursuant to an agreement between the parties, Plaintiff agrees that all claims asserted or which could have been asserted by Plaintiff against CCN are hereby dismissed without prejudice.

3. Plaintiff and CCN shall bear their respective attorneys' fees and costs incurred in connection with this matter.

6. Plaintiff and CCN agree to the entry of an Order confirming this Joint Stipulation in

the same form as attached hereto.

Respectfully submitted,

| | |
|---|---|
| MCQUIRE WOODS BATTLE & BOOTHE, LLP<br>Counsel for CCN<br>50 N. Laura Street<br>Suite 5300<br>Jacksonville, Florida 32202<br>(904)798-3200<br><br>By:_____<br>　WILLIAM W. DEEM<br>　Florida Bar. No. 512834 | ATLAS PEARLMAN, P.A.<br>Co-Counsel for Plaintiff<br>DR. PAUL ZIDEL<br>350 East Las Olas Boulevard, Suite 1700<br>Fort Lauderdale, FL 33301<br>(954) 763-1200<br><br>By:_____<br>　JAN DOUGLAS ATLAS<br>　Florida Bar No. 226246<br><br>By:_____<br>　ERIC LEE<br>　Florida Bar No. 961299 |

**Co-Counsel for Plaintiff**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

Respectfully submitted,

MCQUIRE WOODS BATTLE
& BOOTHE, LLP
Counsel for CCN
50 N. Laura Street
Suite 3300
Jacksonville, Florida 32202
(904)798-3200

By: /s/ W. Deem
WILLIAM W. DEEM
Florida Bar. No. 512834

ATLAS PEARLMAN, P.A.
Co-Counsel for Plaintiff
DR. PAUL ZIDEL
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200

By:_____
JAN DOUGLAS ATLAS
Florida Bar No. 226246

By:_____
ERIC LEE
Florida Bar No. 961299

**Co-Counsel for Plaintiff**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 1611
One Financial Plaza

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 1611
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this __8th__ day of December, 2000 upon: all individuals on the attached service list.

ERIC LEE

## SERVICE LIST

Zidel v. Allstate Insurance Company et al. Case No. 00-6061-Civ-Ferguson/Snow

**ATTORNEYS FOR ALLSTATE**

David B. Shelton, Esq.
dshelton@rumberger.com
RUMBERGER, KIRK & CALDWELL
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

Peter J. Valeta, Esq.
ROSS & HARDIES
150 N. Michigan Avenue
Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**ATTORNEYS FOR COMMUNITY CARE NETWORK**

William W. Deem, Esq.
(904)798-2615
wwdeem@mwbb.com
Jeb T. Nranham, Esq.
(904)798-2671
jbranham@mcguirewoods.com
MCQUIRE WOODS BATTLE
& BOOTHE, LLP
50 N. Laura Street
Suite 5300
Jacksonville, Florida 32202
(904)798-3207 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

GOLD & COULSON
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 1611
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile