UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.
_____/



FILED by ___ D.C.

DEC 1 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### PLAINTIFF'S MOTION FOR LEAVE TO FILE
### SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE that Plaintiff DR. PAUL ZIDEL, on behalf of himself and all others similarly situated ("ZIDEL"), by his undersigned counsel, pursuant to Federal Rule of Civil Procedure 15 and Local Rule 15.1, shall move this Court for the entry of an Order granting ZIDEL leave to file a Second Amended Complaint.[1] For all the reasons set forth herein, ZIDEL respectfully requests that the instant Motion be granted in all respects.

### ARGUMENT

On or about October 30, 2000, this Court entered an Order substituting ZIDEL as the Plaintiff in this case. At that time, ZIDEL's first Complaint asserted claims against Defendants ALLSTATE INSURANCE COMPANY ("ALLSTATE") and COMMUNITY CARE NETWORK, INC. ("CCN"). Due to an agreement with CCN, ZIDEL has dismissed CCN, without prejudice. ZIDEL has also

---

[1] Counsel for ZIDEL has contacted counsel for ALLSTATE who has not objected to the amendment, but has expressed concerns relating to the Scheduling Order entered by this Court.


7091-00100 302350.1


ATLAS PEARLMAN

determined that the Complaint should be amended by dropping the antitrust claim and clarifying that the cause of action being asserted under Section 627.736, Florida Statutes, asserts a claim under the entire section as opposed to a claim solely for a violation of Subsection (10).[2]

Pursuant to Federal Rule of Civil Procedure 15, a party may amend a pleading only by leave of Court or by written consent of the adverse party. It is well established that "leave of Court shall be freely given when justice so requires." The direction of Federal Rule of Civil Procedure 15 that leave to amend shall be freely given when justice so required is to be liberally construed. U.S v. Keystone Sanitation Co., Inc., 903 F. Supp. 803 (N.D. Pa. 1995). Herein, ZIDEL is seeking to amend his Complaint to reflect the dismissal of CCN, to dismiss the antitrust claim, and to clarify the claims asserted under Section 627.736, Florida Statutes. ALLSTATE has not filed an Answer to DR. ZIDEL's Complaint. Thus, there will be no prejudice to ALLSTATE by such an amendment.

## CONCLUSION

For all the reasons set forth herein, ZIDEL, on behalf of himself and all others similarly situated, respectfully requests that this Court enter an Order permitting ZIDEL leave to file a Second Amended Complaint, together with such other and further relief as this Court may deem just and proper.

---

[2] In accordance with Local Rule 15.1, a true and correct copy of the proposed Second Amended Complaint is attached hereto.

7091-00100 302350.1                   2

ATLAS PEARLMAN

ATLAS PEARLMAN, P.A.
Co-Counsel for Plaintiff
DR. PAUL ZIDEL
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200

By: _____
JAN DOUGLAS ATLAS
Florida Bar No. 226246

By: _____
ERIC LEE
Florida Bar No. 961299

**Co-Counsel for Plaintiff**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 1611
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

ATLAS PEARLMAN

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 15th day of December, 2000 upon: all individuals on the attached service list.

ERIC LEE

ATLAS PEARLMAN
ATTORNEYS AT LAW

Zidel v. Allstate Insurance Company et al. Case No. 00-6061-Civ-Ferguson/Snow

**ATTORNEYS FOR ALLSTATE**

David B. Shelton, Esq.
*dshelton@rumberger.com*
RUMBERGER, KIRK & CALDWELL
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

Peter J. Valeta, Esq.
ROSS & HARDIES
150 N. Michigan Avenue
Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**ATTORNEYS FOR COMMUNITY CARE NETWORK**

William W. Deem, Esq.
(904)798-2615
wwdeem@mwbb.com
Jeb T. Nranham, Esq.
(904)798-2671
jbranham@mcguirewoods.com
MCQUIRE WOODS BATTLE
& BOOTHE, LLP
50 N. Laura Street
Suite 5300
Jacksonville, Florida 32202
(904)798-3207 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

GOLD & COULSON
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 1611
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile