

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

### AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT COMMUNITY CARE NETWORK, INC.

THIS CAUSE having come before this Court upon the agreement of the parties and the parties' Joint Stipulation of Dismissal Without Prejudice of Defendant COMMUNITY CARE NETWORK, INC., and the Court having reviewed the file and being otherwise fully advised in the premises, it is thereupon

ORDERED AND ADJUDGED that the Joint Stipulation of Dismissal Without Prejudice is hereby GRANTED. All claims asserted by Plaintiff against Defendant COMMUNITY CARE NETWORK, INC. are hereby dismissed, without prejudice, without costs to either Plaintiff or CCN with each party to bear its own costs and fees.

DONE AND ORDERED in the Southern District of Florida on December 15th, 2000.

                                        WILKIE D. FERGUSON, JR.
                                        United States District Judge

Copies to:
All Counsel of Record

7091-00100 301697.1