FILED by _____ D.C.

DEC 27 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW



It is ORDERED that this Motion is hereby **GRANTED. AMENDED COMPLAINT DEEMED FILED.**

WILKIE D. FERGUSON, JR.
12/27/00
DATE

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

Defendant.
_____/



### PLAINTIFF'S MOTION FOR LEAVE TO FILE
### SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE that Plaintiff DR. PAUL ZIDEL, on behalf of himself and all others similarly situated ("ZIDEL"), by his undersigned counsel, pursuant to Federal Rule of Civil Procedure 15 and Local Rule 15.1, shall move this Court for the entry of an Order granting ZIDEL leave to file a Second Amended Complaint.[1] For all the reasons set forth herein, ZIDEL respectfully requests that the instant Motion be granted in all respects.

### ARGUMENT

On or about October 30, 2000, this Court entered an Order substituting ZIDEL as the Plaintiff in this case. At that time, ZIDEL's first Complaint asserted claims against Defendants ALLSTATE INSURANCE COMPANY ("ALLSTATE") and COMMUNITY CARE NETWORK, INC. ("CCN"). Due to an agreement with CCN, ZIDEL has dismissed CCN, without prejudice. ZIDEL has also

---

[1] Counsel for ZIDEL has contacted counsel for ALLSTATE who has not objected to the amendment, but has expressed concerns relating to the Scheduling Order entered by this Court.

7091-00100 302350.1



ATLAS PEARLMAN