IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-CIV-6061-FERGUSON/SNOW

DR. PAUL ZIDEL, and all others similarly )
situated, )
                                              )
      Plaintiffs, )
                                              )
v. )
                                              )
ALLSTATE INSURANCE COMPANY, )
and COMMUNITY CARE NETWORK, INC., )
d/b/a CCN, )
                                              )
      Defendants. )
_____ )

**REQUEST FOR ORAL ARGUMENT ON
ALLSTATE INSURANCE COMPANY'S MOTION
FOR ENTRY OF A PROTECTIVE ORDER CONCERNING DEPOSITIONS
SCHEDULED FOR JANUARY 16-18, 2001**

Pursuant to Local Rule 7.1 B, Defendant, Allstate Insurance Company ("Allstate"), hereby requests that this honorable Court schedule oral argument on its motion for entry of a protective order concerning depositions scheduled for January 16-18, 2001.

Oral argument would benefit the Court in the resolution of Allstate's motion. Oral argument would allow for the full and timely consideration of the dispute presented in the motion. Plaintiff has unilaterally scheduled the depositions under dispute for January 16-18, 2001. It would be beneficial and economical if the Court could hear and decide the motion before the deposition dates. In addition, oral argument would allow the Court and the parties the opportunity to discuss proper management of discovery in this case given the pendency of this motion and others including Allstate's motion to dismiss and motion to stay.

Allstate estimates that oral argument can be concluded in a total of 30 minutes.

1



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to counsel on the service list this **28th** day of December, 2000.

*/s/ David Shelton*

| | |
|---|---|
| PETER J. VALETA | DAVID B. SHELTON |
| Florida Bar No. 327557 | Florida Bar No. 0710539 |
| ROSS & HARDIES | Rumberger, Kirk & Caldwell |
| 150 North Michigan Ave., Suite 2500 | P.O. Box 1873 |
| Chicago, Illinois 60601 | Orlando, Florida 32802 |
| Telephone: (312) 750-3619 | Telephone: (407) 839-4511 |
| Telecopier: (312) 750-8600 | Telecopier: (407) 841-2133 |
| Attorneys for Allstate Insurance Company | Attorneys for Allstate Insurance Company |

SERVICE LIST

Douglas A. Blankman, Esquire
Kopelman & Blankman, P.A.
One Financial Plaza, Suite 1611
Ft. Lauderdale, FL 33394
Attorney for Plaintiff

Arthur Gold, Esquire
Gold, Rosenfeld & Coulson
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
Attorney for Plaintiff

Carlin Phillips, Esquire
Gogel, Phillips & Garcia, LLP
13 Ventura Drive
North Dartmouth, MA 02747
Attorney for Plaintiff

Eric Lee
Atlas Pearlman, P.A.
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301
Attorney for Plaintiff

William W. Deem, Esquire
McGuire, Woods, Battle & Boothe, LLP
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Attorney for Defendant, CCN

2