FILED by _____ D.C.
DEC 3 1 2000
CLARENCE MADDOX

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Civil Action No. 00-CIV-6061 FERGUSON/SNOW

DR. PAUL ZIDEL and All Others §
Similarly Situated, §
 §
    Plaintiffs, §
 §
v. §
 §
ALLSTATE INSURANCE COMPANY §
and COMMUNITY CARE NETWORK, §
INC. d/b/a CCN, §
 §
    Defendants. §



It is ORDERED that this Motion is hereby DISMISSED AS MOOT.

WILKIE D. FERGUSON, JR.
12/31/00
DATE

## CCN'S MOTION TO COMPEL ARBITRATION AND STAY LITIGATION

Community Care Network, Inc. d/b/a CCN ("CCN") moves the Court to enter an order compelling arbitration and staying this litigation and states as follows:

### I.
### INTRODUCTION

Plaintiff's Amended Class Action Complaint (the "Complaint") asserts a variety of claims against CCN, all of which arise from his contractual relationship with CCN. That contract contains an arbitration clause. Despite demanding arbitration on these issues many months ago, and despite requesting and receiving numerous documents in connection therewith, plaintiff has now inexplicably abandoned his contractual duty to arbitrate and initiated the instant litigation