

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

FILED by ___ D.C.

DEC 3 1 2000

CLARENCE MADDOX

Civil Action No. 00-CIV-6061 FERGUSON/SNOW



| | |
|---|---|
| DR. PAUL ZIDEL and All Others Similarly Situated, | § § § |
| Plaintiffs, | § § |
| v. | § § |
| ALLSTATE INSURANCE COMPANY and COMMUNITY CARE NETWORK, INC. d/b/a CCN, | § § § § |
| Defendants. | § |



It is ORDERED that this Motion is hereby DISMISSED AS MOOT.

WILKIE D. FERGUSON, JR.
12/31/00
DATE

## CCN'S MOTION TO DISMISS AND BRIEF IN SUPPORT

Community Care Network, Inc. d/b/a CCN ("CCN"), pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, moves the Court for an Order dismissing plaintiff's claims against CCN for failure to state a claim.[1] In support of this motion, CCN states:

### I.
### INTRODUCTION

CCN and plaintiff entered a contract whereby plaintiff would become a part of CCN's healthcare provider network. Under the agreement, plaintiff agreed to discount his medical fees for services rendered to the individuals insured by CCN's clients. Now, apparently dissatisfied with the bargain, plaintiff attempts to bring claims that have no basis in the plain language of the

---

[1] Contemporaneously with this motion, CCN has filed its motion to compel arbitration and stay litigation. CCN believes that arbitration is the proper forum for the resolution of this dispute, but brings this motion concurrently so as not to waive its defenses pursuant to Fed. R. Civ. P. 12. No waiver of CCN's right to insist upon arbitration should be implied by the filing of this motion to dismiss.