**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-CIV-6061-FERGUSON/SNOW

DR. PAUL ZIDEL, and all others similarly  )
situated,                                  )
                                           )
    Plaintiffs,                            )
                                           )
v.                                         )
                                           )
ALLSTATE INSURANCE COMPANY,                )
and COMMUNITY CARE NETWORK, INC.,          )
d/b/a CCN,                                 )
                                           )
    Defendants.                            )
_____)



It is ORDERED that this motion is hereby
DISMISSED AS MOOT.
[signature]
[judge signature]
01/24/01

## DEFENDANT, ALLSTATE INSURANCE COMPANY'S
## MOTION TO DISMISS COUNTS II, III, IV, V, VI, and VII

Defendant, Allstate Insurance Company ("Allstate"), hereby moves this honorable Court for entry of an Order pursuant to Rules 8, 9 and 12(b) of the Federal Rules of Civil Procedure, Fed. R. Civ. P. 8, 9, and 12, dismissing Counts II, III, IV, V, VI, and VII of Plaintiffs' Amended Class Action Complaint ("Complaint")[1] and states as follows:

### Introduction

1.  This case is a simple disagreement over the amount of payments made by Allstate Insurance Company ("Allstate") for medical services rendered by plaintiff to personal injury protection ("PIP") claimants.[2]

---

[1] Count I of the Complaint is not directed to and does not purport to allege claims against Allstate and thus is not addressed in this Motion to Dismiss.

[2] Plaintiff is one of several doctors who are engaged together in the practice of medicine under the names "Park Place Therapeutic Center" and "Park Place Orthopaedics & Rehabilitation" (collectively the "Park Place Doctors"). The Park Place Doctors previously brought an action against Allstate to recover PIP payments which they alleged were improperly discounted. The United States District Court for the Southern District of Florida subsequently granted Allstate's Motion to dismiss, concluding that Florida Statute §627.736(10) does not allow a private cause of action to be asserted against Allstate.

