IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-CIV-6061-FERGUSON/SNOW

DR. PAUL ZIDEL, and all others similarly situated, )
)
)
Plaintiffs, )
)
v. )
)
ALLSTATE INSURANCE COMPANY, )
and COMMUNITY CARE NETWORK, INC., )
d/b/a CCN, )
)
Defendants. )
_____ )

FILED by _____ D.C.

JAN 24 2001

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

It is ORDERED that this Motion is hereby
DISMISSED AS
MOOT.
/s/ Wilkie D. Ferguson, Jr.
WILKIE D. FERGUSON, JR.
01/24/01
DATE

### DEFENDANT'S REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Pursuant to Local Rule 7.1 B, Defendant, Allstate Insurance Company ("Allstate"), hereby requests that this honorable Court schedule oral argument on Plaintiff's motion for leave to file second amended complaint.

Oral argument would be a benefit in addressing the ramifications of Plaintiff's requested amendment to the pleadings. Allstate submits that oral argument, or a status conference, would provide an opportunity so the parties can discuss the requested amendment, its effect on scheduling and other pending motions and matters.

Allstate estimates that oral argument can be concluded in a total of 15 minutes.



1