FILED by _____ D.C.

JAN 24 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DR. PAUL ZIDEL,　　　　　　　　　　　　CASE NO. 00-6061-CIV-FERGUSON
and all others similarly situated,

　　　　Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC.,

　　　　Defendants.
_____/

## OMNIBUS ORDER ON PENDING MOTIONS

**THIS CAUSE** is before the Court on various pending motions. Having duly considered the motions and pertinent portions of the record, it is

**ORDERED AND ADJUDGED** that

1. Allstate Insurance Company's Motion to Dismiss Second Amended Complaint [D.E. 108] and Plaintiff's Motion to Compel, for Contempt, and or Sanctions [D.E. 110] are **REFERRED** to **United States Magistrate Judge Lurana S. Snow** pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida. The parties are notified that all subsequent pleadings regarding matters referred to the Magistrate Judge shall be so designated by setting forth beneath the case number the identity of the Magistrate Judge to which the matter has been referred.

113

2. Allstate Insurance Company's Motion to Stay Discovery [D.E. 90] is **GRANTED**.

3. Allstate Insurance Company's Request for Oral Argument on Motion to Stay Discovery [D.E. 91] is **DISMISSED as MOOT.**

4. Allstate Insurance Company's Motion for Entry of a Protective Order Concerning Depositions [D.E. 104] and Allstate Insurance Company's Request for Oral Argument on Motion for Entry of a Protective Order Concerning Depositions [D.E. 105] are **DISMISSED as MOOT** pursuant to this Order's stay of discovery.

**DONE AND ORDERED** in chambers, at Ft. Lauderdale, Florida, this _24th_ day of January, 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT COURT JUDGE

cc:
Lurana S. Snow, United States Magistrate Judge
Douglas A. Blankman, Esq.
David B. Shelton, Esq.
Carlin Phillips, Esq.
Arthur S. Gold, Esq.
William W. Deem, Esq.
Peter J. Valeta, Esq.
Jeb T. Branham, Esq.