UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/



FILED by _____ D.C.

· JAN 2 9 2001

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA FT. LAUD.

### AGREED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT ALLSTATE INSURANCE COMPANY'S MOTION TO DISMISS SECOND AMENDED COMPLAINT

THIS CAUSE having come before this Court on Plaintiff DR. PAUL ZIDEL's Unopposed Motion for Enlargement of Time to respond to Defendant ALLSTATE INSURANCE COMPANY's Motion to Dismiss Second Amended Complaint and the Court having reviewed the Motion and upon agreement of the parties, it is thereupon

ORDERED AND ADJUDGED that Plaintiff's Motion be and same is hereby GRANTED.

DR. PAUL ZIDEL shall serve his response to Defendant ALLSTATE INSURANCE COMPANY's Motion to Dismiss Second Amended Complaint on or before February 9, 2001.

DONE AND ORDERED in the Southern District of Florida on January 29th, 2001.

                                        WILKIE D. FERGUSON, JR.
                                        United States District Judge

Copies to:
All Counsel of Record

7091-00100 307038.1

116