## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-CIV-6061-FERGUSON/SNOW

| | |
|---|---|
| DR. PAUL ZIDEL, and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ALLSTATE INSURANCE COMPANY, | ) ) |
| Defendant / Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| COMMUNITY CARE NETWORK, INC., d/b/a CCN, | ) ) ) |
| Third-Party Defendant. | ) ) |

### ACCEPTANCE OF SERVICE OF THIRD PARTY COMPLAINT

Undersigned counsel for Third-Party Defendant, Community Care Network, Inc., hereby accepts service of Defendant/Third-Party Plaintiff, Allstate Insurance Company's Third Party Complaint.

Done and Accepted this __9__ day of February, 2001.

WILLIAM DEEM
Florida Bar No. 512834
McGUIRE WOODS BATTLE &
BOOTHE, LLP
50 N. Laura Street, Suite 5300
Jacksonville, FL 32202
Telephone: (904) 798-3200
Attorneys for Third-Party Defendant

118