**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

FILED BY

2001 FEB 12 PM 1:29

CASE NO.: 00-CV-6061 FERGUSON/SNOW

| | |
|---|---|
| DR. PAUL ZIDEL, and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| ALLSTATE INSURANCE COMPANY, | ) ) |
| Defendant / Third-Party Plaintiff, | ) ) ) |
| v. | ) ) ) |
| COMMUNITY CARE NETWORK, INC., d/b/a CCN, | ) ) ) |
| Third-Party Defendant. | ) ) |

### Allstate Insurance Company's Unopposed Motion For Extension of Time To Serve Response to Plaintiff's Motion To Compel

Defendant, Allstate Insurance Company ("Allstate"), hereby files this Motion For Extension of Time to respond to Plaintiff's Motion To Compel, For Contempt, and For Sanctions. In support of the Motion, Allstate would show unto the Court the following:

1. Plaintiff served a Motion to Compel, For Contempt and For Sanctions on January 23, 2001. Allstate's response is currently due February 9, 2001.

2. Allstate's counsel needs additional time to complete the research and the drafting of the opposing memorandum of law. Allstate's counsel requests a 14-day extension of time.

3. Under signed counsel has conferred with Plaintiff's counsel, Eric Lee, who has no objection to this extension.

120

4. No party will be prejudiced by this extension.

5. A proposed form of order is attached hereto.

WHEREFORE, Defendant, Allstate Insurance Company, respectfully requests that the Court enter an order granting an extension of time until February 23, 2001 to serve its response to Plaintiff's Motion To Compel, For Contempt and For Sanctions.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to the attorneys on the attached list, this 8th day of February, 2001.

*(signature: David Shelton)*

PETER J. VALETA
Florida Bar No. 327557
ROSS & HARDIES
150 North Michigan Ave., Suite 2500
Chicago, Illinois 60601
Telephone: (312) 750-3619
Telecopier: (312) 920-7241
Attorneys for Defendant

DAVID B. SHELTON
Florida Bar No. 0710539
RUMBERGER, KIRK & CALDWELL
P.O. Box 1873
Orlando, Florida 32802
Telephone: (407) 839-4511
Telecopier: (407) 841-2133
Attorneys for Defendant

SERVICE LIST

Douglas A. Blankman, Esquire
Kopelman & Blankman, P.A.
One Financial Plaza, Suite 1611
Ft. Lauderdale, FL  33394
Attorney for Plaintiff

Arthur Gold, Esquire
Gold, Rosenfeld & Coulson
11 S. LaSalle Street, Suite 2500
Chicago, IL  60603
Attorney for Plaintiff

Carlin Phillips, Esquire
Gogel, Phillips & Garcia, LLP
13 Ventura Drive
North Dartmouth, MA  02747
Attorney for Plaintiff

Eric Lee
Atlas Pearlman, P.A.
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL  33301
Attorney for Plaintiff

William W. Deem, Esquire
McGuire, Woods, Battle & Boothe, LLP
50 N. Laura Street, Suite 3300
Jacksonville, FL  32202
Attorney for CCN

3