**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**CASE NO.: 00-CV-6061 FERGUSON/SNOW**

| | |
|---|---|
| DR. PAUL ZIDEL, and all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| ALLSTATE INSURANCE COMPANY, | )<br>) |
| Defendant / Third-Party Plaintiff, | )<br>) |
| v. | )<br>) |
| COMMUNITY CARE NETWORK, INC., d/b/a CCN, | )<br>)<br>) |
| Third-Party Defendant. | )<br>) |

FILED by _____ D.

FEB 1 5 2001

CLARENCE ... OX
CLK U.S. ... CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL

This matter came on for consideration on Defendant, Allstate Insurance Company's Motion For Extension of Time to respond to Plaintiff's Motion To Compel, For Contempt and For Sanctions. Upon consideration of the matter, it is hereby ORDERED and ADJUDGED that Defendant's Motion is granted. Defendant shall have an extension of time until February 23, 2001 in which to serve its response to Plaintiff's Motion to Compel.

DONE and ORDERED in chambers in Ft. Lauderdale, Florida, this 34th day of February, 2001.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies:
Douglas A. Blankman, Esq.
Arthur Gold, Esq.
Carlin Phillips, Esq.
Peter Valeta, Esq.

William W. Deem, Esq.
Eric Lee, Esq.
David B. Shelton, Esq.

/2/