### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

**Civil Action No. 00-CIV-6061 FERGUSON/SNOW**

| | |
|---|---|
| DR. PAUL ZIDEL and All Others Similarly Situated, | § § § |
| Plaintiffs, | § § |
| v. | § § |
| ALLSTATE INSURANCE COMPANY and COMMUNITY CARE NETWORK, INC. d/b/a CCN, | § § § § |
| Defendant/Third-Party Plaintiff, | § § |
| v. | § § |
| COMMUNITY CARE NETWORK, INC., d/b/a CCN, | § § § |
| Third-Party Defendant. | § § § |



### CCN'S JOINDER IN AGREED MOTION TO
### AMEND PRETRIAL ORDER

Third-party defendant, CCN Managed Care, Inc. (incorrectly referred to as "Community Care Network, Inc. d/b/a CCN" in the third-party complaint), hereby joins in the agreed motion to amend pretrial order which was filed by defendant Allstate Insurance Company. In further support of Allstate's request to vacate the current schedule for pretrial procedures, CCN notes as follows:

1. On or about January 26, 2001, Allstate filed a third-party complaint against CCN. While CCN was not properly served with process, its undersigned counsel recently appeared in




the litigation and filed an unopposed motion to set March 15, 2001, as the date for response to the third-party complaint.

2. Accordingly, as the case is currently postured, a significant number of pretrial deadlines -- e.g., designation of expert witnesses, conclusion of expert depositions and preparation of witness lists -- will have passed before CCN files an initial response to the third-party complaint.

3. Moreover, the current discovery cutoff is April 2, 2001. CCN is not fully aware of all discovery which has occurred to date, but it is reasonable to anticipate that it will require additional time in order to formulate and implement its own discovery plans.

4. Accordingly, for the foregoing reasons as well as those stated in Allstate's motion, CCN requests that the current case management schedule be vacated, and that a pretrial conference to discuss case management issues be scheduled after motions to dismiss are resolved.

McGuireWoods LLP

By: _____
William W. Deem
Florida Bar No. 0512834
50 North Laura Street, Suite 3300
Jacksonville, Florida 32205
(904) 798-3200
(904) 798-3207 Facsimile
wdeem@mcguirewoods.com
Counsel for CCN Managed Care, Inc.

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been furnished by facsimile and U.S. Mail on this __13__ day of February, 2001, to the following:

Lawrence Kopelman, Esq.
Kopelman & Blankman
National Towers, Suite 1611
1 Financial Plaza
Fort Lauderdale, FL 33394
**Attorneys for Plaintiff**

Eric Lee, Esq.
Atlas Pearlman, P.A.
Marc J. Browner, D.C.
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301
**Attorneys for Plaintiff**

Gold & Coulson
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
**Attorneys for Plaintiff**

Phillips & Garcia
13 Ventura Drive
North Dartmouth, MA 02747
**Attorneys for Plaintiff**

David B. Shelton, Esq.
Rumberger, Kirk & Caldwell
Signature Plaza, Suite 300
201 South Orange Avenue
Orlando, FL 32802
**Attorneys for Allstate**

Peter J. Valeta, Esq.
Ross & Hardies
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
**Attorneys for Allstate**

_____
Attorney

\\JAC\2615\Columbia-Napoli\plead\Joinder Mot to Amend Pretrial Order.doc