**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**



**Civil Action No. 00-CIV-6061 FERGUSON/SNOW**

| | |
|---|---|
| DR. PAUL ZIDEL and All Others Similarly Situated, | § § § |
| Plaintiffs, | § § |
| v. | § § |
| ALLSTATE INSURANCE COMPANY and COMMUNITY CARE NETWORK, INC. d/b/a CCN, | § § § § |
| Defendant/Third-Party Plaintiff, | § § |
| v. | § § |
| COMMUNITY CARE NETWORK, INC., d/b/a CCN, | § § § |
| Third-Party Defendant. | § § |



### ORDER ON CCN'S UNOPPOSED MOTION FOR EXTENSION
### TIME TO RESPOND TO THIRD-PARTY COMPLAINT

THIS CAUSE having come before the Court on CCN's Unopposed Motion for Extension of Time to Respond to Third-Party Complaint, and the Court having reviewed the motion and other relevant pleadings, and being otherwise advised on the premises, it is:

ORDERED AND ADJUDGED:

1.    Third-party defendant CCN's Unopposed Motion for Extension of Time to Respond to Third-Party Complaint is granted.

2.  CCN shall have through and including March 15, 2001 in which to serve a response to the third-party complaint.

DONE AND ORDERED in Broward County, Florida, on this 20th day of February, 2001.

_____
DISTRICT COURT JUDGE

Copies to:

All counsel of record

\JAC\2615\Columbia-Napoli\plead\Order re Mot to Ext Ans to 3d Party Comp.doc

2