UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 00-CV-6061 FERGUSON/SNOW

DR. PAUL ZIDEL, and all others similarly          )
situated,                                          )
                                                   )
        Plaintiffs,                                )
                                                   )
v.                                                 )
                                                   )
ALLSTATE INSURANCE COMPANY,                        )
                                                   )
        Defendant / Third-Party Plaintiff,         )
                                                   )
v.                                                 )
                                                   )
COMMUNITY CARE NETWORK, INC.,                      )
d/b/a CCN,                                         )
                                                   )
        Third-Party Defendant.                     )
_____)

### Allstate Insurance Company's Unopposed Motion For Extension of Time To Serve Response to Plaintiff's Motion To Consolidate

        Defendant, Allstate Insurance Company ("Allstate"), hereby files this Motion For

Extension of Time to respond to Plaintiff's Motion To Consolidate. In support of the Motion,

Allstate would show unto the Court the following:

        1.      Plaintiff served a Motion to Consolidate on February 8, 2001. Allstate's response

is currently due February 23, 2001.

        2.      Allstate's counsel needs additional time to complete the research and the drafting

of the opposing memorandum of law. In addition, time is needed for Allstate to obtain a copy of

the transcript of the September 15, 2000 status conference. During that conference, the parties

argued a prior motion to consolidate. Allstate's counsel requests a 12-day extension of time.

3.      Under signed counsel has conferred with Plaintiff's counsel, Eric Lee, who has no objection to this extension.

4.      No party will be prejudiced by this extension.

5.      A proposed form of order is attached hereto.

WHEREFORE, Defendant, Allstate Insurance Company, respectfully requests that the Court enter an order granting an extension of time until March 7, 2001 to serve its response to Plaintiff's Motion To Consolidate.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to the attorneys on the attached list, this 21st day of February, 2001.

PETER J. VALETA                                      DAVID B. SHELTON
Florida Bar No. 327557                               Florida Bar No. 0710539
ROSS & HARDIES                                       RUMBERGER, KIRK & CALDWELL
150 North Michigan Ave., Suite 2500                  P.O. Box 1873
Chicago, Illinois 60601                              Orlando, Florida 32802
Telephone: (312) 750-3619                            Telephone: (407) 839-4511
Telecopier: (312) 920-7241                           Telecopier: (407) 841-2133
Attorneys for Defendant                              Attorneys for Defendant

2

SERVICE LIST

Douglas A. Blankman, Esquire
Kopelman & Blankman, P.A.
One Financial Plaza, Suite 1611
Ft. Lauderdale, FL 33394
Attorney for Plaintiff

Arthur Gold, Esquire
Gold, Rosenfeld & Coulson
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
Attorney for Plaintiff

Carlin Phillips, Esquire
Gogel, Phillips & Garcia, LLP
13 Ventura Drive
North Dartmouth, MA 02747
Attorney for Plaintiff

Eric Lee
Atlas Pearlman, P.A.
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301
Attorney for Plaintiff

William W. Deem, Esquire
McGuire, Woods, Battle & Boothe, LLP
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Attorney for CCN