UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

     Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN

     Defendants.
_____/

## NOTICE OF SUPPLEMENTAL AUTHORITY

PLEASE TAKE NOTICE that Plaintiff DR. PAUL ZIDEL, on behalf of himself and all

others similarly situated, by his undersigned counsel, in further opposition to the pending Motions

to Dismiss, hereby notifies this Court that on February 16, 2001, the Honorable Donald T. Hall in

the cases entitled Arcadia Chiropractic Clinic, Inc. v. Progressive Express Ins. Co., Case No. 00-

0166 CC and Arcadia Chiropractic Clinic, Inc. v. Progressive Express Ins. Co., Case No. 00-0167

CC, DeSoto County Court, granted the Plaintiff's Motion for Summary Judgment.  Attached is a

copy of the Orders entered by the Court.

ATLAS PEARLMAN

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Plaintiff
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200

By: _____
JAN DOUGLAS ATLAS
Florida Bar No. 226246

By: _____
ROBIN CORWIN CAMPBELL
Florida Bar No. 327931

By: _____
ERIC LEE
Florida Bar No. 961299

**Co-Counsel for Plaintiff**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 1611
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

ATLAS PEARLMAN
ATTORNEYS AT LAW

CASE NO. 00-6061-CIV-FERGUSON/SNOW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this ____ day of February, 2001 upon: all individuals on the attached service list.

ERIC LEE

3



## SERVICE LIST

**Zidel v. Allstate Insurance Company et al. Case No. 00-6061-Civ-Ferguson/Snow)**

### ATTORNEYS FOR ALLSTATE

David B. Shelton, Esq.
dshelton@rumberger.com
RUMBERGER, KIRK & CALDWELL
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

Peter J. Valeta, Esq.
ROSS & HARDIES
150 N. Michigan Avenue
Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 1611
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

### ATTORNEYS FOR PLAINTIFFS

GOLD & COULSON
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile





IN THE COUNTY COURT
IN AND FOR DESOTO COUNTY, FLORIDA

ARCADIA CHIROPRACTIC CLINIC,
INC., as assignee of James L. Williams,

    Plaintiff,

vs.                        CASE NO.   00-0167 CC

PROGRESSIVE EXPRESS
INSURANCE COMPANY,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR SUMMARY JUDGMENT AS TO COUNT II

    This matter is before the Court on the Plaintiff's Motion for Summary Judgment as to Count II of the Complaint. The Court has carefully reviewed the Complaint, the Motion, the court file and all other items of record, heard the argument of counsel, and is otherwise fully advised in the premises.

    The Court finds that the provisions of Fla. Stat. §627.736(10) provide the only means by which an insurer in Florida may pay "preferred provider" (PPO) rates for personal injury protection (PIP) coverage on a motor vehicle policy. The insured, James L. Williams, did not purchase a "preferred provider" policy from the Defendant. The Defendant issued a standard non-PPO automobile insurance policy to James L. Williams providing PIP coverage.

    It is therefore,

    ORDERED AND ADJUDGED that the Plaintiff's Motion for Summary Judgment as to Count II is GRANTED. It is further,

1

ORDERED AND ADJUDGED that the Defendant, Progressive Express Insurance Company, shall pay to the Plaintiff, Arcadia Chiropractic Clinic, Inc., 80% of all reasonable and necessary expenses for medical services provided by the Plaintiff to the insured. *See* Fla. Stat. §627.736(1)(a).

DONE and ORDERED in Chambers in Arcadia, DeSoto County, Florida. this ____16____ day of ____Feb____, 2001.

Don. Hall

**Donald T. Hall, County Judge**

Copies to:

Robert D. Adams, Esq.
101 East Kennedy Boulevard
Suite 2175
Tampa, Florida 33602

A. Casey Fundaro, Esq.
1100 Fifth Avenue South
Suite 201
Naples, Florida 34102

2

IN THE COUNTY COURT
IN AND FOR DESOTO COUNTY, FLORIDA

ARCADIA CHIROPRACTIC CLINIC,
INC., as assignee of Toni Stombaugh,
the parent and natural guardian of
Kiona Duenas,

     Plaintiff,

vs.                    CASE NO.  00-0166 CC

PROGRESSIVE EXPRESS
INSURANCE COMPANY,

     Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR SUMMARY JUDGMENT AS TO COUNT II

This matter is before the Court on the Plaintiff's Motion for Summary
Judgment as to Count II of the Complaint. The Court has carefully reviewed the
Complaint, the Motion, the court file and all other items of record, heard the
argument of counsel, and is otherwise fully advised in the premises.

The Court finds that the provisions of Fla. Stat. §627.736(10) provide the
only means by which an insurer in Florida may pay "preferred provider" (PPO)
rates for personal injury protection (PIP) coverage on a motor vehicle policy.
The insured, Toni Stombaugh, the parent and natural guardian of Kiona Duenas,
did not purchase a "preferred provider" policy from the Defendant. The
Defendant issued a standard non-PPO automobile insurance policy to Toni
Stombaugh providing PIP coverage.

1

It is therefore,

**ORDERED AND ADJUDGED** that the Plaintiff's Motion for Summary Judgment as to Count II is **GRANTED**. It is further,

**ORDERED AND ADJUDGED** that the Defendant, Progressive Express Insurance Company, shall pay to the Plaintiff, Arcadia Chiropractic Clinic, Inc., 80% of all reasonable and necessary expenses for medical services provided by the Plaintiff to the insured. *See* Fla. Stat. §627.736(1)(a).

**DONE and ORDERED** in Chambers in Arcadia. DeSoto County, Florida, this ___16.___ day of ____Feb____, 2001.

_____
Donald T. Hall, County Judge

**Copies to:**

Robert D. Adams, Esq.
101 East Kennedy Boulevard
Suite 2175
Tampa, Florida 33602

A. Casey Fundaro, Esq.
1100 Fifth Avenue South
Suite 201
Naples, Florida 34102

2