## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

### Civil Action No. 00-CIV-6061 FERGUSON/SNOW

| | |
|---|---|
| DR. PAUL ZIDEL and All Others Similarly Situated, | § § § |
| Plaintiffs, | § § § |
| v. | § § |
| ALLSTATE INSURANCE COMPANY and COMMUNITY CARE NETWORK, INC. d/b/a CCN, | § § § § |
| Defendant/Third-Party Plaintiff, | § § |
| v. | § § |
| COMMUNITY CARE NETWORK, INC., d/b/a CCN, | § § § |
| Third-Party Defendant. | § § § |



### CCN'S PARTIALLY UNOPPOSED MOTION FOR EXTENSION RE BRIEFING ON CONSOLIDATION ISSUES

Third-Party defendant CCN Managed Care, Inc., requests the entry of an order extending its time to respond to plaintiff's "Motion to Consolidate All Pending PPO Reduction Class Actions." In support of the motion, CCN states:

1. Plaintiff's "Motion to Consolidate All Pending PPO Reduction Class Actions" was served by mail on February 8, 2001. Pursuant to the Local Rules, CCN would be required to serve a response by February 23, 2001.

2. On September 15, 2000, this Court considered a prior suggestion that these actions should be consolidated. At that time, the Court decided that the actions should not be



consolidated. Indeed, the Court's "Civil Minutes" from that status conference specifically include the following notation -- "Deny motion for consolidation."

3. The court reporter has been asked to prepare a transcript of the September 15 proceedings. CCN desires to utilize that transcript in the preparation of its response to the instant motion to consolidate. Accordingly, CCN requests the entry of an order extending its time to serve a response until the later of March 7, 2001, or seven calendar days after the date on which CCN receives any transcript from the court reporter.

4. **Certificate of Consultation With Opposing Counsel.** Counsel for the plaintiff has no objection to CCN's request for an extension through March 7, 2001. Despite written request from the undersigned, counsel for the plaintiff did not provide his position on the remainder of the relief requested -- i.e., that the extension be until the later of March 7 or seven days after on which the transcript is received.

### Memorandum of Law

This motion is submitted to the sound discretion of the District Court, to be exercised in accordance with Rule 1 of the Federal Rules of Civil Procedure.

McGuireWoods LLP

By: _____
William W. Deem
Florida Bar No. 0512834
50 North Laura Street, Suite 3300
Jacksonville, Florida 32205
(904) 798-3200
(904) 798-3207 Facsimile
wdeem@mcguirewoods.com
Counsel for CCN Managed Care, Inc.

2

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been furnished by U.S. Mail on this 23rd day of February, 2001, to the following:

Lawrence Kopelman, Esq.
Kopelman & Blankman
National Towers, Suite 1611
1 Financial Plaza
Fort Lauderdale, FL 33394
**Attorneys for Plaintiff**

Eric Lee, Esq.
Atlas Pearlman, P.A.
Marc J. Browner, D.C.
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301
**Attorneys for Plaintiff**

Arthur Gold, Esq.
Gold & Coulson
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
**Attorneys for Plaintiff**

Phillips & Garcia
13 Ventura Drive
North Dartmouth, MA 02747
**Attorneys for Plaintiff**

David B. Shelton, Esq.
Rumberger, Kirk & Caldwell
Signature Plaza, Suite 300
201 South Orange Avenue
Orlando, FL 32802
**Attorneys for Allstate**

Peter J. Valeta, Esq.
Ross & Hardies
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
**Attorneys for Allstate**

_____
Attorney

\\JAC\2615\Columbia-Napoli\plead\mot extend brief consolidate.doc