UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

FEB 2 8 2001

CASE NO.: 00-CV-6061 FERGUSON/SNOW

DR. PAUL ZIDEL, and all others similarly )
situated, )
                                )
    Plaintiffs, )
                                )
v. )
                                )
ALLSTATE INSURANCE COMPANY, )
                                )
    Defendant / Third-Party Plaintiff, )
                                )
v. )
                                )
COMMUNITY CARE NETWORK, INC., )
d/b/a CCN, )
                                )
    Third-Party Defendant. )
_____ )

### ORDER GRANTING ALLSTATE AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO CONSOLIDATE

This matter came on for consideration on Defendant, Allstate Insurance Company's Unopposed Motion For Extension of Time to respond to Plaintiff's Motion To Consolidate. Upon consideration of the matter, it is hereby ORDERED and ADJUDGED that Defendant's Motion is granted. Defendant shall have an extension of time until March 7, 2001 in which to serve its response to Plaintiff's Motion to Consolidate.

DONE and ORDERED in chambers in Ft. Lauderdale, Florida, this 28th day of February, 2001.

_____
Honorable Wilkie Ferguson
United States District Judge

/130

copies to counsel of record:

Douglas A. Blankman, Esquire
William W. Deem, Esquire
Arthur Gold, Esquire
Eric Lee, Esquire
Carlin Phillips, Esquire
David B. Shelton, Esquire
Peter J. Valeta, Esquire