cv-06061-WJZ     Document 131     Entered on FLSD Docket 03/01/2001



FILED by __ad__ D.C.
FEB 28 2001

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Civil Action No. 00-CIV-6061 FERGUSON/SNOW

| | |
|---|---|
| DR. PAUL ZIDEL and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY and COMMUNITY CARE NETWORK, INC. d/b/a CCN,<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>COMMUNITY CARE NETWORK, INC., d/b/a CCN,<br><br>Third-Party Defendant. | § § § § § § § § § § § § § § § § § § § § § |

## ORDER

This cause came before the Court on CCN's Partially Unopposed Motion for Extension Re Briefing on Consolidation Issues, and the Court, after reviewing same and the pleadings on file,

ORDERS as follows:

1. The motion is granted.

2. CCN shall have until the later of March 7, 2001, or seven calendar days after the

131

date on which CCN receives any transcript from the court reporter, within which to serve a response to plaintiff's "Motion to Consolidate All Pending PPO Reduction Class Actions."

DONE AND ORDERED in Broward County, Florida, on this 28th day of February, 2001.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel of Record

\JAC\2615\Columbia-Napoli\plead\order - mot extend brief consolidate.doc