```
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA


DAVID A. NAPOLI, ETC.,      )
                            )      CASE NUMBER
        PLAINTIFFS,         )   00-6061-CIV-FERGUSON
                            )
   VS.                      )
                            )
ALLSTATE INSURANCE COMPANY, )      THIS VOLUME:
                            )      PAGES 1 - 36
        DEFENDANT.          )
_____)
```

TRANSCRIPT OF STATUS CONFERENCE HAD BEFORE THE

HONORABLE WILKIE D. FERGUSON, JR., IN FORT LAUDERDALE,

BROWARD COUNTY, FLORIDA, ON FRIDAY, SEPTEMBER 15, 2000, IN

THE ABOVE-STYLED MATTER.


APPEARANCES:

FOR THE PLAINTIFFS:   ARTHUR GOLD,
                      LAWRENCE M. KOPELMAN,
                      DOUGLAS A. BLANKMAN, AND
                      ANDREW J. GARCIA, ESQS.

FOR THE DEFENDANTS:   DAVID B. SHELTON.
                      THOMAS TEW,
                      JOSEPH A. DEMARIA,
                      DONALD BLACKWELL,
                      JEB T. BRANHAM, AND
                      WILLIAM ZANTOPOLOUS, ESQS.

            CARL SCHANZLEH
         OFFICIAL COURT REPORTER
             U. S. COURTHOUSE
       299 E. BROWARD BLVD., 202B
       FORT LAUDERDALE, FLORIDA 33301
              954 769-5488

# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE