## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

### Civil Action No. 00-CIV-6061 FERGUSON/SNOW

| | |
|---|---|
| DR. PAUL ZIDEL and All Others Similarly Situated, | § § § |
| Plaintiffs, | § § § |
| v. | § § |
| ALLSTATE INSURANCE COMPANY and COMMUNITY CARE NETWORK, INC. d/b/a CCN, | § § § § |
| Defendant/Third-Party Plaintiff, | § § |
| v. | § § |
| COMMUNITY CARE NETWORK, INC., d/b/a CCN, | § § § |
| Third-Party Defendant. | § § |



### THIRD-PARTY DEEFENDANT CCN'S NOTICE
### OF RECEIPT OF TRANSCRIPT

Third-party defendant, CCN Managed Care, Inc. (incorrectly designated in the pleadings as "Community Care Network, Inc. d/b/a CCN"), states that on this day it has received a copy of the transcript of the September 15, 2000, status conference before this Court. The Court's February 28, 2001, order provides that CCN shall have until the later of March 7 or seven calendar days after CCN's receipt of the transcript within which to serve a response to plaintiff's

motion to consolidate. Accordingly, CCN's date to serve a response to the motion to consolidate would be March 9, 2001.

Dated this 2nd day of March, 2001.

        McGuireWoods LLP

        By: _____
           William W. Deem
           Florida Bar No. 0512834
           50 North Laura Street, Suite 3300
           Jacksonville, Florida 32205
           (904) 798-3200
           (904) 798-3207 Facsimile
           wdeem@mcguirewoods.com

        Counsel for CCN Managed Care, Inc.

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been furnished by U.S. Mail on this 2nd day of March, 2001, to the following:

Lawrence Kopelman, Esq.
Kopelman & Blankman
National Towers, Suite 1611
1 Financial Plaza
Fort Lauderdale, FL 33394
**Attorneys for Plaintiff**

Eric Lee, Esq.
Atlas Pearlman, P.A.
Marc J. Browner, D.C.
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301
**Attorneys for Plaintiff**

Gold & Coulson
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
**Attorneys for Plaintiff**

Phillips & Garcia
13 Ventura Drive
North Dartmouth, MA 02747
**Attorneys for Plaintiff**

David B. Shelton, Esq.
Rumberger, Kirk & Caldwell
Signature Plaza, Suite 300
201 South Orange Avenue
Orlando, FL 32802
**Attorneys for Allstate**

Peter J. Valeta, Esq.
Ross & Hardies
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
**Attorneys for Allstate**

_____
Attorney

WCOM\51409.1