IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-CIV-6061-FERGUSON/SNOW

DR. PAUL ZIDEL, and all others similarly )
situated, )
                                                 )
       Plaintiffs, )
                                                 )
v. )
                                                 )
ALLSTATE INSURANCE COMPANY, )
                                                 )
       Defendant / Third-Party Plaintiff, )
                                               )
v. )
                                               )
COMMUNITY CARE NETWORK, INC., )
d/b/a CCN, )
                                               )
       Third-Party Defendant. )
_____ )

## DEFENDANT, ALLSTATE INSURANCE COMPANY'S
## NOTICE OF FILING TRANSCRIPT

       Defendant, Allstate Insurance Company, hereby gives notice of the filing of the transcript of the Status Conference held on September 15, 2000 to supplement its Memorandum of Law in Opposition to Plaintiff's Motion to Consolidate and for all other purposes permitted under the Federal Rules of Civil Procedure.



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to counsel on the below service list this 6th day of March, 2001.

DAVID B. SHELTON

PETER J. VALETA
Florida Bar No. 327557
ROSS & HARDIES
150 North Michigan Ave., Suite 2500
Chicago, Illinois 60601
Telephone: (312) 750-3619
Telecopier: (312) 750-8600
Attorneys for Allstate Insurance Company

DAVID B. SHELTON
Florida Bar No. 0710539
Rumberger, Kirk & Caldwell
P.O. Box 1873
Orlando, Florida 32802
Telephone: (407) 839-4511
Telecopier: (407) 841-2133
Attorneys for Allstate Insurance Company

SERVICE LIST

Douglas A. Blankman, Esquire
Kopelman & Blankman, P.A.
One Financial Plaza, Suite 1611
Ft. Lauderdale, FL 33394
Attorney for Plaintiff

Arthur Gold, Esquire
Gold, Rosenfeld & Coulson
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
Attorney for Plaintiff

Carlin Phillips, Esquire
Gogel, Phillips & Garcia, LLP
13 Ventura Drive
North Dartmouth, MA 02747
Attorney for Plaintiff

Eric Lee
Atlas Pearlman, P.A.
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301
Attorney for Plaintiff

William W. Deem, Esquire
McGuire, Woods, Battle & Boothe, LLP
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Attorney for Defendant,
CCN, Inc.

607051

CASE # 00-CV-6061-WDF



## "Do Not Scan or Copy This Transcript."

DE # 132

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAVID A. NAPOLI, ETC., )
) CASE NUMBER
PLAINTIFFS, ) 00-6061-CIV-FERGUSON
)
VS. )
)
ALLSTATE INSURANCE COMPANY, ) THIS VOLUME:
) PAGES 1 - 36
DEFENDANT. )
_____)


TRANSCRIPT OF STATUS CONFERENCE HAD BEFORE THE

HONORABLE WILKIE D. FERGUSON, JR., IN FORT LAUDERDALE,

BROWARD COUNTY, FLORIDA, ON FRIDAY, SEPTEMBER 15, 2000, IN

THE ABOVE-STYLED MATTER.


APPEARANCES:

FOR THE PLAINTIFFS:   ARTHUR GOLD,
                      LAWRENCE M. KOPELMAN,
                      DOUGLAS A. BLANKMAN, AND
                      ANDREW J. GARCIA, ESQS.

FOR THE DEFENDANTS:   DAVID B. SHELTON,
                      THOMAS TEW,
                      JOSEPH A. DEMARIA,
                      DONALD BLACKWELL,
                      JEB T. BRANHAM, AND
                      WILLIAM ZANTOPOLOUS, ESQS.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE