FILING
75⁰⁰-50\M96

Clerc... a

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

**Civil Action No. 00-CIV-6061 FERGUSON/SNOW**

| | |
|---|---|
| DR. PAUL ZIDEL and All Others Similarly Situated, | § § § |
| Plaintiffs, | § § |
| v. | § § |
| ALLSTATE INSURANCE COMPANY and COMMUNITY CARE NETWORK, INC. d/b/a CCN, | § § § § |
| Defendant/Third-Party Plaintiff, | § § |
| v. | § § |
| COMMUNITY CARE NETWORK, INC., d/b/a CCN, | § § § |
| Third-Party Defendant. | § § § |



## DEFENDANT CCN MANAGEMENT CARE, INC.'S
## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Defendant, CCN Managed Care, Inc. ("CCN"), pursuant to Special Rule Governing the Admission and Practice of Attorneys 4(B) of the local rules of this Court, moves for entry of an Order permitting the appearance *pro hac vice* of William E. Adams, Jr. of the law firm of McGuireWoods LLP, as counsel for Defendant CCN in the above action, and in support thereof states:

1. William E. Adams, Jr. is admitted to practice and is a member in good standing of the Texas State Bar. He is currently admitted as a member of the Supreme Court



of the United States, as well as the United States District Court for the Northern, Southern, Eastern and Western Districts of Texas. Mr. Adams is not currently, nor has he ever been, suspended or disbarred in any Court. He has no grievance or criminal matter pending against him.

2. Mr. Adams is an associate of the law firm of McGuireWoods LLP, which maintains its offices at:

> 50 North Laura Street
> Suite 3300
> Jacksonville, Florida 32202

3. Pursuant to the Court's Administrative Order, a check has been paid to the Clerk of the Court for William E. Adams, Jr. in the amount of $75.00 for an appearance fee.

4. As Mr. Adams is located in Jacksonville, Florida, he will be readily available for communication with the Court and opposing counsel, and service of papers relating to this action may be easily accomplished.

WHEREFORE, Plaintiff respectfully requests that William E. Adams, Jr. be permitted to appear *pro hac vice* as counsel in this action, and that an Order be issued to that effect.

McGuireWoods LLP

By: _____

William W. Deem
Florida Bar No. 0512834
50 North Laura Street, Suite 3300
Jacksonville, Florida 32205
(904) 798-3200
(904) 798-3207 Facsimile
wdeem@mcguirewoods.com

Counsel for CCN Managed Care, Inc.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been furnished by U.S. Mail on this __8__ day of March, 2001, to the following:

| | |
|---|---|
| Lawrence Kopelman, Esq.<br>Kopelman & Blankman<br>National Towers, Suite 1611<br>1 Financial Plaza<br>Fort Lauderdale, FL 33394<br>**Attorneys for Plaintiff** | Phillips & Garcia<br>13 Ventura Drive<br>North Dartmouth, MA 02747<br>**Attorneys for Plaintiff** |
| Eric Lee, Esq.<br>Atlas Pearlman, P.A.<br>Marc J. Browner, D.C.<br>350 East Las Olas Blvd., Suite 1700<br>Fort Lauderdale, FL 33301<br>**Attorneys for Plaintiff** | David B. Shelton, Esq.<br>Rumberger, Kirk & Caldwell<br>Signature Plaza, Suite 300<br>201 South Orange Avenue<br>Orlando, FL 32802<br>**Attorneys for Allstate** |
| Gold & Coulson<br>11 S. LaSalle Street, Suite 2500<br>Chicago, IL 60603<br>**Attorneys for Plaintiff** | Peter J. Valeta, Esq.<br>Ross & Hardies<br>150 N. Michigan Avenue, Suite 2500<br>Chicago, IL 60601<br>**Attorneys for Allstate** |

_____
Attorney

## CERTIFICATION OF COMPLIANCE WITH SPECIAL RULE 4(B)

The undersigned hereby certifies that he has studied the Local Rules of the United States District Court of the Southern District of Florida as required by Special Rule 4(B).

_____
William E. Adams, Jr.

WCOM\52041.1

3