**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Civil Action No. 00-CIV-6061 FERGUSON/SNOW**

| | |
|---|---|
| DR. PAUL ZIDEL and All Others Similarly Situated, | § § § |
| Plaintiffs, | § § § |
| v. | § § |
| ALLSTATE INSURANCE COMPANY and COMMUNITY CARE NETWORK, INC. d/b/a CCN, | § § § § |
| Defendant/Third-Party Plaintiff, | § § |
| v. | § § |
| COMMUNITY CARE NETWORK, INC., d/b/a CCN, | § § § § |
| Third-Party Defendant. | § § |



## CCN MANAGED CARE, INC.'S UNOPPOSED MOTION FOR
## LEAVE TO FILE THIRD-PARTY DEFENDANT CCN'S
## MEMORANDUM OPPOSING CONSOLIDATION

CCN Managed Care, Inc. ("CCN"), incorrectly named herein as Community Care

Network, moves the Court for leave to file its Memorandum Opposing Consolidation and states

as follows:

1. Plaintiff filed his motion to consolidate on February 8, 2001. Pursuant to Court Order,

CCN's response was due to be served on Friday, March 9.

2.      CCN's Memorandum Opposing Consolidation was timely prepared, but CCN's counsel

simply neglected to mail it on March 9. CCN's counsel has taken appropriate steps to guard

against similar occurrences in the future.

3.      This motion is presented to the Court to avoid the severe prejudice to CCN that would

result if it is not heard on the critical issue of consolidation in this matter. CCN's Memorandum

Opposing Consolidation is attached hereto as Exhibit 1. This motion is not made for purposes of

delay, but so that justice may be done.

        CCN respectfully requests that the Court grant CCN leave to file its Memorandum

Opposing Consolidation and for such other and further relief to which it is justly entitled.

                                Respectfully submitted,

                                McGuireWoods LLP


                        By:     _____

                                William W. Deem
                                Florida Bar No. 0512834
                                50 North Laura Street, Suite 3300
                                Jacksonville, Florida 32202
                                Telephone:    (904) 798-3200
                                Facsimile:    (904) 798-3207
                                E-Mail:       wdeem@mcguirewoods.com

                                ATTORNEYS FOR CCN MANAGED
                                CARE, INC.


                        **CERTIFICATE OF CONFERENCE**

        The undersigned certifies that on March 12, 2001, he spoke with Eric Lee, counsel for

plaintiff, regarding the above motion, who was unopposed to the relief sought herein.

                        _____
                        William E. Adams, Jr.

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been furnished by facsimile and U.S. Mail on

this 12th day of March, 2001, to the following:

Lawrence Kopelman, Esq.
Kopelman & Blankman
National Towers, Suite 1611
1 Financial Plaza
Fort Lauderdale, FL 33394
**Attorneys for Plaintiff**

Eric Lee, Esq.
Atlas Pearlman, P.A.
Marc J. Browner, D.C.
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301
**Attorneys for Plaintiff**

Gold & Coulson
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
**Attorneys for Plaintiff**

Phillips & Garcia
13 Ventura Drive
North Dartmouth, MA 02747
**Attorneys for Plaintiff**

David B. Shelton, Esq.
Rumberger, Kirk & Caldwell
Signature Plaza, Suite 300
201 South Orange Avenue
Orlando, FL 32802
**Attorneys for Allstate**

Peter J. Valeta, Esq.
Ross & Hardies
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
**Attorneys for Allstate**

Attorney

3

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Civil Action No. 00-CIV-6061 FERGUSON/SNOW

| | |
|---|---|
| DR. PAUL ZIDEL and All Others Similarly Situated, | §<br>§<br>§ |
| Plaintiffs, | §<br>§ |
| v. | §<br>§ |
| ALLSTATE INSURANCE COMPANY and COMMUNITY CARE NETWORK, INC. d/b/a CCN, | §<br>§<br>§<br>§ |
| Defendant/Third-Party Plaintiff, | §<br>§<br>§ |
| v. | §<br>§ |
| COMMUNITY CARE NETWORK, INC., d/b/a CCN, | §<br>§<br>§ |
| Third-Party Defendant. | §<br>§ |

THIRD-PARTY DEFENDANT CCN'S MEMORANDUM
OPPOSING CONSOLIDATION

Third-party defendant, CCN Managed Care, Inc., files this memorandum in opposition to plaintiff's motion to consolidate this action with other purportedly similar actions.

CCN is a party defendant in one of the purportedly similar actions, styled *Salvatore D. Larusso, DC v. Liberty Mutual Insurance Company and Community Care Network, Inc.*, Case No. 00-7692-Ferguson/Snow. CCN incorporates by reference the arguments in opposition to consolidation contained in its memorandum filed in that case. In addition, CCN notes that the contract at issue in the case at bar contains an arbitration clause. CCN moved to compel

EXHIBIT 1

arbitration based thereon, and plaintiff then dismissed his claim against CCN. Thereafter CCN was named as a third-party defendant by co-defendant Allstate.

The best of CCN's knowledge, none of the other cases is similarly postured. CCN submits that this too warrants a denial of the motion to consolidate.

Respectfully submitted,

McGuireWoods LLP

By: _____

William W. Deem
Florida Bar No. 0512834
50 North Laura Street, Suite 3300
Jacksonville, Florida 32205
(904) 798-3200
(904) 798-3207 Facsimile
wdeem@mcguirewoods.com

Counsel for CCN Managed Care, Inc.

2

**CERTIFICATE OF SERVICE**    *FACSIMILE AND*

I certify that a copy of the foregoing has been furnished by U.S. Mail on this _12_ day of March, 2001, to the following:

Lawrence Kopelman, Esq.
Kopelman & Blankman
National Towers, Suite 1611
1 Financial Plaza
Fort Lauderdale, FL 33394
**Attorneys for Plaintiff**

Eric Lee, Esq.
Atlas Pearlman, P.A.
Marc J. Browner, D.C.
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301
**Attorneys for Plaintiff**

Gold & Coulson
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
**Attorneys for Plaintiff**

Phillips & Garcia
13 Ventura Drive
North Dartmouth, MA 02747
**Attorneys for Plaintiff**

David B. Shelton, Esq.
Rumberger, Kirk & Caldwell
Signature Plaza, Suite 300
201 South Orange Avenue
Orlando, FL 32802
**Attorneys for Allstate**

Peter J. Valeta, Esq.
Ross & Hardies
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
**Attorneys for Allstate**

_____
Attorney

\\COM\52556.1

3