**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Civil Action No. 00-CIV-6061 FERGUSON/SNOW



MAR 15 2001

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| DR. PAUL ZIDEL and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY and COMMUNITY CARE NETWORK, INC. d/b/a CCN, <br><br> Defendant/Third-Party Plaintiff, <br><br> v. <br><br> COMMUNITY CARE NETWORK, INC., d/b/a CCN, <br><br> Third-Party Defendant. | § § § § § § § § § § § § § § § § § § § § § |

## ORDER

This cause came before the Court on motion by third-party defendant CCN for leave to file its Memorandum Opposing Consolidation and the Court, having considered the motion and being otherwise fully advised, states that it is

ORDERED that CCN's motion is granted, that leave is hereby granted CCN to file its memorandum Opposing Consolidation, and that CCN's Memorandum Opposing Consolidation, which is attached as Exhibit 1 to CCN's motion for leave, is hereby deemed filed as of the date of this Order.

DONE AND ORDERED this _15th_ day of March, 2001.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
All counsel of record