UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY
2001 MAR 15  PM 3:43

S.D. OF FLA-FTL

CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN

    Defendants.

_____/

### PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO CONSOLIDATE

Plaintiffs KEITH BRICKELL, D.C., DR. PAUL ZIDEL, MARC J. BROWNER, D.C., and SALVATORE D. LARUSSO, D.C., on behalf of themselves and all others similarly situated ("Class Plaintiffs"), by their undersigned counsel, shall move this Court for the entry of an Order enlarging their time to serve their Reply Memorandum of Law in Support of their Motion to Consolidate based upon the following grounds:

1. There are presently pending seven matters before this Court relating to the reduction of medical bills by insurance companies based upon a purported PPO reduction.

2. On or about February 9, 2001, Class Plaintiffs filed Motions to Consolidate in all seven pending matters.

3. The Defendants in <u>Dr. Paul Zidel v. Allstate Ins. Co.</u>, Case No. 00-6061-CIV-FERGUSON/SNOW, <u>Keith Brickell, D.C. v. Progressive Express Ins. Co., et al.</u>, Case No. 00-6649-

7091-00100 311762 1

ATLAS PEARLMAN

CASE NO. 00-6061-CIV-FERGUSON/SNOW

CIV-FERGUSON/SNOW, Mark J. Browner D.C. v. Allstate Indemnity Company, et al., Case No. 00-7163-CIV-FERGUSON/GARBER, and Salvatore D. LaRusso, D.C. v. Liberty Mutual Ins. Co., et al., Case No. 00-7692-CIV-FERGUSON, have opposed the Motion to Consolidate and the Class Plaintiffs' Reply Memoranda of Law are due on various dates.

4. Class Plaintiffs need additional time to prepare and serve their Reply Memoranda of Law and believe judicial economy would be promoted by the filing of a single Reply Memorandum of Law addressing all matters.

5. Counsel for the Defendants in each respective matter have been contacted and have no objection to an enlargement of time until April 6, 2001 for the Class Plaintiffs to serve their Reply Memorandum of Law.

WHEREFORE, Plaintiffs DR. PAUL ZIDEL, KEITH BRICKELL, D.C., MARC J. BROWNER, D.C., and SALVATORE D. LARUSSO, D.C. respectfully request that this Court enter an Agreed Order enlarging their time to serve their Reply Memorandum of Law in Support of their Motion to Consolidate until April 6, 2001, together with such other and further relief as this Court may deem just and proper.

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200

By: _____
JAN DOUGLAS ATLAS
Florida Bar No. 226246

CASE NO. 00-6061-CIV-FERGUSON/SNOW

By: /s/ Robin Corwin Campbell
ROBIN CORWIN CAMPBELL
Florida Bar No. 327931

By: /s/ Eric Lee
ERIC LEE
Florida Bar No. 961299

**Co-Counsel for Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 1611
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

CASE NO. 00-6061-CIV-FERGUSON/SNOW

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 14th day of March, 2001 upon: all individuals on the attached service list.

ERIC LEE

ATLAS PEARLMAN

## SERVICE LIST
(Zidel v. Allstate Insurance Company et al. Case No. 00-6061-Civ-Ferguson/Snow)

### ATTORNEYS FOR ALLSTATE

David B. Shelton, Esq.
dshelton@rumberger.com
RUMBERGER, KIRK & CALDWELL
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

Peter J. Valeta, Esq.
ROSS & HARDIES
150 N. Michigan Avenue
Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

William W. Deem, Esq.
McQuire, Woods, Battle & Boothe, LLP
50 N. Laura Street
Suite 5300
Jacksonville, FL 32202
904-798-2615
904-798-3207 Facsimile

### ATTORNEYS FOR PLAINTIFFS

GOLD & COULSON
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 1611
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile