UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN

    Defendants.
_____/

### AGREED ORDER GRANTING CLASS PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO CONSOLIDATE

THIS CAUSE having come before this Court on Class Plaintiffs' Unopposed Motion for

Extension of Time to Serve Reply Memorandum of Law in Support of Motion to Consolidate and

upon agreement of the parties it is thereupon

ORDERED AND ADJUDGED that Class Plaintiffs' Motion be and the same is hereby

granted. Class Plaintiffs shall serve their Reply Memorandum of Law on or before April 6, 2001.

DONE AND ORDERED in the Southern District of Florida on March 19th, 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel of Record