IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



Civil Action No. 00-CIV-6061 FERGUSON/SNOW

| | |
|---|---|
| DR. PAUL ZIDEL and All Others Similarly Situated, | § § § |
| Plaintiffs, | § § |
| v. | § § § |
| ALLSTATE INSURANCE COMPANY and COMMUNITY CARE NETWORK, INC. d/b/a CCN, | § § § § |
| Defendant/Third-Party Plaintiff, | § § § |
| v. | § § |
| COMMUNITY CARE NETWORK, INC., d/b/a CCN, | § § § |
| Third-Party Defendant. | § § |

## ORDER GRANTING DEFENDANT'S MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

THIS CAUSE having come before the Court on the Motion for Admission of Counsel *Pro Hac Vice* filed by Defendant, and the Court, having reviewed the motion and other relevant pleadings, and being otherwise advised on the premises, it is:

### ORDERED AND ADJUDGED:

1. Defendant's Motion for Admission of Counsel *Pro Hac Vice* is **GRANTED**.

2. William E. Adams, Jr. of the law firm of McGuireWoods LLP is hereby granted permission to appear in this case *pro hac vice* on behalf of Defendant Community Care Network, Inc.

DONE AND ORDERED in Chambers this ___19th___ day of March, 2001.

_____
DISTRICT COURT JUDGE