UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN

    Defendants.
_____/



## AGREED MOTION TO CONTINUE TRIAL AND PRE-TRIAL REQUIREMENTS

PLEASE TAKE NOTICE that Plaintiff DR. PAUL ZIDEL ("ZIDEL"), on behalf of himself and others similarly situated, by his undersigned counsel, shall move this Court for the entry of an Order continuing the trial and pre-trial requirements in this matter. For all the reasons set forth herein, ZIDEL respectfully submits that the instant motion should be granted in all respects.

## ARGUMENT

On or about September 27, 2000, this Court entered its Trial Order. The Trial Order has scheduled this matter for trial in June, 2001. The Trial Order also sets forth numerous deadlines for the completion of discovery, disclosure of witnesses and filing of motions. This matter will not be ready for trial in June, 2001. Pursuant to this Court's Order, all discovery was stayed pending this Court's determination of the Defendants' motions to dismiss. Additionally, ZIDEL's motion for class certification has not been fully briefed and is not ready to be ruled upon by this Court. Finally,

146



CASE NO. 00-6061-CIV-FERGUSON/SNOW

pursuant to the Trial Order, the discovery cut-off was April 2, 2001. Counsel for Defendants has no objection to the continuance of the trial and pre-trial requirements.

## CONCLUSION

For all the reasons set forth herein, Plaintiff DR. PAUL ZIDEL, on behalf of himself and all other similarly situated, respectfully requests that this Court enter an Order continuing the trial and pre-trial requirements, setting a scheduling conference to reset the trial, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
JAN DOUGLAS ATLAS
Florida Bar No. 226246

By: _____
ERIC LEE
Florida Bar No. 961299

By: _____
ROBIN CORWIN CAMPBELL
Florida Bar No. 327931

### Co-Counsel for Plaintiffs

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

CASE NO. 00-6061-CIV-FERGUSON/SNOW

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 1611
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 17th day of April, 2001 upon: all individuals on the attached service list.

ERIC LEE

## SERVICE LIST
(Zidel v. Allstate Insurance Company et al. Case No. 00-6061-Civ-Ferguson/Snow)

### ATTORNEYS FOR ALLSTATE

David B. Shelton, Esq.
dshelton@rumberger.com
RUMBERGER, KIRK & CALDWELL
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

Peter J. Valeta, Esq.
ROSS & HARDIES
150 N. Michigan Avenue
Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

William W. Deem, Esq.
McQuire, Woods, Battle & Boothe, LLP
50 N. Laura Street
Suite 5300
Jacksonville, FL 32202
904-798-2615
904-798-3207 Facsimile

### ATTORNEYS FOR PLAINTIFFS

GOLD & COULSON
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 1611
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile