**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**Civil Action No. 00-CIV-6061 FERGUSON/SNOW**

DR. PAUL ZIDEL and All Others §
Similarly Situated, §
§
    Plaintiffs, §
§
v. §
§
ALLSTATE INSURANCE COMPANY §
and COMMUNITY CARE NETWORK, §
INC. d/b/a CCN, §
§
    Defendant/Third-Party Plaintiff, §
§
v. §
§
COMMUNITY CARE NETWORK, INC., §
d/b/a CCN, §
§
    Third-Party Defendant. §
    _____§



**THIRD-PARTY DEFENDANT CCN'S RESPONSE TO
PLAINTIFF'S MOTION TO CONTINUE TRIAL**

Third-party defendant, CCN Managed Care, Inc., hereby responds to plaintiff's "Agreed

Motion to Continue Trial and Pretrial Requirements."

CCN agrees with plaintiff that the trial of this matter should not (and realistically cannot)

occur in June 2001, as currently scheduled.

CCN also submits that given the unsettled nature of this case, it would not be appropriate

to set a new trial date at this time. Specifically, it is unclear at this point whether this case will



be consolidated with a number of other cases, all of which are being prosecuted by the same plaintiff's counsel but involve different defendants and different defense counsel.[1]  Furthermore, it is unclear at this point whether a class or classes will be certified.  All of these factors will impact both the amount of time required to prepare for trial and the amount of time required for the trial itself.  For that reason, CCN respectfully suggests that trial scheduling should be delayed until after consolidation and class certification issues are resolved.

## McGuireWoods LLP

By: _____

William W. Deem
Florida Bar No. 0512834
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202
Telephone:    (904) 798-3200
Facsimile:    (904) 798-3207
wdeem@mcguirewoods.com

ATTORNEYS FOR CCN MANAGED
CARE, INC.

---

[1] The defendants in these cases have vigorously opposed consolidation.

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been furnished by facsimile and U.S. Mail on

this **25** day of April, 2001, to the following:

Lawrence Kopelman, Esq.
Kopelman & Blankman
National Towers, Suite 1611
1 Financial Plaza
Fort Lauderdale, FL 33394
**Attorneys for Plaintiff**

Eric Lee, Esq.
Atlas Pearlman, P.A.
Marc J. Browner, D.C.
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301
**Attorneys for Plaintiff**

Gold & Coulson
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
**Attorneys for Plaintiff**

Phillips & Garcia
13 Ventura Drive
North Dartmouth, MA 02747
**Attorneys for Plaintiff**

David B. Shelton, Esq.
Rumberger, Kirk & Caldwell
Signature Plaza, Suite 300
201 South Orange Avenue
Orlando, FL 32802
**Attorneys for Allstate**

Peter J. Valeta, Esq.
Ross & Hardies
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
**Attorneys for Allstate**

Attorney

WCOM\59126.1

3