& PH. has filed 7 more related cases

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FILED by ___ D.C.

MAY 14 2001

HONORABLE WILKIE D. FERGUSON, JR.

**CIVIL MINUTES**

1. Case No. 01-8110  00-6649  00-6061  00-7163  01-8108  00-7692    Date: 5/14/01

2. Style: PPC Reduction Cases

3. Plaintiff's Counsel: Eric Lee, Douglas Blankman

4. Defendant's Counsel: Bob Levenson, David Shelton, Don Blackwell, Joe DeMaria, Casey LaLee

5. Type of Proceeding: Pretrial Conference

6. Result of hearing:    Motion Granted ☐    Motion Denied ☐

7. Case Continued to: _____ Trial Set for @900 6/17/02

8. Does the case require mediation? _____

Notes ① M/2 Consolidate → common issue(s)/facts, protective order will take care of competitive Defs.; Resp. → πs must prove indiv. reliance, different (R) **GRANTED** for discovery + pre-trial procedures (pties may move for a protective order)

② M. to Dismiss **DENIED** as to Lanham Act claims 01-8108 arg. diff. b/c π sued wrong pty (Rvw motions indp.)

③ Order Staying Discovery is **LIFTED**

00-6061
01-8110  → M/2 Compel Arbitration in these 3 cases
00-7692

④ Divide into sub-classes?
Rvw 11th Cir. cases

⑤ File all cases in lowest case #

Law Clerk: Tori Monroe
Courtroom Deputy: ~~Troy Walker~~ Delores
Courtroom Reporter: ~~Paul Haferling~~ Anita

148