IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Civil Action No. 00-CIV-6061 FERGUSON/SNOW

DR. PAUL ZIDEL and All Others §
Similarly Situated, §
　　　　　　　　　　　　　　　§
　　　Plaintiffs, §
　　　　　　　　　　　　　　　§
v. §
　　　　　　　　　　　　　　　§
ALLSTATE INSURANCE COMPANY, §
　　　　　　　　　　　　　　　§
　　　Defendant/Third-Party Plaintiff, §
　　　　　　　　　　　　　　　§
v. §
　　　　　　　　　　　　　　　§
COMMUNITY CARE NETWORK, INC., §
d/b/a CCN, §
　　　　　　　　　　　　　　　§
　　　Third-Party Defendant.[1] §

FILING FEE
PAID ✓ 75.00
In Forma Pauperis 5230 3/6
Clarence Maddox, Clerk

NIGHT BOX
FILED
AUG - 6 2001
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

### DEFENDANT COMMUNITY CARE NETWORK, INC.'S
### MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Third-Party Defendant, Community Care Network, Inc. ("CCN"), pursuant to Special Rule Governing the Admission and Practice of Attorneys 4(B) of the local rules of this Court, moves for entry of an Order permitting the appearance *pro hac vice* of W. Curtis Caywood IV of the law firm of McGuireWoods LLP, as counsel for Defendant CCN in the above action, and in support thereof states:

1.　　W. Curtis Caywood IV is admitted to practice and is a member in good standing of the Florida, Colorado, and Kentucky Bars. He is currently admitted as a member of the

---

[1] It is not uncommon for consolidated actions to require a consolidated caption. However, no written order has yet been entered to govern post-consolidation pleadings. Nevertheless, counsel has served the Motion on all counsel of record in an abundance of caution.

**ENVELOPES NOT PROVIDED**

152

United States District Court for the Middle District of Florida, United States District Court for the Eastern District of Kentucky, United States District Court for the Western District of Kentucky, United States District Court for the District of Colorado, and the United States Court of Appeals, Sixth Circuit. Mr. Caywood is not currently, nor has he ever been, suspended or disbarred in any Court. He has no grievance or criminal matter pending against him.

2. Mr. Caywood is an associate of the law firm of McGuireWoods LLP, which maintains its offices at:

> 50 North Laura Street
> Suite 3300
> Jacksonville, Florida 32202

3. Pursuant to the Court's Administrative Order, a check has been paid to the Clerk of the Court for W. Curtis Caywood IV in the amount of $75.00 for an appearance fee.

4. As Mr. Caywood is located in Jacksonville, Florida, he will be readily available for communication with the Court and opposing counsel, and service of papers relating to this action may be easily accomplished.

WHEREFORE, CCN respectfully requests that W. Curtis Caywood IV be permitted to appear *pro hac vice* as counsel in this action, and that an Order be issued to that effect.

McGUIREWOODS LLP

By: _____
William W. Deem
Florida Bar No. 0512834
William E. Adams, Jr.
Florida Bar No. 0467080
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202
Telephone:   (904) 798-3200
Facsimile:   (904) 798-3207
wdeem@mcguirewoods.com
badams@mcguirewoods.com

ATTORNEYS FOR CCN MANAGED CARE, INC.

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to the counsel listed on the attached service list by U.S. Mail on August 6, 2001:

_____
William W. Deem

**CERTIFICATION OF COMPLIANCE WITH SPECIAL RULE 4(B)**

The undersigned hereby certifies that he has studied the Local Rules of the United States District Court of the Southern District of Florida as required by Special Rule 4(B).

_____
W. Curtis Caywood IV

\\COM\73825.1

3

**MASTER SERVICE LIST**
(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)

**Co-Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Eric Lee, Esq.
lee@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
350 East Las Olas Boulevard,
Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

**Co-Counsel for Plaintiffs**

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

**Co-Counsel for Plaintiffs**

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphilips@gpandg.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

**Co-Counsel for Plaintiffs**

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

**Co-Counsel for Plaintiffs**

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

**Co-Counsel for Plaintiffs**

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995
(941) 435-1269 Facsimile

**Counsel for Allstate**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS REBAK KELLOGG
LEHMAN DEMARIA TAGUE
RAYMOND & LEVINE, L.L.P.
Thomas Tew, Esquire
(305) 539-2106
tt@tewlaw.com
Joseph A. DeMaria, Esquire
(305) 539-2440
jad@tewlaw.com
Mindy L. Pallot, Esquire
mlp@tewlaw.com
(305)536-8432
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esquire
fanania@anania-law.com
Donald A. Blackwell, Esquire
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCQUIRE, WOODS, et al.
William W. Deem, Esquire
wdeem@mcguirewoods.com
William E. Adams, Esquire
badams@mcguirewoods.com
Curt Caywood, Esquire
ccaywood@mcguirewoods.com
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, Florida 32202
(904)798-3200
(904)798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE
Katherine C. Lake, Esquire
klake@fowlerwhite.com
Bruce A. Aebel, Esquire
baebel@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813)228-7411
(813)229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esquire
haggerty@scdlaw.com
1601 Market Street, 34th Floor
Philadelphia, Pennsylvania 19103-2316
(215)299-4314
(215)299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Gregory A. Baldwin, Esquire
gbaldwin@hklaw.com
Robert K. Levenson, Esquire
rlevenson@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305)374-8500
(305)789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esquire
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, Florida 33131
(305)374-5600
(305)374-5095 Facsimile

**Counsel for Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, Florida 33131
(305)374-5600
(305)374-5095 Facsimile

**Counsel for Prudential**

SHEA & GARDNER
John D. Aldock, Esquire
jaldock@sheagardner.com
(202) 828-2140
Richard M. Wyner, Esquire
Rwyner@sheagardner.com
(202) 828-2188
Jeffrey M. Klein, Esquire
jklein@sheagardner.com
(202) 828-4301
M. David Dobbins, Esquire
ddobbins@sheagardner.com
202) 828-2184
1800 Massachusetts Avenue, N.W.
Washington, DC 20036
202-828-2000
202-828-2195 (Facsimile)

BUTLER BURNETTE PAPPAS
Kathy Johnson Maus
Kmaus@bbplaw.com
Eric Zivitz
Ezivitz@bbplaw.com
3520 Thomasville Road
Suite 102
Tallahassee, Florida 32308.3469
850.894.4111
850.894.4999 (Facsimile)

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esquire
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, Florida 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for American International**
CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esquire
dfriedman@csglaw.com
Brian P. Knight, Esquire
bknight@csglaw.com
3440 Hollywood Blvd., 2nd Floor
Hollywood, Florida 33021
(954) 961-1400
(954) 967-8577 (Facsimile)

\\COM\74107.1