cv-06061-WJZ Document 153 Entered on FLSD Docket 08/08/2001

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

### Civil Action No. 00-CIV-6061 FERGUSON/SNOW

| | |
|---|---|
| DR. PAUL ZIDEL and All Others Similarly Situated, § § § | |
| Plaintiffs, § § | |
| v. § § | |
| ALLSTATE INSURANCE COMPANY, § § | |
| Defendant/Third-Party Plaintiff, § § | |
| v. § § | |
| COMMUNITY CARE NETWORK, INC., d/b/a CCN, § § § § | |
| Third-Party Defendant.[1] § § | |



FILED by ____ D.C.

AUG 0 & 2001

### ORDER GRANTING DEFENDANT'S MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

THIS CAUSE having come before the Court on the Motion for Admission of Counsel *Pro Hac Vice* filed by Defendant, and the Court, having reviewed the motion and other relevant pleadings, and being otherwise advised on the premises, it is:

**ORDERED AND ADJUDGED:**

1. Defendant's Motion for Admission of Counsel *Pro Hac Vice* is **GRANTED**.

---

[1] It is not uncommon for consolidated actions to require a consolidated caption. However, no written order has yet been entered to govern post-consolidation pleadings. Moreover, this pleading relates only to one particular action. Nevertheless, counsel has served the Motion on all counsel of record in an abundance of caution.



2.  W. Curtis Caywood IV of the law firm of McGuireWoods LLP is hereby granted permission to appear in this case *pro hac vice* on behalf of Third-Party Defendant Community Care Network, Inc.

DONE AND ORDERED in Chambers this __8th__ day of August, 2001.

_____
DISTRICT COURT JUDGE

Copies to:

All Counsel of Record

\\COM\73828.1

2