**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
Case No. 00-CIV-6061-Ferguson/Snow

DR. PAUL ZIDEL, and all other similarly
situated,

    Plaintiffs,

vs.

ALSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff.

vs.

COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

    Third-Party Defendant.



AUG 16 2001

## ORDER

This cause came before the Court on the motion by CCN Managed Care, Inc. to extend its time to serve a response to plaintiff's motion to limit communications with CCN providers, and the Court having reviewed the pleadings and being otherwise fully advised, it is

ORDERED:

1. CCN's motion is granted.

2. CCN shall have through and including August 20, 2001 in which to serve its responsive memorandum to plaintiff's motion to limit communications to CCN providers.

DONE AND ORDERED in Broward County, Florida, on this 16th day of August, 2001.

                                              UNITED STATES DISTRICT JUDGE

Copies to:
All counsel of record