UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN

    Defendants.
_____/

### AGREED ORDER GRANTING CLASS PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SERVE REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO LIMIT COMMUNICATIONS

THIS CAUSE having come before this Court on Class Plaintiffs' Unopposed Motion for Enlargement of Time to Serve Reply Memorandum of Law in Support of Motion to Limit Communications and upon agreement of the parties it is thereupon

ORDERED AND ADJUDGED that Class Plaintiffs' Motion be and the same is hereby granted. Class Plaintiffs shall serve their Reply Memorandum of Law on or before August 27, 2001.

DONE AND ORDERED in the Southern District of Florida on August 29, 2001.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel of Record

7091-00100 328849.1