## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

### Civil Action No. 00-CIV-6061 FERGUSON/SNOW

| | |
|---|---|
| DR. PAUL ZIDEL and All Others | § |
| Similarly Situated, | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § |
| | § |
| ALLSTATE INSURANCE COMPANY | § |
| and COMMUNITY CARE NETWORK, | § |
| INC. d/b/a CCN, | § |
| | § |
| Defendant/Third-Party Plaintiff, | § |
| | § |
| v. | § |
| | § |
| COMMUNITY CARE NETWORK, INC., | § |
| d/b/a CCN, | § |
| | § |
| Third-Party Defendant. | § |
| | § |

**NIGHT BOX**
**FILED**

SEP 6 2001

CLARENCE . ADDOX
CLERK, USDC/SDFL/FIL

### CCN'S MOTION FOR EXPEDITED CONSIDERATION
### OF ITS MOTION TO PRECLUDE THE UNAUTHORIZED
### COMMENCEMENT OF MERITS DISCOVERY

Third-party defendant, CCN Managed Care, Inc. ("CCN"), pursuant to Local Rule 7.3(E)

requests that the timing requirements normally applicable to written motions be waived, and that

the Court expedite its consideration of CCN's Motion to Preclude the Unauthorized

Commencement of Merits Discovery. In support of this request for expedited consideration,

CCN states:

1.     This Court previously entered an order staying discovery in this case pending, among other things, resolution of class certification issues. Nevertheless, Plaintiff has now scheduled the deposition of a third-party witness for September 11, 2001. At the time he set the deposition, Plaintiff's counsel was aware that counsel for CCN as well as other defense counsel objected to his effort to take merits discovery in this proceeding.

2.     CCN has filed its Motion to Preclude the Unauthorized Commencement of Merits Discovery (the "Discovery Motion"), seeking to prevent Plaintiff from taking the deposition of the third-party witness, Mr. Gavin Meshad, on September 11. Under normally applicable time requirements, this motion would not be fully briefed and decided until well after September 11. Accordingly, CCN requests expedited consideration of the Discovery Motion.

3.     Counsel for the Plaintiff was informed immediately upon serving the notice of deposition that CCN would challenge his ability to take the deposition on September 11. Indeed, plaintiff's counsel was aware of a significant possibility that a motion would be filed even before serving his notice of deposition. Moreover, CCN's bases for claiming that the deposition is not appropriate were set forth in correspondence to counsel for the Plaintiff, who responded to each of them. Accordingly, Plaintiff's counsel has been fully aware of CCN's arguments and his responsive positions, and will suffer no undue prejudice from expedited consideration of the motion.

## Certificate of Consultation with Opposing Counsel

The undersigned conferred with counsel for the Plaintiff as to whether Plaintiff would oppose the request for expedited consideration. Counsel for the Plaintiff does oppose CCN's request for expedited consideration.

2

**Memorandum of Law**

Local Rule 7.1(E) allows the Court to waive timing requirements for good cause shown, and to consider motions on an expedited basis. CCN submits that the matters set forth above constitute good cause within the meaning of the local rules. Briefing requirements under the local rules require at least fifteen business days plus almost a week of additional "mail time" -- a total of roughly three weeks in terms of calendar -- before a motion is fully briefed and ready for the Court's consideration. The timing of the instant dispute falls within that window, i.e., expedited consideration must be afforded if any relief is to be possible. Accordingly, CCN requests that the Court consider CCN's Discovery Motion on an expedited basis, prior to the September 11 deposition date.

Respectfully submitted,

McGuireWoods LLP

By:

William W. Deem
Florida Bar No. 0512834
William E. Adams, Jr.
Florida Bar No. 0467080
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202
(904) 798-3200
(904) 798-3207 (fax)
wdeem@mcguirewoods.com
badams@mcguirewoods.com

ATTORNEYS FOR CCN MANAGED
CARE, INC.

3

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been furnished by facsimile and U.S. Mail on this 6ᵗʰ day of September, 2001, to all counsel named on the attached service list.

_____
Attorney

COM:78978 1

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)

**Co-Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Eric Lee, Esq.
lee@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
350 East Las Olas Boulevard,
Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

**Co-Counsel for Plaintiffs**

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

**Co-Counsel for Plaintiffs**

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphilips@gpandg.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

**Co-Counsel for Plaintiffs**

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

**Co-Counsel for Plaintiffs**

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

**Co-Counsel for Plaintiffs**
Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995
(941) 435-1269 Facsimile

**Counsel for Allstate**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS REBAK KELLOGG
LEHMAN DEMARIA TAGUE
RAYMOND & LEVINE, L.L.P.
Thomas Tew, Esquire
(305) 539-2106
tt@tewlaw.com
Joseph A. DeMaria, Esquire
(305) 539-2440
jad@tewlaw.com
Mindy L. Pallot, Esquire
mlp@tewlaw.com
(305)536-8432
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esquire
fanania@anania-law.com
Donald A. Blackwell, Esquire
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS LLP
William W. Deem, Esquire
wdeem@mcguirewoods.com
William E. Adams, Esquire
badams@mcguirewoods.com
Curt Caywood, Esquire
ccaywood@mcguirewoods.com
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, Florida 32202
(904)798-3200
(904)798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE
Katherine C. Lake, Esquire
klake@fowlerwhite.com
Bruce A. Aebel, Esquire
baebel@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813)228-7411
(813)229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esquire
haggerty@scdlaw.com
1601 Market Street, 34th Floor
Philadelphia, Pennsylvania 19103-2316
(215)299-4314
(215)299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Gregory A. Baldwin, Esquire
gbaldwin@hklaw.com
Robert K. Levenson, Esquire
rlevenson@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305)374-8500
(305)789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esquire
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, Florida 33131
(305)374-5600
(305)374-5095 Facsimile

**Counsel for Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, Florida 33131
(305)374-5600
(305)374-5095 Facsimile

**Counsel for Prudential**

SHEA & GARDNER
John D. Aldock, Esquire
jaldock@sheagardner.com
(202) 828-2140
Richard M. Wyner, Esquire
Rwyner@sheagardner.com
(202) 828-2188
Jeffrey M. Klein, Esquire
jklein@sheagardner.com
(202) 828-4301
M. David Dobbins, Esquire
ddobbins@sheagardner.com
202) 828-2184
1800 Massachusetts Avenue, N.W.
Washington, DC 20036
202-828-2000
202-828-2195 (Facsimile)

BUTLER BURNETTE PAPPAS
Kathy Johnson Maus
Kmaus@bbplaw.com
Eric Zivitz
Ezivitz@bbplaw.com
3520 Thomasville Road
Suite 102
Tallahassee, Florida 32308.3469
850.894.4111
850.894.4999 (Facsimile)

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esquire
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, Florida 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for American International**
CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esquire
dfriedman@csglaw.com
Brian P. Knight, Esquire
bknight@csglaw.com
3440 Hollywood Blvd., 2nd Floor
Holly wood, Florida 33021
(954) 961-1400
(954) 967-8577 (Facsimile)

COM:74107.1