**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

DR. PAUL ZIDEL, on behalf of himself ans all others similarly situated,

    Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY, and COMMUNITY CARE NETWORK, INC., d/b/a CCN,

    Defendants.
_____/

Case No. 00-6061-CIV-FERGUSON

KEITH BRICKELL, D.C., individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

PROGRESSIVE EXPRESS INSURANCE COMPANY, PROGRESSIVE CONSUMERS INSURANCE COMPANY, PROGRESSIVE BAYSIDE INSURANCE COMPANY, BEECH STREET CORPORATION, and ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

    Defendants.
_____/

Case No. 00-6649-CIV-FERGUSON



MARC J. BROWNER, D.C., individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

ALLSTATE INDEMNITY COMPANY, BEECH STREET CORPORATION, and ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

    Defendants.
_____/

Case No. 00-7163-CIV-FERGUSON

SALVATORE D. LARUSSO, D.C. d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of himself and all others similarly situated,

    Plaintiffs,

vs.

LIBERTY MUTUAL INSURANCE COMPANY and COMMUNITY CARE NETWORK, INC.,

    Defendants.
_____/

Case No. 00-7692-CIV-FERGUSON

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated, | Case No. 01-6776-CIV-FERGUSON |
| Plaintiffs, | |
| vs. | |
| PROGRESSIVE AMERICAN INSURANCE COMPANY, | |
| Defendant. _____ / | |

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated, | Case No. 01-6777-CIV-FERGUSON |
| Plaintiffs, | |
| vs. | |
| DEERBROOK INSURANCE COMPANY, | |
| Defendant. _____ / | |

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated, | Case No. 01-6778-CIV-FERGUSON |
| Plaintiffs, | |
| vs. | |
| PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, | |
| Defendant. _____ / | |

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated, | Case No. 01-6779-CIV-FERGUSON |
| Plaintiffs, | |
| vs. | |
| FIDELITY AND CASUALTY COMPANY OF NEW YORK and THE CONTINENTAL INSURANCE COMPANY, | |
| Defendants. _____/ | |
| ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated, | Case No. 01-6780-CIV-FERGUSON |
| Plaintiffs, | |
| vs. | |
| INTEGON NATIONAL INSURANCE COMPANY and INTEGON GENERAL INSURANCE COMPANY, | |
| Defendants. _____/ | |
| THE CHIROPRACTIC CENTRE, INC., on behalf of itself and all others similarly situated, | Case No. 01-6782-CIV-FERGUSON |
| Plaintiffs, | |
| vs. | |
| SUPERIOR INSURANCE COMPANY, | |
| Defendant. _____/ | |

| | |
|---|---|
| THE CHIROPRACTIC CENTRE, INC., on behalf of itself and all others similarly situated, | Case No. 01-6783-CIV-FERGUSON |
| Plaintiffs, | |
| vs. | |
| METROPOLITAN CASUALTY INSURANCE COMPANY, | |
| Defendant. _____/ | |
| | |
| SALVATORE D. LARUSSO, D.C. d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of himself and all others similarly situated, | Case No. 01-8108-CIV-FERGUSON |
| Plaintiffs, | |
| vs. | |
| NATIONWIDE INSURANCE COMPANY OF AMERICA, | |
| Defendant. _____/ | |

| | |
|---|---|
| SALVATORE LARUSSO D.C. d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of himself and all others similarly situated, | Case No. 01-8110-CIV-FERGUSON |

　　　　Plaintiffs,

vs.

FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY,

　　　　Defendant.
_____/

| | |
|---|---|
| SALVATORE D. LARUSSO, D.C. d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of himself and all others similarly situated, | Case No. 01-8111-CIV-FERGUSON |

　　　　Plaintiffs,

vs.

ITT HARTFORD LIFE AND ANNUITY INSURANCE COMPANY,

　　　　Defendant.
_____/

MOTE WELLNESS & REHAB, INC., on  
behalf of itself and all others similarly  
situated,

Case No. 01-8549-CIV-FERGUSON

    Plaintiffs,

vs.

AMERICAN INTERNATIONAL  
INSURANCE COMPANY and AMERICAN  
INTERNATIONAL SOUTH INSURANCE  
COMPANY,

    Defendants.  
_____/

## *AMENDED* ORDER OF REFERENCE TO MAGISTRATE

**THIS CAUSE** is before the court sua sponte. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby

**ORDERED AND ADJUDGED** that all pending and future pre-trial non-dispositive motions are **REFERRED** to **United States Magistrate Judge Lurana S. Snow** to take all necessary and proper action as required by law. Further, all pending and future dispositive motions are **REFERRED** to the Magistrate Jude for a Report and Recommendation to this Court.

The parties are notified that all subsequent pleadings regarding matters referred to the Magistrate Judge shall be so designated by setting forth beneath the case number the identity of the Magistrate Judge to which the matter has been referred.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this ___ day of September, 2001.

                        WILKIE D. FERGUSON, JR.  
                        UNITED STATES DISTRICT JUDGE

copies provided:
Lurana Snow, United States Magistrate Judge
William Deem, Esq.
Eric Lee, Esq.
Arthur Gold, Esq.
Andrew Garcia, Esq.
Larry Kopelman, Esq.
Susan Lawson, Esq.
Richard Bokor, Esq.
Casey Fundaro, Esq.
David Shelton, Esq.
Peter Valeta, Esq.
Thomas Tew, Esq.
Francis Anania, Esq.
Katherine Lake, Esq.
James Haggerty, Esq.
Gregory Baldwin, Esq.
Mark Shapiro, Esq.
Marcy Aldrich, Esq.
John Aldock, Esq.
Kathy Johnson, Esq.
Alan Nisburg, Esq.
Dale Friedman, Esq.