## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

DR. PAUL ZIDEL, on behalf of himself ans all others similarly situated,

    Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY, and COMMUNITY CARE NETWORK, INC., d/b/a CCN,

    Defendants.
_____/

Case No. 00-6061-CIV-FERGUSON



KEITH BRICKELL, D.C., individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

PROGRESSIVE EXPRESS INSURANCE COMPANY, PROGRESSIVE CONSUMERS INSURANCE COMPANY, PROGRESSIVE BAYSIDE INSURANCE COMPANY, BEECH STREET CORPORATION, and ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

    Defendants.
_____/

Case No. 00-6649-CIV-FERGUSON

| | |
|---|---|
| MARC J. BROWNER, D.C., individually and on behalf of all others similarly situated, | Case No. 00-7163-CIV-FERGUSON |

Plaintiffs,

vs.

ALLSTATE INDEMNITY COMPANY, BEECH STREET CORPORATION, and ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

Defendants.
_____/

| | |
|---|---|
| SALVATORE D. LARUSSO, D.C. d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of himself and all others similarly situated, | Case No. 00-7692-CIV-FERGUSON |

Plaintiffs,

vs.

LIBERTY MUTUAL INSURANCE COMPANY and COMMUNITY CARE NETWORK, INC.,

Defendants.
_____/

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated, | Case No. 01-6776-CIV-FERGUSON |

Plaintiffs,

vs.

PROGRESSIVE AMERICAN INSURANCE COMPANY,

Defendant.
_____/

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated, | Case No. 01-6777-CIV-FERGUSON |

Plaintiffs,

vs.

DEERBROOK INSURANCE COMPANY,

Defendant.
_____/

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated, | Case No. 01-6778-CIV-FERGUSON |

Plaintiffs,

vs.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

Defendant.
_____/

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY AND CASUALTY COMPANY OF NEW YORK and THE CONTINENTAL INSURANCE COMPANY,<br><br>Defendants.<br>_____/ | Case No. 01-6779-CIV-FERGUSON |
| ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEGON NATIONAL INSURANCE COMPANY and INTEGON GENERAL INSURANCE COMPANY,<br><br>Defendants.<br>_____/ | Case No. 01-6780-CIV-FERGUSON |
| THE CHIROPRACTIC CENTRE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUPERIOR INSURANCE COMPANY,<br><br>Defendant.<br>_____/ | Case No. 01-6782-CIV-FERGUSON |

| | |
|---|---|
| THE CHIROPRACTIC CENTRE, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>METROPOLITAN CASUALTY INSURANCE COMPANY,<br><br>    Defendant.<br>_____/ | Case No. 01-6783-CIV-FERGUSON |
| SALVATORE D. LARUSSO, D.C. d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant.<br>_____/ | Case No. 01-8108-CIV-FERGUSON |

| | |
|---|---|
| SALVATORE LARUSSO D.C. d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of himself and all others similarly situated, | Case No. 01-8110-CIV-FERGUSON |
| Plaintiffs, | |
| vs. | |
| FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY, | |
| Defendant. _____/ | |

| | |
|---|---|
| SALVATORE D. LARUSSO, D.C. d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of himself and all others similarly situated, | Case No. 01-8111-CIV-FERGUSON |
| Plaintiffs, | |
| vs. | |
| ITT HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, | |
| Defendant. _____/ | |

MOTE WELLNESS & REHAB, INC., on behalf of itself and all others similarly situated,

Case No. 01-8549-CIV-FERGUSON

Plaintiffs,

vs.

AMERICAN INTERNATIONAL INSURANCE COMPANY and AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,

Defendants.
_____/

## OMNIBUS ORDER ON PENDING MOTIONS

**THIS CAUSE** is before the Court on various pending motions. Having duly considered the motions and pertinent portions of the record and having heard oral argument, it is

**ORDERED AND ADJUDGED** that the

1. Motions to Consolidate [00-6649, D.E. #107; 00-7163, D.E. #68; 00-7692, D.E.# 31; 01-8108, D.E. #4; 01-8110, D.E. #5; 01-8111, D.E. # 5] are **GRANTED** for discovery purposes except any party may move for a protective order precluding or limiting the production of any matters which in good faith it deems confidential. **Accordingly, the parties shall file all pleadings under case number 00-CIV-6061-FERGUSON/SNOW**.

2. Motions to Stay are lifted and the parties shall proceed with discovery in accordance with this Order granting the consolidation of the causes.

3. Motions to Dismiss [00-6061, D.E. #108; 00-6649, D.E #25, #30, #31; 00-7163, D.E. #16, #36; 00-7692, D.E. # 23] are **DENIED** except as to the Counts in the relevant Complaints

which raise a Lanham Act issue. The Lanham Act "prohibit[s] any person, in connection with any goods or services, from using in commerce any word, term, name, symbol, or device or any combination thereof, . . . or any false or misleading description . . . or representation of fact, . . . in commercial advertising or promotion, [which] misrepresents the nature, characteristics, [or] qualities. . .of his or her or another person's goods, services, or commercial activities." 15 U.S.C. §1125. None of the Plaintiffs' claim damages based on a product of the Defendants which unfairly competes with their product in violation of trademark law. Besides, there was no advertising or false statements. The Defendants simply acted pursuant to an alleged fraudulent agreement. Accordingly, all Lanham Act counts in the relevant Complaints are dismissed.

4. Motions to Amend the Scheduling Order [00-6061, D.E. #119, #123; 00-6649, D.E. #98; 00-7163, D.E. # 60] are **GRANTED**. Accordingly, an amended Order regarding the trial date and pre-trial deadlines shall be entered separately.

5. Unopposed Motion for Protective Order [00-6649, #88] is **GRANTED**.

6. Unopposed Motion for Enlargement of Time to Respond to the Complaint [00-7692, D.E. # 11] is **GRANTED**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this ___ day of September, 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Lurana Snow, United States Magistrate Judge
William Deem, Esq.

Eric Lee, Esq.
Arthur Gold, Esq.
Andrew Garcia, Esq.
Larry Kopelman, Esq.
Susan Lawson, Esq.
Richard Bokor, Esq.
Casey Fundaro, Esq.
David Shelton, Esq.
Peter Valeta, Esq.
Thomas Tew, Esq.
Francis Anania, Esq.
Katherine Lake, Esq.
James Haggerty, Esq.
Gregory Baldwin, Esq.
Mark Shapiro, Esq.
Marcy Aldrich, Esq.
John Aldock, Esq.
Kathy Johnson, Esq.
Alan Nisburg, Esq.
Dale Friedman, Esq.