UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6061-Civ-Ferguson/Snow

DR. PAUL ZIDEL, on behalf of
himself and all others
similarly situated,

        Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,

        Defendant and
        Third Party Plaintiff,

vs

COMMUNITY CARE NETWORK,

        Third Party Defendant.
_____/



FILED by _____ D.C.
SEP 28 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE is before the Court on the Plaintiff's Motion to Compel, for Contempt, and for Sanctions (Docket Entry 110), which was referred to United States Magistrate Judge Lurana S. Snow.

The plaintiff seeks to compel discovery from the defendant. The day after the motion was filed, the Court issued an order staying discovery until after the Court ruled on the motion to dismiss the second amended complaint. At the last status conference, the Court indicated that the stay would be lifted and the case consolidated with five similar cases for discovery purposes. However, the Court has not set the parameters for the consolidated discovery. With the Court being fully advised it is hereby

ORDERED AND ADJUDGED that the motion to compel, for contempt and for sanctions is DENIED WITHOUT PREJUDICE, in its entirety, to refile, if necesssary, once the parameters of the consolidated discovery have been issued.

DONE AND ORDERED at Fort Lauderdale, Florida, this 28th day of September, 2001.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:    Jan Douglas Atlas, Esq.
              David B. Shelton, Esq.
              Peter J. Valeta, Esq.

              William Wallace Deem, Esq.
              William. E. Adams, Jr., Esq.