

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW



It is ORDERED that this Motion is hereby DISMISSED AS MOOT

/s/ _____, Jr.
WILKIE D. FERGUSON, JR.
10/02/01
DATE

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN

    Defendants.
_____/

FILED by ____ D.C.
OCT 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.



## AGREED MOTION TO CONTINUE TRIAL AND
## PRE-TRIAL REQUIREMENTS

PLEASE TAKE NOTICE that Plaintiff DR. PAUL ZIDEL ("ZIDEL"), on behalf of himself and others similarly situated, by his undersigned counsel, shall move this Court for the entry of an Order continuing the trial and pre-trial requirements in this matter. For all the reasons set forth herein, ZIDEL respectfully submits that the instant motion should be granted in all respects.

### ARGUMENT

On or about September 27, 2000, this Court entered its Trial Order. The Trial Order has scheduled this matter for trial in June, 2001. The Trial Order also sets forth numerous deadlines for the completion of discovery, disclosure of witnesses and filing of motions. This matter will not be ready for trial in June, 2001. Pursuant to this Court's Order, all discovery was stayed pending this Court's determination of the Defendants' motions to dismiss. Additionally, ZIDEL's motion for class certification has not been fully briefed and is not ready to be ruled upon by this Court. Finally,

176

ATLAS PEARLMAN
ATTORNEYS AT LAW