UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6649-CIV-FERGUSON/SNOW (00-6061)

KEITH BRICKELL, D.C.,
individually and on behalf of
all others similarly situated,

    Plaintiff,

vs.

PROGRESSIVE EXPRESS INSURANCE
COMPANY, PROGRESSIVE CONSUMERS
INSURANCE COMPANY, PROGRESSIVE
BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION,
and ADP INTEGRATED MEDICAL
SOLUTIONS, INC.,

    Defendants.
_____/

It is ORDERED that this Motion is hereby DISMISSED AS MOOT

Wilkie D. Ferguson, Jr.
WILKIE D. FERGUSON, JR.
10/02/01
DATE

## AGREED MOTION TO CONTINUE TRIAL AND PRE-TRIAL REQUIREMENTS

PLEASE TAKE NOTICE that Plaintiff KEITH BRICKELL, D.C. ("BRICKELL"), on behalf of himself and others similarly situated, by his undersigned counsel, shall move this Court for the entry of an Order continuing the trial and pre-trial requirements in this matter. For all the reasons set forth herein, BRICKELL respectfully submits that the instant motion should be granted in all respects.

### ARGUMENT

On or about November 22, 2000, this Court entered its Trial Order. The Trial Order has scheduled this matter for trial in June, 2001. The Trial Order also sets forth numerous deadlines for the completion of discovery, disclosure of witnesses and filing of motions. This matter will not be ready for trial in June, 2001. Pursuant to this Court's Order, all discovery was stayed pending this Court's determination of the Defendants' motions to dismiss. Additionally, BRICKELL's motion

7090-00100 315388.1


ATLAS PEARLMAN
ATTORNEYS AT LAW