

It is ORDERED that this Motion is hereby

DISMISSED AS MOOT.

/s/ Ferguson Jr.
WILKIE D. FERGUSON, JR.
10/02/01
DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. ~~00-7692~~-CIV-FERGUSON
00-6061

SALVATORE D. LARUSSO, D.C d/b/a FAMILY
CHIROPRACTIC CENTER, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

LIBERTY MUTUAL INSURANCE COMPANY
and COMMUNITY CARE NETWORK, INC.,

    Defendants.

---

### CCN'S PARTIALLY UNOPPOSED MOTION TO STAY DISCOVERY

Defendant, CCN Managed Care, Inc., moves for the entry of an order staying its merits discovery obligations in this matter until the later of (i) per CCN's agreement with plaintiff, the date on which plaintiff's claims survive a motion to dismiss or (ii) the date on which class certification is resolved. CCN would anticipate that class certification discovery could proceed according to the rules. In support of the motion, CCN states:

### I.
### FACTUAL BACKGROUND

Plaintiff initiated this action on November 15, 2000, by filing his Class Action Complaint, asserting claims against CCN and Liberty Mutual Insurance Company. Plaintiff seeks to represent a class of health-care providers who contracted with CCN to participate in CCN's provider networks, which CCN markets to insurers, employers, and other entities who seek to offer discounted medical services to insureds or beneficiaries.

179

62