

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ULTRA OPEN MRI CORPORATION, )
  )
  Plaintiff, )
  )
v. ) CASE NO. 00-6061-CIV-FERGUSON
  )
PRUDENTIAL PROPERTY AND )
CASUALTY INSURANCE COMPANY, )
  )
  Defendant. )
_____ )

**MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN D. ALDOCK**

Pursuant to Local Rule 4(B), Kathy J. Maus, Esq., a member in good standing of the Bar of this Court, moves the admission of John D. Aldock to appear *pro hac vice* in the above proceeding as counsel for Prudential Property and Casualty Insurance Company, and in support thereof states as follows:

1. John D. Aldock and the law firm of Shea and Gardner, 1800 Massachusetts Avenue, N.W., Washington, District Of Columbia 20036, have been retained to represent Defendant Prudential Property and Casualty Insurance Company, in all proceedings conducted in the above-styled case.

2. Mr. Aldock is a member in good standing of the Bar of the District of Columbia (1968) and the State of Maryland (1973) and is admitted to practice before the United States District Court of Maryland (1984), the United States District Court of Appeals for the 3rd Circuit (1993), 4th Circuit (1982), 10th Circuit (1991) and D.C. Circuit (1971), the United


