

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 01-6778-CIV-FERGUSON |
| PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, | ) |
| Defendant. | ) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF RICHARD M. WYNER**

Pursuant to Local Rule 4(B), Kathy J. Maus, Esq., a member in good standing of the Bar of this Court, moves the admission of Richard M. Wyner to appear *pro hac vice* in the above proceeding as counsel for Prudential Property and Casualty Insurance Company, and in support thereof states as follows:

1. Richard M. Wyner and the law firm of Shea and Gardner, 1800 Massachusetts Avenue, N.W., Washington, District Of Columbia 20036, have been retained to represent Defendant Prudential Property and Casualty Insurance Company, in all proceedings conducted in the above-styled case.

2. Mr. Wyner is a member in good standing of the Bar of the District of Columbia (1983) and is admitted to practice before the United States District Court for the District of Columbia, the United States Court of Appeals for the D.C. Circuit, and the United States Supreme Court. Attached hereto is a Certificate of Good Standing from the District of Columbia Court of Appeals.

-1-