

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ULTRA OPEN MRI CORPORATION, )
)
Plaintiff, )
)
v. ) CASE NO. 00-6061-CIV-FERGUSON
)
PRUDENTIAL PROPERTY AND )
CASUALTY INSURANCE COMPANY, )
)
Defendant. )
_____ )

It is ORDERED that this Motion is hereby GRANTED,
_____
WILKIE D. FERGUSON, JR.
10/02/01
DATE

FILED by _____ D.C.
OCT 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**MOTION FOR ADMISSION *PRO HAC VICE* OF JEFFREY M. KLEIN**

Pursuant to Local Rule 4(B), Kathy J. Maus, Esq., a member in good standing of the Bar of this Court, moves the admission of Jeffrey M. Klein to appear *pro hac vice* in the above proceeding as counsel for Prudential Property and Casualty Insurance Company, and in support thereof states as follows:

1. Jeffrey M. Klein and the law firm of Shea and Gardner, 1800 Massachusetts Avenue, N.W., Washington, District Of Columbia 20036, have been retained to represent Defendant Prudential Property and Casualty Insurance Company, in all proceedings conducted in the above-styled case.

2. Mr. Klein is a member in good standing of the bars of Maryland (1997) and the District of Columbia (1999). He is also admitted to practice before the United States District Court for the District of Maryland (1998), and the United States Court of Appeals for the Fourth Circuit (1998). Attached hereto are Certificates of Good Standing from the Court of Appeals of Maryland and the District of Colombia Court of Appeals.


