IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



|  |
|---|
| ULTRA OPEN MRI CORPORATION, |
| Plaintiff, |
| v. |
| PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, |
| Defendant. |

Case No. 01-6778-CIV-FERGUSON

It is ORDERED that this Motion is hereby DISMISSED AS MOOT.

WILKIE D. FERGUSON, JR.
10/02/01
DATE

## DEFENDANT'S UNOPPOSED MOTION FOR POSTPONEMENT OR EXTENSION OF TIME

COMES NOW Defendant, PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY ("PRUDENTIAL"), by and through the undersigned counsel, while reserving all of its rights and defenses, and files its "Unopposed Motion For Postponement Or Extension Of Time." As grounds therefor PRUDENTIAL states as follows:

1. On June 6, 2001, service of the Complaint in the instant matter was effected through the Florida Insurance Commissioner.

2. PRUDENTIAL's responsive pleadings in this case are currently due on June 26, 2001.

3. Eric Lee, counsel for Plaintiff, Ultra Open MRI Corporation, has agreed to a postponement or extension of time for PRUDENTIAL to serve its responses or otherwise respond to the Complaint, Plaintiff's Motion to Certify Class Action, or any other deadline in this case, until this Court has issued its written orders ruling on the Motions to Dismiss and Motions for Consolidation that were filed in *"In re Florida Automobile Insurance PPO*