IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

THE CHIROPRACTIC CENTRE, INC.,  )
On behalf of itself and all others )
similarly situated,             )
                                )   Case No. 01-6782 Civ-Graham
                                )   00-6061
    Plaintiff,                  )   Ferguson
                                )
v.                              )
                                )
SUPERIOR INSURANCE COMPANY,     )
                                )
    Defendant.                  )
                                )

It is ORDERED that this Motion is hereby
DISMISSED AS MOOT
WILKIE D. FERGUSON, JR.
10/02/01
DATE

## DEFENDANT'S UNOPPOSED MOTION FOR POSTPONEMENT OR EXTENSION OF TIME

COMES NOW Defendant, Superior Insurance Company ("Superior"), by and through the undersigned counsel, while reserving all of its rights and defenses, and files its "Unopposed Motion For Postponement Or Extension Of Time." As grounds therefor Superior states as follows:

1. On June 6, 2001, service of the Complaint in the instant matter was effected through the Florida Insurance Commissioner.

2. Superior's responsive pleadings in this case would have been due on June 26, 2001.

3. Eric Lee, counsel for Plaintiff, The Chiropractic Centre, Inc., has agreed to an <u>indefinite</u> postponement or extension of time for Superior to respond to the Complaint until this Court has issued its written orders ruling on various Motions to Dismiss and Motions for Consolidation that were filed in multiple companion cases and the parties have agreed

