# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO: 01-8108-CV-Middlebrooks/Bandstra Ferguson
CO-6061

SALVATORE D. LARUSSO, D.C.,
d/b/a FAMILY CHIROPRACTIC
CENTER, on behalf of himself and all
others similarly situated,

    Plaintiff,

NATIONWIDE INSURANCE COMPANY
OF AMERICA,

    Defendant.
_____/


It is ORDERED that this motion is hereby DISMISSED AS MOOT.
WILKIE D. FERGUSON, JR.
10/02/01 DATE



## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant Nationwide Insurance Company of America, by and through undesigned counsel and pursuant to Fed. R. Civ. P. 6, hereby moves this Court for entry of an order, in the form attached hereto as Exhibit A, to enlarge the time in which it may serve its response to the Motion for Class Certification until June 14th. Counsel for the Plaintiff do not object to this motion.

## MEMORANDUM

Counsel for Defendants request the enlargement because they have recently filed a motion to dismiss which would moot the motion for class certification as it is now stated. Further, the Court is currently considering the plaintiff's motion to consolidate this action with other "related" cases. A response to the motion to class certification should be filed only after the court rules on the pending motion to consolidate as well as the motion to dismiss.

NON-COMPLIANCE OF S.D. fla. L.R. 5.1.B