IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 01-8110-CIV-FERGUSON/LYNCH

SALVATORE D. LARUSSO, D.C.
d/b/a FAMILY CHIROPRACTIC
CENTER, on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

FLORIDA FARM BUREAU
CASUALTY INSURANCE COMPANY,

    Defendant.
_____/



It is ORDERED that this Motion is hereby GRANTED (NUNC PRO TUNC)
/s/ Wilkie D. Ferguson, Jr.
WILKIE D. FERGUSON, JR.
10/02/01
DATE

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO SERVE ITS REPLY IN SUPPORT OF MOTION AND MEMORANDUM OF LAW TO COMPEL ARBITRATION AND TO DISMISS OR STAY PROCEEDINGS PENDING ARBITRATION

Defendant Florida Farm Bureau Casualty Insurance Company ("Florida Farm Bureau") files this motion for an extension of time to file its Reply In Support Of Motion and Memorandum Of Law To Compel Arbitration and To Dismiss Or Stay Proceedings Pending Arbitration and states in support as follows:

    1.    Plaintiff Salvatore D. Larusso, D.C. d/b/a Family Chiropractic Center ("Larusso"), served his Memorandum of Law in Opposition to Defendant's Motion to Compel Arbitration on June 1, 2001.

    2.    Thus, Florida Farm Bureau's Reply In Support Of Motion And Memorandum Of Law To Compel Arbitration And To Dismiss Or Stay Proceedings Pending Arbitration is due June 8, 2001.