

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 01-8110-CIV-FERGUSON/LYNCH

SALVATORE D. LARUSSO, D.C.
d/b/a FAMILY CHIROPRACTIC
CENTER, on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

FLORIDA FARM BUREAU
CASUALTY INSURANCE COMPANY,

    Defendant.
_____/



It is ORDERED tha this Motion is hereby GRANTED, (Nunc Pro Tunc)
WILKIE D. FERGUSON, JR.
10/02/01  DATE

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE RESPONSE TO MOTION FOR CLASS CERTIFICATION

Defendant Florida Farm Bureau Casualty Insurance Company ("Florida Farm Bureau") files this unopposed motion for an extension of time to file its response to Plaintiff's Motion for Class Certification and states in support as follows:

1.     Plaintiff Salvatore D. Larusso, D.C. d/b/a Family Chiropractic Center ("Larusso"), served the Complaint, a Motion for Class Certification and a Motion to Consolidate on Florida Farm Bureau on March 5, 2001.

2.     In response, Florida Farm Bureau filed a Motion to Dismiss the Complaint in its entirety. Pursuant to an agreed extension, Larusso's response to the Motion to Dismiss is not due until May 21, 2001.

3.     Florida Farm Bureau's response to the Motion for Class Certification is due May 15, 2001. However, Larusso has stated in his Motion to Consolidate that he intends to file an amended motion for class certification after the Court rules on our Motion to Dismiss and those in any related cases.

4.     Accordingly, it makes more sense to wait to respond to the amended motion for class certification, rather than litigating a motion the Plaintiff has acknowledged will likely be

