IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION (FORT LAUDERDALE)



FILING FEE
PAID 7500
In Forma 523565
Pauperis
Clarence Maddox, Clerk

DR. PAUL ZIDEL

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY
and COMMUNITY CARE NETWORK,
INC., d/b/a/ CCN,

    Defendant.
_____/

CASE NO. 00-6061-CIV-FERGUSON/SNOW

SALVATORE D. LARUSSO, D.C., d/b/a
FAMILY CHIROPRACTIC CENTER,

    Plaintiff,

v.

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

    Defendant.
_____/

CASE NO. 01-8111-CIV-FERGUSON/SNOW

FILED BY [signature] D.C.
2001 OCT 11 PM 1:13
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

### DEFENDANT'S MOTION FOR THE
### ADMISSION, *PRO HAC VICE*, OF HOWARD J. ROIN

Defendant, Hartford Insurance Company of the Midwest ("Hartford"), pursuant to Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys, hereby moves for the admission *pro hac vice* of Howard J. Roin to appear and participate in this pending action on behalf of Hartford.

    1.    Rule 4.B of the Special Rules Governing The Admission and Practice of Attorneys states that:

> Any attorney who is a member in good standing of the bar of any
> United States Court . . . but is not admitted to participate in the



MI714672;1

1

Southern District of Florida may, upon written application, be permitted to appear and participate in a particular case.

2. Howard J. Roin is a partner with the law firm of Mayer, Brown & Platt in Chicago, Illinois and has been retained by Hartford in this action. He is admitted to practice law in the State of Illinois, but is not admitted to practice in the Southern District of Florida.

3. As set forth in the certification attached hereto as Exhibit 1, Howard J. Roin is a member in good standing of the Illinois Bar.[1]

4. As set forth in the certification attached hereto as Exhibit 1, Howard J. Roin has studied the local rules of this Court.

5. Rule 4.B further provides that the application for admission shall designate a member of the trial bar of the Court who maintains an office in this District for the practice of law with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served.

6. Marcy Levine Aldrich is a member of the bar of the United States District Court of the Southern District of Florida. She maintains an office in the Southern District for the practice of law. Ms. Aldrich hereby consents to the designation required by Rule 4.B. The Court and opposing counsel may readily communicate with Ms. Aldrich regarding the conduct of this case and may serve papers regarding the case upon Ms. Aldrich. Such communications and papers should be directed to the address and telephone number listed below.

7. Undersigned counsel has contacted counsel for the Plaintiff, who has

---

[1] Plaintiff originally and mistakenly named ITT Hartford Life and Annuity Insurance Company as the Defendant in this matter. On October 10, 2001, Plaintiff filed an amended complaint naming Hartford Insurance Company of the Midwest as the Defendant. As Mr. Roin completed his certification prior to October 10, 2001, it bear the former caption of this Action.

MI714672;1                                                     2

CASE NO. 01-8111-CIV-FERGUSON

indicated that he does not oppose this Motion.

WHEREFORE, Defendant, Hartford, respectfully requests that this Court enter the accompanying order admitting Howard J. Roin *pro hac vice* to practice before the Court in this pending case on behalf of Hartford.

> Respectfully submitted,
>
> Akerman, Senterfitt & Eidson, P.A.
> SunTrust International Center, 28th Floor
> One Southeast Third Avenue
> Miami, Florida 33131-1704
> Telephone: (305) 374-5600
> Facsimile: (305) 374-5095
> Email: maldrich@akerman.com
>
> By: _____
> Marcy Levine Aldrich
> Florida Bar No. 968447
> Paul Shelowitz
> Fla. Bar No. 777447

CASE NO. 01-8111-CIV-FERGUSON

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was served, by U.S. Mail, on this 11th day of October, 2001 on all persons on the attached list.

_____
Marcy Levine Aldrich

**EXHIBIT "1"**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION

CASE NO. 01-8111-CIV-FERGUSON

SALVATORE D. LARUSSO, D.C., d/b/a
FAMILY CHIROPRACTIC CENTER, on
behalf of himself and all others
similarly situated,

        Plaintiff,

v.

ITT HARTFORD LIFE AND ANNUITY
INSURANCE COMPANY,

        Defendant.
_____/

**CERTIFICATION IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Howard J. Roin, hereby certify, under pains and penalties of perjury, as follows:

1.     I am a member in good standing of the Bar of the State of Illinois.

2.     I have studied the Local Rules of the United States District Court for the Southern District of Florida.

This 3rd day of October, 2001.

                          _/s/ Howard J. Roin_____
                          Howard J. Roin

1

# SERVICE LIST
*Salvatore D. Larusso, D.C. v. ITT Hartford Life and Annuity Ins. Co.*
(Case No. 01-8111-Civ-Ferguson) (S.D. Fla.)

**Co-Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
 atlas@atlaslaw.com
Eric Lee, Esq.
 lee@atlaslaw.com
Robin Corwin Campbell, Esq.
 campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
Tel: (954) 763-1200
Fax: (954) 766-7800

**Co-Counsel for Plaintiffs**

GOLD & COULSON
Arthur S. Gold, Esq.
 asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
Tel: (312) 372-0777
Fax: (312) 372-0778

**Co-Counsel for Plaintiffs**

PHILLIPS & GARCIA
Andrew Garcia, Esq.
 agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
 cphilips@gpandg.com
13 Ventura Drive
North Darthmouth, MA 02747
Tel: (508) 998-0800
Fax: (508) 998-0919

**Co-Counsel for Plaintiffs**

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
 dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
Tel: (954) 462-6855
Fax: (954) 462-6899

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
 personalinjurylawyer@earthlink.net

- 2 -

230 East Davis Boulevard
Tampa, FL 33606
Tel: (813) 251-1000
Fax: (813) 254-6327

**Co-Counsel for Plaintiffs**

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
 rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
Tel: (813) 251-1000
Fax: (813) 254-6327

**Co-Counsel for Plaintiffs**

Casey Fundaro, Esq.
Florida Bar No. 933650
 fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
Tel: (941) 435-7995
Fax: (941) 435-1269

**Counsel for Allstate**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
 dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Tel: (407) 872-7300
Fax: (407) 841-2133

ROSS & HARDIES
Peter J. Valeta, Esq.
 peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
Tel: (312) 750-3619
Fax: (312) 920-7241

**Counsel for Beech Street and ADP**

TEW, CARDENAS, REBAK, KELLOGG, LEHMAN, DEMARIA,
 TAGUE, RAYMOND & LEVINE, L.L.P.
Thomas Tew, Esquire
Direct Tel: (305) 539-2106
 tt@tewlaw.com
Joseph A. DeMaria, Esquire
Direct Tel: (305) 539-2440
 jad@tewlaw.com
John M. Quaranta Esquire
Direct Tel: (305)536-8432
 jmq@tewlaw.com

MI714681;1                                   - 2 -

Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
Fax: (305) 536-1116

**Counsel for Progressive**

ANANIA, BANDKLAYDER, *et al.*
Francis Anania, Esq.
 fanania@anania-law.com
Donald A. Blackwell, Esq.
 dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
Tel: (305) 373-4900
Fax: (305) 373-6914

**Counsel for CCN**

MCGUIRE, WOODS, et al.
William W. Deem, Esquire
 wdeem@mcguirewoods.com
William E. Adams, Esquire
Florida Bar No. 467080
 badams@mcguirewoods.com
Curt Caywood, Esquire
 ccaywood@McGuireWoods.com
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, Florida 32202
Tel: (904)798-3200
Fax: (904)798-3207

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esquire
 klake@fowlerwhite.com
Bruce A. Aebel, Esquire
 baebel@fowlerwhite.com
Post Office Box 1438
Tampa, Florida 33601
Tel: (813)228-7411
Fax: (813)229-8313

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esquire
 haggerty@scdlaw.com
1601 Market Street, 34th Floor
Philadelphia, Pennsylvania 19103-2316
Tel: (215)299-4314
Fax: (215)299-4301

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Gregory A. Baldwin, Esquire

MI714681;1

- 3 -

gbaldwin@hklaw.com
Robert K. Levenson, Esquire
 rlevenson@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
Tel: (305) 374-8500
Fax: (305)789-7799

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT & EIDSON, P.A.
Mark Shapiro, Esquire
 mshapiro@akerman.com
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida  33131
Tel: (305)374-5600
Fax: (305)374-5095

**Counsel for Metropolitan**

AKERMAN, SENTERFITT & EIDSON, P.A.
Marcy Levine Aldrich, Esq.
 maldrich@akerman.com
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131
Tel: (305)374-5600
Fax: (305)374-5095

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
 jlennard@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
Tel: 312-876-8000
Fax: 312-876-7934

**Counsel for Integon**

AKERMAN, SENTERFITT & EIDSON, P.A.
Marcy Levine Aldrich, Esq.
 maldrich@akerman.com
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131
Tel: (305)374-5600
Fax: (305)374-5095

**Counsel for Prudential**

SHEA & GARDNER
John D. Aldock, Esquire
 jaldock@sheagardner.com
Direct Tel: (202) 828-2140
Richard M. Wyner, Esquire
 Rwyner@sheagardner.com
Direct Tel: (202) 828-2188

MI714681;1

- 4 -

Jeffrey M. Klein, Esquire
 jklein@sheagardner.com
Direct Tel: (202) 828-4301
M. David Dobbins, Esquire
 ddobbins@sheagardner.com
Direct Tel: (202) 828-2184
1800 Massachusetts Avenue, N.W.
Washington, District of Columbia 20036
Tel: 202-828-2000
Fax: 202-828-2195

BUTLER BURNETTE PAPPAS
Kathy Johnson Maus
 kmaus@bbplaw.com
Eric Zivitz
 ezivitz@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, Florida 32308-3469
Tel: 850-894-4111
Fax: 850-894-4999

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esquire
 anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway, Suite 1100
Tampa, Florida 33607
Tel: (813) 281-1900
Fax: (813) 281-0900

**Counsel for American International**
CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esquire
 dfriedman@csglaw.com
Brian P. Knight, Esquire
 bknight@csglaw.com
3440 Hollywood Boulevard, 2nd Floor
Holly wood, Florida 33021
Tel: (954) 961-1400
Fax: (954) 967-8577