UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW
(Consolidated)

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

| | |
|---|---|
| THE CHIROPRACTIC CENTRE, INC.,<br>On behalf of itself and all others<br>similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN CASUALTY INSURANCE<br>COMPANY,<br><br>    Defendant.<br>_____/ | CASE NO. 01-6783-CIV-FERGUSON/SNOW |
| ULTRA OPEN MRI CORPORATION,<br>on behalf of itself and all others similarly<br>situated,<br><br>    Plaintiff,<br><br>vs.<br><br>INTEGON NATIONAL INSURANCE<br>COMPANY and INTEGON GENERAL<br>INSURANCE COMPANY,<br><br>    Defendant.<br>_____/ | CASE NO. 01-6780-CIV-FERGUSON/SNOW |



CASE NO. 00-6061-CIV-FERGUSON/SNOW

## CLASS PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO METROPOLITAN'S AND INTEGON'S MOTIONS FOR CLARIFICATION[1]

Plaintiffs THE CHIROPRACTIC CENTRE, INC. and ULTRA OPEN MRI CORPORATION, on behalf of themselves and all others similarly situated ("Class Plaintiffs"), by their undersigned counsel, hereby submit their Memorandum of Law in Opposition to Defendants METROPOLITAN CASUALTY INSURANCE COMPANY's ("METROPOLITAN") and INTEGON NATIONAL INSURANCE COMPANY's and INTEGON GENERAL INSURANCE CORPORATION's ("INTEGON") Motion for Clarification. For all the reasons set forth herein, Class Plaintiffs respectfully submit that the Motions for Clarification should be denied in all respects.

## ARGUMENT

These two actions are two of 15 class actions consolidated by this Court's September 28, 2001 Omnibus Order ("Omnibus Order"). METROPOLITAN and INTEGON have been well aware of this Court's oral ruling consolidating the various PPO reduction class actions which this Court announced at a status conference on May 14, 2001. In fact, rather than require METROPOLITAN or INTEGON to answer the Complaints served upon them or respond to the Motions for Class Certification, Class Plaintiffs agreed to postpone the responses until this Court entered an Order denying the various Motions to Dismiss and consolidating these actions. Now that this Court entered the Omnibus Order, METROPOLITAN and INTEGON profess confusion as to whether their cases were consolidated. Additionally, despite the entry of the Omnibus Order, neither METROPOLITAN

---

[1] Despite being ordered to file all documents under Case No. 00-6061, METROPOLITAN and INTEGON instead filed their Motions for Reconsideration in their respective actions.

ATLAS PEARLMAN

CASE NO. 00-6061-CIV-FERGUSON/SNOW

nor INTEGON have answered the Complaint or responded to the Motion for Class Certification. These responses are past due.

This Court's Omnibus Order consolidated the 15 pending PPO class actions. The headings from all 15 pending PPO class actions were contained in the Omnibus Order. The Order was served by this Court on all counsel in all 15 pending PPO class actions. The fact that the Motions for Consolidation were only filed in the first 7 cases is irrelevant. It is well established that a motion to consolidate is not required and a court may sua sponte consolidated cases under Rule 42. See Miller v. U.S. Postal Service, 729 F.2d 1033 (5th Cir. 1985); Mylan Pharmaceuticals, Inc. v. Henney, 94 F. Supp. 2d 36 (D.D.C. 2000); Yousefi v. Lockheed Martin Corp., 70 F. Supp. 2d 1061 (C.D. Cal. 1999). Accordingly, this Court's Omnibus Order consolidating all 15 actions was clearly appropriate under Rule 42.

As to METROPOLITAN's and INTEGON's arguments relating to its need to conduct discovery and its concerns relating to the June, 2002 trial date, since these actions were filed and subsequent to the May 14, 2001 status conference at which this Court lifted all discovery stays, Class Plaintiffs in all pending actions have been attempting to coordinate and conduct discovery. The Defendants in the various class actions have refused to cooperate with scheduling discovery and have even asserted that until such time as this Court entered its written order, the discovery stays were still in effect. Having now lost four months by not agreeing to conduct discovery, it is hard to imagine how METROPOLITAN and INTEGON can assert that this Court's Trial Order does not provide them with enough time to conduct discovery. Class Plaintiffs in all pending actions have every intention of completing all discovery by April 1, 2002, which is the discovery cutoff. With the



CASE NO. 00-6061-CIV-FERGUSON/SNOW

Defendants' cooperation, there is no reason why discovery cannot be completed. Accordingly, there is no basis for clarification of the Omnibus Order or the Trial Order.

## CONCLUSION

For all the reasons set forth herein, Class Plaintiffs THE CHIROPRACTIC CENTRE, INC. and ULTRA OPEN MRI CORPORATION, on behalf of themselves and all others similarly situated, respectfully request that this Court enter an Order denying Defendants METROPOLITAN CASUALTY INSURANCE COMPANY's, INTEGON NATIONAL INSURANCE COMPANY's, and INTEGON GENERAL INSURANCE CORPORATION's Motions for Clarification, together with such other and further relief as this Court may deem just and proper.

Respectfully submitted.

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
JAN DOUGLAS ATLAS
Florida Bar No. 226246

By: _____
ERIC LEE
Florida Bar No. 961299

By: _____
ROBIN CORWIN CAMPBELL
Florida Bar No. 327931

7090-00100 335369.1

4



CASE NO. 00-6061-CIV-FERGUSON/SNOW

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

\PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 2510
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 19th day of October, 2001 upon: all individuals on the attached service list.

_____
ERIC LEE



**MASTER SERVICE LIST**
(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/19/01)

| Co-Lead Counsel for Plaintiffs | Co-Counsel for Plaintiffs |
|---|---|
| ATLAS PEARLMAN, P.A.<br>Eric Lee, Esq.<br>lee@atlaslaw.com<br>Jan Douglas Atlas, Esq.<br>atlas@atlaslaw.com<br>Robin Corwin Campbell, Esq.<br>campbell@atlaslaw.com<br>350 East Las Olas Boulevard, Suite 1700<br>Fort Lauderdale, FL 33301<br>(954) 763-1200<br>(954) 766-7800 Facsimile | Susan L. Lawson, Esq.<br>personalinjurylawyer@earthlink.net<br>230 East Davis Boulevard, Suite 200<br>Tampa, FL 33606<br>(813) 251-8879<br>(813) 251-5786  Facsimile |
| GOLD & COULSON<br>Arthur S. Gold, Esq.<br>asg@gcjustice.com<br>11 S. LaSalle Street, Suite 2500<br>Chicago, IL 60603<br>(312) 372-0777<br>(312) 372-0778 Facsimile | RICHARD BOKOR, P.A.<br>Richard Bokor, Esq.<br>rabokor1@tampabay.rr.com<br>230 East Davis Boulevard<br>Tampa, FL 33606<br>(813) 251-1000<br>(813) 254-6327 Facsimile |
| PHILLIPS & GARCIA<br>Andrew Garcia, Esq.<br>agarcia@phillipsgarcia.com<br>Carlin Phillips, Esq.<br>cphillips@phillipsgarcia.com<br>Attorneys at Law<br>13 Ventura Drive<br>North Darthmouth, MA 02747<br>(508) 998-0800<br>(508) 998-0919 Facsimile | Casey Fundaro, Esq.<br>fundaro@aol.com<br>1100 5th Avenue S., Suite 201<br>Naples, FL 34102-6407<br>(941) 435-7995<br><br>**Counsel for:**<br>**Allstate, Fidelity and Casualty,**<br>**Continental, Deerbrook** |
| KOPELMAN & BLANKMAN, P.A<br>Larry Kopelman, Esq.<br>Douglas Blankman, Esq.<br>dblan2155@aol.com<br>Bank of America Tower<br>One Financial Plaza<br>Suite 2510<br>Fort Lauderdale, FL 33394<br>(954) 462-6855<br>(954) 462-6899 Facsimile | RUMBERGER, KIRK & CALDWELL<br>David B. Shelton, Esq.<br>dshelton@rumberger.com<br>Signature Plaza, Suite 300<br>201 South Orange Avenue (32801)<br>Post Office Box 1873<br>Orlando, Florida 32802-1873<br>(407) 872-7300<br>(407) 841-2133 Facsimile<br><br>ROSS & HARDIES<br>Peter J. Valeta, Esq.<br>peter.valeta@rosshardies.com<br>150 N. Michigan Avenue, Suite 2500<br>Chicago, IL 60601<br>(312) 750-3619<br>(312) 920-7241 Facsimile |

ATLAS PEARLMAN

7090-00100 318823.1

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

| | |
|---|---|
| **Counsel for:** <br> **Hartford, Metropolitan, Integon** <br><br> AKERMAN, SENTERFITT et al. <br> Marcy Levine Aldrich, Esq. <br> maldrich@akerman.com <br> SunTrust International Center <br> 28th Floor <br> One Southeast Third Avenue <br> Miami, FL 33131 <br> (305) 374-5600 <br> (305) 374-5095 Facsimile <br><br> **Counsel for Metropolitan** <br><br> SONNENSCHEIN, NATH & ROSENTHAL <br> Jeffrey P. Lennard, Esq. <br> jpl@sonnenschein.com <br> 8000 Sears Tower <br> Chicago, IL 60606 <br> (312) 876-8000 <br> (312) 876-7934 <br><br> **Counsel for Hartford** <br><br> MAYER, BROWN & PLATT <br> Howard J. Roin, Esq. <br> hroin@mayerbrown.com <br> 190 South LaSalle Street <br> Chicago, IL, 60603-3441 <br> (312) 782-0600 <br> (312) 701-7711 Facsimile <br><br> **Counsel for Superior** <br><br> BUTLER BURNETT PAPPAS <br> Alan J. Nisberg, Esq. <br> anisberg@bbplaw.com <br> Bayport Plaza <br> 6200 Courtney Campbell Causeway <br> Suite 1100 <br> Tampa, FL 33607 <br> (813) 281-1900 <br> (813) 281-0900 Facsimile | **Counsel for Prudential** <br><br> BUTLER BURNETT PAPPAS <br> Kathy J. Maus, Esq. <br> kmaus@bbplaw.com <br> Lola M. Swaby, Esq. <br> lswaby@bbplaw.com <br> 3520 Thomasville Road, Suite 102 <br> Tallahassee, FL 32308 <br> (850) 894-4111 <br> (850) 894-4999 Facsimile <br><br> SHEA & GARDNER <br> John D. Aldock, Esq. <br> Jaldock@SheaGardner.com <br> Jeffrey M. Klein, Esq. <br> Jklein@SheaGardner.com <br> Michael Isenman, Esq. <br> misenman@sheagardner.com <br> 1800 Massachusetts Ave., N.W. <br> Washington, D.C. 20036 <br> (202) 828-2000 <br> (202) 828-2195 Facsimile <br><br> **Counsel for American International** <br><br> CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A. <br> Dale L. Friedman, Esq. <br> dfriedman@csglaw.com <br> Brian P. Knight, Esq. <br> bknight@csglaw.com <br> 3440 Hollywood Boulevard <br> Second Floor <br> Hollywood, FL 33021 <br> (954) 961-1400 <br> (954) 967-8577 Facsimile |


ATLAS PEARLMAN