UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW
(Consolidated)



DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

ULTRA OPEN MRI CORPORATION,

    Plaintiff,                       CASE NO. 01-CIV-6778-FERGUSON/SNOW

v.

PRUDENTIAL PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendant.
_____/

### PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION
### TO PRUDENTIAL'S MOTION FOR STAY OF DISCOVERY

Plaintiff ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated ("UOMC"), by its undersigned counsel, hereby submits its Memorandum of Law in Opposition to Defendant PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY's ("PRUDENTIAL") Motion for a Stay and for Expedited Consideration of Defendant's Motion to Compel Arbitration ("Motion to Stay"). For all the reasons set forth herein, UMOC respectfully submits that PRUDENTIAL's Motion to Stay should be denied in all respects.

7090-00100 335274.1



CASE NO. 00-6061-CIV-FERGUSON/SNOW

## INTRODUCTION

This action is one of 15 pending class actions consolidated for discovery purposes by this Court. UOMC filed its Complaint against PRUDENTIAL on May 8, 2001. On May 25, 2001, UOMC filed its Motion for Class Certification. At a Status Conference on May 14, 2001, this Court orally ruled that it was denying the pending Motions to Dismiss, that all discovery stays would be lifted, and that the pending class actions would be consolidated for discovery purposes. In light of this Court's oral ruling, UOMC, in this action and in the other actions it filed, rather than force the Defendants to respond to the Complaints, Motion for Class Certification, and consolidation issues, instead agreed that the Defendants would have an enlargement of time until this Court entered a written Order and the parties agreed to a scheduling order setting further deadlines.

On June 25, 2001, PRUDENTIAL filed its Unopposed Motion for Postponement or Extension of Time. Thereafter, on August 6, 2001, while the parties were waiting for this Court's ruling on the Motions to Dismiss, lifting the discovery stays, and consolidating these actions, PRUDENTIAL filed its Motion to Compel Arbitration. UOMC served a Memorandum of Law in Opposition to PRUDENTIAL's Motion to Compel Arbitration. The Motion to Compel Arbitration is now fully briefed.

On September 28, 2001, this Court entered an Omnibus Order which denied the pending Motions to Dismiss, lifted all discovery stays, and consolidated the 15 pending class actions. On October 8, 2001, this Court dismissed PRUDENTIAL's Unopposed Motion for a Postponement or Extension of Time as moot.

7090-00100 335274.1

2


ATLAS PEARLMAN

CASE NO. 00-6061-CIV-FERGUSON/SNOW

## ARGUMENT

Despite being served with the Complaint in this action four months ago and benefitting from UOMC's agreement to enlarge PRUDENTIAL's time to respond to the Complaint, PRUDENTIAL waited until after this Court's September 28, 2001 Omnibus Order to seek a stay of discovery. This Court's Omnibus Order lifted all discovery stays and consolidated this action with the 14 other class actions. This Court has also entered an Order setting this matter for trial in June, 2002 and setting a discovery cutoff of April 1, 2002. Thus, UMOC has begun discovery in an effort to complete all discovery by the discovery cutoff.

UOMC's counsel has requested from the various Defendants, on numerous occasions, an agreement to a proposed Case Management Order which would set forth various time deadlines. Despite forwarding a proposed Case Management Order to counsel for all Defendants months ago, there has been no agreement for the entry of the proposed Case Management Order. As to PRUDENTIAL's claims that a case management conference, as required by Local Rule 26.1 and Federal Rule of Civil Procedure 26 has not occurred, the necessity for such a conference was rendered moot by this Court's Trial Order. In addition, subsequent to the entry of the Omnibus Order, counsel for UOMC offered to schedule a Rule 26 conference in any case in which any Defendant believes that such a conference is necessary. To date, only one Defendant has sought to schedule such a Rule 26 Conference. Accordingly, PRUDENTIAL's assertion that a Rule 26 conference must occur before discovery commences is entirely baseless.

PRUDENTIAL's Motion to Compel Arbitration should also be summarily denied. As further set forth in UOMC's objections to the Motion to Compel Arbitration in this action and in the


ATLAS PEARLMAN

CASE NO. 00-6061-CIV-FERGUSON/SNOW

<u>Larusso v. Florida Farm Bureau</u> action, the insurance companies' arguments in support of their effort to compel arbitration have been rejected by the Florida Supreme Court. Thus, PRUDENTIAL's Motion to Compel Arbitration and Motion to Stay Discovery are designed to delay these proceedings. This Court has lifted all discovery stays and it is imperative that the consolidated discovery proceed in a coordinated and orderly manner. Accordingly, PRUDENTIAL's Motion to Stay Discovery should be denied.

UOMC has no objection to expedited consideration of PRUDENTIAL's Motion to Compel Arbitration. Since the claims asserted against PRUDENTIAL are not subject to arbitration, an expedited determination denying PRUDENTIAL's Motion and denying PRUDENTIAL's Motion to Stay Discovery will permit this case to proceed forward on the schedule set forth by this Court.

## CONCLUSION

For all the reasons set forth herein, Plaintiff ULTRA OPEN MRI CORPORATION, on behalf of itself and all other similarly situated, respectfully requests that this Court enter an Order denying Defendant PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY's Motion for a Stay and for Expedited Consideration of Defendant's Motion to Compel Arbitration, together with such other and further relief as this Court may deem just and proper.

7090-00100 335274.1

4

ATLAS PEARLMAN
ATTORNEYS AT LAW

CASE NO. 00-6061-CIV-FERGUSON/SNOW

Respectfully submitted.

ATLAS PEARLMAN, P.A.
Co-Counsel for Plaintiff
ULTRA OPEN MRI CORPORATION
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
JAN DOUGLAS ATLAS
Florida Bar No. 226246

By: _____
ERIC LEE
Florida Bar No. 961299

By: _____
ROBIN CORWIN CAMPBELL
Florida Bar No. 327931

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

ATLAS PEARLMAN

CASE NO. 00-6061-CIV-FERGUSON/SNOW

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 2510
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 19th day of October, 2001 upon: all individuals on the attached service list.

_____
ERIC LEE

7090-00100 335274.1                                6

ATLAS PEARLMAN

**MASTER SERVICE LIST**
**(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)**
(Updated 10/19/01)

| Co-Lead Counsel for Plaintiffs | Co-Counsel for Plaintiffs |
|---|---|
| ATLAS PEARLMAN, P.A.<br>Eric Lee, Esq.<br>lee@atlaslaw.com<br>Jan Douglas Atlas, Esq.<br>atlas@atlaslaw.com<br>Robin Corwin Campbell, Esq.<br>campbell@atlaslaw.com<br>350 East Las Olas Boulevard, Suite 1700<br>Fort Lauderdale, FL 33301<br>(954) 763-1200<br>(954) 766-7800 Facsimile<br><br>GOLD & COULSON<br>Arthur S. Gold, Esq.<br>asg@gcjustice.com<br>11 S. LaSalle Street, Suite 2500<br>Chicago, IL 60603<br>(312) 372-0777<br>(312) 372-0778 Facsimile<br><br>PHILLIPS & GARCIA<br>Andrew Garcia, Esq.<br>agarcia@phillipsgarcia.com<br>Carlin Phillips, Esq.<br>cphillips@phillipsgarcia.com<br>Attorneys at Law<br>13 Ventura Drive<br>North Darthmouth, MA 02747<br>(508) 998-0800<br>(508) 998-0919 Facsimile<br><br>KOPELMAN & BLANKMAN, P.A<br>Larry Kopelman, Esq.<br>Douglas Blankman, Esq.<br>dblan2155@aol.com<br>Bank of America Tower<br>One Financial Plaza<br>Suite 2510<br>Fort Lauderdale, FL 33394<br>(954) 462-6855<br>(954) 462-6899 Facsimile | Susan L. Lawson, Esq.<br>personalinjurylawyer@earthlink.net<br>230 East Davis Boulevard, Suite 200<br>Tampa, FL 33606<br>(813) 251-8879<br>(813) 251-5786  Facsimile<br><br>RICHARD BOKOR, P.A.<br>Richard Bokor, Esq.<br>rabokor1@tampabay.rr.com<br>230 East Davis Boulevard<br>Tampa, FL 33606<br>(813) 251-1000<br>(813) 254-6327 Facsimile<br><br>Casey Fundaro, Esq.<br>fundaro@aol.com<br>1100 5th Avenue S., Suite 201<br>Naples, FL 34102-6407<br>(941) 435-7995<br><br>**Counsel for:**<br>**Allstate, Fidelity and Casualty,**<br>**Continental, Deerbrook**<br><br>RUMBERGER, KIRK & CALDWELL<br>David B. Shelton, Esq.<br>dshelton@rumberger.com<br>Signature Plaza, Suite 300<br>201 South Orange Avenue (32801)<br>Post Office Box 1873<br>Orlando, Florida 32802-1873<br>(407) 872-7300<br>(407) 841-2133 Facsimile<br><br>ROSS & HARDIES<br>Peter J. Valeta, Esq.<br>peter.valeta@rosshardies.com<br>150 N. Michigan Avenue, Suite 2500<br>Chicago, IL 60601<br>(312) 750-3619<br>(312) 920-7241 Facsimile |

ATLAS PEARLMAN

7090-00100 318823.1

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

ATLAS PEARLMAN

7090-00100 318823.1

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lola M. Swaby, Esq.
lswaby@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS
& ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile



7090-00100 318823.1