NON-COMPLIANCE OF S.D. fla. L.R. _____

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly
situated,
    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,
    Defendants.
_____/

SALVATORE D. LARUSSO, D.C.,
d/b/a FAMILY CHIROPRACTIC
CENTER, on behalf of himself and all
others similarly situated,
    Plaintiff,

v.                                CASE NO: 01-8108-CV-Ferguson/Snow

NATIONWIDE MUTUAL INSURANCE
COMPANY,
    Defendant.
_____/



### REQUEST FOR STATUS CONFERENCE

Comes now Defendant Nationwide Mutual Insurance Company ("Nationwide") and respectfully requests that this Court hold a status conference on the cases consolidated by Judge Ferguson's September 28th order (D.E. 172 in Case No. 00-6061) to address the following outstanding issues:

    1.    Plaintiff filed his initial complaint against Nationwide Insurance Company of America. The Court has not yet addressed the motion to dismiss filed by Nationwide Insurance Company of America.



2. On October 10, 2001, Plaintiff filed an Amended Complaint essentially substituting a new defendant Nationwide Mutual Insurance Company in the place of Nationwide Insurance Company of America. Nationwide Mutual has not yet responded to the Amended Complaint.

3. On September 28, 2001, the Court entered an omnibus order, consolidating a number of related cases.

4. The Court's Amended Scheduling Order,[1] dated September 28, 2001, sets these consolidated cases for trial in June 2002 with an April 2002 discovery cutoff.

5. Under Local Rule 16.1, discovery in a case on the Complex Track should be completed within 270 to 365 days of the Scheduling Order. The Court's Amended Scheduling Order is dated September 28, 2001. According to the local rules, discovery should extend at least through June and more likely to September 2002, beyond the trial date set in the Amended Scheduling Order. Therefore, the schedule suggested in the Amended Scheduling Order is improper under the Local Rules and unworkable considering the number of cases consolidated.

4. Finally, the Court's order failed to address the alleged class nature of this case. There is no provision for bifurcated discovery,[2] the briefing of class certification, or a hearing on the class certification.

---

[1] Although the document is styled an "amended" scheduling order, there has been no Scheduling Order entered in the Larusso v. Nationwide case.

[2] CCN has filed a Motion for Reconsideration of its Motion to Stay [Merits] Discovery in the Larusso v. Liberty Mutual Insurance case, Case No. 00-7692, also consolidated iwth 00-6061. Nationwide joins in and adopts CCN's motion for a stay of merits discovery.

Therefore, Nationwide respectfully requests that the Court schedule a status conference to address these issues and others raised by defendants in the consolidated cases.

Respectfully submitted,

FOWLER, WHITE, GILLEN, BOGGS,
 VILLAREAL AND BANKER, P.A.
Post Office Box 1438
Tampa, Florida 33601
813/228-7411
813/229-8313 (telecopier)
Trial Counsel for Defendant

By: _____
W. Donald Cox, FBN 096535
Katherine C. Lake, FBN 066941

and

James C. Haggerty
Swartz, Campbell & Detweiler
1601 Market Street, 34th Floor
Philadelphia, PA 19103
215-564-5190
fax 215-299-4301

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing to be served by U.S. mail this 16th day of October, 2001, to the persons on the attached service list.

_____

**MASTER SERVICE LIST**
**(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)**
(Updated 10/03/01)

| Co-Lead Counsel for Plaintiffs | Co-Counsel for Plaintiffs |
|---|---|
| ATLAS PEARLMAN, P.A.<br>Jan Douglas Atlas, Esq.<br>atlas@atlaslaw.com<br>Eric Lee, Esq.<br>lee@atlaslaw.com<br>Robin Corwin Campbell, Esq.<br>campbell@atlaslaw.com<br>350 East Las Olas Boulevard, Suite 1700<br>Fort Lauderdale, FL 33301<br>(954) 763-1200<br>(954) 766-7800 Facsimile | Susan L. Lawson, Esq.<br>personalinjurylawyer@earthlink.net<br>230 East Davis Boulevard, Suite 200<br>Tampa, FL 33606<br>(813) 251-8879<br>(813) 251-5786 Facsimile |
| GOLD & COULSON<br>Arthur S. Gold, Esq.<br>asg@gcjustice.com<br>11 S. LaSalle Street, Suite 2500<br>Chicago, IL 60603<br>(312) 372-0777<br>(312) 372-0778 Facsimile | RICHARD BOKOR, P.A.<br>Richard Bokor, Esq.<br>rabokor1@tampabay.rr.com<br>230 East Davis Boulevard<br>Tampa, FL 33606<br>(813) 251-1000<br>(813) 254-6327 Facsimile |
| PHILLIPS & GARCIA<br>Andrew Garcia, Esq.<br>agarcia@phillipsgarcia.com<br>Carlin Phillips, Esq.<br>cphilips@gpandg.com<br>Attorneys at Law<br>13 Ventura Drive<br>North Darthmouth, MA 02747<br>(508) 998-0800<br>(508) 998-0919 Facsimile | Casey Fundaro, Esq.<br>fundaro@aol.com<br>1100 5th Avenue S., Suite 201<br>Naples, FL 34102-6407<br>(941) 435-7995<br><br>**Counsel for:**<br>**Allstate, Fidelity and Casualty,**<br>**Continental, Deerbrook** |
| KOPELMAN & BLANKMAN, P.A<br>Larry Kopelman, Esq.<br>Douglas Blankman, Esq.<br>dblan2155@aol.com<br>Bank of America Tower<br>One Financial Plaza<br>Suite 1611<br>Fort Lauderdale, FL 33394<br>(954) 462-6855<br>(954) 462-6899 Facsimile | RUMBERGER, KIRK & CALDWELL<br>David B. Shelton, Esq.<br>dshelton@rumberger.com<br>Signature Plaza, Suite 300<br>201 South Orange Avenue (32801)<br>Post Office Box 1873<br>Orlando, Florida 32802-1873<br>(407) 872-7300<br>(407) 841-2133 Facsimile<br><br>ROSS & HARDIES<br>Peter J. Valeta, Esq.<br>peter.valeta@rosshardies.com<br>150 N. Michigan Avenue, Suite 2500<br>Chicago, IL 60601<br>(312) 750-3619<br>(312) 920-7241 Facsimile |

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
5300 Bank of America Center
Post Office Box 4099
Jacksonville, FL 32202-4099
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Hartford:**

MAYER, BROWN & PLATT
Howard J. Roin
hroin@mayerbrown.com
190 S. LaSalle Street
Chicago, IL 60603
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lola M. Swaby, Esq.
lswaby@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS
& ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile