IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-CIV-6061-Ferguson/Snow (Consolidated)

Referred to Magistrate Judge Snow

DR. PAUL ZIDEL and All Others              §
similarly situated,                        §
                                           §
        Plaintiffs,                        §
                                           §
v.                                         §
                                           §
ALLSTATE INSURANCE COMPANY,                §
                                           §
        Defendant/Third-Party Plaintiff,   §
                                           §
v.                                         §
                                           §
COMMUNITY CARE NETWORK, INC.,              §
d/b/a CCN,                                 §
                                           §
        Third-Party Defendant              §



**CCN's Request for Expedited Treatment
of its Partially Unopposed Motion to Stay Pending
Resolution of Arbitration and Class Certification Issues**

Third-Party Defendant, CCN Managed Care, Inc. ("CCN"), pursuant to the Local Rules

of this Court, hereby requests that its "partially unopposed motioned to stay pending resolution

of arbitration and class certification issues" (hereinafter the "Motion to Stay") be afforded

expedited treatment by this Court, including but not limited to a directive (i) that any responsive

memoranda be served on an expedited basis, (ii) that oral argument be held without written

briefing or, (iii) in the Court's discretion, that further proceedings such as merits discovery be

1

held in abeyance until such time as the Motion to Stay can be resolved.[1]  In support of this request, CCN states:

1.      As set forth in the Motion to Stay, there are currently pending (i) CCN's motion to compel arbitration, and (ii) Plaintiff's motion for class certification.

2.      As discussed in the Motion to Stay, the pendency of each of these prior motions should preclude the taking of merits discovery at this time.  If the motion to compel arbitration is granted, no discovery whatsoever will allowed.  If the motion for class certification is denied, the appropriate scope of discovery will be dramatically reduced, and thus we can not know at this time, prior to resolution of that motion, what the appropriate scope of discovery is.

3.      As addressed in the Motion to Stay, there is ample and controlling precedent to stay all proceedings in this case, including merits discovery.  Nevertheless, as the parties await a ruling on the Motion to Stay, Plaintiff is taking action to initiate merits discovery.  Among other things, Plaintiff has served extremely broad interrogatories and document requests, and is attempting to schedule depositions that will occur in locations throughout the country.

4.      In light of Plaintiff's discovery efforts -- which should and will be precluded if the Motion to Stay is granted -- CCN respectfully request that the Court afford the Motion to Stay expedited consideration. ***As noted in the Motion to Stay, effective relief under that Motion will be impossible if, while the Motion awaits resolution, Plaintiff is allowed to accomplish that which the Motion seeks to preclude.***

5.      <u>Consultation</u> -- Counsel for CCN has consulted with Plaintiff's counsel regarding the issue raised herein, but no agreement was reached.  Specifically, Plaintiff's counsel was asked if he would forego merits discovery until the Court rules on CCN's Motion to Stay, instead

---

[1] This request and the underlying motion pertain solely to the above-styled litigation, though some (but not all) issues addressed in the underlying motion are similar to issues in certain of the other consolidated cases.

of serving discovery and setting depositions before the Court can rule on the Motion. Plaintiff's counsel refused to agree to this.

## MEMORANDUM OF LAW

This Motion is submitted to the sound discretion of the District Court, to be exercised in accordance with Rule 1 of the Federal Rules of Civil Procedure. Timely direction from the Court is necessary in order to regulate the parties' pretrial efforts and ensure that the procedural mechanisms of the Federal Rules are not used to inappropriately prejudice the parties' legitimate rights and expectations.

Respectfully submitted,

MCGUIRE WOODS LLP

By: _____
William W. Deem
Florida Bar No. 0512834
3300 Bank of America Center
50 North Laura Street
Jacksonville, FL 32202
Telephone: (904) 798-3200
Facsimile: (904) 798-3207

wdeem@mcguirewoods.com

ATTORNEYS FOR THIRD-PARTY
DEFENDANT CCN MANAGED CARE, INC.

3

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been furnished by facsimile (to Plaintiff's counsel with his consent pursuant to Rule 5(b)(2)(D)) and U.S. Mail (to all other parties) on this _2 5_ day of October, 2001, to all counsel listed on the attached service list.

_____
Attorney

\\COM\86292.1

4

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/18/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Eric Lee, Esq.
lee@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
350 East Las Olas Boulevard,
Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 (Facsimile)

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 (Facsimile)

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphilips@gpandg.com
Attorneys at Law
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 (Facsimile)

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 (Facsimile)

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 (Facsimile)

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 (Facsimile)

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995
(941) 435-1269 (Facsimile)

Counsel for:
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, FL 32802-1873
(407) 872-7300
(407) 841-2133 (Facsimile)

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 (Facsimile)

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, FL 33131-4336
(305) 539-2495
(305) 536-1116 (Facsimile)

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, FL 33131
(305) 373-4900
(305) 373-6914 (Facsimile)

**Counsel for CCN**

MCGUIRE WOODS LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Jr., Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 (Facsimile)

**Counsel for Nationwide**

FOWLER, WHITE
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 (Facsimile)

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 (Facsimile)

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 (Facsimile)

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL  33131
(305) 374-5600
(305) 374-5095 (Facsimile)

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL  33131
(305) 374-5600
(305) 374-5095 (Facsimile)

**Counsel for Metropolitan**

SONNENSCHEIN, NATH &
ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL  60606
(312) 876-8000
(312) 876-7934 (Facsimile)

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL  60603-3441
(312) 782-0600
(312) 701-7711 (Facsimile)

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL  33607
(813) 281-1900
(813) 281-0900 (Facsimile)

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lola M. Swaby, Esq.
lswaby@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL  32308
(850) 894-4111
(850) 894-4999 (Facsimile)

SHEA & GARDNER
John D. Aldock, Esq.
jaldock@sheagardner.com
Jeffrey M. Klein, Esq.
jklein@sheagardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Avenue, N.W.
Washington, DC 20036
(202) 828-2000
(202) 828-2195 (Facsimile)

**Counsel for American International**

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Blvd., 2nd Floor
Holly wood, FL  33021
(954) 961-1400
(954) 967-8577 (Facsimile)

\\COM\74107.1