UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW
(Consolidated Case)

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,
v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

SALVATORE D. LARUSSO, D.C.
d/b/a FAMILY CHIROPRACTIC          CASE NO. 01-8111-CIV-FERGUSON
CENTER, on behalf of himself
and all others similarly situated,

    Plaintiff,
vs.

FLORIDA FARM BUREAU CASUALTY
INSURANCE COMPANY,

    Defendant.
_____/



**PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION
TO FLORIDA FARM BUREAU CASUALTY INSURANCE
COMPANY'S MOTION TO STAY DISCOVERY**

    Plaintiff SALVATORE D. LARUSSO, D.C. d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of himself and all others similarly situated ("LARUSSO"), by his undersigned counsel, hereby submits his Memorandum of Law in Opposition to Defendant FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY's ("FLORIDA FARM BUREAU") Motion to Stay

7090-00100 336472.1


ATLAS PEARLMAN
ATTORNEYS AT LAW

CASE NO. 00-6061-CIV-FERGUSON/SNOW

Discovery Pending Ruling on its Motion to Compel Arbitration ("Motion to Stay"). For all the reasons set forth herein, LARUSSO respectfully submits that FLORIDA FARM BUREAU's Motion to Stay should be denied in all respects.

## INTRODUCTION

This action is one of 15 pending class actions consolidated for discovery purposes by this Court. LARUSSO filed his Complaint against FLORIDA FARM BUREAU in January, 2001. FLORIDA FARM BUREAU subsequently filed a 26 page Motion to Dismiss LARUSSO's Complaint. FLORIDA FARM BUREAU also opposed LARUSSO's Motion to Consolidate. On May 11, 2001, for the first time, FLORIDA FARM BUREAU filed its Motion to Compel Arbitration and to Dismiss or Stay Proceedings Pending Arbitration ("Motion to Compel Arbitration"). At a Status Conference on May 14, 2001, this Court ruled that it was denying the pending Motions to Dismiss, that all discovery stays would be lifted, and that the pending class actions would be consolidated for discovery purposes.

On September 28, 2001, this Court entered an Omnibus Order ("Omnibus Order") which denied certain pending Motions to Dismiss, lifted all discovery stays, and consolidated the 15 pending class actions. On October 2, 2001, LARUSSO served FLORIDA FARM BUREAU with a Request for Admissions, Request for Production of Documents, and Interrogatories. On October 15, 2001, FLORIDA FARM BUREAU filed its Motion to Stay.

## ARGUMENT

Despite the fact that the Complaint against FLORIDA FARM BUREAU was filed in January and this Court ruled in May that the pending Motions to Dismiss would be denied, that these actions

CASE NO. 00-6061-CIV-FERGUSON/SNOW

have been consolidated, and that all discovery stays are lifted, FLORIDA FARM BUREAU now seeks to stay discovery. This Court's Omnibus Order, entered well after FLORIDA FARM BUREAU filed its Motion to Compel Arbitration, specifically lifts all discovery stays. At the May 14, 2001 Status Conference, FLORIDA FARM BUREAU advised this Court that it had filed a Motion to Compel Arbitration. Notwithstanding the foregoing, this Court lifted all discovery stays.

There is no reason for this Court to reconsider its Omnibus Order which lifted all discovery stays. FLORIDA FARM BUREAU's Motion to Dismiss seeks to dismiss the same claims which this Court has already determined state valid causes of action against other insurance company defendants. In addition, as further set forth in LARUSSO's Memorandum of Law in Opposition to FLORIDA FARM BUREAU's Motion to Compel Arbitration, FLORIDA FARM BUREAU's Motion to Compel Arbitration should be summarily denied. The arguments asserted by FLORIDA FARM BUREAU, in their effort to compel arbitration, have been rejected by the Florida Supreme Court. Thus, FLORIDA FARM BUREAU's Motion to Compel Arbitration and Motion to Stay Discovery are clearly designed to delay these proceedings.

These consolidated proceedings are scheduled for trial in June, 2002 and the discovery cutoff is April 1, 2002. It is clear, from the numerous filings by the Defendants since entry of the Omnibus Order, that the Defendants are doing everything possible to avoid discovery and to delay these proceedings so that the June, 2002 trial will have to be postponed. Since this Court orally ruled in May that all discovery stays were lifted, the Class Plaintiffs have been attempting to conduct and coordinate discovery. The Defendants have refused to take part in discovery; claiming that until such time as a written Order was entered, the discovery stays were still in effect. Now that this Court has

CASE NO. 00-6061-CIV-FERGUSON/SNOW

entered a written Order lifting the discovery stays, the Defendants are now filing various Motions designed to delay the discovery process.[1]

LARUSSO has no objection to expedited consideration of FLORIDA FARM BUREAU's Motion to Compel Arbitration. Since the claims asserted against FLORIDA FARM BUREAU are not subject to arbitration, an expedited determination denying FLORIDA FARM BUREAU's Motion to Compel Arbitration and denying FLORIDA FARM BUREAU's Motion to Stay would permit this case to proceed forward on the schedule set forth by this Court.

## CONCLUSION

For all the reasons set forth herein, Plaintiff SALVATORE D. LARUSSO, D.C., on behalf of himself and all others similarly situated, respectfully requests that this Court enter an Order denying Defendant FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY's Motion to Stay Discovery Pending Ruling on Its Motion to Compel Arbitration, together with such other and further relief as this Court may deem just and proper.

---

[1] In addition, despite this Court's ruling that all discovery stays are lifted, most Defendants have refused to cooperate in scheduling depositions.

7090-00100 336472.1                                4


ATLAS PEARLMAN

CASE NO. 00-6061-CIV-FERGUSON/SNOW

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Plaintiff
SALVATORE D. LARUSSO, D.C.
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
JAN DOUGLAS ATLAS
Florida Bar No. 226246

By: _____
ERIC LEE
Florida Bar No. 961299

By: _____
ROBIN CORWIN CAMPBELL
Florida Bar No. 327931

**Co-Counsel for Plaintiff**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

7090-00100 336472.1

5

ATLAS PEARLMAN

CASE NO. 00-6061-CIV-FERGUSON/SNOW

KOPELMAN & BLANKMAN, P.A
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 29th day of October, 2001 upon: all individuals on the attached service list.

_____
ERIC LEE

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/26/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

7090-00100 318823.1

ATLAS PEARLMAN

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

7090-00100 318823.1


ATLAS PEARLMAN