IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 01-6782-Civ-FERGUSON
**CASE NO. 00-6061-CIV-FERGUSON/SNOW (Consolidated)**
**Referred to Magistrate Judge Snow**

THE CHIROPRACTIC CENTRE, INC.,
On behalf of itself and all others
similarly situated,

    Plaintiff,

v.

SUPERIOR INSURANCE COMPANY,

    Defendant.
_____/

### ORDER ON SUPERIOR'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SERVE RESPONSE TO COMPLAINT

THIS MATTER came before the Court on the Unopposed Motion for Enlargement of Time filed by the Defendant, Superior Insurance Company ("Superior"). The Court, having reviewed the Motion, being advised of the parties' agreement to the relief sought herein, and being otherwise fully advised, it is hereby

ORDERED and ADJUDGED as follows:

1. Superior's Unopposed Motion for Enlargement of Time to Respond to the Complaint is hereby GRANTED.

2. Superior shall have an extension of time until October 29, 2001, within which to serve its response to Plaintiff's Class Action Complaint.

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida this 31st day of October, 2001.

                              LURANA S. SNOW
                              UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All parties on the attached service list

MASTER SERVICE LIST: 00-6061-Civ-FERGUSON/Snow consolidated cases

**PLAINTIFFS:**
Jan Douglas Atlas, Esq., Eric Lee, Esq., Robin Corwin, Esq.
(Atlas Perlman, P.A.)

Arthur S. Gold. Esq. (Gold & Coulson)

Andrew Garcia, Esq., Carlin Phillips, Esq. (Phillips & Garcia)

Larry Kopelman, Esq., Douglas Blankman, Esq. (Kopelman & Blankman)

Susan Lawson, Esq.

Richard Bokor, Esq.

Casey Fundaro, Esq.

**ALLSTATE, FIDELITY AND CASUALTY, CONTINENTAL and DEERBROOK**

David B. Shelton, Esq. (Rumberger, Kirk & Caldwell)
Peter J. Valetta, Esq. (Ross & Hardies)

**BEECH STREET and ADP**   John Quaranta, Esq. (Tew, Cardenas)

**PROGRESSIVE**   Francis Anania, Esq., Donald Blackwell, Esq.
(Anania, Bandklayer)

**CCN**   William Deem. Esq., William Adams, Esq. (McGuire Woods LLP)

**NATIONWIDE**   Katherine Lake, Esq. (Fowler White)
James Haggerty, Esq.   (Swartz, Campbell Detweiler)

**FLORIDA FARM BUREAU**   Robert Levenson, Esq. (Holland & Knight)

**LIBERTY MUTUAL**   Mark Shapiro. Esq. (Akerman, Senterfitt)

**HARTFORD, METROPOLITAN, INTEGON**   Marcy Aldrich, Esq.
(Akerman, Senterfitt)

**PRUDENTIAL**   Kathy Maus, Esq., Lola Swaby, Esq.
(Butler Burnett Pappas)

**SUPERIOR**   Alan Nisberg, Esq. (Butler Burnett Pappas)

**AMERICAN INTERNATIONAL**   Dale Friedman, Esq.; Brian Knight, Esq.
(Conroy, Simberg, Gannon Krevans $ Abel)

2