UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW
(Consolidated Case)

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

FILED by _____ D.C.

OCT 31 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**AGREED ORDER ON PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
TO SERVE MEMORANDUM OF LAW IN OPPOSITION TO
THIRD-PARTY DEFENDANT CCN'S MOTION TO COMPEL ARBITRATION**

    THIS CAUSE having come before this Court on Plaintiff DR. PAUL ZIDEL's Motion for Enlargement of Time to Serve Memorandum of Law In Opposition to Third-Party Defendant CCN's Motion to Compel Arbitration and upon agreement of the parties it is thereupon

    ORDERED AND ADJUDGED that Plaintiff's Motion be and the same is hereby granted. Plaintiff shall serve his Memorandum of Law in Opposition to Third-Party Defendant CCN's Motion to Compel Arbitration on or before October 26, 2001.

    DONE AND ORDERED in the Southern District of Florida on October 31, 2001.

                                                    _____
                                                    LURANA SNOW
                                                    UNITED STATES MAGISTRATE JUDGE

See Attached Service List



MASTER SERVICE LIST: 00-6061-Civ-FERGUSON/Snow consolidated cases

**PLAINTIFFS:**
Jan Douglas Atlas, Esq., Eric Lee, Esq., Robin Corwin, Esq.
(Atlas Perlman, P.A.)

Arthur S. Gold. Esq. (Gold & Coulson)

Andrew Garcia, Esq., Carlin Phillips, Esq. (Phillips & Garcia)

Larry Kopelman, Esq., Douglas Blankman, Esq. (Kopelman & Blankman)

Susan Lawson, Esq.

Richard Bokor, Esq.

Casey Fundaro, Esq.

**ALLSTATE, FIDELITY AND CASUALTY, CONTINENTAL and DEERBROOK**

David B. Shelton, Esq. (Rumberger, Kirk & Caldwell)
Peter J. Valetta, Esq. (Ross & Hardies)

**BEECH STREET and ADP**   John Quaranta, Esq. (Tew, Cardenas)

**PROGRESSIVE**   Francis Anania, Esq., Donald Blackwell, Esq.
(Anania, Bandklayer)

**CCN**   William Deem. Esq., William Adams, Esq. (McGuire Woods LLP)

**NATIONWIDE**   Katherine Lake, Esq. (Fowler White)
James Haggerty, Esq.  (Swartz, Campbell Detweiler)

**FLORIDA FARM BUREAU**   Robert Levenson, Esq. (Holland & Knight)

**LIBERTY MUTUAL**   Mark Shapiro. Esq. (Akerman, Senterfitt)

**HARTFORD, METROPOLITAN, INTEGON**   Marcy Aldrich, Esq.
(Akerman, Senterfitt)

**PRUDENTIAL** Kathy Maus, Esq., Lola Swaby, Esq.
(Butler Burnett Pappas)

**SUPERIOR**   Alan Nisberg, Esq. (Butler Burnett Pappas)

**AMERICAN INTERNATIONAL**   Dale Friedman, Esq.; Brian Knight, Esq.
(Conroy, Simberg, Gannon Krevans $ Abel)

2