UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

(Consolidated Class Action)

CASE NO. 00-6061-CIV-FERGUSON/SNOW



DR. PAUL ZIDEL, on behalf of himself
and all others similarly situated,

    Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,
et al.,

    Defendants                    /

KEITH BRICKELL, D.C., individually and
on behalf of all others similarly situated,

    Plaintiffs,

vs.

PROGRESSIVE EXPRESS INSURANCE,
et al.,

    Defendants.                   /

MARC J. BROWNER, D.C., individually
and on behalf of all other similarly situated,

    Plaintiffs,

vs.

ALLSTATE INDEMNITY COMPANY,
et al.,

    Defendants.                   /

**ORDER ON BEECH STREET AND ADP'S AGREED MOTION FOR ENLARGEMENT
OF TIME TO FILE ANSWER AND AFFIRMATIVE DEFENSES**

THIS CAUSE came before the Court on Defendants Beech Street Corporation and ADP



Integrated Medical Solutions, Inc.'s Agreed Motion for Enlargement of Time to File Answer and Affirmative Defenses. The Court has reviewed the request and is otherwise duly advised in the premises. Upon due consideration, it is hereby

ORDERED and ADJUDGED that:

1. Defendants' Agreed Motion for Enlargement of Time to File Answer and Affirmative Defenses is granted. Defendants Beech Street and ADP shall file their Answer and Affirmative Defenses on or before October 22, 2001.

DONE and ORDERED in Miami, Florida, this 31st day of October, 2001.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Conformed copies to:
All counsel on attached service list

MASTER SERVICE LIST: 00-6061-Civ-FERGUSON/Snow consolidated cases

**PLAINTIFFS:**
Jan Douglas Atlas, Esq., Eric Lee, Esq., Robin Corwin, Esq.
(Atlas Perlman, P.A.)

Arthur S. Gold. Esq. (Gold & Coulson)

Andrew Garcia, Esq., Carlin Phillips, Esq. (Phillips & Garcia)

Larry Kopelman,Esq., Douglas Blankman, Esq. (Kopelman & Blankman)

Susan Lawson, Esq.

Richard Bokor, Esq.

Casey Fundaro, Esq.

**ALLSTATE, FIDELITY AND CASUALTY, CONTINENTAL and DEERBROOK**

David B. Shelton, Esq. (Rumberger, Kirk & Caldwell)
Peter J. Valetta, Esq. (Ross & Hardies)

**BEECH STREET and ADP**   John Quaranta, Esq. (Tew, Cardenas)

**PROGRESSIVE**   Francis Anania, Esq., Donald Blackwell, Esq.
(Anania, Bandklayer)

**CCN**   William Deem. Esq., William Adams, Esq. (McGuire Woods LLP)

**NATIONWIDE**   Katherine Lake, Esq. (Fowler White)
James Haggerty, Esq. (Swartz, Campbell Detweiler)

**FLORIDA FARM BUREAU**   Robert Levenson, Esq. (Holland & Knight)

**LIBERTY MUTUAL**   Mark Shapiro. Esq. (Akerman, Senterfitt)

**HARTFORD, METROPOLITAN, INTEGON**   Marcy Aldrich, Esq.
(Akerman, Senterfitt)

**PRUDENTIAL**   Kathy Maus,Esq., Lola Swaby, Esq.
(Butler Burnett Pappas)

**SUPERIOR**   Alan Nisberg, Esq. (Butler Burnett Pappas)

**AMERICAN INTERNATIONAL**   Dale Friedman, Esq.; Brian Knight, Esq.
(Conroy, Simberg, Gannon Krevans $ Abel)