UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 00-CIV-6061-FERGUSON/SNOW (Consolidated)
Referred to Magistrate Judge Snow

DR. PAUL ZIDEL, and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

    Defendants.

FILED by _____ D.C.
OCT 31 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ORDER GRANTING ALLSTATE AND OTHER DEFENDANTS' AGREED
MOTION TO EXTEND TIME FOR FILING RESPONSES TO
PENDING MOTIONS FOR CLASS CERTIFICATION

This matter came on for consideration on the motion of Defendants, Allstate Insurance Company (Case No. 00-6061-CIV-FERGUSON) and Allstate Indemnity Company (Case No. 00-7163-CIV-FERGUSON), Deerbrook Insurance Company (Case No. 01-6777-CIV-FERGUSON), Fidelity and Casualty Company of New York (Case No. 01-6779-CIV-FERGUSON) and Continental Insurance Company (Case No. 01-6779-CIV-FERGUSON) (all collectively referred to as the "Movants"), to defer briefing on pending Motions for class certification.

Upon consideration of the matter, it is hereby ORDERED and ADJUDGED that Movants' Motion is GRANTED. Such briefing shall be deferred through and until October 15, 2001. Thereafter, either the parties will submit to the Court a joint stipulation for extension to an



agreed-upon date, or in the event the parties cannot agree, individual Movants will file Motions for the extension periods they request.

DONE and ORDERED in chambers in Ft. Lauderdale, Florida, this 31st day of October, 2001.

                                                                     Honorable Lurana S. Snow
                                                                     United States Magistrate Judge

See Attached Service List

MASTER SERVICE LIST: 00-6061-Civ-FERGUSON/Snow consolidated cases

**PLAINTIFFS:**

Jan Douglas Atlas, Esq., Eric Lee, Esq., Robin Corwin, Esq.
(Atlas Perlman, P.A.)

Arthur S. Gold. Esq. (Gold & Coulson)

Andrew Garcia, Esq., Carlin Phillips, Esq. (Phillips & Garcia)

Larry Kopelman, Esq., Douglas Blankman, Esq. (Kopelman & Blankman)

Susan Lawson, Esq.

Richard Bokor, Esq.

Casey Fundaro, Esq.

**ALLSTATE, FIDELITY AND CASUALTY, CONTINENTAL and DEERBROOK**

David B. Shelton, Esq. (Rumberger, Kirk & Caldwell)
Peter J. Valetta, Esq. (Ross & Hardies)

**BEECH STREET and ADP**  John Quaranta, Esq. (Tew, Cardenas)

**PROGRESSIVE**    Francis Anania, Esq.,  Donald Blackwell, Esq.
          (Anania, Bandklayer)

**CCN**  William Deem. Esq., William Adams, Esq. (McGuire Woods LLP)

**NATIONWIDE**   Katherine Lake, Esq. (Fowler White)
         James Haggerty, Esq.  (Swartz, Campbell Detweiler)

**FLORIDA FARM BUREAU**  Robert Levenson, Esq. (Holland & Knight)

**LIBERTY MUTUAL**   Mark Shapiro. Esq. (Akerman, Senterfitt)

**HARTFORD, METROPOLITAN, INTEGON**  Marcy Aldrich, Esq.
                    (Akerman, Senterfitt)

**PRUDENTIAL** Kathy Maus, Esq., Lola Swaby, Esq.
      (Butler Burnett Pappas)

**SUPERIOR**  Alan Nisberg, Esq. (Butler Burnett Pappas)

**AMERICAN INTERNATIONAL**   Dale Friedman, Esq.; Brian Knight, Esq.
              (Conroy, Simberg, Gannon Krevans $ Abel)