UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

Consolidated   Case No. 00-6649-Civ-FERGUSON
Case No. 00-6061-CIV-FERGUSON

MAGISTRATE JUDGE SNOW

KEITH BRICKELL, D.C., individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.

PROGRESSIVE EXPRESS INSURANCE
COMPANY, PROGRESSIVE CONSUMERS
INSURANCE COMPANY, PROGRESSIVE
BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION, and ADP
INTEGRATED MEDICAL SOLUTIONS,
INC.,

    Defendants.



FILED by ___ D.C.
NOV 0 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

### ORDER ON PROGRESSIVE DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER COMPLAINT

THIS MATTER came before the Court on the Unopposed Motion for Enlargement of Time filed hereby the Defendants, PROGRESSIVE EXPRESS INSURANCE COMPANY, PROGRESSIVE CONSUMERS INSURANCE COMPANY, and PROGRESSIVE BAYSIDE INSURANCE COMPANY (collectively "PROGRESSIVE Defendants"). The Court, having reviewed the Motion, been advised of the parties' agreement to the relief sought herein, and being otherwise fully advised, it is hereby

ORDERED and ADJUDGED as follows:

1.    The PROGRESSIVE Defendants' Unopposed Motion for Enlargement of Time to Answer Complaint is hereby GRANTED.



Case No. 00-006061-CIV FERGUSON

2. The PROGRESSIVE Defendants' shall have an extension of time until November 1, 2001, within which to file and serve their answer to Plaintiff's Class Action Complaint.

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida this 1st day of November, 2001.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All parties on the attached service list

MASTER SERVICE LIST: 00-6061-Civ-FERGUSON/Snow consolidated cases

**PLAINTIFFS:**
Jan Douglas Atlas, Esq., Eric Lee, Esq., Robin Corwin, Esq.
(Atlas Perlman, P.A.)

Arthur S. Gold. Esq. (Gold & Coulson)

Andrew Garcia, Esq., Carlin Phillips, Esq. (Phillips & Garcia)

Larry Kopelman, Esq., Douglas Blankman, Esq. (Kopelman & Blankman)

Susan Lawson, Esq.

Richard Bokor, Esq.

Casey Fundaro, Esq.

**ALLSTATE, FIDELITY AND CASUALTY, CONTINENTAL and DEERBROOK**

David B. Shelton, Esq. (Rumberger, Kirk & Caldwell)
Peter J. Valetta, Esq. (Ross & Hardies)

**BEECH STREET and ADP**   John Quaranta, Esq. (Tew, Cardenas)

**PROGRESSIVE**   Francis Anania, Esq., Donald Blackwell, Esq.
(Anania, Bandklayer)

**CCN**   William Deem. Esq., William Adams, Esq. (McGuire Woods LLP)

**NATIONWIDE**   Katherine Lake, Esq. (Fowler White)
James Haggerty, Esq. (Swartz, Campbell Detweiler)

**FLORIDA FARM BUREAU**   Robert Levenson, Esq. (Holland & Knight)

**LIBERTY MUTUAL**   Mark Shapiro. Esq. (Akerman, Senterfitt)

**HARTFORD, METROPOLITAN, INTEGON**   Marcy Aldrich, Esq.
(Akerman, Senterfitt)

**PRUDENTIAL**   Kathy Maus, Esq., Lola Swaby, Esq.
(Butler Burnett Pappas)

**SUPERIOR**   Alan Nisberg, Esq. (Butler Burnett Pappas)

**AMERICAN INTERNATIONAL**   Dale Friedman, Esq.; Brian Knight, Esq.
(Conroy, Simberg, Gannon Krevans $ Abel)