UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 01-6776-Civ-FERGUSON
Consolidated Case No. 00-6061-CIV-FERGUSON
MAGISTRATE JUDGE SNOW

ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated,

    Plaintiff,

vs.

PROGRESSIVE AMERICAN INSURANCE COMPANY,

    Defendant.
_____/

ORDER ON PROGRESSIVE'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER COMPLAINT



THIS MATTER came before the Court on the Unopposed Motion for Enlargement of Time filed hereby the Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, ("PROGRESSIVE"). The Court, having reviewed the Motion, been advised of the parties' agreement to the relief sought herein, and being otherwise fully advised, it is hereby

ORDERED and ADJUDGED as follows:

1.    PROGRESSIVE's Unopposed Motion for Enlargement of Time to Answer Complaint is hereby GRANTED.

2.    PROGRESSIVE shall have an extension of time until November 1, 2001, within which to file and serve its answer to Plaintiff's Class Action Complaint.

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida this _1st_ day of _November_, 2001.

                                                _____
                                                LURANA S. SNOW
                                                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All parties on the attached service list



MASTER SERVICE LIST: 00-6061-Civ-FERGUSON/Snow consolidated cases

**PLAINTIFFS:**
Jan Douglas Atlas, Esq., Eric Lee, Esq., Robin Corwin, Esq. (Atlas Perlman, P.A.)

Arthur S. Gold. Esq. (Gold & Coulson)

Andrew Garcia, Esq., Carlin Phillips, Esq. (Phillips & Garcia)

Larry Kopelman, Esq., Douglas Blankman, Esq. (Kopelman & Blankman)

Susan Lawson, Esq.

Richard Bokor, Esq.

Casey Fundaro, Esq.

**ALLSTATE, FIDELITY AND CASUALTY, CONTINENTAL and DEERBROOK**

David B. Shelton, Esq. (Rumberger, Kirk & Caldwell)
Peter J. Valetta, Esq. (Ross & Hardies)

**BEECH STREET and ADP**  John Quaranta, Esq. (Tew, Cardenas)

**PROGRESSIVE**    Francis Anania, Esq., Donald Blackwell, Esq. (Anania, Bandklayer)

**CCN**  William Deem. Esq., William Adams, Esq. (McGuire Woods LLP)

**NATIONWIDE**   Katherine Lake, Esq. (Fowler White)
        James Haggerty, Esq.  (Swartz, Campbell Detweiler)

**FLORIDA FARM BUREAU**  Robert Levenson, Esq. (Holland & Knight)

**LIBERTY MUTUAL**   Mark Shapiro. Esq. (Akerman, Senterfitt)

**HARTFORD, METROPOLITAN, INTEGON**  Marcy Aldrich, Esq.
                (Akerman, Senterfitt)

**PRUDENTIAL** Kathy Maus, Esq., Lola Swaby, Esq.
        (Butler Burnett Pappas)

**SUPERIOR**   Alan Nisberg, Esq. (Butler Burnett Pappas)

**AMERICAN INTERNATIONAL**   Dale Friedman, Esq.; Brian Knight, Esq.
                (Conroy, Simberg, Gannon Krevans $ Abel)