UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-7692-FERGUSON
Consolidated Case No. 00-6061-Civ-FERGUSON

SALVATORE D. LARUSSO, D.C., d/b/a
FAMILY CHIROPRACTIC CENTER, on
behalf of himself and all others similarly
situated,

   Plaintiff,

v.

LIBERTY MUTUAL INSURANCE
COMPANY and COMMUNITY CARE
NETWORK, INC.,

   Defendants.

FILED by ___ D.C.
NOV 01 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER ON DEFENDANT LIBERTY MUTUAL'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER COMPLAINT

THIS CAUSE came before the Court on Defendant Liberty Mutual's Second Unopposed Motion for Enlargement of Time to Answer Complaint ("Motion").

THE COURT has considered the above-referenced Motion and the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that Liberty Mutual's Motion is GRANTED. Accordingly, Liberty Mutual shall serve its answer to Plaintiff's Complaint no later than November 1, 2001.

DONE AND ORDERED in Chambers at the United States District Courthouse in Ft. Lauderdale, Florida, this 1st day of November, 2001

            _____
            LURANA S. SNOW
copies provided:         UNITED STATES MAGISTRATE JUDGE
See Attached Service List

MASTER SERVICE LIST: 00-6061-Civ-FERGUSON/Snow consolidated cases

**PLAINTIFFS:**
Jan Douglas Atlas, Esq., Eric Lee, Esq., Robin Corwin, Esq.
(Atlas Perlman, P.A.)

Arthur S. Gold. Esq. (Gold & Coulson)

Andrew Garcia, Esq., Carlin Phillips, Esq. (Phillips & Garcia)

Larry Kopelman, Esq., Douglas Blankman, Esq. (Kopelman & Blankman)

Susan Lawson, Esq.

Richard Bokor, Esq.

Casey Fundaro, Esq.

**ALLSTATE, FIDELITY AND CASUALTY, CONTINENTAL and DEERBROOK**

David B. Shelton, Esq. (Rumberger, Kirk & Caldwell)
Peter J. Valetta, Esq. (Ross & Hardies)

**BEECH STREET and ADP**   John Quaranta, Esq. (Tew, Cardenas)

**PROGRESSIVE**   Francis Anania, Esq., Donald Blackwell, Esq.
(Anania, Bandklayer)

CCN   William Deem. Esq., William Adams, Esq. (McGuire Woods LLP)

**NATIONWIDE**   Katherine Lake, Esq. (Fowler White)
James Haggerty, Esq.   (Swartz, Campbell Detweiler)

**FLORIDA FARM BUREAU**   Robert Levenson, Esq. (Holland & Knight)

**LIBERTY MUTUAL**   Mark Shapiro. Esq. (Akerman, Senterfitt)

**HARTFORD, METROPOLITAN, INTEGON**   Marcy Aldrich, Esq.
(Akerman, Senterfitt)

**PRUDENTIAL** Kathy Maus, Esq., Lola Swaby, Esq.
(Butler Burnett Pappas)

**SUPERIOR**   Alan Nisberg, Esq. (Butler Burnett Pappas)

**AMERICAN INTERNATIONAL**   Dale Friedman, Esq.; Brian Knight, Esq.
(Conroy, Simberg, Gannon Krevans $ Abel)