UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW
(Consolidated Case)

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

      Defendants.
_____/

KEITH BRICKELL, D.C., individually and
on behalf of all others similarly situated,

      Plaintiffs.

v.

PROGRESSIVE EXPRESS INSURANCE
COMPANY, PROGRESSIVE CONSUMERS
INSURANCE COMPANY, PROGRESSIVE
BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL
SOLUTIONS. INC.,

      Defendants.
_____/

FILED by _____ D.C.

NOV 0 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NO. 00-6649-CIV-FERGUSON

**AGREED ORDER GRANTING PLAINTIFF'S SECOND UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO SERVE RESPONSE TO NON-PARTY CORVEL
CORPORATION'S MOTION TO QUASH, MOTION FOR PROTECTIVE ORDER AND
OBJECTIONS OF NON-PARTY CORVEL CORPORATION TO PLAINTIFF'S RULE
45 SUBPOENA FOR INSPECTION AND PRODUCTION OF
DOCUMENTS AND MEMORANDUM OF LAW**

7090-00100 336067.1

CASE NO. 00-6061-CIV-FERGUSON/SNOW

THIS CAUSE having come before this Court on Plaintiff DR. PAUL ZIDEL's Motion for

Enlargement of Time to Serve his Response to Non-Party Corvel Corporation's Motion to Quash and

upon agreement of the parties it is thereupon

ORDERED AND ADJUDGED that Plaintiff's Motion be and the same is hereby granted.

Plaintiff shall serve his response to Non-Party Corvel Corporation's Motion to Quash on or before

November 5, 2001.

DONE AND ORDERED in the Southern District of Florida on _November 1___, 2001.

LURANA SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Attached Service List

7090-00100 336067.1

2

MASTER SERVICE LIST: 00-6061-Civ-FERGUSON/Snow consolidated cases

**PLAINTIFFS:**
Jan Douglas Atlas, Esq., Eric Lee, Esq., Robin Corwin, Esq.
(Atlas Perlman, P.A.)

Arthur S. Gold. Esq. (Gold & Coulson)

Andrew Garcia, Esq., Carlin Phillips, Esq. (Phillips & Garcia)

Larry Kopelman,Esq., Douglas Blankman, Esq. (Kopelman & Blankman)

Susan Lawson, Esq.

Richard Bokor, Esq.

Casey Fundaro, Esq.

**ALLSTATE, FIDELITY AND CASUALTY, CONTINENTAL and DEERBROOK**

David B. Shelton, Esq. (Rumberger, Kirk & Caldwell)
Peter J. Valetta, Esq. (Ross & Hardies)

**BEECH STREET and ADP**  John Quaranta, Esq. (Tew, Cardenas)

**PROGRESSIVE**    Francis Anania, Esq.,  Donald Blackwell, Esq.
(Anania, Bandklayer)

**CCN**  William Deem. Esq., William Adams, Esq. (McGuire Woods LLP)

**NATIONWIDE**  Katherine Lake, Esq. (Fowler White)
James Haggerty, Esq.  (Swartz, Campbell Detweiler)

**FLORIDA FARM BUREAU**  Robert Levenson, Esq. (Holland & Knight)

**LIBERTY MUTUAL**  Mark Shapiro. Esq. (Akerman, Senterfitt)

**HARTFORD, METROPOLITAN, INTEGON**  Marcy Aldrich, Esq.
(Akerman, Senterfitt)

**PRUDENTIAL** Kathy Maus,Esq., Lola Swaby, Esq.
(Butler Burnett Pappas)

**SUPERIOR**  Alan Nisberg, Esq. (Butler Burnett Pappas)

**AMERICAN INTERNATIONAL**  Dale Friedman, Esq.; Brian Knight, Esq.
(Conroy, Simberg, Gannon Krevans $ Abel)

3