UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-FERGUSON/SNOW

NIGHT BOX
FILED

NOV - 1 2001

CLARENCE ·A··) X
CLERK, USDC/SDF ·;·.

SALVATORE D. LARUSSO, D.C., d/b/a
FAMILY CHIROPRACTIC CENTER, on
behalf of himself and all others similarly
situated,

        Plaintiff,

v.

LIBERTY MUTUAL INSURANCE
COMPANY and COMMUNITY CARE
NETWORK, INC.,

        Defendants.

_____/

## LIBERTY MUTUAL'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant Liberty Mutual Insurance Company ("Liberty Mutual"), by and through its undersigned counsel, hereby responds to the correspondingly numbered paragraphs of Plaintiff's Complaint, asserts its affirmative defenses, and states as follows:

### THE PARTIES

1.      Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 1 of the Complaint and therefore denies same.

2.      Liberty Mutual admits the allegations contained in paragraph 2 of the Complaint.

3.      Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint and therefore denies same.

MI711753;1

## JURISDICTION AND VENUE

4.      With respect to the allegations contained in paragraph 4 of the Complaint, Liberty Mutual admits that this action is between citizens of different states.  Liberty Mutual denies that Plaintiff's purported claim exceeds $75,000.00 exclusive of interest and costs.  Liberty Mutual is without sufficient knowledge to form a belief as to the truth as to whether the purported claims of the purported class members in aggregate exceed $75,000.00 exclusive of interest and costs and therefore denies same.  The allegation concerning whether this Court has subject matter jurisdiction is a legal conclusion and thus requires no response.

5.      With respect to the allegations contained in paragraph 5 of the Complaint, Liberty Mutual admits that this action purports to arise under the laws of the United States, specifically 18 U.S.C. § 1961 et seq. (the "RICO Act"). The allegation concerning whether this Court has subject matter jurisdiction is a legal conclusion and thus requires no response.

6.      With respect to the allegations contained in paragraph 6 of the Complaint, Liberty Mutual admits that it is subject to personal jurisdiction in this District.  Liberty Mutual denies that a substantial part of the events or omissions giving rise to the claims occurred in this District.  The allegation concerning whether venue is proper in this Judicial District is a legal conclusion and thus requires no response.

## BACKGROUND

7.      With respect to the allegations contained in paragraph 7 of the Complaint, Liberty Mutual states that the Policy speaks for itself.

8.      With respect to the allegations contained in paragraph 8 of the Complaint, Liberty Mutual states that the Policy speaks for itself.

MI711753;1

2

9.      With respect to the allegations contained in paragraph 9 of the Complaint, Liberty Mutual states that the Policy speaks for itself.

10.     With respect to the allegations contained in paragraph 10 of the Complaint, Liberty Mutual states that the Policy speaks for itself.

11.     With respect to the allegations contained in paragraph 11 of the Complaint, Liberty Mutual states that Fla. Stat. § 627.736 speaks for itself.

12.     With respect to the allegations contained in paragraph 12 of the Complaint, Liberty Mutual states that Fla. Stat. § 627.736 speaks for itself.

13.     With respect to the allegations contained in the first sentence of paragraph 13 of the Complaint, Liberty Mutual admits that, at certain times, Liberty Mutual offered its insureds the option of including a PPO Endorsement. With respect to the remainder of paragraph 13, the allegations constitute legal conclusions and therefore require no response.

14.     Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 14 of the Complaint and therefore denies same.

15.     Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 15 of the Complaint and therefore denies same.

16.     Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 16 of the Complaint and therefore denies same.

17.     Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint and therefore denies same.

18.     Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint and therefore denies same.

MI711753;1

19.    Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint and therefore denies same.

20.    Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 20 of the Complaint and therefore denies same.

21.    With respect to the allegations contained in the first and second sentences of paragraph 21 of the Complaint, Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the allegations and therefore denies same.  With respect to the allegations contained in the third sentence of paragraph 21 of the Complaint, Liberty Mutual admits that for certain bills submitted by Dr. Larusso for services performed on Liberty Mutual insureds, Liberty Mutual paid an amount less than the amount submitted due to, inter alia, Dr. Larusso's agreement to accept a reduced charge for his services.

22.    With respect to the allegations contained in paragraph 22 of the Complaint, Liberty Mutual states that Fla. Stat. § 627.736 speaks for itself.

23.    Liberty Mutual denies the allegations contained in paragraph 23 of the Complaint.

24.    Liberty Mutual denies the allegations contained in paragraph 24 of the Complaint.

25.    Liberty Mutual denies the allegations contained in paragraph 25 of the Complaint.

26.    Liberty Mutual denies the allegations contained in paragraph 26 of the Complaint.

27.    Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint and therefore denies same with regard to a "Silent PPO" generally.  To the extent the allegations contained in paragraph 27 pertain to Liberty Mutual specifically, Liberty Mutual denies the allegations contained in paragraph 28 of the Complaint.

28.     Liberty Mutual denies the allegations contained in paragraph 28 of the Complaint.

29.     Liberty Mutual denies the allegations contained in paragraph 29 of the Complaint.

30.     Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint and therefore denies same.

31.     Liberty Mutual denies the allegations contained in paragraph 31 of the Complaint.

32.     Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint and therefore denies same.

33.     Liberty Mutual denies the allegations contained in paragraph 33 of the Complaint.

34.     Liberty Mutual denies the allegations contained in paragraph 34 of the Complaint.

### FACTS AS TO PLAINTIFF

35.     Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 35 of the Complaint and therefore denies same.

36.     Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 36 of the Complaint and therefore denies same.

37.     Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 37 of the Complaint and therefore denies same.

38.     Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 38 of the Complaint and therefore denies same.

39.     Liberty Mutual denies the allegations contained in paragraph 39 of the Complaint.

40.     With respect to the allegations contained in paragraph 40 of the Complaint, Liberty Mutual admits that it did not have a written contract with Dr. Larusso.  Liberty Mutual denies the remaining allegations contained in paragraph 40 of the Complaint.

41.    Liberty Mutual denies the allegations contained in paragraph 41 of the Complaint.

42.    With respect to the allegations contained in paragraph 42 of the Complaint, Liberty Mutual admits that it mailed EOBs which indicated the reason for a discount taken.  Liberty Mutual further states that the EOBs speak for themselves.  Liberty Mutual denies the remaining allegations contained in paragraph 42 of the Complaint.

43.    With respect to the allegations contained in paragraph 43 of the Complaint, Liberty Mutual states that the EOBs speak for themselves.

44.    Liberty Mutual denies the allegations contained in paragraph 44 of the Complaint.

45.    With respect to the allegations contained in paragraph 45 of the Complaint, Liberty Mutual admits that it paid certain of Dr. Larusso's medical bills under the PIP portion of Liberty Mutual's Automobile Policy.  Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in paragraph 45 of the Complaint and therefore denies same.

46.    Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 46 of the Complaint and therefore denies same.

47.    Liberty Mutual denies the allegations contained in paragraph 47 of the Complaint.

48.    Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 48 of the Complaint and therefore denies same.

49.    With respect to the allegations contained in paragraph 49 of the Complaint, Liberty Mutual admits that it has received medical bills from Dr. Larusso.  Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in paragraph 49 of the Complaint and therefore denies same.

50.    With respect to the allegations contained in paragraph 50 of the Complaint, Liberty Mutual admits that for certain bills submitted by Dr. Larusso for services performed on Liberty Mutual insureds, Liberty Mutual paid an amount less than the amount submitted due to, inter alia, Dr. Larusso's agreement to accept a reduced charge for his services.  Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in paragraph 50 of the Complaint and therefore denies same.

51.    With respect to the allegations contained in paragraph 51 of the Complaint, Liberty Mutual admits that it has paid certain sums to CCN based upon Liberty Mutual's agreement with CCN.  Liberty Mutual denies the remaining allegations contained in paragraph 51 of the Complaint.

52.    Liberty Mutual denies the allegations contained in paragraph 52 of the Complaint.

53.    Liberty Mutual denies the allegations contained in paragraph 53 of the Complaint.

54.    Liberty Mutual denies the allegations contained in paragraph 54 of the Complaint.

55.    Liberty Mutual admits the allegations contained in paragraph 55 of the Complaint.

56.    Liberty Mutual denies the allegations contained in paragraph 56 of the Complaint.

57.    Liberty Mutual denies the allegations contained in paragraph 57 of the Complaint.

58.    Liberty Mutual denies the allegations contained in paragraph 58 of the Complaint.

59.    Liberty Mutual denies the allegations contained in paragraph 59 of the Complaint.

60.    Liberty Mutual denies the allegations contained in paragraph 60 of the Complaint.

61.    Liberty Mutual denies the allegations contained in paragraph 61 of the Complaint.

62.    Liberty Mutual denies the allegations contained in paragraph 62 of the Complaint.

63.    Liberty Mutual denies the allegations contained in paragraph 63 of the Complaint.

## CLASS ACTION ALLEGATIONS

64.    With respect to the allegations contained in paragraph 64 of the Complaint, Liberty Mutual admits that Plaintiff purports to bring this action pursuant to Fed. R. Civ. P. 23. Liberty Mutual denies the remaining allegations contained in paragraph 64 of the Complaint.

65.    Liberty Mutual denies the allegations contained in paragraph 65 of the Complaint.

66.    Liberty Mutual denies the allegations contained in paragraph 66 of the Complaint, including all of its subparts.

67.    Liberty Mutual denies the allegations contained in paragraph 67 of the Complaint.

68.    Liberty Mutual denies the allegations contained in paragraph 68 of the Complaint.

69.    Liberty Mutual denies the allegations contained in paragraph 69 of the Complaint.

70.    Liberty Mutual denies the allegations contained in paragraph 70 of the Complaint.

71.    Liberty Mutual denies the allegations contained in paragraph 71 of the Complaint.

72.    Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 72 of the Complaint and therefore denies same.

73.    Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 73 of the Complaint and therefore denies same.

74.    Liberty Mutual denies the allegations contained in paragraph 74 of the Complaint, including all of its subparts.

75.    Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 75 of the Complaint and therefore denies same.

76.    Liberty Mutual denies the allegations contained in paragraph 76 of the Complaint.

77.    Liberty Mutual denies the allegations contained in paragraph 77 of the Complaint.

### COUNT I -- BREACH OF CONTRACT AS TO CCN

78.     Paragraphs 78 through 83 do not apply to Liberty Mutual, and thus, Liberty Mutual does not respond to these numbered paragraphs.

### COUNT II - UNJUST ENRICHMENT AS TO LIBERTY MUTUAL

84.     Liberty Mutual reasserts its responses to paragraphs 1-77 as if set forth fully herein.

85.     Liberty Mutual denies the allegations contained in paragraph 85 of the Complaint.

86.     Liberty Mutual denies the allegations contained in paragraph 86 of the Complaint.

87.     Liberty Mutual denies the allegations contained in paragraph 87 of the Complaint.

88.     Liberty Mutual denies the allegations contained in paragraph 88 of the Complaint.

89.     Liberty Mutual denies the allegations contained in paragraph 89 of the Complaint.

90.     Liberty Mutual denies the allegations contained in paragraph 90 of the Complaint.

91.     Liberty Mutual denies the allegations contained in paragraph 91 of the Complaint.

### COUNT III - THIRD PARTY BENEFICIARY BREACH
### OF CONTRACT AS TO LIBERTY MUTUAL

92.     Liberty Mutual reasserts its responses to paragraphs 1-77 as if set forth fully herein.

93.     Liberty Mutual admits the allegations contained in paragraph 93 of the Complaint.

94.     With respect to the allegations contained in paragraph 94 of the Complaint, Liberty Mutual states that the Policy speaks for itself.

95.     Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 95 of the Complaint and therefore denies same.

96.     Liberty Mutual denies the allegations contained in paragraph 96 of the Complaint.

97.     With respect to the allegations contained in paragraph 97 of the Complaint, Liberty Mutual states that the Policy speaks for itself.

98.     Liberty Mutual denies the allegations contained in paragraph 98 of the Complaint.

99.     Liberty Mutual denies the allegations contained in paragraph 99 of the Complaint.

## COUNT IV - RICO ACT VIOLATION

100.     Liberty Mutual reasserts its responses to paragraphs 1-77 as if set forth fully herein.

101.     Liberty Mutual denies the allegations contained in paragraph 101 of the Complaint.

102.     Liberty Mutual denies the allegations contained in paragraph 102 of the Complaint.

103.     Liberty Mutual denies the allegations contained in paragraph 103 of the Complaint.

104.     Liberty Mutual denies the allegations contained in paragraph 104 of the Complaint.

105.     Liberty Mutual denies the allegations contained in paragraph 105 of the Complaint.

106.     Liberty Mutual denies the allegations contained in paragraph 106 of the Complaint, including all of its subparts.

107.     Liberty Mutual denies the allegations contained in paragraph 107 of the Complaint.

108.     Liberty Mutual denies the allegations contained in paragraph 108 of the Complaint.

109.     With respect to the allegations contained in paragraph 109 of the Complaint, Liberty Mutual states that the statutes speak for themselves. Liberty Mutual denies the remaining allegations contained in paragraph 109 of the Complaint.

110.     With respect to the allegations contained in paragraph 110 of the Complaint, Liberty Mutual states that the statute speaks for itself. Liberty Mutual denies the remaining allegations contained in paragraph 110 of the Complaint.

MI711753;1

111.    With respect to the allegations contained in paragraph 111 of the Complaint, Liberty Mutual states that the statute speaks for itself.  Liberty Mutual denies the remaining allegations contained in paragraph 111 of the Complaint.

112.    Liberty Mutual denies the allegations contained in paragraph 112 of the Complaint.

113.    With respect to the allegations contained in paragraph 113 of the Complaint, Liberty Mutual states that the statutes speak for themselves.  Liberty Mutual denies the remaining allegations contained in paragraph 113 of the Complaint.

114.    Liberty Mutual denies the allegations contained in paragraph 114 of the Complaint.

115.    Liberty Mutual denies the allegations contained in paragraph 115 of the Complaint.

116.    With respect to the allegations contained in paragraph 116 of the Complaint, Liberty Mutual states that the statutes speak for themselves.  Liberty Mutual denies the remaining allegations contained in paragraph 116 of the Complaint.

117.    Liberty Mutual denies the allegations contained in paragraph 117 of the Complaint.

118.    Liberty Mutual denies the allegations contained in paragraph 118 of the Complaint.

119.    Liberty Mutual denies the allegations contained in paragraph 119 of the Complaint.

120.    Liberty Mutual denies the allegations contained in paragraph 120 of the Complaint.

121.    Liberty Mutual denies the allegations contained in paragraph 121 of the Complaint.

122.    With respect to the allegations contained in paragraph 122 of the Complaint, Liberty Mutual states that the statute speaks for itself.

123.    With respect to the allegations contained in paragraph 123 of the Complaint, Liberty Mutual states that the statutes speak for themselves.

124.     With respect to the allegations contained in paragraph 124 of the Complaint, Liberty Mutual states that the statutes speak for themselves. Liberty Mutual denies the remaining allegations contained in paragraph 124 of the Complaint.

125.     With respect to the allegations contained in paragraph 125 of the Complaint, Liberty Mutual states that the statutes speak for themselves. Liberty Mutual denies the remaining allegations contained in paragraph 125 of the Complaint.

126.     Liberty Mutual denies the allegations contained in paragraph 126 of the Complaint.

127.     Liberty Mutual denies the allegations contained in paragraph 127 of the Complaint, including all of its subparts.

128.     Liberty Mutual denies the allegations contained in paragraph 128 of the Complaint.

129.     Liberty Mutual denies the allegations contained in paragraph 129 of the Complaint.

130.     Liberty Mutual denies the allegations contained in paragraph 130 of the Complaint.

131.     Liberty Mutual denies the allegations contained in paragraph 131 of the Complaint.

132.     Liberty Mutual denies the allegations contained in paragraph 132 of the Complaint.

133.     Liberty Mutual denies the allegations contained in paragraph 133 of the Complaint.

134.     Liberty Mutual denies the allegations contained in paragraph 134 of the Complaint.

135.     Liberty Mutual denies the allegations contained in paragraph 135 of the Complaint.

136.     Liberty Mutual denies the allegations contained in paragraph 136 of the Complaint.

137.     Liberty Mutual denies the allegations contained in paragraph 137 of the Complaint.

138.     Liberty Mutual denies the allegations contained in paragraph 138 of the Complaint.

139.     Liberty Mutual denies the allegations contained in paragraph 139 of the Complaint.

140.    With respect to the allegations contained in paragraph 140 of the Complaint, Liberty Mutual states that the statute speaks for itself.  Liberty Mutual denies the remaining allegations contained in paragraph 140 of the Complaint.

141.    With respect to the allegations contained in paragraph 141 of the Complaint, Liberty Mutual states that the statute speaks for itself.  Liberty Mutual denies the remaining allegations contained in paragraph 141 of the Complaint.

142.    With respect to the allegations contained in paragraph 142 of the Complaint, Liberty Mutual states that the statutes speak for themselves.  Liberty Mutual denies the remaining allegations contained in paragraph 142 of the Complaint.

143.    Liberty Mutual reasserts its responses to paragraphs 1-49 as if set forth fully herein.

144.    With respect to the allegations contained in paragraph 144 of the Complaint, Liberty Mutual states that the statute speaks for itself.

145.    With respect to the allegations contained in paragraph 145 of the Complaint, Liberty Mutual states that the statute speaks for itself.

146.    With respect to the allegations contained in paragraph 146 of the Complaint, Liberty Mutual states that the statute speaks for itself.

147.    Liberty Mutual denies the allegations contained in paragraph 147 of the Complaint.

148.    Liberty Mutual denies the allegations contained in paragraph 148 of the Complaint.

149.    Liberty Mutual denies the allegations contained in paragraph 149 of the Complaint.

150.    Liberty Mutual reasserts its responses to paragraphs 1-49 as if set forth fully herein.

151.    With respect to the allegations contained in paragraph 151 of the Complaint, Liberty Mutual states that the statutes speak for themselves.  Liberty Mutual denies the remaining allegations contained in paragraph 151 of the Complaint.

152.    With respect to the allegations contained in paragraph 152 of the Complaint, Liberty Mutual states that the statute speaks for itself.

153.    With respect to the allegations contained in paragraph 153 of the Complaint, Liberty Mutual states that the statute speaks for itself.

154.    Liberty Mutual denies the allegations contained in paragraph 154 of the Complaint.

155.    With respect to the allegations contained in paragraph 155 of the Complaint, Liberty Mutual states that the statutes speak for themselves.  Liberty Mutual denies the remaining allegations contained in paragraph 155 of the Complaint.

156.    Liberty Mutual denies the allegations contained in paragraph 156 of the Complaint.

157.    With respect to the allegations contained in paragraph 157 of the Complaint, Liberty Mutual admits that it sells insurance nationwide.  Liberty Mutual denies the remaining allegations contained in paragraph 157 of the Complaint.

158.    Liberty Mutual denies the allegations contained in paragraph 158 of the Complaint.

159.    Liberty Mutual denies the allegations contained in paragraph 159 of the Complaint.

160.    Liberty Mutual denies the allegations contained in paragraph 160 of the Complaint.

161.    Liberty Mutual denies the allegations contained in paragraph 161 of the Complaint.

162.    Liberty Mutual denies the allegations contained in paragraph 162 of the Complaint.

163.    Liberty Mutual denies the allegations contained in paragraph 163 of the Complaint.

164.    Liberty Mutual denies the allegations contained in paragraph 164 of the Complaint.

165.    Liberty Mutual denies the allegations contained in paragraph 165 of the Complaint, including all of its subparts.

166.    Liberty Mutual denies the allegations contained in paragraph 166 of the Complaint.

### COUNT V - DECLARATORY JUDGMENT AS TO LIBERTY MUTUAL

167.    Liberty Mutual reasserts its responses to paragraphs 1-77 as if set forth fully herein.

168.    Liberty Mutual denies the allegations contained in paragraph 168 of the Complaint.

169.    Liberty Mutual denies the allegations contained in paragraph 169 of the Complaint.

170.    Liberty Mutual denies the allegations contained in paragraph 170 of the Complaint.

### COUNT VI - VIOLATION OF FLA. STAT. § 627.736 AS TO LIBERTY MUTUAL

171.    Liberty Mutual reasserts its responses to paragraphs 1-77 as if set forth fully herein.

172.    Liberty Mutual is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 172 of the Complaint and therefore denies same.

173.    With respect to the allegations contained in paragraph 173 of the Complaint, Liberty Mutual states that Fla. Stat. § 627.736 speaks for itself.

174.    With respect to the allegations contained in paragraph 174 of the Complaint, Liberty Mutual states that Fla. Stat. § 627.736 speaks for itself.

175.    With respect to the allegations contained in paragraph 175 of the Complaint, Liberty Mutual states that Fla. Stat. § 627.736 speaks for itself.

176.    With respect to the allegations contained in paragraph 176 of the Complaint, Liberty Mutual states that Fla. Stat. § 627.736 speaks for itself.

177.    Liberty Mutual denies the allegations contained in paragraph 177 of the Complaint.

178.    Liberty Mutual denies the allegations contained in paragraph 178 of the Complaint.

MI711753;1

179.    With respect to the allegations contained in paragraph 179 of the Complaint, Liberty Mutual states that Fla. Stat. § 627.736 and the policies speak for themselves.

180.    Liberty Mutual denies the allegations contained in paragraph 180 of the Complaint.

181.    Liberty Mutual denies the allegations contained in paragraph 181 of the Complaint.

182.    Liberty Mutual denies the allegations contained in paragraph 182 of the Complaint.

183.    Liberty Mutual denies the allegations contained in paragraph 183 of the Complaint.

184.    Liberty Mutual denies the allegations contained in paragraph 184 of the Complaint.

185.    Liberty Mutual denies the allegations contained in paragraph 185 of the Complaint.

186.    Liberty Mutual denies the allegations contained in paragraph 186 of the Complaint.

187.    Liberty Mutual denies the allegations contained in paragraph 187 of the Complaint.

188.    With respect to the allegations contained in paragraph 188 of the Complaint, Liberty Mutual states that Fla. Stat. § 627.736 speaks for itself.

189.    With respect to the allegations contained in paragraph 189 of the Complaint, Liberty Mutual states that Fla. Stat. § 627.736 speaks for itself.

190.    Liberty Mutual denies the allegations contained in paragraph 190 of the Complaint.

191.    Liberty Mutual denies the allegations contained in paragraph 191 of the Complaint.

192.    Liberty Mutual denies the allegations contained in paragraph 192 of the Complaint.

193.    Liberty Mutual denies the allegations contained in paragraph 193 of the Complaint.

194.    Liberty Mutual denies all allegations not specifically admitted herein.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The claims contained in Plaintiff's Complaint are inappropriate for class treatment.

### Second Affirmative Defense

The Complaint fails to state a cause of action for unjust enrichment.

### Third Affirmative Defense

Plaintiff did not confer any benefit directly upon Liberty Mutual.

### Fourth Affirmative Defense

The Complaint fails to state a cause of action for breach of third-party beneficiary contract.

### Fifth Affirmative Defense

Plaintiff is not an intended third-party beneficiary of the Liberty Mutual policy.

### Sixth Affirmative Defense

The Complaint fails to state a cause of action under any section of 18 U.S.C. § 1962.

### Seventh Affirmative Defense

Liberty Mutual did not engage in any predicate acts as required to establish a cause of action under 18 U.S.C. § 1962.

### Eighth Affirmative Defense

No enterprise existed as required to establish a cause of action under 18 U.S.C. § 1962.

### Ninth Affirmative Defense

Liberty Mutual did not engage in a pattern of racketeering activity as required to establish a cause of action under 18 U.S.C. § 1962.

### Tenth Affirmative Defense

Plaintiff's RICO claims, predicated on mail fraud and wire fraud, are inappropriate for class action treatment because they require individualized proof of misrepresentation, reliance, injury and damages.

### Eleventh Affirmative Defense

Plaintiff is not entitled to punitive damages under RICO because RICO already provides for treble damages. As such, Plaintiff's claim for punitive damages under RICO should be stricken.

### Twelfth Affirmative Defense

The statute of limitations bars portions of Plaintiff's RICO claim.

### Thirteenth Affirmative Defense

The Complaint fails to state a cause of action for declaratory relief.

### Fourteenth Affirmative Defense

Plaintiff does not have standing to assert a claim for declaratory relief with respect to the Liberty Mutual policy.

### Fifteenth Affirmative Defense

Plaintiff's claim for declaratory relief is duplicative of the breach of contract count and provides no independent relief.

### Sixteenth Affirmative Defense

Fla. Stat. § 627.736 does not provide a private right of action.

### Seventeenth Affirmative Defense

Plaintiff is not a member of the class that Fla. Stat. § 627.736 is designed to protect and thus has no standing.

### Eighteenth Affirmative Defense

Plaintiff's RICO claims are barred by the doctrine of in pari delicto.

### Nineteenth Affirmative Defense

Plaintiff is not entitled to attorney fees under the causes of action asserted in Counts II, III, V, and VI even if it prevails and therefore plaintiff's demand for attorney fees should be stricken.

### Twentieth Affirmative Defense

Plaintiff has waived and/or is estopped from seeking recovery due to plaintiff's acquiescence in and/or knowledge of Liberty Mutual's alleged actions of which it now complains.

### Twenty-First Affirmative Defense

Plaintiff's claim is barred by the doctrine of laches.

### Twenty-Second Affirmative Defense

Plaintiff's claims are barred by the applicable statute of limitations.

### Twenty-Third Affirmative Defense

Plaintiff's claims are barred because Liberty Mutual's alleged actions do not violate Florida's insurance code.

### Twenty-Fourth Affirmative Defense

Plaintiff's claims are barred because Liberty Mutual's alleged actions do not fall within the scope of Fla. Stat. § 624.736.

MI711753;1

### Twenty-Fifth Affirmative Defense

Liberty Mutual reserves the right to assert additional affirmative defenses as discovery warrants.

Respectfully submitted,

**AKERMAN, SENTERFITT & EIDSON, P.A.**
Counsel for Liberty Mutual
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131-1704
Phone: (305) 374-5600
Fax: (305) 374-5095
Email: mshapiro@akerman.com

By: _____
MARK S. SHAPIRO
Florida Bar No.: 894631
GARY J. GUZZI
Florida Bar No.: 159440

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was sent by U.S. Mail to counsel listed below this _____ day of November, 2001.

_____
Attorney

**MASTER SERVICE LIST**
**(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)**

**Co-Lead Counsel for Plaintiffs**
ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
**atlas@atlaslaw.com**
Eric Lee, Esq.
**lee@atlaslaw.com**
Robin Corwin Campbell, Esq.
**campbell@atlaslaw.com**
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
**asg@gcjustice.com**
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
**agarcia@phillipsgarcia.com**
Carlin Phillips, Esq.
**cphilips@gpandg.com**
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
**dblan2155@aol.com**
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**
Susan L. Lawson, Esq.
**personalinjurylawyer@earthlink.net**
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
**rabokor1@tampabay.rr.com**
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
**fundaro@aol.com**
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**
RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
**dshelton@rumberger.com**
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
**peter.valeta@rosshardies.com**
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
**fanania@anania-law.com**
Donald A. Blackwell, Esq.
**dblackwell@Anania-law.com**
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
**wdeem@mcguirewoods.com**
William E. Adams, Esq.
**badams@mcguirewoods.com**
3300 Bank of America Center
50 North Laura Street
Jacksonville, FL 32202
(904) 798-2615
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
**klake@fowlerwhite.com**
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
**haggerty@scdlaw.com**
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
**rlevenson@hklaw.com**
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
**anisberg@bbplaw.com**
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
**kmaus@bbplaw.com**
Lauren D. Levy, Esq.
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS
& ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile