UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW
(Consolidated)

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

### PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO CCN'S PARTIALLY UNOPPOSED MOTION TO STAY PENDING RESOLUTION OF ARBITRATION AND CLASS CERTIFICATION ISSUES (D.E. #229)

Plaintiff DR. PAUL ZIDEL, on behalf of himself and all others similarly situated ("ZIDEL"), by his undersigned counsel, hereby serves his Memorandum of Law in Opposition to Third-Party Defendant CCN MANAGED CARE, INC.'s ("CCN") Partially Unopposed Motion to Stay Pending Resolution of Arbitration and Class Certification Issues (D.E. #229) ("Motion to Stay"). For all the reasons set forth herein, ZIDEL respectfully submits that CCN's Motion to Stay should be denied in all respects.

### INTRODUCTION

Although characterized as "partially unopposed," CCN's Motion to Stay is opposed by ZIDEL. Apparently, Defendant ALLSTATE INSURANCE COMPANY ("ALLSTATE") does not oppose the Motion to Stay. CCN's Motion to Stay is similar to the numerous Motions to Stay filed by other Defendants in these consolidated proceedings. In light of this Court's September 28, 2001

7090-00100 337083.1

ATLAS PEARLMAN

CASE NO. 00-6061-CIV-FERGUSON/SNOW

Omnibus Order ("Omnibus Order") which lifted all discovery stays, ZIDEL objects to CCN's Motion to Stay.

## ARGUMENT

Rather than restate arguments previously asserted in opposition to the various Motions to Stay Discovery filed in these consolidated proceedings, ZIDEL adopts and incorporates the argues asserted in opposition to FLORIDA FARM BUREAU's Motion to Stay Discovery, METROPOLITAN's Motion to Stay, INTEGON's Motion to Stay, and HARTFORD's Motion to Stay.

On January 12, 2000, this action was instituted by David Napoli, D.C. On October 30, 2000, this Court entered an Order substituting ZIDEL as the Plaintiff in this case. On December 27, 2000, this Court entered an Order permitting ZIDEL to file his Second Amended Complaint. On January 11, 2001 ALLSTATE filed its Motion to Dismiss ZIDEL's Second Amended Complaint. On January 29, 2001, ALLSTATE filed its Third-Party Complaint against CCN. On March 19, 2001, CCN filed its Answer to ALLSTATE's Third-Party Complaint. On September 28, 2001, this Court entered its Order denying ALLSTATE's Motion to Dismiss. Thereafter, on October 3, 2001, CCN served its Motion to Compel.

This action has been pending for almost two years. Discovery with ALLSTATE has already taken place. This Court previously stayed discovery until such time as it ruled on the pending Motions to Dismiss. The Omnibus Order lifted all discovery stays. Thereafter, CCN filed its Motion to Compel Arbitration. ZIDEL has responded to CCN's Motion to Compel Arbitration and it is clear that it should be denied. CCN has been a Third-Party Defendant in these proceedings since January.


ATLAS PEARLMAN

CCN has known since May that this Court was denying the pending Motions to Dismiss. It was not until after this Court entered the Omnibus Order, which denied the pending Motions to Dismiss and lifted all discovery stays that CCN then chose to file its Motion to Compel Arbitration and its Motion to Stay. Obviously, CCN's Motions are designed to delay these proceedings and should be denied.

CCN's characterization of how ZIDEL will proceed in the event that class certification is denied, is presumptuous. In order for ZIDEL to prosecute his claims, the same discovery will be necessary whether this action is maintained as a class action or not. The consolidated discovery served by the class plaintiffs, in accordance with this Court's Order consolidating discovery, seeks relevant information that will be utilized in the various actions in which the CCN PPO was involved. CCN's effort to argue that the discovery is overbroad does not recognize the fact that the discovery was served on behalf of all Class Plaintiffs, not just ZIDEL. Accordingly, there is no reason to reinstitute a stay of merits discovery.

## CONCLUSION

For all the reasons set forth herein, Plaintiff DR. PAUL ZIDEL, on behalf of himself and all others similarly situated, respectfully requests that this Court enter an Order denying Third-Party Defendant CCN MANAGED CARE, INC.'s Motion to Stay Pending Resolution of Arbitration and Class Certification Issues, together with such other and further relief as this Court may deem just and proper.

ATLAS PEARLMAN
P.A.
ATTORNEYS AT LAW

CASE NO. 00-6061-CIV-FERGUSON/SNOW

ATLAS PEARLMAN, P.A.
Co-Counsel for Plaintiff
DR. PAUL ZIDEL
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
JAN DOUGLAS ATLAS
Florida Bar No. 226246

By: _____
ERIC LEE
Florida Bar No. 961299

By: _____
ROBIN CORWIN CAMPBELL
Florida Bar No. 327931

**Co-Counsel for Plaintiff**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

ATLAS PEARLMAN
ATTORNEYS AT LAW

CASE NO. 00-6061-CIV-FERGUSON/SNOW

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 2510
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 2nd day of November, 2001 upon: all individuals on the attached service list.

ERIC LEE

**MASTER SERVICE LIST**
**(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)**
(Updated 10/26/01)

| Co-Lead Counsel for Plaintiffs | Co-Counsel for Plaintiffs | Counsel for Beech Street and ADP |
|---|---|---|
| ATLAS PEARLMAN, P.A.<br>Eric Lee, Esq.<br>lee@atlaslaw.com<br>Jan Douglas Atlas, Esq.<br>atlas@atlaslaw.com<br>Robin Corwin Campbell, Esq.<br>campbell@atlaslaw.com<br>Suite 1700<br>350 East Las Olas Boulevard<br>Fort Lauderdale, FL 33301<br>(954) 763-1200<br>(954) 766-7800 Facsimile<br><br>GOLD & COULSON<br>Arthur S. Gold, Esq.<br>asg@gcjustice.com<br>11 S. LaSalle Street, Suite 2500<br>Chicago, IL 60603<br>(312) 372-0777<br>(312) 372-0778 Facsimile<br><br>PHILLIPS & GARCIA<br>Andrew Garcia, Esq.<br>agarcia@phillipsgarcia.com<br>Carlin Phillips, Esq.<br>cphillips@phillipsgarcia.com<br>Attorneys at Law<br>13 Ventura Drive<br>North Darthmouth, MA 02747<br>(508) 998-0800<br>(508) 998-0919 Facsimile<br><br>KOPELMAN & BLANKMAN, P.A<br>Larry Kopelman, Esq.<br>Douglas Blankman, Esq.<br>dblan2155@aol.com<br>Bank of America Tower<br>One Financial Plaza<br>Suite 2510<br>Fort Lauderdale, FL 33394<br>(954) 462-6855<br>(954) 462-6899 Facsimile | Susan L. Lawson, Esq.<br>personalinjurylawyer@earthlink.net<br>Suite 200<br>230 East Davis Boulevard<br>Tampa, FL 33606<br>(813) 251-8879<br>(813) 251-5786  Facsimile<br><br>RICHARD BOKOR, P.A.<br>Richard Bokor, Esq.<br>rabokor1@tampabay.rr.com<br>230 East Davis Boulevard<br>Tampa, FL 33606<br>(813) 251-1000<br>(813) 254-6327 Facsimile<br><br>Casey Fundaro, Esq.<br>fundaro@aol.com<br>1100 5th Avenue S., Suite 201<br>Naples, FL 34102-6407<br>(941) 435-7995<br><br>**Counsel for:**<br>**Allstate, Fidelity and Casualty,**<br>**Continental, Deerbrook**<br><br>RUMBERGER, KIRK &<br>CALDWELL<br>David B. Shelton, Esq.<br>dshelton@rumberger.com<br>Signature Plaza, Suite 300<br>201 South Orange Avenue (32801)<br>Post Office Box 1873<br>Orlando, Florida 32802-1873<br>(407) 872-7300<br>(407) 841-2133 Facsimile<br><br>ROSS & HARDIES<br>Peter J. Valeta, Esq.<br>peter.valeta@rosshardies.com<br>150 N. Michigan Avenue, Suite 2500<br>Chicago, IL 60601<br>(312) 750-3619<br>(312) 920-7241 Facsimile | TEW, CARDENAS,et al.<br>John M. Quaranta, Esq.<br>(305)539-2495<br>jmq@tewlaw.com<br>Miami Center, 26th Floor<br>201 S. Biscayne Boulevard<br>Miami, Florida 33131-4336<br>(305) 536-1116 Facsimile<br><br>**Counsel for Progressive**<br><br>ANANIA, BANDKLAYDER, et al.<br>Francis Anania, Esq.<br>fanania@anania-law.com<br>Donald A. Blackwell, Esq.<br>dblackwell@Anania-law.com<br>NationsBank Tower, Suite 4300<br>100 Southeast Second Street<br>Miami, Florida 33131<br>(305) 373-4900<br>(305) 373-6914 Facsimile<br><br>**Counsel for CCN**<br><br>MCGUIRE WOODS, LLP<br>William W. Deem, Esq.<br>wdeem@mcguirewoods.com<br>William E. Adams, Esq.<br>badams@mcguirewoods.com<br>3300 Bank of America Tower<br>50 North Laura Street<br>Jacksonville, FL  32202<br>(904) 798-3200<br>(904) 798-3207 Facsimile |

7090-00100 318823.1

ATLAS PEARLMAN

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

ATLAS PEARLMAN
P.A.
ATTORNEYS AT LAW