IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

DR. PAUL ZIDEL, on behalf of himself    CASE NO. 00-6061-CIV-FERGUSON/SNOW
and all others similarly situated,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, and
COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

    Defendants.

_____/

SALVATORE LARUSSO D.C.    CASE NO. 01-8110-CIV-FERGUSON/SNOW
d/b/a FAMILY CHIROPRACTIC CENTER,
on behalf of himself and all others similarly situated,

    Plaintiff,

v.

FLORIDA FARM BUREAU CASUALTY
INSURANCE COMPANY,

    Defendant.

_____/

## FLORIDA FARM BUREAU'S REPLY IN SUPPORT OF MOTION TO STAY DISCOVERY PENDING RULING ON ITS MOTION TO COMPEL ARBITRATION

The Plaintiff's error-filled and misleading Response to our Motion to Stay Discovery gives the Court no basis to deny the motion. The Court should stay discovery pending its ruling on the dispositive issues we have raised in our Motion to Compel Arbitration and to Dismiss or Stay Proceedings Pending Arbitration. In particular, we address three points raised in the Response.



1.    The Plaintiff suggests that the Court has already denied our Motion to Dismiss the Complaint.  This is simply not true.  ***Our motion to dismiss is still pending***, and, in fact, the Plaintiff has never bothered to respond to it.  We have attached the Court's Omnibus Order of September 28, 2001 as Exhibit A to this reply.  In it, the Court specifically sets forth which motions to dismiss it is denying.  As the Court can plainly see, ***ours is not among them***.  *See also* Civil Docket For Case # 01-8110 at 4, D.E. # 35, specifically referring our motion to dismiss to Magistrate Judge Snow for a report and recommendation.  The docket is attached as Exhibit B.  Thus, the Plaintiff's repeated reference in his Response to the Court having denied "certain motions to dismiss" in the September 28 Omnibus Order is a red herring.

This issue is more significant than just clarifying the record because of the teachings of *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353 (11th Cir. 1997), which we discussed extensively in our motion to stay discovery.  *Chudasama* clearly states that district courts have an obligation to stay discovery pending ruling on dispositive motions that may obviate the need for ***any*** discovery:

> If the district court dismisses a nonmeritorious claim before discovery has begun, unnecessary costs to the litigants and to the court system can be avoided.  Conversely, delaying ruling on a motion to dismiss such a claim until after the parties complete discovery encourages abusive discovery and, if the court ultimately dismisses the claim, imposes unnecessary costs.

*Id.* at 1368.

Here, there are two dispositive motions that the Court has not yet ruled on – our motion to dismiss the complaint and our motion to compel arbitration.  Granting either motion would obviate the need for expensive, time-consuming and ultimately unnecessary discovery.  *Chudasama* instructs us that the Court should rule on those motions before permitting discovery to proceed.  The Plaintiff's Response does not address or even mention *Chudasama* – for good

reason.   The  case  holds  squarely  against  the  Plaintiff's  argument  that  discovery  should  go forward.  This is especially true where both our motion to compel arbitration *and* our motion to dismiss are pending.[1]

2.     The Plaintiff in his Response also focuses heavily on the fact that at the May 14 status conference, the Court lifted a previously imposed stay of discovery.  Again, however, the Plaintiff's argument is misleading.   The stay of discovery to which the Plaintiff refers was imposed in another case (that ultimately was consolidated with this one after the Court lifted the stay).  No stay of discovery has ever been imposed in *this* case because the Court, until now, has never been asked to impose one.  We had literally just filed our motion to compel arbitration on May 14, and had not yet had the opportunity to ask the Court to stay discovery pending ruling on that motion.  Thus, we are not asking the Court to reconsider anything, as the Plaintiff claims.

This fact also is more than just a technical distinction.  The Court originally imposed the discovery stay in the other case pending its ruling on a motion to dismiss filed in that case – correctly so, under *Chudasama*.  At the May 14 status conference, the Court announced it would be denying the motion to dismiss in that case.  Logically, it followed that the Court would then lift the discovery stay in that case.  It follows just as logically that the Court should follow its own precedent and the holding of *Chudasama* and, just as it did in the other case, stay discovery in this case pending its ruling on our two dispositive motions.

3.     The  Plaintiff  hints  in  his  Response  that  we  have  refused  to  cooperate  in scheduling depositions.  *See* Response at 4 n.1: "In addition, despite this Court's ruling that all

---

[1] We addressed the merits of our motion to compel arbitration in both that motion and our motion to stay discovery, so we will not repeat those arguments a third time.  The motion to compel arbitration should be granted.  However, we must point out that the Plaintiff's claim that the Florida Supreme Court has rejected the arguments we made in our motion to compel arbitration is just not true.  The Florida Supreme Court has never addressed the issue of whether a contractually binding arbitration provision should be upheld even in the absence of Florida Statute Section 627.736(5).

discovery stays are lifted, most Defendants have refused to cooperate in scheduling depositions." In fact, it is the Plaintiff – at least in our case – who has been uncooperative.

In response to the emails from the Plaintiff's lawyer requesting dates on which a Florida Farm Bureau corporate representative would be available for deposition, we wrote back stating that (1) we did not think the deposition should go forward given our pending motions to compel arbitration and stay discovery, (2) we would at least provide some available dates while we argued over the issue, but (3) asking if would the Plaintiff agree not to schedule the deposition until after the Court had ruled on the motions to stay discovery and compel arbitration.   In response, the Plaintiff's lawyer unilaterally scheduled the deposition for a date of his own choosing – a date, as it turns out, that our representative was not available.  When we provided alternative dates, the Plaintiff's lawyer informed us they were unacceptable.   We are now attempting to arrange an agreeable date.   Those facts show that in contrast to the Plaintiff's suggestion, it is his lawyers, not ours, who have been uncooperative.

For the foregoing reasons, as well as those stated in our motion, the Court should stay discovery as to Florida Farm Bureau until after it has ruled on our motions to compel arbitration and to dismiss the Complaint.

Respectfully submitted,

HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3000
Miami, Florida 33131
(305) 374-8500
(305) 789-7799 (fax)
Attorneys for the Defendant

By: _Robert K. Levenson_
Gregory Baldwin
Florida Bar No. 527394
Robert K. Levenson
Florida Bar No. 0089771

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing memorandum was served by U.S. Mail on all counsel on the attached service list, this _5th_ day of November, 2001.

_Robert K. Levenson_
HOLLAND & KNIGHT LLP

MIA1 #1087431 v1

## MASTER SERVICE LIST

### Co-Lead Counsel for Plaintiffs

ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Eric Lee, Esq.
lee@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphilips@gpandg.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

### Co-Counsel for Plaintiffs

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619

(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
5300 Bank of America Center
Post Office Box 4099
Jacksonville, FL 32202-4099
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lola M. Swaby, Esq.
lswaby@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard, Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

DR. PAUL ZIDEL, on behalf of himself ans
all others similarly situated,

    Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY, and
COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

    Defendants.

_____/

Case No. 00-6061-CIV-FERGUSON



KEITH BRICKELL, D.C., individually and on
behalf of all others similarly situated,

    Plaintiffs,

vs.

PROGRESSIVE EXPRESS INSURANCE
COMPANY, PROGRESSIVE CONSUMERS
INSURANCE COMPANY, PROGRESSIVE
BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL
SOLUTIONS, INC.,

    Defendants.

_____/

Case No. 00-6649-CIV-FERGUSON



EXHIBIT
A

MARC J. BROWNER, D.C., individually and
on behalf of all others similarly situated,

     Plaintiffs,

vs.

ALLSTATE INDEMNITY COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL
SOLUTIONS, INC.,

     Defendants.

_____/

Case No. 00-7163-CIV-FERGUSON

SALVATORE D. LARUSSO, D.C. d/b/a
FAMILY CHIROPRACTIC CENTER, on
behalf of himself and all others similarly
situated,

     Plaintiffs,

vs.

LIBERTY MUTUAL INSURANCE
COMPANY and COMMUNITY CARE
NETWORK, INC.,

     Defendants.

_____/

Case No. 00-7692-CIV-FERGUSON

ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated,

     Plaintiffs,

vs.

PROGRESSIVE AMERICAN INSURANCE COMPANY,

     Defendant.

_____/

Case No. 01-6776-CIV-FERGUSON


ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated,

     Plaintiffs,

vs.

DEERBROOK INSURANCE COMPANY,

     Defendant.

_____/

Case No. 01-6777-CIV-FERGUSON


ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated,

     Plaintiffs,

vs.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

     Defendant.

_____/

Case No. 01-6778-CIV-FERGUSON

ULTRA OPEN MRI CORPORATION, on
behalf of itself and all others similarly
situated,

       Plaintiffs,

vs.

FIDELITY AND CASUALTY COMPANY
OF NEW YORK and THE CONTINENTAL
INSURANCE COMPANY,

       Defendants.

_____/

Case No. 01-6779-CIV-FERGUSON


ULTRA OPEN MRI CORPORATION, on
behalf of itself and all others similarly
situated,

       Plaintiffs,

vs.

INTEGON NATIONAL INSURANCE
COMPANY and INTEGON GENERAL
INSURANCE COMPANY,

       Defendants.

_____/

Case No. 01-6780-CIV-FERGUSON


THE CHIROPRACTIC CENTRE, INC., on
behalf of itself and all others similarly
situated,

       Plaintiffs,

vs.

SUPERIOR INSURANCE COMPANY,

       Defendant.

_____/

Case No. 01-6782-CIV-FERGUSON

THE CHIROPRACTIC CENTRE, INC., on behalf of itself and all others similarly situated,

     Plaintiffs,

vs.

METROPOLITAN CASUALTY INSURANCE COMPANY,

     Defendant.

_____/

Case No. 01-6783-CIV-FERGUSON

SALVATORE D. LARUSSO, D.C. d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of himself and all others similarly situated,

     Plaintiffs,

vs.

NATIONWIDE INSURANCE COMPANY OF AMERICA,

     Defendant.

_____/

Case No. 01-8108-CIV-FERGUSON

SALVATORE LARUSSO D.C. d/b/a          Case No. 01-8110-CIV-FERGUSON
FAMILY CHIROPRACTIC CENTER, on
behalf of himself and all others similarly
situated,

      Plaintiffs,

vs.

FLORIDA FARM BUREAU CASUALTY
INSURANCE COMPANY,

      Defendant.
_____/


SALVATORE D. LARUSSO, D.C. d/b/a          Case No. 01-8111-CIV-FERGUSON
FAMILY CHIROPRACTIC CENTER, on
behalf of himself and all others similarly
situated,

      Plaintiffs,

vs.

ITT HARTFORD LIFE AND ANNUITY
INSURANCE COMPANY,

      Defendant.
_____/

MOTE WELLNESS & REHAB, INC., on
behalf of itself and all others similarly
situated,

Case No. 01-8549-CIV-FERGUSON

       Plaintiffs,

vs.

AMERICAN INTERNATIONAL
INSURANCE COMPANY and AMERICAN
INTERNATIONAL SOUTH INSURANCE
COMPANY,

       Defendants.

_____/

## OMNIBUS ORDER ON PENDING MOTIONS

    **THIS CAUSE** is before the Court on various pending motions. Having duly considered the

motions and pertinent portions of the record and having heard oral argument, it is

    **ORDERED AND ADJUDGED** that the

1.    Motions to Consolidate [00-6649, D.E. #107; 00-7163, D.E. #68; 00-7692, D.E.# 31; 01-

8108, D.E. #4; 01-8110, D.E. #5; 01-8111, D.E. # 5] are **GRANTED** for discovery purposes

except any party may move for a protective order precluding or limiting the production of

any matters  which in good faith it deems confidential. **Accordingly, the parties shall file**

**all  pleadings under case number 00-CIV-6061-FERGUSON/SNOW**.

2.    Motions to Stay are lifted and the parties shall proceed with discovery in accordance with

this Order granting the consolidation of the causes.

3.    Motions to Dismiss [00-6061, D.E. #108; 00-6649, D.E. #25, #30, #31; 00-7163, D.E. #16,

#36; 00-7692, D.E. # 23] are **DENIED** except as to the Counts in the relevant Complaints

which raise a Lanham Act issue. The Lanham Act "prohibit[s] any person, in connection with any goods or services, from using in commerce any word, term, name, symbol, or device or any combination thereof, . . . or any false or misleading description . . . or representation of fact, . . . in commercial advertising or promotion, [which] misrepresents the nature, characteristics, [or] qualities. . .of his or her or another person's goods, services, or commercial activities." 15 U.S.C. §1125. None of the Plaintiffs' claim damages based on a product of the Defendants which unfairly competes with their product in violation of trademark law. Besides, there was no advertising or false statements. The Defendants simply acted pursuant to an alleged fraudulent agreement. Accordingly, all Lanham Act counts in the relevant Complaints are dismissed.

4.    Motions to Amend the Scheduling Order [00-6061, D.E. #119, #123; 00-6649, D.E. #98; 00-7163, D.E. # 60] are **GRANTED**. Accordingly, an amended Order regarding the trial date and pre-trial deadlines shall be entered separately.

5.    Unopposed Motion for Protective Order [00-6649, #88] is **GRANTED**.

6.    Unopposed Motion for Enlargement of Time to Respond to the Complaint [00-7692, D.E. # 11] is **GRANTED**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 28th day of September, 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Lurana Snow, United States Magistrate Judge
William Deem, Esq.

Eric Lee, Esq.
Arthur Gold, Esq.
Andrew Garcia, Esq.
Larry Kopelman, Esq.
Susan Lawson, Esq.
Richard Bokor, Esq.
Casey Fundaro, Esq.
David Shelton, Esq.
Peter Valeta, Esq.
Thomas Tew, Esq.
Francis Anania, Esq.
Katherine Lake, Esq.
James Haggerty, Esq.
Gregory Baldwin, Esq.
Mark Shapiro, Esq.
Marcy Aldrich, Esq.
John Aldock, Esq.
Kathy Johnson, Esq.
Alan Nisburg, Esq.
Dale Friedman, Esq.

# U.S. District Court

## Southern District of Florida (W.Palm Beach)

## CIVIL DOCKET FOR CASE #: 01-CV-8110

### Larusso v. Florida Farm Bureau, et al

Filed: 02/07/01
Assigned to: Judge Wilkie D. Ferguson, Jr.
Demand: $0,000
Nature of Suit: 470
Lead Docket: None
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 18:1961 Racketeering (RICO) Act


SALVATORE D. LARUSSO, D.C., on          Jan Douglas Atlas
behalf of himself and all               FTS 766-7800
others similarly situated               [COR LD NTC]
dba                                     Robin Corwin Campbell
Family Chiropractic Center              FTS 766-7800
    plaintiff                    [COR LD NTC]
                                        Eric Allan Lee
                                        FTS 766-7800
                                        [COR LD NTC]
                                        Atlas Pearlman
                                        350 E Las Olas Boulevard
                                        Suite 1700
                                        Fort Lauderdale, FL 33301-4610
                                        954-763-1200
                                        Arthur S. Gold
                                        FTS 372-0778
                                        [COR LD NTC]
                                        Gold & Coulson
                                        11 S LaSalle Street
                                        Suite 2500
                                        Chicago, IL 60603
                                        312-372-0777
    v.
FLORIDA FARM BUREAU CASUALTY            Gregory Alan Baldwin
INSURANCE COMPANY                       [COR LD NTC]
    defendant                    Robert Kent Levenson
                                        FTS 789-7799
                                        305-789-7621
                                        [COR LD NTC]
                                        Holland & Knight
                                        701 Brickell Avenue
                                        Suite 3000 PO Box 015441
                                        Miami, FL 33101-5441
                                        305-374-8500

**EXHIBIT**

**B**

# DOCKET    PROCEEDINGS

DATE    #         DOCKET    ENTRY


2/7/01    1        COMPLAINT filed;    FILING FEE $150.00   RECEIPT # 521545;
                   A-7; FJL (br)

2/7/01    2        NOTICE of Pendency of Other Action. by Salvatore D. Larusso
                   (br)

2/7/01    3        MOTION by Salvatore D. Larusso to certify class action (br)

2/7/01    --       Magistrate identification: Frank J. Lynch, Jr. (br)

2/7/01    4        SUMMONS(ES) issued for Florida Farm Bureau Casualty
                   Insurance Company (br)

2/13/01   5        MOTION with memorandum in support by Salvatore D. Larusso
                   to consolidate all pending PPO Reduction Class Actions (at)

2/14/01   6        ORDER REQUIRING COUNSEL TO MEET & FILE JOINT SCHEDULING
                   REPORT (Signed by Judge Daniel T. K. Hurley on 02/13/01)
                   CCAP [EOD Date: 2/14/01] (at)

3/5/01    7        ORDER transferring case to Judge Wilkie D. Ferguson (
                   Signed by Judge Daniel T. K. Hurley on 2/28/01) CCAP [EOD
                   Date: 3/6/01] (dp) [Entry date 03/06/01]

3/5/01    --       CASE reassigned  to Judge Wilkie D. Ferguson Jr. (dp)
                   [Entry date 03/06/01]

3/6/01    8        MOTION by Salvatore D. Larusso for Arthur S. Gold to
                   appear pro hac vice (dp) [Entry date 03/07/01]

3/6/01    --       Filing Fee Paid;  FILING FEE $ 75.00   RECEIPT # 521760 (dp)
                   [Entry date 03/07/01]

3/16/01   9        RETURN OF SERVICE executed for Florida Farm Bureau on
                   3/5/01 by serving the Insurance Commissioner by certified
                   mail. Answer due on 3/25/01 for Florida Farm Bureau (pa)
                   [Entry date 03/20/01]

3/21/01   10       MOTION by Florida Farm Bureau to extend time to respond to
                   complaint and motions (dp) [Entry date 03/22/01]

3/21/01   11       ORDER granting [10-1] motion to extend time to respond to
                   complaint and motions ( Signed by Judge Wilkie D. Ferguson
                   Jr. on 3/22/01) CCAP [EOD Date: 3/22/01] (dp)
                   [Entry date 03/22/01]

3/22/01   12       NOTICE of attorney appearance for Florida Farm Bureau  by
                   Gregory Alan Baldwin, Robert Kent Levenson (dp)
                   [Entry date 03/23/01]

4/11/01   13       Rico Case Statement of by Salvatore D. Larusso (dp)
                   [Entry date 04/12/01]

4/11/01   14   MOTION by Salvatore D. Larusso to extend time to serve
               Ricco Statement (dp) [Entry date 04/12/01]

4/12/01   15   ORDER granting [14-1] motion to extend time to serve Ricco
               Statement ( Signed by Judge Wilkie D. Ferguson Jr. on
               4/11/01) CCAP [EOD Date: 4/13/01] (dp) [Entry date 04/13/01]

4/16/01   16   MOTION by Florida Farm Bureau to exceed page limitation (dp)
               [Entry date 04/17/01]

4/16/01   17   RESPONSE by Florida Farm Bureau  to [5-1] motion to
               consolidate all pending PPO Reduction Class Actions (dp)
               [Entry date 04/17/01]

4/16/01   18   MOTION by Florida Farm Bureau to dismiss complaint (dp)
               [Entry date 04/17/01]

4/17/01   19   ORDER granting [16-1] motion to exceed page limitation (
               Signed by Judge Wilkie D. Ferguson Jr. on 4/17/01) CCAP
               [EOD Date: 4/18/01] (dp) [Entry date 04/18/01]

4/24/01   20   REPLY by Salvatore D. Larusso  to response to [5-1] motion
               to consolidate all pending PPO Reduction Class Actions (dp)
               [Entry date 04/25/01]

5/2/01    21   MOTION by Salvatore D. Larusso to extend time to serve
               memorandum in oppositiion to motion to dimiss (dp)
               [Entry date 05/03/01]

5/8/01    22   ORDER granting [21-1] motion to extend time to serve
               memorandum in oppositiion to motion to dimiss ( Signed by
               Judge Wilkie D. Ferguson Jr. on 5/8/01) CCAP [EOD Date:
               5/8/01] (dp)

5/10/01   23   MOTION by Florida Farm Bureau to extend time to respond to
               motion for class certification (dp) [Entry date 05/11/01]

5/11/01   24   MOTION with memorandum in support by Florida Farm Bureau
               to compel arbitration, and to dismiss or stay
               proceedings pending arbitration (dp) [Entry date 05/14/01]

5/14/01   25   Minutes of pretrial conference held  before Judge Wilkie D.
               Ferguson Jr. on 5/14/01;  Court Reporter Name or Tape #:
               Anita LaRocca (dp) [Entry date 05/15/01]

5/14/01   --   Pre-trial conference  held  before Judge Wilkie D. Ferguson
               Jr. (dp) [Entry date 05/15/01]

5/15/01   26   REQUEST by Florida Farm Bureau for oral argument on [18-1]
               motion to dismiss complaint (ss) [Entry date 05/16/01]

5/17/01   27   MEMORANDUM by Florida Farm Bureau  in support of [24-1]
               motion to compel arbitration (lh) [Entry date 05/18/01]

5/24/01   28   MOTION by Florida Farm Bureau for oral argument on [24-1]
               motion to compel arbitration, [24-2] motion to dismiss or
               stay proceedings pending arbitration (dp)
               [Entry date 05/25/01]

6/1/01    29   MEMORANDUM by Salvatore D. Larusso  in opposition to [24-1]
               motion to compel arbitration, [24-2] motion to dismiss or
               stay proceedings pending arbitration (dp)
               [Entry date 06/04/01]

| | | |
|---|---|---|
| 6/1/01 | 30 | NOTICE of plaintiff's failure to respond to motion to compel and to dismiss or stay proceedings by Florida Farm Bureau (dp) [Entry date 06/04/01] |
| 6/1/01 | 31 | NOTICE of plaintiff's failure to respond to motion to dismiss complaint by Florida Farm Bureau (dp) [Entry date 06/04/01] |
| 6/4/01 | 32 | RESPONSE by Salvatore D. Larusso in opposition to [30-1] notice (dp) [Entry date 06/05/01] |
| 6/8/01 | 33 | MOTION by Florida Farm Bureau to extend time to reply in support of motion to compel arbitration and to dismiss or stay proceedings (dp) [Entry date 06/11/01] |
| 6/12/01 | 34 | REPLY by Florida Farm Bureau to response to [24-1] motion to compel arbitration, [24-2] motion to dismiss or stay proceedings pending arbitration (dp) |
| 9/28/01 | 35 | ORDER OF REFERENCE Referring Motion(s) [33-1] motion to extend time to reply in support of motion to compel arbitration and to dismiss or stay proceedings referred to Magistrate Judge Lurana S. Snow, [28-1] motion for oral argument on [24-1] motion to compel arbitration, [24-2] motion to dismiss or stay proceedings pending arbitration referred to Magistrate Judge Lurana S. Snow, [26-1] motion for oral argument on [18-1] motion to dismiss complaint referred to Magistrate Judge Lurana S. Snow, [24-1] motion to compel arbitration referred to Magistrate Judge Lurana S. Snow, [24-2] motion to dismiss or stay proceedings pending arbitration referred to Magistrate Judge Lurana S. Snow, [23-1] motion to extend time to respond to motion for class certification referred to Magistrate Judge Lurana S. Snow, [18-1] motion to dismiss complaint referred to Magistrate Judge Lurana S. Snow, [8-1] motion for Arthur S. Gold to appear pro hac vice referred to Magistrate Judge Lurana S. Snow, [5-1] motion to consolidate all pending PPO Reduction Class Actions referred to Magistrate Judge Lurana S. Snow, [3-1] motion to certify class action referred to Magistrate Judge Lurana S. Snow ( signed by Judge Wilkie D. Ferguson Jr. on 9/28/01) [EOD Date: 9/28/01] (dp) |
| 9/28/01 | 36 | AMENDED SCHEDULING ORDER setting Deadline for filing of all motions by 4/22/02 Jury trial set for 6/17/02 Pretrial Stipulation due on or before 5/6/02 Calendar call set for 4:15 6/10/02 Discovery cutoff 4/1/02 ; Pretrial conference for 4:15 5/13/02 ; ( Signed by Judge Wilkie D. Ferguson Jr. on 9/28/01) [EOD Date: 9/28/01] CCAP (dp) |
| 9/28/01 | 37 | OMNIBUS ORDER granting [5-1] motion to consolidate all pending PPO Reduction Class Actions ( Signed by Judge Wilkie D. Ferguson Jr. on 9/28/01) [EOD Date: 9/28/01] (lh) |

## Case Flags:
## FJL

END OF DOCKET: 9:01cv8110

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/09/2001 13:49:01 | | | |
| **PACER Login:** | hk0020 | **Client Code:** | 073561-00001/Hopagland |
| **Description:** | docket report | **Search Criteria:** | 9:01cv08110 |
| **Billable Pages:** | 6 | **Cost:** | 0.42 |