# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No. 00-CIV-6061-FERGUSON/SNOW (Consolidated)
### Referred to Magistrate Judge Snow

DR. PAUL ZIDEL, and all others similarly )
situated,                                )
                                         )
            Plaintiffs,                  )
                                         )
v.                                       )
                                         )
ALLSTATE INSURANCE COMPANY,              )
                                         )
                                         )
            Defendant.                   )
_____   )

## DEFENDANT, ALLSTATE AND OTHERS' MOTION FOR PROTECTIVE
## ORDER AND STAY OF DISCOVERY

Defendants, Allstate Insurance Company (Case No. 00-6061-CIV-FERGUSON) and

Allstate Indemnity Company (Case No. 00-7163-CIV-FERGUSON) (collectively "Allstate"),

Deerbrook Insurance Company (Case No. 01-6777-CIV-FERGUSON), Fidelity and Casualty

Company of New York (Case No. 01-6779-CIV-FERGUSON) and Continental Insurance

Company (Case No. 01-6779-CIV-FERGUSON) (all collectively referred to as the "Movants"),

hereby respectfully request that this honorable Court enter a protective order with respect to 39

depositions noticed by Plaintiffs and extensive written discovery served by Plaintiffs in these

cases until rulings on certain pending motions addressed below. Movants request expedited

consideration of this motion in light of the fact that the first of the 39 depositions is to be taken

on November 19, 2001.

In support hereof, Movants state as follows:

1.    On September 28, 2001, Judge Ferguson entered a series of Orders which, among other things, consolidated fifteen (15) separate cases by seven (7) putative class representatives against twenty-two (22) defendants, granted in part and denied in part, several Motions to dismiss the now consolidated actions, and referred all "pending and future pre-trial non-dispositive motions" to this Court "to take all necessary and proper action as required by law."

2.    Subsequent to the September 28, 2001 Orders, these Movants and other defendants have filed motions for clarification or reconsideration of consolidation. In addition, motions have been filed which address various concerns about the timing and scheduling of discovery in light of the pending motions to compel arbitration and the various motions for class certifications.

3.    These Movants have asked that discovery not proceed until the arbitration is completed. Pursuant to Section 3 of the Federal Arbitration Act, this Court, upon finding the existence of arbitrable issues, will have to issue the requested stay, which will apply to all aspects of the affected cases including discovery.    See Paladino v. Avnet Computer Technologies, Inc., 134 F.3d 1054, 1057 (11th Cir. 1998); Miller v. AAACon Auto Transport, Inc., 545 F.2d 1019, 1020 (5th Cir. 1977)(once satisfied that the issue is referable to arbitration under the agreement, the district court is required to stay the trial until such arbitration has occurred); Suarez-Valdez v. Shearson Lehman/American Express, Inc., 858 F.2d 648, 649 (11th Cir. 1988)(district court should have stayed discovery after entering order to stay trial pending arbitration; "An agreement to arbitrate is an agreement to proceed under arbitration and not under court rules.").    Pending the outcome of the motions to arbitrate, it would be wholly inappropriate to require defendants who may be entitled to arbitrate their claims to proceed in this Court.  Conversely, it would defeat the purpose of consolidation to exclude those who have

filed such motions from the proceedings, only to have their motions denied requiring them to be thrust back into the case and necessitating duplicative proceedings. Thus, if all fifteen of these cases are to move forward as a consolidated block, the motions to compel arbitration will have to be resolved first. Moreover, if some of the cases that end up being arbitrated also have non-arbitrable issues, the prudent course would be to stay the remainder of the consolidated cases until the arbitration proceedings are completed, thereby allowing the non-arbitrable issues between the arbitrating parties to be resolved in lockstep with the consolidated actions. To do otherwise would defeat the purpose of the consolidation and could lead to inconsistent results and unnecessary duplication and waste. See Western Int'l Media Corp. v. A.R. Johnson, 754 F.Supp. 871, 874 (S.D. Fla. 1991)(stay of cross-claims appropriate pending arbitration involving some of the parties; to allow court proceedings to continue with respect to other defendants could lead to inconsistent results and unnecessary duplication and waste).

4.     In addition, even if an entire stay of discovery is not granted pending arbitration, the Movants have asked that any discovery should be limited to the issue of class certification. Discovery on the merits of a class plaintiff's claims should be postponed until after a decision on a motion for certification. Washington v. Brown & Williamson Tobacco Corp., 959 F.2d 1566, 1570-71 (11th Cir. 1995). See Sloan v. CC. Collings & Co., Inc., 1986 WL 8226 (E.D. Pa. July 22, 1986); Rodriguez v. Banco Central, 102 F.R.D. 897 (D. Puerto Rico 1984); National Organization for Women v. Sperry Rand, 88 F.R.D. 272, 277 (D. Conn. 1980), Karan v. Nabisco, Inc., 78 F.R.D. 388, 396 (W.D. Pa.1978).

5.     Despite having no resolution of these issues, Plaintiffs have served extensive discovery to these Movants and all other defendants. For example, on October 3rd, the plaintiffs served on all defendants a set of broadly-based written discovery requests relating directly to the

merits of their claims, including (1) Class Plaintiffs' Consolidated Interrogatories To Preferred Provider Organization Defendants, (2) Class Plaintiffs' Consolidated Interrogatories To Insurance Company Defendants, (3) Class Plaintiffs' Consolidated Request For Admissions To Preferred Provider Organization Defendants, (4) Class Plaintiffs' Consolidated Request For Admissions To Insurance Company Defendants, (5) Class Plaintiffs' Consolidated Request For Production of Documents To Preferred Provider Organization Defendants, and (6) Class Plaintiffs' Consolidated Request For Production of Documents To Insurance Company Defendants. This discovery essentially seeks every document in Movants' possession and every piece of information imaginable. The discovery is not limited to class certification issues. The written discovery served on these Movants is attached hereto as Composite Exhibit A.

6.      In addition, on October 23rd, counsel for Plaintiffs unilaterally noticed Rule 30(b)(6) depositions of 23 defendants to take place on November 19, 27, 28; December 4, 5, 10, 12, 13, 20; and January 5, 9, 10, 11, 16, 17, 22. Plaintiffs also unilaterally noticed the depositions of 16 individuals associated with various defendants for December 4, 10, 11, 21, 27; and January 23. The deposition notices are attached hereto as Composite Exhibit B.

7.      Further, counsel for Plaintiffs unilaterally advised all defendants that disclosures under Rule 26(a) should be made by November 7, 2001. The basis under the Rule, or the Local Rules, for this deadline is unclear.

8.      The Federal Rules of Civil Procedure authorize this Court to control the manner, scope, and timing of the pretrial processes in class action litigation. In addition, avoidance of potentially unnecessary costs and burdens is a proper basis for deferring certain, burdensome pretrial activities in class action litigation. See Chudasama v. Mazda Motor Corp., 123 F.3d 1353, 1368 (11th Cir. 1997). In the present case, further control of Plaintiffs' discovery efforts is

4

absolutely warranted given the significant issues addressed above which remain to be resolved. Resolution of such issues will determine what discovery, if any, is appropriate at this time.

      9.      Beech Street and ADP, defendants in the <u>Browner</u> suit, Case No. 00-7163-CIV-FERGUSON, have recently filed a similar emergency motion for protective order. Plaintiff's counsel has previously advised that he opposes the relief requested in this motion and similar motions filed by other defendants.

      WHEREFORE, Defendants, Allstate Insurance Company, Allstate Indemnity Company, Deerbrook Insurance Company, Fidelity and Casualty Company of New York and Continental Insurance Company respectfully request that this Court enter a protective order with respect to the written discovery served by Plaintiffs and the 39 depositions noticed. A protective order is warranted based on the pending motions which seek (1) a reconsideration of consolidation, (2) a stay of discovery until arbitration is completed, and (3) a stay of merits discovery until resolution of the motions for class certification.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to counsel on the attached service list this 2nd day of November, 2001.

PETER J. VALETA
Florida Bar No. 327557
ROSS & HARDIES
150 North Michigan Ave., Suite 2500
Chicago, Illinois 60601
Telephone: (312) 750-3619
Telecopier: (312) 750-8600
Attorneys for Allstate Insurance Company
and the Movants

DAVID B. SHELTON
Florida Bar No. 0710539
Rumberger, Kirk & Caldwell
P.O. Box 1873
Orlando, Florida 32802
Telephone: (407) 839-4511
Telecopier: (407) 841-2133
Attorneys for Allstate Insurance Company
and the Movants

635018

## SERVICE LIST

**Co-Lead Counsel for Plaintiffs**

Jan Douglas Atlas, Esquire
Eric Lee, Esquire
Robin Corwin Campbell, Esquire
ATLAS PEARLMAN, P.A.
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301

Arthur S. Gold, Esquire
GOLD & COULSON
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603

Andrew Garcia, Esquire
Carlin Phillips, Esquire
PHILLIPS & GARCIA
13 Ventura Drive
North Darthmouth, MA 02747

Larry Kopelman, Esquire
Douglas Blankman, Esquire
KOPELMAN & BLANKMAN, P.A
Bank of America Tower
One Financial Plaza, Suite 1611
Fort Lauderdale, FL 33394

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esquire
230 East Davis Boulevard
Tampa, FL 33606

Richard Bokor, Esquire
RICHARD BOKOR, P.A.
230 East Davis Boulevard
Tampa, FL 33606

Casey Fundaro, Esquire
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407

**Counsel for Beech Street and ADP**

John M. Quaranta, Esquire
TEW, CARDENAS, et al.
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336

**Counsel for Progressive**

Francis Anania, Esquire
Donald A. Blackwell, Esquire
ANANIA, BANDKLAYDER, et al.
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131

**Counsel for CCN**

William W. Deem, Esquire
William E. Adams, Esquire
MCGUIRE WOODS, LLP
3300 Bank of America Center
50 N. Laura Street
Jacksonville, FL 32202-4099

**Counsel for Nationwide**

Katherine C. Lake, Esquire
FOWLER, WHITE, et al.
Post Office Box 1438
Tampa, FL 33601

James C. Haggerty, Esquire
SWARTZ CAMPBELL DETWEILER
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316

**Counsel for Florida Farm Bureau**

Robert K. Levenson, Esquire
HOLLAND & KNIGHT, LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131

**Counsel for Liberty Mutual**

Mark Shapiro, Esquire
AKERMAN, SENTERFITT et al.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131

**Counsel for Hartford, Metropolitan,
Integon**

Marcy Levine Aldrich, Esquire
AKERMAN, SENTERFITT et al.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131

**Counsel for Metropolitan**

Jeffrey P. Lennard, Esquire
SONNENSCHEIN, NATH & ROSENTHAL
8000 Sears Tower
Chicago, IL 60606

**Counsel for Hartford**

Howard J. Roin, Esquire
MAYER, BROWN & PLATT
190 South LaSalle Street
Chicago, IL 60603-3441

**Counsel for Superior**

Alan J. Nisberg, Esquire
BUTLER BURNETT PAPPAS
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607

**Counsel for Prudential**

John D. Aldock, Esquire
Jeffrey M. Klein, Esquire
Michael Isenman, Esquire
SHEA & GARDNER
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Kathy J. Maus, Esquire
Lauren D. Levy, Esquire
BUTLER BURNETTE PAPPAS
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308-3469

**Counsel for American International**

Dale L. Friedman, Esquire
Brian P. Knight, Esquire
CONROY, SIMBERG, GANNON,
KREVANS & ABEL, P.A.
3440 Hollywood Blvd., 2nd Floor
Hollywood, FL 33021

635018

# COMPOSITE EXHIBIT
# A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.

_____/



## CLASS PLAINTIFFS' CONSOLIDATED REQUEST FOR
## ADMISSIONS TO INSURANCE COMPANY DEFENDANTS

Class Plaintiffs DR. PAUL ZIDEL, KEITH BRICKELL, D.C., MARC J. BROWNER, D.C.,

SALVATORE D. LARUSSO, D.C., THE CHIROPRACTIC CENTRE, INC., ULTRA OPEN MRI

CORPORATION, and MOTE WELLNESS & REHAB, INC. ("Class Plaintiffs"), on behalf of

themselves and all other similarly situated, by their undersigned counsel, pursuant to Federal Rule

of Civil Procedure 36, hereby serve the following requests for admission on Defendants ALLSTATE

INSURANCE COMPANY, PROGRESSIVE EXPRESS INSURANCE COMPANY,

PROGRESSIVE CONSUMERS INSURANCE COMPANY, PROGRESSIVE BAYSIDE

INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, LIBERTY MUTUAL

INSURANCE COMPANY, FLORIDA FARM BUREAU, ITT HARTFORD LIFE AND ANNUITY

INSURANCE COMPANY, NATIONWIDE INSURANCE COMPANY OF AMERICA,

SUPERIOR INSURANCE COMPANY, METROPOLITAN CASUALTY INSURANCE

COMPANY, DEERBROOK INSURANCE COMPANY, PROGRESSIVE AMERICAN

7090-00100 332407.1

Master File No. 00-6061-CIV-FERGUSON/SNOW

INSURANCE COMPANY, FIDELITY AND CASUALTY COMPANY OF NEW YORK, THE

CONTINENTAL INSURANCE COMPANY, INTEGON NATIONAL INSURANCE COMPANY,

INTEGON GENERAL INSURANCE COMPANY, PRUDENTIAL PROPERTY AND

CASUALTY INSURANCE COMPANY, AMERICAN INTERNATIONAL INSURANCE

COMPANY AND AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,

respectively. Pursuant to Federal Rule of Civil Procedure 36, each matter for which an admission

is requested will be deemed admitted unless within 30 days after service of the Request, the party

to whom the Request is directed serves upon Class Plaintiffs a written Answer or Objection

addressed to the matter, signed by the party or by the party's attorney. If objection is made, the

reasons therefor shall be stated. The Answer shall specifically deny the matter or set forth in detail

the reasons why the answering party cannot truthfully admit or deny the matter.

## DEFINITIONS AND INSTRUCTIONS APPLICABLE TO ALL REQUESTS

1.      The words "you," "yours," "yourself" and/or "yourselves" means Defendants

ALLSTATE INSURANCE COMPANY, PROGRESSIVE EXPRESS INSURANCE COMPANY,

PROGRESSIVE CONSUMERS INSURANCE COMPANY, PROGRESSIVE BAYSIDE

INSURANCE COMPANY, BEACH STREET CORPORATION, ADP INTEGRATED MEDICAL

SOLUTIONS, INC., ALLSTATE INDEMNITY COMPANY, LIBERTY MUTUAL INSURANCE

COMPANY, COMMUNITY CARE NETWORK, INC., FLORIDA FARM BUREAU, ITT

HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, NATIONWIDE INSURANCE

COMPANY OF AMERICA, SUPERIOR INSURANCE COMPANY, METROPOLITAN

CASUALTY INSURANCE COMPANY, DEERBROOK INSURANCE COMPANY,

ATLAS PEARLMAN
ATTORNEYS AT LAW P.A.

PROGRESSIVE AMERICAN INSURANCE COMPANY, FIDELITY AND CASUALTY COMPANY OF NEW YORK, THE CONTINENTAL INSURANCE COMPANY, INTEGON NATIONAL INSURANCE COMPANY, INTEGON GENERAL INSURANCE COMPANY, PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, AMERICAN INTERNATIONAL INSURANCE COMPANY AND AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY, respectively, and any of their subsidiaries, predecessors, parent corporations, agents or employees.

2.      The singular shall include the plural and vice versa; the terms "and" or "or" shall be both conjunctive and disjunctive; and the term "including" means "including without limitation".

3.      "Date" shall mean the exact date, month and year, if ascertainable or, if not, the best approximation of the date (based upon relationship with other events).

4.      "Agent" shall mean: any agent, employee, officer, director, attorney, independent contractor or any other person acting at the direction of or on behalf of another.

5.      "Person" shall mean any individual, corporation, proprietorship, partnership, trust, association or any other entity.

6.      The words "pertain to" or "pertaining to" mean: relates to, refers to, contains, concerns, describes, embodies, mentions, constitutes, constituting, supports, corroborates, demonstrates, proves, evidences, shows, refutes, disputes, rebuts, controverts or contradicts.

7.      The term "third party" or "third parties" refers to individuals or entities that are not a party to this action.

ATLAS PEARLMAN
P.A.
ATTORNEYS AT LAW

8.    This "Action" means the respective applicable case pending in the Southern District of Florida entitled:

a.    <u>Dr. Paul Zidel v. Allstate Insurance Company</u>, Case No. 00-6061-CIV-FERGUSON/SNOW;

b.    <u>Keith Brickell, D.C. v. Progressive Express Insurance Company, Progressive Consumers Insurance Company, Progressive Bayside Insurance Company, Progressive Bayside Insurance Company, Beach Street Corporation, and ADP Integrated Medical Solutions, Inc.</u>, Case No. 00-6649-CIV-FERGUSON/SNOW;

c.    <u>Marc J. Browner, D.C. v. Allstate Indemnity Company, Beach Street Corporation, and ADP Integrated Medical Solutions, Inc.</u>, Case No. 00-7163-CIV-FERGUSON/SNOW;

d.    <u>Salvatore D. Larusso, D.C. v. Liberty Mutual Insurance Company and Community Care Network, Inc.</u>, Case No. 00-7692-CIV-FERGUSON/SNOW;

e.    <u>Salvatore D. Larusso, D.C. v. Florida Farm Bureau</u>, Case No. 01-8110-CIV-FERGUSON/SNOW;

f.    <u>Salvatore D. Larusso, D.C. v. ITT Hartford Life and Annuity Insurance Company</u>, Case No. 01-8111-CIV-FERGUSON/SNOW;

g.    <u>Salvatore D. Larusso, D.C. v. Nationwide Insurance Company of America</u>, Case No. 01-8109-CIV-FERGUSON/SNOW;

h.    <u>The Chiropractic Centre Inc. v. Superior Insurance Company</u>, Case No. 01-6782-CIV-FERGUSON/SNOW;

ATLAS PEARLMAN
R.A.
ATTORNEYS AT LAW

Master File No. 00-6061-CIV-FERGUSON/SNOW

     i.     The Chiropractic Centre Inc. v. Metropolitan Casualty Insurance Company, Case No. 01-6783-CIV-FERGUSON/SNOW;

     j.     Ultra Open MRI Corporation v. Deerbrook Insurance Company, Case No. 01-6777-CIV-FERGUSON/SNOW;

     k.     Ultra Open MRI Corporation v. Progressive American Insurance Company, Case No. 01-6776-CIV-FERGUSON/SNOW;

     l.     Ultra Open MRI Corporation v. Fidelity and Casualty Company of New York and The Continental Insurance Company, Case No. 01-6779-CIV-FERGUSON/SNOW;

     m.     Ultra Open MRI Corporation v. Integon National Insurance Company v. Integon General Insurance Company, Case No. 01-6780-CIV-FERGUSON/SNOW;

     n.     Ultra Open MRI Corporation v. Prudential Property and Casualty Insurance Company, Case No. 01-6778-CIV-FERGUSON/SNOW;

     o.     Mote Wellness & Rehab, Inc. v. American International Insurance Company and American International South Insurance Company, Case No. 01-CV-8549-CIV-FERGUSON/SNOW.

     9.     The word "identify," when used in reference to a document, means and includes the name and address of the custodian of the document, the location of the document, and a general description of the document, including (1) the type of document (i.e., correspondence, memorandum, facsimile etc.); (2) the general subject matter of the document; (3) the date of the document; (4) the author of the document; (5) the addressee of the document; and (6) the relationship of the author and addressee to each other.

ATLAS PEARLMAN
ATTORNEYS AT LAW

Master File No. 00-6061-CIV-FERGUSON/SNOW

10.     "Document" means any written or graphic matter or other means of preserving thought or expression, and all tangible things from which information can be processed or transcribed, including the originals and all non-identical copies, whether different from the original by reason of any notation made on such copy or otherwise, including, but not limited to, correspondence, memoranda, e-mails, notes, messages, letters, telegraphs, teletype, telefax bulletins, meetings, or other communications, interoffice and interoffice telephone calls, diaries, chronological data, minutes, books, reports, charts, ledgers, invoices, work-sheets, receipts, returns, computer printouts, prospectuses, financial statements, schedules, affidavits, contracts, cancelled checks, transcripts, statistics, surveys, magazine or newspaper articles, releases (and any and all drafts, alterations and modifications, changes and amendments of any of the foregoing), graphs or aural records or representations of any kind, including without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recordings, motion pictures and electronic, mechanical or electric recordings or representations of any kind (including without limitation, tapes, cassettes, discs and recordings).

11.     "Communications" means any oral or written statement, dialogue, colloquy, discussion, conversation and agreement.

12.     The term "all documents" means every document or group of documents or communication as above defined known to you, and every such document or communication which can be located or discovered by reasonably diligent efforts.

13.     As used herein, the singular and masculine form of noun and pronoun shall embrace, and be read and applied as, the plural or feminine or neuter, as circumstances may make appropriate.



14.    Unless otherwise stated, these Requests only pertain to policies and/or contracts entered into in Florida or under Florida law.

15.    Unless otherwise stated, the time period for these Requests is from January 1, 1991 through the present.

16.    "Preferred Provider Organization" means Community Care Network, Inc. n/k/a CCN Managed Care, Inc., Beach Street Corporation, Medview Services, Inc., Sun Health Plans, and any other entity that has entered into contracts with healthcare providers that reduce the amounts to be paid for Florida personal injury protection benefits claims.

17.    If you object to fully identifying a document or oral communication because of a privilege, you must nevertheless provide the following information pursuant to S.D. Fla. L.R. 26.1.G.6.(b), unless divulging the information would disclose the privileged information:

(1)    the nature of the privilege claimed (including work product);

(2)    if the privilege is being asserted in connection with a claim or defense governed by state law, the state privilege rule being invoked;

(3)    the date of the document or oral communication;

(4)    if a document: its type (correspondence, memorandum, facsimile etc), custodian, location, and such other information sufficient to identify the document for a subpoena duces tecum or a document request, including where appropriate the author, the addressee, and, if not apparent, the relationship between the author and addressee;

ATLAS PEARLMAN
ATTORNEYS AT LAW

(5)    if an oral communication: the place where it was made, the names of the persons present while it was made, and, if not apparent, the relationship of the persons present to the declarant; and

(6)    the general subject matter of the document or oral communication.

You are under a continuous obligation to supplement your answers to these interrogatories under the circumstances specified in Fed.R.Civ.P. 26(e).

## ADMISSIONS

1.    You entered into contracts with licensed healthcare providers for the benefits described in Section 627.736, Florida Statutes.

2.    You provided an option to your insureds to use a preferred provider at the time of purchase of policies for personal injury protection benefits.

3.    You do not offer preferred provider policies for personal injury protection benefits.

4.    You have not complied with the requirements of Section 627.736(10), Florida Statutes.

5.    You have not maintained a roster of preferred providers for each Florida county in which you issued a personal injury protection benefits policy.

6.    You have not steered, directed, or otherwise caused insureds to use the services of any specific healthcare provider.

7.    Under your standard Florida automobile personal injury protection benefits policy, you are required to indemnify your insureds for 80% of the reasonable and necessary medical bills incurred up to a defined limited, subject to applicable deductibles.

Master File No. 00-6061-CIV-FERGUSON/SNOW

8.    You paid healthcare providers less than 80% of the reasonable and necessary expenses billed by healthcare providers in connection with claims filed by your insureds for personal injury protection benefits.

9.    You knowingly paid healthcare providers discounted or reduced amounts for their charges for personal injury protection benefits claims.

10.    You paid discounted or reduced amounts to healthcare providers for their charges for personal injury protection benefits claims on more than 50 occasions.

11.    You intend to continue paying healthcare providers discounted or reduced amounts for their charges for personal injury protection benefits claims.

12.    Your payments to healthcare providers for charges incurred as part of personal injury protection benefits claims have affected interstate commerce.

13.    You utilized the telephone, electronic mail, and/or the internet as part of your processing of healthcare providers' personal injury protection benefits claims.

14.    You have not entered into contracts pertaining to the payment of personal injury protection benefits claims at discounted or reduced rates directly with healthcare providers.

15.    More than five healthcare providers have instituted legal actions against you asserting claims pertaining to your discounting or reduction of personal injury protection benefits claims based on a contract or agreement.

16.    You make payments directly to healthcare providers for personal injury protection benefits claims only when an assignment of benefits has been signed by your insured.



Master File No. 00-6061-CIV-FERGUSON/SNOW

17.    Your forms which explain to healthcare providers and your insureds how payment

amounts are determined are sent to healthcare providers and/or insureds through the United States

mail.

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
    IAN DOUGLAS ATLAS
    Florida Bar No. 226246

By: _____
    ERIC LEE
    Florida Bar No. 961299

By: _____
    ROBIN CORWIN CAMPBELL
    Florida Bar No. 327931

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

7090-00100 332407.1                     10



Master File No. 00-6061-CIV-FERGUSON/SNOW

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 1611
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

mail this 2nd day of October, 2001 upon: all individuals on the attached service list.

_____
ERIC LEE

11

ATLAS PEARLMAN
ATTORNEYS AT LAW

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/03/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Eric Lee, Esq.
lee@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphilips@gpandg.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile



**Counsel for Beech Street and ADP**

TEW, CARDENAS,et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
5300 Bank of America Center
Post Office Box 4099
Jacksonville, FL 32202-4099
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile



7000 00100 318873 1

Counsel for:
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lola M. Swaby, Esq.
lswaby@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS
& ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

      Defendants.

_____/



## CLASS PLAINTIFFS' CONSOLIDATED REQUEST FOR PRODUCTION OF DOCUMENTS TO INSURANCE COMPANY DEFENDANTS

Class Plaintiffs DR. PAUL ZIDEL, KEITH BRICKELL, D.C., MARC J. BROWNER, D.C.,

SALVATORE D. LARUSSO, D.C., THE CHIROPRACTIC CENTRE, INC., ULTRA OPEN MRI

CORPORATION, and MOTE WELLNESS & REHAB, INC. ("Class Plaintiffs"), on behalf of

themselves and all other similarly situated, by their undersigned counsel, pursuant to Federal Rule

of Civil Procedure 34, hereby request that Defendants ALLSTATE INSURANCE COMPANY,

PROGRESSIVE EXPRESS INSURANCE COMPANY, PROGRESSIVE CONSUMERS

INSURANCE COMPANY, PROGRESSIVE BAYSIDE INSURANCE COMPANY, ALLSTATE

INDEMNITY COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, FLORIDA FARM

BUREAU, ITT HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, NATIONWIDE

INSURANCE COMPANY OF AMERICA, SUPERIOR INSURANCE COMPANY,

METROPOLITAN CASUALTY INSURANCE COMPANY, DEERBROOK INSURANCE

COMPANY, PROGRESSIVE AMERICAN INSURANCE COMPANY, FIDELITY AND

7090-00100 332370.1



Master File No. 00-6061-CIV-FERGUSON/SNOW

CASUALTY COMPANY OF NEW YORK, THE CONTINENTAL INSURANCE COMPANY, INTEGON NATIONAL INSURANCE COMPANY, INTEGON GENERAL INSURANCE COMPANY, PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, AMERICAN INTERNATIONAL INSURANCE COMPANY AND AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY, respectively, produce the following documents for inspection and copying at Atlas Pearlman, P.A., 350 East Las Olas Boulevard, Suite 1700, Fort Lauderdale, Florida 33301. Class Plaintiffs are serving these Consolidated Requests upon each respective Defendant and request that each respective Defendant separately respond as if the Class Plaintiff from the specific action served a separate request.

### DEFINITIONS AND INSTRUCTIONS APPLICABLE TO ALL REQUESTS

1.    The words "you," "yours," "yourself" and/or "yourselves" means Defendants ALLSTATE INSURANCE COMPANY, PROGRESSIVE EXPRESS INSURANCE COMPANY, PROGRESSIVE CONSUMERS INSURANCE COMPANY, PROGRESSIVE BAYSIDE INSURANCE COMPANY, BEACH STREET CORPORATION, ADP INTEGRATED MEDICAL SOLUTIONS, INC., ALLSTATE INDEMNITY COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, COMMUNITY CARE NETWORK, INC., FLORIDA FARM BUREAU, ITT HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, NATIONWIDE INSURANCE COMPANY OF AMERICA, SUPERIOR INSURANCE COMPANY, METROPOLITAN CASUALTY INSURANCE COMPANY, DEERBROOK INSURANCE COMPANY, PROGRESSIVE AMERICAN INSURANCE COMPANY, FIDELITY AND CASUALTY COMPANY OF NEW YORK, THE CONTINENTAL INSURANCE COMPANY, INTEGON

7090-00100 332370.1

2

ATLAS PEARLMAN
P.A.
ATTORNEYS AT LAW

Master File No. 00-6061-CIV-FERGUSON/SNOW

NATIONAL INSURANCE COMPANY, INTEGON GENERAL INSURANCE COMPANY, PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, AMERICAN INTERNATIONAL INSURANCE COMPANY AND AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY, respectively, and any of their subsidiaries, predecessors, parent corporations, agents or employees.

2.      The singular shall include the plural and vice versa; the terms "and" or "or" shall be both conjunctive and disjunctive; and the term "including" means "including without limitation".

3.      "Date" shall mean the exact date, month and year, if ascertainable or, if not, the best approximation of the date (based upon relationship with other events).

4.      "Agent" shall mean: any agent, employee, officer, director, attorney, independent contractor or any other person acting at the direction of or on behalf of another.

5.      "Person" shall mean any individual, corporation, proprietorship, partnership, trust, association or any other entity.

6.      The words "pertain to" or "pertaining to" mean: relates to, refers to, contains, concerns, describes, embodies, mentions, constitutes, constituting, supports, corroborates, demonstrates, proves, evidences, shows, refutes, disputes, rebuts, controverts or contradicts.

7.      The term "third party" or "third parties" refers to individuals or entities that are not a party to this action.

8.      This "Action" means the respective applicable case pending in the Southern District of Florida entitled:

        a.      Dr. Paul Zidel v. Allstate Insurance Company, Case No. 00-6061-CIV-FERGUSON/SNOW;



Master File No. 00-6061-CIV-FERGUSON/SNOW

b.     <u>Keith Brickell, D.C. v. Progressive Express Insurance Company, Progressive Consumers Insurance Company, Progressive Bayside Insurance Company, Progressive Bayside Insurance Company, Beach Street Corporation, and ADP Integrated Medical Solutions, Inc.</u>, Case No. 00-6649-CIV-FERGUSON/SNOW;

c.     <u>Marc J. Browner, D.C. v. Allstate Indemnity Company, Beach Street Corporation, and ADP Integrated Medical Solutions, Inc.</u>, Case No. 00-7163-CIV-FERGUSON/SNOW;

d.     <u>Salvatore D. Larusso, D.C. v. Liberty Mutual Insurance Company and Community Care Network, Inc.</u>, Case No. 00-7692-CIV-FERGUSON/SNOW;

e.     <u>Salvatore D. Larusso, D.C. v. Florida Farm Bureau</u>, Case No. 01-8110-CIV-FERGUSON/SNOW;

f.     <u>Salvatore D. Larusso, D.C. v. ITT Hartford Life and Annuity Insurance Company</u>, Case No. 01-8111-CIV-FERGUSON/SNOW;

g.     <u>Salvatore D. Larusso, D.C. v. Nationwide Insurance Company of America</u>, Case No. 01-8109-CIV-FERGUSON/SNOW;

h.     <u>The Chiropractic Centre Inc. v. Superior Insurance Company</u>, Case No. 01-6782-CIV-FERGUSON/SNOW;

i.     <u>The Chiropractic Centre Inc. v. Metropolitan Casualty Insurance Company</u>, Case No. 01-6783-CIV-FERGUSON/SNOW;

j.     <u>Ultra Open MRI Corporation v. Deerbrook Insurance Company</u>, Case No. 01-6777-CIV-FERGUSON/SNOW;



   k. <u>Ultra Open MRI Corporation v. Progressive American Insurance Company</u>, Case No. 01-6776-CIV-FERGUSON/SNOW;

   l. <u>Ultra Open MRI Corporation v. Fidelity and Casualty Company of New York and The Continental Insurance Company</u>, Case No. 01-6779-CIV-FERGUSON/SNOW;

   m. <u>Ultra Open MRI Corporation v. Integon National Insurance Company v. Integon General Insurance Company</u>, Case No. 01-6780-CIV-FERGUSON/SNOW;

   n. <u>Ultra Open MRI Corporation v. Prudential Property and Casualty Insurance Company</u>, Case No. 01-6778-CIV-FERGUSON/SNOW;

   o. <u>Mote Wellness & Rehab, Inc. v. American International Insurance Company and American International South Insurance Company</u>, Case No. 01-CV-8549-CIV-FERGUSON/SNOW.

   9. The word "identify," when used in reference to a document, means and includes the name and address of the custodian of the document, the location of the document, and a general description of the document, including (1) the type of document (i.e., correspondence, memorandum, facsimile etc.); (2) the general subject matter of the document; (3) the date of the document; (4) the author of the document; (5) the addressee of the document; and (6) the relationship of the author and addressee to each other.

   10. "Document" means any written or graphic matter or other means of preserving thought or expression, and all tangible things from which information can be processed or transcribed, including the originals and all non-identical copies, whether different from the original by reason of any notation made on such copy or otherwise, including, but not limited to, correspondence, memoranda, e-mails, notes, messages, letters, telegraphs, teletype, telefax bulletins,



meetings, or other communications, interoffice and interoffice telephone calls, diaries, chronological data, minutes, books, reports, charts, ledgers, invoices, work-sheets, receipts, returns, computer printouts, prospectuses, financial statements, schedules, affidavits, contracts, cancelled checks, transcripts, statistics, surveys, magazine or newspaper articles, releases (and any and all drafts, alterations and modifications, changes and amendments of any of the foregoing), graphs or aural records or representations of any kind, including without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recordings, motion pictures and electronic, mechanical or electric recordings or representations of any kind (including without limitation, tapes, cassettes, discs and recordings).

11.     "Communications" means any oral or written statement, dialogue, colloquy, discussion, conversation and agreement.

12.     The term "all documents" means every document or group of documents or communication as above defined known to you, and every such document or communication which can be located or discovered by reasonably diligent efforts.

13.     As used herein, the singular and masculine form of noun and pronoun shall embrace, and be read and applied as, the plural or feminine or neuter, as circumstances may make appropriate.

14.     Unless otherwise stated, these Requests only pertain to policies and/or contracts entered into in Florida or under Florida law.

15.     Unless otherwise stated, the time period for these Requests is from January 1, 1991 through the present.

16.     "Preferred Provider Organization" means Community Care Network, Inc. n/k/a CCN Managed Care, Inc., Beach Street Corporation, Medview Services, Inc., Sun Health Plans, and any

6



other entity that has entered into contracts with healthcare providers that reduce the amounts to be paid for Florida personal injury protection benefits claims.

17.     If you object to fully identifying a document or oral communication because of a privilege, you must nevertheless provide the following information pursuant to S.D. Fla. L.R. 26.1.G.6.(b), unless divulging the information would disclose the privileged information:

(1)     the nature of the privilege claimed (including work product);

(2)     if the privilege is being asserted in connection with a claim or defense governed by state law, the state privilege rule being invoked;

(3)     the date of the document or oral communication;

(4)     if a document: its type (correspondence, memorandum, facsimile etc), custodian, location, and such other information sufficient to identify the document for a subpoena duces tecum or a document request, including where appropriate the author, the addressee, and, if not apparent, the relationship between the author and addressee;

(5)     if an oral communication: the place where it was made, the names of the persons present while it was made, and, if not apparent, the relationship of the persons present to the declarant; and

(6)     the general subject matter of the document or oral communication.

You are under a continuous obligation to supplement your answers to these interrogatories under the circumstances specified in Fed.R.Civ.P. 26(e).



Master File No. 00-6061-CIV-FERGUSON/SNOW

## <u>REQUESTED DOCUMENTS</u>

1.    Any and all documents pertaining to correspondence or communications between you and any preferred provider organization pertaining to the payment of personal injury protection benefits claims at reduced rates.

2.    Any and all documents pertaining to correspondence or communications between you and any Class Plaintiff.

3.    Any and all documents pertaining to correspondence or communications between any preferred provider organization and any Class Plaintiff.

4.    Any and all documents pertaining to your internal communications or memoranda relating to any preferred provider organization, any preferred provider organization Affiliated Health Plan, and any plan, project, idea or proposal relating to paying personal injury protection benefits medical expenses in Florida at reduced or agreed upon rates.

5.    Any and all documents pertaining to preferred provider organization internal communications relating to you.

6.    Any and all documents pertaining to agreements or contracts between you and any preferred provider organization.

7.    Any and all documents pertaining to agreements or contracts between you and any Class Plaintiff.

8.    Any and all documents pertaining to agreements or contracts between any preferred provider organization and any Class Plaintiff.



Master File No. 00-6061-CIV-FERGUSON/SNOW

9.    Any and all documents pertaining to contracts between any preferred provider organization and any healthcare provider whose bills were reduced by you based on preferred provider organization rates.

10.    Any and all documents pertaining to documents provided to you by any preferred provider organization, including any solicitation materials, advertising materials, projections, estimates and/or offers prior to the time you and any preferred provider organization entered into any agreements relating in any way to personal injury protection benefits medical expenses.

11.    Any and all documents pertaining to your use of preferred provider organization rates when paying personal injury protection benefits medical expenses.

12.    Any and all documents pertaining to projections, analyses, or other materials relating to your profits, savings, or earnings based upon your agreement with any preferred provider organization or your use of any preferred provider organization's rates.

13.    Any and all documents pertaining to projections, analyses, or other materials relating to the number of claimants who would choose a healthcare provider that was part of a preferred provider organization without being steered, directed, or referred to any such healthcare provider.

14.    Any and all documents pertaining to studies, tests, comparisons, pilot programs, reviews, assessments, analyses, audits, estimates, projections or data compilations of any kind analyzing, discussing, or referencing the advantages, disadvantages, feasability, legality, propriety or validity of your use of reduced rates or preferred provider organization's rates when making payments for personal injury protection benefits medical expenses.



15.    Any and all documents pertaining to the number of healthcare providers under a preferred provider organizations contract to whom automobile claimants were steered, directed, or referred by preferred provider organizations or you.

16.    Any and all documents pertaining to any referral or steerage mechanisms created by you to encourage your insureds to use any preferred provider organization's providers.

17.    Any and all documents pertaining to financial incentives established by any preferred provider organization or you to encourage, direct, refer or steer your insureds to preferred provider organization healthcare providers.

18.    Any and all documents pertaining to the consideration provided by you to healthcare providers in exchange for your applying the preferred provider organization rates to personal injury protection benefits medical expenses.

19.    Any and all documents pertaining to the standard identification cards issued by you to your insureds as part of your relationship with any preferred provider organization.

20.    Any and all documents pertaining to any preferred provider organization's provider lists from 1996 to the present.

21.    Any and all documents pertaining to Professional Care Provider Agreements (including the exhibits to the contracts) utilized by preferred provider organization from 1996 to the present.

22.    Any and all documents pertaining to correspondence or communications from you or any preferred provider organization to any and all preferred provider organization healthcare providers pertaining to your use of preferred provider organization rates.



Master File No. 00-6061-CIV-FERGUSON/SNOW

23. Any and all documents pertaining to complaints, formal or informal, made by any preferred provider organization healthcare providers relating to the application of preferred provider organization's rates to personal injury protection benefits medical expense claims.

24. Any and all documents pertaining to the retroactive application of preferred provider organization's healthcare provider rates to your personal injury protection benefits medical expense claims.

25. Any and all documents pertaining to manuals, memoranda, files, and other documents which in any way pertain to the policies, procedures, and practices for the review and processing of personal injury protection benefits medical expense claims by any preferred provider organization.

26. Any and all documents pertaining to manuals, memoranda, files, and other documents which in any way pertain to the policies, procedures, and practices for the review and processing of personal injury protection benefits medical expense claims by you at preferred provider organization's healthcare provider rates.

27. Any and all documents pertaining to correspondence or communications between you and the Florida Department of Insurance relating to your payment of personal injury protection benefits medical expense claims at preferred provider organization's healthcare provider rates or at reduced rates based on an agreement between you and any healthcare provider or preferred provider organization.

28. Any and all documents pertaining to summaries or lists of all healthcare providers in Florida that are or were members of the preferred provider organization network.



Master File No. 00-6061-CIV-FERGUSON/SNOW

29.    Any and all documents pertaining to a) the names and addresses of healthcare providers whose bills were discounted by you based on preferred provider organization's rates; b) the dates of the discounted payments; c) the amounts of the discounts; d) the amounts paid by you; and e) the compensation received by preferred provider organization as a result of the discounts.

30.    Any and all documents utilized by you to determine if a healthcare provider in Florida was or is a member of a preferred provider organization network.

31.    Any and all documents utilized by you to determine if a healthcare provider in Florida had or has a direct contract with you pertaining to the amount a healthcare provider will accept for certain services.

32.    Any and all documents pertaining to the amount of compensation paid by you to any preferred provider organization pursuant to any agreement between you and any preferred provider organization.



Master File No. 00-6061-CIV-FERGUSON/SNOW

33.    Any and all documents which pertain to silent PPOs, wrap-around PPOs, managed

indemnity plans, back door PPOs, soft channeling, directed PPOs and non-directed PPOs.

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
    JAN DOUGLAS ATLAS
    Florida Bar No. 226246

By: _____
    ERIC LEE
    Florida Bar No. 961299

By: _____
    ROBIN CORWIN CAMPBELL
    Florida Bar No. 327931

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

ATLAS PEARLMAN
P.A.
ATTORNEYS AT LAW

Master File No. 00-6061-CIV-FERGUSON/SNOW

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 1611
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 3rd day of October, 2001 upon: all individuals on the attached service list.

ERIC LEE



## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/03/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Eric Lee, Esq.
lee@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphilips@gpandg.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

ATLAS PEARLMAN
ATTORNEYS AT LAW

7090-00100 318823.1

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
5300 Bank of America Center
Post Office Box 4099
Jacksonville, FL 32202-4099
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile



**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lola M. Swaby, Esq.
lswaby@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS
& ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.

_____/



## CLASS PLAINTIFFS' CONSOLIDATED INTERROGATORIES TO INSURANCE COMPANY DEFENDANTS

Class Plaintiffs DR. PAUL ZIDEL, KEITH BRICKELL, D.C., MARC J. BROWNER, D.C.,

SALVATORE D. LARUSSO, D.C., THE CHIROPRACTIC CENTRE, INC., ULTRA OPEN MRI

CORPORATION, and MOTE WELLNESS & REHAB, INC. ("Class Plaintiffs"), on behalf of

themselves and all other similarly situated, by their undersigned counsel, pursuant to Federal Rule

of Civil Procedure 33, hereby propound the following Interrogatories upon Defendants: ALLSTATE

INSURANCE COMPANY, PROGRESSIVE EXPRESS INSURANCE COMPANY,

PROGRESSIVE CONSUMERS INSURANCE COMPANY, PROGRESSIVE BAYSIDE

INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, LIBERTY MUTUAL

INSURANCE COMPANY, FLORIDA FARM BUREAU, ITT HARTFORD LIFE AND ANNUITY

INSURANCE COMPANY, NATIONWIDE INSURANCE COMPANY OF AMERICA,

SUPERIOR INSURANCE COMPANY, METROPOLITAN CASUALTY INSURANCE

COMPANY, DEERBROOK INSURANCE COMPANY, PROGRESSIVE AMERICAN

7090-00100 332319.1



INSURANCE COMPANY, FIDELITY AND CASUALTY COMPANY OF NEW YORK, THE

CONTINENTAL INSURANCE COMPANY, INTEGON NATIONAL INSURANCE COMPANY,

INTEGON GENERAL INSURANCE COMPANY, PRUDENTIAL PROPERTY AND

CASUALTY INSURANCE COMPANY, AMERICAN INTERNATIONAL INSURANCE

COMPANY AND AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,

respectively, and request that they be answered separately, fully, and under oath within 30 days of

service. Class Plaintiffs are serving these Consolidated Interrogatories upon each respective

Defendant and request that each respective Defendant separately answer the Interrogatories as if the

Class Plaintiff from the specific action served separate Interrogatories.

## DEFINITIONS AND INSTRUCTIONS

1.    The words "you," "yours," "yourself" and/or "yourselves" means Defendants

ALLSTATE INSURANCE COMPANY, PROGRESSIVE EXPRESS INSURANCE COMPANY,

PROGRESSIVE CONSUMERS INSURANCE COMPANY, PROGRESSIVE BAYSIDE

INSURANCE COMPANY, BEACH STREET CORPORATION, ADP INTEGRATED MEDICAL

SOLUTIONS, INC., ALLSTATE INDEMNITY COMPANY, LIBERTY MUTUAL INSURANCE

COMPANY, COMMUNITY CARE NETWORK, INC., FLORIDA FARM BUREAU, ITT

HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, NATIONWIDE INSURANCE

COMPANY OF AMERICA, SUPERIOR INSURANCE COMPANY, METROPOLITAN

CASUALTY INSURANCE COMPANY, DEERBROOK INSURANCE COMPANY,

PROGRESSIVE AMERICAN INSURANCE COMPANY, FIDELITY AND CASUALTY

COMPANY OF NEW YORK, THE CONTINENTAL INSURANCE COMPANY, INTEGON

ATLAS PEARLMAN
P.A.
ATTORNEYS AT LAW

CASE NO. 00-6061-CIV-FERGUSON/SNOW

NATIONAL INSURANCE COMPANY, INTEGON GENERAL INSURANCE COMPANY, PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, AMERICAN INTERNATIONAL INSURANCE COMPANY AND AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY, respectively, and any of their subsidiaries, predecessors, parent corporations, agents or employees.

2.      The singular shall include the plural and vice versa; the terms "and" or "or" shall be both conjunctive and disjunctive; and the term "including" means "including without limitation".

3.      "Date" shall mean the exact date, month and year, if ascertainable or, if not, the best approximation of the date (based upon relationship with other events).

4.      "Agent" shall mean: any agent, employee, officer, director, attorney, independent contractor or any other person acting at the direction of or on behalf of another.

5.      "Person" shall mean any individual, corporation, proprietorship, partnership, trust, association or any other entity.

6.      The words "pertain to" or "pertaining to" mean: relates to, refers to, contains, concerns, describes, embodies, mentions, constitutes, constituting, supports, corroborates, demonstrates, proves, evidences, shows, refutes, disputes, rebuts, controverts or contradicts.

7.      The term "third party" or "third parties" refers to individuals or entities that are not a party to this action.

8.      This "Action" means the respective applicable case pending in the Southern District of Florida entitled:



CASE NO. 00-6061-CIV-FERGUSON/SNOW

a.      Dr. Paul Zidel v. Allstate Insurance Company, Case No. 00-6061-CIV-FERGUSON/SNOW;

b.      Keith Brickell, D.C. v. Progressive Express Insurance Company, Progressive Consumers Insurance Company, Progressive Bayside Insurance Company, Progressive Bayside Insurance Company, Beach Street Corporation, and ADP Integrated Medical Solutions, Inc., Case No. 00-6649-CIV-FERGUSON/SNOW;

c.      Marc J. Browner, D.C. v. Allstate Indemnity Company, Beach Street Corporation, and ADP Integrated Medical Solutions, Inc., Case No. 00-7163-CIV-FERGUSON/SNOW;

d.      Salvatore D. Larusso, D.C. v. Liberty Mutual Insurance Company and Community Care Network, Inc., Case No. 00-7692-CIV-FERGUSON/SNOW;

e.      Salvatore D. Larusso, D.C. v. Florida Farm Bureau, Case No. 01-8110-CIV-FERGUSON/SNOW;

f.      Salvatore D. Larusso, D.C. v. ITT Hartford Life and Annuity Insurance Company, Case No. 01-8111-CIV-FERGUSON/SNOW;

g.      Salvatore D. Larusso, D.C. v. Nationwide Insurance Company of America, Case No. 01-8109-CIV-FERGUSON/SNOW;

h.      The Chiropractic Centre Inc. v. Superior Insurance Company, Case No. 01-6782-CIV-FERGUSON/SNOW;

i.      The Chiropractic Centre Inc. v. Metropolitan Casualty Insurance Company, Case No. 01-6783-CIV-FERGUSON/SNOW;

ATLAS PEARLMAN
ATTORNEYS AT LAW

CASE NO. 00-6061-CIV-FERGUSON/SNOW

j.     Ultra Open MRI Corporation v. Deerbrook Insurance Company, Case No. 01-6777-CIV-FERGUSON/SNOW;

k.     Ultra Open MRI Corporation v. Progressive American Insurance Company, Case No. 01-6776-CIV-FERGUSON/SNOW;

l.     Ultra Open MRI Corporation v. Fidelity and Casualty Company of New York and The Continental Insurance Company, Case No. 01-6779-CIV-FERGUSON/SNOW;

m.     Ultra Open MRI Corporation v. Integon National Insurance Company v. Integon General Insurance Company, Case No. 01-6780-CIV-FERGUSON/SNOW;

n.     Ultra Open MRI Corporation v. Prudential Property and Casualty Insurance Company, Case No. 01-6778-CIV-FERGUSON/SNOW;

o.     Mote Wellness & Rehab, Inc. v. American International Insurance Company and American International South Insurance Company, Case No. 01-CV-8549-CIV-FERGUSON/SNOW.

9.     The word "identify," when used in reference to a document, means and includes the name and address of the custodian of the document, the location of the document, and a general description of the document, including (1) the type of document (i.e., correspondence, memorandum, facsimile etc.); (2) the general subject matter of the document; (3) the date of the document; (4) the author of the document; (5) the addressee of the document; and (6) the relationship of the author and addressee to each other.

10.     "Document" means any written or graphic matter or other means of preserving thought or expression, and all tangible things from which information can be processed or



transcribed, including the originals and all non-identical copies, whether different from the original by reason of any notation made on such copy or otherwise, including, but not limited to, correspondence, memoranda, e-mails, notes, messages, letters, telegraphs, teletype, telefax bulletins, meetings, or other communications, interoffice and interoffice telephone calls, diaries, chronological data, minutes, books, reports, charts, ledgers, invoices, work-sheets, receipts, returns, computer printouts, prospectuses, financial statements, schedules, affidavits, contracts, cancelled checks, transcripts, statistics, surveys, magazine or newspaper articles, releases (and any and all drafts, alterations and modifications, changes and amendments of any of the foregoing), graphs or aural records or representations of any kind, including without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recordings, motion pictures and electronic, mechanical or electric recordings or representations of any kind (including without limitation, tapes, cassettes, discs and recordings).

11.     "Communications" means any oral or written statement, dialogue, colloquy, discussion, conversation and agreement.

12.     The term "all documents" means every document or group of documents or communication as above defined known to you, and every such document or communication which can be located or discovered by reasonably diligent efforts.

13.     As used herein, the singular and masculine form of noun and pronoun shall embrace, and be read and applied as, the plural or feminine or neuter, as circumstances may make appropriate.

14.     Unless otherwise stated, these Interrogatories only pertain to policies and/or contracts entered into in Florida or under Florida law.



CASE NO. 00-6061-CIV-FERGUSON/SNOW

15.     Unless otherwise stated, the time period for these Interrogatories is from January 1, 1991 through the present.

16.     "Preferred Provider Organization" means Community Care Network, Inc. n/k/a CCN Managed Care, Inc., Beach Street Corporation, Medview Services, Inc., Sun Health Plans, and any other entity that has entered into contracts with healthcare providers that reduce the amounts to be paid for Florida personal injury protection benefits claims.

17.     If you object to fully identifying a document or oral communication because of a privilege, you must nevertheless provide the following information pursuant to S.D. Fla. L.R. 26.1.G.6.(b), unless divulging the information would disclose the privileged information:

    (1)     the nature of the privilege claimed (including work product);

    (2)     if the privilege is being asserted in connection with a claim or defense governed by state law, the state privilege rule being invoked;

    (3)     the date of the document or oral communication;

    (4)     if a document: its type (correspondence, memorandum, facsimile etc), custodian, location, and such other information sufficient to identify the document for a subpoena duces tecum or a document request, including where appropriate the author, the addressee, and, if not apparent, the relationship between the author and addressee;

    (5)     if an oral communication: the place where it was made, the names of the persons present while it was made, and, if not apparent, the relationship of the persons present to the declarant; and

    (6)     the general subject matter of the document or oral communication.

ATLAS PEARLMAN
ATTORNEYS AT LAW

CASE NO. 00-6061-CIV-FERGUSON/SNOW

You are under a continuous obligation to supplement your answers to these interrogatories under the circumstances specified in Fed.R.Civ.P. 26(e).

## INTERROGATORIES

1.    Please provide the name, address, telephone number, place of employment and job title of any person who has, claims to have or whom you believe may have knowledge or information pertaining to any fact alleged in the pleadings (as defined in Fed. R. Civ. P. 7(a)) filed in this action, or any fact underlying the subject matter of this action.

2.    Please state the specific nature and substance of the knowledge that you believe the person(s) identified in your response to Interrogatory No. 1 may have.

3.    Please provide the name of each person whom you may use as an expert witness at trial.

4.    Please state in detail the substance of the opinions to be provided by each person whom you may use as an expert witness at trial.

5.    Please state each item of damage that you claim, whether as an affirmative claim or as a setoff, and include in your answer, the count or defense to which the item of damages relates, the category into which each item of damages falls, i.e. general damages, special or consequential damages (such as lost profits), interest, and any other relevant categories; the factual basis for each item of damages; and an explanation of how you computed each item of damages, including any mathematical formula used.

6.    Please identify each document pertaining to each item of damages stated in your response to Interrogatory No. "5" above.

7090-00100 332319.1                           8

ATLAS PEARLMAN
ATTORNEYS AT LAW

7.    Please identify each document (including pertinent insurance agreements) pertaining to any fact alleged in any pleading (as defined in Fed. R. Civ. P. 7(a)) filed in this action.

8.    Identify all contracts between you and any licensed healthcare providers for the benefits described in Section 627.736, Florida Statutes.

9.    Identify all insurance contracts issued by you which, at the time of purchase of the policy, provided an option to an insured to use a preferred provider for personal injury protection benefits.

10.    Identify all contracts between you and any Preferred Provider Organization pertaining to the benefits described in Section 627.736, Florida Statutes.

11.    Identify all preferred provider insurance policies issued by you.

12.    Identify all rosters of preferred providers maintained by you.

13.    Identify all agreements or contracts entered into between you and any third party relating to the payment of personal injury protection benefits claims.

14.    Identify all methods, programs, and policies established by you to steer, direct, or otherwise cause any insured to seek treatment from a healthcare provider that agreed to accept reduced payments for services.

15.    Identify the amount of money realized or saved by you as a result of your utilization of preferred provider reductions on personal injury protection benefits claims broken down by month and year.

16.    Identify all employees, consultants, independent contractors or agents involved in your discussions and/or negotiations with any entity with which you entered into a contract with



CASE NO. 00-6061-CIV-FERGUSON/SNOW

pertaining to reductions or contractual rates for the payment of personal injury protection benefits

claims.

17.    Identify all lawsuits filed against you by any healthcare provider or insured pertaining

to your reduction of personal injury protection benefits claims pursuant to a contract or fee schedule.

**UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING ANSWERS TO INTERROGATORIES AND THE FACTS STATED THEREIN ARE TRUE AND CORRECT.**

_____

By:_____

Its:_____

STATE OF _____    )
                                )SS:
COUNTY OF _____    )

The foregoing instrument was acknowledged before me this _____ day of _____, 2001 by _____ as _____ of _____ _____, on behalf of the corporation. He or she is personally known to me or has produced _____ as identification and did/did not take an oath.

Notary Public:

sign_____

print_____
        State of _____ at Large (Seal)
        My Commission Expires:



CASE NO. 00-6061-CIV-FERGUSON/SNOW

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
JAN DOUGLAS ATLAS
Florida Bar No. 226246

By: _____
ERIC LEE
Florida Bar No. 961299

By: _____
ROBIN CORWIN CAMPBELL
Florida Bar No. 327931

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

7090-00100 332319.1

11

ATLAS PEARLMAN
P.A.
ATTORNEYS AT LAW

CASE NO. 00-6061-CIV-FERGUSON/SNOW

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 1611
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 3rd day of October, 2001 upon: all individuals on the attached service list.

ERIC LEE

ATLAS PEARLMAN
ATTORNEYS AT LAW

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/03/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Eric Lee, Esq.
lee@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphilips@gpandg.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

ATLAS PEARLMAN
ATTORNEYS AT LAW

7090-00100 318823.1

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
5300 Bank of America Center
Post Office Box 4099
Jacksonville, FL 32202-4099
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

ATLAS PEARLMAN
ATTORNEYS AT LAW P.A.

Counsel for:
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lola M. Swaby, Esq.
lswaby@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS
& ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

ATLAS PEARLMAN
ATTORNEYS AT LAW

# COMPOSITE EXHIBIT
# B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW
(Consolidated)

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

     Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

     Defendants.

_____/



### NOTICE OF TAKING CORPORATE DEPOSITIONS

TO:    ALL COUNSEL ON THE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that the undersigned attorneys will take the depositions of:

| NAME | DATE AND TIME | PLACE |
|------|---------------|-------|
| JUAN ANDRADE | 12/21/01 9:00 a.m. | Michael Musetta & Assoc. |
| MICHAEL CRONIN | 12/21/01 2:00 p.m. | 1 Tampa City Circle |
| MICHAEL HANNERTY | 12/27/01 9:00 a.m. | 201 N. Franklin Street |
| DON MATHEWS | 12/27/01 1:00 p.m. | Suite 2880 |
| SUSAN DEAL | 12/27/01 3:00 p.m. | Tampa, FL 33602 |
| | | |
| TONI BOYD | 12/10/01 11:00 a.m. | Gold & Coulson |
| BILLIE COHEN | 12/10/01 9:00 a.m. | 11 S. LaSalle Street |
| WADE FAIRCHILD | 12/10/01 2:00 p.m. | Suite 2500 |
| DORI MCMAHON | 12/10/01 4:00 p.m. | Chicago, IL 60603 |
| GARY MELLINI | 12/11/01 9:00 a.m. | |
| ELLEN NEARY | 12/11/01 11:00 a.m. | |
| JIM OSBORNE | 12/11/01 2:00 p.m. | |
| SUZETTE OUBRE | 12/11/01 4:00 p.m. | |

7090-00100 335929.1

ATLAS PEARLMAN
P.A.
ATTORNEYS AT LAW

CASE NO. 00-6061-CIV-FERGUSON/SNOW

| | | |
|---|---|---|
| BILL HALE | 1/23/02 9:00 a.m. | Veritext California |
| JOE RADIGAN | 1/23/02 2:00 p.m. | 3090 Bristol Street |
| | | Costa Mesa, CA 92626 |
| | | |
| GAVIN MESHAD | 12/4/01 10:00 a.m. | JWM Management |
| | | 401 Cattleman Road |
| | | Sarasota, FL |

upon oral examination before a court reporter, notary public, or any other officer authorized by law to take depositions.

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
    ERIC LEE
    Florida Bar No. 961299

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

ATLAS PEARLMAN P.A.
ATTORNEYS AT LAW

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 2510
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 23rd day of October, 2001 upon: all individuals on the attached service list.

ERIC LEE

ATLAS PEARLMAN
ATTORNEYS AT LAW

**MASTER SERVICE LIST**
**(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)**
(Updated 10/19/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

ATLAS PEARLMAN
ATTORNEYS AT LAW

**Counsel for Beech Street and ADP**

TEW, CARDENAS,et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL  32202
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile



**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lola M. Swaby, Esq.
lswaby@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS
& ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

ATLAS PEARLMAN
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW
(Consolidated)



DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

     Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

     Defendants.

_____/



## NOTICE OF TAKING CORPORATE DEPOSITIONS

TO:    ALL COUNSEL ON THE ATTACHED SERVICE LIST

    PLEASE TAKE NOTICE that the undersigned attorneys will take the depositions of the corporate representatives designated under Federal Rule of Civil Procedure 30(b)(6) with the most knowledge of:

1.     The Defendant's solicitation by, discussions with, and agreements with any PPO;

2.     The Defendant's payment of personal injury protection benefits claims at reduced or preferred provider rates;

3.     The Defendant's automobile insurance policies;

4.     The processing of personal injury protection benefits claims at reduced or preferred provider rates;

5.     Any negotiations or discussions with health care providers, insurance companies, or preferred provider organizations relating to the payment of personal injury benefits claims at reduced or preferred provider rates.

6.     Any agreements the Defendant entered into with health care providers relating to the payment of personal injury benefits claims at reduced or preferred provider rates.

7091-00100 335626.1

ATLAS PEARLMAN
P.A.
ATTORNEYS AT LAW

CASE NO. 00-6061-CIV-FERGUSON/SNOW

The information sought is limited to payments made under Florida Automobile Insurance policies.

| NAME: | DATE AND TIME: | PLACE |
|---|---|---|
| ALLSTATE INSURANCE COMPANY | 11/27/01 9:00 a.m. | Gold & Coulson<br>11 S. LaSalle Street<br>Suite 2500<br>Chicago, IL 60603 |
| ALLSTATE INDEMNITY COMPANY | 11/28/01 9:00 a.m. | Gold & Coulson<br>11 S. LaSalle Street<br>Suite 2500<br>Chicago, IL 60603 |
| COMMUNITY CARE NETWORK, INC. | 1/17/02 10:00 a.m. | Veritext California<br>402 West Broadway<br>4th Floor<br>San Diego, CA 92101 |
| PROGRESSIVE EXPRESS INSURANCE COMPANY | 12/12/01 10:00 a.m. | Michael Musetta & Assoc.<br>1 Tampa City Circle<br>201 N. Franklin Street<br>Suite 2880<br>Tampa, FL 33602 |
| PROGRESSIVE CONSUMERS INSURANCE COMPANY | 12/12/01 2:00 p.m. | Michael Musetta & Assoc.<br>1 Tampa City Circle<br>201 N. Franklin Street<br>Suite 2880<br>Tampa, FL 33602 |
| PROGRESSIVE BAYSIDE INSURANCE COMPANY | 12/13/01 10:00 a.m. | Michael Musetta & Assoc.<br>1 Tampa City Circle<br>201 N. Franklin Street<br>Suite 2880<br>Tampa, FL 33602 |





CASE NO. 00-6061-CIV-FERGUSON/SNOW

| | | |
|---|---|---|
| PROGRESSIVE AMERICAN INSURANCE COMPANY | 12/13/01 2:00 p.m. | Michael Musetta & Assoc. 1 Tampa City Circle 201 N. Franklin Street Suite 2880 Tampa, FL 33602 |
| BEECH STREET CORPORATION | 1/22/02 9:00 a.m. | Veritext California 3090 Bristol Street Suite 190 Costa Mesa, CA |
| ADP INTEGRATED MEDICAL SOLUTIONS, INC. | 1/16/02 9:00 a.m. | Lee & Amtzis, P.A. 260 Christopher Lane Staten Island, New York 10314 |
| LIBERTY MUTUAL INSURANCE COMPANY | 11/16/01 10:00 a.m. | Phillips & Garcia 13 Ventura Drive North Darthmouth, MA 02747 |
| DEERBROOK INSURANCE COMPANY | 11/28/01 1:00 p.m. | Gold & Coulson 11 S. LaSalle Street Suite 2500 Chicago, IL 60603 |
| PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY | 1/9/02 10:00 a.m. | Lee & Amtzis, P.A. 260 Christopher Lane Staten Island, New York 10314 |
| FIDELITY AND CASUALTY COMPANY OF NEW YORK | 1/10/02 10:00 a.m. | Lee & Amtzis, P.A. 260 Christopher Lane Staten Island, New York 10314 |
| THE CONTINENTAL INSURANCE COMPANY | 1/11/02 10:00 a.m. | Lee & Amtzis, P.A. 260 Christopher Lane Staten Island, New York 10314 |
| INTEGON NATIONAL COMPANY | 12/4/01 11:00 a.m. | Spherion Court Reporting 200 West 2nd Street Winston Salem, NC 27101 |

ATLAS PEARLMAN
ATTORNEYS AT LAW



CASE NO. 00-6061-CIV-FERGUSON/SNOW

| | | |
|---|---|---|
| INTEGON GENERAL<br>INSURANCE COMPANY | 12/4/01 11:00 a.m. | Spherion Court Reporting<br>200 West 2nd Street<br>Winston Salem, NC 27101 |
| SUPERIOR INSURANCE<br>COMPANY | 12/20/01 10:00 a.m. | Michael Musetta & Assoc.<br>1 Tampa City Circle<br>201 N. Franklin Street<br>Suite 2880<br>Tampa, FL 33602 |
| METROPOLITAN CASUALTY<br>INSURANCE COMPANY | 12/10/01 10:00 a.m. | Reporting Associates<br>10 Dorrance Street<br>Suite 220<br>Providence, RI 02903 |
| NATIONWIDE MUTUAL<br>INSURANCE COMPANY | 12/19/01 10:00 a.m. | Armstrong & Okey, Inc.<br>326 South High Street<br>Annex<br>Columbus, OH 43215 |
| FLORIDA FARM BUREAU<br>INSURANCE COMPANY | 11/19/01 9:00 a.m. | Van Landingham,<br>Durscher, et al.<br>201 S.E. 2nd Avenue<br>Gainesville, FL 32601 |
| HARTFORD INSURANCE<br>INSURANCE COMPANY<br>OF THE MIDWEST | 12/5/01 10:00 a.m. | Cunningham Group<br>Reporting<br>111 Gillett Street<br>Hartford, CT 06105 |
| AMERICAN INTERNATIONAL<br>INSURANCE COMPANY | 1/5/02 9:00 a.m. | Lee & Amtzis, P.A.<br>260 Christopher Lane<br>Staten Island, New York 10314 |
| AMERICAN INTERNATIONAL<br>SOUTH INSURANCE COMPANY | 1/5/02 2:00 p.m. | Lee & Amtzis, P.A.<br>260 Christopher Lane<br>Staten Island, New York 10314 |

upon oral examination before a court reporter, notary public, or any other officer authorized by law to take depositions.



CASE NO. 00-6061-CIV-FERGUSON/SNOW

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
(954) 763-1200
(954) 766-7800 Facsimile

By:_____
   ERIC LEE
   Florida Bar No. 961299

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 2510
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

ATLAS PEARLMAN
ATTORNEYS AT LAW

CASE NO. 00-6061-CIV-FERGUSON/SNOW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

mail this **23rd** day of October, 2001 upon: all individuals on the attached service list.

ERIC/LEE



### MASTER SERVICE LIST
**(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)**
(Updated 10/19/01)

#### Co-Lead Counsel for Plaintiffs

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

#### Co-Counsel for Plaintiffs

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

ATLAS PEARLMAN
ATTORNEYS AT LAW

**Counsel for Beech Street and ADP**

TEW, CARDENAS,et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile



**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lola M. Swaby, Esq.
lswaby@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS
& ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

ATLAS PEARLMAN
ATTORNEYS AT LAW

7090-00100 318823.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW
(Consolidated)

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

     Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

     Defendants.

_____/



OCT 2 9 2001

## **RE-NOTICE OF TAKING CORPORATE DEPOSITIONS**
(Changes date of American International Insurance Company
and American International South Insurance Company Only)

TO:    ALL COUNSEL ON THE ATTACHED SERVICE LIST

     PLEASE TAKE NOTICE that the undersigned attorneys will take the depositions of the corporate representatives designated under Federal Rule of Civil Procedure 30(b)(6) with the most knowledge of:

1.    The Defendant's solicitation by, discussions with, and agreements with any PPO;

2.    The Defendant's payment of personal injury protection benefits claims at reduced or preferred provider rates;

3.    The Defendant's automobile insurance policies;

4.    The processing of personal injury protection benefits claims at reduced or preferred provider rates;

5.    Any negotiations or discussions with health care providers, insurance companies, or preferred provider organizations relating to the payment of personal injury benefits claims at reduced or preferred provider rates.

7090-00100 336186.1



CASE NO. 00-6061-CIV-FERGUSON/SNOW

6.    Any agreements the Defendant entered into with health care providers relating to the payment of personal injury benefits claims at reduced or preferred provider rates.

The information sought is limited to payments made under Florida Automobile Insurance policies.

| NAME: | DATE AND TIME: | PLACE |
|---|---|---|
| AMERICAN INTERNATIONAL INSURANCE COMPANY | 1/15/02 9:00 a.m. | Lee & Amtzis, P.A. 260 Christopher Lane Staten Island, New York 10314 |
| AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY | 1/15/02 2:00 p.m. | Lee & Amtzis, P.A. 260 Christopher Lane Staten Island, New York 10314 |

upon oral examination before a court reporter, notary public, or any other officer authorized by law to take depositions.

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
     ERIC LEE
     Florida Bar No. 961299

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

7090-00100 336186.1                                            2



CASE NO. 00-6061-CIV-FERGUSON/SNOW

PHILLIPS & GARCIA
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 2510
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

mail this ___ day of October, 2001 upon: all individuals on the attached service list.

ERIC LEE



## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/19/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS,et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL  32202
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile



SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

## Counsel for Florida Farm Bureau

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

## Counsel for Liberty Mutual

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

## Counsel for:
## Hartford, Metropolitan, Integon

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

## Counsel for Metropolitan

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

## Counsel for Hartford

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

## Counsel for Superior

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

## Counsel for Prudential

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lola M. Swaby, Esq.
lswaby@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

## Counsel for American International

CONROY, SIMBERG, GANON,
KREVANS & ABEL. P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

ATLAS PEARLMAN
ATTORNEYS AT LAW