

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW
(Consolidated Case)

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

      Defendants.

_____/

THE CHIROPRACTIC CENTRE, INC.,          CASE NO. 01-6783-CIV-FERGUSON
On behalf of itself and all others
similarly situated,

      Plaintiff,

vs.

METROPOLITAN CASUALTY INSURANCE
COMPANY,

      Defendant.

_____/

**PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO
DEFENDANT METROPOLITAN CASUALTY INSURANCE
COMPANY'S MOTION TO STAY ACTION[1]**

      Plaintiff THE CHIROPRACTIC CENTRE, INC., on behalf of itself and all others similarly

situated ("TCCI"), by its undersigned counsel, hereby submits its Memorandum of Law in

Opposition to Defendant METROPOLITAN CASUALTY INSURANCE COMPANY'S



---

[1]Despite being ordered to file all documents under Case No. 00-6061-FERGUSON, METROPOLITAN
filed its Motion under Case No. 01-6783-CIV-FERGUSON.

7090-00100 336633.1



ATLAS PEARLMAN

("METROPOLITAN") Motion to Stay Action ("Motion to Stay"). For all the reasons set forth herein, TCCI respectfully submits that METROPOLITAN's Motion to Stay should be denied in all respects.

## INTRODUCTION

This action is one of 15 pending class actions consolidated for discovery purposes by this Court. In June, 2001, METROPOLITAN was served with the Class Action Complaint. In light of this Court's ruling at the May 14, 2001 Status Conference that this action would be consolidated with other actions, TCCI agreed to enlarge METROPOLITAN's time to respond to the Complaint. The purpose of the extension of time was to allow time for this Court to enter a written Order denying the pending Motions to Dismiss. On September 28, 2001, this Court entered its Omnibus Order consolidating this action with the other pending PPO reduction class actions, setting a consolidated discovery cutoff scheduling the trial.

METROPOLITAN's Motion to Compel Arbitration is nearly identical to the Motion to Compel Arbitration filed by Florida Farm Bureau in Case No. 01-8111 and by Prudential in Case No. 01-6778. METROPOLITAN's Motion to Stay similarly seeks to stay discovery based on its pending Motion to Compel Arbitration.

## ARGUMENT

Despite the fact that METROPOLITAN has been aware since June, 2001 that the pending Motions to Dismiss would be denied, that these actions were consolidated, and that all discovery stays are lifted, METROPOLITAN now seeks to stay discovery. There is no reason for this Court to reconsider its Omnibus Order which lifted all discovery stays. As fully set forth in the memoranda



CASE NO. 00-6061-CIV-FERGUSON/SNOW

of law in opposition to the motions to compel arbitration filed by Florida Farm Bureau and Prudential, and in the memorandum of law filed in opposition to METROPOLITAN's Motion to Compel Arbitration, METROPOLITAN's Motion to Compel Arbitration should be summarily denied. The arguments asserted by the Defendants in their effort to compel arbitration have been rejected by the Florida Supreme Court. Thus, METROPOLITAN's Motion to Compel Arbitration and Motion to Stay Discovery are clearly designed to delay these proceedings.

METROPOLITAN's delay is evidenced by the fact that it waited until October to file its Motion to Compel Arbitration. The purpose of providing METROPOLITAN with additional time to respond to the Complaint in this action, until such time as this Court entered its written Order consolidating these cases and denying the pending Motions to Dismiss, was to provide METROPOLITAN with the opportunity to review this Court's Order to determine if this action was consolidated with the other actions and to determine if a motion to dismiss was appropriate. Since the claims asserted in this action are identical to claims which this Court has already sustained, a denial of the other Defendants' Motions to Dismiss indicates that any motion to dismiss filed by any of the other Defendants would likewise be denied. Upon the entry of the September 28, 2001 Omnibus Order, rather than answer the Complaint and take part in the consolidated discovery, METROPOLITAN has now filed its Motion to Compel Arbitration. If METROPOLITAN planned on filing a Motion to Compel Arbitration when it was permitted additional time to respond to the Complaint, the unopposed motion for enlargement of time for it to respond to the Complaint would not have been necessary and the arbitration issue should have been raised by METROPOLITAN in

3



June, 2001. Now, after more than four months have passed and after this Court lifted all discovery stays, METROPOLITAN seeks to compel arbitration and seeks to stay discovery.

This Court has set a discovery cutoff of April 1, 2002 and a trial date in June, 2002. If this Court were to stay discovery at this late date, it would be difficult to complete discovery by April 1, 2002 which could also jeopardize the June, 2002 trial date. METROPOLITAN's four month delay in filing its Motion to Compel Arbitration and its Motion to Stay are clearly designed to delay these proceedings and jeopardize the discovery schedule established by this Court. METROPOLITAN's Motion to Compel Arbitration should be summarily denied and discovery should proceed in accordance with this Court's Trial Order.

## CONCLUSION

For all the reasons set forth herein, Plaintiff THE CHIROPRACTIC CENTRE, INC., on behalf of itself and all others similarly situated, respectfully requests that this Court enter an Order denying Defendant METROPOLITAN CASUALTY INSURANCE COMPANY's Motion to Stay Action, together with such other and further relief as this Court may deem just and proper.

4



CASE NO. 00-6061-CIV-FERGUSON/SNOW

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Plaintiff
THE CHIROPRACTIC CENTRE, INC.
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
    JAN DOUGLAS ATLAS
    Florida Bar No. 226246

By: _____
    ERIC LEE
    Florida Bar No. 961299

By: _____
    ROBIN CORWIN CAMPBELL
    Florida Bar No. 327931

**Co-Counsel for Plaintiff**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

7090-00100 336633.1                    5                    ATLAS PEARLMAN

CASE NO. 00-6061-CIV-FERGUSON/SNOW

KOPELMAN & BLANKMAN, P.A
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this ___1st___ day of November, 2001 upon: all individuals on the attached service list.

_____
ERIC LEE

ATLAS PEARLMAN
ATTORNEYS AT LAW

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/26/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL  32202
(904) 798-3200
(904) 798-3207 Facsimile

ATLAS PEARLMAN
ATTORNEYS AT LAW

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile


ATLAS PEARLMAN