

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW
(Consolidated)

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

MOTE WELLNESS & REHAB, INC.,        CASE NO. 01-8549-CIV-FERGUSON
On behalf of itself and all others
similarly situated,

    Plaintiff,

vs.

AMERICAN INTERNATIONAL
INSURANCE COMPANY and
AMERICAN SOUTH INSURANCE
COMPANY,

    Defendants.
_____/

**PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO
DEFENDANT AMERICAN INTERNATIONAL INSURANCE COMPANY'S
MOTION FOR CLARIFICATION AND TO STAY DISCOVERY**[1]

Plaintiff MOTE WELLNESS & REHAB, INC., on behalf of itself and all others similarly situated ("MOTE"), by its undersigned counsel, hereby submits its Memorandum of Law in Opposition to Defendants AMERICAN INTERNATIONAL INSURANCE COMPANY's and

---

[1]Despite being ordered to file all documents under Case No. 00-6061, AMERICAN instead filed its Motion for Reconsideration in Case No. 01-8549-CIV-FERGUSON.

7090-00100 336911.1


ATLAS PEARLMAN

CASE NO. 00-6061-CIV-FERGUSON/SNOW

AMERICAN SOUTH INSURANCE COMPANY's ("AMERICAN") Motion for Clarification and Motion to Stay Discovery ("Motion for Clarification"). For all the reasons set forth herein, MOTE respectfully submits that the Motion for Clarification should be denied in all respects.

## ARGUMENT

This action is one of 15 class actions consolidated by this Court's September 28, 2001 Omnibus Order ("Omnibus Order"). AMERICAN has been well aware of this Court's oral ruling consolidating the various PPO reduction class actions which this Court announced at a status conference on May 14, 2001. In fact, rather than require AMERICAN to answer the Complaints served upon them or respond to the Motions for Class Certification, MOTE agreed to postpone the responses until this Court entered an Order denying the various Motions to Dismiss and consolidating these actions. Now that this Court entered the Omnibus Order, AMERICAN asserts that its case was consolidated in error. Additionally, despite the entry of the Omnibus Order, AMERICAN has not answered the Complaint or responded to the Motion for Class Certification. These responses are past due. Despite AMERICAN's assertion that it "will shortly be filing a Motion to Dismiss or Alternative Motion for Summary Judgment" nothing has been filed since the entry of the Omnibus Order in September.

This Court's Omnibus Order consolidated the 15 pending PPO class actions. The headings from all 15 pending PPO class actions were contained in the Omnibus Order. The Order was served by this Court on all counsel in all 15 pending PPO class actions. The fact that the Motions for Consolidation were only filed in the first 7 cases is irrelevant. It is well established that a motion to consolidate is not required and a court may <u>sua sponte</u> consolidated cases under Rule 42. <u>See</u>

7090-00100 336911.1

2



CASE NO. 00-6061-CIV-FERGUSON/SNOW

<u>Miller v. U.S. Postal Service</u>, 729 F.2d 1033 (5th Cir. 1985); <u>Mylan Pharmaceuticals, Inc. v. Henney</u>, 94 F. Supp. 2d 36 (D.D.C. 2000); <u>Yousefi v. Lockheed Martin Corp.</u>, 70 F. Supp. 2d 1061 (C.D. Cal. 1999). Accordingly, this Court's Omnibus Order consolidating all 15 actions was clearly appropriate under Rule 42.

As to AMERICAN's arguments relating to its need to conduct discovery and its concerns relating to the June, 2002 trial date, since these actions were filed, and subsequent to the May 14, 2001 status conference at which this Court lifted all discovery stays, Class Plaintiffs in all pending actions have been attempting to coordinate and conduct discovery. The Defendants in the various class actions have refused to cooperate with scheduling discovery and even asserted that until such time as this Court entered its written order, the discovery stays were still in effect. Having now lost over four months by not agreeing to conduct discovery, it is hard to imagine how AMERICAN can assert that this Court's Trial Order does not provide it with enough time to conduct discovery. Class Plaintiffs in all pending actions have every intention of completing all discovery by April 1, 2002, which is the discovery cutoff. With the Defendants' cooperation, there is no reason why discovery cannot be completed. Accordingly, there is no basis for clarification of the Omnibus Order or the Trial Order and no basis to once against stay discovery.

## **CONCLUSION**

For all the reasons set forth herein, Plaintiff MOTE WELLNESS & REHAB, INC., on behalf of itself and all others similarly situated, respectfully requests that this Court enter an Order denying Defendants AMERICAN INTERNATIONAL INSURANCE COMPANY's and AMERICAN

CASE NO. 00-6061-CIV-FERGUSON/SNOW

SOUTH INSURANCE COMPANY's Motion for Clarification and to Stay Discovery, together with such other and further relief as this Court may deem just and proper.

                                  Respectfully submitted.

                                  ATLAS PEARLMAN, P.A.
Co-Counsel for Plaintiff
MOTE WELLNESS & REHAB, INC.
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
JAN DOUGLAS ATLAS
Florida Bar No. 226246

By: _____
ERIC LEE
Florida Bar No. 961299

By: _____
ROBIN CORWIN CAMPBELL
Florida Bar No. 327931

**Co-Counsel for Class Plaintiff**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

ATLAS PEARLMAN
ATTORNEYS AT LAW

CASE NO. 00-6061-CIV-FERGUSON/SNOW

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 2510
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 1st day of November, 2001 upon: all individuals on the attached service list.

_____
ERIC LEE

7090-00100 336911.1

5



# MASTER SERVICE LIST
## (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
### (Updated 10/26/01)

### Co-Lead Counsel for Plaintiffs

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

### Co-Counsel for Plaintiffs

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

### Counsel for:
### Allstate, Fidelity and Casualty, Continental, Deerbrook

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

### Counsel for Beech Street and ADP

TEW, CARDENAS,et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

### Counsel for Progressive

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

### Counsel for CCN

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

| Counsel for Nationwide | Counsel for:<br>Hartford, Metropolitan, Integon | Counsel for Prudential |
|---|---|---|
| FOWLER, WHITE, et al.<br>Katherine C. Lake, Esq.<br>klake@fowlerwhite.com<br>Post Office Box 1438<br>Tampa, FL 33601<br>(813) 228-7411<br>(813) 229-8313 Facsimile | AKERMAN, SENTERFITT et al.<br>Marcy Levine Aldrich, Esq.<br>maldrich@akerman.com<br>SunTrust International Center<br>28th Floor<br>One Southeast Third Avenue<br>Miami, FL 33131<br>(305) 374-5600<br>(305) 374-5095 Facsimile | BUTLER BURNETT PAPPAS<br>Kathy J. Maus, Esq.<br>kmaus@bbplaw.com<br>Lauren D. Levy, Esq.<br>llevy@bbplaw.com<br>3520 Thomasville Road, Suite 102<br>Tallahassee, FL 32308<br>(850) 894-4111<br>(850) 894-4999 Facsimile |
| SWARTZ CAMPBELL DETWEILER<br>James C. Haggerty, Esq.<br>haggerty@scdlaw.com<br>1601 Market Street<br>34th Floor<br>Philadelphia, PA 19103-2316<br>(215) 299-4314<br>(215) 299-4301 Facsimile | **Counsel for Metropolitan**<br><br>SONNENSCHEIN, NATH & ROSENTHAL<br>Jeffrey P. Lennard, Esq.<br>jpl@sonnenschein.com<br>8000 Sears Tower<br>Chicago, IL 60606<br>(312) 876-8000<br>(312) 876-7934 | SHEA & GARDNER<br>John D. Aldock, Esq.<br>Jaldock@SheaGardner.com<br>Jeffrey M. Klein, Esq.<br>Jklein@SheaGardner.com<br>Michael Isenman, Esq.<br>misenman@sheagardner.com<br>1800 Massachusetts Ave., N.W.<br>Washington, D.C. 20036<br>(202) 828-2000<br>(202) 828-2195 Facsimile |
| **Counsel for Florida Farm Bureau**<br><br>HOLLAND & KNIGHT, LLP<br>Robert K. Levenson, Esq.<br>rlevenson@hklaw.com<br>Greg Baldwin, Esq.<br>gbaldwin@hklaw.com<br>701 Brickell Avenue, Suite 3000<br>Miami, FL 33131<br>(305) 374-8500<br>(305) 789-7799 Facsimile | **Counsel for Hartford**<br><br>MAYER, BROWN & PLATT<br>Howard J. Roin, Esq.<br>hroin@mayerbrown.com<br>190 South LaSalle Street<br>Chicago, IL, 60603-3441<br>(312) 782-0600<br>(312) 701-7711 Facsimile | **Counsel for American International**<br><br>CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.<br>Dale L. Friedman, Esq.<br>dfriedman@csglaw.com<br>Brian P. Knight, Esq.<br>bknight@csglaw.com<br>3440 Hollywood Boulevard<br>Second Floor<br>Hollywood, FL 33021<br>(954) 961-1400<br>(954) 967-8577 Facsimile |
| **Counsel for Liberty Mutual**<br><br>AKERMAN, SENTERFITT et al.<br>Mark Shapiro, Esq.<br>mshapiro@akerman.com<br>SunTrust International Center<br>28th Floor<br>One Southeast Third Avenue<br>Miami, FL 33131<br>(305) 374-5600<br>(305) 374-5095 Facsimile | **Counsel for Superior**<br><br>BUTLER BURNETT PAPPAS<br>Alan J. Nisberg, Esq.<br>anisberg@bbplaw.com<br>Bayport Plaza<br>6200 Courtney Campbell Causeway<br>Suite 1100<br>Tampa, FL 33607<br>(813) 281-1900<br>(813) 281-0900 Facsimile | |

7090-00100 318823.1 

