UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW
(Consolidated)



DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

MOTE WELLNESS & REHAB, INC.,          CASE NO. 01-8549-CIV-FERGUSON
On behalf of itself and all others
similarly situated,

    Plaintiff,

vs.

AMERICAN INTERNATIONAL
INSURANCE COMPANY and
AMERICAN SOUTH INSURANCE
COMPANY,

    Defendants.
_____/

**PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO
DEFENDANT AMERICAN INTERNATIONAL INSURANCE COMPANY'S
MOTION FOR ENLARGEMENT OF TIME TO SERVE RESPONSES
TO PLAINTIFFS' DISCOVERY[1]**

Plaintiff MOTE WELLNESS & REHAB, INC., on behalf of itself and all others similarly situated ("MOTE"), by its undersigned counsel, hereby submits its Memorandum of Law in



---

[1] Despite being ordered to file all documents under Case No. 00-6061-CIV-FERGUSON, AMERICAN filed its Motion in Case No. 01-8549-CIV-FERGUSON.

7090-00100 337127.1

ATLAS PEARLMAN

Opposition to Defendants AMERICAN INTERNATIONAL INSURANCE COMPANY's and AMERICAN SOUTH INSURANCE COMPANY's ("AMERICAN") Motion for Enlargement of Time to Serve Responses to Plaintiffs' Discovery ("Motion for Enlargement"). For all the reasons set forth herein, MOTE respectfully submits that AMERICAN's Motion for Enlargement should be denied in all respects.

## BACKGROUND

MOTE has instituted this class action against AMERICAN based on its improper reduction of personal injury protection benefits claims. AMERICAN was served with the Class Action Complaint on June 20, 2001. Based upon the fact that this Court orally ruled at a May 14, 2001 Status Conference that the pending Motions to Dismiss, AMERICAN was granted an enlargement of time until this Court entered its Order denying the Motion to Dismiss and consolidating these proceedings. On September 28, 2001, this Court entered its Omnibus Order which denied Motions to Dismiss, consolidated this action with the 14 other pending PPO reduction class actions, and lifted all discovery stays. On October 23, 2001, AMERICAN served its Motion for Clarification and Motion to Stay Discovery.

## ARGUMENT

Despite being served with the Complaint on June 20, 2001 and despite the fact that this Court entered its Omnibus Order on September 28, 2001, AMERICAN has yet to respond to the Class Action Complaint. In its Motion for Enlargement it asserts that it "will shortly be filing a Motion to Dismiss or Alternative Motion for Summary Judgment." However, to date, no such Motion has been filed.

CASE NO. 00-6061-CIV-FERGUSON/SNOW

AMERICAN's Motion for Enlargement should be denied because there has been no ruling staying discovery in this case. In fact, the Omnibus Order specifically lifted all discovery stays. Rather than comply with the Request for Production, Interrogatories, and Request for Admissions served upon AMERICAN, AMERICAN has instead chose to seek a stay of discovery. AMERICAN's Motion for Enlargement unilaterally grants AMERICAN the relief it is seeking in its Motion to Stay Discovery. Accordingly, MOTE objects to the Motion for Enlargement.

In addition, AMERICAN's Motion for Clarification provides no basis to stay discovery. AMERICAN's Motion for Clarification seeks clarification as to whether this action was consolidated with the other cases. As further set forth in MOTE's opposition to AMERICAN's Motion for Clarification, AMERICAN's position that its case has not been consolidated is baseless. The Omnibus Order listed all 15 pending PPO class actions in its heading, ordered consolidation, ordered the parties to file all documents under Case No. 00-6061, and indicates that it was served on all counsel in all 15 pending PPO actions. In addition, whether or not this action has been consolidated with the 14 other actions, the discovery would still be relevant and necessary in this action. AMERICAN's Motion for Enlargement is yet another dilatory tactic being utilized by the various Defendants in these proceedings. AMERICAN's Motion for Enlargement should be denied.

## CONCLUSION

For all the reasons set forth herein, Plaintiff MOTE WELLNESS & REHAB, INC., on behalf of itself and all others similarly situated, respectfully requests that this Court enter an Order denying Defendants AMERICAN INTERNATIONAL INSURANCE COMPANY's and AMERICAN SOUTH INSURANCE COMPANY's Motion for Enlargement of Time to Serve Responses to

7090-00100 337127.1

3



CASE NO. 00-6061-CIV-FERGUSON/SNOW

Plaintiffs' Discovery, together with such other and further relief as this Court may deem just and proper.

        Respectfully submitted.

        ATLAS PEARLMAN, P.A.
        Co-Counsel for Plaintiff
        MOTE WELLNESS & REHAB, INC.
        350 East Las Olas Boulevard, Suite 1700
        Fort Lauderdale, FL 33301
        (954) 763-1200
        (954) 766-7800 Facsimile

By: _____
      JAN DOUGLAS ATLAS
      Florida Bar No. 226246

By: _____
      ERIC LEE
      Florida Bar No. 961299

By: _____
      ROBIN CORWIN CAMPBELL
      Florida Bar No. 327931

<u>Co-Counsel for Class Plaintiff</u>

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

ATLAS PEARLMAN
P.A.
ATTORNEYS AT LAW

CASE NO. 00-6061-CIV-FERGUSON/SNOW

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 2510
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 2nd day of November, 2001 upon: all individuals on the attached service list.

_____
ERIC LEE


ATLAS PEARLMAN

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/26/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:
Allstate, Fidelity and Casualty,
Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS,et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

7090-00100 318823.1



**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile


7090-00100 318823.1

