IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION (FORT LAUDERDALE)



DR. PAUL ZIDEL

    Plaintiff,                      CASE NO. 00-6061-CIV-FERGUSON/SNOW

v.

ALLSTATE INSURANCE COMPANY
and COMMUNITY CARE NETWORK,
INC., d/b/a/ CCN,

    Defendant.
_____/

SALVATORE D. LARUSSO, D.C., d/b/a
FAMILY CHIROPRACTIC CENTER,

    Plaintiff,                      CASE NO. 01-8111-CIV-FERGUSON/SNOW

v.

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

    Defendant.
_____/

### ORDER ON UNOPPOSED MOTION OF DEFENDANT HARTFORD INSURANCE COMPANY OF THE MIDWEST FOR AN EXTENSION OF TIME

This cause came before the Court on the Unopposed Motion of Defendant Hartford Insurance Company of the Midwest ("Hartford") for an Extension of Time to respond to Plaintiff's Memorandum of Law in Opposition to Hartford's Motion for Reconsideration (the "Motion"). Having reviewed the Motion and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Hartford shall have an extension of one week (*i.e.*, until November 15, 2001) to respond to Plaintiff's Memorandum of Law in Opposition to Hartford's Motion for Reconsideration.

MI722109;1                              1

CASE NOS. 00-6061 AND 01-8111-CIV-FERGUSON

**DONE AND ORDERED** in Chambers, in Miami-Dade County, this 2nd day of November, 2001.

_____
WILKIE FERGUSON
U.S. DISTRICT COURT JUDGE

cc:   All Counsel of Record

MI722109;1

2