UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW
(Consolidated Case)

01 NOV -2 PM 4:03

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

KEITH BRICKELL, D.C.,
individually and on behalf of
all others similarly situated,

    Plaintiff,

v.

PROGRESSIVE EXPRESS INSURANCE
COMPANY, PROGRESSIVE CONSUMERS
INSURANCE COMPANY, PROGRESSIVE
BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION,
and ADP INTEGRATED MEDICAL
SOLUTIONS, INC.,

    Defendants.
_____/

CASE NO. 00-6649-CIV-FERGUSON

MARC J. BROWNER, D.C.,
individually and on behalf of
all others similarly situated,

    Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY,
BEECH STREET CORPORATION,
and ADP INTEGRATED MEDICAL
SOLUTIONS, INC.,

    Defendants.
_____/

CASE NO. 00-7163-CIV-FERGUSON

7090-00100 336665.1


ATLAS PEARLMAN
ATTORNEYS AT LAW

CASE NO. 00-6061-CIV-FERGUSON/SNOW

**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO
DEFENDANTS BEECH STREET CORPORATION'S AND
ADP INTEGRATED MEDICAL SOLUTIONS, INC.'S
MOTION FOR REAFFIRMATION OF ORDERS (D.E. #221)**

Plaintiffs DR. PAUL ZIDEL, KEITH BRICKELL, D.C., and MARC J. BROWNER, D.C., on behalf of themselves and all others similarly situated ("Class Plaintiffs"), by their undersigned counsel, hereby submit their Memorandum of Law in Opposition to Defendants BEECH STREET CORPORATION'S ("BEECH STREET") and ADP INTEGRATED MEDICAL SOLUTIONS, INC.'s ("ADP") Motion for Reaffirmation of Order Staying Merits Discovery ("Motion for Reaffirmation") (D.E. #221). For all the reasons set forth herein, Class Plaintiffs respectfully submit that BEECH STREET and ADP's Motion for Reaffirmation should be denied in all respects.

**ARGUMENT**

BEECH STREET and ADP's Motion for Reaffirmation is actually a motion seeking to have this Court reconsider its September 28, 2001 Omnibus Order ("Omnibus Order") which lifted all discovery stays. The Motion for Reaffirmation is yet another effort by the Defendants to delay these proceedings and to preclude Class Plaintiffs from conducting discovery. Thus, the Motion for Reaffirmation should be denied.

BEECH STREET's and ADP's argument as to why merits discovery is still subject to a stay of discovery is entirely disingenuous. On October 30, 2001, this Court entered its Omnibus Order on Pending Motions ("10/30/00 Omnibus Order"). The 10/30/00 Omnibus Order granted Defendants' Motion to Stay Discovery Pending Ruling on Motion to Dismiss or in the Alternative to Limit Discovery to Issues of Class Certification. On January 24, 2001, Magistrate Judge Snow



CASE NO. 00-6061-CIV-FERGUSON/SNOW

entered a discovery order reflecting that the 10/30/00 Omnibus Order "stayed all discovery except that related to class certification issues." As BEECH STREET and ADP admit, "The Omnibus Order therefore granted two separate provisions: a stay of all discovery pending resolution of the Motion to Dismiss and a stay of merits discovery pending resolution of the Class Certification Motion." (Motion for Reaffirmation at P. 3). This Court's September 28, 2001 Omnibus Order ("9/28/01 Omnibus Order") specifically ruled: "<u>Motions to Stay are lifted</u> and the parties <u>shall proceed with discovery</u> in accordance with this Order granting the consolidation of the causes." (emphasis added).

The 9/28/01 Omnibus Order is absolutely clear. It lifted all discovery stays and directed the parties to proceed with discovery. Since it is BEECH STREET's and ADP's position that only merits discovery was stayed by the 10/30/00 Omnibus Order, this Court's 9/28/01 Omnibus Order lifted the stay of merits discovery. Any assertion by BEECH STREET or ADP to the contrary is baseless. Accordingly, there is no basis for BEECH STREET's and ADP's Motion for Reaffirmation.

The remainder of BEECH STREET's and ADP's argument is a reassertion of their previous arguments as to why merits discovery should be stayed. Despite the fact that this matter is set for trial in seven months and this Court has entered a Trial Order with a discovery cutoff of April 2, 2001, BEECH STREET and ADP now desire to have this Court once again stay merits discovery. This position clearly demonstrates BEECH STREET's and ADP's desire to delay these proceedings. Additionally, if such a motion to stay discovery is granted, it is likely that BEECH STREET and ADP will subsequently seek an extension of the discovery cutoff and will seek to continue the trial in this matter based on a claim that it did not have enough time to complete discovery.



CASE NO. 00-6061-CIV-FERGUSON/SNOW

## CONCLUSION

For all the reasons set forth herein, Plaintiffs DR. PAUL ZIDEL, KEITH BRICKELL, D.C., and MARC J. BROWNER, D.C., on behalf of themselves and all others similarly situated, respectfully request that this Court enter an Order denying Defendants BEECH STREET CORPORATION'S and ADP INTEGRATED MEDICAL SOLUTIONS, INC.'s Motion for Reaffirmation of Order Staying Merits Discovery, together with such other and further relief as this Court may deem just and proper.

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
JAN DOUGLAS ATLAS
Florida Bar No. 226246

By: _____
ERIC LEE
Florida Bar No. 961299

By: _____
ROBIN CORWIN CAMPBELL
Florida Bar No. 327931

ATLAS PEARLMAN
ATTORNEYS AT LAW

CASE NO. 00-6061-CIV-FERGUSON/SNOW

**Co-Counsel for Plaintiff**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN
A Professional Association
National Towers
Suite 2510
1 Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 1st day of November, 2001 upon: all individuals on the attached service list.

_____
ERIC LEE

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/26/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:
Allstate, Fidelity and Casualty,
Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

7090-00100 318823.1

ATLAS PEARLMAN

| | | |
|---|---|---|
| **Counsel for Nationwide**<br><br>FOWLER, WHITE, et al.<br>Katherine C. Lake, Esq.<br>klake@fowlerwhite.com<br>Post Office Box 1438<br>Tampa, FL 33601<br>(813) 228-7411<br>(813) 229-8313 Facsimile<br><br>SWARTZ CAMPBELL DETWEILER<br>James C. Haggerty, Esq.<br>haggerty@scdlaw.com<br>1601 Market Street<br>34th Floor<br>Philadelphia, PA 19103-2316<br>(215) 299-4314<br>(215) 299-4301 Facsimile<br><br>**Counsel for Florida Farm Bureau**<br><br>HOLLAND & KNIGHT, LLP<br>Robert K. Levenson, Esq.<br>rlevenson@hklaw.com<br>Greg Baldwin, Esq.<br>gbaldwin@hklaw.com<br>701 Brickell Avenue, Suite 3000<br>Miami, FL 33131<br>(305) 374-8500<br>(305) 789-7799 Facsimile<br><br>**Counsel for Liberty Mutual**<br><br>AKERMAN, SENTERFITT et al.<br>Mark Shapiro, Esq.<br>mshapiro@akerman.com<br>SunTrust International Center<br>28th Floor<br>One Southeast Third Avenue<br>Miami, FL 33131<br>(305) 374-5600<br>(305) 374-5095 Facsimile | **Counsel for:**<br>**Hartford, Metropolitan, Integon**<br><br>AKERMAN, SENTERFITT et al.<br>Marcy Levine Aldrich, Esq.<br>maldrich@akerman.com<br>SunTrust International Center<br>28th Floor<br>One Southeast Third Avenue<br>Miami, FL 33131<br>(305) 374-5600<br>(305) 374-5095 Facsimile<br><br>**Counsel for Metropolitan**<br><br>SONNENSCHEIN, NATH & ROSENTHAL<br>Jeffrey P. Lennard, Esq.<br>jpl@sonnenschein.com<br>8000 Sears Tower<br>Chicago, IL 60606<br>(312) 876-8000<br>(312) 876-7934<br><br>**Counsel for Hartford**<br><br>MAYER, BROWN & PLATT<br>Howard J. Roin, Esq.<br>hroin@mayerbrown.com<br>190 South LaSalle Street<br>Chicago, IL, 60603-3441<br>(312) 782-0600<br>(312) 701-7711 Facsimile<br><br>**Counsel for Superior**<br><br>BUTLER BURNETT PAPPAS<br>Alan J. Nisberg, Esq.<br>anisberg@bbplaw.com<br>Bayport Plaza<br>6200 Courtney Campbell Causeway<br>Suite 1100<br>Tampa, FL 33607<br>(813) 281-1900<br>(813) 281-0900 Facsimile | **Counsel for Prudential**<br><br>BUTLER BURNETT PAPPAS<br>Kathy J. Maus, Esq.<br>kmaus@bbplaw.com<br>Lauren D. Levy, Esq.<br>llevy@bbplaw.com<br>3520 Thomasville Road, Suite 102<br>Tallahassee, FL 32308<br>(850) 894-4111<br>(850) 894-4999 Facsimile<br><br>SHEA & GARDNER<br>John D. Aldock, Esq.<br>Jaldock@SheaGardner.com<br>Jeffrey M. Klein, Esq.<br>Jklein@SheaGardner.com<br>Michael Isenman, Esq.<br>misenman@sheagardner.com<br>1800 Massachusetts Ave., N.W.<br>Washington, D.C. 20036<br>(202) 828-2000<br>(202) 828-2195 Facsimile<br><br>**Counsel for American International**<br><br>CONROY, SIMBERG, GANON,<br>KREVANS & ABEL, P.A.<br>Dale L. Friedman, Esq.<br>dfriedman@csglaw.com<br>Brian P. Knight, Esq.<br>bknight@csglaw.com<br>3440 Hollywood Boulevard<br>Second Floor<br>Hollywood, FL 33021<br>(954) 961-1400<br>(954) 967-8577 Facsimile | 


ATLAS PEARLMAN