UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

(Consolidated Class Action)

CASE NO. 00-6061-CIV-FERGUSON/SNOW

NIGHT BOX FILED
NOV -7 2001
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

DR. PAUL ZIDEL, on behalf of himself
and all others similarly situated,
        Plaintiffs,

**Respectfully referred to
U.S. Magistrate Judge Lurana Snow**

v.

ALLSTATE INSURANCE COMPANY,
et al.,
        Defendants     .           /

KEITH BRICKELL, D.C., individually and
on behalf of all others similarly situated,
        Plaintiffs,

v.

PROGRESSIVE EXPRESS INSURANCE,
et al.,

        Defendants.               /

**DEFENDANTS BEECH STREET
CORPORATION AND ADP
INTEGRATED MEDICAL
SOLUTIONS, INC.'S
MOTION FOR EXTENSION
OF TIME TO SERVE
FED. R. CIV. P. 26 DISCLOSURES**

MARC J. BROWNER, D.C., individually
and on behalf of all other similarly situated,
        Plaintiffs,

v.

ALLSTATE INDEMNITY COMPANY,
et al.,
        Defendants.              /

Pursuant Local Rule 7.1, Defendants Beech Street Corporation ("Beech Street") and ADP Integrated Medical Solutions, Inc. ("ADP") hereby move this Court for an extension of time in which to serve Fed. R. Civ. P. 26(a) disclosures on Plaintiffs, Dr. Paul Zidel, Keith Brickkell, D.C., Marc J. Browner, D.C., Salvatore D. Larusso, D.C., The Chiropractic Centre, Inc., Ultra



CASE NO. 00-6061-CIV-FERGUSON/SNOW

Open MRI Corporation, and Mte Wellness & Rehab, Inc. ("Plaintiffs"), and as grounds therefor state as follows:

1. Counsel for Plaintiffs has informed undersigned counsel that he will serve, and they expect all defendants in the above-captioned cases and the cases allegedly consolidated therewith to serve, the Rule 26(a) disclosures on or before November 7, 2001.

2. The 4 categories of disclosure required by Fed. R. Civ. P. 26(a) relate solely to the merits of the cases that counsel for Plaintiffs assume are consolidated.

3. Beech Street and ADP, along with the majority if not all of the defendants in the allegedly consolidated cases, are under the impression that, pursuant to certain Orders entered by this Court, merits discovery is stayed pending the completion of class certification discovery.

4. As class certification discovery has not been completed and Plaintiffs are currently seeking to conduct merits discovery, Beech Street and ADP have filed a *Motion for Reaffirmation of Orders Staying Merits Discovery* requesting the Court to reaffirm certain Orders and continue to stay merits discovery pending the completion of class certification discovery.

5. Various other defendants in the allegedly consolidated cases have filed similar motions asking the Court to stay merits discovery pending the completion of class certification discovery.

6. Other defendants have filed motions seeking clarification from the Court as to whether all of the cases that Plaintiffs' counsel assumes are consolidated are in fact consolidated for discovery and pretrial purposes or for any purpose.

TEW CARDENAS REBAK KELLOGG LEHMAN DEMARIA TAGUE RAYMOND & LEVINE, L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112

CASE NO. 00-6061-CIV-FERGUSON/SNOW

7.   Plaintiffs have taken the position that the motions filed by the various defendants do not toll the time for serving Rule 26(a) disclosures and that such disclosures must be served by all parties on or before November 7, 2001.

8.   This Court has not yet ruled on any of the foregoing motions filed by the defendants, and this Court's resolution of those motions is necessary before merits discovery can continue and thus before defendants can serve the Rule 26(a) disclosures.

9.   In an abundance of caution, and for the reasons set forth in the various defendants' motions to stay merits discovery pending the completion of class certification discovery and motions for clarification as to the consolidation of the cases, Beech Street and ADP move this Court for an extension of time to serve Rule 26(a) disclosures until this Court has ruled upon such motions and has set a deadline for serving such disclosures.

10.   Undersigned counsel has been informed by Plaintiffs' counsel that Plaintiffs will not agree to the extension of time requested herein.

11.   This Motion is not made for the purpose of delay and Plaintiffs will not be prejudiced by the granting of the extension of time requested herein.

TEW CARDENAS REBAK KELLOGG LEHMAN DEMARIA TAGUE RAYMOND & LEVINE, L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112

CASE NO. 00-6061-CIV-FERGUSON/SNOW

WHEREFORE, Beech Street and ADP respectfully request this Court to grant an extension of time in which to serve Rule 26(a) disclosures until after this Court has ruled on the pending motions described above and has set a deadline for serving such disclosures.

Respectfully submitted,

TEW CARDENAS REBAK KELLOGG
LEHMAN DeMARIA TAGUE
RAYMOND & LEVINE L.L.P.
Counsel for Defendants Beech Street Corp.
and ADP Integrated Medical Solutions, Inc.
2600 Miami Center
201 S. Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-536-1112
Facsimile: 305-536-1116

By: _____
JOSEPH A. DEMARIA, ESQ.
Florida Bar No. 764711 (jad@tewlaw.com)
JOHN M. QUARANTA, ESQ.
Florida Bar No. 940641 (jmq@tewla.com)
KENNETH D. MURENA, ESQ.
Florida Bar No. 147486 (kdm@tewlaw.com)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served via U.S. Mail this 7TH day of November, 2001 on all counsel listed on the attached Service List.

_____
Counsel

::ODMA\MHODMA\Miami;317652;1

4

Tew Cardenas Rebak Kellogg Lehman DeMaria Tague Raymond & Levine, L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)

**Co-Counsel for Plaintiffs**
ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Eric Lee, Esq.
lee@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

**Co-Counsel for Plaintiffs**
GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

**Co-Counsel for Plaintiffs**
PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphilips@gpandg.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

**Co-Counsel for Plaintiffs**
KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**
Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

**Co-Counsel for Plaintiffs**
RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

**Co-Counsel for Plaintiffs**
Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995
(941) 435-1269 Facsimile

**Counsel for Allstate**
RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**
TEW, CARDENAS REBAK KELLOGG
LEHMAN DEMARIA TAGUE
RAYMOND & LEVINE, L.L.P.
Thomas Tew, Esquire
(305) 539-2106
tt@tewlaw.com
Joseph A. DeMaria, Esquire
(305) 539-2440
jad@tewlaw.com
John M. Quaranta, Esquire
jmq@tewlac.com
(305)536-8432
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**
ANANIA, BANDKLAYDER, et al.
Francis Anania, Esquire
fanania@anania-law.com
Donald A. Blackwell, Esquire
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**
MCQUIRE, WOODS, et al.
William W. Deem, Esquire
wdeem@mcguirewoods.com
William E. Adams, Esquire
badams@mcguirewoods.com
Curt Caywood, Esquire
ccaywood@mcguirewoods.com
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, Florida 32202
(904)798-3200
(904)798-3207 Facsimile

**Counsel for Nationwide**
FOWLER, WHITE
Katherine C. Lake, Esquire
klake@fowlerwhite.com
Bruce A. Aebel, Esquire
baebel@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813)228-7411
(813)229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esquire
haggerty@scdlaw.com
1601 Market Street, 34th Floor
Philadelphia, Pennsylvania 19103-2316
(215)299-4314
(215)299-4301 Facsimile

**Counsel for Florida Farm Bureau**
HOLLAND & KNIGHT, LLP
Gregory A. Baldwin, Esquire
gbaldwin@hklaw.com
Robert K. Levenson, Esquire
rlevenson@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305)374-8500
(305)789-7799 Facsimile

**Counsel for Liberty Mutual**
AKERMAN, SENTERFITT et al.
Mark Shapiro, Esquire
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, Florida 33131
(305)374-5600
(305)374-5095 Facsimile

**Counsel for Hartford, Metropolitan, Integon**
AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, Florida 33131
(305)374-5600
(305)374-5095 Facsimile

**Counsel for Prudential**
SHEA & GARDNER
John D. Aldock, Esquire
jaldock@sheagardner.com
(202) 828-2140
Richard M. Wyner, Esquire
Rwyner@sheagardner.com
(202) 828-2188
Jeffrey M. Klein, Esquire
jklein@sheagardner.com
(202) 828-4301

M. David Dobbins, Esquire
ddobbins@sheagardner.com
(202) 828-2184
1800 Massachusetts Avenue, N.W.
Washington, District of Columbia 20036
202-828-2000
202-828-2195 (Facsimile)

BUTLER BURNETTE PAPPAS
Kathy Johnson Maus
Kmaus@bbplaw.com
Lauren D. Levy, Esq.
Llevy@bbplaw.com
3520 Thomasville Road
Suite 102
Tallahassee, Florida 32308.3469
850.894.4111
850.894.4999 (Facsimile)

**Counsel for Superior**
BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esquire
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, Florida 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for American International**
CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esquire
dfriedman@csglaw.com
Brian P. Knight, Esquire
bknight@csglaw.com
3440 Hollywood Boulevard, 2nd Floor
Holly wood, Florida 33021
(954) 961-1400
(954) 967-8577 (Facsimile)

**Counsel for Metropolitan**
Jeffrey P. Lennard, Esq.
SONNENSCHEIN NATH & ROSENTHAL
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934 Facsimile

**Counsel for Hartford**
Howard J. Roin, Esq.
MAYER, BROWN & PLATT
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

Updated: October 30, 2001

::ODMA\MHODMA\Miami;317015;1