UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW
(Consolidated)

DR. PAUL ZIDEL, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and COMMUNITY CARE NETWORK, INC., d/b/a CCN,

    Defendants.
_____/

ULTRA OPEN MRI CORPORATION,

    Plaintiff,

v.

CASE NO. 01-CIV-6778-FERGUSON/SNOW

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

    Defendant.
_____/

**PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION
TO PRUDENTIAL'S EMERGENCY MOTION FOR PROTECTIVE ORDER[1]**

Plaintiff ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated ("UOMC"), by its undersigned counsel, hereby submits its Memorandum of Law in Opposition to Defendant PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY's ("PRUDENTIAL") Emergency Motion for Protective Order ("Emergency Motion").

---

[1] Despite being ordered by this Court to file all documents under Case No. 00-6061-CIV-FERGUSON/SNOW, PRUDENTIAL continues to file documents under its old case heading.

7090-00100 337584.1



CASE NO. 00-6061-CIV-FERGUSON/SNOW

For all the reasons set forth herein, UMOC respectfully submits that PRUDENTIAL's Emergency Motion should be denied in all respects.

## ARGUMENT

UOMC hereby reasserts and incorporates the arguments it previously asserted in opposition to PRUDENTIAL's Motion for a Stay and for Expedited Consideration of Defendant's Motion to Compel Arbitration. In accordance with this Court's September 28, 2001 Omnibus Order which lifted all discovery stays and consolidated these proceedings, Class Plaintiffs have been proceeding forward with discovery, including the service of Interrogatories, Requests for Admissions, and Requests to Produce. The various Motions to Compel Arbitration filed by the Defendants, including PRUDENTIAL, provide no basis to compel arbitration of these proceedings. PRUDENTIAL's Motion to Compel Arbitration was filed well before this Court entered its written order lifting all discovery stays. Accordingly, PRUDENTIAL should not be allowed to seek a stay of discovery.

PRUDENTIAL's assertion that there has never been a case management conference, although correct, provides no basis to stay discovery. The purpose of a case management conference is to have the parties provide the Court with information so that the Court can schedule trial and discovery deadlines. Based upon this Court's trial order, the trial and the various deadlines have already been established. Thus, there is no need for a case management conference. In addition, it should be noted, that after this Court entered the Omnibus Order, counsel for Class Plaintiffs advised counsel for all Defendants that Class Plaintiffs intended on proceeding forward with discovery and to the extent that any Defendant believed that a conference was required to take place before discovery could commence, counsel for Class Plaintiffs was available and ready to conduct such a scheduling

7090-00100 337584.1

2



CASE NO. 00-6061-CIV-FERGUSON/SNOW

conference. Only one Defendant responded to this request and scheduled a scheduling conference. PRUDENTIAL ignored Class Plaintiffs' invitation and cannot now argue that since a case management conference has not taken place, discovery cannot proceed.

### CONCLUSION

For all the reasons set forth herein, Plaintiff ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated, respectfully requests that this Court enter an Order denying Defendant PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY's Emergency Motion for Protective Order, together with such other and further relief as this Court may deem just and proper.

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
JAN DOUGLAS ATLAS
Florida Bar No. 226246

By: _____
ERIC LEE
Florida Bar No. 961299

By: _____
ROBIN CORWIN CAMPBELL
Florida Bar No. 327931

ATLAS PEARLMAN
ATTORNEYS AT LAW

CASE NO. 00-6061-CIV-FERGUSON/SNOW

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 2510
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 7th day of November, 2001 upon: all individuals on the attached service list.

_____
ERIC LEE

7090-00100 337584.1                     4



## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/26/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:
Allstate, Fidelity and Casualty,
Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

7090-00100 318823.1

ATLAS PEARLMAN
ATTORNEYS AT LAW

| | | |
|---|---|---|
| **Counsel for Nationwide**<br><br>FOWLER, WHITE, et al.<br>Katherine C. Lake, Esq.<br>klake@fowlerwhite.com<br>Post Office Box 1438<br>Tampa, FL 33601<br>(813) 228-7411<br>(813) 229-8313 Facsimile<br><br>SWARTZ CAMPBELL DETWEILER<br>James C. Haggerty, Esq.<br>haggerty@scdlaw.com<br>1601 Market Street<br>34th Floor<br>Philadelphia, PA 19103-2316<br>(215) 299-4314<br>(215) 299-4301 Facsimile<br><br>**Counsel for Florida Farm Bureau**<br><br>HOLLAND & KNIGHT, LLP<br>Robert K. Levenson, Esq.<br>rlevenson@hklaw.com<br>Greg Baldwin, Esq.<br>gbaldwin@hklaw.com<br>701 Brickell Avenue, Suite 3000<br>Miami, FL 33131<br>(305) 374-8500<br>(305) 789-7799 Facsimile<br><br>**Counsel for Liberty Mutual**<br><br>AKERMAN, SENTERFITT et al.<br>Mark Shapiro, Esq.<br>mshapiro@akerman.com<br>SunTrust International Center<br>28th Floor<br>One Southeast Third Avenue<br>Miami, FL 33131<br>(305) 374-5600<br>(305) 374-5095 Facsimile | **Counsel for:**<br>**Hartford, Metropolitan, Integon**<br><br>AKERMAN, SENTERFITT et al.<br>Marcy Levine Aldrich, Esq.<br>maldrich@akerman.com<br>SunTrust International Center<br>28th Floor<br>One Southeast Third Avenue<br>Miami, FL 33131<br>(305) 374-5600<br>(305) 374-5095 Facsimile<br><br>**Counsel for Metropolitan**<br><br>SONNENSCHEIN, NATH & ROSENTHAL<br>Jeffrey P. Lennard, Esq.<br>jpl@sonnenschein.com<br>8000 Sears Tower<br>Chicago, IL 60606<br>(312) 876-8000<br>(312) 876-7934<br><br>**Counsel for Hartford**<br><br>MAYER, BROWN & PLATT<br>Howard J. Roin, Esq.<br>hroin@mayerbrown.com<br>190 South LaSalle Street<br>Chicago, IL, 60603-3441<br>(312) 782-0600<br>(312) 701-7711 Facsimile<br><br>**Counsel for Superior**<br><br>BUTLER BURNETT PAPPAS<br>Alan J. Nisberg, Esq.<br>anisberg@bbplaw.com<br>Bayport Plaza<br>6200 Courtney Campbell Causeway<br>Suite 1100<br>Tampa, FL 33607<br>(813) 281-1900<br>(813) 281-0900 Facsimile | **Counsel for Prudential**<br><br>BUTLER BURNETT PAPPAS<br>Kathy J. Maus, Esq.<br>kmaus@bbplaw.com<br>Lauren D. Levy, Esq.<br>llevy@bbplaw.com<br>3520 Thomasville Road, Suite 102<br>Tallahassee, FL 32308<br>(850) 894-4111<br>(850) 894-4999 Facsimile<br><br>SHEA & GARDNER<br>John D. Aldock, Esq.<br>Jaldock@SheaGardner.com<br>Jeffrey M. Klein, Esq.<br>Jklein@SheaGardner.com<br>Michael Isenman, Esq.<br>misenman@sheagardner.com<br>1800 Massachusetts Ave., N.W.<br>Washington, D.C. 20036<br>(202) 828-2000<br>(202) 828-2195 Facsimile<br><br>**Counsel for American International**<br><br>CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.<br>Dale L. Friedman, Esq.<br>dfriedman@csglaw.com<br>Brian P. Knight, Esq.<br>bknight@csglaw.com<br>3440 Hollywood Boulevard<br>Second Floor<br>Hollywood, FL 33021<br>(954) 961-1400<br>(954) 967-8577 Facsimile |


