UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW
(Consolidated Case)

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

      Defendants.
_____/

THE CHIROPRACTIC CENTRE, INC.,
On behalf of itself and all others
similarly situated,

      Plaintiff,

vs.

SUPERIOR INSURANCE COMPANY,

      Defendant.
_____/

CASE NO. 01-6782-CIV-FERGUSON



## PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT SUPERIOR INSURANCE COMPANY'S MOTION TO DISMISS (D.E. #249)

Plaintiff THE CHIROPRACTIC CENTRE, INC., on behalf of itself and all others similarly situated ("TCCI"), by its undersigned counsel, hereby submits its Memorandum of Law in Opposition to Defendant SUPERIOR INSURANCE COMPANY's ("SUPERIOR") Motion to Dismiss (D.E. #249). For all the reasons set forth herein, TCCI respectfully submits that SUPERIOR's Motion to Dismiss should be denied in all respects.

7090-00100 337311.1



CASE NO. 00-6061-CIV-FERGUSON/SNOW

## ARGUMENT

SUPERIOR's Motion to Dismiss is identical to the Motions to Dismiss this Court has already denied. The claims asserted by TCCI against SUPERIOR are identical to the claims asserted by Plaintiff SALVATORE D. LARUSSO, D.C. against LIBERTY MUTUAL in <u>Larusso v. Liberty Mutual Ins. Co.</u>, Case No. 00-7692-CIV-FERGUSON and are identical to the claims asserted by Plaintiff DR. PAUL ZIDEL in <u>Zidel v. Allstate Ins. Co.</u>, Case No. 00-6061-CIV-FERGUSON. The claims asserted by TCCI against SUPERIOR have also been asserted by Plaintiff MARC J. BROWNER, D.C. in <u>Browner v. Allstate Indemnity Co.</u>, Case No. 00-7163-CIV-FERGUSON and by Plaintiff KEITH BRICKELL, D.C. in <u>Brickell v. Progressive Express Ins. Co., et al.</u>, Case No. 00-6649-CIV-FERGUSON.

This Court's September 28, 2001 Omnibus Order denied the Motions to Dismiss from Case Nos. 00-6061, 00-6649, 00-7163 and 00-7692, except as to the Langham Act Counts. The claims asserted by TCCI against SUPERIOR are identical to the claims which this Court has already determined to state valid causes of action. These issues were extensively briefed and rather than restate agreements previously asserted, TCCI adopts the various Memoranda of Law filed in Opposition to the Motions to Dismiss in Case No. 00-6649 (D.E. #38 and D.E. # 47); Case No. 00-7163 (D.E. #32 and D.E. #47); and (Case No. 00-6061 (D.E. #38). These memoranda, along with the oral arguments heard before this Court on the various Motions to Dismiss, fully addressed the issues once again raised by SUPERIOR. Based upon the fact that this Court has already denied Motions to Dismiss identical claims in the other actions, SUPERIOR's Motion to Dismiss should be similarly denied.

2



CASE NO. 00-6061-CIV-FERGUSON/SNOW

TCCI also adopts and reasserts the additional arguments set forth in LARUSSO's Memorandum of Law in Opposition to Hartford's Motion to Dismiss. The Memorandum of Law in Opposition to Hartford's Motion to Dismiss incorporates 12 recent decisions decided during the past year which have found that the utilization of PPO reductions by insurance companies without offering a PPO insurance policy and without complying with Section 627.736(10), Florida Statutes, is invalid and illegal. The Memorandum of Law in Opposition to Hartford's Motion to Dismiss also cites HCA Health Services of Georgia v. Employee's Health Ins. Co., 240 F.3d 982 (11th Cir. 2001), in which the Eleventh Circuit, under the heightened standards of the Employee Retirement Income Security Act, found silent PPOs to be invalid and damaging to health care providers and insureds. Interestingly, although claiming that the Shebovsky decision was wrongly decided, SUPERIOR fails to address the other cases decided against insurance companies and completely ignores the HCA decision. SUPERIOR's Motion to Dismiss raises no new arguments. The claims asserted by TCCI against SUPERIOR have already been sustained by this Court and SUPERIOR's Motion to Dismiss should be denied.

## CONCLUSION

For all the reasons set forth herein, Plaintiff THE CHIROPRACTIC CENTRE, INC., on behalf of itself and all others similarly situated, respectfully requests that this Court enter an Order denying Defendant SUPERIOR INSURANCE COMPANY's Motion to Dismiss, together with such other and further relief as this Court may deem just and proper.

7090-00100 337311.1

3


ATLAS PEARLMAN

CASE NO. 00-6061-CIV-FERGUSON/SNOW

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
    JAN DOUGLAS ATLAS
    Florida Bar No. 226246

By: _____
    ERIC LEE
    Florida Bar No. 961299

By: _____
    ROBIN CORWIN CAMPBELL
    Florida Bar No. 327931

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

7090-00100 337311.1

4

ATLAS PEARLMAN

CASE NO. 00-6061-CIV-FERGUSON/SNOW

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899  Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

mail this ___7th___ day of November, 2001 upon: all individuals on the attached service list.

_____
ERIC LEE

7090-00100 337311.1

5

ATLAS PEARLMAN

**MASTER SERVICE LIST**
**(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)**
(Updated 10/26/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile


7090-00100 318823.1



<u>Counsel for Nationwide</u>

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

<u>Counsel for Florida Farm Bureau</u>

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

<u>Counsel for Liberty Mutual</u>

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

Counsel for:
<u>Hartford, Metropolitan, Integon</u>

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

<u>Counsel for Metropolitan</u>

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

<u>Counsel for Hartford</u>

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

<u>Counsel for Superior</u>

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

<u>Counsel for Prudential</u>

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

<u>Counsel for American International</u>

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

