UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW
(Consolidated Case)

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,
v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

KEITH BRICKELL, D.C.,
individually and on behalf of
all others similarly situated,

    Plaintiff,
v.

PROGRESSIVE EXPRESS INSURANCE
COMPANY, PROGRESSIVE CONSUMERS
INSURANCE COMPANY, PROGRESSIVE
BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION,
and ADP INTEGRATED MEDICAL
SOLUTIONS, INC.,

    Defendants.
_____/

CASE NO. 00-6649-CIV-FERGUSON

MARC J. BROWNER, D.C.,
individually and on behalf of
all others similarly situated,

    Plaintiff,
v.

ALLSTATE INDEMNITY COMPANY,
BEECH STREET CORPORATION,
and ADP INTEGRATED MEDICAL
SOLUTIONS, INC.,

    Defendants.
_____/

CASE NO. 00-7163-CIV-FERGUSON



7090-00100 337258.1

ATLAS PEARLMAN
ATTORNEYS AT LAW

CASE NO. 00-6061-CIV-FERGUSON/SNOW

### PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS BEECH STREET CORPORATION'S AND ADP INTEGRATED MEDICAL SOLUTIONS, INC.'S EMERGENCY MOTION FOR PROTECTIVE ORDER (D.E. #237)

Class Plaintiffs DR. PAUL ZIDEL, KEITH BRICKELL, D.C., and MARC J. BROWNER, D.C., on behalf of themselves and all others similarly situated ("Class Plaintiffs"), by their undersigned counsel, hereby submit their Memorandum of Law in Opposition to Defendants BEECH STREET CORPORATION'S ("BEECH STREET") and ADP INTEGRATED MEDICAL SOLUTIONS, INC.'s ("ADP") Emergency Motion for Protective Order ("Emergency Motion") (D.E. #237). For all the reasons set forth herein, Class Plaintiffs respectfully submit that the Emergency Motion should be denied in all respects.

### ARGUMENT

BEECH STREET's and ADP's Emergency Motion is not addressed at an emergency situation and exaggerates the number of depositions scheduled by Class Plaintiffs. On September 28, 2001, this Court entered its Omnibus Order which specifically lifted all discovery stays, directed the parties to undertake consolidated discovery, and set a discovery cut-off of April 1, 2002. Since this Court orally ruled at a May 14, 2001 Status Conference that the Motions to Dismiss would be denied, that all discovery stays would be lifted, and that these actions would be consolidated, Class Plaintiffs have been attempting to coordinate discovery with the Defendants. The Defendants refused to coordinate discovery and took the position that until such time as a written Order was entered, discovery could not proceed. Subsequent to when this Court entered the Omnibus Order, Class Plaintiffs began efforts to coordinate discovery pursuant to this Court's

CASE NO. 00-6061-CIV-FERGUSON/SNOW

direction. Despite repeated efforts by Class Plaintiffs, the Defendants failed to provide agreed upon deposition dates.

On October 23, 2001, Class Plaintiffs served two Notices of Taking Depositions. The first Notice scheduled the depositions of individuals that have specific knowledge of the claims asserted in these actions. The second Notice schedules the depositions of various Defendants and corporate representatives. The Notice lists specific categories for the deposition.

In response to Class Plaintiffs' efforts to conduct discovery, the various Defendants have filed numerous Motions seeking clarification, reaffirmation, reconsideration, to stay all proceedings, to stay all discovery, and to stay merits discovery. These motions are clearly a concerted effort by the Defendants to avoid discovery and to delay these proceedings. BEECH STREET's and ADP's Emergency Motion represents that "approximately 25 lawyers will be required to travel to 154 depositions . . ." This is a blatant exaggeration. Although these matters have been consolidated for discovery purposes, there is no need for all attorneys in every case to attend every deposition. In addition, the Class Plaintiffs' Notices have merely scheduled the depositions of five (5) progressive employees, eight ALLSTATE employees, and three employees/former employees of the PPO Defendants. The corporate representative depositions merely schedule the deposition of one corporate representative of each Defendant. Thus, Class Plaintiffs have scheduled a total of 39 depositions over the next three (3) months. It should also be noted that excluding the depositions of the specific ALLSTATE and PROGRESSIVE individuals means that Class Plaintiffs have only scheduled one to two depositions in the remaining cases over the next three months. Accordingly,



CASE NO. 00-6061-CIV-FERGUSON/SNOW

BEECH STREET's and ADP's representation that 154 depositions have been scheduled misrepresents the scheduled discovery.[1]

In accordance with Rule 30(b)(6), Class Plaintiffs specifically listed the areas of information that they desire to address. If the Defendants choose to prepare a corporate representative to testify as to all six related topics, these depositions will only involve one individual. If the Defendants choose to designate two or more individuals, the result will be shorter depositions of more individuals. Accordingly, BEECH STREET's and ADP's exaggerated number of scheduled depositions provides no basis for staying discovery.

BEECH STREET's and ADP's Emergency Motion is another obvious effort by the Defendants to delay these proceedings. Clear evidence of BEECH STREET's and ADP's plan to delay these proceedings is set forth in the second footnote of its Emergency Motion wherein they state that if their response date to the pending Motion for Class Certification is November 27, 2001, they will seek an enlargement of time to file their response so that they can complete their class discovery. After refusing for months to take part in discovery, despite this Court's oral ruling at the May 14, 2001 Status Conference lifting all discovery stays and despite the fact that the Omnibus Order was entered on September 28, 2001, BEECH STREET and ADP have yet to conduct any discovery. Having refused to take part in any discovery since May 14, 2001, it is hard to imagine how BEECH STREET and ADP can, in good faith, assert that they will need additional time to

---

[1] Class Plaintiffs surmise that in order to come up with its representation that 154 depositions had been scheduled, BEECH STREET and ADP are asserting that a different corporate representative for each Defendant will be necessary for each specific category listed in Class Plaintiffs' Rule 30(b)(6) Notice.

ATLAS PEARLMAN

CASE NO. 00-6061-CIV-FERGUSON/SNOW

respond to the pending Motion for Class Certification beyond the present November 27, 2001 response date. BEECH STREET's and ADP's dilatory tactics should not be tolerated.

## CONCLUSION

For all the reasons set forth herein, Class Plaintiffs DR. PAUL ZIDEL, KEITH BRICKELL, D.C., and MARC J. BROWNER, D.C., on behalf of themselves and all others similarly situated, respectfully request that this Court enter an Order denying Defendants BEECH STREET and ADP's Emergency Motion for Protective Order, together with such other and further relief as this Court may deem just and proper.

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
JAN DOUGLAS ATLAS
Florida Bar No. 226246

By: _____
ERIC LEE
Florida Bar No. 961299

By: _____
ROBYN CORWIN CAMPBELL
Florida Bar No. 327931


ATLAS PEARLMAN

CASE NO. 00-6061-CIV-FERGUSON/SNOW

**Co-Counsel for Plaintiff**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 7th day of November, 2001 upon: all individuals on the attached service list.

_____
ERIC LEE

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/26/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:
Allstate, Fidelity and Casualty,
Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL  32202
(904) 798-3200
(904) 798-3207 Facsimile


7090-00100 318823.1



**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile



7090-00100 318823.1

