IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case No. ~~01-6780~~-CIV-Ferguson/Snow

ULTRA OPEN MRI CORPORATION,
on behalf of itself and all others
similarly situated,

        Plaintiff,

v.

INTEGON NATIONAL INSURANCE
COMPANY and INTEGON GENERAL
INSURANCE CORPORATION,

        Defendants.

NIGHT BOX FILED
NOV - 8 2001
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## INTEGON'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendants Integon National Insurance Company and Integon General Insurance Corporation (collectively, "Integon"), pursuant to Federal Rule of Civil Procedure 6(b), move for a two-week enlargement of time to submit reply memoranda in further support of their motions to compel arbitration and to stay this action. The replies are currently due on November 13, 2001. Integon seeks an extension through Tuesday, November 27th.

In support of its motion, Integon states:

1.    Plaintiff Ultra Open MRI Corporation ("UOMC") recently served memoranda in opposition to Integon's motion to compel arbitration and its motion to stay this action pending the ruling on the arbitration request.

Case No. 01-6780-CIV-Ferguson/Snow

2. Lead trial counsel Marcy Aldrich is currently on a family vacation out of the country. In August 2001, she filed a notice of unavailability in this action for the period November 1-12, 2001. Almost immediately after her return to Miami, Ms. Aldrich will be traveling to Tallahassee for a previously scheduled overnight business trip. The next business day that she will be at work is Thursday, November 15th.

3. In view of Ms. Aldrich's absence, Integon needs additional time to review the opposition memoranda and to prepare their reply memoranda. It therefore seeks a two-week enlargement of time.

4. Undersigned counsel has conferred with opposing counsel, and is authorized to represent to the Court that UOMC does not oppose this motion.

Accordingly, Integon asks that the Court grant it an enlargement of time through November 27, to submit its replies in further support of its motions to compel arbitration and to stay this action.

AKERMAN, SENTERFITT & EIDSON, P.A.
Counsel for Defendant Integon
2800 SunTrust International Center
One Southeast Third Avenue
Miami, Florida 33131-1704
Telephone:   305-374-5600
Telefax:   305-374-5095
E-Mail:   MAldrich@Akerman.com

_____
Marcy Levine Aldrich
George Volsky

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail on this 8th day of November, 2001 to: Eric Lee, Esq., Atlas Pearlman, P.A., 350 East Las Olas Blvd., Suite 1700, Fort Lauderdale, FL 33301. In addition, courtesy copies were mailed to the persons listed on the attached Courtesy Copy List.

_____
Attorney

MI725475;1

Case No. 01-6780-CIV-Ferguson/Snow

# COURTESY COPY LIST
*Ultra Open MRI Corp. v. Integon National Ins. Co.,*
(Case No. 01-6780-CIV-FERGUSON)

**Co-Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
 atlas@atlaslaw.com
Eric Lee, Esq.
 lee@atlaslaw.com
Robin Corwin Campbell, Esq.
 campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
Tel: (954) 763-1200
Fax: (954) 766-7800

**Co-Counsel for Plaintiffs**

GOLD & COULSON
Arthur S. Gold, Esq.
 asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
Tel: (312) 372-0777
Fax: (312) 372-0778

**Co-Counsel for Plaintiffs**

PHILLIPS & GARCIA
Andrew Garcia, Esq.
 agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
 cphilips@gpandg.com
13 Ventura Drive
North Darthmouth, MA 02747
Tel: (508) 998-0800
Fax: (508) 998-0919

**Co-Counsel for Plaintiffs**

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
 dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
Tel: (954) 462-6855
Fax: (954) 462-6899

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
 personalinjurylawyer@earthlink.net
230 East Davis Boulevard
Tampa, FL 33606
Tel: (813) 251-1000
Fax: (813) 254-6327

**Co-Counsel for Plaintiffs**

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
 rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
Tel: (813) 251-1000
Fax: (813) 254-6327

**Co-Counsel for Plaintiffs**

Casey Fundaro, Esq.
Florida Bar No. 933650
 fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
Tel: (941) 435-7995
Fax: (941) 435-1269

**Counsel for Allstate**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
 dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Tel: (407) 872-7300
Fax: (407) 841-2133

ROSS & HARDIES
Peter J. Valeta, Esq.
 peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
Tel: (312) 750-3619
Fax: (312) 920-7241

Case No. 01-6780-CIV-Ferguson/Snow

**Counsel for Beech Street and ADP**

TEW, CARDENAS, REBAK, KELLOGG,
LEHMAN, DEMARIA,
  TAGUE, RAYMOND & LEVINE, L.L.P.
Thomas Tew, Esquire
Direct Tel: (305) 539-2106
  tt@tewlaw.com
Joseph A. DeMaria, Esquire
Direct Tel: (305) 539-2440
  jad@tewlaw.com
John M. Quaranta Esquire
Direct Tel: (305)536-8432
  jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
Fax: (305) 536-1116


**Counsel for Progressive**

ANANIA, BANDKLAYDER, *et al.*
Francis Anania, Esq.
  fanania@anania-law.com
Donald A. Blackwell, Esq.
  dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
Tel: (305) 373-4900
Fax: (305) 373-6914


**Counsel for CCN**

MCGUIRE, WOODS, et al.
William W. Deem, Esquire
  wdeem@mcguirewoods.com
William E. Adams, Esquire
Florida Bar No. 467080
  badams@mcguirewoods.com
Curt Caywood, Esquire
  ccaywood@McGuireWoods.com
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, Florida 32202
Tel: (904)798-3200
Fax: (904)798-3207

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esquire
  klake@fowlerwhite.com
Bruce A. Aebel, Esquire
  baebel@fowlerwhite.com
Post Office Box 1438
Tampa, Florida 33601
Tel: (813)228-7411
Fax: (813)229-8313

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esquire
  haggerty@scdlaw.com
1601 Market Street, 34th Floor
Philadelphia, Pennsylvania 19103-2316
Tel: (215)299-4314
Fax: (215)299-4301


**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Gregory A. Baldwin, Esquire
  gbaldwin@hklaw.com
Robert K. Levenson, Esquire
  rlevenson@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
Tel: (305) 374-8500
Fax: (305)789-7799


**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT & EIDSON, P.A.
Mark Shapiro, Esquire
  mshapiro@akerman.com
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131
Tel: (305)374-5600
Fax: (305)374-5095

Case No. 01-6780-CIV-Ferguson/Snow

**Counsel for ITT Hartford**

AKERMAN, SENTERFITT & EIDSON, P.A.
Marcy Levine Aldrich, Esq.
  maldrich@akerman.com
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131
Tel: (305)374-5600
Fax: (305)374-5095

**Counsel for Metropolitan**

AKERMAN, SENTERFITT & EIDSON, P.A.
Marcy Levine Aldrich, Esq.
  maldrich@akerman.com
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131
Tel: (305)374-5600
Fax: (305)374-5095

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
  jlennard@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
Tel: 312-876-8000
Fax: 312-876-7934

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esquire
  anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway, Suite 1100
Tampa, Florida 33607
Tel: (813) 281-1900
Fax: (813) 281-0900

**Counsel for Prudential**

SHEA & GARDNER
John D. Aldock, Esquire
  jaldock@sheagardner.com
Direct Tel: (202) 828-2140
Richard M. Wyner, Esquire
  Rwyner@sheagardner.com
Direct Tel: (202) 828-2188
Jeffrey M. Klein, Esquire
  jklein@sheagardner.com
Direct Tel: (202) 828-4301
M. David Dobbins, Esquire
  ddobbins@sheagardner.com
Direct Tel: (202) 828-2184
1800 Massachusetts Avenue, N.W.
Washington, District of Columbia 20036
Tel: 202-828-2000
Fax: 202-828-2195

BUTLER BURNETTE PAPPAS
Kathy Johnson Maus
  kmaus@bbplaw.com
Eric Zivitz
  ezivitz@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, Florida 32308-3469
Tel: 850-894-4111
Fax: 850-894-4999

**Counsel for American International**

CONROY, SIMBERG, GANON,
    KREVANS & ABEL, P.A.
Dale L. Friedman, Esquire
  dfriedman@csglaw.com
Brian P. Knight, Esquire
  bknight@csglaw.com
3440 Hollywood Boulevard, 2nd Floor
Holly wood, Florida 33021
Tel: (954) 961-1400
Fax: (954) 967-8577