UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6061 CV-WDF

CASE NO. 01-8549-CIV-FERGUSON
Magistrate Judge Snow

FLORIDA BAR NO. 854646

MOTE WELLNESS & REHAB, INC. on behalf
of itself and all others similarly situated,

   Plaintiff,

v.

AMERICAN INTERNATIONAL INSURANCE
COMPANY and AMERICAN INTERNATIONAL
SOUTH INSURANCE COMPANY,

   Defendants.
_____/

### REPLY TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR CLARIFICATION AND TO STAY DISCOVERY

The Defendants, AMERICAN INTERNATIONAL INSURANCE COMPANY and AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY, by and through undersigned counsel and pursuant to S.D.Fla.L.R. 7.1, hereby file their Reply to Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Clarification and to Stay Discovery, and state:

The Plaintiff argues that it is irrelevant that motions to consolidate were only filed in seven of the cases, even though no motion was ever filed in this case, because the court may *sua sponte* order that cases be consolidated under Rule 42 of the Federal Rules of Civil Procedure. However, the Court's Omnibus Order does not state that it was consolidating the other cases *sua sponte*, only that the motions to consolidate were granted in those cases specifically referenced in the Omnibus Order. Accordingly, there

CASE NO. 01-8549-CIV-FERGUSON

is no basis in the Omnibus Order to assume that this case was consolidated with those that were referenced therein.

If the Court intended to *sua sponte* consolidate this matter with the other cases, the Defendants, who did not have an opportunity to present argument as to why this case should not have been consolidated, will be severely prejudiced. The Defendants' Motion to Dismiss or Alternative Motion for Summary Judgment has not yet been fully briefed, nor has the Court determined that a class can be maintained. Since this action was not served on the Defendants until June 20, 2001, after which a stay was entered, these Defendants have effectively been given only six months to conduct and complete discovery to prepare for trial of a complicated class action.

It is apparent that the Plaintiff intends to keep this action in lock step with the other cases, regardless of the fact that a number of those cases have been pending for over a year and are in a very different procedural posture than this case. The Plaintiff is acting under the assumption that the Court will deny the Motion to Dismiss and that the Court will certify a class in this matter. At that point, the Defendants presumably would be expected to "catch up" to the other cases in which discovery may be proceeding. This is patently unfair and the fact that the Plaintiff elected not to sue these Defendants until this late in the game should not result in the Defendants' loss of due process.

Moreover, the Plaintiff argues that Class Plaintiffs in all pending actions have been attempting to coordinate and conduct discovery. The fact that consolidation will only serve to unnecessarily complicate this case, rather than make it more convenient, is evidenced by the unilateral Notices of Taking corporate Depositions recently served by Plaintiffs' counsel. These Notices name sixteen individuals and

CASE NO. 01-8549-CIV-FERGUSON

an additional twenty-three corporate representatives in all of the fifteen separate actions to be deposed throughout the United States. If this case is indeed consolidated for discovery purposes, these Defendants will necessarily have to attend each of these thirty-nine depositions to determine whether testimony relevant to this case is elicited, despite the fact that many of them likely will not impact this case.

The Plaintiff also argues that the Defendants' response to the Complaint and the Motion for Class Certification are "past due" as a result of the entry of the Omnibus Order. Obviously, if the issue of consolidation is still under consideration as to this case, and if the enlargement of time to serve such responses was to extend until after the issue of consolidation was determined, the responses cannot be past due.

Plaintiff's Motion for Class Certification highlights the fact that this case should not be consolidated with the others. Rather than file a motion and memorandum of law seeking class certification, the Plaintiff in this case simply filed a two page document incorporating motions for class certification filed in the other suits. Even if this case is considered consolidated with those suits, and even if it is proper to incorporate the motions filed in those suits, the referenced motions deal with alleged classes of providers that contracted with entities other than Focus and Chiro-Alliance, which are the alleged co-conspirators in this action. The Plaintiff cannot possibly certify a class in <u>this</u> action involving insurers, providers, and non-party "brokers" indicated in the motions filed in the <u>other</u> cases since they are not part of the allegations in this suit. The Plaintiff is seeking to treat all the cases alike even though the facts are very different. Accordingly, this case should not be consolidated with the prior suits.

CASE NO. 01-8549-CIV-FERGUSON

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed this 8th day of November, 2001, to: Jan Douglas Atlas, Esq., Lead Counsel for Mote Wellness, Atlas Pearlman, P.A., 350 East Las Olas Boulevard, Suite 1700, Fort Lauderdale, Florida 33301. The motion was also mailed to counsel on the attached service list.

          CONROY, SIMBERG, GANON,
          KREVANS & ABEL, P.A.
          3440 Hollywood Boulevard
          Second Floor
          Hollywood, Florida 33021
          (954) 961-1400 Broward
          (305) 940-4821 Dade

By: _/s/ Dale L. Friedman_
    Dale L. Friedman, Esquire
    Florida Bar No.: 854646
    Brian P. Knight, Esquire
    Florida Bar No.: 993662

BPK
01.1026
Y39685.WPD

**MASTER SERVICE LIST**
(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/17/01)

| Co-Lead Counsel for Plaintiffs | Co-Counsel for Plaintiffs |
|---|---|
| ATLAS PEARLMAN, P.A.<br>Jan Douglas Atlas, Esq.<br>atlas@atlaslaw.com<br>Eric Lee, Esq.<br>lee@atlaslaw.com<br>Robin Corwin Campbell, Esq.<br>campbell@atlaslaw.com<br>350 East Las Olas Boulevard, Suite 1700<br>Fort Lauderdale, FL 33301<br>(954) 763-1200<br>(954) 766-7800 Facsimile<br><br>GOLD & COULSON<br>Arthur S. Gold, Esq.<br>asg@gcjustice.com<br>11 S. LaSalle Street, Suite 2500<br>Chicago, IL 60603<br>(312) 372-0777<br>(312) 372-0778 Facsimile<br><br>PHILLIPS & GARCIA<br>Andrew Garcia, Esq.<br>agarcia@phillipsgarcia.com<br>Carlin Phillips, Esq.<br>cphilips@gpandg.com<br>Attorneys at Law<br>13 Ventura Drive<br>North Darthmouth, MA 02747<br>(508) 998-0800<br>(508) 998-0919 Facsimile<br><br>KOPELMAN & BLANKMAN, P.A<br>Larry Kopelman, Esq.<br>Douglas Blankman, Esq.<br>dblan2155@aol.com<br>Bank of America Tower<br>One Financial Plaza<br>Suite 1611<br>Fort Lauderdale, FL 33394<br>(954) 462-6855<br>(954) 462-6899 Facsimile | Susan L. Lawson, Esq.<br>personalinjurylawyer@earthlink.net<br>230 East Davis Boulevard, Suite 200<br>Tampa, FL 33606<br>(813) 251-8879<br>(813) 251-5786  Facsimile<br><br>RICHARD BOKOR, P.A.<br>Richard Bokor, Esq.<br>rabokor1@tampabay.rr.com<br>230 East Davis Boulevard<br>Tampa, FL 33606<br>(813) 251-1000<br>(813) 254-6327 Facsimile<br><br>Casey Fundaro, Esq.<br>fundaro@aol.com<br>1100 5th Avenue S., Suite 201<br>Naples, FL 34102-6407<br>(941) 435-7995<br><br>**Counsel for:**<br>**Allstate, Fidelity and Casualty,**<br>**Continental, Deerbrook**<br><br>RUMBERGER, KIRK & CALDWELL<br>David B. Shelton, Esq.<br>dshelton@rumberger.com<br>Signature Plaza, Suite 300<br>201 South Orange Avenue (32801)<br>Post Office Box 1873<br>Orlando, Florida 32802-1873<br>(407) 872-7300<br>(407) 841-2133 Facsimile<br><br>ROSS & HARDIES<br>Peter J. Valeta, Esq.<br>peter.valeta@rosshardies.com<br>150 N. Michigan Avenue, Suite 2500<br>Chicago, IL 60601<br>(312) 750-3619<br>(312) 920-7241 Facsimile |

7090-00100 318823.1

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

7090-00100 318823.1

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
lswaby@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile


SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS
& ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

7090-00100 318823.1