UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

(Consolidated Class Action)

CASE NO. 00-6061-CIV-FERGUSON/SNOW



| | |
|---|---|
| DR. PAUL ZIDEL, on behalf of himself and all others similarly situated,<br>Plaintiffs,<br>v.<br><br>ALLSTATE INSURANCE COMPANY, et al.,<br>Defendants.      / | Respectfully referred to<br>U.S. Magistrate Judge Lurana Snow |
| KEITH BRICKELL, D.C., individually and on behalf of all others similarly situated,<br>Plaintiffs,<br>v.<br><br>PROGRESSIVE EXPRESS INSURANCE, et al.,<br>Defendants.      / | **DEFENDANTS BEECH STREET CORPORATION AND ADP INTEGRATED MEDICAL SOLUTIONS, INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR REAFFIRMATION OF ORDERS STAYING MERITS DISCOVERY** |
| MARC J. BROWNER, D.C., individually and on behalf of all other similarly situated,<br>Plaintiffs,<br>v.<br><br>ALLSTATE INDEMNITY COMPANY, et al.,<br>Defendants.      / | |

Defendants Beech Street Corporation ("Beech Street") and ADP Integrated Medical Solutions, Inc. ("ADP") pursuant Local Rule 7.1C. file this Reply Memorandum in support of their Motion for Reaffirmation of Orders Staying Merits Discovery. For the reasons set forth herein, Beech Street and ADP respectfully request that this Court grant the Motion and reaffirm its prior Orders staying merits discovery pending the completion of class certification discovery.

Tew Cardenas Rebak Kellogg Lehman DeMaria Tague Raymond & Levine, L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112

CASE NO. 00-6061-CIV-FERGUSON/SNOW

**I.  OVERVIEW**

Given the multitude of parties in the above-captioned cases and the cases allegedly consolidated therewith, the divergent interests of the defendants, and the variant stages of pleading and motion practice of these cases, a myriad of discovery, pretrial, and procedural issues are bound to arise (and have already arisen as evidenced by the flurry of motions already filed by various defendants). The District Court has directed Magistrate Judge Snow to resolve all such issues by entering orders on all non-dispositive matters and issuing reports and recommendations on all dispositive matters. Currently, there are a number of pending motions regarding discovery, pretrial, and procedural issues including, but not limited to, consolidation, confidentiality and stays of merits discovery. Most of these pending motions must be resolved before the defendants can respond to Plaintiffs, Dr. Paul Zidel, Keith Brickell, D.C. and Marc J. Browner, D.C. ("Plaintiffs") discovery requests regarding the merits of the cases, which Plaintiffs propounded in contravention of this Court's stay of merits discovery pending the completion of class certification discovery. Among such motions is Beech Street and ADP's Motion for Reaffirmation of Orders Staying Merits Discovery (the "Motion").

In their Memorandum in Opposition to the Motion, Plaintiffs argue that the Motion is: (A) a motion to reconsider the Court's September 28, 2001 Order; (B) a baseless reassertion of Beech Street and ADP's arguments as to why merits discovery should be stayed; and (C) an attempt to delay these proceedings and prevent Plaintiffs from conducting discovery. These arguments are without merit.

Tew Cardenas Rebak Kellogg Lehman DeMaria Tague Raymond & Levine, L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112

CASE NO. 00-6061-CIV-FERGUSON/SNOW

I.    **ARGUMENT**

    A.    **The Motion Seeks Reaffirmation, not Reconsideration, of the September 28, 2001 Order**

The Motion is not at all a motion to reconsider this Court's September 28, 2001 Order. In fact, the Motion seeks to have the Court reaffirm that Order and previous Orders entered by the Court. In that Order, Magistrate Judge Snow, upon denying Beech Street and ADP's Motion to Dismiss, lifted any stay imposed by the Court as to **class certification** discovery pending resolution of that Motion.[1] The September 28, 2001 Order did not lift the stay imposed by the October 30, 2000 Order as to **merits** discovery pending completion of class certification discovery.[2] To be sure, upon the entry of the September 28, 2001 Order, the Motion to Dismiss was resolved but class certification discovery had not been completed (and still has not been completed). With the Motion to Dismiss denied, there was no reason to continue to stay class certification discovery, but with class certification discovery ongoing, there was every reason to continue to stay merits discovery. Because Magistrate Judge Snow's September 28, 2001 Order was not meant to vacate the October 30, 2000 Order and the January 24, 2001 Order, both of which stayed merits discovery pending the completion of class certification discovery, the September 28, 2001 Order only lifted the stay on class certification discovery. Accordingly, Beech Street and ADP seek to have this Court reaffirm the September 28, 2001 Order.

---

[1] Beech Street and ADP filed a Motion to Stay Discovery Pending Court's Ruling on Motion to Dismiss or, in the Alternative, Limit Discovery to Issues of Class Certification.

[2] On October 30, 2000, the Court entered an Order granting Beech Street and ADP's Motion to Stay Discovery Pending Ruling on Motion to Dismiss, or in the Alternative, to Limit Discovery to Issues of Class Certification. Subsequently, on January 24, 2001, Magistrate Judge Snow entered an Order clarifying that the October 30, 2000 "stayed all discovery except that related to class certification issues." January 24, 2001 Order, at p. 2 ¶ 3.

### B. The Motion Reaffirms that Merits Discovery Should be Stayed Because Plaintiffs are Conducting Merits Discovery Before Class Certification Discovery Has Been Completed.

Beech Street and ADP were forced to file this Motion and reassert their argument that merits discovery should be stayed pending the completion of class certification discovery because Plaintiffs are attempting to conduct merits discovery in violation of prior Orders of this Court. This Court previously ordered that merits discovery is stayed pending the completion of class certification discovery, the parties have not yet completed class certification discovery, and Plaintiffs have propounded discovery requests regarding the merits of the cases. Beech Street and ADP reassert their argument to prevent Plaintiffs from conducting merits discovery (and thus relieve Beech Street and ADP from their obligation to respond to such discovery) while class certification discovery is ongoing. Beech Street and ADP seek only to have the Court reaffirm certain Orders staying merits discovery pending the completion of class certification discovery and require Plaintiffs to comply with those Orders so the parties can focus their efforts on conducting discovery regarding class certification issues, which this Court must resolve before the cases can proceed, as class actions, on the merits.

### C. The Motion Seeks to Expedite Rather than Delay these Proceedings by Requiring the Parties to Complete Class Certification Discovery Before Conducting Merits Discovery

Plaintiffs argue that the Motion is an attempt by Beech Street and ADP to delay these proceedings and prevent Plaintiffs from conducting discovery. To the contrary, the Motion is an attempt to expedite these proceedings by allowing the parties to focus on class certification discovery, and thereby facilitate the Court's next significant judicial determination of whether or not this matter was properly brought as a class action under Fed. R. Civ. P. 23. Beech Street and

4

TEW CARDENAS REBAK KELLOGG LEHMAN DEMARIA TAGUE RAYMOND & LEVINE, L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112

CASE NO. 00-6061-CIV-FERGUSON/SNOW

ADP are not seeking to prevent Plaintiffs from conducting **all** discovery at this time, only **merits** discovery. The Motion simply requests that the Court reaffirm its prior Orders staying merits discovery pending the completion of class certification discovery. Because the parties have not yet completed class certification discovery, Plaintiffs, pursuant to such Orders, should not be permitted to propound discovery requests regarding the merits of the cases.

### III.   CONCLUSION

Counsel for Plaintiffs have substantially hindered the Magistrate Judge's ability to manage the discovery and pretrial proceedings in the above-captioned cases and the cases allegedly consolidated therewith. By aggressively moving forward with merits discovery before class certification discovery has been completed, in direct contravention of this Court's Orders, counsel for Plaintiffs have provoked the veritable blitzkrieg of motions by various defendants seeking status conferences, extensions, clarification, reaffirmation, and other relief from counsel's errant course of action. Counsel for Plaintiffs claim that Beech Street and ADP are attempting to delay these proceeding and prevent Plaintiffs from conducting discovery, when in reality, it is counsel's steamrolling through merits discovery that will ultimately lead to the delay of these proceedings and the trial. If any meaningful merits discovery is to take place, the Court must first decide whether this case is to be maintained as a class action. The resolution of the class certification issues will immeasurably shape and define merits discovery. Therefore, it is imperative that this Court preclude Plaintiffs from conducting merits discovery until discovery regarding class certification issues has been completed and this Court has resolve those issues. Accordingly, Beech Street and ADP respectfully request that this Court reaffirm its prior Orders staying merits discovery pending the completion of class certification discovery.

TEW CARDENAS REBAK KELLOGG LEHMAN DEMARIA TAGUE RAYMOND & LEVINE, L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112

<’s 

CASE NO. 00-6061-CIV-FERGUSON/SNOW

Respectfully submitted,

**TEW CARDENAS REBAK KELLOGG LEHMAN DeMARIA TAGUE RAYMOND & LEVINE L.L.P.**
Counsel for Defendants Beech Street Corporation and ADP Integrated Medical Solutions, Inc.
201 S. Biscayne Boulevard
2600 Miami Center
Miami, Florida 33131
Telephone: 305-536-1112
Facsimile: 305-536-1116

By: _____
    **JOSEPH A. DEMARIA, ESQ.**
    Florida Bar No. 764711
    jad@tewlaw.com
    **JOHN M. QUARANTA, ESQ.**
    Florida Bar No. 940641
    jmq@tewlaw.com
    **KENNETH D. MURENA, ESQ.**
    Florida Bar No. 147486
    kdm@tewlaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served via U.S. Mail this 9th day of November, 2001 on all counsel listed on the attached Service List.

_____
Counsel

::ODMA\MHODMA\Miami;317803;1

6

Tew Cardenas Rebak Kellogg Lehman DeMaria Tague Raymond & Levine, L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112

CASE NO. 00-6061-CIV-FERGUSON/SNOW

## MASTER SERVICE LIST
(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)

**Co-Counsel for Plaintiffs**
ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Eric Lee, Esq.
lee@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

**Co-Counsel for Plaintiffs**
GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

**Co-Counsel for Plaintiffs**
PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphilips@gpandg.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

**Co-Counsel for Plaintiffs**
KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**
Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

**Co-Counsel for Plaintiffs**
RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

**Co-Counsel for Plaintiffs**
Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995
(941) 435-1269 Facsimile

7
Tew Cardenas Rebak Kellogg Lehman DeMaria Tague Raymond & Levine, L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112

CASE NO. 00-6061-CIV-FERGUSON/SNOW

**Counsel for Allstate**
RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**
TEW, CARDENAS REBAK KELLOGG
LEHMAN DEMARIA TAGUE
RAYMOND & LEVINE, L.L.P.
Thomas Tew, Esquire
(305) 539-2106
tt@tewlaw.com
Joseph A. DeMaria, Esquire
(305) 539-2440
jad@tewlaw.com
John M. Quaranta, Esquire
jmq@tewlac.com
(305)536-8432
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**
ANANIA, BANDKLAYDER, et al.
Francis Anania, Esquire
fanania@anania-law.com
Donald A. Blackwell, Esquire
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**
MCQUIRE, WOODS, et al.
William W. Deem, Esquire
wdeem@mcguirewoods.com
William E. Adams, Esquire
badams@mcguirewoods.com
Curt Caywood, Esquire
ccaywood@mcguirewoods.com
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, Florida  32202
(904)798-3200
(904)798-3207 Facsimile

**Counsel for Nationwide**
FOWLER, WHITE
Katherine C. Lake, Esquire
klake@fowlerwhite.com
Bruce A. Aebel, Esquire
baebel@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813)228-7411
(813)229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esquire
haggerty@scdlaw.com
1601 Market Street, 34th Floor
Philadelphia, Pennsylvania 19103-2316
(215)299-4314
(215)299-4301 Facsimile

CASE NO. 00-6061-CIV-FERGUSON/SNOW

**Counsel for Florida Farm Bureau**
HOLLAND & KNIGHT, LLP
Gregory A. Baldwin, Esquire
gbaldwin@hklaw.com
Robert K. Levenson, Esquire
rlevenson@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305)374-8500
(305)789-7799 Facsimile

**Counsel for Liberty Mutual**
AKERMAN, SENTERFITT et al.
Mark Shapiro, Esquire
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, Florida 33131
(305)374-5600
(305)374-5095 Facsimile

**Counsel for Hartford, Metropolitan, Integon**
AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, Florida 33131
(305)374-5600
(305)374-5095 Facsimile

**Counsel for Prudential**
SHEA & GARDNER
John D. Aldock, Esquire
jaldock@sheagardner.com
(202) 828-2140
Richard M. Wyner, Esquire
Rwyner@sheagardner.com
(202) 828-2188
Jeffrey M. Klein, Esquire

jklein@sheagardner.com
(202) 828-4301
M. David Dobbins, Esquire
ddobbins@sheagardner.com
(202) 828-2184
1800 Massachusetts Avenue, N.W.
Washington, District of Columbia 20036
202-828-2000
202-828-2195 (Facsimile)

BUTLER BURNETTE PAPPAS
Kathy Johnson Maus
Kmaus@bbplaw.com
Lauren D. Levy, Esq.
Llevy@bbplaw.com
3520 Thomasville Road
Suite 102
Tallahassee, Florida 32308.3469
850.894.4111
850.894.4999 (Facsimile)

**Counsel for Superior**
BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esquire
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, Florida 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for American International**
CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esquire
dfriedman@csglaw.com
Brian P. Knight, Esquire
bknight@csglaw.com
3440 Hollywood Boulevard, 2nd Floor
Holly wood, Florida 33021
(954) 961-1400
(954) 967-8577 (Facsimile)

CASE NO. 00-6061-CIV-FERGUSON/SNOW

**Counsel for Metropolitan**
Jeffrey P. Lennard, Esq.
SONNENSCHEIN NATH & ROSENTHAL
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934 Facsimile

**Counsel for Hartford**
Howard J. Roin, Esq.
MAYER, BROWN & PLATT
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile