IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DR. PAUL ZIDEL, and<br>all others similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, and<br>COMMUNITY CARE NETWORK, INC. d/b/a CNN,<br><br>　　　Defendants. | C.A. No. 00-6061<br>Judge Ferguson<br>Magistrate Judge Snow |

## CONSENT TO BE LOCAL DESIGNEE FOR ARTHUR S. GOLD, ESQ.

The undersigned counsel for the Plaintiff, DR. PAUL ZIDEL, hereby consents to be the local designee for counsel for the Plaintiff, Arthur S. Gold, Esq. in accordance with Local Rule 4(b).

Dated: November 13, 2001

　　　　　　　　　　　　　　　　　　Douglas A. Blankman, Esq.
　　　　　　　　　　　　　　　　　　Kopelman & Blankman, P.A.
　　　　　　　　　　　　　　　　　　Counsel for Plaintiff
　　　　　　　　　　　　　　　　　　One Financial Plaza, Suite 2510
　　　　　　　　　　　　　　　　　　Ft. Lauderdale, FL 33394
　　　　　　　　　　　　　　　　　　954-462-6855
　　　　　　　　　　　　　　　　　　Fax 954-462-6899

cc:
Arthur S. Gold, Esq.
GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
Counsel for Plaintiff
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile