IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION (FORT LAUDERDALE)

DR. PAUL ZIDEL

        Plaintiff,               CASE NO. 00-6061-CIV-
v.                             FERGUSON/SNOW

ALLSTATE INSURANCE COMPANY
and COMMUNITY CARE NETWORK,
INC., d/b/a/ CCN,

        Defendant.

_____/

SALVATORE D. LARUSSO, D.C., d/b/a
FAMILY CHIROPRACTIC CENTER,

        Plaintiff,               CASE NO. 01-8111-CIV-
v.                             FERGUSON/SNOW

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

        Defendant.

_____/

## DEFENDANT HARTFORD'S REPLY TO PLAINTIFF'S OPPOSITION TO HARTFORD'S MOTION FOR RECONSIDERATION

    Defendant, Hartford Insurance Company of the Midwest ("Hartford of the Midwest" or "Hartford"), files this memorandum in reply to Plaintiff's Opposition to Hartford's Motion for Reconsideration. Hartford responds only to the following issues raised in Plaintiff's Opposition.

**I**    **Hartford Was Not Afforded An Opportunity To Be Heard**

    Plaintiff Salvatore LaRusso ("LaRusso") argues that Hartford is not entitled to reconsideration of the Omnibus Order granting consolidation because Hartford "has been well-aware of the Motion to Consolidate and has been aware of this Court's oral ruling consolidating the various PPO reduction class



actions, which this Court announced at a status conference on May 14, 2001." (Opp. Mem., p. 2)  The record contradicts LaRusso's assertions.

The original Complaint in this matter was filed on February 7, 2001 against Hartford Life and Annuity Insurance Company ("ITT Hartford").  While the original Complaint was filed in February of 2001, ITT Hartford was not served with the Complaint and a Notice of Pendency of other actions until May 16, 2001.  Shortly after ITT Hartford was served, counsel for ITT Hartford notified Plaintiff's counsel that the wrong entity had been joined as the Defendant.  LaRusso chose not to correct his error until October 10, 2001, when he filed an Amended Complaint naming Hartford Insurance Company of the Midwest as the Defendant in this matter.

Plaintiffs' Motion to Consolidate was filed on February 13, 2001, before ITT Hartford or Hartford of the Midwest had been served.  LaRusso never served this Motion on ITT Hartford or Hartford of the Midwest and the subject motion has never been briefed.  The Court then conducted a status conference on May 14, 2001, prior to the time that any Hartford entity had been served, at which the Motion to Consolidate allegedly was considered.

It is therefore highly disingenuous for LaRusso to represent that any Hartford entity "has been aware for months that this Court was consolidating these actions." (Id.)  Indeed, Hartford did not learn of the order granting consolidation until it received the September 28, 2001 Omnibus Order.  At that time, LaRusso still had yet to file an Amended Complaint naming the proper defendant.  Accordingly, because Hartford did not have an opportunity to oppose consolidation, this Action should not be consolidated with the other actions.  At a minimum, Hartford should be granted the opportunity to be heard on the issue of consolidation.

## II.    The Amended Trial Order Provides Insufficient Time for Discovery

LaRusso claims that a June, 2002 trial date is appropriate for this Action because Hartford has "been a party to these proceedings since February, 2001 and "refused to cooperate with scheduling discovery" since May 14, 2001. (Id. at 3-4)  Once again, the record belies LaRusso's assertions.

After serving the wrong entity in May, LaRusso neglected to serve his Amended Complaint until October 10, 2001.  Moreover, in June, 2001 ITT Hartford filed an unopposed motion to extend time to respond to the Complaint. (00-8111; D.E. 14)  The Court granted ITT Hartford's Motion and did not require ITT Hartford to respond to the Complaint until the Court "has issued a written order on the matters addressed at the May 14, 2001 status conference." (00-8111; D.E. 15)  Thus, this case was effectively stayed, with LaRusso's agreement, through September 28, 2001, when the Court issued its written Orders.  Therefore, even if the Court utilized a date prior to October 10 for the purpose of setting discovery deadlines, the earliest date that discovery should commence is September 28, 2001.  Given that discovery could not commence prior to September 28, 2001, to the extent discovery proceeds at all,[1] an April, 2002 discovery cutoff provides an insufficient amount of time under Local Rule 16.1(2).

### Conclusion

For all of the foregoing reasons, Hartford respectfully requests that this Court reconsider the consolidation of this Action and the application of the Amended Trial Order to this Action.

---

[1]    Hartford has filed a motion to dismiss the amended complaint (00-6061; D.E. 210) and a motion to stay discovery pending disposition of the motion to dismiss (00-6061; D.E. 212).  It is Hartford's position that discovery should not proceed until the Court has ruled on the motion to dismiss, and that any future discovery should be bifurcated.

{MI725997;1}

CASE NOS. 00-6061 and 00-8111-CIV-FERGUSON/SNOW

Respectfully submitted,

Akerman, Senterfitt & Eidson, P.A.
Counsel for Defendant
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131-1704
Phone: (305) 374-5600
Fax: (305) 374-5095
E-Mail: MAldrich@Akerman.com

Marcy Levine Aldrich
Fla. Bar No. 0968447
George Volsky
Fla. Bar No. 203092

and

Howard J. Roin
Co-Counsel for Defendant
Mayer, Brown & Platt
190 South LaSalle Street
Chicago, IL, 60603-3441
Tel: 312-782-0600
Fax: 312-701-7711
E-Mail: hroin@mayerbrown.com

CASE NOS. 00-6061 and 00-8111-CIV-FERGUSON/SNOW

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was served via

U.S. Mail this 15th day of November, 2001, on all parties on the attached Service List



_____
Marcy Aldrich

## SERVICE LIST

*Salvatore D. Larusso, D.C. v. ITT Hartford Life and Annuity Ins. Co.*
(Case No. 01-8111-Civ-Ferguson/Snow) (S.D. Fla.)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
 atlas@atlaslaw.com
Eric Lee, Esq.
 lee@atlaslaw.com
Robin Corwin Campbell, Esq.
 campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
Tel: (954) 763-1200
Fax: (954) 766-7800

GOLD & COULSON
Arthur S. Gold, Esq.
 asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
Tel: (312) 372-0777
Fax: (312) 372-0778

PHILLIPS & GARCIA
Andrew Garcia, Esq.
 agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
 cphilips@gpandg.com
13 Ventura Drive
North Darthmouth, MA 02747
Tel: (508) 998-0800
Fax: (508) 998-0919

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
 dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
Tel: (954) 462-6855
Fax: (954) 462-6899

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
 personalinjurylawyer@earthlink.net
230 East Davis Boulevard
Tampa, FL 33606
Tel: (813) 251-1000
Fax: (813) 254-6327

- 1 -

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
  rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
Tel: (813) 251-1000
Fax: (813) 254-6327

Casey Fundaro, Esq.
Florida Bar No. 933650
  fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
Tel: (941) 435-7995
Fax: (941) 435-1269

**Counsel for Allstate, Fidelity and Casualty, Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
  dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Tel: (407) 872-7300
Fax: (407) 841-2133

ROSS & HARDIES
Peter J. Valeta, Esq.
  peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
Tel: (312) 750-3619
Fax: (312) 920-7241

**Counsel for Beech Street and ADP**

TEW, CARDENAS, REBAK, KELLOGG, LEHMAN, DEMARIA,
  TAGUE, RAYMOND & LEVINE, L.L.P.
John M. Quaranta, Esq.
Direct Tel: (305) 539-2495
  jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
Fax: (305) 536-1116

**Counsel for Progressive**

ANANIA, BANDKLAYDER, *et al.*
Francis Anania, Esq.
  fanania@anania-law.com
Donald A. Blackwell, Esq.
  dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
Tel: (305) 373-4900
Fax: (305) 373-6914

**Counsel for CCN**

MCGUIRE, WOODS, et al.
William W. Deem, Esquire
  wdeem@mcguirewoods.com
William E. Adams, Esquire
Florida Bar No. 467080
  badams@mcguirewoods.com
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, Florida  32202
Tel: (904) 798-3200
Fax: (904) 798-3207

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esquire
  klake@fowlerwhite.com
Post Office Box 1438
Tampa, Florida 33601
Tel: (813) 228-7411
Fax: (813) 229-8313

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esquire
  haggerty@scdlaw.com
1601 Market Street, 34th Floor
Philadelphia, Pennsylvania 19103-2316
Tel: (215) 299-4314
Fax: (215) 299-4301

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
GregoryRobert K. Levenson, Esquire
  rlevenson@hklaw.com
Gregory A. Baldwin, Esquire
  gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
Tel: (305) 374-8500
Fax: (305)789-7799

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT & EIDSON, P.A.
Mark Shapiro, Esquire
  mshapiro@akerman.com
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida  33131
Tel: (305)374-5600
Fax: (305)374-5095

**Counsel for Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT & EIDSON, P.A.
Marcy Levine Aldrich, Esq.
  maldrich@akerman.com
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131
Tel: (305)374-5600
Fax: (305)374-5095

**Counsel for Hartford**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
  jlennard@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
Tel: 312-876-8000
Fax: 312-876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL 60603-3441

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esquire
  anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway, Suite 1100
Tampa, Florida 33607
Tel: (813) 281-1900
Fax: (813) 281-0900

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy Johnson Maus, Esq.
 kmaus@bbplaw.com
Lauren D. Levy, Esq.
 llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, Florida 32308-3469
Tel: 850-894-4111
Fax: 850-894-4999

SHEA & GARDNER
John D. Aldock, Esq.
 jaldock@sheagardner.com
Jeffrey M. Klein, Esq.
 jklein@sheagardner.com
Michael Isenman, Esq.
 misenman@sheagardner.com
1800 Massachusetts Avenue, N.W.
Washington, District of Columbia 20036
Tel: 202-828-2000
Fax: 202-828-2195

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esquire
 dfriedman@csglaw.com
Brian P. Knight, Esquire
 bknight@csglaw.com
3440 Hollywood Boulevard, 2nd Floor
Holly wood, Florida 33021
Tel: (954) 961-1400
Fax: (954) 967-8577