UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**Fort Lauderdale Division**

(Consolidated Class Action)

**CASE NO. 00-6061-CIV-FERGUSON/SNOW**

DR. PAUL ZIDEL, on behalf of himself
and all others similarly situated,
          Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
et al.,
          Defendants.         /

KEITH BRICKELL, D.C., individually and
on behalf of all others similarly situated,
          Plaintiffs,

v.

PROGRESSIVE EXPRESS INSURANCE,
et al.,
          Defendants.         /

MARC J. BROWNER, D.C., individually
and on behalf of all other similarly situated,
          Plaintiffs,

v.

ALLSTATE INDEMNITY COMPANY,
et al.,
          Defendants.         /

**Respectfully referred to**
**U.S. Magistrate Judge Lurana Snow**

NIGHT BOX
FILED
NOV 15 2001

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

**DEFENDANTS BEECH STREET CORPORATION AND
ADP INTEGRATED MEDICAL SOLUTIONS, INC.'S REPLY IN
SUPPORT OF EMERGENCY MOTION FOR PROTECTIVE ORDER**

    Pursuant Local Rule 7.1C., Defendants Beech Street Corporation ("Beech Street") and

ADP Integrated Medical Solutions, Inc. ("ADP") submit this Reply Memorandum in support of

their October 30, 2001 Emergency Motion for Protective Order with respect to Plaintiff, Dr. Paul

Zidel's two Notices of Taking Deposition served on October 23, 2001 (the "Emergency

Motion"). In Plaintiffs, Dr. Paul Zidel, Keith Brickell, D.C. and Marc J Browner, D.C.'s

TEW CARDENAS REBAK KELLOGG LEHMAN DEMARIA TAGUE RAYMOND & LEVINE, L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112



("Plaintiffs") Memorandum of Law in Opposition to the Emergency Motion, Plaintiffs argue that

the Emergency Motion does not address an emergency situation and exaggerate the number of

depositions scheduled by Plaintiffs, and that Beech Street and ADP filed the Emergency Motion

to delay these proceedings. For the reasons set forth below, Plaintiffs' arguments are entirely

without merit.

First, contrary to the Plaintiff's assertions, the Emergency Motion does address an

emergency situation, as the first deposition to be taken by Plaintiffs' is scheduled for November

17, 2001 – just one (1) day away. Further, on November 27 and 28, 2001, Plaintiffs have

scheduled the 30(b)(6) depositions of Allstate Insurance Co. and Deerbrook Insurance Co.,

respectively, in Chicago Illinois. On December 4, 2001, Plaintiffs have scheduled the deposition

of Gavin Meshad in Sarasota, Florida and the 30(b)(6) deposition of Integon National Co. and

Integon General Insurance Co. in Winston Salem, North Carolina. That will be six (6)

depositions scheduled in four (4) different cities, in three (3) different states, in less than two (2)

weeks. If any of these deposition are going to take place, i.e., if this Court permits Plaintiffs to

conduct merits discovery at this time, counsel for Beech Street and ADP would like to attend

them.[1] Because counsel for Beech Street and ADP live or work in Miami, Florida, they must

---

[1]Counsel for Plaintiffs state that there is no need for all of Defendants' counsel in all of the allegedly consolidated cases to attend every deposition. As counsel for Plaintiffs' position is that the cases are consolidated for discovery and pretrial purposes, and counsel may eventually seek to consolidate the cases for all purposes, it would be prudent for undersigned counsel to have a complete understanding of the record in order to responsibly defend Beech Street and ADP in any consolidated action. Therefore, undersigned counsel respectfully declines to take the advice of counsel for Plaintiffs on discovery and other defense strategies.

Tew Cardenas Rebak Kellogg Lehman DeMaria Tague Raymond & Levine, L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112

make travel arrangements, including booking flights and hotel rooms, if they are to attend the deposition.

Second, the Emergency Motion does not exaggerate the number of depositions scheduled by counsel for Plaintiffs. Plaintiffs Notice of Taking Depositions lists six (6) categories of information, all relating to merits discovery, requested from the 30(b)(6) representatives of the various allegedly consolidated Defendants. Each Defendant could potentially produce a different 30(b)(6) representative for each of the six categories of information requested by Plaintiffs. Although counsel for Plaintiffs have scheduled thirty nine (39) depositions over the next ninety (90) days, 154 separate witnesses could actually be deposed. Therefore, it is not false, misleading or exaggerating for undersigned counsel to state that counsel for Plaintiffs could take, and therefore counsel for the Defendants must attend, 154 separate depositions over the next ninety days.

Finally, by filing the Emergency Motion, Beech Street and ADP are not attempting to merely delay these proceedings. Rather, Beech Street and ADP, along with the majority if not all of the other Defendants in the allegedly consolidated cases, honestly believe that counsel for Plaintiffs are proceeding with merits discovery in direct contravention of this Court's Order staying merits discovery pending the completion of class certification discovery. Indeed, as acknowledged by Plaintiffs in the Memorandum in Opposition to the Emergency Motion, Beech Street and ADP and various other Defendants have filed numerous motions seeking relief from the Court in light of Plaintiffs' conducting merits discovery at this time. Therefore, Beech Street and ADP filed this Motion, on an emergency basis, so that this Court will clarify whether Plaintiffs may conduct merits discovery while class certification discovery is ongoing and

TEW CARDENAS REBAK KELLOGG LEHMAN DeMARIA TAGUE RAYMOND & LEVINE, L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112

whether certain pretrial and discovery deadlines, including Defendants' deadline for filing responses to Plaintiffs' class certification motion, are still correct in light of the alleged consolidation of the cases for discovery and pretrial purposes. Clearly, Beech Street and ADP have legitimate reasons for filing the Emergency Motion and have not just filed it to delay these proceedings.

For the foregoing reasons, Beech Street and ADP respectfully move for protective order with respect to Plaintiff's two Notices of Taking Depositions.

Respectfully submitted,

**TEW CARDENAS REBAK KELLOGG**
**LEHMAN DEMARIA TAGUE, ET AL.**
Co-Counsel for Defendants Beech Street Corp.
and ADP Integrated Medical Solutions, Inc.
Miami Center, 26th Floor
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-536-1112
Facsimile: 305-536-1116

By:_____
    John M. Quaranta, Esq.
    Florida Bar No. 940641
    jmq@tewlaw.com
Kenneth D. Murena, Esq.
    Florida Bar No. 147486
    kdm@tewlaw.com

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served via U.S. Mail this 15th day of November, 2001 on all counsel listed on the attached Service List.

_____
Counsel

::ODMA\MHODMA\Miami;318393;1

5

TEW CARDENAS REBAK KELLOGG LEHMAN DeMARIA TAGUE RAYMOND & LEVINE, L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)

**Co-Counsel for Plaintiffs**
ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Eric Lee, Esq.
lee@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

**Co-Counsel for Plaintiffs**
GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

**Co-Counsel for Plaintiffs**
PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphilips@gpandg.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

**Co-Counsel for Plaintiffs**
 KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**
Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

**Co-Counsel for Plaintiffs**
RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

**Co-Counsel for Plaintiffs**
Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995
(941) 435-1269 Facsimile

**Counsel for Allstate**
RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**
TEW, CARDENAS REBAK KELLOGG
LEHMAN DEMARIA TAGUE
RAYMOND & LEVINE, L.L.P.
Thomas Tew, Esquire
(305) 539-2106
tt@tewlaw.com
Joseph A. DeMaria, Esquire
(305) 539-2440
jad@tewlaw.com
John M. Quaranta, Esquire
jmq@tewlac.com
(305)536-8432
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**
ANANIA, BANDKLAYDER, et al.
Francis Anania, Esquire
fanania@anania-law.com
Donald A. Blackwell, Esquire
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**
MCQUIRE, WOODS, et al.
William W. Deem, Esquire
wdeem@mcguirewoods.com
William E. Adams, Esquire
badams@mcguirewoods.com
Curt Caywood, Esquire
ccaywood@mcguirewoods.com
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, Florida  32202
(904)798-3200
(904)798-3207 Facsimile

**Counsel for Nationwide**
FOWLER, WHITE
Katherine C. Lake, Esquire
klake@fowlerwhite.com
Bruce A. Aebel, Esquire
baebel@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813)228-7411
(813)229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esquire
haggerty@scdlaw.com
1601 Market Street, 34th Floor
Philadelphia, Pennsylvania 19103-2316
(215)299-4314
(215)299-4301 Facsimile

**Counsel for Florida Farm Bureau**
HOLLAND & KNIGHT, LLP
Gregory A. Baldwin, Esquire
gbaldwin@hklaw.com
Robert K. Levenson, Esquire
rlevenson@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305)374-8500
(305)789-7799 Facsimile

**Counsel for Liberty Mutual**
AKERMAN, SENTERFITT et al.
Mark Shapiro, Esquire
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, Florida 33131
(305)374-5600
(305)374-5095 Facsimile

**Counsel for Hartford, Metropolitan, Integon**
AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, Florida 33131
(305)374-5600
(305)374-5095 Facsimile

**Counsel for Prudential**
SHEA & GARDNER
John D. Aldock, Esquire
jaldock@sheagardner.com
(202) 828-2140
Richard M. Wyner, Esquire
Rwyner@sheagardner.com
(202) 828-2188
Jeffrey M. Klein, Esquire
jklein@sheagardner.com
(202) 828-4301

M. David Dobbins, Esquire
ddobbins@sheagardner.com
(202) 828-2184
1800 Massachusetts Avenue, N.W.
Washington, District of Columbia 20036
202-828-2000
202-828-2195 (Facsimile)

BUTLER BURNETTE PAPPAS
Kathy Johnson Maus
Kmaus@bbplaw.com
Lauren D. Levy, Esq.
Llevy@bbplaw.com
3520 Thomasville Road
Suite 102
Tallahassee, Florida  32308.3469
850.894.4111
850.894.4999 (Facsimile)

**Counsel for Superior**
BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esquire
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, Florida 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for American International**
CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esquire
dfriedman@csglaw.com
Brian P. Knight, Esquire
bknight@csglaw.com
3440 Hollywood Boulevard, 2nd Floor
Holly wood, Florida 33021
(954) 961-1400
(954) 967-8577 (Facsimile)

**Counsel for Metropolitan**
Jeffrey P. Lennard, Esq.
SONNENSCHEIN NATH & ROSENTHAL
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934 Facsimile

**Counsel for Hartford**
Howard J. Roin, Esq.
MAYER, BROWN & PLATT
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

Updated: October 30, 2001

::ODMA\MHODMA\Miami;317015;1