UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW
(Consolidated)

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

SALVATORE D. LARUSSO, D.C. d/b/a    CASE NO. 00-7693-CIV-FERGUSON/SNOW
FAMILY CHIROPRACTIC CENTER,
on behalf of himself and all others similarly
situated,

    Plaintiff,

v.

LIBERTY MUTUAL INSURANCE COMPANY
and COMMUNITY CARE NETWORK, INC.,

    Defendants.
_____/

**PLAINTIFF'S MEMORANDUM OF LAW
IN OPPOSITION TO DEFENDANT LIBERTY MUTUAL'S
MOTION TO STAY DISCOVERY (D.E.#285)**

Plaintiff SALVATORE D. LARUSSO, D.C., on behalf of himself and all others similarly situated ("LARUSSO"), by his undersigned counsel, hereby submits his Memorandum of Law in Opposition to Defendant LIBERTY MUTUAL INSURANCE COMPANY's ("LIBERTY MUTUAL") Motion to Stay Discovery ("Motion to Stay") (D.E.#285). For all the reasons set forth

7090-00100 338219.1



ATLAS PEARLMAN

CASE NO. 00-6061-CIV-FERGUSON/SNOW

herein, LARUSSO respectfully submits that LIBERTY MUTUAL's Motion to Stay should be denied in all respects.

## ARGUMENT

Rather than restate arguments previously asserted in opposition to the various motions to stay discovery filed in these consolidated proceedings, LARUSSO adopts and incorporates the arguments asserted in opposition to FLORIDA FARM BUREAU's Motion to Stay, METROPOLITAN's Motion to Stay, INTEGON's Motion to Stay, HARTFORD's Motion to Stay, CCN's Motion to Stay and SUPERIOR's Motion to Stay.

In addition to the foregoing arguments, LARUSSO would submit that LIBERTY MUTUAL has no basis to attempt to stay discovery in these proceedings. LIBERTY MUTUAL is a defendant in one of the four original actions in which this Court specifically denied motions to dismiss, consolidated the proceedings, and specifically lifted all discovery stays. In response to this Court's September 28, 2001 Omnibus Order ("Omnibus Order") which lifted all discovery stays, LARUSSO has been proceeding with discovery and has served written discovery on LIBERTY MUTUAL and has scheduled depositions despite the Defendants' refusal to provide dates for depositions.

LIBERTY MUTUAL's Motion to Stay reargues its opposition to the consolidation of these proceedings. LIBERTY MUTUAL argues that it is concerned about disclosing proprietary information to competitors. However, this is the exact same issue LIBERTY MUTUAL raised before consolidation and this Court specifically addressed the issue by indicating in the Omnibus Order that the parties could enter into confidentiality agreements which would protect confidential information. In fact, subsequent to the May 14, 2001 status conference at which this Court indicated

CASE NO. 00-6061-CIV-FERGUSON/SNOW

that it was consolidating the actions and lifting all discovery stays, counsel for LARUSSO attempted to address the confidentiality concerns of the various defendants. Notwithstanding the foregoing, the various Defendants have now chosen to object to discovery despite their failure to even discuss a proposed confidentiality order.

LIBERTY MUTUAL waited five months from the May 14, 2001 status conference until the time that it filed its Motion for Reconsideration to address this issue. There is no question that LIBERTY MUTUAL's Motion to Dismiss has been denied. There is no question that this Court has lifted all discovery stays. LARUSSO and the other Class Plaintiffs have provided their initial Rule 26 disclosures to all defendants. Rather than even respond to the written discovery or comply with the disclosure requirements of Federal Rules of Procedure 26, LIBERTY MUTUAL has instead filed its Motion to Stay.

LIBERTY MUTUAL's effort to stay merits discovery should also be denied. From the time that this Court orally ruled that the discovery stays would be lifted and that consolidation would be granted until it filed its Motion to Stay five months later, LIBERTY MUTUAL chose not to seek any discovery stays, refused to conduct any discovery, and refused to even take part in any class certification discovery. Thus, LIBERTY MUTUAL's effort to stay merits discovery six months after this Court orally ruled that all discovery stays were lifted demonstrates LIBERTY MUTUAL's true desire in these proceedings, which is to delay discovery so that the April 1, 2002 discovery cutoff will need to be extended and so that the June, 2002 trial cannot go forward.

Finally, LIBERTY MUTUAL's assertion that the other cases are at different stages in the proceedings because many of the parties have now filed various motions to compel arbitration and motions to dismiss provides no basis to delay discovery with relation to LIBERTY MUTUAL.

CASE NO. 00-6061-CIV-FERGUSON/SNOW

These actions were consolidated for discovery purposes only. Thus, whether the actions proceed against other defendants is irrelevant to the fact that the claims against LIBERTY MUTUAL have been sustained by this Court. The purpose of this Court's Omnibus Order was for these matters to proceed. Rather than comply with this Court's Omnibus Order, LIBERTY MUTUAL has instead refused to participate in discovery. Despite the fact that this Court has not ruled on LIBERTY MUTUAL's Motion for Reconsideration, LIBERTY MUTUAL has chosen to ignore written discovery and to violate the mandatory disclosure requirements of Rule 26 by instead filing its Motion to Stay. Accordingly, LIBERTY MUTUAL's Motion to Stay should be denied and it should be required to respond to the written discovery, to make the disclosures required by Rule 26, and to otherwise take part in discovery.

## CONCLUSION

For all the reasons set forth herein, Plaintiff SALVATORE D. LARUSSO, D.C., on behalf of himself and all others similarly situated, respectfully requests that this Court enter an Order denying Defendant LIBERTY MUTUAL INSURANCE COMPANY's Motion to Stay Discovery, together with such other and further relief as this Court may deem just and proper.



CASE NO. 00-6061-CIV-FERGUSON/SNOW

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiff
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: *[signature]*
JAN DOUGLAS ATLAS
Florida Bar No. 226246

By: *[signature]*
ERIC LEE
Florida Bar No. 961299

By: *[signature]*
ROBIN CORWIN CAMPBELL
Florida Bar No. 327931

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

CASE NO. 00-6061-CIV-FERGUSON/SNOW

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 2510
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 15th day of November, 2001 upon: all individuals on the attached service list.

_____
ERIC LEE

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/26/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS,et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile


7090-00100 318823.1



**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile


ATLAS PEARLMAN
ATTORNEYS AT LAW