UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW
(Consolidated)

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/



**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO
DEFENDANT ALLSTATE INSURANCE COMPANY'S AND OTHERS'
MOTION FOR PROTECTIVE ORDER AND STAY OF DISCOVERY (D.E. #263)**

Class Plaintiffs DR. PAUL ZIDEL, MARC J. BROWNER, D.C., and ULTRA OPEN MRI CORPORATION, on behalf of themselves and all others similarly situated ("Class Plaintiffs"), by their undersigned counsel, hereby submit their Memorandum of Law in Opposition to Defendant ALLSTATE INSURANCE COMPANY's and Others' ("Allstate Defendants") Motion for Protective Order and Stay of Discovery ("Motion for Protective Order") (D.E. #263). For all the reasons set forth herein, Class Plaintiffs respectfully submit that the Motion for Protective Order should be denied in all respects.

## ARGUMENT

The ALLSTATE Defendants' Motion for Protective Order is yet another effort by these Defendants to delay these proceedings. On September 28, 2001, this Court entered its Omnibus Order ("Omnibus Order") which consolidated the 15 pending class actions, denied certain motions

7090-00100 338265.1



CASE NO. 00-6061-CIV-FERGUSON/SNOW

to dismiss, and lifted all discovery stays. Thereafter, the Class Plaintiffs served interrogatories, a request to produce, and a request for admissions on all Defendants. Subsequently, the various Defendants have filed motions for reconsideration, clarification, reaffirmation, to stay discovery, to stay merits discovery, and to compel arbitration. In fact, the ALLSTATE Defendants have already filed a Motion for Clarification in which they reargue consolidation and case management issues. Class Plaintiffs have already responded to the Motion for Clarification.

Class Plaintiffs incorporate the arguments they have already asserted in opposition to BEECH STREET's and ADP's Emergency Motion for Protective Order (D.E. #237), PRUDENTIAL's Emergency Motion for Protective Order, and LIBERTY MUTUAL's Emergency Motion for Protective Order (D.E. #285). In addition, Class Plaintiffs further respond to the ALLSTATE Defendants' Motion for Protective Order by pointing out that none of the ALLSTATE Defendants have filed a motion to compel arbitration. Instead, these Defendants argue that since other Defendants have filed motions to compel arbitration, all discovery should be stayed so that the Court can address the motions. When this Court entered the Omnibus Order, Defendant FLORIDA FARM BUREAU and PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY had already filed motions to compel arbitration. Notwithstanding the pending motions, this Court lifted all discovery stays and set these matters for trial. Accordingly, the ALLSTATE Defendants are attempting to seek reconsideration of this Court's Omnibus Order more than a month after it was entered and almost six months after this Court orally ruled that all discovery stays would be lifted.



CASE NO. 00-6061-CIV-FERGUSON/SNOW

As to the discovery served by Class Plaintiffs, the discovery was served before the numerous motions were filed by the various Defendants. The discovery served by the Class Plaintiffs are merely a single set of interrogatories, a request to produce, and a request for admissions directed to each Defendant. If the ALLSTATE Defendants believe that the requests are overbroad, they can assert these objections and in accordance with the local rules, counsel for the parties will discuss the discovery before any motions are filed directed to the discovery. In addition to the written discovery, Class Plaintiffs have scheduled depositions. As indicated in the numerous responses to the various motions filed by the other Defendants, since this Court orally ruled at the May 14, 2001 status conference that the discovery stays would be lifted, counsel for Class Plaintiffs has attempted to coordinate the scheduling of depositions. The Defendants have all refused to cooperate in the scheduling of depositions. When this Court entered the Omnibus Order, counsel for Class Plaintiffs once again attempted to schedule depositions with the Defendants. Defendants once again refused to coordinate scheduling depositions. Counsel for Defendants were specifically advised that unless dates were provided for various depositions, Class Plaintiffs would schedule the depositions.[1] Accordingly, after repeatedly attempting to coordinate the scheduling of depositions, counsel for Class Plaintiffs scheduled depositions of the corporate representatives of the various Defendants and scheduled depositions of certain individuals. Having refused to cooperate in the scheduling of any depositions, the ALLSTATE Defendants cannot now complain that depositions were unilaterally scheduled.

---

[1] In accordance with Local Rule 7.7, counsel for Class Plaintiffs has not attached the various e-mails addressing these issues, but will do so if requested by the court.

7090-00100 338265.1

3

ATLAS PEARLMAN

CASE NO. 00-6061-CIV-FERGUSON/SNOW

Finally, as to Rule 26 disclosures, based on the Omnibus Order and this Court's trial order, Class Plaintiffs have taken the position that the parties should comply with the mandatory disclosure requirements of Federal Rule of Civil Procedure 26. When the various Defendants, with the exception of Defendant SUPERIOR INSURANCE COMPANY ("SUPERIOR"), refused to agree to a date for the mandatory disclosures to be made, counsel for Class Plaintiffs advised that an agreement had been reached with counsel for SUPERIOR whereby the initial disclosures would be made by November 7, 2001. Class Plaintiffs advised that their initial disclosure would be made on that date and it requested the various Defendants to comply with Federal Rule of Civil Procedure 26 by November 7, 2001. Not surprisingly, the ALLSTATE Defendants refused to comply by November 7, 2001 and have refused to take part in any discovery in these proceedings.

## CONCLUSION

For all the reasons set forth herein, Class Plaintiffs DR. PAUL ZIDEL, MARC J. BROWNER, D.C., and ULTRA OPEN MRI CORPORATION, on behalf of themselves and all others similarly situated, respectfully submit that Defendant ALLSTATE INSURANCE COMPANY's, ALLSTATE INDEMNITY COMPANY's, DEERBROOK INSURANCE COMPANY's, FIDELITY & CASUALTY COMPANY OF NEW YORK's, and CONTINENTAL

CASE NO. 00-6061-CIV-FERGUSON/SNOW

INSURANCE COMPANY's Motion for Protective Order and Stay of Discovery should be denied in all respects, together with such other and further relief as this Court may deem just and proper.

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
JAN DOUGLAS ATLAS
Florida Bar No. 226246

By: _____
ERIC LEE
Florida Bar No. 961299

By: _____
ROBIN CORWIN CAMPBELL
Florida Bar No. 327931

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

ATLAS PEARLMAN

CASE NO. 00-6061-CIV-FERGUSON/SNOW

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 2510
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 15th day of November, 2001 upon: all individuals on the attached service list.

_____
ERIC LEE

7090-00100 338265.1

6



**MASTER SERVICE LIST**
(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/26/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS,et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL  32202
(904) 798-3200
(904) 798-3207 Facsimile


7090-00100 318823.1



| | | |
|---|---|---|
| **Counsel for Nationwide**<br><br>FOWLER, WHITE, et al.<br>Katherine C. Lake, Esq.<br>klake@fowlerwhite.com<br>Post Office Box 1438<br>Tampa, FL 33601<br>(813) 228-7411<br>(813) 229-8313 Facsimile<br><br>SWARTZ CAMPBELL DETWEILER<br>James C. Haggerty, Esq.<br>haggerty@scdlaw.com<br>1601 Market Street<br>34th Floor<br>Philadelphia, PA 19103-2316<br>(215) 299-4314<br>(215) 299-4301 Facsimile<br><br>**Counsel for Florida Farm Bureau**<br><br>HOLLAND & KNIGHT, LLP<br>Robert K. Levenson, Esq.<br>rlevenson@hklaw.com<br>Greg Baldwin, Esq.<br>gbaldwin@hklaw.com<br>701 Brickell Avenue, Suite 3000<br>Miami, FL 33131<br>(305) 374-8500<br>(305) 789-7799 Facsimile<br><br>**Counsel for Liberty Mutual**<br><br>AKERMAN, SENTERFITT et al.<br>Mark Shapiro, Esq.<br>mshapiro@akerman.com<br>SunTrust International Center<br>28th Floor<br>One Southeast Third Avenue<br>Miami, FL 33131<br>(305) 374-5600<br>(305) 374-5095 Facsimile | **Counsel for:**<br>**Hartford, Metropolitan, Integon**<br><br>AKERMAN, SENTERFITT et al.<br>Marcy Levine Aldrich, Esq.<br>maldrich@akerman.com<br>SunTrust International Center<br>28th Floor<br>One Southeast Third Avenue<br>Miami, FL 33131<br>(305) 374-5600<br>(305) 374-5095 Facsimile<br><br>**Counsel for Metropolitan**<br><br>SONNENSCHEIN, NATH & ROSENTHAL<br>Jeffrey P. Lennard, Esq.<br>jpl@sonnenschein.com<br>8000 Sears Tower<br>Chicago, IL 60606<br>(312) 876-8000<br>(312) 876-7934<br><br>**Counsel for Hartford**<br><br>MAYER, BROWN & PLATT<br>Howard J. Roin, Esq.<br>hroin@mayerbrown.com<br>190 South LaSalle Street<br>Chicago, IL, 60603-3441<br>(312) 782-0600<br>(312) 701-7711 Facsimile<br><br>**Counsel for Superior**<br><br>BUTLER BURNETT PAPPAS<br>Alan J. Nisberg, Esq.<br>anisberg@bbplaw.com<br>Bayport Plaza<br>6200 Courtney Campbell Causeway<br>Suite 1100<br>Tampa, FL 33607<br>(813) 281-1900<br>(813) 281-0900 Facsimile | **Counsel for Prudential**<br><br>BUTLER BURNETT PAPPAS<br>Kathy J. Maus, Esq.<br>kmaus@bbplaw.com<br>Lauren D. Levy, Esq.<br>llevy@bbplaw.com<br>3520 Thomasville Road, Suite 102<br>Tallahassee, FL 32308<br>(850) 894-4111<br>(850) 894-4999 Facsimile<br><br>SHEA & GARDNER<br>John D. Aldock, Esq.<br>Jaldock@SheaGardner.com<br>Jeffrey M. Klein, Esq.<br>Jklein@SheaGardner.com<br>Michael Isenman, Esq.<br>misenman@sheagardner.com<br>1800 Massachusetts Ave., N.W.<br>Washington, D.C. 20036<br>(202) 828-2000<br>(202) 828-2195 Facsimile<br><br>**Counsel for American International**<br><br>CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.<br>Dale L. Friedman, Esq.<br>dfriedman@csglaw.com<br>Brian P. Knight, Esq.<br>bknight@csglaw.com<br>3440 Hollywood Boulevard<br>Second Floor<br>Hollywood, FL 33021<br>(954) 961-1400<br>(954) 967-8577 Facsimile |

7090-00100 318823.1

ATLAS PEARLMAN
ATTORNEYS AT LAW