IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6061-CIV-FERGUSON/SNOW (Consolidated)
Referred to Magistrate Judge Snow

THE CHIROPRACTIC CENTRE, INC., )
On behalf of itself and all others )
similarly situated, )
)
    Plaintiff, )
)
v. )
)
SUPERIOR INSURANCE COMPANY, )
)
    Defendant. )
_____)



## SUPERIOR'S MOTION FOR CLARIFICATION OF CLASS CERTIFICATION DISCOVERY AND RESPONSE DATE

Superior Insurance Company ("Superior"), by and through its undersigned counsel, hereby moves this Court for an order clarifying the timing for class discovery and a determination on Plaintiffs' Motion for Class Certification. In support of this motion for clarification, Superior asserts:

1.    In response to Plaintiffs' Complaint, Superior interposed a motion to dismiss the above-styled action in its entirety. The motion to dismiss attacks not only Plaintiffs' failure to state a cause of action on the multiple counts alleged, but also presents Superior's contention that this Court lacks jurisdiction over the instant matter. The motion to dismiss was interposed on October 29, 2001 and no memorandum of law in opposition has yet been received by Superior. The opposing memorandum of law is due on or before November 15, 2001. In accordance with Southern District local rule 7.1.C., Superior would then have five (5) days after service of an opposing memorandum of law to serve a reply memorandum in support of the motion to dismiss. Therefore, the issues raised in the



Motion to Dismiss (including subject matter jurisdiction of this Court) is not fully briefed and will not be fully briefed until November 22, 2001 (if service of the opposing brief is made by hand delivery) or November 30, 2001 (if service of the opposing brief is made by U.S. mail.)

2.　No discovery on class certification issues and no motion for class certification should be considered before this Court has ruled on Superior's Motion to Dismiss for lack of subject matter jurisdiction.

3.　On October 23, 2001 in a Motion for Clarification of case management and scheduling issues filed by Allstate Insurance, *et al.*, the defendants in the consolidated case of *Dr. Paul Zidel v. Allstate Insurance Company*, suggests that a motion to certify was filed in the action filed against Superior Insurance Company on May 25, 2001 and referred to the Magistrate on September 28, 2001. However, Superior was never served by Plaintiff with a motion to certify the class in the action styled *The Chiropractic Centre, Inc. v. Superior Insurance Company*. Indeed, Superior has never been served by Plaintiff with a copy of any motion to certify in any of the fifteen consolidated cases. Nonetheless, Plaintiffs' counsel has requested from each of the consolidated defendants a response to the multiple Plaintiffs' Motions for Class Certification by November 15, 2001. This suggested deadline of November 15, 2001 by Plaintiffs' counsel includes the time for class discovery. However, this does not take into account the fact that Superior has a pending motion to dismiss on jurisdictional grounds and the class discovery cannot be initiated (let alone completed) in advance of the suggested response date.

4.　In light of the pending (and not fully briefed) motion to dismiss filed by Superior, class discovery should be stayed and Plaintiffs' Motion for Class Certification (even if it had been properly served on Superior) should not be entertained until after Superior's Motion to Dismiss is considered. Of course, if the action against Superior is dismissed for lack of jurisdiction, then no discovery should be conducted under the

auspices of this jurisdiction. On the other hand, if the Court enters an order denying Superior's Motion to Dismiss, then a reasonable period of time should be allowed for class discovery following the later of (a) the last date on which Superior can initiate an appeal of a denial of its Motion to Dismiss attacking subject matter jurisdiction, and (b) if an appeal is filed, the date on which the order denying the Motion to Dismiss for lack of jurisdiction is affirmed and the matter is remanded to the District Court.

WHEREFORE, Superior respectfully requests an order clarifying the timing of (1) class discovery in the *The Chiropractic Centre, Inc. v. Superior Insurance Company* matter, and (2) the appropriate response date to a motion for class certification. Superior further requests all other relief that this Court deems just and proper, including (but not limited to) an order striking the motion for class certification filed, but not served, by Plaintiff in the above-styled action.

## CERTIFICATE OF CONFERRAL

I certify that the undersigned has attempted to resolve the issues set forth in this motion with counsel for Plaintiff, to no avail.

Respectfully submitted,

BUTLER BURNETTE PAPPAS LLP

_____
ALAN J. NISBERG, ESQ.
Florida Bar No.: 0961639
Bayport Plaza, Suite 1100
6200 Courtney Campbell Causeway
Tampa, Florida 33607-5946
Telephone:   (813) 281-1900
Facsimile:    (813) 281-0900
Attorneys for Defendant
Superior Insurance Company

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been furnished by U. S. Mail on November ___14___, 2001, to all counsel listed on the attached service list.

_____
Alan J. Nisberg, Esq.

**MASTER SERVICE LIST**
(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 11/13/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS,et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL  32202
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile