IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-CIV-6061-FERGUSON/SNOW (Consolidated)
Referred to Magistrate Judge Snow

DR. PAUL ZIDEL, and all others similarly situated, )
)
)
Plaintiffs, )
)
v. )
)
ALLSTATE INSURANCE COMPANY, )
)
)
Defendant. )
)

## DEFENDANT, ALLSTATE'S JOINDER IN CCN'S MOTION TO COMPEL ARBITRATION

Defendant, Allstate Insurance Company hereby notifies the Court that it joins in CCN's motion to compel arbitration.

The contract at issue in Zidel v. Allstate Insurance Company, Case No. 00-6061-CIV-FERGUSON, between Plaintiff and CCN, contains an arbitration clause. CCN has, on that basis, filed a Motion to compel arbitration and to stay or dismiss the litigation entirely.

Prior to filing such motion, CCN's counsel conferred with counsel for Allstate. Allstate's counsel advised that it had no objection to the motion. In fact, since Plaintiff's claims against Allstate are expressly based upon and derived from his contract with CCN, Plaintiff must comply with all aspects of the contract, including the arbitration clause. Thus, CCN filed its motion as a partially unopposed motion. So there is no confusion regarding Allstate's position, Allstate

formally advises the Court that it joins in CCN's motion. Allstate adopts and incorporates by reference the arguments made by CCN in support of its motion.

Allstate further joins in CCN's request to stay this action pending the requested arbitration. See Paladino v. Avnet Computer Technologies, Inc., 134 F.3d 1054, 1057 (11th Cir. 1998); Miller v. AAACon Auto Transport, Inc., 545 F.2d 1019, 1020 (5th Cir. 1977)(once satisfied that the issue is referable to arbitration under the agreement, the district court is required to stay the trial until such arbitration has occurred); Suarez-Valdez v. Shearson Lehman/American Express, Inc., 858 F.2d 648, 649 (11th Cir. 1988)(district court should have stayed discovery after entering order to stay trial pending arbitration; "An agreement to arbitrate is an agreement to proceed under arbitration and not under court rules."). Pending the outcome of CCN's motion, it would be wholly inappropriate to require defendants who may be entitled to arbitrate their claims to proceed in this Court.

Finally, if all fifteen of these cases are to move forward as a consolidated block, all motions to compel arbitration will have to be resolved first. Moreover, if some of the cases that end up being arbitrated also have non-arbitrable issues, the prudent course would be to stay the remainder of the consolidated cases until the arbitration proceedings are completed, thereby allowing the non-arbitrable issues between the arbitrating parties to be resolved in lockstep with the consolidated actions. To do otherwise would defeat the purpose of the consolidation and could lead to inconsistent results and unnecessary duplication and waste. See Western Int'l Media Corp. v. A.R. Johnson, 754 F.Supp. 871, 874 (S.D. Fla. 1991)(stay of cross-claims appropriate pending arbitration involving some of the parties; to allow court proceedings to continue with respect to other defendants could lead to inconsistent results and unnecessary duplication and waste).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to counsel on the attached service list this 14th day of November, 2001.

*David Shelton*

| | |
|---|---|
| PETER J. VALETA | DAVID B. SHELTON |
| Florida Bar No. 327557 | Florida Bar No. 0710539 |
| ROSS & HARDIES | Rumberger, Kirk & Caldwell |
| 150 North Michigan Ave., Suite 2500 | P.O. Box 1873 |
| Chicago, Illinois 60601 | Orlando, Florida 32802 |
| Telephone: (312) 750-3619 | Telephone: (407) 839-4511 |
| Telecopier: (312) 750-8600 | Telecopier: (407) 841-2133 |
| Attorneys for Allstate Insurance Company | Attorneys for Allstate Insurance Company |

633104

## SERVICE LIST

**Co-Lead Counsel for Plaintiffs**

Jan Douglas Atlas, Esq.
Eric Lee, Esq.
Robin Corwin Campbell, Esq.
ATLAS PEARLMAN, P.A.
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301

Arthur S. Gold, Esq.
GOLD & COULSON
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603

Andrew Garcia, Esq.
Carlin Phillips, Esq.
PHILLIPS & GARCIA
13 Ventura Drive
North Darthmouth, MA 02747

Larry Kopelman, Esq.
Douglas Blankman, Esq.
KOPELMAN & BLANKMAN, P.A
Bank of America Tower
One Financial Plaza, Suite 1611
Fort Lauderdale, FL 33394

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
230 East Davis Boulevard
Tampa, FL 33606

Richard Bokor, Esq.
RICHARD BOKOR, P.A.
230 East Davis Boulevard
Tampa, FL 33606

Casey Fundaro, Esq.
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407

**Counsel for Allstate, Fidelity and Casualty, Continental, Deerbrook**

David B. Shelton, Esq.
RUMBERGER, KIRK & CALDWELL
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873

Peter J. Valeta, Esq.
ROSS & HARDIES
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601

**Counsel for Beech Street and ADP**

Thomas Tew, Esq.
Joseph A. DeMaria, Esq.
John M. Quaranta, Esquire
TEW, CARDENAS, et al.
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336

**Counsel for Progressive**

Francis Anania, Esq.
Donald A. Blackwell, Esq.
ANANIA, BANDKLAYDER, et al.
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131

**Counsel for CCN**

William W. Deem, Esq.
William E. Adams, Esq.
MCGUIRE WOODS, LLP
3300 Bank of America Center
Post Office Box 4099
Jacksonville, FL 32202-4099

**Counsel for Nationwide**

Katherine C. Lake, Esq.
FOWLER, WHITE, et al.
Post Office Box 1438
Tampa, FL 33601

James C. Haggerty, Esq.
SWARTZ CAMPBELL DETWEILER
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316

**Counsel for Florida Farm Bureau**

Gregory A. Baldwin, Esquire
Robert K. Levenson, Esquire
HOLLAND & KNIGHT, LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131

**Counsel for Liberty Mutual**

Mark Shapiro, Esq.
AKERMAN, SENTERFITT et al.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131

**Counsel for Hartford, Metropolitan, Integon**

Marcy Levine Aldrich, Esq.
AKERMAN, SENTERFITT et al.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131

**Counsel for Metropolitan**

Jeffrey P. Lennard, Esquire
SONNENSCHEIN, NATH & ROSENTHAL
8000 Sears Tower
Chicago, IL 60606

635937

**Counsel for Prudential**

John D. Adcock, Esquire
Richard M. Wyner, Esquire
Jeffrey M. Klein, Esquire
M. David Dobbins, Esquire
SHEA & GARDNER
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Kathy Johnson Maus
Eric Zivitz
BUTLER BURNETTE PAPPAS
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308-3469

**Counsel for Superior**

Alan J. Nisberg, Esquire
BUTLER BURNETT PAPPAS
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607

**Counsel for American International**

Dale L. Friedman, Esquire
Brian P. Knight, Esquire
CONROY, SIMBERG, GANNON, KREVANS & ABEL, P.A.
3440 Hollywood Blvd., 2nd Floor
Hollywood, FL 33021