UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6061CV

KEITH BRICKELL, D.C.,
Individually and on behalf of
All others similarly situated,

CASE NO. 99-6649-CIV-FERGUSON

Florida Bar #0746134

    Plaintiff,

vs.

PROGRESSIVE EXPRESS INSURANCE
COMPANY, PROGRESSIVE CONSUMERS
INSURANCE COMPANY, PROGRESSIVE
BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL
SOLUTIONS, INC.,

    Defendants.
_____/



### CORVEL CORPORATION'S NOTICE TO WITHDRAW IT'S MOTION TO QUASH, MOTION FOR PROTECTIVE ORDER AND OBJECTIONS TO PLAINTIFF'S RULE .45 SUBPOENA FOR INSPECTION AND PRODUCTION OF DOCUMENTS

CORVEL CORPORATION, hereby gives notice that it withdraws its Motion to Quash, Motion for Protective Order and Objections to Subpoena for Inspection and Production of Documents dated September 27, 2001 concerning Plaintiff KEITH BRICKELL, D.C.'s Subpoena for Documents without prejudice. The Plaintiffs and CORVEL CORPORATION are working to resolve the Objections stated in CORVEL CORPORATION'S Motion to Quash, Motion for Protective Order and Objections.

Page 1 of 2



LAW OFFICES OF
**SLK**
STEPHENS LYNN KLEIN
LA CAVA HOFFMAN & PUYA, P.A.

CASE NO. 99-6649-CIV-FERGUSON

CORVEL CORPORATION reserves the right to renew this Motion without prejudice to the extent that certain items or issues which are the subject of the Motion to Quash, Motion for Protective Order and Objections to Subpoena cannot be resolved and subject to the entry of a Confidentiality Agreement concerning any items produced.

WE HEREBY CERTIFY that a true and correct of the foregoing was sent by U.S. mail to all counsel of record on the attached mailing list this 16th, day of November, 2001.

        STEPHENS, LYNN, KLEIN,
        LACAVA, HOFFMAN & PUYA, P.A.
        Attorneys for Defendant CorVel
        301 East Las Olas Blvd.
        Suite 800
        Fort Lauderdale, FL 33301
        (954) 462-4602
        Fax: (954) 462-4633

BY _____  052153
    C. ANDREW THARP

Page 2 of 2

LAW OFFICES OF
SLK
STEPHENS LYNN KLEIN
LA CAVA HOFFMAN & PUYA, P.A.

**SERVICE LIST**

Jan Douglas Atlas, Esq.
Eric Lee, Esq.
Robin Corwin Campbell, Esq.
Atlas Pearlman, P.A.
350 E. Las Olas Blvd., Ste. 1700
Ft. Lauderdale, FL 33301
954-763-1200
FAX 954-766-7800
**Co-Lead Csl. for Pltfs.**

Arthur S. Gold, Esq.
Gold & Coulson
11 S. LaSalle Street, Ste. 2500
Chicago, IL 60603
312-372-0777
FAX 312-372-0778
**Co-Lead Csl. for Pltfs.**

Andrew Garcia, Esq.
Carlin Phillips, Esq.
Phillips & Garcia
13 Ventura Drive
N. Dartmouth, MA 02747
508-998-0800
FAX 508-998-0919
**Co-Lead Csl. for Pltfs.**

Larry Kopelman, Esq.
Douglas Blankman, Esq.
Kopelman & Blankman, P.A.
One Financial Plaza, Ste. 1611
Ft. Lauderdale, FL 33394
954-462-6855
FAX 954-462-6899
**Co-Lead Csl. for Pltfs.**

Susan L. Lawson, Esq.
230 E. Davis Blvd, Ste. 200
Tampa, FL 33606
813-251-8879
FAX 813-254-6327
**Co-Csl. for Pltfs.**



LAW OFFICES OF
**SLK**
STEPHENS LYNN KLEIN
LA CAVA HOFFMAN & PUYA, P.A.

Richard Bokor, Esq.
Richard Bokor, P.A.
230 E. Davis Blvd.
Tampa, FL 33606
813-251-1000
FAX 813-254-6327
**Co-Csl. for Pltfs.**

Casey Fundaro, Esq.
1100 5th Ave. S., Ste. 201
Naples, FL 34102-6407
941-435-7995
**Co-Csl. for Pltfs.**

David B. Shelton, Esq.
Rumberger, Kirk & Caldwell
Signature Plaza, Ste. 300
201 S. Orange Ave. (32801)
PO Box 1873
Orlando, FL 32802-1873
407-872-7300
FAX 407-841-2133
**Co-Csl. for Allstate, Fidelity and Casualty, Continental, Deerbrook**

Peter J. Valeta, Esq.
Ross & Hardies
150 N. Michigan Ave., Ste. 2500
Chicago, IL 60601
312-750-3619
**Co-Csl. for Allstate, Fidelity and Casualty, Continental, Deerbrook**

Thomas Tew, Esq.
305-539-2106
Joseph A. DeMaria, Esq.
305-539-2440
Mindy L. Pallot, Esq.
305-536-8432
Tew, Cardenas, et al.
Miami Center, 26th Flr.
201 S. Biscayne Blvd.
Miami, FL 33131-4336
FAX 305-536-1116
**Csl. for Beech Street and ADP**



LAW OFFICES OF
**SLK**
STEPHENS LYNN KLEIN
LA CAVA HOFFMAN & PUYA, P.A.

Francis Anania, Esq.
Donald A. Blackwell, Esq.
Anania, Bandklayder, et al.
Bank of America Tower, Ste. 4300
100 SE 2nd Street
Miami, FL 33131
305-373-4900
FAX 305-373-6914
**Csl. for Progressive**


William W. Deem, Esq.
William E. Adams, Esq.
McGuire Woods, LLP
PO Box 4099
Jacksonville, FL 32202-4099
904-798-3200
FAX 904-798-3207
**Csl. for CCN**

Katherine C. Lake, Esq.
Fowler, White, et al.
PO Box 1438
Tampa, FL 33601
813-228-7411
FAX 813-229-8313
**Co-Csl. for Nationwide**

James C. Haggerty, Esq.
Swartz Campbell Detweiler
1601 Market Street, 34th Flr.
Philadelphia, PA 19103-2316
215-299-4314
FAX 215-299-4301
**Co-Csl. for Nationwide**

Robert K. Levenson, Esq.
Holland & Knight, LLP
701 Brickell Ave., Ste. 3000
Miami, FL 33131
305-374-8500
FAX 305-789-7799
**Csl. for Fla. Farm Bureau**

Mark Shapiro, Esq.
Akerman, Senterfitt, et al.
SunTrust International Center, 28th Flr.
One SE 3rd Avenue
Miami, FL 33131
305-374-5600
FAX 305-374-5095
**Csl. for Liberty Mutual**

Marcy Levine Aldrich, Esq.
Akerman, Senterfitt, et al.
SunTrust International Center, 28th Flr.
One SE 3rd Avenue
Miami, FL 33131
305-374-5600
FAX 305-374-5095
**Csl. for Hartford, Metropolitan, Integon**

Kathy J. Maus, Esq.
Lola M. Swaby, Esq.
Butler Burnett Pappas
3520 Thomasville Road, Ste. 102
Tallahassee, FL 32308
850-894-4111
FAX 850-894-4999
**Csl. for Prudential**

Alan J. Nisberg, Esq.
Butler Burnett Pappas
Bayport Plaza, Ste. 1100
6200 Courtney Campbell Causeway
Tampa, FL 33607
813-281-1900
FAX 813-281-0900
**Csl. for Superior**

Dale L. Friedman, Esq.
Brian P. Knight, Esq.
Conroy, Simberg, Ganon, et al.
3440 Hollywood Blvd., 2nd Flr.
Hollywood, FL 33021
954-961-1400
FAX 954-967-8577
**Csl. for American Internatl.**


LAW OFFICES OF
**SLK**
STEPHENS LYNN KLEIN
LA CAVA HOFFMAN & PUYA, P.A.

Jan Douglas Atlas, Esq.
Eric Lee, Esq.
Robin Corwin Campbell, Esq.
Atlas Pearlman, P.A.
350 E. Las Olas Blvd., Ste. 1700
Ft. Lauderdale, FL 33301



LAW OFFICES OF
**SLK**
STEPHENS LYNN KLEIN
LA CAVA HOFFMAN & PUYA, P.A.