IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> PRUDENTIAL PROPERTY AND ) <br> CASUALTY INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> ) | $00$-$606$ / $CV$ <br><br> Case No. 01-CIV-6778-FERGUSON/SNOW[1] <br><br> Before: Lurana S. Snow, U.S.M.J. |

## DEFENDANT'S EMERGENCY MOTION FOR PROTECTIVE ORDER

Subject to and without waiving defendant's right to arbitrate this dispute, and pursuant to Fed. R. Civ. Proc. 26(c), defendant Prudential Property and Casualty Insurance Company ("PruPAC") hereby respectfully moves for an order that discovery not be had pending this Court's resolution of PruPAC's August 6, 2001 Motion to Compel Arbitration (the "Arbitration Motion") and PruPAC's October 12, 2001 Motion for a Stay and For Expedited Consideration of Defendant's Motion to Compel Arbitration (the "Stay Motion"). Without a protective order, PruPAC may be forced to respond to voluminous and burdensome discovery, which, under binding precedent in this Circuit, is not permitted to proceed where, as here, an arbitration

---

[1]   In the Court's September 28, 2001 Omnibus Order on Pending Motions, the Court granted a series of consolidation motions pending in other cases, and ordered "the parties" to file pleadings under Case No. 00-CIV-6061-FERGUSON/SNOW. No consolidation motion has ever been filed in this case, however, and the consolidation motions in the other cases were filed and heard before PruPAC was even served. Accordingly, PruPAC has filed this motion under its original case number. PruPAC respectfully requests that the Court treat this motion as properly filed in Case No. 00-CIV-6061 in the event the Court has in fact consolidated this case with No. 00-CIV-6061.

provision applies. In support of this motion, PruPAC submits the following memorandum of law.

## MEMORANDUM OF LAW

1. Plaintiff Ultra Open MRI Corporation ("UOMC") served its complaint against PruPAC (the "Complaint") on June 6, 2001. In its Complaint, UOMC alleged a right to direct payment of benefits due under PruPAC automobile insurance policies. As explained in the Arbitration Motion, however, those policies include provisions expressly requiring arbitration of these types of claims.

2. On August 6, 2001, prior to answering or otherwise responding to UOMC's Complaint, PruPAC moved to compel arbitration of the dispute. In its motion, PruPAC also requested dismissal of the Complaint in its entirety because all of the issues raised in the Complaint must be submitted to arbitration. See *Alford v. Dean Witter Reynolds, Inc.*, 975 F.2d 1161, 1164 (5th Cir. 1992).

3. Although there has never been a case management conference as required by S.D. Fla. R. 26.1 and Fed. R. Civ. P. 26(f), on October 3, 2001, UOMC served on PruPAC "consolidated" interrogatories, requests for production of documents, and requests for admission. These requests are voluminous, and consist of seventeen interrogatories, thirty-two document production requests, and fourteen requests for admission. Because these requests demanded answers within thirty days of service, the deadline for PruPAC to respond to these requests is imminent.

4. On October 12, 2001, PruPAC filed its Stay Motion. In this motion, PruPAC requested that this Court stay all proceedings in this case until it resolved PruPAC's Motion to Compel Arbitration. PruPAC has not yet received a response to the Stay Motion from plaintiff.

5. On October 19, 2001, PruPAC's counsel contacted UOMC's counsel to propose postponing the scheduling of depositions until after this Court has ruled on PruPAC's pending motions. UOMC's counsel rejected any postponement of discovery. Instead, on October 23, 2001, UOMC served on PruPAC a Notice of Taking Corporate Depositions in certain other consolidated cases, requesting that a PruPAC corporate representative be deposed on January 9, 2002.

6. Under binding 11th Circuit precedent, discovery may not proceed if, as PruPAC contends, this case must be arbitrated. See, e.g., *Suarez-Valdez v. Shearson/Lehman/Am. Express, Inc.*, 858 F.2d 648, 649 (11th Cir. 1988) (granting a writ of mandamus to require a district court to stay discovery pending arbitration proceedings); *Baron v. Best Buy Co.*, 79 F. Supp. 2d 1350, 1353 (S.D. Fla. 1999) (discovery cannot proceed while question of arbitrability is pending). Without an immediate protective order, PruPAC may be forced to respond to voluminous discovery, notwithstanding the fact that this Court has yet to decide the very question that determines whether UOMC is entitled to *any* discovery at all.

7. In light of the imminent deadlines to respond to UOMC's interrogatories, requests for document production, and requests to admit, PruPAC respectfully requests that the Court issue a protective order that discovery not be had until such time as the Court has ruled on PruPAC's Arbitration Motion and Stay Motion. In the alternative, PruPAC respectfully requests that the Court grant a reasonable extension of time to respond to UOMC's discovery requests.

Respectfully submitted,

*[signature]* 775606

*for* Kathy J. Maus (Bar No. 896330)
Lauren D. Levy (Bar No. 0116490)
BUTLER BURNETTE PAPPAS
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
Fax (850) 894-4999

John D. Aldock
Michael K. Isenman
Jeffrey M. Klein
SHEA & GARDNER
1800 Massachusetts Ave., N.W.
Washington, DC 20036
(202) 828-2000
Fax (202) 828-2195

Dated: November 2, 2001

## Request for Oral Argument

PruPAC hereby requests oral argument on this motion. PruPAC believes that oral argument would be helpful to the Court because the procedural posture of the case is complex and disputed. Oral argument would help flesh out the status of the case as well as the importance of obtaining an immediate protective order. PruPAC estimates that the time required for oral argument would be ten minutes for each side.

*[signature]*
for Lauren D. Levy, Esq.

## Certificate of Counsel

Counsel for PruPAC hereby certifies that counsel has conferred with Eric Lee, Esq., counsel for UOMC, in a good faith effort to resolve the issues raised herein with respect to deposition scheduling, but has been unable to do so. Counsel for PruPAC hereby also certifies that counsel has made a reasonable effort to confer with Eric Lee, Esq. on the other issues raised herein by telephoning counsel, but has been unable to reach counsel.

*[signature]*
for Lauren D. Levy, Esq.

## Certificate of Service

I hereby certify that copies of the foregoing motion and proposed order have been furnished to the counsel for plaintiff UOMC listed on the accompanying service list by U.S. Mail, postage prepaid, on November 2, 2001. In addition, although there is no obligation to serve other parties in other cases if this action has not been consolidated with those other cases (see footnote 1, above), copies of the foregoing have also been furnished to the counsel for the other parties listed on the accompanying service list by U.S. Mail, postage prepaid, on November 2, 2001.

*[signature]*

Lauren D. Levy, Esq.

## SERVICE LIST

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Eric Lee, Esq.
lee@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphilips@gpandg.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:
Allstate, Fidelity and Casualty,
Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
5300 Bank of America Center
Post Office Box 4099
Jacksonville, FL 32202-4099
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

3