IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL,

   Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

   Defendants.

———————————————————

ULTRA OPEN MRI CORPORATION,

   Plaintiff,

v.

PRUDENTIAL PROPERTY AND
CASUALTY INSURANCE COMPANY,

   Defendant.

No. 01-CIV-6778-FERGUSON/SNOW

Before: Lurana S. Snow, U.S.M.J.

**DEFENDANT PRUPAC'S REPLY MEMORANDUM IN SUPPORT OF
PRUPAC'S EMERGENCY MOTION FOR A PROTECTIVE ORDER**

On November 13, 2001, the Court recommended that the Motion to Compel Arbitration (the "Arbitration Motion") filed by Prudential Property and Casualty Insurance Company ("PruPAC") be granted and the complaint dismissed. During the interim period until Judge Ferguson determines whether to accept or reject that recommendation, PruPAC should not be compelled to respond to



discovery or otherwise litigate this case. Accordingly, PruPAC's Emergency Motion for Protective Order (the "Protective Order Motion") should be granted.

## PROCEDURAL STATEMENT

1. On August 6, 2001, PruPAC filed the Arbitration Motion requesting that plaintiff Ultra Open MRI Corporation ("UOMC") be required to arbitrate this dispute. PruPAC also requested dismissal of the complaint in its entirety because all of the issues raised in the complaint must be submitted to arbitration.

2. On October 12, 2001, PruPAC filed a Motion for a Stay and For Expedited Consideration of Defendant's Motion to Compel Arbitration (the "Stay Motion") requesting that the Court stay the action until adjudication of the Arbitration Motion. On November 2, 2001, subject to and without waiving PruPAC's right to require arbitration of the dispute, PruPAC filed the Protective Order Motion requesting that discovery not be had pending adjudication of the Arbitration Motion.

3. On November 13, 2001, the Court entered a Report and Recommendation that concluded that "all of [UOMC's] claims are subject to arbitration." Accordingly, the Court recommended "that the motion to dismiss the complaint and require the plaintiff to engage in arbitration be GRANTED." The Report and Recommendation is currently before The Honorable Wilkie D. Ferguson, Jr., United States District Judge.

## ARGUMENT

Regardless of whether Judge Ferguson accepts or rejects the Court's recommendation to grant the Arbitration Motion, this action will be dismissed or stayed. If Judge Ferguson accepts the Court's recommendation, then the action will be dismissed. In the event that Judge Ferguson were to reject the Court's recommendation and were to deny the Arbitration Motion, then PruPAC would be

entitled to an immediate interlocutory appeal of that denial as a matter of law. 9 U.S.C. § 16(a)(1). While that appeal was pending, PruPAC would be entitled to a stay of the case, including a stay of all discovery. *Baron v. Best Buy Co.*, 79 F. Supp. 2d 1350, 1353 (S.D. Fla. 1999). In neither situation would PruPAC have any obligation to respond to discovery or otherwise litigate this case.

Given that this action will be either dismissed or stayed as soon as Judge Ferguson determines whether to accept or reject the Court's recommendation, UOMC can put forth no possible reason why PruPAC should be required to respond to discovery or otherwise litigate this case in the meantime. Indeed, requiring PruPAC do so would be wholly inconsistent with the very purposes of the Federal Arbitration Act - namely, "to move the parties to an arbitrable dispute out of court and into arbitration as quickly and easily as possible, as well as to allow the parties to resolve their disputes at a lower cost than actual litigation." *Moses H. Cone Hosp. v. Mercury Constr. Corp.*, 460 U.S. 1, 22 (1983). Accordingly, the Protective Order Motion (as well as the Stay Motion) should be granted.

Respectfully submitted,

John D. Aldock
Michael K. Isenman
Jeffrey M. Klein
SHEA & GARDNER
1800 Massachusetts Ave., N.W.
Washington, DC 20036
(202) 828-2000
Fax (202) 828-2195

for Kathy J. Maus (Bar No. 896330)
Lauren D. Levy (Bar No. 0116490)
BUTLER BURNETTE PAPPAS
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
Fax (850) 894-4999

Dated: November 16, 2001

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the foregoing Defendant PruPAC's Reply Memorandum in Support PruPAC's Emergency Motion for a Protective Order to be served upon the counsel in the accompanying service list by U.S. Mail, postage prepaid, on November 16, 2001.

*for* Lauren D. Levy, Esq.    775606

## SERVICE LIST

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Eric Lee, Esq.
lee@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphilips@gpandg.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:
Allstate, Fidelity and Casualty,
Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

7090-00100 318823 1

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
5300 Bank of America Center
Post Office Box 4099
Jacksonville, FL 32202-4099
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS
& ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile