NON-COMPLIANCE OF S.D. fla. L.R. 5.1.A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6061-CIV-FERGUSON/SNOW (Consolidated)
Referred to Magistrate Judge Snow

THE CHIROPRACTIC CENTRE, INC., )
On behalf of itself and all others )
similarly situated, )
)
    Plaintiff, )
)
v. )
)
SUPERIOR INSURANCE COMPANY, )
)
    Defendant. )
_____)



## SUPERIORS REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO STAY DISCOVERY

Superior Insurance Company ("Superior"), by and through its undersigned counsel, hereby files this Reply Memorandum of Law in support of Superior's Motion to Stay Discovery.

### Argument

Plaintiffs Memorandum of Law in Opposition to Defendant Superior Insurance Company's Motion to Stay Discovery incorporates argument raised in five other motions to stay. In those memoranda, Plaintiffs assert that the defendants were attempting to delay and had previously had plenty of time to take class discovery. In the CCN memorandum, Plaintiffs complain that the case had been pending for two years. Plaintiffs also detail the litigation history of those cases. None of that is relevant to the issues in Superior's Motion to Stay Discovery because Superior was not a party at that time. Superior was not even

served with the Complaint until June 6, 2001. Because of the extensive litigation that had already occurred in the consolidated cases, Plaintiffs counsel had agreed to hold Superiors claim in abeyance for an indefinite period of time. Then, without any involvement in the case management conferences that determined the consolidation issues, Superior was informed via the September 28, 2001 Omnibus Order that its case was being consolidated with the other cases. Superior has since filed a Motion to Dismiss that is still currently pending before ths court. While the other cases may have had their motions ruled upon, that is not the situation here.

Further, Plaintiffs cite *Coca-Cola Bottling Co. of the Lehigh Valley v. Grol*, 1995 WL 421900 (E.D. Pa. 1993) for the proposition that if a motion to dismiss does not dispose of the entire case, a stay is not proper. Superior's Motion to Dismiss raises jurisdictional issues. The motion notes that the only basis for jurisdiction that is alleged in the Complaint derives from allegations under RICO. As discussed in the memoranda supporting Superior's Motion to Dismiss, the RICO allegations made against Superior are insufficient as a matter of law because there are not any predicate acts of racketeering. The conduct alleged as racketeering does not amount to the alleged crimes of mail fraud, wire fraud, or extortion. Without the RICO allegations, the entire complaint fails because it is improper to exercise pendant jurisdiction of state claims where the federal claims are dismissed. See *Hardy v. Birmingham Board of Education*, 954 F.2d 1546 (11th Cir. 1992).

Requiring Superior to undergo discovery prior to resolution of the jurisdictional issues is inequitable. In order to resolve discovery disputes, Superior would be required to submit to a court that may not have any jurisdiction over the issues. It is clear that failing to stay discovery during pendency of a motion to dismiss wastes resources. See

*Chudasema v. Mazda Motor Corp.*, 123 F.3d 1353 (11th Cir. 1997). Also, merits discovery prior to class certification is premature and it benefits both parties to stay that discovery prior to ruling on certification. See *Washington v. Brown & Williamson Tobacco Corp.*, 959 F. 2d 1566, 1570 (11th Cir. 1992); *See also In re: Polypropylene Carpet and Interest Litigation*, 178 F.R.D. 603 (N.D. Ga. 1997); *National Organization for Women v. Sperry Rand Corp.*, 88 F.R.D. 272 (D. Conn. 1980); *Karan v. Nabisco, Inc.*, 78 F.R.D. 388 (W.D. Ga. 1978).

WHEREFORE, Superior Insurance Company respectfully requests this court to enter an order to stay discovery during the pendency of the Motion to Dismiss, and alternatively, to enter an order staying discovery of all issues related to the merits of the case during the pendency of the Motion for Class Certification.

BUTLER BURNETTE PAPPAS LLP

ALAN J. NISBERG, ESQ.
Florida Bar No.: 0961639
Bayport Plaza, Suite 1100
6200 Courtney Campbell Causeway
Tampa, Florida 33607-5946
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
Attorneys for Defendant
Superior Insurance Company

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been furnished by U. S. Mail on November 21, 2001, to all counsel listed on the attached service list.

_____
Alan J. Nisberg, Esq.

**MASTER SERVICE LIST**
**(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)**
(Updated 11/13/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS,et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL  32202
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile