IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DISTRICT (FORT LAUDERDALE)

FILING FEE PAID 75<u>00</u>    523848
In Forma Pauperis ___
Clarence Maddox, Clerk

CASE NO: 00-CIV-6061-FERGUSON/SNOW

DR. PAUL ZIDEL, and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and
COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

    Defendants.

_____/

### APPLICATION TO BE ADMITTED
### *PRO HAC VICE*, OF LAWRENCE M. KOPELMAN

COMES NOW, LAWRENCE M. KOPELMAN, pursuant to Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys, hereby moves for admission *pro hac vice* to appear and participate in this pending action.

1. I am a member of good standing of the Florida Bar as evidenced by the attached certificate from the Florida Bar.

2. By virtue of my signature on this application below, I certify that I have studied the Rules of the United States District for the Southern District of Florida and make this application in accordance with Rule 4.B.

3. This application designates Douglas A. Blankman, Esq., a member of the Bar of this Court as my named designee in accordance with Local Rule 4.B





and that Mr. Blankman's address is One Financial Plaza, Suite 2510, Ft. Lauderdale, FL 33394

4. As an applicant, I submit a check for $75.00 in accordance with the requirements of the United States District Court for the Southern District of Florida.

November 26, 2001

Respectfully submitted on behalf of the Plaintiff,

_____
LAWRENCE M. KOPELMAN, ESQ.
Kopelman & Blankman, P.A.
One Financial Plaza, Suite 2510
Ft. Lauderdale, FL 33394
(954)462-6855
Fax (954)462-6899

## CONSENT TO BE LOCAL DESIGNEE

The undersigned counsel for the Plaintiff, hereby consents to be the local designee for counsel for the Plaintiff, Lawrence M. Kopelman, Esq. in accordance with Local Rule 4(b).

Dated: November 26, 2001

_____
Douglas A. Blankman, Esq.
Kopelman & Blankman, P.A.
Counsel for Plaintiff
One Financial Plaza, Suite 1611
Ft. Lauderdale, FL 33394
954-462-6855
Fax: 954-462-6899



# THE FLORIDA BAR

650 APALACHEE PARKWAY
TALLAHASSEE, FL 32399-2300

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
WWW.FLABAR.ORG

State of Florida    )

County of Leon     )

In Re:   288845
Lawrence Mark Kopelman
Kopelman & Blankman
1 Financial Plaza, Ste. 2510
Fort Lauderdale, Florida

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on December 10, 1979.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 21st day of November, 2001.

Mildred Wilson
Supervisor, Membership Records
The Florida Bar

MW/ag:csw21c:R10