IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

**Case No. 01-6783-CIV-Ferguson/Snow**

THE CHIROPRACTIC CENTRE, INC.,
on behalf of itself and all others
similarly situated,

      Plaintiff,

v.

METROPOLITAN CASUALTY
INSURANCE COMPANY,

      Defendant.

## MET'S REPLY IN FURTHER SUPPORT OF ITS MOTION TO STAY ACTION

Defendant Metropolitan Casualty Insurance Company ("Met") submits this reply memorandum in further support of its motion to stay this action and in response to the opposition memorandum of plaintiff The Chiropractic Centre, Inc. ("TCCI").

TCCI misstates the history of this litigation in its opposition memorandum by claiming that Met unreasonably delayed in seeking to compel arbitration in accordance with the Federal Arbitration Act ("FAA" or the "Act"). Contrary to TCCI's claim, Met promptly and properly sought appropriate relief from this Court by filing its motions to compel arbitration, to stay the action pending the resolution of its motion to compel, and for clarification. Met filed all these motions promptly upon the expiration of the court-ordered enlargement of time -- to which TCCI had consented.

Case No. 01-6783-CIV-Ferguson/Snow

Further, as noted in its motion to stay, Met did not participate in the May 2001 joint status conference held in several purportedly related actions (the "Other Actions"). Met did not participate in or attend this conference because it had not yet been served. Met is unaware that this Court made **any** ruling about this case at that conference and is certainly unaware that the Court ruled -- as TCCI alleges -- that this suit would be consolidated with the Other Actions. See Opp. Memo. at 2.[1]

Finally, Met strongly disagrees that its motion to compel arbitration -- and the similar motions of Florida Farm Bureau (FFB), Integon, and Prudential -- should be summarily denied. See Opp. Memo. at 3. In fact, in Reports and Recommendations issued recently in the FFB and Prudential cases, Magistrate Judge Snow found that arbitration of certain provider claims would be appropriate. The issue is a serious one that merits review by this Court and, possibly, by the Eleventh Circuit.[2] A stay is thus appropriate until the issue is resolved.

For these reasons and the reasons set forth in its motion papers, Met requests that the Court stay this action, including discovery, pending the resolution of its motion to compel arbitration. Further, Met asks that the Court grant expedited consideration of this motion and of the arbitration issue.

---

[1]   TCCI provides no citation for this assertion.

[2]   Under the FAA, Met has the right to pursue an immediate appeal of any ruling denying its motion to compel arbitration. See 9 U.S.C. § 16(a).

Case No. 01-6783-CIV-Ferguson/Snow

Respectfully submitted,

| | |
|---|---|
| Jeffrey P. Lennard | *Nancy Othuaite* (signature)<br>Marcy Levine Aldrich *for* |
| SONNENSCHEIN, NATH<br>    & ROSENTHAL | George Volsky<br>AKERMAN, SENTERFITT & EIDSON, P.A. |
| 8000 Sears Tower | 2800 SunTrust International Center |
| Chicago, Illinois  60606 | One Southeast Third Avenue |
| Telephone:  312-876-8000 | Miami, Florida  33131-1704 |
| Telefax:      312-876-7934 | Telephone:  305-374-5600 |
| E-Mail: | Telefax:      305-374-5095 |
| JLennard@sonnenschein.com | E-Mail:      MAldrich@Akerman.com |

Counsel for Defendant Metropolitan

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 27th day of November 2001 to Eric Lee, Esq., Atlas Pearlman, P.A., 350 East Las Olas Blvd., Suite 1700, Fort Lauderdale, Florida  33301.  In addition, courtesy copies were mailed to the persons listed on the attached Courtesy Copy List.

*Nancy Othuaite* (signature)
Marcy Levine Aldrich *for*
Florida Bar No. 968447

Case No. 01-6783-CIV-Ferguson/Snow

## COURTESY COPY LIST
*The Chiropractic Centre, Inc. v. Metropolitan Casualty Ins. Co.*
(Case No. 01-6783-CIV-FERGUSON)

**Co-Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
   atlas@atlaslaw.com
Eric Lee, Esq.
   lee@atlaslaw.com
Robin Corwin Campbell, Esq.
   campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
Tel: (954) 763-1200
Fax: (954) 766-7800

**Co-Counsel for Plaintiffs**

GOLD & COULSON
Arthur S. Gold, Esq.
   asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
Tel: (312) 372-0777
Fax: (312) 372-0778

**Co-Counsel for Plaintiffs**

PHILLIPS & GARCIA
Andrew Garcia, Esq.
   agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
   cphilips@gpandg.com
13 Ventura Drive
North Darthmouth, MA 02747
Tel: (508) 998-0800
Fax: (508) 998-0919

**Co-Counsel for Plaintiffs**

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
   dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
Tel: (954) 462-6855
Fax: (954) 462-6899

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
   personalinjurylawyer@earthlink.net
230 East Davis Boulevard
Tampa, FL 33606
Tel: (813) 251-1000
Fax: (813) 254-6327

**Co-Counsel for Plaintiffs**

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
   rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
Tel: (813) 251-1000
Fax: (813) 254-6327

**Co-Counsel for Plaintiffs**

Casey Fundaro, Esq.
Florida Bar No. 933650
   fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
Tel: (941) 435-7995
Fax: (941) 435-1269

**Counsel for Allstate**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
   dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Tel: (407) 872-7300
Fax: (407) 841-2133

ROSS & HARDIES
Peter J. Valeta, Esq.
   peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
Tel: (312) 750-3619
Fax: (312) 920-7241

Case No. 01-6783-CIV-Ferguson/Snow

**Counsel for Beech Street and ADP**

TEW, CARDENAS, REBAK, KELLOGG,
LEHMAN, DEMARIA,
 TAGUE, RAYMOND & LEVINE, L.L.P.
Thomas Tew, Esquire
Direct Tel: (305) 539-2106
 tt@tewlaw.com
Joseph A. DeMaria, Esquire
Direct Tel: (305) 539-2440
 jad@tewlaw.com
John M. Quaranta Esquire
Direct Tel: (305)536-8432
 jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
Fax: (305) 536-1116

**Counsel for Progressive**

ANANIA, BANDKLAYDER, *et al.*
Francis Anania, Esq.
 fanania@anania-law.com
Donald A. Blackwell, Esq.
 dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
Tel: (305) 373-4900
Fax: (305) 373-6914

**Counsel for CCN**

MCGUIRE, WOODS, et al.
William W. Deem, Esquire
 wdeem@mcguirewoods.com
William E. Adams, Esquire
Florida Bar No. 467080
 badams@mcguirewoods.com
Curt Caywood, Esquire
 ccaywood@McGuireWoods.com
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, Florida 32202
Tel: (904)798-3200
Fax: (904)798-3207

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esquire
 klake@fowlerwhite.com
Bruce A. Aebel, Esquire
 baebel@fowlerwhite.com
Post Office Box 1438
Tampa, Florida 33601
Tel: (813)228-7411
Fax: (813)229-8313

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esquire
 haggerty@scdlaw.com
1601 Market Street, 34th Floor
Philadelphia, Pennsylvania 19103-2316
Tel: (215)299-4314
Fax: (215)299-4301

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Gregory A. Baldwin, Esquire
 gbaldwin@hklaw.com
Robert K. Levenson, Esquire
 rlevenson@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
Tel: (305) 374-8500
Fax: (305)789-7799

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT & EIDSON, P.A.
Mark Shapiro, Esquire
 mshapiro@akerman.com
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131
Tel: (305)374-5600
Fax: (305)374-5095

Case No. 01-6783-CIV-Ferguson/Snow

**Counsel for ITT Hartford**

AKERMAN, SENTERFITT & EIDSON, P.A.
Marcy Levine Aldrich, Esq.
  maldrich@akerman.com
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131
Tel: (305)374-5600
Fax: (305)374-5095

**Counsel for Integon**

AKERMAN, SENTERFITT & EIDSON, P.A.
Marcy Levine Aldrich, Esq.
  maldrich@akerman.com
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131
Tel: (305)374-5600
Fax: (305)374-5095

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esquire
  anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway, Suite 1100
Tampa, Florida 33607
Tel: (813) 281-1900
Fax: (813) 281-0900

**Counsel for American International**
CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esquire
  dfriedman@csglaw.com
Brian P. Knight, Esquire
  bknight@csglaw.com
3440 Hollywood Boulevard, 2nd Floor
Holly wood, Florida 33021
Tel: (954) 961-1400
Fax: (954) 967-8577

**Counsel for Prudential**

SHEA & GARDNER
John D. Aldock, Esquire
  jaldock@sheagardner.com
Direct Tel: (202) 828-2140
Richard M. Wyner, Esquire
  Rwyner@sheagardner.com
Direct Tel: (202) 828-2188
Jeffrey M. Klein, Esquire
  jklein@sheagardner.com
Direct Tel: (202) 828-4301
M. David Dobbins, Esquire
  ddobbins@sheagardner.com
Direct Tel: (202) 828-2184
1800 Massachusetts Avenue, N.W.
Washington, District of Columbia 20036
Tel: 202-828-2000
Fax: 202-828-2195

BUTLER BURNETTE PAPPAS
Kathy Johnson Maus
  kmaus@bbplaw.com
Eric Zivitz
  ezivitz@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, Florida 32308-3469
Tel: 850-894-4111
Fax: 850-894-4999