UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
(Consolidated Class Action)
CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself
and all others similarly situated,

      Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,
et al.,

      Defendants    /

**Respectfully referred to
U.S. Magistrate Judge Lurana Snow**

NIGHT BOX FILED
NOV 27 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

KEITH BRICKELL, D.C., individually and
on behalf of all others similarly situated,

      Plaintiffs,

vs.

PROGRESSIVE EXPRESS INSURANCE,
et al.,

      Defendants.    /

MARC J. BROWNER, D.C., individually
and on behalf of all other similarly situated,

      Plaintiffs,

vs.

ALLSTATE INDEMNITY COMPANY,
et al.,

      Defendants.    /

**DEFENDANTS BEECH STREET CORPORATION AND
ADP INTEGRATED MEDICAL SOLUTIONS, INC.'S MOTION TO
EXTEND DEADLINE TO RESPOND TO PLAINTIFFS'
MOTIONS FOR CLASS CERTIFICATION**

Defendants Beech Street Corporation ("Beech Street") and ADP Integrated Medical Solutions, Inc. ("ADP"), pursuant to Local Rule 7.1, respectfully request that this Court extend the deadline for Beech Street and ADP to respond to Plaintiffs' Motions for Class Certification in

consolidated cases: i) <u>Brickell v. Progressive, et al.</u>, Case No. 00-6649-CIV-FERGUSON/SNOW; and ii) <u>Browner v. Allstate, et al.</u>, Case No. 00-7163-CIV-FERGUSON/SNOW. In support thereof, Beech Street and ADP state as follows:

1. Pursuant to prior orders of this Court entered pre-consolidation,[1] Beech Street and ADP were required to file their response to Plaintiffs' Motions for Class Certification on or before November 27, 2001. However, due to the consolidation of these cases, Beech Street and ADP need additional time in which to respond. As more fully set forth below, Beech Street and ADP should be granted an extension of time in which to file their responses, the Court should enter a uniform class-certification briefing schedule to be adhered to by all of the defendants, and the Court should hold an evidentiary hearing on the matter as envisioned by Rule 23, Fed.R.Civ.P. and Local Rule 23.1.3.

2. On September 28, 2001, the Court entered a series of orders which consolidated the above-captioned cases with thirteen other separate cases filed by five other putative class representatives against twenty other defendants (the "Consolidated Defendants"). As the Court well knows, most of the Consolidated Defendants have filed scores of pending and unresolved motions, including motions for reconsideration, motions to dismiss, motions to compel arbitration, motions for entry of confidentiality orders and motions to stay discovery. The Court has not yet ruled on these motions and the resolution of these motions may substantially alter the nature of these cases

---

[1] Beech Street and ADP were given 60 days from the denial of the Motion to Dismiss to file their response to the Class Certification Motion. <u>See</u> November 30, 2000 Agreed Order granting Beech Street and ADP's Unopposed Motion for Enlargement of Time to Respond to Brickell's Motion for Class Certification (Exhibit "A") and October 3, 2000 Order Granting Beech Street and ADP's Motion for Extension of Time to Respond to Browner's Motion for Class Certification.

and directly impact the scope of discovery. Indeed, some of these dispositive motions may reduce the number of Consolidated Defendants and the concomitant volume of resources expended.

3.    One of those pending and unresolved motions is Beech and ADP's Motion for Reaffirmation of Orders Staying Merits Discovery. (D.E. 221). Therein, Beech Street and ADP reminded the Court that, despite generalized pronouncements otherwise in the September 28, 2001 Omnibus Order, the Court has previously entered an order staying merits discovery pending the class certification determination. See Motion for Reaffirmation (D.E. 221) at 2-3 and Exhibit "B" thereto.

4.    And that is the right decision. The tenor and tone of this litigation will be dramatically affected depending on the Court's class certification determination. First, Plaintiffs have served comprehensive merits-related Consolidated Interrogatories, Consolidated Requests for Production and Consolidated Requests for Admissions. These requests seek almost every piece of paper related to every member of Beech Street's healthcare network located throughout the State as well as every single claim submitted for treatment rendered by any physician in the Beech Street plan (including those currently in the plan and obviously not putative class members). It would be incomprehensible that the Court would require Beech Street to respond to these Consolidated discovery requests if the Court does not certify the class. Second, if the class is not certified the damages at issue would presumably be a tiny percentage of the damages currently sought. This is borne out by the fact that numerous claims are brought by putative members of the class in county court actions where the matters in dispute are within the county court's jurisdiction (and sometimes are less than a couple hundred of dollars). Moreover, the attendant cost of complying with the consolidated discovery is not supported by those damages. Thus, it is inconceivable that this Court would required the Consolidated Defendants to be subjected to such invasive discovery if the class

Tew Cardenas Rebak Kellogg Lehman DeMaria Tague Raymond & Levine, L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112

is not certified and the stakes are not high. Third, as a matter of law, it appears highly unlikely that this Court will ultimately certify a class due to the types of claims brought by the Plaintiffs. Due to the predominance of individual questions of law and fact over common questions, courts do not often certify classes where the causes of action are based upon:

> **Breach of Contract**, see e.g. Brooks v. Southern Bell, 133 FRD 54 (S.D. Fla. 1990) (where the court declined to certify the class due to each class member's individual contract with the Defendant).
>
> **RICO Racketeering**, see e.g. Curley v. Cumberland Farms Dairy, Inc., 728 F.Supp. 1123 (D. N.J. 1989) (where the court declined to certify the class because RICO predicate acts will turn on individualized proof of reliance); Buford v. H&R Block, Inc., 168 FRD 340 (S.D. Ga. 1996) (same).

5. Based upon the foregoing, Beech Street and ADP respectfully request that their response to Plaintiffs' Motions for Class Certification be due more than thirty days following the later of (a) the last date on which any consolidated defendant can initiate an appeal of a denial of its motion to dismiss or arbitrate; and (b) if an appeal is filed, the date on which the order denying the motion to dismiss or arbitrate is affirmed and the matter remanded to the district court.

6. Undersigned counsel certifies that he has conferred with opposing counsel regarding the requested extension of time. Opposing counsel only agrees to an extension of ten days. This is despite the fact that opposing counsel suggested, in his proposed Case Management Order, a uniform class certification response date by the Consolidated Defendants, albeit with a much shorter time frame for response.

## Conclusion

Beech Street and ADP respectfully request that their response to Plaintiffs' Motions for Class Certification be due more than thirty days following the later of (a) the last date on which any

4

Tew Cardenas Rebak Kellogg Lehman DeMaria Tague Raymond & Levine, L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112

consolidated defendant can initiate an appeal of a denial of its motion to dismiss or arbitrate; and (b) if an appeal is filed, the date on which the order denying the motion to dismiss or arbitrate is affirmed and the matter remanded to the district court.

Respectfully submitted,

**TEW CARDENAS REBAK KELLOGG LEHMAN DeMARIA TAGUE RAYMOND & LEVINE L.L.P.**
Co-Counsel for Defendants Beech Street Corporation and ADP Integrated Medical Solutions, Inc.
201 S. Biscayne Boulevard
2600 Miami Center
Miami, Florida 33131
Telephone: (305) 536-1112
Facsimile: (305) 536-1116

By: _____
Joseph A. DeMaria, Esq.
   Florida Bar No. 764711
   jad@tewlaw.com
John M. Quaranta, Esq.
   Florida Bar No. 940641
   jmq@tewlaw.com
Kenneth D. Murena
   Florida Bar No. 147486
   kdm@tewlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served via U.S. Mail on this 27th day of November, 2001 on all counsel listed on the attached Service List.

_____
Counsel

5

::ODMA\MHODMA\Miami;319093;1

Tew Cardenas Rebak Kellogg Lehman DeMaria Tague Raymond & Levine, L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)

**Co-Counsel for Plaintiffs**
ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Eric Lee, Esq.
lee@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

**Co-Counsel for Plaintiffs**
GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

**Co-Counsel for Plaintiffs**
PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphilips@gpandg.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

**Co-Counsel for Plaintiffs**
KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**
Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

**Co-Counsel for Plaintiffs**
RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

**Co-Counsel for Plaintiffs**
Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995
(941) 435-1269 Facsimile

Tew Cardenas Rebak Kellogg Lehman DeMaria Tague Raymond & Levine, L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112

**Counsel for Allstate**
RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**
TEW, CARDENAS REBAK KELLOGG
LEHMAN DEMARIA TAGUE
RAYMOND & LEVINE, L.L.P.
Thomas Tew, Esquire
(305) 539-2106
tt@tewlaw.com
Joseph A. DeMaria, Esquire
(305) 539-2440
jad@tewlaw.com
John M. Quaranta, Esquire
jmq@tewlac.com
(305)536-8432
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**
ANANIA, BANDKLAYDER, et al.
Francis Anania, Esquire
fanania@anania-law.com
Donald A. Blackwell, Esquire
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**
MCQUIRE, WOODS, et al.
William W. Deem, Esquire
wdeem@mcguirewoods.com
William E. Adams, Esquire
badams@mcguirewoods.com
Curt Caywood, Esquire
ccaywood@mcguirewoods.com
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, Florida 32202
(904)798-3200
(904)798-3207 Facsimile

**Counsel for Nationwide**
FOWLER, WHITE
Katherine C. Lake, Esquire
klake@fowlerwhite.com
Bruce A. Aebel, Esquire
baebel@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813)228-7411
(813)229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esquire
haggerty@scdlaw.com
1601 Market Street, 34th Floor
Philadelphia, Pennsylvania 19103-2316
(215)299-4314

(215)299-4301 Facsimile

**Counsel for Florida Farm Bureau**
HOLLAND & KNIGHT, LLP
Gregory A. Baldwin, Esquire
gbaldwin@hklaw.com
Robert K. Levenson, Esquire
rlevenson@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305)374-8500
(305)789-7799 Facsimile

**Counsel for Liberty Mutual**
AKERMAN, SENTERFITT et al.
Mark Shapiro, Esquire
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, Florida 33131
(305)374-5600
(305)374-5095 Facsimile

**Counsel for Hartford, Metropolitan, Integon**
AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, Florida 33131
(305)374-5600
(305)374-5095 Facsimile

**Counsel for Prudential**
SHEA & GARDNER
John D. Aldock, Esquire
jaldock@sheagardner.com
(202) 828-2140
Richard M. Wyner, Esquire
Rwyner@sheagardner.com

(202) 828-2188
Jeffrey M. Klein, Esquire
jklein@sheagardner.com
(202) 828-4301

M. David Dobbins, Esquire
ddobbins@sheagardner.com
(202) 828-2184
1800 Massachusetts Avenue, N.W.
Washington, District of Columbia 20036
202-828-2000
202-828-2195 (Facsimile)

BUTLER BURNETTE PAPPAS
Kathy Johnson Maus
Kmaus@bbplaw.com
Lauren D. Levy, Esq.
Llevy@bbplaw.com
3520 Thomasville Road
Suite 102
Tallahassee, Florida 32308.3469
850.894.4111
850.894.4999 (Facsimile)

**Counsel for Superior**
BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esquire
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, Florida 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for American International**
CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esquire
dfriedman@csglaw.com
Brian P. Knight, Esquire
bknight@csglaw.com
3440 Hollywood Boulevard, 2nd Floor
Holly wood, Florida 33021

9

(954) 961-1400
(954) 967-8577 (Facsimile)

**Counsel for Metropolitan**
Jeffrey P. Lennard, Esq.
SONNENSCHEIN NATH & ROSENTHAL
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934 Facsimile

**Counsel for Hartford**
Howard J. Roin, Esq.
MAYER, BROWN & PLATT
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile