UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW
(Consolidated Case)

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

     Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

     Defendants.

_____/

THE CHIROPRACTIC CENTRE, INC.,
On behalf of itself and all others
similarly situated,

     Plaintiff,

vs.

SUPERIOR INSURANCE COMPANY,

     Defendant.

_____/

CASE NO. 01-6782-CIV-FERGUSON

**PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO
SUPERIOR'S MOTION FOR CLARIFICATION (D.E. #331) AND MOTION
FOR NEW CASE MANAGEMENT AND SCHEDULING ORDER (D.E.#330)**

Plaintiff THE CHIROPRACTIC CENTRE, INC., on behalf of itself and all others similarly

situated ("TCCI"), by its undersigned counsel, hereby submits its Memorandum of Law in

Opposition to Defendant SUPERIOR INSURANCE COMPANY's ("SUPERIOR") Motion for

Clarification of Class Certification Discovery and Response Date (D.E. #331) and SUPERIOR's

Request for Status Conference and Motion for New Case Management and Scheduling Order (D.E.

7090-00100 339113.1

ATLAS PEARLMAN
ATTORNEYS AT LAW

CASE NO. 00-6061-CIV-FERGUSON/SNOW

#330).  For all the reasons set forth herein, TCCI respectfully submits that SUPERIOR's Motions should be denied in all respects.

## ARGUMENT

Having already filed a Motion to Stay Discovery, SUPERIOR has now filed a Motion for New Case Management and Scheduling Order which seeks to delay these proceedings and to postpone the June, 2002 trial date.  On May 14, 2001, at a status conference, this Court orally ruled that it was denying the pending Motions to Dismiss, with the exception of the Lanham Act counts, consolidating these proceedings, and lifting all discovery stays.  Based on the oral ruling, counsel for the Class Plaintiffs provided the new Defendants with an enlargement of time to serve their Answers until such time as this Court entered a written order.  Based upon this Court's sustaining numerous claims against the insurance companies, Class Plaintiffs believed that once the written order was entered, the Defendants who had not yet responded to the Complaints served on them would answer the Complaints rather than file motions to dismiss raising the same issues.  On September 28, 2001, this Court entered its Omnibus Order ("Omnibus Order") which denied the pending Motions to Dismiss, with the exception of the Lanham Act counts, consolidated these proceedings, and lifted all discovery stays.  Rather than answer the Complaint, SUPERIOR instead chose to file a Motion to Dismiss which reasserts the same arguments already rejected by this Court.  Thereafter, SUPERIOR filed a Motion to Stay Discovery based on its Motion to Dismiss.

Now, SUPERIOR claims that a new case management and scheduling order should be entered because it suggests that the deadlines set forth in the Court's Scheduling Order are not reasonable.  Class Plaintiffs fully intend on completing all discovery by this Court's April 1, 2002



CASE NO. 00-6061-CIV-FERGUSON/SNOW

discovery cutoff. Class Plaintiffs intend on being fully prepared for trial in June, 2002. Based on the Defendants' delay tactics, it is not surprising that SUPERIOR and the other Defendants claim that a new case management and scheduling order should be entered. This Court declared on May 14, 2001, that these matters would be set for trial in June, 2002. This Court's September 28, 2001 Trial Order provides more than enough time for the parties to complete discovery and to address all issues raised in these proceedings. Thus, a new trial order is not necessary.

As to SUPERIOR's Motion for Clarification of Class Certification Discovery and Response Date, SUPERIOR suggests that it was never served with the Motion for Class Certification. TCCI served the Motion for Class Certification on SUPERIOR and SUPERIOR has had the ability for months to obtain the Motion for Class Certification through PACER or from the Court files. Subsequent to the entry of the Omnibus Order, since numerous Motions for Class Certification had not yet been responded to, Class Plaintiffs proposed that the various parties respond to the outstanding Motions for Class Certification by November 15, 2001, which provided an ample amount of time for any party to conduct class discovery, if necessary. None of the Defendants chose to conduct class discovery and none of the Defendants responded to the outstanding Motions for Class Certification by November 15, 2001. Notwithstanding the foregoing, TCCI and the other Class Plaintiffs in cases in which Motions for Class Certification were filed, but merely incorporated other Motions for Class Certification, will be filing amended motions for class certification specifically directed to each Defendant in these cases. SUPERIOR and the other Defendants will then have ten business day to respond to the Motions for Class Certification.

ATLAS PEARLMAN
ATTORNEYS AT LAW

CASE NO. 00-6061-CIV-FERGUSON/SNOW

## CONCLUSION

For all the reasons set forth herein, Plaintiff THE CHIROPRACTIC CENTRE, INC., respectfully requests that this Court enter an Order denying Defendant SUPERIOR INSURANCE COMPANY's Motion for Clarification of Class Certification Discovery and Response Date and denying SUPERIOR's Motion for New Case Management and Scheduling Order, together with such other and further relief as this Court may deem just and proper.

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
JAN DOUGLAS ATLAS
Florida Bar No. 226246

By: _____
ERIC LEE
Florida Bar No. 961299

By: _____
ROBIN CORWIN CAMPBELL
Florida Bar No. 327931

ATLAS PEARLMAN
A T T O R N E Y S  A T  L A W

CASE NO. 00-6061-CIV-FERGUSON/SNOW

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

mail this __28th__ day of November, 2001 upon: all individuals on the attached service list.

ERIC LEE

ATLAS PEARLMAN
ATTORNEYS AT LAW

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/26/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS,et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL  32202
(904) 798-3200
(904) 798-3207 Facsimile

7090-00100 318823.1

ATLAS PEARLMAN
P.A.
ATTORNEYS AT LAW

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile



