UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

(Consolidated Class Action)

CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself
and all others similarly situated,
    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
et al.,
    Defendants.        /

KEITH BRICKELL, D.C., individually and
on behalf of all others similarly situated,
    Plaintiffs,

v.

PROGRESSIVE EXPRESS INSURANCE,
et al.,
    Defendants.        /

MARC J. BROWNER, D.C., individually
and on behalf of all other similarly situated,
    Plaintiffs,

v.

ALLSTATE INDEMNITY COMPANY,
et al.,
    Defendants.        /

**Respectfully referred to
U.S. Magistrate Judge Lurana Snow**

**DEFENDANTS BEECH STREET
CORPORATION AND ADP
INTEGRATED MEDICAL
SOLUTIONS, INC.'S REPLY
MEMORANDUM IN SUPPORT OF
MOTION FOR EXTENSION OF
TIME TO SERVE
FED. R. CIV. P. 26 DISCLOSURES**

    Pursuant Local Rule 7.1C, Defendants Beech Street Corporation ("Beech Street") and ADP Integrated Medical Solutions, Inc. ("ADP") hereby file this Reply Memorandum in support of their Motion for Extension of Time in Which to Serve Fed. R. Civ. P. 26 Disclosures (the "Motion") to Plaintiffs, Dr. Paul Zidel, Keith Brickkell, D.C., Marc J. Browner, D.C., Salvatore

CASE NO. 00-6061-CIV-FERGUSON/SNOW

D. Larusso, D.C., The Chiropractic Centre, Inc., Ultra Open MRI Corporation, and Mote Wellness & Rehab., Inc. ("Plaintiffs"). The Motion should be granted for the reasons set forth below.

In their Memorandum of Law in Opposition to the Motion, Plaintiffs argue that because this Court denied Beech Street and ADP's Motion to Dismiss and allegedly consolidated the various proceedings and lifted all discovery stays, Plaintiffs were authorized to simultaneously conduct merits discovery and class certification discovery and, accordingly, unilaterally set the deadline for serving Rule 26(a) disclosures. Plaintiffs continue to maintain that the cases are consolidated and the stay on merits discovery has been lifted notwithstanding the fact that almost every Defendant in all of the allegedly consolidated cases has sought clarification, in one form or another, from this Court regarding consolidation and has moved for protective order or extensions with respect to Plaintiffs' efforts to conduct merits discovery while class certification discovery is ongoing. Beech Street and ADP are not seeking to delay these proceedings as Plaintiffs suggest. Rather, they are seeking to prevent Plaintiffs from violating the stay on merits discovery imposed (and never lifted) by this Court. Beech Street and ADP, along with the majority, if not all, of the Defendants in the allegedly consolidated cases, truly believe that this Court, in its September 28, 2001 Omnibus Order, only lifted the stay on class certification discovery and that this Court's stay on merits discovery pending the completion of class certification discovery is still effective. Therefore, given that Rule 26(a) requires the parties to disclose information relating solely to the merits of the cases, the parties are not required to make such disclosures until the class has been certified.

Plaintiffs further argue that even if merits discovery is stayed, Defendants are required to make Rule 26(a) disclosures as to class certification issues. The provisions of Rule 26(a) clearly

2

reveal that this is not true. Rule 26(a) requires the parties to disclose information regarding: "each individual likely to have discoverable information that the disclosing party may use to support its **claims** or **defenses**[;]" "documents . . . that the disclosing party may use to support its **claims** or **defenses**[;]" "a computation of any category of **damages** claimed by the disclosing party[;]" and "any **insurance agreement** under which any person carrying on an insurance business may be liable to satisfy part or all of the judgment[.]" Fed. R. Civ. P. 26(a)(1)(A)-(D). These 4 categories of disclosure required by Rule 26(a) clearly relate solely to the merits of the cases. They have nothing to do with the Court's determination of whether or not the cases should be maintained as class actions or the issues underlying such determination set forth in Fed. R. Civ. P. 23(a) and (b). Therefore, Beech Street and ADP cannot not possibly make Rule 26(a) disclosures as to "class certification issues" as suggested by Plaintiffs. To be sure, Plaintiffs Rule 26(a) disclosures, which Plaintiffs served on November 7, 2001, do not relate whatsoever to any class certification issue. Nonetheless, Plaintiffs wrongfully assert that Beech Street and ADP should, at the very least, make Rule 26(a) disclosures as to class certification issues. As the Rule does not require the parties to make such disclosures, and merits discovery is stayed pending the completion of class certification discovery, Beech Street and ADP should not be required to make any Rule 26(a) disclosures until class certification discovery has been completed.

Accordingly, Beech Street and ADP seek an extension of time to serve Fed. R. Civ. P. 26 disclosures to Plaintiffs until such time as this Court rules on all pending motions regarding consolidation and the stay of discovery, determines whether Plaintiffs may simultaneously conduct merits discovery and class certification discovery, and sets a deadline by which

Tew Cardenas Rebak Kellogg Lehman DeMaria Tague Raymond & Levine, L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112

CASE NO. 00-6061-CIV-FERGUSON/SNOW

Defendants must serve such disclosures.

                        Respectfully submitted,

                        **TEW CARDENAS REBAK KELLOGG LEHMAN DeMARIA TAGUE RAYMOND & LEVINE L.L.P.**
Co-Counsel for Defendants Beech Street Corp. and ADP Integrated Medical Solutions, Inc.
2600 Miami Center
201 S. Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-536-1112
Facsimile: 305-536-1116

By: _____/s/_____

**JOSEPH A. DEMARIA, ESQ.**
Florida Bar No. 764711
jad@tewlaw.com
**JOHN M. QUARANTA, ESQ.**
Florida Bar No. 940641
jmq@tewla.com
**KENNETH D. MURENA, ESQ.**
Florida Bar No. 147486
kdm@tewlaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served via U.S. Mail this 28TH day of November, 2001 on all counsel listed on the attached Service List.

_____/s/_____
Counsel

::ODMA\MHODMA\Miami;319081;1

4

Tew Cardenas Rebak Kellogg Lehman DeMaria Tague Raymond & Levine, L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)

**Co-Counsel for Plaintiffs**
ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Eric Lee, Esq.
lee@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

**Co-Counsel for Plaintiffs**
GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

**Co-Counsel for Plaintiffs**
PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphilips@gpandg.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

**Co-Counsel for Plaintiffs**
KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**
Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

**Co-Counsel for Plaintiffs**
RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

**Co-Counsel for Plaintiffs**
Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995
(941) 435-1269 Facsimile

**Counsel for Allstate**
RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**
TEW, CARDENAS REBAK KELLOGG
LEHMAN DEMARIA TAGUE
RAYMOND & LEVINE, L.L.P.
Thomas Tew, Esquire
(305) 539-2106
tt@tewlaw.com
Joseph A. DeMaria, Esquire
(305) 539-2440
jad@tewlaw.com
John M. Quaranta, Esquire
jmq@tewlac.com
(305)536-8432
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**
ANANIA, BANDKLAYDER, et al.
Francis Anania, Esquire
fanania@anania-law.com
Donald A. Blackwell, Esquire
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**
MCQUIRE, WOODS, et al.
William W. Deem, Esquire
wdeem@mcguirewoods.com
William E. Adams, Esquire
badams@mcguirewoods.com
Curt Caywood, Esquire
ccaywood@mcguirewoods.com
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, Florida 32202
(904)798-3200
(904)798-3207 Facsimile

**Counsel for Nationwide**
FOWLER, WHITE
Katherine C. Lake, Esquire
klake@fowlerwhite.com
Bruce A. Aebel, Esquire
baebel@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813)228-7411
(813)229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esquire
haggerty@scdlaw.com
1601 Market Street, 34th Floor
Philadelphia, Pennsylvania 19103-2316
(215)299-4314
(215)299-4301 Facsimile

**Counsel for Florida Farm Bureau**
HOLLAND & KNIGHT, LLP
Gregory A. Baldwin, Esquire
gbaldwin@hklaw.com
Robert K. Levenson, Esquire
rlevenson@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305)374-8500
(305)789-7799 Facsimile

**Counsel for Liberty Mutual**
AKERMAN, SENTERFITT et al.
Mark Shapiro, Esquire
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, Florida 33131
(305)374-5600
(305)374-5095 Facsimile

**Counsel for Hartford, Metropolitan, Integon**
AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, Florida 33131
(305)374-5600
(305)374-5095 Facsimile

**Counsel for Prudential**
SHEA & GARDNER
John D. Aldock, Esquire
jaldock@sheagardner.com
(202) 828-2140
Richard M. Wyner, Esquire
Rwyner@sheagardner.com
(202) 828-2188
Jeffrey M. Klein, Esquire
jklein@sheagardner.com
(202) 828-4301

M. David Dobbins, Esquire
ddobbins@sheagardner.com
(202) 828-2184
1800 Massachusetts Avenue, N.W.
Washington, District of Columbia 20036
202-828-2000
202-828-2195 (Facsimile)

BUTLER BURNETTE PAPPAS
Kathy Johnson Maus
Kmaus@bbplaw.com
Lauren D. Levy, Esq.
Llevy@bbplaw.com
3520 Thomasville Road
Suite 102
Tallahassee, Florida 32308.3469
850.894.4111
850.894.4999 (Facsimile)

**Counsel for Superior**
BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esquire
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, Florida 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for American International**
CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esquire
dfriedman@csglaw.com
Brian P. Knight, Esquire
bknight@csglaw.com
3440 Hollywood Boulevard, 2nd Floor
Holly wood, Florida 33021
(954) 961-1400
(954) 967-8577 (Facsimile)

**Counsel for Metropolitan**
Jeffrey P. Lennard, Esq.
SONNENSCHEIN NATH & ROSENTHAL
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934 Facsimile

**Counsel for Hartford**
Howard J. Roin, Esq.
MAYER, BROWN & PLATT
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

Updated: October 30, 2001

::ODMA\MHODMA\Miami;317015;1