IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DISTRICT (FORT LAUDERDALE)

DR. PAUL ZIDEL, and all others similarly situated,

    Plaintiffs,

CASE NO: 00-CIV-6061-CIV
FERGUSON/SNOW

v.

ALLSTATE INSURANCE COMPANY, and
COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

    Defendants.
_____/

SALVATORE D. LARUSSO, D.C., d/b/a FAMILY
CHIROPRACTIC CENTER, on behalf of himself and all
others similary situated,

    Plaintiff,

CASE NO: 00-CIV-8111-CIV
FERGUSON/SNOW

v.

HARTFORD INSURANCE COMPANY OF THE MIDWEST,

    Defendant.
_____/

## CONSENT TO BE LOCAL DESIGNEE
## FOR ARTHUR S. GOLD, ESQ.

The undersigned counsel for the Plaintiffs in the above styled action hereby consents to be the local designee for counsel for the Plaintiff, Arthur S. Gold, Esq. in accordance with Local Rule 4(b).

Dated: November 27, 2001

_____
Douglas A. Blankman, Esq.
FBN: 281778
Kopelman & Blankman, P.A.
Counsel for Plaintiff
One Financial Plaza, Suite 1611
Ft. Lauderdale, FL 33394
954-462-6855
Fax 954-462-6899