IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DISTRICT (FORT LAUDERDALE)

DR. PAUL ZIDEL, and all others similarly situated,

    Plaintiffs,

                                            CASE NO: 00-CIV-6061-CIV
                                            FERGUSON/SNOW

v.

ALLSTATE INSURANCE COMPANY, and
COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

    Defendants.
_____/

SALVATORE D. LARUSSO, D.C., d/b/a FAMILY
CHIROPRACTIC CENTER, on behalf of himself and all
others similary situated,

    Plaintiff,                                    CASE NO: 00-CIV-8110-CIV
                                            FERGUSON/SNOW

v.

FLORIDA FARM BUREAU CASUALTY INSURANCE
COMPANY,

    Defendant.
_____/

## CONSENT TO BE LOCAL DESIGNEE
## FOR ARTHUR S. GOLD, ESQ.

    The undersigned counsel for the Plaintiffs in the above styled action hereby consents to be the local designee for counsel for the Plaintiff, Arthur S. Gold, Esq. in accordance with Local Rule 4(b).

Dated: November 27, 2001

                                            Douglas A. Blankman, Esq.
                                            FBN: 281778
                                            Kopelman & Blankman, P.A.
                                            Counsel for Plaintiff
                                            One Financial Plaza, Suite 1611
                                            Ft. Lauderdale, FL 33394
                                            954-462-6855
                                            Fax 954-462-6899