IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DISTRICT (FORT LAUDERDALE)

DR. PAUL ZIDEL, and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and
COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

    Defendants.
_____/

CASE NO: 00-CIV-6061-CIV
FERGUSON/SNOW

SALVATORE D. LARUSSO, D.C., d/b/a FAMILY
CHIROPRACTIC CENTER, on behalf of himself and all
others similarly situated,

    Plaintiff,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY,

    Defendant.
_____/

CASE NO: 00-CIV-8108-CIV
FERGUSON/SNOW

## CONSENT TO BE LOCAL DESIGNEE
## FOR ARTHUR S. GOLD, ESQ.

The undersigned counsel for the Plaintiffs in the above styled action hereby consents to be the local designee for counsel for the Plaintiff, Arthur S. Gold, Esq. in accordance with Local Rule 4(b).

Dated: November 27, 2001

                               Douglas A. Blankman, Esq.
                               FBN: 281778
                               Kopelman & Blankman, P.A.
                               Counsel for Plaintiff
                               One Financial Plaza, Suite 1611
                               Ft. Lauderdale, FL 33394
                               954-462-6855
                               Fax 954-462-6899