UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DR. PAUL ZIDEL, on behalf of himself ans
all others similarly situated,

      Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY, and
COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

      Defendants.
_____/

Case No. 00-6061-CIV-FERGUSON

KEITH BRICKELL, D.C., individually and on
behalf of all others similarly situated,

      Plaintiffs,

vs.

PROGRESSIVE EXPRESS INSURANCE
COMPANY, PROGRESSIVE CONSUMERS
INSURANCE COMPANY, PROGRESSIVE
BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL
SOLUTIONS, INC.,

      Defendants.
_____/

Case No. 00-6649-CIV-FERGUSON

MARC J. BROWNER, D.C., individually and            Case No. 00-7163-CIV-FERGUSON
on behalf of all others similarly situated,

     Plaintiffs,

vs.

ALLSTATE INDEMNITY COMPANY,
BEECH STREET CORPORATION, and
A D P  I N T E G R A T E D  M E D I C A L
SOLUTIONS, INC.,

     Defendants.
_____/


SALVATORE D. LARUSSO, D.C. d/b/a            Case No. 00-7692-CIV-FERGUSON
FAMILY CHIROPRACTIC CENTER, on
behalf of himself and all others similarly
situated,

     Plaintiffs,

vs.

LIBERTY MUTUAL INSURANCE
COMPANY and COMMUNITY CARE
NETWORK, INC.,

     Defendants.
_____/

ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated,

    Plaintiffs,

vs.

PROGRESSIVE AMERICAN INSURANCE COMPANY,

    Defendant.

_____/

Case No. 01-6776-CIV-FERGUSON

ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated,

    Plaintiffs,

vs.

DEERBROOK INSURANCE COMPANY,

    Defendant.

_____/

Case No. 01-6777-CIV-FERGUSON

ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated,

    Plaintiffs,

vs.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

    Defendant.

_____/

Case No. 01-6778-CIV-FERGUSON

ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated,

     Plaintiffs,

vs.

FIDELITY AND CASUALTY COMPANY OF NEW YORK and THE CONTINENTAL INSURANCE COMPANY,

     Defendants.

_____/

Case No. 01-6779-CIV-FERGUSON


ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated,

     Plaintiffs,

vs.

INTEGON NATIONAL INSURANCE COMPANY and INTEGON GENERAL INSURANCE COMPANY,

     Defendants.

_____/

Case No. 01-6780-CIV-FERGUSON


THE CHIROPRACTIC CENTRE, INC., on behalf of itself and all others similarly situated,

     Plaintiffs,

vs.

SUPERIOR INSURANCE COMPANY,

     Defendant.

_____/

Case No. 01-6782-CIV-FERGUSON

THE CHIROPRACTIC CENTRE, INC., on behalf of itself and all others similarly situated,

   Plaintiffs,

vs.

METROPOLITAN CASUALTY INSURANCE COMPANY,

   Defendant.

_____/

Case No. 01-6783-CIV-FERGUSON

SALVATORE D. LARUSSO, D.C. d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of himself and all others similarly situated,

   Plaintiffs,

vs.

NATIONWIDE INSURANCE COMPANY OF AMERICA,

   Defendant.

_____/

Case No. 01-8108-CIV-FERGUSON

SALVATORE LARUSSO D.C. d/b/a          Case No. 01-8110-CIV-FERGUSON
FAMILY CHIROPRACTIC CENTER, on
behalf of himself and all others similarly
situated,

      Plaintiffs,

vs.

FLORIDA FARM BUREAU CASUALTY
INSURANCE COMPANY,

      Defendant.
_____/


SALVATORE D. LARUSSO, D.C. d/b/a          Case No. 01-8111-CIV-FERGUSON
FAMILY CHIROPRACTIC CENTER, on
behalf of himself and all others similarly
situated,

      Plaintiffs,

vs.

ITT HARTFORD LIFE AND ANNUITY
INSURANCE COMPANY,

      Defendant.
_____/

MOTE WELLNESS & REHAB, INC., on behalf
of itself and all others similarly
situated,
    Plaintiffs,                          Case No. 01-8549-CIV-FERGUSON
v.
AMERICAN INTERNATIONAL INSURANCE COMPANY
and AMERICAN INTERNATIONAL SOUTH
INSURANCE COMPANY,
    Defendants.

## AMENDED
## APPLICATION TO BE ADMITTED
## *PRO HAC VICE*, OF LAWRENCE M. KOPELMAN

COMES NOW, LAWRENCE M. KOPELMAN, pursuant to Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys, hereby moves for admission *pro hac vice* to appear and participate in the pending consolidated actions attached hereto.

1.     I am a member of good standing of the Florida Bar as evidenced by the certificate from the Florida Bar which was attached to my initial Application.

2.     By virtue of my signature on this application below, I certify that I have studied the Rules of the United States District for the Southern District of Florida and make this application in accordance with Rule 4.B.

3.     This application designates Douglas A. Blankman, Esq., a member of the Bar of this Court as my named designee in accordance with Local Rule 4.B and that Mr. Blankman's address is One Financial Plaza, Suite 2510, Ft. Lauderdale, FL 33394.

November 27, 2001

Respectfully submitted on behalf of the Plaintiff,

LAWRENCE M. KOPELMAN, ESQ.
FBN: 288845
Kopelman & Blankman, P.A.
One Financial Plaza, Suite 2510
Ft. Lauderdale, FL 33394
(954)462-6855
Fax (954)462-6899

## CONSENT TO BE LOCAL DESIGNEE

The undersigned counsel for the Plaintiff, hereby consents to be the local designee for counsel for the Plaintiff, Lawrence M. Kopelman, Esq. in accordance with Local Rule 4(b).

Dated:  November 27, 2001

Douglas A. Blankman, Esq.
FBN: 281778
Kopelman & Blankman, P.A.
Counsel for Plaintiff
One Financial Plaza, Suite 1611
Ft. Lauderdale, FL 33394
954-462-6855
Fax: 954-462-6899


I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail to counsel on the attached service list on November 27, 2001.

Douglas A. Blankman, Esq.

**MASTER SERVICE LIST**
**(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)**
(Updated 10/26/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS,et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

7090-00100 318823.1

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggertv@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevv@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile