UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW
(Consolidated)

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,
v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/



## NOTICE OF SUPPLEMENTAL AUTHORITY

PLEASE TAKE NOTICE that the Class Plaintiffs, on behalf of themselves and all others similarly situated, by their undersigned counsel, hereby notify this Court of supplemental authority in opposition to the pending Motions to Dismiss and in opposition to Defendant NATIONWIDE MUTUAL INSURANCE COMPANY's Motion to Compel Arbitration. On October 23, 2001, in Jeff Davis, D.C., P.A. (as assignee of Angela Richards) v. Nationwide Mutual Fire Ins. Co., 8 Fla. L. Weekly Supp. 846b, Hillsborough County Court, the Court granted summary judgment in an action relating to PPO reductions in violation of Section 627.736(10), Florida Statutes. A true and correct copy of the decision is attached hereto as Exhibit "1." Additional supplemental authority can be found in Fishman and Stashak, M.D.'s, P.A. v. Progressive Bayside Ins. Co., Case No 01-11646 COCE 56, Broward County Court, which granted plaintiff's motion for summary judgment in a PPO reduction action. A true and correct copy of the decision is attached hereto as Exhibit "2."

7090-00100 339616.1



ATLAS PEARLMAN
ATTORNEYS AT LAW

CASE NO. 00-6061-CIV-FERGUSON/SNOW

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
ERIC LEE
Florida Bar No. 961299

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile
KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 2510
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

CASE NO. 00-6061-CIV-FERGUSON/SNOW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 30th day of November, 2001 upon: all individuals on the attached service list.

_____
ERIC LEE

ATLAS PEARLMAN P.A.
ATTORNEYS AT LAW

JEFF DAVIS, D.C., P.A., (As assignee of Angela Richards), Plaintiff, vs. NATIONWIDE ... Page 1 of 1

**8 Fla. L. Weekly Supp. 846b**

Insurance — Personal injury protection -- Preferred provider rates -- Insurer could not reduce benefits paid to insured's assignee to PPO rates as it did not have a PPO policy as required by statute

JEFF DAVIS, D.C., P.A., (As assignee of Angela Richards), Plaintiff, vs. NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, Defendant. County Court, 13th Judicial Circuit in and for Hillsborough County, Small Claims Division. Case No. 2000-17951 SC, Division I. October 23, 2001. Charlotte W. Anderson, Judge. Counsel: Timothy A. Patrick, Timothy A. Patrick, P.A., Tampa. Bruce Aebel.

### ORDER GRANTING SUMMARY JUDGMENT

THIS CAUSE having come before the Court on September 5, 2001, on Plaintiff's Motion for Summary Judgment, both parties appearing through counsel and the Court having heard argument of counsel, the court makes the following findings:

(1) There is no merit in Defendant's argument on the issue of standing.

(2) The policy between the insured and Defendant was not a PPO policy as required by Florida Statutes Section 627.736(10).

(3) The Plaintiff medical provider, pursuant to the assignment of benefits, stands in the shoes of the insured and is entitled to the same rights and benefits as the insured.

(4) PPO rates should not apply.

(5) Defendant cannot decide which rates will be reasonable, necessary and related in this manner.

(6) Insured, by not purchasing a PPO policy, did not receive the benefit of lower premium rates. As such, pursuant to Section 627.736(10), Defendant cannot reduce benefits as PPO rates in this instance.

(7) The court adopts the reasoning of Judge Brewer and Judge Herring, respectively, in the cases of *Dr. Jeffrey Shebovsky d/b/a South Orange Chiropractic Center (Glenn Jeffers) v. Peachtree Casualty Ins. Co.*, 8 Fla. L. Weekly Supp. 246 (County Court, 9th Judicial Circuit, Orange County, Case No. CCO 99-9723, December 20, 2000); *David W. Ice v. Progressive Bayside Ins. Co.*, 8 Fla. L. Weekly Supp. 262 (County Court, 17th Judicial Circuit, Broward County, Case No. 98-12491 COCE 53, December 12, 2000).

ORDERED and ADJUDGED that PLAINTIFF's MOTION FOR SUMMARY JUDGMENT IS GRANTED.

* * *

EXHIBIT "1"

IN THE COUNTY COURT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 01-11646 COCE 56

FISHMAN AND STASHAK M.D.'S P.A. d/b/a
GOLD COAST ORTHOPEDICS also d/b/a
GOLD COAST ORTHOPEDICS AND REHABILITATION
(Kailash Upadhyay)
    Plaintiff

V.

PROGRESSIVE BAYSIDE INSURANCE COMPANY,
    Defendant.
_____/

## ORDER ON PLAINTIFF'S MOTION FOR
## SUMMARY JUDGMENT AS TO COUNT I OF THE COMPLAINT

THIS CAUSE having come on to be heard on October 4, 2001 on Plaintiff's Motion for Summary Judgment and the Court having reviewed the Motion and being otherwise advised in the Premises, it is hereupon,

ORDERED AND ADJUDGED that the Plaintiff's Motion for Summary Judgment as to Count I for Declaratory Relief is hereby granted and this Court finds that this Motion presents a pure legal question for the Court to consider and issue its ruling. This Court rules in favor of the Plaintiff and finds as a matter of law, that the provisions of Section 627.736 (10), Florida Statutes, provide the exclusive means by which an insurance company can contract to pay Preferred Provider rates (PPO rates) on Florida personal injury protection (PIP) automobile coverage. As a result of Defendant's failure to comply with the requirements of F.S. 627.736(10), Plaintiff is not a Preferred Provider as defined by that statute. Therefore the Defendant must pay the required benefits pursuant to F.S. 627.736 (1), and it cannot rely on Plaintiff's contract with Beech Street Corporation as an independent basis for paying the bills at PPO rates.

This Order does not rule on the issue of reasonableness, relatedness, or necessity of the

EXHIBIT "2"

CASE NO: 01-11646 COCE 56

medical bills in issue or any other defenses raised by the Defendant's to the damage claim stated in Count II of the Complaint; nor does it determine the relevance of Plaintiff's contract with Beech Street Corporation to the issue of reasonableness of the bills.

DONE AND ORDERED, in Chambers Fort Lauderdale, Broward County, Florida, this 26 day of November, 2001.

**LINDA R. PRATT**

**A TRUE COPY**

_____
JUDGE OF THE COUNTY COURT

cc: Laura M. Watson, Esq.
Frank Goldstein, Esq.

G:\WPFILES\SUITS\UPADHYAY.KA\ORDER.MSJ

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/26/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS,et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile


7090-00100 318823.1



**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile


**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile


7090-00100 318823.1

