UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

     Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

     Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

     Third-Party Defendant.

---

SALVATORE D. LARUSSO, D.C., d/b/a           00-7692
Family Chiropractic Center, on behalf
of himself and others similarly situated,

     Plaintiffs,

v.
LIBERTY MUTUAL INSURANCE and
COMMUNITY CARE NETWORK, INC.,

     Defendants.

---

O R D E R

     THIS CAUSE is before the Court sua sponte.  Therefore, it
is hereby

     ORDERED that:

     1.  All parties shall caption all pleadings related to
Case 00-7692-CIV-Ferguson in the above format.

2.  All parties shall cease attaching envelopes to their pleadings until further order or instructions of the Court.

DONE AND ORDERED at Fort Lauderdale, Florida, this 30th day of November, 2001.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Gold and Phillips)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Nina Kole Brown, Esq. (D - Liberty
William Deem, Esq. (D - Community Care)