UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

    Third-Party Defendant.
_____

ULTRA OPEN MRI CORPORATION, on behalf
of itself and others similarly situated,     01-6777

    Plaintiffs,

v.

DEERBROOK INSURANCE COMPANY,

    Defendant.
_____

FILED by _____ D.C.
NOV 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## O R D E R

    THIS CAUSE is before the Court sua sponte. Therefore, it is hereby

    ORDERED that:

    1. All parties shall caption all pleadings related to Case 01-6777-CIV-Ferguson in the above format.

2. All parties shall cease attaching envelopes to their pleadings until further order or instructions of the Court.

DONE AND ORDERED at Fort Lauderdale, Florida, this 30th day of November, 2001.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Gold and Phillips)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
David Shelton, Esq. (D)