UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

    Third-Party Defendant.



---

CHIROPRACTIC CENTRE, INC., on behalf
of itself and others similarly situated,

    Plaintiffs,

v.

METROPOLITAN CASUALTY INSURANCE COMPANY,

    Defendant.

01-6783

---

### O R D E R

THIS CAUSE is before the Court sua sponte. Therefore, it is hereby

ORDERED that:

1. All parties shall caption all pleadings related to Case 01-6783-CIV-Ferguson in the above format.

2. All parties shall cease attaching envelopes to their pleadings until further order or instructions of the Court.

DONE AND ORDERED at Fort Lauderdale, Florida, this 30th day of November, 2001.

---
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Gold and Phillips)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Marcy Aldrich, Esq. (D and Local Counsel for Lennard)
Jeffrey Lennard, Esq. (D)