UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

    Third-Party Defendant.



---

KEITH BRICKELL, D.C., individually             00-6649
and on behalf of himself and others
similarly situated,

    Plaintiffs,

v.

PROGRESSIVE EXPRESS INSURANCE COMPANY,
PROGRESSIVE CONSUMERS INSURANCE COMPANY,
PROGRESSIVE BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

    Defendants.

---



```
MARC J. BROWNER, D.C., individually              00-7163
and on behalf of himself and others
similarly situated,

        Plaintiffs,

v.

ALLSTATE INDEMNITY COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

        Defendants.
```

---

```
SALVATORE D. LARUSSO, D.C., d/b/a                00-7692
Family Chiropractic Center, on behalf
of himself and others similarly situated,

        Plaintiffs,

v.
LIBERTY MUTUAL INSURANCE and
COMMUNITY CARE NETWORK, INC.,

        Defendants.
```

---

```
ULTRA OPEN MRI CORPORATION, on behalf            01-6776
of itself and others similarly situated,

        Plaintiffs,

v.

PROGRESSIVE AMERICAN INSURANCE COMPANY,

        Defendant.
```

---

```
ULTRA OPEN MRI CORPORATION, on behalf                01-6777
of itself and others similarly situated,

        Plaintiffs,
v.

DEERBROOK INSURANCE COMPANY,

        Defendant.
_____

ULTRA OPEN MRI CORPORATION, on behalf                01-6778
of itself and others similarly situated,

        Plaintiffs,
v.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

        Defendant.
_____

ULTRA OPEN MRI CORPORATION, on behalf                01-6779
of itself and others similarly situated,

        Plaintiffs,
v.

FIDELITY AND CASUALTY COMPANY OF NEW YORK and
THE CONTINENTAL INSURANCE COMPANY,

        Defendants.
_____

ULTRA OPEN MRI CORPORATION, on behalf                01-6780
of itself and others similarly situated,

        Plaintiffs,
v.

INTEGON NATIONAL INSURANCE COMPANY and
INTEGON GENERAL INSURANCE COMPANY,

        Defendants.
_____
```

```
CHIROPRACTIC CENTRE, INC., on behalf                    01-6782
of itself and others similarly situated,

        Plaintiffs,
v.

SUPERIOR INSURANCE COMPANY,

        Defendants.
_____

CHIROPRACTIC CENTRE, INC., on behalf                    01-6783
of itself and others similarly situated,

        Plaintiffs,
v.

METROPOLITAN CASUALTY INSURANCE COMPANY,

        Defendant.
_____

SALVATORE D. LARUSSO, D.C., d/b/a                       01-8108
Family Chiropractic Center, on behalf
of himself and others similarly situated,

        Plaintiffs,

v.
NATIONWIDE INSURANCE COMPANY OF AMERICA,

        Defendant.
_____

SALVATORE D. LARUSSO, D.C., d/b/a                       01-8110
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

        Plaintiffs,

v.

FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY,

        Defendant.
_____
```

| | |
|---|---|
| SALVATORE D. LARUSSO, D.C., d/b/a<br>FAMILY CHIROPRACTIC CENTER, on behalf<br>of himself and others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST,<br><br>      Defendant. | 01-8111 |
| MOTE WELLNESS and REHAB, INC., on behalf<br>of itself and others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL INSURANCE COMPANY, and<br>AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,<br><br>      Defendants. | 01-8549 |

## O R D E R

THIS CAUSE is before the Court sua sponte. Therefore, it is hereby

ORDERED that:

1. Carlin Phillips, Esquire, and Arthur Gold, Esquire, shall file applications <u>pro hac vice</u> in all of the above referenced cases, if they have not already done so, within seven days from the date of this order.

DONE AND ORDERED at Fort Lauderdale, Florida, this ____ day of November, 2001.

                                                LURANA S. SNOW
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:

Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)