IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION (FORT LAUDERDALE)

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,

    Third-Party Defendant.
_____/

SALVATORE D. LARUSSO, D.C., d/b/a     CASE NO. 01-8111
FAMILY CHIROPRACTIC CENTER, on
behalf of himself and others similarly situated,

    Plaintiff,

v.

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

    Defendant.
_____/

**REPLY MEMORANDUM IN SUPPORT OF THE MOTION
OF DEFENDANT, HARTFORD INSURANCE COMPANY
OF THE MIDWEST, FOR A PROTECTIVE ORDER**

Defendant, Hartford Insurance Company of the Midwest ("Hartford"), files this reply memorandum in support of its Motion for Protective Order (D.E. 315) and in response to Plaintiffs' Consolidated Memorandum of Law in Opposition to Hartford's Motion for Protective Order, Metropolitan's Motion for Protective Order, and Integon's Motion for Protective Order ("Plaintiffs' Opposition"). By this Reply, Hartford addresses only the following issues raised in

CASE NOS. 00-6061 AND 01-8111-CIV-FERGUSON/SNOW

Plaintiffs' Opposition.[1]

## I. A Protective Order Is Warranted Given The Uncertain Status Of This Action

As of the date of this Motion, Hartford notes that the following motions involving Hartford are pending in this Action:

- Hartford's Motion for Reconsideration of the Court's Omnibus Order dated September 28, 2001 (D.E. 19);

- Hartford's Motion to Dismiss the Amended Class Complaint in its entirety (D.E. 210); and

- Hartford's Motion to Stay discovery pending the resolution of its Motion to Dismiss (D.E. 212).

In fact, there are more than 35 motions pending in these Actions, including the following:[2]

| Type of Motion(s) | Case Nos. | Docket Nos. | Movant(s) |
| --- | --- | --- | --- |
| Motion to Compel Arbitration | 01-8110 | 24 | Florida Farm Bureau |
| | 01-6778 | 10 | Prudential |
| | 00-6061 | 174 | CCN |
| | 00-6061 | 225 | Nationwide |
| | 01-6783 | 17 | Metropolitan Casualty |
| | 01-6780 | 15 | Integon |
| Motion to Stay or Birfurcate Discovery | 00-6061 | 196 | Florida Farm Bureau |
| | 00-6061 | 212 | Hartford |
| | 00-6061 | 252 | Superior |
| | 00-6061 | 261 | Nationwide |
| | 00-6061 | 285 | Liberty Mutual |
| | 01-6778 | 17 | Prudential |
| | 01-6783 | 16 | Metropolitan Casualty |
| | 01-6780 | 14 | Integon |

---

[1] Hartford objects to Plaintiffs' filing of a "Consolidated Memorandum" in response to the motions for protective order filed by four unrelated insurers. As Plaintiffs' Opposition notes, the motions by the four insurers raise different issues. The three cases against these insurers also involve different parties, different contracts, and have different litigation histories. Accordingly, Plaintiffs' singling out of only these four companies for "consolidated" memoranda is inappropriate and confusing.

[2] This is a representative sampling. Due to the overlapping dockets in the 15 cases, it is difficult even to locate the totality of the pending motions, let alone determine the status of these various motions.

MI733414;1                                    2

CASE NOS. 00-6061 AND 01-8111-CIV-FERGUSON/SNOW

| Type of Motion(s) | Case Nos. | Docket Nos. | Movant(s) |
|---|---|---|---|
| Motion to Dismiss | 00-6061<br>00-6061 | 210<br>249 | Hartford<br>Superior |
| Motion for a Protective Order | 00-6061<br>00-6061<br>00-6061<br>00-6061<br>00-6061<br>00-6061<br>00-6061 | 230<br>237<br>262<br>288<br>311<br>313<br>315 | Florida Farm Bureau<br>Beechstreet, ADP<br>Allstate, Deerbrook, Fidelity and Casualty<br>Liberty Mutual<br>Metropolitan Casualty<br>Integon<br>Hartford |
| Motion for a Confidentiality Order[3] | 00-6061<br>00-6061 | 201<br>290 | Plaintiffs<br>CCN |
| Motion for Reconsideration and/or Clarification | 00-6061<br>00-6061<br>00-6061<br>01-8549<br>01-6783<br>01-6780 | 189<br>197<br>219<br>15<br>13<br>11 | CCN<br>Hartford<br>Allstate, Deerbrook, Fidelity and Casualty et al.<br>American International<br>Metropolitan Casualty<br>Integon |
| Other Discovery Motions | 00-6061<br>00-6061<br>00-6061<br>00-6061 | 221<br>330<br>331<br>348 | Beech Street/ADP<br>Superior<br>Superior<br>Plaintiffs |

Despite Plaintiffs' protestations to the contrary, the resolution of any of these motions may directly impact the scope of discovery and substantially alter the procedural nature of these cases. None of these motions has yet been resolved, leaving these cases in an unsettled state. Due to the pendency of the various motions, it would simply be unworkable to proceed with discovery, merits or otherwise, at this juncture.

---

[3] One of most significant obstacles hindering discovery is the unresolved dispute regarding consolidation of these cases and a workable confidentiality agreement. Without a defined confidentiality agreement, the need for which turns upon whether the cases remain consolidated, it is currently undetermined what information can be disclosed to which parties, and whether *any* of the discovery is subject to a confidentiality agreement. Hartford has opposed Plaintiffs' untenable proposed confidentiality agreement, which limits production of certain information to "attorneys eyes only." (D.E. 279). Hartford contends that no confidentiality order can resolve the serious discovery issues posed by consolidation of these cases. (D.E. 279).

CASE NOS. 00-6061 AND 01-8111-CIV-FERGUSON/SNOW

## II. The Court's Denial Of Motions In Other Cases Is Irrelevant

Plaintiffs argue that Hartford's request for a stay of discovery should be disregarded simply because the Court has "already denied Motions to Dismiss the same claims as those asserted against Hartford." (Plaintiffs' Opposition at 4). A cursory review of Hartford's Motion to Dismiss, however, reveals that is is not "identical" to any motions filed by any other insurer in these cases. While there are unquestionably some similarities, it is clear that Hartford's Motion involves different parties, different factual allegations, different legal grounds, and different authority. None of the other cases cited by Plaintiffs appear to implicate Hartford, Hartford's insurance policy, the application of Salvatore Larusso's CCN Contract to Hartford, or the specific benefits claim at issue in this Action. Plaintiffs' woeful attempt to lump Hartford or this Action with any other insurer or action must be rejected outright.[4]

Hartford's pending Motion to Stay cites extensive Eleventh Circuit authority in support of its contention that this Court should stay all discovery until it has resolved Hartford's pending motion to dismiss the Amended Complaint. (D.E. 210 at 3-5). Indeed, *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353 (11th Cir. 1997), clearly held that a facial challenge to the legal sufficiency of a complaint should be resolved prior to the commencement of discovery. Plaintiffs cannot escape the holding in *Chudasama*, and, in accordance with Eleventh Circuit precedent, this Court should stay discovery in this Action pending resolution of Hartford's Motion to

---

[4] This is a typical example of the litigation strategy employed by Larusso and his counsel. While Hartford's Motion to Dismiss is vastly different from other motions filed by other defendants, Larusso himself has filed "copycat" documents in various cases. For example, Larusso's Complaint is nothing more than a copy of the complaints in the other 14 actions (including the same typographical and other errors). Other of Larusso's pleadings are virtually indistinguishable from pleadings filed in other cases. Clearly, he is attempting to litigate by "steamrolling" over any individual issues, concerns or facts implicated by these 15 vastly different cases. For the reasons set forth in Hartford's pending motion for reconsideration (D.E. 197), this conduct should be rejected.

MI733414;1                                    4

CASE NOS. 00-6061 AND 01-8111-CIV-FERGUSON/SNOW

Dismiss the Amended Complaint.

### III.  Bifurcated Discovery is Appropriate if this Action Proceeds

Plaintiffs disingenuously suggests that Hartford's motive for seeking bifurcated discovery, if this Action proceeds, is to delay this Action. The record indicates otherwise. Plaintiffs disingenuously inform the Court that Larusso filed his motion for class certification "months ago." However, Larusso (as usual) fails to mention that he did not **serve** a Complaint until May, 16, 2001 and that the Complaint named the wrong Hartford entity. Although Larusso has known for months that he served the wrong entity, he did not serve an Amended Complaint on the appropriate entity until **October 10, 2001**. Any delay in this Action has been caused by Larusso, not Hartford. Furthermore, as Hartford's Motion to Stay makes abundantly clear, if discovery proceeds in this Action, initial discovery should be limited to class discovery. (D.E. 212 at 5-6). Larusso does not (and indeed cannot) rebut the legal authority cited by Hartford in support of bifurcating discovery.

**WHEREFORE,** Hartford respectfully requests that the Court enter a protective order staying all discovery until it has ruled on Hartford's pending motion to dismiss the Complaint. Further, if and when any discovery is to be taken, Hartford requests that the Court set a bifurcated discovery schedule and thus limit Plaintiff to taking only class discovery until such

CASE NOS. 00-6061 AND 01-8111-CIV-FERGUSON/SNOW

time as the Court has resolved the issue of class certification.

> Respectfully submitted,
>
> Akerman, Senterfitt & Eidson, P.A.
> Counsel for Defendant
> SunTrust International Center, 28th Floor
> One Southeast Third Avenue
> Miami, Florida 33131-1704
> Phone: (305) 374-5600
> Fax: (305) 374-5095
> E-Mail: MAldrich@Akerman.com
>
> _____
> Marcy Levine Aldrich
>  Fla. Bar No. 0968447
> George Volsky
>  Fla. Bar No. 203092

CASE NOS. 00-6061 AND 01-8111-CIV-FERGUSON/SNOW

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served, by U.S. Mail, on all persons on the attached Service List this 7th day of December, 2001.

_____
Marcy Levine Aldrich

# SERVICE LIST
*Salvatore D. Larusso, D.C. v. ITT Hartford Life and Annuity Ins. Co.*
(Case Nos. 00-6061 and 01-8111-Civ-Ferguson/Snow) (S.D. Fla.)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
  atlas@atlaslaw.com
Eric Lee, Esq.
  lee@atlaslaw.com
Robin Corwin Campbell, Esq.
  campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
Tel: (954) 763-1200
Fax: (954) 766-7800

GOLD & COULSON
Arthur S. Gold, Esq.
  asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
Tel: (312) 372-0777
Fax: (312) 372-0778

PHILLIPS & GARCIA
Andrew Garcia, Esq.
  agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
  cphilips@gpandg.com
13 Ventura Drive
North Darthmouth, MA 02747
Tel: (508) 998-0800
Fax: (508) 998-0919

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
  dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
Tel: (954) 462-6855
Fax: (954) 462-6899

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
  personalinjurylawyer@earthlink.net
230 East Davis Boulevard
Tampa, FL 33606
Tel: (813) 251-1000
Fax: (813) 254-6327

RICHARD BOKOR, P.A.

MI713754;1

- 1 -

CASE NOS. 00-6061 AND 01-8111-CIV-FERGUSON/SNOW

Richard Bokor, Esq.
 rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
Tel: (813) 251-1000
Fax: (813) 254-6327

Casey Fundaro, Esq.
Florida Bar No. 933650
 fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
Tel: (941) 435-7995
Fax: (941) 435-1269

**Counsel for Allstate, Fidelity and Casualty, Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
 dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Tel: (407) 872-7300
Fax: (407) 841-2133

ROSS & HARDIES
Peter J. Valeta, Esq.
 peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
Tel: (312) 750-3619
Fax: (312) 920-7241

**Counsel for Beech Street and ADP**

TEW, CARDENAS, REBAK, KELLOGG, LEHMAN, DEMARIA,
 TAGUE, RAYMOND & LEVINE, L.L.P.
John M. Quaranta, Esq.
Direct Tel: (305) 539-2495
 jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
Fax: (305) 536-1116

**Counsel for Progressive**

ANANIA, BANDKLAYDER, *et al.*
Francis Anania, Esq.
  fanania@anania-law.com
Donald A. Blackwell, Esq.
  dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
Tel: (305) 373-4900
Fax: (305) 373-6914

**Counsel for CCN**

MCGUIRE, WOODS, et al.
William W. Deem, Esquire
  wdeem@mcguirewoods.com
William E. Adams, Esquire
Florida Bar No. 467080
  badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, Florida 32202
Main Tel: (904) 798-3200
Direct Tel: (904) 798-2615
Fax: (904) 798-3207

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esquire
  klake@fowlerwhite.com
Post Office Box 1438
Tampa, Florida 33601
Tel: (813) 228-7411
Fax: (813) 229-8313

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esquire
  haggerty@scdlaw.com
1601 Market Street, 34th Floor
Philadelphia, Pennsylvania 19103-2316
Tel: (215) 299-4314
Fax: (215) 299-4301

CASE NOS. 00-6061 AND 01-8111-CIV-FERGUSON/SNOW

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
GregoryRobert K. Levenson, Esquire
  rlevenson@hklaw.com
Gregory A. Baldwin, Esquire
  gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
Tel: (305) 374-8500
Fax: (305)789-7799

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT & EIDSON, P.A.
Mark Shapiro, Esquire
  mshapiro@akerman.com
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131
Tel: (305)374-5600
Fax: (305)374-5095

**Counsel for Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT & EIDSON, P.A.
Marcy Levine Aldrich, Esq.
  maldrich@akerman.com
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131
Tel: (305)374-5600
Fax: (305)374-5095

**Counsel for Hartford**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
  jlennard@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
Tel: 312-876-8000
Fax: 312-876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL 60603-3441

MI713754;1

- 4 -

CASE NOS. 00-6061 AND 01-8111-CIV-FERGUSON/SNOW

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esquire
 anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway, Suite 1100
Tampa, Florida 33607
Tel: (813) 281-1900
Fax: (813) 281-0900

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy Johnson Maus, Esq.
 kmaus@bbplaw.com
Lauren D. Levy, Esq.
 llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, Florida 32308-3469
Tel: 850-894-4111
Fax: 850-894-4999

SHEA & GARDNER
John D. Aldock, Esq.
 jaldock@sheagardner.com
Jeffrey M. Klein, Esq.
 jklein@sheagardner.com
Michael Isenman, Esq.
 misenman@sheagardner.com
1800 Massachusetts Avenue, N.W.
Washington, District of Columbia 20036
Tel: 202-828-2000
Fax: 202-828-2195

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esquire
 dfriedman@csglaw.com
Brian P. Knight, Esquire
 bknight@csglaw.com
3440 Hollywood Boulevard, 2nd Floor
Holly wood, Florida 33021
Tel: (954) 961-1400
Fax: (954) 967-8577

MI713754;1

- 5 -