IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION (FORT LAUDERDALE)

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,

    Third-Party Defendant.
_____/

ULTRA OPEN MRI CORPORATION,      CASE NO.01-6780
on behalf of itself and all others
similarly situated,

    Plaintiff,

v.

INTEGON NATIONAL INSURANCE
COMPANY and INTEGON GENERAL
INSURANCE COMPANY,

    Defendants.
_____/

**REPLY MEMORANDUM IN SUPPORT OF THE MOTION OF
DEFENDANTS, INTEGON NATIONAL INSURANCE CO. AND INTEGON
GENERAL INSURANCE CORP., FOR A PROTECTIVE ORDER**

Defendants, Integon National Insurance Company and Integon General Insurance Corporation (collectively, "Integon"), file this reply memorandum in support of their Motion for Protective Order (D.E. 313) and in response to Plaintiffs' Consolidated Memorandum of Law in Opposition to Hartford's Motion for Protective Order, Metropolitan's Motion for Protective Order, and Integon's Motion for Protective Order ("Plaintiffs' Opposition"). By this Reply,

MI733526;1                                    1

CASE NOS. 00-6061 AND 01-6780-CIV-FERGUSON

Integon addresses only the following issues raised in Plaintiffs' Opposition.[1]

### I. A Protective Order Is Warranted Given The Uncertain Status Of This Action

As of the date of this Motion, Integon notes that the following motions involving Integon are pending in this Action:

- Integon's Motion for Clarification of the Court's Orders dated September 28, 2001 (D.E. 11);

- Integon's Motion to Compel Arbitration (D.E. 15); and

- Integon's Motion to Stay (D.E. 14).

In fact, there are more than 35 motions pending in the 15 actions, including the following:[2]

| Type of Motion(s) | Case Nos. | Docket Nos. | Movant(s) |
|---|---|---|---|
| Motion to Compel Arbitration | 01-8110 | 24 | Florida Farm Bureau |
|  | 01-6778 | 10 | Prudential |
|  | 00-6061 | 174 | CCN |
|  | 00-6061 | 225 | Nationwide |
|  | 01-6783 | 17 | Metropolitan Casualty |
|  | 01-6780 | 15 | Integon |
| Motion to Stay or Birfurcate Discovery | 00-6061 | 196 | Florida Farm Bureau |
|  | 00-6061 | 212 | Hartford |
|  | 00-6061 | 252 | Superior |
|  | 00-6061 | 261 | Nationwide |
|  | 00-6061 | 285 | Liberty Mutual |
|  | 01-6778 | 17 | Prudential |
|  | 01-6783 | 16 | Metropolitan Casualty |
|  | 01-6780 | 14 | Integon |
| Motion to Dismiss | 00-6061 | 210 | Hartford |
|  | 00-6061 | 249 | Superior |

---

[1] Integon objects to Plaintiffs' filing of a "Consolidated Memorandum" in response to the motions for protective order filed by four unrelated insurers. As Plaintiffs' Opposition notes, the motions by the four insurers raise different issues. The three cases against these insurers also involve different parties, different contracts, and have different litigation histories. Accordingly, Plaintiffs' singling out of only these four companies for "consolidated" memoranda is inappropriate and confusing.

[2] This is a representative sampling. Due to the overlapping dockets in the 15 cases, it is difficult even to locate the totality of the pending motions, let alone determine the status of these various motions.

MI733526;1                                    2

CASE NOS. 00-6061 AND 01-6780-CIV-FERGUSON

| Type of Motion(s) | Case Nos. | Docket Nos. | Movant(s) |
|---|---|---|---|
| Motion for a Protective Order | 00-6061 | 230 | Florida Farm Bureau |
| | 00-6061 | 237 | Beechstreet, ADP |
| | 00-6061 | 262 | Allstate, Deerbrook, Fidelity and Casualty |
| | 00-6061 | 288 | Liberty Mutual |
| | 00-6061 | 311 | Metropolitan Casualty |
| | 00-6061 | 313 | Integon |
| | 00-6061 | 315 | Hartford |
| Motion for a Confidentiality Order[3] | 00-6061 | 201 | Plaintiffs |
| | 00-6061 | 290 | CCN |
| Motion for Reconsideration and/or Clarification | 00-6061 | 189 | CCN |
| | 00-6061 | 197 | Hartford |
| | 00-6061 | 219 | Allstate, Deerbrook, Fidelity and Casualty et al. |
| | 01-8549 | 15 | American International |
| | 01-6783 | 13 | Metropolitan Casualty |
| | 01-6780 | 11 | Integon |
| Other Discovery Motions | 00-6061 | 221 | Beech Street/ADP |
| | 00-6061 | 330 | Superior |
| | 00-6061 | 331 | Superior |
| | 00-6061 | 348 | Plaintiffs |

Despite Plaintiffs' protestations to the contrary, the resolution of any of these motions may directly impact the scope of discovery and substantially alter the procedural nature of these cases. None of these motions has yet been resolved, leaving these cases in an unsettled state. Due to the pendency of the various motions, it would simply be unworkable to proceed with discovery, merits or otherwise, at this juncture.

## II. A Protective Order Is Warranted Pending Arbitration

Integon strongly disagrees that its motion to compel arbitration -- and the similar motions

---

[3] One of most significant obstacles hindering discovery is the unresolved dispute regarding consolidation of these cases and a workable confidentiality agreement. Without a defined confidentiality agreement, the need for which turns upon whether the cases remain consolidated, it is currently undetermined what information can be disclosed to which parties, and whether *any* of the discovery is subject to a confidentiality agreement. Integon has opposed Plaintiffs' untenable proposed confidentiality agreement, which limits production of certain information to "attorneys eyes only." (D.E. 277). Integon contends that no confidentiality order can resolve the serious discovery issues posed by consolidation of these cases. (D.E. 277).

MI733526;1     3

CASE NOS. 00-6061 AND 01-6780-CIV-FERGUSON

of Florida Farm Bureau, Metropolitan Casualty, and Prudential -- should be summarily denied. In fact, in the Reports and Recommendations issued recently in the *Florida Farm Bureau* and *Prudential* cases (D.E. 317, 318), Magistrate Judge Snow found that arbitration of certain provider claims would be appropriate. The issue is a serious one that merits review by this Court and, possibly, by the Eleventh Circuit.[4] A stay is thus appropriate until the issue is resolved.

**WHEREFORE,** Integon respectfully requests that the Court enter a protective order staying all discovery pending the resolution of its motion to compel arbitration. Further, Integon asks that the Court grant expedited consideration of this motion and of the arbitration issue.

Respectfully submitted,

Akerman, Senterfitt & Eidson, P.A.
Counsel for Defendants
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131-1704
Phone: (305) 374-5600
Fax: (305) 374-5095
E-Mail: MAldrich@Akerman.com

Marcy Levine Aldrich
 Fla. Bar No. 0968447
George Volsky
 Fla. Bar No. 203092

---

[4] Under the FAA, Integon has the right to pursue an immediate appeal of any ruling denying its motion to compel arbitration. *See* 9 U.S.C. § 16(a).

CASE NOS. 00-6061 AND 01-6780-CIV-FERGUSON

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was served, by U.S. Mail, on all persons on the attached Service List this 7th day of December, 2001.

_____
Marcy Levine Aldrich

# SERVICE LIST
*Ultra Open MRI Corporation v. Integon National Insurance Company
and Integon General Insurance Company*
(Case Nos. 00-6061 and 01-6780-Civ-Ferguson/Snow) (S.D. Fla.)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
 atlas@atlaslaw.com
Eric Lee, Esq.
 lee@atlaslaw.com
Robin Corwin Campbell, Esq.
 campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
Tel: (954) 763-1200
Fax: (954) 766-7800

GOLD & COULSON
Arthur S. Gold, Esq.
 asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
Tel: (312) 372-0777
Fax: (312) 372-0778

PHILLIPS & GARCIA
Andrew Garcia, Esq.
 agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
 cphilips@gpandg.com
13 Ventura Drive
North Darthmouth, MA 02747
Tel: (508) 998-0800
Fax: (508) 998-0919

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
 dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
Tel: (954) 462-6855
Fax: (954) 462-6899

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
 personalinjurylawyer@earthlink.net
230 East Davis Boulevard
Tampa, FL 33606
Tel: (813) 251-1000
Fax: (813) 254-6327

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
 rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
Tel: (813) 251-1000
Fax: (813) 254-6327

Casey Fundaro, Esq.
Florida Bar No. 933650
 fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
Tel: (941) 435-7995
Fax: (941) 435-1269

**Counsel for Allstate, Fidelity and Casualty, Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
 dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Tel: (407) 872-7300
Fax: (407) 841-2133

ROSS & HARDIES
Peter J. Valeta, Esq.
 peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
Tel: (312) 750-3619
Fax: (312) 920-7241

**Counsel for Beech Street and ADP**

TEW, CARDENAS, REBAK, KELLOGG, LEHMAN, DEMARIA,
 TAGUE, RAYMOND & LEVINE, L.L.P.
John M. Quaranta, Esq.
Direct Tel: (305) 539-2495
 jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
Fax: (305) 536-1116

CASE NOS. 00-6061 and 01-6780-CIV-FERGUSON/SNOW

**Counsel for Progressive**

ANANIA, BANDKLAYDER, *et al.*
Francis Anania, Esq.
 fanania@anania-law.com
Donald A. Blackwell, Esq.
 dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
Tel: (305) 373-4900
Fax: (305) 373-6914

**Counsel for CCN**

MCGUIRE, WOODS, et al.
William W. Deem, Esquire
 wdeem@mcguirewoods.com
William E. Adams, Esquire
Florida Bar No. 467080
 badams@mcguirewoods.com
3300 Bank of America Tower
50 North. Laura Street
Jacksonville, Florida  32202
Main Tel: (904) 798-3200
Direct Tel: (904) 798-2615
Fax: (904) 798-3207

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esquire
 klake@fowlerwhite.com
Post Office Box 1438
Tampa, Florida 33601
Tel: (813) 228-7411
Fax: (813) 229-8313

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esquire
 haggerty@scdlaw.com
1601 Market Street, 34th Floor
Philadelphia, Pennsylvania 19103-2316
Tel: (215) 299-4314
Fax: (215) 299-4301

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
GregoryRobert K. Levenson, Esquire
 rlevenson@hklaw.com
Gregory A. Baldwin, Esquire
 gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
Tel: (305) 374-8500
Fax: (305)789-7799

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT & EIDSON, P.A.
Mark Shapiro, Esquire
  mshapiro@akerman.com
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131
Tel: (305)374-5600
Fax: (305)374-5095

**Counsel for Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT & EIDSON, P.A.
Marcy Levine Aldrich, Esq.
  maldrich@akerman.com
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131
Tel: (305)374-5600
Fax: (305)374-5095

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
  jlennard@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
Tel: 312-876-8000
Fax: 312-876-7934

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esquire
  anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway, Suite 1100
Tampa, Florida 33607
Tel: (813) 281-1900
Fax: (813) 281-0900

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy Johnson Maus, Esq.
  kmaus@bbplaw.com
Lauren D. Levy, Esq.
  llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, Florida 32308-3469
Tel: 850-894-4111
Fax: 850-894-4999

SHEA & GARDNER
John D. Aldock, Esq.
  jaldock@sheagardner.com

Jeffrey M. Klein, Esq.
 jklein@sheagardner.com
Michael Isenman, Esq.
 misenman@sheagardner.com
1800 Massachusetts Avenue, N.W.
Washington, District of Columbia 20036
Tel: 202-828-2000
Fax: 202-828-2195

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esquire
 dfriedman@csglaw.com
Brian P. Knight, Esquire
 bknight@csglaw.com
3440 Hollywood Boulevard, 2nd Floor
Holly wood, Florida 33021
Tel: (954) 961-1400
Fax: (954) 967-8577