Entere

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

### (Consolidated Class Action)

### CASE NO. 00-0061-CIV-FERGUSON/SNOW

KEITH BRICKELL, D.C., individually and
on behalf of all others similarly situated,

      Plaintiff,

vs.

PROGRESSIVE EXPRESS INSURANCE
COMPANY, PROGRESSIVE CONSUMERS
INSURANCE COMPANY, PROGRESSIVE
BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS,
INC.,

      Defendants.

_____/

**NIGHT BOX**
**FILED**

**DEC - 7 2001**

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

### PROGRESSIVE DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND SUPPORTING MEMORANDUM OF LAW

The Defendants, PROGRESSIVE EXPRESS INSURANCE COMPANY, PROGRESSIVE CONSUMERS INSURANCE COMPANY, and PROGRESSIVE BAYSIDE INSURANCE COMPANY (collectively "PROGRESSIVE Defendants"), move this Court, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Local Rule 7.1, for entry of a protective order with respect to the October 23, 2001 Notices of Taking Deposition served herein by the Plaintiff Keith Brickell ("Plaintiff"). In support of their Motion, the PROGRESSIVE Defendants state as follows:

On October 23, 2001, Plaintiff served the PROGRESSIVE Defendants with two Notices of Taking Deposition. The first, a copy of which is attached as Exhibit A, is directed to personnel of the various consolidated Defendants, including the PROGRESSIVE Defendants. The second, a copy of which is attached as Exhibit B, seeks the following categories of information from as yet to be designated 30(b)(6) representatives of the various consolidated Defendants, including the PROGRESSIVE Defendants:

Corporate representatives with the most knowledge of:

(a)    The Defendant's solicitation by, discussions with, and agreements with any PPO;

(b)    The Defendant's payment of personal injury protection benefits claims at reduced or preferred provider rates;

(c)    The Defendant's automobile insurance policies;

(d)    The processing of personal injury protection benefits claims at reduced or preferred provider rates;

(e)    Any negotiations or discussions with health care providers, insurance companies, or preferred provider organizations relating to the payment of personal injury benefits claims at reduced or preferred provider rates; and

(f)    Any agreements the Defendant entered into with health care providers relating to the payment of personal injury benefits claims at reduced or preferred provider rates.

*See* Exhibit B.

However, a review of the record reveals that there are a myriad of outstanding motions relating to these consolidated cases, including motions for the issuance of a confidentiality order to protect the proprietary information that necessarily will be involved in any such depositions, which should be resolved before Plaintiff is permitted to take the depositions of the PROGRESSIVE Defendants' witnesses. Accordingly, this Court should defer the subject discovery until such time as the pending motions (discussed below) are resolved, a confidentiality order is entered, and the parties have agreed on a discovery schedule.

On September 28, 2001, this Court entered several orders in this case, including an Omnibus Order, wherein the Court consolidated fifteen (15) distinct PPO reduction actions filed by multiple Plaintiffs against twenty (20) different insurers. Since that time, Defendants and Plaintiffs have filed numerous motions pertaining to certain threshold questions, including motions to compel arbitration, motions for the entry of a confidentiality order, motions to stay discovery, and motions to reaffirm or clarify prior discovery orders. Because these motions have not yet been resolved, the procedural state of these cases is unsettled.

CASE NO. 00-6061-CIV FERGUSON/SNOW
Page 3

Specifically, various Defendants have asked the Court to reconsider its order consolidating these cases, because, among other things, consolidation prejudices the corporate defendants by forcing them to disclose to their competitors highly sensitive proprietary information related to their business practices. The Defendants further argue that they would be prejudiced even if the parties entered into a confidentiality agreement, because Plaintiffs would have an unfair advantage, in that they would be able to analyze the confidential documents with their attorneys, while counsel for Defendants would be prohibited from sharing such documents with each other. Finally, the Defendants contend that consolidation is inappropriate because the cases were brought by different Plaintiffs against different Defendants and are premised on different factual predicates.

If this Court grants any of the motions for reconsideration, the scope of discovery would be significantly different than if the cases were to go forward on a consolidated basis. Indeed, the ruling on the motions for reconsideration will directly impact the scope and nature of discovery. If the cases remain consolidated, the parties will have to enter into a confidentiality agreement, protecting each defendant's sensitive business practices and trade secrets from the other defendants. If, on the other hand, the Court grants a motion for reconsideration and separates the cases, the scope of discovery necessarily would be limited to the appropriate parties, thereby obviating the need for a comprehensive confidentiality agreement. For these reasons, discovery is inappropriate until the Court resolves the pending motions for reconsideration or, at the least, resolves the issue of a confidentiality order.

Moreover, even if the Court were to deny the motions for reconsideration and enter a confidentiality order, the depositions of the PROGRESSIVE Defendants should not occur until this Court revisits its scheduling order and permits all parties to reach the same stage of the proceedings. At this point, even though the cases have been consolidated, the fifteen cases are in varying stages of motion practice. Indeed, several defendants were not even served at the time Plaintiffs sought consolidation. These varying stages of litigation make it virtually impossible for all of the parties

to proceed uniformly through discovery. Some parties, for instance, may be dismissed based on their pending motions to compel arbitration. Meanwhile, other parties are awaiting rulings on motions for reconsideration. While multiple parties are in markedly different phases of the litigation process, it is logistically impracticable for the parties to move forward with discovery. Therefore, if the cases are to proceed in a consolidated manner, this Court should not permit the depositions of the PROGRESSIVE Defendants to occur until such time as it enters a unified scheduling order that would permit all parties to proceed with the consolidated litigation at the same pace.

Additionally, to the extent that this Court permits Plaintiff to take the depositions of the PROGRESSIVE Defendants, such depositions should be limited to class discovery, and not merits discovery. Merits discovery, which precedes a determination on class certification, is premature. Indeed, because courts do not consider the merits of a plaintiff's claim in ruling on a motion for class certification, courts routinely limit initial discovery to class certification issues. *See, e.g., In re Miller Indus., Inc. Secs. Litig.*, 186 F.R.D. 680 (N.D. Ga. 1999). In the interest of fairness and efficiency, the Eleventh Circuit has held that such bifurcated discovery is appropriate in these circumstances. *See Washington v. Brown & Williamson Tobacco Corp.*, 959 F.2d 1566, 1570-1571 (11th Cir. 1992)("To make early class determination practicable and to best serve the ends of fairness and efficiency, courts may allow classwide discovery on the certification issue and postpone classwide discovery on the merits").

In addition to the litigation-wide issues raised above, the PROGRESSIVE Defendants further object to the corporate depositions for several reasons. First as to the Rule 30(b)(6) Notice, Plaintiff has requested that the PROGRESSIVE Defendants produce representatives with the most knowledge in six (6) broadly defined areas of the PROGRESSIVE Defendants' business. Those categories, which are listed on page two of this Motion, are objectionable on various grounds. First, the descriptions are vague, overbroad, and seek information which is not reasonably calculated to lead to the discovery of admissible evidence. Category three, for example, requests that the

CASE NO. 00-6061-CIV FERGUSON/SNOW
Page 5

PROGRESSIVE Defendants produce an employee with the most knowledge of "Defendant's automobile insurance policies."  Considering that the PROGRESSIVE Defendants are in the automobile insurance business,  a request for someone with the most knowledge of "automobile insurance policies" is nonsensical and impossible to comply with in good faith.  Thus, before the PROGRESSIVE Defendants can be made to comply with any Rule 30(b)(6) request, the Plaintiff must narrow its categories to comply with the requirements of that Rule, which plainly obligates the discovering party to  "describe with reasonable particularity the matters on which examination is requested."

Second, the PROGRESSIVE Defendants object to Plaintiff's Notices of Taking Deposition to the extent that they violate a fundamental precept of federal procedure:  efficiency in discovery. Pursuant to Rule 26(b)(2) of the Federal Rules of Civil Procedure, the frequency or extent of the discovery methods permitted under the rules "shall be limited by the court of it determines that: (i) the discovery sought is unreasonably cumulative or duplicative, or is obtainable from some other source that is more convenient, less burdensome, or less expensive . . . or (iii) the burden or expense of the proposed discovery outweighs its likely benefit, taking into account the needs of the case, the amount in controversy, the parties' resources, the importance of the issues at stake in the litigation, and the importance of the proposed discovery in resolving the issues." In the context of these cases, the scheduling of multiple depositions of the Progressive Defendants[1] would be unreasonably cumulative, burdensome, and expensive for all parties. The depositions scheduled by the Plaintiff are the least efficient and most burdensome method of discovery and in light of the current status of the litigation, would be contrary to the spirit and letter of the Federal Rules of Civil Procedure.

**WHEREFORE,** PROGRESSIVE Defendants respectfully request that this Court

---

[1]Plaintiff's Notices of Deposition would potentially involve numerous depositions of the PROGRESSIVE Defendants, since six areas of testimony were broadly identified for each of the four PROGRESSIVE corporate entities, in addition to the three PROGRESSIVE employees specifically identified in Exhibit A.

CASE NO. 00-6061-CIV FERGUSON/SNOW
Page 6

enter a protective order preventing Plaintiff from taking the currently scheduled depositions of

Defendant's representatives until such later time as this Court orders.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 26.1(H)

Undersigned counsel certifies that we have, in good faith, conferred or attempted to confer

with counsel for Plaintiff in an effort to resolve the issues raised in this Motion but were unable to

agree to a resolution of these issues prior to the time of the filing of this Motion.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Protective

Order was sent by first class mail to all counsel on the attached service list on this 7th day of

December, 2001.

ANANIA, BANDKLAYDER, BLACKWELL,
BAUMGARTEN & TORRICELLA
Attorneys for PROGRESSIVE Defendants
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
Telephone:    (305) 373-4900
Facsimile:    (305) 373-6914


By:_____
Francis A. Anania
Florida Bar No. 160256
*fanania@anania-law.com*
Donald A. Blackwell
Florida Bar No. 370967
*dblackwell@anania-law.com*
Ana Rivero-Alexander
Florida Bar No. 872490
*arivero@anania-law.com*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW
(Consolidated)

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

     Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

     Defendants.
_____/

## <u>NOTICE OF TAKING CORPORATE DEPOSITIONS</u>

TO:    ALL COUNSEL ON THE ATTACHED SERVICE LIST

    PLEASE TAKE NOTICE that the undersigned attorneys will take the depositions of:

| <u>NAME</u> | <u>DATE AND TIME</u> | <u>PLACE</u> |
| --- | --- | --- |
| JUAN ANDRADE | 12/21/01 9:00 a.m. | Michael Musetta & Assoc. |
| MICHAEL CRONIN | 12/21/01 2:00 p.m. | 1 Tampa City Circle |
| MICHAEL HANNERTY | 12/27/01 9:00 a.m. | 201 N. Franklin Street |
| DON MATHEWS | 12/27/01 1:00 p.m. | Suite 2880 |
| SUSAN DEAL | 12/27/01 3:00 p.m. | Tampa, FL 33602 |
| | | |
| TONI BOYD | 12/10/01 11:00 a.m. | Gold & Coulson |
| BILLIE COHEN | 12/10/01 9:00 a.m. | 11 S. LaSalle Street |
| WADE FAIRCHILD | 12/10/01 2:00 p.m. | Suite 2500 |
| DORI MCMAHON | 12/10/01 4:00 p.m. | Chicago, IL 60603 |
| GARY MELLINI | 12/11/01 9:00 a.m. | |
| ELLEN NEARY | 12/11/01 11:00 a.m. | |
| JIM OSBORNE | 12/11/01 2:00 p.m. | |
| SUZETTE OUBRE | 12/11/01 4:00 p.m. | |



EXHIBIT
A



ATLAS PEARLMAN

CASE NO. 00-6061-CIV-FERGUSON/SNOW

| | | |
|---|---|---|
| BILL HALE | 1/23/02 9:00 a.m. | Veritext California |
| JOE RADIGAN | 1/23/02 2:00 p.m. | 3090 Bristol Street |
| | | Costa Mesa, CA 92626 |
| | | |
| GAVIN MESHAD | 12/4/01 10:00 a.m. | JWM Management |
| | | 401 Cattleman Road |
| | | Sarasota, FL |

upon oral examination before a court reporter, notary public, or any other officer authorized by law
to take depositions.

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
(954) 763-1200
(954) 766-7800 Facsimile

By:_____
     ERIC LEE
     Florida Bar No. 961299

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile



CASE NO. 00-6061-CIV-FERGUSON/SNOW

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 2510
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

mail this 23rd day of October, 2001 upon: all individuals on the attached service list.

ERIC LEE

7090-00100 335929.1                                    3

ATLAS PEARLMAN
ATTORNEYS AT LAW

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/19/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile



**Counsel for Beech Street and ADP**

TEW, CARDENAS,et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lola M. Swaby, Esq.
lswaby@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS
& ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON/SNOW
(Consolidated)

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

      Defendants.

_____/

## NOTICE OF TAKING CORPORATE DEPOSITIONS

TO:    ALL COUNSEL ON THE ATTACHED SERVICE LIST

    PLEASE TAKE NOTICE that the undersigned attorneys will take the depositions of the corporate representatives designated under Federal Rule of Civil Procedure 30(b)(6) with the most knowledge of:

1.    The Defendant's solicitation by, discussions with, and agreements with any PPO;

2.    The Defendant's payment of personal injury protection benefits claims at reduced or preferred provider rates;

3.    The Defendant's automobile insurance policies;

4.    The processing of personal injury protection benefits claims at reduced or preferred provider rates;

5.    Any negotiations or discussions with health care providers, insurance companies, or preferred provider organizations relating to the payment of personal injury benefits claims at reduced or preferred provider rates.

6.    Any agreements the Defendant entered into with health care providers relating to the payment of personal injury benefits claims at reduced or preferred provider rates.

7091-00100 335626.1





CASE NO. 00-6061-CIV-FERGUSON/SNOW

The information sought is limited to payments made under Florida Automobile Insurance policies.

| NAME: | DATE AND TIME: | PLACE |
|---|---|---|
| ALLSTATE INSURANCE COMPANY | 11/27/01 9:00 a.m. | Gold & Coulson<br>11 S. LaSalle Street<br>Suite 2500<br>Chicago, IL 60603 |
| ALLSTATE INDEMNITY COMPANY | 11/28/01 9:00 a.m. | Gold & Coulson<br>11 S. LaSalle Street<br>Suite 2500<br>Chicago, IL 60603 |
| COMMUNITY CARE NETWORK, INC. | 1/17/02 10:00 a.m. | Veritext California<br>402 West Broadway<br>4th Floor<br>San Diego, CA 92101 |
| PROGRESSIVE EXPRESS INSURANCE COMPANY | 12/12/01 10:00 a.m. | Michael Musetta & Assoc.<br>1 Tampa City Circle<br>201 N. Franklin Street<br>Suite 2880<br>Tampa, FL 33602 |
| PROGRESSIVE CONSUMERS INSURANCE COMPANY | 12/12/01 2:00 p.m. | Michael Musetta & Assoc.<br>1 Tampa City Circle<br>201 N. Franklin Street<br>Suite 2880<br>Tampa, FL 33602 |
| PROGRESSIVE BAYSIDE INSURANCE COMPANY | 12/13/01 10:00 a.m. | Michael Musetta & Assoc.<br>1 Tampa City Circle<br>201 N. Franklin Street<br>Suite 2880<br>Tampa, FL 33602 |

7091-00100 335626.1

2

ATLAS PEARLMAN

CASE NO. 00-6061-CIV-FERGUSON/SNOW

| | | |
|---|---|---|
| PROGRESSIVE AMERICAN INSURANCE COMPANY | 12/13/01 2:00 p.m. | Michael Musetta & Assoc. 1 Tampa City Circle 201 N. Franklin Street Suite 2880 Tampa, FL 33602 |
| BEECH STREET CORPORATION | 1/22/02 9:00 a.m. | Veritext California 3090 Bristol Street Suite 190 Costa Mesa, CA |
| ADP INTEGRATED MEDICAL SOLUTIONS, INC. | 1/16/02 9:00 a.m. | Lee & Amtzis, P.A. 260 Christopher Lane Staten Island, New York 10314 |
| LIBERTY MUTUAL INSURANCE COMPANY | 11/16/01 10:00 a.m. | Phillips & Garcia 13 Ventura Drive North Darthmouth, MA 02747 |
| DEERBROOK INSURANCE COMPANY | 11/28/01 1:00 p.m. | Gold & Coulson 11 S. LaSalle Street Suite 2500 Chicago, IL 60603 |
| PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY | 1/9/02 10:00 a.m. | Lee & Amtzis, P.A. 260 Christopher Lane Staten Island, New York 10314 |
| FIDELITY AND CASUALTY COMPANY OF NEW YORK | 1/10/02 10:00 a.m. | Lee & Amtzis, P.A. 260 Christopher Lane Staten Island, New York 10314 |
| THE CONTINENTAL INSURANCE COMPANY | 1/11/02 10:00 a.m. | Lee & Amtzis, P.A. 260 Christopher Lane Staten Island, New York 10314 |
| INTEGON NATIONAL COMPANY | 12/4/01 11:00 a.m. | Spherion Court Reporting 200 West 2nd Street Winston Salem, NC 27101 |



CASE NO. 00-6061-CIV-FERGUSON/SNOW

| | | |
|---|---|---|
| INTEGON GENERAL<br>INSURANCE COMPANY | 12/4/01 11:00 a.m. | Spherion Court Reporting<br>200 West 2nd Street<br>Winston Salem, NC 27101 |
| SUPERIOR INSURANCE<br>COMPANY | 12/20/01 10:00 a.m. | Michael Musetta & Assoc.<br>1 Tampa City Circle<br>201 N. Franklin Street<br>Suite 2880<br>Tampa, FL 33602 |
| METROPOLITAN CASUALTY<br>INSURANCE COMPANY | 12/10/01 10:00 a.m. | Reporting Associates<br>10 Dorrance Street<br>Suite 220<br>Providence, RI 02903 |
| NATIONWIDE MUTUAL<br>INSURANCE COMPANY | 12/19/01 10:00 a.m. | Armstrong & Okey, Inc.<br>326 South High Street<br>Annex<br>Columbus, OH 43215 |
| FLORIDA FARM BUREAU<br>INSURANCE COMPANY | 11/19/01 9:00 a.m. | Van Landingham,<br>Durscher, et al.<br>201 S.E. 2nd Avenue<br>Gainesville, FL 32601 |
| HARTFORD INSURANCE<br>INSURANCE COMPANY<br>OF THE MIDWEST | 12/5/01 10:00 a.m. | Cunningham Group<br>Reporting<br>111 Gillett Street<br>Hartford, CT 06105 |
| AMERICAN INTERNATIONAL<br>INSURANCE COMPANY | 1/5/02 9:00 a.m. | Lee & Amtzis, P.A.<br>260 Christopher Lane<br>Staten Island, New York 10314 |
| AMERICAN INTERNATIONAL<br>SOUTH INSURANCE COMPANY | 1/5/02 2:00 p.m. | Lee & Amtzis, P.A.<br>260 Christopher Lane<br>Staten Island, New York 10314 |

upon oral examination before a court reporter, notary public, or any other officer authorized by law to take depositions.

7091-00100 335626.1

4



CASE NO. 00-6061-CIV-FERGUSON/SNOW

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
        ERIC LEE
        Florida Bar No. 961299

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 2510
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

7091-00100 335626.1

5

ATLAS PEARLMAN
ATTORNEYS AT LAW

CASE NO. 00-6061-CIV-FERGUSON/SNOW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 23rd day of October, 2001 upon: all individuals on the attached service list.

ERIC LEE

ATLAS PEARLMAN
ATTORNEYS AT LAW

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/19/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

ATLAS PEARLMAN
ATTORNEYS AT LAW

**Counsel for Beech Street and ADP**

TEW, CARDENAS,et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile



**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lola M. Swaby, Esq.
lswaby@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS
& ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile



## MASTER SERVICE LIST

**Co-Lead Counsel for Plaintiffs**
ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Eric Lee, Esq.
lee@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphilips@gpandg.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**
Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokorl @tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

Counsel for:
**Allstate, Fidelity and Casualty,
Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M Quaranta, Esq.
(305) 539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
Bank of America Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Center
Post Office Box 4099 (32201)
Jacksonville, FL 32202
(904) 798-2615
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw-com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

Counsel for:
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**
MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbl2law.com
Lauren D. Levy, Esq.
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
Misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS
& ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile