UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly
situated,
    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,
    Defendants.
_____/

SALVATORE D. LARUSSO, D.C.,
d/b/a FAMILY CHIROPRACTIC
CENTER, on behalf of himself and all
others similarly situated,
    Plaintiff,

v.                                       CASE NO: 01-8108-CV-Ferguson/Snow

NATIONWIDE MUTUAL INSURANCE
COMPANY,
    Defendant.
_____/

### DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY'S MOTION FOR PROTECTIVE ORDER

Defendant Nationwide Mutual Insurance Company ("Nationwide"), pursuant to Fed. R. Civ. P. 26(c) and Local Rule 7.1, hereby serves its Motion for Protective Order to preclude, or postpone, the deposition of a Nationwide corporate representative, currently scheduled for December 19, 2001. In support of the motion, Nationwide states as follows:

1.    This Court entered an omnibus order consolidating these cases on September 28, 2001.

2.    On October 10, 2001, Plaintiff filed an Amended Complaint in this particular action naming a different Nationwide entity, Nationwide Mutual Insurance Company, as



defendant.

3. In e-mails on October 11 and 17, 2001, Plaintiff's counsel sought dates for the depositions of corporate representatives of the various defendants. On October 19, 2001, undersigned counsel informed opposing counsel that given the naming of a new entity as the defendant, Nationwide would be considering all options, including a motion to compel arbitration. Therefore, Nationwide was not yet in a position to agree to corporate representatives or dates.

4. On October 23, 2001, opposing counsel unilaterally set Rule 30(b)(6) depositions for all of the defendants, including Nationwide. Nationwide's deposition is scheduled for December 19, 2001.

5. On October 24, 2001, Nationwide filed a Motion to Compel Arbitration, or, in the Alternative, to Dismiss. Shortly thereafter, on November 2, 2001, Nationwide filed a Motion to Stay Discovery.

6. Given Nationwide's pending motions and the lack of a confidentiality order, the taking of a corporate representative deposition would be premature and an inefficient use of the resources of the parties and the Court.

7. Further, despite several outstanding motions regarding the issue, no confidentiality order has been entered in this case. Until such an order is entered, the depositions of corporate representatives of direct competitors in these consolidated cases would be improper.

WHEREFORE, Nationwide respectfully requests that the Court grant Nationwide's Motion for Protective Order and postpone the deposition of a Nationwide corporate representative, currently scheduled for December 19, 2001, until such time as the Court has ruled on the pending motions in these consolidated cases.

## MEMORANDUM OF LAW IN SUPPORT[1]

Under Fed. R. Civ. P. 26(c), this Court has the discretion to enter orders governing the orderly conduct of discovery. Given the pending motions to compel arbitration of numerous defendants, including Nationwide, it would inappropriate to take any corporate depositions at this time. See, e.g., Chudasama v. Mazda Motor Corp, 123 F.3d 1353, 1368 (11th Cir. 1997); Petrus v. Bowen, 833 F.2d 581 (5th Cir. 1987); Scroggins v. Air Cargo, Inc., 534 F.2d 1124 (5th Cir. 1976). Further, absent a confidentiality order, it would be improper to continue with the depositions of direct competitors, as is the case given the consolidated status of these cases.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 26.1(H)

Undersigned counsel certifies that we have, in good faith, conferred with opposing counsel in an effort to resolve the issues raised in this Motion but were unable to agree to a resolution of these issues prior to the time of the filing of this Motion.

Respectfully submitted,

FOWLER WHITE BOGGS AND BANKER, P.A.
Post Office Box 1438
Tampa, Florida 33601
813/228-7411
813/229-8313 (telecopier)
Trial Counsel for Defendant

*Katherine C Lake*
W. Donald Cox, FBN 096535
Katherine C. Lake, FBN 066941

and

---

[1] Nationwide adopts its arguments made previously in its Motion to Stay Action, including all discovery. (Docket Number 261)

James C. Haggerty
Swartz, Campbell & Detweiler
1601 Market Street, 34th Floor
Philadelphia, PA 19103
215/564-5190
215/299-4301 (telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing to be served by U.S. Mail this 10th day of December, 2001, to the persons on the attached service list.

_____
Attorney

H:\KCL\NATIONWI\LARUSSO\pld\prot-ord.wpd

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Eric Lee, Esq.
lee@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphilips@gpandg.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
(954) 462-6855

(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.

5

peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL  32202
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lola M. Swaby, Esq.
lswaby@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS
& ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile