UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

KEITH BRICKELL, D.C.,                                                             00-6649
individually and on behalf of
all others similarly situated,

    Plaintiff,

v.

PROGRESSIVE EXPRESS INSURANCE
COMPANY, PROGRESSIVE CONSUMERS
INSURANCE COMPANY, PROGRESSIVE
BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION,
and ADP INTEGRATED MEDICAL
SOLUTIONS, INC.,

    Defendants.
_____/



FILED by ___ D.C.

DEC 1 4 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO PROGRESSIVE
DEFENDANTS' MOTION FOR PROTECTIVE ORDER (D.E. #400)**

Plaintiff KEITH BRICKELL, D.C., on behalf of himself and all others similarly situated ("BRICKELL"), by his undersigned counsel, hereby submits his Memorandum of Law in Opposition to Defendants PROGRESSIVE EXPRESS INSURANCE COMPANY's, PROGRESSIVE CONSUMERS INSURANCE COMPANY's and PROGRESSIVE BAYSIDE INSURANCE COMPANY's (the "PROGRESSIVE Defendants") Motion for Protective Order (D.E. #400). For

7090-00100 341058.1



ATLAS PEARLMAN
ATTORNEYS AT LAW

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

all the reasons set forth herein, BRICKELL respectfully submits that the PROGRESSIVE Defendants' Motion for Protective Order should be denied in all respects.

## ARGUMENT

On October 23, 2001, BRICKELL and the other Class Plaintiffs served a Notice of Taking Corporate Depositions on the PROGRESSIVE Defendants. On December 7, 2001, just days before the depositions were scheduled to take place, the PROGRESSIVE Defendants filed their Motion for Protective Order. By failing to file their Motion for Protective Order within 30 days of the Notice of Taking Deposition, the PROGRESSIVE Defendants have waived any objections. Pursuant to Local Rule 26.1(H)(1):

> <u>All motions related to discovery</u>, including but not limited to motions to compel discovery and <u>motions for protective order</u>, shall be filed within thirty (30) days of the occurrence of grounds for the motion. Failure to file discovery motions within thirty (30) days, absent a showing of reasonable cause for a later filing, may constitute a waiver of the relief sought.

(emphasis added). Since the Notices of Taking Deposition were served on October 23, 2001, the PROGRESSIVE Defendants had until November 22, 2001 to file a Motion for Protective Order and/or object to the Notice. The PROGRESSIVE Defendants did not serve their Motion for Protective Order within the applicable time period and have not set forth reasonable cause for failing to timely file their Motion for Protective Order. Accordingly, the PROGRESSIVE Defendants' Motion for Protective Order must be denied.

With regard to the PROGRESSIVE Defendants' arguments in support of their Motion for Protective Order, BRICKELL submits that the procedural morass created by the various Defendants should not provide the Defendants with the ability to avoid discovery obligations. The actions in



CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

which the PROGRESSIVE Defendants are involved do not involve issues relating to outstanding motions to dismiss or motions to compel arbitration. The motions to dismiss in these proceedings have been denied and this Court specifically lifted all discovery stays. The only viable issue raised by the PROGRESSIVE Defendants is the need for the entry of a Confidentiality Order to protect the Class Plaintiffs' and Defendants' confidential and proprietary information.

Class Plaintiffs filed a Motion for Entry of a Confidentiality Order in the form contained in the <u>Manual for Complex Litigation, Third</u>. If the various Defendants truly desired to protect their confidential and proprietary information and to proceed with discovery, the Defendants would have negotiated an agreed confidentiality order. Such confidentiality orders are routinely agreed upon in complex matters such as this. Instead, the various Defendants have refused to agree to a confidentiality order and instead argue that a confidentiality order would not be able to protect the Defendants' various interests. The Defendants have refused to agree to a confidentiality order and have refused to agree to be bound by any stipulation of confidentiality unless it is entered by the Court. The reason for this is obvious. The Defendants want to delay discovery. The Defendants argue that a confidentiality order is necessary, but refuse to agree to or propose an acceptable confidentiality order. The Defendants then argue that because there is no confidentiality order, the depositions cannot go forward. Thus, although the issue regarding a confidentiality order raises a valid issue, the fact that the Defendants, including the PROGRESSIVE Defendants, refuse to agree to a confidentiality order establishes that their refusal to agree is being utilized to form the basis for their Motion for Protective Order. The PROGRESSIVE Defendants' dilatory conduct cannot provide the basis for its Motion for Protective Order.

ATLAS PEARLMAN
ATTORNEYS AT LAW

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

With regard to the PROGRESSIVE Defendants' objection to the areas of inquiry set forth in the corporate representative Notice of Taking Deposition, BRICKELL submits that the categories are quite specific and comply with the requirements of Federal Rule of Civil Procedure 30(b)(6). BRICKELL agrees that category (c) should be limited to the PROGRESSIVE Defendants' automobile insurance policies as they relate to the payment of PIP and med-pay claims in Florida. With this restriction, all of the categories are specific and seek information relevant to the claims asserted in this action.

## CONCLUSION

For all the reasons set forth herein, Plaintiff KEITH BRICKELL, D.C., on behalf of himself and all others similarly situated, respectfully requests that this Court enter an Order denying Defendants PROGRESSIVE EXPRESS INSURANCE COMPANY's, PROGRESSIVE CONSUMERS INSURANCE COMPANY's, and PROGRESSIVE BAYSIDE INSURANCE COMPANY's Motion for Protective Order, together with such other and further relief as this Court may deem just and proper.



CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
JAN DOUGLAS ATLAS
Florida Bar No. 226246

By: _____
ERIC LEE
Florida Bar No. 961299

By: _____
ROBIN CORWIN CAMPBELL
Florida Bar No. 327931

<u>Co-Counsel for Class Plaintiffs</u>

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

ATLAS PEARLMAN
P.A.
ATTORNEYS AT LAW

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

KOPELMAN & BLANKMAN
A Professional Association
National Towers
Suite 2510
1 Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899  Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this ___ day of December, 2001 upon: all individuals on the attached service list.

_____
ERIC LEE

# MASTER SERVICE LIST
## (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/26/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS,et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL  32202
(904) 798-3200
(904) 798-3207 Facsimile

7090-00100 318823.1


ATLAS PEARLMAN
ATTORNEYS AT LAW

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile


7090-00100 318823.1


ATLAS PEARLMAN
ATTORNEYS AT LAW