UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILING FEE
PAID
In Forma
Pauperis
Clarence Maddox,

CASE NO.: 01-67

ULTRA OPEN MRI CORPORATION,
on behalf of itself and all others similarly
situated,

       Plaintiff,

vs.

PRUDENTIAL PROPERTY AND CASUALTY
INSURANCE COMPANY,

       Defendant.

_____/

00-6061-CV

WDF

## APPLICATION TO BE ADMITTED PRO HAC VICE

NOW COMES Carlin J. Phillips, a member of the firm of PHILLIPS & GARCIA, LLP and

states as follows:

1.     I am a member of good standing of the Bar of the State of Massachusetts as evidenced by the

attached copy of certificate from the Supreme Court of the State of Massachusetts.

2.     By virtue of my signature on this application below, I certify that I have studied the Rules of the

United States District Court for the Southern District of Florida and makes this application in

accordance with Rule 4(b). This application designates Doug Blankman, a member of the bar of

this Court, as my named designee in accordance with Local Rule 4(b) and that Mr. Blankman's

address is One Financial Plaza, Fort Lauderdale, Florida 33394.

3.     As an applicant, I submit a check for $75.00 in accordance with the requirements of the United

States District Court for the Southern District of Florida.

1



Respectfully Submitted,
On Behalf of the Plaintiffs,

Carlin J. Phillips, BBO # 561916

**PHILLIPS & GARCIA, LLP**
13 Ventura Drive
No. Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 (facsimile)

**GOLD & COULSON**
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street, Ste 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 (facsimile)
#5231

**KOPELMAN & BLANKMAN**
A Professional Association
National Towers
Suite 1611
1 Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 (facsimile)

**ATLAS PEARLMEN, P.A.**
350 E. Las Olas Boulevard
Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200

2

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said **County of Suffolk**, on the                    eighteenth

day of     December     A.D.  1992    , said Court being the **highest** Court of Record in said Commonwealth:

### CARLIN J. PHILLIPS

being found duly qualified in that behalf, and having taken and subscribed the oaths required by **law, was admitted** to practice as an Attorney, and, **by** virtue thereof, as a **Counsellor at Law,** in any of the Courts of the **said** Commonwealth: that **said Attorney is at present a member of the Bar, and** is in good standing **according to the records** of this Court*.

In testimony **whereof, I have hereunto** set my hand and **affixed the** seal of said Court, this twenty-eighth day of February in the year of our Lord two thousand.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.