FILING FEE
PAID 75.00
In Forma 524-019
Pauperis
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-60610CIV-FEGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself
and others similarly situated,

       Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

       Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.
doing business as CCN,

       Third-Party Defendant.

---

SALVATORE D. LARUSSO, D.C. d/b/a FAMILY       01-8108
CHIROPRACTIC CENTER, on behalf of himself
and all others similarly situated,

       Plaintiff,

vs.

NATIONWIDE INSURANCE COMPANY
OF AMERICA,

       Defendant.
_____/

## APPLICATION TO BE ADMITTED PRO HAC VICE

NOW COMES Arthur S. Gold, a member of the firm of GOLD & COULSON, a partnership of professional and limited liability corporations, and states as follows:

1.      He is a member in good standing of the Bar of the State of Illinois as evidenced

1

by the attached certificate from the Supreme Court of the State of Illinois.

2. By virtue of his signature on this application below, he certifies that he has studied the Rules of the United State District Court for the Southern District of Florida and makes this application in accordance with Rule 4(b). This application designates Doug Blankman, a member of the bar of this Court, as his named designee in accordance with Local Rule 4(b) and that Mr. Blankman's address is Bank of America Towers, One Financial Plaza, Suite 1611, Fort Lauderdale, Florida 33394.

3. Your applicant submits a check for $75.00 in accordance with the requirements of the United States District Court for the Southern District of Florida.

Respectfully submitted,

Arthur S. Gold

### CONSENT TO BE LOCAL DESIGNEE FOR ARTHUR S. GOLD, ESQ.

The undersigned counsel for the Plaintiffs in the above styled action hereby consents to be the local designee for counsel for the Plaintiffs, Arthur S. Gold, Esq., in accordance with Local Rule 4(b).

Dated: December 14, 2001

Douglas A. Blankman, Esq.
FBN: 281778
Kopelman & Blankman, P.A.
Counsel for Plaintiff
One Financial Plaza, Suite 1611
Ft. Lauderdale, FL 33394
954-462-6855  Fax 954-462-6899

2

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Arthur S. Gold

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 18, 1965, and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this February 1, 2000.

*Juleann Hornyak*
Clerk