UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA    *CO - 6061 CV WDF*

CASE NO. 00-7163-CIV-FERGUSON/GARBER

MARC J. BROWNER, D.C.,
individually and on behalf of
all others similarly situated,

      Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY,
BEECH STREET CORPORATION,
and ADP INTEGRATED MEDICAL
SOLUTIONS, INC.,

      Defendants.



FILED by _____ D.C.

DEC 1 7 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## CONSENT TO BE LOCAL DESIGNEE
## FOR CARLIN J. PHILLIPS, ESQ.

The undersigned counsel for the Plaintiffs in the above styled action hereby consents

to be the local designee for counsel for the Plaintiff, Carlin J. Phillips, Esq. in accordance with

Local Rule 4(b).

Dated: December 17, 2001

          Douglas A. Blankman, Esq.
          FBN: 281778
          Kopelman & Blankman, P.A.
          Counsel for Plaintiff
          One Financial Plaza, Suite 1611
          Ft. Lauderdale, FL 33394
          954-462-6855
          Fax 954-462-6899