IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SALVATORE D. LARUSSO, D.C. d/b/a )
FAMILY CHIROPRACTIC CENTER, )
on behalf of himself and all others )
similarly situated, )
)
      Plaintiffs, )
)
v. )
)
LIBERTY MUTUAL INSURANCE )
COMPANY, and COMMUNITY )
CARE NETWORK, INC., )
)
      Defendants. )
)

00-6061 CV WDF

C.A. No. 00-7692-FERGUSON



FILED by ____ D.C.
DEC 1 7 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## CONSENT TO BE LOCAL DESIGNEE
## FOR CARLIN J. PHILLIPS, ESQ.

The undersigned counsel for the Plaintiffs in the above styled action hereby consents to be the local designee for counsel for the Plaintiff, Carlin J. Phillips, Esq. in accordance with Local Rule 4(b).

Dated: December 17, 2001

Douglas A. Blankman, Esq.
FBN: 281778
Kopelman & Blankman, P.A.
Counsel for Plaintiff
One Financial Plaza, Suite 1611
Ft. Lauderdale, FL 33394
954-462-6855
Fax 954-462-6899