UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6061 CV W.D F

CASE NO.: 01-6777

ULTRA OPEN MRI CORPORATION,
on behalf of itself and all others similarly
situated,

     Plaintiff,

vs.

DEERBROOK INSURANCE
COMPANY,

     Defendant.
_____/

FILED by ___ D.C.
DEC 1 7 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## CONSENT TO BE LOCAL DESIGNEE
## FOR CARLIN J. PHILLIPS, ESQ.

The undersigned counsel for the Plaintiffs in the above styled action hereby consents to be the local designee for counsel for the Plaintiff, Carlin J. Phillips, Esq. in accordance with Local Rule 4(b).

Dated: December 17, 2001

Douglas A. Blankman, Esq.
FBN: 281778
Kopelman & Blankman, P.A.
Counsel for Plaintiff
One Financial Plaza, Suite 1611
Ft. Lauderdale, FL 33394
954-462-6855
Fax 954-462-6899