UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

| | |
|---|---|
| DR. PAUL ZIDEL, on behalf of himself and all others similarly situated,<br>　　　　Plaintiffs,<br>v.<br><br>ALLSTATE INSURANCE COMPANY, et al.,<br>　　　　Defendant/Third-Party Plaintiff,<br>v.<br><br>COMMUNITY CARE NETWORK, INC., d/b/a CCN,<br><br>　　　　Third-Party Defendant.<br>_____/ | **Respectfully referred to**<br>**U.S. Magistrate Judge Lurana Snow** |
| KEITH BRICKELL, D.C., individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br>v.<br><br>PROGRESSIVE EXPRESS INSURANCE COMPANY,<br>PROGRESSIVE CONSUMERS INSURANCE COMPANY,<br>PROGRESSIVE BAYSIDE INSURANCE COMPANY,<br>BEECH STREET CORPORATION, and<br>ADP INTEGRATED MEDICAL SOLUTIONS, INC.,<br><br>　　　　Defendants.<br>_____/ | 00-6649 |

**BEECH STREET CORPORATION AND ADP INTEGRATED MEDICAL SOLUTIONS, INC'S
NOTICE OF JOINDER IN COMMUNITY CARE NETWORK, INC.'S
<u>MOTION TO AMEND CASE MANAGEMENT CALENDAR AND CONTINUE TRIAL DATE</u>**

　　Beech Street Corporation ("Beech Street") and ADP Integrated Medical Solutions, Inc.

("ADP"), by and through their undersigned counsel, respectfully join in and adopt all the arguments



TEW CARDENAS REBAK KELLOGG LEHMAN DEMARIA TAGUE RAYMOND & LEVINE, L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

set forth in Community Care Network, Inc.'s Motion to Amend Case Management Calendar and Continue Trial Date filed in consolidated case <u>Zidel v. Allstate, et al.</u> (D.E. 432)

Respectfully submitted,

TEW CARDENAS REBAK KELLOGG
LEHMAN DEMARIA TAGUE
RAYMOND & LEVINE L.L.P.
Co-Counsel for Defendants Beech Street Corp.
and ADP Integrated Medical Solutions, Inc.
2600 Miami Center
201 S. Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-536-1112
Facsimile: 305-536-1116

By: _____
John M. Quaranta
Florida Bar No. 940641
jmq@tewla.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served via U.S. Mail this 19th day of December, 2001 on all counsel listed on the attached Service List.

_____
Counsel

30662.002 ::ODMA\MHODMA\Miami;321051;1

2

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)

**Co-Counsel for Plaintiffs**
ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Eric Lee, Esq.
lee@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

**Co-Counsel for Plaintiffs**
GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

**Co-Counsel for Plaintiffs**
PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphilips@gpandg.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

**Co-Counsel for Plaintiffs**
KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**
Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

**Co-Counsel for Plaintiffs**
RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

**Co-Counsel for Plaintiffs**
Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995
(941) 435-1269 Facsimile

**Counsel for Allstate**
RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

Tew Cardenas Rebak Kellogg Lehman DeMaria Tague Raymond & Levine, L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112

| | |
|---|---|
| **Counsel for Beech Street and ADP**<br>TEW, CARDENAS REBAK KELLOGG LEHMAN DEMARIA TAGUE RAYMOND & LEVINE, L.L.P.<br>Thomas Tew, Esquire<br>(305) 539-2106<br>tt@tewlaw.com<br>Joseph A. DeMaria, Esquire<br>(305) 539-2440<br>jad@tewlaw.com<br>John M. Quaranta, Esquire<br>jmq@tewlac.com<br>(305)536-8432<br>Miami Center, 26th Floor<br>201 S. Biscayne Boulevard<br>Miami, Florida 33131-4336<br>(305) 536-1116 Facsimile | **Counsel for Nationwide**<br>FOWLER, WHITE<br>Katherine C. Lake, Esquire<br>klake@fowlerwhite.com<br>Bruce A. Aebel, Esquire<br>baebel@fowlerwhite.com<br>Post Office Box 1438<br>Tampa, FL 33601<br>(813)228-7411<br>(813)229-8313 Facsimile<br><br>SWARTZ CAMPBELL DETWEILER<br>James C. Haggerty, Esquire<br>haggerty@scdlaw.com<br>1601 Market Street, 34th Floor<br>Philadelphia, Pennsylvania 19103-2316<br>(215)299-4314<br>(215)299-4301 Facsimile |
| **Counsel for Progressive**<br>ANANIA, BANDKLAYDER, et al.<br>Francis Anania, Esquire<br>fanania@anania-law.com<br>Donald A. Blackwell, Esquire<br>dblackwell@Anania-law.com<br>NationsBank Tower, Suite 4300<br>100 Southeast Second Street<br>Miami, Florida 33131<br>(305) 373-4900<br>(305) 373-6914 Facsimile | **Counsel for Florida Farm Bureau**<br>HOLLAND & KNIGHT, LLP<br>Gregory A. Baldwin, Esquire<br>gbaldwin@hklaw.com<br>Robert K. Levenson, Esquire<br>rlevenson@hklaw.com<br>701 Brickell Avenue, Suite 3000<br>Miami, FL 33131<br>(305)374-8500<br>(305)789-7799 Facsimile |
| **Counsel for CCN**<br>MCQUIRE, WOODS, et al.<br>William W. Deem, Esquire<br>wdeem@mcguirewoods.com<br>William E. Adams, Esquire<br>badams@mcguirewoods.com<br>Curt Caywood, Esquire<br>ccaywood@mcguirewoods.com<br>3300 Bank of America Tower<br>50 N. Laura Street<br>Jacksonville, Florida 32202<br>(904)798-3200<br>(904)798-3207 Facsimile | **Counsel for Liberty Mutual**<br>AKERMAN, SENTERFITT et al.<br>Mark Shapiro, Esquire<br>mshapiro@akerman.com<br>SunTrust International Center<br>28th Floor<br>One Southeast Third Avenue<br>Miami, Florida 33131<br>(305)374-5600<br>(305)374-5095 Facsimile |

**Counsel for Hartford, Metropolitan, Integon**
AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, Florida 33131
(305)374-5600
(305)374-5095 Facsimile

**Counsel for Prudential**
SHEA & GARDNER
John D. Aldock, Esquire
jaldock@sheagardner.com
(202) 828-2140
Richard M. Wyner, Esquire
Rwyner@sheagardner.com
(202) 828-2188
Jeffrey M. Klein, Esquire
jklein@sheagardner.com
(202) 828-4301
M. David Dobbins, Esquire
ddobbins@sheagardner.com
(202) 828-2184
1800 Massachusetts Avenue, N.W.
Washington, District of Columbia 20036
202-828-2000
202-828-2195 (Facsimile)

BUTLER BURNETTE PAPPAS
Kathy Johnson Maus
Kmaus@bbplaw.com
Eric Zivitz
Ezivitz@bbplaw.com
3520 Thomasville Road
Suite 102
Tallahassee, Florida 32308.3469
850.894.4111
850.894.4999 (Facsimile)

**Counsel for Superior**
BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esquire
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, Florida 33607
(813) 281-1900
(813) 281-0900 Facsimile

Counsel for American International
CONROY, SIMBERG, GANON, KREVANS &
ABEL, P.A.
Dale L. Friedman, Esquire
dfriedman@csglaw.com
Brian P. Knight, Esquire
bknight@csglaw.com
3440 Hollywood Boulevard, 2nd Floor
Holly wood, Florida 33021
(954) 961-1400
(954) 967-8577 (Facsimile)