UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself
and others similarly situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

      Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.
doing business as CCN,

      Third-Party Defendant.

FILED by ___ D.C.

DEC 2 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA FT. LAUD.

_____

ULTRA OPEN MRI CORPORATION, on behalf
of itself and others similarly situated,

      Plaintiffs,

v.

PRUDENTIAL PROPERTY AND CASUALTY
INSURANCE COMPANY,

      Defendant.

01-6778

_____

## DEFENDANT PRUPAC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED MOTION FOR CLASS CERTIFICATION

      Subject to and without waiving its right to arbitrate this dispute, Defendant Prudential

Property and Casualty Insurance Company ("PruPAC") hereby moves for an extension of time to

respond to "Plaintiff's Amended Motion for Class Certification of Claims Against Prudential



Property and Casualty Insurance Company" (the "Amended Class Certification Motion"). United States Magistrate Judge Lurana S. Snow issued a Report and Recommendation (D.E. 318) on November 13, 2001 recommending that the Court dismiss the Complaint against PruPAC and compel Plaintiff Ultra Open MRI Corp. ("UOMC") to arbitrate its dispute with PruPAC. If the Court adopts Judge Snow's recommendation, then UOMC's Amended Class Certification Motion will be moot. In the event, however, that the Court were to reject Judge Snow's recommended disposition, PruPAC respectfully requests a reasonable extension to time to respond to the Amended Class Certification Motion. As grounds therefore, UOMC states as follows:

1.     On August 6, 2001, prior to answering or otherwise responding to UOMC's Complaint, PruPAC filed a Motion to Compel Arbitration of the dispute (the "Arbitration Motion"). In its motion, PruPAC also requested dismissal of the Complaint in its entirety because all of the issues raised in the Complaint must be submitted to arbitration. On November 13, 2001, United States Magistrate Judge Lurana S. Snow issued a Report and Recommendation that the Court grant PruPAC's Arbitration Motion and dismiss the Complaint. UOMC has filed its Objections to the Report and Recommendation, and PruPAC has filed its Response thereto. The Report and Recommendation is currently awaiting the Court's review.

2.     On October 12, 2001, PruPAC filed a Motion for Stay and for Expedited Consideration of Defendant's Motion to Compel Arbitration (the "Stay Motion"). That Stay Motion is fully briefed and ripe for decision by the Court.

3.     Because of the pending Arbitration Motion and the pending Stay Motion, to date PruPAC has not answered or otherwise responded to UOMC's Complaint or otherwise litigated this case.

2

4.    On December 6, 2001, UOMC filed its Amended Class Certification Motion. Absent an extension of time, PruPAC's response to that motion would ordinarily be due on December 26, 2001.

5.    If the Court adopts Judge Snow's recommendation that UOMC's Complaint be dismissed, then no response to the Amended Class Certification Motion will be necessary.

6.    In the event the Court rejects Judge Snow's recommendation that UOMC's Complaint be dismissed, PruPAC respectfully requests a reasonable extension of time to file its response to the Amended Class Certification Motion.

7.    On December 18, 2001, counsel for PruPAC contacted Eric Lee, Esq., counsel for plaintiff, and requested that Mr. Lee inform PruPAC if he objected to this extension. To date, plaintiff's counsel has not objected.

### CONCLUSION

This Unopposed Motion for an Extension of Time should be granted. A proposed order is attached.

Respectfully submitted,

John D. Aldock                          Kathy J. Maus (Bar No. 896330)
Michael K. Isenman                      Lauren D. Levy (Bar No. 0116490)
Jeffrey M. Klein                        BUTLER BURNETTE PAPPAS
SHEA & GARDNER                          3520 Thomasville Road, Suite 102
1800 Massachusetts Ave., N.W.           Tallahassee, FL 32308
Washington, DC 20036                    (850) 894-4111
(202) 828-2000                          Fax (850) 894-4999
Fax (202) 828-2195


Dated:  December 20, 2001