IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-CIV-6061-Ferguson/Snow (Consolidated)

| | |
|---|---|
| DR. PAUL ZIDEL and All Others similarly situated, | § § § |
| Plaintiffs, | § § |
| v. | § § |
| ALLSTATE INSURANCE COMPANY, | § § |
| Defendant/Third-Party Plaintiff, | § § |
| v. | § § |
| COMMUNITY CARE NETWORK, INC., d/b/a CCN, | § § § |
| Third-Party Defendant | § |



**CCN's Request for Oral Argument in Connection
With Motion to Reconsider Order of Consolidation**

Third-Party Defendant, CCN Managed Care, Inc. ("CCN"), pursuant to the Local Rules of this Court, hereby requests the opportunity to orally argue its Motion to Reconsider Order of Consolidation.

The instant case has been consolidated for pretrial purposes with a number of other, somewhat similar cases. All of these cases are prosecuted by the same plaintiff's counsel and involve the same <u>kinds</u> of claims. However, the cases involve different plaintiffs, different defendants and, just as importantly, different contractual rights and obligations. Accordingly, material differences exist among the cases which CCN contends should have precluded consolidation.

Subsequently, efforts to administer the now-consolidated cases have reinforced CCN's (and the other defendants') initial positions that consolidation is inappropriate and will cause more problems than it could ever solve. CCN respectfully requests oral argument in order to address those issues. CCN believes that oral argument will be the most efficient way to assist this court in understanding and resolving those issues. CCN estimates that if oral argument is limited to its motion to Motion to Reconsider Order of Consolidation, no more than thirty minutes per side would be required. To the extent other parties are also allowed to address this issue (i.e. in connection with their own, similar motions) or to the extent other issues pertaining to the consolidated litigation are addressed, more time would obviously be required.

Respectfully submitted,

McGuire Woods LLP

By: _____
William W. Deem
Florida Bar No. 0512834
3300 Bank of America Center
50 North Laura Street
Jacksonville, FL 32202
Telephone: (904) 798-3200
Facsimile: (904) 798-3207

wdeem@mcguirewoods.com

ATTORNEYS FOR THIRD-PARTY
DEFENDANT CCN MANAGED CARE, INC.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been furnished by U.S. Mail on this ____ day of December, 2001, to all counsel listed on the attached service list.

_____
Attorney

108767.1