UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILING FEE
PAID
In Forma Pauperis
Clarence Maddox, Clerk

| | |
|---|---|
| DR. PAUL ZIDEL, and all others Similarly situated, ) ) ) | CASE NO.: 00-CIV-6061- (Consolidated) |
| Plaintiffs, ) ) | |
| v. ) ) | |
| ALLSTATE INSURANCE COMPANY, ET AL., ) ) ) | |
| Defendants. ) | |

## MOTION TO APPEAR PRO HAC VICE

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Peter J. Valeta, of the law firm Ross & Hardies, 150 N. Michigan Avenue, Chicago, Illinois 60601, (312) 750-3619, for purposes of appearing as co-counsel on behalf of Allstate Insurance Company herein, in the above-styled case only.

Peter J. Valeta certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the Florida Bar in the Southern District of Florida. Attached hereto is a certificate of good standing from the Clerk of the United States District Court for the Northern District of Illinois.

Peter J. Valeta is also admitted to practice law in the State of Illinois; the United States Court of Appeals, Fifth, Sixth, Seventh, and Ninth Circuits; the United States District Court for the Northern District of Illinois; and the United States Tax Court.

\18483\05732\CH245733.DOC-1

In further support of this motion, it is hereby designated that David B. Shelton is a member of the bar of this Court and maintains an office in this District for the practice of law. He is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of Rumberger, Kirk & Caldwell, acts as local counsel in this matter on behalf of Peter J. Valeta.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: December 14, 2001

_____
Peter J. Valeta
Florida Bar No. 327557
Ross & Hardies
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241

Executed under penalty of perjury on the 14th day of December, 2001 at Chicago, Illinois.

Respectfully submitted,

By: David Shelton

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to counsel on the attached service list this 17th day of December, 2001.

PETER J. VALETA  
Florida Bar No. 327557  
ROSS & HARDIES  
150 North Michigan Ave., Suite 2500  
Chicago, Illinois 60601  
Telephone: (312) 750-3619  
Telecopier: (312) 750-8600  
Attorneys for Allstate Insurance Company

DAVID B. SHELTON  
Florida Bar No. 0710539  
Rumberger, Kirk & Caldwell  
P.O. Box 1873  
Orlando, Florida 32802  
Telephone: (407) 839-4511  
Telecopier: (407) 841-2133  
Attorneys for Allstate Insurance Company

## SERVICE LIST

**Co-Lead Counsel for Plaintiffs**

Jan Douglas Atlas, Esquire
Eric Lee, Esquire
Robin Corwin Campbell, Esquire
ATLAS PEARLMAN, P.A.
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301

Arthur S. Gold, Esquire
GOLD & COULSON
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603

Andrew Garcia, Esquire
Carlin Phillips, Esquire
PHILLIPS & GARCIA
13 Ventura Drive
North Darthmouth, MA 02747

Larry Kopelman, Esquire
Douglas Blankman, Esquire
KOPELMAN & BLANKMAN, P.A
Bank of America Tower
One Financial Plaza, Suite 1611
Fort Lauderdale, FL 33394

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esquire
230 East Davis Boulevard
Tampa, FL 33606

Richard Bokor, Esquire
RICHARD BOKOR, P.A.
230 East Davis Boulevard
Tampa, FL 33606

Casey Fundaro, Esquire
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407

**Counsel for Beech Street and ADP**

John M. Quaranta, Esquire
TEW, CARDENAS, et al.
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336

**Counsel for Progressive**

Francis Anania, Esquire
Donald A. Blackwell, Esquire
ANANIA, BANDKLAYDER, et al.
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131

**Counsel for CCN**

William W. Deem, Esquire
William E. Adams, Esquire
MCGUIRE WOODS, LLP
3300 Bank of America Center
50 N. Laura Street
Jacksonville, FL 32202-4099

**Counsel for Nationwide**

Katherine C. Lake, Esquire
FOWLER, WHITE, et al.
Post Office Box 1438
Tampa, FL 33601

James C. Haggerty, Esquire
SWARTZ CAMPBELL DETWEILER
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316

**Counsel for Florida Farm Bureau**

Robert K. Levenson, Esquire
HOLLAND & KNIGHT, LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131

**Counsel for Liberty Mutual**

Mark Shapiro, Esquire
AKERMAN, SENTERFITT et al.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131

**Counsel for Hartford, Metropolitan, Integon**

Marcy Levine Aldrich, Esquire
AKERMAN, SENTERFITT et al.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131

**Counsel for Metropolitan**

Jeffrey P. Lennard, Esquire
SONNENSCHEIN, NATH & ROSENTHAL
8000 Sears Tower
Chicago, IL 60606

**Counsel for Hartford**

Howard J. Roin, Esquire
MAYER, BROWN & PLATT
190 South LaSalle Street
Chicago, IL 60603-3441

**Counsel for Superior**

Alan J. Nisberg, Esquire
BUTLER BURNETT PAPPAS
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607

**Counsel for Prudential**

John D. Aldock, Esquire
Jeffrey M. Klein, Esquire
Michael Isenman, Esquire
SHEA & GARDNER
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Kathy J. Maus, Esquire
Lauren D. Levy, Esquire
BUTLER BURNETTE PAPPAS
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308-3469

**Counsel for American International**

Dale L. Friedman, Esquire
Brian P. Knight, Esquire
CONROY, SIMBERG, GANNON, KREVANS & ABEL, P.A.
3440 Hollywood Blvd., 2nd Floor
Hollywood, FL 33021

# CERTIFICATE OF GOOD STANDING

*United States of America*

} ss.    Peter James Valeta

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That    **Peter James Valeta** was duly admitted to practice in said Court on December 18, 1980 and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on December 13, 2001

Michael W. Dobbins, Clerk,

By:  Deirdre Ball
     Deputy Clerk