IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW**

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CNN,

    Third Party Defendant.



___

THE CHIROPRACTIC CENTRE, INC.,
On behalf of itself and all others
similarly situated,

                               01-6782

    Plaintiffs,

v.

SUPERIOR INSURANCE COMPANY,

    Defendant.

___

### SUPERIOR'S REPLY MEMORANDUM OF LAW IN SUPPORT OF SUPERIOR'S EMERGENCY MOTION FOR PROTECTIVE ORDER

Superior Insurance Company ("Superior"), by and through its undersigned counsel, hereby files this reply memorandum of law in support of Superior Insurance Company's Emergency Motion for Protective Order.



In addition to a Motion to Dismiss and a motion seeking a status conference and new scheduling order, Superior has already filed a motion to stay discovery. These motions are still pending before this court. The motion to stay discovery which was served on October 29, 2001 is broad enough to have encompassed the deposition that is the subject of the Superior Insurance Company's Emergency Motion for a Protective Order. Therefore, Superior has not waived any right to a protective order.

Superior's Motion for Protective Order is not untimely pursuant to Local Rule 26.1(H)(1). That rule indicates that motions must be filed within thirty days of the <u>occurrence</u> of the grounds for the motion. In the present case, the occurrence is the deposition and not the notice of taking deposition. Superior's motion sought a protective order to postpone the deposition pending certain rulings of this court, without objecting to the topics identified in the document giving notice of the deposition. The deposition, the subject of the motion for protective order, was not even scheduled to be held until December 20, 2001. Therefore, at the time of the filing of the motion for protective order, there had not been an occurrence within the meaning of the local rule. Superior simply wished to preemptively seek a protective order in order to preserve judicial efficiency. Federal Rule of Civil Procedure 30(d)(4) allows for suspension of a deposition while a party seeks a protective order. Instead of appearing for the deposition and suspending it to seek the protective order, Superior filed its motion in advance. Plaintiff's interpretation of the local rule is inconsistent with that right to suspend the deposition.

Further, even assuming *arguendo* that the notice triggered a thirty day period, Superior has reasonable cause for a late filing. Specifically, the Notice of Taking Depositions was served nearly two months prior to the proposed deposition date. At the

time of filing the notice of deposition, the grounds for seeking a protective order were not apparent. In the present case, a motion to dismiss was pending and could have made the deposition moot. In addition, a motion for stay is pending that would have made the specific protective order pertaining to this deposition moot. That motion was still filed more than two weeks prior to the deposition which was not scheduled to be held until December 20, 2001. It would be absurd to consider the motion untimely, and even more absurd to find there is not good cause for the timing in which the motion was filed and served.

BUTLER BURNETTE PAPPAS LLP

_____
ALAN J. NISBERG, ESQ.
Florida Bar No.: 0961639
Bayport Plaza, Suite 1100
6200 Courtney Campbell Causeway
Tampa, Florida 33607-5946
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
Attorneys for Defendant
Superior Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U. S. Mail to all parties on the Master Service List on December 20, 2001.

_____
Alan J. Nisberg, Esq.

# MASTER SERVICE LIST
## (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 11/13/01)

### Co-Lead Counsel for Plaintiffs

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

### Co-Counsel for Plaintiffs

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

### Counsel for:
### Allstate, Fidelity and Casualty,
### Continental, Deerbrook

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

### Counsel for Beech Street and ADP

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

### Counsel for Progressive

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

### Counsel for CCN

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL  32202
(904) 798-3200
(904) 798-3207 Facsimile

| | | |
|---|---|---|
| **Counsel for Nationwide**<br><br>FOWLER, WHITE, et al.<br>Katherine C. Lake, Esq.<br>klake@fowlerwhite.com<br>Post Office Box 1438<br>Tampa, FL 33601<br>(813) 228-7411<br>(813) 229-8313 Facsimile<br><br>SWARTZ CAMPBELL DETWEILER<br>James C. Haggerty, Esq.<br>haggerty@scdlaw.com<br>1601 Market Street<br>34th Floor<br>Philadelphia, PA 19103-2316<br>(215) 299-4314<br>(215) 299-4301 Facsimile | **Counsel for Metropolitan**<br><br>SONNENSCHEIN, NATH & ROSENTHAL<br>Jeffrey P. Lennard, Esq.<br>jpl@sonnenschein.com<br>8000 Sears Tower<br>Chicago, IL 60606<br>(312) 876-8000<br>(312) 876-7934<br><br>**Counsel for Hartford**<br><br>MAYER, BROWN & PLATT<br>Howard J. Roin, Esq.<br>hroin@mayerbrown.com<br>190 South LaSalle Street<br>Chicago, IL, 60603-3441<br>(312) 782-0600<br>(312) 701-7711 Facsimile | **Counsel for American International**<br><br>CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.<br>Dale L. Friedman, Esq.<br>dfriedman@csglaw.com<br>Brian P. Knight, Esq.<br>bknight@csglaw.com<br>3440 Hollywood Boulevard<br>Second Floor<br>Hollywood, FL 33021<br>(954) 961-1400<br>(954) 967-8577 Facsimile |
| **Counsel for Florida Farm Bureau**<br><br>HOLLAND & KNIGHT, LLP<br>Robert K. Levenson, Esq.<br>rlevenson@hklaw.com<br>Greg Baldwin, Esq.<br>gbaldwin@hklaw.com<br>701 Brickell Avenue, Suite 3000<br>Miami, FL 33131<br>(305) 374-8500<br>(305) 789-7799 Facsimile | **Counsel for Superior**<br><br>BUTLER BURNETT PAPPAS<br>Alan J. Nisberg, Esq.<br>anisberg@bbplaw.com<br>Bayport Plaza<br>6200 Courtney Campbell Causeway<br>Suite 1100<br>Tampa, FL 33607<br>(813) 281-1900<br>(813) 281-0900 Facsimile | |
| **Counsel for Liberty Mutual**<br><br>AKERMAN, SENTERFITT et al.<br>Mark Shapiro, Esq.<br>mshapiro@akerman.com<br>SunTrust International Center<br>28th Floor<br>One Southeast Third Avenue<br>Miami, FL 33131<br>(305) 374-5600<br>(305) 374-5095 Facsimile | **Counsel for Prudential**<br><br>BUTLER BURNETT PAPPAS<br>Kathy J. Maus, Esq.<br>kmaus@bbplaw.com<br>Lauren D. Levy, Esq.<br>llevy@bbplaw.com<br>3520 Thomasville Road, Suite 102<br>Tallahassee, FL 32308<br>(850) 894-4111<br>(850) 894-4999 Facsimile | |
| **Counsel for:**<br>**Hartford, Metropolitan, Integon**<br><br>AKERMAN, SENTERFITT et al.<br>Marcy Levine Aldrich, Esq.<br>maldrich@akerman.com<br>SunTrust International Center<br>28th Floor<br>One Southeast Third Avenue<br>Miami, FL 33131<br>(305) 374-5600<br>(305) 374-5095 Facsimile | SHEA & GARDNER<br>John D. Aldock, Esq.<br>Jaldock@SheaGardner.com<br>Jeffrey M. Klein, Esq.<br>Jklein@SheaGardner.com<br>Michael Isenman, Esq.<br>misenman@sheagardner.com<br>1800 Massachusetts Ave., N.W.<br>Washington, D.C. 20036<br>(202) 828-2000<br>(202) 828-2195 Facsimile | |

7090-00100 318823.1