UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR PAUL ZIDEL, on behalf of himself and
others similarly situated,

      Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

      Defendant/Third Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

      Third Party Defendant.

_____

KEITH BRICKELL, D.C., individually and on
behalf of all others similarly situated,

      Plaintiff,

vs.

PROGRESSIVE EXPRESS INSURANCE
COMPANY, PROGRESSIVE CONSUMERS
INSURANCE COMPANY, PROGRESSIVE
BAYSIDE INSURANCE COMPANY, BEECH
STREET CORPORATION, and ADP
INTEGRATED MEDICAL SOLUTIONS, INC.,

      Defendants.

_____/

NIGHT BOX
FILED

DEC 2 1 2001

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

Case No. 00-6649

## PROGRESSIVE DEFENDANTS' REPLY IN SUPPORT OF
## THEIR MOTION FOR PROTECTIVE ORDER

The Defendants, PROGRESSIVE EXPRESS INSURANCE COMPANY, PROGRESSIVE

CONSUMERS INSURANCE COMPANY, and PROGRESSIVE BAYSIDE INSURANCE

COMPANY (collectively "PROGRESSIVE Defendants"), reply in support of their Motion for

Protective Order, and state as follows:

Case No. 00-6061-CIV FERGUSON
Page 2

As explained more fully in the motion, the PROGRESSIVE Defendants seek protection from Plaintiff's improper attempt to take depositions, *inter alia*, due to the lack of a Confidentiality Order, the prematurity of merits discovery (when class discovery has not been conducted), and the procedural labyrinth which Plaintiff's consolidation has engendered.    Although apparently acknowledging the necessity for a confidentiality order ("[t]he only viable issue raised by the PROGRESSIVE Defendants is the need for the entry of a Confidentiality Order"), Plaintiff utterly disregards the remaining issues, and argues instead that PROGRESSIVE's late filing of the motion constitutes waiver.

In discussing the late filing, counsel for Plaintiff neglects to inform the Court of the extended communications between himself (Eric Lee) and the undersigned in the 2 ½ week period preceding the filing of the motion.  Undersigned first contacted Mr. Lee on November 20, 2001, and it was not until two weeks later (with intervening holidays) that all issues which were susceptible of agreement were resolved, and the resulting Motion for Protective Order was filed.[1]   The PROGRESSIVE Defendants submit that these communications between counsel, conducted in good faith and in an attempt to resolve the grounds for the motion, were necessary and appropriate, and constitute reasonable cause for the late filing.  Moreover, in the absence of an allegation of prejudice by the Plaintiff (which is conspicuously absent from the response) Plaintiff cannot argue in good faith that Defendant's motion should be denied solely on that basis.  The language of the comment section to Local Rule 26.1.H.1, supports this argument:

> Rule 26.1H.1 is added to ensure that discovery motions are filed when ripe and not
> held until shortly before the close of discovery or the eve of trial.

The PROGRESSIVE Defendant's Motion was not filed "shortly before the close of discovery or the eve of trial," and as such, the timing of the motion should not be considered in evaluating its merits in the absence of prejudice to the Plaintiff.

---

[1] In adherence to Local Rule 7.7, the undersigned will not file the letters between the parties with the Court, but is prepared to do so at the Court's direction.

ANANIA, BANDKLAYDER, BLACKWELL, BAUMGARTEN & TORRICELLA

BANK OF AMERICA TOWER, 100 S.E. SECOND STREET, SUITE 4300, MIAMI, FLORIDA 33131-2144 • TELEPHONE (305) 373-4900 • FACSIMILE (305) 373-6914

The only other issue addressed by the Plaintiff in his response, relates to the lack of a Confidentiality Order, and the impact of that absence on the conduct of discovery. Peculiarly, Plaintiff seems to forget that he sought the consolidation which has spurred the need for a Confidentiality Order, and having obtained the result that he sought, cannot now justifiably complain that the absence of such an order should not delay discovery.

**WHEREFORE,** PROGRESSIVE Defendants respectfully request that for all of the reasons stated herein and in their Motion for Protective Order, this Court enter a protective order preventing Plaintiff from taking the depositions of Defendant's representatives until such later time as this Court orders.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Protective Order was sent by first class mail to all counsel on the attached service list on this 18th day of December, 2001.

ANANIA, BANDKLAYDER, BLACKWELL,
BAUMGARTEN & TORRICELLA
Attorneys for PROGRESSIVE Defendants
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
Telephone:   (305) 373-4900
Facsimile:   (305) 373-6914

By: _____
      Francis A. Anania
      Florida Bar No. 160256
      *fanania@anania-law.com*
      Donald A. Blackwell
      Florida Bar No. 370967
      *dblackwell@anania-law.com*
      Ana Rivero-Alexander
      Florida Bar No. 872490
      *arivero@anania-law.com*

## MASTER SERVICE LIST

**Co-Lead Counsel for Plaintiffs**
ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Eric Lee, Esq.
lee@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphilips@gpandg.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2l55@aol.com
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**
Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokorl @tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

Counsel for:
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M Quaranta, Esq.
(305) 539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile


**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
Bank of America Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Center
Post Office Box 4099 (32201)
Jacksonville, FL 32202
(904) 798-2615
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile


**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**
MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbl2law.com
Lauren D. Levy, Esq.
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
Misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS
& ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile