UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,
v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

SALVATORE D. LARUSSO, D.C. d/b/a
FAMILY CHIROPRACTIC CENTER,              01-8108
on behalf of himself and all others
similarly situated,

    Plaintiff,

vs.

NATIONWIDE MUTUAL INSURANCE
COMPANY,

    Defendant.
_____/

**PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO
NATIONWIDE'S MOTION FOR PROTECTIVE ORDER (D.E. #408)**

Plaintiff SALVATORE D. LARUSSO, D.C., on behalf of himself and all others similarly

situated ("LARUSSO"), by his undersigned counsel, hereby submits his Memorandum of Law in

Opposition to Defendant NATIONWIDE MUTUAL INSURANCE COMPANY's

("NATIONWIDE") Motion for Protective Order (D.E. #408). For all the reasons set forth herein,

7090-00100 341632.1



CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

LARUSSO respectfully submits that NATIONWIDE's Motion for Protective Order should be denied in all respects.

## **ARGUMENT**

On October 23, 2001, LARUSSO along with the other Class Plaintiffs served their Notices of Taking Depositions. Pursuant to Local Rule 26.1(H)(1):

> All motions relating to discovery, including but not limited to motions to compel discovery and motions for protective order shall be filed within thirty (30) days of the occurrence of grounds for the motion. Failure to file discovery motions within thirty (30) days, absent a showing of reasonable cause for a later filing, may constitute a waiver of the relief sought.

(emphasis added). The Notices of Taking Depositions were served on October 23, 2001. NATIONWIDE had until November 22, 2001 to file a motion for protective order. NATIONWIDE did not serve its Motion for Protective Order until December 10, 2001. NATIONWIDE has not shown reasonable cause for the late filing. Accordingly, NATIONWIDE has waived its right to seek a protective order.

With regard to NATIONWIDE's arguments relating to the various outstanding Motions, as Class Plaintiffs have asserted in opposition to the various Motions for Protective Order filed by the other Defendants, there is no basis to stay discovery in these proceedings. This Court consolidated the 15 pending PPO reduction class actions and specifically lifted all discovery stays. Despite the foregoing, the Defendants, including NATIONWIDE, have filed various Motions and have utilized the Motions they have filed as grounds for seeking protective orders to delay discovery. As to confidentiality concerns, such concerns can be addressed by an agreement among the parties to a

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

Confidentiality Order. However, the Defendants have refused to agree to such an Order. The Defendants' refusal to agree cannot form the basis for a protective order.

## CONCLUSION

For all the reasons set forth herein, Plaintiff SALVATORE D. LARUSSO, D.C., on behalf of himself and all others similarly situated, respectfully requests that this Court enter an Order denying Defendant NATIONWIDE MUTUAL INSURANCE COMPANY's Motion for Protective Order, together with such other and further relief as this Court may deem just and proper.

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
JAN DOUGLAS ATLAS
Florida Bar No. 226246

By: _____
ERIC LEE
Florida Bar No. 961299

By: _____
ROBIN CORWIN CAMPBELL
Florida Bar No. 327931



CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

<u>Co-Counsel for Class Plaintiffs</u>

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899  Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 21st day of December, 2001 upon: all individuals on the attached service list.

ERIC LEE

7090-00100 341632.1

4

