UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

     Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

     Defendants.

_____/



FILED by _____ D.C.

DEC 2 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## CLASS PLAINTIFFS' REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO COMPEL ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY AND DEERBROOK INSURANCE COMPANY TO ATTEND DEPOSITIONS AND FOR SANCTIONS (D.E. #374)

Class Plaintiffs DR. PAUL ZIDEL, MARC J. BROWNER, D.C., and ULTRA OPEN MRI

CORPORATION, on behalf of themselves and all others similarly situated ("Class Plaintiffs"), by

their undersigned counsel, hereby submit their Reply Memorandum of Law in Support of their

Motion to Compel Defendants ALLSTATE INSURANCE COMPANY ("ALLSTATE

INSURANCE"), ALLSTATE INDEMNITY COMPANY ("ALLSTATE INDEMNITY") and

DEERBROOK INSURANCE COMPANY ("DEERBROOK") (collectively, the "ALLSTATE

Defendants") to attend depositions and for sanctions. For all the reasons set forth herein and in their

Motion for Sanctions, Class Plaintiffs respectfully submit that the ALLSTATE Defendants should

be compelled to attend depositions and sanctions should be entered against the ALLSTATE

Defendants.

7090-00100 342154.1



ATLAS PEARLMAN
ATTORNEYS AT LAW

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

## ARGUMENT

At the May 14, 2001 status conference, this Court orally ruled that all discovery stays were lifted. This Court's September 28, 2001 Omnibus Order ("Omnibus Order") specifically rules that discovery stays are lifted. This Court's September 28, 2001 trial order specifically indicates that Motions to Dismiss will not stay discovery unless mandated by statute. Subsequent to the May 14, 2001 status conference, counsel for Class Plaintiffs made numerous efforts to coordinate discovery with the ALLSTATE Defendants and with the other Defendants in these consolidated proceedings. Subsequent to the entry of the Omnibus Order, Class Plaintiffs again attempted to coordinate discovery with the Defendants. When the Defendants refused to coordinate the scheduling of depositions, Class Plaintiffs scheduled depositions and provided more than sufficient notice to the various Defendants. In the case of the ALLSTATE Defendants, they were provided with more than one month's notice of the depositions. Despite the fact that there was no order entered by this Court which excused their attendance, the ALLSTATE Defendants refused to attend their depositions.[1]

Quite simply, since May 14, 2001, counsel for Class Plaintiffs have been attempting to coordinate discovery with the Defendants in these consolidated proceedings. Despite the fact that this Court orally ruled that discovery stays were lifted at the May 14, 2001 Status Conference, not one deposition has taken place in these consolidated proceedings in the seven months since the discovery stays were lifted. As previously asserted by Class Plaintiffs, the Defendants are acting in

---

[1] The ALLSTATE Defendants assert that the Motion to Compel should be denied because there is no certification that there was a good faith effort to resolve the discovery dispute. However, as set forth in the Motion to Compel itself, numerous efforts were made by counsel for Class Plaintiffs in a good faith effort to resolve these issues. In fact, the ALLSTATE Defendants do not contend that good faith efforts were not made to resolve the discovery dispute. By way of this Reply, counsel for Class Plaintiffs hereby certifies that a good faith effort was made to resolve these issues as more fully set forth in the Motion to Compel.

7090-00100 342154.1                          2

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

a concerted effort to do everything possible to avoid discovery and to insure that discovery cannot be completed by the April 1, 2002 discovery cutoff. The obvious intent of the various Defendants is to delay these proceedings as long as possible and to postpone the June, 2002 trial date. In fact, Third-Party Defendant CCN Managed Care, Inc. recently filed a Motion to Amend the various time deadlines and to delay the trial. This Motion is the first of what will likely be many motions to amend the scheduling deadlines and to postpone the trial.

The actions of the ALLSTATE Defendants should not be tolerated by this Court. If such conduct was condoned, all civil proceedings would grind to a halt. Litigants will be able to delay discovery by filing various motions and then arguing that until the Motions are decided, it would not be proper to allow deposition discovery. Litigants would be able to unilaterally stay discovery. This is not the intent of the Federal Rules of Civil Procedure. There is no order staying discovery in these proceedings. In fact, discovery stays were specifically lifted. Despite the foregoing, the ALLSTATE Defendants have refused to take part in discovery and refused to attend duly scheduled depositions.

## CONCLUSION

For all the reasons set forth herein, Class Plaintiffs DR. PAUL ZIDEL, MARC J. BROWNER, D.C., and ULTRA OPEN MRI CORPORATION on behalf of themselves and all others similarly situated, respectfully request that this Court enter an Order compelling Defendants ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and DEERBROOK INSURANCE COMPANY to attend the previously scheduled depositions, imposing sanctions against the ALLSTATE Defendants, awarding attorneys' fees and costs incurred in filing this Motion and awarding such other and further relief as this Court may deem just and proper.

7090-00100 342154.1                                    3

ATLAS PEARLMAN
P.A.
ATTORNEYS AT LAW

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7600 Facsimile

By:_____
    JAN DOUGLAS ATLAS
    Florida Bar No. 226246

By:_____
    ERIC LEE
    Florida Bar No. 961299

By:_____
    ROBIN CORWIN CAMPBELL
    Florida Bar No. 327931

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

ATLAS PEARLMAN
P.A.
ATTORNEYS AT LAW

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 2510
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

mail this 21st day of December, 2001 upon: all individuals on the attached service list.

ERIC LEE

ATLAS PEARLMAN
ATTORNEYS AT LAW

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/26/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile





**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

7090-00100 318823.1

ATLAS PEARLMAN
P.A.
ATTORNEYS AT LAW