UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

| | |
|---|---|
| DR. PAUL ZIDEL, on behalf of himself and all others similarly situated,<br>　　　　Plaintiffs,<br>v.<br><br>ALLSTATE INSURANCE COMPANY, et al.,<br>　　　　Defendant/Third-Party Plaintiff,<br>v.<br><br>COMMUNITY CARE NETWORK, INC., d/b/a CCN,<br><br>　　　　Third-Party Defendant. | Respectfully referred to<br>U.S. Magistrate Judge Lurana Snow |

_____/

| | |
|---|---|
| KEITH BRICKELL, D.C., individually and on behalf of all others similarly situated,<br>　　　　Plaintiffs,<br>v.<br><br>PROGRESSIVE EXPRESS INSURANCE COMPANY,<br>PROGRESSIVE CONSUMERS INSURANCE COMPANY,<br>PROGRESSIVE BAYSIDE INSURANCE COMPANY,<br>BEECH STREET CORPORATION, and<br>ADP INTEGRATED MEDICAL SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No. 00-6649 |

_____/

**BEECH STREET CORPORATION AND ADP INTEGRATED MEDICAL SOLUTIONS, INC'S NOTICE OF JOINDER IN SUPERIOR INSURANCE COMPANY'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR CLASS CERTIFICATION OF CLAIMS <u>AGAINST SUPERIOR INSURANCE COMPANY</u>**

Beech Street Corporation ("Beech Street") and ADP Integrated Medical Solutions, Inc.

("ADP"), by and through their undersigned counsel, respectfully join in and adopt all the arguments



TEW CARDENAS REBAK KELLOGG LEHMAN DeMARIA TAGUE RAYMOND & LEVINE, L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

set forth in Superior Insurance Company's Memorandum of Law in Opposition to Plaintiff's Amended Motion for Class Certification of Claims Against Superior Insurance Company filed in the consolidated case *Zidel v. Allstate* on December 20, 2001 (D.E. 494).

Respectfully submitted,

TEW CARDENAS REBAK KELLOGG
LEHMAN DEMARIA TAGUE
RAYMOND & LEVINE L.L.P.
Co-Counsel for Defendants Beech Street Corp.
and ADP Integrated Medical Solutions, Inc.
2600 Miami Center
201 S. Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-536-1112
Facsimile: 305-536-1116

By: _____
JOHN M. QUARANTA
   Florida Bar No. 940641
   jmq@tewlaw.com
KENNETH D. MURENA
   Florida Bar No. 147486
   kdm@tewlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served via U.S. Mail this 28TH day of December, 2001 on all counsel listed on the attached Service List.

_____
Counsel

30662.002 ::ODMA\MHODMA\Miami;321489;1

2

**MASTER SERVICE LIST**
(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)

Co-Counsel for Plaintiffs
ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
Eric Lee, Esq.
Robin Corwin Campbell, Esq.
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301

Co-Counsel for Plaintiffs
GOLD & COULSON
Arthur S. Gold, Esq.
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603

Co-Counsel for Plaintiffs
PHILLIPS & GARCIA
Andrew Garcia, Esq.
Carlin Phillips, Esq.
13 Ventura Drive
North Darthmouth, MA 02747

Co-Counsel for Plaintiffs
KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
Bank of America Tower
One Financial Plaza, Suite 1611
Fort Lauderdale, FL 33394

Co-Counsel for Plaintiffs
Susan L. Lawson, Esq.
230 East Davis Boulevard
Tampa, FL 33606

Co-Counsel for Plaintiffs
RICHARD BOKOR, P.A.
Richard Bokor, Esq.
230 East Davis Boulevard
Tampa, FL 33606

Co-Counsel for Plaintiffs
Casey Fundaro, Esq.
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407

Counsel for Allstate
RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873

ROSS & HARDIES
Peter J. Valeta, Esq.
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601

Counsel for Beech Street and ADP
TEW, CARDENAS REBAK KELLOGG
LEHMAN DEMARIA TAGUE
RAYMOND & LEVINE, L.L.P.
Thomas Tew, Esquire
Joseph A. DeMaria, Esquire
John M. Quaranta, Esquire
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336

Counsel for Progressive
ANANIA, BANDKLAYDER, et al.
Francis Anania, Esquire
Donald A. Blackwell, Esquire
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131

Counsel for CCN
MCQUIRE, WOODS, et al.
William W. Deem, Esquire
William E. Adams, Esquire
Curt Caywood, Esquire
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, Florida 32202

Counsel for Nationwide
FOWLER, WHITE
Katherine C. Lake, Esquire
Bruce A. Aebel, Esquire
Post Office Box 1438
Tampa, FL 33601

...

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esquire
1601 Market Street, 34th Floor
Philadelphia, Pennsylvania 19103-2316

**Counsel for Florida Farm Bureau**
HOLLAND & KNIGHT, LLP
Gregory A. Baldwin, Esquire
Robert K. Levenson, Esquire
701 Brickell Avenue, Suite 3000
Miami, FL 33131

**Counsel for Liberty Mutual**
AKERMAN, SENTERFITT et al.
Mark Shapiro, Esquire
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, Florida 33131

**Counsel for Hartford, Metropolitan, Integon**
AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, Florida 33131

**Counsel for Prudential**
SHEA & GARDNER
John D. Aldock, Esquire
Richard M. Wyner, Esquire
Jeffrey M. Klein, Esquire
M. David Dobbins, Esquire
1800 Massachusetts Avenue, N.W.
Washington, District of Columbia 20036

BUTLER BURNETTE PAPPAS
Kathy Johnson Maus
Eric Zivitz
3520 Thomasville Road
Suite 102
Tallahassee, Florida 32308.3469

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esquire
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, Florida 33607

**Counsel for American International**
CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esquire
Brian P. Knight, Esquire
3440 Hollywood Boulevard, 2nd Floor
Holly wood, Florida 33021