UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

**CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW** ✓

| | |
|---|---|
| DR. PAUL ZIDEL, on behalf of himself and all others similarly situated,<br>        Plaintiffs,<br>v.<br><br>ALLSTATE INSURANCE COMPANY, et al.,<br>        Defendant/Third-Party Plaintiff,<br>v.<br><br>COMMUNITY CARE NETWORK, INC., d/b/a CCN,<br>        Third-Party Defendant. | **Respectfully referred to**<br>**U.S. Magistrate Judge Lurana Snow** |
| MARC J. BROWNER, D.C., individually and on behalf of all others similarly situated,<br>        Plaintiffs,<br>v.<br><br>ALLSTATE INDEMNITY COMPANY, BEECH STREET CORPORATION, and ADP INTEGRATED MEDICAL SOLUTIONS, INC.<br>        Defendants. | Case No. 00-7163 |

**BEECH STREET CORPORATION AND ADP INTEGRATED MEDICAL
SOLUTIONS, INC'S NOTICE OF JOINDER IN SUPERIOR INSURANCE
COMPANY'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S
AMENDED MOTION FOR CLASS CERTIFICATION OF CLAIMS
<u>AGAINST SUPERIOR INSURANCE COMPANY</u>**

    Beech Street Corporation ("Beech Street") and ADP Integrated Medical Solutions, Inc.

("ADP"), by and through their undersigned counsel, respectfully join in and adopt all the arguments



TEW CARDENAS REBAK KELLOGG LEHMAN DEMARIA TAGUE RAYMOND & LEVINE, L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

set forth in Superior Insurance Company's Memorandum of Law in Opposition to Plaintiff's Amended Motion for Class Certification of Claims Against Superior Insurance Company filed in the consolidated case *Zidel v. Allstate* on December 20, 2001 (D.E. 494).

Respectfully submitted,

TEW CARDENAS REBAK KELLOGG
LEHMAN DEMARIA TAGUE
RAYMOND & LEVINE L.L.P.
Co-Counsel for Defendants Beech Street Corp.
and ADP Integrated Medical Solutions, Inc.
2600 Miami Center
201 S. Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-536-1112
Facsimile: 305-536-1116

By: _____
JOHN M. QUARANTA
Florida Bar No. 940641
jmq@tewlaw.com
KENNETH D. MURENA
Florida Bar No. 147486
kdm@tewlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served via U.S. Mail this 28TH day of December, 2001 on all counsel listed on the attached Service List.

_____
Counsel

30662.002 ::ODMA\MHODMA\Miami;321490;1

2

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)

**Co-Counsel for Plaintiffs**
ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
Eric Lee, Esq.
Robin Corwin Campbell, Esq.
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301

**Co-Counsel for Plaintiffs**
GOLD & COULSON
Arthur S. Gold, Esq.
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603

**Co-Counsel for Plaintiffs**
PHILLIPS & GARCIA
Andrew Garcia, Esq.
Carlin Phillips, Esq.
13 Ventura Drive
North Darthmouth, MA 02747

**Co-Counsel for Plaintiffs**
KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
Bank of America Tower
One Financial Plaza, Suite 1611
Fort Lauderdale, FL 33394

**Co-Counsel for Plaintiffs**
Susan L. Lawson, Esq.
230 East Davis Boulevard
Tampa, FL 33606

**Co-Counsel for Plaintiffs**
RICHARD BOKOR, P.A.
Richard Bokor, Esq.
230 East Davis Boulevard
Tampa, FL 33606

**Co-Counsel for Plaintiffs**
Casey Fundaro, Esq.
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407

**Counsel for Allstate**
RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873

ROSS & HARDIES
Peter J. Valeta, Esq.
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601

**Counsel for Beech Street and ADP**
TEW, CARDENAS REBAK KELLOGG
LEHMAN DEMARIA TAGUE
RAYMOND & LEVINE, L.L.P.
Thomas Tew, Esquire
Joseph A. DeMaria, Esquire
John M. Quaranta, Esquire
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336

**Counsel for Progressive**
ANANIA, BANDKLAYDER, et al.
Francis Anania, Esquire
Donald A. Blackwell, Esquire
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131

**Counsel for CCN**
MCQUIRE, WOODS, et al.
William W. Deem, Esquire
William E. Adams, Esquire
Curt Caywood, Esquire
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, Florida 32202

**Counsel for Nationwide**
FOWLER, WHITE
Katherine C. Lake, Esquire
Bruce A. Aebel, Esquire
Post Office Box 1438
Tampa, FL 33601

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esquire
1601 Market Street, 34th Floor
Philadelphia, Pennsylvania 19103-2316

**Counsel for Florida Farm Bureau**
HOLLAND & KNIGHT, LLP
Gregory A. Baldwin, Esquire
Robert K. Levenson, Esquire
701 Brickell Avenue, Suite 3000
Miami, FL 33131

**Counsel for Liberty Mutual**
AKERMAN, SENTERFITT et al.
Mark Shapiro, Esquire
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, Florida 33131

**Counsel for Hartford, Metropolitan, Integon**
AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, Florida 33131

**Counsel for Prudential**
SHEA & GARDNER
John D. Aldock, Esquire
Richard M. Wyner, Esquire
Jeffrey M. Klein, Esquire
M. David Dobbins, Esquire
1800 Massachusetts Avenue, N.W.
Washington, District of Columbia 20036

BUTLER BURNETTE PAPPAS
Kathy Johnson Maus
Eric Zivitz
3520 Thomasville Road
Suite 102
Tallahassee, Florida 32308.3469

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esquire
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, Florida 33607

**Counsel for American International**
CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esquire
Brian P. Knight, Esquire
3440 Hollywood Boulevard, 2nd Floor
Hollywood, Florida 33021