UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly situated,

 Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

 Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

 Third-Party Defendant.

---

SALVATORE D. LARUSSO, D.C., d/b/a
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

 Plaintiffs,

v.

HARTFORD INSURANCE COMPANY OF
THE MIDWEST,

 Defendant.

CASE NO. 01-8111

---

### HARTFORD INSURANCE COMPANY OF
### THE MIDWEST'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

 Defendant Hartford Insurance Company of the Midwest ("Hartford"), pursuant to Federal Rule of Civil Procedure 6(b), moves for a one-week enlargement of time to submit a reply

MI737254;2

memorandum in support of its motion to compel arbitration. The reply currently is due on January 2, 2001. Hartford seeks an extension through Wednesday, January 9, 2002.

In support of its motion, Hartford states:

1. Salvatore Larusso ("Larusso") recently served his opposition to Hartford's motion to compel arbitration.

2. Due to the holidays and the press of other matters, Hartford seeks a one-week extension of time to serve its reply in support of its motion to compel arbitration.

3. Undersigned counsel has conferred with opposing counsel, and is authorized to represent to the Court that Larusso consents to Hartford's motion for a time extension.

Accordingly, Hartford asks that the Court grant it an enlargement of time through January 9, 2002.

                                              Respectfully submitted,

                                              Akerman, Senterfitt & Eidson, P.A.
                                              Counsel for Defendant
                                              SunTrust International Center, 28th Floor
                                              One Southeast Third Avenue
                                              Miami, Florida 33131-1704
                                              Phone: (305) 374-5600
                                              Fax: (305) 374-5095
                                              E-Mail: MAldrich@Akerman.com

                                              _____
                                              Marcy Levine Aldrich
                                               Fla. Bar No. 0968447
                                              George Volsky
                                               Fla. Bar No. 203092

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served, by U.S. Mail, on all persons on the attached Service List this 2nd day of January, 2002.



Marcy Levine Aldrich

MI737254;2