UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,
v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/



**CLASS PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION
TO CCN MANAGED CARE, INC.'S MOTION TO AMEND CASE
MANAGEMENT CALENDAR AND CONTINUE TRIAL DATE (D.E. #432)[1]**

Class Plaintiffs DR. PAUL ZIDEL and SALVATORE D. LARUSSO, D.C., on behalf of themselves and all others similarly situated ("Class Plaintiffs"), by their undersigned counsel, hereby submit their Memorandum of Law in Opposition to Defendant/Third-Party Defendant CCN MANAGED CARE, INC.'s ("CCN") Motion to Amend Case Management Calendar and Continue Trial Date ("Motion for Continuance"). For all the reasons set forth herein, Class Plaintiffs respectfully submit that CCN's Motion for Continuance should be denied in all respects.

## ARGUMENT

At a May 14, 2001 Status Conference, this Court advised the parties that these matters would be consolidated for discovery purposes and advised that the trial would be set in June, 2002. At the

---

[1] This Memorandum also opposes Liberty Mutual's, Beech Street's and ADP Integrated Medical Solutions, Inc.'s Notices of Joinder in CCN's Motion for Continuance and opposes all future Notices of Joinder in CCN's Motion for Continuance.


7090-00100 342469.1


ATLAS PEARLMAN
ATTORNEYS AT LAW

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

Status Conference, there were no objections to the June, 2002 trial date. Based on this Court's ruling on May 14, 2001 that all discovery stays were lifted, Class Plaintiffs began efforts to conduct discovery. Notwithstanding their efforts, the various Defendants, including CCN, refused to take part in discovery. On September 28, 2001, this Court entered its Amended Order Setting Trial Date and Discovery Schedule ("Trial Order"). On September 28, 2001, this Court entered its Omnibus Order denying the pending Motions to Dismiss and lifting all discovery stays ("Omnibus Order"). Thereafter, on October 3, 2001, CCN served its Motion to Compel Arbitration.

Subsequent to September 28, 2001, Class Plaintiffs have attempted to proceed with discovery. As this Court is aware, Class Plaintiffs' efforts to conduct discovery have been met with numerous motions to stay discovery, motions to stay merits discovery, motions for protective order, motions for reconsideration, and motions to compel arbitration. The various Defendants, including CCN, have failed to properly respond to written discovery,[2] have refused to allow depositions to proceed, have refused to attend depositions, and have refused to provide the mandatory disclosure requirements under Federal Rule of Civil Procedure 26.[3] Notwithstanding the foregoing, Class Plaintiffs have provided their Rule 26 Disclosures and have indicated their willingness to proceed with discovery; whether merits discovery or class discovery. If the Defendants had cooperated in taking part in discovery, an agreed confidentiality order would have been entered months ago, most of the necessary documents and information would have been disclosed under Rule 26, and most of

---

[2] Certain Defendants have responded to portions of the written discovery, but have refused to produce documents or fully respond to the discovery based on certain objections and claims that a confidentiality order must be entered before they respond.

[3] Certain Defendants have provided limited information as their purported Rule 26 Disclosures, but have objected to producing information until such time as a confidentiality order is entered and/or certain motions are resolved.

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

the necessary depositions could have been concluded by January 31, 2002. However, based on the Defendants' concerted refusal to conduct discovery, the Defendants have caused these proceedings to grind to a halt. Now, CCN seeks a continuance because it claims that the parties will be unable to complete discovery and otherwise comply with the deadlines set forth in the Trial Order.

These proceedings are not as complex as CCN would have this Court believe. The issue is whether the various Defendants illegally, improperly, and fraudulently utilized PPO reductions when paying healthcare providers' bills for services provided to injured insureds. As the various motions and responses have indicated, there are hundreds of cases pending in the Florida county courts in which the various Defendants have routinely litigated these issues. In addition, class certification will not complicate these proceedings. The Defendants have in their possession documents which demonstrate the amount of the PPO reductions taken on bills submitted by the healthcare providers that will make up the class. Once liability is established, the amount of the damages will be easily discerned from the Defendants' own records. Thus, these proceedings are not as complicated as CCN would have this Court believe.

Quite simply, the Defendants' actions have caused the delays in these proceedings which provide the basis for CCN's Motion for Continuance. Notwithstanding the various pending motions, if the Defendants had cooperated in taking part in discovery, the concerns raised in CCN's Motion for Continuance would not be present. The Defendants should be ordered to immediately respond to all outstanding discovery, produce all documents requested, fully comply with Rule 26, and take part in deposition discovery. Class Plaintiffs submit that if the Defendants comply with their discovery requirements, a continuance will not be necessary.

7090-00100 342469.1

3



CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

## CONCLUSION

For all the reasons set forth herein, Class Plaintiffs DR. PAUL ZIDEL and SALVATORE D. LARUSSO, D.C., on behalf of themselves and all others similarly situated, respectfully request that this Court enter an Order denying Defendant/Third-Party Defendant CCN MANAGED CARE, INC.'s Motion to Amend Case Management Calendar and Continue Trial Date, together with such other and further relief as this Court may deem just and proper.

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7600 Facsimile

By: _____
JAN DOUGLAS ATLAS
Florida Bar No. 226246

By: _____
ERIC LEE
Florida Bar No. 961299

By: _____
ROBIN CORWIN CAMPBELL
Florida Bar No. 327931



CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 2510
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 28th day of December, 2001 upon: all individuals on the attached service list.

ERIC LEE


ATLAS PEARLMAN
ATTORNEYS AT LAW

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/26/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:
Allstate, Fidelity and Casualty,
Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile


7090-00100 318823.1



**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

7090-00100 318823.1

ATLAS PEARLMAN
ATTORNEYS AT LAW