UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,
v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/



**CLASS PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION
TO CCN MANAGED CARE, INC.'S MOTION TO RECONSIDER
ORDER OF CONSOLIDATION (D.E. #491)**

    Class Plaintiffs DR. PAUL ZIDEL and SALVATORE D. LARUSSO, D.C., on behalf of themselves and all others similarly situated ("Class Plaintiffs"), by their undersigned counsel, hereby submit their Memorandum of Law in Opposition to Defendant/Third-Party Defendant CCN MANAGED CARE, INC.'s ("CCN") Motion to Reconsider Order of Consolidation ("Motion to Reconsider"). For all the reasons set forth herein, Class Plaintiffs respectfully submit that CCN's Motion to Reconsider should be denied in all respects.

## ARGUMENT

    In February, 2001, Class Plaintiffs filed their Motion to Consolidate the Pending PPO reduction class actions. At the time, CCN and the other Defendants opposed consolidation. On May 14, 2001, this Court held oral argument on the consolidation issue. After hearing argument, this Court ruled that the matters would be consolidated for discovery purposes. Subsequently, on

7090-00100 342665.1



September 28, 2001, this Court entered its Omnibus Order ("Omnibus Order") which consolidated the pending PPO reduction class actions. Now, over six months after consolidation was fully briefed, argued, and ruled upon by this Court, CCN asks this Court to reconsider its ruling.

The common issues of law and fact in all of these cases is whether the Defendant automobile insurance companies are guilty of stealing healthcare providers' preferred provider discounts to which they are not entitled. The language of the individual contracts is irrelevant to this illegal conduct. The common theme throughout these actions is that the Defendant insurance companies utilized reduced rates based on purported agreements with preferred provider organizations such as CCN. The common issue of whether Section 627.736(10), Florida Statutes, permits such conduct is present in each of the 15 pending PPO reduction class actions.

As to confidentiality concerns, as this Court addressed at the May 14, 2001 Status Conference and in the Omnibus Order, confidentiality concerns can be addressed by way of a protective order. Such a protective order will provide parties with the ability to designate which materials are confidential and which materials can be utilized only in this litigation. Despite the ruling in the Omnibus Order that a protective order could be entered to protect confidentiality concerns, the various Defendants have refused to negotiate or agree to the terms of a protective order. However, CCN has filed a motion for the entry of a protective order which the Class Plaintiffs have approved and agreed to. Accordingly, issues regarding confidentiality will be addressed by way of a protective order.

As to issues regarding convenience for the parties and witnesses, it is hard to imagine how CCN can oppose consolidation when it stands to benefit greatly by consolidation. As CCN



CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

acknowledges, it is a defendant in two cases and will be a witness in a number of other cases. Similarly, Beech Street Corporation is a defendant in one action and will be a witness in a number of other actions since a number of insurance companies utilized the Beech Street PPO to take PPO reductions. In these consolidated proceedings, the CCN representatives and witnesses will be deposed once. If the actions are not consolidated, the CCN representatives and witnesses will be deposed in each of the class actions in which they are parties and/or witnesses. The same is true for Beech Street Corporation and its representatives. Assuming that there are only five corporate representatives/employee witnesses for CCN, if these actions are no longer consolidated, those five depositions would need to be taken in as many as seven cases, causing CCN's counsel and Class Plaintiffs' counsel to attend 35 depositions as opposed to merely 5 if the case remains consolidated. The same analysis applies in the cases where a class plaintiff is the plaintiff in a number of cases. Finally, as to expert witnesses, rather than have Class Plaintiffs' expert witnesses deposed on 15 separate occasions, a single deposition at which all Defendants are present would clearly be more economical.

The same analysis holds true for written discovery. If the cases are not consolidated, CCN would need to respond to numerous document requests and/or subpoenas. Class Plaintiffs have already served written discovery, in the consolidated proceedings, on all the Defendants. When the Defendants ultimately respond to the written discovery, all Defendants will have the benefit of the responses and documents produced. Finally, orders relating to discovery in these consolidated proceedings will apply to all Defendants. If orders have to be entered in 15 separate actions, it will create additional judicial burdens. The only thing that has changed since the entry of the Omnibus



CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

Order is that the various Defendants have filed a flurry of motions designed to delay these proceedings. For example, if CCN was truly concerned about the consolidation issue and the June, 2002 trial date, it should have filed its Motion to Reconsider and its Motion for Continuance shortly after this Court ruled on May 14, 2001 that these matters would be consolidated and set for trial in June, 2002. Instead, CCN waited until more than six months after the Status Conference and almost three months after the Omnibus Order. CCN's Motion to Reconsider should be denied and these consolidated proceedings should move forward to trial in June, 2002.

## CONCLUSION

For all the reasons set forth herein, Class Plaintiffs DR. PAUL ZIDEL and SALVATORE D. LARUSSO, D.C., on behalf of themselves and all others similarly situated, respectfully request that this Court enter an Order denying Defendant/Third-Party Defendant CCN MANAGED CARE, INC.'s Motion to Reconsider Order of Consolidation, together with such other and further relief as this Court may deem just and proper.

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7600 Facsimile

By: _____
JAN DOUGLAS ATLAS
Florida Bar No. 226246

By: _____
ERIC LEE
Florida Bar No. 961299

7090-00100 342665.1

4

ATLAS PEARLMAN
ATTORNEYS AT LAW

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

By: /s/ Robin Corwin Campbell
ROBIN CORWIN CAMPBELL
Florida Bar No. 327931

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 2510
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 28th day of December, 2001 upon: all individuals on the attached service list.

_____
ERIC LEE

7090-00100 342665.1                           5


ATLAS PEARLMAN
ATTORNEYS AT LAW

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/26/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

7090-00100 318823.1



**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile


**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile