UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

THE CHIROPRACTIC CENTRE, INC.,    01-6782
On behalf of itself and all others
similarly situated,

    Plaintiff,

vs.

SUPERIOR INSURANCE COMPANY,

    Defendant.
_____/



### PLAINTIFF'S MOTION TO COMPEL SUPERIOR INSURANCE COMPANY TO ATTEND DEPOSITIONS

PLEASE TAKE NOTICE that Plaintiff THE CHIROPRACTIC CENTRE, INC. on behalf of itself and all others similarly situated ("TCCI"), by its undersigned counsel, shall move this Court for the entry of an Order compelling Defendant SUPERIOR INSURANCE COMPANY ("SUPERIOR") to attend a deposition.[1] For all the reasons set forth herein, TCCI respectfully submits that SUPERIOR should be compelled to attend its deposition.

---

[1] Counsel certifies that a good faith effort was made to resolve these issues before this Motion was filed.

7090-00100 342696.1




ATLAS PEARLMAN
ATTORNEYS AT LAW

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

## **ARGUMENT**

On October 23, 2001, TCCI and the other Class Plaintiffs served a Notice of Taking Corporate Depositions on SUPERIOR. TCCI scheduled the corporate representative deposition of SUPERIOR to take place on December 20, 2001, at a court reporter's office in Tampa, Florida which is SUPERIOR's principal place of business. SUPERIOR filed a Motion for Protective Order (D.E. #393). This Court did not grant the Motion for Protective Order prior to December 20, 2001. Counsel for TCCI attempted to proceed with the deposition as scheduled. Counsel for SUPERIOR advised by e-mail that SUPERIOR would appear for the deposition, but would immediately adjourn the deposition due to the pending motions. Rather than have counsel travel to Tampa for a deposition that would be adjourned, counsel agreed that the deposition would not go forward, but the parties would agree that the deposition would have been attended and adjourned.

As this Court is aware, the Class Plaintiffs' attempts at proceeding with discovery in this consolidated action have been met with nothing but utter contempt by the Defendants, including SUPERIOR. In response to the Class Plaintiffs' discovery efforts, the various Defendants have filed motions seeking clarification, reaffirmation, reconsideration, to stay all proceedings, to stay all discovery, to stay merits discovery, and in the instance of the December 20 deposition, a Motion for Protective Order. Prior to serving the deposition notices, class counsel attempted to coordinate with SUPERIOR and the other Defendants in choosing acceptable dates for the depositions. SUPERIOR initially did not cooperate, but then agreed to schedule the deposition on December 20, 2001.

There is no basis to permit SUPERIOR to avoid discovery. This Court specifically lifted the discovery stays at the status conference on May 14, 2001 and in the September 28, 2001 Omnibus

7090-00100 342696.1

2



CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

Order. Yet, rather than cooperate to resolve the discovery issues, SUPERIOR initially did not provide dates for depositions and then agreed to schedule the deposition on December 20, 2001. SUPERIOR's conduct in agreeing to appear at the December 20, 2001 deposition only to adjourn the deposition, in the absence of a protective order, is clearly inappropriate.

The absence of resolution on a motion for protective order does not eliminate the duty to appear at a deposition. The Local Rules of this Court specifically condemn SUPERIOR's conduct. Appendix A, Section VI(B) provides:

> In addition to the procedures and guidelines governing the filing of motions for a protective order, counsel should be aware that the mere filing of a motion for a protective order does not, absent an order of the Court granting the motion, excuse the moving party from complying with the discovery requested or scheduled. For example, <u>a motion for protective order will not prevent a deposition from occurring; only a court order granting the motion will accomplish this</u>.

(emphasis added).

The Omnibus Order specifically lifted all discovery stays. This Court's September 28, 2001 Trial Order specifically orders that discovery will not be stayed. SUPERIOR's refusal to allow the scheduled deposition to proceed clearly violates the Federal Rules of Civil Procedure, this Court's Local Rules, the Omnibus Order and this Court's Trial Order. SUPERIOR has unilaterally and indefinitely postponed the deposition without any authority from the Court and in disregard for this Court's Orders specifically indicating that discovery would not be stayed.

## CONCLUSION

For all the reasons set forth herein, Plaintiff THE CHIROPRACTIC CENTRE, INC., on behalf of itself and all others similarly situated, respectfully requests that this Court enter an Order compelling Defendant SUPERIOR INSURANCE COMPANY to attend the previously scheduled

7090-00100 342696.1

3


ATLAS PEARLMAN
ATTORNEYS AT LAW

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

deposition, awarding attorneys' fees and costs incurred in filing this Motion, and awarding such other and further relief as this Court may deem just and proper.

    Respectfully submitted,

    ATLAS PEARLMAN, P.A.
    Co-Counsel for Class Plaintiffs
    350 East Las Olas Boulevard, Suite 1700
    Fort Lauderdale, FL 33301
    (954) 763-1200
    (954) 766-7800 Facsimile

    By: _____
    JAN DOUGLAS ATLAS
    Florida Bar No. 226246

    By: _____
    ERIC LEE
    Florida Bar No. 961299

    By: _____
    ROBIN CORWIN CAMPBELL
    Florida Bar No. 327931

<u>Co-Counsel for Class Plaintiffs</u>

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile



CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 3rd day of January, 2002 upon: all individuals on the attached service list.

_____
ERIC LEE



## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/26/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:
Allstate, Fidelity and Casualty,
Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS,et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL  32202
(904) 798-3200
(904) 798-3207 Facsimile


7090-00100 318823.1



**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile


7090-00100 318823.1


ATLAS PEARLMAN