UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

    Third-Party Defendant.
_____



FILED by ___ D.C.

JAN - 4 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

KEITH BRICKELL, D.C., individually          00-6649
and on behalf of himself and others
similarly situated,

    Plaintiffs,

v.

PROGRESSIVE EXPRESS INSURANCE COMPANY,
PROGRESSIVE CONSUMERS INSURANCE COMPANY,
PROGRESSIVE BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

    Defendants.
_____

```
MARC J. BROWNER, D.C., individually                  00-7163
and on behalf of himself and others
similarly situated,

        Plaintiffs,

v.

ALLSTATE INDEMNITY COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

        Defendants.
_____

SALVATORE D. LARUSSO, D.C., d/b/a                    00-7692
Family Chiropractic Center, on behalf
of himself and others similarly situated,

        Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE and
COMMUNITY CARE NETWORK, INC.,

        Defendants.
_____

ULTRA OPEN MRI CORPORATION, on behalf                01-6776
of itself and others similarly situated,

        Plaintiffs,

v.

PROGRESSIVE AMERICAN INSURANCE COMPANY,

        Defendant.
_____
```

```
ULTRA OPEN MRI CORPORATION, on behalf                    01-6777
of itself and others similarly situated,

        Plaintiffs,
v.

DEERBROOK INSURANCE COMPANY,

        Defendant.
_____

ULTRA OPEN MRI CORPORATION, on behalf                    01-6778
of itself and others similarly situated,

        Plaintiffs,
v.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

        Defendant.
_____

ULTRA OPEN MRI CORPORATION, on behalf                    01-6779
of itself and others similarly situated,

        Plaintiffs,
v.

FIDELITY AND CASUALTY COMPANY OF NEW YORK and
THE CONTINENTAL INSURANCE COMPANY,

        Defendants.
_____

ULTRA OPEN MRI CORPORATION, on behalf                    01-6780
of itself and others similarly situated,

        Plaintiffs,
v.

INTEGON NATIONAL INSURANCE COMPANY and
INTEGON GENERAL INSURANCE COMPANY,

        Defendants.
_____
```

```
CHIROPRACTIC CENTRE, INC., on behalf              01-6782
of itself and others similarly situated,

        Plaintiffs,
v.

SUPERIOR INSURANCE COMPANY,

        Defendants.
_____

CHIROPRACTIC CENTRE, INC., on behalf              01-6783
of itself and others similarly situated,

        Plaintiffs,
v.

METROPOLITAN CASUALTY INSURANCE COMPANY,

        Defendant.
_____

SALVATORE D. LARUSSO, D.C., d/b/a                 01-8108
Family Chiropractic Center, on behalf
of himself and others similarly situated,

        Plaintiffs,

v.
NATIONWIDE INSURANCE COMPANY OF AMERICA,

        Defendant.
_____

SALVATORE D. LARUSSO, D.C., d/b/a                 01-8110
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

        Plaintiffs,

v.

FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY,

        Defendant.
_____
```

```
SALVATORE D. LARUSSO, D.C., d/b/a                        01-8111
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

        Plaintiffs,

v.
HARTFORD INSURANCE COMPANY OF THE MIDWEST,

        Defendant.
_____

MOTE WELLNESS and REHAB, INC., on behalf                 01-8549
of itself and others similarly situated,

        Plaintiffs,

v.

AMERICAN INTERNATIONAL INSURANCE COMPANY, and
AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,

        Defendants.
_____
```

### O R D E R

THIS CAUSE is before the Court on counsel Lawrence Kopelman's Application to be Admitted Pro Hac Vice (DE 35). Therefore, it is hereby

ORDERED that Lawrence Kopelman, Esquire, pay the filing fee of $75.00 in each of the cases noted above, on or before January 15, 2002, with the exception of Case No. 00-6061.

DONE AND ORDERED at Fort Lauderdale, Florida, this _____ day of January, 2002.

                                    _____
                                    LURANA S. SNOW
                                    UNITED STATES MAGISTRATE JUDGE

Copies to:

Lawrence Kopelman, Esq.