# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

DR. PAUL ZIDEL, on behalf of himself ans
all others similarly situated,

    Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY, and
COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

    Defendants.

_____/

Case No. 00-6061-CIV-FERGUSON

FILED by _____ D.C.

JAN 7 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

KEITH BRICKELL, D.C., individually and on
behalf of all others similarly situated,

    Plaintiffs,

vs.

PROGRESSIVE EXPRESS INSURANCE
COMPANY, PROGRESSIVE CONSUMERS
INSURANCE COMPANY, PROGRESSIVE
BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL
SOLUTIONS, INC.,

    Defendants.

_____/

Case No. 00-6649-CIV-FERGUSON



MARC J. BROWNER, D.C., individually and on behalf of all others similarly situated,

  Plaintiffs,

vs.

ALLSTATE INDEMNITY COMPANY, BEECH STREET CORPORATION, and ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

  Defendants.

Case No. 00-7163-CIV-FERGUSON

_____/

SALVATORE D. LARUSSO, D.C. d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of himself and all others similarly situated,

  Plaintiffs,

vs.

LIBERTY MUTUAL INSURANCE COMPANY and COMMUNITY CARE NETWORK, INC.,

  Defendants.

Case No. 00-7692-CIV-FERGUSON

_____/

ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated,

       Plaintiffs,

vs.

PROGRESSIVE AMERICAN INSURANCE COMPANY,

       Defendant.

_____/

Case No. 01-6776-CIV-FERGUSON

ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated,

       Plaintiffs,

vs.

DEERBROOK INSURANCE COMPANY,

       Defendant.

_____/

Case No. 01-6777-CIV-FERGUSON

ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated,

       Plaintiffs,

vs.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

       Defendant.

_____/

Case No. 01-6778-CIV-FERGUSON

ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated,

      Plaintiffs,

vs.

FIDELITY AND CASUALTY COMPANY OF NEW YORK and THE CONTINENTAL INSURANCE COMPANY,

      Defendants.

_____/

Case No. 01-6779-CIV-FERGUSON


ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated,

      Plaintiffs,

vs.

INTEGON NATIONAL INSURANCE COMPANY and INTEGON GENERAL INSURANCE COMPANY,

      Defendants.

_____/

Case No. 01-6780-CIV-FERGUSON


THE CHIROPRACTIC CENTRE, INC., on behalf of itself and all others similarly situated,

      Plaintiffs,

vs.

SUPERIOR INSURANCE COMPANY,

      Defendant.

_____/

Case No. 01-6782-CIV-FERGUSON

THE CHIROPRACTIC CENTRE, INC., on behalf of itself and all others similarly situated,

   Plaintiffs,

vs.

METROPOLITAN CASUALTY INSURANCE COMPANY,

   Defendant.

_____/

Case No. 01-6783-CIV-FERGUSON


SALVATORE D. LARUSSO, D.C. d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of himself and all others similarly situated,

   Plaintiffs,

vs.

NATIONWIDE INSURANCE COMPANY OF AMERICA,

   Defendant.

_____/

Case No. 01-8108-CIV-FERGUSON

SALVATORE LARUSSO D.C. d/b/a
FAMILY CHIROPRACTIC CENTER, on
behalf of himself and all others similarly
situated,

      Plaintiffs,

vs.

FLORIDA FARM BUREAU CASUALTY
INSURANCE COMPANY,

      Defendant.

_____/

Case No. 01-8110-CIV-FERGUSON

SALVATORE D. LARUSSO, D.C. d/b/a
FAMILY CHIROPRACTIC CENTER, on
behalf of himself and all others similarly
situated,

      Plaintiffs,

vs.

ITT HARTFORD LIFE AND ANNUITY
INSURANCE COMPANY,

      Defendant.

_____/

Case No. 01-8111-CIV-FERGUSON

MOTE WELLNESS & REHAB, INC., on
behalf of itself and all others similarly
situated,

      Plaintiffs,

vs.

AMERICAN INTERNATIONAL
INSURANCE COMPANY and AMERICAN
INTERNATIONAL SOUTH INSURANCE
COMPANY,

      Defendants.
_____/

Case No. 01-8549-CIV-FERGUSON

## NOTICE OF STATUS CONFERENCE

**THIS CAUSE** is before the Court *sua sponte*.

**PLEASE TAKE NOTICE** that this matter has been set for a status conference before the

undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207A, Ft.**

**Lauderdale, Florida 33301, on January 25, 2002, at 2:00 p.m.** Thirty minutes have been reserved

for this matter.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this ___ day of

January, 2002.

      WILKIE D. FERGUSON, JR.
      UNITED STATES DISTRICT JUDGE

copies provided:
Lurana Snow, United States Magistrate Judge
William Deem, Esq.
Eric Lee, Esq.
Arthur Gold, Esq.
Andrew Garcia, Esq.
Larry Kopelman, Esq.
Susan Lawson, Esq.
Richard Bokor, Esq.

Casey Fundaro, Esq.
David Shelton, Esq.
Peter Valeta, Esq.
Thomas Tew, Esq.
Francis Anania, Esq.
Katherine Lake, Esq.
James Haggerty, Esq.
Gregory Baldwin, Esq.
Mark Shapiro, Esq.
Marcy Aldrich, Esq.
John Aldock, Esq.
Kathy Johnson, Esq.
Alan Nisburg, Esq.
Dale Friedman, Esq.