```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
         CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW
```

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

    Third-Party Defendant.
_____/



KEITH BRICKELL, D.C., individually         00-6649
and on behalf of himself and others
similarly situated,

    Plaintiffs,

v.

PROGRESSIVE EXPRESS INSURANCE COMPANY,
PROGRESSIVE CONSUMERS INSURANCE COMPANY,
PROGRESSIVE BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

    Defendants.
_____/

MARC J. BROWNER, D.C., individually        00-7163
and on behalf of himself and others
similarly situated,

    Plaintiffs,

v.

ALLSTATE INDEMNITY COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

    Defendants.
_____/



```
SALVATORE D. LARUSSO, D.C., d/b/a                           00-7692
Family Chiropractic Center, on behalf
of himself and others similarly situated,

     Plaintiffs,

v.
LIBERTY MUTUAL INSURANCE and
COMMUNITY CARE NETWORK, INC.,

     Defendants.
_____/

ULTRA OPEN MRI CORPORATION, on behalf                       01-6776
of itself and others similarly situated,

     Plaintiffs,

v.

PROGRESSIVE AMERICAN INSURANCE COMPANY,

     Defendant.
_____/

ULTRA OPEN MRI CORPORATION, on behalf
of itself and others similarly situated,                    01-6777

     Plaintiffs,
v.

DEERBROOK INSURANCE COMPANY,

     Defendant.
_____/

ULTRA OPEN MRI CORPORATION, on behalf                       01-6778
of itself and others similarly situated,

     Plaintiffs,
v.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

     Defendant.
_____/
```

```
ULTRA OPEN MRI CORPORATION, on behalf                        01-6779
of itself and others similarly situated,

      Plaintiffs,
v.

FIDELITY AND CASUALTY COMPANY OF NEW YORK and
THE CONTINENTAL INSURANCE COMPANY,

      Defendants.
_____/

ULTRA OPEN MRI CORPORATION, on behalf                        01-6780
of itself and others similarly situated,

      Plaintiffs,
v.

INTEGON NATIONAL INSURANCE COMPANY and
INTEGON GENERAL INSURANCE COMPANY,

      Defendants.
_____/

CHIROPRACTIC CENTRE, INC., on behalf                         01-6782
of itself and others similarly situated,

      Plaintiffs,
v.

SUPERIOR INSURANCE COMPANY,

      Defendants.
_____/

CHIROPRACTIC CENTRE, INC., on behalf                         01-6783
of itself and others similarly situated,

      Plaintiffs,
v.

METROPOLITAN CASUALTY INSURANCE COMPANY,

      Defendant.
_____/
```

```
SALVATORE D. LARUSSO, D.C., d/b/a                              01-8108
Family Chiropractic Center, on behalf
of himself and others similarly situated,

     Plaintiffs,

v.
NATIONWIDE INSURANCE COMPANY OF AMERICA,

     Defendant.
_____/

SALVATORE D. LARUSSO, D.C., d/b/a                              01-8110
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

     Plaintiffs,

v.

FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY,

     Defendant.
_____/

SALVATORE D. LARUSSO, D.C., d/b/a                              01-8111
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

     Plaintiffs,

v.
HARTFORD INSURANCE COMPANY OF THE MIDWEST,

     Defendant.
_____/
```

MOTE WELLNESS and REHAB, INC., on behalf            01-8549
of itself and others similarly situated,

    Plaintiffs,

v.

AMERICAN INTERNATIONAL INSURANCE COMPANY, and
AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,

    Defendants.
_____/

### ORDER

    THIS CAUSE is before the Court on various unopposed motions for extensions of time, which were referred to United States Magistrate Judge Lurana S. Snow. With the Court being fully advised it is hereby

    ORDERED AND ADJUDGED as follows:

    1.   Progressive's Unopposed Motion for Enlargement of Time to Answer [01-6776] Complaint (filed October 22, 2001) is GRANTED.

    2.   The Progressive Defendants' Unopposed Motion for Enlargement of Time to Answer [00-6649] Complaint (Docket Entry 259) is GRANTED. The Answer filed November 9, 2001, is deemed timely.

    3.   Progressive's Unopposed Motion for Enlargement of Time to Answer [01-6776] Complaint (Docket Entry 282) is GRANTED. The Answer filed November 9, 2001, is deemed timely.

4. CCN's Unopposed Motion for Extension of Time [until November 8, 2001] to Serve Reply Brief [as to 00-6061 arbitration] (Docket Entry 283) is GRANTED.

5. The [00-6649] Plaintiff's Third Unopposed Motion for Enlargement of Time to Serve Response to Non-Party Corvel Corporation's Motion to Quash is DENIED AS MOOT, since the motion to quash was withdrawn.

6. The Progressive Defendants' Unopposed Motion for Enlargement of Time [until December 5, 2001] to Respond to [00-6649] Interrogatories and Request for Production (Docket 291) is GRANTED.

7. Defendant, Superior Insurance Company's Unopposed Motion for Extension of Time [until November 7, 2001] to Respond to [01-6782] Interrogatories and Request to Produce (Docket Entry 293) is GRANTED.

8. Plaintiff's Unopposed Motion for Enlargement of Time [until November 21, 2001] to Serve Memorandum of Law in Opposition to Nationwide's [01-8108] Motion to Compel Arbitration (Docket Entry 300) is GRANTED.

9. Integon's Unopposed Motion for an Enlargement of Time [until November 27, 2001, to serve a reply in support of the motion to compel 01-6780 arbitration] (Docket Entry 302) is GRANTED.

10. Metropolitan Casualty Insurance Company's Unopposed Motion for an Enlargement of Time [until November 27, 2001, to

serve a reply in support of its motion to compel 01-6783] arbitration] (Docket Entry 303) is GRANTED.

11. Hartford Insurance Company of the Midwest's Unopposed Motion for an Enlargement of Time [until November 27, 2001, to file a reply in support of its motion to dismiss the 01-8111 complaint] (Docket Entry 304) is GRANTED.

12. Progressive's Unopposed Motion for Enlargement of Time [until December 5, 2001] to Respond to [01-6776] Interrogatories and Request for Production (Docket Entry 306) is GRANTED.

13. Superior's Motion for Enlargement of Time [until November 27, 2001] to File Reply in Support of Superior's motion to Stay [01-6782] Discovery and Superior's Motion to Dismiss (Docket Entry 329) is GRANTED.

14. Defendant's Agreed Motion for Extension of Time [until December 7, 2001] to Serve Its Reply in Support of Motion to Dismiss [01-8110] Complaint (Docket Entry 349) is GRANTED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 2nd day of January ~~December~~ 2002.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to: Attached Consolidated Service List

SERVICE LIST                          Page 1 of 4

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

**Paul Zidel, et al. v. Allstate Insurance Company v. Community Care**

Eric Lee, Esq. (P)                                           00-6061
Douglas Blankman, Esq. (P and Local for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
David Shelton, Esq. (D and Third-Party Plaintiff Allstate)
William Deem, Esq. (Third-Party Defendant Comunity Care)

---

**Keith Brickell, D.C., et al. v. Progressive Express, et al.** 00-6649

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Gold and Phillips)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Carlin Phillips, Esq. (P)
Francis Anania, Esq. (D - Progressive Express
                          Progressive Consumers
                          Progressive Bayside)

William Xanttopoulos, Esq. (D - Beech Street Corp. and ADP)
Cornelius Tew, Jr., Esq. (D - Beech Street Corp. and ADP)

---

**Mark Broner, D.C., et al. v. Allstate Indemnity, et al.**   00-7163

Eric Lee, Esq. (P)
Douglas Blankman, Esq. (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
David Shelton, Esq. (D - Allstate)
Cornelius Tew, Jr., Esq. (D - Beech Street Corp. and ADP)

---

**Salvatore Larusso, D.C., et al. v. Liberty Mutual, et al.**   00-7692

Eric Lee, Esq. (P)
Douglas Blankman, Esq. (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Nina Kole Brown, Esq. (D - Liberty)
William Deem, Esq. (D - Community Care)

**SERVICE LIST**                                                Page 2 of 4

**Ultra Open MRI Corp., et al. v. Progressive American**                01-6776

Eric Lee, Esq. (P)
Douglas Blankman, Esq. (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Francis Anania, Esq. (D)

---

**Ultra Open MRI Corp., et. al. v. Deerbrook Insurance**                01-6777

Eric Lee, Esq. (P)
Douglas Blankman, Esq (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
David Shelton, Esq. (D)

---

**Ultra Open MRI Corp., et al. v. Prudential Property**                 01-6778

Eric Lee, Esq. (P)
Douglas Blankman, Esq. (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Lauren Levy, Esq. (D)
Kathleen Maus, Esq. (D and Local Counsel for Aldock, Klein
                                        Wyner and Isenman)
John Aldock, Esq. (D)
Jeffrey Klein, Esq. (D)
Richard Wyner, Esq. (D)
Michael Isenman, Esq. (D)

---

**Ultra Open MRI Corp., et al. v. Fidelity, et al.**                    01-6779

Eric Lee, Esq. (P)
Douglas Blankman, Esq. (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
David Shelton, Esq. (D)

---

**Ultra Open MRI Corp., et al. v. Integon, et al.**                     01-6780

Eric Lee, Esq. (P)
Douglas Blankman, Esq. (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Marcy Aldrich, Esq. (D)

<u>**SERVICE LIST**</u>                                          Page 3 of 4

### <u>Chiropractic Centre, Inc. v. Superior Insurance</u>                01-6782

Eric Lee, Esq. (P)
Douglas Blankman, Esq. (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Alan Nisberg, Esq. (D)

---

### <u>Chiropractic Centre, Inc. v. Metropolitan Casualty</u>              01-6783

Eric Lee, Esq. (P)
Douglas Blankman, Esq. (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Marcy Aldrich, Esq. (D and Local Counsel for Lennard)
Jeffrey Lennard, Esq. (D)

---

### <u>Salvatore D. LaRusso, D.C., et al. v. Nationwide</u>                01-8108

Eric Lee, Esq. (P)
Doug Blankman, Esq. (Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Katherine Lake, Esq. (D and Local Counsel for Haggerty)
James Haggerty, Esq. (D)

---

### <u>Salvatore D. LaRusso, D.C. et al. v. Florida Farm Bureau</u>       01-8110

Eric Lee, Esq. (P)
Doug Blankman, Esq. (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq.
Arthur Gold, Esq. (P)
Gregory Baldwin, Esq. (D)

---

### <u>Salvatoare D. LaRusso, D.C. et al., v. Hartford</u>                01-8111

Eric Lee, Esq. (P)
Doug Blankman, Esq. (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Marcy Aldrich, Esq. (D and Local Counsel for Roin)
Howard Roin, Esq. (D)

---

**SERVICE LIST**  Page 4 of 4

**Mote Wellness and Rehab, Inc., et al. v. American, et al.**   01-8549

Eric Lee, Esq. (P)
Doug Blankman, Esq. (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Dale Friedman, Esq. (D)