UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/



## NOTICE OF SUPPLEMENTAL AUTHORITY

PLEASE TAKE NOTICE that the Class Plaintiffs, on behalf of themselves and all others similarly situated, by their undersigned counsel, hereby notify this Court of supplemental authority in opposition to the pending Motion to Dismiss. On December 17, 2001, in <u>Fishman and Stashak, M.D., P.A., v. Progressive Bayside Insurance Company</u>, Case No. 01-11048 COCE 5 and <u>Fishman and Stashak, M.D., P.A. v. Progressive Bayside Insurance Company</u>, Case No. 01-12275 COCE 54 in the County Court in and for Broward County, Florida, the Court granted summary judgment in an action relating to PPO reductions in violation of Section 627.736(10), Florida Statutes. A true and correct copy of the decisions are attached hereto as Exhibit "1" and "2."



7090-00100 343643.1


ATLAS PEARLMAN

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
ERIC LEE
Florida Bar No. 961299

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 2510
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

7090-00100 343643.1

2



CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 9th day of January, 2002 upon: all individuals on the attached service list.

_____
ERIC LEE


ATLAS PEARLMAN
ATTORNEYS AT LAW

IN THE COUNTY COURT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 01-11048 COCE 54

FISHMAN AND STASHAK, M.D.'S, P.A. d/b/a
GOLD COAST ORTHOPEDICS also d/b/a
GOLD COAST ORTHOPEDICS AND REHABILITATION
(Thomas LeGore)
        Plaintiff

V.

PROGRESSIVE BAYSIDE INSURANCE COMPANY
        Defendant.
_____/

## ORDER ON PLAINTIFF'S MOTION FOR
## SUMMARY JUDGMENT AS TO COUNT I OF THE COMPLAINT

THIS CAUSE having come on to be heard on December 4, 2001 on Plaintiff's Motion for Summary Judgment and the Court having reviewed the Motion and being otherwise advised in the Premises, it is hereupon,

ORDERED AND ADJUDGED that the Plaintiff's Motion for Summary Judgment as to Count I for Declaratory Relief is hereby granted and this Court finds that this Motion presents a pure legal question for the Court to consider and issue its ruling. This Court rules in favor of the Plaintiff and finds as a matter of law, that the provisions of Section 627.736 (10), Florida Statutes, provide the exclusive means by which an insurance company can contract to pay Preferred Provider rates (PPO rates) on Florida personal injury protection (PIP) automobile coverage. As a result of Defendant's failure to comply with the requirements of F.S. 627.736(10), Plaintiff is not a Preferred Provider as defined by that statute. Therefore the Defendant must pay the required benefits pursuant to F.S. 627.736 (1), and it cannot rely on Plaintiff's contract with Beech Street Corporation as an independent basis for paying the bills at PPO rates.

Exhibit "1"

CASE NO: 01-11048 COCE 54

The court reserves jurisdiction for awarding reasonable attorney's fees and costs.

DONE AND ORDERED, in Chambers Fort Lauderdale, Broward County, Florida, this _____ day of DEC 17 2001 _____, 2001.

ZEBEDEE W. WRIGHT
JUDGE OF THE COUNTY COURT
A TRUE COPY

cc: Laura M. Watson, Esq.
John J. Murphy, Esq.

G:\WPFILES\SUITS\LEGORE.TOM\ORDER.MSJ

IN THE COUNTY COURT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 01-12275 COCE 54

FISHMAN AND STASHAK, M.D.'S, P.A. d/b/a
GOLD COAST ORTHOPEDICS also d/b/a
GOLD COAST ORTHOPEDICS AND REHABILITATION
(Gladys Morales)
        Plaintiff

V.

PROGRESSIVE BAYSIDE INSURANCE COMPANY
        Defendant.
_____/

### ORDER ON PLAINTIFF'S MOTION FOR
### SUMMARY JUDGMENT AS TO COUNT I OF THE COMPLAINT

THIS CAUSE having come on to be heard on December 4, 2001 on Plaintiff's Motion for Summary Judgment and the Court having reviewed the Motion and being otherwise advised in the Premises, it is hereupon,

ORDERED AND ADJUDGED that the Plaintiff's Motion for Summary Judgment as to Count I for Declaratory Relief is hereby granted and this Court finds that this Motion presents a pure legal question for the Court to consider and issue its ruling. This Court rules in favor of the Plaintiff and finds as a matter of law, that the provisions of Section 627.736 (10), Florida Statutes, provide the exclusive means by which an insurance company can contract to pay Preferred Provider rates (PPO rates) on Florida personal injury protection (PIP) automobile coverage. As a result of Defendant's failure to comply with the requirements of F.S. 627.736(10), Plaintiff is not a Preferred Provider as defined by that statute. Therefore the Defendant must pay the required benefits pursuant to F.S. 627.736 (1), and it cannot rely on Plaintiff's contract with Beech Street Corporation as an independent basis for paying the bills at PPO rates.

Exhibit "2"

Dec 26 01 11:43a   KOPELMAN & BLANKMAN   954-462-6899   p.4

CASE NO: 01-12275 COCE 54

The court reserves jurisdiction for awarding reasonable attorney's fees and costs.

DONE AND ORDERED, in Chambers Fort Lauderdale, Broward County, Florida, this _____ day of **DEC 17 2001**, 2001.

                                                                ZEBEDEE W. WRIGHT
                                                         JUDGE OF THE COUNTY COURT

cc: Laura M. Watson, Esq.                                       **A TRUE COPY**
   John J. Murphy, Esq.

G:\WPFILES\SUITS\MORALES.GLA\ORDER.MSJ

# MASTER SERVICE LIST
## (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/26/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS,et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

7090-00100 318823.1



**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile


7090-00100 318823.1


ATLAS PEARLMAN
ATTORNEYS AT LAW