UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

| | |
|---|---|
| DR. PAUL ZIDEL, on behalf of himself and other similarly situated, § § § § Plaintiffs, § § v. § § ALLSTATE INSURANCE COMPANY, § § Defendant/Third-Party Plaintiff, § v. § § COMMUNITY CARE NETWORK, INC., § doing business as CCN, § § Third-Party Defendant. § § | |

**CCN'S Response To Deerbrook Insurance Company, Fidelity And Casualty Company Of New York, and The Continental Insurance Company's Motions For Extension of Time to Respond to Plaintiff's Amended Motion For Class Certification**

CCN Managed Care, Inc. ("CCN"), a defendant in the case of *Larusso v. Liberty Mutual Insurance Company and CCN* (case no. 00-7692) and a third-party defendant in the case of *Zidel v. Allstate Insurance Company v. CCN* (case no. 00-6061), files this response to the motions by Deerbrook Insurance Company, Fidelity and Casualty Company of New York, and the Continental Insurance Company, for an extension of time to respond to plaintiff's amended motions for class certification (docket entries 499 and 500). Though these defendants' motions appear to address the consolidated cases to which they are parties -- *Ultra Open MRI*

*Corporation v. Deerbrook Insurance Company* (case no. 01-6777) and *Ultra MRI Corporation v. Fidelity and Casualty Co. of New York, et al.* (case no. 01-6779) -- the proposed orders attached to the motions would affect scheduling for all of the consolidated cases, including CCN's.[1]

CCN is in general agreement with the motions, including the bases for relief set forth in the motions as well as the relief sought by the motions. However, the movants' proposed orders go beyond simply extending their time to respond to the motions for class certification, and would set an entirely new case management schedule. This proposed schedule fails to accommodate the fact that unlike the other cases, CCN has not yet even reached the motion to dismiss stage in *Larusso v. Liberty Mutual and CCN* (case no. 00-7692), where CCN's motion for more definite statement (docket entry 28 in case 00-7692) remains pending. Moreover, once the contract(s) that are being placed at issue in that case are disclosed, CCN may have grounds to file a motion to compel arbitration in that case. None of that will occur prior to January 7, 2002, the date by which the proposed case management schedule would require motions to stay pending arbitration/motions to dismiss to be fully briefed. Therefore, the proposed new schedule would not be appropriate for case 00-7692.[2]

Moreover, numerous other motions are pending in the consolidated cases which, though addressing different issues, could have a similarly significant impact on the efficacy of any schedule that might be set now. CCN submits that given the number and variety of motions which, when decided, will significantly impact case management and scheduling requirements,

---

[1] In addition, it appears that other, previously-filed motions propose the same or similar orders, including "Defendant Allstate and Others' Motion for Clarification of Case Management and Scheduling Issues" **(docket entry 219)** and "Superior's Request for Status Conference and Motion for New Case Management and Scheduling Order **(docket entry 330)**. This memorandum addresses the efficacy and propriety of those proposed orders as well.

[2] This illustrates CCN's continued belief -- and that of many other defendants -- that the consolidation issue should be revisited. See CCN's motion for reconsideration of consolidation order **(docket entry 492)**. Simply put, these cases have too many differences to fit within the same case management schedule.

rather than setting a new schedule now, it may make more sense to simply vacate the current schedule (i.e. pursuant to CCN's currently-pending motion to amend case management calendar and continue trial date) and to delay imposing a new one until the various pending motions are resolved.[3]

For example, these entire consolidated proceedings may be stayed pursuant to one or more of the pending motions to stay and compel arbitration, or may be stayed pending an appeal from a denial of those motions. *See Baron v. Best Buy Co., Inc.*, 79 F.Supp.2d 1350 (S.D. Fla. 1999)(stay should issue pending an interlocutory appeal from an order denying a motion to compel arbitration). The proposed schedule does not accommodate that possibility and would thus have to be vacated again should that occur. CCN submits that it would make more sense to resolve these kinds of issues first, rather than continuing to set and then vacate case management schedules.

Accordingly, CCN respectfully requests that in ruling on the defendants' motions, the Court simply delay indefinitely the class certification response date, without imposing a new and comprehensive case management schedule. At minimum, CCN would submit that whatever order is entered should accommodate the unique posture of case no. 00-7692 as set forth above.

---

[3] See CCN's motion to amend case management calendar and continue trial date **(docket entry 432)**.

3

McGuire Woods LLP

By: _____
William W. Deem
Florida Bar No. 0512834
50 North Laura Street, Suite 3300
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 (fax)
wdeem@mcquirewoods.com

Counsel for CCN Managed Care, Inc.

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been furnished by U.S. Mail on this __4__ day of January, 2002, to all counsel listed on the attached service list.

_____
Attorney

\\COM\112270.1

4

**MASTER SERVICE LIST**
(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Amended 10/26/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
350 East Las Olas Boulevard,
Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 (Facsimile)

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 (Facsimile)

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphilips@gpandg.com
Attorneys at Law
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 (Facsimile)

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 (Facsimile)

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 (Facsimile)

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 (Facsimile)

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995
(941) 435-1269 (Facsimile)

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, FL 32802-1873
(407) 872-7300
(407) 841-2133 (Facsimile)

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 (Facsimile)

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, FL 33131-4336
(305) 539-2495
(305) 536-1116 (Facsimile)

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, FL 33131
(305) 373-4900
(305) 373-6914 (Facsimile)

**Counsel for CCN**

MCGUIRE WOODS LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Jr., Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 (Facsimile)

**Counsel for Nationwide**

FOWLER, WHITE
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 (Facsimile)

SWARTZ CAMPBELL
DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 (Facsimile)

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 (Facsimile)

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (Facsimile)

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (Facsimile)

**Counsel for Metropolitan**

SONNENSCHEIN, NATH &
ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934 (Facsimile)

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL 60603-3441
(312) 782-0600
(312) 701-7711 (Facsimile)

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 (Facsimile)

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 (Facsimile)

SHEA & GARDNER
John D. Aldock, Esq.
jaldock@sheagardner.com
Jeffrey M. Klein, Esq.
jklein@sheagardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Avenue, N.W.
Washington, DC 20036
(202) 828-2000
(202) 828-2195 (Facsimile)

**Counsel for American**
**International**

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Blvd., 2nd Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 (Facsimile)

\\COM\79006.1