UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself and
all others similarly situated,

      Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

      Defendant/Third Party Plaintiff,

_____/

ULTRA OPEN MRI CORPORATION,           01-6776
on behalf of itself and all others similarly
situated,

      Plaintiff,

vs.

PROGRESSIVE AMERICAN INSURANCE
COMPANY,

      Defendant.

_____/

## PLAINTIFF'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS AMENDED MOTION FOR CLASS CERTIFICATION (D.E. #413)

Plaintiff ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated ("UOMC"), by its undersigned counsel, hereby submits its Reply Memorandum of Law in Support of its Amended Motion for Class Certification. For all the reasons set forth herein, UOMC respectfully submits that its Amended Motion for Class Certification should be granted in all respects.

7090-00100 344883.1



ATLAS PEARLMAN

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

## ARGUMENT

I.     **PROGRESSIVE HAS HAD AN OPPORTUNITY TO CONDUCT DISCOVERY.**

PROGRESSIVE's self-serving assertion that it has not been afforded an opportunity to conduct discovery relating to the class certification issues is entirely disingenuous. This action was filed in May, 2001. At a May 14, 2001 Status Conference, this Court ruled that this action would be consolidated with the other pending PPO class actions and ruled that all discovery stays were lifted. On September 28, 2001, this Court entered its Omnibus Order consolidating these proceedings and specifically lifting all discovery stays. Despite the foregoing, the insurance company Defendants, including PROGRESSIVE, have refused to take part in discovery. PROGRESSIVE has refused to produce documents, has refused to comply with the mandatory disclosure requirements of Federal Rule of Civil Procedure 26, and has refused to attend a duly scheduled deposition of its corporate representative.

In addition, PROGRESSIVE has not sought any discovery in these proceedings. PROGRESSIVE has not sought to take the deposition of UOMC's corporate representative. PROGRESSIVE has not sought any documents from UOMC. Accordingly, it is hard to imagine how PROGRESSIVE can claim that it has not been afforded an opportunity to conduct discovery when it has done <u>nothing</u> during the past seven months. Moreover, despite indicating that class discovery is necessary before it should have to respond, not only does PROGRESSIVE substantively respond to the Amended Motion for Class Certification, but PROGRESSIVE has also failed to indicate what evidence it would need in order to further respond. PROGRESSIVE's assertion that

7090-00100 344883 1

2

ATLAS PEARLMAN

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

it has not been afforded an opportunity to conduct class discovery has no merit and provides no basis to delay the class certification determination.

## II.   UOMC HAS ESTABLISHED THAT JOINDER IS IMPRACTICABLE.

PROGRESSIVE asserts that UOMC has failed to demonstrate that joinder of all class members is impracticable.  PROGRESSIVE asserts that UOMC's estimate of the size of the purported class is conclusory and unsubstantiated.  In this District, when making a determination to certify a class, a "Court must take the factual allegations of the Complaint as true and examine only whether those factual allegations meet the requirements of Rule 23."  Fabricant v. Sears Roebuck & Co., 202 F.R.D. 310, 313 (S.D. Fla. 2001) (emphasis added).  Although a court may look beyond the allegations of a complaint to assess whether a motion for class certification should be granted, it is well settled that a court does not conduct a preliminary inquiry into the merits of a suit when deciding whether it may be maintained as a class action.  Hammet v. Am. Bankers Ins. Co., 203 F.R.D. 690 (S.D. Fla. 2001) (citing Eisen v. Carlisle & Jacquelin, 417 U.S. 156 (1974)).

In this district, "the district court may consider both the allegations of the complaint and the supplemental evidentiary submissions of the parties.  Doubts regarding the propriety of class certification should be resolved in favor of certification."  Singer v. AT&T Corp., 185 F.R.D. 681, 685 (S.D. Fla. 1998) (citations omitted).  PROGRESSIVE does not claim that the allegations set forth in the Complaint do not establish a basis for class certification.

Interestingly, despite alleging that sufficient evidence has not been provided, PROGRESSIVE does not refute any of the allegations contained in the Complaint which support class certification and has not presented any evidence to establish that class certification is

7090-00100 344883.1

3



CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

inappropriate. However, as clearly set forth in the Complaint and in the Amended Motion for Class

Certification, UOMC has met its burden of establishing that this matter should be maintained as a

class action. In fact, the issue regarding the illegal reduction of PIP claims based on the use of a

PPO reduction has already been determined to warrant class action status. In <u>David W. Ice v.

Progressive Bayside Ins. Co.</u>, Case No. 98-12491-COCE-53. Broward County Court, the court

granted plaintiff's motion for class certification in an action for declaratory relief relating to

Section 627.736(10), Florida Statutes.[1]  This decision determined that class certification was

appropriate in an action relating to illegal PPO reductions in violation of Section 627.736(10),

Florida Statutes. Additionally, in <u>John Del Gardo and Michelle Del Gardo v. Allstate Ins. Co. and

Allstate Indem. Co.</u>, Case No 95-13760-04, Broward County Circuit Court, the court similarly

granted class certification in an action relating to the illegal reduction of PIP claims based on PPO

reductions.[2]  The issues decided in these cases establishes that the claims asserted against

PROGRESSIVE are likewise most effectively dealt with as a class action.

Appellate courts have also routinely affirmed class certification in actions relating to

violations of Section 627.736, Florida Statutes. In <u>Allstate Indem. Co. v. De La Rosa</u>, 800 So. 2d

245 (Fla. 3d DCA 2001), the court affirmed an order granting class certification in an action brought

on behalf of healthcare providers due to an insurance company's violations of Section 627.736,

Florida Statutes. In <u>Colonial Penn Ins. Co. v. Magnetic Imaging Systems I, Ltd.</u>, 694 So. 2d 852

---

[1] A true and correct copy of the <u>Ice</u> decision is attached hereto as Exhibit "1."

[2] A true and correct copy of the <u>Del Gardo</u> decision is attached hereto as Exhibit "2."

ATLAS PEARLMAN
ATTORNEYS AT LAW

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

(Fla. 3d DCA 1997), the court also found that a class action can be maintained for the systemic violation of Section 627.736, Florida Statutes. Based upon the foregoing, the allegations in the Complaint, and the arguments asserted in the Amended Motion for Class Certification, which have not been refuted or contested by PROGRESSIVE, UOMC has met its burden of establishing that this matter should be maintained as a class action.

The basis for UOMC's common sense estimate of the class size is Beech Street's status as a national PPO with a large enough panel of preferred providers to attract a sufficient number of payors, coupled with PROGRESSIVE's standing as one of the largest auto insurers underwriting insurance policies in the state of Florida. UOMC's position is buttressed by an examination of Beech Street's list of preferred providers within a fifty mile radius of downtown Fort Lauderdale. Beech Street's internet web site demonstrates that the number of providers purportedly participating in its "Auto Medical" program within fifty miles of downtown Fort Lauderdale reveals the following: 227 Beech Street chiropractors, 177 Beech Street physical therapists, 104 Beech Street orthopedic surgeons, 25 Beech Street hospitals, and 6 Beech Street MRI centers.[3] These figures demonstrate a total of 539 Beech Street healthcare providers in a fifty mile radius of Fort Lauderdale alone. Common sense dictates that given Florida's size and the number of other major cities in the state, UOMC's estimates of the purported class being in the thousands is not conclusory and unsubstantiated.[4] It is not necessary that a precise number of class members be known, a plaintiff

---

[3] A true and correct copy of a printout from Beech Street's website is attached hereto as Composite Exhibit "3."

[4] Added to the shear size of the purported class is the fact that the class members are geographically dispersed throughout the state making joinder that much more impracticable.

5

ATLAS PEARLMAN
ATTORNEYS AT LAW

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

may make reasonable and supported estimates as to the size of the proposed class. <u>Fuller v. Becker & Poliakoff, P.A.</u>, 197 F.R.D. 697, 699 (M.D. Fla. 2000).

PROGRESSIVE also charges that UOMC failed to adequately define the putative class. Yet, all that a plaintiff seeking certification must do is establish that there exists a legally definable class that can be ascertained through reasonable efforts. <u>Earnest v. General Motors Corp.</u>, 923 F. Supp. 1469, 1473, n.4 (N.D. Ala. 1996); <u>see also</u>, <u>Access Now, Inc. v. AHM CGH, Inc.</u>, 2000 WL 1809979 (S.D. Fla. 2000) (finding proposed class definition sufficiently identifiable since it was administratively feasible to determine whether an individual was member of class consisting of all individuals with disabilities as defined by ADA). In the present case, identification of the purported class can be readily accomplished by accessing Beech Street's provider directory, coupled with PROGRESSIVE's computer data base showing a list of all providers whose PIP medical bills were reduced by the application of the Beech Street PPO discount.

PROGRESSIVE also declares that UOMC has failed to explain why or how a federal class would further the interests of judicial or litigant economy or why it is preferable to have those providers, "who share its distorted interpretation of the applicable Florida Statutes and provider agreements, litigate individual lawsuits . . . in county court." (Memo. at p. 7). First, to suggest that UOMC's claims are "distorted interpretations" of Florida law is ludicrous given the recent number of decisions, many of which have been filed with this Court as supplemental authority, granting summary judgment in favor of healthcare providers on this very issue. Second, PROGRESSIVE's

ATLAS PEARLMAN

proposition that it is in the interests of judicial or litigant economy to potentially lose thousands of individual lawsuits in the state's county court system is nonsensical.

### III.    UOMC HAS ESTABLISHED THE COMMONALITY REQUIREMENT OF RULE 23.

According to PROGRESSIVE, there is almost no legal or factual commonality between UOMC's claims and the claims of all other purported class members. (Memo. at p. 10). In support of its contention, PROGRESSIVE cites to a number of perceived individual issues that PROGRESSIVE claims destroy the overall commonality of the case including the Beech Street contract, the medical treatment rendered by each class member, and the possible defenses to each provider's claim.

The UOMC provider contract attached to the Opposition Memorandum reveals that it is a simple form contract on which the healthcare provider fills in its name on the first page and then signs it and fills in its identifying information (i.e., name, corporate status, licensing number, facility address, and federal tax identification number). As to the purported reimbursement rates, providers merely fill in their facility name and federal identification number in the upper left corner of the contract attachments. Other than this information provided by the provider, the entire contract contains general terms and language and is clearly not specific to the healthcare provider executing the contract. On its face, the document is nothing more than a contract of adhesion.

Despite PROGRESSIVE's assertions to the contrary, the treatment rendered by each healthcare provider is not relevant to the case. This case concerns the application of PPO discount rates to PIP medical bills submitted to PROGRESSIVE. Whether the medical care consisted of

7

ATLAS PEARLMAN
ATTORNEYS AT LAW

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

setting a broken bone, taking an x-ray, or filming an MRI does not matter because the medical bill that was submitted for payment was automatically reduced by the amount of the PPO discount "across the board." Furthermore, the amounts of the charges and each class member's potential damages likewise do not defeat a finding of commonality. CV Reit, Inc. v. Levy, 144 F.R.D. 690, 696 (S.D. Fla. 1992).

Ultimately, what PROGRESSIVE refuses to accept is that the Rule 23(a)(2) commonality prerequisite does not require that all questions of law and fact in the case be common to *all* class members. The threshold for commonality is not high. Forbush v. J.C. Penney Co., Inc., 994 F.2d 1101, 1106 (5th Cir. 1993). Where a common scheme is alleged, common questions of law or fact will exist. Powers, v. Stuart-James Co., 707 F. Supp. 499, 502 (M.D. Fla. 1989). The focus of the present case is PROGRESSIVE's uniform and standardized course of conduct of improperly applying Beech Street PPO discounts to PIP medical bills in violation of Florida statutory law, in breach of PROGRESSIVE's standard Florida automobile insurance policy, and in breach of the standard form Beech Street preferred provider agreement.

PROGRESSIVE also claims that UOMC's RICO count is not appropriate for class certification because it is predicated almost exclusively on fraud which is unique to each of the purported class members. (Memo. at p. 10). Based on PROGRESSIVE's argument in this regard, it would be virtually impossible to certify a RICO class action. The fact that questions peculiar to each individual member of the class may remain after the common questions have been resolved, even when the issue involves fraud, though, does not dictate the conclusion that a class action is not

ATLAS PEARLMAN

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

permissible. Shroder v. Suburban Coastal Corp., 729 F.2d 1371, 1379 (11th Cir. 1984) (quoting with

approval Dolgow v. Anderson, 43 F.R.D. 472 (E.D.N.Y. 1968)).

While it is true that class certification has been rejected in fraud cases where the alleged

misrepresentations were oral, due to the predominance of individual reliance issues,[5] certification

is proper when the misrepresentations have been in writing. See e.g. Shroder, 729 F.2d at 1378-79

(holding that there were predominant issues of law and fact where plaintiffs showed that each of the

492 class members received similar Truth-in-Lending disclosures). As the advisory committee notes

to Rule 23 state: "In this view, a fraud perpetrated on numerous persons by the use of similar

representations may be an appealing situation for a class action, and it may remain so despite the

need, if liability is found, for separate determination of the damages suffered by individuals within

the class." "Many courts have held that where a common scheme of deceptive conduct is alleged,

common questions of law and/or fact will exist." Singer, 185 F.R.D. at 688 (citations omitted). In

Singer, class certification was granted in an action alleging RICO claims. As the Court stated:

"Class certification is allowed in instances where class-wide reliance may be presumed based on a

uniform written misrepresentation. Id. at 691 (citing Smith v. MCI Telecommunications Corp., 124

F.R.D. 665 (D. Kan. 1989)). The fraudulent scheme alleged in Singer was the implementation of

a nationwide uniform written price representation contained in a plan and in monthly bills. Based

on the uniform written procedure, the Court found: "that it is not necessary to examine each class

---

[5] See e.g., Kaser v. Swann, 141 F.R.D. 337, 339 (M.D. Fla. 1991) (explaining that courts generally deny certification of oral communications because of the highly individualized nature of the statements between class members and defendants); Peoples v. American Fidelity Life Ins. Co., 176 F.R.D. 637, 643-645 (N.D. Fla. 1998) (denying certification where fraudulent scheme consisted of information contained within allegedly identical oral presentations because of individual fact-intensive analyses to determine what each class member was actually told).

ATLAS PEARLMAN
ATTORNEYS AT LAW

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

member's subjective belief" and "that the facts of this case lend themself to a presumption of reliance on the part of the class." Id.

UOMC's RICO claim centers around PROGRESSIVE's computerized PIP processing system that automatically reduces PIP claims on the basis of the BEECH STREET PPO discount and generates a form EOB containing numerous fraudulent claims. These form EOBs, containing the fraudulent claims that PROGRESSIVE was entitled to take the BEECH STREET PPO discount, were sent by PROGRESSIVE to all members of the purported class. These uniform written misrepresentations provide a sufficient basis to establish a presumption of reliance. Id. There are no individual issues of reliance on oral misrepresentations that would hinder class certification. The RICO claim is based on the misrepresentations made in the EOBs sent on a uniform basis to healthcare providers. Thus, reliance can be presumed and there is no need to examine each class member's subjective belief. Id.

## CONCLUSION

For all the reasons set forth herein, Plaintiff ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated, respectfully requests that this Court enter an Order granting its Amended Motion for Class Certification, together with such other and further relief as this Court may deem just and proper.



CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
    JAN DOUGLAS ATLAS
    Florida Bar No. 226246

By: _____
    ERIC LEE
    Florida Bar No. 961299

By: _____
    ROBIN CORWIN CAMPBELL
    Florida Bar No. 327931

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

7090-00100 344883.1

11

ATLAS PEARLMAN
ATTORNEYS AT LAW

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899  Facsimile


## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

mail this __18th__ day of January, 2002 upon: all individuals on the attached service list.

                                              ERIC LEE



# MASTER SERVICE LIST
## (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
### (Updated 10/26/01)

### Co-Lead Counsel for Plaintiffs

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

### Co-Counsel for Plaintiffs

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

### Counsel for:
### Allstate, Fidelity and Casualty,
### Continental, Deerbrook

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

### Counsel for Beech Street and ADP

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

### Counsel for Progressive

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

### Counsel for CCN

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL  32202
(904) 798-3200
(904) 798-3207 Facsimile

7090-00100 318823 1



**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile


**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

7090-00100 318823 1

ATLAS PEARLMAN
ATTORNEYS AT LAW

RECE..ED

IN THE COUNTY COURT, IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO. 98-12491 COCE 53

DAVID W. ICE,

    Plaintiff,

vs.

PROGRESSIVE BAYSIDE
INSURANCE COMPANY,

    Defendant.

_____

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR CLASS CERTIFICATION

THIS CAUSE having come on to be heard on the Plaintiff's Motion for Class

Certification, and the Court having reviewed the Motion and Memoranda filed by

the parties, all items of record, and having heard argument of counsel on December

13, 2000, and being otherwise advised in the premises, finds and concludes as

follows:

1. Plaintiff, DAVID W. ICE ("ICE"), in his Amended Class Action

Complaint and in his Motion for Class Certification, sought certification of two

classes. The first (referred to as the "Class") included all persons and entities who

purchased non-preferred provider automobile insurance policies from

PROGRESSIVE in the State of Florida since February 25, 1992. The second

1


EXHIBIT "1"

(referred to as the "Claimant Class") consisted of persons and entities who made claims for Personal Injury Protection benefits under non-preferred provider policies but whose benefits were paid at preferred provider rates by PROGRESSIVE in the State of Florida from February 25, 1992, through the present.

2. ICE, during the class period, had purchased a policy of automobile insurance from PROGRESSIVE which did not have a preferred provider endorsement. He incurred medical expenses as a result of an automobile accident. He submitted a claim for personal injury protection benefits to PROGRESSIVE. Despite there being no preferred provider endorsement to ICE'S policy, PROGRESSIVE, consistent with its company practice which had been in place since 1992, paid certain of ICE'S health care providers at 80% of reduced preferred provider rates as opposed to 80% of reasonable and necessary rates as mandated by Section 627.736(1), Florida Statutes, and by ICE'S policy.

3. On December 5, 2000, this Court granted Partial Summary Judgment in ICE'S favor as to Count I of his Complaint. Said count was for declaratory relief. This Court specifically determined that PROGRESSIVE'S practice of paying preferred provider rates on the claims of insureds that had not purchased preferred provider policies was a violation of Section 627.736(10), Florida Statutes. This Court specifically ruled that Section 627.736(10) provides the exclusive means by

2

which an insurance company can pay preferred provider rates on Florida personal injury protection claims. This Court further ruled that if an insurance company does not comply with all of the requirements of Section 627.736(10), Florida Statutes, then full personal injury protection benefits at 80% of reasonable and necessary medical expenses must be paid.

4. In light of this Court's ruling on ICE'S Motion for Partial Summary Judgment, ICE, at the class certification hearing, informed the Court that it was no longer necessary to certify both the Class and the Claimant Class. Inasmuch as the Court had ruled that if a personal injury protection claim was submitted by a PROGRESSIVE insured whose policy did not have a preferred provider endorsement, PROGRESSIVE was required to pay 80% of reasonable and necessary medical expenses, it would only be necessary to certify one Class which was defined as follows:

> All persons since February 25, 1992, who have had claims paid at preferred provider rates under personal injury protection (PIP) coverage sold by Progressive to policyholders that did not elect to purchase a PIP policy with a preferred provider endorsement.

Pursuant to the provisions of Rule 1.220, the Court makes the following findings:

NUMEROSITY. The Court finds that Plaintiff has satisfied the numerosity requirement. Rule 1.220(a)(1) requires that the class be so numerous that joinder of all class members would be impracticable. The exact number of class members does

not have to be known. Estate of Bobinger v Deltona Corp., 563 So. 2d 739, 743 (Fla. 2d DCA 1990). Further, the fact that a Plaintiff has a lack of knowledge as to the exact number of affected persons is not a bar to the maintenance of a class action. Manor Properties, Inc. v. Siksay, 489 So. 2d 842 (Fla. 4th DCA 1986). So long as a proposed class of Plaintiffs is readily identifiable through "reasonable effort" that can be ascertained through discovery, the required showing as been satisfied. Frankel v. City of Miami Beach, 340 So. 2d 463, 470 (Fla. 1976). Record evidence in this case establishes that in 1995, 4,515 claims for no-fault benefits were submitted to PROGRESSIVE. In 1996, the number was 4,209. Of those claims, 941 (1995) and 565 (1996) were made on policies with preferred provider endorsements and 3,574 (1995) and 3,664 (1996) were made on policies without the preferred provider endorsements. PROGRESSIVE acknowledges that it paid preferred provider amounts on bills submitted by physicians it considered preferred providers even though its insureds had purchased policies which did not contain preferred provider endorsements. Accordingly, it appears to the Court that there are over 7,000 potential class members from the years 1995 and 1996 alone. Inasmuch as the class period runs from February 25, 1992 to the present, it is obvious that the class will be much larger. While the exact number and identity of all potential class members is not yet known, joinder of all would clearly be impracticable. The

4

proposed class will be readily identifiable through reasonable effort and can be ascertained through discovery.

COMMONALITY   Rule 1.220(a)(2) requires that there be questions of law or fact common to all members of the putative class.  The threshold of Commonality is not high.  Aimed in part at determining whether there is a need for combined treatment and a benefit to be derived therefrom, the rule requires only that resolution of common questions affect all or a substantial number of class members. Broin v. Philip Morris Companies, Inc., 641 So. 2d 888, 890 (Fla. 3d DCA 1994).  In this case, Progressive's business practice in Florida of paying personal injury protection benefits at reduced preferred provider rates rather than at reasonable and necessary rates on policies of its insureds that did not contain preferred provider endorsements affects all class members in the same manner.  Record evidence establishes that PROGRESSIVE has been paying personal injury protection benefits to certain health care providers at reduced preferred provider rates despite the fact that insureds did not have policies with preferred provider endorsements since 1992. All members of the putative Class have a common interest in ensuring that their personal injury protection claims are paid at the statutory non-preferred provider rate.  Accordingly, this Court concludes that ICE has satisfied the commonality requirement.

5

TYPICALITY.    Rule 1.220(a)(3) requires that the interest of the class representative not differ significantly from those of the class as a whole.   Plaintiff's claim is said to be typical if it arises from the same event or practice or a course of conduct that gives rise to the claims of the other class members and are based on the same legal theory.  Powell v. River Ranch Property Owners Association, Inc., 522 So. 2d 69  (Fla. 2d DCA 1988).  Variations in damages suffered do not affect the appropriateness of Class action treatment.  Cohen v. Camino Sheridan, Inc., 466 So. 2d 1212, 1214 (Fla. 4th DCA 1985).  This Court determines that ICE'S claim meets this standard.  ICE, as well as putative Class members have been victims of the same course of conduct that this Court has deemed unlawful in its Order Granting Motion for Partial Summary Judgment.   Accordingly, this Court determines that the typicality requirement has been met.

ADEQUACY OF REPRESENTATION.     Adequacy of representation is required by Rule 1.220(a)(4) which provides a two-prong test.  The test is satisfied if the named representative has an interest in common with proposed class members and the representative and his qualified counsel will properly prosecute the class action.  Broin, supra, 641 So. 2d 892.  This Court determines that both prongs of the adequacy test have been met in this case.  Plaintiff's interests are not antagonistic to or in conflict with the interest of any other class members.  He clearly possesses the

6

incentive to prosecute this claim on behalf of himself and all others similarly situated. According to PROGRESSIVE, no one else has brought a similar claim. ICE has a vested interest in bringing this matter to an ultimate successful conclusion. This Court also believes that Plaintiff's counsel have the experience and skill necessary to adequately prosecute this action.

This Court further concludes that PROGRESSIVE has acted on grounds generally applicable to all members of the class thereby making final declaratory relief concerning the class as a whole appropriate in accordance with the provisions of Rule 1.220(b)(2). Accordingly, this Court certifies the following class of individuals pursuant to the provisions of Rule 1.220(b)(2):

> All persons since February 25, 1992, who have had claims paid at preferred provider rates under personal injury protection (PIP) coverage sold by Progressive to policyholders that did not elect to purchase a PIP policy with a preferred provider endorsement.

Inasmuch as the exact number and identity of class members has not yet been ascertained and must be learned through discovery, which has yet to take place, all issues with regard to notification of class members shall be deferred until after the appropriate discovery has been completed.

Finally, long before the Motion for Class Certification was filed, Plaintiff had moved to transfer this matter to Circuit Court. PROGRESSIVE objected to the transfer claiming that it would be inappropriate to transfer the case unless and until

the putative class was certified.  In light of the ruling herein certifying the class, this Court grants Plaintiff's previously filed Motion to Transfer and this matter shall be transferred to the Circuit Court.  The undersigned does not wish to keep this case as an acting Circuit Judge.

DONE AND ORDERED in Chambers at Broward County, Florida, this ____7____ day of ___March___, 2001.

_____
WILLIAM W. HERRING
COUNTY COURT JUDGE

A TRUE COPY

Copies furnished:

Ronald F. Shapiro, Esq.
Francis Anania, Esq.
Larry Kopelman, Esq.
Doug Blankman, Esq.
Donald Blackwell, Esq.

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. 95-13760-04

JOHN DEL GARDO and MICHELLE
DEL GARDO, on behalf of themselves
and all others similarly situated,

          Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,

          Defendant.

_____/

**ORDER GRANTING
PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

THIS CAUSE having come before this Court on Plaintiffs JOHN DEL GARDO's and

MICHELLE DEL GARDO's Motion for Class Certification, and the Court having reviewed the

Motion, having reviewed Defendant ALLSTATE INSURANCE COMPANY's ("ALLSTATE")

opposition, having reviewed the entire court record in this matter, and having heard argument

of counsel, this Court finds, in accordance with the pronouncements at the hearing as follows:

      1.    Plaintiffs have demonstrated that the facts alleged satisfy the requirements of

Florida Rule of Civil Procedure 1.220.

      2.    The members of the class and subclass are so numerous that separate joinder of

each member is impracticable.

      3.    The claims of the class representatives raise questions of law or fact common to

the questions of law or fact raised by the claims of each class member and of each subclass

member.

 EXHIBIT "∂"



CASE NO. 95-13760-04

    4.     The common question of law and fact in this matter is whether or not ALLSTATE has paid claims for personal injury protection (PIP) benefits at reduced rates, either directly or indirectly pursuant to an agreement or contract, in violation of its contract of insurance with its insureds or in violation of Section 627.736(10), Florida Statutes.

    5.     The claims asserted by the Plaintiffs are typical of the claims of each member of the class and subclass.

    6.     The Plaintiffs have standing to bring this claim and can fairly and adequately protect and represent the interests of each member of the class because the Plaintiffs have interests in common with the proposed class members and it has been shown that the representatives and their qualified attorneys will properly prosecute the class action.

    7.     Common questions of law and fact predominate over any question of law or fact affecting only individual members of the class.

    8.     Class representation is superior to other available methods for the fair and efficient adjudication of the controversy.

    Based upon these findings of fact, it is thereupon,

    ORDERED AND ADJUDGED that Plaintiffs' Motion for Class Certification be and the same is hereby GRANTED. This matter shall be maintained as a class action on behalf of all ALLSTATE automobile insurance policyholders who paid premiums for personal injury protection benefits on policies in existence from October 1, 1991 through October 15, 1995. This matter shall also be maintained as a class action on behalf of a subclass of individuals who actually incurred medical expenses due to bodily injury, sickness, or disease or death caused by

2

CASE NO. 95-13760-04

an accident arising from the use of a motor vehicle as a motor vehicle, who made a claim under

the PIP section of an ALLSTATE policy and whose expenses were paid by ALLSTATE at

reduced rates, either directly or indirectly pursuant to an agreement or contract which were paid

by ALLSTATE under the personal injury protection benefits section of ALLSTATE's automobile

policies for all policies in effect from October 1, 1991 through October 15, 1995. This Court

reserves jurisdiction to determine the adequacy and method of notice to be provided to class and

subclass members.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this

___ day of May, 1998.

**PATRICIA W. COCALIS** MAY  8 1998
**A TRUE COPY**
_____

Patricia W. Cocalis
Circuit Court Judge

Copies furnished to:

Eric Lee, Esq.
David Shelton, Esq.

3



Beech Comber

[ Home ] [ About Us | Contact Us   FAQs | What's New | Jobs

### View in PDF Document
To view the directory in PDF format, you must have the free **Acrobat® Reader** installed on your PC.

# Personal Provider Directory

Doctors or
## PRACTITIONERS

You selected **Chiropractor** practitioners within **50** miles of **350 East Las Olas Blvd, Ft. Lauderdale, FL 33301.** Your Search was specific to **Auto Medical**.

**Chiropractor**
**Adler, Barry L., DC**, 825 S Federal Hwy, Deerfield Beach, FL 33441-5751, (954) 725-2900
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Adler, Barry L., DC**, 901 S State Road 7, Plantation, FL 33317-4522, (954) 797-2900
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Alden, Robin S., DC**, 525 Northlake Blvd, North Palm Beach, FL 33408-5419, (561) 844-1133
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Alongi, Peter P., DC**, 3194 W Commercial Blvd, Fort Lauderdale, FL 33309-3450, (954) 735-1400
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Amunategui Ii, Joseph A., DC**, 1025 E Hallandale Beach Blvd Ste 7, Hallandale, FL 33009-4478, (954) 458-1223
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor



EXHIBIT "3"

**Amunategui Sr, Joseph A., DC**, 1025 E Hallandale Beach Blvd Ste 7, Hallandale, FL 33009-4478, (954) 458-1223
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Anderson, Anthony H., DC**, 2790 N Military Trl, West Palm Beach, FL 33409-2926, (561) 683-4971
Gender: Male
Accepting New Patients? Yes.
Specialties: Acupuncture, Chiropractor

**Anderson, David B., DC**, 2790 N Military Trl, West Palm Beach, FL 33409-2926, (561) 683-4971
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Apicerno, Steven A., DC**, 7116 S Military Trl, Lake Worth, FL 33463-7812, (561) 968-2440
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Arnold, Kenneth, DC**, 1531 E Atlantic Blvd, Pompano Beach, FL 33060-6748, (954) 786-1098
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Aronoff, Kenneth L., DC**, 5560 S Flamingo Rd, Cooper City, FL 33330-2700, (954) 434-8200
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Babyatsky, Marvin J., DC**, 249 Peruvian Ave, Palm Beach, FL 33480-6034, (561) 832-0699
Accepting New Patients? Yes.
Specialties: Chiropractor

**Balassone, Robert A., DC**, 4880 10th Ave N, Lake Worth, FL 33463-2208, (407) 439-3800
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Baum, Mark E., DC**, 6701 SW 72nd St, Miami, FL 33143-4529,
(305) 666-6522
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Baum, Mark E., DC**, 6701 Sunset Dr Ste 209, South Miami, FL 33143-4529,
(305) 666-6522
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Baum, Michael N., DC**, 1175 71st St, Miami Beach, FL 33141-3645,
(305) 864-1419
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Behar, Rick, DC**, 9841 Pines Blvd, Pembroke Pines, FL 33024-6100,
(954) 435-4380
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Beil, Floyd M., DC**, 2240 W Woolbright Rd Ste 414, Boynton Beach, FL
33426-6201, (561) 735-0907
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Beller, Murray, DC**, 5859 N University Dr, Tamarac, FL 33321-4617,
(954) 720-1040
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Benevento, Robert A., DC**, 1240 N University Dr, Coral Springs, FL
33071-6621, (954) 755-9850
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Berman, Glen D., DC**, 7158 N Nob Hill Rd, Fort Lauderdale, FL
33321-1839, (954) 726-8424
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Berman, Jack R., DC**, 3733 NE 163rd St, North Miami Beach, FL
33160-4104, (305) 940-2225
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Blum, Stephen M., DC**, 9858 Glades Rd Ste D4, Boca Raton, FL
33434-3982, (561) 852-5888
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Brand, Steven F., DC**, 1093 SE 17th St, Fort Lauderdale, FL 33316-2116,
(954) 523-5289
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Brodkin, Ronald A., DC**, 1640 NW Boca Raton Blvd, Boca Raton, FL
33432-1614, (561) 620-0174
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Brodkin, Ronald A., DC**, 500 SE 17th St Ste 312, Fort Lauderdale, FL
33316-2547, (954) 832-0104
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Brookner, Manuel E., DC**, 2710 E Oakland Park Blvd, Fort Lauderdale,
FL 33306-1605, (954) 566-3027
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Brown, Mark A., DC**, 220 Miracle Mile Ste 200, Coral Gables, FL
33134-5909, (305) 441-2145
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Brynes, Bruce M., DC**, 2382 N Federal Hwy, Fort Lauderdale, FL
33305-2562, (954) 568-2225
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Burford, Jamie, DC**, 23057 State Road 7, Boca Raton, FL 33428-5433,
(561) 482-7575
Gender: Female
Accepting New Patients? Yes.
Specialties: Chiropractor

**Cardoze, Alicia, DC**, 2601 S Bayshore Dr Ste 750, Miami, FL 33133-5419,
(305) 858-5451
Gender: Female
Accepting New Patients? Yes.
Specialties: Chiropractor

**Cardoze, Alicia, DC**, 11400 N Kendall Dr Ste 100, Miami, FL 33176-1029,
(305) 598-2005
Gender: Female
Accepting New Patients? Yes.
Specialties: Chiropractor

**Carril, Manuel, DC**, 9761 NW 41st St, Miami, FL 33178-2381,
(305) 477-7976
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Cherlow, Bruce J., DC**, 4621 N University Dr, Coral Springs, FL
33067-4602, (954) 796-0060
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Cherlow, Bruce J., DC**, 5741 Margate Blvd, Margate, FL 33063-2833,
(954) 972-0795
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Chess, Steven M., DC**, 1655 E Oakland Park Blvd, Fort Lauderdale, FL
33334-5236, (954) 563-1772
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Chiefa, David R., DC**, 957 NW 93rd Ave, Fort Lauderdale, FL 33324-6156,
(954) 434-5800
Accepting New Patients? Yes.
Specialties: Chiropractor

**Cirulnick, Ira C., DC**, 4691 S University Dr, Davie, FL 33328-3817,

(954) 434-7246
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Cirulnick, Ira C., DC**, 9963 Miramar Pkwy, Miramar, FL 33025-2398,
(954) 431-7246
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Codinach, Gonzalo A., DC**, 1325 SW 87th Ave, Miami, FL 33174-3308,
(305) 262-9818
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Cohen, Andrew M., DC**, 327 Plaza Real Ste 205, Boca Raton, FL
33432-3944, (561) 391-5443
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Cohen, Eric A., DC**, 7775 SW 87th Ave Ste 100, Miami, FL 33173-2536,
(305) 552-7655
Gender: Male
Accepting New Patients? Yes.
Specialties: Acupuncture, Chiropractor

**Cohen, Jeffrey R., DC**, 5891 S Military Trl Ste 3A, Lake Worth, FL
33463-6920, (561) 967-1950
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Cohen, Michael I., DC**, 2631 E Oakland Park Blvd Ste 104,
Fort Lauderdale, FL 33306-1607, (954) 537-5558
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Cohen, Neil, DC**, 1436 E Atlantic Blvd, Pompano Beach, FL 33060-6758,
(954) 941-4000
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Coppola, David F., DC**, 195 Giralda Ave, Coral Gables, FL 33134-5208,

(305) 567-1973
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Cordero, Edwin, DC**, 1325 S Congress Ave Ste 108, Boynton Beach, FL
33426-5802, (561) 364-5991
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Costello, Joseph A., DC**, 2051 45th St Ste 104, West Palm Beach, FL
33407-2030, (561) 687-1969
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Cowell, Thomas J., DC**, 2940 E Commercial Blvd, Fort Lauderdale, FL
33308-4208, (954) 776-6888
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Crothers, Anthony M., DC**, 1352 SW 160th Ave, Sunrise, FL 33326-1908,
(954) 384-0245
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**D'ambra, Christine A., DC**, 1750 E Commercial Blvd Ste 3,
Fort Lauderdale, FL 33334-5757, (954) 229-9222
Gender: Female
Accepting New Patients? Yes.
Specialties: Chiropractor

**Daes, Erick A., DC**, 8955 SW 87th Ct Ste 101, Miami, FL 33176-2264,
(305) 279-2222
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Darrow, Frank, DC**, 7442 Wiles Rd, Coral Springs, FL 33067-2065,
(954) 755-4550
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Davis, Kenneth W., DC**, 2581 S University Dr, Fort Lauderdale, FL

Beach Comber Personal Provider Directory

33324-5845, (954) 474-8030
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Davis, Kenneth W., DC**, 5417 W Atlantic Blvd, Pompano Beach, FL
33063-5210, (954) 979-2333
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Dela Cruz, Anthony O., DC**, 415 W 49th St, Hialeah, FL 33012-3637,
(305) 819-7770
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Dela Cruz, Anthony O., DC**, 8415 Coral Way Ste 203, Miami, FL
33155-2305, (305) 265-9686
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Delcampillo, Maria, DC**, 6555 NW 36th St Ste 207, Miami, FL
33166-6900, (305) 926-0254
Gender: Female
Accepting New Patients? Yes.
Specialties: Chiropractor

**DiRoma, Mark P., DC**, 1899 N Congress Ave Ste 9, Boynton Beach, FL
33426-8215, (561) 731-3360
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**DiRoma, Mark P., DC**, 3925 W Boynton Beach Blvd, Boynton Beach, FL
33436-4500, (561) 742-3283
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Dinner, Howard, DC**, 201 N University Dr Ste 116, Plantation, FL
33324-2039, (954) 370-7246
Gender: Male
Accepting New Patients? No.
Specialties: Chiropractor

**Donner, Lisa A., DC**, 3874 Sheridan St, Hollywood, FL 33021-3634,

(954) 983-8010
Accepting New Patients? Yes.
Specialties: Chiropractor

**Draluck, Dean, DC**, 1608 S Federal Hwy, Boynton Beach, FL 33435-6901,
(561) 740-3500
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Dranoff, Howard G., DC**, 1800 W 49th St Ste 301, Hialeah, FL
33012-2947, (305) 821-9333
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Dranoff, Howard G., DC**, 9230 SW 40th St Ste B, Miami, FL 33165-4166,
(305) 551-0105
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Dranoff, Howard G., DC**, 16991 NE 20th Ave, North Miami Beach, FL
33162-3211, (305) 945-2594
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Duboff, Lawrence S., DC**, 8124 Glades Rd, Boca Raton, FL 33434-4064,
(561) 479-4069
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Ebling, Dale, DC**, 3469 W Boynton Beach Blvd Ste 10, Boynton Beach, FL
33436-4638, (561) 732-5885
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Ebling, Dale, DC**, 5115 S Dixie Hwy, West Palm Beach, FL 33405-3226,
(561) 582-4940
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Ebling, Kent R., DC**, 11 SE 8th St, Pompano Beach, FL 33060-8439,
(954) 782-2066

Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Ebling, Randall L., DC**, 209 W Boynton Beach Blvd, Boynton Beach, FL
33435-4022, (561) 732-1540
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Echevarria, Raynier, DC**, 20334 NW 2nd Ave, Miami, FL 33169-2503,
(305) 654-9100
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Eisler, Martin J., DC**, 16383 NW 67th Ave, Miami Lakes, FL 33014-6044,
(305) 823-4300
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Elmore, Gerald, DC**, 2220 N Federal Hwy, Boca Raton, FL 33431-7710,
(561) 393-6200
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Erickson, Brock T., DC**, 450 NE 20th St Ste 114, Boca Raton, FL
33431-8158, (561) 393-6231
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Feldman, Ronald B., DC**, 8287 N Pine Island Rd, Tamarac, FL
33321-1541, (954) 722-6637
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Fergang, Brian M., DC**, 15830 W State Road 84, Fort Lauderdale, FL
33326-1212, (954) 389-5507
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Ferguson, David W., DC**, 13813 S Dixie Hwy, Miami, FL 33176-7221,
(305) 233-6325

Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Fernandez, Octavio P., DC**, 2645 SW 37th Ave Ste 704, Miami, FL
33133-2745, (305) 774-1119
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Fernandez, Roberto A., DC**, 7000 SW 97th Ave Ste 107, Miami, FL
33173-1474, (305) 270-8800
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Forbess, Stephen W., DC**, 10941 Stirling Rd, Cooper City, FL
33328-6311, (954) 434-3000
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Forbess, Stephen W., DC**, 10941 Stirling Rd, Davie, FL 33328-6311,
(954) 434-3000
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Frank, Harvey A., DC**, 1321 S Andrews Ave, Fort Lauderdale, FL
33316-1837, (954) 467-1900
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Friedman, Andrew I., DC**, 234 NE 5th Ave, Delray Beach, FL
33483-5500, (561) 274-0395
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Friedman, Derek, DC**, 2150 Lake Ida Rd Ste 6, Delray Beach, FL
33445-2443, (561) 330-1945
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Frosch, Beth S., DC**, 112 S Federal Hwy Ste 2, Boynton Beach, FL
33435-4939, (561) 731-0041

Gender: Female
Accepting New Patients? Yes.
Specialties: Chiropractor

**Fung-On, Walter S., DC**, 5400 S University Dr, Fort Lauderdale, FL
33328-5312, (954) 434-1000
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Gager, Phillip P., DC**, 4507 N Pine Island Rd, Fort Lauderdale, FL
33351-5321, (954) 742-3830
Accepting New Patients? Yes.
Specialties: Chiropractor

**Gallo, Giulie, DC**, 3000 N University Dr Ste A, Coral Springs, FL
33065-5048, (954) 752-4000
Accepting New Patients? Yes.
Specialties: Chiropractor

**Gallo, James P., DC**, 10237 W Sample Rd, Coral Springs, FL 33065-3939,
(954) 752-2415
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Gambardella, Joseph, DC**, 2601 S Bayshore Dr Ste 750, Miami, FL
33133-5419, (305) 858-5451
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Gambardella, Joseph, DC**, 11400 N Kendall Dr Ste 100, Miami, FL
33176-1029, (305) 598-2005
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Geier, Ira A., DC**, 5859 N University Dr, Tamarac, FL 33321-4617,
(954) 720-1040
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Gentile, John I., DC**, 8056 SW 81st Dr, Miami, FL 33143-6609,
(305) 271-1652
Accepting New Patients? Yes.
Specialties: Chiropractor

**Gentile, John J., DC**, 8056 SW 81st Dr, Miami, FL 33143-6609,
(305) 271-1652
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Gilbert, Scott B., DC**, 2940 E Commercial Blvd, Fort Lauderdale, FL
33308-4208, (954) 491-9144
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Gilbert, Scott B., DC**, 2500 N University Dr Ste 4, Sunrise, FL 33322-3003,
(954) 572-8308
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Gilchrist, Rael M., DC**, 6312 Powerline Rd, Fort Lauderdale, FL
33309-2020, (954) 351-9700
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Gilchrist, Rael M., DC**, 3251 Hollywood Blvd, Hollywood, FL 33021-6906,
(305) 981-4355
Gender: Male
Accepting New Patients? No.
Specialties: Chiropractor

**Gilchrist, Rael M., DC**, 466 Hollywood Mall, Hollywood, FL 33021-6932,
(305) 981-4355
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Gilwit, Neil L., DC**, 10168 W Sample Rd, Coral Springs, FL 33065-3938,
(954) 755-6200
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Gilwit, Neil L., DC**, 10361 Royal Palm Blvd, Pompano Beach, FL
33065-4817, (954) 755-6200
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Goldberg, David C., DC**, 500 NE Spanish River Blvd Ste 35, Boca Raton, FL 33431-4517, (561) 368-2446
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Goldberg, David C., DC**, 9045 La Fontana Blvd, Boca Raton, FL 33434-5636, (561) 368-2446
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Goldberg, David C., DC**, 2435 E Atlantic Blvd, Pompano Beach, FL 33062-5213, (954) 785-1144
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Goldin, Steven P., DC**, 3341 W Hillsboro Blvd Ste A, Deerfield Beach, FL 33442-9407, (954) 427-5600
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Goodrich, Aixa, DC**, 8000 SW 67th Ave, Miami, FL 33143-7702, (305) 666-8883
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Goodrich, David M., DC**, 2601 S Bayshore Dr Ste 750, Miami, FL 33133-5419, (305) 858-5451
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Goodrich, David M., DC**, 11400 N Kendall Dr Ste 100, Miami, FL 33176-1029, (305) 598-2005
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Gralnick, Jon S., DC**, 20475 Biscayne Blvd Ste 6, Miami, FL 33180-1504, (305) 937-3700
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Gralnick, Jon S., DC**, 186 S Flamingo Rd, Pembroke Pines, FL 33027-1768, (954) 435-3400
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Grayson, Fred J., DC**, 6800 W Commercial Blvd Ste 4, Fort Lauderdale, FL 33319-2149, (954) 741-7000
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Graziano, Donald J., DC**, 991 NE 82nd St, Miami, FL 33138-4163, (305) 754-6101
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Green, Lisa A., DC**, 3225 N State Road 7, Margate, FL 33063-7009, (954) 977-0888
Gender: Female
Accepting New Patients? Yes.
Specialties: Chiropractor

**Greenberg, Bernard, DC**, 7500 SW 8th St Ste 103, Miami, FL 33144-4400, (305) 267-6733
Accepting New Patients? Yes.
Specialties: Acupuncture, Chiropractor

**Greenwald, Stuart N., DC**, 160 NW 4th St, Boca Raton, FL 33432-3826, (561) 391-6822
Accepting New Patients? Yes.
Specialties: Chiropractor

**Grillo, Paul G., DC**, 9770 W Sample Rd, Coral Springs, FL 33065-4004, (954) 753-3992
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Grusky, Elliott C., DC**, 2601 S Bayshore Dr Ste 750, Miami, FL 33133-5419, (305) 858-5451
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Grusky, Elliott C., DC**, 11400 N Kendall Dr Ste 100, Miami, FL

33176-1029, (305) 598-2005
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Grusky, Lawrence E., DC**, 2601 S Bayshore Dr Ste 750, Miami, FL
33133-5419, (305) 858-5451
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Grusky, Lawrence E., DC**, 11400 N Kendall Dr Ste 100, Miami, FL
33176-1029, (305) 598-2005
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Halegua, Steven, DC**, 7600 S Red Rd Ste 124, South Miami, FL
33143-5421, (305) 661-5309
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Hart, Leo J., DC**, 7575 SW 62nd Ave Ste A, Miami, FL 33143-4950,
(305) 666-4449
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Hazim, Jeffrey W., DC**, 6555 Powerline Rd Ste 103, Fort Lauderdale, FL
33309-2048, (954) 776-1880
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Hedglon, Paula R., DC**, 1313 E Sample Rd, Pompano Beach, FL
33064-6244, (954) 946-1799
Gender: Female
Accepting New Patients? Yes.
Specialties: Chiropractor

**Herman, Scott J., DC**, 4400 W Sample Rd Ste 114, Coconut Creek, FL
33073-3457, (954) 917-4343
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Hidalgo, Manuel A., DC**, 8000 SW 67th Ave, Miami, FL 33143-7702,

(305) 666-8883
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Hlinka, Tanya M., DC**, 110 E Atlantic Ave Ste 300, Delray Beach, FL 33444-3747, (561) 278-8382
Gender: Female
Accepting New Patients? Yes.
Specialties: Chiropractor

**Hope, Andrew P., DC**, 655 N Military Trl Ste 9, West Palm Beach, FL 33415-1305, (561) 686-0120
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Horowitz, Steven M., DC**, 931 Village Blvd Ste 903, West Palm Beach, FL 33409-1939, (561) 640-9090
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Hyde, Thomas E., DC**, 609 NW 30th Ct, Fort Lauderdale, FL 33311-1719, (954) 563-4472
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Isaacs, Steven J., DC**, 300 George Bush Blvd, Delray Beach, FL 33444-4036, (561) 278-5370
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Jackson, J Randall, DC**, 1717 N Federal Hwy, Lake Worth, FL 33460-6642, (561) 585-8940
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Kalodish, Bryan H., DC**, 2704 N University Dr, Fort Lauderdale, FL 33322-2435, (954) 748-1004
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Karow, Kenneth G., DC**, 768 S Congress Ave, West Palm Beach, FL

33406-4126, (561) 684-1559
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Kaufer, Jeffrey J., DC**, 6316 Lantana Rd Ste 39, Lake Worth, FL
33463-6600, (561) 641-4607
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Kirschenberg, Bruce N., DC**, 36 NE 2nd Ave, Deerfield Beach, FL
33441-3504, (954) 428-7500
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Kirschner, Ronald A., DC**, 10361 Royal Palm Blvd, Coral Springs, FL
33065-4817, (954) 341-0111
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Klein, Richard S., DC**, 23008 Sandalfoot Plaza Dr, Boca Raton, FL
33428-6654, (561) 483-9955
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Kohl, Abraham K., DC**, 10830 Pines Blvd, Hollywood, FL 33026-5205,
(954) 432-5006
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Kotaska, James R., DC**, 926 E Cypress Creek Rd, Fort Lauderdale, FL
33334-4110, (954) 771-5555
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Kotaska, James R., DC**, 926 NE 62nd St, Fort Lauderdale, FL 33334-4110,
(954) 771-5555
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Krakow, Elliot S., DC**, 2499 Glades Rd Ste 109, Boca Raton, FL

33431-7260, (561) 417-9355
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Krol, Carol A., DC**, 4760 W Atlantic Ave, Delray Beach, FL 33445-3839,
(561) 498-8005
Gender: Female
Accepting New Patients? Yes.
Specialties: Chiropractor

**Lallouz, Solomon Y., DC**, 85 NE 167th St, Miami, FL 33162-3402,
(305) 891-1210
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Laudicina, Frances, DC**, 6750 Taft St, Hollywood, FL 33024-3903,
(954) 987-6306
Accepting New Patients? Yes.
Specialties: Chiropractor

**Leavitt, Alan R., DC**, 2255 W Hillsboro Blvd, Deerfield Beach, FL
33442-1106, (954) 428-4777
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Legault, Virginia, DC**, 5745 Hollywood Blvd, Hollywood, FL 33021-6326,
(954) 966-2211
Gender: Female
Accepting New Patients? Yes.
Specialties: Chiropractor

**Levine, Jason L., DC**, 14437 S Dixie Hwy, Miami, FL 33176-7924,
(305) 256-6020
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Levitt, Barry W., DC**, 8955 SW 87th Ct Ste 101, Miami, FL 33176-2264,
(305) 233-5700
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Locklar, Scott, DC**, 258 SE 6th Ave Ste 2, Delray Beach, FL 33483-5259,
(561) 276-6489

Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Maddux, John J., DC**, 12355 W Dixie Hwy, North Miami, FL 33161-5428, (305) 899-9611
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Maffetone, Peter J., DC**, 916 SE 5th Ave, Delray Beach, FL 33483-5109, (561) 272-2255
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Maguire, Thomas A., DC**, 2825 E 4th Ave, Hialeah, FL 33013-3229, (305) 693-0033
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Maiorino, Henry J., DC**, 1500 N University Dr Ste 112, Coral Springs, FL 33071-6071, (954) 757-1100
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Malavenda, Paul A., DC**, 4138 SW 16th Ter, Miami, FL 33134-3867, (305) 443-1103
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Maldonado, Israel, DC**, 11435 W Palmetto Park Rd Ste G, Boca Raton, FL 33428-2602, (561) 487-3788
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Maltzman, Richard, DC**, 6427 Lake Worth Rd, Lake Worth, FL 33463-3007, (561) 967-0140
Accepting New Patients? Yes.
Specialties: Chiropractor

**Manolakos, Amy, DC**, 1000 Linton Blvd Ste A7, Delray Beach, FL 33444-1123, (561) 272-0388
Gender: Female

Accepting New Patients? Yes.
Specialties: Chiropractor

**Manolakos, Douglas, DC**, 1000 Linton Blvd Ste A7, Delray Beach, FL
33444-1123, (561) 272-0388
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Mansdorf, Michael V., DC**, 951 NE 167th St Ste 205, North Miami Beach,
FL 33162-3711, (305) 944-6677
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Marks, Michael A., DC**, 8903 Glades Rd Ste A11, Boca Raton, FL
33434-2006, (561) 488-0225
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Martinez, Ralph J., DC**, 930 N Krome Ave, Homestead, FL 33030-4409,
(305) 248-2553
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Masterman, Michael, DC**, 7090 Beracasa Way, Boca Raton, FL
33433-3447, (561) 347-2445
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Masterman, Michael, DC**, 7026 Charleston Shores Blvd, Lake Worth, FL
33467-7628, (561) 432-6021
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Mathesie, Michael W., DC**, 10617 W Atlantic Blvd, Coral Springs, FL
33071-5610, (954) 755-1434
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**McMann, John P., DC**, 9746 W Sample Rd, Coral Springs, FL 33065-4004,
(954) 752-2095
Gender: Male

Accepting New Patients? Yes.
Specialties: Chiropractor

**Mcnamara, Kevin M., DC**, 3305 NE 33rd St, Fort Lauderdale, FL
33308-7109, (954) 565-8122
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Mellow, Alice J., DC**, 4541 Willow Pond Ct E, West Palm Beach, FL
33417-8243, (561) 478-7887
Gender: Female
Accepting New Patients? Yes.
Specialties: Chiropractor

**Mendella, Louis B., DC**, 5741 Margate Blvd, Margate, FL 33063-2833,
(954) 977-9678
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Messina, Dennis J., DC**, 7221 SW 63rd Ct, Miami, FL 33143-4861,
(305) 666-7506
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Minsky, Leo, DC**, 2255 W Hillsboro Blvd, Deerfield Beach, FL 33442-1106,
(954) 428-4777
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Molak, Walter J., DC**, 6363 Taft St Ste 100, Hollywood, FL 33024-5959,
(954) 966-0007
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Montadas, Hindra, DC**, 15426 NW 77th Ct, Hialeah, FL 33016-5803,
(305) 558-4650
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Morgen, Sabrina, DC**, 6894 Lake Worth Rd Ste 104, Lake Worth, FL
33467-2964, (561) 964-9191
Gender: Female

Accepting New Patients? Yes.
Specialties: Chiropractor

**Morris, Lloyd N., DC**, 1713 E Hallandale Beach Blvd, Hallandale, FL 33009-4621, (954) 456-7777
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Mosso, Carl R., DC**, 654 N University Dr, Hollywood, FL 33024-6738, (954) 436-6737
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Nadel, Bruce, DC**, 12596 N Kendall Dr, Miami, FL 33186-1866, (305) 270-0505
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Nadel, Bruce, DC**, 12596 SW 88th St, Miami, FL 33186-1866, (305) 270-0505
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Newman, Howard L., DC**, 6263 W Sample Rd, Coral Springs, FL 33067-3175, (954) 255-9355
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Okman, Clifton D., DC**, 7244 W Oakland Park Blvd, Lauderhill, FL 33313-1041, (954) 748-5500
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Orta, Pedro, DC**, 4 Curtiss Pkwy, Miami Springs, FL 33166-5219, (305) 883-5577
Accepting New Patients? Yes.
Specialties: Chiropractor

**Partian, Syrus J., DC**, 6820 Dykes Rd, Fort Lauderdale, FL 33331-4663, (954) 252-7611
Gender: Male
Accepting New Patients? Yes.

Specialties: Chiropractor

**Passman, Lewis S., DC**, 5066 W Atlantic Ave, Delray Beach, FL 33484-8129, (561) 498-2233
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Pelayo, Jose A., DC**, 1500 SW 27th Ave, Miami, FL 33145-2043, (305) 448-1500
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Pelayo, Jose A., DC**, 11160 SW 88th St Ste 111, Miami, FL 33176-0949, (305) 385-1000
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Pellegrino, Sal, DC**, 3933 N Andrews Ave, Fort Lauderdale, FL 33309-5239, (954) 396-9923
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Pellegrino, Sal, DC**, 2311 10th Ave N Ste 4, Lake Worth, FL 33461-6605, (561) 582-4044
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Periu, Osmany S., DC**, 333 Camino Gardens Blvd Ste 101, Boca Raton, FL 33432-5824, (561) 367-9009
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Peters, Robert A., DC**, 233 N University Dr, Pembroke Pines, FL 33024-6715, (954) 983-1001
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Pine, David J., DC**, 611 E Atlantic Blvd, Pompano Beach, FL 33060-6343, (954) 782-7006
Gender: Male
Accepting New Patients? Yes.

Specialties: Chiropractor

**Pollak, Joseph, DC**, 2790 N Military Trl, West Palm Beach, FL 33409-2926, (561) 683-4971
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Pryor, Michael A., DC**, 9070 Kimberly Blvd Ste 50, Boca Raton, FL 33434-2861, (561) 488-8700
Accepting New Patients? Yes.
Specialties: Chiropractor

**Pryor, Michael A., DC**, 36 NE 2nd Ave, Deerfield Beach, FL 33441-3504, (954) 428-7500
Accepting New Patients? Yes.
Specialties: Chiropractor

**Rait, Cynthia A., DC**, 4765 N Congress Ave, Boynton Beach, FL 33426-7941, (561) 966-6033
Gender: Female
Accepting New Patients? Yes.
Specialties: Chiropractor

**Rey, Rafael R., DC**, 415 W 49th St, Hialeah, FL 33012-3637, (305) 819-7770
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Rey, Rafael R., DC**, 8415 Coral Way Ste 203, Miami, FL 33155-2305, (305) 265-9686
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Reyes, Florencio F., DC**, 4026 W 12th Ave, Hialeah, FL 33012-4106, (305) 557-4210
Accepting New Patients? Yes.
Specialties: Chiropractor

**Reyes, Florencio F., DC**, 7000 W 12th Ave Ste 20, Hialeah, FL 33014-5154, (305) 557-4210
Accepting New Patients? Yes.
Specialties: Chiropractor

**Reyes, Florencio F., DC**, 3970 W Flagler St Ste 201, Miami, FL 33134-1642, (305) 444-8981

Accepting New Patients? Yes.
Specialties: Chiropractor

**Robiner, Ronald A., DC**, 11476 Okeechobee Blvd, Royal Palm Beach, FL 33411-8715, (561) 793-8640
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Rodriguez, Gilbert A., DC**, 10031 SW 72nd St, Miami, FL 33173-4623, (305) 556-0222
Accepting New Patients? Yes.
Specialties: Chiropractor

**Rogner, Kim L., DC**, 9370 Sunset Dr Ste A150, Miami, FL 33173-5461, (305) 271-7860
Gender: Female
Accepting New Patients? Yes.
Specialties: Chiropractor

**Rojas, William, DC**, 8415 Coral Way Ste 203, Miami, FL 33155-2305, (305) 265-9686
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Rose, Richard T., DC**, 3391 Sheridan St, Hollywood, FL 33021-3606, (954) 963-2550
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Rosenkranz, Bruce R., DC**, 960 Arthur Godfrey Rd Ste 120, Miami, FL 33140-3346, (305) 531-6299
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Rosenkranz, Bruce R., DC**, 9091 Pembroke Rd, Pembroke Pines, FL 33025-1637, (954) 437-5701
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Roth, John D., DC**, 7064 Beracasa Way, Boca Raton, FL 33433-3447, (561) 392-1777
Gender: Male
Accepting New Patients? Yes.

Specialties: Chiropractor

**Rothstein, Terry P., DC**, 5817 Lake Worth Rd, Lake Worth, FL
33463-3209, (561) 642-9500
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Russell, Kurt J., DC**, 1501 N Federal Hwy, Delray Beach, FL 33483-5923,
(561) 243-0245
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Sachs, Scott D., DC**, 977 N Nob Hill Rd, Plantation, FL 33324-1079,
(954) 423-2323
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Saffan, Michael, DC**, 12406 W Dixie Hwy, North Miami, FL 33161-5430,
(305) 893-1168
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Sands, Charles T., DC**, 1701 NE 28th St, Pompano Beach, FL 33064-6859,
(954) 942-8402
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Sara, Serena E., DC**, 8000 SW 67th Ave, Miami, FL 33143-7702,
(305) 666-8883
Gender: Female
Accepting New Patients? Yes.
Specialties: Chiropractor

**Schamis, Jeffrey L., DC**, 10123 W Oakland Park Blvd, Fort Lauderdale,
FL 33351-6917, (954) 748-7455
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Scherer, Mark S., DC**, 3111 45th St Ste 5, West Palm Beach, FL
33407-1981, (561) 640-9440
Gender: Male
Accepting New Patients? Yes.

Specialties: Chiropractor

**Schneider, Stuart W., DC**, 10201 W Sample Rd, Coral Springs, FL 33065-3947, (954) 755-2001
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Schoenman, Daniel D., DC**, 4212 Northlake Blvd, Palm Beach Gardens, FL 33410-6252, (561) 627-2821
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Schramm, Robert W., DC**, 8195 N Military Trl, Palm Beach Gardens, FL 33410-6307, (561) 622-7392
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Schwartz, Keith M., DC**, 1140 E Hallandale Beach Blvd, Hallandale, FL 33009-4432, (954) 456-7188
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Schwartz, Randall, DC**, 307 Via De Palmas, Boca Raton, FL 33432-6007, (561) 392-9880
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Scott, Ronald W., DC**, 9000 SW 152nd St Ste 103, Miami, FL 33157-1941, (305) 253-2161
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Shoemaker, Joel, DC**, 10946 Pembroke Rd, Miramar, FL 33025-1706, (954) 392-1919
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Shtulman, Howard, DC**, 8338 W Oakland Park Blvd, Sunrise, FL 33351-7308, (954) 741-6233
Gender: Male
Accepting New Patients? Yes.

Specialties: Chiropractor

**Siegel, Glen, DC**, 7963 Miramar Pkwy, Miramar, FL 33023-5877,
(305) 966-8770
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Siegel, Glen, DC**, 1240 N University Dr, Plantation, FL 33322-4724,
(305) 370-6900
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Silverman, Steven R., DC**, 3047 Forest Hill Blvd, West Palm Beach, FL
33406-5908, (561) 967-6655
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Simpson, Shawn D., DC**, 1195 N Military Trl Ste 5, West Palm Beach, FL
33409-6058, (561) 640-0355
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Singkornrat, Claudia, DC**, 400 E Linton Blvd Ste G2, Delray Beach, FL
33483-5082, (561) 330-9004
Gender: Female
Accepting New Patients? Yes.
Specialties: Chiropractor

**Snyder, Scott B., DC**, 11328 Okeechobee Blvd Ste 9, Royal Palm Beach,
FL 33411-8733, (561) 798-8899
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Soriano, Hortensia V., DC**, 7000 SW 62nd Ave Ste 400, South Miami, FL
33143-4717, (305) 665-0585
Gender: Female
Accepting New Patients? Yes.
Specialties: Chiropractor

**Stanger, Jeffrey L., DC**, 14838 Military Trl, Delray Beach, FL
33484-8153, (561) 498-4300
Gender: Male
Accepting New Patients? Yes.

Specialties: Chiropractor

**Stanger, Jeffrey L., DC**, 8197 N University Dr Ste 3, Tamarac, FL
33321-1743, (954) 720-2800
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Stefanik, Kimberly R., DC**, 9770 W Sample Rd, Pompano Beach, FL
33065-4004, (954) 227-2120
Gender: Female
Accepting New Patients? No.
Specialties: Chiropractor

**Stock, James M., DC**, 2710 Van Buren St, Hollywood, FL 33020-4820,
(954) 922-2553
Accepting New Patients? Yes.
Specialties: Chiropractor

**Stopek, Richard E., DC**, 1920 Palm Beach Lakes Blvd Ste 206,
West Palm Beach, FL 33409-3506, (561) 683-3600
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Street, James F., DC**, 10061 Sunset Strip, Fort Lauderdale, FL 33322-5303,
(954) 741-5433
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Stringham, J. P., DC**, 10012 Griffin Rd, Cooper City, FL 33328-3301,
(954) 434-2544
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Stringham, J. P., DC**, 10068 Griffin Rd, Cooper City, FL 33328-3309,
(305) 434-2544
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Swain, Russell T., DC**, 6426 Lake Worth Rd, Lake Worth, FL 33463-3008,
(561) 964-1600
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Terranova, John A., DC**, 6427 Lake Worth Rd, Lake Worth, FL 33463-3007, (561) 964-9331
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Tidwell, Dennis A., DC**, 9085 SW 87th Ave Ste 200, Miami, FL 33176-2309, (305) 279-2767
Accepting New Patients? Yes.
Specialties: Chiropractor

**Tishman, Constance E., DC**, 8177 Glades Rd Ste 24, Boca Raton, FL 33434-4063, (561) 487-7200
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Tishman, Jerry, DC**, 8177 Glades Rd Ste 24, Boca Raton, FL 33434-4063, (561) 487-7200
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Tobkes, Scott B., DC**, 4296 S University Dr, Davie, FL 33328-3007, (954) 476-3100
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Totino, Lisa M., DC**, 16 NE 8th Ave, Fort Lauderdale, FL 33301-1639, (954) 767-0993
Gender: Female
Accepting New Patients? Yes.
Specialties: Chiropractor

**Valcourt, Jacqueline, DC**, 5745 Hollywood Blvd, Hollywood, FL 33021-6326, (954) 966-2211
Gender: Female
Accepting New Patients? Yes.
Specialties: Chiropractor

**Valentine, James P., DC**, 10046 W Oakland Park Blvd, Sunrise, FL 33351-6960, (954) 749-8033
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Valentine, Veronica M., DC**, 10046 W Oakland Park Blvd, Sunrise, FL 33351-6960, (954) 749-8033
Gender: Female
Accepting New Patients? Yes.
Specialties: Chiropractor

**Venis, Beryl G., DC**, 6701 SW 116th Ct Apt 209, Miami, FL 33173-1707
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Verno, Roger R., DC**, 919 NE 62nd St, Fort Lauderdale, FL 33334-4116, (954) 491-3472
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Verno, Roger R., DC**, 2620 N Australian Ave Ste 102, West Palm Beach, FL 33407-5625, (561) 835-0109
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Vogel, Paul, DC**, 7481 Biscayne Blvd, Miami, FL 33138-5121, (305) 758-7671
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Volstad, Keith, DC**, 4241 N Lake Blvd Ste D, West Palm Beach, FL 33410-6235, (561) 627-3555
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Walsh, Robert E., DC**, 416 SE 11th Ct, Fort Lauderdale, FL 33316-1144, (305) 525-2225
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Warren, Barry M., DC**, 4332 Forest Hill Blvd, West Palm Beach, FL 33406-5718, (561) 965-2500
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Warren, David B., DC**, 2499 Glades Rd Ste 109, Boca Raton, FL

33431-7260, (561) 417-9355
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Weinreb, Michael P., DC**, 9000 SW 87th Ct Ste 101, Miami, FL
33176-2297, (305) 595-8588
Accepting New Patients? Yes.
Specialties: Chiropractor

**Weinstein, Brett E., DC**, 3296 N State Road 7, Fort Lauderdale, FL
33319-5615, (954) 486-6444
Accepting New Patients? Yes.
Specialties: Chiropractor

**White, Wayne W., DC**, 200 SE 12th St, Fort Lauderdale, FL 33316-1816,
(954) 463-2404
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Whitten, Kirk J., DC**, 6312 Powerline Rd, Fort Lauderdale, FL 33309-2020,
(954) 351-9700
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Whitten, Kirk J., DC**, 466 Hollywood Mall, Hollywood, FL 33021-6932,
(954) 981-4355
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Williams, Gregory L., DC**, 17 N H St, Lake Worth, FL 33460-3701,
(561) 547-2210
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Wolfe, William G., DC**, 1937 N Military Trl Ste S, West Palm Beach, FL
33409-4764, (561) 640-4484
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Yoham II, William, DC**, 8543 NW 186th St, Hialeah, FL 33015-2557,
(305) 829-2355
Gender: Male

Accepting New Patients? Yes.
Specialties: Chiropractor

**Yoham II, William, DC**, 18215 Pines Blvd, Pembroke Pines, FL
33029-1417, (954) 433-5700
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Yoham, William E., DC**, 8543 NW 186th St, Hialeah, FL 33015-2557,
(305) 829-2355
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Yoham, William E., DC**, 6301 Sunset Dr, Miami, FL 33143-4822,
(305) 661-3411
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

**Zawrotny, Christophe J., DC**, 3717 W Boynton Beach Blvd,
Boynton Beach, FL 33436-4540, (561) 732-5700
Gender: Male
Accepting New Patients? Yes.
Specialties: Chiropractor

Hospitals or
## FACILITIES

You selected **Hospital** facilities within **50 miles** of **350 East Las Olas Blvd, Ft.
Lauderdale, FL 33301.** Your Search was specific to **Auto Medical**.

## Hospital
**CLEVELAND CLINIC HOSPITAL WESTON** 3100 Weston Rd, Weston,
FL 33331-3602, (954) 689-5000

**CORAL GABLES HOSPITAL** 3100 S Douglas Rd, Coral Gables, FL
33134-6914, (305) 445-8461

**DELRAY MEDICAL CENTER** 5352 Linton Blvd, Delray Beach, FL
33484-6514, (561) 498-4440

**FLORIDA MEDICAL CENTER** 5000 W Oakland Park Blvd,
Fort Lauderdale, FL 33313-1503, (954) 735-6000

**GOOD SAMARITAN HOSPITAL** 1309 N Flagler Dr, West Palm Beach,
FL 33401-3406, (561) 655-5511

**HEALTHSOUTH DOCTORS' HOSPITAL** 5000 University Dr, Coral Gables, FL 33146-2008, (305) 666-2111

**HIALEAH HOSPITAL** 651 E 25th St, Hialeah, FL 33013-3814, (305) 693-6100

**HOLLYWOOD MEDICAL CENTER** 3600 Washington St, Hollywood, FL 33021-8216, (954) 966-4500

**HOLY CROSS HOSPITAL** 4725 N Federal Hwy, Fort Lauderdale, FL 33308-4603, (954) 771-8000

**JOE DIMAGGIO CHILDRENS HOSPITAL** 3501 Johnson St, Hollywood, FL 33021-5421, (954) 987-2000

**LARKIN COMMUNITY HOSPITAL** 7031 SW 62nd Ave, South Miami, FL 33143-4701, (305) 284-7500

**MIAMI CHILDREN'S HOSPITAL** 3100 SW 62nd Ave, Miami, FL 33155-3009, (305) 666-6511

**NORTH RIDGE MEDICAL CENTER** 5757 N Dixie Hwy, Fort Lauderdale, FL 33334-4135, (954) 776-6000

**NORTH SHORE MEDICAL CENTER** 1100 NW 95th St, Miami, FL 33150-2038, (305) 835-6000

**PALM BEACH GARDENS MEDICAL CENTER** 3360 Burns Rd, Palm Beach Gardens, FL 33410-4323, (561) 622-1411

**PALM SPRINGS GENERAL HOSPITAL** 1475 W 49th St, Hialeah, FL 33012-3222, (305) 558-2500

**PALMETTO GENERAL HOSPITAL** 2001 W 68th St, Hialeah, FL 33016-1801, (305) 823-5000

**PARKWAY REGIONAL MEDICAL CENTER** 160 NW 170th St, North Miami Beach, FL 33169-5521, (305) 651-1100

**PHC GLADES GENERAL HOSPITAL** 1201 S Main St, Belle Glade, FL 33430-4911, (561) 996-6571

**SAINT MARY'S HOSPITAL** 901 45th St, West Palm Beach, FL 33407-2413, (561) 844-6300

**VENCOR HOSPITAL OF CORAL GABLES** 5190 SW 8th St, Coral Gables, FL 33134-2476, (305) 445-1364

**VENCOR HOSPITAL-CORAL GABLES** 5190 SW 8th St, Coral Gables, FL 33134-2476, (305) 448-1585

**VENCOR HOSPITAL-FORT LAUDERDALE** 1516 E Las Olas Blvd, Fort Lauderdale, FL 33301-2346, (954) 764-8900

**VENCOR HOSPITAL-HOLLYWOOD** 1859 Van Buren St, Hollywood, FL 33020-5127, (954) 920-9000

**WEST BOCA MEDICAL CENTER** 21644 State Road 7, Boca Raton, FL 33428-1842, (561) 488-8000

## View in PDF Document

To view the directory in PDF format, you must have the free **Acrobat® Reader** installed on your PC.

This directory contains all providers who are members of Beech Street's network. Every effort was made to ensure the accuracy of the information; however, changes occur daily and may not yet be included in the directory.

The provider you select may not be available to all Beech Street customers due to individual benefit plan or network restrictions. Please verify your benefits by calling your Health Plan Benefit Administrator or Insurance Company.

HIPAA | Privacy Statement | Home

Beech Comber Personal Provider Directory                                                                Page 1 of 2



**Beech Comber**

| Home | Profile | Providers | Logout | What's New | Close |

### View in PDF Document
To view the directory in PDF format, you must have the free **Acrobat® Reader** installed on your PC.

# Personal Provider Directory

### Doctors or
### PRACTITIONERS

You selected **Physical Therapy** practitioners within **50 miles of 350 East Las Olas Blvd, Ft. Lauderdale, FL 33301.** Your Search was specific to **Auto Medical**.

**Physical Therapy**
**Abtahi, Rassoul M., PT**, 4980 W 10th Ave Ste 201, Hialeah, FL 33012-3437, (305) 821-0100
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Abtahi, Rassoul M., PT**, 351 NW Le Jeune Rd Ste 204, Miami, FL 33126-5670, (305) 642-8442
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Adamedes, Nike, PT**, 7480 Fairway Dr Ste 204, Miami Lakes, FL 33014-6879, (305) 824-9292
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Agustin, Mayette S., PT**, 150 SW 12th Ave Ste 490, Pompano Beach, FL 33069-3276, (954) 781-7799
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Allen, Todd E., PT**, 9900 Griffin Rd, Fort Lauderdale, FL 33328-3420, (954) 434-8489
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Almeda, Lizbel, PT**, 747 Ponce De Leon Blvd Ste 503, Coral Gables, FL 33134-2073, (305) 461-9700
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Alqaddoumi, Samar, PT**, 3702 Washington St Ste 101, Hollywood, FL 33021-8283, (954) 986-2299
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Amsler, Kenneth, PT**, 2617 N Flagler Dr Ste 112, West Palm Beach, FL 33407-5543, (561) 833-1747
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Anderson, Gaynell, PT**, 9703 W Sample Rd, Coral Springs, FL 33065-4003, (954) 757-7360
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Arena, Joseph M., PT**, 3104 N Federal Hwy, Lighthouse Point, FL 33064-6738, (954) 942-5050
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Armstrong, Tina K., PT**, 4800 Linton Blvd Ste F116, Delray Beach, FL 33445-6583, (561) 498-1423
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Arnold, Laurence I., MD**, 5353 N Federal Hwy Ste 301, Fort Lauderdale, FL 33308-3236, (954) 351-7737
Gender: Male
Accepting New Patients? Yes.
Specialties: Plastic Surgery, Physical Therapy

**Attard, Derrick J., PT**, 309 71st St, Miami Beach, FL 33141-3013, (305) 867-3925
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Austin, Deborah J., PT**, 3301 NW Boca Raton Blvd Ste 101, Boca Raton, FL 33431-6697, (561) 362-8757
Gender: Female

Beech Combo: Personal Provider Directory

Accepting New Patients? Yes.
Specialties: Physical Therapy

**Baquir, Myra S., PT**, 150 SW 12th Ave Ste 490, Pompano Beach, FL 33069-3276, (954) 781-7799
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Bebber, Kelly A., PT**, 9703 W Sample Rd, Coral Springs, FL 33065-4003, (954) 344-7771
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Bell, Heather A., PT**, 8991 SW 95th Ave, Miami, FL 33176-1982, (305) 274-9966
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Bell, Heather A., PT**, 10700 Caribbean Blvd Ste 302, Miami, FL 33189-1230, (305) 274-9966
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Bercaw, Carol L., PT**, 825 S Federal Hwy, Deerfield Beach, FL 33441-5751, (954) 725-2900
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Bercaw, Carol L., PT**, 7021 NW 15th St, Fort Lauderdale, FL 33313-5322, (954) 725-2900
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Berube, Marcel J., PT**, 18690 NW 2nd Ave, Miami, FL 33169-4508, (305) 652-2005
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Bivens, Sue, PT**, 12651 S Dixie Hwy Ste 205, Miami, FL 33156-5955, (305) 232-9222
Accepting New Patients? Yes.

Beech Combex Personal Provider Directory    Page 4 of 27

Specialties: Physical Therapy

**Bloch, Andrew, PT**, 702 W 51st St, Miami, FL 33140-2615, (305) 868-7370
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Boucher, Terri Ann, PT**, 6280 Sunset Dr Ste 606, South Miami, FL
33143-4875, (305) 662-4915
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Bovarnick, Michael, RPT**, 2790 N Military Trl, West Palm Beach, FL
33409-2926, (561) 683-4971
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Breslin, Lana, PT**, 1896 Palm Beach Lakes Blvd, West Palm Beach, FL
33409-3513, (561) 478-2322
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Brewster, Pamela M., PT**, 8190 Royal Palm Blvd Ste 200, Coral Springs,
FL 33065-5706, (954) 255-1515
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Brice, Andrew N., PT**, 655 N Military Trl, West Palm Beach, FL
33415-1305, (561) 686-0120
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Buchalter, Leigh, PT**, 7797 N University Dr Ste 101, Tamarac, FL
33321-6107, (954) 724-5500
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Burdick, Lori, PT**, 8620 W State Road 84, Fort Lauderdale, FL 33324-4567,
(954) 472-7526
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Calabrese, Elizabeth, PT**, 29 NE 10th St, Homestead, FL 33030-4613,
(305) 247-0579
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Chartor, John S., PT**, 7400 N Kendall Dr Ste 101, Miami, FL 33156-7708, (305) 670-4490
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Chartor, Kessem M., PT**, 7400 N Kendall Dr Ste 101, Miami, FL 33156-7708, (305) 670-4490
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Chin, Linda W., PT**, 5401 Collins Ave Ste CU12, Miami Beach, FL 33140-2590, (305) 866-6911
Accepting New Patients? Yes.
Specialties: Massage Therapy, Physical Therapy

**Conradie, Ane, PT**, 3221 NW 10th Ter Ste 505, Fort Lauderdale, FL 33309-5942, (954) 564-1994
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Correia, Edward P., PT**, 6280 Sunset Dr Ste 606, Miami, FL 33143-4875, (305) 662-4915
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Costello, Kevin, PT**, 3221 NW 10th Ter Ste 505, Fort Lauderdale, FL 33309-5942, (954) 564-1994
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Cralle, Raymond, PT**, 401 NE 2nd St, Delray Beach, FL 33483-4524, (561) 276-9643
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Cronan, Thomas J., PT**, 1000 S Dixie Hwy, Hallandale, FL 33009-7044, (954) 966-6846
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Croughwell, Nancy, PT**, 3534 S University Dr, Fort Lauderdale, FL 33328-2002, (954) 382-4343
Gender: Female

Accepting New Patients? Yes.
Specialties: Physical Therapy

**Dadeland PT, Sprts Med, RPT**, 7400 N Kendall Dr Ste 101, Miami, FL
33156-7708, (305) 670-4490
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Davis, Dana, PT**, 5130 Linton Blvd Ste E3, Delray Beach, FL 33484-6595,
(561) 498-5422
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Davis, Jeffrey R., PT**, 1776 N Pine Island Rd, Fort Lauderdale, FL
33322-5233, (954) 473-2100
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Davis, Peter D., PT**, 7676 N Nob Hill Rd, Tamarac, FL 33321-1843,
(954) 597-6666
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Davis, Suzanne, PT**, 9250 Glades Rd Ste 205, Boca Raton, FL 33434-3958,
(561) 852-3868
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Davis, Suzanne, PT**, 447 NW 73rd Ave, Fort Lauderdale, FL 33317-1608,
(954) 583-7383
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Deering, Barbara, PT**, 1353 S Military Trl, Deerfield Beach, FL
33442-7634, (954) 421-2141
Accepting New Patients? Yes.
Specialties: Physical Therapy

**DelCastillo, Madeline, PT**, 12651 S Dixie Hwy Ste 205, Miami, FL
33156-5955, (305) 323-9222
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Delvalle, Lourdes M., PT**, 4949 S Congress Ave Ste E, Lake Worth, FL 33461-4731, (561) 433-1884
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Delvalle, Lourdes M., PT**, 10399 Southern Blvd, Royal Palm Beach, FL 33411-4339, (561) 795-1060
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Destefano, Susan B., OTH**, 6950 Cypress Rd Ste 102, Plantation, FL 33317-2361, (954) 584-1522
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Drexel Phys, Medicine, PT**, 6076 Okeechobee Blvd Ste 50, West Palm Beach, FL 33417-4351, (561) 697-3371
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Edwards, Hany, PT**, 236 SE 26th Ave, Boynton Beach, FL 33435-7628, (561) 369-7600
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Edwards, Hany, PT**, 1251 E Sample Rd, Pompano Beach, FL 33064-6242, (954) 786-3100
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Eggebraaten, Bradley D., PT**, 3230 Lake Worth Rd Ste C, Lake Worth, FL 33461-3694, (561) 968-7788
Accepting New Patients? Yes.
Specialties: Physical Therapy

**English and, English PT, PT**, 2914 Jog Rd, Greenacres, FL 33467-2002, (561) 969-1519
Accepting New Patients? Yes.
Specialties: Physical Therapy

**English, Jennifer A., PT**, 2914 Jog Rd, Greenacres, FL 33467-2002, (561) 969-1519
Gender: Female
Accepting New Patients? Yes.

Specialties: Physical Therapy

**English, Matthew W., PT**, 2914 Jog Rd, Greenacres, FL 33467-2002,
(561) 969-1519
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Farr, Deborah, PT**, 1896 Palm Beach Lakes Blvd, West Palm Beach, FL
33409-3513, (561) 478-2322
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Feder, Barbara, PT**, 10061 Sunset Strip, Fort Lauderdale, FL 33322-5303,
(954) 741-5433
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Fiebert, Ira M., PT**, 4800 Linton Blvd Ste F116, Delray Beach, FL
33445-6583, (561) 498-1423
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Fiebert, Ira M., PT**, 6280 Sunset Dr Ste 606, Miami, FL 33143-4875,
(305) 662-4915
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Fischer, Thomas, PT**, 4512 N University Dr, Fort Lauderdale, FL
33351-5740, (954) 746-7230
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Fischer, Thomas, PT**, 9929 Pines Blvd, Pembroke Pines, FL 33024-6175,
(954) 437-8099
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Fisher, Karen L., PT**, 8720 N Kendall Dr Ste 206, Miami, FL 33176-2198,
(305) 595-9425
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Fitzgerald, Christine M., PT**, 9703 W Sample Rd, Coral Springs, FL
33065-4003, (954) 344-7771
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Fletcher, Tom P., PT**, 4109 N Federal Hwy, Fort Lauderdale, FL 33308-5530, (954) 566-1260
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Fletcher, Tom P., PT**, 3850 Sheridan St, Hollywood, FL 33021-3634, (954) 989-5255
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Fletcher, Tom P., PT**, 18690 NW 2nd Ave, Miami, FL 33169-4508, (954) 989-5255
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Franco, Abby, PT**, 2609 W Woolbright Rd Ste 4A, Boynton Beach, FL 33436-6634, (561) 369-3068
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Franco, James L., PT**, 2609 W Woolbright Rd Ste 4A, Boynton Beach, FL 33436-6634, (561) 369-3068
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Gach Jr, Richard E., PT**, 4109 N Federal Hwy, Fort Lauderdale, FL 33308-5530, (954) 989-5255
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Gach Jr, Richard E., PT**, 3850 Sheridan St, Hollywood, FL 33021-3634, (954) 989-5255
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Garvar, Susanne C., PT**, 3720 Coconut Creek Pkwy Ste A, Pompano Beach, FL 33066-1634, (954) 978-0209
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Garvar, Susanne C., PT**, 7676 N Nob Hill Rd, Tamarac, FL 33321-1843,

(954) 597-6666
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Gauthier, Joseph H., PT**, 6601 Forest Hill Blvd, West Palm Beach, FL 33413-3303, (561) 966-0050
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Glosser, Richard S., MD**, 941 N Krome Ave, Homestead, FL 33030-4408, (305) 248-6311
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery, Physical Therapy

**Goldstein, Daniel, PT**, 1896 Palm Beach Lakes Blvd, West Palm Beach, FL 33409-3513, (561) 478-2322
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Green, Richard A., PT**, 2100 E Hallandale Beach Blvd Ste 100, Hallandale, FL 33009-3722, (954) 454-1066
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Growns, Sally, PT**, 4800 Linton Blvd Ste F116, Delray Beach, FL 33445-6583, (561) 498-1423
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Gusman, Stanley, PT**, 9060 Kimberly Blvd Ste 44, Boca Raton, FL 33434-2842, (561) 482-7474
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Gutierrez, William, PT**, 8720 N Kendall Dr Ste 206, Miami, FL 33176-2198, (305) 595-9425
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Henley, Cynthia P., PT**, 3101 W Hallandale Beach Blvd Ste 106, Hallandale, FL 33009-5154, (954) 966-6846
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Henley, Cynthia P., PT**, 12651 S Dixie Hwy Ste 205, Miami, FL
33156-5955, (305) 232-9222
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Herschenhorn, Shari, PT**, 1401 NW 9th Ave, Boca Raton, FL
33486-1304, (561) 395-0666
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Hirst, Kenneth, PT**, 4109 N Federal Hwy, Fort Lauderdale, FL 33308-5530,
(954) 566-1260
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Hirst, Kenneth, PT**, 18690 NW 2nd Ave, Miami, FL 33169-4508,
(305) 652-2005
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Holloway, Aaron, PT**, 8353 SW 124th St Ste 106, Miami, FL 33156-5847,
(305) 235-0450
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Horan, Kerry, PT**, 4800 Linton Blvd Ste F116, Delray Beach, FL
33445-6583, (561) 498-1423
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Hutchinson, Victoria, OTH**, 2617 N Flagler Dr Ste 112,
West Palm Beach, FL 33407-5543, (561) 833-2090
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**IntegraCare, Inc, PT**, 747 Ponce De Leon Blvd Ste 503, Coral Gables, FL
33134-2073, (305) 461-9700
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**IntegraCare, Inc, PT**, 1029 E 25th St, Hialeah, FL 33013-3703,
(305) 691-3012
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Jackson, Barbara, PT**, 2828 S Seacrest Blvd Ste 204, Boynton Beach, FL
33435-7944, (561) 734-9760
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Jenetopulos, Marge, PT**, 12651 S Dixie Hwy Ste 205, Miami, FL
33156-5955, (305) 232-9222
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Jones, Janice A., PT**, 927 45th St Ste 205, West Palm Beach, FL
33407-2450, (561) 844-6605
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Kabat, Alicia, PT**, 10251 W Sample Rd, Pompano Beach, FL 33065-3939,
(954) 755-4994
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Kashuba, David E., PT**, 1920 Palm Beach Lakes Blvd, West Palm Beach,
FL 33409-3512, (561) 688-7911
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Keefe, Sharon A., OTH**, 9766 S Military Trl, Boynton Beach, FL
33436-3221, (561) 254-0665
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Keefe, Sharon A., OTH**, 11440 Okeechobee Blvd Ste 103,
Royal Palm Beach, FL 33411-8707, (561) 792-7414
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Kelly, Michelle C., PT**, 4800 Linton Blvd Ste F116, Delray Beach, FL

33445-6583, (561) 498-1423
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Kirby, June, PT**, 8460 Winnipesaukee Way, Lake Worth, FL 33467-1705,
(561) 641-1146
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Klein, Kurt C., PT**, 21110 Biscayne Blvd Ste 305, Aventura, FL 33180-1229,
(305) 932-4416
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Klein, Kurt C., PT**, 8620 W State Road 84, Fort Lauderdale, FL 33324-4567,
(954) 472-7526
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Kovacs, Christina, PT**, 9415 Sunset Dr Ste 195, Miami, FL 33173-5429,
(305) 273-1800
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Kunkel, Kevin R., PT**, 2617 N Flagler Dr Ste 112, West Palm Beach, FL
33407-5543, (561) 833-2090
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Langham, Sandy J., PT**, 9703 W Sample Rd, Coral Springs, FL
33065-4003, (954) 344-7771
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Layne, Howard, PT**, 3534 S University Dr, Fort Lauderdale, FL
33328-2002, (954) 382-4343
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Lebner, Rhonda, PT**, 1001 NW 13th St, Boca Raton, FL 33486-2269,
(561) 361-8700

Accepting New Patients? Yes.
Specialties: Physical Therapy

**Lee, Deborah M., PT**, 1001 NW 13th St Ste 102, Boca Raton, FL
33486-2269, (561) 361-8700
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Leibold, Mary R., PT**, 4800 Linton Blvd Ste F116, Delray Beach, FL
33445-6583, (561) 498-1423
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Leonard, John B., PT**, 9703 W Sample Rd, Coral Springs, FL 33065-4003,
(954) 344-7771
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Levin, Salmon, PT**, 3720 Coconut Creek Pkwy Ste B, Pompano Beach, FL
33066-1634, (954) 978-0209
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Levin, Salmon, PT**, 7676 N Nob Hill Rd, Tamarac, FL 33321-1843,
(954) 597-6666
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Liddy, Sarah, PT**, 1100 S Main St, Belle Glade, FL 33430-4910,
(561) 996-8086
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Liddy, Sarah, PT**, 4949 S Congress Ave Ste E, Lake Worth, FL 33461-4731,
(561) 433-1884
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Liddy, Sarah, PT**, 10399 Southern Blvd, Royal Palm Beach, FL 33411-4339,
(561) 795-1060
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Limehouse, Richard, PT**, 1279 N University Dr, Pompano Beach, FL

33071-8314, (954) 255-1515
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Lotfi, Farima, PT**, 10056 W McNab Rd, Fort Lauderdale, FL 33321-1894, (954) 720-8445
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Lundgren, Edward A., PT**, 3301 NW Boca Raton Blvd Ste 100, Boca Raton, FL 33431-6697, (561) 338-8851
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Magill, Rita, PT**, 6280 Sunset Dr Ste 606, Miami, FL 33143-4875, (305) 662-4915
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Maniquis, Ellis F., PT**, 15200 Jog Rd Ste C4, Delray Beach, FL 33446-1248, (727) 461-3399
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Martin, Joseph, PT**, 625 SE 2nd Ave Ste B, Boynton Beach, FL 33435-5065, (561) 738-0805
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Matz, Alexander M., PT**, 300 Arthur Godfrey Rd, Miami Beach, FL 33140-3637, (305) 672-0614
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Mendez, Jamie, PT**, 12651 S Dixie Hwy Ste 205, Miami, FL 33156-5955, (305) 232-9222
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Moody, Christophe, OTH**, 991 N Miami Beach Blvd, Miami, FL 33162-3715, (305) 949-3300
Gender: Male
Accepting New Patients? Yes.

Specialties: Occupational Therapist, Physical Therapy

**Moore, Tony, PT**, 440 E Sample Rd Ste 101, Pompano Beach, FL
33064-4432, (954) 788-9003
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Murray, Godfrey E., RPT**, 18383 NW 27th Ave, Carol City, FL
33056-3169, (305) 625-5693
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Murray, Godfrey E., RPT**, 27339 S Dixie Hwy, Homestead, FL
33032-8233, (305) 625-5693
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Musumeci, Frank P., PT**, 4109 N Federal Hwy, Fort Lauderdale, FL
33308-5530, (954) 566-1260
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Musumeci, Frank P., PT**, 3850 Sheridan St, Hollywood, FL 33021-3634,
(954) 989-5255
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Musumeci, Frank P., PT**, 18690 NW 2nd Ave, Miami, FL 33169-4508,
(305) 652-2005
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Musumeci, Linda, RPT**, 3850 Sheridan St, Hollywood, FL 33021-3634,
(954) 989-5255
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Musumeci, Linda, RPT**, 18690 NW 2nd Ave, Miami, FL 33169-4508,
(305) 652-2005
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Nash, Linda H., PT**, 9703 W Sample Rd, Coral Springs, FL 33065-4003, (954) 344-7771
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Nicoletti, Paula, PT**, 313 10th St, West Palm Beach, FL 33401-3317, (561) 833-2244
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Niles, Mark, PT**, 8130 Royal Palm Blvd Ste 101, Coral Springs, FL 33065-5703, (954) 755-3207
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Niles, Mark, PT**, 2951 NW 49th Ave Ste 305, Lauderdale Lakes, FL 33313-1617, (954) 739-9097
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Nistler, Julianne, PT**, 4109 N Federal Hwy, Fort Lauderdale, FL 33308-5530, (954) 566-1260
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Nistler, Julianne, PT**, 3850 Sheridan St, Hollywood, FL 33021-3634, (954) 989-5255
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**O'Neal, Inge C., PT**, 9703 W Sample Rd, Coral Springs, FL 33065-4003, (954) 344-7771
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Otten, Kurt F., PT**, 5026B N Federal Hwy, Lighthouse Point, FL 33064-7057, (954) 426-8884
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Otten, Linda D., PT**, 5026B N Federal Hwy, Lighthouse Point, FL

33064-7057, (954) 426-8884
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Ozery, Tamar L., PT**, 10371 W Sample Rd, Coral Springs, FL 33065-3941,
(954) 341-0090
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Pahl, Craig, PT**, 6280 Sunset Dr Ste 606, Miami, FL 33143-4875,
(305) 662-4915
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Perez, Wanda, PT**, 1033 E 25th St, Hialeah, FL 33013-3703,
(305) 691-3012
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Peterson, Arthur R., PT**, 1141 Royal Palm Beach Blvd,
Royal Palm Beach, FL 33411-1669, (561) 790-0210
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Peterson, Arthur R., PT**, 5912 Okeechobee Blvd, West Palm Beach, FL
33417-4324, (561) 697-8800
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Physical Thrpy, Boca Raton, PT**, 900 Glades Rd Ste 1B, Boca Raton,
FL 33431-6405, (561) 391-5844
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Pisani, Lisa, PT**, 313 10th St, West Palm Beach, FL 33401-3317,
(561) 833-2244
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Platnick, Erin B., PT**, 10061 Sunset Strip, Fort Lauderdale, FL 33322-5303,
(954) 741-5433
Gender: Female
Accepting New Patients? Yes.

Specialties: Physical Therapy

**Quesada, Dyan N., PT**, 1815 E Commercial Blvd Ste 105, Fort Lauderdale,
FL 33308-3746, (954) 351-7009
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Quintana, Ivette, PT**, 7000 SW 97th Ave Ste 115, Miami, FL 33173-1474,
(305) 274-9966
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Ramos, Paul M., PT**, 9415 Sunset Dr, Miami, FL 33173-5427,
(305) 273-1800
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Rehab, Management, PT**, 12594 Pines Blvd Ste 104, Pembroke Pines, FL
33027-1772, (954) 441-5335
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Rehability, Center, MD**, 1007 W Commercial Blvd, Fort Lauderdale, FL
33309-3148, (954) 202-3345
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Rehability, Center, MD**, 8385 Pines Blvd, Pembroke Pines, FL
33024-6607, (954) 433-4251
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Reynolds, Jullissa M., PT**, 991 N Miami Beach Blvd, Miami, FL
33162-3715, (305) 949-3300
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Richardson, Lori, PT**, 4747 N Ocean Dr Ste 261, Fort Lauderdale, FL
33308-2995, (954) 785-4776
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Roberts, Eric W., PT**, 3230 Lake Worth Rd Ste C, Lake Worth, FL

33461-3694, (561) 968-7788
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Roberts, Jennifer S., PT**, 9900 Griffin Rd, Fort Lauderdale, FL
33328-3420, (954) 252-9775
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Rodriguez, Carlos, PT**, 8720 N Kendall Dr Ste 206, Miami, FL
33176-2198, (305) 595-9425
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Rodriguez, Margarite, PT**, 4109 N Federal Hwy, Fort Lauderdale, FL
33308-5530, (954) 566-1260
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Rodriguez, Margarite, PT**, 3850 Sheridan St, Hollywood, FL 33021-3634,
(954) 989-5255
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Ruffino, Danielle, PT**, 4800 Linton Blvd Ste F116, Delray Beach, FL
33445-6583, (561) 498-1423
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Sabor, David, PT**, 2250 Palm Beach Lakes Blvd Ste 109, West Palm Beach,
FL 33409-3407, (561) 683-9991
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Sabor, David, PT**, 6601 Forest Hill Blvd, West Palm Beach, FL 33413-3303,
(561) 966-0050
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Sage, Daniel E., PT**, 4733 W Atlantic Ave Ste 17, Delray Beach, FL
33445-3890, (561) 496-5144
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Salcedo, Vicente R., PT**, 5015 Hollywood Blvd, Hollywood, FL
33021-6515, (954) 983-4351
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Sanchez, Christine M., PT**, 9703 W Sample Rd, Coral Springs, FL
33065-4003, (954) 344-7771
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Sanchez, Christine M., PT**, 3898 Poinciana Dr Ste 12, Lake Worth, FL
33467-2951, (561) 966-9273
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Schulman, Sol, PT**, 440 E Sample Rd Ste 101, Pompano Beach, FL
33064-4432, (954) 788-9003
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Selig, Michael, PT**, 100 E Linton Blvd Ste 407B, Delray Beach, FL
33483-3343, (561) 276-3646
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Shah, Komal, PT**, 6092 W Oakland Park Blvd, City Of Sunrise, FL
33313-1210, (954) 748-7555
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Shah, Sanjiv S., PT**, 2435 Stirling Rd, Fort Lauderdale, FL 33312-6520,
(954) 964-5050
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Shamus, Eric, PT**, 9929 Pines Blvd, Pembroke Pines, FL 33024-6175,
(954) 437-8099
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Shapiro, Charles M., PT**, 4109 N Federal Hwy, Fort Lauderdale, FL
33308-5530, (954) 566-1260
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Shapiro, Charles M., PT**, 3850 Sheridan St, Hollywood, FL 33021-3634, (954) 989-5255
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Shapiro, Charles M., PT**, 18690 NW 2nd Ave, Miami, FL 33169-4508, (305) 652-2005
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Shriner, Jennifer A., PT**, 4800 Linton Blvd Ste F116, Delray Beach, FL 33445-6583, (561) 498-1423
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Smith, Edmund R., PT**, 4949 S Congress Ave, Lake Worth, FL 33461-4731, (561) 433-1884
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Smith, Edmund R., PT**, 10399 Southern Blvd, Royal Palm Beach, FL 33411-4339, (561) 795-1060
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Stansbury, Mary E., OTH**, 3301 NW Boca Raton Blvd Ste 101, Boca Raton, FL 33431-6697, (561) 362-8757
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Stenback, Jeffery, PT**, 8720 N Kendall Dr Ste 206, Miami, FL 33176-2198, (305) 595-9425
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Stern, Gerald E., PT**, 7301A W Palmetto Park Rd Ste 206B, Boca Raton, FL 33433-3466, (561) 362-9748
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

Beech Cemberg Personal Provider Directory

**Stern, Mary E., PT**, 7301A W Palmetto Park Rd Ste 206B, Boca Raton, FL 33433-3466, (561) 362-9748
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Stockamore, Jill, PT**, 3221 NW 10th Ter Ste 505, Fort Lauderdale, FL 33309-5942, (954) 564-1994
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Stonick, Terri L., PT**, 3221 NW 10th Ter Ste 505, Fort Lauderdale, FL 33309-5942, (954) 564-1994
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Sylvester, Stephen J., PT**, 25 S Federal Hwy, Lake Worth, FL 33460-3837, (561) 588-5737
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Tan, Rosemarie, PT**, 7797 N University Dr Ste 102, Fort Lauderdale, FL 33321-6107, (954) 724-5500
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Tassin, Brenda, OTH**, 2734 Polk St Ste 5, Hollywood, FL 33020-4832, (954) 921-4263
Gender: Female
Accepting New Patients? Yes.
Specialties: Occupational Therapist, Physical Therapy

**The Rehab, Place, PT**, 8041 W Oakland Park Blvd, Fort Lauderdale, FL 33351-1116, (954) 747-8836
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Thompson, Glenda F., RPT**, 9750 NW 33rd St Ste 120, Coral Springs, FL 33065-4000, (954) 344-2100
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Tiruvalam, Nagaraja, PT**, 15200 Jog Rd Ste C4, Delray Beach, FL 33446-1248, (727) 461-3399
Gender: Male

Accepting New Patients? Yes.
Specialties: Physical Therapy

**Tormey, Carol, PT**, 10061 Sunset Strip, Fort Lauderdale, FL 33322-5303,
(954) 741-5433
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Torregrosa-Gre, Lydia, PT**, 1029 E 25th St, Hialeah, FL 33013-3703,
(305) 691-3012
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Tsang, Richard P., PT**, 15200 Jog Rd Ste C4, Delray Beach, FL
33446-1248, (727) 461-3399
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Tufaro, Michael, OTH**, 9703 W Sample Rd, Coral Springs, FL 33065-4003,
(954) 344-7771
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Velazquez, Jose G., PT**, 9703 W Sample Rd, Coral Springs, FL
33065-4003, (954) 344-7771
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Velazquez, Jose G., PT**, 1868 NE 164th St, North Miami Beach, FL
33162-4110, (305) 956-9936
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Vennett-White, Marie A., PT**, 11440 Okeechobee Blvd Ste 103,
Royal Palm Beach, FL 33411-8707, (561) 792-7414
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Venuto, Paul J., PT**, 1845 N Corporate Lakes Blvd, Weston, FL
33326-3211, (954) 389-7151
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Villaverde, Sonia M. N., PT**, 1515 S Federal Hwy Ste 308, Boca Raton,

FL 33432-7451, (561) 392-1112
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Villaverde, Sonia M. N., PT**, 9703 W Sample Rd, Coral Springs, FL
33065-4003, (954) 344-7771
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Wadhwa, Ashwani K., PT**, 3801 N University Dr, Fort Lauderdale, FL
33351-6332, (954) 748-1248
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Wadhwa, Bharti, PT**, 3801 N University Dr Ste 403, Fort Lauderdale, FL
33351-6320, (954) 748-1248
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Walters, Gary, PT**, 9929 Pines Blvd, Pembroke Pines, FL 33024-6175,
(954) 437-8099
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Weinstock, Jack D., PT**, 11028 Nashville Dr, Cooper City, FL
33026-4966, (954) 435-9541
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**West Sunrise, Phys Ther, PT**, 5975 W Sunrise Blvd Ste 104, Sunrise,
FL 33313-6801, (954) 581-4776
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Whelan, Nancy K., PT**, 6714 Forest Hill Blvd, West Palm Beach, FL
33413-3335, (561) 433-2009
Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**White, Bruce D., PT**, 11440 Okeechobee Blvd Ste 103, Royal Palm Beach,
FL 33411-8707, (561) 792-7414
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Wiklund, Carina, PT**, 9415 SW 72nd St Ste 195, Miami, FL 33173-5429,
(305) 273-1800

Gender: Female
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Wilk, Bruce, PT**, 8720 N Kendall Dr Ste 206, Miami, FL 33176-2198, (305) 595-9425
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Wise, Holly, PT**, 6280 Sunset Dr Ste 606, South Miami, FL 33143-4875, (305) 662-4915
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Zane, Linda J., PT**, 4800 Linton Blvd Ste F116, Delray Beach, FL 33445-6583, (561) 498-1423
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Zbaraschuk, Karis, PT**, 1100 S Main St, Belle Glade, FL 33430-4910, (561) 996-8086
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Zbaraschuk, Karis, PT**, 4949 S Congress Ave Ste E, Lake Worth, FL 33461-4731, (561) 433-1884
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

**Zbaraschuk, Karis, PT**, 10399 Southern Blvd, Royal Palm Beach, FL 33411-4339, (561) 795-1060
Gender: Male
Accepting New Patients? Yes.
Specialties: Physical Therapy

Hospitals or
**FACILITIES**

You selected **Pain Management, Physical Therapy** facilities within **50** miles of **350 East Las Olas Blvd, Ft. Lauderdale, FL 33301.** Your Search was specific to **Auto Medical**.

No facilities matching your criteria found.

### View in PDF Document

To view the directory in PDF format, you must have the free **Acrobat® Reader** installed on your PC.

This directory contains all providers who are members of Beech Street's network. Every effort was made to ensure the accuracy of the information; however, changes occur daily and may not yet be included in the directory.

The provider you select may not be available to all Beech Street customers due to individual benefit plan or network restrictions. Please verify your benefits by calling your Health Plan Benefit Administrator or Insurance Company.

HIPAA  | Privacy Statement  | Home



## Beech Comber

| Home | About Us | Provider | FAQ | What's New | Close |

**View in PDF Document**
To view the directory in PDF format, you must have the free **Acrobat® Reader** installed on your PC.

# Personal Provider Directory

Doctors or
## PRACTITIONERS

You selected **Orthopedic Surgery** practitioners within **50** miles of **350 East Las Olas Blvd., Ft. Lauderdale, FL 33301.** Your Search was specific to **Auto Medical**.

**Orthopedic Surgery**
**Acosta, Roberto J., MD**, 1000 45th St Ste 2, West Palm Beach, FL
33407-2434, (561) 845-7770
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Barry, Patrick J., MD**, 7100 W 20th Ave Ste 411, Hialeah, FL 33016-1811,
(305) 825-9339
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Barry, Patrick J., MD**, 17901 NW 5th St Ste 101, Pembroke Pines, FL
33029-2810, (800) 359-5633
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Beauperthuy, Gilbert D., DO**, 7150 W 20th Ave Ste 614, Hialeah, FL
33016-5511, (305) 822-4405
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Beauperthuy, Gilbert D., DO**, 351 NW 42nd Ave Ste 205, Miami, FL
33126-5670, (305) 649-2133
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Blinn, Randall D., MD**, 11760 Bird Rd Ste 542, Miami, FL 33175-8100, (305) 228-5471
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Blinn, Randall D., MD**, 601 N Flamingo Rd Ste 103, Pembroke Pines, FL 33028-1007, (954) 450-8970
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Borja, Francisco J., MD**, 8940 SW 88th St Ste 101E, Miami, FL 33176-2149, (305) 275-9556
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Bromson, Mark S., MD**, 903 Meadows Rd, Boca Raton, FL 33486-2331, (561) 391-5515
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Carpenter, Dalton R., MD**, 4725 N Federal Hwy, Fort Lauderdale, FL 33308-4603, (954) 351-7847
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Carvajal, Pedro J., MD**, 9495 Sunset Dr Ste B205, Miami, FL 33173-3233, (305) 598-3223
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Carvajal, Pedro J., MD**, 9195 Sunset Dr Ste 100, Miami, FL 33173-3488, (305) 598-3223
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Cerino, Lawrence E., MD**, 1201 E Sample Rd, Pompano Beach, FL 33064-6242, (954) 942-4433
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Chalal, Joseph B., MD**, 1200 S Main St Ste 102, Belle Glade, FL
33430-7808, (800) 633-5783
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Chalal, Joseph B., MD**, 9770 S Military Trl Ste B22, Boynton Beach, FL
33436-3223, (561) 790-4040
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Chalal, Joseph B., MD**, 8188 Jog Rd Ste 201, Boynton Beach, FL
33437-2952, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Chalal, Joseph B., MD**, 5150 Linton Blvd Ste 340, Delray Beach, FL
33484-6525, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Chalal, Joseph B., MD**, 4801 S Congress Ave, Lake Worth, FL
33461-4746, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Chalal, Joseph B., MD**, 12989 Southern Blvd Ste 101, Loxahatchee, FL
33470-9205, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Chalal, Joseph B., MD**, 12983 Southern Blvd Ste 101, Loxahatchee, FL
33470-9207, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Chassner, Ronald S., MD**, 151 NW 11th St Ste E304, Homestead, FL
33030-4350, (305) 248-8412
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Clifford, Stephen J., MD**, 12996 W Dixie Hwy, North Miami, FL
33161-4810, (305) 891-6060
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Cooper, Jack S., MD**, 1150 Campo Sano Ave Ste 301, Coral Gables, FL
33146-1174, (305) 666-3310
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Donaghue, Louis F., MD**, 1200 S Main St Ste 102, Belle Glade, FL
33430-7808, (800) 633-5783
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Donaghue, Louis F., MD**, 9770 S Military Trl Ste B22, Boynton Beach, FL
33436-3223, (561) 735-7000
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Donaghue, Louis F., MD**, 8188 Jog Rd Ste 201, Boynton Beach, FL
33437-2952, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Donaghue, Louis F., MD**, 5150 Linton Blvd Ste 340, Delray Beach, FL
33484-6525, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Donaghue, Louis F., MD**, 4801 S Congress Ave, Lake Worth, FL
33461-4746, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Donaghue, Louis F., MD**, 12989 Southern Blvd Ste 101, Loxahatchee, FL
33470-9205, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Dunn, Allan R., MD**, 1790 Sans Souci Blvd, North Miami, FL 33181-3206, (305) 865-6534
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Evans, Theodore A., MD**, 957 N Krome Ave, Homestead, FL 33030-4408, (305) 245-6866
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Evans, Theodore A., MD**, 9299 SW 152nd St Ste 103, Miami, FL 33157-1775, (305) 255-3050
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Forness, Timothy J., MD**, 351 NW 42nd Ave Ste 205, Miami, FL 33126-5670, (305) 649-2133
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Forness, Timothy J., MD**, 7000 SW 97th Ave Ste 200, Miami, FL 33173-1492, (305) 279-9051
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Garcia, Oscar L., MD**, 1401 E 4th Ave Ste 104, Miami, FL 33010-3504, (305) 888-9000
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Garrod, Kenneth J., MD**, 2900 N Military Trl Ste 230, Boca Raton, FL 33431-6347, (561) 241-4758
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Garrod, Kenneth J., MD**, 9776 S Military Trl Ste D22, Boynton Beach, FL 33436-3224, (561) 732-4855
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Gerard, Fredric M., MD**, 8130 Royal Palm Blvd Ste 103, Coral Springs, FL 33065-5703, (954) 755-3200
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Gerard, Fredric M., MD**, 2951 NW 49th Ave Ste 305, Lauderdale Lakes, FL 33313-1617, (954) 739-9700
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Glosser, Richard S., MD**, 941 N Krome Ave, Homestead, FL 33030-4408, (305) 248-6311
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery, Physical Therapy

**Goldstein, Richard D., MD**, 1414 SE 3rd Ave, Fort Lauderdale, FL 33316-1910, (954) 764-8033
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Guerra, Lazaro, MD**, 2140 W 68th St Ste 200, Hialeah, FL 33016-1815, (305) 557-0211
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Guerra, Lazaro, MD**, 8335 SW 40th St, Miami, FL 33155-3352, (305) 220-2255
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Guttmann, Franklin, MD**, 1501 Presidential Way Ste 2, West Palm Beach, FL 33401-1852, (561) 684-1553
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Haas, Andrew, MD**, 17786 SW 2nd St, Pembroke Pines, FL 33029-3923, (954) 430-9901
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Haas, Andrew, MD**, 1600 Town Center Cir Ste C, Weston, FL 33326-3641, (954) 389-5900
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Hammerman, Marc Z., MD**, 4310 Sheridan St, Hollywood, FL 33021-3512, (954) 989-3500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Hammerman, Marc Z., MD**, 601 N Flamingo Rd, Hollywood, FL 33028-1015, (954) 435-9500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Hartog, Robert M., MD**, 9299 SW 152nd St Ste 103, Miami, FL 33157-1775, (305) 255-3050
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Helmy, Maher H., MD**, 2000 NE 44th St Ste 102, Lighthouse Point, FL 33064-7373, (954) 786-1316
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Horvath, Barney C., MD**, 9750 NW 33rd St Ste 120, Coral Springs, FL 33065-4000, (954) 344-2100
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Hyde, Jonathan A., MD**, 4302 Alton Rd Ste 115, Miami, FL 33140-2892, (305) 532-2411
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Hyde, Jonathan A., MD**, 1150 Campo Sano Ave Ste 301, Miami, FL 33146-1174, (305) 532-2411
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Hyde, Jonathan A., MD**, 21150 Biscayne Blvd Ste 104, Miami, FL 33180-1231, (305) 532-2411
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Jaen, Jose E., MD**, 7100 W 20th Ave Ste G126, Hialeah, FL 33016-1813, (305) 823-1555
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Janke, Bruce E., MD**, 1201 E Sample Rd, Pompano Beach, FL 33064-6242, (954) 942-4433
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Javech, Nestor J., MD**, 3100 SW 62nd Ave, Miami, FL 33155-3009, (305) 661-5743
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery, Pediatric Orthopedic Surgery

**Javech, Nestor J., MD**, 8940 N Kendall Dr Ste 101E, Miami, FL 33176-2149, (305) 279-3784
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery, Pediatric Orthopedic Surgery

**Jeffers, Kenneth S., MD**, 300 SE 17th St Fl 2R, Fort Lauderdale, FL 33316-2550, (954) 525-4225
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery, Pediatric Orthopedic Surgery

**Jennings, John J., MD**, 1150 Campo Sano Ave Ste 301, Coral Gables, FL 33146-1174, (305) 666-3310
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Kalbac, Daniel G., MD**, 1535 Sunset Dr, Coral Gables, FL 33143-5878, (305) 661-7601
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Kalbac, Daniel G., MD**, 7000 SW 62nd Ave Ste 200, Miami, FL
33143-4717, (305) 661-7601
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Kantor, George S., MD**, 2151 45th St Ste 108, West Palm Beach, FL
33407-2009, (561) 848-6740
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Kim, Todd K., MD**, 333 W 41st St Ste 322, Miami Beach, FL 33140-3642,
(305) 531-7643
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Kim, Todd K., MD**, 1688 Meridian Ave Ste 303, Miami, FL 33139-2716,
(305) 531-7643
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Kohn, Marvin A., MD**, 1200 S Main St Ste 102, Belle Glade, FL
33430-7808, (800) 633-5783
Gender: Male
Accepting New Patients? Yes.
Specialties: Hand Surgery, Orthopedic Surgery

**Kohn, Marvin A., MD**, 9770 S Military Trl Ste B22, Boynton Beach, FL
33436-3223, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Hand Surgery, Orthopedic Surgery

**Kohn, Marvin A., MD**, 8188 Jog Rd Ste 201, Boynton Beach, FL
33437-2952, (561) 732-7034
Gender: Male
Accepting New Patients? Yes.
Specialties: Hand Surgery, Orthopedic Surgery

**Kohn, Marvin A., MD**, 5150 Linton Blvd Ste 340, Delray Beach, FL
33484-6525, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Hand Surgery, Orthopedic Surgery

**Kohn, Marvin A., MD**, 4801 S Congress Ave, Lake Worth, FL 33461-4746, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Hand Surgery, Orthopedic Surgery

**Kohn, Marvin A., MD**, 12989 Southern Blvd Ste 101, Loxahatchee, FL 33470-9205, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Hand Surgery, Orthopedic Surgery

**Kohn, Marvin A., MD**, 12983 Southern Blvd Ste 101, Loxahatchee, FL 33470-9207, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Hand Surgery, Orthopedic Surgery

**Kolettis, George J., MD**, 903 Meadows Rd, Boca Raton, FL 33486-2331, (561) 391-5515
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Krebsbach, Michael J., MD**, 903 Meadows Rd, Boca Raton, FL 33486-2331, (561) 391-5515
Gender: Male
Accepting New Patients? Yes.
Specialties: Hand Surgery, Orthopedic Surgery

**Kreitman, Gary, MD**, 9150 SW 87th Ave Ste 100, Miami, FL 33176-2311, (305) 595-2580
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Kresbach, Michael J., MD**, 903 Meadows Rd, Boca Raton, FL 33486-2331, (561) 391-5515
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Krikorian, Enrique, MD**, 7100 W 20th Ave Ste 101, Hialeah, FL 33016-1813, (305) 822-0401
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Krulik, Gary M., MD**, 8130 Royal Palm Blvd Ste 103, Coral Springs, FL
33065-5703, (305) 755-3200
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Krulik, Gary M., MD**, 2951 NW 49th Ave Ste 305, Lauderdale Lakes, FL
33313-1617, (954) 739-9700
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Kugler, Jeffrey L., MD**, 1200 S Main St Ste 102, Belle Glade, FL
33430-7808, (800) 633-5783
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Kugler, Jeffrey L., MD**, 9770 S Military Trl Ste B22, Boynton Beach, FL
33436-3223, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Kugler, Jeffrey L., MD**, 8188 Jog Rd Ste 201, Boynton Beach, FL
33437-2952, (561) 732-7034
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Kugler, Jeffrey L., MD**, 5150 Linton Blvd Ste 340, Delray Beach, FL
33484-6525, (561) 495-8700
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Kugler, Jeffrey L., MD**, 4801 S Congress Ave, Lake Worth, FL
33461-4746, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Kugler, Jeffrey L., MD**, 12989 Southern Blvd Ste 101, Loxahatchee, FL
33470-9205, (561) 790-4040
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Kugler, Jeffrey L., MD**, 12983 Southern Blvd Ste 101, Loxahatchee, FL 33470-9207, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Kurland, Keith A., MD**, 10139 NW 31st St Ste 202, Coral Springs, FL 33065-3908, (954) 755-6100
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Kurzner, Howard, MD**, 9150 SW 87th Ave Ste 100, Miami, FL 33176-2311, (305) 596-4747
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Lang, Elliot N., MD**, 957 N Krome Ave, Homestead, FL 33030-4408, (305) 245-6866
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Lang, Elliot N., MD**, 9299 SW 152nd St Ste 103, Miami, FL 33157-1775, (305) 255-3050
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Lawson, Rodolfo E., MD**, 7100 W 20th Ave Ste G126, Hialeah, FL 33016-1813, (305) 823-1555
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Leighton, Michael M., MD**, 1411 N Flagler Dr Ste 9800, West Palm Beach, FL 33401-3423, (561) 694-7776
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery, Sports Medicine

**Levin, Larry P., MD**, 2900 N Military Trl Ste 230, Boca Raton, FL 33431-6347, (561) 998-8298
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Levin, Larry P., MD**, 9776 S Military Trl Ste D22, Boynton Beach, FL
33436-3224, (561) 734-7277
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Lotman, D. Barry, MD**, 824 US Highway 1, North Palm Beach, FL
33408-3873, (561) 747-2322
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery, Sports Medicine

**Maleki, Khosrow, MD**, 220 SW 84th Ave Ste 120, Plantation, FL
33324-2729, (954) 916-0700
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Massoumi, Mas G., MD**, 1500 N Dixie Hwy Ste 104, West Palm Beach, FL
33401-2715, (561) 655-9455
Gender: Male
Accepting New Patients? Yes.
Specialties: Hand Surgery, Orthopedic Surgery

**Matuszak, Charles J., MD**, 1200 S Main St Ste 102, Belle Glade, FL
33430-7808, (800) 633-5783
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery, Sports Medicine

**Matuszak, Charles J., MD**, 8188 Jog Rd Ste 201, Boynton Beach, FL
33437-2952, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery, Sports Medicine

**Matuszak, Charles J., MD**, 5150 Linton Blvd Ste 340, Delray Beach, FL
33484-6525, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery, Sports Medicine

**Matuszak, Charles J., MD**, 4801 S Congress Ave, Lake Worth, FL
33461-4746, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery, Sports Medicine

**Matuszak, Charles J., MD**, 12989 Southern Blvd Ste 101, Loxahatchee, FL 33470-9205, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery, Sports Medicine

**Meli, Paul I., MD**, 2151 E Commercial Blvd Ste 300, Fort Lauderdale, FL 33308-3807, (954) 771-8177
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Meli, Paul I., MD**, 7061 W Commercial Blvd Ste 5H, Fort Lauderdale, FL 33319-2144, (954) 771-8177
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Miller, Irwin J., MD**, 333 W 41st St Ste 322, Miami Beach, FL 33140-3642, (305) 531-7643
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Millheiser, Peter J., MD**, 7150 W 20th Ave Ste 216, Hialeah, FL 33016-5531, (305) 251-2240
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Millheiser, Peter J., MD**, 974 Old Dixie Hwy, Homestead, FL 33030-4933, (305) 248-6211
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Millheiser, Peter J., MD**, 9299 SW 152nd St Ste 104, Miami, FL 33157-1775, (305) 251-2240
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Miot, Bernard F., MD**, 4101 NW 4th St Ste 205, Plantation, FL 33317-2840, (954) 792-0024
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Miot, Bernard F., MD**, 8251 W Broward Blvd Ste 105, Plantation, FL 33324-2707, (954) 473-5100
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Montane, Ismael, MD**, 9195 Sunset Dr Ste 100, Miami, FL 33173-3488, (305) 595-8600
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Moya, Fernando, MD**, 17786 SW 2nd St, Hollywood, FL 33029-3923, (954) 430-9901
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Moya, Fernando, MD**, 1600 Town Center Cir Ste C, Weston, FL 33326-3641, (954) 389-5900
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Musa-Ris, Pedro, MD**, 510 SW 27th Ave, Miami, FL 33135-2971, (305) 649-6199
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Musso, Emilio, MD**, 8188 Jog Rd Ste 201, Boynton Beach, FL 33437-2952, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Musso, Emilio, MD**, 5150 Linton Blvd Ste 340, Delray Beach, FL 33484-6525, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Musso, Emilio, MD**, 4801 S Congress Ave, Lake Worth, FL 33461-4746, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Musso, Emilio, MD**, 12983 Southern Blvd, Loxahatchee, FL 33470-9207, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Norris, Scott D., DO**, 130 JFK Dr Ste 201, Atlantis, FL 33462-1142, (561) 967-4400
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Norris, Scott D., DO**, 5600 Pga Blvd, West Palm Beach, FL 33418-3900, (561) 627-8500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Orbay-Cerrato, Jorge L., MD**, 8905 SW 87th Ave Ste 100, Miami, FL 33176-2210, (305) 661-3000
Gender: Male
Accepting New Patients? Yes.
Specialties: Hand Surgery, Orthopedic Surgery

**Padden, David A., MD**, 9970 Central Park Blvd N Ste 400, Boca Raton, FL 33428-2236, (561) 483-1600
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Padden, David A., MD**, 1821 NE 25th St, Pompano Beach, FL 33064-7744, (954) 942-0321
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Penner, Jeffrey S., MD**, 130 JFK Dr Ste 201, Atlantis, FL 33462-1142, (561) 967-4400
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Penner, Jeffrey S., MD**, 5600 Pga Blvd Ste 200, Palm Beach Gardens, FL 33418-3836, (561) 624-8500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Piper Iii, W Scott, MD**, 8950 N Kendall Dr Ste 607, Miami, FL 33176-2139, (305) 595-4177
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Press, Jeffrey A., MD**, 1200 S Main St Ste 102, Belle Glade, FL 33430-7808, (800) 633-5783
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Press, Jeffrey A., MD**, 8188 Jog Rd Ste 201, Boynton Beach, FL 33437-2952, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Press, Jeffrey A., MD**, 5150 Linton Blvd Ste 340, Delray Beach, FL 33484-6525, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Press, Jeffrey A., MD**, 4801 S Congress Ave, Lake Worth, FL 33461-4746, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Press, Jeffrey A., MD**, 12989 Southern Blvd Ste 101, Loxahatchee, FL 33470-9205, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Purita, Joseph R., MD**, 903 Meadows Rd, Boca Raton, FL 33486-2331, (561) 391-5515
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Ramirez, Salvador M., MD**, 1797 Coral Way, Miami, FL 33145-2728, (305) 856-3592
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Rattey, Theresa E., MD**, 1200 S Main St Ste 102, Belle Glade, FL 33430-7808, (800) 633-5783
Gender: Female
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Rattey, Theresa E., MD**, 8188 Jog Rd Ste 201, Boynton Beach, FL 33437-2952, (561) 967-6500
Gender: Female
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Rattey, Theresa E., MD**, 5150 Linton Blvd Ste 340, Delray Beach, FL 33484-6525, (561) 495-8700
Gender: Female
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Rattey, Theresa E., MD**, 4801 S Congress Ave, Lake Worth, FL 33461-4746, (561) 967-6500
Gender: Female
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Rattey, Theresa E., MD**, 12989 Southern Blvd Ste 101, Loxahatchee, FL 33470-9205, (561) 967-6500
Gender: Female
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Rattey, Theresa E., MD**, 12983 Southern Blvd Ste 101, Loxahatchee, FL 33470-9207, (561) 967-6500
Gender: Female
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Rech, Melvyn, DO**, 1900 N University Dr Ste 107, Hollywood, FL 33024-3618, (954) 441-1616
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Rech, Melvyn, DO**, 2261 N University Dr Ste 101, Hollywood, FL 33024-3623, (305) 949-4504
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Rech, Melvyn, DO**, 1041 Ives Dairy Rd Ste 236, Miami, FL 33179-2539, (305) 949-4504
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Rich, Jeffrey A., DO**, 6090 SW 40th St, Miami, FL 33155-5252, (786) 268-0101
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Robla, Julio, MD**, 8940 SW 88th St Ste 101E, Miami, FL 33176-2149, (305) 275-6770
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Romano, Peter J., MD**, 4101 S Hospital Dr Ste 5, Plantation, FL 33317-2830, (954) 321-7762
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery, Pediatric Orthopedic Surgery

**Routman, Howard D., DO**, 130 JFK Dr Ste 201, Lake Worth, FL 33462-1142, (561) 967-4400
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Routman, Howard D., DO**, 5600 Pga Blvd Ste 200, West Palm Beach, FL 33418-3836, (561) 627-8500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Saker, Anthony, MD**, 2900 N Military Trl Ste 230, Boca Raton, FL 33431-6347, (561) 998-8298
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Saker, Anthony, MD**, 9776 S Military Trl Ste D22, Boynton Beach, FL 33436-3224, (561) 734-7277
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Sanchez-Medina, Rolando, MD**, 7150 W 20th Ave Ste 614, Hialeah, FL
33016-5511, (305) 822-4405
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Sanchez-Medina, Rolando, MD**, 351 N Le Jeune Rd Ste 205, Miami, FL
33126-5670, (305) 822-4405
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Sanchez-Medina, Rolando, MD**, 351 NW 42nd Ave Ste 205, Miami, FL
33126-5670, (305) 649-2133
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Sandall, Edward W., MD**, 1200 S Main St Ste 102, Belle Glade, FL
33430-7808, (800) 633-5783
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Sandall, Edward W., MD**, 9770 S Military Trl Ste B22, Boynton Beach,
FL 33436-3223, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Sandall, Edward W., MD**, 8188 Jog Rd Ste 201, Boynton Beach, FL
33437-2952, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Sandall, Edward W., MD**, 2150 Lake Ida Rd Ste 5, Delray Beach, FL
33445-2443, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Sandall, Edward W., MD**, 5150 Linton Blvd Ste 340, Delray Beach, FL
33484-6525, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Sandall, Edward W., MD**, 4801 S Congress Ave, Lake Worth, FL 33461-4746, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Sandall, Edward W., MD**, 12989 Southern Blvd Ste 101, Loxahatchee, FL 33470-9205, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Schefer, Alan J., MD**, 5150 Linton Blvd Ste 340, Delray Beach, FL 33484-6525, (407) 495-8700
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Schefer, Alan J., MD**, 4801 S Congress Ave, Lake Worth, FL 33461-4746, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Schosheim, Peter M., MD**, 903 Meadows Rd, Boca Raton, FL 33486-2331, (561) 391-5515
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Selesnick, H., MD**, 1150 Campo Sano Ave Ste 301, Coral Gables, FL 33146-1174, (305) 662-2424
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Selesnick, H., MD**, 6262 Sunset Dr Ste 503, Miami, FL 33143-4843, (305) 662-2424
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Seltzer, Andrew A., DO**, 130 JFK Dr Ste 201, Atlantis, FL 33462-1142, (561) 967-4400
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Seltzer, Andrew A., DO**, 5600 Pga Blvd Ste 200, Palm Beach Gardens, FL

33418-3836, (561) 624-8500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Seltzer, Paul D., DO**, 2051 45th St Ste 101, West Palm Beach, FL
33407-2028, (561) 848-0330
Gender: Male
Accepting New Patients? Yes.
Specialties: Hand Surgery, Orthopedic Surgery

**Sharfin, Glenn I., MD**, 5800 Colonial Dr Ste 400, Margate, FL 33063-5663,
(954) 979-0112
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Sheldon, Daniel A., MD**, 1414 SE 3rd Ave, Fort Lauderdale, FL
33316-1910, (954) 764-8033
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Sheldon, Daniel A., MD**, 1625 N Commerce Pkwy, Fort Lauderdale, FL
33326-3216, (954) 764-8033
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Shortz, Gerald K., MD**, 909 NE 9th Ave, Delray Beach, FL 33483-5730,
(561) 276-5342
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Shortz, Gerald K., MD**, 5162 Linton Blvd Ste 204, Delray Beach, FL
33484-6567, (561) 498-5422
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Shrock, Kevin B., MD**, 1414 SE 3rd Ave, Fort Lauderdale, FL 33316-1910,
(954) 764-8033
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Shrock, Kevin B., MD**, 1625 N Commerce Pkwy, Weston, FL 33326-3216,

(954) 764-8033
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Snyder, Ronald D., MD**, 7100 W 20th Ave Ste 101, Hialeah, FL
33016-1813, (305) 822-0401
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Stauber, Marshall E., MD**, 4310 Sheridan St, Hollywood, FL 33021-3512,
(954) 989-3500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Stauber, Marshall E., MD**, 601 N Flamingo Rd Ste 101, Hollywood, FL
33028-1007, (954) 435-9500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Stein, Jay G., MD**, 9699 NE 2nd Ave, Miami Shores, FL 33138-2721,
(305) 751-2850
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Steinlauf, Steven D., MD**, 1150 N 35th Ave Ste 390, Hollywood, FL
33021-5429, (954) 961-3500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Steinlauf, Steven D., MD**, 1 SW 129th Ave Ste 401, Hollywood, FL
33027-1718, (954) 961-3500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Stewart, Charles E., MD**, 903 Meadows Rd, Boca Raton, FL 33486-2331,
(561) 391-5515
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Tarr, Bernard, MD**, 4302 Alton Rd Ste 710, Miami Beach, FL 33140-2877,

(305) 534-4673
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Tobis, Alvin E., MD**, 16800 NW 2nd Ave Ste 407, Miami, FL 33169-5549,
(305) 653-6122
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Troiano, Christophe J., MD**, 8130 Royal Palm Blvd, Coral Springs, FL
33065-5703, (954) 755-3200
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Troiano, Christophe J., MD**, 2951 NW 49th Ave Ste 305,
Lauderdale Lakes, FL 33313-1617, (954) 739-9700
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Umlas, Marc E., MD**, 2845 Aventura Blvd Ste 100, Aventura, FL
33180-3111, (305) 532-4224
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Virgin, Charles E., MD**, 2700 SW 3rd Ave Ste 1B, Miami, FL 33129-2318,
(305) 285-0162
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Vogel, Craig D., DO**, 1401 Forum Way Ste 302, West Palm Beach, FL
33401-2324, (561) 863-6661
Gender: Male
Accepting New Patients? Yes.
Specialties: Cardiovascular Diseases, Orthopedic Surgery

**Vogel, Craig D., DO**, 927 45th St Ste 204, West Palm Beach, FL
33407-2450, (561) 863-6661
Gender: Male
Accepting New Patients? Yes.
Specialties: Cardiovascular Diseases, Orthopedic Surgery

**Vogel, Craig D., DO**, 3345 Burns Rd Ste 306, West Palm Beach, FL

33410-4306, (813) 999-0000
Gender: Male
Accepting New Patients? Yes.
Specialties: Cardiovascular Diseases, Orthopedic Surgery

**Vogel, Craig D., DO**, 3375 Burns Rd Ste 108, West Palm Beach, FL
33410-4360, (561) 625-9300
Gender: Male
Accepting New Patients? Yes.
Specialties: Cardiovascular Diseases, Orthopedic Surgery

**Wittels, Michael B., MD**, 1085 Kane Concourse, Miami, FL 33154-2105,
(305) 866-4664
Gender: Male
Accepting New Patients? Yes.
Specialties: Hand Surgery, Orthopedic Surgery, Sports Medicine

**Wollowick, Burton S., MD**, 903 Meadows Rd, Boca Raton, FL
33486-2331, (561) 391-5515
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Zeide, Michael S., MD**, 8188 Jog Rd Ste 201, Boynton Beach, FL
33437-2952, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Zeide, Michael S., MD**, 5150 Linton Blvd Ste 340, Delray Beach, FL
33484-6525, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Zeide, Michael S., MD**, 4801 S Congress Ave, Lake Worth, FL
33461-4746, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

**Zeide, Michael S., MD**, 12989 Southern Blvd Ste 101, Loxahatchee, FL
33470-9205, (561) 967-6500
Gender: Male
Accepting New Patients? Yes.
Specialties: Orthopedic Surgery

Hospitals or
## FACILITIES

You selected **Imaging Svc/CAT Scans,MRI Only** facilities within **50** miles of **350 East Las Olas Blvd., Ft. Lauderdale, FL 33301.** Your Search was specific to **Auto Medical.**

## Imaging Svc/CAT Scans,MRI Only
**BETHESDA CT SCAN ASSOCIATES** 2815 S Seacrest Blvd, Boynton Beach, FL 33435-7934, (561) 737-7733

**GABLES MR (A)** 7404 SW 48th St, Miami, FL 33155-4415, (305) 448-1928

**NYDIC OPEN MRI OF AMERICA** 10001 Pines Blvd, Pembroke Pines, FL 33024-6136, (954) 443-8010

**NYDIC OPEN MRI OF CORAL GABLES** 800 S Douglas Rd, Coral Gables, FL 33134-3125, (305) 441-8800

**WEST BOCA MRI** 21644 State Road 7, Boca Raton, FL 33428-1842, (561) 488-8000

**WEST BROWARD MRI** 4850 W Oakland Park Blvd, Fort Lauderdale, FL 33313-7260, (954) 677-2670

### View in PDF Document
To view the directory in PDF format, you must have the free **Acrobat® Reader** installed on your PC.

This directory contains all providers who are members of Beech Street's network. Every effort was made to ensure the accuracy of the information; however, changes occur daily and may not yet be included in the directory.

The provider you select may not be available to all Beech Street customers due to individual benefit plan or network restrictions. Please verify your benefits by calling your Health Plan Benefit Administrator or Insurance Company.

HIPAA | Privacy Statement | Home