UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

KEITH BRICKELL, D.C.,                            00-6649
individually and on behalf of
all others similarly situated,

    Plaintiff,

v.

PROGRESSIVE EXPRESS INSURANCE
COMPANY, PROGRESSIVE CONSUMERS
INSURANCE COMPANY, PROGRESSIVE
BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION,
and ADP INTEGRATED MEDICAL
SOLUTIONS, INC.,

    Defendants.
_____/



**PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO BEECH STREET'S
CORPORATION AND ADP INTEGRATED MEDICAL SOLUTIONS, INC.'S
<u>MOTION TO COMPEL RULE 26 DISCLOSURES (D.E. #523)</u>**

Plaintiff KEITH BRICKELL, D.C., on behalf of himself and all others similarly situated

("BRICKELL"), by his undersigned counsel, hereby submits his Memorandum of Law in Opposition



7090-00100 345495.1


ATLAS PEARLMAN
ATTORNEYS AT LAW

to Defendants BEECH STREET CORPORATION's and ADP INTEGRATED MEDICAL SOLUTIONS, INC.'s Motion to Compel Rule 26 Disclosures and for Other Relief and Supporting Memorandum of Law ("Motion to Compel"). For all the reasons set forth herein, BRICKELL respectfully submits that the Motion to Compel should be denied in all respects.

## ARGUMENT

Despite refusing to comply with the mandatory disclosure requirements of Federal Rule of Civil Procedure 26 ("Rule 26") and refusing to take part in discovery in this matter, BEECH STREET and ADP seek to compel BRICKELL to submit a more detailed Rule 26 disclosure. On November 7, 2001, BRICKELL served his initial disclosures in accordance with Rule 26. Despite the fact that this Court lifted all discovery stays at a May 14, 2001 Status Conference and specifically lifted all discovery stays in its September 28, 2001 Omnibus Order, BEECH STREET and ADP, and almost all of the other insurance company Defendants, have refused to respond to the Class Plaintiffs' discovery requests, have refused to attend depositions, and have refused to make any disclosures in accordance with Rule 26. Despite refusing to take part in discovery and specifically refusing to comply with Rule 26, BEECH STREET and ADP now seek to have this Court compel BRICKELL to provide a better disclosure in accordance with Rule 26(a)(1)(C).

BRICKELL's Rule 26(a)(1)(C) disclosure provides sufficient information at this stage of the litigation. BRICKELL has brought this class action based on the Defendants' illegal reduction of medical bills based on a purported PPO reduction. Attached to BRICKELL's Complaint as Exhibit "1" is an explanation of benefits forms which specifically indicates the amount of the reduction and demonstrates the amount of BRICKELL's damages based on this EOB. BRICKELL's Rule

7090-00100 345495.1

2



CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

26(a)(1)(C) disclosure specifies the damages, provides information as to how the damages can be calculated, and indicates that the documents to establish the damages are in the possession of the Defendants. BRICKELL does not have all of the EOBs for each class member and does not have reports which indicate the amounts of the illegal reductions. These documents are in the possession of the Defendants. The Defendants have refused to provide these documents. Notwithstanding their refusal to provide the documents, BEECH STREET and ADP now seek to have BRICKELL calculate damages for the entire class.

The cases cited by BEECH STREET and ADP provide no support for their position. In Burrell v. Crown Central Petroleum, Inc., 177 F.R.D. 376 (E.D. Tex. 1997), the plaintiffs asserted that without certain employment data from the defendant's human resources database and affirmative action plans, the plaintiffs would be unable to provide reasonable calculations. After a case management conference, the parties conferred and reached an agreement whereby the defendant delivered the plans and database information to the plaintiff in the form and scope set forth by the Court during the case management conference. Based on the fact that the information the plaintiffs needed to compute damages was provided by the defendants to the plaintiffs, the Court required the plaintiffs to delineate the damages. Similarly, in Dixon v. Bankhead, 2000 WL 33175440 (N.D. Fla. 2000), the Plaintiff had the records necessary to calculate the losses sought. The fact that the defendants also had the records did not obviate the plaintiff's responsibility to provide a computation.

BEECH STREET and ADP ignore the fact that in this case, BRICKELL does not have the records necessary to provide a detailed calculation of damages. The Advisory Committee notes to



CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

Rule 26 state: "a party is not expected to provide a calculation of damages which, as in many patent infringement actions, depends on information in the possession of another party or person." Kleiner v. Burns, 2000 WL 1909470 (D. Kan. 2000) (quoting Fed. R. Civ. P. 26). Until such time as BEECH STREET and ADP and/or PROGRESSIVE provide the information requested by BRICKELL in his Request to Produce and the information required to be produced by Rule 26, BRICKELL cannot provide a computation as to the damages for the class. This is not a situation in which BRICKELL has the documents which the Defendants also possess and refuses to provide the computation, but instead indicates that the Defendants can make the calculations. BRICKELL does not have the documents. BEECH STREET and ADP and/or PROGRESSIVE have the documents. Thus, at this stage of the litigation, BRICKELL's detailed analysis as to how the damages are calculated complies with the requirements of Rule 26(a)(1)(C). BRICKELL will update the disclosure requirements when he is provided with the information from BEECH STREET and ADP and/or PROGRESSIVE.

It is entirely disingenuous for BEECH STREET and ADP to claim that BRICKELL has not provided specific information under Rule 26(a)(1)(C) when it has wholly failed to comply with the mandatory disclosure requirements of Rule 26 and refuses to provide the information BRICKELL needs to provide the damages calculation. BEECH STREET's and ADP's request for an award of attorneys' fees and costs and its request for sanctions are incredible in light of the circumstances. Clearly, BEECH STREET's and ADP's Motion to Compel has been filed in an effort to deflect attention away from their blatant violation of Rule 26 and Orders of this Court. Based upon the

ATLAS PEARLMAN
P.A.
ATTORNEYS AT LAW

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

information available to BRICKELL at this time, BRICKELL has clearly complied with Rule 26(a)(1)(C).

## CONCLUSION

For all the reasons set forth herein, Plaintiff KEITH BRICKELL, D.C., on behalf of himself and all others similarly situated, respectfully requests that this Court enter an Order denying Defendants BEECH STREET CORPORATION's and ADP INTEGRATED MEDICAL SOLUTIONS, INC.'s Motion to Compel Rule 26 Disclosures and for Other Relief, awarding BRICKELL his attorneys' fees and costs incurred in defending against this Motion, and awarding such other and further relief as this Court may deem just and proper.

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
JAN DOUGLAS ATLAS
Florida Bar No. 226246

By: _____
ERIC LEE
Florida Bar No. 961299

By: _____
ROBIN CORWIN CAMPBELL
Florida Bar No. 327931


7090-00100 345495.1

5



CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN
A Professional Association
National Towers
Suite 2510
1 Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 22nd day of January, 2002 upon: all individuals on the attached service list.

ERIC LEE

7090-00100 345495.1

6



# MASTER SERVICE LIST
## (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 1/22/02)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 Facsimile

**Counsel for:
Allstate, Fidelity and Casualty,
Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

7090-00100 318823 1



**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile