UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

SALVATORE D. LARUSSO, D.C.
d/b/a FAMILY CHIROPRACTIC                01-8111
CENTER, on behalf of himself
and all others similarly situated,

    Plaintiff,

vs.

FLORIDA FARM BUREAU CASUALTY
INSURANCE COMPANY,

    Defendant.
_____/

ULTRA OPEN MRI CORPORATION,                    01-6778

v.

PRUDENTIAL PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendant.
_____/

7090-00100 345292.1



CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

| | |
|---|---|
| THE CHIROPRACTIC CENTER, INC., on behalf of itself and all others similarly situated, | 01-6783 |
| Plaintiff, | |
| vs. | |
| METROPOLITAN CASUALTY INSURANCE COMPANY, | |
| Defendant. _____/ | |
| ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated, | 01-6780 |
| Plaintiff, | |
| vs. | |
| INTEGON NATIONAL INSURANCE COMPANY and INTEGON GENERAL INSURANCE CORPORATION, | |
| Defendants. _____/ | |
| SALVATORE D. LARUSSO, D.C. d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of himself and all others similarly situated, | |
| Plaintiff, | 01-8111 |
| vs. | |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST, | |
| Defendant. _____/ | |

**CLASS PLAINTIFFS' MOTION TO SUBMIT SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**

7090-00100 345292.1

2



CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

PLEASE TAKE NOTICE that Plaintiffs SALVATORE D. LARUSSO, D.C., ("LARUSSO") ULTRA OPEN MRI CORPORATION ("UOMC"), and THE CHIROPRACTIC CENTER, INC. ("TCCI"), on behalf of themselves and all others similarly situated ("Class Plaintiffs"), by their undersigned counsel, shall move this Court for the entry of an Order permitting them to submit a Supplemental Memorandum of Law in Opposition to Defendants FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY ("FARM BUREAU"), PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY ("PRUDENTIAL"), METROPOLITAN CASUALTY INSURANCE COMPANY, INTEGON NATIONAL INSURANCE COMPANY, INTEGON GENERAL INSURANCE CORPORATION ("INTEGON"), and HARTFORD INSURANCE COMPANY OF THE MIDWEST's ("HARTFORD") pending Motions to Compel Arbitration. For all the reasons set forth herein, Class Plaintiffs respectfully request that the instant Motion be granted in all respects.

## BACKGROUND

On November 13, 2001, Magistrate Judge Snow issued her Report and Recommendation denying FARM BUREAU's Motion to Compel Arbitration. (D.E. # 317). On November 13, 2001, Magistrate Judge Snow issued her Report and Recommendation granting PRUDENTIAL's Motion to Compel Arbitration. (D.E. #318). On November 28, 2001, LARUSSO filed his objection to the FARM BUREAU Report and Recommendation. (D.E. #364). On November 28, 2001, UOMC filed its Objection to the PRUDENTIAL Report and Recommendation. (D.E. #363). On November 29, 2001, FARM BUREAU filed its Objection to Report and Recommendation. (D.E. #370).

ATLAS PEARLMAN
ATTORNEYS AT LAW

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

On December 14, 2001, Magistrate Judge Snow issued her Report and Recommendation denying METROPOLITAN's Motion to Compel Arbitration. (D.E. #427). On December 14, 2001, Magistrate Judge Snow issued her Report and Recommendation denying INTEGON's Motion to Compel Arbitration. (D.E. #428). On December 28, 2001, TCCI filed its Objections to the METROPOLITAN Report and Recommendation. (D.E. #504). On December 28, 2001, UOMC filed its Objections to the INTEGON Report and Recommendation. (D.E. #505). On December 28, 2001, METROPOLITAN filed its Objections to the Report and Recommendation. (D.E. #507). On December 28, 2001, INTEGON filed its Objections to the Report and Recommendation. (D.E. #509). On December 21, 2001, LARUSSO filed his Memorandum of Law in Opposition to HARTFORD's Motion to Compel Arbitration. (D.E. #498). HARTFORD's Motion to Compel Arbitration remains pending.

## ARGUMENT

With this Motion, Class Plaintiffs are simultaneously filing their Supplemental Memornadum of Law in Opposition to Defendants' Motions to Compel Arbitration. This Court should consider the supplemental memorandum of law addressing the effect of the McCarran-Ferguson Act on the Defendants' argument that the Federal Arbitration Act ("FAA") preempts the Florida Supreme Court decision of <u>Nationwide Mut. Fire Ins. Co. v. Pinnacle Medical, Inc.</u>, 753 So. 2d 55 (Fla. 2000). Since Class Plaintiffs did not address the McCarran-Ferguson Act prior to the entry of the Magistrate Judge's Reports and Recommendations, Class Plaintiffs are required to demonstrate a compelling reason for this Court to consider this new issue. See <u>Cupit v. Whitley</u>, 28 F.3d 532, 535 (5th Cir.

1994). Class Plaintiffs submit that there are compelling reasons for this Court to consider the effect of the McCarran-Ferguson Act.

This action involves claims against the insurance company Defendants based on their systematic reduction of medical bills submitted by healthcare providers for the treatment to insureds injured in automobile accidents. These insurance company Defendants have sought to compel arbitration based on the automobile insurance policy between these insurance company Defendants and their respective insureds. In opposition to Class Plaintiffs' assertion that the arbitration clauses in the respective insurance policies are unconstitutional and void based on Pinnacle, the insurance company Defendants have asserted that the FAA preempts state law in validating arbitration clauses. However, it is well established that the McCarran-Ferguson Act provides an exception to the general rule of preemption. Accordingly, for this Court to fully determine whether the FAA preempts Pinnacle, this Court should consider the effect of the McCarran-Ferguson Act.

In addition, the recent decision in Smith v. Pacificare Behavioral Health of California, 93 Cal. App. 4th 139, 113 Cal.Rptr.2d 140 (2001) discusses at length the effect of the McCarran-Ferguson Act on state insurance law in the context of arbitration. Smith was not decided until October 25, 2001 and thus, Class Plaintiffs did not have the opportunity to raise the Smith decision before the Magistrate Judge. Based upon the foregoing, Class Plaintiffs submit that there are compelling reasons for this Court to consider the McCarran-Ferguson Act and its effect on the Motions to Compel Arbitration brought by the Defendants.

## CONCLUSION

For all the reasons set forth herein, Plaintiffs SALVATORE D. LARUSSO, D.C., ULTRA OPEN MRI CORPORATION and THE CHIROPRACTIC CENTER, INC., respectfully request that this Court enter an Order allowing consideration of their Supplemental Memorandum of Law in Opposition to Defendants' Motions to Compel Arbitration, together with such other and further relief as this Court may deem just and proper.

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
JAN DOUGLAS ATLAS
Florida Bar No. 226246

By: _____
ERIC LEE
Florida Bar No. 961299

By: _____
ROBIN CORWIN CAMPBELL
Florida Bar No. 327931

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 2510
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 22nd day of January, 2002, upon: all individuals on the attached service list.

_____
ERIC LEE



# MASTER SERVICE LIST
## (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 1/22/02)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 Facsimile

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

7090-00100 318823 1



**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile


**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile


7090-00100 318823 1


ATLAS PEARLMAN