UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

     Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

     Defendants.

_____/



## PLAINTIFF'S NOTICE OF FILING OVERVIEW OF
## CONSOLIDATED PPO CLASS ACTION CASES

PLEASE TAKE NOTICE that Class Plaintiffs, by their undersigned counsel, hereby file an

Overview of Consolidated PPO Class Action Cases.

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
ERIC LEE
Florida Bar No. 961299

ATLAS PEARLMAN
ATTORNEYS AT LAW

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

hand delivery this 25th day of January, 2002 upon: all individuals on the attached service list.

ERIC LEE

7090-00100 346065.1

2



## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 1/22/02)

### Co-Lead Counsel for Plaintiffs

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

### Co-Counsel for Plaintiffs

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 Facsimile

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

### Counsel for Beech Street and ADP

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305) 539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

### Counsel for Progressive

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

### Counsel for CCN

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile



**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile



# Overview of Consolidated PPO Class Action Cases

## January 25, 2002 Status Conference Before Judge Wilkie D. Ferguson, Jr.

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN. P.A.
Jan Atlas. Esq.
Eric Lee. Esq.
Robin Campbell, Esq.
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale. FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

PHILLIPS & GARCIA. LLP
Carlin Phillips. Esq.
Andrew J. Garcia, Esq.
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

GOLD & COULSON
Arthur S. Gold. Esq.
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

KOPELMAN & BLANKMAN. P.A.
Larry Kopelman, Esq.
Douglas Blankman. Esq.
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale. FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

# Table of Contents

## Charts of Motions By Category

1. Motions to Vacate Scheduling Order and to Stay Proceedings (fully briefed and ready to be decided)

2. Motions to Vacate Court's Consolidation Order (fully briefed and ready to be decided)

3. Discovery Related Motions (fully briefed and ready to be decided)

4. Motions to Compel Arbitration, to Dismiss and for Review of Magistrate's Decisions (fully briefed and ready to be decided)

5. Motions for Class Certification

## Charts of Substantive Motions by Case

6. Zidel v. Allstate Ins. Co., et al. C.A. No. 00-6061 (Filed 1/12/00)

7. Brickell v. Progressive Express Ins. Co., et al. C.A. No. 00-6649 (Filed 5/12/00)

8. Browner v. Allstate Indemnity Company, et al., C.A. No. 00-7163 (Filed 8/16/00)

9. Larusso v. Liberty Mutual Ins. Co. C.A. No. 00-7692 (Filed 11/15/00)

10. Ultra Open MRI Corp. v.Progressive American Ins. Co. C.A. No. 01-6776 (Filed 5/8/01)

11. Ultra Open MRI Corp. v. Deerbrook Ins. Co. C.A. No. 01-6777 (Filed 5/8/01)

12. Ultra Open MRI Corp. v. Prudential Property & Casualty Ins. Co. C.A. No. 01-6778 (Filed 5/8/01)

13. Ultra Open MRI Corp. v. Fidelity & Casualty Co. of New York, et al. C.A. No. 01-6779 (Filed 5/8/01)

14. Ultra Open MRI Corp. v. Integon National Ins. Co., et al, C.A. No. 01-6780 (Filed 5/8/01)

15. The Chiropractic Centre, Inc. v. Superior Ins. Co., C.A. No. 01-6782 (Filed 5/8/01)

16. The Chiropractic Centre, Inc. v.Metropolitan Ins. Co., C.A. No. 01-6783 (Filed 5/8/01)

17. Larusso v. Nationwide Ins. Co., C.A. No. 01-8108 (Filed 2/7/01)

18. Larusso v. Florida Farm Bureau Casualty Ins. Co., C.A. No. 01-8110 (Filed 2/7/01)

19. Larusso v. ITT Hartford Life & Annuity Ins. Co., C.A. No. 01-8111 (Filed 2/7/01)

20. Mote Wellness & Rehab., Inc. v. American International Ins. Co., et al. C.A. No. 01-8549 (Filed 6/14/01)

# Motions to Vacate Scheduling Order and to Stay Proceedings

(Fully Briefed and Ready for Ruling)

| Case | Motion | Status |
|------|--------|--------|
| Zidel v. Allstate | CCN's Motion to Stay Case Pending Resolution of Arbitration and Class Certification Issues (DE: 227) | Fully Briefed |
| Zidel v. Allstate | CCN's Motion to Amend Case Management Calendar & Continue Trial Date (DE: 478, 479); joined by Beech Street, ADP and Progressive Defendants | Fully Briefed |
| Brickell v. Progressive | Beech Street & ADP's Motion for Reaffirmation of Order Staying Merits Discovery (DE: 221); Progressive's Joinder (DE: 266) | Fully Briefed |
| Browner v. Allstate | Beech Street & ADP's Motion for Reaffirmation of Order Staying Merits Discovery (DE: 221) | Fully Briefed |
| LaRusso v. Liberty | CCN's Motion for Reconsideration of 10/2/2001 Order Dismissing Motion to Continue for Trial & Pre-trial Requirements (DE: 189) | Fully Briefed |
| LaRusso v. Liberty | CCN's Motion to Stay Discovery (DE: 62) | Fully Briefed |
| LaRusso v. Liberty | Liberty Mutual's Partially Unopposed Motion to Stay Discovery (DE: 65) | Fully Briefed |
| LaRusso v. Liberty | Liberty Mutual's Motion to Stay Discovery until Rulings on Various Pending Motions & Motion for Protective Order (DE: 285) | Fully Briefed |
| Ultra v. Prudential | Prudential's Motion to Stay Discovery (DE: 17) | Fully Briefed |
| Ultra v. Integon | Integon's Motion for Stay (DE: 14) | Fully Briefed |
| Chiro. Center v. Superior | Superior's Motion to Stay Discovery (DE: 252) | Fully Briefed |
| Chiro. Center v. Metropolitan | Metro's Motion to Stay Action Pending Resolution of Motion to Compel Arbitration (DE: 16) | Fully Briefed |
| LaRusso v. Nationwide | Motion to Stay All Discovery Pending Resolution of Nationwide's Pending Motion to Dismiss Complaint (DE: 261) | Fully Briefed |

# Motions to Vacate Court's Consolidation Order

(Fully Briefed and Ready for Ruling)

| Case | Motion | Status |
|---|---|---|
| Zidel v. Allstate | Motion by Allstate, Fidelity & Casualty, Continental, & Deerbrook for Clarification of Judge Ferguson's Ruling Denying Defendants' Motions to Dismiss, Lifting Discovery Stay, and Consolidating Cases (DE: 219); joined by CCN | Fully Briefed |
| Zidel v. Allstate | CCN's Motion to Reconsider Order of Consolidation; joined by Progressive Defendants (DE: 491) | Fully Briefed |
| Browner v. Allstate | Motion by Allstate, Fidelity & Casualty, Continental, & Deerbrook for Clarification of Judge Ferguson's Ruling Denying Defendants' Motions to Dismiss, Lifting Discovery Stay, and Consolidating Cases (DE: 219) | Fully Briefed |
| Ultra v. Deerbrook | Motion by Allstate, Fidelity & Casualty, Continental, & Deerbrook for Clarification of Judge Ferguson's Ruling Denying Defendants' Motions to Dismiss, Lifting Discovery Stay, and Consolidating Cases (DE: 219) | Fully Briefed |
| Ultra v. Fidelity & Casualty | Motion by Allstate, Fidelity & Casualty, Continental, & Deerbrook for Clarification of Judge Ferguson's Ruling Denying Defendants' Motions to Dismiss, Lifting Discovery Stay, and Consolidating Cases (DE: 219) | Fully Briefed |
| Ultra v. Integon | Integon's Motion for Clarification of Scheduling Order & Referral Order in 00-6061 (DE: 11) | Fully Briefed |
| Chiro. Center v. Metropolitan | Metro's Motion for Clarification of Scheduling Order & Referral Order in 00-6061 (DE: 13) | Fully Briefed |
| LaRusso v. Hartford | Hartford's Motion for Reconsideration of Omnibus & Scheduling Orders of 9/28/2001 (DE: 197) | Fully Briefed |
| Mote v. AIG | AIG's Motion for Clarification of Scheduling Order & Referral Order in 00-6061 (DE: 11) | Fully Briefed |

# Discovery Related Motions

(Fully Briefed and Ready for Ruling)

*Defendants' Discovery Motions*

| Case | Motion | Status |
|------|--------|--------|
| Zidel v. Allstate | CCN's Motion to Preclude Unauthorized Merits Discovery & Motion for Expedited Consideration (DE: 163, 164) | Fully Briefed |
| Zidel v. Allstate | Defendants Allstate & Others' Motion for Protective Order & Stay of Discovery (DE: 262) | Fully Briefed |
| Brickell v. Progressive | Beech Street & ADP's Motion to Extend Time to Respond to Plaintiff's Discovery (DE: 264) | Fully Briefed |
| Brickell v. Progressive | Beech Street & ADP's Motion to Extend Time to Serve Rule 26 Disclosures (DE: 292); Progressive's Joinder (DE: 320) | Fully Briefed |
| Brickell v. Progressive | Progressive's Motion for Protective Order Re: 10/23/2001 Notices of Deposition (DE: 400) | Fully Briefed |
| Browner v. Allstate | Defendants Beech Street & ADP's Motion for Protective Order Re: Zidel Deposition Notices (DE: 237) | Fully Briefed |
| Browner v. Allstate | Defendants Beech Street & ADP's Motion to Extend Time to Serve Oppositions to Plaintiffs' Discovery (DE: 264) | Fully Briefed |
| Browner v. Allstate | Defendants Beech Street & ADP's Motion to Extend Time to Serve FRCP 26 Disclosures (DE: 292) | Fully Briefed |
| LaRusso v. Liberty | Liberty Mutual's Motion for Protective Order with Respect to Deposition of Liberty Mutual Representative (DE: 288) | Fully Briefed |
| Ultra v. Integon | Integon's Motion for Protective Order Re: Pending Discovery (DE: 313) | Fully Briefed |
| Chiro. Center v. Superior | Superior's Emergency Motion for Protective Order to Preclude, Postpone Deposition of Corporate Representative (DE: 393) | Fully Briefed |
| Chiro. Center v. Metropolitan | Defendant's Motion for Protective Order Regarding Discovery (DE: 311) | Fully Briefed |
| LaRusso v. Nationwide | Nationwide's Motion for Protective Order to Preclude or Postpone Deposition of Nationwide Corporate Representative (DE: 408) | Fully Briefed |
| LaRusso v. FFB | Florida Farm Bureau's Motion to Stay Discovery Pending Ruling on Motion to Compel Arbitration (DE: 196) | Fully Briefed |
| LaRusso v. FFB | Florida Farm Bureau's Motion for Protective Order from Taking Depositions (DE: 230) | Fully Briefed |
| LaRusso v. Hartford | Hartford's Motion to Stay Discovery & Time for Opposition to Class Certification (DE: 212) | Fully Briefed |
| LaRusso v. Hartford | Hartford's Motion for Protective Order on Pending Discovery (DE: 315) | Fully Briefed |

| Case | Motion | Status |
|------|--------|--------|
| Mote v. AIG | American International's Motion to Extend Time to Respond to Discovery (DE: 17) | Fully Briefed |

*Plaintiffs' Discovery Motions*

| Case | Motion | Status |
|------|--------|--------|
| Zidel v. Allstate | Plaintiffs Zidel , Brickell, Browner, Larusso, Ultra MRI, Chiropractic Centre, and Mote Wellness' Motion to Compel Allstate & Deerbrook to Attend Depositions & for Sanctions (DE: 374) | Fully Briefed |
| LaRusso v. Liberty | LaRusso's Motion to Compel Liberty Mutual to Attend Depositions & for Sanctions (DE: 348) | Fully Briefed |
| Ultra v. Progressive | Brickell & Ultra MRI's Motion to Compel Progressive Defendants to Attend Depositions & for Sanctions (DE: 423) | Fully Briefed |
| Ultra v. Integon | LaRusso & Ultra MRI's Motion to Compel Integon & Hartford to Attend Depositions (DE: 410) | Fully Briefed |
| Chiro. Center v. Metropolitan | Plaintiff's Motion to Compel Metro to Attend Depositions (DE: 422) | Fully Briefed |
| LaRusso v. Hartford | Plaintiff's Motion to Compel Deposition Attendance (DE: 410) | Fully Briefed |

# Motions to Compel Arbitration, to Dismiss and for Review of Magistrate's Decisions

(Fully Briefed and Ready for Decision)

| Case | Motion | Status |
|------|--------|--------|
| Ultra v. Prudential | Plaintiff Ultra's Objection to Report Recommending Arbitration (DE: 363) | Fully Briefed |
| Ultra v. Integon | Plaintiff's Objections to 12/14/2001 Report of Magistrate Judge Snow Denying Defendant's Motion to Compel Arbitration (DE: 505) | Fully Briefed |
| Ultra v. Integon | Defendant's Objections to 12/14/2001 Report of Magistrate Judge Snow Denying Defendant's Motion to Compel Arbitration (DE: 509) | Fully Briefed |
| Chiro. Center v. Superior | Superior's Motion to Dismiss Complaint (DE: 249) | Fully Briefed |
| Chiro. Center v. Superior | Superior's Motion to Strike Plaintiff's Opposition Memorandum in Opposition to Superior's Motion to Dismiss (DE: 346) | Fully Briefed |
| Chiro. Center v. Metropolitan | Plaintiff's Objections to 12/14/2001 Report of Magistrate Judge Snow Denying Defendant's Motion to Compel Arbitration (DE: 504) | Fully Briefed |
| Chiro. Center v. Metropolitan | Defendant's Objections to 12/14/2001 Report of Magistrate Judge Snow Denying Defendant's Motion to Compel Arbitration (DE: 507) | Fully Briefed |
| LaRusso v. Nationwide | Nationwide Motion to Compel Arbitration or Dismiss Claims (DE: 225) | Fully Briefed |
| LaRusso v. FFB | Plaintiff's Objections to 11/13/2001 Report of Magistrate Judge Snow Denying Defendant's Motion to Compel Arbitration (DE: 364) | Fully Briefed |
| LaRusso v. FFB | Florida Farm Bureau's Objection to 11/13/2001 Report of Magistrate Judge Snow Denying Defendant's Motion to Compel Arbitration (DE: 370) | Fully Briefed |
| LaRusso v. Hartford | Hartford's Motion to Dismiss (DE: 210) | Fully Briefed |
| LaRusso v. Hartford | Hartford's Motion to Compel Arbitration, Dismiss Amended Complaint, & Stay Discovery (DE: 402) | Fully Briefed |

## Motions For Class Certification

| Case | Motion | Status |
|------|--------|--------|
| Zidel v. Allstate | Plaintiff's Motion for Class Certification (DE: 168) | Defendants Sought Extensions |
| Brickell v. Progressive | Brickell Motion for Class Certification (DE: 35) | Fully Briefed by Progressive; Beech Street and ADP Sought Extensions |
| Browner v. Allstate | Browner Motion for Class Certification (DE: 7) | Defendants Sought Extensions |
| LaRusso v. Liberty | Plaintiff's Motion for Class Certification (DE: 4) | No Response from Defendants |
| Ultra v. Progressive | Amended Motion by Ultra MRI for Class Certification (DE: 409) | Fully Briefed and Ready for Ruling |
| Ultra v. Deerbrook | Plaintiff's Amended Motion for Class Certification (DE: 413) | No Response from Defendants |
| Ultra v. Prudential | Plaintiff's Amended Motion for Class Certification (DE: 418) | Pending Briefing |
| Ultra v. Fidelity & Casualty | Plaintiff's Amended Motion for Class Certification (DE: 415) | Defendant Sought Extension |
| Chiro. Center v. Integon | Plaintiff's Amended Motion for Class Certification (DE: 414) | Fully Briefed and Ready for Ruling |
| Chiro. Center v. Superior | Plaintiffs' Amended Motion for Class Certification (DE: 416) | Fully Briefed and Ready for Ruling |
| Chiro. Center v. Metropolitan | Plaintiff's Amended Motion for Class Certification (DE: 417) | Fully Briefed and Ready for Ruling |
| LaRusso v. Nationwide | Plaintiff's Motion for Class Certification (DE: 4) | No Response from Defendants |
| LaRusso v. FFB | Plaintiff's Motion for Class Certification (DE: 3) | No Response from Defendants |
| LaRusso v. Hartford | Larusso Motion to Certify Class Action (DE: 3) | No Response from Defendants |
| Mote v. AIG | Mote's Amended Motion for Class Certification Filed (DE: 411) | No Response from Defendants |

## Zidel v. Allstate Ins. Co.

| Substantive Motions<br><br>**DE=docket Entry**<br>**(any DE above 128 is from 00-6061)** | Filing Date | Briefing Status | Court Rulings |
|---|---|---|---|
| Plaintiffs Zidel, Brickell, Browner, & LaRusso's Motion to Consolidate All Pending PPO Reduction Class Cases (DE: 107 (00-6649)) | 2/9/01 | **Decided**<br><br>Allstate's Opposition (135)<br>Plaintiffs' Reply (145) | Motion granted orally on 5/14/01 and in writing on 9/28/01 (along with the denial of Defendants' Motions to Dismiss)(DE: 172) |
| CCN's Motion to Preclude Unauthorized Merits Discovery & Motion for Expedited Consideration (DE: 163, 164) | 9/6/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiffs' Opposition (DE: 169) | |
| Plaintiff's Motion for Class Certification (DE: 168) | 9/21/01 | **No Response from Defendants** | |
| CCN's Motion to Compel Arbitration (DE: 174)<br><br>Joined by Allstate (DE: 332) | 10/3/01 | **Decided**<br><br>Plaintiff's Opposition (DE: 231)<br>Defendant CCN's Reply (DE: 305)<br>Plaintiff's Memorandum Opposing Allstate's Notice of Joinder (DE: 360)<br>Defendant CCN's 2nd Reply (DE: 433) | Denied by Magistrate Judge Snow on 1/18/02 |
| Plaintiffs Zidel, Brickell, Browner, LaRusso, Ultra MRI, & Chiropractic Centre's Motion for Confidentiality Order (DE: 201) | 10/16/01 | **Fully Briefed and Ready for Ruling**<br><br>Allstate, Fidelity & Casualty, Continental & Deerbrook's Opposition (DE: 273)<br>CCN's Opposition (DE: 287)<br>Plaintiff's Reply (DE: 296) | |

| Substantive Motions<br><br>DE=docket Entry<br>(any DE above 128 is from 00-6061) | Filing Date | Briefing Status | Court Rulings |
|---|---|---|---|
| Motion by Allstate, Fidelity & Casualty, Continental, & Deerbrook for Clarification of Judge Ferguson's Ruling Denying Defendants' Motions to Dismiss, Lifting Discovery Stay, and Consolidating Cases (DE: 219)<br><br>Joined by CCN | 10/23/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiffs' Opposition (DE: 295)<br>Allstate, Fidelity & Casualty, Continental & Deerbrook's Reply (DE: 406)<br>CCN's Reply (DE: 480) | |
| CCN's Motion to Stay Case Pending Resolution of Arbitration and Class Certification Issues (DE: 227) | 10/26/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 258)<br>CCN's Reply (DE: 338)<br>CCN's Submission with Respect to Class Cert. Response Date (DE: 255)<br>Plaintiff's Opposition to CCN's Submission (DE: 276) | |
| Defendants Allstate & Others' Motion for Protective Order & Stay of Discovery (DE: 262)<br><br>Joined by CCN (DE: 477) | 11/5/01 | **Fully Briefed and Ready for Ruling**<br><br>Zidel, Brickell, & Browner's Opposition (DE: 326)<br>Allstate, Fidelity & Casualty, Continental, & Deerbrook's Reply (DE: 371) | |
| Plaintiffs Zidel, Brickell, Browner, LaRusso, Ultra MRI, Chiropractic Centre, and Mote Wellness' Motion to Compel Allstate & Deerbrook to Attend Depositions & for Sanctions (DE: 374) | 12/3/01 | **Fully Briefed and Ready for Ruling**<br><br>Allstate, Fidelity & Casualty, Continental, & Deerbrook Opposition (DE: 436)<br>Plaintiffs' Reply (DE: 501) | |

| Substantive Motions<br><br>DE=docket Entry<br>(any DE above 128 is from 00-6061) | Filing Date | Briefing Status | Court Rulings |
|---|---|---|---|
| CCN's Motion to Amend Case Management Calendar & Continue Trial Date (DE: 478, 479)<br><br>Joined by Beech Street and ADP and by the Progressive Defendants | 12/12/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiffs Zidel & LaRusso's Opposition (DE: 514)<br>Defendant's Reply (served 1/11/02) | |
| CCN's Motion to Reconsider Order of Consolidation; joined by Progressive Defendants (DE: 491) | 12/24/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 515)<br>CCN and ADP's Reply (filed 1/18/02) | |
| Plaintiff's Motion to Compel Non-Party Gavin Meshad to Attend Deposition | 1/3/02 | **Pending Briefing**<br><br>Defendant's Opposition (served 1/17/02) | |
| CCN's Motion for Protective Order (to prevent depositions) | 1/14/02 | **Pending Briefing** | |

# Brickell v. Progressive Express Ins. Co.

| Substantive Motions<br><br>DE=docket Entry<br>(Any DE above 128 is from 00-6061) | Filing Date | Briefing Status | Court Rulings |
|---|---|---|---|
| Brickell Motion for Class Certification (DE: 35) | 7/24/00 | **Fully Briefed and Ready for Ruling**<br><br>Progressive Defendants' Opposition (DE: 65)<br>Plaintiff's Reply (DE: 81)<br><br>Beech Street and ADP's Motion to Extend Deadline to Respond to Motions for Class Certification (DE: 320)<br>Plaintiff's Opposition to Mot. to Extend Deadline to Respond (DE: 412)<br>Beech Street and ADP's Reply (DE: 430,431) | |
| Beech Street & ADP's Motion for Reaffirmation of Order Staying Merits Discovery (DE: 221)<br><br>Progressive's Notice of Joinder in Beech Street & ADP's 10/22/01 Motion for Reaffirmation of Order Staying Merits Discovery (DE: 266) | 10/24/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 281)<br>Beech Street & ADP's Reply (DE: 310) | |
| Beech Street & ADP's Motion to Extend Time to Respond to Plaintiff's Discovery (DE: 264) | 11/5/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiffs Zidel, Brickell, & Browner's Oppositions (DE: 325) | |

| Substantive Motions<br><br>DE=docket Entry<br>(Any DE above 128 is from 00-6061) | Filing Date | Briefing Status | Court Rulings |
|---|---|---|---|
| Beech Street & ADP's Motion to Extend Time to Serve Rule 26 Disclosures (DE: 292) | 11/7/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 341)<br>Beech Street and ADP's Reply (DE: 339) | |
| Progressive's Notice of Joinder in Motion for Extension of Time to Serve Rule 26 Disclosures by Progressive (DE: 320) | | | |
| Progressive's Motion for Protective Order Re: 10/23/2001 Notices of Deposition (DE: 400) | 12/7/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 426)<br>Progressive's Reply (DE: 496) | |
| Brickell & Ultra MRI's Motion to Compel Attendance by Progressive Defendants & for Sanctions (DE: 423) | 12/14/01 | **Pending Briefing** | |
| Defendants Beech Street and ADP's Motion to Compel R. 26 Disclosure; joined by Progressive Defendants (DE: 523) | 1/8/02 | **Pending Briefing** | |

# Browner v. Allstate Indemnity Company

| Substantive Motions<br><br>DE=docket Entry<br>(Any DE above 128 is from 00-6061) | Filing Date | Briefing Status | Court Rulings |
|---|---|---|---|
| Browner Motion for Class Certification (DE: 7) | 8/31/00 | **No Response from Defendants** | |
| Plaintiff's Motion for Confidentiality Order (DE: 201) | 10/16/01 | **Fully Briefed and Ready for Ruling**<br><br>Beech Street & ADP's Opposition (DE: 265)<br>Allstate, Fidelity & Casualty, Continental & Deerbrook's Opposition (DE: 273)<br>Plaintiffs' Reply (DE: 296) | |
| Motion by Allstate, Fidelity & Casualty, Continental, & Deerbrook for Clarification of Judge Ferguson's Ruling Denying Defendants' Motions to Dismiss, Lifting Discovery Stay, and Consolidating Cases (DE: 219) | 10/23/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiffs' Opposition (DE: 295)<br>Allstate, Fidelity & Casualty, Continental, & Deerbrook's Reply (DE: 406)<br>CCN's Reply (DE: 480) | |
| Beech Street & ADP's Motion for Reaffirmation of Order Staying Merits Discovery (DE: 221) | 10/24/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 281)<br>Beech Street & ADP's Reply (DE: 310) | |
| Defendants Beech Street & ADP's Motion for Protective Order Re: Zidel Deposition Notices (DE: 237) | 10/30/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiffs Zidel, Brickell & Browner's Opposition (DE: 299)<br>Beech Street & ADP's Reply (DE: 322) | |

| Substantive Motions<br><br>DE=docket Entry<br>(Any DE above 128 is from 00–6061) | Filing Date | Briefing Status | Court Rulings |
|---|---|---|---|
| Defendants Beech Street & ADP's Motion to Extend Time to Serve Oppositions to Plaintiffs' Discovery (DE: 264) | 11/5/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiffs Zidel, Brickell & Browner's Opposition (DE: 325) | |
| Defendants Beech Street & ADP's Motion to Extend Time to Serve FRCP 26 Disclosures (DE: 292) | 11/7/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 341)<br>Reply by Beech Street & ADP (DE: 365) | |
| Defendants Beech Street & ADP's Motion for Extension of Time to Respond to Plaintiff's Motion for Class Certification (DE: 357) | 11/27/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 412)<br>Defendant's Reply (DE: 430) | |

## LaRusso v. Liberty Mutual Ins. Co.

| Substantive Motions | Filing Date | Briefing Status | Court Rulings |
|---|---|---|---|
| **De=docket Entry** <br> **(Any DE above 128 Is from 00-6061)** | | | |
| Plaintiff's Motion for Class Certification (DE: 4) | 11/15/00 | **No Response from Defendant** | |
| CCN's Motion to Stay Discovery (DE: 62) | 4/9/01 | **Fully Briefed and Ready for Ruling** <br><br> LaRusso's Opposition (DE: 66) <br> CCN's Reply (DE: 67) | |
| Liberty Mutual's Partially Unopposed Motion to Stay Discovery (DE: 65) | 4/24/01 | **Fully Briefed and Ready for Ruling** <br><br> LaRusso's Opposition (DE: 66) <br> CCN's Notice of Supplemental Authority (DE: 68) | |
| CCN's Motion for Reconsideration of 10/2/2001 Order Dismissing Motion to Continue for Trial & Pre-trial Requirements (DE: 189) | 10/5/01 | **Fully Briefed and Ready for Ruling** <br><br> Plaintiff's Opposition (DE: 204) <br> Defendant's Reply (DE: 233) | . |
| Liberty Mutual's Motion for Protective Order with Respect to Deposition of Liberty Mutual Representative (DE: 288) | 11/6/01 | **Fully Briefed and Ready for Ruling** <br><br> Plaintiff's Opposition (DE: 323) <br> Liberty Mutual's Reply (DE: 340) | |
| Liberty Mutual's Motion to Stay Discovery until Rulings on Various Pending Motions & Motion for Protective Order (DE: 285) | 11/6/01 | **Fully Briefed and Ready for Ruling** <br><br> Plaintiff's Opposition (DE: 327) <br> Liberty Mutual's Reply (DE: 358) | |

| Substantive Motions<br><br>De=docket Entry<br>(Any DE above 128 Is from 00-6061) | Filing Date | Briefing Status | Court Rulings |
|---|---|---|---|
| LaRusso's Motion to Compel Liberty Mutual to Attend Depositions & for Sanctions (DE: 348) | 11/26/01 | **Fully Briefed and Ready for Ruling**<br><br>Liberty Mutual's Opposition (DE: 401)<br>LaRusso's Reply (DE: 434) | |

## Ultra Open MRI Corp. v. Progressive American Ins. Co.

| Substantive Motions<br><br>DE=docket Entry<br>(Any De above 128 is from 00-6061) | Filing Date | Briefing Status | Court Rulings |
|---|---|---|---|
| Amended Motion by Ultra MRI for Class Certification (DE: 409) | 12/7/01 | **Fully Briefed and Ready for Ruling**<br><br>Progressive's Opposition (DE: 510)<br>Plaintiff's Reply (served 1/18/02) | |
| Brickell & Ultra MRI's Motion to Compel Progressive Defendants to Attend Depositions & for Sanctions (DE: 423) | 12/14/01 | **Pending Briefing** | |

# Ultra Open MRI Corp. v. Deerbrook Ins. Co.

| Substantive Motions<br><br>**DE=docket Entry**<br>**(Any DE above 128 is from 00-6061)** | Filing Date | Briefing Status | Court Rulings |
|---|---|---|---|
| Motion by Allstate, Fidelity & Casualty, Continental, & Deerbrook for Clarification of Judge Ferguson's Ruling Denying Defendants' Motions to Dismiss, Lifting Discovery Stay, and Consolidating Cases (DE: 219)<br><br>Joined by CCN | 10/23/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 295)<br>Allstate, Fidelity & Casualty, Continental, & Deerbrook's Reply (DE: 406)<br>CCN's Reply (DE: 480) | |
| Plaintiff's Amended Motion for Class Certification (DE: 413) | 12/7/01 | **Motion to Extend Time to Respond Fully Briefed and Ready for Ruling**<br><br>Deerbrook's Motion to Extend Time to Respond (DE: 500)<br>Plaintiff's Opposition to Motion to Extend Time to Respond (DE: 529)<br>Defendant's Reply to Plaintiff's Opposition to Mot. to Extend (served 1/18/02) | |

# Ultra Open MRI Corp. v. Prudential Property & Casualty Ins. Co.

| Substantive Motions<br><br>DE=docket Entry<br>(Any DE above 128 is from 00-6061) | Filing Date | Briefing Status | Court Rulings |
|---|---|---|---|
| Prudential's Motion to Compel Arbitration (DE: 10) | 8/6/01 | **Decided**<br><br>Plaintiff's Opposition (DE: 11)<br>Prudential's Reply (DE: 14) | Motion Granted by Magistrate Judge Snow on 11/13/01 (DE: 318) |
| Prudential's Motion to Stay Discovery (DE: 17) | 10/12/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (206) | |
| Prudential's Emergency Motion for Protective Order Re: Discovery (DE: 334) | 11/2/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 297)<br>Prudential's Reply (DE: 336) | |
| Plaintiff Ultra's Objection to Report Recommending Arbitration (DE: 363) | 11/28/01 | **Fully Briefed and Ready for Ruling**<br><br>Prudential's Response (DE: 435) | |
| Plaintiff's Amended Motion for Class Certification (DE: 418) | 12/7/01 | **Pending Briefing**<br><br>Defendant's Motion for Extension of Time to Respond (DE: 481) | |

# Ultra Open MRI Corp. v. Fidelity & Casualty Co. Of New York

| Substantive Motions<br><br>DE=docket Entry<br>(Any DE above 128 is from 00-6061) | Filing Date | Briefing Status | Court Rulings |
|---|---|---|---|
| Motion by Allstate, Fidelity & Casualty, Continental, & Deerbrook for Clarification of Judge Ferguson's Ruling Denying Defendants' Motions to Dismiss, Lifting Discovery Stay, and Consolidating Cases (DE: 219) | 10/23/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiffs' Opposition (DE: 295)<br>Allstate, Fidelity & Casualty, Continental, & Deerbrook's Reply (DE: 406)<br>CCN's Reply (DE: 480) | |
| Plaintiff's Amended Motion for Class Certification (DE: 415) | 12/7/01 | **Motion to Extend Time Fully Briefed and Ready for Ruling**<br><br>Fidelity & Casualty and Continental's Motion to Extend Time to Respond (DE: 499)<br>Plaintiff's Opposition to Mot. to Extend Time to Respond (DE: 530)<br>Defendant's Reply to Plaintiff's Opposition to Mot. to Extend (served 1/18/02) | |

# Ultra Open MRI Corp. v. Integon National Ins. Co.

| Substantive Motions<br><br>DE=docket Entry<br>(Any DE above 128 is from 00-6061) | Filing Date | Briefing Status | Court Rulings |
|---|---|---|---|
| Integon's Motion for Clarification of Scheduling Order & Referral Order in 00-6061 (DE: 11) | 10/10/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 205)<br>Integon's Reply (DE: 17) | |
| Integon's Motion for Stay (DE: 14) | 10/22/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 274)<br>Integon's Reply (DE: 354) | |
| Integon's Motion to Compel Arbitration (DE: 15) | 10/22/01 | **Decided**<br><br>Plaintiff's Opposition (DE: 275)<br>Integon's Reply (DE: 355) | Denied by Magistrate Judge Snow on 12/14/2001 (DE: 428) |
| Motion by Zidel, Brickell, Browner, LaRusso, Ultra MRI, & Chiropractic Centre for Confidentiality Order (DE: 201) | 10/16/2001 | **Fully Briefed and Ready for Ruling**<br><br>Integon's Opposition (DE: 277)<br>Plaintiff's Reply (DE: 296) | |
| Integon's Motion for Protective Order Re: Pending Discovery (DE: 313) | 11/13/2001 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiffs' Opposition Opposing (DE: 361)<br>Defendant's Reply (DE: 397) | |
| Plaintiff's Amended Motion for Class Certification (DE: 414) | 12/7/01 | **Fully Briefed and Ready for Ruling**<br><br>Integon's Opposition (DE: 508)<br>Plaintiff's Reply (DE: 527) | |

| Substantive Motions<br><br>DE=docket Entry<br>(Any DE above 128 is from 00-6061) | Filing Date | Briefing Status | Court Rulings |
|---|---|---|---|
| LaRusso & Ultra MRI's Motion to Compel Integon & Hartford to Attend Depositions (DE: 410) | 12/7/01 | **Fully Briefed and Ready for Ruling**<br><br>Integon Motion to Extend Time to Submit Memoranda in Opposition to Motion to Compel Deposition Attendance (DE: 420)<br>Integon's Opposition (DE: 488)<br>Hartford's Opposition (DE: 490)<br>Plaintiff's Reply to Integon's Opposition<br>Plaintiff's Reply to Hartford's Opposition | |
| Plaintiff's Objections to 12/14/2001 Report of Magistrate Judge Snow Denying Defendant's Motion to Compel Arbitration (DE: 505) | 12/28/01 | **Fully Briefed and Ready for Ruling**<br><br>Defendant's Response (DE: 536). | |
| Defendant's Objections to 12/14/2001 Report of Magistrate Judge Snow Denying Defendant's Motion to Compel Arbitration (DE: 509) | 12/28/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Response (DE: 546). | |

# The Chiropractic Centre, Inc. v. Superior Ins. Co.

| Substantive Motions<br><br>DE=docket Entry<br>(Any DE above 128 is from 00-6061) | Filing Date | Briefing Status | Court Rulings |
|---|---|---|---|
| Motion by Zidel, Brickell, Browner, LaRusso, Ultra MRI, & Chiropractic Centre for Confidentiality Order (DE: 201) | 10/16/01 | **Fully Briefed and Ready for Ruling**<br><br>Superior's Opposition (DE: 254)<br>Plaintiff's Reply (DE: 296) | |
| Superior's Motion to Dismiss Complaint (DE: 249) | 10/31/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 298)<br>Defendant's Reply (DE: 347)<br>Plaintiff's Supplemental Authority Opposing Pending Motions to Dismiss (DE: 375) | |
| Superior's Motion to Stay Discovery (DE: 252) | 10/31/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 294)<br>Defendant's Reply (DE: 345) | |
| Superior's Motion for Clarification of Class Certification Discovery & Opposition Date (DE: 331) | 11/16/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 359)<br>Superior's Reply (DE: 404) | |
| Superior's Motion to Strike Plaintiff's Opposition Memorandum in Opposition to Superior's Motion to Dismiss (DE: 346) | 11/23/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 362)<br>Superior's Reply (DE: 405) | |
| Plaintiffs' Amended Motion for Class Certification (DE: 416) | 12/7/01 | **Fully Briefed and Ready for Ruling**<br><br>Superior's Opposition (DE: 494)<br>Plaintiff's Reply (filed 1/18/02) | |

| Substantive Motions<br><br>DE=docket Entry<br>(Any DE above 128 is from 00–6061) | Filing Date | Briefing Status | Court Rulings |
|---|---|---|---|
| Superior's Emergency Motion for Protective Order to Preclude, Postpone Deposition of Corporate Representative (DE: 393) | 12/7/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 425)<br>Superior's Reply (DE: 495) | |
| Plaintiff's Motion to Compel Superior to Attend Depositions (DE: 517) | | **Pending Briefing**<br><br>Superior's Opposition (served 1/17/02) | |

# The Chiropractic Centre, Inc. v. Metropolitan Ins. Co.

| Substantive Motions<br><br>DE=docket Entry<br>(Any DE above 128 is from 00-6061) | Filing Date | Briefing Status | Court Rulings |
|---|---|---|---|
| Metro's Motion for Clarification of Scheduling Order & Referral Order (DE: 13) | 10/9/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 205)<br>Metro's Reply (DE: 19) | |
| Motion by Zidel, Brickell, Browner, LaRusso, Ultra MRI, & Chiropractic Centre for Confidentiality Order (DE: 201) | 10/16/01 | **Fully Briefed and Ready for Ruling**<br><br>Metro's Opposition (DE: 278)<br>Plaintiff's Reply (DE: 296) | |
| Metro's Motion to Compel Arbitration (DE: 17) | 10/22/01 | **Decided**<br><br>Plaintiff's Opposition (DE: 267)<br>Metro's Reply (DE: 352) | Motion Denied by Magistrate Judge Snow on 12/14/2001 (DE: 427) |
| Metro's Motion to Stay Action Pending Resolution of Motion to Compel Arbitration (DE: 16) | 10/22/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 268)<br>Metro's Reply (DE: 353) | |
| Defendant's Motion for Protective Order Regarding Discovery (DE: 311) | 11/13/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 361)<br>Defendant's Reply (DE: 396) | |
| Plaintiff's Amended Motion for Class Certification (DE: 417) | 12/7/01 | **Fully Briefed and Ready for Ruling**<br><br>Metropolitan's Opposition (DE: 506)<br>Plaintiff's Reply Filed (DE: 526) | |

| Substantive Motions<br><br>**DE=docket Entry**<br>**(Any DE above 128 is from 00-6061)** | Filing Date | Briefing Status | Court Rulings |
|---|---|---|---|
| Plaintiff's Motion to Compel Metro to Attend Depositions (DE: 422) | 12/14/01 | **Fully Briefed and Ready for Ruling**<br><br>Metro's Opposition (DE: 489)<br>Plaintiff's Reply (DE: 542) | |
| Plaintiff's Objections to 12/14/2001 Report of Magistrate Judge Snow Denying Defendant's Motion to Compel Arbitration (DE: 504) | 12/28/01 | **Fully Briefed and Ready for Ruling**<br><br>Defendant's Response (DE: 534) | |
| Defendant's Objections to 12/14/2001 Report of Magistrate Judge Snow Denying Defendant's Motion to Compel Arbitration (DE: 507) | 12/28/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Response (DE: 545)) | |

# LaRusso v. Nationwide Ins. Co.

| Substantive Motions<br><br>DE=docket Entry<br>(Any DE above 128 Is from 00-6061) | Filing Date | Briefing Status | Court Rulings |
|---|---|---|---|
| Plaintiff's Motion for Class Certification (DE: 4) | 2/7/01 | **No Response from Defendants** | |
| Nationwide Motion to Compel Arbitration or Dismiss Claims (DE: 225) | 10/26/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 328)<br>Nationwide's Reply (DE: 366)<br>Plaintiffs Filing of Supplemental Authority (DE: 375) | |
| Motion to Stay All Discovery Pending Resolution of Nationwide's Pending Motion to Dismiss Complaint (DE: 261) | 11/5/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 324) | |
| Nationwide's Motion for Protective Order to Preclude or Postpone Deposition of Nationwide Corporate Representative (DE: 408) | 12/12/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 497) | |
| Plaintiff's Motion to Compel Defendant to Attend Depositions (DE: 516) | 1/3/02 | **Pending Briefing** | |

# LaRusso v. Florida Farm Bureau Casualty Ins. Co.

| Substantive Motions<br><br>DE=docket Entry<br>(Any DE above 128 is from 00-6061) | Filing Date | Briefing Status | Court Rulings |
|---|---|---|---|
| Plaintiff's Motion for Class Certification (DE: 3) | 2/7/01 | **No Response from Defendants** | |
| Florida Farm Bureau's Motion to Compel Arbitration & to Dismiss or Stay (DE: 24) | 5/11/01 & 5/24/01 (Respectively) | **Decided**<br><br>LaRusso's Opposition (DE: 29)<br>Florida Farm Bureau's Reply (DE: 27)<br>Florida Farm Bureau's 2nd Reply (DE: 34) | Denied by Magistrate Judge Snow on 11/13/2001 (DE: 317) |
| Florida Farm Bureau's Motion to Stay Discovery Pending Ruling on Motion to Compel Arbitration (DE: 196) | 10/15/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 235)<br>Defendant's Reply (DE: 260) | |
| Florida Farm Bureau's Motion for Protective Order from Taking Depositions (DE: 230) | 10/26/01 | **No Response from Plaintiff** | |
| Plaintiff's Objections to 11/13/2001 Report of Magistrate Judge Snow Denying Defendant's Motion to Compel Arbitration (DE: 364) | 11/28/01 | **Fully Briefed and Ready for Ruling**<br><br>Defendant's Response (DE: 429) | |
| Florida Farm Bureau's Objection to 11/13/2001 Report of Magistrate Judge Snow Denying Defendant's Motion to Compel Arbitration (DE: 370) | 11/29/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Response (DE: 424) | |
| Plaintiff's Motion to Compel Defendant to Attend Depositions (DE: 519) | 1/3/02 | **Pending Briefing**<br><br>Defendant's Opposition and Renewed Request for Stay of Discovery and a Protective Order (served 1/18/02) | |

# LaRusso v. ITT Hartford Life & Annuity Ins. Co.

| Substantive Motions<br><br>DE=docket Entry<br>(Any DE above 128 is from 00-6061) | Filing Date | Briefing Status | Court Rulings |
|---|---|---|---|
| LaRusso Motion to Certify Class Action (DE: 3) | 2/7/01 | **No Response from Defendant** | |
| Hartford's Motion for Reconsideration of Omnibus & Scheduling Orders of 9/28/2001 (DE: 197) | 10/16/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 234)<br>Defendant's Reply (DE: 321) | |
| Motion by Zidel, Brickell, Browner, LaRusso, Ultra MRI, & Chiropractic Centre for Confidentiality Order (DE: 201) | 10/16/01 | **Fully Briefed and Ready for Ruling**<br><br>Hartford's Opposition (DE: 279)<br>Plaintiff's Reply (DE: 296) | |
| Hartford's Motion to Dismiss (DE: 210) | 10/22/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 269)<br>Defendant's Reply (DE: 351) | |
| Hartford's Motion to Stay Discovery & Time for Opposition to Class Certification (DE: 212) | 10/22/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 270)<br>Defendant's Reply (DE: 356) | |
| Hartford's Motion for Protective Order on Pending Discovery (DE: 315) | 11/13/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff's Opposition (DE: 361)<br>Hartford's Reply (DE: 395) | |

| Substantive Motions<br><br>DE=docket Entry<br>(Any DE above 128 is from 00-6061) | Filing Date | Briefing Status | Court Rulings |
|---|---|---|---|
| Hartford's Motion to Compel Arbitration, Dismiss Amended Complaint, & Stay Discovery (DE: 402) | 12/10/01 | **Fully Briefed and Ready for Ruling**<br><br>Plaintiff LaRusso's Opposition (DE: 498)<br>Defendant's Reply (DE: 524) | |
| Plaintiff's Motion to Compel Deposition Attendance (DE: 410) | 12/7/01 | **Fully Briefed and Ready for Ruling**<br><br>Defendant's Opposition (DE: 488)<br>Plaintiff's Reply (DE: 540) | |

# Mote Wellness & Rehab., Inc. v. American International Ins. Co.

| Substantive Motions<br><br>**DE=docket Entry**<br>**(Any DE above 128 is from 00-6061)** | Filing Date | Briefing Status | Court Rulings |
|---|---|---|---|
| American International's Motion for Clarification of Scheduling & Referral Orders (DE: 15) | 10/24/01 | **Fully Briefed and Ready for Ruling**<br><br>Mote Opposition (DE: 271)<br>Defendant's Reply (DE: 309) | |
| American International's Motion to Extend Time to Respond to Discovery (DE: 17) | 10/30/01 | **Fully Briefed and Ready for Ruling**<br><br>Mote's Opposition (DE: 272)<br>American International's Reply (DE: 21) | |
| Mote's Amended Motion for Class Certification Filed (DE: 411) | 12/7/01 | **No Response From Defendants** | |