UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ad D.C.
JAN 25 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE WILKIE D. FERGUSON, JR.

CIVIL MINUTES

1. Case No. 00-6061                                   Date: 1/25/02
2. Style: Zidel v. Progressive Express Ins. Co.
3. Plaintiff's Counsel: Eric Lee, et al
4. Defendant's Counsel: Shelton, et al. (Bill Nisburg appeared via phone)
5. Type of Proceeding: Status Conf.
6. Result of hearing:    Motion Granted ☐    Motion Denied ☐
7. Case Continued to: _____  Trial Set for _____
8. Does the case require mediation? _____

Notes: (1) Cases affected - Arbitration Issues → discussion of Mag. Snow's R&Rs, Fla. Stat. §627.736(10).
• Non-ins. co. Δs are not covered by, Πs have non-stkd. claims agnst all Δs.
• Δ Fla. Farm Bureau wants to STRIKE Π's unauth. suppl. memo. re: arb. issues
• No class certification discovery has occurred
• (1/2) A proposed confidentiality order ~~submitted~~ Π does NOT Object, some Δs opposed it
• Cases are consolidated for class cert. discovery ONLY
• (J) adopts 2-tier confidentiality order.
• New scheduling Order shall issue

Law Clerk: Tori Monroe
Courtroom Deputy: Karen Gardner
Courtroom Reporter: Patricia Sanders