018365

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DR. PAUL ZIDEL, on behalf of
himself and others similarly situated,

  Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
et al.

  Defendants.
_____

CASE NO. 00-6061-CIV-FERGUSON/SNOW

NIGHT BOX FILED
JAN 2 8 2002
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

MOTE WELLNESS & REHAB, INC. on behalf
of itself and all others similarly situated,

  Plaintiff,

v.

AMERICAN INTERNATIONAL INSURANCE
COMPANY and AMERICAN INTERNATIONAL
SOUTH INSURANCE COMPANY,

  Defendants.
_____/

CASE NO. 01-8549-CIV-FERGUSON/SNOW

## CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANTS' ALTERNATIVE MOTION FOR SUMMARY JUDGMENT

The Defendants, AMERICAN INTERNATIONAL INSURANCE COMPANY and AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY (hereinafter AMERICAN INTERNATIONAL and AMERICAN SOUTH, respectively), by and through undersigned counsel, and pursuant to S.D.Fla.L.R. 7.5 file their Concise Statement of Material Facts in support of their Alternative Motion for Summary Judgment and state:

CASE NO. 00-6061-CIV-FERGUSON/SNOW
CASE NO. 01-8549-CIV-FERGUSON/SNOW

1. Personal injury protection ("PIP") claims made on policies issued by AMERICAN INTERNATIONAL, AMERICAN SOUTH, and American Home Assurance Company ("American Home") are adjusted by American International Group Claims Service ("AIGCS"). *See* Affidavit of Pam Jones.

2. Bills submitted by medical providers pursuant to an insured's assignment of benefits are reviewed to determine whether the amounts billed exceed the reasonable amount for such services pursuant to the requirements of Florida's PIP statutes. *See* Affidavit of Pam Jones.

3. Bills submitted by medical providers were formerly reviewed to determine whether the provider was part of a PPO network for which deductions should be taken. AIGCS no longer participates in a PPO network for PIP claims. *See* Affidavit of Pam Jones.

4. After a bill is reviewed to determine whether a reduction should be taken either for exceeding the reasonable cost of services or pursuant to a PPO agreement, an "Explanation of Review" letter is sent both to the provider and to the adjuster handling the claim. *See* Affidavit of Pam Jones.

5. Reductions for charges exceeding the reasonable cost of services are reflected in a column with the heading of "Bill Review" and reductions pursuant to a PPO agreement are reflected in a column with the heading of "PPO." *See* Affidavit of Pam Jones. Recommendations for "Bill Review" reductions are separate and independent from recommendations for "PPO" reductions.

6. The reductions for either reason are recommended, not mandatory, and the adjuster has sole discretion as to whether the reductions should be taken or whether the entire amount billed should be paid. *See* Affidavit of Pam Jones.

CASE NO. 00-6061-CIV-FERGUSON/SNOW
CASE NO. 01-8549-CIV-FERGUSON/SNOW

7. Although several Explanation of Review letters recommended PPO reductions be taken on Mote Wellness & Rehab, Inc. bills submitted on American Home policies pursuant to a PPO agreement, no PPO reductions were ever taken for any of these bills. *See* Affidavit of Pam Jones.

### American International South Insurance Company

8. AMERICAN SOUTH has not issued any policies of insurance for any individual insured who has obtained treatment from Mote Wellness & Rehab, Inc. *See* Affidavit of Pam Jones.

9. No bills for medical treatment have been received from Mote Wellness & Rehab, Inc. for treatment related to any claim made on a PIP policy issued by AMERICAN SOUTH. *See* Affidavit of Pam Jones.

### American International Insurance Company

10. There are only two PIP policies issued by AMERICAN INTERNATIONAL on which claims were made for treatment by Mote Wellness & Rehab, Inc. The insureds on these claims are (1) Gregory F. Horton and Michele D. Horton, and (2) Christine M. Johansson. *See* Affidavit of Pam Jones.

11. As reflected in the PIP Payment Record and the Explanation of Review letters, no PPO reductions were ever recommended or taken for any treatment rendered to Aliya Horton by Mote Wellness & Rehab, Inc. *See* Affidavit of Pam Jones.

12. As reflected in the PIP Payment Record and the Explanation of Review letters, no PPO reductions were ever recommended or taken for any treatment rendered to Christopher Iverson by Mote Wellness & Rehab, Inc. *See* Affidavit of Pam Jones.

CASE NO. 00-6061-CIV-FERGUSON/SNOW
CASE NO. 01-8549-CIV-FERGUSON/SNOW

13. As reflected in the PIP Payment Record and the Explanation of Review letters, no PPO reductions were ever recommended or taken for any treatment rendered to Christine Johansson by Mote Wellness & Rehab, Inc. *See* Affidavit of Pam Jones.

14. There are no bills for treatment rendered by Mote Wellness & Rehab, Inc. for any other insureds or other claimants on policies issued by AMERICAN INTERNATIONAL. *See* Affidavit of Pam Jones.

### American Home Assurance Company

15. American Home Assurance Company is an insurer that issues automobile policies in the State of Florida, and is not a party to this lawsuit. *See* Affidavit of Pam Jones.

16. American Home is a separate and independent entity from AMERICAN INTERNATIONAL and AMERICAN SOUTH. *See* Affidavit of Pam Jones.

17. Mote Wellness & Rehab, Inc. has submitted bills for treatment related to PIP claims made on the policies of four insureds of American Home Assurance Company: (1) Louis A. Galterio, (2) Howard B. Vaine and Doris A. Vaine, (3) Seymour Weiss, and (4) Timothy K. Large. *See* Affidavit of Pam Jones.

18. The Explanation of Review letter for service provided to Louis Galterio between February 16, 2001, and February 21, 2001, shows that PPO reductions were recommended. *See* Affidavit of Pam Jones.

19. As reflected by the adjuster's handwritten notes on the Explanation of Review letter and based on the PIP Payment Record sheet, the recommended PPO reductions were never taken and Mote was paid in full for treatment rendered to Louis Galterio. *See* Affidavit of Pam Jones.

20. The Explanation of Review letter for service provided to Howard Vaine on February 19 and 21, 2001, shows that PPO reductions were recommended for those dates. *See* Affidavit of Pam Jones. The

CASE NO. 00-6061-CIV-FERGUSON/SNOW
CASE NO. 01-8549-CIV-FERGUSON/SNOW

bill for services on February 19 and 21, 2001, was never paid because Vaine's attorney requested that all remaining benefits be applied to Vaine's claim for lost wages which exhausted the benefits.

21. No PPO reductions were ever recommended or taken for any treatment rendered to Seymour Weiss by Mote Wellness & Rehab, Inc. *See* Affidavit of Pam Jones.

22. No PPO reductions were ever recommended or taken for any treatment rendered to Mildred Weiss by Mote Wellness & Rehab, Inc. *See* Affidavit of Pam Jones.

23. PPO reductions were recommended on one occasion but were never taken for any treatment rendered to Timothy Large by Mote Wellness & Rehab, Inc. *See* Affidavit of Pam Jones.

24. Mote Wellness & Rehab, Inc. has not submitted bills for treatment of any other insureds or claimants on policies issued by American Home Assurance Company. *See* Affidavit of Pam Jones.

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed this 25th day of January, 2002, to: Jan Douglas Atlas, Esq., Lead Counsel for Mote Wellness, Atlas Pearlman, P.A., 350 East Las Olas Boulevard, Suite 1700, Fort Lauderdale, Florida 33301. The motion

CASE NO. 00-6061-CIV-FERGUSON/SNOW
CASE NO. 01-8549-CIV-FERGUSON/SNOW

was also mailed to counsel on the attached service list.

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
3440 Hollywood Boulevard
Second Floor
Hollywood, Florida 33021
(954) 961-1400 Broward
(305) 940-4821 Dade


By: /s/ Brian P Knight
Dale L. Friedman, Esquire
Florida Bar No.: 854646
Brian P. Knight, Esquire
Florida Bar No.: 993662

BPK
02.0115
Z96745.WPD

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 1/22/02)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 Facsimile

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

7090-00100 318823.1

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 1/22/02)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 Facsimile

**Counsel for:
Allstate, Fidelity and Casualty,
Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305) 539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

7090-00100 318823.1