UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE DIVISION)

DR. PAUL ZIDEL, on behalf of
himself and others similarly situated,

        Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
et al.

        Defendants.

CASE NO. 00-6061-CIV-FERGUSON/SNOW

NIGHT BOX
FILED

JAN 2 8 2002

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

_____

MOTE WELLNESS & REHAB, INC. on behalf
of itself and all others similarly situated,

        Plaintiff,

v.

AMERICAN INTERNATIONAL INSURANCE
COMPANY and AMERICAN INTERNATIONAL
SOUTH INSURANCE COMPANY,

        Defendants.
_____/

CASE NO. 01-8549-CIV-FERGUSON/SNOW

## NOTICE OF FILING

        COME NOW, Defendants, AMERICAN INTERNATIONAL INSURANCE COMPANY

and AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY, by and through undersigned

counsel, hereby file this Affidavit in support of their Motion to Dismiss and Alternative Motion for

Summary Judgment:

        1.      Affidavit of Pam Jones

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished by mail this 28th day of January, 2002 to all

counsel in the attached service list.

> CONROY, SIMBERG, GANON,
> KREVANS & ABEL, P.A.
> Counsel for American International
> 3440 Hollywood Boulevard
> Second Floor
> Hollywood, Florida 33021
> (954) 961-1400 Broward
> (305) 940-4821 Dade
>
>
> BY: _Brian P Knight_
> Dale L. Friedman, Esquire
> Florida Bar No. 854646
> Brian P. Knight, Esquire
> Florida Bar No. 993662

BPK/nfm
ZG3357.WPD
02.0125

-2-

**MASTER SERVICE LIST**
**(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)**
(Updated 1/22/02)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 Facsimile

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL. 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

018365

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

DR. PAUL ZIDEL, on behalf of                    CASE NO. 00-6061-CIV-FERGUSON/SNOW
himself and others similarly situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
et al.

      Defendants.

_____

MOTE WELLNESS & REHAB, INC. on behalf    CASE NO. 01-8549-CIV-FERGUSON/SNOW
of itself and all others similarly situated,

      Plaintiff,

v.

AMERICAN INTERNATIONAL INSURANCE
COMPANY and AMERICAN INTERNATIONAL
SOUTH INSURANCE COMPANY,

      Defendants.
_____/

## __AFFIDAVIT OF PAM JONES__

BEFORE ME, this date personally appeared PAM JONES, as follows:

1. My name is Pam Jones, I am a litigation specialist at American International Group Claims

Services, Inc. (hereinafter "AIGCS") and I have personal knowledge of the facts herein.

CASE NO. 00-6061-CIV-FERGUSON
CASE NO. 01-8549-CIV-FERGUSON

2.   Personal injury protection ("PIP") claims made on policies issued by American International Insurance Company, American International South Insurance Company, and American Home Assurance Company are adjusted by AIGCS.

3.   Bills submitted by medical providers were reviewed to determine whether the provider was part of a PPO network for which deductions should be recommended to the adjuster.  AIGCS no longer participates in a PPO network for PIP claims.

4.   Bills submitted by medical providers pursuant to an insured's assignment of benefits were also reviewed to determine whether the amounts billed exceed the reasonable amount for such services pursuant to the requirements of Florida's PIP statutes.  Recommendations for reducing bills that exceed the reasonable rate for services are separate and independent from recommended reductions for participation in a PPO network.

5.   After a bill is reviewed to determine whether a reduction should be taken either for exceeding the reasonable cost of services or pursuant to a PPO agreement, an "Explanation of Review" letter is sent both to the provider and to the adjuster handling the claim.

6.   Reductions for charges exceeding the reasonable cost of services are reflected in a column with the heading of "Bill Review" and reductions pursuant to a PPO agreement are reflected in a column with the heading of "PPO."

7.   The reductions for either reason are recommended, not mandatory, and the adjuster has sole discretion as to whether the reductions should be taken or whether the entire amount billed should be paid.

CASE NO. 00-6061-CIV-FERGUSON
CASE NO. 01-8549-CIV-FERGUSON

8.  As explained in greater detail below, although several Explanation of Review letters recommended PPO reductions be taken on Mote Wellness & Rehab, Inc. bills pursuant to a PPO agreement, no PPO reductions were ever taken for any of these bills when payment was actually made.

### American International South Insurance Company

9.  A search of the entire claims system has revealed that American International South Insurance Company has not issued any policies of insurance for any individual insured who has obtained treatment from Mote Wellness & Rehab, Inc.

10.  No bills for medical treatment have been received from Mote Wellness & Rehab, Inc. for treatment related to any claim made on a PIP policy issued by American International South Insurance Company.

### American International Insurance Company

11.  A search of the entire claims system has turned up only two PIP policies issued by American International Insurance Company on which claims were made for treatment by Mote Wellness & Rehab, Inc.  The insureds on these claims are (1) Gregory F. Horton and Michele D. Horton, and (2) Christine M. Johansson.  Copies of the Horton and Johansson policies are attached hereto as Exhibits "A" and "B", respectively.

8.  Attached hereto as Composite Exhibit "C" are documents related to treatment by Mote Wellness & Rehab, Inc. of Aliya Horton, a claimant on Gregory F. Horton's policy.  These documents include (1) the PIP Payment Record which reflects amounts billed, allowed, and paid, (2) Explanation of Review letters to Mote Wellness & Rehab, Inc., (3) HCFA forms submitted by Mote Wellness & Rehab,

-3-

CASE NO. 00-6061-CIV-FERGUSON
CASE NO. 01-8549-CIV-FERGUSON

Inc. seeking payment for medical services, and (4) a letter from AIGCS to Mote Wellness & Rehab, Inc. confirming Mote's agreement to accept payment reduced for having exceeded the reasonable cost for such services.

9.  As reflected in the PIP Payment Record and the Explanation of Review letters, no PPO reductions were ever recommended or taken for any treatment rendered to Aliya Horton by Mote Wellness & Rehab, Inc.

10.  Attached hereto as Composite Exhibit "D" are documents related to treatment by Mote Wellness & Rehab, Inc. of Christopher Iverson, a second claimant on Gregory F. Horton's policy.  These documents include (1) the PIP Payment Record which reflects amounts billed, allowed, and paid, (2) Explanation of Review letters to Mote Wellness & Rehab, Inc., (3) HCFA forms submitted by Mote Wellness & Rehab, Inc. seeking payment for medical services, and (4) a letter from AIGCS to Mote Wellness & Rehab, Inc. confirming Mote's agreement to accept payment reduced for having exceeded the reasonable cost for such services.

11.  As reflected in the PIP Payment Record and the Explanation of Review letters, no PPO reductions were ever recommended or taken for any treatment rendered to Christopher Iverson by Mote Wellness & Rehab, Inc.

12.  Attached hereto as Composite Exhibit "E" are documents related to treatment by Mote Wellness & Rehab, Inc. of Christine Johansson.  These documents include (1) the PIP Payment Record which reflects amounts billed, allowed, and paid, (2) Explanation of Review letters to Mote Wellness &

-4-

CASE NO. 00-6061-CIV-FERGUSON
CASE NO. 01-8549-CIV-FERGUSON

Rehab, Inc., and (3) HCFA forms submitted by Mote Wellness & Rehab, Inc. seeking payment for medical services.

13.   As reflected in the PIP Payment Record and the Explanation of Review letters, no PPO reductions were ever recommended or taken for any treatment rendered to Christine Johansson by Mote Wellness & Rehab, Inc.

14.   There are no bills for treatment rendered by Mote Wellness & Rehab, Inc. for any other insureds having policies issued by American International Insurance Company.

### American Home Assurance Company

15.   American Home Assurance Company is an insurer that issues automobile policies in the State of Florida, and is not a party to this lawsuit.

16.   American Home Assurance Company is a separate and independent entity from American International Insurance Company and American International South Insurance Company.

17.   A search of the entire claims system has revealed that Mote Wellness & Rehab, Inc. has submitted bills for treatment related to PIP claims made on the policies of four insureds of American Home Assurance Company: (1) Louis A. Galterio, (2) Howard B. Vaine and Doris A. Vaine, (3) Seymour Weiss, and (4) Timothy K. Large.  Copies of these polices are attached hereto as Exhibits "F", "G", "H", and "I", respectively.

18.   Attached hereto as Composite Exhibit "J" are documents related to treatment by Mote Wellness & Rehab, Inc. of Louis Galterio.  These documents include (1) the PIP Payment Record which reflects amounts billed, allowed, and paid, (2) Explanation of Review letters to Mote Wellness & Rehab,

-5-

CASE NO. 00-6061-CIV-FERGUSON
CASE NO. 01-8549-CIV-FERGUSON

Inc., (3) HCFA forms submitted by Mote Wellness & Rehab, Inc. seeking payment for medical services, and (4) several letters informing Mote that coverage has been exhausted.

19. The Explanation of Review letter for service provided between February 16, 2001, and February 21, 2001, shows that PPO reductions were recommended to the adjuster.

20. As reflected by the adjuster's handwritten notes on the Explanation of Review letter and based on the PIP Payment Record sheet, the recommended PPO reductions were never taken and Mote was paid in full.

21. Attached hereto as Composite Exhibit "K" are documents related to treatment by Mote Wellness & Rehab, Inc. of Howard Vaine. These documents include (1) the PIP Payment Record which reflects amounts billed, allowed, and paid, (2) Explanation of Review letters to Mote Wellness & Rehab, Inc., (3) HCFA forms submitted by Mote Wellness & Rehab, Inc. seeking payment for medical services, and (4) a letter to Mote stating that Vaine's attorney had requested that remaining benefits be held for payment of lost wages.

22. The Explanation of Review letter for service provided on February 19, 2001, and February 21, 2001, shows that PPO reductions were recommended to the adjuster.

23. As reflected in the PIP Payment Record, Mote was paid in full without recommended PPO reductions for dates of service other than February 19 and 21, 2001. The bill for services on February 19 and 21, 2001, was never paid because Vaine's attorneys requested that all remaining PIP benefits be reserved for the payment of lost wages, which exhausted the remaining benefits under the policy.

-6-

CASE NO. 00-6061-CIV-FERGUSON
CASE NO. 01-8549-CIV-FERGUSON

24. Attached hereto as Composite Exhibit "L" are documents related to treatment by Mote Wellness & Rehab, Inc. of Seymour Weiss. These documents include (1) the PIP Payment Record which reflects amounts billed, allowed, and paid, (2) Explanation of Review letters to Mote Wellness & Rehab, Inc., (3) HCFA forms submitted by Mote Wellness & Rehab, Inc. seeking payment for medical services.

25. As reflected in the PIP Payment Record and the Explanation of Review letters, no PPO reductions were ever recommended or taken for any treatment rendered to Seymour Weiss by Mote Wellness & Rehab, Inc.

26. Attached hereto as Composite Exhibit "M" are documents related to treatment by Mote Wellness & Rehab, Inc. of Mildred Weiss. These documents include (1) the PIP Payment Record which reflects amounts billed, allowed, and paid, (2) Explanation of Review letters to Mote Wellness & Rehab, Inc., (3) HCFA forms submitted by Mote Wellness & Rehab, Inc. seeking payment for medical services.

27. As reflected in the PIP Payment Record and the Explanation of Review letters, no PPO reductions were ever recommended or taken for any treatment rendered to Mildred Weiss by Mote Wellness & Rehab, Inc.

28. Attached hereto as Composite Exhibit "N" are documents related to treatment by Mote Wellness & Rehab, Inc. of Timothy Large. These documents include (1) the PIP Payment Record which reflects amounts billed, allowed, and paid, (2) Explanation of Review letters to Mote Wellness & Rehab, Inc., (3) HCFA forms submitted by Mote Wellness & Rehab, Inc. seeking payment for medical services.

CASE NO. 00-6061-CIV-FERGUSON
CASE NO. 01-8549-CIV-FERGUSON

29.  As reflected in the PIP Payment Record and the Explanation of Review letters, PPO reductions were recommended on one occasion but were never taken for any treatment rendered to Timothy Large by Mote Wellness & Rehab, Inc.

30.  Mote Wellness & Rehab, Inc. has not submitted bills for treatment of any other insureds or claimants on policies issued by American Home Assurance Company.

FURTHER AFFIANT SAYETH NAUGHT.


_____
PAM JONES

SWORN TO AND SUBSCRIBED before me this 25th day of _____, 2002.

_____
NOTARY PUBLIC

My Commission Expires: 10|26|02

_____
(Print, Type or Stamp Commissioned Name of Notary Public)

Personally Known ☒ OR Produced Identification ☐

Type of Identification Produced:_____

Pam Donaldson
MY COMMISSION # CC 786204
EXPIRES: October 26, 2002
Bonded Thru Pichard Insurance Agency

-8-

# AUTOMOBILE POLICY

## COVERAGE IS PROVIDED BY:

*(A stock insurance company, herein called the Company)*

# I J K

*A member company of*
*American International Group, Inc.*

*The Policy, together with the Declarations Page and endorsements,*
*if any, complete the policy.*

**This is a true and correct copy:**

**Signed:** _____

**Date:** _11-16-01___

BJP 8054 (6-98)

**EXHIBIT**

tabbies

A

# YOUR PERSONAL AUTO POLICY - QUiCK REFERENCE

DECLARATIONS PAGE INCLUDE:
- Your Name and Address
- Your Auto or Trailer
- Policy Period
- Coverages and Amounts of Insurance

**Beginning On Page**

AGREEMENT ............................................................... 1
DEFINITIONS ............................................................. 1
PART A - LIABILITY COVERAGE ............................ 2

Insuring Agreement
Supplementary Payments
Exclusions
Limit of Liability
Out of State Coverage
Financial Responsibility
Other Insurance

PART B - MEDICAL PAYMENTS COVERAGE ............ 4

Insuring Agreement
Exclusions
Limit of Liability
Other Insurance

PART C - UNINSURED MOTORISTS COVERAGE ....... 5

Insuring Agreement
Exclusions
Limit of Liability
Other Insurance
Arbitration

PART D - COVERAGE FOR DAMAGE TO YOUR AUTO ... 7

Insuring Agreement
Transportation Expenses
Exclusions
Limit of Liability
Payment of Loss
No Benefit to Bailee
Other Insurance
Appraisal

PART E - DUTIES AFTER AN ACCIDENT OR LOSS .... 9
PART F - GENERAL PROVISIONS ........................... 10

Bankruptcy
Changes
Fraud
Legal Action Against Us
Our Right to Recover Payment
Policy Period and Territory
Termination
Transfer of Your Interest in This Policy
Two or More Auto Policies

Copyright, Insurance Services Office, Inc., 1998

BJP-8054 (6/98)

Policy Number:  **109-66-01**                    Account:  CHRYSLER CORPORATION CUSTOMERS

Insurer:  AMERICAN INTERNATIONAL INS CO

The Policy Period Begins and Ends at 12:01 A.M.          CHRYSLER CORPORATION
Standard Time From  09/28/00  To  03/28/01
                                                        ST: 09  CO: 0035  ACCT: 00001770

```
┌─────────────────────────────────┐      ┌──────────────────────────────┐
│  POLICY DECLARATION             │      │   Effective Date Of Change   │
│  AMEND - POLICY CHANGE          │      │        12/27/00              │
└─────────────────────────────────┘      └──────────────────────────────┘
```

GREGORY F HORTON                      Servicing Office:
MICHELE D HORTON
8880-D THUMBWOOD CIR                  AMERICAN INTERNATIONAL COS.
BOYNTON BEACH, FL 33436-2447          INSURANCE SERVICE CENTER
                                      P.O. BOX 15510
                                      WILMINGTON, DE 19850-9252
                                      Phone: 1-(800)-241-1188

## DESCRIPTION OF YOUR COVERED AUTO(S):

| AUTO | TERR | SYMBOL | AGE | YR | MAKE-MODEL | SERIAL NUMBER | CLASS |
|------|------|--------|-----|----|------------|---------------|-------|
| 1 | 120 | 3 | 7 | 94 | DODGE CARAVAN | 2B4GH2534RR538495 | 802420 |
| 2 | 120 | 12 | 3 | 98 | TOYOTA CAMRY | 4T1BG28K0WU385501 | 887220 |

## COVERAGE IS ONLY PROVIDED WHERE A SPECIFIC PREMIUM CHARGE IS SHOWN

| COVERAGE | LIMITS OF LIABILITY | AUTO 1 | AUTO 2 |
|----------|---------------------|--------|--------|
| Bodily Injury.............. | $25,000/   $50,000 Per Person/Accident | $ 249.00 | $ 78.00 |
| Property Damage............ | $25,000 Per Accident | $ 146.00 | $ 45.00 |
| Personal Injury Protection. | $10,000 Overall Maximum | $ 143.00 | $ 44.00 |
| Basic Medical Expenses.... | 80% of Expenses | | |
| Death Benefit ........... | $5,000 Maximum | | |
| Uninsured Motorist | Without Stacking | | |
| Bodily Injury.............. | $25,000/   $50,000 Per Person/Accident | $ 35.00 | $ 35.00 |
| Other Than Collision....... | Deductible AUTO#1 $500   #2 $500 | $ 46.00 | $ 36.00 |
| Collision................. | Deductible AUTO#1 $500   #2 $500 | $ 163.00 | $ 108.00 |
| Towing & Labor............. | Per Disablement AUTO#1 $75   #2 $75 | $ 4.00 | $ 4.00 |

                                Total Premium Per Auto    $ 786.00   $ 350.00

                                TOTAL PREMIUM             $ 1,136.00

```
┌──────────────────────────────────────────┐
│  THIS IS YOUR REVISED DECLARATION OF      │
│  COVERAGES WHICH REFLECTS A RECENT CHANGE │         Carl William Wenner
│  TO YOUR COVERAGES AND/OR PREMIUM.        │     ──────────────────────────────
└──────────────────────────────────────────┘     Authorized Company Representative (where required)
```

Policy Number: **109-66-01**                Account: **CHRYSLER CORPORATION CUSTOMERS**

Insurer: **AMERICAN INTERNATIONAL INS CO**

The Policy Period Begins and Ends at 12:01 A.M.                **CHRYSLER CORPORATION**
Standard Time From **09/28/00** To **03/28/01**

ST: **09**  CO: **0035**  ACCT: **00001770**

### POLICY DECLARATION
### AMEND - POLICY CHANGE

Effective Date Of Change
**12/27/00**

Servicing Office:

GREGORY F HORTON
MICHELE D HORTON
8880-D THUMBWOOD CIR
BOYNTON BEACH, FL 33436-2447

**AMERICAN INTERNATIONAL COS.**
INSURANCE SERVICE CENTER
P.O. BOX 15510
WILMINGTON, DE 19850-9252
Phone: 1-(800)-241-1188

| DRIVER NAME | LICENSE NUMBER | BIRTH DATE |
|---|---|---|
| GREGORY HORTON | H63528655300 | 08/20/55 |
| MICHELE HORTON | H63554459506 | 01/06/59 |
| ALIYA HORTON | H635000828870 | 10/27/82 |

**ENDORSEMENTS:**

| | | | |
|---|---|---|---|
| PP 00 01 06 98 | PP 03 34 06 98 | PP 03 03 04 86 | BJP 8054 6-98 |
| EXTE 11-94 | PP 03 01 08 86 | PP 03 26 06 94 | PP 01 84 06 98 |
| AIG-554 7-00 | PP 03 25 06 94 | UMFLNSc 4-00 | |

**DISCOUNTS:**

Auto 1, 2 - 30% Air Bag Discount          Auto 2 - 05% Auto Anti-Theft Devices
Auto 2 - 05% Anti-Lock Brake Discount      Multiple Autos Insured

# PERSONAL AUTO POLICY

## AGREEMENT

In return for payment of the premium and subject to all the terms of this policy, we agree with you as follows:

## DEFINITIONS

A.  Throughout this policy, "you" and "your" refer to:

1.  The "named insured" shown in the Declarations; and

2.  The spouse if a resident of the same household.

If the spouse ceases to be a resident of the same household during the policy period or prior to the inception of this policy, the spouse will be considered "you" and "your" under this policy but only until the earlier of:

1.  The end of 90 days following the spouse's change of residency;

2.  The effective date of another policy listing the spouse as a named insured; or

3.  The end of the policy period.

B.  "We", "us" and "our" refer to the Company providing this insurance.

C.  For purposes of this policy, a private passenger type auto, pickup or van shall be deemed to be owned by a person if leased:

1.  Under a written agreement to that person; and

2.  For a continuous period of at least 6 months.

Other words and phrases are defined. They are in quotation marks when used.

D.  "Bodily injury" means bodily harm, sickness or disease, including death that results.

E.  "Business" includes trade, profession or occupation.

F.  "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child.

G.  "Occupying" means in, upon, getting in, on, out or off.

H.  "Property damage" means physical injury to, destruction of or loss of use of tangible property.

I.  "Trailer" means a vehicle designed to be pulled by a:

1.  Private passenger auto; or

2.  Pickup or van.

It also means a farm wagon or farm implement while towed by a vehicle listed in 1. or 2. above.

J.  "Your covered auto" means:

1.  Any vehicle shown in the Declarations.

2.  A "newly acquired auto".

3.  Any "trailer" you own.

4.  Any auto or "trailer" you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:

a.  Breakdown;          d.  Loss; or

b.  Repair;             e.  Destruction.

c.  Servicing;

This Provision (**J.4.**) does not apply to Coverage For Damage To Your Auto.

K.  "Newly acquired auto":

1.  "Newly acquired auto" means any of the following types of vehicles you become the owner of during the policy period:

a.  A private passenger auto; or

b.  A pickup or van, for which no other insurance policy provides coverage, that:

(1)  Has a Gross Vehicle Weight of less than 10,000 lbs.; and

(2)  Is not used for the delivery or transportation of goods and materials unless such use is:

(a)  Incidental to your "business" of installing, maintaining or repairing furnishings or equipment; or

(b)  For farming or ranching.

2.  Coverage for a "newly acquired auto" is provided as described below. If you ask us to insure a "newly acquired auto" after a specified time period described below has elapsed, any coverage we provide for a "newly acquired auto" will begin at the time you request the coverage.

a.  For any coverage provided in this policy except Coverage For Damage To Your Auto, a "newly acquired auto" will have the broadest coverage we now provide for any vehicle shown in the Declarations. Coverage begins on the date you become the owner. However, for this coverage to apply to a "newly acquired auto" which is in addition to any vehicle shown in the Declarations, you must ask us to insure it within 14 days after you become the owner.

If a "newly acquired auto" replaces a vehicle shown in the Declarations, coverage is provided for this vehicle without your having to ask us to insure it.

b.  Collision Coverage for a "newly acquired auto" begins on the date you become the

owner. However, for this coverage to apply, you must ask us to insure it within:

(1) 14 days after you become the owner if the Declarations indicate that Collision Coverage applies to at least one auto. In this case, the "newly acquired auto" will have the broadest coverage we now provide for any auto shown in the Declarations.

(2) Four days after you become the owner if the Declarations do not indicate that Collision Coverage applies to at least one auto. If you comply with the 4 day requirement and a loss occurred before you asked us to insure the "newly acquired auto", a Collision deductible of $500 will apply.

c. Other Than Collision Coverage for a "newly acquired auto" begins on the date you become the owner. However, for this coverage to apply, you must ask us to insure it within:

(1) 14 days after you become the owner if the Declarations indicate Other Than Collision Coverage applies to at least one auto. In this case, the "newly acquired auto" will have the broadest coverage we now provide for any auto shown in the Declarations.

(2) Four days after you become the owner if the Declarations do not indicate that Other Than Collision Coverage applies to at least one auto. If you comply with the 4 day requirement and a loss occurred before you asked us to insure the "newly acquired auto", an Other Than Collision deductible of $500 will apply.

## PART A - LIABILITY COVERAGE

### INSURING AGREEMENT

A. We will pay damages for "bodily injury" or "property damage" for which any "insured" becomes legally responsible because of an auto accident. Damages include prejudgment interest awarded against the "insured". We will settle or defend, as we consider appropriate, any claim or suit asking for these damages. In addition to our limit of liability, we will pay all defense costs we incur. Our duty to settle or defend ends when our limit of liability for this coverage has been exhausted by payment of judgments or settlements. We have no duty to defend any suit or settle any claim for "bodily injury" or "property damage" not covered under this policy.

B. "Insured" as used in this Part means:

1. You or any "family member" for the ownership, maintenance or use of any auto or "trailer".

2. Any person using "your covered auto".

3. For "your covered auto", any person or organization but only with respect to legal responsibility for acts or omissions of a person for whom coverage is afforded under this Part.

4. For any auto or "trailer", other than "your covered auto", any other person or organization but only with respect to legal responsibility for acts or omissions of you or any "family member" for whom coverage is afforded under this Part. This Provision (B.4.) applies only if the person or organization does not own or hire the auto or "trailer".

### SUPPLEMENTARY PAYMENTS

In addition to our limit of liability, we will pay on behalf of an "insured":

1. Up to $250 for the cost of bail bonds required because of an accident, including related traffic law violations. The accident must result in "bodily

injury" or "property damage" covered under this policy.

2. Premiums on appeal bonds and bonds to release attachments in any suit we defend.

3. Interest accruing after a judgment is entered in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for this coverage.

4. Up to $200 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request.

5. Other reasonable expenses incurred at our request.

### EXCLUSIONS

A. We do not provide Liability Coverage for any "insured":

1. Who intentionally causes "bodily injury" or "property damage".

2. For "property damage" to property owned or being transported by that "insured".

3. For "property damage" to property:

a. Rented to;

b. Used by; or

c. In the care of;

that "insured".

This Exclusion (A.3.) does not apply to "property damage" to a residence or private garage.

4. For "bodily injury" to an employee of that "insured" during the course of employment. This Exclusion (A.4.) does not apply to "bodily injury" to a domestic employee unless workers' compensation benefits are required or available for that domestic employee.

5. For that "insured's" liability arising out of the ownership or operation of a vehicle while it is being used as a public or livery conveyance. This Exclusion (A.5.) does not apply to a share-the-expense car pool.

6. While employed or otherwise engaged in the "business" of:

   a. Selling;     d. Storing; or
   b. Repairing;   e. Parking;
   c. Servicing;

   vehicles designed for use mainly on public highways. This includes road testing and delivery. This Exclusion (A.6.) does not apply to the ownership, maintenance or use of "your covered auto" by:

   a. You;
   b. Any "family member"; or
   c. Any partner, agent or employee of you or any "family member".

7. Maintaining or using any vehicle while that "insured" is employed or otherwise engaged in any "business" (other than farming or ranching) not described in Exclusion A.6.

   This Exclusion (A.7.) does not apply to the maintenance or use of a:

   a. Private passenger auto;
   b. Pickup or van; or
   c. "Trailer" used with a vehicle described in a. or b. above.

8. Using a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion (A.8.) does not apply to a "family member" using "your covered auto" which is owned by you.

9. For "bodily injury" or "property damage" for which that "insured":

   a. Is an insured under a nuclear energy liability policy; or
   b. Would be an insured under a nuclear energy liability policy but for its termination upon exhaustion of its limit of liability.

   A nuclear energy liability policy is a policy issued by any of the following or their successors:

   a. Nuclear Energy Liability Insurance Association;
   b. Mutual Atomic Energy Liability Underwriters; or
   c. Nuclear Insurance Association of Canada.

B. We do not provide Liability Coverage for the ownership, maintenance or use of:

1. Any vehicle which:

   a. Has fewer than four wheels; or
   b. Is designed mainly for use off public roads.

   This Exclusion (B.1.) does not apply:

   a. While such vehicle is being used by an "insured" in a medical emergency;
   b. To any "trailer"; or
   c. To any non-owned golf cart.

2. Any vehicle, other than "your covered auto", which is:

   a. Owned by you; or
   b. Furnished or available for your regular use.

3. Any vehicle, other than "your covered auto", which is:

   a. Owned by any "family member"; or
   b. Furnished or available for the regular use of any "family member".

   However, this Exclusion (B.3.) does not apply to you while you are maintaining or "occupying" any vehicle which is:

   a. Owned by a "family member"; or
   b. Furnished or available for the regular use of a "family member".

4. Any vehicle, located inside a facility designed for racing, for the purpose of:

   a. Competing in; or
   b. Practicing or preparing for;

   any prearranged or organized racing or speed contest.

## LIMIT OF LIABILITY

A. The limit of liability shown in the Declarations for each person for Bodily Injury Liability is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one auto accident. Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Bodily Injury Liability is our maximum limit of liability for all damages for "bodily injury" resulting from any one auto accident.

   The limit of liability shown in the Declarations for each accident for Property Damage Liability is our maximum limit of liability for all "property damage" resulting from any one auto accident.

   This is the most we will pay regardless of the number of:

1. "Insureds";
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the auto accident.

B. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part B or Part C of this policy; or
2. Any Underinsured Motorists Coverage provided by this policy.

## OUT OF STATE COVERAGE

If an auto accident to which this policy applies occurs in any state or province other than the one in which "your covered auto" is principally garaged, we will interpret your policy for that accident as follows:

**A.** If the state or province has:

    **1.** A financial responsibility or similar law specifying limits of liability for "bodily injury" or "property damage" higher than the limit shown in the Declarations, your policy will provide the higher specified limit.

    **2.** A compulsory insurance or similar law requiring a nonresident to maintain insurance whenever the nonresident uses a vehicle in that state or province, your policy will provide at least the required minimum amounts and types of coverage.

**B.** No one will be entitled to duplicate payments for the same elements of loss.

## FINANCIAL RESPONSIBILITY

When this policy is certified as future proof of financial responsibility, this policy shall comply with the law to the extent required.

## OTHER INSURANCE

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide for a vehicle you do not own shall be excess over any other collectible insurance.

---

## PART B - MEDICAL PAYMENTS COVERAGE

### INSURING AGREEMENT

**A.** We will pay reasonable expenses incurred for necessary medical and funeral services because of "bodily injury":

    **1.** Caused by accident; and

    **2.** Sustained by an "insured".

We will pay only those expenses incurred for services rendered within 3 years from the date of the accident.

**B.** "Insured" as used in this Part means:

    **1.** You or any "family member":

        **a.** While "occupying"; or

        **b.** As a pedestrian when struck by;

    a motor vehicle designed for use mainly on public roads or a trailer of any type.

    **2.** Any other person while "occupying" "your covered auto".

### EXCLUSIONS

We do not provide Medical Payments Coverage for any "insured" for "bodily injury":

    **1.** Sustained while "occupying" any motorized vehicle having fewer than four wheels.

    **2.** Sustained while "occupying" "your covered auto" when it is being used as a public or livery conveyance. This Exclusion (2.) does not apply to a share-the-expense car pool.

    **3.** Sustained while "occupying" any vehicle located for use as a residence or premises.

    **4.** Occurring during the course of employment if workers' compensation benefits are required or available for the "bodily injury".

    **5.** Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:

        **a.** Owned by you; or

        **b.** Furnished or available for your regular use.

    **6.** Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:

        **a.** Owned by any "family member"; or

        **b.** Furnished or available for the regular use of any "family member".

    However, this Exclusion (6.) does not apply to you.

    **7.** Sustained while "occupying" a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion (7.) does not apply to a "family member" using "your covered auto" which is owned by you.

    **8.** Sustained while "occupying" a vehicle when it is being used in the "business" of an "insured". This Exclusion (8.) does not apply to "bodily injury" sustained while "occupying" a:

        **a.** Private passenger auto;

        **b.** Pickup or van that you own; or

        **c.** "Trailer" used with a vehicle described in **a.** or **b.** above.

    **9.** Caused by or as a consequence of:

        **a.** Discharge of a nuclear weapon (even if accidental);

        **b.** War (declared or undeclared);

        **c.** Civil war;

        **d.** Insurrection; or

        **e.** Rebellion or revolution.

    **10.** From or as a consequence of the following, whether controlled or uncontrolled or however caused:

        **a.** Nuclear reaction;

        **b.** Radiation; or

        **c.** Radioactive contamination.

    **11.** Sustained while "occupying" any vehicle located inside a facility designed for racing, for the purpose of:

a. Competing in; or

b. Practicing or preparing for;

any prearranged or organized racing or speed contest.

## LIMIT OF LIABILITY

A. The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for each person injured in any one accident. This is the most we will pay regardless of the number of:

1. "Insureds";

2. Claims made;

3. Vehicles or premiums shown in the Declarations; or

4. Vehicles involved in the accident.

B. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part A or Part C of this policy; or

2. Any Underinsured Motorists Coverage provided by this policy.

## OTHER INSURANCE

If there is other applicable auto medical payments insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible auto insurance providing payments for medical or funeral expenses.

## PART C - UNINSURED MOTORISTS COVERAGE

## INSURING AGREEMENT

A. We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle" because of "bodily injury":

1. Sustained by an "insured"; and

2. Caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the "uninsured motor vehicle".

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

B. "Insured" as used in this Part means:

1. You or any "family member".

2. Any other person "occupying" "your covered auto".

3. Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in 1. or 2. above.

C. "Uninsured motor vehicle" means a land motor vehicle or "trailer" of any type:

1. To which no bodily injury liability bond or policy applies at the time of the accident.

2. To which a bodily injury liability bond or policy applies at the time of the accident. In this case its limit for bodily injury liability must be less than the minimum limit for bodily injury liability specified by the financial responsibility law of the state in which "your covered auto" is principally garaged.

3. Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits:

a. You or any "family member";

b. A vehicle which you or any "family member" are "occupying"; or

c. "Your covered auto".

4. To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:

a. Denies coverage; or

b. Is or becomes insolvent.

However, "uninsured motor vehicle" does not include any vehicle or equipment:

1. Owned by or furnished or available for the regular use of you or any "family member".

2. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.

3. Owned by any governmental unit or agency.

4. Operated on rails or crawler treads.

5. Designed mainly for use off public roads while not on public roads.

6. While located for use as a residence or premises.

## EXCLUSIONS

A. We do not provide Uninsured Motorists Coverage for "bodily injury" sustained:

1. By an "insured" while "occupying", or when struck by, any motor vehicle owned by that "insured" which is not insured for this coverage under this policy. This includes a trailer of any type used with that vehicle.

2. By any "family member" while "occupying", or when struck by, any motor vehicle you own which is insured for this coverage on a primary basis under any other policy.

B. We do not provide Uninsured Motorists Coverage for "bodily injury" sustained by any "insured":

1. If that "insured" or the legal representative settles the "bodily injury" claim without our consent.

2. While "occupying" "your covered auto" when it is being used as a public or livery conveyance. This Exclusion (B.2.) does not apply to a share-the-expense car pool.

3. Using a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion **(B.3.)** does not apply to a "family member" using "your covered auto" which is owned by you.

C. This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

1. Workers' compensation law; or

2. Disability benefits law.

D. We do not provide Uninsured Motorists Coverage for punitive or exemplary damages.

## LIMIT OF LIABILITY

A. The limit of liability shown in the Declarations for each person for Uninsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one accident. Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Uninsured Motorists Coverage is our maximum limit of liability for all damages for "bodily injury" resulting from any one accident.

This is the most we will pay regardless of the number of:

1. "Insureds";

2. Claims made;

3. Vehicles or premiums shown in the Declarations; or

4. Vehicles involved in the accident.

B. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part **A.** or Part **B.** of this policy; or

2. Any Underinsured Motorists Coverage provided by this policy.

C. We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

D. We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:

1. Workers' compensation law; or

2. Disability benefits law.

## OTHER INSURANCE

If there is other applicable insurance available under one or more policies or provisions of coverage that is similar to the insurance provided under this Part of the policy:

1. Any recovery for damages under all such policies or provisions of coverage may equal but not exceed the highest applicable limit for any one vehicle under any insurance providing coverage on either a primary or excess basis.

2. Any insurance we provide with respect to a vehicle you do not own shall be excess over any collectible insurance providing such coverage on a primary basis.

3. If the coverage under this policy is provided:

a. On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on a primary basis.

b. On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on an excess basis.

## ARBITRATION

A. If we and an "insured" do not agree:

1. Whether that "insured" is legally entitled to recover damages; or

2. As to the amount of damages which are recoverable by that "insured";

from the owner or operator of an "uninsured motor vehicle", then the matter may be arbitrated. However, disputes concerning coverage under this Part may not be arbitrated.

Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

B. Each party will:

1. Pay the expenses it incurs; and

2. Bear the expenses of the third arbitrator equally.

C. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

1. Whether the "insured" is legally entitled to recover damages; and

2. The amount of damages. This applies only if the amount does not exceed the minimum limit for bodily injury liability specified by the financial responsibility law of the state in which "your covered auto" is principally garaged. If the amount exceeds that limit, either party may demand the right to a trial. This demand must be made within 60 days of the arbitrators' decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

## PART D - COVERAGE FOR DAMAGE TO YOUR AUTO

### INSURING AGREEMENT

A. We will pay for direct and accidental loss to "your covered auto" or any "non-owned auto", including their equipment, minus any applicable deductible shown in the Declarations. If loss to more than one "your covered auto" or "non-owned auto" results from the same "collision", only the highest applicable deductible will apply. We will pay for loss to "your covered auto" caused by:

1. Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.

2. "Collision" only if the Declarations indicate that Collision Coverage is provided for that auto.

If there is a loss to a "non-owned auto", we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations.

B. "Collision" means the upset of "your covered auto" or a "non-owned auto" or their impact with another vehicle or object.

Loss caused by the following is considered other than "collision":

| | | | |
|---|---|---|---|
| 1. | Missiles or falling objects; | 7. | Malicious mischief or vandalism; |
| 2. | Fire; | 8. | Riot or civil commotion; |
| 3. | Theft or larceny; | 9. | Contact with bird or animal; or |
| 4. | Explosion or earthquake; | 10. | Breakage of glass. |
| 5. | Windstorm; | | |
| 6. | Hail, water or flood; | | |

If breakage of glass is caused by a "collision", you may elect to have it considered a loss caused by "collision".

C. "Non-owned auto" means:

1. Any private passenger auto, pickup, van or "trailer" not owned by or furnished or available for the regular use of you or any "family member" while in the custody of or being operated by you or any "family member"; or

2. Any auto or "trailer" you do not own while used as a temporary substitute for "your covered auto" which is out of normal use because of its:

   a. Breakdown;    d. Loss; or
   b. Repair;    e. Destruction.
   c. Servicing;

### TRANSPORTATION EXPENSES

A. In addition, we will pay, without application of a deductible, up to a maximum of $600, for:

1. Temporary transportation expenses not exceeding $20 per day incurred by you in the event of a loss to "your covered auto". We will pay for such expenses if the loss is caused by:

   a. Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.

   b. "Collision" only if the Declarations indicate that Collision Coverage is provided for that auto.

2. Expenses for which you become legally responsible in the event of loss to a "non-owned auto". We will pay for such expenses if the loss is caused by:

   a. Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for any "your covered auto".

   b. "Collision" only if the Declarations indicate that Collision Coverage is provided for any "your covered auto".

   However, the most we will pay for any expenses for loss of use is $20 per day.

B. If the loss is caused by:

1. A total theft of "your covered auto" or a "non-owned auto", we will pay only expenses incurred during the period:

   a. Beginning 48 hours after the theft; and

   b. Ending when "your covered auto" or the "non-owned auto" is returned to use or we pay for its loss.

2. Other than theft of a "your covered auto" or a "non-owned auto", we will pay only expenses beginning when the auto is withdrawn from use for more than 24 hours.

C. Our payment will be limited to that period of time reasonably required to repair or replace the "your covered auto" or the "non-owned auto".

### EXCLUSIONS

We will not pay for:

1. Loss to "your covered auto" or any "non-owned auto" which occurs while it is being used as a public or livery conveyance. This Exclusion (1.) does not apply to a share-the-expense car pool.

2. Damage due and confined to:

   a. Wear and tear;

   b. Freezing;

   c. Mechanical or electrical breakdown or failure; or

   d. Road damage to tires.

   This Exclusion (2.) does not apply if the damage results from the total theft of "your covered auto" or any "non-owned auto".

 Copyright, Insurance Services Office, Inc., 1997

3. Loss due to or as a consequence of:

   a. Radioactive contamination;

   b. Discharge of any nuclear weapon (even if accidental);

   c. War (declared or undeclared);

   d. Civil war;

   e. Insurrection; or

   f. Rebellion or revolution.

4. Loss to any electronic equipment designed for the reproduction of sound and any accessories used with such equipment. This includes but is not limited to:

   a. Radios and stereos;

   b. Tape decks; or

   c. Compact disc players.

   This Exclusion (4.) does not apply to equipment designed solely for the reproduction of sound and accessories used with such equipment, provided:

   a. The equipment is permanently installed in "your covered auto" or any "non-owned auto"; or

   b. The equipment is:

      (1) Removable from a housing unit which is permanently installed in the auto;

      (2) Designed to be solely operated by use of the power from the auto's electrical system; and

      (3) In or upon "your covered auto" or any "non-owned auto" at the time of loss.

5. Loss to any electronic equipment that receives or transmits audio, visual or data signals and any accessories used with such equipment. This includes but is not limited to:

   a. Citizens band radios;

   b. Telephones;

   c. Two-way mobile radios;

   d. Scanning monitor receivers;

   e. Television monitor receivers;

   f. Video cassette recorders;

   g. Audio cassette recorders; or

   h. Personal computers;

   This Exclusion (5.) does not apply to:

   a. Any electronic equipment that is necessary for the normal operation of the auto or the monitoring of the auto's operating systems; or

   b. A permanently installed telephone designed to be operated by use of the power from the auto's electrical system and any accessories used with the telephone.

6. Loss to tapes, records, discs or other media used with equipment described in Exclusions 4. and 5.

7. A total loss to "your covered auto" or any "non-owned auto" due to destruction or confiscation by governmental or civil authorities.

   This Exclusion (7.) does not apply to the interests of Loss Payee in "your covered auto".

8. Loss to:

   a. A "trailer", camper body, or motor home, which is not shown in the Declarations; or

   b. Facilities or equipment used with such "trailer", camper body or motor home. Facilities or equipment include but are not limited to:

      (1) Cooking, dining, plumbing or refrigeration facilities;

      (2) Awnings or cabanas; or

      (3) Any other facilities or equipment used with a "trailer", camper body, or motor home.

   This Exclusion (8.) does not apply to a:

   a. "Trailer", and its facilities or equipment, which you do not own; or

   b. "Trailer", camper body, or the facilities or equipment in or attached to the "trailer" or camper body, which you:

      (1) Acquire during the policy period; and

      (2) Ask us to insure within 14 days after you become the owner.

9. Loss to any "non-owned auto" when used by you or any "family member" without a reasonable belief that you or that "family member" are entitled to do so.

10. Loss to equipment designed or used for the detection or location of radar or laser.

11. Loss to any custom furnishings or equipment in or upon any pickup or van. Custom furnishings or equipment include but are not limited to:

    a. Special carpeting or insulation;

    b. Furniture or bars;

    c. Height-extending roofs; or

    d. Custom murals, paintings or other decals or graphics.

    This Exclusion (11.) does not apply to a cap, cover or bedliner in or upon any "your covered auto" which is a pickup.

12. Loss to any "non-owned auto" being maintained or used by any person while employed or otherwise engaged in the "business" of:

    | | |
    |---|---|
    | a. Selling; | d. Storing; or |
    | b. Repairing; | e. Parking; |
    | c. Servicing; | |

    vehicles designed for use on public highways. This includes road testing and delivery.

13. Loss to "your covered auto" or any "non-owned auto", located inside a facility designed for racing, for the purpose of:

    a. Competing in; or

    b. Practicing or preparing for;

any prearranged or organized racing or speed contest.

14. Loss to, or loss of use of, a "non-owned auto" rented by:

    a. You; or

    b. Any "family member";

if a rental vehicle company is precluded from recovering such loss or loss of use, from you or that "family member", pursuant to the provisions of any applicable rental agreement or state law.

## LIMIT OF LIABILITY

A. Our limit of liability for loss will be the lesser of the:

    1. Actual cash value of the stolen or damaged property; or

    2. Amount necessary to repair or replace the property with other property of like kind and quality.

However, the most we will pay for loss to:

    1. Any "non-owned auto" which is a trailer is $500.

    2. Equipment designed solely for the reproduction of sound, including any accessories used with such equipment, which is installed in locations not used by the auto manufacturer for installation of such equipment or accessories, is $1,000.

B. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total loss.

C. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

## PAYMENT OF LOSS

We may pay for loss in money or repair or replace the damaged or stolen property. We may, at our expense, return any stolen property to:

    1. You; or

    2. The address shown in this policy.

If we return stolen property we will pay for any damage resulting from the theft. We may keep all or part of the property at an agreed or appraised value.

If we pay for loss in money, our payment will include the applicable sales tax for the damaged or stolen property.

## NO BENEFIT TO BAILEE

This insurance shall not directly or indirectly benefit any carrier or other bailee for hire.

## OTHER SOURCES OF RECOVERY

If other sources of recovery also cover the loss, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a "non-owned auto" shall be excess over any other collectible source of recovery including, but not limited to:

    1. Any coverage provided by the owner of the "non-owned auto";

    2. Any other applicable physical damage insurance;

    3. Any other source of recovery applicable to the loss.

## APPRAISAL

A. If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will select a competent appraiser. The two appraisers will select an umpire. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

    1. Pay its chosen appraiser; and

    2. Bear the expenses of the appraisal and umpire equally.

B. We do not waive any of our rights under this policy by agreeing to an appraisal.

---

## PART E - DUTIES AFTER AN ACCIDENT OR LOSS

We have no duty provide coverage under this policy unless there has been full compliance with the following duties:

A. We must be notified promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses.

B. A person seeking any coverage must:

    1. Cooperate with us in the investigation, settlement or defense of any claim or suit.

    2. Promptly send us copies of any notices or legal papers received in connection with the accident or loss.

    3. Submit, as often as we reasonably require:

        a. To physical exams by physicians we select. We will pay for these exams.

        b. To examination under oath and subscribe the same.

    4. Authorize us to obtain:

        a. Medical reports; and

        b. Other pertinent records.

    5. Submit a proof of loss when required by us.

C. A person seeking Uninsured Motorists Coverage must also:

1. Promptly notify the police if a hit-and-run driver is involved.

2. Promptly send us copies of the legal papers if a suit is brought.

D. A person seeking Coverage For Damage To Your Auto must also:

1. Take reasonable steps after loss to protect "your covered auto" or any "non-owned auto" and their equipment from further loss. We will pay reasonable expenses incurred to do this.

2. Promptly notify the police if "your covered auto" or any "non-owned auto" is stolen.

3. Permit us to inspect and appraise the damaged property before its repair or disposal.

## PART F - GENERAL PROVISIONS

### BANKRUPTCY

Bankruptcy or insolvency of the "insured" shall not relieve us of any obligations under this policy.

### CHANGES

A. This policy contains all the agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us.

B. If there is a change to the information used to develop the policy premium, we may adjust your premium. Changes during the policy term that may result in a premium increase or decrease include, but are not limited to, changes in:

1. The number, type or use classification of insured vehicles;

2. Operators using insured vehicles;

3. The place of principal garaging of insured vehicles;

4. Coverage, deductible or limits.

If a change resulting from A. or B. requires a premium adjustment, we will make the premium adjustment in accordance with our manual rules.

C. If we make a change which broadens coverage under this edition of your policy without additional premium charge, that change will automatically apply to your policy as of the date we implement the change in your state. This Paragraph (C.) does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1. A subsequent edition of your policy; or

2. An Amendatory Endorsement.

### FRAUD

We do not provide coverage for any "insured" who has made fraudulent statements or engaged in fraudulent conduct in connection with any accident or loss for which coverage is sought under this policy.

### LEGAL ACTION AGAINST US

A. No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, under Part A, no legal action may be brought against us until:

1. We agree in writing that the "insured" has an obligation to pay; or

2. The amount of that obligation has been finally determined by judgment after trial.

B. No person or organization has any right under this policy to bring us into any action to determine the liability of an "insured".

### OUR RIGHT TO RECOVER PAYMENT

A. If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another we shall be subrogated to that right. That person shall do:

1. Whatever is necessary to enable us to exercise our rights; and

2. Nothing after loss to prejudice them.

However, our rights in this Paragraph (A.) do not apply under Part D, against any person using "your covered auto" with a reasonable belief that that person is entitled to do so.

B. If we make a payment under this policy and the person to or for whom payment is made recovers damages from another, that person shall:

1. Hold in trust for us the proceeds of the recovery; and

2. Reimburse us to the extent of our payment.

### POLICY PERIOD AND TERRITORY

A. This policy applies only to accidents and losses which occur:

1. During the policy period as shown in the Declarations; and

2. Within the policy territory.

B. The policy territory is:

1. The United States of America, its territories, or possessions;

2. Puerto Rico; or

3. Canada.

This policy also applies to loss to, or accidents involving, "your covered auto" while being transported between their ports.

### TERMINATION

A. **Cancellation**

This policy may be cancelled during the policy period as follows:

1. The named insured shown in the Declarations may cancel by:

   a. Returning this policy to us; or

   b. Giving us advance written notice of the date cancellation is to take effect.

2. We may cancel by mailing to the named insured shown in the Declarations at the address shown in this policy:

   a. At least 10 days notice:

      (1) If cancellation is for nonpayment of premium; or

      (2) If notice is mailed during the first 60 days this policy is in effect and this is not a renewal or continuation policy; or

   b. At least 20 days notice in all other cases.

3. After this policy is in effect for 60 days, or if this is a renewal or continuation policy, we will cancel only:

   a. For nonpayment of premium; or

   b. If your driver's license or that of:

      (1) Any driver who lives with you; or

      (2) Any driver who customarily uses "your covered auto";

   has been suspended or revoked. This must have occurred:

      (1) During the policy period; or

      (2) Since the last anniversary of the original effective date if the policy period is other than 1 year; or

   c. If the policy was obtained through material misrepresentation.

**B. Nonrenewal**

If we decide not to renew or continue this policy, we will mail notice to the named insured shown in the Declarations at the address shown in this policy. Notice will be mailed at least 20 days before the end of the policy period. Subject to this notice requirement, if the policy period is:

1. Less than 6 months, we will have the right not to renew or continue this policy every 6 months, beginning 6 months after its original effective date.

2. 6 months or longer, but less than one year, we will have the right not to renew or continue this policy at the end of the policy period.

3. 1 year or longer, we will have the right not to renew or continue this policy at each anniversary of its original effective date.

**C. Automatic Termination**

If we offer to renew or continue and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If you obtain other insurance on "your covered auto", any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.

**D. Other Termination Provisions**

1. We may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.

2. If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

3. The effective date of cancellation stated in the notice shall become the end of the policy period.

## TRANSFER OF YOUR INTEREST IN THIS POLICY

**A.** Your rights and duties under this policy may not be assigned without our written consent. However, if a named insured shown in the Declarations dies, coverage will be provided for:

1. The surviving spouse if resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Declarations; and

2. The legal representative of the deceased person as if a named insured shown in the Declarations. This applies only with respect to the representative's legal responsibility to maintain or use "your covered auto".

**B.** Coverage will only be provided until the end of the policy period.

## TWO OR MORE AUTO POLICIES

If this policy and any other auto insurance policy issued to you by us apply to the same accident, the maximum limit of our liability under all the policies shall not exceed the highest applicable limit of liability under any one policy.

# EXTENDED TRANSPORTATION EXPENSES COVERAGE
# BOAT OWNERS

This endorsement is added to Part D - Coverage For Damage to Your Auto.

## TRANSPORTATION EXPENSES

3.  Temporary transportation expenses incurred by you in the event that a boat you own or any non-owned boat used by you for private pleasure purposes, provided the use is with the permission of the owner, becomes disabled, or due to severe weather conditions, leaves you stranded from the original point of embarkation.

We will pay, up to the limits specified in the policy or increased limits if a specific premium charge is indicated on the Declarations Page, transportation expenses incurred by you when it is necessary for you to return to:

      **a.**  the original point of embarkation, or

      **b.**  the point of destination;

whichever is less.

EXTE (11/94)                                                    Ç

AIG-554  (7/00)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PERSONAL INJURY PROTECTION COVERAGE - FLORIDA

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

## SCHEDULE

| Benefits | Limit of Liability |
|---|---|
| Medical Expenses | No specific dollar amount |
| Work Loss | No specific dollar amount |
| Replacement Services | No specific dollar amount |
| Accidental Death | $5,000 |
| | |
| Maximum Limit For The Total Of<br>All Personal Injury Protection Benefits | $10,000 |

### Personal Injury Protection Coverage Deductible

As indicated below or in the Declarations, personal injury protection benefits are subject to a deductible of $_____ applicable to:

☐ The "named insured".

☐ The "named insured" and any dependent "family member".

### Exclusion Of Work Loss

Work loss does not apply as indicated below or in the Declarations:

☐ Work loss will not be provided for the "named insured".

☐ Work loss will not be provided for the "named insured" and any dependent "family member".

---

**I. Definitions**

The **Definitions** section is amended as follows:

A. For the purposes of this endorsement, a "motor vehicle" shall be deemed to be owned by a person if that person:

  1. Holds the legal title to such vehicle.

  2. Is a debtor having the right to possession, if such vehicle is the subject of a security agreement.

  3. Is a lessee having the right to possession, if such vehicle is the subject of a lease which:

    a. Has an option to purchase; and

    b. Is for a period of at least 6 months.

  4. Is a lessee having the right to possession, if such vehicle is the subject of a lease which:

    a. Does not have an option to purchase;

    b. Is for a period of at least 6 months; and

    c. Requires the lessee to secure insurance.

B. The following definitions are replaced:

  1. "Family member" means a person related to the "named insured" by blood, marriage or adoption who is usually a resident of the "named insured's" household. This includes a ward or foster child.

  2. "Occupying" means:

    a. In or upon;

    b. Entering into; or

    c. Alighting from.

  3. "Your covered auto" means a "motor vehicle" owned by the "named insured" and for which security is required to be maintained under the Florida Motor Vehicle No-Fault Law, and either:

    a. A premium is charged; or

    b. It is a trailer, other than a mobile home, designed for use with a "motor vehicle".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

C. The following definitions are added:

1. "Motor vehicle" means:

   a. Any self-propelled vehicle with 4 or more wheels which is:

      (1) Designed; and

      (2) Required to be licensed;

      for use on Florida highways.

   b. Any trailer or semi-trailer designed for use with such vehicle.

   However, "motor vehicle" does not include:

   a. Any motor vehicle which is:

      (1) Used in mass transit other than public school transportation;

      (2) Designed to transport more than 5 passengers (excluding the operator); and

      (3) Owned by a:

         (a) Municipality;

         (b) Transit authority; or

         (c) Political subdivision of the state.

   b. A mobile home.

2. "Named insured" means:

   a. The person named in the Declarations; or

   b. That person's spouse, if a resident of the same household.

3. "Pedestrian" means a person who is not "occupying" a self-propelled vehicle.

D. "Insured" as used in this endorsement means:

1. The "named insured" or any "family member" while:

   a. "Occupying" a "motor vehicle"; or

   b. A "pedestrian" struck by a "motor vehicle".

2. Any other person while:

   a. "Occupying" "your covered auto"; or

   b. A "pedestrian" struck by "your covered auto".

## II. Personal Injury Protection Coverage
### INSURING AGREEMENT

A. We will pay, in accordance with the Florida Motor Vehicle No-Fault Law, personal injury protection benefits to or for an "insured" who sustains "bodily injury". The "bodily injury" must be caused by an accident arising out of the ownership, maintenance or use of a "motor vehicle".

B. Subject to the limits shown in the Schedule or Declarations, personal injury protection benefits consist of the following:

1. **Medical expenses.** 80% of reasonable expenses for:

   a. Necessary medical, surgical, x-ray, dental, ambulance, hospital, professional nursing and rehabilitative services; and

   b. Prosthetic devices.

   This includes necessary remedial treatment and services recognized and permitted under state law for an "insured" who relies upon spiritual means through prayer alone for healing in accordance with that "insured's" religious beliefs.

2. **Work loss.** With respect to the period of disability of an "insured", 60% of any loss of income and earning capacity from that "insured's" inability to work due to "bodily injury". However, work loss does not include any loss after an "insured's" death.

3. **Replacement services.** With respect to the period of disability of an "insured", all expenses reasonably incurred in obtaining ordinary and necessary services from others instead of those that the "insured" would have performed, without income, for the benefit of his household had he not sustained "bodily injury".

4. **Accidental death.** A death benefit.

## EXCLUSIONS

A. We do not provide Personal Injury Protection Coverage for any "insured":

1. While operating "your covered auto" without the "named insured's" express or implied consent.

2. If that "insured's" conduct contributed to his "bodily injury" under any of the following circumstances:

   a. Intentionally causing "bodily injury" to himself; or

   b. While committing a felony.

3. Other than the "named insured", if that "insured" owns a "motor vehicle" for which security is required under the Florida Motor Vehicle No-Fault Law.

4. Other than the "named insured" or any "family member", who is entitled to personal injury protection benefits from a person who owns a "motor vehicle" which is not a "your covered auto" under this policy, or from that vehicle owner's policy.

5. Who sustains "bodily injury" while "occupying" a "motor vehicle" located for use as a residence or premises.

B. We do not provide Personal Injury Protection Coverage for:

1. The "named insured" or any "family member" while "occupying" a "motor vehicle" which is:

   a. Owned by the "named insured"; and

   b. Not a "your covered auto" under this policy.

2. Any "pedestrian", other than the "named insured" or any "family member" who is not a legal resident of Florida.

## LIMIT OF LIABILITY

A. The limits of liability shown in the Schedule or Declarations for Personal Injury Protection Coverage are the most we will pay to or for each "insured" injured in any one accident, regardless of the number of:

1. "Insureds";

2. Policies or bonds applicable;

3. Vehicles involved; or

4. Claims made.

The maximum limit of liability for the total of all personal injury protection benefits shown in the Schedule or Declarations is the total aggregate limit for personal injury protection benefits available, to or for each "insured" injured in any one accident, from all sources combined, including this policy.

B. Any amounts payable under this coverage shall be reduced by any amounts paid or payable for the same elements of loss under any workers' compensation law.

C. The amount of any deductible shown in the Schedule or Declarations shall be deducted from the lesser of:

1. The total amount otherwise payable under this coverage for:

   a. Medical expenses;

   b. Work loss; and

   c. Replacement services;

   to or for each "insured" to whom the deductible applies; or

2. The limits of liability shown in the Schedule or Declarations.

The total amount otherwise payable means the benefits payable for medical expenses, work loss and replacement services after the application of any percentage limitation.

Accidental death is not subject to a deductible.

## OTHER INSURANCE

A. No one will be entitled to receive duplicate payments for the same elements of loss under this or any other insurance. If an "insured" receives personal injury protection benefits from another insurer, that insurer shall be entitled to recover from us its equitable pro rata share of the benefits paid and expenses of processing the claim.

B. If an "insured" sustains "bodily injury" while:

1. "Occupying"; or

2. Struck by a "motor vehicle" rented or leased under a rental or lease agreement;

the personal injury protection benefits afforded under the lessor's policy shall be primary.

This Provision (B.) does not apply if the face of the rental or lease agreement contains, in at least 10-point type, the following language:

The valid and collectible personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of personal injury protection coverage required by FLA. STAT. SECTION 627.736.

## III. Part E - Duties After An Accident Or Loss

Part E is replaced by the following:

### DUTIES AFTER AN ACCIDENT OR LOSS

A person seeking Personal Injury Protection Coverage must:

A. In the event of an accident, provide prompt written notice of loss to us or our authorized agent.

B. Promptly forward to us a copy of the:

1. Summons and complaint; or

2. Other process;

served in connection with any legal action that person takes against a third party to recover damages for "bodily injury".

C. Promptly give us written proof of claim, under oath if required. Such proof shall include:

1. Full details of the nature and extent of the injuries and treatment received and contemplated; and

2. Any other information which may assist us in determining the amount due and payable.

D. Submit as often as we reasonably require to mental or physical exams. We will:

1. Pay for these exams; and

2. Forward a copy of the medical report to that person if requested.

If that person unreasonably refuses to submit to an exam, we will not be liable for subsequent personal injury protection benefits.

## IV. Part F - General Provisions

Part F is amended as follows:

A. Paragraph A. of the **Legal Action Against Us** Provision is replaced by the following:

### LEGAL ACTION AGAINST US

A. No legal action may be brought against us until there has been full compliance with all terms of this policy. In addition, no legal action may be brought against us until 30 days after the required notice of loss and reasonable proof of claim has been filed with us.

B. Paragraph B. of the **Policy Period And Territory** Provision is replaced by the following:

### POLICY PERIOD AND TERRITORY

B. The policy territory is:

1. Florida.

2. The United States of America, its territories or possessions or Canada.

This Provision (B.2.) applies only to:

   a. The "named insured" or any "family member" while "occupying" "your covered auto"; or

**b.** The "named insured" while "occupying" a "motor vehicle":

    **(1)** Owned by any "family member"; and

    **(2)** For which security is maintained as required by the Florida Motor Vehicle No-Fault Law;

**C.** The **Our Right To Recover Payment** Provision is replaced by the following:

## OUR RIGHT TO RECOVER PAYMENT

**A.** If we make a payment under this coverage and the person to or for whom payment was made has a right to recover damages from another we shall, to the extent of our payment, be subrogated to that right. That person shall:

    **1.** Execute and deliver instruments and papers and do whatever else is necessary to secure our rights; and

    **2.** Do nothing after loss to prejudice these rights.

**B.** If we make a payment under this coverage and the person to or for whom payment was made sustained "bodily injury" while:

    **1.** "Occupying"; or

    **2.** A "pedestrian" struck by;

a commercial motor vehicle, as defined in the Florida Motor Vehicle No-Fault Law, we shall, to the extent of our payment, be entitled to reimbursement from the person who owns such motor vehicle or that person's insurer.

**D.** The following provision is added:

## ARBITRATION

    **1.** Any dispute involving benefits under this part of the policy between the company and an "insured", or provider of medical services claiming benefits under this policy, may be decided by arbitration if the parties agree.

    Upon the written request for arbitration, each party will select one arbitrator. The two arbitrators will attempt to select a third arbitrator. If they cannot agree on a third arbitrator within 30 days, either party may request a judge of the court of record in the county of jurisdiction where the arbitration is pending to appoint the third arbitrator. A written decision agreed upon by any two or more arbitrators will be binding upon each party.

    Each party will bear the expenses it incurs, including all legal fees and costs, and parties shall bear the expenses of the third arbitrator equally.

The arbitration will take place in the county in which the person claiming benefits under this policy resides. If they are located out of state, arbitration will take place in the county in which the insured resides. Arbitration is subject to the provisions of the Florida Arbitration Code Chapter 682 of the Florida statutes.

    **2.** Any dispute involving benefits under this part of the policy between the company and an "insured", or provider of medical services claiming benefits under this policy shall be decided by arbitration.

    Upon the written request for arbitration, each party will select one arbitrator. The two arbitrators will attempt to select a third arbitrator. If they cannot agree on a third arbitrator within 30 days, either party may request a judge of the court of record in the county of jurisdiction where the arbitration is pending to appoint the third arbitrator. A written decision agreed upon by any two or more arbitrators will be binding upon each party.

    Each party will bear the expenses it incurs, including all legal fees and costs, and parties shall bear the expenses of the third arbitrator equally.

    The arbitration will take place in the county in which the person claiming benefits under this policy resides. If they are located out of state, arbitration will take place in the county in which the insured resides. Arbitration is subject to the provisions of the Florida Arbitration Code Chapter 682 of the Florida statutes.

    This section 2. only applies if your Declaration page indicates "Expanded Arbitration."

## PAYMENT OF CLAIMS

If a person seeking Personal Injury Protection Coverage is charged with committing a felony, we shall withhold benefits until, at the trial level:

**1.** The prosecution makes a formal entry on the record that it will not prosecute the case against that person;

**2.** The charge is dismissed; or

**3.** That person is acquitted.

## MODIFICATION OF POLICY COVERAGES

**1.** Any coverage provided under Part **B** or Part **C** of this policy shall be excess over any personal injury protection benefits paid or payable.

**2.** Regardless of whether the limits for personal injury protection benefits have been exhausted, any coverage provided under Part **B** shall pay the amount of any claim for medical expenses payable under this coverage which exceeds the 80% limitation for medical expenses.

3. No coverage is provided under Part **B** for the amount of any applicable deductible under this coverage.

## PROVISIONAL PREMIUM

1. In the event of any change in the:

   a. Rules;

   b. Rates;

   c. Rating plan;

   d. Premiums; or

   e. Minimum premiums;

   applicable to this coverage, because of an adverse judicial finding as to the constitutionality of any provisions of the Florida Motor Vehicle No-Fault Law which provide for the exemption of persons from tort liability, the premium shown in the Declarations for any coverage under:

   a. Part A;

   b. Part **B**; or

   c. Part C;

   of this policy shall be deemed to be provisional and subject to recomputation.

2. If this policy is a renewal policy, such recomputation shall include the amount of any return premium previously credited or refunded to the "named insured", in accordance with the Florida Motor Vehicle No-Fault Law, with respect to insurance provided under a previous policy.

3. If the final recomputed premium exceeds the premium shown in the Declarations, the "named insured" shall pay us:

   a. The excess amount; and

   b. The amount of any return premium previously credited or refunded.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PP 03 34 06 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# JOINT OWNERSHIP COVERAGE

The provisions of the policy apply unless modified by this endorsement.

## SCHEDULE

| Description Of Vehicle |
| --- |
| 1. |
| 2. |
| 3. |

Coverage is provided where a premium and a limit of liability is shown for the coverage.

| Coverages | Limit Of Liability | | Veh. 1 | Veh. 2 | Veh. 3 |
|---|---|---|---|---|---|
| | | | | Premium | |
| Liability:       Bodily Injury | $ | Each Person | $ | | |
| | $ | Each Accident | | | |
| Property Damage | $ | Each Accident | $ | | |
| | $ | Each Person | | $ | |
| | $ | Each Accident | | | |
| | $ | Each Accident | | $ | |
| | $ | Each Person | | | $ |
| | $ | Each Accident | | | |
| | $ | Each Accident | | | $ |
| Medical Payments | $ | Each Person | $ | | |
| | $ | Each Person | | $ | |
| | $ | Each Person | | | $ |
| Uninsured Motorists:       Bodily Injury | $ | Each Person | $ | | |
| | $ | Each Accident | | | |
| Property Damage | $ | Each Accident | $ | | |
| | $ | Each Person | | $ | |
| | $ | Each Accident | | | |
| | $ | Each Accident | | $ | |
| | $ | Each Person | | | $ |
| | $ | Each Accident | | | |
| | $ | Each Accident | | | $ |
| Collision | Less $ | Ded. | $ | | |
| | Less $ | Ded. | | $ | |
| | Less $ | Ded. | | | $ |
| Other Than Collision | Less $ | Ded. | $ | | |
| | Less $ | Ded. | | $ | |
| | Less $ | Ded. | | | $ |
| | Total Premium | | $ | | |

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, Inc., 1997                    Page 1 of 2

## I. Definitions

The **Definitions** Section is amended as follows:

**A.** For the purpose of the coverage provided by this endorsement, "you" and "your" refer to two or more:

    **1.** Individuals, other than husband and wife, residing in the same household; or

    **2.** "Non-resident relatives";

who jointly own:

    **1.** A private passenger auto; or

    **2.** A pickup or van that:

        **a.** Has a Gross Vehicle Weight of less than 10,000 lbs.; and

        **b.** Is not used for the delivery or transportation of goods and materials unless such use is:

            **(1)** Incidental to your "business" of installing, maintaining, or repairing furnishings or equipment; or

            **(2)** For farming or ranching.

**B.** The definition of "your covered auto" is replaced by the following:

"Your covered auto" means:

    **1.** Any vehicle shown in the Schedule or in the Declarations.

    **2.** A "newly acquired auto".

    **3.** Any "trailer" you own.

    **4.** Any auto or "trailer" you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:

        **a.** Breakdown;    **d.** Loss; or

        **b.** Repair;    **e.** Destruction.

        **c.** Servicing;

    This Provision (**4.**) does not apply to Coverage For Damage To Your Auto.

**C.** The following definition is added:

"Non-resident relatives" means two or more persons related by blood, marriage or adoption who reside in separate households. This includes a ward or foster child.

## II. Part A - Liability Coverage

The following exclusion is added to Part A:

We do not provide Liability Coverage for the ownership, maintenance or use of any vehicle, other than "your covered auto" by any:

    **1.** "Non-resident relative"; or

    **2.** "Family member" of a "non-resident relative".

PP 03 01 08 86

# FEDERAL EMPLOYEES USING AUTOS IN GOVERNMENT BUSINESS

The following are not "insured's" under Part A:

1.  The United States of America or any of its agencies.

2.  Any person with respect to "bodily injury" or "property damage" resulting from the operation of an auto by that person as an employee of the United States Government. This applies only if the provisions of Section 2679 of Title 28, United States Code as amended, require the Attorney General of the United States to defend that person in any civil action which may be brought for the "bodily injury" or "property damage".

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, Inc., 1986

PP 03 25 06 94

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

# FULL WINDSHIELD COVERAGE

With respect to the coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

## PART D - COVERAGE FOR DAMAGE TO YOUR AUTO

The first paragraph of the Insuring Agreement in Part D is amended by the addition of the following:

We will pay under Other Than Collision Coverage for the cost of repairing or replacing the damaged windshield on "your covered auto" without a deductible. We will pay only if the Declarations indicates that Other Than Collision Coverage applies.

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, Inc., 1993

PP 03 03 04 86

## TOWING AND LABOR COSTS COVERAGE

### SCHEDULE

| Description of Your Covered Auto | Limit of Towing and Labor Costs Coverage | Premium |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

We will pay towing and labor costs incurred each time "your covered auto" or any "non-owned auto" is disabled, up to the amount shown in the Schedule or in the Declarations as applicable to that vehicle. If a "non-owned auto" is disabled, we will provide the broadest towing and labor costs coverage applicable to any "your covered auto" shown in the Schedule or in the Declarations. We will only pay for labor performed at the place of disablement.

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, Inc., 1985

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LIABILITY COVERAGE EXCLUSION ENDORSEMENT

**LIABILITY COVERAGE**

The following exclusion is added to Part A, Section A:

We do not provide Liability Coverage for any "insured" for "bodily injury" to you or any "family member".

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

PP 03 26 06 94                Copyright, Insurance Services Office, Inc., 1993

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# UNINSURED MOTORISTS COVERAGE - FLORIDA (NON-STACKED)

## I. Part C - UNINSURED MOTORISTS COVERAGE

Part C is replaced by the following:

### INSURING AGREEMENT

A. We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle" because of "bodily injury":

1. Sustained by an "insured"; and

2. Caused by an accident.

The owner's or operator's liability for these damages must arise out of ownership, maintenance or use of the "uninsured motor vehicle."

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

B. "Insured" as used in this Part means:

1. You or any "family member".

2. Any other person "occupying" "your covered auto".

3. Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in 1. or 2. above.

C. "Uninsured motor vehicle" means a land motor vehicle or trailer of any type:

1. To which no bodily injury liability bond or policy applies at the time of the accident.

2. To which a bodily injury liability bond or policy applies at the time of the accident but the amount paid for "bodily injury" under that bond or policy to an "insured" is not enough to pay the full amount the "insured" is legally entitled to recover as damages.

3. Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits or which causes an accident resulting in "bodily injury" without hitting:

a. You or any "family member";

b. A vehicle which you or any "family member" are "occupying"; or

c. "Your covered auto".

If there is no physical contact with the hit-and-run vehicle the facts of the accident must be proved. We will only accept competent evidence other than the testimony of a person making claims under this or any similar coverage.

4. To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:

a. Denies coverage; or

b. Is or becomes insolvent.

However, "uninsured motor vehicle" does not include any vehicle or equipment:

1. Owned by or furnished or available for the regular use of you or any "family member" unless it is a "your covered auto" to which Part A of the policy applies and liability coverage is excluded for any person other than you or any "family member" for damages sustained in the accident by you or any "family member".

2. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.

3. Owned by any governmental unit or agency.

4. Operated on rails or crawler treads.

5. Designed mainly for use off public roads while not on public roads.

6. While located for use as a residence or premises.

### EXCLUSIONS

A. We do not provide Uninsured Motorists Coverage for "bodily injury" sustained:

1. By a person while "occupying" any motor vehicle owned by that person which is not insured for this coverage under this policy. This includes a trailer of any type used with that vehicle.

2. By any "family member" while "occupying" any motor vehicle you own which is insured for this coverage on a primary basis under any other policy.

B. We do not provide Uninsured Motorists Coverage for "bodily injury" sustained by any person:

1. If that person or the legal representative settles the "bodily injury" claim without our written consent.

However, this Exclusion (B.1.) does not apply:

a. If such settlement does not prejudice our right to recover payment; or

b. To a settlement made with the insurer of a vehicle described in Section 2. of the definition of the "uninsured motor vehicle".

2. While "occupying" "your covered auto" when it is being used as a public or livery conveyance. This Exclusion (B.2.) does not apply to a share-the-expense car pool.

3. Using a vehicle without a reasonable belief that that person is entitled to do so. This Exclusion (B.3.) does not apply to a "family member" using "your covered auto" which is owned by you.

4. With respect to damages for pain, suffering, mental anguish or inconvenience unless the "bodily injury" consists in whole or in part of:

    a. Significant and permanent loss of an important bodily function;

    b. Permanent injury within a reasonable degree of medical probability, other than scarring or disfigurement.

    c. Significant and permanent scarring or disfigurement; or

    d. Death.

C. This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

    1. Workers' compensation law; or

    2. Disability benefits law.

D. We do not provide Uninsured Motorists Coverage for punitive or exemplary damages.

## LIMIT OF LIABILITY

A. When the "insured" is "occupying" "your covered auto" at the time of the accident:

    1. The limit of liability for Uninsured Motorists Coverage stated in the Declarations for each person applicable to that "your covered auto" is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in that accident; and

    2. Subject to this limit for each person, the limit of liability for Uninsured Motorists Coverage stated in the Declarations for each person applicable to that "your covered auto" is our maximum limit of liability for all damages for "bodily injury" resulting from that accident.

B. When the "insured" is not "occupying" "your covered auto" at the time of the accident:

    1. The highest limit of liability for Uninsured Motorists Coverage stated in the Declarations for each person applicable to any of "your covered autos" is our maximum limit of liability for all damages, including damages for care, loss for services or death, arising out of "bodily injury" sustained by any one person in that accident; and

    2. Subject to this limit for each person, the highest limit of liability for Uninsured Motorists Coverage stated in the Declarations for each accident applicable to any of "your covered autos" is our maximum limit of liability for all damages for "bodily injury" resulting from that accident.

This is the most we will pay regardless of the number of:

    1. "Insureds";

    2. Claims made;

    3. Vehicles or premiums shown in the Declarations;

4. Vehicles involved in the accident; or

5. Policies.

C. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

    1. Part A of this policy;

    2. No-fault coverage; or

    3. Automobile medical payments coverage.

D. We will not make a duplicate payment under this coverage for any element of loss for which payment had been made by or on behalf of persons or organizations who may be legally responsible.

E. We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:

    1. Workers' compensation law; or

    2. Disability benefits law.

## OTHER INSURANCE

If there is other applicable similar insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible insurance.

## ARBITRATION

A. If we and an "insured" do not agree:

    1. Whether that person is legally entitled to recover damages; or

    2. As to the amount of damages which are recoverable by that "insured";

from the owner or operator of an "uninsured motor vehicle" then the matter may be:

    1. Mediated, in accordance with the Mediation provision contained in Part F of the policy, if the damages resulting from "bodily injury" are for $10,000 or less; or

    2. Arbitrated. However, disputes concerning coverage under this Part may not be arbitrated.

If either party demands mediation, the mediation must be completed before arbitration can occur.

B. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

If arbitration is not agreed to, an "insured" shall:

    1. File a lawsuit in the proper court against the owner or driver of the uninsured auto and us. If the owner or driver of the uninsured auto is not known, an "insured" shall file the lawsuit against us; and

2.  Immediately give us copies of the summons and complaints an "insured" filed for the lawsuit.

If an "insured" files against the owner or driver of the uninsured auto, we have the right to defend on the issues of the legal liability of and the damages owed by such owner or driver.

C.  Each party will:

1.  Pay the expenses it incurs; and

2.  Bear the expenses of the third arbitrator equally.

D.  Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

1.  Whether the "insured" is legally entitled to recover damages; and

2.  The amount of damages, subject to the limits of liability for your uninsured motorists coverage as stated in the declarations of this policy.

## FLORIDA ARBITRATION CODE

If we and an "insured" agree to arbitration, the Florida Arbitration Code will not apply.

## ADDITIONAL DUTY

A person seeking Uninsured Motorists Coverage under Section 2. of the definition of "uninsured motor vehicle" must also promptly:

1.  Send us copies of the legal papers if a suit is brought; and

2.  Notify us in writing by certified or registered mail of a tentative settlement between the "insured" and the insurer of the "uninsured motor vehicle" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "uninsured motor vehicle".

## II. PART F - GENERAL PROVISIONS

The following is added to the **Our Right To Recover Payment** Provision in Part F:

## OUR RIGHT TO RECOVER PAYMENT

Our rights do not apply under Paragraph A. with respect to coverage under Section 2. of the definition of "uninsured motor vehicle" if we:

1.  Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of an "uninsured motor vehicle"; and

2.  Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

1.  That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Uninsured Motorists Coverage; and

2.  We also have a right to recover the advanced payment.

PP 01 84 06 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF POLICY PROVISIONS - FLORIDA

## I. Part A - Liability Coverage

The **Other Insurance** Provision of Part A is replaced by the following:

### OTHER INSURANCE

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. Any insurance we provide for a vehicle you do not own shall be excess over any other collectible insurance.

However, we will provide primary insurance for a vehicle you do not own if:

1. The vehicle is leased by you under a written rental or lease agreement; and

2. The face of the rental or lease agreement contains, in at least 10-point type, the following language:

The valid and collectible liability insurance of any authorized rental or leasing driver is primary for the limits of liability coverage required by FLA. STAT. SECTION 324.021(7).

## II. Part D - Coverage For Damage To Your Auto

The **Appraisal** Provision of Part D is replaced by the following:

### APPRAISAL

A. If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. Upon notice of a demand for appraisal, the opposing party may, prior to appraisal, demand mediation of the dispute in accordance with the Mediation provision contained in Part F of the policy. The mediation must be completed before a demand for appraisal can be made.

B. In the event of a demand for appraisal, each party will select a competent appraiser. The two appraisers will select an umpire. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the expenses of the appraisal and umpire equally.

C. We do not waive any of our rights under this policy by agreeing to an appraisal.

## III. Part F - General Provisions

Part F is amended as follows:

A. The **Termination** Provision is replaced by the following:

### TERMINATION

#### Cancellation

This policy may be cancelled during the policy period as follows:

1. The named insured shown in the Declarations may cancel by:

    a. Returning this policy to us; or

    b. Giving us advance written notice of the date cancellation is to take effect.

2. The named insured:

    a. May not cancel this policy, if this policy provides Personal Injury Protection and Liability Coverage, during the first 60 days immediately following the date of issuance or renewal unless:

        (1) "Your covered auto" has been totally destroyed so that it is no longer operable on the roads of Florida; or

        (2) The named insured transfers ownership of "your covered auto"; or

        (3) The named insured obtains other insurance on "your covered auto"; or

        (4) The named insured is a member of the United States Armed Forces and is called to or on active duty outside the United States in an emergency situation.

    b. May cancel for any reason after this policy is in effect for 60 days.

3. If this is a new policy, we will not cancel for nonpayment of premium during the first 60 days following the date of issuance. However, we may cancel if a check used to pay us is dishonored for any reason.

4. After this policy is in effect for 60 days, we will cancel only:

    a. For nonpayment of premium; or

    b. If your driver's license or that of:

        (1) Any driver who lives with you; or

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, Inc., 1997

Page 1 of 3

(2) Any driver who customarily uses "your covered auto";

has been suspended or revoked. This must have occurred during:

(1) The policy period; or

(2) The 180 days immediately preceding the original effective date of the policy; or

c. If the policy was obtained through material misrepresentation or fraud.

5. Except as provided in Section **6.**, we may cancel by mailing by registered or certified mail or United States Post Office proof of mailing to the named insured shown in the Declarations at the address shown in the policy:

a. At least 10 days notice if cancellation is for nonpayment of premium; or

b. At least 45 days notice in all other cases.

6. In the event we determine that you have been charged an incorrect premium for coverage requested in your application for insurance, we shall immediately mail you notice of any additional premium due us. If within 15 days of the notice of additional premium due (or a longer time period as specified in the notice), you fail to either:

a. Pay the additional premium and maintain this policy in full force under its original terms; or

b. Cancel this policy and demand a refund of any unearned premium;

then this policy shall be cancelled effective 15 days from the date of the notice (or a longer time period as specified in the notice).

## Nonrenewal

If we decide not to renew or continue this policy we will mail advance notice to the named insured shown in the Declarations at the address shown in this policy at least 45 days before the end of the policy period. Notice will be mailed by registered or certified mail or United States Post Office proof of mailing. Subject to this notice requirement, if the policy period is:

1. Less than 6 months, we will have the right not to renew or continue this policy every 6 months, beginning 6 months after its original effective date.

2. 6 months or longer, but less than one year, we will have the right not to renew or continue this policy at the end of the policy period.

3. 1 year or longer, we will have the right not to renew or continue this policy at each anniversary of its original effective date.

We will not refuse to renew or continue this policy solely because:

1. You were convicted of one or more traffic violations which did not involve an accident or cause revocation or suspension of your driving privilege unless you have been convicted of, or plead guilty to:

a. Two such traffic violations within an 18 month period;

b. Three or more such traffic violations within a 36 month period; or

c. Exceeding the lawful speed limit by more than 15 miles per hour; or

2. You have had an accident. However, we may refuse to renew or continue this policy if, at the time of nonrenewal, you have had two or more at-fault accidents, or three or more accidents regardless of fault, within the current 3-year period.

## Automatic Termination

If we offer to renew or continue and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If you obtain other insurance on "your covered auto", any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.

## Other Termination Provisions

1. We may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.

2. If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

3. The effective date of cancellation stated in the notice shall become the end of the policy period.

B. The following provision is added:

## MEDIATION

In any claim filed with us for:

1. Loss resulting from "bodily injury" in an amount of $10,000 or less;

2. "Property damage"; or

3. Loss to "your covered auto" or any "non-owned auto";

either party may demand mediation of the claim, prior to taking legal action, by filing a written request with the Department of Insurance on a form which may be obtained from the Department. The request must state:

1. Why mediation is being requested; and

2. The issues in dispute which are to be mediated.

    Copyright, Insurance Services Office, Inc., 1997

Only one mediation may be requested for each claim, unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

The Department shall randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference, which will be held within 45 days of the request for mediation. The conference may be held by telephone, if feasible.

The mediation shall be conducted as an informal process and formal rules of evidence and procedure need not be observed. Participants must:

1.  Have authority to make a binding decision; and

2.  Mediate in good faith.

Costs of the mediation shall be shared equally by both parties unless the mediator determines that one party has not mediated in good faith.

# A U T O M O B I L E   P O L I C Y

## C O V E R A G E   I S   P R O V I D E D   B Y:

*(A stock insurance company, herein called the Company)*

# I J K

*A member company of*
*American International Group, Inc.*

*The Policy, together with the Declarations Page and endorsements, if any, complete the policy.*

This is a true and correct copy:

Signed: _____

Date: _____11-16-01_____

BJP 8054 (6-98)

EXHIBIT

B

# YOUR PERSONAL AUTO POLICY - QUICK REFERENCE

DECLARATIONS PAGE INCLUDE:
- Your Name and Address
- Your Auto or Trailer
- Policy Period
- Coverages and Amounts of Insurance

**Beginning On Page**

| | |
|---|---|
| **AGREEMENT** | 1 |
| **DEFINITIONS** | 1 |
| **PART A - LIABILITY COVERAGE** | 2 |

Insuring Agreement
Supplementary Payments
Exclusions
Limit of Liability
Out of State Coverage
Financial Responsibility
Other Insurance

| | |
|---|---|
| **PART B - MEDICAL PAYMENTS COVERAGE** | 4 |

Insuring Agreement
Exclusions
Limit of Liability
Other Insurance

| | |
|---|---|
| **PART C - UNINSURED MOTORISTS COVERAGE** | 5 |

Insuring Agreement
Exclusions
Limit of Liability
Other Insurance
Arbitration

| | |
|---|---|
| **PART D - COVERAGE FOR DAMAGE TO YOUR AUTO** | 7 |

Insuring Agreement
Transportation Expenses
Exclusions
Limit of Liability
Payment of Loss
No Benefit to Bailee
Other Insurance
Appraisal

| | |
|---|---|
| **PART E - DUTIES AFTER AN ACCIDENT OR LOSS** | 9 |
| **PART F - GENERAL PROVISIONS** | 10 |

Bankruptcy
Changes
Fraud
Legal Action Against Us
Our Right to Recover Payment
Policy Period and Territory
Termination
Transfer of Your Interest in This Policy
Two or More Auto Policies

Copyright, Insurance Services Office, Inc., 1998                    BJP-8054 (6/98)

Policy Number: **101-68-42**                           Accoun  **FLORIDA STATE EMPLOYEES**

Insurer: **AMERICAN INTERNATIONAL INS CO**

The Policy Period Begins and Ends at 12:01 A.M.          **CAPITAL CASUALTY INS.AGY.,INC.**
Standard Time From **11/01/00** To **05/01/01**

ST: **09**  CO: **0035**  ACCT: **00001817**

| POLICY DECLARATION | Effective Date Of Change |
| RENEWAL | **11/01/00** |

CHRISTINE M JOHANSSON                          Servicing Office:
MARCUS JOHANSSON
982 OLD BOYNTON RD                            **CAPITAL CASUALTY INS.AGY.,INC.**
BOYNTON BEACH, FL 33426-3513                  **1425 E. PIEDMONT DR., STE. 101**
                                             **P.O. BOX 13058**
                                             **TALLAHASSEE, FL 32317**
                                             **Phone: 1-(800)-528-0222**

### DESCRIPTION OF YOUR COVERED AUTO(S):

| AUTO | TERR | SYMBOL | AGE | YR | MAKE-MODEL | SERIAL NUMBER | CLASS |
|------|------|--------|-----|-----|-----------|---------------|-------|
| 1 | 120 | 14 | 5 | 97 | DODGE AVENGER | 4B3AU52NIVE081535 | 887222 |
| 2 | 120 | 8 | 11 | 91 | FORD ESCORT LX | 1FAPP14JXMW310913 | 885120 |
| 3 | 120 | 7 | 3 | 99 | FORD F150 | 1FTZX1723XNB89918 | 887222 |

### COVERAGE IS ONLY PROVIDED WHERE A SPECIFIC PREMIUM CHARGE IS SHOWN

| COVERAGE | LIMITS OF LIABILITY | AUTO 1 | AUTO 2 | AUTO 3 |
|----------|---------------------|--------|--------|--------|
| Bodily Injury............. | $15,000/  $30,000 Per Person/Accident | $ 167.00 | $ 79.00 | $ 144.00 |
| Property Damage........... | $25,000 Per Accident | $ 123.00 | $ 59.00 | $ 107.00 |
| Personal Injury Protection. | $10,000 Overall Maximum | $ 112.00 | $ 64.00 | $ 96.00 |
| Basic Medical Expenses.... | 80% of Expenses | | | |
| Basic Work Loss........... | 60% of Expenses | | | |
| Replacement Services..... | Subject To Overall Maximum | | | |
| Death Benefit ........... | $5,000 Maximum | | | |
| Uninsured Motorist | With Stacking | | | |
| Bodily Injury............. | $15,000/  $30,000 Per Person/Accident | $ 68.00 | $ 68.00 | $ 68.00 |
| Other Than Collision....... | Deductible  AUTO#1 $250   #3 $250 | $ 60.00 | | $ 31.00 |
| Collision.................. | Deductible  AUTO#1 $250   #3 $250 | $ 237.00 | | $ 186.00 |

Total Premium Per Auto   $ 767.00   $ 270.00   $ 632.00

**TOTAL PREMIUM**      **$ 1,669.00**

\* \* \* \* \* \* \* \* \* \* \*

*Linda M. Collins*
Authorized Company Representative (where required)

Policy Number:  **101-68-42**                                    Account  'LORIDA STATE EMPLOYEES

Insurer:  **AMERICAN INTERNATIONAL INS CO**

The Policy Period Begins and Ends at 12:01 A.M.                 **CAPITAL CASUALTY INS.AGY.,INC.**
Standard Time From  **11/01/00  To  05/01/01**

                                                                ST: **09**  CO: **0035**  ACCT: **00001817**

## POLICY DECLARATION                                           Effective Date Of Change
## RENEWAL                                                            **11/01/00**


                                                                Servicing Office:

CHRISTINE M JOHANSSON                                           **CAPITAL CASUALTY INS.AGY.,INC.**
MARCUS JOHANSSON                                                **1425 E. PIEDMONT DR., STE. 101**
982 OLD BOYNTON RD                                              **P.O. BOX 13058**
BOYNTON BEACH, FL 33426-3513                                    **TALLAHASSEE, FL 32317**
                                                                **Phone: 1-(800)-528-0222**

| DRIVER NAME | LICENSE NUMBER | BIRTH DATE |
|---|---|---|
| CHRISTINE JOHANSSON | M65011364955 | 12/15/64 |
| JOAN MORAN | M65049342541 | 02/01/42 |
| MARCUS JOHANSSON | J52554273016 | 01/16/73 |

**ENDORSEMENTS:**

| | | | |
|---|---|---|---|
| PP 00 01 06 98 | PP 03 34 06 98 | EXTE 11-94 | BJP 8054 6-98 |
| PP 03 01 08 86 | PP 03 05 08 86 | PP 03 26 06 94 | PP 01 84 06 98 |
| AIG-554 7-00 | UMFLSc 4-00 | PP 03 25 06 94 | |

**DISCOUNTS:**

| | |
|---|---|
| Auto 2 - 15% Auto Passive Restraints | Auto 1, 3 - 30% Air Bag Discount |
| Auto 1, 3 - 15% Auto Anti-Theft Devices | Auto 1, 3 - 05% Anti-Lock Brake Discount |
| Multiple Autos Insured | |

**LOSS PAYEE(S):**

| AUTO#1 | AUTO#3 |
|---|---|
| STATE EMP CREDIT | FORD MOTOR CREDITS |
| INS SERV CTR | INS SVR CTR |
| P O BOX 2927 | PO BOX 5245 |
| JACKSONVILLE FL 32232 | SPRINGFIELD OH 45501 |

# PERSONAL AUTO POLICY

## AGREEMENT

In return for payment of the premium and subject to all the terms of this policy, we agree with you as follows:

## DEFINITIONS

A. Throughout this policy, "you" and "your" refer to:

1. The "named insured" shown in the Declarations; and

2. The spouse if a resident of the same household.

If the spouse ceases to be a resident of the same household during the policy period or prior to the inception of this policy, the spouse will be considered "you" and "your" under this policy but only until the earlier of:

1. The end of 90 days following the spouse's change of residency;

2. The effective date of another policy listing the spouse as a named insured; or

3. The end of the policy period.

B. "We", "us" and "our" refer to the Company providing this insurance.

C. For purposes of this policy, a private passenger type auto, pickup or van shall be deemed to be owned by a person if leased:

1. Under a written agreement to that person; and

2. For a continuous period of at least 6 months.

Other words and phrases are defined. They are in quotation marks when used.

D. "Bodily injury" means bodily harm, sickness or disease, including death that results.

E. "Business" includes trade, profession or occupation.

F. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child.

G. "Occupying" means in, upon, getting in, on, out or off.

H. "Property damage" means physical injury to, destruction of or loss of use of tangible property.

I. "Trailer" means a vehicle designed to be pulled by a:

1. Private passenger auto; or

2. Pickup or van.

It also means a farm wagon or farm implement while towed by a vehicle listed in 1. or 2. above.

J. "Your covered auto" means:

1. Any vehicle shown in the Declarations.

2. A "newly acquired auto".

3. Any "trailer" you own.

4. Any auto or "trailer" you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:

a. Breakdown;     d. Loss; or

b. Repair;        e. Destruction.

c. Servicing;

This Provision (J.4.) does not apply to Coverage For Damage To Your Auto.

K. "Newly acquired auto":

1. "Newly acquired auto" means any of the following types of vehicles you become the owner of during the policy period:

a. A private passenger auto; or

b. A pickup or van, for which no other insurance policy provides coverage, that:

(1) Has a Gross Vehicle Weight of less than 10,000 lbs.; and

(2) Is not used for the delivery or transportation of goods and materials unless such use is:

(a) Incidental to your "business" of installing, maintaining or repairing furnishings or equipment; or

(b) For farming or ranching.

2. Coverage for a "newly acquired auto" is provided as described below. If you ask us to insure a "newly acquired auto" after a specified time period described below has elapsed, any coverage we provide for a "newly acquired auto" will begin at the time you request the coverage.

a. For any coverage provided in this policy except Coverage For Damage To Your Auto, a "newly acquired auto" will have the broadest coverage we now provide for any vehicle shown in the Declarations. Coverage begins on the date you become the owner. However, for this coverage to apply to a "newly acquired auto" which is in addition to any vehicle shown in the Declarations, you must ask us to insure it within 14 days after you become the owner.

If a "newly acquired auto" replaces a vehicle shown in the Declarations, coverage is provided for this vehicle without your having to ask us to insure it.

b. Collision Coverage for a "newly acquired auto" begins on the date you become the

owner. However, for this coverage to apply, you must ask us to insure it within:

(1) 14 days after you become the owner if the Declarations indicate that Collision Coverage applies to at least one auto. In this case, the "newly acquired auto" will have the broadest coverage we now provide for any auto shown in the Declarations.

(2) Four days after you become the owner if the Declarations do not indicate that Collision Coverage applies to at least one auto. If you comply with the 4 day requirement and a loss occurred before you asked us to insure the "newly acquired auto", a Collision deductible of $500 will apply.

c. Other Than Collision Coverage for a "newly acquired auto" begins on the date you become the owner. However, for this coverage to apply, you must ask us to insure it within:

(1) 14 days after you become the owner if the Declarations indicate Other Than Collision Coverage applies to at least one auto. In this case, the "newly acquired auto" will have the broadest coverage we now provide for any auto shown in the Declarations.

(2) Four days after you become the owner if the Declarations do not indicate that Other Than Collision Coverage applies to at least one auto. If you comply with the 4 day requirement and a loss occurred before you asked us to insure the "newly acquired auto", an Other Than Collision deductible of $500 will apply.

## PART A - LIABILITY COVERAGE

### INSURING AGREEMENT

A. We will pay damages for "bodily injury" or "property damage" for which any "insured" becomes legally responsible because of an auto accident. Damages include prejudgment interest awarded against the "insured". We will settle or defend, as we consider appropriate, any claim or suit asking for these damages. In addition to our limit of liability, we will pay all defense costs we incur. Our duty to settle or defend ends when our limit of liability for this coverage has been exhausted by payment of judgments or settlements. We have no duty to defend any suit or settle any claim for "bodily injury" or "property damage" not covered under this policy.

B. "Insured" as used in this Part means:

1. You or any "family member" for the ownership, maintenance or use of any auto or "trailer".

2. Any person using "your covered auto".

3. For "your covered auto", any person or organization but only with respect to legal responsibility for acts or omissions of a person for whom coverage is afforded under this Part.

4. For any auto or "trailer", other than "your covered auto", any other person or organization but only with respect to legal responsibility for acts or omissions of you or any "family member" for whom coverage is afforded under this Part. This Provision (B.4.) applies only if the person or organization does not own or hire the auto or "trailer".

### SUPPLEMENTARY PAYMENTS

In addition to our limit of liability, we will pay on behalf of an "insured":

1. Up to $250 for the cost of bail bonds required because of an accident, including related traffic law violations. The accident must result in "bodily

injury" or "property damage" covered under this policy.

2. Premiums on appeal bonds and bonds to release attachments in any suit we defend.

3. Interest accruing after a judgment is entered in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for this coverage.

4. Up to $200 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request.

5. Other reasonable expenses incurred at our request.

### EXCLUSIONS

A. We do not provide Liability Coverage for any "insured":

1. Who intentionally causes "bodily injury" or "property damage".

2. For "property damage" to property owned or being transported by that "insured".

3. For "property damage" to property:

a. Rented to;

b. Used by; or

c. In the care of;

that "insured".

This Exclusion (A.3.) does not apply to "property damage" to a residence or private garage.

4. For "bodily injury" to an employee of that "insured" during the course of employment. This Exclusion (A.4.) does not apply to "bodily injury" to a domestic employee unless workers' compensation benefits are required or available for that domestic employee.

5. For that "insured's" liability arising out of the ownership or operation of a vehicle while it is being used as a public or livery conveyance. This Exclusion (**A.5.**) does not apply to a share-the-expense car pool.

6. While employed or otherwise engaged in the "business" of:

   a. Selling;          d. Storing; or
   b. Repairing;        e. Parking;
   c. Servicing;

   vehicles designed for use mainly on public highways. This includes road testing and delivery. This Exclusion (**A.6.**) does not apply to the ownership, maintenance or use of "your covered auto" by:

   a. You;
   b. Any "family member"; or
   c. Any partner, agent or employee of you or any "family member".

7. Maintaining or using any vehicle while that "insured" is employed or otherwise engaged in any "business" (other than farming or ranching) not described in Exclusion **A.6.**

   This Exclusion (**A.7.**) does not apply to the maintenance or use of a:

   a. Private passenger auto;
   b. Pickup or van; or
   c. "Trailer" used with a vehicle described in **a.** or **b.** above.

8. Using a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion (**A.8.**) does not apply to a "family member" using "your covered auto" which is owned by you.

9. For "bodily injury" or "property damage" for which that "insured":

   a. Is an insured under a nuclear energy liability policy; or
   b. Would be an insured under a nuclear energy liability policy but for its termination upon exhaustion of its limit of liability.

   A nuclear energy liability policy is a policy issued by any of the following or their successors:

   a. Nuclear Energy Liability Insurance Association;
   b. Mutual Atomic Energy Liability Underwriters; or
   c. Nuclear Insurance Association of Canada.

B. We do not provide Liability Coverage for the ownership, maintenance or use of:

1. Any vehicle which:

   a. Has fewer than four wheels; or
   b. Is designed mainly for use off public roads.

This Exclusion (**B.1.**) does not apply:

   a. While such vehicle is being used by an "insured" in a medical emergency;
   b. To any "trailer"; or
   c. To any non-owned golf cart.

2. Any vehicle, other than "your covered auto", which is:

   a. Owned by you; or
   b. Furnished or available for your regular use.

3. Any vehicle, other than "your covered auto", which is:

   a. Owned by any "family member"; or
   b. Furnished or available for the regular use of any "family member".

   However, this Exclusion (**B.3.**) does not apply to you while you are maintaining or "occupying" any vehicle which is:

   a. Owned by a "family member"; or
   b. Furnished or available for the regular use of a "family member".

4. Any vehicle, located inside a facility designed for racing, for the purpose of:

   a. Competing in; or
   b. Practicing or preparing for;

   any prearranged or organized racing or speed contest.

## LIMIT OF LIABILITY

A. The limit of liability shown in the Declarations for each person for Bodily Injury Liability is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one auto accident. Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Bodily Injury Liability is our maximum limit of liability for all damages for "bodily injury" resulting from any one auto accident.

The limit of liability shown in the Declarations for each accident for Property Damage Liability is our maximum limit of liability for all "property damage" resulting from any one auto accident.

This is the most we will pay regardless of the number of:

1. "Insureds";
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the auto accident.

B. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part **B** or Part **C** of this policy; or
2. Any Underinsured Motorists Coverage provided by this policy.

## OUT OF STATE COVERAGE

If an auto accident to which this policy applies occurs in any state or province other than the one in which "your covered auto" is principally garaged, we will interpret your policy for that accident as follows:

A. If the state or province has:

1. A financial responsibility or similar law specifying limits of liability for "bodily injury" or "property damage" higher than the limit shown in the Declarations, your policy will provide the higher specified limit.

2. A compulsory insurance or similar law requiring a nonresident to maintain insurance whenever the nonresident uses a vehicle in that state or province, your policy will provide at least the required minimum amounts and types of coverage.

B. No one will be entitled to duplicate payments for the same elements of loss.

## FINANCIAL RESPONSIBILITY

When this policy is certified as future proof of financial responsibility, this policy shall comply with the law to the extent required.

## OTHER INSURANCE

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide for a vehicle you do not own shall be excess over any other collectible insurance.

---

## PART B - MEDICAL PAYMENTS COVERAGE

---

### INSURING AGREEMENT

A. We will pay reasonable expenses incurred for necessary medical and funeral services because of "bodily injury":

1. Caused by accident; and

2. Sustained by an "insured".

We will pay only those expenses for services rendered within 3 years from the date of the accident.

B. "Insured" as used in this Part means:

1. You or any "family member":

   a. While "occupying"; or

   b. As a pedestrian when struck by;

   a motor vehicle designed for use mainly on public roads or a trailer of any type.

2. Any other person while "occupying" "your covered auto".

### EXCLUSIONS

We do not provide Medical Payments Coverage for any "insured" for "bodily injury":

1. Sustained while "occupying" any motorized vehicle having fewer than four wheels.

2. Sustained while "occupying" "your covered auto" when it is being used as a public or livery conveyance. This Exclusion (2.) does not apply to a share-the-expense car pool.

3. Sustained while "occupying" any vehicle located for use as a residence or premises.

4. Occurring during the course of employment if workers' compensation benefits are required or available for the "bodily injury".

5. Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:

   a. Owned by you; or

   b. Furnished or available for your regular use.

6. Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:

   a. Owned by any "family member"; or

   b. Furnished or available for the regular use of any "family member".

   However, this Exclusion (6.) does not apply to you.

7. Sustained while "occupying" a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion (7.) does not apply to a "family member" using "your covered auto" which is owned by you.

8. Sustained while "occupying" a vehicle when it is being used in the "business" of an "insured". This Exclusion (8.) does not apply to "bodily injury" sustained while "occupying" a:

   a. Private passenger auto;

   b. Pickup or van that you own; or

   c. "Trailer" used with a vehicle described in a. or b. above.

9. Caused by or as a consequence of:

   a. Discharge of a nuclear weapon (even if accidental);

   b. War (declared or undeclared);

   c. Civil war;

   d. Insurrection; or

   e. Rebellion or revolution.

10. From or as a consequence of the following, whether controlled or uncontrolled or however caused:

    a. Nuclear reaction;

    b. Radiation; or

    c. Radioactive contamination.

11. Sustained while "occupying" any vehicle located inside a facility designed for racing, for the purpose of:

**a.** Competing in; or

**b.** Practicing or preparing for;

any prearranged or organized racing or speed contest.

## LIMIT OF LIABILITY

**A.** The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for each person injured in any one accident. This is the most we will pay regardless of the number of:

1. "Insureds";

2. Claims made;

3. Vehicles or premiums shown in the Declarations; or

4. Vehicles involved in the accident.

**B.** No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part A or Part C of this policy; or

2. Any Underinsured Motorists Coverage provided by this policy.

## OTHER INSURANCE

If there is other applicable auto medical payments insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible auto insurance providing payments for medical or funeral expenses.

## PART C - UNINSURED MOTORISTS COVERAGE

## INSURING AGREEMENT

**A.** We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle" because of "bodily injury":

1. Sustained by an "insured"; and

2. Caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the "uninsured motor vehicle".

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

**B.** "Insured" as used in this Part means:

1. You or any "family member".

2. Any other person "occupying" "your covered auto".

3. Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in 1. or 2. above.

**C.** "Uninsured motor vehicle" means a land motor vehicle or "trailer" of any type:

1. To which no bodily injury liability bond or policy applies at the time of the accident.

2. To which a bodily injury liability bond or policy applies at the time of the accident. In this case its limit for bodily injury liability must be less than the minimum limit for bodily injury liability specified by the financial responsibility law of the state in which "your covered auto" is principally garaged.

3. Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits:

   **a.** You or any "family member";

   **b.** A vehicle which you or any "family member" are "occupying"; or

   **c.** "Your covered auto".

4. To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:

   **a.** Denies coverage; or

   **b.** Is or becomes insolvent.

However, "uninsured motor vehicle" does not include any vehicle or equipment:

1. Owned by or furnished or available for the regular use of you or any "family member".

2. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.

3. Owned by any governmental unit or agency.

4. Operated on rails or crawler treads.

5. Designed mainly for use off public roads while not on public roads.

6. While located for use as a residence or premises.

## EXCLUSIONS

**A.** We do not provide Uninsured Motorists Coverage for "bodily injury" sustained:

1. By an "insured" while "occupying", or when struck by, any motor vehicle owned by that "insured" which is not insured for this coverage under this policy. This includes a trailer of any type used with that vehicle.

2. By any "family member" while "occupying", or when struck by, any motor vehicle you own which is insured for this coverage on a primary basis under any other policy.

**B.** We do not provide Uninsured Motorists Coverage for "bodily injury" sustained by any "insured":

1. If that "insured" or the legal representative settles the "bodily injury" claim without our consent.

2. While "occupying" "your covered auto" when it is being used as a public or livery conveyance. This Exclusion (B.2.) does not apply to a share-the-expense car pool.

3. Using a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion (B.3.) does not apply to a "family member" using "your covered auto" which is owned by you.

C. This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

1. Workers' compensation law; or

2. Disability benefits law.

D. We do not provide Uninsured Motorists Coverage for punitive or exemplary damages.

## LIMIT OF LIABILITY

A. The limit of liability shown in the Declarations for each person for Uninsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one accident. Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Uninsured Motorists Coverage is our maximum limit of liability for all damages for "bodily injury" resulting from any one accident.

This is the most we will pay regardless of the number of:

1. "Insureds";

2. Claims made;

3. Vehicles or premiums shown in the Declarations; or

4. Vehicles involved in the accident.

B. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part A. or Part B. of this policy; or

2. Any Underinsured Motorists Coverage provided by this policy.

C. We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

D. We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:

1. Workers' compensation law; or

2. Disability benefits law.

## OTHER INSURANCE

If there is other applicable insurance available under one or more policies or provisions of coverage that is similar to the insurance provided under this Part of the policy:

1. Any recovery for damages under all such policies or provisions of coverage may equal but not exceed the highest applicable limit for any one vehicle under any insurance providing coverage on either a primary or excess basis.

2. Any insurance we provide with respect to a vehicle you do not own shall be excess over any collectible insurance providing such coverage on a primary basis.

3. If the coverage under this policy is provided:

a. On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on a primary basis.

b. On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on an excess basis.

## ARBITRATION

A. If we and an "insured" do not agree:

1. Whether that "insured" is legally entitled to recover damages; or

2. As to the amount of damages which are recoverable by that "insured";

from the owner or operator of an "uninsured motor vehicle", then the matter may be arbitrated. However, disputes concerning coverage under this Part may not be arbitrated.

Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

B. Each party will:

1. Pay the expenses it incurs; and

2. Bear the expenses of the third arbitrator equally.

C. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

1. Whether the "insured" is legally entitled to recover damages; and

2. The amount of damages. This applies only if the amount does not exceed the minimum limit for bodily injury liability specified by the financial responsibility law of the state in which "your covered auto" is principally garaged. If the amount exceeds that limit, either party may demand the right to a trial. This demand must be made within 60 days of the arbitrators' decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

## PART D - COVERAGE FOR DAMAGE TO YOUR AUTO

### INSURING AGREEMENT

A. We will pay for direct and accidental loss to "your covered auto" or any "non-owned auto", including their equipment, minus any applicable deductible shown in the Declarations. If loss to more than one "your covered auto" or "non-owned auto" results from the same "collision", only the highest applicable deductible will apply. We will pay for loss to "your covered auto" caused by:

1. Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.

2. "Collision" only if the Declarations indicate that Collision Coverage is provided for that auto.

If there is a loss to a "non-owned auto", we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations.

B. "Collision" means the upset of "your covered auto" or a "non-owned auto" or their impact with another vehicle or object.

Loss caused by the following is considered other than "collision":

| | | | |
|---|---|---|---|
| 1. | Missiles or falling objects; | 7. | Malicious mischief or vandalism; |
| 2. | Fire; | 8. | Riot or civil commotion; |
| 3. | Theft or larceny; | 9. | Contact with bird or animal; or |
| 4. | Explosion or earthquake; | 10. | Breakage of glass. |
| 5. | Windstorm; | | |
| 6. | Hail, water or flood; | | |

If breakage of glass is caused by a "collision", you may elect to have it considered a loss caused by "collision".

C. "Non-owned auto" means:

1. Any private passenger auto, pickup, van or "trailer" not owned by or furnished or available for the regular use of you or any "family member" while in the custody of or being operated by you or any "family member"; or

2. Any auto or "trailer" you do not own while used as a temporary substitute for "your covered auto" which is out of normal use because of its:

   a. Breakdown;      d. Loss; or
   b. Repair;         e. Destruction.
   c. Servicing;

### TRANSPORTATION EXPENSES

A. In addition, we will pay, without application of a deductible, up to a maximum of $600, for:

1. Temporary transportation expenses not exceeding $20 per day incurred by you in the event of a loss to "your covered auto". We will pay for such expenses if the loss is caused by:

   a. Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.

   b. "Collision" only if the Declarations indicate that Collision Coverage is provided for that auto.

2. Expenses for which you become legally responsible in the event of loss to a "non-owned auto". We will pay for such expenses if the loss is caused by:

   a. Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for any "your covered auto".

   b. "Collision" only if the Declarations indicate that Collision Coverage is provided for any "your covered auto".

   However, the most we will pay for any expenses for loss of use is $20 per day.

B. If the loss is caused by:

1. A total theft of "your covered auto" or a "non-owned auto", we will pay only expenses incurred during the period:

   a. Beginning 48 hours after the theft; and

   b. Ending when "your covered auto" or the "non-owned auto" is returned to use or we pay for its loss.

2. Other than theft of a "your covered auto" or a "non-owned auto", we will pay only expenses beginning when the auto is withdrawn from use for more than 24 hours.

C. Our payment will be limited to that period of time reasonably required to repair or replace the "your covered auto" or the "non-owned auto".

### EXCLUSIONS

We will not pay for:

1. Loss to "your covered auto" or any "non-owned auto" which occurs while it is being used as a public or livery conveyance. This Exclusion (1.) does not apply to a share-the-expense car pool.

2. Damage due and confined to:

   a. Wear and tear;

   b. Freezing;

   c. Mechanical or electrical breakdown or failure; or

   d. Road damage to tires.

   This Exclusion (2.) does not apply if the damage results from the total theft of "your covered auto" or any "non-owned auto".

3. Loss due to or as a consequence of:

   a. Radioactive contamination;

   b. Discharge of any nuclear weapon (even if accidental);

   c. War (declared or undeclared);

   d. Civil war;

   e. Insurrection; or

   f. Rebellion or revolution.

4. Loss to any electronic equipment designed for the reproduction of sound and any accessories used with such equipment. This includes but is not limited to:

   a. Radios and stereos;

   b. Tape decks; or

   c. Compact disc players.

   This Exclusion (**4.**) does not apply to equipment designed solely for the reproduction of sound and accessories used with such equipment, provided:

   a. The equipment is permanently installed in "your covered auto" or any "non-owned auto"; or

   b. The equipment is:

      (1) Removable from a housing unit which is permanently installed in the auto;

      (2) Designed to be solely operated by use of the power from the auto's electrical system; and

      (3) In or upon "your covered auto" or any "non-owned auto" at the time of loss.

5. Loss to any electronic equipment that receives or transmits audio, visual or data signals and any accessories used with such equipment. This includes but is not limited to:

   a. Citizens band radios;

   b. Telephones;

   c. Two-way mobile radios;

   d. Scanning monitor receivers;

   e. Television monitor receivers;

   f. Video cassette recorders;

   g. Audio cassette recorders; or

   h. Personal computers;

   This Exclusion (**5.**) does not apply to:

   a. Any electronic equipment that is necessary for the normal operation of the auto or the monitoring of the auto's operating systems; or

   b. A permanently installed telephone designed to be operated by use of the power from the auto's electrical system and any accessories used with the telephone.

6. Loss to tapes, records, discs or other media used with equipment described in Exclusions 4. and 5.

7. A total loss to "your covered auto" or any "non-owned auto" due to destruction or confiscation by governmental or civil authorities.

   This Exclusion (**7.**) does not apply to the interests of Loss Payee in "your covered auto".

8. Loss to:

   a. A "trailer", camper body, or motor home, which is not shown in the Declarations; or

   b. Facilities or equipment used with such "trailer", camper body or motor home. Facilities or equipment include but are not limited to:

      (1) Cooking, dining, plumbing or refrigeration facilities;

      (2) Awnings or cabanas; or

      (3) Any other facilities or equipment used with a "trailer", camper body, or motor home.

   This Exclusion (**8.**) does not apply to a:

   a. "Trailer", and its facilities or equipment, which you do not own; or

   b. "Trailer", camper body, or the facilities or equipment in or attached to the "trailer" or camper body, which you:

      (1) Acquire during the policy period; and

      (2) Ask us to insure within 14 days after you become the owner.

9. Loss to any "non-owned auto" when used by you or any "family member" without a reasonable belief that you or that "family member" are entitled to do so.

10. Loss to equipment designed or used for the detection or location of radar or laser.

11. Loss to any custom furnishings or equipment in or upon any pickup or van. Custom furnishings or equipment include but are not limited to:

    a. Special carpeting or insulation;

    b. Furniture or bars;

    c. Height-extending roofs; or

    d. Custom murals, paintings or other decals or graphics.

    This Exclusion (**11.**) does not apply to a cap, cover or bedliner in or upon any "your covered auto" which is a pickup.

12. Loss to any "non-owned auto" being maintained or used by any person while employed or otherwise engaged in the "business" of:

    a. Selling;              d. Storing; or

    b. Repairing;           e. Parking;

    c. Servicing;

    vehicles designed for use on public highways. This includes road testing and delivery.

13. Loss to "your covered auto" or any "non-owned auto", located inside a facility designed for racing, for the purpose of:

   a. Competing in; or

   b. Practicing or preparing for;

   any prearranged or organized racing or speed contest.

14. Loss to, or loss of use of, a "non-owned auto" rented by:

   a. You; or

   b. Any "family member";

   if a rental vehicle company is precluded from recovering such loss or loss of use, from you or that "family member", pursuant to the provisions of any applicable rental agreement or state law.

## LIMIT OF LIABILITY

A. Our limit of liability for loss will be the lesser of the:

   1. Actual cash value of the stolen or damaged property; or

   2. Amount necessary to repair or replace the property with other property of like kind and quality.

   However, the most we will pay for loss to:

   1. Any "non-owned auto" which is a trailer is $500.

   2. Equipment designed solely for the reproduction of sound, including any accessories used with such equipment, which is installed in locations not used by the auto manufacturer for installation of such equipment or accessories, is $1,000.

B. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total loss.

C. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

## PAYMENT OF LOSS

We may pay for loss in money or repair or replace the damaged or stolen property. We may, at our expense, return any stolen property to:

   1. You; or

   2. The address shown in this policy.

If we return stolen property we will pay for any damage resulting from the theft. We may keep all or part of the property at an agreed or appraised value.

If we pay for loss in money, our payment will include the applicable sales tax for the damaged or stolen property.

## NO BENEFIT TO BAILEE

This insurance shall not directly or indirectly benefit any carrier or other bailee for hire.

## OTHER SOURCES OF RECOVERY

If other sources of recovery also cover the loss, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a "non-owned auto" shall be excess over any other collectible source of recovery including, but not limited to:

   1. Any coverage provided by the owner of the "non-owned auto";

   2. Any other applicable physical damage insurance;

   3. Any other source of recovery applicable to the loss.

## APPRAISAL

A. If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will select a competent appraiser. The two appraisers will select an umpire. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   1. Pay its chosen appraiser; and

   2. Bear the expenses of the appraisal and umpire equally.

B. We do not waive any of our rights under this policy by agreeing to an appraisal.

## PART E - DUTIES AFTER AN ACCIDENT OR LOSS

We have no duty provide coverage under this policy unless there has been full compliance with the following duties:

A. We must be notified promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses.

B. A person seeking any coverage must:

   1. Cooperate with us in the investigation, settlement or defense of any claim or suit.

   2. Promptly send us copies of any notices or legal papers received in connection with the accident or loss.

3. Submit, as often as we reasonably require:

   a. To physical exams by physicians we select. We will pay for these exams.

   b. To examination under oath and subscribe the same.

4. Authorize us to obtain:

   a. Medical reports; and

   b. Other pertinent records.

5. Submit a proof of loss when required by us.

**C.** A person seeking Uninsured Motorists Coverage must also:

1. Promptly notify the police if a hit-and-run driver is involved.

2. Promptly send us copies of the legal papers if a suit is brought.

**D.** A person seeking Coverage For Damage To Your Auto must also:

1. Take reasonable steps after loss to protect "your covered auto" or any "non-owned auto" and their equipment from further loss. We will pay reasonable expenses incurred to do this.

2. Promptly notify the police if "your covered auto" or any "non-owned auto" is stolen.

3. Permit us to inspect and appraise the damaged property before its repair or disposal.

---

## PART F - GENERAL PROVISIONS

### BANKRUPTCY

Bankruptcy or insolvency of the "insured" shall not relieve us of any obligations under this policy.

### CHANGES

**A.** This policy contains all the agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us.

**B.** If there is a change to the information used to develop the policy premium, we may adjust your premium. Changes during the policy term that may result in a premium increase or decrease include, but are not limited to, changes in:

1. The number, type or use classification of insured vehicles;

2. Operators using insured vehicles;

3. The place of principal garaging of insured vehicles;

4. Coverage, deductible or limits.

If a change resulting from **A.** or **B.** requires a premium adjustment, we will make the premium adjustment in accordance with our manual rules.

**C.** If we make a change which broadens coverage under this edition of your policy without additional premium charge, that change will automatically apply to your policy as of the date we implement the change in your state. This Paragraph (**C.**) does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1. A subsequent edition of your policy; or

2. An Amendatory Endorsement.

### FRAUD

We do not provide coverage for any "insured" who has made fraudulent statements or engaged in fraudulent conduct in connection with any accident or loss for which coverage is sought under this policy.

### LEGAL ACTION AGAINST US

**A.** No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, under Part **A**, no legal action may be brought against us until:

1. We agree in writing that the "insured" has an obligation to pay; or

2. The amount of that obligation has been finally determined by judgment after trial.

**B.** No person or organization has any right under this policy to bring us into any action to determine the liability of an "insured".

### OUR RIGHT TO RECOVER PAYMENT

**A.** If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another we shall be subrogated to that right. That person shall do:

1. Whatever is necessary to enable us to exercise our rights; and

2. Nothing after loss to prejudice them.

However, our rights in this Paragraph (**A.**) do not apply under Part **D**, against any person using "your covered auto" with a reasonable belief that that person is entitled to do so.

**B.** If we make a payment under this policy and the person to or for whom payment is made recovers damages from another, that person shall:

1. Hold in trust for us the proceeds of the recovery; and

2. Reimburse us to the extent of our payment.

### POLICY PERIOD AND TERRITORY

**A.** This policy applies only to accidents and losses which occur:

1. During the policy period as shown in the Declarations; and

2. Within the policy territory.

**B.** The policy territory is:

1. The United States of America, its territories, or possessions;

2. Puerto Rico; or

3. Canada.

This policy also applies to loss to, or accidents involving, "your covered auto" while being transported between their ports.

### TERMINATION

**A. Cancellation**

This policy may be cancelled during the policy period as follows:

1. The named insured shown in the Declarations may cancel by:

   **a.** Returning this policy to us; or

   **b.** Giving us advance written notice of the date cancellation is to take effect.

2. We may cancel by mailing to the named insured shown in the Declarations at the address shown in this policy:

   a. At least 10 days notice:

      (1) If cancellation is for nonpayment of premium; or

      (2) If notice is mailed during the first 60 days this policy is in effect and this is not a renewal or continuation policy; or

   b. At least 20 days notice in all other cases.

3. After this policy is in effect for 60 days, or if this is a renewal or continuation policy, we will cancel only:

   a. For nonpayment of premium; or

   b. If your driver's license or that of:

      (1) Any driver who lives with you; or

      (2) Any driver who customarily uses "your covered auto";

      has been suspended or revoked. This must have occurred:

      (1) During the policy period; or

      (2) Since the last anniversary of the original effective date if the policy period is other than 1 year; or

   c. If the policy was obtained through material misrepresentation.

## B. Nonrenewal

If we decide not to renew or continue this policy, we will mail notice to the named insured shown in the Declarations at the address shown in this policy. Notice will be mailed at least 20 days before the end of the policy period. Subject to this notice requirement, if the policy period is:

1. Less than 6 months, we will have the right not to renew or continue this policy every 6 months, beginning 6 months after its original effective date.

2. 6 months or longer, but less than one year, we will have the right not to renew or continue this policy at the end of the policy period.

3. 1 year or longer, we will have the right not to renew or continue this policy at each anniversary of its original effective date.

## C. Automatic Termination

If we offer to renew or continue and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If you obtain other insurance on "your covered auto", any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.

## D. Other Termination Provisions

1. We may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.

2. If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

3. The effective date of cancellation stated in the notice shall become the end of the policy period.

# TRANSFER OF YOUR INTEREST IN THIS POLICY

A. Your rights and duties under this policy may not be assigned without our written consent. However, if a named insured shown in the Declarations dies, coverage will be provided for:

1. The surviving spouse if resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Declarations; and

2. The legal representative of the deceased person as if a named insured shown in the Declarations. This applies only with respect to the representative's legal responsibility to maintain or use "your covered auto".

B. Coverage will only be provided until the end of the policy period.

# TWO OR MORE AUTO POLICIES

If this policy and any other auto insurance policy issued to you by us apply to the same accident, the maximum limit of our liability under all the policies shall not exceed the highest applicable limit of liability under any one policy.

PP 03 01 08 86

# FEDERAL EMPLOYEES USING AUTOS IN GOVERNMENT BUSINESS

The following are not "insured's" under Part A:

1.  The United States of America or any of its agencies.

2.  Any person with respect to "bodily injury" or "property damage" resulting from the operation of an auto by that person as an employee of the United States Government. This applies only if the provisions of Section 2679 of Title 28, United States Code as amended, require the Attorney General of the United States to defend that person in any civil action which may be brought for the "bodily injury" or "property damage".

This endorsement must be attached to the Change Endorsement when issued after the policy is written.
Copyright, Insurance Services Office, Inc., 1986

AIG-554 (7/00)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PERSONAL INJURY PROTECTION COVERAGE - FLORIDA

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

## SCHEDULE

| Benefits | Limit of Liability |
|---|---|
| Medical Expenses | No specific dollar amount |
| Work Loss | No specific dollar amount |
| Replacement Services | No specific dollar amount |
| Accidental Death | $5,000 |
| | |
| Maximum Limit For The Total Of All Personal Injury Protection Benefits | $10,000 |

**Personal Injury Protection Coverage Deductible**

As indicated below or in the Declarations, personal injury protection benefits are subject to a deductible of $_____ applicable to:

☐ The "named insured".

☐ The "named insured" and any dependent "family member".

**Exclusion Of Work Loss**

Work loss does not apply as indicated below or in the Declarations:

☐ Work loss will not be provided for the "named insured".

☐ Work loss will not be provided for the "named insured" and any dependent "family member".

---

I. **Definitions**

The **Definitions** section is amended as follows:

A.  For the purposes of this endorsement, a "motor vehicle" shall be deemed to be owned by a person if that person:

1.  Holds the legal title to such vehicle.

2.  Is a debtor having the right to possession, if such vehicle is the subject of a security agreement.

3.  Is a lessee having the right to possession, if such vehicle is the subject of a lease which:

    a.  Has an option to purchase; and

    b.  Is for a period of at least 6 months.

4.  Is a lessee having the right to possession, if such vehicle is the subject of a lease which:

    a.  Does not have an option to purchase;

    b.  Is for a period of at least 6 months; and

    c.  Requires the lessee to secure insurance.

B.  The following definitions are replaced:

1.  "Family member" means a person related to the "named insured" by blood, marriage or adoption who is usually a resident of the "named insured's" household. This includes a ward or foster child.

2.  "Occupying" means:

    a.  In or upon;

    b.  Entering into; or

    c.  Alighting from.

3.  "Your covered auto" means a "motor vehicle" owned by the "named insured" and for which security is required to be maintained under the Florida Motor Vehicle No-Fault Law, and either:

    a.  A premium is charged; or

    b.  It is a trailer, other than a mobile home, designed for use with a "motor vehicle".

---

AIG-554 (7/00)

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

C. The following definitions are added:

1. "Motor vehicle" means:

   a. Any self-propelled vehicle with 4 or more wheels which is:

      (1) Designed; and

      (2) Required to be licensed;

      for use on Florida highways.

   b. Any trailer or semi-trailer designed for use with such vehicle.

   However, "motor vehicle" does not include:

   a. Any motor vehicle which is:

      (1) Used in mass transit other than public school transportation;

      (2) Designed to transport more than 5 passengers (excluding the operator); and

      (3) Owned by a:

         (a) Municipality;

         (b) Transit authority; or

         (c) Political subdivision of the state.

   b. A mobile home.

2. "Named insured" means:

   a. The person named in the Declarations; or

   b. That person's spouse, if a resident of the same household.

3. "Pedestrian" means a person who is not "occupying" a self-propelled vehicle.

D. "Insured" as used in this endorsement means:

1. The "named insured" or any "family member" while:

   a. "Occupying" a "motor vehicle"; or

   b. A "pedestrian" struck by a "motor vehicle".

2. Any other person while:

   a. "Occupying" "your covered auto"; or

   b. A "pedestrian" struck by "your covered auto".

## II. Personal Injury Protection Coverage

### INSURING AGREEMENT

A. We will pay, in accordance with the Florida Motor Vehicle No-Fault Law, personal injury protection benefits to or for an "insured" who sustains "bodily injury". The "bodily injury" must be caused by an accident arising out of the ownership, maintenance or use of a "motor vehicle".

B. Subject to the limits shown in the Schedule or Declarations, personal injury protection benefits consist of the following:

1. **Medical expenses.** 80% of reasonable expenses for:

   a. Necessary medical, surgical, x-ray, dental, ambulance, hospital, professional nursing and rehabilitative services; and

   b. Prosthetic devices.

   This includes necessary remedial treatment and services recognized and permitted under state law for an "insured" who relies upon spiritual means through prayer alone for healing in accordance with that "insured's" religious beliefs.

2. **Work loss.** With respect to the period of disability of an "insured", 60% of any loss of income and earning capacity from that "insured's" inability to work due to "bodily injury". However, work loss does not include any loss after an "insured's" death.

3. **Replacement services.** With respect to the period of disability of an "insured", all expenses reasonably incurred in obtaining ordinary and necessary services from others instead of those that the "insured" would have performed, without income, for the benefit of his household had he not sustained "bodily injury".

4. **Accidental death.** A death benefit.

### EXCLUSIONS

A. We do not provide Personal Injury Protection Coverage for any "insured":

1. While operating "your covered auto" without the "named insured's" express or implied consent.

2. If that "insured's" conduct contributed to his "bodily injury" under any of the following circumstances:

   a. Intentionally causing "bodily injury" to himself; or

   b. While committing a felony.

3. Other than the "named insured", if that "insured" owns a "motor vehicle" for which security is required under the Florida Motor Vehicle No-Fault Law.

4. Other than the "named insured" or any "family member", who is entitled to personal injury protection benefits from a person who owns a "motor vehicle" which is not a "your covered auto" under this policy, or from that vehicle owner's policy.

5. Who sustains "bodily injury" while "occupying" a "motor vehicle" located for use as a residence or premises.

B. We do not provide Personal Injury Protection Coverage for:

1. The "named insured" or any "family member" while "occupying" a "motor vehicle" which is:

   a. Owned by the "named insured"; and

   b. Not a "your covered auto" under this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

2. Any "pedestrian", other than the "named insured" or any "family member" who is not a legal resident of Florida.

## LIMIT OF LIABILITY

A. The limits of liability shown in the Schedule or Declarations for Personal Injury Protection Coverage are the most we will pay to or for each "insured" injured in any one accident, regardless of the number of:

1. "Insureds";

2. Policies or bonds applicable;

3. Vehicles involved; or

4. Claims made.

The maximum limit of liability for the total of all personal injury protection benefits shown in the Schedule or Declarations is the total aggregate limit for personal injury protection benefits available, to or for each "insured" injured in any one accident, from all sources combined, including this policy.

B. Any amounts payable under this coverage shall be reduced by any amounts paid or payable for the same elements of loss under any workers' compensation law.

C. The amount of any deductible shown in the Schedule or Declarations shall be deducted from the lesser of:

1. The total amount otherwise payable under this coverage for:

   a. Medical expenses;

   b. Work loss; and

   c. Replacement services;

   to or for each "insured" to whom the deductible applies; or

2. The limits of liability shown in the Schedule or Declarations.

The total amount otherwise payable means the benefits payable for medical expenses, work loss and replacement services after the application of any percentage limitation.

Accidental death is not subject to a deductible.

## OTHER INSURANCE

A. No one will be entitled to receive duplicate payments for the same elements of loss under this or any other insurance. If an "insured" receives personal injury protection benefits from another insurer, that insurer shall be entitled to recover from us its equitable pro rata share of the benefits paid and expenses of processing the claim.

B. If an "insured" sustains "bodily injury" while:

1. "Occupying"; or

2. Struck by a "motor vehicle" rented or leased under a rental or lease agreement;

the personal injury protection benefits afforded under the lessor's policy shall be primary.

This Provision (B.) does not apply if the face of the rental or lease agreement contains, in at least 10-point type, the following language:

The valid and collectible personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of personal injury protection coverage required by FLA. STAT. SECTION 627.736.

## III. Part E - Duties After An Accident Or Loss

Part E is replaced by the following:

### DUTIES AFTER AN ACCIDENT OR LOSS

A person seeking Personal Injury Protection Coverage must:

A. In the event of an accident, provide prompt written notice of loss to us or our authorized agent.

B. Promptly forward to us a copy of the:

1. Summons and complaint; or

2. Other process;

served in connection with any legal action that person takes against a third party to recover damages for "bodily injury".

C. Promptly give us written proof of claim, under oath if required. Such proof shall include:

1. Full details of the nature and extent of the injuries and treatment received and contemplated; and

2. Any other information which may assist us in determining the amount due and payable.

D. Submit as often as we reasonably require to mental or physical exams. We will:

1. Pay for these exams; and

2. Forward a copy of the medical report to that person if requested.

If that person unreasonably refuses to submit to an exam, we will not be liable for subsequent personal injury protection benefits.

## IV. Part F - General Provisions

Part F is amended as follows:

A. Paragraph A. of the **Legal Action Against Us** Provision is replaced by the following:

### LEGAL ACTION AGAINST US

A. No legal action may be brought against us until there has been full compliance with all terms of this policy. In addition, no legal action may be brought against us until 30 days after the required notice of loss and reasonable proof of claim has been filed with us.

B. Paragraph B. of the **Policy Period And Territory** Provision is replaced by the following:

### POLICY PERIOD AND TERRITORY

B. The policy territory is:

1. Florida.

2. The United States of America, its territories or possessions or Canada.

This Provision (B.2.) applies only to:

a. The "named insured" or any "family member" while "occupying" "your covered auto"; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

b. The "named insured" while "occupying" a "motor vehicle":

(1) Owned by any "family member"; and

(2) For which security is maintained as required by the Florida Motor Vehicle No-Fault Law;

C. The **Our Right To Recover Payment** Provision is replaced by the following:

## OUR RIGHT TO RECOVER PAYMENT

A. If we make a payment under this coverage and the person to or for whom payment was made has a right to recover damages from another we shall, to the extent of our payment, be subrogated to that right. That person shall:

1. Execute and deliver instruments and papers and do whatever else is necessary to secure our rights; and

2. Do nothing after loss to prejudice these rights.

B. If we make a payment under this coverage and the person to or for whom payment was made sustained "bodily injury" while:

1. "Occupying"; or

2. A "pedestrian" struck by;

a commercial motor vehicle, as defined in the Florida Motor Vehicle No-Fault Law, we shall, to the extent of our payment, be entitled to reimbursement from the person who owns such motor vehicle or that person's insurer.

D. The following provision is added:

## ARBITRATION

1. Any dispute involving benefits under this part of the policy between the company and an "insured", or provider of medical services claiming benefits under this policy, may be decided by arbitration if the parties agree.

Upon the written request for arbitration, each party will select one arbitrator. The two arbitrators will attempt to select a third arbitrator. If they cannot agree on a third arbitrator within 30 days, either party may request a judge of the court of record in the county of jurisdiction where the arbitration is pending to appoint the third arbitrator. A written decision agreed upon by any two or more arbitrators will be binding upon each party.

Each party will bear the expenses it incurs, including all legal fees and costs, and parties shall bear the expenses of the third arbitrator equally.

The arbitration will take place in the county in which the person claiming benefits under this policy resides. If they are located out of state, arbitration will take place in the county in which the insured resides. Arbitration is subject to the provisions of the Florida Arbitration Code Chapter 682 of the Florida statutes.

2. Any dispute involving benefits under this part of the policy between the company and an "insured", or provider of medical services claiming benefits under this policy shall be decided by arbitration.

Upon the written request for arbitration, each party will select one arbitrator. The two arbitrators will attempt to select a third arbitrator. If they cannot agree on a third arbitrator within 30 days, either party may request a judge of the court of record in the county of jurisdiction where the arbitration is pending to appoint the third arbitrator. A written decision agreed upon by any two or more arbitrators will be binding upon each party.

Each party will bear the expenses it incurs, including all legal fees and costs, and parties shall bear the expenses of the third arbitrator equally.

The arbitration will take place in the county in which the person claiming benefits under this policy resides. If they are located out of state, arbitration will take place in the county in which the insured resides. Arbitration is subject to the provisions of the Florida Arbitration Code Chapter 682 of the Florida statutes.

This section 2. only applies if your Declaration page indicates "Expanded Arbitration."

## PAYMENT OF CLAIMS

If a person seeking Personal Injury Protection Coverage is charged with committing a felony, we shall withhold benefits until, at the trial level:

1. The prosecution makes a formal entry on the record that it will not prosecute the case against that person;

2. The charge is dismissed; or

3. That person is acquitted.

## MODIFICATION OF POLICY COVERAGES

1. Any coverage provided under Part B or Part C of this policy shall be excess over any personal injury protection benefits paid or payable.

2. Regardless of whether the limits for personal injury protection benefits have been exhausted, any coverage provided under Part B shall pay the amount of any claim for medical expenses payable under this coverage which exceeds the 80% limitation for medical expenses.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

3. No coverage is provided under Part **B** for the amount of any applicable deductible under this coverage.

## PROVISIONAL PREMIUM

1. In the event of any change in the:

   a. Rules;

   b. Rates;

   c. Rating plan;

   d. Premiums; or

   e. Minimum premiums;

   applicable to this coverage, because of an adverse judicial finding as to the constitutionality of any provisions of the Florida Motor Vehicle No-Fault Law which provide for the exemption of persons from tort liability, the premium shown in the Declarations for any coverage under:

   a. Part **A**;

   b. Part **B**; or

   c. Part **C**;

   of this policy shall be deemed to be provisional and subject to recomputation.

2. If this policy is a renewal policy, such recomputation shall include the amount of any return premium previously credited or refunded to the "named insured", in accordance with the Florida Motor Vehicle No-Fault Law, with respect to insurance provided under a previous policy.

3. If the final recomputed premium exceeds the premium shown in the Declarations, the "named insured" shall pay us:

   a. The excess amount; and

   b. The amount of any return premium previously credited or refunded.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# JOINT OWNERSHIP COVERAGE

The provisions of the policy apply unless modified by this endorsement.

### SCHEDULE

| Description Of Vehicle |
| --- |
| 1. |
| 2. |
| 3. |

Coverage is provided where a premium and a limit of liability is shown for the coverage.

| | | | Premium | | |
|---|---|---|---|---|---|
| **Coverages** | **Limit Of Liability** | | **Veh. 1** | **Veh. 2** | **Veh. 3** |
| Liability:  Bodily Injury | $ | Each Person | $ | | |
| | $ | Each Accident | | | |
| Property Damage | $ | Each Accident | $ | | |
| | $ | Each Person | | $ | |
| | $ | Each Accident | | | |
| | $ | Each Accident | | $ | |
| | $ | Each Person | | | $ |
| | $ | Each Accident | | | |
| | $ | Each Accident | | | $ |
| Medical Payments | $ | Each Person | $ | | |
| | $ | Each Person | | $ | |
| | $ | Each Person | | | $ |
| Uninsured  Bodily Injury  Motorists: | $ | Each Person | $ | | |
| | $ | Each Accident | | | |
| Property Damage | $ | Each Accident | $ | | |
| | $ | Each Person | | $ | |
| | $ | Each Accident | | | |
| | $ | Each Accident | | $ | |
| | $ | Each Person | | | $ |
| | $ | Each Accident | | | |
| | $ | Each Accident | | | $ |
| Collision | Less $ | Ded. | $ | | |
| | Less $ | Ded. | | $ | |
| | Less $ | Ded. | | | $ |
| Other Than Collision | Less $ | Ded. | $ | | |
| | Less $ | Ded. | | $ | |
| | Less $ | Ded. | | | $ |
| | Total Premium | | $ | | |

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, Inc., 1997

## I. Definitions

The **Definitions** Section is amended as follows:

A. For the purpose of the coverage provided by this endorsement, "you" and "your" refer to two or more:

    1. Individuals, other than husband and wife, residing in the same household; or

    2. "Non-resident relatives";

who jointly own:

    1. A private passenger auto; or

    2. A pickup or van that:

        a. Has a Gross Vehicle Weight of less than 10,000 lbs.; and

        b. Is not used for the delivery or transportation of goods and materials unless such use is:

            (1) Incidental to your "business" of installing, maintaining, or repairing furnishings or equipment; or

            (2) For farming or ranching.

B. The definition of "your covered auto" is replaced by the following:

"Your covered auto" means:

    1. Any vehicle shown in the Schedule or in the Declarations.

    2. A "newly acquired auto".

3. Any "trailer" you own.

4. Any auto or "trailer" you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:

    a. Breakdown;    d. Loss; or

    b. Repair;    e. Destruction.

    c. Servicing;

This Provision (4.) does not apply to Coverage For Damage To Your Auto.

C. The following definition is added:

"Non-resident relatives" means two or more persons related by blood, marriage or adoption who reside in separate households. This includes a ward or foster child.

## II. Part A - Liability Coverage

The following exclusion is added to Part A:

We do not provide Liability Coverage for the ownership, maintenance or use of any vehicle, other than "your covered auto" by any:

1. "Non-resident relative"; or

2. "Family member" of a "non-resident relative".

PP 03 05 08 86

# LOSS PAYABLE CLAUSE

Loss
Payee: _____

Loss or damage under this policy shall be paid, as interest may appear, to you and the loss payee shown in the Declarations or in this endorsement. This insurance with respect to the interest of the loss payee, shall not become invalid because of your fraudulent acts or omissions unless the loss results from your conversion, secretion or embezzlement of "your covered auto". However, we reserve the right to cancel the policy as permitted by policy terms and the cancellation shall terminate this agreement as to the loss payee's interest. We will give the same advance notice of cancellation to the loss payee as we give to the named insured shown in the Declarations.

When we pay the loss payee we shall, to the extent of payment, be subrogated to the loss payee's rights of recovery.

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

PP 03 05 08 86                    Copyright, Insurance Services Office, Inc., 1986

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# UNINSURED MOTORISTS COVERAGE - FLORIDA (STACKED)

I. **Part C - UNINSURED MOTORISTS COVERAGE**

Part C is replaced by the following:

**INSURING AGREEMENT**

A. We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle" because of "bodily injury":

1. Sustained by an "insured"; and

2. Caused by an accident.

The owner's or operator's liability for these damages must arise out of ownership, maintenance or use of the "uninsured motor vehicle".

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

B. "Insured" as used in this Part means:

1. You or any "family member".

2. Any other person "occupying" "your covered auto".

3. Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in 1. or 2. above.

C. "Uninsured motor vehicle" means a land motor vehicle or trailer of any type:

1. To which no bodily injury liability bond or policy applies at the time of the accident.

2. To which a bodily injury liability bond or policy applies at the time of the accident but the amount paid for "bodily injury" under that bond or policy to an "insured" is not enough to pay the full amount the "insured" is legally entitled to recover as damages.

3. Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits or which causes an accident resulting in "bodily injury" without hitting:

a. You or any "family member";

b. A vehicle which you or any "family member" are "occupying"; or

c. "Your covered auto".

If there is no physical contact with the hit-and-run vehicle the facts of the accident must be proved. We will only accept competent evidence other than the testimony of a person making claims under this or any similar coverage.

4. To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:

a. Denies coverage; or

b. Is or becomes insolvent.

However, "uninsured motor vehicle" does not include any vehicle or equipment:

1. Owned by or furnished or available for the regular use of you or any "family member" unless it is a "your covered auto" to which Part A of the policy applies and liability coverage is excluded for any person other than you or any "family member" for damages sustained in the accident by you or any "family member".

2. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.

3. Owned by any governmental unit or agency.

4. Operated on rails or crawler treads.

5. Designed mainly for use off public roads while not on public roads.

6. While located for use as a residence or premises.

**EXCLUSIONS**

A. We do not provide Uninsured Motorists Coverage for "bodily injury" sustained by any person:

1. If that person or the legal representative settles the "bodily injury" claim without our written consent. However, this Exclusion (A.1.) does not apply:

a. If such settlement does not prejudice our right to recover payment; or

b. To a settlement made with the insurer of a vehicle described in Section 2. of the definition of "uninsured motor vehicle".

2. While "occupying" "your covered auto" when it is being used as a public or livery conveyance. This Exclusion (A.2.) does not apply to a share-the-expense car pool.

3. Using a vehicle without a reasonable belief that that person is entitled to do so. This Exclusion (A.3.) does not apply to a "family member" using "your covered auto" which is owned by you.

4. With respect to damages for pain, suffering, mental anguish or inconvenience unless the "bodily injury" consists in whole or in part of:

a. Significant and permanent loss of an important bodily function;

b. Permanent injury within a reasonable degree of medical probability, other than scarring or disfigurement.

c. Significant and permanent scarring or disfigurement; or

d. Death.

C. This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

1. Workers' compensation law; or

2. Disability benefits law.

D. We do not provide Uninsured Motorists Coverage for punitive or exemplary damages.

## LIMIT OF LIABILITY

A. Our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one accident is the sum of the limits of liability shown in the Declarations for each person. Subject to this limit for each person, our maximum limit of liability for all damages arising out of "bodily injury" resulting from any one accident is the sum of the limits of liability shown in the Declarations for each accident. This is the most we will pay regardless of the number of:

1. "Insureds";

2. Claims made;

3. Vehicles or premiums shown in the Declarations;

4. Vehicles involved in the accident; or

5. Policies.

B. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part A of this policy;

2. No-fault coverage; or

3. Automobile medical payments coverage.

C. We will not make a duplicate payment under this coverage for any element of loss for which payment had been made by or on behalf of persons or organizations who may be legally responsible.

D. We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:

1. Workers' compensation law; or

2. Disability benefits law.

## OTHER INSURANCE

If there is other applicable similar insurance, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance that we provide with respect to a vehicle you do not own shall be excess over any other collectible insurance.

## ARBITRATION

A. If we and an "insured" do not agree:

1. Whether that person is legally entitled to recover damages; or

2. As to the amount of damages which are recoverable by that "insured";

from the owner or operator of an "uninsured motor vehicle" then the matter may be:

1. Mediated, in accordance with the Mediation provision contained in Part F of the policy, if the damages resulting from "bodily injury" are for $10,000 or less; or

2. Arbitrated. However, disputes concerning coverage under this Part may not be arbitrated.

If either party demands mediation, the mediation must be completed before arbitration can occur.

B. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

If arbitration is not agreed to, an "insured" shall:

1. File a lawsuit in the proper court against the owner or driver of the uninsured auto and us. If the owner or driver of the uninsured auto is not known, an "insured" shall file the lawsuit against us; and

2. Immediately give us copies of the summons and complaints an "insured" filed for the lawsuit.

If an "insured" files suit against the owner or driver of the uninsured auto, we have the right to defend on the issues of the legal liability of and the damages owed by such owner or driver.

C. Each party will:

1. Pay the expenses it incurs; and

2. Bear the expenses of the third arbitrator equally.

D. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to the procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

1. Whether the "insured" is legally entitled to recover damages; and

2. The amount of damages, subject to the limits of liability for your uninsured motorists coverage as stated in the declarations of this policy.

## FLORIDA ARBITRATION CODE

If we and an "insured" agree to arbitration, the Florida Arbitration Code will not apply.

## ADDITIONAL DUTY

A person seeking Uninsured Motorists Coverage under Section 2. of the definition of "uninsured motor vehicle" must also promptly:

1. Send us copies of the legal papers if a suit is brought; and

2. Notify us in writing by certified or registered mail of a tentative settlement between the "insured" and the insurer of the "uninsured motor vehicle" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative

settlement to preserve our rights against the insurer, owner or operator of such "uninsured motor vehicle".

## II. PART F - GENERAL PROVISIONS

Part F is amended as follows:

A. The following us added to the **Our Right To Recover Payment** Provision:

### OUR RIGHT TO RECOVER PAYMENT

Our rights do not apply under Paragraph A. with respect to coverage under Section 2. of the definition of "uninsured motor vehicle" if we:

1. Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of an "uninsured motor vehicle"; and

2. Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

1. That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Uninsured Motorists Coverage; and

2. We also have a right to recover the advanced payment.

B. The following is added to the **Two Or More Auto Policies** Provision:

### TWO OR MORE AUTO POLICIES

1. This provision does not apply to Uninsured Motorists Coverage.

2. No one will be entitled to receive duplicate payments for the same elements of loss under Uninsured Motorists Coverage.

# EXTENDED TRANSPORTATION EXPENSES COVERAGE
# BOAT OWNERS

This endorsement is added to Part D - Coverage For Damage to Your Auto.

## TRANSPORTATION EXPENSES

3.  Temporary transportation expenses incurred by you in the event that a boat you own or any non-owned boat used by you for private pleasure purposes, provided the use is with the permission of the owner, becomes disabled, or due to severe weather conditions, leaves you stranded from the original point of embarkation.

    We will pay, up to the limits specified in the policy or increased limits if a specific premium charge is indicated on the Declarations Page, transportation expenses incurred by you when it is necessary for you to return to:

    a.  the original point of embarkation, or

    b.  the point of destination;

    whichever is less.

EXTE (11/94)                                                    Ç

PP 03 26 06 94

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
## LIABILITY COVERAGE EXCLUSION ENDORSEMENT

**LIABILITY COVERAGE**

The following exclusion is added to Part A, Section A:

We do not provide Liability Coverage for any "insured" for "bodily injury" to you or any "family member".

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

PP 03 26 06 94                    Copyright, Insurance Services Office, Inc., 1993

PP 03 25 06 94

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

# FULL WINDSHIELD COVERAGE

With respect to the coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

## PART D - COVERAGE FOR DAMAGE TO YOUR AUTO

The first paragraph of the Insuring Agreement in Part D is amended by the addition of the following:

We will pay under Other Than Collision Coverage for the cost of repairing or replacing the damaged windshield on "your covered auto" without a deductible. We will pay only if the Declarations indicates that Other Than Collision Coverage applies.

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, Inc., 1993

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF POLICY PROVISIONS - FLORIDA

## I. Part A - Liability Coverage

The **Other Insurance** Provision of Part A is replaced by the following:

### OTHER INSURANCE

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. Any insurance we provide for a vehicle you do not own shall be excess over any other collectible insurance.

However, we will provide primary insurance for a vehicle you do not own if:

1. The vehicle is leased by you under a written rental or lease agreement; and

2. The face of the rental or lease agreement contains, in at least 10-point type, the following language:

   The valid and collectible liability insurance of any authorized rental or leasing driver is primary for the limits of liability coverage required by FLA. STAT. SECTION 324.021(7).

## II. Part D - Coverage For Damage To Your Auto

The **Appraisal** Provision of Part D is replaced by the following:

### APPRAISAL

A. If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. Upon notice of a demand for appraisal, the opposing party may, prior to appraisal, demand mediation of the dispute in accordance with the Mediation provision contained in Part F of the policy. The mediation must be completed before a demand for appraisal can be made.

B. In the event of a demand for appraisal, each party will select a competent appraiser. The two appraisers will select an umpire. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   1. Pay its chosen appraiser; and

   2. Bear the expenses of the appraisal and umpire equally.

C. We do not waive any of our rights under this policy by agreeing to an appraisal.

## III. Part F - General Provisions

Part F is amended as follows:

A. The **Termination** Provision is replaced by the following:

### TERMINATION

#### Cancellation

This policy may be cancelled during the policy period as follows:

1. The named insured shown in the Declarations may cancel by:

   a. Returning this policy to us; or

   b. Giving us advance written notice of the date cancellation is to take effect.

2. The named insured:

   a. May not cancel this policy, if this policy provides Personal Injury Protection and Liability Coverage, during the first 60 days immediately following the date of issuance or renewal unless:

      (1) "Your covered auto" has been totally destroyed so that it is no longer operable on the roads of Florida; or

      (2) The named insured transfers ownership of "your covered auto"; or

      (3) The named insured obtains other insurance on "your covered auto"; or

      (4) The named insured is a member of the United States Armed Forces and is called to or on active duty outside the United States in an emergency situation.

   b. May cancel for any reason after this policy is in effect for 60 days.

3. If this is a new policy, we will not cancel for nonpayment of premium during the first 60 days following the date of issuance. However, we may cancel if a check used to pay us is dishonored for any reason.

4. After this policy is in effect for 60 days, we will cancel only:

   a. For nonpayment of premium; or

   b. If your driver's license or that of:

      (1) Any driver who lives with you; or

---

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, Inc., 1997    **Page 1 of 3**

(2) Any driver who customarily uses "your covered auto";

has been suspended or revoked. This must have occurred during:

(1) The policy period; or

(2) The 180 days immediately preceding the original effective date of the policy; or

c. If the policy was obtained through material misrepresentation or fraud.

5. Except as provided in Section **6.**, we may cancel by mailing by registered or certified mail or United States Post Office proof of mailing to the named insured shown in the Declarations at the address shown in the policy:

a. At least 10 days notice if cancellation is for nonpayment of premium; or

b. At least 45 days notice in all other cases.

6. In the event we determine that you have been charged an incorrect premium for coverage requested in your application for insurance, we shall immediately mail you notice of any additional premium due us. If within 15 days of the notice of additional premium due (or a longer time period as specified in the notice), you fail to either:

a. Pay the additional premium and maintain this policy in full force under its original terms; or

b. Cancel this policy and demand a refund of any unearned premium;

then this policy shall be cancelled effective 15 days from the date of the notice (or a longer time period as specified in the notice).

### Nonrenewal

If we decide not to renew or continue this policy we will mail advance notice to the named insured shown in the Declarations at the address shown in this policy at least 45 days before the end of the policy period. Notice will be mailed by registered or certified mail or United States Post Office proof of mailing. Subject to this notice requirement, if the policy period is:

1. Less than 6 months, we will have the right not to renew or continue this policy every 6 months, beginning 6 months after its original effective date.

2. 6 months or longer, but less than one year, we will have the right not to renew or continue this policy at the end of the policy period.

3. 1 year or longer, we will have the right not to renew or continue this policy at each anniversary of its original effective date.

We will not refuse to renew or continue this policy solely because:

1. You were convicted of one or more traffic violations which did not involve an accident or cause revocation or suspension of your driving privilege unless you have been convicted of, or plead guilty to:

a. Two such traffic violations within an 18 month period;

b. Three or more such traffic violations within a 36 month period; or

c. Exceeding the lawful speed limit by more than 15 miles per hour; or

2. You have had an accident. However, we may refuse to renew or continue this policy if, at the time of nonrenewal, you have had two or more at-fault accidents, or three or more accidents regardless of fault, within the current 3-year period.

### Automatic Termination

If we offer to renew or continue and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If you obtain other insurance on "your covered auto", any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.

### Other Termination Provisions

1. We may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.

2. If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

3. The effective date of cancellation stated in the notice shall become the end of the policy period.

B. The following provision is added:

### MEDIATION

In any claim filed with us for:

1. Loss resulting from "bodily injury" in an amount of $10,000 or less;

2. "Property damage"; or

3. Loss to "your covered auto" or any "non-owned auto";

either party may demand mediation of the claim, prior to taking legal action, by filing a written request with the Department of Insurance on a form which may be obtained from the Department. The request must state:

1. Why mediation is being requested; and

2. The issues in dispute which are to be mediated.

Only one mediation may be requested for each claim, unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

The Department shall randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference, which will be held within 45 days of the request for mediation. The conference may be held by telephone, if feasible.

The mediation shall be conducted as an informal process and formal rules of evidence and procedure need not be observed. Participants must:

1.  Have authority to make a binding decision; and

2.  Mediate in good faith.

Costs of the mediation shall be shared equally by both parties unless the mediator determines that one party has not mediated in good faith.

      Copyright, Insurance Services Office, Inc., 1997

D003 7910

## PIP PAYMENT RECORD

AIG Claim Services, Inc.
P.O. Box 512410
Longwood, FL 32752-2410

| | | |
|---|---|---|
| Claim Number: | A10381051 | |
| Symbol: | | State: Florida |
| Claimant: | Allyn Horton | PIP Limit: $10,000.00 |
| Date of Loss: | 02/08/2001 | MP Limit: $0.00 |
| | | Deductible: $0.00 |
| | | Extended PIP?: no |

PIP: **$XX.XX**  MP: **$0.00**  Interest: **$REF!**  Total: **$REF!**   Paid / Remaining: **$XX.XX**

**SERVICE CODES: M=Medical  W=Wages  B=Service  D=Death  MR=Mileage**

Service Codes:  Medical M / S 0.6 ; Service S 1 ; Wages W 0.8 ; Death D 1 ; Mileage MR 0.6

| Code | From | To | Provider | Tax ID | Billed | Allowed | % | Deductible | PIP Payment | Interest Payment | Date Received | Date Paid | MR Rate | Total Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 02/08/2001 | 02/04/2001 | | | | | 80% | 0.00 | 78.79 | 0.00 | 02/26/2001 | 03/12/2001 | 0.00 | 78.79 |
| M | 03/16/2001 | 03/16/2001 | Mote Wellness Rehab | 65-0974787 | 290.00 | 290.00 | 80% | 0.00 | 232.00 | 0.00 | 03/26/2001 | 04/10/2001 | 0.00 | 232.00 |
| M | 03/20/2001 | 03/20/2001 | Mote Wellness Rehab | 65-0974787 | 585.00 | 585.00 | 80% | 0.00 | 468.00 | 0.00 | 04/02/2001 | 04/10/2001 | 0.00 | 468.00 |
| M | 03/23/2001 | 03/23/2001 | Mote Wellness Rehab | 65-0974787 | | | 80% | 0.00 | 157.60 | 0.00 | 03/22/2001 | 04/10/2001 | 0.00 | 167.00 |
| M | 02/08/2001 | 02/08/2001 | | | 435.00 | 435.00 | 80% | 0.00 | 348.00 | 0.00 | 04/10/2001 | 04/27/2001 | 0.00 | 348.00 |
| M | 03/27/2001 | 03/27/2001 | Mote Wellness Rehab | 65-0974787 | 245.00 | 245.00 | 80% | 0.00 | 196.00 | 0.00 | 04/16/2001 | 04/27/2001 | 0.00 | 196.00 |
| M | 04/03/2001 | 04/03/2001 | Mote Wellness Rehab | 65-0974787 | 200.00 | 200.00 | 80% | 0.00 | 160.00 | 0.00 | 04/30/2001 | 05/31/2001 | 1.36 | 181.36 |
| M | 04/18/2001 | 04/18/2001 | Mote Wellness Rehab | 65-0974787 | | | 80% | 0.00 | 52.00 | 0.00 | 05/08/2001 | 05/31/2001 | 0.00 | 52.00 |
| M | 04/11/2001 | 04/11/2001 | | | 1,140.00 | 1,140.00 | 80% | 0.00 | 912.00 | 0.00 | 04/20/2001 | 06/06/2001 | 0.00 | 912.00 |
| M | 04/04/2001 | 04/13/2001 | Mote Wellness Rehab | 65-0974787 | | | 80% | $REF! | $REF! | 0.00 | 05/21/2001 | 06/19/2001 | $REF! | 2,197.71 |
| M | 03/14/2001 | 03/14/2001 | | | | | 80% | $REF! | $REF! | 0.00 | 05/15/2001 | 06/22/2001 | 0.00 | 2,645.33 |
| M | 04/18/2001 | 05/14/2001 | | | | | 80% | $REF! | 2,646.33 | 0.00 | 06/28/2001 | 07/19/2001 | 0.00 | |
| M | 05/29/2001 | 08/26/2001 | | | | | N/A | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | | N/A | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | | N/A | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | | N/A | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | | N/A | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | | N/A | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | | N/A | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | | N/A | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | | N/A | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | | N/A | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | | N/A | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | | N/A | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | | N/A | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | | N/A | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | | N/A | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | | N/A | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | | N/A | 0.00 | 0.00 | 0.00 | | | | 0.00 |

PIP Payment Record  Page 1 of 1

Printed: 07/24/2001

Rev: 03/11/00; RI

**EXHIBIT C**

**AIG** *Insuring Your Work.*
*Your Life. Your World.*

Explanation of Review

| | |
|---|---|
| | Page  1    of   1 |
| | Case  A11-FFLN-004949 |
| Client Name: AIGCS FL(FL)    NF - AIGCSDE19850 | Review Date  03-28-2001 |
| | Adjustor  BADDERS |
| | File  00000240/00000000 000 |
| | Reviewer  HH/ |

Provider   MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim  A1038106-1

DOI  02-08-2001
Claimant  HORTON, ALIYA
8880 THUMBWOOD CIRCLE
BOYNTON BEACH, FL 33436

Tax ID  650974787    OM
DOS  03-16-2001

Dx 1: 470. DEVIATED NASAL SEPTUM    Dx 2. 723.4 BRACHIAL NEURITIS NOS
Dx 3: 848.42 SPRAIN  CHONDROSTERNAL

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-16-2001 | 3 | 1 | 99204 | | NEW E/M OFFICE VISIT | 1 | 1 | 150.00 | | | | 150.00 | |
| 03-16-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 03-16-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-16-2001 | 3 | 1 | 97535 | | SELF CARE/HOME TRAININ | 1 | 1 | 55.00 | 54.97 | | | 0.03 | |
| 03-16-2001 | 3 | 1 | A4556 | | ELECTRODES | 1 | 1 | 20.00 | 20.00 | | | 0.00 | 217 |

Total Charges:   290.00
Bill Review Reductions:   74.97
Recommended Allowance:   215.03

*217   THE
***
The
***

0 • C    E VALUE OF ANOTHER PROCEDURE PERFORMED ON THIS DATE.
TOR'S REVIEW********************

290 • x
0 • 8 =
232 • *

* UNLESS O    UCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PR

PAID

OK TO PAY
P  F  EX  Code
Res Check
Date/Int.

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA  19317

CSG000001

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PICA

## HEALTH INSURANCE CLAIM FORM

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| | | | | X | | | A010381066 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE MM DD YY | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| HORTON ALIYA | 10 27 82 | M□ F□ | HORTON ALIYA |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 3820 THURGOOD CIRCLE | Self□ Spouse□ Child☒ Other□ | 3820 THURGOOD CIRCLE |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single☒ Married□ Other□ | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33436 | (561) 736 5100 | Employed□ Full-Time Student□ Part-Time Student□ | 33436 | (561) 736 5100 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| HORTON ALIYA | | 1096801 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH MM DD YY | SEX |
|---|---|---|---|
| 7008912 | YES□ NO☒ | 10 27 82 | M□ F□ |

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| 10 27 82 | M□ F☒ | YES□ NO□ | FL | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES□ NO☒ | ATG |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| CIGNA HEALTHCARE OF FLORIDA | | YES☒ NO□ If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below. | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below. |
|---|---|
| SIGNED SIGNATURE ON FILE DATE 03 22 01 | SIGNED SIGNATURE ON FILE |

| 14. DATE OF CURRENT: MM DD YY 02 08 01 ◄ ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY MM DD YY FROM TO |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY MM DD YY FROM TO |
|---|---|---|

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? YES□ NO☒ | $ CHARGES |
|---|---|---|---|

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO. |
|---|---|
| 1. 847.0    3. 848.42 | |
| 2. 739.3    4. | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From To MM DD YY MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03 16 01 | 11 | 1 | 99204 | 123 | 150 00 | 1 | | | | |
| 2 | 03 16 01 | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 3 | 03 16 01 | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |
| 4 | 03 16 01 | 11 | 1 | 97535 | 123 | 55 00 | 1 | | | | |
| 5 | 03 16 01 | 11 | 1 | A4556 | 123 | 20 00 | 1 | | | | |
| 6 | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 650974787 ☒ | HORAL124-00 | YES☒ NO□ | $ 290 00 | $ 0 00 | $ 290 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| DAVID R MOTE DC SIGNED 03 22 DATE | | MOTE WELLNESS REHAB INC 3925 W BOYNTON BEACH BLVD BOYNTON BEACH FL 33436 PIN# H0006242 GRP# 742-3297 |

1C14

RECEIVED
MAR 25 2001
LONGWOOD

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)  **PLEASE PRINT OR TYPE**

FORM HCFA-1500 (12-90)
FORM OWCP-1500    FORM RRB-1500

**AIG**
*Insuring Your Wo*
*Your Life, Your World.*

Explanation of Review

Page 1 of 1
Case: AI1-FFLN-0049788
Review Date: 04-04-2001
Adjustor: **BADDERS**
File: 00000240/00000000/00000000
Reviewer: CA

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1038106-1

DOI: 02-08-2001
Claimant: HORTON, ALIYA
8880 THUMBWOOD CIRCLE
BOYNTON BEACH, FL 33436

Tax ID: 650974787    OM
DOS: 03-20-2001 to 03-23-2001

Dx 1. 847.0 SPRAIN OF NECK          Dx 2. 723.4 BRACHIAL NEURITIS NOS
Dx 3. 848.42 SPRAIN CHONDROSTERNAL

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx No | Units | Charges | Bill Review | PPO | UM | Allowance | Exp Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-20-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 03-20-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-20-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | | | 40.00 | |
| 03-20-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-20-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 1.78 | | | 48.22 | |
| 03-21-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 03-21-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-21-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-21-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | | | 40.00 | |
| 03-21-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 1.78 | | | 48.22 | |
| 03-23-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 03-23-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-23-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | | | 40.00 | |
| 03-23-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-23-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 1.78 | | | 48.22 | |

Total Charges: 585.00
Bill Review Reductions: 5.34
Recommended Allowance: 579.66

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*PAYMENT PENDING ADJUSTOR'S REVIEW\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The Explanation of Review is sent solely for your records.
\*\*\*\*\*\*\*\*THIS IS NOT A BILL\*\*\*\*\*\*\*\*

\* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCI...
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

585 · X
0 · 8 =
468 · 00 *
0 · *

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

RECEIVED
APR 05 2001
AIGCS
LONGWOOD

CSG000002

APPROVED OMB-0938-0008

PICA

**HEALTH INSURANCE CLAIM FORM**

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | FOR PROGRAM IN ITEM 1 |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | A010081068LB | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
HORTON ALIYA

3. PATIENT'S BIRTH DATE  MM DD YY  10 27 82  SEX  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
HORTON ALIYA

5. PATIENT'S ADDRESS (No., Street)
8880 THUMBWOOD CIRCLE

6. PATIENT RELATIONSHIP TO INSURED  Self □ Spouse □ Child X Other □

7. INSURED'S ADDRESS (No., Street)
8880 THUMBWOOD CIRCLE

CITY  BOYNTON BEACH  STATE FL

8. PATIENT STATUS  Single X  Married □  Other □

CITY  BOYNTON BEACH  STATE FL

ZIP CODE 33436  TELEPHONE (Include Area Code) (561) 736 5100

Employed X  Full-Time Student □  Part-Time Student □

ZIP CODE 33436  TELEPHONE (INCLUDE AREA CODE) (561) 736 5100

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
HORTON ALIYA

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
1096601

a. OTHER INSURED'S POLICY OR GROUP NUMBER
3008912

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  □ YES  X NO

a. INSURED'S DATE OF BIRTH  MM DD YY  10 27 82  SEX  F

b. OTHER INSURED'S DATE OF BIRTH  10 27 82  SEX  F X

b. AUTO ACCIDENT?  X YES  □ NO  PLACE (State) FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  □ YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME
CIGNA HEALTHCARE OF FLORIDA

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  X YES  □ NO  If yes, return to and complete item 9 a-d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE    DATE 03 29 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)  MM DD YY  02 08 01

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  □ YES  X NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847 0
2. 723 4
3. 848 42
4.

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 03 20 01 | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 03 20 01 | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |
| 03 20 01 | 11 | 1 | 97124 | 123 | 40 00 | 1 | | | | RECEIVED |
| 03 20 01 | 11 | 1 | 97012 | 123 | 35 00 | 1 | | | | APR 02 2001 |
| 03 20 01 | 11 | 1 | 97140 | 123 | 50 00 | 1 | | | | AIGCS LONGWOOD, FL |

25. FEDERAL TAX I.D. NUMBER  650974787  SSN □ EIN X

26. PATIENT'S ACCOUNT NO.  HORALI24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  X YES  □ NO

28. TOTAL CHARGE  $ 190 00

29. AMOUNT PAID  $ 0 00

30. BALANCE DUE  $ 190 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID R MOTE DC    SIGNED 03 29 01  DATE

RECEIVED APR 05 2001 AIGCS

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN# CH0006242  GRP# 561 742-3280

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

PLEASE PRINT OR TYPE

FORM HCFA-1500 (12-90)
FORM OWCP-1500  FORM RRB-1500

CSG000010

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX 2410

LONGWOOD FL 32752-2410

PICA

**HEALTH INSURANCE CLAIM FORM**

PICA

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | FOR PROGRAM IN ITEM |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | Sponsor's SSN) | (VA File #) | SSN or ID) | (SSN) | X (ID) | AD10281BLB | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
HORTON ALIYA

3. PATIENT'S BIRTH DATE  MM 10 DD 27 YY 82   SEX  M □ F X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
HORTON ALIYA

5. PATIENT'S ADDRESS (No., Street)
3350 THUMBWOOD CIRCLE

6. PATIENT RELATIONSHIP TO INSURED
Self □ Spouse □ Child X Other □

7. INSURED'S ADDRESS (No., Street)
3350 THUMBWOOD CIRCLE

CITY
BOYNTON BEACH    STATE FL

8. PATIENT STATUS
Single X   Married □   Other □

CITY
BOYNTON BEACH    STATE FL

ZIP CODE 33436    TELEPHONE (Include Area Code) (561) 736 5100

Employed □   Full-Time Student □   Part-Time Student □

ZIP CODE 33436    TELEPHONE (INCLUDE AREA CODE) (561) 736 5100

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
HORTON ALIYA

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
1096601

a. OTHER INSURED'S POLICY OR GROUP NUMBER
3008912

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
□ YES  X NO

a. INSURED'S DATE OF BIRTH  MM 10 DD 27 YY 82   SEX M □ F X

b. OTHER INSURED'S DATE OF BIRTH  MM 10 DD 27 YY 82   SEX M □ F X

b. AUTO ACCIDENT?
□ YES  X NO    PLACE (State) FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
□ YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME
CIGNA HEALTHCARE OF FLORIDA

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
X YES  □ NO    If yes, return to and complete item 9 a-d

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE  03 29 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:  MM 02 DD 08 YY 01   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  MM DD YY  TO  MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  MM DD YY  TO  MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  □ YES  X NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 847 0    3. 848 42
2. 723 4    4.

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 21 01 | | 11 | 1 | 97010 | | 123 | 30 00 | 1 | | | | |
| 03 21 01 | | 11 | 1 | 97014 | | 123 | 35 00 | 1 | | | | |
| 03 21 01 | | 11 | 1 | 97112 | | 123 | 50 00 | 1 | | | | |
| 03 21 01 | | 11 | 1 | 97124 | | 123 | 40 00 | 1 | | | | |
| 03 21 01 | | 11 | 1 | 97140 | | 123 | 50 00 | 1 | | | | |

RECEIVED
APR 0 2 2001
AIGCS
LONGWOOD, FL

25. FEDERAL TAX I.D. NUMBER  SSN □ EIN X
650974787

26. PATIENT'S ACCOUNT NO.
HORALI24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
X YES  □ NO

28. TOTAL CHARGE  $ 205 00

29. AMOUNT PAID  $ 0 00

30. BALANCE DUE  $ 205 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

DAVID R MOTE DC
SIGNED  03 29 01  DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
APR 05 2001
AIGCS
LONGWOOD, FL

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN CH0006242  GRP 56 742-3636

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

**PLEASE PRINT OR TYPE**

FORM HCFA-1500 (12-90)
FORM OWCP-1500    FORM RRB-1500

CSG000011

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX 2240
LONGWOOD FL 32752-2410

**HEALTH INSURANCE CLAIM FORM**

PICA | | | PICA

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER [X] (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) A01038106LB |
|---|---|---|---|---|---|---|---|

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) HORTON ALIYA | 3. PATIENT'S BIRTH DATE MM 10 DD 29 YY 82 SEX M F | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) HORTON ALIYA |
|---|---|---|

| 5. PATIENT'S ADDRESS (No., Street) 8880 THUMBWOOD CIRCLE | 6. PATIENT RELATIONSHIP TO INSURED Self Spouse Child [X] Other | 7. INSURED'S ADDRESS (No., Street) 8880 THUMBWOOD CIRCLE |
|---|---|---|

| CITY BOYNTON BEACH | STATE FL | 8. PATIENT STATUS Single Married Other | CITY BOYNTON BEACH | STATE FL |
|---|---|---|---|---|

| ZIP CODE 33436 | TELEPHONE (Include Area Code) (561) 736 5100 | Employed [X] Full-Time Student Part-Time Student | ZIP CODE 33436 | TELEPHONE (INCLUDE AREA CODE) (561) 736 5100 |
|---|---|---|---|---|

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) HORTON ALIYA | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER 1096601 |
|---|---|---|

| a. OTHER INSURED'S POLICY OR GROUP NUMBER 3008912 | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES [X] NO | a. INSURED'S DATE OF BIRTH MM 10 DD 27 YY 82 SEX M F |
|---|---|---|

| b. OTHER INSURED'S DATE OF BIRTH MM 10 DD 27 YY 82 SEX M F | b. AUTO ACCIDENT? [X] YES NO PLACE (State) FL | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES [X] NO | c. INSURANCE PLAN NAME OR PROGRAM NAME AIG |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME CIGNA HEALTHCARE OF FLORIDA | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [X] YES NO If yes, return to and complete item 9 a-d. |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE DATE 03 29 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) 02 08 01 | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO |
|---|---|---|

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? YES [X] NO $ CHARGES |
|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)
1. 847 0
2. 723 4
3. 848 42
4.

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03 23 01 | | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 2 | 03 23 01 | | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | RECEIVED |
| 3 | 03 23 01 | | 11 | 1 | 97124 | 123 | 40 00 | 1 | | | | APR 0 2 2001 |
| 4 | 03 23 01 | | 11 | 1 | 97012 | 123 | 35 00 | 1 | | | | AIGCS LONGWOOD, FL |
| 5 | 03 23 01 | | 11 | 1 | 97140 | 123 | 50 00 | 1 | | | | |
| 6 | | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER 650974787 SSN EIN [X] | 26. PATIENT'S ACCOUNT NO. HORALI24-00 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES NO | 28. TOTAL CHARGE $ 190 00 | 29. AMOUNT PAID $ 0 00 | 30. BALANCE DUE $ 190 00 |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) DAVID R MOTE DC SIGNED DATE 03 29 01 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) RECEIVED APR 0 5 2001 AIGCS | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # MOTE WELLNESS REHAB INC 3925 W BOYNTON BEACH BLVD BOYNTON BEACH FL 33436 PIN# CH0006242 GRP# 561 742-3293 |
|---|---|---|

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE

FORM HCFA-1500 (12-90)
FORM OWCP-1500   FORM RRB 1500

CSG000012



**AIG** *Insuring Your Work,*
*Your Life, Your World.*

Explanation of Review

DROP TO FILE

Page 1 of 1
Case: AI1-FFLN-0050317
Review Date: 04-16-2001
Adjustor: LADDERS
File: 00000240/00000000/00000000
Reviewer: CA/

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

42

Claim: A0038106-1

Provider: MOTE WELLNESS REHAB
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH, FL 33436

DOI: 02-08-2001
Claimant: HORTON, ALIYA
8880 THUMBWOOD CIRCLE
BOYNTON BEACH, FL 33436

Tax ID: 650974787    OM
DOS: 03-27-2001 to 03-28-2001

Dx 1: 847.0 SPRAIN OF NECK    Dx 2: 723.4 BRACHIAL NEURITIS NOS
Dx 3: 848.42 SPRAIN CHONDROSTERNAL

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO UM | Allowance | Expl. Code(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-27-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | 30.00 | |
| 03-27-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | 35.00 | |
| 03-27-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | | 40.00 | |
| 03-27-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | 35.00 | |
| 03-27-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 1.78 | | 48.22 | |
| 03-28-2001 | 3 | 1 | 98940 | | CHIRO MANIPULATION | 1 | 1 | 55.00 | 3.57 | | 51.43 | |
| 03-28-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | 30.00 | |
| 03-28-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | 35.00 | |
| 03-28-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | | 40.00 | |
| 03-28-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | 35.00 | |
| 03-28-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 1.78 | | 48.22 | |

Total Charges: 435.00
Bill Review Reductions: 7.13    o/35 00
Recommended Allowance: 427.87

•••••••••••••••PAYMENT PENDING ADJUSTOR'S REVIEW••••••••••••••••••
The Explanation of Review is sent solely for your records
•••••••THIS IS NOT A BILL••••••••

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DI
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

OK TO PAY

OULD APPEAR REASONABLE

435 · X
0 · 8 = 1/24 01pm ID
346 · 00 *

0 · *

RECEIVED
APR 17 200
AIGCL
CHSWOOD, FL

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO

AIGCS - PBR, P O. BOX 2006, CHADDSFORD, PA 19317

**CSG000003**

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

AIG
PO BOX 522  0

LONGWOOD FL  32752-2410

CARRIER

PICA | **HEALTH INSURANCE CLAIM FORM** | PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | A01038106LB | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| HORTON ALIYA | 10 27 82 | M ☐ F X | HORTON ALIYA |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 8880 THUMBWOOD CIRCLE | Self ☐ Spouse ☐ Child X Other ☐ | 8880 THUMBWOOD CIRCLE |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single X Married ☐ Other ☐ | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33436 | (561) 736 5100 | Employed X Full-Time Student ☐ Part-Time Student ☐ | 33436 | (561) 736 5100 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| HORTON ALIYA | | 1096601 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| 3008912 | ☐ YES X NO | 10 27 82 | M ☐ F X |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| 10 27 82 | M ☐ F X | X YES ☐ NO | FL | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | ☐ YES X NO | AIG |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| CIGNA HEALTHCARE OF FLORIDA | | X YES ☐ NO  If yes, return to and complete item 9 a-d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below |
|---|---|
| SIGNATURE ON FILE | SIGNATURE ON FILE |
| SIGNED                    DATE  04 05 01 | SIGNED |

| 14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 02 08 01 | | FROM                TO |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | | FROM                TO |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?  $ CHARGES |
|---|---|
| | ☐ YES X NO |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. |
|---|---|
| 1. 847 0        3. 848 42 | |
| 2. 723 4        4. | 23. PRIOR AUTHORIZA  **CSG000013** |

| 24. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 03 27 01 | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 03 27 01 | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |
| 03 27 01 | 11 | 1 | 97124 | 123 | 40 00 | 1 | | | | |
| 03 27 01 | 11 | 1 | 97012 | 123 | 35 00 | 1 | | | | |
| 03 27 01 | 11 | 1 | 97140 | 123 | 50 00 | 1 | | | | |

R E C E I V E D
APR 1 0 2001
AIGCS
LONGWOOD F

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 650974787         X | HORALI24-00 | X YES ☐ NO | $ 190 00 | $ 0 00 | $ 190 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| DAVID R MOTE DC | APR 1 200 | MOTE WELLNESS REHAB INC |
| SIGNED        04 05 01 | AIGCS LONGWOOD FL | 3925 W BOYNTON BEACH BLVD |
| | | BOYNTON BEACH FL 33436 |
| | | PIN# CH0006242   561 742-3283 |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    **PLEASE PRINT OR TYPE**    FORM HCFA-1500  12-90 / FORM OWCP-1500 / FORM RRB-1500

PICA

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

AIG
PO BOX 522
LONGWOOD FL   32752-2410

CARRIER

## HEALTH INSURANCE CLAIM FORM

PICA                                                                    PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
HORTON ALIYA

3. PATIENT'S BIRTH DATE  10 27 82   SEX  M☐ F☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
HORTON ALIYA

5. PATIENT'S ADDRESS (No., Street)
8880 THUMBWOOD CIRCLE

6. PATIENT RELATIONSHIP TO INSURED
Self☐ Spouse☐ Child☒ Other☐

7. INSURED'S ADDRESS (No., Street)
8880 THUMBWOOD CIRCLE

CITY
BOYNTON BEACH   STATE FL

8. PATIENT STATUS
Single☒  Married☐  Other☐

CITY
BOYNTON BEACH   STATE FL

ZIP CODE
33436   TELEPHONE (Include Area Code)
(561) 736 5100

Employed☒  Full-Time Student☐  Part-Time Student☐

ZIP CODE
33436   TELEPHONE (INCLUDE AREA CODE)
(561) 736 5100

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
HORTON ALIYA

10. IS PATIENT'S CONDITION RELATED TO

11. INSURED'S POLICY GROUP OR FECA NUMBER
1096601

a. OTHER INSURED'S POLICY OR GROUP NUMBER
3008912

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES☐ NO☒

a. INSURED'S DATE OF BIRTH  10 27 82   SEX  M☐ F☒

b. OTHER INSURED'S DATE OF BIRTH  10 27 82   SEX  M☐ F☒

b. AUTO ACCIDENT?  PLACE (State)
YES☐ NO☒  FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES☐ NO☒

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME
CIGNA HEALTHCARE OF FLORIDA

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES☒  NO☐  If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below
SIGNED   SIGNATURE ON FILE   DATE 04 05 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below
SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT  02 08 01  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES☐ NO☒   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)
1. 847 0     3. 848 42
2. 723 4     4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER
CSG000014

| 24. A DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 03 28 01 | 11 | 1 | 98940 | 123 | 55 00 | 1 | | | | |
| 03 28 01 | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 03 28 01 | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |
| 03 28 01 | 11 | 1 | 97124 | 123 | 40 00 | 1 | | | | |
| 03 28 01 | 11 | 1 | 97012 | 123 | 35 00 | 1 | | | | |
| 03 28 01 | 11 | 1 | 97140 | 123 | 50 00 | 1 | | | | |

RECEIVED
APR 10 2001
AIGCS
LONGWOOD, F

25. FEDERAL TAX I.D. NUMBER  SSN EIN
650774787   ☒

26. PATIENT'S ACCOUNT NO.
HORALI24-00

27. ACCEPT ASSIGNMENT?
YES☒ NO☐

28. TOTAL CHARGE
$ 245 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 245 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID R MOTE DC   04 05 01
SIGNED

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
AIGCS
LONGWOOD, FL

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE
MOTE WELLNESS   REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL   33436
PIN# CHO006242   GRP# 561 742-3283

**AIG** *Insuring Your Work,*
*Your Life. Your World.*

Explanation of Review

DROP TO FILE

Page: 1    of    1
Case: A11-FFLN-0050425
Review Date: 04-18-2001
Adjustor: **BADDERS**
File: 00000240/00000000 (00000000)
Reviewer: HH

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

---

Provider:  MOTE WELLNESS REHAB
           3925 W BOYNTON BEACH BLVD
           BOYNTON BEACH, FL 33436

Claim: A1038106-1

DOI: 02-08-2001
Claimant: HORTON, ALIYA
          8880 THUMBWOOD CIRCLE
          BOYNTON BEACH, FL 33436

Tax ID: 650974787    OM
DOS: 04-03-2001

Dx 1: 847.0 SPRAIN OF NECK    Dx 2: 723.4 BRACHIAL NEURITIS NOS
Dx 3: 848.42 SPRAIN  CHONDROSTERNAL

| Date Of Service | PS | TS | Code | Mod. | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exp Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-03-2001 | 3 | 1 | 98940 | | CHIRO MANIPULATION | 1 | 1 | 55.00 | 3.93 | | | 51.07 | |
| 04-03-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-03-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-03-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |
| 04-03-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-03-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |

Total Charges:    245.00
Bill Review Reductions:    ~~9.31~~    245 00
Recommended Allowance:    ~~235.69~~

---

**********************PAYMENT PENDING ADJUSTOR'S REVIEW*********************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL RE                    EDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

OK TO PAY
P OF EX Code
Res Check
Date/Int.

```
2 4 5 • X
0 • 8 =
1 9 6 • 0 0 *
```

PAID

RECEI

APR 19 2001

AIGCS
LONG

```
0 • *
```

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA  19317

DO NOT
STAPLE
IN THIS
AREA

PO BOX 2-10

LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PICA | | | | | | | | PICA |

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | FOR PROGRAM IN ITEM |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | Sponsor's SSN | VA File # | (SSN or ID) | (SSN) | X (ID) | A01038106LB | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE MM DD YY | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| HORTON ALIYA | 10 27 82 | M ☐ F X | HORTON ALIYA |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 8880 THUMBWOOD CIRCLE | Self ☐ Spouse ☐ Child X Other ☐ | 8880 THUMBWOOD CIRCLE |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single X Married ☐ Other ☐ | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33436 | (561) 736 5100 | Employed X Full-Time Student ☐ Part-Time Student ☐ | 33436 | (561) 736 5100 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| HORTON ALIYA | | 1096601 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH MM DD YY | SEX |
|---|---|---|---|
| 3008912 | ☐ YES X NO | 10 27 82 | M ☐ F X |

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| 10 27 82 | M ☐ F X | ☐ YES ☐ NO FL | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | ☐ YES X NO | AIG |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| CIGNA HEALTHCARE OF FLORIDA | | X YES ☐ NO  If yes, return to and complete item 9 a-d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below. |
|---|---|
| SIGNED SIGNATURE ON FILE   DATE 04 11 01 | SIGNED SIGNATURE ON FILE |

| 14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 02 08 01 | | FROM        TO |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | | FROM        TO |

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB?   $ CHARGES |
|---|---|---|
| | | ☐ YES X NO |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE    ORIGINAL REF NO |
|---|---|
| 1. 847 0    3. 848 42 | |
| 2. 723 4    4. | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 03 01 | | 11 | 1 | 98940 | | 123 | 55 00 | 1 | | | | |
| 04 03 01 | | 11 | 1 | 97010 | - | 123 | 30 00 | 1 | | | | |
| 04 03 01 | | 11 | 1 | 97014 | | 123 | 35 00 | 1 | | | | |
| 04 03 01 | | 11 | 1 | 97124 | | 123 | 40 00 | 1 | | | | |
| 04 03 01 | | 11 | 1 | 97012 | | 123 | 35 00 | 1 | | | | |
| 04 03 01 | | 11 | 1 | 97140 | | 123 | 50 00 | 1 | | | | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 650974787 | ☐ X | HORALI24-00 | X YES ☐ NO | $ 245 00 | $ 0 00 | $ 245 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE |
|---|---|---|
| DAVID R MOTE DC    SIGNED    04 11 01   DATE | | MOTE WELLNESS REHAB INC 3925 W BOYNTON BEACH BLVD BOYNTON BEACH FL 33436 PIN# CH0006242   GRP# 561 742-3283 |

RECEIVED
APR 16 2001
LONGWOOD FL

CSG000016

**AIG**
*Insuring Your Wor*
*Your Life, Your World.*

Explanation of Review

DROP TO FILE

| | |
|---|---|
| | Page: 1 of |
| | Case: AII-FFLN-0050773 |
| Client Name: AIGCS FL(FL) NF - CSDE1981 | Review Date: 04-30-2001 |
| RECEIVED MAY 31 2001 | Adjustor: BADDERS |
| | File: 00000240/00000000/00000000 |
| | Reviewer: HB/AC |

Provider: MOTE WELLNESS REHAB
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1038106-1

DOI: 02-08-2001
Claimant: HORTON, ALIYA
8880 THUMBWOOD CIRCLE
BOYNTON BEACH, FL 33436

Tax ID: 650974787 OM
DOS: 04-04-2001 to 04-13-2001

Dx 1: 847.0 SPRAIN OF NECK    Dx 2: 723.4 BRACHIAL NEURITIS NOS
Dx 3: 848.42 SPRAIN CHONDROSTERNAL

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Expl Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-04-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-04-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-04-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |
| 04-04-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-06-2001 | 3 | 1 | 98940 | | CHIRO MANIPULATION | 1 | 1 | 55.00 | 3.93 | | | 51.07 | |
| 04-06-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-06-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-06-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |
| 04-06-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-06-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 04-09-2001 | 3 | 1 | 98940 | | CHIRO MANIPULATION | 1 | 1 | 55.00 | 3.93 | | | 51.07 | |
| 04-09-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-09-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-09-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |
| 04-09-2001 | 3 | 1 | 97530 | | THERAPEUTIC ACTIVITIES | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-09-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 04-10-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-10-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-10-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-10-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 04-11-2001 | 3 | 1 | 97010 | | HOT OR COLD | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-11-2001 | 3 | 1 | 97014 | | EL | | | 00 | | | | 35.00 | |
| 04-11-2001 | 3 | 1 | 97124 | | MA | | | 00 | 0.85 | | | 39.15 | |
| 04-11-2001 | 3 | 1 | 97012 | | MEC | | | | | | | 35.00 | |
| 04-11-2001 | 3 | 1 | 97140 | | MAN | | | | 4.53 | | | 45.47 | |
| 04-13-2001 | 3 | 1 | 97010 | | HOT O | | | | | | | 30.00 | |
| 04-13-2001 | 3 | 1 | 97014 | | ELECTI | | | | | | | 35.00 | |
| 04-13-2001 | 3 | 1 | 97124 | | MASSA | | | 40.00 | 0.85 | | | 39.15 | |
| 04-13-2001 | 3 | 1 | 97012 | | MECHAN | | 1 | 35.00 | | | | 35.00 | |
| 04-13-2001 | 3 | 1 | 97140 | | MANUAL | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |

Int. waived

140.x
0.8=
912.*

Total Charges: 1,175.00
Bill Review Reductions: 34.76
Recommended Allowance: 1,140.24

RECEIVED MAY 01 2001 AIGCS LONGWOOD, FL

PAID 60d00PM

RECEIVED MAY 01 2001

OK TO PAY
P F EX Code
Res Check ✓
Date/Int. 5-24-01

**AIG** *Insuring Your h* / *Your Life, Your World.*

DROP TO FILE

Explanation of Review

| | |
|---|---|
| Page: | 1 of 2 |
| Case: | AJ1-FFLN-0050773 |
| Review Date: | 04-30-2001 |
| Adjustor: | BADDERS |
| File | 00000240/00000000.00000 |
| Reviewer: | HB/AC |

Client Name: AIGCS FL(FL)    NF - FLCSDE198 2001

RECEIVED MAY 3 1 2001

2 45

Provider:  MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim:  A1038106-1

DOI:  02-08-2001
Claimant:  HORTON, ALIYA
8880 THUMBWOOD CIRCLE
BOYNTON BEACH, FL 33436

Tax ID: 650974787    OM
DOS: 04-04-2001 to 04-13-2001

Dx 1: 847.0 SPRAIN OF NECK
Dx 3: 848.42 SPRAIN CHONDROSTERNAL

Dx 2. 723.4 BRACHIAL NEURITIS NO

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Co |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-04-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-04-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-04-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |
| 04-04-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-06-2001 | 3 | 1 | 98940 | | CHIRO MANIPULATION | 1 | 1 | 55.00 | 3.93 | | | 51.07 | |
| 04-06-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-06-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-06-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |
| 04-06-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-06-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 04-09-2001 | 3 | 1 | 98940 | | CHIRO MANIPULATION | 1 | 1 | 55.00 | 3.93 | | | 51.07 | |
| 04-09-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-09-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-09-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |
| 04-09-2001 | 3 | 1 | 97530 | | THERAPEUTIC ACTIVITIES | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-09-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 04-10-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-10-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-10-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-10-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 04-11-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-11-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-11-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |
| 04-11-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-11-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 04-13-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-13-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-13-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |
| 04-13-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-13-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |

RECEIVED MAY 0 1 2001 AIGCS LONGWOOD, FL

RECEIVED MAY 0 1 2001

Total Charges:  1,175.00
Bill Review Reductions:  34.76

AIGCS LONGWOOD 1140.24

1140.24

**AIG** *Insuring Your Wo,*
*Your Life, Your World.*

**Explanation of Review**

Page 2 of 2
Case: AJ1-FFLN-0050773
Review Date: 04-30-2001
Adjustor: BADDERS
File: 00000240/00000000/00000000
Reviewer: HB/AC

Client Name: AIGCS FL(FL)   NF - AIGCSDE19850

| | |
|---|---|
| Provider: MOTE WELLNESS REHAB | Claim: A1038106-1 |
| 3925 W BOYTON BEACH BLVD | |
| BOYNTON BEACH, FL 33436 | |

DOI: 02-08-2001
Claimant: HORTON, ALIYA
8880 THUMBWOOD CIRCLE
BOYNTON BEACH, FL 33436

Tax ID: 650974787    OM
DOS: 04-04-2001 to 04-13-2001

Dx 1: 847.0 SPRAIN OF NECK          Dx 2: 723.4 BRACHIAL NEURITIS NOS
Dx 3: 848.42 SPRAIN CHONDROSTERNAL

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | *********Reductions*********  PPO   UM | Allowance | Exp Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

*********************PAYMENT PENDING ADJUSTOR'S REVIEW*********************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

**RECEIVE:**
**MAY 0 1**
AIGCS
LONGWOOD, F.

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000007

DO NOT STAPLE IN THIS AREA

PO BOX 22410

LONGWOOD FL 32752-2410

| PICA | | HEALTH INSURANCE CLAIM FORM |
|---|---|---|

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER |
|---|---|---|---|---|---|---|---|
| Medicare # | Medicaid # | Sponsor's SSN | VA File # | SSN or ID | SSN | X | A01038106LB |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
HORTON ALIYA

3. PATIENT'S BIRTH DATE / SEX

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
HORTON ALIYA

5. PATIENT'S ADDRESS (No., Street)
8380 THUNEWOOD CIRCLE

6. PATIENT RELATIONSHIP TO INSURED
Other X

7. INSURED'S ADDRESS (No., Street)
8380 THUNEWOOD CIRCLE

CITY
BOYNTON BEACH     STATE FL

8. PATIENT STATUS
Single X   Married   Other

CITY
BOYNTON BEACH     STATE FL

ZIP CODE 33436     TELEPHONE (Include Area Code) (561) 736 5100

Employed X   Full-time Student   Part-time Student

ZIP CODE 33436     TELEPHONE (561) 736 511

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
HORTON ALIYA

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
1096601

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES   X NO

a. INSURED'S DATE OF BIRTH / SEX
10 27 82

b. OTHER INSURED'S DATE OF BIRTH     SEX
10 27 82   M   X

b. AUTO ACCIDENT?     PLACE (State)
YES   X NO   FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES   X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME
CIGNA HEALTHCARE OF FLORIDA

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
X YES   NO   If yes, return to and complete item 9 a-d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNATURE ON FILE     DATE 04 18 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY
02 08 01

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES   X NO     $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 347 0
2. 723 4
3. 848 42
4.

22. MEDICAID RESUBMISSION CODE     ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. I. J. K. |
|---|---|---|---|---|---|---|---|
| 04 04 01 | 11 | 1 | 97010 | 123 | 30 00 | 1 | RECEIVED MAY 0 1 2001 |
| 04 04 01 | 11 | 1 | 97014 | 123 | 35 00 | 1 | AIGCS LONGWOOD FL |
| 04 04 01 | 11 | 1 | 97124 | 123 | 40 00 | 1 | |
| 04 04 01 | 11 | 1 | 97012 | 123 | 35 00 | 1 | RECEIVED APR 2 0 2001 |
| | | | | | | | AIGCS LONGWOOD FL |

25. FEDERAL TAX I.D. NUMBER     SSN EIN
650974787   X

26. PATIENT'S ACCOUNT NO.
HORALI24-00

27. ACCEPT ASSIGNMENT?
X YES   NO

28. TOTAL CHARGE
$ 140 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 140 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
DAVID R MOTE DC
SIGNED   04 18 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN# CH0006242   GRP# 561 742-3000

**CSG000017**

DO NOT
STAPLE
IN THIS
AREA

PO BOX  12410

LONGWOOD FL  32750-2410

## HEALTH INSURANCE CLAIM FORM

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER |
|---|---|---|---|---|---|---|---|
| Medicare # | Medicaid # | Sponsor's SSN | VA File # | SSN or ID | SSN | X ID | A0103810611 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
HORTON ALIYA

3. PATIENT'S BIRTH DATE   SEX

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
HORTON ALIYA

5. PATIENT'S ADDRESS (No., Street)
9380 THUNDER CIRCLE

6. PATIENT RELATIONSHIP TO INSURED
Self  Spouse  Child X  Other

7. INSURED'S ADDRESS (No., Street)
9380 THUNDER CIRCLE

CITY                                      STATE
BOYNTON BEACH            FL

8. PATIENT STATUS
Single   Married X   Other

CITY                                      STATE
BOYNTON BEACH            FL

ZIP CODE         TELEPHONE (Include Area Code)
33436          (561) 736 5100

Employed   Full-Time Student   Part-Time Student

ZIP CODE         TELEPHONE (Include Area Code)
33436          (561) 736 5100

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
HORTON ALIYA

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
1096601

a. OTHER INSURED'S POLICY OR GROUP NUMBER
9008912

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES   X NO

a. INSURED'S DATE OF BIRTH   SEX
10 27 82

b. OTHER INSURED'S DATE OF BIRTH   SEX
10 27 82        F X

b. AUTO ACCIDENT?   PLACE (State)
YES   X NO   FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES   X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME
CIGNA HEALTHCARE OF FLORIDA

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
X YES   NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below

SIGNED   SIGNATURE ON FILE       DATE   04 18 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
02 08 01

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM        TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM        TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
YES   X NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847 0     3. 848 42
2. 723 4     4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

RECEIVED

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 06 01 | | 11 | 1 | 98940 | 123 | 55 00 | 1 | | | | AIGCS LONGWOOD F |
| 04 06 01 | | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 04 06 01 | | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | RECEIVED APR 20 2001 |
| 04 06 01 | | 11 | 1 | 97124 | 123 | 40 00 | 1 | | | | |
| 04 06 01 | | 11 | 1 | 97012 | 123 | 35 00 | 1 | | | | AIGCS LONGWOOD FL |
| 04 06 01 | | 11 | 1 | 97140 | 123 | 50 00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN  EIN
650974787            X

26. PATIENT'S ACCOUNT NO.
HORALI24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
X YES   NO

28. TOTAL CHARGE
$ 245 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 245 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof)
DAVID R MOTE DC
SIGNED   04 18 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN# CH0006242   GRP# 561-742-3391

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8-88

**PLEASE PRINT OR TYPE**

FORM HCFA-1500
FORM OWCP-1500

CSG000018

PO BOX 2410

LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

| | 1a. INSURED'S I.D. NUMBER |
|---|---|
| | A01038106LB |

1. MEDICARE MEDICAID CHAMPUS CHAMPVA GROUP HEALTH PLAN FECA BLK LUNG OTHER ☒

2. PATIENT'S NAME: HORTON ALIVA

3. PATIENT'S BIRTH DATE / SEX M ☒

4. INSURED'S NAME: HORTON ALIVA

5. PATIENT'S ADDRESS: 5880 THORNWOOD CIRCLE

6. PATIENT RELATIONSHIP TO INSURED

7. INSURED'S ADDRESS: 5880 THORNWOOD CIRCLE

CITY: BOYNTON BEACH  STATE: FL
CITY: BOYNTON BEACH  STATE: FL

ZIP CODE: 33436  TELEPHONE: (561)736 5100
ZIP CODE: 33436  TELEPHONE: (561) 736 5100

9. OTHER INSURED'S NAME: HORTON ALIVA

11. INSURED'S POLICY GROUP OR FECA NUMBER: 1096601

a. OTHER INSURED'S POLICY OR GROUP NUMBER: 2008010

b. OTHER INSURED'S DATE OF BIRTH: 10 27 82  SEX: M ☒

a. INSURED'S DATE OF BIRTH: 10 27 82

b. AUTO ACCIDENT? PLACE (State) FL

c. EMPLOYER'S NAME OR SCHOOL NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME: AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME: CIGNA HEALTHCARE OF FLORIDA

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☒ YES   NO

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE   DATE 04 18 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS: 02 08 01

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 847 0
3. 848 42
2. 723 4

20. OUTSIDE LAB? ☒ NO

**RECEIVED**
**MAY 01 2001**
**AIGCS**
**LONGWOOD FL**

**RECEIVED**
**APR 20 2001**
**AIGCS**
**LONGWOOD FL**

| 24. A. DATE(S) OF SERVICE From / To | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES OR SUPPLIES CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 09 01 | 11 | 1 | 98940 | 123 | 55 00 | 1 | | | |
| 2 | 04 09 01 | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | |
| 3 | 04 09 01 | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | |
| 4 | 04 09 01 | 11 | 1 | 97124 | 123 | 40 00 | 1 | | | |
| 5 | 04 09 01 | 11 | 1 | 97530 | 123 | 50 00 | 1 | | | |
| 6 | 04 09 01 | 11 | 1 | 97140 | 123 | 50 00 | 1 | | | |

25. FEDERAL TAX I.D. NUMBER: 650974787  ☒

26. PATIENT'S ACCOUNT NO.: HORALI24-00

27. ACCEPT ASSIGNMENT? ☒ YES

28. TOTAL CHARGE: $ 260 00

29. AMOUNT PAID: $ 0 00

30. BALANCE DUE: $ 260 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: DAVID R MOTE DC   SIGNED 04 18 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED

33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #:
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
GRP# CH0006242   561-742-3293

FORM HCFA 1500
FORM OWCP 1500

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE

CSG000019

PO BOX   12410

LONGWOOD FL  32750-2410

## HEALTH INSURANCE CLAIM FORM

| | | | | | | |
|---|---|---|---|---|---|---|
| Medicare | Medicaid | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER X | 1a. INSURED'S I.D. NUMBER  A01038108LB |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
HORTON ALIYA

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
HORTON ALIYA

5. PATIENT'S ADDRESS (No., Street)
3880 THUMBWOOD CIRCLE

7. INSURED'S ADDRESS (No., Street)
3880 THUMBWOOD CIRCLE

CITY: BOYNTON BEACH    STATE: FL

CITY: BOYNTON BEACH    STATE: FL

ZIP CODE: 33436    TELEPHONE (Include Area Code): 561 736 5100

ZIP CODE: 33436    TELEPHONE (INCLUDE AREA CODE): 561 736 5100

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
HORTON ALIYA

11. INSURED'S POLICY GROUP OR FECA NUMBER
1036601

a. OTHER INSURED'S POLICY OR GROUP NUMBER
3008912

a. INSURED'S DATE OF BIRTH
MM DD YY  10 27 82

b. OTHER INSURED'S DATE OF BIRTH
MM DD YY  10 27 82    SEX: M  F X

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME
CIGNA HEALTHCARE OF FLORIDA

d. IS THERE ANOTHER HEALTH BENEFIT PLAN
X YES   NO   If yes, return to and complete item 9 a-d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNATURE ON FILE    DATE 04 18 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, PREGNANCY
MM DD YY  02 08 01

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

20. OUTSIDE LAB?   YES  X NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847 0
2. 723 4
3. 848 42

22. MEDICAID RESUBMISSION

23. PRIOR AUTHORIZATION NUMBER

RECEIVED
MAY ... 2001
AIGCS
LONGWOOD FL

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS |
|---|---|---|---|---|---|---|---|
| 04 10 01 | | 11 | 1 | 97010 | 123 | 30 00 | |
| 04 10 01 | | 11 | 1 | 97014 | 123 | 35 00 | |
| 04 10 01 | | 11 | 1 | 97012 | 123 | 35 00 | |
| 04 10 01 | | 11 | 1 | 97140 | 123 | 50 00 | |

RECEIVED
APR 2 0 2001
AIGCS
LONGWOOD, FL

25. FEDERAL TAX I.D. NUMBER   SSN EIN
650974787    X

26. PATIENT'S ACCOUNT NO.
HORALI24-00

27. ACCEPT ASSIGNMENT?
X YES   NO

28. TOTAL CHARGE
$ 150 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 150 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
DAVID R MOTE DC
SIGNED 04 18 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS  REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL  33436
PIN CH006242   GRP 561 742-2222

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8-88)    PLEASE PRINT OR TYPE    FORM HCFA 1500
FORM OWCP 1500

CSG000021

PO BOX 12410

LONGWOOD FL 32750-2410

## HEALTH INSURANCE CLAIM FORM

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | | |
| | | | | | X | | A01033106LB | | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| HORTON ALIYA | 10 27 82 | X | HORTON ALIYA |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 8850 THUMBWOOD CIRCLE | Self X Spouse Child Other | 8850 THUMBWOOD CIRCLE |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single X Married Other | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33436 | (561) 736 5100 | Employed Full-Time Student Part-Time Student | 33436 | (561) 736 5100 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| HORTON ALIYA | | 1033601 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| 5013601 | YES X NO | 10 27 82 | X |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|
| MM DD YY | M F X | YES X NO FL | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES X NO | AIG |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| CIGNA HEALTHCARE OF FLORIDA | | X YES NO If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 04 18 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 02 08 01 | | FROM TO |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | | FROM TO |

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? YES X NO | $ CHARGES |
|---|---|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 847 0
2. 723 4
3. 848 42
4.

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From — To | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM DD YY | MM DD YY | | | | | | | | | | | |
| 04 11 01 | | | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 04 11 01 | | | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |
| 04 11 01 | | | 11 | 1 | 97124 | 123 | 40 00 | 1 | | | | |
| 04 11 01 | | | 11 | 1 | 97012 | 123 | 35 00 | 1 | | | | |
| 04 11 01 | | | 11 | 1 | 97140 | 123 | 50 00 | 1 | | | | |

RECEIVED MAY 01 2001 AIGCS LONGWOOD, FL

RECEIVED APR 20 2001 AIGCS LONGWOOD FL

| 25. FEDERAL TAX I.D. NUMBER SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 650974787 X | HORALI24-00 | YES X NO | $ 190 00 | $ 0 00 | $ 190 00 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

DAVID R MOTE DC

SIGNED 04 18 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN CH0006242 GRP 561 742-9950

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88    **PLEASE PRINT OR TYPE**    FORM HCFA 1500

CSG000022

PO BOX 13410

LONGWOOD FL 32752-3410

# HEALTH INSURANCE CLAIM FORM

| PICA | | | | |
|---|---|---|---|---|

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a INSURED'S I.D. NUMBER |
|---|---|---|---|---|---|---|---|
| Medicare # | Medicaid # | Sponsor's SSN | VA File # | SSN or ID | SSN | X ID | A1083103LB |

2 PATIENT'S NAME (Last Name, First Name, Middle Initial)

HORTON ALIYA

4 INSURED'S NAME (Last Name, First Name, Middle Initial)

HORTON ALIYA

5 PATIENT'S ADDRESS (No. Street)

9990 THUMBNILE CIRCLE

7 INSURED'S ADDRESS (No. Street)

9990 THUMBNILE CIRCLE

CITY BOYNTON BEACH   STATE FL

CITY BOYNTON BEACH   STATE FL

ZIP CODE 33436   TELEPHONE (Include Area Code) (561)736 5100

ZIP CODE 33436   TELEPHONE (INCLUDE AREA CODE) (561) 736 5100

9 OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

HORTON ALIYA

11 INSURED'S POLICY GROUP OR FECA NUMBER

1083601

a OTHER INSURED'S POLICY OR GROUP NUMBER

BSL3310

a INSURED'S DATE OF BIRTH   SEX
MM 10 DD 07 YY 92

b OTHER INSURED'S DATE OF BIRTH   SEX
MM 10 DD 07 YY 92   X

b EMPLOYER'S NAME OR SCHOOL NAME

c EMPLOYER'S NAME OR SCHOOL NAME

c INSURANCE PLAN NAME OR PROGRAM NAME

AIG

d INSURANCE PLAN NAME OR PROGRAM NAME

CIGNA HEALTHCARE OF FLORIDA

d IS THERE ANOTHER HEALTH BENEFIT PLAN?   X YES   NO   If yes, return to and complete item 9 a-d.

12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE

SIGNATURE ON FILE   DATE 04 18 01

13 INSURED'S OR AUTHORIZED PERSON'S SIGNATURE

SIGNATURE ON FILE

14 DATE OF CURRENT
MM 02 DD 08 YY 01   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

17 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

20 OUTSIDE LAB?   YES   X NO   $ CHARGES

21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 847 0   3. 848 42
2. 723 4   4.

| | DATE(S) OF SERVICE | | | | B PLACE of Service | C Type of Service | PROCEDURES, SERVICES OR SUPPLIES CPT/HCPCS   MODIFIER | DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM DD YY | | To MM DD YY | | | | | | | | | | | |
| 1 | 04 13 01 | | | | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 2 | 04 13 01 | | | | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |
| 3 | 04 13 01 | | | | 11 | 1 | 97124 | 123 | 40 00 | 1 | | | | |
| 4 | 04 13 01 | | | | 11 | 1 | 97012 | 123 | 35 00 | 1 | | | | |
| 5 | 04 13 01 | | | | 11 | 1 | 97140 | 123 | 50 00 | 1 | | | | |
| 6 | | | | | | | | | | | | | | |

**RECEIVED**
MAY 0 1 2001
AIGCS
LONGWOOD, FL

**RECEIVED**
APR 2 0 2001
AIGCS
LONGWOOD, FL

25 FEDERAL TAX I.D. NUMBER   SSN EIN   650974787   X

26 PATIENT'S ACCOUNT NO.   HORALI24-00

27 ACCEPT ASSIGNMENT?   X YES   NO

28 TOTAL CHARGE   $ 190 00

29 AMOUNT PAID   $

30 BALANCE DUE   $ 190 00

31 SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS

DAVID R MOTE DC   SIGNED   04 18 01

33 PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
CH0006242   561 742-3333

CSG000020

**AIG** *Insuring Your Work.*
*Your Life. Your World.*

Explanation of Review

DROP TO FILE

Page: 1    of    1
Case: A11-FFLN-0051235
Review Date: 05-02-2001
Adjustor: BADDERS
File: 00000240/00000000 000000000
Reviewer: ST/

Client Name: AIGCS FL(FL)    NF – AIGCSDE19850

Provider:  MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1038106-1

DOI: 02-08-2001
Claimant:  HORTON, ALIYA
8880 THUMBWOOD CIRCLE
BOYNTON BEACH, FL 33436

Tax ID: 650974787    OM
DOS: 04-16-2001    Dx 1: 847.0 SPRAIN OF NECK    Dx 2: 723.4 BRACHIAL NEURITIS NOS

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Expl. Code(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-16-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-16-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-16-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-16-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-16-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |

|  | Total Charges: | 200.00 | |
|---|---|---|---|
|  | Bill Review Reductions: | | 0.00 |
|  | Recommended Allowance: | | 200.00 |

**************************PAYMENT PENDING ADJUSTOR'S REVIEW*********************
The Explanation of Review is sent solely for your records.
*********THIS IS NOT A BILL********

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

```
            0 · A
            0 · *
        200 · X
          0 · 8 =
        160 · 00 *
           1 · 36
        161 · 36
            0 · *
```

OK TO PAY
P F EX Code _____
Res Check ✓
Date/Int. 5-24-01 BB

PAID

RECEIVED
MAY 03 2001
AIGCS
LONGWOOD

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

PLEASE
DO NOT
STAPLE
IN THIS
AREA

APPROVED OMB-0938-0008

PICA                                                                                    PICA

## HEALTH INSURANCE CLAIM FORM

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE MM DD YY    SEX M    | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED Self   Spouse   Child   Other | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|

| CITY                     STATE | 8. PATIENT STATUS  Single   Married   Other | CITY                     STATE |
|---|---|---|

| ZIP CODE          TELEPHONE (Include Area Code) ( ) | Employed   Full-Time Student   Part-Time Student | ZIP CODE          TELEPHONE (INCLUDE AREA CODE) ( ) |
|---|---|---|

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES   NO | a. INSURED'S DATE OF BIRTH MM DD YY   SEX M   F |
| b. OTHER INSURED'S DATE OF BIRTH MM DD YY   SEX M   F | b. AUTO ACCIDENT?   PLACE (State) YES   NO | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES   NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES   NO   If yes, return to and complete item 9 a-d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____  DATE _____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _____

| 14. DATE OF CURRENT MM DD YY   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY  TO MM DD YY |
|---|---|---|
| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY  TO MM DD YY |
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB?   $ CHARGES YES   NO |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) 1. ___  3. ___  2. ___  4. ___ | 22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO. |
|---|---|
| | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From  To MM DD YY  MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11 | 1 | 97010 | | | | | | | |
| 2 | 11 | 1 | 97014 | | | | | | | |
| 3 | 11 | 1 | 9711 | | | | | | | |
| 4 | 11 | 1 | 9701 | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |

RECEIVED
APR 30 2001
AIGCS
LONGWOOD, FL

RECEIVED
MAY 03 2001
AIGCS
LONGWOOD, FL

| 25. FEDERAL TAX I.D. NUMBER   SSN  EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES   NO | 28. TOTAL CHARGE $ | 29. AMOUNT PAID $ | 30. BALANCE DUE $ |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) SIGNED _____  DATE _____ | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # WELLNESS BOYNTON BEACH FL PIN#   GRP# |
|---|---|---|

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)          PLEASE PRINT OR TYPE

FORM HCFA-1500 (12-90)
FORM OWCP-1500   FORM RRB-1500

CSG000015



**CLAIM SERVICE CENTER**

June 5, 2001

Office Phone: (800) 215-7568
Office Fax:     (407) 829-8360
E-Mail:

Mote Wellness Rehab
3925 W. Boynton Beach Blvd.
Boynton, FL 33436

Gregory F. Horton
8880 Thumbwood Trail
Boynton Beach, Florida 33436

Fax Number:

RE:    Patient:                Aliya Horton
       AIG File #:             01038106
       Place of Service:       Boynton Beach, Florida
       Dates of Service:       04-04-01 to 04-13-01
       Total Charge:           $1,175.00
       Accepted Amount:        $1,140.24

Dear Mote Wellness Rehab:

This letter confirms our telephone conversation of June 04, 2001 regarding charges for the above service(s). Pursuant to the No Fault and Medical Payment automobile insurance coverage provided by American International Insurance Company under Florida law, you and American International Insurance Company have agreed that you will accept $1,140.24 as full and final payment for these services, inclusive of any/all interest due. Payment from American International Insurance Company will be in the amount of $912.00 which represents our responsibility of 80%. The remaining balance of $228/04 represents the insured's 20% responsibility.

If you believe that any information in this letter is incorrect, please contact me. In relying upon our agreement, we shall process a payment order, and a check will be sent to you. Thank you for your cooperation in maximizing our insured's medical benefit coverage.

By way of copy of this letter to our insured, we are notifying them of our agreement and their amended responsibility.

Sincerely,

Anna Regn Extension 7404
CLAIM REPRESENTATIVE For: American International Insurance Company

---

640 Century Point - Lake Mary, FL - 32746

L124

**CSG000023**

PIP PAYMENT RECORD

AIG Claims Services, Inc.
P.O. Box 522410
Longwood, Fl. 32752-2410

Claim Number: A10138106
Symbol: 2
Claimant: CHRISTOPHE IVERSON
Date of Loss: 02/08/2001

State: FLORIDA
PIP Limit: $10,000.00
MP Limit: $0.00
Deductible: $0.00
Extended PIP? NO

PIP: 
MP: 
Interest: 
Total: 

Service Codes:
Medical: M
Service: S
Wages: W
Death: D
Mileage: MR

SERVICE CODES: M=Medical W=Wages S=Service D=Death MR= Mileage

| REF | Code | From | To | Provider | Tax ID | Billed | Allowed | % | Deductible | PIP Payment | MP Payment | Date Received | Date Paid | Reduced | Total Payment |
|-----|------|------|-----|----------|--------|--------|---------|-----|------------|-------------|------------|---------------|-----------|---------|---------------|
| 1 | M | 04/16/2001 | 05/14/2001 | | | | | 80% | 0.00 | 2,227.87 | 0.00 | 05/15/2001 | 06/19/2001 | 23.50 | 2,251.37 |
| 2 | M | 04/10/2001 | 04/13/2001 | MOTE WELLNESS | 65-0974787 | 770.00 | 697.30 | 80% | 0.00 | 557.84 | 0.00 | 05/21/2001 | 06/13/2001 | 0.00 | 557.84 |
| 3 | M | 05/16/2001 | 05/18/2001 | | | | | 80% | 0.00 | 52.00 | 0.00 | 06/25/2001 | 07/06/2001 | 0.00 | 52.00 |
| 4 | M | 05/29/2001 | 06/26/2001 | | | | | 80% | 0.00 | 2,756.00 | 0.00 | 06/28/2001 | 07/19/2001 | 0.00 | 2,756.00 |
| 5 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 6 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 7 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 8 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 9 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 10 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 11 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 12 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 13 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 14 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 15 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |

Rev 08/11/00,RDB

EXHIBIT
D

**AIG** *Insuring Your Wor*
*Your Life, Your World.*

Explanation of Review

Page: 1 of 1
Case: A11-FFLN-0052110
Review Date: 05-17-2001
Adjustor: BADDERS
File: 00000240/00000000/00000000
Reviewer: CA/

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

| | |
|---|---|
| Provider: MOTE WELLNESS REHAB<br>3925 W BOYNTON BEACH BLVD<br>BOYNTON BEACH, FL 33436 | Claim: 01038106-1 |

DOI: 02-08-2001
Claimant: IVERSON, CHRISTOPHE
8880 THUMBWOOD TR
BOYNTON BEACH, FL 33436

Tax ID: 650974787    OM
DOS: 04-10-2001 to 04-13-2001

Dx 1. 847.0 SPRAIN OF NECK          Dx 2. 847.2 SPRAIN LUMBAR REGION
Dx 3. 723.4 BRACHIAL NEURITIS NOS   Dx 4. 840.9 SPRAIN SHOULDER/ARM NO

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exp Code(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-10-2001 | 3 | 1 | 99205 | | NEW E/M OFFICE VISIT | 1 | 1 | 250.00 | 27.74 | | | 222.26 | |
| 04-10-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-10-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-10-2001 | 3 | 1 | 97535 | | SELF CARE/HOME TRAININ | 1 | 1 | 55.00 | 14.20 | | | 40.80 | |
| 04-10-2001 | 3 | 1 | A4556 | | ELECTRODES | 1 | 1 | 20.00 | 20.00 | | | 0.00 | 217 |
| 04-11-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-11-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-11-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |
| 04-11-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-11-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 04-13-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-13-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-13-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |
| 04-13-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-13-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |

|  | |
|---|---|
| Total Charges: | 770.00 |
| Bill Review Reductions: | 72.70 |
| Recommended Allowance: | **697.30** |

*217   THE VALUE OF THIS PROCEDURE IS INCLUDED IN THE VALUE OF ANOTHER PROCEDURE PERFORMED ON THIS DATE.

************************PAYMENT PENDING ADJUSTOR'S REVIEW************************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

**RECEIVED**
MAY 2 1 2001
AIGCS
Longwood, Fl

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

**CSG000024**

**AIG**
*Insuring Your Wc*
*Your Life, Your World.*

Explanation of Review

| | |
|---|---|
| Page: | 1    of    1 |
| Case: | AII-FFLN-0052110 |
| Review Date: | 05-17-2001 |
| Adjustor: | BADDERS |
| File: | 00000240/00000000/00000000 |
| Reviewer: | CA/ |

Client Name: AIGCS FL(FL)       NF - AIGCSDE19850

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL  33436

Claim: 01038106-1

DOI: 02-08-2001
Claimant: IVERSON, CHRISTOPHE
8880 THUMBWOOD TR
BOYNTON BEACH, FL 33436

Tax ID: 650974787     OM
DOS: 04-10-2001 to 04-13-2001

Dx 1: 847.0 SPRAIN OF NECK          Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 723.4 BRACHIAL NEURITIS NOS   Dx 4: 840.9 SPRAIN SHOULDER/ARM NO

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exp Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-10-2001 | 3 | 1 | 99205 | | NEW E/M OFFICE VISIT | 1 | 1 | 250.00 | 27.74 | | . . | 222.26 | |
| 04-10-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-10-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-10-2001 | 3 | 1 | 97535 | | SELF CARE/HOME TRAININ | 1 | 1 | 55.00 | 14.20 | | | 40.80 | |
| 04-10-2001 | 3 | 1 | A4556 | | ELECTRODES | 1 | 1 | 20.00 | 20.00 | | | 0.00 | 217 |
| 04-11-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-11-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-11-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |
| 04-11-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-11-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 04-13-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-13-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-13-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |
| 04-13-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-13-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |

Total Charges:              770.00
Bill Review Reductions:            72.70
Recommended Allowance:                      697.30

*217   THE VALUE OF THIS PROCEDURE IS INCLUDED IN THE VALUE OF ANOTHER PROCEDURE PERFORMED ON THIS DATE.

**********************PAYMENT PENDING ADJUSTOR'S REVIEW**********************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

RECEIVED

MAY 2 1 2001

AIGCS
LONGWOOD, Fi

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000025

**AIG**
*Insuring Your Wo*
*Your Life, Your World.*

Explanation of Review

DROP TO FILE

Client Name: AIGCS FL    NF - AIGCSDE19850

RECEIVED
MAY 31 2001

Page: 1 of 1
Case: AJ1-FFLN-0052110
Review Date: 05-17-2001
Adjust
File: 0000040/00000000/00000000
Reviewer: CA/

Provider:  MOTE WELLNESS REHAB
           3925 W BOYTON BEACH BLVD
           BOYNTON BEACH, FL 33436

Claim

DOI: 02-08-2001
Claimant: IVERSON, CHRISTOPHE
          8880 THUMBWOOD TR
          BOYNTON BEACH, FL 33436

Tax ID: 650974787    OM
DOS  04-10-2001 to 04-13-2001

Dx 1: 847.0 SPRAIN OF NECK              Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 723.4 BRACHIAL NEURITIS NOS       Dx 4: 840.9 SPRAIN SHOULDER/ARM NC

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exp Code† |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-10-2001 | 3 | 1 | 99205 | | NEW E/M OFFICE VISIT | 1 | 1 | 250.00 | 27.74 | | | 222.26 | |
| 04-10-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-10-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-10-2001 | 3 | 1 | 97535 | | SELF CARE/HOME TRAININ | 1 | 1 | 55.00 | 14.20 | | | 40.80 | |
| 04-10-2001 | 3 | 1 | A4556 | | ELECTRODES | 1 | 1 | 20.00 | 20.00 | | | 0.00 | 217 |
| 04-11-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-11-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-11-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |
| 04-11-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-11-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 04-13-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-13-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-13-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |
| 04-13-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-13-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |

Total Charges:        770.00
Bill Review Reductions:         72.70
Recommended Allowance:                          697.30

*217   THE VALUE OF THIS PROCEDURE IS INCLUDED IN THE VALUE OF ANOTHER PROCEDURE PERFORMED ON THIS DATE.

*************************PAYMENT PENDING ADJUSTOR'S REVIEW****  · · · · · · · · · · ·
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL.********

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

697·30 ×
0·8 =
557·84 *

ILD APPEAR REASONABLE

OK TO P
(P)F EX Code
Res Check
Date/Int.    5-24-01
PAID

RECEIVED
MAY 2 1 2001
AIGCS
LONGWOOD, Fl

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000026



AIG
*Insuring Yc    Work.*
*Your Life, Your World.*

Explanation of Review

DROP TO FILE 

Client Name: AIGCS FL      NF - AIGCSDE19850

RECEIVED
MAY 3 1 2001

23

| | |
|---|---|
| Page: | 1      of   l |
| Case: | AI1-FFLN-0052110 |
| Review Date: | 05-17-2001 |
| Adjustor: | BADDERS |
| File: | 00000240/00000000.0l |
| Reviewer: | CA/ |

Provider:  MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim:  01038106-1

DOI:  02-08-2001
Claimant:  IVERSON, CHRISTOPHE
8880 THUMBWOOD TR
BOYNTON BEACH, FL 33436

Tax ID: 650974787    OM
DOS: 04-10-2001 to 04-13-2001

Dx 1: 847.0 SPRAIN OF NECK
Dx 3: 723.4 BRACHIAL NEURITIS NOS

Dx 2: 847.2 SPRAIN LUMBAR RI
Dx 4: 840.9 SPRAIN SHOULDER/

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-10-2001 | 3 | 1 | 99205 | | NEW E/M OFFICE VISIT | 1 | 1 | 250.00 | 27.74 | | | 222.26 | |
| 04-10-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-10-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-10-2001 | 3 | 1 | 97535 | | SELF CARE/HOME TRAININ | 1 | 1 | 55.00 | 14.20 | | | 40.80 | |
| 04-10-2001 | 3 | 1 | A4556 | | ELECTRODES | 1 | 1 | 20.00 | 20.00 | | | 0.00 | 217 |
| 04-11-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-11-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-11-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |
| 04-11-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-11-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 04-13-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-13-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-13-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |
| 04-13-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-13-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |

Total Charges:    770.00
Bill Review Reductions:    72.70
Recommended Allowance:    697.30

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS
LONGWOOD, FL

RECEIVED
MAY 0 1 2001

CSG000027

PLEASE DO NOT STAPLE IN THIS AREA

AMERICAN INTERNATIONAL GROUP
PO BOX 22410
LONGWOOD FL 32752.

PICA

**HEALTH INSURANCE CLAIM FORM**

PICA

| | | | | | | |
|---|---|---|---|---|---|---|
| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER |
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) |

1a. INSURED'S I.D. NUMBER: A01038106LB

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): IVERSON CHRISTOPHER A

3. PATIENT'S BIRTH DATE: 06 09 78  SEX: M X

4. INSURED'S NAME (Last Name, First Name, Middle Initial): IVERSON CHRISTOPHER A

5. PATIENT'S ADDRESS (No., Street): 8880 THUMBWOOD TR

6. PATIENT RELATIONSHIP TO INSURED: Self Spouse Child X Other

7. INSURED'S ADDRESS (No., Street): 8880 THUMBWOOD TR

CITY: BOYNTON BEACH  STATE: FL

8. PATIENT STATUS: Single X  Married  Other
Employed  Full-Time Student  Part-Time Student

CITY: BOYNTON BEACH  STATE: FL

ZIP CODE: 33436  TELEPHONE (Include Area Code): (561) 736 8700

ZIP CODE: 33436  TELEPHONE (INCLUDE AREA CODE): (561) 736 8700

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial):

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: 1096601

a. OTHER INSURED'S POLICY OR GROUP NUMBER:

a. EMPLOYMENT? (CURRENT OR PREVIOUS): YES  X NO

a. INSURED'S DATE OF BIRTH: 06 09 78  SEX: M X

b. OTHER INSURED'S DATE OF BIRTH: SEX: M F

b. AUTO ACCIDENT? X YES  NO  PLACE (State): FL

b. EMPLOYER'S NAME OR SCHOOL NAME:

c. EMPLOYER'S NAME OR SCHOOL NAME:

c. OTHER ACCIDENT? YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME: AMERICAN INTERNATIONAL GROU

d. INSURANCE PLAN NAME OR PROGRAM NAME:

10d. RESERVED FOR LOCAL USE:

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES  X NO  If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE  DATE 05 10 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP): 02 08 01

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY:

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM  TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE:

17a. I.D. NUMBER OF REFERRING PHYSICIAN:

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM  TO

19. RESERVED FOR LOCAL USE:

20. OUTSIDE LAB? YES  X NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE):
1. 847 0
2. 723 4
3. 847 2
4. 840 9

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 10 01 | | 11 | 1 | 99205 | 1234 | 250 00 | 1 | | | | |
| 04 10 01 | | 11 | 1 | 97010 | 1234 | 30 00 | 1 | | | | |
| 04 10 01 | | 11 | 1 | 97014 | 1234 | 35 00 | 1 | | | | |
| 04 10 01 | | 11 | 1 | 97535 | 1234 | 55 00 | 1 | | | | |
| 04 10 01 | | 11 | 1 | A4556 | 1234 | 20 00 | 1 | | | | |

RECEIVED MAY 15 2001 AIGCS LONGWOOD, FL

RECEIVED MAY 21 2001

25. FEDERAL TAX I.D. NUMBER: 650974787  SSN EIN X

26. PATIENT'S ACCOUNT NO.: IVECHR24-00

27. ACCEPT ASSIGNMENT? X YES  NO

28. TOTAL CHARGE: $ 390 00

29. AMOUNT PAID: $ 0 00

30. BALANCE DUE: $ 390 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.): DAVID R MOTE DC  SIGNED 05 10 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office):

33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #: MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN: CH0006242  GRP: 561 742-3283

CSG000028

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PICA

ALSO INTERNATIONAL NATIONAL
PO BOX 22419
LONGWOOD FL 32752

PICA

## HEALTH INSURANCE CLAIM FORM

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | FOR PROGRAM IN ITEM 1 |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | AC1038106LB | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| IVERSON CHRISTOPHER A | 06 09 78 | M X | IVERSON CHRISTOPHER A |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 8880 THUMBWOOD TR | Self Spouse Child X Other | 8880 THUMBWOOD TR |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single X  Married  Other | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33436 | (561)736 8700 | Employed  Full-Time Student  Part-Time Student | 33436 | (561)736 8700 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 1096601 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | YES  X NO | 06 09 78 | M X |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| MM DD YY | M F | X YES  NO | FL | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES  X NO | AMERICAN INTERNATIONAL GROUP |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | YES  X NO  If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE   DATE 05 10 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 02 08 01 | | FROM    TO |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | | FROM    TO |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? | $ CHARGES |
|---|---|---|
| | YES  X NO | |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)

1. 847 0      3. 847 2
2. 723 4      4. 840 9

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 11 01 | | 11 | 1 | 97010 | | 1234 | 30 00 | 1 | | | | |
| 04 11 01 | | 11 | 1 | 97014 | | 1234 | 35 00 | 1 | | | | |
| 04 11 01 | | 11 | 1 | 97124 | | 1234 | 40 00 | 1 | | | | |
| 04 11 01 | | 11 | 1 | 97012 | | 1234 | 35 00 | 1 | | | | |
| 04 11 01 | | 11 | 1 | 97140 | | 1234 | 50 00 | 1 | | | | |

RECEIVED
MAY 15 2001
AIGCS
Longwood, FL

RECEIVED
MAY 2001
AIGCS
LONGWOOD

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 650974787 | X | IVECHR24-00 | X YES  NO | $ 190 00 | $ 0 00 | $ 190 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| DAVID R MOTE DC   SIGNED   05 10   DATE | | MOTE WELLNESS REHAB INC 3925 W BOYNTON BEACH BLVD BOYNTON BEACH FL 33436 PIN# CH0006242   GRP# 561 742-3283 |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE

FORM HCFA-1500 (12-90)
FORM OWCP-1500   FORM RRB-1500

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX 22412

LONGWOOD FL 32752

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID) | 1a. INSURED'S I.D NUMBER (FOR PROGRAM IN ITEM) |
|---|---|---|---|---|---|---|---|
| | | | | | | | A01038106LB |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE MM DD YY | SEX M ☒ F | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| IVERSON CHRISTOPHER A | 06 09 78 | | IVERSON CHRISTOPHER A |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 8880 THUMBWOOD TR | Self ☐ Spouse ☐ Child ☒ Other ☐ | 8880 THUMBWOOD TR |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single ☒ Married ☐ Other ☐ | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33436 | (561)736 8700 | Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | 33436 | (561)736 8700 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 1096601 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) ☐ YES ☒ NO | a. INSURED'S DATE OF BIRTH MM DD YY 06 09 78 | SEX M ☒ |
|---|---|---|---|

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY | SEX M ☐ F ☐ | b. AUTO ACCIDENT? ☒ YES ☐ NO PLACE (State) FL | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? ☐ YES ☒ NO | c. INSURANCE PLAN NAME OR PROGRAM NAME AMERICAN INTERNATIONAL GROUP |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO If yes, return to and complete item 9 a-d |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below. | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below. |
|---|---|
| SIGNED SIGNATURE ON FILE     DATE 05 10 01 | SIGNED SIGNATURE ON FILE |

| 14. DATE OF CURRENT: MM DD YY 02 08 01 ◄ ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY MM DD YY FROM TO |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY MM DD YY FROM TO |
|---|---|---|

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? ☐ YES ☒ NO $ CHARGES |
|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)

1. 847 0     3. 847 2
2. 723 4     4. 840 9

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS \| MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | | To MM DD YY | | | | | | | | | | | | | |
| 04 13 01 | | | | | | 11 | 1 | 97010 | 1234 | 30 00 | | 1 | | | | |
| 04 13 01 | | | | | | 11 | 1 | 97014 | 1234 | 35 00 | | 1 | | | | |
| 04 13 01 | | | | | | 11 | 1 | 97124 | 1234 | 40 00 | | 1 | | | | RECEIVED |
| 04 13 01 | | | | | | 11 | 1 | 97012 | 1234 | 35 00 | | 1 | | | | MAY 15 2001 AIGCS LONGWOOD |
| 04 13 01 | | | | | | 11 | 1 | 97140 | 1234 | 50 00 | | 1 | | | | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 650974787   ☐ ☒ | IVECHR24-00 | ☒ YES ☐ NO | RECEIVED $ 190 00 | $ 0 00 | $ 190 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| DAVID R MOTE DC SIGNED 05 10 01 | MAY 15 2001 AIGCS LONGWOOD | MOTE WELLNESS  REHAB INC 3928 BOYNTON BEACH BLVD BOYNTON BEACH FL 33436 GRP# CH0006242    PIN# 561 742-0800 |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)     PLEASE PRINT OR TYPE     FORM HCFA-1500 (12-90) FORM OWCP-1500     FORM RRB-1500



**AIG** *Insuring Your Work,*
*Your Life, Your World.*                          CLAIM SERVICE CENTER

June 5, 2001                          Office Phone: (800) 215-7568
                                          Office Fax:    (407) 829-8360
                                          E-Mail:

Mote Wellness Rehab                  Gregory F. Horton
3925 W. Boynton Beach Blvd.          8880 Thumbwood Trail
Boynton, FL 33436                    Boynton Beach, Florida 33436

Fax Number:

RE:    Patient:              Christopher Iverson
       AIG File #:           01038106
       Place of Service:     Boynton Beach, Florida
       Dates of Service:     04-10-01 to 04-13-01
       Total Charge:         $770.00
       Accepted Amount:      $697.30


Dear Mote Wellness Rehab:

This letter confirms our telephone conversation of June 04, 2001 regarding charges for the above
service(s). Pursuant to the No Fault and Medical Payment automobile insurance coverage provided by
American International Insurance Company under Florida law, you and American International
Insurance Company have agreed that you will accept $697.30 as full and final payment for these
services, inclusive of any/all interest due. Payment from American International Insurance Company
will be in the amount of $557.84 which represents our responsibility of 80%. The remaining balance of
$139.46 represents the insured's 20% responsibility.

If you believe that any information in this letter is incorrect, please contact me. In relying upon our
agreement, we shall process a payment order, and a check will be sent to you. Thank you for your
cooperation in maximizing our insured's medical benefit coverage.

By way of copy of this letter to our insured, we are notifying them of our agreement and their amended
responsibility.


Sincerely,

Anna Regn Extension 7404
CLAIM REPRESENTATIVE For: American International Insurance Company

CSG000031

Sent by: AIG CLAIMS SERVICE 4078298360

AIG Claims Service, Inc.
P.O. Box 522410
Longwood, FL 32752-2410

**PIP PAYMENT RECORD**

| | |
|---|---|
| Claim Number: | A1048812 |
| Symbol: | 1 |
| Claimant: | Christine Johansson |
| Date of Loss: | 02/24/2001 |

| | |
|---|---|
| State: | Florida |
| PIP Limit: | $10,000.00 |
| MP Limit: | $0.00 |
| Deductible: | $0.00 |
| Extended PIP?: | no |

| Paid | | Remaining |
|---|---|---|
| PIP: | $8,413.70 | $1,586.30 |
| MP: | $0.00 | $0.00 |
| Interest: | $121.56 | |
| Total: | $8,411.70 | |

**Service Codes**
| | |
|---|---|
| Medical: | M |
| Service: | S |
| Wages: | W |
| Death: | D |
| Mileage: | MR |

Printed: 01/04/2002

**SERVICE CODES: M=Medical W=Wages S=Service D=Death MR= Mileage**

| REF | Code | Dates of Service From | To | Provider | Tax ID | Billed | Allowed | % | Deductible | PIP Payment | MP Payment | Date Received | Date Paid | Interest | Total Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | W | 02/26/2001 | 02/27/2001 | Christine Johansson | | 178.60 | 178.60 | 60% | 0.00 | 107.16 | 0.00 | 03/01/2001 | 03/01/2001 | 0.00 | 107.16 |
| 2 | M | 02/25/2001 | 02/25/2001 | | | | | 80% | 0.00 | 79.79 | 0.00 | 03/19/2001 | 04/17/2001 | 0.00 | 79.79 |
| 3 | M | 04/12/2001 | 04/12/2001 | | | | | 80% | 0.00 | 300.00 | 0.00 | 04/25/2001 | 05/15/2001 | 0.00 | 380.00 |
| 4 | M | 05/14/2001 | 05/14/2001 | | | | | 80% | 0.00 | 100.38 | 0.00 | 05/25/2001 | 06/18/2001 | 0.00 | 100.38 |
| 5 | M | 04/23/2001 | 04/24/2001 | MOTE WELLNESS | 65-0974787 | 340.00 | 340.00 | 80% | 0.00 | 272.00 | 0.00 | 05/25/2001 | 06/22/2001 | 3.93 | 275.93 |
| 6 | M | 05/11/2001 | 05/11/2001 | MOTE WELLNESS | 65-0974787 | 175.00 | 175.00 | 80% | 0.00 | 140.00 | 0.00 | 05/22/2001 | 06/22/2001 | 3.39 | 140.00 |
| 7 | M | 04/16/2001 | 04/20/2001 | | | | | 80% | 0.00 | 268.00 | 0.00 | 05/11/2001 | 06/27/2001 | 3.39 | 271.39 |
| 8 | M | 05/30/2001 | 05/30/2001 | | | | | 80% | 0.00 | 68.00 | 0.00 | 06/08/2001 | 07/13/2001 | 0.72 | 68.72 |
| 9 | M | 05/21/2001 | 05/22/2001 | MOTE WELLNESS | 65-0974787 | 375.00 | 375.00 | 83% | 0.00 | 216.00 | 0.00 | 06/05/2001 | 07/13/2001 | 3.44 | 216.00 |
| 10 | M | 05/15/2001 | 05/15/2001 | MOTE WELLNESS | 65-0974787 | 175.00 | 175.00 | 80% | 0.00 | 300.00 | 0.00 | 05/29/2001 | 07/13/2001 | 3.44 | 303.44 |
| 11 | M | 06/26/2001 | 06/26/2001 | MOTE WELLNESS | 65-0974787 | 175.00 | 175.00 | 80% | 0.00 | 140.00 | 0.00 | 07/10/2001 | 08/02/2001 | 1.90 | 141.90 |
| 12 | M | 07/03/2001 | 07/03/2001 | MOTE WELLNESS | 65-0974787 | 350.00 | 350.00 | 80% | 0.00 | 140.00 | 0.00 | 07/11/2001 | 08/02/2001 | 0.00 | 140.00 |
| 13 | M | 06/22/2001 | 06/22/2001 | | | | | 80% | 0.00 | 280.00 | 0.00 | 07/17/2001 | 08/02/2001 | 0.00 | 280.00 |
| 14 | M | 07/06/2001 | 07/06/2001 | | | | | 80% | 0.00 | 108.00 | 0.00 | 07/02/2001 | 08/02/2001 | 0.00 | 108.00 |
| 15 | M | 06/25/2001 | 06/29/2001 | | | | | 80% | 0.00 | 108.00 | 0.00 | 07/16/2001 | 08/02/2001 | 0.00 | 108.00 |
| 16 | M | 07/13/2001 | 07/13/2001 | | | | | 80% | 0.00 | 216.00 | 0.00 | 07/10/2001 | 08/02/2001 | 0.00 | 216.00 |
| 17 | M | 07/10/2001 | 07/10/2001 | MOTE WELLNESS | 65-0974787 | 190.00 | 190.00 | 80% | 0.00 | 108.00 | 0.00 | 07/23/2001 | 08/15/2001 | 0.00 | 108.00 |
| 18 | M | 07/27/2001 | 07/27/2001 | | | | | 80% | 0.00 | 152.00 | 0.00 | 07/24/2001 | 08/15/2001 | 0.00 | 152.00 |
| 19 | M | 08/10/2001 | 08/10/2001 | | | | | 80% | 0.00 | 108.00 | 0.00 | 08/01/2001 | 08/31/2001 | 0.00 | 108.00 |
| 20 | M | 07/24/2001 | 07/24/2001 | MOTE WELLNESS | 65-0974787 | 190.00 | 190.00 | 80% | 0.00 | 68.00 | 0.00 | 08/20/2001 | 08/31/2001 | 0.00 | 68.00 |
| 21 | W | 07/25/2001 | 08/23/2001 | Christine Johansson | | 294.84 | 294.84 | 60% | 0.00 | 152.00 | 0.00 | 08/20/2001 | 09/31/2001 | 2.29 | 152.00 |
| 22 | M | 05/08/2001 | 05/08/2001 | MOTE WELLNESS | 65-0974787 | 175.00 | 175.00 | 80% | 0.00 | 176.78 | 0.00 | 08/22/2001 | 10/04/2001 | 5.78 | 179.07 |
| 23 | W | 08/24/2001 | 09/24/2001 | Christine Johansson | | 589.28 | 589.28 | 60% | 0.00 | 140.00 | 0.00 | 05/20/2001 | 10/04/2001 | 5.78 | 145.78 |
| 24 | M | 05/14/2001 | 05/14/2001 | | | | | 80% | 0.00 | 353.37 | 0.00 | 09/15/2001 | 10/26/2001 | | 353.17 |
| 25 | M | 11/01/2001 | 11/01/2001 | | | | | 80% | 0.00 | 3.62 | 0.00 | 05/25/2001 | 12/07/2001 | 0.21 | 3.83 |
| 26 | M | 11/16/2001 | 11/16/2001 | | | | | 80% | 0.00 | 68.00 | 0.00 | 11/09/2001 | 12/07/2001 | | 68.00 |
| 27 | M | 11/15/2001 | 11/15/2001 | | | | | 80% | 0.00 | 156.00 | 0.00 | 10/05/2001 | 12/17/2001 | 0.00 | 156.00 |
| 28 | | | | | | | | 80% | 0.00 | 1,002.40 | 0.00 | 12/06/2001 | 12/17/2001 | 0.00 | 1,002.40 |
| 29 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 30 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 31 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 32 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 33 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 34 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 35 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |

PIP Payment Record Page 1 of 1

0811.K00.RDB

**EXHIBIT**

E



Explanation of Review

| | |
|---|---|
| | Page: 1 of 1 |
| | Case: AJ1-FFLN-0051866 |
| Client Name: AIGCS FL(FL)    NF - AIGCSDE19850 | Review Date: 05-14-2001 |
| | Adjustor: BLIND |
| | File: 00000240/00000000/00000000 |
| | Reviewer: HB/ |

| | |
|---|---|
| Provider: MOTE WELLNESS REHAB | Claim: A1048872-1 |
| 3925 W BOYTON BEACH BLVD | |
| BOYNTON BEACH, FL 33436 | |
| | DOI: 02-24-2001 |
| | Claimant: JOHANSSON, CHRISTINE |
| | 982 OLD BOYNTON RD |
| | BOYNTON BCH, FL 33426 |

Tax ID: 650974787    OM
DOS: 04-23-2001 to 04-24-2001

| Dx 1: 847.0 SPRAIN OF NECK | Dx 2: 723.3 CERVICOBRACHIAL SYNDR( |
|---|---|
| Dx 3: 847.2 SPRAIN LUMBAR REGION | Dx 4: 844.0 SPRAIN LATERAL COLL LIG |

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exp Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-23-2001 | 3 | 1 | 99204 | | NEW E/M OFFICE VISIT | 1 | 1 | 150.00 | | | | 150.00 | |
| 04-23-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 04-23-2001 | 3 | 1 | A4556 | ' | ELECTRODES | 1 | 1 | 20.00 | 20.00 | | | 0.00 | 217 |
| 04-24-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-24-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |
| 04-24-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |

|  |  |
|---|---|
| Total Charges: | 340.00 |
| Bill Review Reductions: | 29.91 |
| Recommended Allowance: | 310.09 |

*217    THE VALUE OF THIS PROCEDURE IS INCLUDED IN THE VALUE OF ANOTHER PROCEDURE PERFORMED ON THIS DATE.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*PAYMENT PENDING ADJUSTOR'S REVIEW\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The Explanation of Review is sent solely for your records.
\*\*\*\*\*\*\*\*THIS IS NOT A BILL\*\*\*\*\*\*\*\*

\* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE FOR THE PROVIDER'S GEOGRAPHICAL REGION.

RECEIVED
MAY 16 2001
AIGCS
LONGWOOD, FL

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000105

**AIG**
*Insuring Your Work.*
*Your Life. Your World.*

Explanation of Review

Page: 1    of    1
Case: AJ1-FFLN-0051866
Review Date: 05-14-2001
Adjustor: BLIND
File: 00000240/00000000/00000000
Reviewer: HB/

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1048872-1

DOI: 02-24-2001
Claimant: JOHANSSON, CHRISTINE
982 OLD BOYNTON RD
BOYNTON BCH, FL 33426

Tax ID: 650974787    OM
DOS: 04-23-2001 to 04-24-2001

Dx 1: 847.0 SPRAIN OF NECK
Dx 3: 847.2 SPRAIN LUMBAR REGION

Dx 2: 723.3 CERVICOBRACHIAL SYNDRO
Dx 4: 844.0 SPRAIN LATERAL COLL LIG

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exp Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-23-2001 | 3 | 1 | 99204 | | NEW E/M OFFICE VISIT | 1 | 1 | 150.00 | | | | 150.00 | |
| 04-23-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 04-23-2001 | 3 | 1 | A4556 | | ELECTRODES | 1 | 1 | 20.00 | 20.00 | | | 0.00 | 217 |
| 04-24-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-24-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |
| 04-24-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |

Total Charges:    340.00
Bill Review Reductions:    29.91
Recommended Allowance:    310.09

*217    THE VALUE OF THIS PROCEDURE IS INCLUDED IN THE VALUE OF ANOTHER PROCEDURE PERFORMED ON THIS DATE.

**********************PAYMENT PENDING ADJUSTOR'S REVIEW*********************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

**RECEIVED**

MAY 16 2001

AIGCS
LONGWOOD, FL

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000106

**AIG** *Insuring Your Work.*
*Your Life, Your World.*

Explanation of Review

| | |
|---|---|
| | Page: 1   of   1 |
| | Case: AII-FFLN-0051866 |
| Client Name: AIGCS FL(FL)    NF - AIGCSDE19850 | Review Date: 05-14-2001 |
| | Adjustor: BLIND |
| | File: 00000240/00000000/00000000 |
| | Reviewer: HB/ |

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1048872-1

*PAID*
*6/22/01*

DOI: 02-24-2001
Claimant: JOHANSSON, CHRISTINE
982 OLD BOYNTON RD
BOYNTON BCH, FL 33426

Tax ID: 650974787    OM
DOS: 04-23-2001 to 04-24-2001

Dx 1: 847.0 SPRAIN OF NECK
Dx 3: 847.2 SPRAIN LUMBAR REGION

Dx 2: 723.3 CERVICOBRACHIAL SYNDR
Dx 4: 844.0 SPRAIN LATERAL COLL LIG

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exp Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-23-2001 | 3 | 1 | 99204 | | NEW E/M OFFICE VISIT | 1 | 1 | 150.00 | | | | 150.00 | |
| 04-23-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 04-23-2001 | 3 | 1 | A4556 | | ELECTRODES | 1 | 1 | 20.00 | 20.00 | | | 0.00 | 217 |
| 04-24-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-24-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |
| 04-24-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |

Total Charges: 340.00
Bill Review Reductions:    29.91  WB
Recommended Allowance:    310.09

*217   THE VALUE OF THIS PROCEDURE IS INCLUDED IN THE VALUE OF ANOTHER PROCEDURE PERFORMED ON THIS DATE

*******************PAYMENT PENDING ADJUSTOR'S REVIEW*********************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

# 340

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO C
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

PPEAR REASONABLE

••0••

3.93
275.93

340• x
80• x
272•00 +

OK TO PAY
P F EX  Code
Res Check
Date/Int.

RECEIVED
MAY 16 2001
AIGCS
LONGWOOD, FL

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000104

APPROVED OMB-0938-0008

AMERICAN CASUALTY INS
PO BOX 22228

LONGWOOD FL  32752

DO NOT
STAPLE
IN THIS
AREA

PICA

**HEALTH INSURANCE CLAIM FORM**

PICA

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER |

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
**A1048872**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
JOHANSSON CHRISTINE M

3. PATIENT'S BIRTH DATE  12 15 64   SEX  F X  M

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
JOHANSSON CHRISTINE M

5. PATIENT'S ADDRESS (No., Street)
982 OLD BOYNTON RD

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
982 OLD BOYNTON RD

CITY
BOYNTON BEACH   STATE  FL

8. PATIENT STATUS
Single  Married X  Other
Employed X  Full-Time Student  Part-Time Student

CITY
BOYNTON BEACH   STATE  FL

ZIP CODE
33426   TELEPHONE (Include Area Code)  (561) 734 6094

ZIP CODE
33426   TELEPHONE (INCLUDE AREA CODE)  (561) 734 6094

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
1016842

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  X NO

a. INSURED'S DATE OF BIRTH  12 15 64   SEX  M  X

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY   SEX  M  F

b. AUTO ACCIDENT?   PLACE (State)
X YES  NO  FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AMERICAN CASUALTY INS

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  X NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE   DATE  05 03 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
04 23 01

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM DD YY  TO  MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  MM DD YY  TO  MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
YES  X NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847 0   3. 847 2
2. 723 3   4. 844 0

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 04 23 01 | 11 | 1 | 99204 | 1234 | 150 00 | 1 | | | | |
| 04 23 01 | 11 | 1 | 97140 | 1234 | 50 00 | 1 | | | | |
| 04 23 01 | 11 | 1 | A4556 | 1234 | 20 00 | 1 | | | | |
| 04 24 01 | 11 | 1 | 97010 | 1234 | 30 00 | 1 | | | | |
| 04 24 01 | 11 | 1 | 97124 | 1234 | 40 00 | 1 | | | | |
| 04 24 01 | 11 | 1 | 97140 | 1234 | 50 00 | 1 | | | | |

RECEIVED
MAY 16 2001
AIGCS
LONGWOOD, FL

RECEIVED
MAY 09 2001
AIGCS
LONGWOOD, FL

25. FEDERAL TAX I.D. NUMBER  SSN  EIN
650974787

26. PATIENT'S ACCOUNT NO.
JOHCHR24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
X YES  NO

28. TOTAL CHARGE
$ 340 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 340 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID R MOTE DC
SIGNED   DATE  05 03 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL  33436
PIN CH0006242  GRP#  561 742-3205

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE

FORM HCFA-1500 (12-90)
FORM OWCP-1500  FORM RRB-1500

CSG000110

**AIG**
*Insuring Your Work,*
*Your Life, Your World.*

Explanation of Review

Page: 1    of    1
Case: A11-FFLN-0052550
Review Date: 05-25-2001
Adjustor: BLIND
File: 00000240/00000000/00000000
Reviewer: SJ/

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1048872-1

DOI: 02-24-2001
Claimant: JOHANSSON, CHRISTINE
982 OLD BOYNTON RD
BOYNTON BCH, FL 33426

PAID 6/22/01

Tax ID: 650974787    OM
DOS: 05-11-2001

Dx 1: 847.0 SPRAIN OF NECK
Dx 3: 847.2 SPRAIN LUMBAR REGION

Dx 2: 723.3 CERVICOBRACHIAL SYNDR
Dx 4: 844.0 SPRAIN LATERAL COLL LIG

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Expl Code(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-11-2001 | 3 | 3 | 98940 | | CHIRO MANIPULATION | 1 | 1 | 55.00 | 3.93 | | | 51.07 | |
| 05-11-2001 | 3 | 3 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 05-11-2001 | 3 | 3 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |
| 05-11-2001 | 3 | 3 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |

Total Charges: 175.00
Bill Review Reductions: 9.31
Recommended Allowance: 165.69

•••••••••••••••••••••PAYMENT PENDING ADJUSTOR'S REVIEW•••••••••••••••••••••
The Explanation of Review is sent solely for your records.
•••••••THIS IS NOT A BILL•••••••••

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEED
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

••0••    BLE

175• X
80• X
140•00 +

OK TO PAY
EX Code
Res Check
Date/Int.

RECEIVED
MAY 3 1 2001
AIGM
LAKE MARY FL

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000107

**AIG**
*Insuring Your Work.*
*Your Life. Your World.*

Explanation of Review

Page: 1    of    1
Case: A11-FFLN-0052550
Review Date: 05-25-2001
Adjustor: BLIND
File: 00000240/00000000/00000000
Reviewer: SJ/

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1048872-1

DOI: 02-24-2001
Claimant: JOHANSSON, CHRISTINE
982 OLD BOYNTON RD
BOYNTON BCH, FL 33426

Tax ID: 650974787    OM
DOS: 05-11-2001

Dx 1: 847.0 SPRAIN OF NECK    Dx 2: 723.3 CERVICOBRACHIAL SYNDRO
Dx 3: 847.2 SPRAIN LUMBAR REGION    Dx 4: 844.0 SPRAIN LATERAL COLL LIG

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Expl Code(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-11-2001 | 3 | 3 | 98940 | | CHIRO MANIPULATION | 1 | 1 | 55.00 | 3.93 | | | 51.07 | |
| 05-11-2001 | 3 | 3 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 05-11-2001 | 3 | 3 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |
| 05-11-2001 | 3 | 3 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |

Total Charges: 175.00
Bill Review Reductions: 9.31
Recommended Allowance: 165.69

•••••••••••••••••••••PAYMENT PENDING ADJUSTOR'S REVIEW•••••••••••••••••••••
The Explanation of Review is sent solely for your records.
••••••••THIS IS NOT A BILL••••••••

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

RECEIVED
MAY 3 1 2001
LAKE MARY FL
AIGM

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000108

**AIG**
*Insuring Your Work,*
*Your Life, Your World.*

Explanation of Review

Page: 1    of    1
Case: A11-FFLN-0052550
Review Date: 05-25-2001
Adjustor: BLIND
File: 00000240-00000000-00000000
Reviewer: SJ

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1048872-1

DOI: 02-24-2001
Claimant: JOHANSSON, CHRISTINE
982 OLD BOYNTON RD
BOYNTON BCH, FL 33426

Tax ID: 650974787    OM
DOS: 05-11-2001

Dx 1: 847.0 SPRAIN OF NECK            Dx 2: 723.3 CERVICOBRACHIAL SYNDR(
Dx 3: 847.2 SPRAIN LUMBAR REGION      Dx 4: 844.0 SPRAIN LATERAL COLL LIG

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Expl Code(s |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-11-2001 | 3 | 3 | 98940 | | CHIRO MANIPULATION | 1 | 1 | 55.00 | 3.93 | | | 51.07 | |
| 05-11-2001 | 3 | 3 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 05-11-2001 | 3 | 3 | 97124 | ' | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |
| 05-11-2001 | 3 | 3 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |

Total Charges: 175.00
Bill Review Reductions: 9.31
Recommended Allowance: 165.69

**************************PAYMENT PENDING ADJUSTOR'S REVIEW**********************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

RECEIVED

MAY 3 1 2001

AIGM
LAKE MARY FL

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000109

DO NOT
STAPLE
IN THIS
AREA

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | FOR PROGRAM IN ITEM 1 |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | A1048872 | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | | 3. PATIENT'S BIRTH DATE MM DD YY   SEX M F | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED Self Spouse Child Other | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| CITY        STATE | 8. PATIENT STATUS  Single  Married  Other | CITY        STATE |
| ZIP CODE    TELEPHONE (Include Area Code) | Employed  Full-Time Student  Part-Time Student | ZIP CODE    TELEPHONE (INCLUDE AREA CODE) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS)  YES  NO | a. INSURED'S DATE OF BIRTH MM DD YY   SEX M F |
| b. OTHER INSURED'S DATE OF BIRTH MM DD YY   SEX M F | b. AUTO ACCIDENT?  PLACE (State)  YES  NO | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT?  YES  NO | c. INSURANCE PLAN NAME OR PROGRAM NAME AMERICAN CASUALTY CO |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  NO  If yes, return to and complete item 9 a-d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY   MM DD YY FROM  TO |
|---|---|---|
| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY   MM DD YY FROM  TO |
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB?  YES  NO   $ CHARGES |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE    ORIGINAL REF NO |
|---|---|
| 1. 847.0    3. 847.2 | |
| 2. 739.2    4. 844.9 | 23. PRIOR AUTHORIZATION NUMBER |

| 24. | A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 11 01 | | 11 | 1 | 98940 | 1234 | 55 00 | 1 | | | | |
| 2 | 05 11 01 | | 11 | 1 | 97010 | 1234 | 20 00 | 1 | | | | |
| 3 | 05 11 01 | | 11 | 1 | 97124 | 1234 | 40 00 | 1 | | | | |
| 4 | 05 11 01 | | 11 | 1 | 97140 | 1234 | 50 00 | 1 | | | | |
| 5 | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | |

RECEIVED
MAY 31 2001
AIGM
LAKE MARY FL

RECEIVED
MAY 22 2001
AIGCS
LONGWOOD, FL

| 25. FEDERAL TAX I.D. NUMBER    SSN EIN | 26. PATIENT'S ACCOUNT NO | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES  NO | 28. TOTAL CHARGE $ 175 00 | 29. AMOUNT PAID $ 0 00 | 30. BALANCE DUE $ 175 |
|---|---|---|---|---|---|

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED    DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
WELLNESS REHAB
3905 W BOYNTON BEACH BLVD
BOYNTON BEACH FL
PIN#    GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR

FORM HCFA-1500 (12-90)
FORM OWCP-1500    FORM RRB-1500

CSG000112

# HEALTH INSURANCE CLAIM FORM

PLEASE DO NOT STAPLE IN THIS AREA

| PICA | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | FOR PROGRAM IN ITEM 1 |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | | |

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)

**3. PATIENT'S BIRTH DATE** MM DD YY    SEX

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)

**5. PATIENT'S ADDRESS** (No., Street)

**6. PATIENT RELATIONSHIP TO INSURED**    Self  Spouse  Child  Other

**7. INSURED'S ADDRESS** (No., Street)

CITY                STATE

**8. PATIENT STATUS**    Single  Married  Other

CITY                STATE

ZIP CODE    TELEPHONE (Include Area Code)

Employed  Full-Time Student  Part-Time Student

ZIP CODE    TELEPHONE (INCLUDE AREA CODE)

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (CURRENT OR PREVIOUS)    YES  NO

**a. INSURED'S DATE OF BIRTH** MM DD YY    SEX

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY    SEX M  F

**b. AUTO ACCIDENT?**    PLACE (State)    YES  NO

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?**    YES  NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
AMERICAN CASUALTY CO

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**    YES  NO    If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

**14. DATE OF CURRENT:** ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE** MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** MM DD YY  TO  MM DD YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** MM DD YY  TO  MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?**    YES  X NO    $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.** (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847     3. 847 0
2. 729     4. 844

**22. MEDICAID RESUBMISSION CODE**    ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 5  01 | 11 | 1 | 98940 | 1234 | 55 00 | 1 | | | | |
| 5  01 | 11 | 1 | 97010 | 1234 | 38 00 | 1 | | | | |
| 5  01 | 11 | 1 | 97124 | RECEIVED 00 | | 1 | | | | RECEIVED |
| 5  01 | 11 | 1 | 97140 | MAY 3  2001 00 | | 1 | | | | MAY 22 2001 |
| | | | | AIGCS LAKE MARY FL | | | | | | AIGCS LONGWOOD, FL |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES  NO | 28. TOTAL CHARGE  $ 175 00 | 29. AMOUNT PAID  $ 0 00 | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 59 3074367  X | JOHCHR24-00 | | | | |

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED  DATE

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**
ALPHA WELLNESS  REHAB
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL
PIN# JOH0006240   GRP#

CSG000111

# A U T O M O B I L E   P O L I C Y

## C O V E R A G E   I S   P R O V I D E D   B Y:

*(A stock insurance company, herein called the Company)*

# I J K

*A member company of*
*American International Group, Inc.*

*The Policy, together with the Declarations Page and endorsements, if any, complete the policy.*

This is a true and correct copy:

Signed: *[signature]*

Date: *11-28-01*

BJP  8054 (6-98)

**EXHIBIT**

**F**

# YOUR PERSONAL AUTO POLICY - QUICK REFERENCE

DECLARATIONS PAGE INCLUDE:
- Your Name and Address
- Your Auto or Trailer
- Policy Period
- Coverages and Amounts of Insurance

**Beginning
On Page**

| | |
|---|---|
| **AGREEMENT** | 1 |
| **DEFINITIONS** | 1 |
| **PART A - LIABILITY COVERAGE** | 2 |

Insuring Agreement
Supplementary Payments
Exclusions
Limit of Liability
Out of State Coverage
Financial Responsibility
Other Insurance

| | |
|---|---|
| **PART B - MEDICAL PAYMENTS COVERAGE** | 4 |

Insuring Agreement
Exclusions
Limit of Liability
Other Insurance

| | |
|---|---|
| **PART C - UNINSURED MOTORISTS COVERAGE** | 5 |

Insuring Agreement
Exclusions
Limit of Liability
Other Insurance
Arbitration

| | |
|---|---|
| **PART D - COVERAGE FOR DAMAGE TO YOUR AUTO** | 7 |

Insuring Agreement
Transportation Expenses
Exclusions
Limit of Liability
Payment of Loss
No Benefit to Bailee
Other Insurance
Appraisal

| | |
|---|---|
| **PART E - DUTIES AFTER AN ACCIDENT OR LOSS** | 9 |
| **PART F - GENERAL PROVISIONS** | 10 |

Bankruptcy
Changes
Fraud
Legal Action Against Us
Our Right to Recover Payment
Policy Period and Territory
Termination
Transfer of Your Interest in This Policy
Two or More Auto Policies

Copyright, Insurance Services Office, Inc., 1998                    BJP-8054 (6/98)

| Policy Number: | 849-22-26 |
|---|---|

Account: **FLORIDA DRIVERS**

Insurer: **AMERICAN HOME ASSURANCE COMPANY**

The Policy Period Begins and Ends at 12:01 A.M.
Standard Time From  **09/24/00**  To  **03/24/01**

ST: 09  CO: 0031  ACCT: 00003552

┌─────────────────────────────┐
│ POLICY DECLARATION          │
│ RENEWAL                     │
└─────────────────────────────┘

┌─────────────────────────────┐
│ Effective Date Of Change    │
│ 09/24/00                    │
└─────────────────────────────┘

LOUIS A GALTERIO

638 SNUG HARBOR DR APT 6E
BOYNTON BEACH, FL 33435

Servicing Office:

**AIG AUTO INSURANCE PROGRAM**
505 CARR ROAD
P.O. BOX 15510
WILMINGTON, DE 19850-9252
Phone: 1-(800)-241-1188

## DESCRIPTION OF YOUR COVERED AUTO(S):

| AUTO | TERR | SYMBOL | AGE | YR | MAKE-MODEL | SERIAL NUMBER | CLASS |
|---|---|---|---|---|---|---|---|
| 1 | 120 | 17 | 1 | 00 | CHEVROLET CAVALIER | 1G1JF12T5Y7269249 | 887210 |

## COVERAGE IS ONLY PROVIDED WHERE A SPECIFIC PREMIUM CHARGE IS SHOWN

| COVERAGE | LIMITS OF LIABILITY | AUTO 1 |
|---|---|---|
| Bodily Injury.............. | $100,000/  $300,000  Per Person/Accident | $  145.00 |
| Property Damage............ | $50,000  Per Accident | $  65.00 |
| Personal Injury Protection. | $10,000  Overall Maximum | $  72.00 |
| Basic Medical Expenses.... | 80% of Expenses | |
| Basic Work Loss........... | 60% of Expenses | |
| Replacement Services...... | Subject To Overall Maximum | |
| Death Benefit ............ | $5,000  Maximum | |
| Uninsured Motorist | Without Stacking | |
| Bodily Injury.............. | $100,000/  $300,000  Per Person/Accident | $  74.00 |
| Other Than Collision....... | Deductible  AUTO#1 $500 | $  76.00 |
| Collision................. | Deductible  AUTO#1 $500 | $  199.00 |

|  | Total Premium Per Auto | $  631.00 |
|---|---|---|
|  | **TOTAL PREMIUM** | **$    631.00** |

┌─────────────────────────────────────────┐
│ WE LOOK FORWARD TO CONTINUING YOUR      │
│ AUTOMOBILE COVERAGE AT THIS RENEWAL.    │
│                                         │
│           THANK YOU!                    │
└─────────────────────────────────────────┘

Carl William Wenner

Authorized Company Representative (where required)

Policy Number:    **849-22-26**                                    Accoun.    FLORIDA DRIVERS

Insurer:    **AMERICAN HOME ASSURANCE COMPANY**

The Policy Period Begins and Ends at 12:01 A.M.
Standard Time From  **09/24/00  To  03/24/01**

                                                    ST: 09   CO: 0031   ACCT: 00003552

## POLICY DECLARATION
## RENEWAL

                                                    Effective Date Of Change
                                                    **09/24/00**

LOUIS A GALTERIO

638 SNUG HARBOR DR APT 6E
BOYNTON BEACH, FL 33435

Servicing Office:

**AIG AUTO INSURANCE PROGRAM**
505 CARR ROAD
P.O. BOX 15510
WILMINGTON, DE 19850-9252
Phone: 1-(800)-241-1188

| DRIVER NAME | LICENSE NUMBER | BIRTH DATE |
|---|---|---|
| LOUIS GALTERIO | G43652166261 | 07/21/66 |

**ENDORSEMENTS:**

| | | | |
|---|---|---|---|
| PP 00 01 06 98 | PP 03 34 06 98 | EXTE 11-94 | BJP 8054 6-98 |
| PP 03 19 08 86 | PP 03 01 08 86 | PP 03 05 08 86 | PP 03 26 06 94 |
| PP 01 84 06 98 | AIG-554 7-00 | PP 03 25 06 94 | UMFLNSc 4-00 |

**DISCOUNTS:**

Auto 1 - 30% Air Bag Discount                    Auto 1 - 15% Auto Anti-Theft Devices
Auto 1 - 05% Anti-Lock Brake Discount

**LOSS PAYEE(S):**

AUTO#1
VAULTRUST & GMAC
REF# 500-4145
11350 MCCORMICK ROAD
HUNT VALLEY MD 21031-1053

**ADDITIONAL INSURED(S):**

AUTO#1
VAULTRUST & GMAC
11350 MCCORMICK ROAD
HUNT VALLEY MD 21031-1053

# PERSONAL AUTO POLICY

## AGREEMENT

In return for payment of the premium and subject to all the terms of this policy, we agree with you as follows:

## DEFINITIONS

A. Throughout this policy, "you" and "your" refer to:

1. The "named insured" shown in the Declarations; and

2. The spouse if a resident of the same household.

If the spouse ceases to be a resident of the same household during the policy period or prior to the inception of this policy, the spouse will be considered "you" and "your" under this policy but only until the earlier of:

1. The end of 90 days following the spouse's change of residency;

2. The effective date of another policy listing the spouse as a named insured; or

3. The end of the policy period.

B. "We", "us" and "our" refer to the Company providing this insurance.

C. For purposes of this policy, a private passenger type auto, pickup or van shall be deemed to be owned by a person if leased:

1. Under a written agreement to that person; and

2. For a continuous period of at least 6 months.

Other words and phrases are defined. They are in quotation marks when used.

D. "Bodily injury" means bodily harm, sickness or disease, including death that results.

E. "Business" includes trade, profession or occupation.

F. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child.

G. "Occupying" means in, upon, getting in, on, out or off.

H. "Property damage" means physical injury to, destruction of or loss of use of tangible property.

I. "Trailer" means a vehicle designed to be pulled by a:

1. Private passenger auto; or

2. Pickup or van.

It also means a farm wagon or farm implement while towed by a vehicle listed in 1. or 2. above.

J. "Your covered auto" means:

1. Any vehicle shown in the Declarations.

2. A "newly acquired auto".

3. Any "trailer" you own.

4. Any auto or "trailer" you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:

a. Breakdown;      d. Loss; or

b. Repair;      e. Destruction.

c. Servicing;

This Provision (J.4.) does not apply to Coverage For Damage To Your Auto.

K. "Newly acquired auto":

1. "Newly acquired auto" means any of the following types of vehicles you become the owner of during the policy period:

a. A private passenger auto; or

b. A pickup or van, for which no other insurance policy provides coverage, that:

(1) Has a Gross Vehicle Weight of less than 10,000 lbs.; and

(2) Is not used for the delivery or transportation of goods and materials unless such use is:

(a) Incidental to your "business" of installing, maintaining or repairing furnishings or equipment; or

(b) For farming or ranching.

2. Coverage for a "newly acquired auto" is provided as described below. If you ask us to insure a "newly acquired auto" after a specified time period described below has elapsed, any coverage we provide for a "newly acquired auto" will begin at the time you request the coverage.

a. For any coverage provided in this policy except Coverage For Damage To Your Auto, a "newly acquired auto" will have the broadest coverage we now provide for any vehicle shown in the Declarations. Coverage begins on the date you become the owner. However, for this coverage to apply to a "newly acquired auto" which is in addition to any vehicle shown in the Declarations, you must ask us to insure it within 14 days after you become the owner.

If a "newly acquired auto" replaces a vehicle shown in the Declarations, coverage is provided for this vehicle without your having to ask us to insure it.

b. Collision Coverage for a "newly acquired auto" begins on the date you become the

owner. However, for this coverage to apply, you must ask us to insure it within:

(1) 14 days after you become the owner if the Declarations indicate that Collision Coverage applies to at least one auto. In this case, the "newly acquired auto" will have the broadest coverage we now provide for any auto shown in the Declarations.

(2) Four days after you become the owner if the Declarations do not indicate that Collision Coverage applies to at least one auto. If you comply with the 4 day requirement and a loss occurred before you asked us to insure the "newly acquired auto", a Collision deductible of $500 will apply.

c. Other Than Collision Coverage for a "newly acquired auto" begins on the date you become the owner. However, for this coverage to apply, you must ask us to insure it within:

(1) 14 days after you become the owner if the Declarations indicate Other Than Collision Coverage applies to at least one auto. In this case, the "newly acquired auto" will have the broadest coverage we now provide for any auto shown in the Declarations.

(2) Four days after you become the owner if the Declarations do not indicate that Other Than Collision Coverage applies to at least one auto. If you comply with the 4 day requirement and a loss occurred before you asked us to insure the "newly acquired auto", an Other Than Collision deductible of $500 will apply.

---

## PART A - LIABILITY COVERAGE

### INSURING AGREEMENT

A. We will pay damages for "bodily injury" or "property damage" for which any "insured" becomes legally responsible because of an auto accident. Damages include prejudgment interest awarded against the "insured". We will settle or defend, as we consider appropriate, any claim or suit asking for these damages. In addition to our limit of liability, we will pay all defense costs we incur. Our duty to settle or defend ends when our limit of liability for this coverage has been exhausted by payment of judgments or settlements. We have no duty to defend any suit or settle any claim for "bodily injury" or "property damage" not covered under this policy.

B. "Insured" as used in this Part means:

1. You or any "family member" for the ownership, maintenance or use of any auto or "trailer".

2. Any person using "your covered auto".

3. For "your covered auto", any person or organization but only with respect to legal responsibility for acts or omissions of a person for whom coverage is afforded under this Part.

4. For any auto or "trailer", other than "your covered auto", any other person or organization but only with respect to legal responsibility for acts or omissions of you or any "family member" for whom coverage is afforded under this Part. This Provision (B.4.) applies only if the person or organization does not own or hire the auto or "trailer".

### SUPPLEMENTARY PAYMENTS

In addition to our limit of liability, we will pay on behalf of an "insured":

1. Up to $250 for the cost of bail bonds required because of an accident, including related traffic law violations. The accident must result in "bodily injury" or "property damage" covered under this policy.

2. Premiums on appeal bonds and bonds to release attachments in any suit we defend.

3. Interest accruing after a judgment is entered in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for this coverage.

4. Up to $200 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request.

5. Other reasonable expenses incurred at our request.

### EXCLUSIONS

A. We do not provide Liability Coverage for any "insured":

1. Who intentionally causes "bodily injury" or "property damage".

2. For "property damage" to property owned or being transported by that "insured".

3. For "property damage" to property:

   a. Rented to;

   b. Used by; or

   c. In the care of;

   that "insured".

   This Exclusion (A.3.) does not apply to "property damage" to a residence or private garage.

4. For "bodily injury" to an employee of that "insured" during the course of employment. This Exclusion (A.4.) does not apply to "bodily injury" to a domestic employee unless workers' compensation benefits are required or available for that domestic employee.

5. For that "insured's" liability arising out of the ownership or operation of a vehicle while it is being used as a public or livery conveyance. This Exclusion (**A.5.**) does not apply to a share-the-expense car pool.

6. While employed or otherwise engaged in the "business" of:

   a. Selling;                d. Storing; or

   b. Repairing;              e. Parking;

   c. Servicing;

   vehicles designed for use mainly on public highways. This includes road testing and delivery. This Exclusion (**A.6.**) does not apply to the ownership, maintenance or use of "your covered auto" by:

   a. You;

   b. Any "family member"; or

   c. Any partner, agent or employee of you or any "family member".

7. Maintaining or using any vehicle while that "insured" is employed or otherwise engaged in any "business" (other than farming or ranching) not described in Exclusion **A.6.**

   This Exclusion (**A.7.**) does not apply to the maintenance or use of a:

   a. Private passenger auto;

   b. Pickup or van; or

   c. "Trailer" used with a vehicle described in **a.** or **b.** above.

8. Using a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion (**A.8.**) does not apply to a "family member" using "your covered auto" which is owned by you.

9. For "bodily injury" or "property damage" for which that "insured":

   a. Is an insured under a nuclear energy liability policy; or

   b. Would be an insured under a nuclear energy liability policy but for its termination upon exhaustion of its limit of liability.

   A nuclear energy liability policy is a policy issued by any of the following or their successors:

   a. Nuclear Energy Liability Insurance Association;

   b. Mutual Atomic Energy Liability Underwriters; or

   c. Nuclear Insurance Association of Canada.

**B.** We do not provide Liability Coverage for the ownership, maintenance or use of:

1. Any vehicle which:

   a. Has fewer than four wheels; or

   b. Is designed mainly for use off public roads.

This Exclusion (**B.1.**) does not apply:

   a. While such vehicle is being used by an "insured" in a medical emergency;

   b. To any "trailer"; or

   c. To any non-owned golf cart.

2. Any vehicle, other than "your covered auto", which is:

   a. Owned by you; or

   b. Furnished or available for your regular use.

3. Any vehicle, other than "your covered auto", which is:

   a. Owned by any "family member"; or

   b. Furnished or available for the regular use of any "family member".

   However, this Exclusion (**B.3.**) does not apply to you while you are maintaining or "occupying" any vehicle which is:

   a. Owned by a "family member"; or

   b. Furnished or available for the regular use of a "family member".

4. Any vehicle, located inside a facility designed for racing, for the purpose of:

   a. Competing in; or

   b. Practicing or preparing for;

   any prearranged or organized racing or speed contest.

## LIMIT OF LIABILITY

**A.** The limit of liability shown in the Declarations for each person for Bodily Injury Liability is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one auto accident. Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Bodily Injury Liability is our maximum limit of liability for all damages for "bodily injury" resulting from any one auto accident.

The limit of liability shown in the Declarations for each accident for Property Damage Liability is our maximum limit of liability for all "property damage" resulting from any one auto accident.

This is the most we will pay regardless of the number of:

1. "Insureds";

2. Claims made;

3. Vehicles or premiums shown in the Declarations; or

4. Vehicles involved in the auto accident.

**B.** No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part **B** or Part **C** of this policy; or

2. Any Underinsured Motorists Coverage provided by this policy.

## OUT OF STATE COVERAGE

If an auto accident to which this policy applies occurs in any state or province other than the one in which "your covered auto" is principally garaged, we will interpret your policy for that accident as follows:

A.  If the state or province has:

1.  A financial responsibility or similar law specifying limits of liability for "bodily injury" or "property damage" higher than the limit shown in the Declarations, your policy will provide the higher specified limit.

2.  A compulsory insurance or similar law requiring a nonresident to maintain insurance whenever the nonresident uses a vehicle in that state or province, your policy will provide at least the required minimum amounts and types of coverage.

B.  No one will be entitled to duplicate payments for the same elements of loss.

## FINANCIAL RESPONSIBILITY

When this policy is certified as future proof of financial responsibility, this policy shall comply with the law to the extent required.

## OTHER INSURANCE

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide for a vehicle you do not own shall be excess over any other collectible insurance.

---

## PART B - MEDICAL PAYMENTS COVERAGE

### INSURING AGREEMENT

A.  We will pay reasonable expenses incurred for necessary medical and funeral services because of "bodily injury":

1.  Caused by accident; and

2.  Sustained by an "insured".

We will pay only those expenses incurred for services rendered within 3 years from the date of the accident.

B.  "Insured" as used in this Part means:

1.  You or any "family member":

    a.  While "occupying"; or

    b.  As a pedestrian when struck by;

    a motor vehicle designed for use mainly on public roads or a trailer of any type.

2.  Any other person while "occupying" "your covered auto".

### EXCLUSIONS

We do not provide Medical Payments Coverage for any "insured" for "bodily injury":

1.  Sustained while "occupying" any motorized vehicle having fewer than four wheels.

2.  Sustained while "occupying" "your covered auto" when it is being used as a public or livery conveyance. This Exclusion (2.) does not apply to a share-the-expense car pool.

3.  Sustained while "occupying" any vehicle located for use as a residence or premises.

4.  Occurring during the course of employment if workers' compensation benefits are required or available for the "bodily injury".

5.  Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:

    a.  Owned by you; or

    b.  Furnished or available for your regular use.

6.  Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:

    a.  Owned by any "family member"; or

    b.  Furnished or available for the regular use of any "family member".

    However, this Exclusion (6.) does not apply to you.

7.  Sustained while "occupying" a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion (7.) does not apply to a "family member" using "your covered auto" which is owned by you.

8.  Sustained while "occupying" a vehicle when it is being used in the "business" of an "insured". This Exclusion (8.) does not apply to "bodily injury" sustained while "occupying" a:

    a.  Private passenger auto;

    b.  Pickup or van that you own; or

    c.  "Trailer" used with a vehicle described in a. or b. above.

9.  Caused by or as a consequence of:

    a.  Discharge of a nuclear weapon (even if accidental);

    b.  War (declared or undeclared);

    c.  Civil war;

    d.  Insurrection; or

    e.  Rebellion or revolution.

10. From or as a consequence of the following, whether controlled or uncontrolled or however caused:

    a.  Nuclear reaction;

    b.  Radiation; or

    c.  Radioactive contamination.

11. Sustained while "occupying" any vehicle located inside a facility designed for racing, for the purpose of:

a. Competing in; or

b. Practicing or preparing for;

any prearranged or organized racing or speed contest.

## LIMIT OF LIABILITY

A. The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for each person injured in any one accident. This is the most we will pay regardless of the number of:

1. "Insureds";

2. Claims made;

3. Vehicles or premiums shown in the Declarations; or

4. Vehicles involved in the accident.

B. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part A or Part C of this policy; or

2. Any Underinsured Motorists Coverage provided by this policy.

## OTHER INSURANCE

If there is other applicable auto medical payments insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible auto insurance providing payments for medical or funeral expenses.

---

## PART C - UNINSURED MOTORISTS COVERAGE

### INSURING AGREEMENT

A. We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle" because of "bodily injury":

1. Sustained by an "insured"; and

2. Caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the "uninsured motor vehicle".

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

B. "Insured" as used in this Part means:

1. You or any "family member".

2. Any other person "occupying" "your covered auto".

3. Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in 1. or 2. above.

C. "Uninsured motor vehicle" means a land motor vehicle or "trailer" of any type:

1. To which no bodily injury liability bond or policy applies at the time of the accident.

2. To which a bodily injury liability bond or policy applies at the time of the accident. In this case its limit for bodily injury liability must be less than the minimum limit for bodily injury liability specified by the financial responsibility law of the state in which "your covered auto" is principally garaged.

3. Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits:

a. You or any "family member";

b. A vehicle which you or any "family member" are "occupying"; or

c. "Your covered auto".

4. To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:

a. Denies coverage; or

b. Is or becomes insolvent.

However, "uninsured motor vehicle" does not include any vehicle or equipment:

1. Owned by or furnished or available for the regular use of you or any "family member".

2. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.

3 Owned by any governmental unit or agency.

4. Operated on rails or crawler treads.

5. Designed mainly for use off public roads while not on public roads.

6. While located for use as a residence or premises.

### EXCLUSIONS

A. We do not provide Uninsured Motorists Coverage for "bodily injury" sustained:

1. By an "insured" while "occupying", or when struck by, any motor vehicle owned by that "insured" which is not insured for this coverage under this policy. This includes a trailer of any type used with that vehicle.

2. By any "family member" while "occupying", or when struck by, any motor vehicle you own which is insured for this coverage on a primary basis under any other policy.

B. We do not provide Uninsured Motorists Coverage for "bodily injury" sustained by any "insured":

1. If that "insured" or the legal representative settles the "bodily injury" claim without our consent.

2. While "occupying" "your covered auto" when it is being used as a public or livery conveyance. This Exclusion (B.2.) does not apply to a share-the-expense car pool.

3. Using a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion (B.3.) does not apply to a "family member" using "your covered auto" which is owned by you.

C. This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

1. Workers' compensation law; or

2. Disability benefits law.

D. We do not provide Uninsured Motorists Coverage for punitive or exemplary damages.

## LIMIT OF LIABILITY

A. The limit of liability shown in the Declarations for each person for Uninsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one accident. Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Uninsured Motorists Coverage is our maximum limit of liability for all damages for "bodily injury" resulting from any one accident.

This is the most we will pay regardless of the number of:

1. "Insureds";

2. Claims made;

3. Vehicles or premiums shown in the Declarations; or

4. Vehicles involved in the accident.

B. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part A. or Part B. of this policy; or

2. Any Underinsured Motorists Coverage provided by this policy.

C. We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

D. We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:

1. Workers' compensation law; or

2. Disability benefits law.

## OTHER INSURANCE

If there is other applicable insurance available under one or more policies or provisions of coverage that is similar to the insurance provided under this Part of the policy:

1. Any recovery for damages under all such policies or provisions of coverage may equal but not exceed the highest applicable limit for any one vehicle under any insurance providing coverage on either a primary or excess basis.

2. Any insurance we provide with respect to a vehicle you do not own shall be excess over any collectible insurance providing such coverage on a primary basis.

3. If the coverage under this policy is provided:

a. On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on a primary basis.

b. On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on an excess basis.

## ARBITRATION

A. If we and an "insured" do not agree:

1. Whether that "insured" is legally entitled to recover damages; or

2. As to the amount of damages which are recoverable by that "insured";

from the owner or operator of an "uninsured motor vehicle", then the matter may be arbitrated. However, disputes concerning coverage under this Part may not be arbitrated.

Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

B. Each party will:

1. Pay the expenses it incurs; and

2. Bear the expenses of the third arbitrator equally.

C. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

1. Whether the "insured" is legally entitled to recover damages; and

2. The amount of damages. This applies only if the amount does not exceed the minimum limit for bodily injury liability specified by the financial responsibility law of the state in which "your covered auto" is principally garaged. If the amount exceeds that limit, either party may demand the right to a trial. This demand must be made within 60 days of the arbitrators' decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

## PART D - COVERAGE FOR DAMAGE TO YOUR AUTO

### INSURING AGREEMENT

A. We will pay for direct and accidental loss to "your covered auto" or any "non-owned auto", including their equipment, minus any applicable deductible shown in the Declarations. If loss to more than one "your covered auto" or "non-owned auto" results from the same "collision", only the highest applicable deductible will apply. We will pay for loss to "your covered auto" caused by:

1. Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.

2. "Collision" only if the Declarations indicate that Collision Coverage is provided for that auto.

If there is a loss to a "non-owned auto", we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations.

B. "Collision" means the upset of "your covered auto" or a "non-owned auto" or their impact with another vehicle or object.

Loss caused by the following is considered other than "collision":

| | |
|---|---|
| 1. Missiles or falling objects; | 7. Malicious mischief or vandalism; |
| 2. Fire; | 8. Riot or civil commotion; |
| 3. Theft or larceny; | 9. Contact with bird or animal; or |
| 4. Explosion or earthquake; | 10. Breakage of glass. |
| 5. Windstorm; | |
| 6. Hail, water or flood; | |

If breakage of glass is caused by a "collision", you may elect to have it considered a loss caused by "collision".

C. "Non-owned auto" means:

1. Any private passenger auto, pickup, van or "trailer" not owned by or furnished or available for the regular use of you or any "family member" while in the custody of or being operated by you or any "family member"; or

2. Any auto or "trailer" you do not own while used as a temporary substitute for "your covered auto" which is out of normal use because of its:

| | |
|---|---|
| a. Breakdown; | d. Loss; or |
| b. Repair; | e. Destruction. |
| c. Servicing; | |

### TRANSPORTATION EXPENSES

A. In addition, we will pay, without application of a deductible, up to a maximum of $600, for:

1. Temporary transportation expenses not exceeding $20 per day incurred by you in the event of a loss to "your covered auto". We will pay for such expenses if the loss is caused by:

    a. Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.

    b. "Collision" only if the Declarations indicate that Collision Coverage is provided for that auto.

2. Expenses for which you become legally responsible in the event of loss to a "non-owned auto". We will pay for such expenses if the loss is caused by:

    a. Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for any "your covered auto".

    b. "Collision" only if the Declarations indicate that Collision Coverage is provided for any "your covered auto".

    However, the most we will pay for any expenses for loss of use is $20 per day.

B. If the loss is caused by:

1. A total theft of "your covered auto" or a "non-owned auto", we will pay only expenses incurred during the period:

    a. Beginning 48 hours after the theft; and

    b. Ending when "your covered auto" or the "non-owned auto" is returned to use or we pay for its loss.

2. Other than theft of a "your covered auto" or a "non-owned auto", we will pay only expenses beginning when the auto is withdrawn from use for more than 24 hours.

C. Our payment will be limited to that period of time reasonably required to repair or replace the "your covered auto" or the "non-owned auto".

### EXCLUSIONS

We will not pay for:

1. Loss to "your covered auto" or any "non-owned auto" which occurs while it is being used as a public or livery conveyance. This Exclusion (1.) does not apply to a share-the-expense car pool.

2. Damage due and confined to:

    a. Wear and tear;

    b. Freezing;

    c. Mechanical or electrical breakdown or failure; or

    d. Road damage to tires.

    This Exclusion (2.) does not apply if the damage results from the total theft of "your covered auto" or any "non-owned auto".

3. Loss due to or as a consequence of:
   a. Radioactive contamination;
   b. Discharge of any nuclear weapon (even if accidental);
   c. War (declared or undeclared);
   d. Civil war;
   e. Insurrection; or
   f. Rebellion or revolution.

4. Loss to any electronic equipment designed for the reproduction of sound and any accessories used with such equipment. This includes but is not limited to:
   a. Radios and stereos;
   b. Tape decks; or
   c. Compact disc players.

   This Exclusion (4.) does not apply to equipment designed solely for the reproduction of sound and accessories used with such equipment, provided:
   a. The equipment is permanently installed in "your covered auto" or any "non-owned auto"; or
   b. The equipment is:
      (1) Removable from a housing unit which is permanently installed in the auto;
      (2) Designed to be solely operated by use of the power from the auto's electrical system; and
      (3) In or upon "your covered auto" or any "non-owned auto" at the time of loss.

5. Loss to any electronic equipment that receives or transmits audio, visual or data signals and any accessories used with such equipment. This includes but is not limited to:
   a. Citizens band radios;
   b. Telephones;
   c. Two-way mobile radios;
   d. Scanning monitor receivers;
   e. Television monitor receivers;
   f. Video cassette recorders;
   g. Audio cassette recorders; or
   h. Personal computers;

   This Exclusion (5.) does not apply to:
   a. Any electronic equipment that is necessary for the normal operation of the auto or the monitoring of the auto's operating systems; or
   b. A permanently installed telephone designed to be operated by use of the power from the auto's electrical system and any accessories used with the telephone.

6. Loss to tapes, records, discs or other media used with equipment described in Exclusions 4. and 5.

7. A total loss to "your covered auto" or any "non-owned auto" due to destruction or confiscation by governmental or civil authorities.

   This Exclusion (7.) does not apply to the interests of Loss Payee in "your covered auto".

8. Loss to:
   a. A "trailer", camper body, or motor home, which is not shown in the Declarations; or
   b. Facilities or equipment used with such "trailer", camper body or motor home. Facilities or equipment include but are not limited to:
      (1) Cooking, dining, plumbing or refrigeration facilities;
      (2) Awnings or cabanas; or
      (3) Any other facilities or equipment used with a "trailer", camper body, or motor home.

   This Exclusion (8.) does not apply to a:
   a. "Trailer", and its facilities or equipment, which you do not own; or
   b. "Trailer", camper body, or the facilities or equipment in or attached to the "trailer" or camper body, which you:
      (1) Acquire during the policy period; and
      (2) Ask us to insure within 14 days after you become the owner.

9. Loss to any "non-owned auto" when used by you or any "family member" without a reasonable belief that you or that "family member" are entitled to do so.

10. Loss to equipment designed or used for the detection or location of radar or laser.

11. Loss to any custom furnishings or equipment in or upon any pickup or van. Custom furnishings or equipment include but are not limited to:
    a. Special carpeting or insulation;
    b. Furniture or bars;
    c. Height-extending roofs; or
    d. Custom murals, paintings or other decals or graphics.

    This Exclusion (11.) does not apply to a cap, cover or bedliner in or upon any "your covered auto" which is a pickup.

12. Loss to any "non-owned auto" being maintained or used by any person while employed or otherwise engaged in the "business" of:

    a. Selling;            d. Storing; or
    b. Repairing;          e. Parking;
    c. Servicing;

    vehicles designed for use on public highways. This includes road testing and delivery.

13. Loss to "your covered auto" or any "non-owned auto", located inside a facility designed for racing, for the purpose of:

    a. Competing in; or

    b. Practicing or preparing for;

    any prearranged or organized racing or speed contest.

14. Loss to, or loss of use of, a "non-owned auto" rented by:

    a. You; or

    b. Any "family member";

    if a rental vehicle company is precluded from recovering such loss or loss of use, from you or that "family member", pursuant to the provisions of any applicable rental agreement or state law.

## LIMIT OF LIABILITY

A. Our limit of liability for loss will be the lesser of the:

    1. Actual cash value of the stolen or damaged property; or

    2. Amount necessary to repair or replace the property with other property of like kind and quality.

However, the most we will pay for loss to:

1. Any "non-owned auto" which is a trailer is $500.

2. Equipment designed solely for the reproduction of sound, including any accessories used with such equipment, which is installed in locations not used by the auto manufacturer for installation of such equipment or accessories, is $1,000.

B. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total loss.

C. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

## PAYMENT OF LOSS

We may pay for loss in money or repair or replace the damaged or stolen property. We may, at our expense, return any stolen property to:

1. You; or

2. The address shown in this policy.

If we return stolen property we will pay for any damage resulting from the theft. We may keep all or part of the property at an agreed or appraised value.

If we pay for loss in money, our payment will include the applicable sales tax for the damaged or stolen property.

## NO BENEFIT TO BAILEE

This insurance shall not directly or indirectly benefit any carrier or other bailee for hire.

## OTHER SOURCES OF RECOVERY

If other sources of recovery also cover the loss, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a "non-owned auto" shall be excess over any other collectible source of recovery including, but not limited to:

1. Any coverage provided by the owner of the "non-owned auto";

2. Any other applicable physical damage insurance;

3. Any other source of recovery applicable to the loss.

## APPRAISAL

A. If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will select a competent appraiser. The two appraisers will select an umpire. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the expenses of the appraisal and umpire equally.

B. We do not waive any of our rights under this policy by agreeing to an appraisal.

## PART E - DUTIES AFTER AN ACCIDENT OR LOSS

We have no duty provide coverage under this policy unless there has been full compliance with the following duties:

A. We must be notified promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses.

B. A person seeking any coverage must:

    1. Cooperate with us in the investigation, settlement or defense of any claim or suit.

    2. Promptly send us copies of any notices or legal papers received in connection with the accident or loss.

3. Submit, as often as we reasonably require:

    a. To physical exams by physicians we select. We will pay for these exams.

    b. To examination under oath and subscribe the same.

4. Authorize us to obtain:

    a. Medical reports; and

    b. Other pertinent records.

5. Submit a proof of loss when required by us.

C. A person seeking Uninsured Motorists Coverage must also:

1. Promptly notify the police if a hit-and-run driver is involved.

2. Promptly send us copies of the legal papers if a suit is brought.

D. A person seeking Coverage For Damage To Your Auto must also:

1. Take reasonable steps after loss to protect "your covered auto" or any "non-owned auto" and their equipment from further loss. We will pay reasonable expenses incurred to do this.

2. Promptly notify the police if "your covered auto" or any "non-owned auto" is stolen.

3. Permit us to inspect and appraise the damaged property before its repair or disposal.

---

## PART F - GENERAL PROVISIONS

### BANKRUPTCY

Bankruptcy or insolvency of the "insured" shall not relieve us of any obligations under this policy.

### CHANGES

A. This policy contains all the agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us.

B. If there is a change to the information used to develop the policy premium, we may adjust your premium. Changes during the policy term that may result in a premium increase or decrease include, but are not limited to, changes in:

1. The number, type or use classification of insured vehicles;

2. Operators using insured vehicles;

3. The place of principal garaging of insured vehicles;

4. Coverage, deductible or limits.

If a change resulting from A. or B. requires a premium adjustment, we will make the premium adjustment in accordance with our manual rules.

C. If we make a change which broadens coverage under this edition of your policy without additional premium charge, that change will automatically apply to your policy as of the date we implement the change in your state. This Paragraph (C.) does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1. A subsequent edition of your policy; or

2. An Amendatory Endorsement.

### FRAUD

We do not provide coverage for any "insured" who has made fraudulent statements or engaged in fraudulent conduct in connection with any accident or loss for which coverage is sought under this policy.

### LEGAL ACTION AGAINST US

A. No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, under Part A, no legal action may be brought against us until:

1. We agree in writing that the "insured" has an obligation to pay; or

2. The amount of that obligation has been finally determined by judgment after trial.

B. No person or organization has any right under this policy to bring us into any action to determine the liability of an "insured".

### OUR RIGHT TO RECOVER PAYMENT

A. If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another we shall be subrogated to that right. That person shall do:

1. Whatever is necessary to enable us to exercise our rights; and

2. Nothing after loss to prejudice them.

However, our rights in this Paragraph (A.) do not apply under Part D, against any person using "your covered auto" with a reasonable belief that that person is entitled to do so.

B. If we make a payment under this policy and the person to or for whom payment is made recovers damages from another, that person shall:

1. Hold in trust for us the proceeds of the recovery; and

2. Reimburse us to the extent of our payment.

### POLICY PERIOD AND TERRITORY

A. This policy applies only to accidents and losses which occur:

1. During the policy period as shown in the Declarations; and

2. Within the policy territory.

B. The policy territory is:

1. The United States of America, its territories, or possessions;

2. Puerto Rico; or

3. Canada.

This policy also applies to loss to, or accidents involving, "your covered auto" while being transported between their ports.

### TERMINATION

A. **Cancellation**

This policy may be cancelled during the policy period as follows:

1. The named insured shown in the Declarations may cancel by:

   a. Returning this policy to us; or

   b. Giving us advance written notice of the date cancellation is to take effect.

---

2. We may cancel by mailing to the named insured shown in the Declarations at the address shown in this policy:

   a. At least 10 days notice:

      (1) If cancellation is for nonpayment of premium; or

      (2) If notice is mailed during the first 60 days this policy is in effect and this is not a renewal or continuation policy; or

   b. At least 20 days notice in all other cases.

3. After this policy is in effect for 60 days, or if this is a renewal or continuation policy, we will cancel only:

   a. For nonpayment of premium; or

   b. If your driver's license or that of:

      (1) Any driver who lives with you; or

      (2) Any driver who customarily uses "your covered auto";

      has been suspended or revoked. This must have occurred:

      (1) During the policy period; or

      (2) Since the last anniversary of the original effective date if the policy period is other than 1 year; or

   c. If the policy was obtained through material misrepresentation.

**B. Nonrenewal**

*If we decide not to renew or continue this policy, we will mail notice to the named insured shown in the Declarations at the address shown in this policy. Notice will be mailed at least 20 days before the end of the policy period. Subject to this notice requirement, if the policy period is:*

1. Less than 6 months, we will have the right not to renew or continue this policy every 6 months, beginning 6 months after its original effective date.

2. 6 months or longer, but less than one year, we will have the right not to renew or continue this policy at the end of the policy period.

3. 1 year or longer, we will have the right not to renew or continue this policy at each anniversary of its original effective date.

**C. Automatic Termination**

*If we offer to renew or continue and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.*

*If you obtain other insurance on "your covered auto", any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.*

**D. Other Termination Provisions**

1. *We may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.*

2. *If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.*

3. *The effective date of cancellation stated in the notice shall become the end of the policy period.*

## TRANSFER OF YOUR INTEREST IN THIS POLICY

A. Your rights and duties under this policy may not be assigned without our written consent. However, if a named insured shown in the Declarations dies, coverage will be provided for:

   1. The surviving spouse if resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Declarations; and

   2. The legal representative of the deceased person as if a named insured shown in the Declarations. This applies only with respect to the representative's legal responsibility to maintain or use "your covered auto".

B. Coverage will only be provided until the end of the policy period.

## TWO OR MORE AUTO POLICIES

If this policy and any other auto insurance policy issued to you by us apply to the same accident, the maximum limit of our liability under all the policies shall not exceed the highest applicable limit of liability under any one policy.

PP 03 19 08 86

# ADDITIONAL INSURED - LESSOR

## SCHEDULE

Insurance Company _____

Policy Number _____

Effective Date _____   Expiration Date _____

Named Insured _____

Address _____

Additional Insured (Lessor) _____

Description of "your leased auto":

Coverages:

1.  (a)  Single Limit of Liability                          $ _____ each accident
           or
     (b)  Bodily Injury Liability                           $ _____ each person
                                                            $ _____ each accident
          Property Damage Liability                         $ _____ each accident

2.  No-Fault Coverage                                       $ _____ each person

(Enter "X" to indicate Damage to Your Auto Coverage provided)

☐  Collision Loss                    ACV minus  $ _____ deductible
☐  Other Than Collision Loss         ACV minus  $ _____ deductible

Any liability and any required no-fault coverages afforded by this policy for "your leased auto" also apply to the lessor named in this endorsement as an additional insured. This insurance is subject to the following additional provisions:

1.  We will pay damages for which the lessor becomes legally responsible only if the damages arise out of acts or omissions of:

    (a)  you or any "family member", or

    (b)  any other person except the lessor or any employee or agent of the lessor using "your leased auto".

2.  "Your leased auto" means:

(a)  an auto shown in the Declarations or in this endorsement which you lease for a continuous period of at least six months under a written agreement which requires you to provide primary insurance for the lessor; and

(b)  any substitute or replacement auto furnished by the lessor named in this endorsement.

3.  If we terminate this policy, notice will also be mailed to the lessor.

4.  The lessor is not responsible for payment of premiums.

5.  The designation of the lessor as an additional insured shall not operate to increase our limits of liability.

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

PP 03 19 08 86        Copyright, Insurance Services Office, Inc., 1988

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF POLICY PROVISIONS - FLORIDA

## I. Part A - Liability Coverage

The **Other Insurance** Provision of Part A is replaced by the following:

### OTHER INSURANCE

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. Any insurance we provide for a vehicle you do not own shall be excess over any other collectible insurance.

However, we will provide primary insurance for a vehicle you do not own if:

1. The vehicle is leased by you under a written rental or lease agreement; and

2. The face of the rental or lease agreement contains, in at least 10-point type, the following language:

   The valid and collectible liability insurance of any authorized rental or leasing driver is primary for the limits of liability coverage required by FLA. STAT. SECTION 324.021(7).

## II. Part D - Coverage For Damage To Your Auto

The **Appraisal** Provision of Part D is replaced by the following:

### APPRAISAL

A. If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. Upon notice of a demand for appraisal, the opposing party may, prior to appraisal, demand mediation of the dispute in accordance with the Mediation provision contained in Part F of the policy. The mediation must be completed before a demand for appraisal can be made.

B. In the event of a demand for appraisal, each party will select a competent appraiser. The two appraisers will select an umpire. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the expenses of the appraisal and umpire equally.

C. We do not waive any of our rights under this policy by agreeing to an appraisal.

## III. Part F - General Provisions

Part F is amended as follows:

A. The **Termination** Provision is replaced by the following:

### TERMINATION

### Cancellation

This policy may be cancelled during the policy period as follows:

1. The named insured shown in the Declarations may cancel by:

   a. Returning this policy to us; or

   b. Giving us advance written notice of the date cancellation is to take effect.

2. The named insured:

   a. May not cancel this policy, if this policy provides Personal Injury Protection and Liability Coverage, during the first 60 days immediately following the date of issuance or renewal unless:

      (1) "Your covered auto" has been totally destroyed so that it is no longer operable on the roads of Florida; or

      (2) The named insured transfers ownership of "your covered auto"; or

      (3) The named insured obtains other insurance on "your covered auto"; or

      (4) The named insured is a member of the United States Armed Forces and is called to or on active duty outside the United States in an emergency situation.

   b. May cancel for any reason after this policy is in effect for 60 days.

3. If this is a new policy, we will not cancel for nonpayment of premium during the first 60 days following the date of issuance. However, we may cancel if a check used to pay us is dishonored for any reason.

4. After this policy is in effect for 60 days, we will cancel only:

   a. For nonpayment of premium; or

   b. If your driver's license or that of:

      (1) Any driver who lives with you; or

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

(2) Any driver who customarily uses "your covered auto";

has been suspended or revoked. This must have occurred during:

(1) The policy period; or

(2) The 180 days immediately preceding the original effective date of the policy; or

c. If the policy was obtained through material misrepresentation or fraud.

5. Except as provided in Section **6.**, we may cancel by mailing by registered or certified mail or United States Post Office proof of mailing to the named insured shown in the Declarations at the address shown in the policy:

a. At least 10 days notice if cancellation is for nonpayment of premium; or

b. At least 45 days notice in all other cases.

6. In the event we determine that you have been charged an incorrect premium for coverage requested in your application for insurance, we shall immediately mail you notice of any additional premium due us. If within 15 days of the notice of additional premium due (or a longer time period as specified in the notice), you fail to either:

a. Pay the additional premium and maintain this policy in full force under its original terms; or

b. Cancel this policy and demand a refund of any unearned premium;

then this policy shall be cancelled effective 15 days from the date of the notice (or a longer time period as specified in the notice).

**Nonrenewal**

If we decide not to renew or continue this policy we will mail advance notice to the named insured shown in the Declarations at the address shown in this policy at least 45 days before the end of the policy period. Notice will be made by registered or certified mail or United States Post Office proof of mailing. Subject to this notice requirement, if the policy period is:

1. Less than 6 months, we will have the right not to renew or continue this policy every 6 months, beginning 6 months after its original effective date.

2. 6 months or longer, but less than one year, we will have the right not to renew or continue this policy at the end of the policy period.

3. 1 year or longer, we will have the right not to renew or continue this policy at each anniversary of its original effective date.

We will not refuse to renew or continue this policy solely because:

1. You were convicted of one or more traffic violations which did not involve an accident or cause revocation or suspension of your driving privilege unless you have been convicted of, or plead guilty to:

a. Two such traffic violations within an 18 month period;

b. Three or more such traffic violations within a 36 month period; or

c. Exceeding the lawful speed limit by more than 15 miles per hour; or

2. You have had an accident. However, we may refuse to renew or continue this policy if, at the time of nonrenewal, you have had two or more at-fault accidents, or three or more accidents regardless of fault, within the current 3-year period.

**Automatic Termination**

If we offer to renew or continue and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If you obtain other insurance on "your covered auto", any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.

**Other Termination Provisions**

1. We may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.

2. If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

3. The effective date of cancellation stated in the notice shall become the end of the policy period.

B. The following provision is added:

**MEDIATION**

In any claim filed with us for:

1. Loss resulting from "bodily injury" in an amount of $10,000 or less;

2. "Property damage"; or

3. Loss to "your covered auto" or any "non-owned auto";

either party may demand mediation of the claim, prior to taking legal action, by filing a written request with the Department of Insurance on a form which may be obtained from the Department. The request must state:

1. Why mediation is being requested; and

2. The issues in dispute which are to be mediated.

Only one mediation may be requested for each claim, unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

The Department shall randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference, which will be held within 45 days of the request for mediation. The conference may be held by telephone, if feasible.

The mediation shall be conducted as an informal process and formal rules of evidence and procedure need not be observed. Participants must:

1.  Have authority to make a binding decision; and

2.  Mediate in good faith.

Costs of the mediation shall be shared equally by both parties unless the mediator determines that one party has not mediated in good faith.

Copyright, Insurance Services Office, Inc., 1997

PP 03 34 06 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# JOINT OWNERSHIP COVERAGE

The provisions of the policy apply unless modified by this endorsement.

## SCHEDULE

| Description Of Vehicle |
|---|
| 1. |
| 2. |
| 3. |

Coverage is provided where a premium and a limit of liability is shown for the coverage.

| Coverages | Limit Of Liability | | Premium Veh. 1 | Veh. 2 | Veh. 3 |
|---|---|---|---|---|---|
| Liability:   Bodily Injury | $ | Each Person | $ | | |
|  | $ | Each Accident | | | |
| Property Damage | $ | Each Accident | $ | | |
|  | $ | Each Person | | $ | |
|  | $ | Each Accident | | | |
|  | $ | Each Accident | | $ | |
|  | $ | Each Person | | | $ |
|  | $ | Each Accident | | | |
|  | $ | Each Accident | | | $ |
| Medical Payments | $ | Each Person | $ | | |
|  | $ | Each Person | | $ | |
|  | $ | Each Person | | | $ |
| Uninsured Motorists:   Bodily Injury | $ | Each Person | $ | | |
|  | $ | Each Accident | | | |
| Property Damage | $ | Each Accident | $ | | |
|  | $ | Each Person | | $ | |
|  | $ | Each Accident | | $ | |
|  | $ | Each Accident | | | |
|  | $ | Each Person | | | $ |
|  | $ | Each Accident | | | |
|  | $ | Each Accident | | | $ |
| Collision | Less $ | Ded. | $ | | |
|  | Less $ | Ded. | | $ | |
|  | Less $ | Ded. | | | $ |
| Other Than Collision | Less $ | Ded. | $ | | |
|  | Less $ | Ded. | | $ | |
|  | Less $ | Ded. | | | $ |
| | | Total Premium | $ | | |

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, Inc., 1997

Page 1 of 2

## I. Definitions

The **Definitions** Section is amended as follows:

**A.** For the purpose of the coverage provided by this endorsement, "you" and "your" refer to two or more:

1. Individuals, other than husband and wife, residing in the same household; or

2. "Non-resident relatives";

who jointly own:

1. A private passenger auto; or

2. A pickup or van that:

    **a.** Has a Gross Vehicle Weight of less than 10,000 lbs.; and

    **b.** Is not used for the delivery or transportation of goods and materials unless such use is:

        (1) Incidental to your "business" of installing, maintaining, or repairing furnishings or equipment; or

        (2) For farming or ranching.

**B.** The definition of "your covered auto" is replaced by the following:

"Your covered auto" means:

1. Any vehicle shown in the Schedule or in the Declarations.

2. A "newly acquired auto".

3. Any "trailer" you own.

4. Any auto or "trailer" you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:

    **a.** Breakdown;

    **b.** Repair;

    **c.** Servicing;

    **d.** Loss; or

    **e.** Destruction.

This Provision (4.) does not apply to Coverage For Damage To Your Auto.

**C.** The following definition is added:

"Non-resident relatives" means two or more persons related by blood, marriage or adoption who reside in separate households. This includes a ward or foster child.

## II. Part A - Liability Coverage

The following exclusion is added to Part A:

We do not provide Liability Coverage for the ownership, maintenance or use of any vehicle, other than "your covered auto" by any:

1. "Non-resident relative"; or

2. "Family member" of a "non-resident relative".

Copyright, Insurance Services Office, Inc., 1997

PP 03 01 08 86

# FEDERAL EMPLOYEES USING AUTOS IN GOVERNMENT BUSINESS

The following are not "insured's" under Part A:

1. The United States of America or any of its agencies.

2. Any person with respect to "bodily injury" or "property damage" resulting from the operation of an auto by that person as an employee of the United States Government. This applies only if the provisions of Section 2679 of Title 28, United States Code as amended, require the Attorney General of the United States to defend that person in any civil action which may be brought for the "bodily injury" or "property damage".

This endorsement must be attached to the Change Endorsement when issued after the policy is written.
Copyright, Insurance Services Office, Inc., 1986

AIG-554  (7/00)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PERSONAL INJURY PROTECTION COVERAGE - FLORIDA

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

## SCHEDULE

| Benefits | Limit of Liability |
|---|---|
| Medical Expenses | No specific dollar amount |
| Work Loss | No specific dollar amount |
| Replacement Services | No specific dollar amount |
| Accidental Death | $5,000 |
| | |
| Maximum Limit For The Total Of All Personal Injury Protection Benefits | $10,000 |

**Personal Injury Protection Coverage Deductible**

As indicated below or in the Declarations, personal injury protection benefits are subject to a deductible of $_____ applicable to:

☐ The "named insured".

☐ The "named insured" and any dependent "family member".

**Exclusion Of Work Loss**

Work loss does not apply as indicated below or in the Declarations:

☐ Work loss will not be provided for the "named insured".

☐ Work loss will not be provided for the "named insured" and any dependent "family member".

---

I. **Definitions**

The **Definitions** section is amended as follows:

A. For the purposes of this endorsement, a "motor vehicle" shall be deemed to be owned by a person if that person:

1. Holds the legal title to such vehicle.

2. Is a debtor having the right to possession, if such vehicle is the subject of a security agreement.

3. Is a lessee having the right to possession, if such vehicle is the subject of a lease which:

   a. Has an option to purchase; and

   b. Is for a period of at least 6 months.

4. Is a lessee having the right to possession, if such vehicle is the subject of a lease which:

   a. Does not have an option to purchase;

   b. Is for a period of at least 6 months; and

   c. Requires the lessee to secure insurance.

B. The following definitions are replaced:

1. "Family member" means a person related to the "named insured" by blood, marriage or adoption who is usually a resident of the "named insured's" household. This includes a ward or foster child.

2. "Occupying" means:

   a. In or upon;

   b. Entering into; or

   c. Alighting from.

3. "Your covered auto" means a "motor vehicle" owned by the "named insured" and for which security is required to be maintained under the Florida Motor Vehicle No-Fault Law, and either:

   a. A premium is charged; or

   b. It is a trailer, other than a mobile home, designed for use with a "motor vehicle".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

C. The following definitions are added:

1. "Motor vehicle" means:

   a. Any self-propelled vehicle with 4 or more wheels which is:

      (1) Designed; and

      (2) Required to be licensed;

      for use on Florida highways.

   b. Any trailer or semi-trailer designed for use with such vehicle.

   However, "motor vehicle" does not include:

   a. Any motor vehicle which is:

      (1) Used in mass transit other than public school transportation;

      (2) Designed to transport more than 5 passengers (excluding the operator); and

      (3) Owned by a:

         (a) Municipality;

         (b) Transit authority; or

         (c) Political subdivision of the state.

   b. A mobile home.

2. "Named insured" means:

   a. The person named in the Declarations; or

   b. That person's spouse, if a resident of the same household.

3. "Pedestrian" means a person who is not "occupying" a self-propelled vehicle.

D. "Insured" as used in this endorsement means:

1. The "named insured" or any "family member" while:

   a. "Occupying" a "motor vehicle"; or

   b. A "pedestrian" struck by a "motor vehicle".

2. Any other person while:

   a. "Occupying" "your covered auto"; or

   b. A "pedestrian" struck by "your covered auto".

## II. Personal Injury Protection Coverage
### INSURING AGREEMENT

A. We will pay, in accordance with the Florida Motor Vehicle No-Fault Law, personal injury protection benefits to or for an "insured" who sustains "bodily injury". The "bodily injury" must be caused by an accident arising out of the ownership, maintenance or use of a "motor vehicle".

B. Subject to the limits shown in the Schedule or Declarations, personal injury protection benefits consist of the following:

1. **Medical expenses.** 80% of reasonable expenses for:

   a. Necessary medical, surgical, x-ray, dental, ambulance, hospital, professional nursing and rehabilitative services; and

   b. Prosthetic devices.

   This includes necessary remedial treatment and services recognized and permitted under state law for an "insured" who relies upon spiritual means through prayer alone for healing in accordance with that "insured's" religious beliefs.

2. **Work loss.** With respect to the period of disability of an "insured", 60% of any loss of income and earning capacity from that "insured's" inability to work due to "bodily injury". However, work loss does not include any loss after an "insured's" death.

3. **Replacement services.** With respect to the period of disability of an "insured", all expenses reasonably incurred in obtaining ordinary and necessary services from others instead of those that the "insured" would have performed, without income, for the benefit of his household had he not sustained "bodily injury".

4. **Accidental death.** A death benefit.

### EXCLUSIONS

A. We do not provide Personal Injury Protection Coverage for any "insured":

1. While operating "your covered auto" without the "named insured's" express or implied consent.

2. If that "insured's" conduct contributed to his "bodily injury" under any of the following circumstances:

   a. Intentionally causing "bodily injury" to himself; or

   b. While committing a felony.

3. Other than the "named insured", if that "insured" owns a "motor vehicle" for which security is required under the Florida Motor Vehicle No-Fault Law.

4. Other than the "named insured" or any "family member", who is entitled to personal injury protection benefits from a person who owns a "motor vehicle" which is not a "your covered auto" under this policy, or from that vehicle owner's policy.

5. Who sustains "bodily injury" while "occupying" a "motor vehicle" located for use as a residence or premises.

B. We do not provide Personal Injury Protection Coverage for:

1. The "named insured" or any "family member" while "occupying" a "motor vehicle" which is:

   a. Owned by the "named insured"; and

   b. Not a "your covered auto" under this policy.

2. Any "pedestrian", other than the "named insured" or any "family member" who is not a legal resident of Florida.

## LIMIT OF LIABILITY

A. The limits of liability shown in the Schedule or Declarations for Personal Injury Protection Coverage are the most we will pay to or for each "insured" injured in any one accident, regardless of the number of:

1. "Insureds";
2. Policies or bonds applicable;
3. Vehicles involved; or
4. Claims made.

The maximum limit of liability for the total of all personal injury protection benefits shown in the Schedule or Declarations is the total aggregate limit for personal injury protection benefits available, to or for each "insured" injured in any one accident, from all sources combined, including this policy.

B. Any amounts payable under this coverage shall be reduced by any amounts paid or payable for the same elements of loss under any workers' compensation law.

C. The amount of any deductible shown in the Schedule or Declarations shall be deducted from the lesser of:

1. The total amount otherwise payable under this coverage for:

   a. Medical expenses;
   b. Work loss; and
   c. Replacement services;

   to or for each "insured" to whom the deductible applies; or

2. The limits of liability shown in the Schedule or Declarations.

The total amount otherwise payable means the benefits payable for medical expenses, work loss and replacement services after the application of any percentage limitation.

Accidental death is not subject to a deductible.

## OTHER INSURANCE

A. No one will be entitled to receive duplicate payments for the same elements of loss under this or any other insurance. If an "insured" receives personal injury protection benefits from another insurer, that insurer shall be entitled to recover from us its equitable pro rata share of the benefits paid and expenses of processing the claim.

B. If an "insured" sustains "bodily injury" while:

1. "Occupying"; or
2. Struck by a "motor vehicle" rented or leased under a rental or lease agreement;

the personal injury protection benefits afforded under the lessor's policy shall be primary.

This Provision (B.) does not apply if the face of the rental or lease agreement contains, in at least 10-point type, the following language:

The valid and collectible personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of personal injury protection coverage required by FLA. STAT. SECTION 627.736.

## III. Part E - Duties After An Accident Or Loss

Part E is replaced by the following:

### DUTIES AFTER AN ACCIDENT OR LOSS

A person seeking Personal Injury Protection Coverage must:

A. In the event of an accident, provide prompt written notice of loss to us or our authorized agent.

B. Promptly forward to us a copy of the:

1. Summons and complaint; or
2. Other process;

served in connection with any legal action that person takes against a third party to recover damages for "bodily injury".

C. Promptly give us written proof of claim, under oath if required. Such proof shall include:

1. Full details of the nature and extent of the injuries and treatment received and contemplated; and
2. Any other information which may assist us in determining the amount due and payable.

D. Submit as often as we reasonably require to mental or physical exams. We will:

1. Pay for these exams; and
2. Forward a copy of the medical report to that person if requested.

If that person unreasonably refuses to submit to an exam, we will not be liable for subsequent personal injury protection benefits.

## IV. Part F - General Provisions

Part F is amended as follows:

A. Paragraph A. of the **Legal Action Against Us** Provision is replaced by the following:

### LEGAL ACTION AGAINST US

A. No legal action may be brought against us until there has been full compliance with all terms of this policy. In addition, no legal action may be brought against us until 30 days after the required notice of loss and reasonable proof of claim has been filed with us.

B. Paragraph B. of the **Policy Period And Territory** Provision is replaced by the following:

### POLICY PERIOD AND TERRITORY

B. The policy territory is:

1. Florida.
2. The United States of America, its territories or possessions or Canada.

   This Provision (B.2.) applies only to:

   a. The "named insured" or any "family member" while "occupying" "your covered auto"; or

AIG-554  (7/00)

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

b. The "named insured" while "occupying" a "motor vehicle":

(1) Owned by any "family member"; and

(2) For which security is maintained as required by the Florida Motor Vehicle No-Fault Law;

C. The **Our Right To Recover Payment** Provision is replaced by the following:

## OUR RIGHT TO RECOVER PAYMENT

A. If we make a payment under this coverage and the person to or for whom payment was made has a right to recover damages from another we shall, to the extent of our payment, be subrogated to that right. That person shall:

1. Execute and deliver instruments and papers and do whatever else is necessary to secure our rights; and

2. Do nothing after loss to prejudice these rights.

B. If we make a payment under this coverage and the person to or for whom payment was made sustained "bodily injury" while:

1. "Occupying"; or

2. A "pedestrian" struck by;

a commercial motor vehicle, as defined in the Florida Motor Vehicle No-Fault Law, we shall, to the extent of our payment, be entitled to reimbursement from the person who owns such motor vehicle or that person's insurer.

D. The following provision is added:

## ARBITRATION

1. Any dispute involving benefits under this part of the policy between the company and an "insured", or provider of medical services claiming benefits under this policy, may be decided by arbitration if the parties agree.

Upon the written request for arbitration, each party will select one arbitrator. The two arbitrators will attempt to select a third arbitrator. If they cannot agree on a third arbitrator within 30 days, either party may request a judge of the court of record in the county of jurisdiction where the arbitration is pending to appoint the third arbitrator. A written decision agreed upon by any two or more arbitrators will be binding upon each party.

Each party will bear the expenses it incurs, including all legal fees and costs, and parties shall bear the expenses of the third arbitrator equally.

The arbitration will take place in the county in which the person claiming benefits under this policy resides. If they are located out of state, arbitration will take place in the county in which the insured resides. Arbitration is subject to the provisions of the Florida Arbitration Code Chapter 682 of the Florida statutes.

2. Any dispute involving benefits under this part of the policy between the company and an "insured", or provider of medical services claiming benefits under this policy shall be decided by arbitration.

Upon the written request for arbitration, each party will select one arbitrator. The two arbitrators will attempt to select a third arbitrator. If they cannot agree on a third arbitrator within 30 days, either party may request a judge of the court of record in the county of jurisdiction where the arbitration is pending to appoint the third arbitrator. A written decision agreed upon by any two or more arbitrators will be binding upon each party.

Each party will bear the expenses it incurs, including all legal fees and costs, and parties shall bear the expenses of the third arbitrator equally.

The arbitration will take place in the county in which the person claiming benefits under this policy resides. If they are located out of state, arbitration will take place in the county in which the insured resides. Arbitration is subject to the provisions of the Florida Arbitration Code Chapter 682 of the Florida statutes.

This section 2. only applies if your Declaration page indicates "Expanded Arbitration."

## PAYMENT OF CLAIMS

If a person seeking Personal Injury Protection Coverage is charged with committing a felony, we shall withhold benefits until, at the trial level:

1. The prosecution makes a formal entry on the record that it will not prosecute the case against that person;

2. The charge is dismissed; or

3. That person is acquitted.

## MODIFICATION OF POLICY COVERAGES

1. Any coverage provided under Part **B** or Part **C** of this policy shall be excess over any personal injury protection benefits paid or payable.

2. Regardless of whether the limits for personal injury protection benefits have been exhausted, any coverage provided under Part **B** shall pay the amount of any claim for medical expenses payable under this coverage which exceeds the 80% limitation for medical expenses.

3. No coverage is provided under Part **B** for the amount of any applicable deductible under this coverage.

## PROVISIONAL PREMIUM

1. In the event of any change in the:

    a. Rules;

    b. Rates;

    c. Rating plan;

    d. Premiums; or

    e. Minimum premiums;

    applicable to this coverage, because of an adverse judicial finding as to the constitutionality of any provisions of the Florida Motor Vehicle No-Fault Law which provide for the exemption of persons from tort liability, the premium shown in the Declarations for any coverage under:

    a. Part A;

    b. Part **B**; or

    c. Part C;

    of this policy shall be deemed to be provisional and subject to recomputation.

2. If this policy is a renewal policy, such recomputation shall include the amount of any return premium previously credited or refunded to the "named insured", in accordance with the Florida Motor Vehicle No-Fault Law, with respect to insurance provided under a previous policy.

3. If the final recomputed premium exceeds the premium shown in the Declarations, the "named insured" shall pay us:

    a. The excess amount; and

    b. The amount of any return premium previously credited or refunded.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# EXTENDED TRANSPORTATION EXPENSES COVERAGE
# BOAT OWNERS

This endorsement is added to Part D - Coverage For Damage to Your Auto.

## TRANSPORTATION EXPENSES

3.  Temporary transportation expenses incurred by you in the event that a boat you own or any non-owned boat used by you for private pleasure purposes, provided the use is with the permission of the owner, becomes disabled, or due to severe weather conditions, leaves you stranded from the original point of embarkation.

    We will pay, up to the limits specified in the policy or increased limits if a specific premium charge is indicated on the Declarations Page, transportation expenses incurred by you when it is necessary for you to return to:

    a.  the original point of embarkation, or

    b.  the point of destination;

    whichever is less.

EXTE (11/94)                                                    Ç

PP 03 05 08 86

# LOSS PAYABLE CLAUSE

Loss
Payee: _____

Loss or damage under this policy shall be paid, as interest may appear, to you and the loss payee shown in the Declarations or in this endorsement. This insurance with respect to the interest of the loss payee, shall not become invalid because of your fraudulent acts or omissions unless the loss results from your conversion, secretion or embezzlement of "your covered auto". However, we reserve the right to cancel the policy as permitted by policy terms and the cancellation shall terminate this agreement as to the loss payee's interest. We will give the same advance notice of cancellation to the loss payee as we give to the named insured shown in the Declarations.

When we pay the loss payee we shall, to the extent of payment, be subrogated to the loss payee's rights of recovery.

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

PP 03 05 08 86                    Copyright, Insurance Services Office, Inc., 1986

PP 03 25 06 94

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

# FULL WINDSHIELD COVERAGE

With respect to the coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

## PART D - COVERAGE FOR DAMAGE TO YOUR AUTO

The first paragraph of the Insuring Agreement in Part D is amended by the addition of the following:

We will pay under Other Than Collision Coverage for the cost of repairing or replacing the damaged windshield on "your covered auto" without a deductible. We will pay only if the Declarations indicates that Other Than Collision Coverage applies.

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, Inc., 1993

PP 03 26 06 94

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
# LIABILITY COVERAGE EXCLUSION ENDORSEMENT

**LIABILITY COVERAGE**

The following exclusion is added to Part A, Section A:

We do not provide Liability Coverage for any "insured" for "bodily injury" to you or any "family member".

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

PP 03 26 06 94                  Copyright, Insurance Services Office, Inc., 1993

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# UNINSURED MOTORISTS COVERAGE - FLORIDA (NON-STACKED)

## I.  Part C - UNINSURED MOTORISTS COVERAGE

Part C is replaced by the following:

### INSURING AGREEMENT

A.  We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle" because of "bodily injury":

1.  Sustained by an "insured"; and

2.  Caused by an accident.

The owner's or operator's liability for these damages must arise out of ownership, maintenance or use of the "uninsured motor vehicle."

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

B.  "Insured" as used in this Part means:

1.  You or any "family member".

2.  Any other person "occupying" "your covered auto".

3.  Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in 1. or 2. above.

C.  "Uninsured motor vehicle" means a land motor vehicle or trailer of any type:

1.  To which no bodily injury liability bond or policy applies at the time of the accident.

2.  To which a bodily injury liability bond or policy applies at the time of the accident but the amount paid for "bodily injury" under that bond or policy to an "insured" is not enough to pay the full amount the "insured" is legally entitled to recover as damages.

3.  Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits or which causes an accident resulting in "bodily injury" without hitting:

a.  You or any "family member";

b.  A vehicle which you or any "family member" are "occupying"; or

c.  "Your covered auto".

If there is no physical contact with the hit-and-run vehicle the facts of the accident must be proved. We will only accept competent evidence other than the testimony of a person making claims under this or any similar coverage.

4.  To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:

a.  Denies coverage; or

b.  Is or becomes insolvent.

However, "uninsured motor vehicle" does not include any vehicle or equipment:

1.  Owned by or furnished or available for the regular use of you or any "family member" unless it is a "your covered auto" to which Part A of the policy applies and liability coverage is excluded for any person other than you or any "family member" for damages sustained in the accident by you or any "family member".

2.  Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.

3.  Owned by any governmental unit or agency.

4.  Operated on rails or crawler treads.

5.  Designed mainly for use off public roads while not on public roads.

6.  While located for use as a residence or premises.

### EXCLUSIONS

A.  We do not provide Uninsured Motorists Coverage for "bodily injury" sustained:

1.  By a person while "occupying" any motor vehicle owned by that person which is not insured for this coverage under this policy. This includes a trailer of any type used with that vehicle.

2.  By any "family member" while "occupying" any motor vehicle you own which is insured for this coverage on a primary basis under any other policy.

B.  We do not provide Uninsured Motorists Coverage for "bodily injury" sustained by any person:

1.  If that person or the legal representative settles the "bodily injury" claim without our written consent.

    However, this Exclusion (B.1.) does not apply:

    a.  If such settlement does not prejudice our right to recover payment; or

    b.  To a settlement made with the insurer of a vehicle described in Section 2. of the definition of the "uninsured motor vehicle".

2.  While "occupying" "your covered auto" when it is being used as a public or livery conveyance. This Exclusion (B.2.) does not apply to a share-the-expense car pool.

3.  Using a vehicle without a reasonable belief that that person is entitled to do so. This Exclusion (B.3.) does not apply to a "family member" using "your covered auto" which is owned by you.

4. With respect to damages for pain, suffering, mental anguish or inconvenience unless the "bodily injury" consists in whole or in part of:

    a. Significant and permanent loss of an important bodily function;

    b. Permanent injury within a reasonable degree of medical probability, other than scarring or disfigurement.

    c. Significant and permanent scarring or disfigurement; or

    d. Death.

C. This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

    1. Workers' compensation law; or

    2. Disability benefits law.

D. We do not provide Uninsured Motorists Coverage for punitive or exemplary damages.

## LIMIT OF LIABILITY

A. When the "insured" is "occupying" "your covered auto" at the time of the accident:

    1. The limit of liability for Uninsured Motorists Coverage stated in the Declarations for each person applicable to that "your covered auto" is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in that accident; and

    2. Subject to this limit for each person, the limit of liability for Uninsured Motorists Coverage stated in the Declarations for each accident applicable to that "your covered auto" is our maximum limit of liability for all damages for "bodily injury" resulting from that accident.

B. When the "insured" is not "occupying" "your covered auto" at the time of the accident:

    1. The highest limit of liability for Uninsured Motorists Coverage stated in the Declarations for each person applicable to any of "your covered autos" is our maximum limit of liability for all damages, including damages for care, loss for services or death, arising out of "bodily injury" sustained by any one person in that accident; and

    2. Subject to this limit for each person, the highest limit of liability for Uninsured Motorists Coverage stated in the Declarations for each accident applicable to any of "your covered autos" is our maximum limit of liability for all damages for "bodily injury" resulting from that accident.

This is the most we will pay regardless of the number of:

1. "Insureds";

2. Claims made;

3. Vehicles or premiums shown in the Declarations;

4. Vehicles involved in the accident; or

5. Policies.

C. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

    1. Part A of this policy;

    2. No-fault coverage; or

    3. Automobile medical payments coverage.

D. We will not make a duplicate payment under this coverage for any element of loss for which payment had been made by or on behalf of persons or organizations who may be legally responsible.

E. We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:

    1. Workers' compensation law; or

    2. Disability benefits law.

## OTHER INSURANCE

If there is other applicable similar insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible insurance.

## ARBITRATION

A. If we and an "insured" do not agree:

    1. Whether that person is legally entitled to recover damages; or

    2. As to the amount of damages which are recoverable by that "insured";

from the owner or operator of an "uninsured motor vehicle" then the matter may be:

    1. Mediated, in accordance with the Mediation provision contained in Part F of the policy, if the damages resulting from "bodily injury" are for $10,000 or less; or

    2. Arbitrated. However, disputes concerning coverage under this Part may not be arbitrated.

If either party demands mediation, the mediation must be completed before arbitration can occur.

B. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

If arbitration is not agreed to, an "insured" shall:

    1. File a lawsuit in the proper court against the owner or driver of the uninsured auto and us. If the owner or driver of the uninsured auto is not known, an "insured" shall file the lawsuit against us; and

2. Immediately give us copies of the summons and complaints an "insured" filed for the lawsuit.

If an "insured" files against the owner or driver of the uninsured auto, we have the right to defend on the issues of the legal liability of and the damages owed by such owner or driver.

C. Each party will:

1. Pay the expenses it incurs; and

2. Bear the expenses of the third arbitrator equally.

D. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

1. Whether the "insured" is legally entitled to recover damages; and

2. The amount of damages, subject to the limits of liability for your uninsured motorists coverage as stated in the declarations of this policy.

## FLORIDA ARBITRATION CODE

If we and an "insured" agree to arbitration, the Florida Arbitration Code will not apply.

## ADDITIONAL DUTY

A person seeking Uninsured Motorists Coverage under Section 2. of the definition of "uninsured motor vehicle" must also promptly:

1. Send us copies of the legal papers if a suit is brought; and

2. Notify us in writing by certified or registered mail of a tentative settlement between the "insured" and the insurer of the "uninsured motor vehicle" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "uninsured motor vehicle".

## II. PART F - GENERAL PROVISIONS

The following is added to the **Our Right To Recover Payment** Provision in Part F:

## OUR RIGHT TO RECOVER PAYMENT

Our rights do not apply under Paragraph A. with respect to coverage under Section 2. of the definition of "uninsured motor vehicle" if we:

1. Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of an "uninsured motor vehicle"; and

2. Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

1. That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Uninsured Motorists Coverage; and

2. We also have a right to recover the advanced payment.

# AUTOMOBILE POLICY

## COVERAGE IS PROVIDED BY:

*(A stock insurance company, herein called the Company)*

# I J K

*A member company of*
*American International Group, Inc.*

*The Policy, together with the Declarations Page and endorsements, if any, complete the policy.*

**This is a true and correct copy:**

**Signed:** _____

**Date:** __11-28-01__

**EXHIBIT**

G

BJP 8054 (6-98)

# YOUR PERSONAL AUTO POLICY - QUICK REFERENCE

DECLARATIONS PAGE INCLUDE:
- Your Name and Address
- Your Auto or Trailer
- Policy Period
- Coverages and Amounts of Insurance

**Beginning
On Page**

**AGREEMENT**                                                          1
**DEFINITIONS**                                                        1
**PART A - LIABILITY COVERAGE**                                        2

- Insuring Agreement
- Supplementary Payments
- Exclusions
- Limit of Liability
- Out of State Coverage
- Financial Responsibility
- Other Insurance

**PART B - MEDICAL PAYMENTS COVERAGE**                                 4

- Insuring Agreement
- Exclusions
- Limit of Liability
- Other Insurance

**PART C - UNINSURED MOTORISTS COVERAGE**                              5

- Insuring Agreement
- Exclusions
- Limit of Liability
- Other Insurance
- Arbitration

**PART D - COVERAGE FOR DAMAGE TO YOUR AUTO**                          7

- Insuring Agreement
- Transportation Expenses
- Exclusions
- Limit of Liability
- Payment of Loss
- No Benefit to Bailee
- Other Insurance
- Appraisal

**PART E - DUTIES AFTER AN ACCIDENT OR LOSS**                          9
**PART F - GENERAL PROVISIONS**                                        10

- Bankruptcy
- Changes
- Fraud
- Legal Action Against Us
- Our Right to Recover Payment
- Policy Period and Territory
- Termination
- Transfer of Your Interest in This Policy
- Two or More Auto Policies

Copyright, Insurance Services Office, Inc., 1998                      BJP-8054 (6/98)

| Policy Number:    **574-13-23** | Account:   ᴸORIDA DRIVERS |
|---|---|

Insurer:   AMERICAN HOME ASSURANCE COMPANY

The Policy Period Begins and Ends at 12:01 A.M.
Standard Time From  **12/06/00**  To  **06/06/01**

ST: **09**  CO: **0031**  ACCT: **00003560**

| POLICY DECLARATION
RENEWAL | Effective Date Of Change
**12/06/00** |
|---|---|

HOWARD B VAINE
DORIS A VAINE
3331 VALLEY RD
APT D
BOYNTON BEACH, FL 33435

Servicing Office:

AIG AUTO INSURANCE PROGRAM
505 CARR ROAD
P.O. BOX 15510
WILMINGTON, DE 19850-9252
Phone: 1-(800)-241-1188

**DESCRIPTION OF YOUR COVERED AUTO(S):**

| AUTO | TERR | SYMBOL | AGE | YR | MAKE-MODEL | SERIAL NUMBER | CLASS |
|---|---|---|---|---|---|---|---|
| 1 | 120 | 7 | 12 | 90 | HONDA CIVIC DX | 2HGED6451LH500088 | 880320 |
| 2 | 120 | 6 | 2 | 00 | KIA SPECTRA | KNAFB1613Y5200781 | 880220 |

**COVERAGE IS ONLY PROVIDED WHERE A SPECIFIC PREMIUM CHARGE IS SHOWN**

| COVERAGE | LIMITS OF LIABILITY | AUTO 1 | AUTO 2 |
|---|---|---|---|
| Bodily Injury.............. | $300,000/  $300,000 Per Person/Accident | $ 100.00 | $ 93.00 |
| Property Damage............ | $100,000 Per Accident | $ 45.00 | $ 39.00 |
| Personal Injury Protection. | $10,000 Overall Maximum | $ 59.00 | $ 63.00 |
| Basic Medical Expenses.... | 80% of Expenses | | |
| Death Benefit ........... | $5,000 Maximum | | |
| Uninsured Motorist | Without Stacking | | |
| Bodily Injury.............. | $100,000/  $300,000 Per Person/Accident | $ 70.00 | $ 70.00 |
| Other Than Collision....... | Deductible  AUTO#1 $250   #2 $250 | $ 25.00 | $ 24.00 |
| Collision................. | Deductible  AUTO#1 $250   #2 $250 | $ 62.00 | $ 76.00 |
| | Total Premium Per Auto | $ 361.00 | $ 365.00 |
| | **TOTAL PREMIUM** | **$   726.00** | |

| WE LOOK FORWARD TO CONTINUING YOUR
AUTOMOBILE COVERAGE AT THIS RENEWAL.

**THANK YOU!** |
|---|

Colette Pasantes
_____
Authorized Company Representative (where required)

Policy Number:  **574-13-23**                          Account:   .ORIDA DRIVERS

Insurer:  **AMERICAN HOME ASSURANCE COMPANY**

The Policy Period Begins and Ends at 12:01 A.M.
Standard Time From  **12/06/00  To  06/06/01**

ST: **09**  CO: **0031**  ACCT: **00003560**

POLICY DECLARATION
RENEWAL

Effective Date Of Change
**12/06/00**

HOWARD B VAINE
DORIS A VAINE
3331 VALLEY RD
APT D
BOYNTON BEACH, FL 33435

Servicing Office:

**AIG AUTO INSURANCE PROGRAM**
505 CARR ROAD
P.O. BOX 15510
WILMINGTON, DE 19850-9252
Phone: 1-(800)-241-1188

| DRIVER NAME | LICENSE NUMBER | BIRTH DATE |
|---|---|---|
| HOWARD VAINE | V500322302590 | 07/19/30 |
| DORIS VAINE | V50016134770 | 07/30/34 |

ENDORSEMENTS:

| | | | |
|---|---|---|---|
| PP 00 01 06 98 | PP 03 34 06 98 | EXTE 11-94 | BJP 8054 6-98 |
| PP 03 01 08 86 | PP 03 26 06 94 | PP 01 84 06 98 | AIG-554 7-00 |
| PP 03 25 06 94 | UMFLNSc 4-00 | | |

DISCOUNTS:

Auto 1 - 15% Auto Passive Restraints          Auto 1 - 05% Anti-Lock Brake Discount
Multiple Autos Insured

# PERSONAL AUTO POLICY

## AGREEMENT

In return for payment of the premium and subject to all the terms of this policy, we agree with you as follows:

## DEFINITIONS

A. Throughout this policy, "you" and "your" refer to:

1. The "named insured" shown in the Declarations; and

2. The spouse if a resident of the same household.

If the spouse ceases to be a resident of the same household during the policy period or prior to the inception of this policy, the spouse will be considered "you" and "your" under this policy but only until the earlier of:

1. The end of 90 days following the spouse's change of residency;

2. The effective date of another policy listing the spouse as a named insured; or

3. The end of the policy period.

B. "We", "us" and "our" refer to the Company providing this insurance.

C. For purposes of this policy, a private passenger type auto, pickup or van shall be deemed to be owned by a person if leased:

1. Under a written agreement to that person; and

2. For a continuous period of at least 6 months.

Other words and phrases are defined. They are in quotation marks when used.

D. "Bodily injury" means bodily harm, sickness or disease, including death that results.

E. "Business" includes trade, profession or occupation.

F. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child.

G. "Occupying" means in, upon, getting in, on, out or off.

H. "Property damage" means physical injury to, destruction of or loss of use of tangible property.

I. "Trailer" means a vehicle designed to be pulled by a:

1. Private passenger auto; or

2. Pickup or van.

It also means a farm wagon or farm implement while towed by a vehicle listed in 1. or 2. above.

J. "Your covered auto" means:

1. Any vehicle shown in the Declarations.

2. A "newly acquired auto".

3. Any "trailer" you own.

4. Any auto or "trailer" you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:

   a. Breakdown;        d. Loss; or

   b. Repair;           e. Destruction.

   c. Servicing;

   This Provision (J.4.) does not apply to Coverage For Damage To Your Auto.

K. "Newly acquired auto":

1. "Newly acquired auto" means any of the following types of vehicles you become the owner of during the policy period:

   a. A private passenger auto; or

   b. A pickup or van, for which no other insurance policy provides coverage, that:

      (1) Has a Gross Vehicle Weight of less than 10,000 lbs.; and

      (2) Is not used for the delivery or transportation of goods and materials unless such use is:

         (a) Incidental to your "business" of installing, maintaining or repairing furnishings or equipment; or

         (b) For farming or ranching.

2. Coverage for a "newly acquired auto" is provided as described below. If you ask us to insure a "newly acquired auto" after a specified time period described below has elapsed, any coverage we provide for a "newly acquired auto" will begin at the time you request the coverage.

   a. For any coverage provided in this policy except Coverage For Damage To Your Auto, a "newly acquired auto" will have the broadest coverage we now provide for any vehicle shown in the Declarations. Coverage begins on the date you become the owner. However, for this coverage to apply to a "newly acquired auto" which is in addition to any vehicle shown in the Declarations, you must ask us to insure it within 14 days after you become the owner.

   If a "newly acquired auto" replaces a vehicle shown in the Declarations, coverage is provided for this vehicle without your having to ask us to insure it.

   b. Collision Coverage for a "newly acquired auto" begins on the date you become the

owner. However, for this coverage to apply, you must ask us to insure it within:

(1) 14 days after you become the owner if the Declarations indicate that Collision Coverage applies to at least one auto. In this case, the "newly acquired auto" will have the broadest coverage we now provide for any auto shown in the Declarations.

(2) Four days after you become the owner if the Declarations do not indicate that Collision Coverage applies to at least one auto. If you comply with the 4 day requirement and a loss occurred before you asked us to insure the "newly acquired auto", a Collision deductible of $500 will apply.

c. Other Than Collision Coverage for a "newly acquired auto" begins on the date you become the owner. However, for this coverage to apply, you must ask us to insure it within:

(1) 14 days after you become the owner if the Declarations indicate Other Than Collision Coverage applies to at least one auto. In this case, the "newly acquired auto" will have the broadest coverage we now provide for any auto shown in the Declarations.

(2) Four days after you become the owner if the Declarations do not indicate that Other Than Collision Coverage applies to at least one auto. If you comply with the 4 day requirement and a loss occurred before you asked us to insure the "newly acquired auto", an Other Than Collision deductible of $500 will apply.

---

## PART A - LIABILITY COVERAGE

### INSURING AGREEMENT

A. We will pay damages for "bodily injury" or "property damage" for which any "insured" becomes legally responsible because of an auto accident. Damages include prejudgment interest awarded against the "insured". We will settle or defend, as we consider appropriate, any claim or suit asking for these damages. In addition to our limit of liability, we will pay all defense costs we incur. Our duty to settle or defend ends when our limit of liability for this coverage has been exhausted by payment of judgments or settlements. We have no duty to defend any suit or settle any claim for "bodily injury" or "property damage" not covered under this policy.

B. "Insured" as used in this Part means:

1. You or any "family member" for the ownership, maintenance or use of any auto or "trailer".

2. Any person using "your covered auto".

3. For "your covered auto", any person or organization but only with respect to legal responsibility for acts or omissions of a person for whom coverage is afforded under this Part.

4. For any auto or "trailer", other than "your covered auto", any other person or organization but only with respect to legal responsibility for acts or omissions of you or any "family member" for whom coverage is afforded under this Part. This Provision (B.4.) applies only if the person or organization does not own or hire the auto or "trailer".

### SUPPLEMENTARY PAYMENTS

In addition to our limit of liability, we will pay on behalf of an "insured":

1. Up to $250 for the cost of bail bonds required because of an accident, including related traffic law violations. The accident must result in "bodily injury" or "property damage" covered under this policy.

2. Premiums on appeal bonds and bonds to release attachments in any suit we defend.

3. Interest accruing after a judgment is entered in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for this coverage.

4. Up to $200 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request.

5. Other reasonable expenses incurred at our request.

### EXCLUSIONS

A. We do not provide Liability Coverage for any "insured":

1. Who intentionally causes "bodily injury" or "property damage".

2. For "property damage" to property owned or being transported by that "insured".

3. For "property damage" to property:
   a. Rented to;
   b. Used by; or
   c. In the care of;
   that "insured".

   This Exclusion (A.3.) does not apply to "property damage" to a residence or private garage.

4. For "bodily injury" to an employee of that "insured" during the course of employment. This Exclusion (A.4.) does not apply to "bodily injury" to a domestic employee unless workers' compensation benefits are required or available for that domestic employee.

 Copyright, Insurance Services Office, Inc., 1997

5. For that "insured's" liability arising out of the ownership or operation of a vehicle while it is being used as a public or livery conveyance. This Exclusion (A.5.) does not apply to a share-the-expense car pool.

6. While employed or otherwise engaged in the "business" of:

   a. Selling;
   b. Repairing;
   c. Servicing;
   d. Storing; or
   e. Parking;

   vehicles designed for use mainly on public highways. This includes road testing and delivery. This Exclusion (A.6.) does not apply to the ownership, maintenance or use of "your covered auto" by:

   a. You;
   b. Any "family member"; or
   c. Any partner, agent or employee of you or any "family member".

7. Maintaining or using any vehicle while that "insured" is employed or otherwise engaged in any "business" (other than farming or ranching) not described in Exclusion A.6.

   This Exclusion (A.7.) does not apply to the maintenance or use of a:

   a. Private passenger auto;
   b. Pickup or van; or
   c. "Trailer" used with a vehicle described in a. or b. above.

8. Using a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion (A.8.) does not apply to a "family member" using "your covered auto" which is owned by you.

9. For "bodily injury" or "property damage" for which that "insured":

   a. Is an insured under a nuclear energy liability policy; or
   b. Would be an insured under a nuclear energy liability policy but for its termination upon exhaustion of its limit of liability.

   A nuclear energy liability policy is a policy issued by any of the following or their successors:

   a. Nuclear Energy Liability Insurance Association;
   b. Mutual Atomic Energy Liability Underwriters; or
   c. Nuclear Insurance Association of Canada.

**B.** We do not provide Liability Coverage for the ownership, maintenance or use of:

1. Any vehicle which:

   a. Has fewer than four wheels; or
   b. Is designed mainly for use off public roads.

   This Exclusion (B.1.) does not apply:

   a. While such vehicle is being used by an "insured" in a medical emergency;
   b. To any "trailer"; or
   c. To any non-owned golf cart.

2. Any vehicle, other than "your covered auto", which is:

   a. Owned by you; or
   b. Furnished or available for your regular use.

3. Any vehicle, other than "your covered auto", which is:

   a. Owned by any "family member"; or
   b. Furnished or available for the regular use of any "family member".

   However, this Exclusion (B.3.) does not apply to you while you are maintaining or "occupying" any vehicle which is:

   a. Owned by a "family member"; or
   b. Furnished or available for the regular use of a "family member".

4. Any vehicle, located inside a facility designed for racing, for the purpose of:

   a. Competing in; or
   b. Practicing or preparing for;

   any prearranged or organized racing or speed contest.

## LIMIT OF LIABILITY

**A.** The limit of liability shown in the Declarations for each person for Bodily Injury Liability is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one auto accident. Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Bodily Injury Liability is our maximum limit of liability for all damages for "bodily injury" resulting from any one auto accident.

The limit of liability shown in the Declarations for each accident for Property Damage Liability is our maximum limit of liability for all "property damage" resulting from any one auto accident.

This is the most we will pay regardless of the number of:

1. "Insureds";
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the auto accident.

**B.** No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part B or Part C of this policy; or
2. Any Underinsured Motorists Coverage provided by this policy.

## OUT OF STATE COVERAGE

If an auto accident to which this policy applies occurs in any state or province other than the one in which "your covered auto" is principally garaged, we will interpret your policy for that accident as follows:

A. If the state or province has:

1. A financial responsibility or similar law specifying limits of liability for "bodily injury" or "property damage" higher than the limit shown in the Declarations, your policy will provide the higher specified limit.

2. A compulsory insurance or similar law requiring a nonresident to maintain insurance whenever the nonresident uses a vehicle in that state or province, your policy will provide at least the required minimum amounts and types of coverage.

B. No one will be entitled to duplicate payments for the same elements of loss.

## FINANCIAL RESPONSIBILITY

When this policy is certified as future proof of financial responsibility, this policy shall comply with the law to the extent required.

## OTHER INSURANCE

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide for a vehicle you do not own shall be excess over any other collectible insurance.

---

## PART B - MEDICAL PAYMENTS COVERAGE

### INSURING AGREEMENT

A. We will pay reasonable expenses incurred for necessary medical and funeral services because of "bodily injury":

1. Caused by accident; and

2. Sustained by an "insured".

We will pay only those expenses incurred for services rendered within 3 years from the date of the accident.

B. "Insured" as used in this Part means:

1. You or any "family member":

a. While "occupying"; or

b. As a pedestrian when struck by;

a motor vehicle designed for use mainly on public roads or a trailer of any type.

2. Any other person while "occupying" "your covered auto".

### EXCLUSIONS

We do not provide Medical Payments Coverage for any "insured" for "bodily injury":

1. Sustained while "occupying" any motorized vehicle having fewer than four wheels.

2. Sustained while "occupying" "your covered auto" when it is being used as a public or livery conveyance. This Exclusion (2.) does not apply to a share-the-expense car pool.

3. Sustained while "occupying" any vehicle located for use as a residence or premises.

4. Occurring during the course of employment if workers' compensation benefits are required or available for the "bodily injury".

5. Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:

a. Owned by you; or

b. Furnished or available for your regular use.

6. Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:

a. Owned by any "family member"; or

b. Furnished or available for the regular use of any "family member".

However, this Exclusion (6.) does not apply to you.

7. Sustained while "occupying" a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion (7.) does not apply to a "family member" using "your covered auto" which is owned by you.

8. Sustained while "occupying" a vehicle when it is being used in the "business" of an "insured". This Exclusion (8.) does not apply to "bodily injury" sustained while "occupying" a:

a. Private passenger auto;

b. Pickup or van that you own; or

c. "Trailer" used with a vehicle described in a. or b. above.

9. Caused by or as a consequence of:

a. Discharge of a nuclear weapon (even if accidental);

b. War (declared or undeclared);

c. Civil war;

d. Insurrection; or

e. Rebellion or revolution.

10. From or as a consequence of the following, whether controlled or uncontrolled or however caused:

a. Nuclear reaction;

b. Radiation; or

c. Radioactive contamination.

11. Sustained while "occupying" any vehicle located inside a facility designed for racing, for the purpose of:

---

a. Competing in; or

b. Practicing or preparing for;

any prearranged or organized racing or speed contest.

## LIMIT OF LIABILITY

A. The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for each person injured in any one accident. This is the most we will pay regardless of the number of:

1. "Insureds";

2. Claims made;

3. Vehicles or premiums shown in the Declarations; or

4. Vehicles involved in the accident.

B. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part A or Part C of this policy; or

2. Any Underinsured Motorists Coverage provided by this policy.

## OTHER INSURANCE

If there is other applicable auto medical payments insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible auto insurance providing payments for medical or funeral expenses.

---

## PART C - UNINSURED MOTORISTS COVERAGE

### INSURING AGREEMENT

A. We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle" because of "bodily injury":

1. Sustained by an "insured"; and

2. Caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the "uninsured motor vehicle".

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

B. "Insured" as used in this Part means:

1. You or any "family member".

2. Any other person "occupying" "your covered auto".

3. Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in 1. or 2. above.

C. "Uninsured motor vehicle" means a land motor vehicle or "trailer" of any type:

1. To which no bodily injury liability bond or policy applies at the time of the accident.

2. To which a bodily injury liability bond or policy applies at the time of the accident. In this case its limit for bodily injury liability must be less than the minimum limit for bodily injury liability specified by the financial responsibility law of the state in which "your covered auto" is principally garaged.

3. Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits:

a. You or any "family member";

b. A vehicle which you or any "family member" are "occupying"; or

c. "Your covered auto".

4. To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:

a. Denies coverage; or

b. Is or becomes insolvent.

However, "uninsured motor vehicle" does not include any vehicle or equipment:

1. Owned by or furnished or available for the regular use of you or any "family member".

2. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.

3. Owned by any governmental unit or agency.

4. Operated on rails or crawler treads.

5. Designed mainly for use off public roads while not on public roads.

6. While located for use as a residence or premises.

### EXCLUSIONS

A. We do not provide Uninsured Motorists Coverage for "bodily injury" sustained:

1. By an "insured" while "occupying", or when struck by, any motor vehicle owned by that "insured" which is not insured for this coverage under this policy. This includes a trailer of any type used with that vehicle.

2. By any "family member" while "occupying", or when struck by, any motor vehicle you own which is insured for this coverage on a primary basis under any other policy.

B. We do not provide Uninsured Motorists Coverage for "bodily injury" sustained by any "insured":

1. If that "insured" or the legal representative settles the "bodily injury" claim without our consent.

2. While "occupying" "your covered auto" when it is being used as a public or livery conveyance. This Exclusion (B.2.) does not apply to a share-the-expense car pool.

3. Using a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion **(B.3.)** does not apply to a "family member" using "your covered auto" which is owned by you.

C. This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

1. Workers' compensation law; or

2. Disability benefits law.

D. We do not provide Uninsured Motorists Coverage for punitive or exemplary damages.

## LIMIT OF LIABILITY

A. The limit of liability shown in the Declarations for each person for Uninsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one accident. Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Uninsured Motorists Coverage is our maximum limit of liability for all damages for "bodily injury" resulting from any one accident.

This is the most we will pay regardless of the number of:

1. "Insureds";

2. Claims made;

3. Vehicles or premiums shown in the Declarations; or

4. Vehicles involved in the accident.

B. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part A. or Part B. of this policy; or

2. Any Underinsured Motorists Coverage provided by this policy.

C. We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

D. We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:

1. Workers' compensation law; or

2. Disability benefits law.

## OTHER INSURANCE

If there is other applicable insurance available under one or more policies or provisions of coverage that is similar to the insurance provided under this Part of the policy:

1. Any recovery for damages under all such policies or provisions of coverage may equal but not exceed the highest applicable limit for any one vehicle under any insurance providing coverage on either a primary or excess basis.

2. Any insurance we provide with respect to a vehicle you do not own shall be excess over any collectible insurance providing such coverage on a primary basis.

3. If the coverage under this policy is provided:

a. On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on a primary basis.

b. On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on an excess basis.

## ARBITRATION

A. If we and an "insured" do not agree:

1. Whether that "insured" is legally entitled to recover damages; or

2. As to the amount of damages which are recoverable by that "insured";

from the owner or operator of an "uninsured motor vehicle", then the matter may be arbitrated. However, disputes concerning coverage under this Part may not be arbitrated.

Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

B. Each party will:

1. Pay the expenses it incurs; and

2. Bear the expenses of the third arbitrator equally.

C. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

1. Whether the "insured" is legally entitled to recover damages; and

2. The amount of damages. This applies only if the amount does not exceed the minimum limit for bodily injury liability specified by the financial responsibility law of the state in which "your covered auto" is principally garaged. If the amount exceeds that limit, either party may demand the right to a trial. This demand must be made within 60 days of the arbitrators' decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

 Copyright, Insurance Services Office, Inc. 1997

## PART D - COVERAGE FOR DAMAGE TO YOUR AUTO

### INSURING AGREEMENT

A. We will pay for direct and accidental loss to "your covered auto" or any "non-owned auto", including their equipment, minus any applicable deductible shown in the Declarations. If loss to more than one "your covered auto" or "non-owned auto" results from the same "collision", only the highest applicable deductible will apply. We will pay for loss to "your covered auto" caused by:

1. Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.

2. "Collision" only if the Declarations indicate that Collision Coverage is provided for that auto.

If there is a loss to a "non-owned auto", we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations.

B. "Collision" means the upset of "your covered auto" or a "non-owned auto" or their impact with another vehicle or object.

Loss caused by the following is considered other than "collision":

1. Missiles or falling objects;
2. Fire;
3. Theft or larceny;
4. Explosion or earthquake;
5. Windstorm;
6. Hail, water or flood;
7. Malicious mischief or vandalism;
8. Riot or civil commotion;
9. Contact with bird or animal; or
10. Breakage of glass.

If breakage of glass is caused by a "collision", you may elect to have it considered a loss caused by "collision".

C. "Non-owned auto" means:

1. Any private passenger auto, pickup, van or "trailer" not owned by or furnished or available for the regular use of you or any "family member" while in the custody of or being operated by you or any "family member"; or

2. Any auto or "trailer" you do not own while used as a temporary substitute for "your covered auto" which is out of normal use because of its:

    a. Breakdown;
    b. Repair;
    c. Servicing;
    d. Loss; or
    e. Destruction.

### TRANSPORTATION EXPENSES

A. In addition, we will pay, without application of a deductible, up to a maximum of $600, for:

1. Temporary transportation expenses not exceeding $20 per day incurred by you in the event of a loss to "your covered auto". We will pay for such expenses if the loss is caused by:

    a. Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.

    b. "Collision" only if the Declarations indicate that Collision Coverage is provided for that auto.

2. Expenses for which you become legally responsible in the event of loss to a "non-owned auto". We will pay for such expenses if the loss is caused by:

    a. Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for any "your covered auto".

    b. "Collision" only if the Declarations indicate that Collision Coverage is provided for any "your covered auto".

    However, the most we will pay for any expenses for loss of use is $20 per day.

B. If the loss is caused by:

1. A total theft of "your covered auto" or a "non-owned auto", we will pay only expenses incurred during the period:

    a. Beginning 48 hours after the theft; and
    b. Ending when "your covered auto" or the "non-owned auto" is returned to use or we pay for its loss.

2. Other than theft of a "your covered auto" or a "non-owned auto", we will pay only expenses beginning when the auto is withdrawn from use for more than 24 hours.

C. Our payment will be limited to that period of time reasonably required to repair or replace the "your covered auto" or the "non-owned auto".

### EXCLUSIONS

We will not pay for:

1. Loss to "your covered auto" or any "non-owned auto" which occurs while it is being used as a public or livery conveyance. This Exclusion (1.) does not apply to a share-the-expense car pool.

2. Damage due and confined to:

    a. Wear and tear;
    b. Freezing;
    c. Mechanical or electrical breakdown or failure; or
    d. Road damage to tires.

    This Exclusion (2.) does not apply if the damage results from the total theft of "your covered auto" or any "non-owned auto".

 Copyright, Insurance Services Office, Inc., 1997

3. Loss due to or as a consequence of:
   a. Radioactive contamination;
   b. Discharge of any nuclear weapon (even if accidental);
   c. War (declared or undeclared);
   d. Civil war;
   e. Insurrection; or
   f. Rebellion or revolution.

4. Loss to any electronic equipment designed for the reproduction of sound and any accessories used with such equipment. This includes but is not limited to:
   a. Radios and stereos;
   b. Tape decks; or
   c. Compact disc players.

   This Exclusion (4.) does not apply to equipment designed solely for the reproduction of sound and accessories used with such equipment, provided:
   a. The equipment is permanently installed in "your covered auto" or any "non-owned auto"; or
   b. The equipment is:
      (1) Removable from a housing unit which is permanently installed in the auto;
      (2) Designed to be solely operated by use of the power from the auto's electrical system; and
      (3) In or upon "your covered auto" or any "non-owned auto" at the time of loss.

5. Loss to any electronic equipment that receives or transmits audio, visual or data signals and any accessories used with such equipment. This includes but is not limited to:
   a. Citizens band radios;
   b. Telephones;
   c. Two-way mobile radios;
   d. Scanning monitor receivers;
   e. Television monitor receivers;
   f. Video cassette recorders;
   g. Audio cassette recorders; or
   h. Personal computers;

   This Exclusion (5.) does not apply to:
   a. Any electronic equipment that is necessary for the normal operation of the auto or the monitoring of the auto's operating systems; or
   b. A permanently installed telephone designed to be operated by use of the power from the auto's electrical system and any accessories used with the telephone.

6. Loss to tapes, records, discs or other media used with equipment described in Exclusions 4. and 5.

7. A total loss to "your covered auto" or any "non-owned auto" due to destruction or confiscation by governmental or civil authorities.

   This Exclusion (7.) does not apply to the interests of Loss Payee in "your covered auto".

8. Loss to:
   a. A "trailer", camper body, or motor home, which is not shown in the Declarations; or
   b. Facilities or equipment used with such "trailer", camper body or motor home. Facilities or equipment include but are not limited to:
      (1) Cooking, dining, plumbing or refrigeration facilities;
      (2) Awnings or cabanas; or
      (3) Any other facilities or equipment used with a "trailer", camper body, or motor home.

   This Exclusion (8.) does not apply to a:
   a. "Trailer", and its facilities or equipment, which you do not own; or
   b. "Trailer", camper body, or the facilities or equipment in or attached to the "trailer" or camper body, which you:
      (1) Acquire during the policy period; and
      (2) Ask us to insure within 14 days after you become the owner.

9. Loss to any "non-owned auto" when used by you or any "family member" without a reasonable belief that you or that "family member" are entitled to do so.

10. Loss to equipment designed or used for the detection or location of radar or laser.

11. Loss to any custom furnishings or equipment in or upon any pickup or van. Custom furnishings or equipment include but are not limited to:
    a. Special carpeting or insulation;
    b. Furniture or bars;
    c. Height-extending roofs; or
    d. Custom murals, paintings or other decals or graphics.

    This Exclusion (11.) does not apply to a cap, cover or bedliner in or upon any "your covered auto" which is a pickup.

12. Loss to any "non-owned auto" being maintained or used by any person while employed or otherwise engaged in the "business" of:
    a. Selling;
    b. Repairing;
    c. Servicing;
    d. Storing; or
    e. Parking;

    vehicles designed for use on public highways. This includes road testing and delivery.

13. Loss to "your covered auto" or any "non-owned auto", located inside a facility designed for racing, for the purpose of:

   a. Competing in; or

   b. Practicing or preparing for;

   any prearranged or organized racing or speed contest.

14. Loss to, or loss of use of, a "non-owned auto" rented by:

   a. You; or

   b. Any "family member";

   if a rental vehicle company is precluded from recovering such loss or loss of use, from you or that "family member", pursuant to the provisions of any applicable rental agreement or state law.

## LIMIT OF LIABILITY

A. Our limit of liability for loss will be the lesser of:

   1. Actual cash value of the stolen or damaged property; or

   2. Amount necessary to repair or replace the property with other property of like kind and quality.

   However, the most we will pay for loss to:

   1. Any "non-owned auto" which is a trailer is $500.

   2. Equipment designed solely for the reproduction of sound, including any accessories used with such equipment, which is installed in locations not used by the auto manufacturer for installation of such equipment or accessories, is $1,000.

B. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total loss.

C. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

## PAYMENT OF LOSS

We may pay for loss in money or repair or replace the damaged or stolen property. We may, at our expense, return any stolen property to:

   1. You; or

   2. The address shown in this policy.

If we return stolen property we will pay for any damage resulting from the theft. We may keep all or part of the property at an agreed or appraised value.

If we pay for loss in money, our payment will include the applicable sales tax for the damaged or stolen property.

## NO BENEFIT TO BAILEE

This insurance shall not directly or indirectly benefit any carrier or other bailee for hire.

## OTHER SOURCES OF RECOVERY

If other sources of recovery also cover the loss, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a "non-owned auto" shall be excess over any other collectible source of recovery including, but not limited to:

   1. Any coverage provided by the owner of the "non-owned auto";

   2. Any other applicable physical damage insurance;

   3. Any other source of recovery applicable to the loss.

## APPRAISAL

A. If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will select a competent appraiser. The two appraisers will select an umpire. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   1. Pay its chosen appraiser; and

   2. Bear the expenses of the appraisal and umpire equally.

B. We do not waive any of our rights under this policy by agreeing to an appraisal.

---

## PART E - DUTIES AFTER AN ACCIDENT OR LOSS

We have no duty provide coverage under this policy unless there has been full compliance with the following duties:

A. We must be notified promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses.

B. A person seeking any coverage must:

   1. Cooperate with us in the investigation, settlement or defense of any claim or suit.

   2. Promptly send us copies of any notices or legal papers received in connection with the accident or loss.

3. Submit, as often as we reasonably require:

   a. To physical exams by physicians we select. We will pay for these exams.

   b. To examination under oath and subscribe the same.

4. Authorize us to obtain:

   a. Medical reports; and

   b. Other pertinent records.

5. Submit a proof of loss when required by us.

C. A person seeking Uninsured Motorists Coverage must also:

1. Promptly notify the police if a hit-and-run driver is involved.

2. Promptly send us copies of the legal papers if a suit is brought.

D. A person seeking Coverage For Damage To Your Auto must also:

1. Take reasonable steps after loss to protect "your covered auto" or any "non-owned auto" and their equipment from further loss. We will pay reasonable expenses incurred to do this.

2. Promptly notify the police if "your covered auto" or any "non-owned auto" is stolen.

3. Permit us to inspect and appraise the damaged property before its repair or disposal.

---

## PART F - GENERAL PROVISIONS

### BANKRUPTCY

Bankruptcy or insolvency of the "insured" shall not relieve us of any obligations under this policy.

### CHANGES

A. This policy contains all the agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us.

B. If there is a change to the information used to develop the policy premium, we may adjust your premium. Changes during the policy term that may result in a premium increase or decrease include, but are not limited to, changes in:

1. The number, type or use classification of insured vehicles;

2. Operators using insured vehicles;

3. The place of principal garaging all insured vehicles;

4. Coverage, deductible or limits.

If a change resulting from A. or B. requires a premium adjustment, we will make the premium adjustment in accordance with our manual rules.

C. If we make a change which broadens coverage under this edition of your policy without additional premium charge, that change will automatically apply to your policy as of the date we implement the change in your state. This Paragraph (C.) does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1. A subsequent edition of your policy; or

2. An Amendatory Endorsement.

### FRAUD

We do not provide coverage for any "insured" who has made fraudulent statements or engaged in fraudulent conduct in connection with any accident or loss for which coverage is sought under this policy.

### LEGAL ACTION AGAINST US

A. No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, under Part A, no legal action may be brought against us until:

1. We agree in writing that the "insured" has an obligation to pay; or

2. The amount of that obligation has been finally determined by judgment after trial.

B. No person or organization has any right under this policy to bring us into any action to determine the liability of an "insured".

### OUR RIGHT TO RECOVER PAYMENT

A. If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another we shall be subrogated to that right. That person shall do:

1. Whatever is necessary to enable us to exercise our rights; and

2. Nothing after loss to prejudice them.

However, our rights in this Paragraph (A.) do not apply under Part D, against any person using "your covered auto" with a reasonable belief that that person is entitled to do so.

B. If we make a payment under this policy and the person to or for whom payment is made recovers damages from another, that person shall:

1. Hold in trust for us the proceeds of the recovery; and

2. Reimburse us to the extent of our payment.

### POLICY PERIOD AND TERRITORY

A. This policy applies only to accidents and losses which occur:

1. During the policy period as shown in the Declarations; and

2. Within the policy territory.

B. The policy territory is:

1. The United States of America, its territories, or possessions;

2. Puerto Rico; or

3. Canada.

This policy also applies to loss to, or accidents involving, "your covered auto" while being transported between their ports.

### TERMINATION

A. **Cancellation**

This policy may be cancelled during the policy period as follows:

1. The named insured shown in the Declarations may cancel by:

a. Returning this policy to us; or

b. Giving us advance written notice of the date cancellation is to take effect.

---

2. We may cancel by mailing to the named insured shown in the Declarations at the address shown in this policy:

   a. At least 10 days notice:

      (1) If cancellation is for nonpayment of premium; or

      (2) If notice is mailed during the first 60 days this policy is in effect and this is not a renewal or continuation policy; or

   b. At least 20 days notice in all other cases.

3. After this policy is in effect for 60 days, or if this is a renewal or continuation policy, we will cancel only:

   a. For nonpayment of premium; or

   b. If your driver's license or that of:

      (1) Any driver who lives with you; or

      (2) Any driver who customarily uses "your covered auto";

      has been suspended or revoked. This must have occurred:

      (1) During the policy period; or

      (2) Since the last anniversary of the original effective date if the policy period is other than 1 year; or

   c. If the policy was obtained through material misrepresentation.

**B. Nonrenewal**

If we decide not to renew or continue this policy, we will mail notice to the named insured shown in the Declarations at the address shown in this policy. Notice will be mailed at least 20 days before the end of the policy period. Subject to this notice requirement, if the policy period is:

1. Less than 6 months, we will have the right not to renew or continue this policy every 6 months, beginning 6 months after its original effective date.

2. 6 months or longer, but less than one year, we will have the right not to renew or continue this policy at the end of the policy period.

3. 1 year or longer, we will have the right not to renew or continue this policy at each anniversary of its original effective date.

**C. Automatic Termination**

If we offer to renew or continue and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If you obtain other insurance on "your covered auto", any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.

**D. Other Termination Provisions**

1. We may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.

2. If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

3. The effective date of cancellation stated in the notice shall become the end of the policy period.

**TRANSFER OF YOUR INTEREST IN THIS POLICY**

A. Your rights and duties under this policy may not be assigned without our written consent. However, if a named insured shown in the Declarations dies, coverage will be provided for:

1. The surviving spouse if resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Declarations; and

2. The legal representative of the deceased person as if a named insured shown in the Declarations. This applies only with respect to the representative's legal responsibility to maintain or use "your covered auto".

B. Coverage will only be provided until the end of the policy period.

**TWO OR MORE AUTO POLICIES**

If this policy and any other auto insurance policy issued to you by us apply to the same accident, the maximum limit of our liability under all the policies shall not exceed the highest applicable limit of liability under any one policy.

PP 03 01 08 86

# FEDERAL EMPLOYEES USING AUTOS IN GOVERNMENT BUSINESS

The following are not "insured's" under Part A:

1. The United States of America or any of its agencies.

2. Any person with respect to "bodily injury" or "property damage" resulting from the operation of an auto by that person as an employee of the United States Government. This applies only if the provisions of Section 2679 of Title 28, United States Code as amended, require the Attorney General of the United States to defend that person in any civil action which may be brought for the "bodily injury" or "property damage".

This endorsement must be attached to the Change Endorsement when issued after the policy is written.
Copyright, Insurance Services Office, Inc., 1986

PP 03 25 06 94

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

# FULL WINDSHIELD COVERAGE

With respect to the coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

## PART D - COVERAGE FOR DAMAGE TO YOUR AUTO

The first paragraph of the Insuring Agreement in Part D is amended by the addition of the following:

We will pay under Other Than Collision Coverage for the cost of repairing or replacing the damaged windshield on "your covered auto" without a deductible. We will pay only if the Declarations indicates that Other Than Collision Coverage applies.

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, Inc., 1993

PP 03 34 06 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# JOINT OWNERSHIP COVERAGE

The provisions of the policy apply unless modified by this endorsement.

## SCHEDULE

| Description Of Vehicle |
|---|
| 1. |
| 2. |
| 3. |

Coverage is provided where a premium and a limit of liability is shown for the coverage.

| Coverages | | Limit Of Liability | | Premium Veh. 1 | Veh. 2 | Veh. 3 |
|---|---|---|---|---|---|---|
| Liability: | Bodily Injury | $ | Each Person | $ | | |
| | | $ | Each Accident | | | |
| | Property Damage | $ | Each Accident | $ | | |
| | | $ | Each Person | | $ | |
| | | $ | Each Accident | | | |
| | | $ | Each Accident | | $ | |
| | | $ | Each Person | | | $ |
| | | $ | Each Accident | | | |
| | | $ | Each Accident | | | $ |
| Medical Payments | | $ | Each Person | $ | | |
| | | $ | Each Person | | $ | |
| | | $ | Each Person | | | $ |
| Uninsured Motorists: | Bodily Injury | $ | Each Person | $ | | |
| | | $ | Each Accident | | | |
| | Property Damage | $ | Each Accident | $ | | |
| | | $ | Each Person | | $ | |
| | | $ | Each Accident | | | |
| | | $ | Each Accident | | $ | |
| | | $ | Each Person | | | $ |
| | | $ | Each Accident | | | |
| | | $ | Each Accident | | | $ |
| Collision | | Less | $ | Ded. | $ | | |
| | | Less | $ | Ded. | | $ | |
| | | Less | $ | Ded. | | | $ |
| Other Than Collision | | Less | $ | Ded. | $ | | |
| | | Less | $ | Ded. | | $ | |
| | | Less | $ | Ded. | | | $ |
| | | | Total Premium | $ | | |

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, Inc., 1997

Page 1 of 2

## I. Definitions

The **Definitions** Section is amended as follows:

**A.** For the purpose of the coverage provided by this endorsement, "you" and "your" refer to two or more:

1. Individuals, other than husband and wife, residing in the same household; or

2. "Non-resident relatives";

who jointly own:

1. A private passenger auto; or

2. A pickup or van that:

    **a.** Has a Gross Vehicle Weight of less than 10,000 lbs.; and

    **b.** Is not used for the delivery or transportation of goods and materials unless such use is:

        (1) Incidental to your "business" of installing, maintaining, or repairing furnishings or equipment; or

        (2) For farming or ranching.

**B.** The definition of "your covered auto" is replaced by the following:

"Your covered auto" means:

1. Any vehicle shown in the Schedule or in the Declarations.

2. A "newly acquired auto".

3. Any "trailer" you own.

4. Any auto or "trailer" you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:

    **a.** Breakdown;

    **b.** Repair;

    **c.** Servicing;

    **d.** Loss; or

    **e.** Destruction.

This Provision (4.) does not apply to Coverage For Damage To Your Auto.

**C.** The following definition is added:

"Non-resident relatives" means two or more persons related by blood, marriage or adoption who reside in separate households. This includes a ward or foster child.

## II. Part A - Liability Coverage

The following exclusion is added to Part A:

We do not provide Liability Coverage for the ownership, maintenance or use of any vehicle, other than "your covered auto" by any:

1. "Non-resident relative"; or

2. "Family member" of a "non-resident relative".

Copyright, Insurance Services Office, Inc., 1997

PP 03 26 06 94

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LIABILITY COVERAGE EXCLUSION ENDORSEMENT

**LIABILITY COVERAGE**

The following exclusion is added to Part A, Section A:

We do not provide Liability Coverage for any "insured" for "bodily injury" to you or any "family member".

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

PP 03 26 06 94                    Copyright, Insurance Services Office, Inc., 1993

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# UNINSURED MOTORISTS COVERAGE - FLORIDA (NON-STACKED)

I. **Part C - UNINSURED MOTORISTS COVERAGE**

Part C is replaced by the following:

**INSURING AGREEMENT**

A. We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle" because of "bodily injury":

1. Sustained by an "insured"; and
2. Caused by an accident.

The owner's or operator's liability for these damages must arise out of ownership, maintenance or use of the "uninsured motor vehicle."

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

B. "Insured" as used in this Part means:

1. You or any "family member".
2. Any other person "occupying" "your covered auto".
3. Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in 1. or 2. above.

C. "Uninsured motor vehicle" means a land motor vehicle or trailer of any type:

1. To which no bodily injury liability bond or policy applies at the time of the accident.
2. To which a bodily injury liability bond or policy applies at the time of the accident but the amount paid for "bodily injury" under that bond or policy to an "insured" is not enough to pay the full amount the "insured" is legally entitled to recover as damages.
3. Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits or which causes an accident resulting in "bodily injury" without hitting:

   a. You or any "family member";
   b. A vehicle which you or any "family member" are "occupying"; or
   c. "Your covered auto".

   If there is no physical contact with the hit-and-run vehicle the facts of the accident must be proved. We will only accept competent evidence other than the testimony of a person making claims under this or any similar coverage.

4. To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:

   a. Denies coverage; or
   b. Is or becomes insolvent.

However, "uninsured motor vehicle" does not include any vehicle or equipment:

1. Owned by or furnished or available for the regular use of you or any "family member" unless it is a "your covered auto" to which Part A of the policy applies and liability coverage is excluded for any person other than you or any "family member" for damages sustained in the accident by you or any "family member".
2. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.
3. Owned by any governmental unit or agency.
4. Operated on rails or crawler treads.
5. Designed mainly for use off public roads while not on public roads.
6. While located for use as a residence or premises.

**EXCLUSIONS**

A. We do not provide Uninsured Motorists Coverage for "bodily injury" sustained:

1. By a person while "occupying" any motor vehicle owned by that person which is not insured for this coverage under this policy. This includes a trailer of any type used with that vehicle.
2. By any "family member" while "occupying" any motor vehicle you own which is insured for this coverage on a primary basis under any other policy.

B. We do not provide Uninsured Motorists Coverage for "bodily injury" sustained by any person:

1. If that person or the legal representative settles the "bodily injury" claim without our written consent.

   However, this Exclusion (B.1.) does not apply:

   a. If such settlement does not prejudice our right to recover payment; or
   b. To a settlement made with the insurer of a vehicle described in Section 2. of the definition of the "uninsured motor vehicle".

2. While "occupying" "your covered auto" when it is being used as a public or livery conveyance. This Exclusion (B.2.) does not apply to a share-the-expense car pool.
3. Using a vehicle without a reasonable belief that that person is entitled to do so. This Exclusion (B.3.) does not apply to a "family member" using "your covered auto" which is owned by you.

4. With respect to damages for pain, suffering, mental anguish or inconvenience unless the "bodily injury" consists in whole or in part of:

    a. Significant and permanent loss of an important bodily function;

    b. Permanent injury within a reasonable degree of medical probability, other than scarring or disfigurement.

    c. Significant and permanent scarring or disfigurement; or

    d. Death.

C. This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

    1. Workers' compensation law; or

    2. Disability benefits law.

D. We do not provide Uninsured Motorists Coverage for punitive or exemplary damages.

## LIMIT OF LIABILITY

A. When the "insured" is "occupying" "your covered auto" at the time of the accident:

    1. The limit of liability for Uninsured Motorists Coverage stated in the Declarations for each person applicable to that "your covered auto" is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in that accident; and

    2. Subject to this limit for each person, the limit of liability for Uninsured Motorists Coverage stated in the Declarations for each accident applicable to that "your covered auto" is our maximum limit of liability for all damages for "bodily injury" resulting from that accident.

B. When the "insured" is not "occupying" "your covered auto" at the time of the accident:

    1. The highest limit of liability for Uninsured Motorists Coverage stated in the Declarations for each person applicable to any of "your covered autos" is our maximum limit of liability for all damages, including damages for care, loss for services or death, arising out of "bodily injury" sustained by any one person in that accident; and

    2. Subject to this limit for each person, the highest limit of liability for Uninsured Motorists Coverage stated in the Declarations for each accident applicable to any of "your covered autos" is our maximum limit of liability for all damages for "bodily injury" resulting from that accident.

This is the most we will pay regardless of the number of:

    1. "Insureds";

    2. Claims made;

    3. Vehicles or premiums shown in the Declarations;

4. Vehicles involved in the accident; or

5. Policies.

C. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

    1. Part A of this policy;

    2. No-fault coverage; or

    3. Automobile medical payments coverage.

D. We will not make a duplicate payment under this coverage for any element of loss for which payment had been made by or on behalf of persons or organizations who may be legally responsible.

E. We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:

    1. Workers' compensation law; or

    2. Disability benefits law.

## OTHER INSURANCE

If there is other applicable similar insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible insurance.

## ARBITRATION

A. If we and an "insured" do not agree:

    1. Whether that person is legally entitled to recover damages; or

    2. As to the amount of damages which are recoverable by that "insured";

from the owner or operator of an "uninsured motor vehicle" then the matter may be:

    1. Mediated, in accordance with the Mediation provision contained in Part F of the policy, if the damages resulting from "bodily injury" are for $10,000 or less; or

    2. Arbitrated. However, disputes concerning coverage under this Part may not be arbitrated.

If either party demands mediation, the mediation must be completed before arbitration can occur.

B. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

If arbitration is not agreed to, an "insured" shall:

    1. File a lawsuit in the proper court against the owner or driver of the uninsured auto and us. If the owner or driver of the uninsured auto is not known, an "insured" shall file the lawsuit against us; and

2. Immediately give us copies of the summons and complaints an "insured" filed for the lawsuit.

If an "insured" files against the owner or driver of the uninsured auto, we have the right to defend on the issues of the legal liability of and the damages owed by such owner or driver.

C. Each party will:

1. Pay the expenses it incurs; and

2. Bear the expenses of the third arbitrator equally.

D. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

1. Whether the "insured" is legally entitled to recover damages; and

2. The amount of damages, subject to the limits of liability for your uninsured motorists coverage as stated in the declarations of this policy.

## FLORIDA ARBITRATION CODE

If we and an "insured" agree to arbitration, the Florida Arbitration Code will not apply.

## ADDITIONAL DUTY

A person seeking Uninsured Motorists Coverage under Section 2. of the definition of "uninsured motor vehicle" must also promptly:

1. Send us copies of the legal papers if a suit is brought; and

2. Notify us in writing by certified or registered mail of a tentative settlement between the "insured" and the insurer of the "uninsured motor vehicle" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "uninsured motor vehicle".

## II. PART F - GENERAL PROVISIONS

The following is added to the **Our Right To Recover Payment** Provision in Part F:

## OUR RIGHT TO RECOVER PAYMENT

Our rights do not apply under Paragraph A. with respect to coverage under Section 2. of the definition of "uninsured motor vehicle" if we:

1. Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of an "uninsured motor vehicle"; and

2. Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

1. That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Uninsured Motorists Coverage; and

2. We also have a right to recover the advanced payment.

# EXTENDED TRANSPORTATION EXPENSES COVERAGE
# BOAT OWNERS

This endorsement is added to Part D - Coverage For Damage to Your Auto.

## TRANSPORTATION EXPENSES

3.  Temporary transportation expenses incurred by you in the event that a boat you own or any non-owned boat used by you for private pleasure purposes, provided the use is with the permission of the owner, becomes disabled, or due to severe weather conditions, leaves you stranded from the original point of embarkation.

    We will pay, up to the limits specified in the policy or increased limits if a specific premium charge is indicated on the Declarations Page, transportation expenses incurred by you when it is necessary for you to return to:

    a.  the original point of embarkation, or

    b.  the point of destination;

    whichever is less.

EXTE (11/94)                                          Ç

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF POLICY PROVISIONS - FLORIDA

## I. Part A - Liability Coverage

The **Other Insurance** Provision of Part A is replaced by the following:

### OTHER INSURANCE

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. Any insurance we provide for a vehicle you do not own shall be excess over any other collectible insurance.

However, we will provide primary insurance for a vehicle you do not own if:

1. The vehicle is leased by you under a written rental or lease agreement; and

2. The face of the rental or lease agreement contains, in at least 10-point type, the following language:

The valid and collectible liability insurance of any authorized rental or leasing driver is primary for the limits of liability coverage required by FLA. STAT. SECTION 324.021(7).

## II. Part D - Coverage For Damage To Your Auto

The **Appraisal** Provision of Part D is replaced by the following:

### APPRAISAL

A. If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. Upon notice of a demand for appraisal, the opposing party may, prior to appraisal, demand mediation of the dispute in accordance with the Mediation provision contained in Part F of the policy. The mediation must be completed before a demand for appraisal can be made.

B. In the event of a demand for appraisal, each party will select a competent appraiser. The two appraisers will select an umpire. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the expenses of the appraisal and umpire equally.

C. We do not waive any of our rights under this policy by agreeing to an appraisal.

## III. Part F - General Provisions

Part F is amended as follows:

A. The **Termination** Provision is replaced by the following:

### TERMINATION

### Cancellation

This policy may be cancelled during the policy period as follows:

1. The named insured shown in the Declarations may cancel by:

   a. Returning this policy to us; or

   b. Giving us advance written notice of the date cancellation is to take effect.

2. The named insured:

   a. May not cancel this policy, if this policy provides Personal Injury Protection and Liability Coverage, during the first 60 days immediately following the date of issuance or renewal unless:

      (1) "Your covered auto" has been totally destroyed so that it is no longer operable on the roads of Florida; or

      (2) The named insured transfers ownership of "your covered auto"; or

      (3) The named insured obtains other insurance on "your covered auto"; or

      (4) The named insured is a member of the United States Armed Forces and is called to or on active duty outside the United States in an emergency situation.

   b. May cancel for any reason after this policy is in effect for 60 days.

3. If this is a new policy, we will not cancel for nonpayment of premium during the first 60 days following the date of issuance. However, we may cancel if a check used to pay us is dishonored for any reason.

4. After this policy is in effect for 60 days, we will cancel only:

   a. For nonpayment of premium; or

   b. If your driver's license or that of:

      (1) Any driver who lives with you; or

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, Inc., 1997    **Page 1 of 3**

(2) Any driver who customarily uses "your covered auto";

has been suspended or revoked. This must have occurred during:

(1) The policy period; or

(2) The 180 days immediately preceding the original effective date of the policy; or

c. If the policy was obtained through material misrepresentation or fraud.

5. Except as provided in Section **6.**, we may cancel by mailing by registered or certified mail or United States Post Office proof of mailing to the named insured shown in the Declarations at the address shown in the policy:

a. At least 10 days notice if cancellation is for nonpayment of premium; or

b. At least 45 days notice in all other cases.

6. In the event we determine that you have been charged an incorrect premium for coverage requested in your application for insurance, we shall immediately mail you notice of any additional premium due us. If within 15 days of the notice of additional premium due (or a longer time period as specified in the notice), you fail to either:

a. Pay the additional premium and maintain this policy in full force under its original terms; or

b. Cancel this policy and demand a refund of any unearned premium;

then this policy shall be cancelled effective 15 days from the date of the notice (or a longer time period as specified in the notice).

## Nonrenewal

If we decide not to renew or continue this policy we will mail advance notice to the named insured shown in the Declarations at the address shown in this policy at least 45 days before the end of the policy period. Notice will be mailed by registered or certified mail or United States Post Office proof of mailing. Subject to this notice requirement, if the policy period is:

1. Less than 6 months, we will have the right not to renew or continue this policy every 6 months, beginning 6 months after its original effective date.

2. 6 months or longer, but less than one year, we will have the right not to renew or continue this policy at the end of the policy period.

3. 1 year or longer, we will have the right not to renew or continue this policy at each anniversary of its original effective date.

We will not refuse to renew or continue this policy solely because:

1. You were convicted of one or more traffic violations which did not involve an accident or cause revocation or suspension of your driving privilege unless you have been convicted of, or plead guilty to:

a. Two such traffic violations within an 18 month period;

b. Three or more such traffic violations within a 36 month period; or

c. Exceeding the lawful speed limit by more than 15 miles per hour; or

2. You have had an accident. However, we may refuse to renew or continue this policy if, at the time of nonrenewal, you have had two or more at-fault accidents, or three or more accidents regardless of fault, within the current 3-year period.

### Automatic Termination

If we offer to renew or continue and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If you obtain other insurance on "your covered auto", any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.

### Other Termination Provisions

1. We may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.

2. If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

3. The effective date of cancellation stated in the notice shall become the end of the policy period.

B. The following provision is added:
   ## MEDIATION

In any claim filed with us for:

1. Loss resulting from "bodily injury" in an amount of $10,000 or less;

2. "Property damage"; or

3. Loss to "your covered auto" or any "non-owned auto";

either party may demand mediation of the claim, prior to taking legal action, by filing a written request with the Department of Insurance on a form which may be obtained from the Department. The request must state:

1. Why mediation is being requested; and

2. The issues in dispute which are to be mediated.

Only one mediation may be requested for each claim, unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

The Department shall randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference, which will be held within 45 days of the request for mediation. The conference may be held by telephone, if feasible.

The mediation shall be conducted as an informal process and formal rules of evidence and procedure need not be observed. Participants must:

1.  Have authority to make a binding decision; and

2.  Mediate in good faith.

Costs of the mediation shall be shared equally by both parties unless the mediator determines that one party has not mediated in good faith.

AIG-554 (7/00)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PERSONAL INJURY PROTECTION COVERAGE - FLORIDA

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

## SCHEDULE

| Benefits | Limit of Liability |
|---|---|
| Medical Expenses | No specific dollar amount |
| Work Loss | No specific dollar amount |
| Replacement Services | No specific dollar amount |
| Accidental Death | $5,000 |
| | |
| Maximum Limit For The Total Of All Personal Injury Protection Benefits | $10,000 |

**Personal Injury Protection Coverage Deductible**

As indicated below or in the Declarations, personal injury protection benefits are subject to a deductible of $_____ applicable to:

☐ The "named insured".

☐ The "named insured" and any dependent "family member".

**Exclusion Of Work Loss**

Work loss does not apply as indicated below or in the Declarations:

☐ Work loss will not be provided for the "named insured".

☐ Work loss will not be provided for the "named insured" and any dependent "family member".

## I. Definitions

The **Definitions** section is amended as follows:

**A.** For the purposes of this endorsement, a "motor vehicle" shall be deemed to be owned by a person if that person:

1. Holds the legal title to such vehicle.

2. Is a debtor having the right to possession, if such vehicle is the subject of a security agreement.

3. Is a lessee having the right to possession, if such vehicle is the subject of a lease which:

   **a.** Has an option to purchase; and

   **b.** Is for a period of at least 6 months.

4. Is a lessee having the right to possession, if such vehicle is the subject of a lease which:

   **a.** Does not have an option to purchase;

   **b.** Is for a period of at least 6 months; and

   **c.** Requires the lessee to secure insurance.

**B.** The following definitions are replaced:

1. "Family member" means a person related to the "named insured" by blood, marriage or adoption who is usually a resident of the "named insured's" household. This includes a ward or foster child.

2. "Occupying" means:

   **a.** In or upon;

   **b.** Entering into; or

   **c.** Alighting from.

3. "Your covered auto" means a "motor vehicle" owned by the "named insured" and for which security is required to be maintained under the Florida Motor Vehicle No-Fault Law, and either:

   **a.** A premium is charged; or

   **b.** It is a trailer, other than a mobile home, designed for use with a "motor vehicle".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

C. The following definitions are added:

1. "Motor vehicle" means:

   a. Any self-propelled vehicle with 4 or more wheels which is:

      (1) Designed; and

      (2) Required to be licensed;

      for use on Florida highways.

   b. Any trailer or semi-trailer designed for use with such vehicle.

   However, "motor vehicle" does not include:

   a. Any motor vehicle which is:

      (1) Used in mass transit other than public school transportation;

      (2) Designed to transport more than 5 passengers (excluding the operator); and

      (3) Owned by a:

         (a) Municipality;

         (b) Transit authority; or

         (c) Political subdivision of the state.

   b. A mobile home.

2. "Named insured" means:

   a. The person named in the Declarations; or

   b. That person's spouse, if a resident of the same household.

3. "Pedestrian" means a person who is not "occupying" a self-propelled vehicle.

D. "Insured" as used in this endorsement means:

1. The "named insured" or any "family member" while:

   a. "Occupying" a "motor vehicle"; or

   b. A "pedestrian" struck by a "motor vehicle".

2. Any other person while:

   a. "Occupying" "your covered auto"; or

   b. A "pedestrian" struck by "your covered auto".

## II. Personal Injury Protection Coverage
### INSURING AGREEMENT

A. We will pay, in accordance with the Florida Motor Vehicle No-Fault Law, personal injury protection benefits to or for an "insured" who sustains "bodily injury". The "bodily injury" must be caused by an accident arising out of the ownership, maintenance or use of a "motor vehicle".

B. Subject to the limits shown in the Schedule or Declarations, personal injury protection benefits consist of the following:

1. **Medical expenses.** 80% of reasonable expenses for:

   a. Necessary medical, surgical, x-ray, dental, ambulance, hospital, professional nursing and rehabilitative services; and

   b. Prosthetic devices.

   This includes necessary remedial treatment and services recognized and permitted under state law for an "insured" who relies upon spiritual means through prayer alone for healing in accordance with that "insured's" religious beliefs.

2. **Work loss.** With respect to the period of disability of an "insured", 60% of any loss of income and earning capacity from that "insured's" inability to work due to "bodily injury". However, work loss does not include any loss after an "insured's" death.

3. **Replacement services.** With respect to the period of disability of an "insured", all expenses reasonably incurred in obtaining ordinary and necessary services from others instead of those that the "insured" would have performed, without income, for the benefit of his household had he not sustained "bodily injury".

4. **Accidental death.** A death benefit.

## EXCLUSIONS

A. We do not provide Personal Injury Protection Coverage for any "insured":

1. While operating "your covered auto" without the "named insured's" express or implied consent.

2. If that "insured's" conduct contributed to his "bodily injury" under any of the following circumstances:

   a. Intentionally causing "bodily injury" to himself; or

   b. While committing a felony.

3. Other than the "named insured", if that "insured" owns a "motor vehicle" for which security is required under the Florida Motor Vehicle No-Fault Law.

4. Other than the "named insured" or any "family member", who is entitled to personal injury protection benefits from a person who owns a "motor vehicle" which is not a "your covered auto" under this policy, or from that vehicle owner's policy.

5. Who sustains "bodily injury" while "occupying" a "motor vehicle" located for use as a residence or premises.

B. We do not provide Personal Injury Protection Coverage for:

1. The "named insured" or any "family member" while "occupying" a "motor vehicle" which is:

   a. Owned by the "named insured"; and

   b. Not a "your covered auto" under this policy.

2. Any "pedestrian", other than the "named insured" or any "family member" who is not a legal resident of Florida.

## LIMIT OF LIABILITY

A. The limits of liability shown in the Schedule or Declarations for Personal Injury Protection Coverage are the most we will pay to or for each "insured" injured in any one accident, regardless of the number of:

1. "Insureds";

2. Policies or bonds applicable;

3. Vehicles involved; or

4. Claims made.

The maximum limit of liability for the total of all personal injury protection benefits shown in the Schedule or Declarations is the total aggregate limit for personal injury protection benefits available, to or for each "insured" injured in any one accident, from all sources combined, including this policy.

B. Any amounts payable under this coverage shall be reduced by any amounts paid or payable for the same elements of loss under any workers' compensation law.

C. The amount of any deductible shown in the Schedule or Declarations shall be deducted from the lesser of:

1. The total amount otherwise payable under this coverage for:

   a. Medical expenses;

   b. Work loss; and

   c. Replacement services;

   to or for each "insured" to whom the deductible applies; or

2. The limits of liability shown in the Schedule or Declarations.

The total amount otherwise payable means the benefits payable for medical expenses, work loss and replacement services after the application of any percentage limitation.

Accidental death is not subject to a deductible.

## OTHER INSURANCE

A. No one will be entitled to receive duplicate payments for the same elements of loss under this or any other insurance. If an "insured" receives personal injury protection benefits from another insurer, that insurer shall be entitled to recover from us its equitable pro rata share of the benefits paid and expenses of processing the claim.

B. If an "insured" sustains "bodily injury" while:

1. "Occupying"; or

2. Struck by a "motor vehicle" rented or leased under a rental or lease agreement;

the personal injury protection benefits afforded under the lessor's policy shall be primary.

This Provision (B.) does not apply if the face of the rental or lease agreement contains, in at least 10-point type, the following language:

The valid and collectible personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of personal injury protection coverage required by FLA. STAT. SECTION 627.736.

## III. Part E - Duties After An Accident Or Loss

Part E is replaced by the following:

## DUTIES AFTER AN ACCIDENT OR LOSS

A person seeking Personal Injury Protection Coverage must:

A. In the event of an accident, provide prompt written notice of loss to us or our authorized agent.

B. Promptly forward to us a copy of the:

1. Summons and complaint; or

2. Other process;

served in connection with any legal action that person takes against a third party to recover damages for "bodily injury".

C. Promptly give us written proof of claim, under oath if required. Such proof shall include:

1. Full details of the nature and extent of the injuries and treatment received and contemplated; and

2. Any other information which may assist us in determining the amount due and payable.

D. Submit as often as we reasonably require to mental or physical exams. We will:

1. Pay for these exams; and

2. Forward a copy of the medical report to that person if requested.

If that person unreasonably refuses to submit to an exam, we will not be liable for subsequent personal injury protection benefits.

## IV. Part F - General Provisions

Part F is amended as follows:

A. Paragraph A. of the Legal Action Against Us Provision is replaced by the following:

## LEGAL ACTION AGAINST US

A. No legal action may be brought against us until there has been full compliance with all terms of this policy. In addition, no legal action may be brought against us until 30 days after the required notice of loss and reasonable proof of claim has been filed with us.

B. Paragraph B. of the Policy Period And Territory Provision is replaced by the following:

## POLICY PERIOD AND TERRITORY

B. The policy territory is:

1. Florida.

2. The United States of America, its territories or possessions or Canada.

   This Provision (B.2.) applies only to:

   a. The "named insured" or any "family member" while "occupying" "your covered auto"; or

b. The "named insured" while "occupying" a "motor vehicle":

(1) Owned by any "family member"; and

(2) For which security is maintained as required by the Florida Motor Vehicle No-Fault Law;

C. The **Our Right To Recover Payment** Provision is replaced by the following:

## OUR RIGHT TO RECOVER PAYMENT

A. If we make a payment under this coverage and the person to or for whom payment was made has a right to recover damages from another we shall, to the extent of our payment, be subrogated to that right. That person shall:

1. Execute and deliver instruments and papers and do whatever else is necessary to secure our rights; and

2. Do nothing after loss to prejudice these rights.

B. If we make a payment under this coverage and the person to or for whom payment was made sustained "bodily injury" while:

1. "Occupying"; or

2. A "pedestrian" struck by;

a commercial motor vehicle, as defined in the Florida Motor Vehicle No-Fault Law, we shall, to the extent of our payment, be entitled to reimbursement from the person who owns such motor vehicle or that person's insurer.

D. The following provision is added:

## ARBITRATION

1. Any dispute involving benefits under this part of the policy between the company and an "insured", or provider of medical services claiming benefits under this policy, may be decided by arbitration if the parties agree.

Upon the written request for arbitration, each party will select one arbitrator. The two arbitrators will attempt to select a third arbitrator. If they cannot agree on a third arbitrator within 30 days, either party may request a judge of the court of record in the county of jurisdiction where the arbitration is pending to appoint the third arbitrator. A written decision agreed upon by any two or more arbitrators will be binding upon each party.

Each party will bear the expenses it incurs, including all legal fees and costs, and parties shall bear the expenses of the third arbitrator equally.

The arbitration will take place in the county in which the person claiming benefits under this policy resides. If they are located out of state, arbitration will take place in the county in which the insured resides. Arbitration is subject to the provisions of the Florida Arbitration Code Chapter 682 of the Florida statutes.

2. Any dispute involving benefits under this part of the policy between the company and an "insured", or provider of medical services claiming benefits under this policy shall be decided by arbitration.

Upon the written request for arbitration, each party will select one arbitrator. The two arbitrators will attempt to select a third arbitrator. If they cannot agree on a third arbitrator within 30 days, either party may request a judge of the court of record in the county of jurisdiction where the arbitration is pending to appoint the third arbitrator. A written decision agreed upon by any two or more arbitrators will be binding upon each party.

Each party will bear the expenses it incurs, including all legal fees and costs, and parties shall bear the expenses of the third arbitrator equally.

The arbitration will take place in the county in which the person claiming benefits under this policy resides. If they are located out of state, arbitration will take place in the county in which the insured resides. Arbitration is subject to the provisions of the Florida Arbitration Code Chapter 682 of the Florida statutes.

This section 2. only applies if your Declaration page indicates "Expanded Arbitration."

## PAYMENT OF CLAIMS

If a person seeking Personal Injury Protection Coverage is charged with committing a felony, we shall withhold benefits until, at the trial level:

1. The prosecution makes a formal entry on the record that it will not prosecute the case against that person;

2. The charge is dismissed; or

3. That person is acquitted.

## MODIFICATION OF POLICY COVERAGES

1. Any coverage provided under Part B or Part C of this policy shall be excess over any personal injury protection benefits paid or payable.

2. Regardless of whether the limits for personal injury protection benefits have been exhausted, any coverage provided under Part B shall pay the amount of any claim for medical expenses payable under this coverage which exceeds the 80% limitation for medical expenses.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

3. No coverage is provided under Part B for the amount of any applicable deductible under this coverage.

## PROVISIONAL PREMIUM

1. In the event of any change in the:

   a. Rules;

   b. Rates;

   c. Rating plan;

   d. Premiums; or

   e. Minimum premiums;

   applicable to this coverage, because of an adverse judicial finding as to the constitutionality of any provisions of the Florida Motor Vehicle No-Fault Law which provide for the exemption of persons from tort liability, the premium shown in the Declarations for any coverage under:

   a. Part A;

   b. Part B; or

   c. Part C;

   of this policy shall be deemed to be provisional and subject to recomputation.

2. If this policy is a renewal policy, such recomputation shall include the amount of any return premium previously credited or refunded to the "named insured", in accordance with the Florida Motor Vehicle No-Fault Law, with respect to insurance provided under a previous policy.

3. If the final recomputed premium exceeds the premium shown in the Declarations, the "named insured" shall pay us:

   a. The excess amount; and

   b. The amount of any return premium previously credited or refunded.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# A U T O M O B I L E   P O L I C Y

## C O V E R A G E   I S   P R O V I D E D   B Y:

*(A stock insurance company, herein called the Company)*

# I J K

*A member company of*
*American International Group, Inc.*

*The Policy, together with the Declarations Page and endorsements,*
*if any, complete the policy.*

**This is a true and correct copy:**
**Signed:** _____
**Date:** __11-16-01__

BJP 8054 (6-98)

**EXHIBIT**

H

# YOUR PERSONAL AUTO POLICY - QUICK REFERENCE

DECLARATIONS PAGE INCLUDE:
- Your Name and Address
- Your Auto or Trailer
- Policy Period
- Coverages and Amounts of Insurance

**Beginning
On Page**

| | |
|---|---|
| AGREEMENT | 1 |
| DEFINITIONS | 1 |
| PART A - LIABILITY COVERAGE | 2 |

Insuring Agreement
Supplementary Payments
Exclusions
Limit of Liability
Out of State Coverage
Financial Responsibility
Other Insurance

| | |
|---|---|
| PART B - MEDICAL PAYMENTS COVERAGE | 4 |

Insuring Agreement
Exclusions
Limit of Liability
Other Insurance

| | |
|---|---|
| PART C - UNINSURED MOTORISTS COVERAGE | 5 |

Insuring Agreement
Exclusions
Limit of Liability
Other Insurance
Arbitration

| | |
|---|---|
| PART D - COVERAGE FOR DAMAGE TO YOUR AUTO | 7 |

Insuring Agreement
Transportation Expenses
Exclusions
Limit of Liability
Payment of Loss
No Benefit to Bailee
Other Insurance
Appraisal

| | |
|---|---|
| PART E - DUTIES AFTER AN ACCIDENT OR LOSS | 9 |
| PART F - GENERAL PROVISIONS | 10 |

Bankruptcy
Changes
Fraud
Legal Action Against Us
Our Right to Recover Payment
Policy Period and Territory
Termination
Transfer of Your Interest in This Policy
Two or More Auto Policies

Copyright, Insurance Services Office, Inc., 1998        BJP-8054 (6/98)

Policy Number: **849-27-75**                    Account    'LORIDA DRIVERS

Insurer: **AMERICAN HOME ASSURANCE COMPANY**

The Policy Period Begins and Ends at 12:01 A.M.
Standard Time From **09/08/99** To **03/08/00**

ST: 09   CO: 0031   ACCT: 00003560

| POLICY DECLARATION AMEND - POLICY CHANGE | Effective Date Of Change **02/10/00** |
|---|---|

Name & Address of Insured:

SEYMOUR WEISS

7730 CHERRY BLOSSOM STREET
BOYTON BEACH, FL 33437

Servicing Office:

AIG AUTO INSURANCE PROGRAM
505 CARR ROAD
P.O. BOX 15510
WILMINGTON, DE 19850-9252
Phone: 1-(800)-241-1188

DESCRIPTION OF YOUR COVERED AUTO(S):

| AUTO | TERR | SYMBOL | AGE | YR | MAKE-MODEL | SERIAL NUMBER | CLASS |
|---|---|---|---|---|---|---|---|
| 1 | 120 | 8 | 3 | 97 | MERCURY VILLAGER | 4M2DV111XVDJ54385 | 803110 |

**COVERAGE IS ONLY PROVIDED WHERE A SPECIFIC PREMIUM CHARGE IS SHOWN**

| COVERAGE | LIMITS OF LIABILITY | AUTO 1 |
|---|---|---|
| Bodily Injury.............. | $50,000/ $100,000 Per Person/Accident | $ 131.00 |
| Property Damage............ | $50,000 Per Accident | $ 63.00 |
| Personal Injury Protection Named Insured & Relative.. | $10,000 Overall Maximum, Statutory Arb. $250 Deductible | $ 53.00 |
| Basic Medical Expenses.... | 80% of Expenses | |
| Basic Work Loss........... | 60% of Expenses | |
| Replacement Services...... | Subject To Overall Maximum | |
| Death Benefit ............ | $5,000 Maximum | |
| Uninsured Motorist Bodily Injury.............. | Without Stacking $50,000/ $100,000 Per Person/Accident | $ 54.00 |
| Other Than Collision....... | Deductible AUTO#1 $100 | $ 47.00 |
| Collision.................. | Deductible AUTO#1 $250 | $ 128.00 |
| Towing & Labor............. | Per Disablement AUTO#1 $50 | $ 3.00 |

Total Premium Per Auto    $ 479.00

TOTAL PREMIUM    $   479.00

THIS IS YOUR REVISED DECLARATION OF
COVERAGES WHICH REFLECTS A RECENT CHANGE
TO YOUR COVERAGES AND/OR PREMIUM.

Jayme Payne

Authorized Company Representative (where required)

**Policy Number:** **849-27-75**                    Account    'LORIDA DRIVERS

Insurer:    **AMERICAN HOME ASSURANCE COMPANY**

The Policy Period Begins and Ends at 12:01 A.M.
Standard Time From  **09/08/99  To  03/08/00**

ST: 09    CO: 0031    ACCT: 00003560

| POLICY DECLARATION AMEND - POLICY CHANGE | Effective Date Of Change 02/10/00 |
|---|---|

Name & Address of Insured:

**SEYMOUR WEISS**

7730 CHERRY BLOSSOM STREET
BOYTON BEACH, FL 33437

Servicing Office:

**AIG AUTO INSURANCE PROGRAM**
505 CARR ROAD
P.O. BOX 15510
WILMINGTON, DE 19850-9252
Phone: 1-(800)-241-1188

| DRIVER NAME | LICENSE NUMBER | BIRTH DATE |
|---|---|---|
| SEYMOUR WEISS | W200780211010 | 03/21/21 |
| MILDRED C WEISS | C5366003036087 | 03/28/28 |

**ENDORSEMENTS:**

| | | | |
|---|---|---|---|
| PP 00 01 06 98 | PP 03 34 06 98 | PP 03 03 04 86 | BJP 8054 6-98 |
| EXTE 11-94 | PP 03 01 08 86 | PP 03 26 06 94 | PP 01 84 06 98 |
| AIG-554 2-99 | PP 03 25 06 94 | UMFLNSb 2-99 | |

**DISCOUNTS:**

Auto 1 - 30% Air Bag Discount            Auto 1 - 15% Auto Anti-Theft Devices
Auto 1 - 05% Anti-Lock Brake Discount

# PERSONAL AUTO POLICY

## AGREEMENT

In return for payment of the premium and subject to all the terms of this policy, we agree with you as follows:

## DEFINITIONS

A. Throughout this policy, "you" and "your" refer to:

1. The "named insured" shown in the Declarations; and

2. The spouse if a resident of the same household.

If the spouse ceases to be a resident of the same household during the policy period or prior to the inception of this policy, the spouse will be considered "you" and "your" under this policy but only until the earlier of:

1. The end of 90 days following the spouse's change of residency;

2. The effective date of another policy listing the spouse as a named insured; or

3. The end of the policy period.

B. "We", "us" and "our" refer to the Company providing this insurance.

C. For purposes of this policy, a private passenger type auto, pickup or van shall be deemed to be owned by a person if leased:

1. Under a written agreement to that person; and

2. For a continuous period of at least 6 months.

Other words and phrases are defined. They are in quotation marks when used.

D. "Bodily injury" means bodily harm, sickness or disease, including death that results.

E. "Business" includes trade, profession or occupation.

F. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child.

G. "Occupying" means in, upon, getting in, on, out or off.

H. "Property damage" means physical injury to, destruction of or loss of use of tangible property.

I. "Trailer" means a vehicle designed to be pulled by a:

1. Private passenger auto; or

2. Pickup or van.

It also means a farm wagon or farm implement while towed by a vehicle listed in 1. or 2. above.

J. "Your covered auto" means:

1. Any vehicle shown in the Declarations.

2. A "newly acquired auto".

3. Any "trailer" you own.

4. Any auto or "trailer" you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:

a. Breakdown;    d. Loss; or

b. Repair;    e. Destruction.

c. Servicing;

This Provision (J.4.) does not apply to Coverage For Damage To Your Auto.

K. "Newly acquired auto":

1. "Newly acquired auto" means any of the following types of vehicles you become the owner of during the policy period:

a. A private passenger auto; or

b. A pickup or van, for which no other insurance policy provides coverage, that:

(1) Has a Gross Vehicle Weight of less than 10,000 lbs.; and

(2) Is not used for the delivery or transportation of goods and materials unless such use is:

(a) Incidental to your "business" of installing, maintaining or repairing furnishings or equipment; or

(b) For farming or ranching.

2. Coverage for a "newly acquired auto" is provided as described below. If you ask us to insure a "newly acquired auto" after a specified time period described below has elapsed, any coverage we provide for a "newly acquired auto" will begin at the time you request the coverage.

a. For any coverage provided in this policy except Coverage For Damage To Your Auto, a "newly acquired auto" will have the broadest coverage we now provide for any vehicle shown in the Declarations. Coverage begins on the date you become the owner. However, for this coverage to apply to a "newly acquired auto" which is in addition to any vehicle shown in the Declarations, you must ask us to insure it within 14 days after you become the owner.

If a "newly acquired auto" replaces a vehicle shown in the Declarations, coverage is provided for this vehicle without your having to ask us to insure it.

b. Collision Coverage for a "newly acquired auto" begins on the date you become the

owner. However, for this coverage to apply, you must ask us to insure it within:

(1) 14 days after you become the owner if the Declarations indicate that Collision Coverage applies to at least one auto. In this case, the "newly acquired auto" will have the broadest coverage we now provide for any auto shown in the Declarations.

(2) Four days after you become the owner if the Declarations do not indicate that Collision Coverage applies to at least one auto. If you comply with the 4 day requirement and a loss occurred before you asked us to insure the "newly acquired auto", a Collision deductible of $500 will apply.

c. Other Than Collision Coverage for a "newly acquired auto" begins on the date you become the owner. However, for this coverage to apply, you must ask us to insure it within:

(1) 14 days after you become the owner if the Declarations indicate Other Than Collision Coverage applies to at least one auto. In this case, the "newly acquired auto" will have the broadest coverage we now provide for any auto shown in the Declarations.

(2) Four days after you become the owner if the Declarations do not indicate that Other Than Collision Coverage applies to at least one auto. If you comply with the 4 day requirement and a loss occurred before you asked us to insure the "newly acquired auto", an Other Than Collision deductible of $500 will apply.

## PART A - LIABILITY COVERAGE

### INSURING AGREEMENT

A. We will pay damages for "bodily injury" or "property damage" for which any "insured" becomes legally responsible because of an auto accident. Damages include prejudgment interest awarded against the "insured". We will settle or defend, as we consider appropriate, any claim or suit asking for these damages. In addition to our limit of liability, we will pay all defense costs we incur. Our duty to settle or defend ends when our limit of liability for this coverage has been exhausted by payment of judgments or settlements. We have no duty to defend any suit or settle any claim for "bodily injury" or "property damage" not covered under this policy.

B. "Insured" as used in this Part means:

1. You or any "family member" for the ownership, maintenance or use of any auto or "trailer".

2. Any person using "your covered auto".

3. For "your covered auto", any person or organization but only with respect to legal responsibility for acts or omissions of a person for whom coverage is afforded under this Part.

4. For any auto or "trailer", other than "your covered auto", any other person or organization but only with respect to legal responsibility for acts or omissions of you or any "family member" for whom coverage is afforded under this Part. This Provision (B.4.) applies only if the person or organization does not own or hire the auto or "trailer".

### SUPPLEMENTARY PAYMENTS

In addition to our limit of liability, we will pay on behalf of an "insured":

1. Up to $250 for the cost of bail bonds required because of an accident, including related traffic law violations. The accident must result in "bodily

injury" or "property damage" covered under this policy.

2. Premiums on appeal bonds and bonds to release attachments in any suit we defend.

3. Interest accruing after a judgment is entered in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for this coverage.

4. Up to $200 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request.

5. Other reasonable expenses incurred at our request.

### EXCLUSIONS

A. We do not provide Liability Coverage for any "insured":

1. Who intentionally causes "bodily injury" or "property damage".

2. For "property damage" to property owned or being transported by that "insured".

3. For "property damage" to property:

a. Rented to;

b. Used by; or

c. In the care of;

that "insured".

This Exclusion (A.3.) does not apply to "property damage" to a residence or private garage.

4. For "bodily injury" to an employee of that "insured" during the course of employment. This Exclusion (A.4.) does not apply to "bodily injury" to a domestic employee unless workers' compensation benefits are required or available for that domestic employee.

5.  For that "insured's" liability arising out of the ownership or operation of a vehicle while it is being used as a public or livery conveyance. This Exclusion (A.5.) does not apply to a share-the-expense car pool.

6.  While employed or otherwise engaged in the "business" of:

    a.  Selling;
    b.  Repairing;
    c.  Servicing;
    d.  Storing; or
    e.  Parking;

    vehicles designed for use mainly on public highways. This includes road testing and delivery. This Exclusion (A.6.) does not apply to the ownership, maintenance or use of "your covered auto" by:

    a.  You;
    b.  Any "family member"; or
    c.  Any partner, agent or employee of you or any "family member".

7.  Maintaining or using any vehicle while that "insured" is employed or otherwise engaged in any "business" (other than farming or ranching) not described in Exclusion A.6.

    This Exclusion (A.7.) does not apply to the maintenance or use of a:

    a.  Private passenger auto;
    b.  Pickup or van; or
    c.  "Trailer" used with a vehicle described in a. or b. above.

8.  Using a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion (A.8.) does not apply to a "family member" using "your covered auto" which is owned by you.

9.  For "bodily injury" or "property damage" for which that "insured":

    a.  Is an insured under a nuclear energy liability policy; or
    b.  Would be an insured under a nuclear energy liability policy but for its termination upon exhaustion of its limit of liability.

    A nuclear energy liability policy is a policy issued by any of the following or their successors:

    a.  Nuclear Energy Liability Insurance Association;
    b.  Mutual Atomic Energy Liability Underwriters; or
    c.  Nuclear Insurance Association of Canada.

B.  We do not provide Liability Coverage for the ownership, maintenance or use of:

    1.  Any vehicle which:

        a.  Has fewer than four wheels; or
        b.  Is designed mainly for use off public roads.

This Exclusion (B.1.) does not apply:

    a.  While such vehicle is being used by an "insured" in a medical emergency;
    b.  To any "trailer"; or
    c.  To any non-owned golf cart.

2.  Any vehicle, other than "your covered auto", which is:

    a.  Owned by you; or
    b.  Furnished or available for your regular use.

3.  Any vehicle, other than "your covered auto", which is:

    a.  Owned by any "family member"; or
    b.  Furnished or available for the regular use of any "family member".

    However, this Exclusion (B.3.) does not apply to you while you are maintaining or "occupying" any vehicle which is:

    a.  Owned by a "family member"; or
    b.  Furnished or available for the regular use of a "family member".

4.  Any vehicle, located inside a facility designed for racing, for the purpose of:

    a.  Competing in; or
    b.  Practicing or preparing for;

    any prearranged or organized racing or speed contest.

## LIMIT OF LIABILITY

A.  The limit of liability shown in the Declarations for each person for Bodily Injury Liability is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one auto accident. Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Bodily Injury Liability is our maximum limit of liability for all damages for "bodily injury" resulting from any one auto accident.

The limit of liability shown in the Declarations for each accident for Property Damage Liability is our maximum limit of liability for all "property damage" resulting from any one auto accident.

This is the most we will pay regardless of the number of:

    1.  "Insureds";
    2.  Claims made;
    3.  Vehicles or premiums shown in the Declarations; or
    4.  Vehicles involved in the auto accident.

B.  No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

    1.  Part B or Part C of this policy; or
    2.  Any Underinsured Motorists Coverage provided by this policy.

## OUT OF STATE COVERAGE

If an auto accident to which this policy applies occurs in any state or province other than the one in which "your covered auto" is principally garaged, we will interpret your policy for that accident as follows:

A. If the state or province has:

1. A financial responsibility or similar law specifying limits of liability for "bodily injury" or "property damage" higher than the limit shown in the Declarations, your policy will provide the higher specified limit.

2. A compulsory insurance or similar law requiring a nonresident to maintain insurance whenever the nonresident uses a vehicle in that state or province, your policy will provide at least the required minimum amounts and types of coverage.

B. No one will be entitled to duplicate payments for the same elements of loss.

## FINANCIAL RESPONSIBILITY

When this policy is certified as future proof of financial responsibility, this policy shall comply with the law to the extent required.

## OTHER INSURANCE

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide for a vehicle you do not own shall be excess over any other collectible insurance.

---

## PART B - MEDICAL PAYMENTS COVERAGE

### INSURING AGREEMENT

A. We will pay reasonable expenses incurred for necessary medical and funeral services because of "bodily injury":

1. Caused by accident; and
2. Sustained by an "insured".

We will pay only those expenses incurred for services rendered within 3 years from the date of the accident.

B. "Insured" as used in this Part means:

1. You or any "family member":
   a. While "occupying"; or
   b. As a pedestrian when struck by;

   a motor vehicle designed for use mainly on public roads or a trailer of any type.

2. Any other person while "occupying" "your covered auto".

### EXCLUSIONS

We do not provide Medical Payments Coverage for any "insured" for "bodily injury":

1. Sustained while "occupying" any motorized vehicle having fewer than four wheels.

2. Sustained while "occupying" "your covered auto" when it is being used as a public or livery conveyance. This Exclusion (2.) does not apply to a share-the-expense car pool.

3. Sustained while "occupying" any vehicle located for use as a residence or premises.

4. Occurring during the course of employment if workers' compensation benefits are required or available for the "bodily injury".

5. Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:
   a. Owned by you; or
   b. Furnished or available for your regular use.

6. Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:
   a. Owned by any "family member"; or
   b. Furnished or available for the regular use of any "family member".

   However, this Exclusion (6.) does not apply to you.

7. Sustained while "occupying" a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion (7.) does not apply to a "family member" using "your covered auto" which is owned by you.

8. Sustained while "occupying" a vehicle when it is being used in the "business" of an "insured". This Exclusion (8.) does not apply to "bodily injury" sustained while "occupying" a:
   a. Private passenger auto;
   b. Pickup or van that you own; or
   c. "Trailer" used with a vehicle described in a. or b. above.

9. Caused by or as a consequence of:
   a. Discharge of a nuclear weapon (even if accidental);
   b. War (declared or undeclared);
   c. Civil war;
   d. Insurrection; or
   e. Rebellion or revolution.

10. From or as a consequence of the following, whether controlled or uncontrolled or however caused:
    a. Nuclear reaction;
    b. Radiation; or
    c. Radioactive contamination.

11. Sustained while "occupying" any vehicle located inside a facility designed for racing, for the purpose of:

---

**a.** Competing in; or

**b.** Practicing or preparing for;

any prearranged or organized racing or speed contest.

## LIMIT OF LIABILITY

**A.** The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for each person injured in any one accident. This is the most we will pay regardless of the number of:

**1.** "Insureds";

**2.** Claims made;

**3.** Vehicles or premiums shown in the Declarations; or

**4.** Vehicles involved in the accident.

**B.** No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

**1.** Part A or Part C of this policy; or

**2.** Any Underinsured Motorists Coverage provided by this policy.

## OTHER INSURANCE

If there is other applicable auto medical payments insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible auto insurance providing payments for medical or funeral expenses.

---

## PART C - UNINSURED MOTORISTS COVERAGE

### INSURING AGREEMENT

**A.** We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle" because of "bodily injury":

**1.** Sustained by an "insured"; and

**2.** Caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the "uninsured motor vehicle".

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

**B.** "Insured" as used in this Part means:

**1.** You or any "family member".

**2.** Any other person "occupying" "your covered auto".

**3.** Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in 1. or 2. above.

**C.** "Uninsured motor vehicle" means a land motor vehicle or "trailer" of any type:

**1.** To which no bodily injury liability bond or policy applies at the time of the accident.

**2.** To which a bodily injury liability bond or policy applies at the time of the accident. In this case its limit for bodily injury liability must be less than the minimum limit for bodily injury liability specified by the financial responsibility law of the state in which "your covered auto" is principally garaged.

**3.** Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits:

**a.** You or any "family member";

**b.** A vehicle which you or any "family member" are "occupying"; or

**c.** "Your covered auto".

**4.** To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:

**a.** Denies coverage; or

**b.** Is or becomes insolvent.

However, "uninsured motor vehicle" does not include any vehicle or equipment:

**1.** Owned by or furnished or available for the regular use of you or any "family member".

**2.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.

**3** Owned by any governmental unit or agency.

**4.** Operated on rails or crawler treads.

**5.** Designed mainly for use off public roads while not on public roads.

**6.** While located for use as a residence or premises.

### EXCLUSIONS

**A.** We do not provide Uninsured Motorists Coverage for "bodily injury" sustained:

**1.** By an "insured" while "occupying", or when struck by, any motor vehicle owned by that "insured" which is not insured for this coverage under this policy. This includes a trailer of any type used with that vehicle.

**2.** By any "family member" while "occupying", or when struck by, any motor vehicle you own which is insured for this coverage on a primary basis under any other policy.

**B.** We do not provide Uninsured Motorists Coverage for "bodily injury" sustained by any "insured":

**1.** If that "insured" or the legal representative settles the "bodily injury" claim without our consent.

**2.** While "occupying" "your covered auto" when it is being used as a public or livery conveyance. This Exclusion (**B.2.**) does not apply to a share-the-expense car pool.

3. Using a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion (B.3.) does not apply to a "family member" using "your covered auto" which is owned by you.

C. This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

1. Workers' compensation law; or

2. Disability benefits law.

D. We do not provide Uninsured Motorists Coverage for punitive or exemplary damages.

## LIMIT OF LIABILITY

A. The limit of liability shown in the Declarations for each person for Uninsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one accident. Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Uninsured Motorists Coverage is our maximum limit of liability for all damages for "bodily injury" resulting from any one accident.

This is the most we will pay regardless of the number of:

1. "Insureds";

2. Claims made;

3. Vehicles or premiums shown in the Declarations; or

4. Vehicles involved in the accident.

B. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part A. or Part B. of this policy; or

2. Any Underinsured Motorists Coverage provided by this policy.

C. We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

D. We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:

1. Workers' compensation law; or

2. Disability benefits law.

## OTHER INSURANCE

If there is other applicable insurance available under one or more policies or provisions of coverage that is similar to the insurance provided under this Part of the policy:

1. Any recovery for damages under all such policies or provisions of coverage may equal but not exceed the highest applicable limit for any one vehicle under any insurance providing coverage on either a primary or excess basis.

2. Any insurance we provide with respect to a vehicle you do not own shall be excess over any collectible insurance providing such coverage on a primary basis.

3. If the coverage under this policy is provided:

a. On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on a primary basis.

b. On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on an excess basis.

## ARBITRATION

A. If we and an "insured" do not agree:

1. Whether that "insured" is legally entitled to recover damages; or

2. As to the amount of damages which are recoverable by that "insured";

from the owner or operator of an "uninsured motor vehicle", then the matter may be arbitrated. However, disputes concerning coverage under this Part may not be arbitrated.

Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

B. Each party will:

1. Pay the expenses it incurs; and

2. Bear the expenses of the third arbitrator equally.

C. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

1. Whether the "insured" is legally entitled to recover damages; and

2. The amount of damages. This applies only if the amount does not exceed the minimum limit for bodily injury liability specified by the financial responsibility law of the state in which "your covered auto" is principally garaged. If the amount exceeds that limit, either party may demand the right to a trial. This demand must be made within 60 days of the arbitrators' decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

## PART D - COVERAGE FOR DAMAGE TO YOUR AUTO

### INSURING AGREEMENT

A. We will pay for direct and accidental loss to "your covered auto" or any "non-owned auto", including their equipment, minus any applicable deductible shown in the Declarations. If loss to more than one "your covered auto" or "non-owned auto" results from the same "collision", only the highest applicable deductible will apply. We will pay for loss to "your covered auto" caused by:

1. Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.

2. "Collision" only if the Declarations indicate that Collision Coverage is provided for that auto.

If there is a loss to a "non-owned auto", we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations.

B. "Collision" means the upset of "your covered auto" or a "non-owned auto" or their impact with another vehicle or object.

Loss caused by the following is considered other than "collision":

| | |
|---|---|
| 1. Missiles or falling objects; | 7. Malicious mischief or vandalism; |
| 2. Fire; | 8. Riot or civil commotion; |
| 3. Theft or larceny; | 9. Contact with bird or animal; or |
| 4. Explosion or earthquake; | 10. Breakage of glass. |
| 5. Windstorm; | |
| 6. Hail, water or flood; | |

If breakage of glass is caused by a "collision", you may elect to have it considered a loss caused by "collision".

C. "Non-owned auto" means:

1. Any private passenger auto, pickup, van or "trailer" not owned by or furnished or available for the regular use of you or any "family member" while in the custody of or being operated by you or any "family member"; or

2. Any auto or "trailer" you do not own while used as a temporary substitute for "your covered auto" which is out of normal use because of its:

    a. Breakdown;    d. Loss; or

    b. Repair;    e. Destruction.

    c. Servicing;

### TRANSPORTATION EXPENSES

A. In addition, we will pay, without application of a deductible, up to a maximum of $600, for:

1. Temporary transportation expenses not exceeding $20 per day incurred by you in the event of a loss to "your covered auto". We will pay for such expenses if the loss is caused by:

    a. Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.

    b. "Collision" only if the Declarations indicate that Collision Coverage is provided for that auto.

2. Expenses for which you become legally responsible in the event of loss to a "non-owned auto". We will pay for such expenses if the loss is caused by:

    a. Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for any "your covered auto".

    b. "Collision" only if the Declarations indicate that Collision Coverage is provided for any "your covered auto".

However, the most we will pay for any expenses for loss of use is $20 per day.

B. If the loss is caused by:

1. A total theft of "your covered auto" or a "non-owned auto", we will pay only expenses incurred during the period:

    a. Beginning 48 hours after the theft; and

    b. Ending when "your covered auto" or the "non-owned auto" is returned to use or we pay for its loss.

2. Other than theft of a "your covered auto" or a "non-owned auto", we will pay only expenses beginning when the auto is withdrawn from use for more than 24 hours.

C. Our payment will be limited to that period of time reasonably required to repair or replace the "your covered auto" or the "non-owned auto".

### EXCLUSIONS

We will not pay for:

1. Loss to "your covered auto" or any "non-owned auto" which occurs while it is being used as a public or livery conveyance. This Exclusion (1.) does not apply to a share-the-expense car pool.

2. Damage due to and confined to:

    a. Wear and tear;

    b. Freezing;

    c. Mechanical or electrical breakdown or failure; or

    d. Road damage to tires.

This Exclusion (2.) does not apply if the damage results from the total theft of "your covered auto" or any "non-owned auto".

3. Loss due to or as a consequence of:
   a. Radioactive contamination;
   b. Discharge of any nuclear weapon (even if accidental);
   c. War (declared or undeclared);
   d. Civil war;
   e. Insurrection; or
   f. Rebellion or revolution.

4. Loss to any electronic equipment designed for the reproduction of sound and any accessories used with such equipment. This includes but is not limited to:
   a. Radios and stereos;
   b. Tape decks; or
   c. Compact disc players.
   This Exclusion (4.) does not apply to equipment designed solely for the reproduction of sound and accessories used with such equipment, provided:
   a. The equipment is permanently installed in "your covered auto" or any "non-owned auto"; or
   b. The equipment is:
      (1) Removable from a housing unit which is permanently installed in the auto;
      (2) Designed to be solely operated by use of the power from the auto's electrical system; and
      (3) In or upon "your covered auto" or any "non-owned auto" at the time of loss.

5. Loss to any electronic equipment that receives or transmits audio, visual or data signals and any accessories used with such equipment. This includes but is not limited to:
   a. Citizens band radios;
   b. Telephones;
   c. Two-way mobile radios;
   d. Scanning monitor receivers;
   e. Television monitor receivers;
   f. Video cassette recorders;
   g. Audio cassette recorders; or
   h. Personal computers;
   This Exclusion (5.) does not apply to:
   a. Any electronic equipment that is necessary for the normal operation of the auto or the monitoring of the auto's operating systems; or
   b. A permanently installed telephone designed to be operated by use of the power from the auto's electrical system and any accessories used with the telephone.

6. Loss to tapes, records, discs or other media used with equipment described in Exclusions 4. and 5.

7. A total loss to "your covered auto" or any "non-owned auto" due to destruction or confiscation by governmental or civil authorities.
   This Exclusion (7.) does not apply to the interests of Loss Payee in "your covered auto".

8. Loss to:
   a. A "trailer", camper body, or motor home, which is not shown in the Declarations; or
   b. Facilities or equipment used with such "trailer", camper body or motor home. Facilities or equipment include but are not limited to:
      (1) Cooking, dining, plumbing or refrigeration facilities;
      (2) Awnings or cabanas; or
      (3) Any other facilities or equipment used with a "trailer", camper body, or motor home.
   This Exclusion (8.) does not apply to a:
   a. "Trailer", and its facilities or equipment, which you do not own; or
   b. "Trailer", camper body, or the facilities or equipment in or attached to the "trailer" or camper body, which you:
      (1) Acquire during the policy period; and
      (2) Ask us to insure within 14 days after you become the owner.

9. Loss to any "non-owned auto" when used by you or any "family member" without a reasonable belief that you or that "family member" are entitled to do so.

10. Loss to equipment designed or used for the detection or location of radar or laser.

11. Loss to any custom furnishings or equipment in or upon any pickup or van. Custom furnishings or equipment include but are not limited to:
    a. Special carpeting or insulation;
    b. Furniture or bars;
    c. Height-extending roofs; or
    d. Custom murals, paintings or other decals or graphics.
    This Exclusion (11.) does not apply to a cap, cover or bedliner in or upon any "your covered auto" which is a pickup.

12. Loss to any "non-owned auto" being maintained or used by any person while employed or otherwise engaged in the "business" of:
    a. Selling;            d. Storing; or
    b. Repairing;          e. Parking;
    c. Servicing;
    vehicles designed for use on public highways. This includes road testing and delivery.

13. Loss to "your covered auto" or any "non-owned auto", located inside a facility designed for racing, for the purpose of:

    a. Competing in; or

    b. Practicing or preparing for;

    any prearranged or organized racing or speed contest.

14. Loss to, or loss of use of, a "non-owned auto" rented by:

    a. You; or

    b. Any "family member";

    if a rental vehicle company is precluded from recovering such loss or loss of use, from you or that "family member", pursuant to the provisions of any applicable rental agreement or state law.

## LIMIT OF LIABILITY

A. Our limit of liability for loss will be the lesser of the:

    1. Actual cash value of the stolen or damaged property; or

    2. Amount necessary to repair or replace the property with other property of like kind and quality.

    However, the most we will pay for loss to:

    1. Any "non-owned auto" which is a trailer is $500.

    2. Equipment designed solely for the reproduction of sound, including any accessories used with such equipment, which is installed in locations not used by the auto manufacturer for installation of such equipment or accessories, is $1,000.

B. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total loss.

C. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

## PAYMENT OF LOSS

We may pay for loss in money or repair or replace the damaged or stolen property. We may, at our expense, return any stolen property to:

    1. You; or

    2. The address shown in this policy.

If we return stolen property we will pay for any damage resulting from the theft. We may keep all or part of the property at an agreed or appraised value.

If we pay for loss in money, our payment will include the applicable sales tax for the damaged or stolen property.

## NO BENEFIT TO BAILEE

This insurance shall not directly or indirectly benefit any carrier or other bailee for hire.

## OTHER SOURCES OF RECOVERY

If other sources of recovery also cover the loss, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a "non-owned auto" shall be excess over any other collectible source of recovery including, but not limited to:

    1. Any coverage provided by the owner of the "non-owned auto";

    2. Any other applicable physical damage insurance;

    3. Any other source of recovery applicable to the loss.

## APPRAISAL

A. If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will select a competent appraiser. The two appraisers will select an umpire. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

    1. Pay its chosen appraiser; and

    2. Bear the expenses of the appraisal and umpire equally.

B. We do not waive any of our rights under this policy by agreeing to an appraisal.

## PART E - DUTIES AFTER AN ACCIDENT OR LOSS

We have no duty provide coverage under this policy unless there has been full compliance with the following duties:

A. We must be notified promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses.

B. A person seeking any coverage must:

    1. Cooperate with us in the investigation, settlement or defense of any claim or suit.

    2. Promptly send us copies of any notices or legal papers received in connection with the accident or loss.

    3. Submit, as often as we reasonably require:

        a. To physical exams by physicians we select. We will pay for these exams.

        b. To examination under oath and subscribe the same.

    4. Authorize us to obtain:

        a. Medical reports; and

        b. Other pertinent records.

    5. Submit a proof of loss when required by us.

Copyright, Insurance Services Office, Inc., 1997

C. A person seeking Uninsured Motorists Coverage must also:

1. Promptly notify the police if a hit-and-run driver is involved.

2. Promptly send us copies of the legal papers if a suit is brought.

D. A person seeking Coverage For Damage To Your Auto must also:

1. Take reasonable steps after loss to protect "your covered auto" or any "non-owned auto" and their equipment from further loss. We will pay reasonable expenses incurred to do this.

2. Promptly notify the police if "your covered auto" or any "non-owned auto" is stolen.

3. Permit us to inspect and appraise the damaged property before its repair or disposal.

---

## PART F - GENERAL PROVISIONS

### BANKRUPTCY

Bankruptcy or insolvency of the "insured" shall not relieve us of any obligations under this policy.

### CHANGES

A. This policy contains all the agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us.

B. If there is a change to the information used to develop the policy premium, we may adjust your premium. Changes during the policy term that may result in a premium increase or decrease include, but are not limited to, changes in:

1. The number, type or use classification of insured vehicles;

2. Operators using insured vehicles;

3. The place of principal garaging of insured vehicles;

4. Coverage, deductible or limits.

If a change resulting from A. or B. requires a premium adjustment, we will make the premium adjustment in accordance with our manual rules.

C. If we make a change which broadens coverage under this edition of your policy without additional premium charge, that change will automatically apply to your policy as of the date we implement the change in your state. This Paragraph (C.) does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1. A subsequent edition of your policy; or

2. An Amendatory Endorsement.

### FRAUD

We do not provide coverage for any "insured" who has made fraudulent statements or engaged in fraudulent conduct in connection with any accident or loss for which coverage is sought under this policy.

### LEGAL ACTION AGAINST US

A. No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, under Part A, no legal action may be brought against us until:

1. We agree in writing that the "insured" has an obligation to pay; or

2. The amount of that obligation has been finally determined by judgment after trial.

B. No person or organization has any right under this policy to bring us into any action to determine the liability of an "insured".

### OUR RIGHT TO RECOVER PAYMENT

A. If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another we shall be subrogated to that right. That person shall do:

1. Whatever is necessary to enable us to exercise our rights; and

2. Nothing after loss to prejudice them.

However, our rights in this Paragraph (A.) do not apply under Part D, against any person using "your covered auto" with a reasonable belief that that person is entitled to do so.

B. If we make a payment under this policy and the person to or for whom payment is made recovers damages from another, that person shall:

1. Hold in trust for us the proceeds of the recovery; and

2. Reimburse us to the extent of our payment.

### POLICY PERIOD AND TERRITORY

A. This policy applies only to accidents and losses which occur:

1. During the policy period as shown in the Declarations; and

2. Within the policy territory.

B. The policy territory is:

1. The United States of America, its territories, or possessions;

2. Puerto Rico; or

3. Canada.

This policy also applies to loss to, or accidents involving, "your covered auto" while being transported between their ports.

### TERMINATION

A. **Cancellation**

This policy may be cancelled during the policy period as follows:

1. The named insured shown in the Declarations may cancel by:

a. Returning this policy to us; or

b. Giving us advance written notice of the date cancellation is to take effect.

2. We may cancel by mailing to the named insured shown in the Declarations at the address shown in this policy:

   a. At least 10 days notice:

      (1) If cancellation is for nonpayment of premium; or

      (2) If notice is mailed during the first 60 days this policy is in effect and this is not a renewal or continuation policy; or

   b. At least 20 days notice in all other cases.

3. After this policy is in effect for 60 days, or if this is a renewal or continuation policy, we will cancel only:

   a. For nonpayment of premium; or

   b. If your driver's license or that of:

      (1) Any driver who lives with you; or

      (2) Any driver who customarily uses "your covered auto";

   has been suspended or revoked. This must have occurred:

      (1) During the policy period; or

      (2) Since the last anniversary of the original effective date if the policy period is other than 1 year; or

   c. If the policy was obtained through material misrepresentation.

**B. Nonrenewal**

If we decide not to renew or continue this policy, we will mail notice to the named insured shown in the Declarations at the address shown in this policy. Notice will be mailed at least 20 days before the end of the policy period. Subject to this notice requirement, if the policy period is:

1. Less than 6 months, we will have the right not to renew or continue this policy every 6 months, beginning 6 months after its original effective date.

2. 6 months or longer, but less than one year, we will have the right not to renew or continue this policy at the end of the policy period.

3. 1 year or longer, we will have the right not to renew or continue this policy at each anniversary of its original effective date.

**C. Automatic Termination**

If we offer to renew or continue and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If you obtain other insurance on "your covered auto", any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.

**D. Other Termination Provisions**

1. We may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.

2. If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

3. The effective date of cancellation stated in the notice shall become the end of the policy period.

**TRANSFER OF YOUR INTEREST IN THIS POLICY**

**A.** Your rights and duties under this policy may not be assigned without our written consent. However, if a named insured shown in the Declarations dies, coverage will be provided for:

1. The surviving spouse if resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Declarations; and

2. The legal representative of the deceased person as if a named insured shown in the Declarations. This applies only with respect to the representative's legal responsibility to maintain or use "your covered auto".

**B.** Coverage will only be provided until the end of the policy period.

**TWO OR MORE AUTO POLICIES**

If this policy and any other auto insurance policy issued to you by us apply to the same accident, the maximum limit of our liability under all the policies shall not exceed the highest applicable limit of liability under any one policy.

Copyright, Insurance Services Office, Inc., 1997

# EXTENDED TRANSPORTATION EXPENSES COVERAGE
# BOAT OWNERS

This endorsement is added to Part D - Coverage For Damage to Your Auto.

## TRANSPORTATION EXPENSES

3.  Temporary transportation expenses incurred by you in the event that a boat you own or any non-owned boat used by you for private pleasure purposes, provided the use is with the permission of the owner, becomes disabled, or due to severe weather conditions, leaves you stranded from the original point of embarkation.

    We will pay, up to the limits specified in the policy or increased limits if a specific premium charge is indicated on the Declarations Page, transportation expenses incurred by you when it is necessary for you to return to:

    a.  the original point of embarkation, or

    b.  the point of destination;

    whichever is less.

EXTE (11/94)                                                   Ç

AIG-554 (2/99)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PERSONAL INJURY PROTECTION COVERAGE - FLORIDA

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

## SCHEDULE

| Benefits | Limit of Liability |
|---|---|
| Medical Expenses | No specific dollar amount |
| Work Loss | No specific dollar amount |
| Replacement Services | No specific dollar amount |
| Accidental Death | $5,000 |
| | |
| Maximum Limit For The Total Of All Personal Injury Protection Benefits | $10,000 |

**Personal Injury Protection Coverage Deductible**

As indicated below or in the Declarations, personal injury protection benefits are subject to a deductible of $ _____ applicable to:

☐ The "named insured".

☐ The "named insured" and any dependent "family member".

**Exclusion Of Work Loss**

Work loss does not apply as indicated below or in the Declarations:

☐ Work loss will not be provided for the "named insured".

☐ Work loss will not be provided for the "named insured" and any dependent "family member".

**Coordination Of Military Benefits**

☐ If indicated to the left or in the Declarations, the Coordination of Military Benefits option applies to the "named insured" and any dependent "family member".

## I. Definitions

The **Definitions** section is amended as follows:

A.  For the purposes of this endorsement, a "motor vehicle" shall be deemed to be owned by a person if that person:

1.  Holds the legal title to such vehicle.

2.  Is a debtor having the right to possession, if such vehicle is the subject of a security agreement.

3.  Is a lessee having the right to possession, if such vehicle is the subject of a lease which:

    a.  Has an option to purchase; and

    b.  Is for a period of at least 6 months.

4.  Is a lessee having the right to possession, if such vehicle is the subject of a lease which:

    a.  Does not have an option to purchase;

    b.  Is for a period of at least 6 months; and

    c.  Requires the lessee to secure insurance.

B.  The following definitions are replaced:

1.  "Family member" means a person related to the "named insured" by blood, marriage or adoption who is usually a resident of the "named insured's" household. This includes a ward or foster child.

2.  "Occupying" means:

    a.  In or upon;

    b.  Entering into; or

    c.  Alighting from.

3.  "Your covered auto" means a "motor vehicle" owned by the "named insured" and for which security is required to be maintained under the Florida Motor Vehicle No-Fault Law, and either:

    a.  A premium is charged; or

    b.  It is a trailer, other than a mobile home, designed for use with a "motor vehicle".

Page 1 of 5

C. The following definitions are added:

1. "Motor vehicle" means:

   a. Any self-propelled vehicle with 4 or more wheels which is:

      (1) Designed; and

      (2) Required to be licensed;

      for use on Florida highways.

   b. Any trailer or semi-trailer designed for use with such vehicle.

   However, "motor vehicle" does not include:

   a. Any motor vehicle which is:

      (1) Used in mass transit other than public school transportation;

      (2) Designed to transport more than 5 passengers (excluding the operator); and

      (3) Owned by a:

         (a) Municipality;

         (b) Transit authority; or

         (c) Political subdivision of the state.

   b. A mobile home.

2. "Named insured" means:

   a. The person named in the Declarations; or

   b. That person's spouse, if a resident of the same household.

3. "Pedestrian" means a person who is not "occupying" a self-propelled vehicle.

D. "Insured" as used in this endorsement means:

1. The "named insured" or any "family member" while:

   a. "Occupying" a "motor vehicle"; or

   b. A "pedestrian" struck by a "motor vehicle".

2. Any other person while:

   a. "Occupying" "your covered auto"; or

   b. A "pedestrian" struck by "your covered auto".

## II. Personal Injury Protection Coverage

### INSURING AGREEMENT

A. We will pay, in accordance with the Florida Motor Vehicle No-Fault Law, personal injury protection benefits to or for an "insured" who sustains "bodily injury". The "bodily injury" must be caused by an accident arising out of the ownership, maintenance or use of a "motor vehicle".

B. Subject to the limits shown in the Schedule or Declarations, personal injury protection benefits consist of the following:

1. **Medical expenses.** 80% of reasonable expenses for:

   a. Necessary medical, surgical, x-ray, dental, ambulance, hospital, professional nursing and rehabilitative services; and

   b. Prosthetic devices.

   This includes necessary remedial treatment and services recognized and permitted under state law for an "insured" who relies upon spiritual means through prayer alone for healing in accordance with that "insured's" religious beliefs.

2. **Work loss.** With respect to the period of disability of an "insured", 60% of any loss of income and earning capacity from that "insured's" inability to work due to "bodily injury". However, work loss does not include any loss after an "insured's" death.

3. **Replacement services.** With respect to the period of disability of an "insured", all expenses reasonably incurred in obtaining ordinary and necessary services from others instead of those that the "insured" would have performed, without income, for the benefit of his household had he not sustained "bodily injury".

4. **Accidental death.** A death benefit.

## EXCLUSIONS

A. We do not provide Personal Injury Protection Coverage for any "insured":

1. While operating "your covered auto" without the "named insured's" express or implied consent.

2. If that "insured's" conduct contributed to his "bodily injury" under any of the following circumstances:

   a. Intentionally causing "bodily injury" to himself; or

   b. While committing a felony.

3. Other than the "named insured", if that "insured" owns a "motor vehicle" for which security is required under the Florida Motor Vehicle No-Fault Law.

4. Other than the "named insured" or any "family member", who is entitled to personal injury protection benefits from a person who owns a "motor vehicle" which is not a "your covered auto" under this policy, or from that vehicle owner's policy.

5. Who sustains "bodily injury" while "occupying" a "motor vehicle" located for use as a residence or premises.

B. We do not provide Personal Injury Protection Coverage for:

1. The "named insured" or any "family member" while "occupying" a "motor vehicle" which is:

   a. Owned by the "named insured"; and

   b. Not a "your covered auto" under this policy.

2. Any "pedestrian", other than the "named insured" or any "family member" who is not a legal resident of Florida.

## LIMIT OF LIABILITY

A. The limits of liability shown in the Schedule or Declarations for Personal Injury Protection Coverage are the most we will pay to or for each "insured" injured in any one accident, regardless of the number of:

1. "Insureds";

2. Policies or bonds applicable;

3. Vehicles involved; or

4. Claims made.

The maximum limit of liability for the total of all personal injury protection benefits shown in the Schedule or Declarations is the total aggregate limit for personal injury protection benefits available, to or for each "insured" injured in any one accident, from all sources combined, including this policy.

B. Any amounts payable under this coverage shall be reduced by any amounts paid or payable for the same elements of loss under any workers' compensation law.

C. The amount of any deductible shown in the Schedule or Declarations shall be deducted from the lesser of:

1. The total amount otherwise payable under this coverage for:

   a. Medical expenses;

   b. Work loss; and

   c. Replacement services;

   to or for each "insured" to whom the deductible applies; or

2. The limits of liability shown in the Schedule or Declarations.

The total amount otherwise payable means the benefits payable for medical expenses, work loss and replacement services after the application of any percentage limitation.

Accidental death is not subject to a deductible.

## OTHER INSURANCE

A. No one will be entitled to receive duplicate payments for the same elements of loss under this or any other insurance. If an "insured" receives personal injury protection benefits from another insurer, that insurer shall be entitled to recover from us its equitable pro rata share of the benefits paid and expenses of processing the claim.

B. If an "insured" sustains "bodily injury" while:

1. "Occupying"; or

2. Struck by a "motor vehicle" rented or leased under a rental or lease agreement;

the personal injury protection benefits afforded under the lessor's policy shall be primary.

This Provision (B.) does not apply if the face of the rental or lease agreement contains, in at least 10-point type, the following language:

The valid and collectible personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of personal injury protection coverage required by FLA. STAT. SECTION 627.736.

## COORDINATION OF MILITARY BENEFITS

If the Schedule or Declarations indicates that the Coordination of Military Benefits option applies to the "named insured" or any dependent "family member", any amounts payable under this coverage shall be reduced by any benefits payable by the federal government to:

1. Active or retired military personnel; or

2. Their dependent "family members".

If such military benefits are not available at the time of loss, we shall have the right to recompute and charge the appropriate premium.

## III. Part E - Duties After An Accident Or Loss

Part E is replaced by the following:

## DUTIES AFTER AN ACCIDENT OR LOSS

A person seeking Personal Injury Protection Coverage must:

A. In the event of an accident, provide prompt written notice of loss to us or our authorized agent.

B. Promptly forward to us a copy of the:

1. Summons and complaint; or

2. Other process;

served in connection with any legal action that person takes against a third party to recover damages for "bodily injury".

C. Promptly give us written proof of claim, under oath if required. Such proof shall include:

1. Full details of the nature and extent of the injuries and treatment received and contemplated; and

2. Any other information which may assist us in determining the amount due and payable.

D. Submit as often as we reasonably require to mental or physical exams. We will:

1. Pay for these exams; and

2. Forward a copy of the medical report to that person if requested.

If that person unreasonably refuses to submit to an exam, we will not be liable for subsequent personal injury protection benefits.

## IV. Part F - General Provisions

Part F is amended as follows:

A. Paragraph A. of the **Legal Action Against Us** Provision is replaced by the following:

## LEGAL ACTION AGAINST US

A. No legal action may be brought against us until there has been full compliance with all terms of this policy. In addition, no legal action may be brought against us until 30 days after the required notice of loss and reasonable proof of claim has been filed with us.

B. Paragraph B. of the Policy Period And Territory Provision is replaced by the following:

**POLICY PERIOD AND TERRITORY**

B. The policy territory is:

1. Florida.

2. The United States of America, its territories or possessions or Canada.

This Provision (**B.2.**) applies only to:

a. The "named insured" or any "family member" while "occupying" "your covered auto"; or

b. The "named insured" while "occupying" a "motor vehicle":

(1) Owned by any "family member"; and

(2) For which security is maintained as required by the Florida Motor Vehicle No-Fault law.

C. The **Our Right To Recover Payment** Provision is replaced by the following:

**OUR RIGHT TO RECOVER PAYMENT**

A. If we make a payment under this coverage and the person to or for whom payment was made has a right to recover damages from another we shall, to the extent of our payment, be subrogated to that right. That person shall:

1. Execute and deliver instruments and papers and do whatever else is necessary to secure our rights; and

2. Do nothing after loss to prejudice these rights.

B. If we make a payment under this coverage and the person to or for whom payment was made sustained "bodily injury" while:

1. "Occupying"; or

2. A "pedestrian" struck by;

a commercial motor vehicle, as defined in the Florida Motor Vehicle No-Fault Law, we shall, to the extent of our payment, be entitled to reimbursement from the person who owns such motor vehicle or that person's insurer.

D. The following provisions are added:

**ARBITRATION**

1. **Disputes with a provider of medical services.** If a provider of medical services or supplies has agreed to accept assignment of personal injury protection benefits, direction to pay, power of attorney or any instrument allowing direct payment to the provider:

a. Any claims dispute, involving medical expenses, between that provider and us shall be subject to binding arbitration in accordance with the Florida Arbitration Code.

b. The prevailing party shall be entitled to attorney's fees and costs. The prevailing party is determined as follows:

(1) If the arbitration award is greater than the sum of the amount we offer at arbitration plus fifty percent of the difference between:

(a) The amount of the claim asserted by the provider at arbitration; and

(b) The amount we offer at arbitration;

then the provider is the prevailing party.

(2) If the arbitration award is less than the sum of the amount we offer at arbitration plus fifty percent of the difference between:

(a) The amount of the claim asserted by the provider at arbitration; and

(b) The amount we offer at arbitration;

then we are the prevailing party.

(3) If neither (1) nor (2) above applies, there is no prevailing party and each side is responsible for its own attorney's fees and costs.

The amount of the offer or claim at arbitration is the amount of the last offer or claim made at least thirty days prior to arbitration.

2. **Other disputes.** Any dispute involving benefits under this part of the policy between the company and a person claiming benefits under this policy shall be decided by arbitration.

Upon the written request for arbitration, each party will select one arbitrator. The two arbitrators will attempt to select a third arbitrator. If they cannot agree on a third arbitrator within 30 days, either party may request a judge of the court of record in the county of jurisdiction where the arbitration is pending to appoint the third arbitrator. A written decision agreed upon by any two or more arbitrators will be binding upon each party.

Each party will bear the expenses it incurs, including all legal fees and costs, and parties shall bear the expenses of the third arbitrator equally.

The arbitration will take place in the county in which the person claiming benefits under this policy resides. If they are located out of state, arbitration will take place in the county in which the insured resides. Arbitration is subject to the provisions of the Florida Arbitration Code Chapter 682 of the Florida statutes.

**Other disputes, 2.,** does not apply if your Declarations page indicates "Statutory Arbitration".

## PAYMENT OF CLAIMS

If a person seeking Personal Injury Protection Coverage is charged with committing a felony, we shall withhold benefits until, at the trial level:

1. The prosecution makes a formal entry on the record that it will not prosecute the case against that person;

2. The charge is dismissed; or

3. That person is acquitted.

## MODIFICATION OF POLICY COVERAGES

1. Any coverage provided under Part B or Part C of this policy shall be excess over any personal injury protection benefits paid or payable.

2. Regardless of whether the limits for personal injury protection benefits have been exhausted, any coverage provided under Part B shall pay the amount of any claim for medical expenses payable under this coverage which exceeds the 80% limitation for medical expenses.

3. No coverage is provided under Part B for the amount of any applicable deductible under this coverage.

## PROVISIONAL PREMIUM

1. In the event of any change in the:

   a. Rules;

   b. Rates;

   c. Rating plan;

   d. Premiums; or

   e. Minimum premiums;

applicable to this coverage, because of an adverse judicial finding as to the constitutionality of any provisions of the Florida Motor Vehicle No-Fault Law which provide for the exemption of persons from tort liability, the premium shown in the Declarations for any coverage under:

   a. Part A;

   b. Part B; or

   c. Part C;

of this policy shall be deemed to be provisional and subject to recomputation.

2. If this policy is a renewal policy, such recomputation shall include the amount of any return premium previously credited or refunded to the "named insured", in accordance with the Florida Motor Vehicle No-Fault Law, with respect to insurance provided under a previous policy.

3. If the final recomputed premium exceeds the premium shown in the Declarations, the "named insured" shall pay us:

   a. The excess amount; and

   b. The amount of any return premium previously credited or refunded.

PP 03 34 06 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# JOINT OWNERSHIP COVERAGE

The provisions of the policy apply unless modified by this endorsement.

## SCHEDULE

| Description Of Vehicle |
|---|
| 1. |
| 2. |
| 3. |

Coverage is provided where a premium and a limit of liability is shown for the coverage.

| | | | Premium | | |
|---|---|---|---|---|---|
| Coverages | | Limit Of Liability | Veh. 1 | Veh. 2 | Veh. 3 |
| Liability: | Bodily Injury | $ Each Person<br>$ Each Accident | $ | | |
| | Property Damage | $ Each Accident | $ | | |
| | | $ Each Person<br>$ Each Accident | | $ | |
| | | $ Each Accident | | $ | |
| | | $ Each Person<br>$ Each Accident | | | $ |
| | | $ Each Accident | | | $ |
| Medical Payments | | $ Each Person | $ | | |
| | | $ Each Person | | $ | |
| | | $ Each Person | | | $ |
| Uninsured Motorists: | Bodily Injury | $ Each Person<br>$ Each Accident | $ | | |
| | Property Damage | $ Each Accident | $ | | |
| | | $ Each Person<br>$ Each Accident | | $ | |
| | | $ Each Accident | | $ | |
| | | $ Each Person<br>$ Each Accident | | | $ |
| | | $ Each Accident | | | $ |
| Collision | | Less $ Ded. | $ | | |
| | | Less $ Ded. | | $ | |
| | | Less $ Ded. | | | $ |
| Other Than Collision | | Less $ Ded. | $ | | |
| | | Less $ Ded. | | $ | |
| | | Less $ Ded. | | | $ |
| | | Total Premium | $ | | |

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, Inc., 1997

## I. Definitions

The **Definitions** Section is amended as follows:

A. For the purpose of the coverage provided by this endorsement, "you" and "your" refer to two or more:

    1. Individuals, other than husband and wife, residing in the same household; or

    2. "Non-resident relatives";

who jointly own:

    1. A private passenger auto; or

    2. A pickup or van that:

        a. Has a Gross Vehicle Weight of less than 10,000 lbs.; and

        b. Is not used for the delivery or transportation of goods and materials unless such use is:

            (1) Incidental to your "business" of installing, maintaining, or repairing furnishings or equipment; or

            (2) For farming or ranching.

B. The definition of "your covered auto" is replaced by the following:

"Your covered auto" means:

    1. Any vehicle shown in the Schedule or in the Declarations.

    2. A "newly acquired auto".

    3. Any "trailer" you own.

    4. Any auto or "trailer" you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:

        a. Breakdown;

        b. Repair;

        c. Servicing;

        d. Loss; or

        e. Destruction.

    This Provision (4.) does not apply to Coverage For Damage To Your Auto.

C. The following definition is added:

"Non-resident relatives" means two or more persons related by blood, marriage or adoption who reside in separate households. This includes a ward or foster child.

## II. Part A - Liability Coverage

The following exclusion is added to Part A:

We do not provide Liability Coverage for the ownership, maintenance or use of any vehicle, other than "your covered auto" by any:

1. "Non-resident relative"; or

2. "Family member" of a "non-resident relative".

# FEDERAL EMPLOYEES USING AUTOS IN GOVERNMENT BUSINESS

The following are not "insured's" under Part A:

1. The United States of America or any of its agencies.

2. Any person with respect to "bodily injury" or "property damage" resulting from the operation of an auto by that person as an employee of the United States Government. This applies only if the provisions of Section 2679 of Title 28, United States Code as amended, require the Attorney General of the United States to defend that person in any civil action which may be brought for the "bodily injury" or "property damage".

This endorsement must be attached to the Change Endorsement when issued after the policy is written.
Copyright, Insurance Services Office, Inc., 1986

PP 03 25 06 94

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

# FULL WINDSHIELD COVERAGE

With respect to the coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

## PART D - COVERAGE FOR DAMAGE TO YOUR AUTO

The first paragraph of the Insuring Agreement in Part D is amended by the addition of the following:

We will pay under Other Than Collision Coverage for the cost of repairing or replacing the damaged windshield on "your covered auto" without a deductible. We will pay only if the Declarations indicates that Other Than Collision Coverage applies.

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, Inc., 1993

PP 03 03 04 86

## TOWING AND LABOR COSTS COVERAGE

### SCHEDULE

| Description of Your Covered Auto | Limit of Towing and Labor Costs Coverage | Premium |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

We will pay towing and labor costs incurred each time "your covered auto" or any "non-owned auto" is disabled, up to the amount shown in the Schedule or in the Declarations as applicable to that vehicle. If a "non-owned auto" is disabled, we will provide the broadest towing and labor costs coverage applicable to any "your covered auto" shown in the Schedule or in the Declarations. We will only pay for labor performed at the place of disablement.

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, Inc., 1985

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LIABILITY COVERAGE EXCLUSION ENDORSEMENT

**LIABILITY COVERAGE**

The following exclusion is added to Part A, Section A:

We do not provide Liability Coverage for any "insured" for "bodily injury" to you or any "family member".

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

PP 03 26 06 94                     Copyright, Insurance Services Office, Inc., 1993

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# UNINSURED MOTORISTS COVERAGE - FLORIDA (NON-STACKED)

## I.  Part C - UNINSURED MOTORISTS COVERAGE

Part C is replaced by the following:

### INSURING AGREEMENT

A.  We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle" because of "bodily injury":

1.  Sustained by an "insured"; and

2.  Caused by an accident.

The owner's or operator's liability for these damages must arise out of ownership, maintenance or use of the "uninsured motor vehicle."

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

B.  "Insured" as used in this Part means:

1.  You or any "family member".

2.  Any other person "occupying" "your covered auto".

3.  Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in 1. or 2. above.

C.  "Uninsured motor vehicle" means a land motor vehicle or trailer of any type:

1.  To which no bodily injury liability bond or policy applies at the time of the accident.

2.  To which a bodily injury liability bond or policy applies at the time of the accident but the amount paid for "bodily injury" under that bond or policy to an "insured" is not enough to pay the full amount the "insured" is legally entitled to recover as damages.

3.  Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits or which causes an accident resulting in "bodily injury" without hitting:

a.  You or any "family member";

b.  A vehicle which you or any "family member" are "occupying"; or

c.  "Your covered auto".

If there is no physical contact with the hit-and-run vehicle the facts of the accident must be proved. We will only accept competent evidence other than the testimony of a person making claims under this or any similar coverage.

4.  To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:

a.  Denies coverage; or

b.  Is or becomes insolvent.

However, "uninsured motor vehicle" does not include any vehicle or equipment:

1.  Owned by or furnished or available for the regular use of you or any "family member" unless it is a "your covered auto" to which Part A of the policy applies and liability coverage is excluded for any person other than you or any "family member" for damages sustained in the accident by you or any "family member".

2.  Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.

3.  Owned by any governmental unit or agency.

4.  Operated on rails or crawler treads.

5.  Designed mainly for use off public roads while not on public roads.

6.  While located for use as a residence or premises.

### EXCLUSIONS

A.  We do not provide Uninsured Motorists Coverage for "bodily injury" sustained:

1.  By a person while "occupying" any motor vehicle owned by that person which is not insured for this coverage under this policy. This includes a trailer of any type used with that vehicle.

2.  By any "family member" while "occupying" any motor vehicle you own which is insured for this coverage on a primary basis under any other policy.

B.  We do not provide Uninsured Motorists Coverage for "bodily injury" sustained by any person:

1.  If that person or the legal representative settles the "bodily injury" claim without our written consent.

However, this Exclusion (B.1.) does not apply:

a.  If such settlement does not prejudice our right to recover payment; or

b.  To a settlement made with the insurer of a vehicle described in Section 2. of the definition of the "uninsured motor vehicle".

2.  While "occupying" "your covered auto" when it is being used as a public or livery conveyance. This Exclusion (B.2.) does not apply to a share-the-expense car pool.

3.  Using a vehicle without a reasonable belief that that person is entitled to do so. This Exclusion (B.3.) does not apply to a "family member" using "your covered auto" which is owned by you.

C. This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

1. Workers' compensation law; or

2. Disability benefits law.

D. We do not provide Uninsured Motorists Coverage for punitive or exemplary damages.

## LIMIT OF LIABILITY

A. When the "insured" is "occupying" "your covered auto" at the time of the accident:

1. The limit of liability for Uninsured Motorists Coverage stated in the Declarations for each person applicable to that "your covered auto" is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in that accident; and

2. Subject to this limit for each person, the limit of liability for Uninsured Motorists Coverage stated in the Declarations for each accident applicable to that "your covered auto" is our maximum limit of liability for all damages for "bodily injury" resulting from that accident.

B. When the "insured" is not "occupying" "your covered auto" at the time of the accident:

1. The highest limit of liability for Uninsured Motorists Coverage stated in the Declarations for each person applicable to any of "your covered autos" is our maximum limit of liability for all damages, including damages for care, loss for services or death, arising out of "bodily injury" sustained by any one person in that accident; and

2. Subject to this limit for each person, the highest limit of liability for Uninsured Motorists Coverage stated in the Declarations for each accident applicable to any of "your covered autos" is our maximum limit of liability for all damages for "bodily injury" resulting from that accident.

This is the most we will pay regardless of the number of:

1. "Insureds";

2. Claims made;

3. Vehicles or premiums shown in the Declarations;

4. Vehicles involved in the accident; or

5. Policies.

C. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part A of this policy;

2. No-fault coverage; or

3. Automobile medical payments coverage.

D. We will not make a duplicate payment under this coverage for any element of loss for which payment had been made by or on behalf of persons or organizations who may be legally responsible.

E. We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:

1. Workers' compensation law; or

2. Disability benefits law.

## OTHER INSURANCE

If there is other applicable similar insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible insurance.

## ARBITRATION

A. If we and an "insured" do not agree:

1. Whether that person is legally entitled to recover damages; or

2. As to the amount of damages which are recoverable by that "insured";

from the owner or operator of an "uninsured motor vehicle" then the matter may be:

1. Mediated, in accordance with the Mediation provision contained in Part F of the policy, if the damages resulting from "bodily injury" are for $10,000 or less; or

2. Arbitrated. However, disputes concerning coverage under this Part may not be arbitrated.

If either party demands mediation, the mediation must be completed before arbitration can occur.

B. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

If arbitration is not agreed to, an "insured" shall:

1. File a lawsuit in the proper court against the owner or driver of the uninsured auto and us. If the owner or driver of the uninsured auto is not known, an "insured" shall file the lawsuit against us; and

2. Immediately give us copies of the summons and complaints an "insured" filed for the lawsuit.

If an "insured" files against the owner or driver of the uninsured auto, we have the right to defend on the issues of the legal liability of and the damages owed by such owner or driver.

C. Each party will:

1. Pay the expenses it incurs; and

2. Bear the expenses of the third arbitrator equally.

D. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

1. Whether the "insured" is legally entitled to recover damages; and

2. The amount of damages, subject to the limits of liability for your uninsured motorists coverage as stated in the declarations of this policy.

## FLORIDA ARBITRATION CODE

If we and an "insured" agree to arbitration, the Florida Arbitration Code will not apply.

## ADDITIONAL DUTY

A person seeking Uninsured Motorists Coverage under Section 2. of the definition of "uninsured motor vehicle" must also promptly:

1. Send us copies of the legal papers if a suit is brought; and

2. Notify us in writing by certified or registered mail of a tentative settlement between the "insured" and the insurer of the "uninsured motor vehicle" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "uninsured motor vehicle".

## II. PART F - GENERAL PROVISIONS

The following is added to the **Our Right To Recover Payment** Provision in Part F:

## OUR RIGHT TO RECOVER PAYMENT

Our rights do not apply under Paragraph A. with respect to coverage under Section 2. of the definition of "uninsured motor vehicle" if we:

1. Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of an "uninsured motor vehicle"; and

2. Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

1. That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Uninsured Motorists Coverage; and

2. We also have a right to recover advance payment.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF POLICY PROVISIONS - FLORIDA

## I. Part A - Liability Coverage

The **Other Insurance** Provision of Part A is replaced by the following:

### OTHER INSURANCE

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. Any insurance we provide for a vehicle you do not own shall be excess over any other collectible insurance.

However, we will provide primary insurance for a vehicle you do not own if:

1. The vehicle is leased by you under a written rental or lease agreement; and

2. The face of the rental or lease agreement contains, in at least 10-point type, the following language:

   The valid and collectible liability insurance of any authorized rental or leasing driver is primary for the limits of liability coverage required by FLA. STAT. SECTION 324.021(7).

## II. Part D - Coverage For Damage To Your Auto

The **Appraisal** Provision of Part D is replaced by the following:

### APPRAISAL

A. If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. Upon notice of a demand for appraisal, the opposing party may, prior to appraisal, demand mediation of the dispute in accordance with the Mediation provision contained in Part F of the policy. The mediation must be completed before a demand for appraisal can be made.

B. In the event of a demand for appraisal, each party will select a competent appraiser.  The two appraisers will select an umpire.  The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   1. Pay its chosen appraiser; and

   2. Bear the expenses of the appraisal and umpire equally.

C. We do not waive any of our rights under this policy by agreeing to an appraisal.

## III. Part F - General Provisions

Part F is amended as follows:

A. The **Termination** Provision is replaced by the following:

### TERMINATION
### Cancellation

This policy may be cancelled during the policy period as follows:

1. The named insured shown in the Declarations may cancel by:

   a. Returning this policy to us; or

   b. Giving us advance written notice of the date cancellation is to take effect.

2. The named insured:

   a. May not cancel this policy, if this policy provides Personal Injury Protection and Liability Coverage, during the first 60 days immediately following the date of issuance or renewal unless:

      (1) "Your covered auto" has been totally destroyed so that it is no longer operable on the roads of Florida; or

      (2) The named insured transfers ownership of "your covered auto"; or

      (3) The named insured obtains other insurance on "your covered auto"; or

      (4) The named insured is a member of the United States Armed Forces and is called to or on active duty outside the United States in an emergency situation.

   b. May cancel for any reason after this policy is in effect for 60 days.

3. If this is a new policy, we will not cancel for nonpayment of premium during the first 60 days following the date of issuance. However, we may cancel if a check used to pay us is dishonored for any reason.

4. After this policy is in effect for 60 days, we will cancel only:

   a. For nonpayment of premium; or

   b. If your driver's license or that of:

      (1) Any driver who lives with you; or

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, Inc., 1997                    **Page 1 of 3**

(2) Any driver who customarily uses "your covered auto";

has been suspended or revoked. This must have occurred during:

(1) The policy period; or

(2) The 180 days immediately preceding the original effective date of the policy; or

c. If the policy was obtained through material misrepresentation or fraud.

5. Except as provided in Section **6.**, we may cancel by mailing by registered or certified mail or United States Post Office proof of mailing to the named insured shown in the Declarations at the address shown in the policy:

a. At least 10 days notice if cancellation is for nonpayment of premium; or

b. At least 45 days notice in all other cases.

6. In the event we determine that you have been charged an incorrect premium for coverage requested in your application for insurance, we shall immediately mail you notice of any additional premium due us. If within 15 days of the notice of additional premium due (or a longer time period as specified in the notice), you fail to either:

a. Pay the additional premium and maintain this policy in full force under its original terms; or

b. Cancel this policy and demand a refund of any unearned premium;

then this policy shall be cancelled effective 15 days from the date of the notice (or a longer time period as specified in the notice).

## Nonrenewal

If we decide not to renew or continue this policy we will mail advance notice to the named insured shown in the Declarations at the address shown in this policy at least 45 days before the end of the policy period. Notice will be mailed by registered or certified mail or United States Post Office proof of mailing. Subject to this notice requirement, if the policy period is:

1. Less than 6 months, we will have the right not to renew or continue this policy every 6 months, beginning 6 months after its original effective date.

2. 6 months or longer, but less than one year, we will have the right not to renew or continue this policy at the end of the policy period.

3. 1 year or longer, we will have the right not to renew or continue this policy at each anniversary of its original effective date.

We will not refuse to renew or continue this policy solely because:

1. You were convicted of one or more traffic violations which did not involve an accident or cause revocation or suspension of your driving privilege unless you have been convicted of, or plead guilty to:

a. Two such traffic violations within an 18 month period;

b. Three or more such traffic violations within a 36 month period; or

c. Exceeding the lawful speed limit by more than 15 miles per hour; or

2. You have had an accident. However, we may refuse to renew or continue this policy if, at the time of nonrenewal, you have had two or more at-fault accidents, or three or more accidents regardless of fault, within the current 3-year period.

## Automatic Termination

If we offer to renew or continue and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer. .

If you obtain other insurance on "your covered auto", any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.

## Other Termination Provisions

1. We may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.

2. If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

3. The effective date of cancellation stated in the notice shall become the end of the policy period.

B. The following provision is added:

## MEDIATION

In any claim filed with us for:

1. Loss resulting from "bodily injury" in an amount of $10,000 or less;

2. "Property damage"; or

3. Loss to "your covered auto" or any "non-owned auto";

either party may demand mediation of the claim, prior to taking legal action, by filing a written request with the Department of Insurance on a form which may be obtained from the Department. The request must state:

1. Why mediation is being requested; and

2. The issues in dispute which are to be mediated.

Only one mediation may be requested for each claim, unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

The Department shall randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference, which will be held within 45 days of the request for mediation. The conference may be held by telephone, if feasible.

The mediation shall be conducted as an informal process and formal rules of evidence and procedure need not be observed. Participants must:

1. Have authority to make a binding decision; and

2. Mediate in good faith.

Costs of the mediation shall be shared equally by both parties unless the mediator determines that one party has not mediated in good faith.

   Copyright, Insurance Services Office, Inc., 1997

# A U T O M O B I L E   P O L I C Y

## C O V E R A G E   I S   P R O V I D E D   B Y:

*(A stock insurance company, herein called the Company)*

# I J K

*A member company of*
*American International Group, Inc.*

*The Policy, together with the Declarations Page and endorsements,*
*if any, complete the policy.*

**This is a true and correct copy:**

**Signed:** _____

**Date:** _11-16-01_

BJP 8054 (6-98)

**EXHIBIT**

I

# YOUR PERSONAL AUTO POLICY - QUICK REFERENCE

DECLARATIONS PAGE INCLUDE:
- Your Name and Address
- Your Auto or Trailer
- Policy Period
- Coverages and Amounts of Insurance

|  | **Beginning On Page** |
|---|---|
| AGREEMENT | 1 |
| DEFINITIONS | 1 |
| PART A - LIABILITY COVERAGE | 2 |

Insuring Agreement
Supplementary Payments
Exclusions
Limit of Liability
Out of State Coverage
Financial Responsibility
Other Insurance

| PART B - MEDICAL PAYMENTS COVERAGE | 4 |
|---|---|

Insuring Agreement
Exclusions
Limit of Liability
Other Insurance

| PART C - UNINSURED MOTORISTS COVERAGE | 5 |
|---|---|

Insuring Agreement
Exclusions
Limit of Liability
Other Insurance
Arbitration

| PART D - COVERAGE FOR DAMAGE TO YOUR AUTO | 7 |
|---|---|

Insuring Agreement
Transportation Expenses
Exclusions
Limit of Liability
Payment of Loss
No Benefit to Bailee
Other Insurance
Appraisal

| PART E - DUTIES AFTER AN ACCIDENT OR LOSS | 9 |
|---|---|
| PART F - GENERAL PROVISIONS | 10 |

Bankruptcy
Changes
Fraud
Legal Action Against Us
Our Right to Recover Payment
Policy Period and Territory
Termination
Transfer of Your Interest in This Policy
Two or More Auto Policies

Copyright, Insurance Services Office, Inc., 1998

BJP-8054 (6/98)

Policy Number:   **414-13-36**                                            Account:   .ORIDA DRIVERS

Insurer:   AMERICAN HOME ASSURANCE COMPANY

The Policy Period Begins and Ends at 12:01 A.M.
Standard Time From  **12/04/00**  To  **06/04/01**

ST: **09**  CO: **0031**  ACCT: **00003560**

| POLICY DECLARATION RENEWAL |
| --- |

| Effective Date Of Change **12/04/00** |
| --- |

TIMOTHY K LARGE

18854 48TH AVE NORTH
LOXAHATCHEE, FL 33470

Servicing Office:

**AIG AUTO INSURANCE PROGRAM**
**505 CARR ROAD**
**P.O. BOX 15510**
**WILMINGTON, DE 19850-9252**
**Phone: 1-(800)-241-1188**

**DESCRIPTION OF YOUR COVERED AUTO(S):**

| AUTO | TERR | SYMBOL | AGE | YR | MAKE-MODEL | SERIAL NUMBER | CLASS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 35 | 10 | 6 | 96 | MERCURY COUGAR XR7 | 1MELM6243TH634007 | 887120 |
| 2 | 35 | 14 | 2 | 00 | DODGE DAKOTA | 1B7GL22X9YS712633 | 887120 |

## COVERAGE IS ONLY PROVIDED WHERE A SPECIFIC PREMIUM CHARGE IS SHOWN

| COVERAGE | LIMITS OF LIABILITY | | AUTO 1 | AUTO 2 |
| --- | --- | --- | --- | --- |
| Bodily Injury.............. | $100,000/  $300,000 Per Person/Accident | | $  97.00 | $  77.00 |
| Property Damage............ | $100,000 Per Accident | | $  56.00 | $  45.00 |
| Personal Injury Protection. | $10,000 Overall Maximum | | $  50.00 | $  37.00 |
| Basic Medical Expenses.... | 80% of Expenses | | | |
| Death Benefit ............. | $5,000 Maximum | | | |
| Other Than Collision....... | Deductible  AUTO#1 $500 | #2 $250 | $  26.00 | $  32.00 |
| Collision.................. | Deductible  AUTO#1 $500 | #2 $250 | $  83.00 | $ 104.00 |
| Towing & Labor............. | Per Disablement AUTO#1 $75 | #2 $75 | $   4.00 | $   4.00 |

Total Premium Per Auto    $ 316.00  $ 299.00

**TOTAL PREMIUM**      **$   615.00**

| WE LOOK FORWARD TO CONTINUING YOUR AUTOMOBILE COVERAGE AT THIS RENEWAL. THANK YOU! |
| --- |

Colette Pasantes
Authorized Company Representative (where required)

Policy Number:  **414-13-36**                                    Account    LORIDA DRIVERS

Insurer:  AMERICAN HOME ASSURANCE COMPANY

The Policy Period Begins and Ends at 12:01 A.M.
Standard Time From  **12/04/00  To  06/04/01**

ST: 09   CO: 0031   ACCT: 00003560

POLICY DECLARATION
RENEWAL

Effective Date Of Change
**12/04/00**

TIMOTHY K LARGE

18854 48TH AVE NORTH
LOXAHATCHEE, FL 33470

Servicing Office:

AIG AUTO INSURANCE PROGRAM
505 CARR ROAD
P.O. BOX 15510
WILMINGTON, DE 19850-9252
Phone: 1-(800)-241-1188

| DRIVER NAME | LICENSE NUMBER | BIRTH DATE |
|-------------|----------------|------------|
| TIMOTHY LARGE | L620811551210 | 04/01/55 |

**ENDORSEMENTS:**

| | | | |
|--|--|--|--|
| PP 00 01 06 98 | PP 03 34 06 98 | PP 03 03 04 86 | BJP 8054 6-98 |
| EXTE 11-94 | PP 03 01 08 86 | PP 03 05 08 86 | PP 03 26 06 94 |
| PP 01 84 06 98 | AIG-554 7-00 | PP 03 25 06 94 | |

**DISCOUNTS:**

Auto 1, 2 - 30% Air Bag Discount                    Auto 2 - 15% Auto Anti-Theft Devices
Auto 1, 2 - 05% Anti-Lock Brake Discount            Multiple Autos Insured

**LOSS PAYEE(S):**

AUTO#2
CITY CONTY CU
INS SERVICE CENTER
639 NE 3RD AVENUE
FT LAUDERDALE FL 33316

# PERSONAL AUTO POLICY

## AGREEMENT

In return for payment of the premium and subject to all the terms of this policy, we agree with you as follows:

## DEFINITIONS

A. Throughout this policy, "you" and "your" refer to:
1. The "named insured" shown in the Declarations; and
2. The spouse if a resident of the same household.

If the spouse ceases to be a resident of the same household during the policy period or prior to the inception of this policy, the spouse will be considered "you" and "your" under this policy but only until the earlier of:
1. The end of 90 days following the spouse's change of residency;
2. The effective date of another policy listing the spouse as a named insured; or
3. The end of the policy period.

B. "We", "us" and "our" refer to the Company providing this insurance.

C. For purposes of this policy, a private passenger type auto, pickup or van shall be deemed to be owned by a person if leased:
1. Under a written agreement to that person; and
2. For a continuous period of at least 6 months.

Other words and phrases are defined. They are in quotation marks when used.

D. "Bodily injury" means bodily harm, sickness or disease, including death that results.

E. "Business" includes trade, profession or occupation.

F. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child.

G. "Occupying" means in, upon, getting in, on, out or off.

H. "Property damage" means physical injury to, destruction of or loss of use of tangible property.

I. "Trailer" means a vehicle designed to be pulled by a:
1. Private passenger auto; or
2. Pickup or van.

It also means a farm wagon or farm implement while towed by a vehicle listed in 1. or 2. above.

J. "Your covered auto" means:
1. Any vehicle shown in the Declarations.
2. A "newly acquired auto".
3. Any "trailer" you own.

4. Any auto or "trailer" you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:
   a. Breakdown;         d. Loss; or
   b. Repair;            e. Destruction.
   c. Servicing;
   This Provision (J.4.) does not apply to Coverage For Damage To Your Auto.

K. "Newly acquired auto":
1. "Newly acquired auto" means any of the following types of vehicles you become the owner of during the policy period:
   a. A private passenger auto; or
   b. A pickup or van, for which no other insurance policy provides coverage, that:
      (1) Has a Gross Vehicle Weight of less than 10,000 lbs.; and
      (2) Is not used for the delivery or transportation of goods and materials unless such use is:
         (a) Incidental to your "business" of installing, maintaining or repairing furnishings or equipment; or
         (b) For farming or ranching.
2. Coverage for a "newly acquired auto" is provided as described below. If you ask us to insure a "newly acquired auto" after a specified time period described below has elapsed, any coverage we provide for a "newly acquired auto" will begin at the time you request the coverage.
   a. For any coverage provided in this policy except Coverage For Damage To Your Auto, a "newly acquired auto" will have the broadest coverage we now provide for any vehicle shown in the Declarations. Coverage begins on the date you become the owner. However, for this coverage to apply to a "newly acquired auto" which is in addition to any vehicle shown in the Declarations, you must ask us to insure it within 14 days after you become the owner.

   If a "newly acquired auto" replaces a vehicle shown in the Declarations, coverage is provided for this vehicle without your having to ask us to insure it.
   b. Collision Coverage for a "newly acquired auto" begins on the date you become the

owner. However, for this coverage to apply, you must ask us to insure it within:

(1) 14 days after you become the owner if the Declarations indicate that Collision Coverage applies to at least one auto. In this case, the "newly acquired auto" will have the broadest coverage we now provide for any auto shown in the Declarations.

(2) Four days after you become the owner if the Declarations do not indicate that Collision Coverage applies to at least one auto. If you comply with the 4 day requirement and a loss occurred before you asked us to insure the "newly acquired auto", a Collision deductible of $500 will apply.

c. Other Than Collision Coverage for a "newly acquired auto" begins on the date you become the owner. However, for this coverage to apply, you must ask us to insure it within:

(1) 14 days after you become the owner if the Declarations indicate Other Than Collision Coverage applies to at least one auto. In this case, the "newly acquired auto" will have the broadest coverage we now provide for any auto shown in the Declarations.

(2) Four days after you become the owner if the Declarations do not indicate that Other Than Collision Coverage applies to at least one auto. If you comply with the 4 day requirement and a loss occurred before you asked us to insure the "newly acquired auto", an Other Than Collision deductible of $500 will apply.

---

## PART A - LIABILITY COVERAGE

### INSURING AGREEMENT

A. We will pay damages for "bodily injury" or "property damage" for which any "insured" becomes legally responsible because of an auto accident. Damages include prejudgment interest awarded against the "insured". We will settle or defend, as we consider appropriate, any claim or suit asking for these damages. In addition to our limit of liability, we will pay all defense costs we incur. Our duty to settle or defend ends when our limit of liability for this coverage has been exhausted by payment of judgments or settlements. We have no duty to defend any suit or settle any claim for "bodily injury" or "property damage" not covered under this policy.

B. "Insured" as used in this Part means:

1. You or any "family member" for the ownership, maintenance or use of any auto or "trailer".

2. Any person using "your covered auto".

3. For "your covered auto", any person or organization but only with respect to legal responsibility for acts or omissions of a person for whom coverage is afforded under this Part.

4. For any auto or "trailer", other than "your covered auto", any other person or organization but only with respect to legal responsibility for acts or omissions of you or any "family member" for whom coverage is afforded under this Part. This Provision (B.4.) applies only if the person or organization does not own or hire the auto or "trailer".

### SUPPLEMENTARY PAYMENTS

In addition to our limit of liability, we will pay on behalf of an "insured":

1. Up to $250 for the cost of bail bonds required because of an accident, including related traffic law violations. The accident must result in "bodily injury" or "property damage" covered under this policy.

2. Premiums on appeal bonds and bonds to release attachments in any suit we defend.

3. Interest accruing after a judgment is entered in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for this coverage.

4. Up to $200 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request.

5. Other reasonable expenses incurred at our request.

### EXCLUSIONS

A. We do not provide Liability Coverage for any "insured":

1. Who intentionally causes "bodily injury" or "property damage".

2. For "property damage" to property owned or being transported by that "insured".

3. For "property damage" to property:

a. Rented to;

b. Used by; or

c. In the care of;

that "insured".

This Exclusion (A.3.) does not apply to "property damage" to a residence or private garage.

4. For "bodily injury" to an employee of that "insured" during the course of employment. This Exclusion (A.4.) does not apply to "bodily injury" to a domestic employee unless workers' compensation benefits are required or available for that domestic employee.

---

5. For that "insured's" liability arising out of the ownership or operation of a vehicle while it is being used as a public or livery conveyance. This Exclusion (A.5.) does not apply to a share-the-expense car pool.

6. While employed or otherwise engaged in the "business" of:

   a. Selling;          d. Storing; or
   b. Repairing;        e. Parking;
   c. Servicing;

   vehicles designed for use mainly on public highways. This includes road testing and delivery. This Exclusion (A.6.) does not apply to the ownership, maintenance or use of "your covered auto" by:

   a. You;
   b. Any "family member"; or
   c. Any partner, agent or employee of you or any "family member".

7. Maintaining or using any vehicle while that "insured" is employed or otherwise engaged in any "business" (other than farming or ranching) not described in Exclusion A.6.

   This Exclusion (A.7.) does not apply to the maintenance or use of a:

   a. Private passenger auto;
   b. Pickup or van; or
   c. "Trailer" used with a vehicle described in a. or b. above.

8. Using a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion (A.8.) does not apply to a "family member" using "your covered auto" which is owned by you.

9. For "bodily injury" or "property damage" for which that "insured":

   a. Is an insured under a nuclear energy liability policy; or
   b. Would be an insured under a nuclear energy liability policy but for its termination upon exhaustion of its limit of liability.

   A nuclear energy liability policy is a policy issued by any of the following or their successors:

   a. Nuclear Energy Liability Insurance Association;
   b. Mutual Atomic Energy Liability Underwriters; or
   c. Nuclear Insurance Association of Canada.

B. We do not provide Liability Coverage for the ownership, maintenance or use of:

   1. Any vehicle which:

      a. Has fewer than four wheels; or
      b. Is designed mainly for use off public roads.

This Exclusion (B.1.) does not apply:

   a. While such vehicle is being used by an "insured" in a medical emergency;
   b. To any "trailer"; or
   c. To any non-owned golf cart.

2. Any vehicle, other than "your covered auto", which is:

   a. Owned by you; or
   b. Furnished or available for your regular use.

3. Any vehicle, other than "your covered auto", which is:

   a. Owned by any "family member"; or
   b. Furnished or available for the regular use of any "family member".

   However, this Exclusion (B.3.) does not apply to you while you are maintaining or "occupying" any vehicle which is:

   a. Owned by a "family member"; or
   b. Furnished or available for the regular use of a "family member".

4. Any vehicle, located inside a facility designed for racing, for the purpose of:

   a. Competing in; or
   b. Practicing or preparing for;

   any prearranged or organized racing or speed contest.

## LIMIT OF LIABILITY

A. The limit of liability shown in the Declarations for each person for Bodily Injury Liability is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one auto accident. Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Bodily Injury Liability is our maximum limit of liability for all damages for "bodily injury" resulting from any one auto accident.

The limit of liability shown in the Declarations for each accident for Property Damage Liability is our maximum limit of liability for all "property damage" resulting from any one auto accident.

This is the most we will pay regardless of the number of:

1. "Insureds";
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the auto accident.

B. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part B or Part C of this policy; or
2. Any Underinsured Motorists Coverage provided by this policy.

## OUT OF STATE COVERAGE

If an auto accident to which this policy applies occurs in any state or province other than the one in which "your covered auto" is principally garaged, we will interpret your policy for that accident as follows:

A.  If the state or province has:

1.  A financial responsibility or similar law specifying limits of liability for "bodily injury" or "property damage" higher than the limit shown in the Declarations, your policy will provide the higher specified limit.

2.  A compulsory insurance or similar law requiring a nonresident to maintain insurance whenever the nonresident uses a vehicle in that state or province, your policy will provide at least the required minimum amounts and types of coverage.

B.  No one will be entitled to duplicate payments for the same elements of loss.

## FINANCIAL RESPONSIBILITY

When this policy is certified as future proof of financial responsibility, this policy shall comply with the law to the extent required.

## OTHER INSURANCE

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide for a vehicle you do not own shall be excess over any other collectible insurance.

---

## PART B - MEDICAL PAYMENTS COVERAGE

### INSURING AGREEMENT

A.  We will pay reasonable expenses incurred for necessary medical and funeral services because of "bodily injury":

1.  Caused by accident; and

2.  Sustained by an "insured".

We will pay only those expenses incurred for services rendered within 3 years from the date of the accident.

B.  "Insured" as used in this Part means:

1.  You or any "family member":

    a.  While "occupying"; or

    b.  As a pedestrian when struck by;

    a motor vehicle designed for use mainly on public roads or a trailer of any type.

2.  Any other person while "occupying" "your covered auto".

### EXCLUSIONS

We do not provide Medical Payments Coverage for any "insured" for "bodily injury":

1.  Sustained while "occupying" any motorized vehicle having fewer than four wheels.

2.  Sustained while "occupying" "your covered auto" when it is being used as a public or livery conveyance. This Exclusion (2.) does not apply to a share-the-expense car pool.

3.  Sustained while "occupying" any vehicle located for use as a residence or premises.

4.  Occurring during the course of employment if workers' compensation benefits are required or available for the "bodily injury".

5.  Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:

    a.  Owned by you; or

    b.  Furnished or available for your regular use.

6.  Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:

    a.  Owned by any "family member"; or

    b.  Furnished or available for the regular use of any "family member".

    However, this Exclusion (6.) does not apply to you.

7.  Sustained while "occupying" a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion (7.) does not apply to a "family member" using "your covered auto" which is owned by you.

8.  Sustained while "occupying" a vehicle when it is being used in the "business" of an "insured". This Exclusion (8.) does not apply to "bodily injury" sustained while "occupying" a:

    a.  Private passenger auto;

    b.  Pickup or van that you own; or

    c.  "Trailer" used with a vehicle described in a. or b. above.

9.  Caused by or as a consequence of:

    a.  Discharge of a nuclear weapon (even if accidental);

    b.  War (declared or undeclared);

    c.  Civil war;

    d.  Insurrection; or

    e.  Rebellion or revolution.

10.  From or as a consequence of the following, whether controlled or uncontrolled or however caused:

    a.  Nuclear reaction;

    b.  Radiation; or

    c.  Radioactive contamination.

11.  Sustained while "occupying" any vehicle located inside a facility designed for racing, for the purpose of:

a. Competing in; or

b. Practicing or preparing for;

any prearranged or organized racing or speed contest.

## LIMIT OF LIABILITY

A. The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for each person injured in any one accident. This is the most we will pay regardless of the number of:

1. "Insureds";

2. Claims made;

3. Vehicles or premiums shown in the Declarations; or

4. Vehicles involved in the accident.

B. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part A or Part C of this policy; or

2. Any Underinsured Motorists Coverage provided by this policy.

## OTHER INSURANCE

If there is other applicable auto medical payments insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible auto insurance providing payments for medical or funeral expenses.

## PART C - UNINSURED MOTORISTS COVERAGE

## INSURING AGREEMENT

A. We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle" because of "bodily injury":

1. Sustained by an "insured"; and

2. Caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the "uninsured motor vehicle".

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

B. "Insured" as used in this Part means:

1. You or any "family member".

2. Any other person "occupying" "your covered auto".

3. Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in 1. or 2. above.

C. "Uninsured motor vehicle" means a land motor vehicle or "trailer" of any type:

1. To which no bodily injury liability bond or policy applies at the time of the accident.

2. To which a bodily injury liability bond or policy applies at the time of the accident. In this case its limit for bodily injury liability must be less than the minimum limit for bodily injury liability specified by the financial responsibility law of the state in which "your covered auto" is principally garaged.

3. Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits:

a. You or any "family member";

b. A vehicle which you or any "family member" are "occupying"; or

c. "Your covered auto".

4. To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:

a. Denies coverage; or

b. Is or becomes insolvent.

However, "uninsured motor vehicle" does not include any vehicle or equipment:

1. Owned by or furnished or available for the regular use of you or any "family member".

2. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.

3 Owned by any governmental unit or agency.

4. Operated on rails or crawler treads.

5. Designed mainly for use off public roads while not on public roads.

6. While located for use as a residence or premises.

## EXCLUSIONS

A. We do not provide Uninsured Motorists Coverage for "bodily injury" sustained:

1. By an "insured" while "occupying", or when struck by, any motor vehicle owned by that "insured" which is not insured for this coverage under this policy. This includes a trailer of any type used with that vehicle.

2. By any "family member" while "occupying", or when struck by, any motor vehicle you own which is insured for this coverage on a primary basis under any other policy.

B. We do not provide Uninsured Motorists Coverage for "bodily injury" sustained by any "insured":

1. If that "insured" or the legal representative settles the "bodily injury" claim without our consent.

2. While "occupying" "your covered auto" when it is being used as a public or livery conveyance. This Exclusion (B.2.) does not apply to a share-the-expense car pool.

3. Using a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion (**B.3.**) does not apply to a "family member" using "your covered auto" which is owned by you.

C. This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

1. Workers' compensation law; or

2. Disability benefits law.

D. We do not provide Uninsured Motorists Coverage for punitive or exemplary damages.

## LIMIT OF LIABILITY

A. The limit of liability shown in the Declarations for each person for Uninsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one accident. Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Uninsured Motorists Coverage is our maximum limit of liability for all damages for "bodily injury" resulting from any one accident.

This is the most we will pay regardless of the number of:

1. "Insureds";

2. Claims made;

3. Vehicles or premiums shown in the Declarations; or

4. Vehicles involved in the accident.

B. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part A. or Part B. of this policy; or

2. Any Underinsured Motorists Coverage provided by this policy.

C. We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

D. We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:

1. Workers' compensation law; or

2. Disability benefits law.

## OTHER INSURANCE

If there is other applicable insurance available under one or more policies or provisions of coverage that is similar to the insurance provided under this Part of the policy:

1. Any recovery for damages under all such policies or provisions of coverage may equal but not exceed the highest applicable limit for any one vehicle under any insurance providing coverage on either a primary or excess basis.

2. Any insurance we provide with respect to a vehicle you do not own shall be excess over any collectible insurance providing such coverage on a primary basis.

3. If the coverage under this policy is provided:

a. On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on a primary basis.

b. On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on an excess basis.

## ARBITRATION

A. If we and an "insured" do not agree:

1. Whether that "insured" is legally entitled to recover damages; or

2. As to the amount of damages which are recoverable by that "insured";

from the owner or operator of an "uninsured motor vehicle", then the matter may be arbitrated. However, disputes concerning coverage under this Part may not be arbitrated.

Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

B. Each party will:

1. Pay the expenses it incurs; and

2. Bear the expenses of the third arbitrator equally.

C. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

1. Whether the "insured" is legally entitled to recover damages; and

2. The amount of damages. This applies only if the amount does not exceed the minimum limit for bodily injury liability specified by the financial responsibility law of the state in which "your covered auto" is principally garaged. If the amount exceeds that limit, either party may demand the right to a trial. This demand must be made within 60 days of the arbitrators' decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

Copyright, Insurance Services Office, Inc. 1997

## PART D - COVERAGE FOR DAMAGE TO YOUR AUTO

### INSURING AGREEMENT

A. We will pay for direct and accidental loss to "your covered auto" or any "non-owned auto", including their equipment, minus any applicable deductible shown in the Declarations. If loss to more than one "your covered auto" or "non-owned auto" results from the same "collision", only the highest applicable deductible will apply. We will pay for loss to "your covered auto" caused by:

1. Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.

2. "Collision" only if the Declarations indicate that Collision Coverage is provided for that auto.

If there is a loss to a "non-owned auto", we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations.

B. "Collision" means the upset of "your covered auto" or a "non-owned auto" or their impact with another vehicle or object.

Loss caused by the following is considered other than "collision":

| | | | |
|---|---|---|---|
| 1. | Missiles or falling objects; | 7. | Malicious mischief or vandalism; |
| 2. | Fire; | 8. | Riot or civil commotion; |
| 3. | Theft or larceny; | 9. | Contact with bird or animal; or |
| 4. | Explosion or earthquake; | 10. | Breakage of glass. |
| 5. | Windstorm; | | |
| 6. | Hail, water or flood; | | |

If breakage of glass is caused by a "collision", you may elect to have it considered a loss caused by "collision".

C. "Non-owned auto" means:

1. Any private passenger auto, pickup, van or "trailer" not owned by or furnished or available for the regular use of you or any "family member" while in the custody of or being operated by you or any "family member"; or

2. Any auto or "trailer" you do not own while used as a temporary substitute for "your covered auto" which is out of normal use because of its:

   a. Breakdown;    d. Loss; or
   b. Repair;       e. Destruction.
   c. Servicing;

### TRANSPORTATION EXPENSES

A. In addition, we will pay, without application of a deductible, up to a maximum of $600, for:

1. Temporary transportation expenses not exceeding $20 per day incurred by you in the event of a loss to "your covered auto". We will pay for such expenses if the loss is caused by:

   a. Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.

   b. "Collision" only if the Declarations indicate that Collision Coverage is provided for that auto.

2. Expenses for which you become legally responsible in the event of loss to a "non-owned auto". We will pay for such expenses if the loss is caused by:

   a. Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for any "your covered auto".

   b. "Collision" only if the Declarations indicate that Collision Coverage is provided for any "your covered auto".

   However, the most we will pay for any expenses for loss of use is $20 per day.

B. If the loss is caused by:

1. A total theft of "your covered auto" or a "non-owned auto", we will pay only expenses incurred during the period:

   a. Beginning 48 hours after the theft; and

   b. Ending when "your covered auto" or the "non-owned auto" is returned to use or we pay for its loss.

2. Other than theft of a "your covered auto" or a "non-owned auto", we will pay only expenses beginning when the auto is withdrawn from use for more than 24 hours.

C. Our payment will be limited to that period of time reasonably required to repair or replace the "your covered auto" or the "non-owned auto".

### EXCLUSIONS

We will not pay for:

1. Loss to "your covered auto" or any "non-owned auto" which occurs while it is being used as a public or livery conveyance. This Exclusion (1.) does not apply to a share-the-expense car pool.

2. Damage due and confined to:

   a. Wear and tear;

   b. Freezing;

   c. Mechanical or electrical breakdown or failure; or

   d. Road damage to tires.

   This Exclusion (2.) does not apply if the damage results from the total theft of "your covered auto" or any "non-owned auto".

3. Loss due to or as a consequence of:
   a. Radioactive contamination;
   b. Discharge of any nuclear weapon (even if accidental);
   c. War (declared or undeclared);
   d. Civil war;
   e. Insurrection; or
   f. Rebellion or revolution.

4. Loss to any electronic equipment designed for the reproduction of sound and any accessories used with such equipment. This includes but is not limited to:
   a. Radios and stereos;
   b. Tape decks; or
   c. Compact disc players.

   This Exclusion (4.) does not apply to equipment designed solely for the reproduction of sound and accessories used with such equipment, provided:
   a. The equipment is permanently installed in "your covered auto" or any "non-owned auto"; or
   b. The equipment is:
      (1) Removable from a housing unit which is permanently installed in the auto;
      (2) Designed to be solely operated by use of the power from the auto's electrical system; and
      (3) In or upon "your covered auto" or any "non-owned auto" at the time of loss.

5. Loss to any electronic equipment that receives or transmits audio, visual or data signals and any accessories used with such equipment. This includes but is not limited to:
   a. Citizens band radios;
   b. Telephones;
   c. Two-way mobile radios;
   d. Scanning monitor receivers;
   e. Television monitor receivers;
   f. Video cassette recorders;
   g. Audio cassette recorders; or
   h. Personal computers;

   This Exclusion (5.) does not apply to:
   a. Any electronic equipment that is necessary for the normal operation of the auto or the monitoring of the auto's operating systems; or
   b. A permanently installed telephone designed to be operated by use of the power from the auto's electrical system and any accessories used with the telephone.

6. Loss to tapes, records, discs or other media used with equipment described in Exclusions 4. and 5.

7. A total loss to "your covered auto" or any "non-owned auto" due to destruction or confiscation by governmental or civil authorities.

   This Exclusion (7.) does not apply to the interests of Loss Payee in "your covered auto".

8. Loss to:
   a. A "trailer", camper body, or motor home, which is not shown in the Declarations; or
   b. Facilities or equipment used with such "trailer", camper body or motor home. Facilities or equipment include but are not limited to:
      (1) Cooking, dining, plumbing or refrigeration facilities;
      (2) Awnings or cabanas; or
      (3) Any other facilities or equipment used with a "trailer", camper body, or motor home.

   This Exclusion (8.) does not apply to a:
   a. "Trailer", and its facilities or equipment, which you do not own; or
   b. "Trailer", camper body, or the facilities or equipment in or attached to the "trailer" or camper body, which you:
      (1) Acquire during the policy period; and
      (2) Ask us to insure within 14 days after you become the owner.

9. Loss to any "non-owned auto" when used by you or any "family member" without a reasonable belief that you or that "family member" are entitled to do so.

10. Loss to equipment designed or used for the detection or location of radar or laser.

11. Loss to any custom furnishings or equipment in or upon any pickup or van. Custom furnishings or equipment include but are not limited to:
    a. Special carpeting or insulation;
    b. Furniture or bars;
    c. Height-extending roofs; or
    d. Custom murals, paintings or other decals or graphics.

    This Exclusion (11.) does not apply to a cap, cover or bedliner in or upon any "your covered auto" which is a pickup.

12. Loss to any "non-owned auto" being maintained or used by any person while employed or otherwise engaged in the "business" of:

    a. Selling;                d. Storing; or
    b. Repairing;              e. Parking;
    c. Servicing;

    vehicles designed for use on public highways. This includes road testing and delivery.

13. Loss to "your covered auto" or any "non-owned auto", located inside a facility designed for racing, for the purpose of:

   **a.** Competing in; or

   **b.** Practicing or preparing for;

   any prearranged or organized racing or speed contest.

14. Loss to, or loss of use of, a "non-owned auto" rented by:

   **a.** You; or

   **b.** Any "family member";

   if a rental vehicle company is precluded from recovering such loss or loss of use, from you or that "family member", pursuant to the provisions of any applicable rental agreement or state law.

## LIMIT OF LIABILITY

**A.** Our limit of liability for loss will be the lesser of the:

1. Actual cash value of the stolen or damaged property; or

2. Amount necessary to repair or replace the property with other property of like kind and quality.

However, the most we will pay for loss to:

1. Any "non-owned auto" which is a trailer is $500.

2. Equipment designed solely for the reproduction of sound, including any accessories used with such equipment, which is installed in locations not used by the auto manufacturer for installation of such equipment or accessories, is $1,000.

**B.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total loss.

**C.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

## PAYMENT OF LOSS

We may pay for loss in money or repair or replace the damaged or stolen property. We may, at our expense, return any stolen property to:

1. You; or

2. The address shown in this policy.

If we return stolen property we will pay for any damage resulting from the theft. We may keep all or part of the property at an agreed or appraised value.

If we pay for loss in money, our payment will include the applicable sales tax for the damaged or stolen property.

## NO BENEFIT TO BAILEE

This insurance shall not directly or indirectly benefit any carrier or other bailee for hire.

## OTHER SOURCES OF RECOVERY

If other sources of recovery also cover the loss, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a "non-owned auto" shall be excess over any other collectible source of recovery including, but not limited to:

1. Any coverage provided by the owner of the "non-owned auto";

2. Any other applicable physical damage insurance;

3. Any other source of recovery applicable to the loss.

## APPRAISAL

**A.** If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will select a competent appraiser. The two appraisers will select an umpire. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the expenses of the appraisal and umpire equally.

**B.** We do not waive any of our rights under this policy by agreeing to an appraisal.

---

## PART E - DUTIES AFTER AN ACCIDENT OR LOSS

We have no duty provide coverage under this policy unless there has been full compliance with the following duties:

**A.** We must be notified promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses.

**B.** A person seeking any coverage must:

1. Cooperate with us in the investigation, settlement or defense of any claim or suit.

2. Promptly send us copies of any notices or legal papers received in connection with the accident or loss.

3. Submit, as often as we reasonably require:

   **a.** To physical exams by physicians we select. We will pay for these exams.

   **b.** To examination under oath and subscribe the same.

4. Authorize us to obtain:

   **a.** Medical reports; and

   **b.** Other pertinent records.

5. Submit a proof of loss when required by us.

C. A person seeking Uninsured Motorists Coverage must also:

1. Promptly notify the police if a hit-and-run driver is involved.

2. Promptly send us copies of the legal papers if a suit is brought.

D. A person seeking Coverage For Damage To Your Auto must also:

1. Take reasonable steps after loss to protect "your covered auto" or any "non-owned auto" and their equipment from further loss. We will pay reasonable expenses incurred to do this.

2. Promptly notify the police if "your covered auto" or any "non-owned auto" is stolen.

3. Permit us to inspect and appraise the damaged property before its repair or disposal.

## PART F - GENERAL PROVISIONS

### BANKRUPTCY

Bankruptcy or insolvency of the "insured" shall not relieve us of any obligations under this policy.

### CHANGES

A. This policy contains all the agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us.

B. If there is a change to the information used to develop the policy premium, we may adjust your premium. Changes during the policy term that may result in a premium increase or decrease include, but are not limited to, changes in:

1. The number, type or use classification of insured vehicles;

2. Operators using insured vehicles;

3. The place of principal garaging of insured vehicles;

4. Coverage, deductible or limits.

If a change resulting from A. or B. requires a premium adjustment, we will make the premium adjustment in accordance with our manual rules.

C. If we make a change which broadens coverage under this edition of your policy without additional premium charge, that change will automatically apply to your policy as of the date we implement the change in your state. This Paragraph (C.) does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1. A subsequent edition of your policy; or

2. An Amendatory Endorsement.

### FRAUD

We do not provide coverage for any "insured" who has made fraudulent statements or engaged in fraudulent conduct in connection with any accident or loss for which coverage is sought under this policy.

### LEGAL ACTION AGAINST US

A. No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, under Part A, no legal action may be brought against us until:

1. We agree in writing that the "insured" has an obligation to pay; or

2. The amount of that obligation has been finally determined by judgment after trial.

B. No person or organization has any right under this policy to bring us into any action to determine the liability of an "insured".

### OUR RIGHT TO RECOVER PAYMENT

A. If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another we shall be subrogated to that right. That person shall do:

1. Whatever is necessary to enable us to exercise our rights; and

2. Nothing after loss to prejudice them.

However, our rights in this Paragraph (A.) do not apply under Part D, against any person using "your covered auto" with a reasonable belief that that person is entitled to do so.

B. If we make a payment under this policy and the person to or for whom payment is made recovers damages from another, that person shall:

1. Hold in trust for us the proceeds of the recovery; and

2. Reimburse us to the extent of our payment.

### POLICY PERIOD AND TERRITORY

A. This policy applies only to accidents and losses which occur:

1. During the policy period as shown in the Declarations; and

2. Within the policy territory.

B. The policy territory is:

1. The United States of America, its territories, or possessions;

2. Puerto Rico; or

3. Canada.

This policy also applies to loss to, or accidents involving, "your covered auto" while being transported between their ports.

### TERMINATION

A. Cancellation

This policy may be cancelled during the policy period as follows:

1. The named insured shown in the Declarations may cancel by:

   a. Returning this policy to us; or

   b. Giving us advance written notice of the date cancellation is to take effect.

2. We may cancel by mailing to the named insured shown in the Declarations at the address shown in this policy:

   a. At least 10 days notice:

      (1) If cancellation is for nonpayment of premium; or

      (2) If notice is mailed during the first 60 days this policy is in effect and this is not a renewal or continuation policy; or

   b. At least 20 days notice in all other cases.

3. After this policy is in effect for 60 days, or if this is a renewal or continuation policy, we will cancel only:

   a. For nonpayment of premium; or

   b. If your driver's license or that of:

      (1) Any driver who lives with you; or

      (2) Any driver who customarily uses "your covered auto";

   has been suspended or revoked. This must have occurred:

      (1) During the policy period; or

      (2) Since the last anniversary of the original effective date if the policy period is other than 1 year; or

   c. If the policy was obtained through material misrepresentation.

**B.** **Nonrenewal**

If we decide not to renew or continue this policy, we will mail notice to the named insured shown in the Declarations at the address shown in this policy. Notice will be mailed at least 20 days before the end of the policy period. Subject to this notice requirement, if the policy period is:

1. Less than 6 months, we will have the right not to renew or continue this policy every 6 months, beginning 6 months after its original effective date.

2. 6 months or longer, but less than one year, we will have the right not to renew or continue this policy at the end of the policy period.

3. 1 year or longer, we will have the right not to renew or continue this policy at each anniversary of its original effective date.

**C.** **Automatic Termination**

If we offer to renew or continue and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If you obtain other insurance on "your covered auto", any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.

**D.** **Other Termination Provisions**

1. We may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.

2. If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

3. The effective date of cancellation stated in the notice shall become the end of the policy period.

## TRANSFER OF YOUR INTEREST IN THIS POLICY

**A.** Your rights and duties under this policy may not be assigned without our written consent. However, if a named insured shown in the Declarations dies, coverage will be provided for:

1. The surviving spouse if resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Declarations; and

2. The legal representative of the deceased person as if a named insured shown in the Declarations. This applies only with respect to the representative's legal responsibility to maintain or use "your covered auto".

**B.** Coverage will only be provided until the end of the policy period.

## TWO OR MORE AUTO POLICIES

If this policy and any other auto insurance policy issued to you by us apply to the same accident, the maximum limit of our liability under all the policies shall not exceed the highest applicable limit of liability under any one policy.

# EXTENDED TRANSPORTATION EXPENSES COVERAGE
# BOAT OWNERS

This endorsement is added to Part D - Coverage For Damage to Your Auto.

## TRANSPORTATION EXPENSES

3. Temporary transportation expenses incurred by you in the event that a boat you own or any non-owned boat used by you for private pleasure purposes, provided the use is with the permission of the owner, becomes disabled, or due to severe weather conditions, leaves you stranded from the original point of embarkation.

We will pay, up to the limits specified in the policy or increased limits if a specific premium charge is indicated on the Declarations Page, transportation expenses incurred by you when it is necessary for you to return to:

      a. the original point of embarkation, or

      b. the point of destination;

whichever is less.

EXTE (11/94)

PP 01 84 06 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF POLICY PROVISIONS - FLORIDA

## I. Part A - Liability Coverage

The **Other Insurance** Provision of Part A is replaced by the following:

**OTHER INSURANCE**

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. Any insurance we provide for a vehicle you do not own shall be excess over any other collectible insurance.

However, we will provide primary insurance for a vehicle you do not own if:

1. The vehicle is leased by you under a written rental or lease agreement; and

2. The face of the rental or lease agreement contains, in at least 10-point type, the following language:

The valid and collectible liability insurance of any authorized rental or leasing driver is primary for the limits of liability coverage required by FLA. STAT. SECTION 324.021(7).

## II. Part D - Coverage For Damage To Your Auto

The **Appraisal** Provision of Part D is replaced by the following:

**APPRAISAL**

A. If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. Upon notice of a demand for appraisal, the opposing party may, prior to appraisal, demand mediation of the dispute in accordance with the Mediation provision contained in Part F of the policy. The mediation must be completed before a demand for appraisal can be made.

B. In the event of a demand for appraisal, each party will select a competent appraiser. The two appraisers will select an umpire. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the expenses of the appraisal and umpire equally.

C. We do not waive any of our rights under this policy by agreeing to an appraisal.

## III. Part F - General Provisions

Part F is amended as follows:

A. The **Termination** Provision is replaced by the following:

**TERMINATION**

**Cancellation**

This policy may be cancelled during the policy period as follows:

1. The named insured shown in the Declarations may cancel by:

   a. Returning this policy to us; or

   b. Giving us advance written notice of the date cancellation is to take effect.

2. The named insured:

   a. May not cancel this policy, if this policy provides Personal Injury Protection and Liability Coverage, during the first 60 days immediately following the date of issuance or renewal unless:

      (1) "Your covered auto" has been totally destroyed so that it is no longer operable on the roads of Florida; or

      (2) The named insured transfers ownership of "your covered auto"; or

      (3) The named insured obtains other insurance on "your covered auto"; or

      (4) The named insured is a member of the United States Armed Forces and is called to or on active duty outside the United States in an emergency situation.

   b. May cancel for any reason after this policy is in effect for 60 days.

3. If this is a new policy, we will not cancel for nonpayment of premium during the first 60 days following the date of issuance. However, we may cancel if a check used to pay us is dishonored for any reason.

4. After this policy is in effect for 60 days, we will cancel only:

   a. For nonpayment of premium; or

   b. If your driver's license or that of:

      (1) Any driver who lives with you; or

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, Inc., 1997

(2) Any driver who customarily uses "your covered auto";

has been suspended or revoked. This must have occurred during:

(1) The policy period; or

(2) The 180 days immediately preceding the original effective date of the policy; or

c. If the policy was obtained through material misrepresentation or fraud.

5. Except as provided in Section **6.**, we may cancel by mailing by registered or certified mail or United States Post Office proof of mailing to the named insured shown in the Declarations at the address shown in the policy:

a. At least 10 days notice if cancellation is for nonpayment of premium; or

b. At least 45 days notice in all other cases.

6. In the event we determine that you have been charged an incorrect premium for coverage requested in your application for insurance, we shall immediately mail you notice of any additional premium due us. If within 15 days of the notice of additional premium due (or a longer time period as specified in the notice), you fail to either:

a. Pay the additional premium and maintain this policy in full force under its original terms; or

b. Cancel this policy and demand a refund of any unearned premium;

then this policy shall be cancelled effective 15 days from the date of the notice (or a longer time period as specified in the notice).

## Nonrenewal

If we decide not to renew or continue this policy we will mail advance notice to the named insured shown in the Declarations at the address shown in this policy at least 45 days before the end of the policy period. Notice will be mailed by registered or certified mail or United States Post Office proof of mailing. Subject to this notice requirement, if the policy period is:

1. Less than 6 months, we will have the right not to renew or continue this policy every 6 months, beginning 6 months after its original effective date.

2. 6 months or longer, but less than one year, we will have the right not to renew or continue this policy at the end of the policy period.

3. 1 year or longer, we will have the right not to renew or continue this policy at each anniversary of its original effective date.

We will not refuse to renew or continue this policy solely because:

1. You were convicted of one or more traffic violations which did not involve an accident or cause revocation or suspension of your driving privilege unless you have been convicted of, or plead guilty to:

a. Two such traffic violations within an 18 month period;

b. Three or more such traffic violations within a 36 month period; or

c. Exceeding the lawful speed limit by more than 15 miles per hour; or

2. You have had an accident. However, we may refuse to renew or continue this policy if, at the time of nonrenewal, you have had two or more at-fault accidents, or three or more accidents regardless of fault, within the current 3-year period.

## Automatic Termination

If we offer to renew or continue and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If you obtain other insurance on "your covered auto", any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.

## Other Termination Provisions

1. We may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.

2. If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

3. The effective date of cancellation stated in the notice shall become the end of the policy period.

B. The following provision is added:

## MEDIATION

In any claim filed with us for:

1. Loss resulting from "bodily injury" in an amount of $10,000 or less;

2. "Property damage"; or

3. Loss to "your covered auto" or any "non-owned auto";

either party may demand mediation of the claim, prior to taking legal action, by filing a written request with the Department of Insurance on a form which may be obtained from the Department. The request must state:

1. Why mediation is being requested; and

2. The issues in dispute which are to be mediated.

Copyright, Insurance Services Office, Inc., 1997

Only one mediation may be requested for each claim, unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

The Department shall randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference, which will be held within 45 days of the request for mediation. The conference may be held by telephone, if feasible.

The mediation shall be conducted as an informal process and formal rules of evidence and procedure need not be observed. Participants must:

1.  Have authority to make a binding decision; and

2.  Mediate in good faith.

Costs of the mediation shall be shared equally by both parties unless the mediator determines that one party has not mediated in good faith.

PP 03 34 06 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# JOINT OWNERSHIP COVERAGE

The provisions of the policy apply unless modified by this endorsement.

## SCHEDULE

| Description Of Vehicle |
|---|
| 1. |
| 2. |
| 3. |

Coverage is provided where a premium and a limit of liability is shown for the coverage.

| Coverages | | Limit Of Liability | | Veh. 1 | Veh. 2 | Veh. 3 |
|---|---|---|---|---|---|---|
| | | | | | Premium | |
| Liability: | Bodily Injury | $ | Each Person | $ | | |
| | | $ | Each Accident | | | |
| | Property Damage | $ | Each Accident | $ | | |
| | | $ | Each Person | | $ | |
| | | $ | Each Accident | | | |
| | | $ | Each Accident | | $ | |
| | | $ | Each Person | | | $ |
| | | $ | Each Accident | | | |
| | | $ | Each Accident | | | $ |
| Medical Payments | | $ | Each Person | $ | | |
| | | $ | Each Person | | $ | |
| | | $ | Each Person | | | $ |
| Uninsured Motorists: | Bodily Injury | $ | Each Person | $ | | |
| | | $ | Each Accident | | | |
| | Property Damage | $ | Each Accident | $ | | |
| | | $ | Each Person | | $ | |
| | | $ | Each Accident | | | |
| | | $ | Each Accident | | $ | |
| | | $ | Each Person | | | $ |
| | | $ | Each Accident | | | |
| | | $ | Each Accident | | | $ |
| Collision | | Less $ | Ded. | $ | | |
| | | Less $ | Ded. | | $ | |
| | | Less $ | Ded. | | | $ |
| Other Than Collision | | Less $ | Ded. | $ | | |
| | | Less $ | Ded. | | $ | |
| | | Less $ | Ded. | | | $ |
| | | | Total Premium | $ | | |

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, Inc., 1997

## I. Definitions

The **Definitions** Section is amended as follows:

A. For the purpose of the coverage provided by this endorsement, "you" and "your" refer to two or more:

1. Individuals, other than husband and wife, residing in the same household; or

2. "Non-resident relatives";

who jointly own:

1. A private passenger auto; or

2. A pickup or van that:

   a. Has a Gross Vehicle Weight of less than 10,000 lbs.; and

   b. Is not used for the delivery or transportation of goods and materials unless such use is:

      (1) Incidental to your "business" of installing, maintaining, or repairing furnishings or equipment; or

      (2) For farming or ranching.

B. The definition of "your covered auto" is replaced by the following:

"Your covered auto" means:

1. Any vehicle shown in the Schedule or in the Declarations.

2. A "newly acquired auto".

3. Any "trailer" you own.

4. Any auto or "trailer" you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. Loss; or

   e. Destruction.

   This Provision (4.) does not apply to Coverage For Damage To Your Auto.

C. The following definition is added:

"Non-resident relatives" means two or more persons related by blood, marriage or adoption who reside in separate households. This includes a ward or foster child.

## II. Part A - Liability Coverage

The following exclusion is added to Part A:

We do not provide Liability Coverage for the ownership, maintenance or use of any vehicle, other than "your covered auto" by any:

1. "Non-resident relative"; or

2. "Family member" of a "non-resident relative".

PP 03 01 08 86

# FEDERAL EMPLOYEES USING AUTOS IN GOVERNMENT BUSINESS

The following are not "insured's" under Part A:

1. The United States of America or any of its agencies.

2. Any person with respect to "bodily injury" or "property damage" resulting from the operation of an auto by that person as an employee of the United States Government. This applies only if the provisions of Section 2679 of Title 28, United States Code as amended, require the Attorney General of the United States to defend that person in any civil action which may be brought for the "bodily injury" or "property damage".

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, Inc., 1986

AIG-554  (7/00)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PERSONAL INJURY PROTECTION COVERAGE - FLORIDA

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

## SCHEDULE

| Benefits | Limit of Liability |
|---|---|
| Medical Expenses | No specific dollar amount |
| Work Loss | No specific dollar amount |
| Replacement Services | No specific dollar amount |
| Accidental Death | $5,000 |
| | |
| Maximum Limit For The Total Of All Personal Injury Protection Benefits | $10,000 |

**Personal Injury Protection Coverage Deductible**

As indicated below or in the Declarations, personal injury protection benefits are subject to a deductible of $_____ applicable to:

☐ The "named insured".

☐ The "named insured" and any dependent "family member".

**Exclusion Of Work Loss**

Work loss does not apply as indicated below or in the Declarations:

☐ Work loss will not be provided for the "named insured".

☐ Work loss will not be provided for the "named insured" and any dependent "family member".

---

I.  **Definitions**

The **Definitions** section is amended as follows:

A.  For the purposes of this endorsement, a "motor vehicle" shall be deemed to be owned by a person if that person:

1.  Holds the legal title to such vehicle.

2.  Is a debtor having the right to possession, if such vehicle is the subject of a security agreement.

3.  Is a lessee having the right to possession, if such vehicle is the subject of a lease which:

    a.  Has an option to purchase; and

    b.  Is for a period of at least 6 months.

4.  Is a lessee having the right to possession, if such vehicle is the subject of a lease which:

    a.  Does not have an option to purchase;

    b.  Is for a period of at least 6 months; and

    c.  Requires the lessee to secure insurance.

B.  The following definitions are replaced:

1.  "Family member" means a person related to the "named insured" by blood, marriage or adoption who is usually a resident of the "named insured's" household. This includes a ward or foster child.

2.  "Occupying" means:

    a.  In or upon;

    b.  Entering into; or

    c.  Alighting from.

3.  "Your covered auto" means a "motor vehicle" owned by the "named insured" and for which security is required to be maintained under the Florida Motor Vehicle No-Fault Law, and either:

    a.  A premium is charged; or

    b.  It is a trailer, other than a mobile home, designed for use with a "motor vehicle".

AIG-554  (7/00)

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1 of 5

C. The following definitions are added:

1. "Motor vehicle" means:

   a. Any self-propelled vehicle with 4 or more wheels which is:

     (1) Designed; and

     (2) Required to be licensed;

     for use on Florida highways.

   b. Any trailer or semi-trailer designed for use with such vehicle.

   However, "motor vehicle" does not include:

   a. Any motor vehicle which is:

     (1) Used in mass transit other than public school transportation;

     (2) Designed to transport more than 5 passengers (excluding the operator); and

     (3) Owned by a:

       (a) Municipality;

       (b) Transit authority; or

       (c) Political subdivision of the state.

   b. A mobile home.

2. "Named insured" means:

   a. The person named in the Declarations; or

   b. That person's spouse, if a resident of the same household.

3. "Pedestrian" means a person who is not "occupying" a self-propelled vehicle.

D. "Insured" as used in this endorsement means:

1. The "named insured" or any "family member" while:

   a. "Occupying" a "motor vehicle"; or

   b. A "pedestrian" struck by a "motor vehicle".

2. Any other person while:

   a. "Occupying" "your covered auto"; or

   b. A "pedestrian" struck by "your covered auto".

## II. Personal Injury Protection Coverage
### INSURING AGREEMENT

A. We will pay, in accordance with the Florida Motor Vehicle No-Fault Law, personal injury protection benefits to or for an "insured" who sustains "bodily injury". The "bodily injury" must be caused by an accident arising out of the ownership, maintenance or use of a "motor vehicle".

B. Subject to the limits shown in the Schedule or Declarations, personal injury protection benefits consist of the following:

1. **Medical expenses.** 80% of reasonable expenses for:

   a. Necessary medical, surgical, x-ray, dental, ambulance, hospital, professional nursing and rehabilitative services; and

   b. Prosthetic devices.

   This includes necessary remedial treatment and services recognized and permitted under state law for an "insured" who relies upon spiritual means through prayer alone for healing in accordance with that "insured's" religious beliefs.

2. **Work loss.** With respect to the period of disability of an "insured", 60% of any loss of income and earning capacity from that "insured's" inability to work due to "bodily injury". However, work loss does not include any loss after an "insured's" death.

3. **Replacement services.** With respect to the period of disability of an "insured", all expenses reasonably incurred in obtaining ordinary and necessary services from others instead of those that the "insured" would have performed, without income, for the benefit of his household had he not sustained "bodily injury".

4. **Accidental death.** A death benefit.

## EXCLUSIONS

A. We do not provide Personal Injury Protection Coverage for any "insured":

1. While operating "your covered auto" without the "named insured's" express or implied consent.

2. If that "insured's" conduct contributed to his "bodily injury" under any of the following circumstances:

   a. Intentionally causing "bodily injury" to himself; or

   b. While committing a felony.

3. Other than the "named insured", if that "insured" owns a "motor vehicle" for which security is required under the Florida Motor Vehicle No-Fault Law.

4. Other than the "named insured" or any "family member", who is entitled to personal injury protection benefits from a person who owns a "motor vehicle" which is not a "your covered auto" under this policy, or from that vehicle owner's policy.

5. Who sustains "bodily injury" while "occupying" a "motor vehicle" located for use as a residence or premises.

B. We do not provide Personal Injury Protection Coverage for:

1. The "named insured" or any "family member" while "occupying" a "motor vehicle" which is:

   a. Owned by the "named insured"; and

   b. Not a "your covered auto" under this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

2. Any "pedestrian", other than the "named insured" or any "family member" who is not a legal resident of Florida.

## LIMIT OF LIABILITY

A. The limits of liability shown in the Schedule or Declarations for Personal Injury Protection Coverage are the most we will pay to or for each "insured" injured in any one accident, regardless of the number of:

1. "Insureds";

2. Policies or bonds applicable;

3. Vehicles involved; or

4. Claims made.

The maximum limit of liability for the total of all personal injury protection benefits shown in the Schedule or Declarations is the total aggregate limit for personal injury protection benefits available, to or for each "insured" injured in any one accident, from all sources combined, including this policy.

B. Any amounts payable under this coverage shall be reduced by any amounts paid or payable for the same elements of loss under any workers' compensation law.

C. The amount of any deductible shown in the Schedule or Declarations shall be deducted from the lesser of:

1. The total amount otherwise payable under this coverage for:

   a. Medical expenses;

   b. Work loss; and

   c. Replacement services;

   to or for each "insured" to whom the deductible applies; or

2. The limits of liability shown in the Schedule or Declarations.

The total amount otherwise payable means the benefits payable for medical expenses, work loss and replacement services after the application of any percentage limitation.

Accidental death is not subject to a deductible.

## OTHER INSURANCE

A. No one will be entitled to receive duplicate payments for the same elements of loss under this or any other insurance. If an "insured" receives personal injury protection benefits from another insurer, that insurer shall be entitled to recover from us its equitable pro rata share of the benefits paid and expenses of processing the claim.

B. If an "insured" sustains "bodily injury" while:

1. "Occupying"; or

2. Struck by a "motor vehicle" rented or leased under a rental or lease agreement;

the personal injury protection benefits afforded under the lessor's policy shall be primary.

This Provision (B.) does not apply if the face of the rental or lease agreement contains, in at least 10-point type, the following language:

The valid and collectible personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of personal injury protection coverage required by FLA. STAT. SECTION 627.73b.

## III. Part E - Duties After An Accident Or Loss

Part E is replaced by the following:

### DUTIES AFTER AN ACCIDENT OR LOSS

A person seeking Personal Injury Protection Coverage must:

A. In the event of an accident, provide prompt written notice of loss to us or our authorized agent.

B. Promptly forward to us a copy of the:

1. Summons and complaint; or

2. Other process;

served in connection with any legal action that person takes against a third party to recover damages for "bodily injury".

C. Promptly give us written proof of claim, under oath if required. Such proof shall include:

1. Full details of the nature and extent of the injuries and treatment received and contemplated; and

2. Any other information which may assist us in determining the amount due and payable.

D. Submit as often as we reasonably require to mental or physical exams. We will:

1. Pay for these exams; and

2. Forward a copy of the medical report to that person if requested.

If that person unreasonably refuses to submit to an exam, we will not be liable for subsequent personal injury protection benefits.

## IV. Part F - General Provisions

Part F is amended as follows:

A. Paragraph A. of the **Legal Action Against Us** Provision is replaced by the following:

### LEGAL ACTION AGAINST US

A. No legal action may be brought against us until there has been full compliance with all terms of this policy. In addition, no legal action may be brought against us until 30 days after the required notice of loss and reasonable proof of claim has been filed with us.

B. Paragraph B. of the **Policy Period And Territory** Provision is replaced by the following:

### POLICY PERIOD AND TERRITORY

B. The policy territory is:

1. Florida.

2. The United States of America, its territories or possessions or Canada.

This Provision (B.2.) applies only to:

   a. The "named insured" or any "family member" while "occupying" "your covered auto"; or

AIG-554  (7/00)

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3 of 5

b. The "named insured" while "occupying" a "motor vehicle":

(1) Owned by any "family member"; and

(2) For which security is maintained as required by the Florida Motor Vehicle No-Fault Law;

C. The **Our Right To Recover Payment** Provision is replaced by the following:

## OUR RIGHT TO RECOVER PAYMENT

A. If we make a payment under this coverage and the person to or for whom payment was made has a right to recover damages from another we shall, to the extent of our payment, be subrogated to that right. That person shall:

1. Execute and deliver instruments and papers and do whatever else is necessary to secure our rights; and

2. Do nothing after loss to prejudice these rights.

B. If we make a payment under this coverage and the person to or for whom payment was made sustained "bodily injury" while:

1. "Occupying"; or

2. A "pedestrian" struck by;

a commercial motor vehicle, as defined in the Florida Motor Vehicle No-Fault Law, we shall, to the extent of our payment, be entitled to reimbursement from the person who owns such motor vehicle or that person's insurer.

D. The following provision is added:

## ARBITRATION

1. Any dispute involving benefits under this part of the policy between the company and an "insured", or provider of medical services claiming benefits under this policy, may be decided by arbitration if the parties agree.

Upon the written request for arbitration, each party will select one arbitrator. The two arbitrators will attempt to select a third arbitrator. If they cannot agree on a third arbitrator within 30 days, either party may request a judge of the court of record in the county of jurisdiction where the arbitration is pending to appoint the third arbitrator. A written decision agreed upon by any two or more arbitrators will be binding upon each party.

Each party will bear the expenses it incurs, including all legal fees and costs, and parties shall bear the expenses of the third arbitrator equally.

The arbitration will take place in the county in which the person claiming benefits under this policy resides. If they are located out of state, arbitration will take place in the county in which the insured resides. Arbitration is subject to the provisions of the Florida Arbitration Code Chapter 682 of the Florida statutes.

2. Any dispute involving benefits under this part of the policy between the company and an "insured", or provider of medical services claiming benefits under this policy shall be decided by arbitration.

Upon the written request for arbitration, each party will select one arbitrator. The two arbitrators will attempt to select a third arbitrator. If they cannot agree on a third arbitrator within 30 days, either party may request a judge of the court of record in the county of jurisdiction where the arbitration is pending to appoint the third arbitrator. A written decision agreed upon by any two or more arbitrators will be binding upon each party.

Each party will bear the expenses it incurs, including all legal fees and costs, and parties shall bear the expenses of the third arbitrator equally.

The arbitration will take place in the county in which the person claiming benefits under this policy resides. If they are located out of state, arbitration will take place in the county in which the insured resides. Arbitration is subject to the provisions of the Florida Arbitration Code Chapter 682 of the Florida statutes.

This section 2. only applies if your Declaration page indicates "Expanded Arbitration."

## PAYMENT OF CLAIMS

If a person seeking Personal Injury Protection Coverage is charged with committing a felony, we shall withhold benefits until, at the trial level:

1. The prosecution makes a formal entry on the record that it will not prosecute the case against that person;

2. The charge is dismissed; or

3. That person is acquitted.

## MODIFICATION OF POLICY COVERAGES

1. Any coverage provided under Part **B** or Part **C** of this policy shall be excess over any personal injury protection benefits paid or payable.

2. Regardless of whether the limits for personal injury protection benefits have been exhausted, any coverage provided under Part **B** shall pay the amount of any claim for medical expenses payable under this coverage which exceeds the 80% limitation for medical expenses.

3. No coverage is provided under Part **B** for the amount of any applicable deductible under this coverage.

## PROVISIONAL PREMIUM

1. In the event of any change in the:

   a. Rules;

   b. Rates;

   c. Rating plan;

   d. Premiums; or

   e. Minimum premiums;

   applicable to this coverage, because of an adverse judicial finding as to the constitutionality of any provisions of the Florida Motor Vehicle No-Fault Law which provide for the exemption of persons from tort liability, the premium shown in the Declarations for any coverage under:

   a. Part A;

   b. Part B; or

   c. Part C;

   of this policy shall be deemed to be provisional and subject to recomputation.

2. If this policy is a renewal policy, such recomputation shall include the amount of any return premium previously credited or refunded to the "named insured", in accordance with the Florida Motor Vehicle No-Fault Law, with respect to insurance provided under a previous policy.

3. If the final recomputed premium exceeds the premium shown in the Declarations, the "named insured" shall pay us:

   a. The excess amount; and

   b. The amount of any return premium previously credited or refunded.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PP 03 03 04 86

# TOWING AND LABOR COSTS COVERAGE

## SCHEDULE

| Description of Your Covered Auto | Limit of Towing and Labor Costs Coverage | Premium |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

We will pay towing and labor costs incurred each time "your covered auto" or any "non-owned auto" is disabled, up to the amount shown in the Schedule or in the Declarations as applicable to that vehicle. If a "non-owned auto" is disabled, we will provide the broadest towing and labor costs coverage applicable to any "your covered auto" shown in the Schedule or in the Declarations. We will only pay for labor performed at the place of disablement.

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, Inc., 1985

PP 03 05 08 86

# LOSS PAYABLE CLAUSE

Loss
Payee: _____

Loss or damage under this policy shall be paid, as interest may appear, to you and the loss payee shown in the Declarations or in this endorsement. This insurance with respect to the interest of the loss payee, shall not become invalid because of your fraudulent acts or omissions unless the loss results from your conversion, secretion or embezzlement of "your covered auto". However, we reserve the right to cancel the policy as permitted by policy terms and the cancellation shall terminate this agreement as to the loss payee's interest. We will give the same advance notice of cancellation to the loss payee as we give to the named insured shown in the Declarations.

When we pay the loss payee we shall, to the extent of payment, be subrogated to the loss payee's rights of recovery.

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

PP 03 05 08 86                    Copyright, Insurance Services Office, Inc., 1986

PP 03 25 06 94

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

# FULL WINDSHIELD COVERAGE

With respect to the coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

## PART D - COVERAGE FOR DAMAGE TO YOUR AUTO

The first paragraph of the Insuring Agreement in Part D is amended by the addition of the following:

We will pay under Other Than Collision Coverage for the cost of repairing or replacing the damaged windshield on "your covered auto" without a deductible. We will pay only if the Declarations indicates that Other Than Collision Coverage applies.

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, Inc., 1993

PP 03 26 06 94

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LIABILITY COVERAGE EXCLUSION ENDORSEMENT

**LIABILITY COVERAGE**

The following exclusion is added to Part A, Section A:

We do not provide Liability Coverage for any "insured" for "bodily injury" to you or any "family member".

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

PP 03 26 06 94                    Copyright, Insurance Services Office, Inc., 1993

AIG Claims Services, Inc.
P.O. Box 522410
Longwood, FL 32752-2410

CRG000033

## PIP PAYMENT RECORD

| | |
|---|---|
| Claim Number: | A0192209-1 |
| Symbol: | 1 |
| Claimant: | LOUIS GALTERIO |
| Date of Loss: | 12/06/2000 |

| | |
|---|---|
| State: | FLORIDA |
| PIP Limit: | $10,000.00 |
| MP Limit: | $0.00 |
| Deductible: | $0.00 |
| Extended PIP?: | NO |

| | | Paid | Remaining |
|---|---|---|---|
| PIP: | $10,000.00 | $10,000.00 | $0.00 |
| MP: | $0.00 | $0.00 | $0.00 |
| Interest: | $0.00 | $7.12 | |
| Total: | $10,000.00 | $10,000.00 | |

Service Codes: Medical: M  Service: S  Wages: W  Death: D  Mileage: MR

SERVICE CODES: M=Medical W=Wages S=Service D=Death MR= Mileage

| Ref | Code | Dates of Service From | Dates of Service To | Provider | Tax ID | Billed | Allowed | % | Deductible | PIP Payment | MP Payment | Date Received | Date Paid | Interest | Total Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | M | 12/07/2000 | 12/07/2000 | | | | | 80% | 0.00 | 1,064.56 | 0.00 | 12/15/2000 | 01/23/2001 | 0.00 | 1,064.56 |
| 2 | M | 12/07/2000 | 12/07/2000 | | | | | 80% | 0.00 | 250.35 | 0.00 | 01/11/2001 | 01/29/2001 | 0.00 | 250.35 |
| 3 | M | 01/02/2001 | 01/02/2001 | | | | | 80% | 0.00 | 2,387.34 | 0.00 | 01/16/2001 | 02/01/2001 | 0.00 | 2,387.34 |
| 4 | M | 12/29/2000 | 01/10/2001 | Mole Wellness Rehab | 65-0974787 | 1,140.00 | 1,066.80 | 80% | 0.00 | 853.44 | 0.00 | 01/22/2001 | 02/01/2001 | 0.00 | 853.44 |
| 5 | M | 01/12/2001 | 01/19/2001 | Mole Wellness Rehab | 65-0974787 | 695.00 | 674.57 | 80% | 0.00 | 539.66 | 0.00 | 01/12/2001 | 01/19/2001 | 0.00 | 539.66 |
| 6 | M | 01/22/2001 | 01/22/2001 | Mole Wellness Rehab | 65-0974787 | 210.00 | 210.00 | 80% | 0.00 | 168.00 | 0.00 | 02/06/2001 | 02/28/2001 | 0.00 | 168.00 |
| 7 | M | 01/23/2001 | 01/23/2001 | Mole Wellness Rehab | 65-0974787 | 210.00 | 210.00 | 80% | 0.00 | 168.00 | 0.00 | 02/06/2001 | 02/28/2001 | 0.00 | 168.00 |
| 8 | M | 01/24/2001 | 01/24/2001 | Mole Wellness Rehab | 65-0974787 | 135.00 | 135.00 | 80% | 0.00 | 108.00 | 0.00 | 02/06/2001 | 03/06/2001 | 0.00 | 108.00 |
| 9 | m | 01/26/2001 | 01/26/2001 | Mole Wellness Rehab | 65-0974787 | 830.00 | 830.00 | 80% | 0.00 | 664.00 | 0.00 | 02/13/2001 | 03/07/2001 | 0.00 | 664.00 |
| 10 | M | 02/05/2001 | 02/09/2001 | Mole Wellness Rehab | 65-0974787 | 570.00 | 570.00 | 80% | 0.00 | 456.00 | 0.00 | 02/22/2001 | 03/15/2001 | 0.00 | 456.00 |
| 11 | M | 02/26/2001 | 03/03/2001 | Mole Wellness Rehab | 65-0974787 | 590.00 | 590.00 | 80% | 0.00 | 472.00 | 0.00 | 03/13/2001 | 03/20/2001 | 0.00 | 472.00 |
| 12 | M | 01/09/2001 | 01/09/2001 | | | | | 80% | 0.00 | 52.00 | 0.00 | 03/05/2001 | 03/20/2001 | 0.00 | 52.00 |
| 13 | M | 12/26/2000 | 12/26/2000 | Mole Wellness Rehab | 65-0974787 | 1,160.00 | 1,160.00 | 80% | 0.00 | 400.00 | 0.00 | 01/22/2001 | 03/28/2001 | 7.12 | 407.12 |
| 14 | M | 02/12/2001 | 02/21/2001 | Mole Wellness Rehab | 65-0974787 | 1,160.00 | 1,160.00 | 80% | 0.00 | 928.00 | 0.00 | 02/26/2001 | 03/28/2001 | 0.00 | 928.00 |
| 15 | M | 03/12/2001 | 03/16/2001 | Mole Wellness Rehab | 65-0974787 | 505.00 | 505.00 | 80% | 0.00 | 404.00 | 0.00 | 03/26/2001 | 04/04/2001 | 0.00 | 404.00 |
| 16 | M | 03/19/2001 | 03/23/2001 | Mole Wellness Rehab | 65-0974787 | 535.00 | 535.00 | 80% | 0.00 | 428.00 | 0.00 | 04/02/2001 | 04/11/2001 | 0.00 | 428.00 |
| 17 | M | 02/09/2001 | 02/09/2001 | | | | | 80% | 0.00 | 52.00 | 0.00 | 03/21/2001 | 04/16/2001 | 0.00 | 52.00 |
| 18 | M | 03/26/2001 | 03/30/2001 | Mole Wellness Rehab | 65-0974787 | 500.00 | 500.00 | 80% | 0.00 | 400.00 | 0.00 | 04/10/2001 | 04/23/2001 | 0.00 | 400.00 |
| 19 | M | 03/12/2001 | 03/13/2001 | | | | | 80% | 0.00 | 52.00 | 0.00 | 04/03/2001 | 04/23/2001 | 0.00 | 52.00 |
| 20 | m | 04/02/2001 | 04/13/2001 | Mole Wellness Rehab | 65-0974787 | 920.00 | 920.00 | 0% | 0.00 | 152.66 | 0.00 | 04/16/2001 | 05/03/2001 | 0.00 | 152.66 |
| 21 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 22 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 23 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 24 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 25 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 26 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 27 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 28 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 29 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 30 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 31 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 32 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 33 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 34 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 35 | | | | | | | | #N/A | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |

PIP Payment Record  Page: 1 of 1

Printed 05/03/2001

EXHIBIT

J

Explanation of Review

Page 1 of 7

Case: AJI-FFLN-0045946

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

Review Date: 01-26-2001
Adjustor: BLIND
File: 0000240/0000000 00000
Reviewer: HH/

Claim: A0192209-1

Provider: MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH, FL 33436

DOI: 12-06-2000
Claimant: GALTERIO, LOUIS
638 SNUG HARBOR DRIVE - APT 6E
BOYNTON BEACH, FL 33435

Tax ID: 650974787    OM
DOS: 12-29-2000 to 01-10-2001

Dx 1: 847.0 SPRAIN OF NECK    Dx 2: 784.0 HEADACHE
Dx 3: 847.2 SPRAIN LUMBAR REGION

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Expl Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-29-2000 | 3 | 1 | 99205 | | OFFIC/OUTPT VISIT E&M NI | 1 | 1 | 250.00 | 40.91 | | | 209.09 | |
| 12-29-2000 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 12-29-2000 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 12-29-2000 | 3 | 1 | 97535 | | SELF CARE/HOME MGMT T | 1 | 1 | 55.00 | 9.34 | | | 45.66 | |
| 12-29-2000 | 3 | 1 | A4556 | | ELECTRODES, PAIR | 1 | 1 | 20.00 | 20.00 | | | 0.00 | 217 |
| 01-02-2001 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 01-02-2001 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 01-02-2001 | 3 | 1 | 97124 | | THERAP PROC 1/> AREAS E | 1 | 1 | 40.00 | | | | 40.00 | |
| 01-02-2001 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 01-04-2001 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 01-04-2001 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 01-04-2001 | 3 | 1 | 97124 | | THERAP PROC 1/> AREAS E | 1 | 1 | 40.00 | | | | 40.00 | |
| 01-04-2001 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 01-04-2001 | 3 | 1 | 97140 | | MANUAL THERAP TECH1/> | 1 | 1 | 50.00 | 2.95 | | | 47.05 | |
| 01-05-2001 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 01-05-2001 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 01-05-2001 | 3 | 1 | 97124 | | THERAP PROC 1/> AREAS E | 1 | 1 | 40.00 | | | | 40.00 | |
| 01-05-2001 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 01-08-2001 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 01-08-2001 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 01-08-2001 | 3 | 1 | 97124 | | THERAP PROC 1/> AREAS E | 1 | 1 | 40.00 | | | | 40.00 | |
| 01-08-2001 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 01-10-2001 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 01-10-2001 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 01-10-2001 | 3 | 1 | 97124 | | THERAP PROC 1/> AREAS E | 1 | 1 | 40.00 | | | | 40.00 | |
| 01-10-2001 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |

Total Charges: 1,140.00
Bill Review Reductions: 73.20
Recommended Allowance: 1,066.80

PAID

CSG000033

Explanation of Review

Page 2 of 2

Case AI1-FFLN-0045946

Review Date: 01-26-2001

Adjustor: BLIND

File 0000240/0000000

Reviewer HH/

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

Provider: MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A0192209-1

DOI: 12-06-2000

Claimant: GALTERIO, LOUIS
638 SNUG HARBOR DRIVE - APT 6E
BOYNTON BEACH, FL 33435

Tax ID: 650974787    OM
DOS: 12-29-2000 to 01-10-2001

Dx 1: 847.0 SPRAIN OF NECK    Dx 2: 784.0 HEADACHE
Dx 3: 847.2 SPRAIN LUMBAR REGION

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx No. | Units | Charges | Bill Review | •••••••••Reductions••••••••• PPO | UM | Allowance | Expl Code(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*217  THE VALUE OF THIS PROCEDURE IS INCLUDED IN THE VALUE OF ANOTHER PROCEDURE PERFORMED ON THIS DATE.

•••••••••••••••••••PAYMENT PENDING ADJUSTOR'S REVIEW•••••••••••••••••••
The Explanation of Review is sent solely for your records.
••••••••THIS IS NOT A BILL••••••••

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 3260 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000034

PLEASE DO NOT STAPLE IN THIS AREA

PICA

**HEALTH INSURANCE CLAIM FORM**

PICA

PO BOX  24

LONGWOOD FL  32752-2410

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER |
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | [X] (ID) |

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
A0192209KB

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

3. PATIENT'S BIRTH DATE  MM 07 DD 21 YY 66  SEX M [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

5. PATIENT'S ADDRESS (No., Street)
638 SNUG HARBOR DR

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
638 SNUG HARBOR DR

CITY  BOYNTON BEACH  STATE  FL

8. PATIENT STATUS
Single  Married [X]  Other

Employed  Full-Time Student  Part-Time Student

CITY  BOYNTON BEACH  STATE  FL

ZIP CODE  33435  TELEPHONE (Include Area Code)  (561) 252-5920

ZIP CODE  33435  TELEPHONE (INCLUDE AREA CODE)  (561) 252-5920

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
8492226

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  [X] NO

a. INSURED'S DATE OF BIRTH  MM 07 DD 21 YY 66  SEX M [X]  F

b. OTHER INSURED'S DATE OF BIRTH  MM 07 DD 00 YY 06  SEX  F

b. AUTO ACCIDENT?  PLACE (State)
YES  [X] NO  FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
[X] YES  NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME
JOHN AGNETTI

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[X] YES  NO  If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE
SIGNED  DATE  01 17 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT  MM DD YY  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM DD YY  FROM  TO  MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  MM DD YY  FROM  TO  MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  $ CHARGES
YES  [X] NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847.0    3. 847.2
2. 784.0    4.

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12 29 00 | | 11 | 1 | 99205 | | 123 | 250 00 | 1 | | | | |
| 2 | 12 29 00 | | 11 | 1 | 97010 | | 123 | 30 00 | 1 | | | | |
| 3 | 12 29 00 | | 11 | 1 | 97014 | | 123 | 35 00 | 1 | | | | |
| 4 | 12 29 00 | | 11 | 1 | 97535 | | 123 | 55 00 | 1 | | | | |
| 5 | 12 29 00 | | 11 | 1 | A4556 | | 123 | 20 00 | 1 | | | | |
| 6 | | | | | | | | | | | | | |

**CSG000054**

25. FEDERAL TAX I.D. NUMBER  SSN EIN [X]
650974787

26. PATIENT'S ACCOUNT NO.
GALLOU24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES  NO

28. TOTAL CHARGE
$ 390 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 390 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID R MOTE DC
SIGNED  01 17  DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS  REHAB INC
9325 W BOYNTON BEACH BLVD
BOYNTON BEACH FL  33436
PIN# H0006242  GRP# 742-3283

APPROVED OMB-0938-0008

PLEASE DO NOT STAPLE IN THIS AREA

PO BOX   2410

LONGWOOD FL  32752-2410

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1 | MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|---|
| | (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | A0192209KB | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|---|
| GALTERIO LOUIS A | MM 07 DD 21 YY 66 | M X | F | GALTERIO LOUIS A |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 638 SNUG HARBOR DR | Self  Spouse  Child  Other | 638 SNUG HARBOR DR |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single  Married  Other X | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33435 | (561) 252 5920 | Employed X  Full-Time Student  Part-Time Student | 33435 | (561) 252 5920 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| GALTERIO LOUIS A | | 8492226 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | YES X NO | MM 07 DD 21 YY 66 | M X F |

| b. OTHER INSURED'S DATE OF BIRTH MM 07 DD 21 YY 66 SEX M X F | b. AUTO ACCIDENT? PLACE (State) YES NO X FL | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES NO X | c. INSURANCE PLAN NAME OR PROGRAM NAME AIG |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME JOHN AGNETTI | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? X YES  NO  If yes, return to and complete item 9 a-d. |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE   DATE 01 17 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT MM 12 DD 06 YY 00 ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY FROM TO MM DD YY |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY FROM TO MM DD YY |
|---|---|---|

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB?  YES  NO X | $ CHARGES |
|---|---|---|---|

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|---|
| 1. 847 0      3. 847 2 | | |
| 2. 784 0      4. | 23. PRIOR AUTHORIZATION NUMBER | |

| 24. A DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 02 01 | 11 | 1 | 97010 | 123 | 30 00 | | | | | |
| 01 02 01 | 11 | 1 | 97014 | 123 | 35 00 | | | | | |
| 01 02 01 | 11 | 1 | 97124 | 123 | 40 00 | | | | | |
| 01 02 01 | 11 | 1 | 97012 | 123 | 35 00 | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

CSG000055

| 25. FEDERAL TAX I.D. NUMBER 650974787 SSN EIN X | 26. PATIENT'S ACCOUNT NO. GALLOU24-00 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES X NO | 28. TOTAL CHARGE $ 140 00 | 29. AMOUNT PAID $ 0 00 | 30. BALANCE DUE $ 140 00 |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) SIGNED DAVID R MOTE DC  DATE 01 17 01 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # MOTE WELLNESS REHAB INC 3615 W BOYNTON BEACH BLVD BOYNTON BEACH FL 33436 PIN# CH0006342  GRP# 561 742-1093 |
|---|---|---|

PO BOX 4

LONGWOOD FL 32752-2410

# HEALTH INSURANCE CLAIM FORM

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | A0192209KB |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| GALTERIO LOUIS A | 07 21 66 M X | | GALTERIO LOUIS A |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 638 SNUG HARBOR DR | Self X Spouse Child Other | 638 SNUG HARBOR DR |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single Married X Other | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33435 | (561) 252 5920 | Employed Full-Time Student Part-Time Student | 33435 | (561) 252 5920 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| GALTERIO LOUIS A | | 8492226 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES NO X | a. INSURED'S DATE OF BIRTH 07 21 66 SEX M X F |
| b. OTHER INSURED'S DATE OF BIRTH 07 21 66 SEX M X F | b. AUTO ACCIDENT? PLACE (State) YES NO X FL | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES NO X | c. INSURANCE PLAN NAME OR PROGRAM NAME AIG |
| d. INSURANCE PLAN NAME OR PROGRAM NAME JOHN AGNETTI | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? X YES NO If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below. | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below. |
|---|---|
| SIGNED SIGNATURE ON FILE DATE 01 17 01 | SIGNED SIGNATURE ON FILE |

| 14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) 01 04 01 | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO |
| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO |
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? YES NO X $ CHARGES |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO. |
|---|---|
| 1. 847 0    3. 847 2 | |
| 2. 784 0 | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From To MM DD YY MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 04 01 | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 01 04 01 | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |
| 01 04 01 | 11 | 1 | 97124 | 123 | 40 00 | 1 | | | | |
| 01 04 01 | 11 | 1 | 97012 | 123 | 35 00 | 1 | | | | |
| 01 04 01 | 11 | 1 | 97140 | 123 | 50 00 | 1 | | | | |

CSG000056

| 25. FEDERAL TAX I.D. NUMBER SSN EIN 650974787 X | 26. PATIENT'S ACCOUNT NO. GALTLOU24-00 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) X YES NO | 28. TOTAL CHARGE $ 190 00 | 29. AMOUNT PAID $ 0 00 | 30. BALANCE DUE $ 190 00 |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| DAVID R MOTE DC SIGNED 01 17 01 DATE | | MOTE WELLNESS REHAB INC 925 W BOYNTON BEACH BLVD BOYNTON BEACH FL 33436 PIN# GH0006242 GRP# 561 742-3283 |

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PICA

**HEALTH INSURANCE CLAIM FORM**

PICA

| | | | | | |
|---|---|---|---|---|---|
| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER |
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | ☒ (ID) |

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
A0192209KB

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

3. PATIENT'S BIRTH DATE    SEX
07 21 66   M ☒   F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

5. PATIENT'S ADDRESS (No., Street)
638 SNUG HARBOR DR

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
638 SNUG HARBOR DR

CITY   BOYNTON BEACH   STATE FL

8. PATIENT STATUS
Single ☐  Married ☐  Other ☒

CITY   BOYNTON BEACH   STATE FL

ZIP CODE   33435   TELEPHONE (Include Area Code) (561) 252 5929

Employed ☒  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE   33435   TELEPHONE (INCLUDE AREA CODE) (561) 252 5929

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
8492226

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
☐ YES  ☒ NO

a. INSURED'S DATE OF BIRTH   SEX
MM DD YY
07 21 66   M ☒   F ☐

b. OTHER INSURED'S DATE OF BIRTH   SEX
MM DD YY
07 21 66   M ☒   F ☐

b. AUTO ACCIDENT?   PLACE (State)
☐ YES  ☒ NO   FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME
JOHN AGNETTI

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☒ YES  ☐ NO   If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED   SIGNATURE ON FILE   DATE 01 17 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR   INJURY (Accident) OR   PREGNANCY(LMP)
MM DD YY   12 05 00

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM DD YY   MM DD YY
FROM   TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM DD YY   MM DD YY
FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
☐ YES  ☒ NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847 0   3. 847 2
2. 794 0   4.

22. MEDICAID RESUBMISSION
CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | | To MM DD YY | | | | | | | | | | | | |
| 01 05 01 | | | | | | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 01 05 01 | | | | | | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |
| 01 05 01 | | | | | | 11 | 1 | 97124 | 123 | 40 00 | 1 | | | | |
| 01 05 01 | | | | | | 11 | 1 | 97012 | 123 | 35 00 | 1 | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

CSG000057

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒
650974787

26. PATIENT'S ACCOUNT NO.
GALLOU24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
☒ YES  ☐ NO

28. TOTAL CHARGE
$ 140 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 140 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED   DAVID R MOTE DC   DATE 01 17 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS & REHAB INC
925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33426
PIN# H0006242   GRP# 561 742-6363

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**
FORM HCFA-1500
FORM OWCP-1500   FORM RRB-1500

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. | MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|---|
| | (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | [X] (ID) | A0192209KB | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

3. PATIENT'S BIRTH DATE
MM 07 DD 21 YY 66    SEX M [X] F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

5. PATIENT'S ADDRESS (No., Street)
638 SNUG HARBOR DR

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
638 SNUG HARBOR DR

CITY
BOYNTON BEACH    STATE FL

8. PATIENT STATUS
Single  Married [X]  Other

CITY
BOYNTON BEACH    STATE FL

ZIP CODE 33435    TELEPHONE (Include Area Code) (561) 252 5929

Employed [X]  Full-Time Student  Part-Time Student

ZIP CODE 33435    TELEPHONE (INCLUDE AREA CODE) (561) 252 5929

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

10. IS PATIENT'S CONDITION RELATED TO

11. INSURED'S POLICY GROUP OR FECA NUMBER
8492226

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES [X] NO

a. INSURED'S DATE OF BIRTH
MM 07 DD 21 YY 66    M [X] F

b. OTHER INSURED'S DATE OF BIRTH
MM 07 DD 21 YY    SEX M [X] F

b. AUTO ACCIDENT?    PLACE (State)
[X] YES  NO  FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME
JOHN AGNETTI

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[X] YES  NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE    DATE 01 17 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
MM 12 DD 02 YY 00

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY    TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY    TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?    $ CHARGES
YES [X] NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847 0
2. 784 0
3. 847 2
4.

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 08 01 | | 11 | 1 | 97010 | | 123 | 30 00 | | | | | |
| 01 08 01 | | 11 | 1 | 97014 | | 123 | 35 00 | | | | | |
| 01 08 01 | | 11 | 1 | 97124 | | 123 | 40 00 | | | | | |
| 01 08 01 | | 11 | 1 | 97012 | | 123 | 35 00 | | | | | |

CSG000058

25. FEDERAL TAX I.D. NUMBER    SSN EIN [X]
650974787

26. PATIENT'S ACCOUNT NO.
GALLOU24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES  NO

28. TOTAL CHARGE
$ 140 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 140 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED DAVID R MOTE DC    DATE 01 17

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS REHAB
925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL
PIN# H0006242    GRP#

PLEASE DO NOT STAPLE IN THIS AREA

PO BOX 4...

LONGWOOD FL 32752-2410

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. | MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|---|
| | (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | A0192209KB | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

3. PATIENT'S BIRTH DATE
MM 07 DD 21 YY 66  SEX M [X] F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

5. PATIENT'S ADDRESS (No., Street)
638 SNUG HARBOR DR

6. PATIENT RELATIONSHIP TO INSURED
Self [ ] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)
638 SNUG HARBOR DR

CITY
BOYNTON BEACH   STATE FL

8. PATIENT STATUS
Single [ ] Married [ ] Other [X]

CITY
BOYNTON BEACH   STATE FL

ZIP CODE 33435   TELEPHONE (Include Area Code) (561) 252 5929

Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

ZIP CODE 33435   TELEPHONE (INCLUDE AREA CODE) (561) 252 59__

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
8492226

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
[ ] YES [X] NO

a. INSURED'S DATE OF BIRTH
MM 07 DD 21 YY 66   SEX M [X] F [ ]

b. OTHER INSURED'S DATE OF BIRTH
MM 07 DD 21 YY 66   SEX M [ ] F [ ]

b. AUTO ACCIDENT?
[X] YES [ ] NO   PLACE (State) FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
[ ] YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME
JOHN AGNETTI

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[X] YES [ ] NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE   DATE 01 17 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT
MM DD YY 06 00   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   [ ] YES [X] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847 0    3. 847 2
2. 784 0    4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 10 01 | | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 01 10 01 | | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |
| 01 10 01 | | 11 | 1 | 97124 | 123 | 40 00 | 1 | | | | |
| 01 10 01 | | 11 | 1 | 97012 | 123 | 35 00 | 1 | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

CSG000059

25. FEDERAL TAX I.D. NUMBER   SSN [ ] EIN [X]
650974787

26. PATIENT'S ACCOUNT NO.
GALLOU24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES [ ] NO

28. TOTAL CHARGE
$ 140 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 140 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID P MOTE DC
SIGNED   DATE 01 17

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS    REHAB INC
925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN# H0006242   GRP# 742-3283

Explanation of Review

Page: 1   of   1
Case: AJ1-FFLN-0046582
Client Name: AIGCS FL(FL)    NF - AIGCSDE19850  Review Date: 02-06-2001
Adjustor: BLIND
File: 0000240'0000000
Reviewer: HH

Provider: MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A0192209-1

DOI: 12-06-2000
Claimant: GALTERIO, LOUIS
638 SNUG HARBOR DRIVE - APT 6E
BOYNTON BEACH, FL 33435

Tax ID: 650974787    OM

DOS: 01-12-2001 to 01-19-2001

Dx 1: 847.0 SPRAIN OF NECK       Dx 2: 784.0 HEADACHE
Dx 3: 847.2 SPRAIN LUMBAR REGION

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exp Coders |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-12-2001 | 3 | 1 | 98940 | | CHIROPRACTIC MANIP TX | 1 | 1 | 55.00 | 7.96 | | | 47.04 | |
| 01-12-2001 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 01-12-2001 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 01-12-2001 | 3 | 1 | 97124 | | THERAP PROC 1/> AREAS E | 1 | 1 | 40.00 | | | | 40.00 | |
| 01-12-2001 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 01-12-2001 | 3 | 1 | 97140 | | MANUAL THERAP TECH1/> | 1 | 1 | 50.00 | 2.95 | | | 47.05 | |
| 01-15-2001 | 3 | 1 | 98941 | | CHIROPRACTIC MANIP TX | 1 | 1 | 70.00 | 9.52 | | | 60.48 | |
| 01-15-2001 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 01-15-2001 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 01-15-2001 | 3 | 1 | 97124 | | THERAP PROC 1/> AREAS E | 1 | 1 | 40.00 | | | | 40.00 | |
| 01-15-2001 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 01-17-2001 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 01-17-2001 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 01-17-2001 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 01-19-2001 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 01-19-2001 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 01-19-2001 | 3 | 1 | 97124 | | THERAP PROC 1/> AREAS E | 1 | 1 | 40.00 | | | | 40.00 | |
| 01-19-2001 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |

KAREN BLIND

FEB 0 8 2001

Total Charges:    695.00
Review Reductions:    20.43
Reduced Allowance:    674.57

The Explanation of Re
THIS IS NO

OK TO PAY

* UNLESS OTHERWISE NOTE
FOR THE PROVIDER'S GEOGI

UE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE



CSG000035

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 3260 OR SEND YOUR BILL AND THE ANALYSIS TO

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

PO BOX 2410

LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

PLEASE DO NOT STAPLE IN THIS AREA

| | PICA | | HEALTH INSURANCE CLAIM FORM | | PICA |

**1.** MEDICARE ☐ (Medicare #)  MEDICAID ☐ (Medicaid #)  CHAMPUS ☐ (Sponsor's SSN)  CHAMPVA ☐ (VA File #)  GROUP HEALTH PLAN ☐ (SSN or ID)  FECA BLK LUNG ☐ (SSN)  OTHER ☒ (ID) — **1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1)
A0192209KB

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

**3. PATIENT'S BIRTH DATE**  MM 07 DD 21 YY 66  SEX M ☒ F ☐

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

**5. PATIENT'S ADDRESS** (No., Street)
638 SNUG HARBOR DR

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☒  Spouse ☐  Child ☐  Other ☐

**7. INSURED'S ADDRESS** (No., Street)
638 SNUG HARBOR DR

CITY
BOYNTON BEACH    STATE FL

**8. PATIENT STATUS**
Single ☐  Married ☐  Other ☒

CITY
BOYNTON BEACH    STATE FL

ZIP CODE 33435    TELEPHONE (Include Area Code) (561) 252 5929

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE 33435    TELEPHONE (INCLUDE AREA CODE) (561) 252 5929

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
8492226

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (CURRENT OR PREVIOUS) YES ☐ NO ☒

**a. INSURED'S DATE OF BIRTH**  MM 07 DD 21 YY 66  SEX M ☒ F ☐

**b. OTHER INSURED'S DATE OF BIRTH**  MM 07 DD 21 YY 66  SEX

**b. AUTO ACCIDENT?** PLACE (State) YES ☒ NO ☐ FL

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?** YES ☐ NO ☒

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
AIG

**d. INSURANCE PLAN NAME OR PROGRAM NAME**
JOHN AGNETTI

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES ☒ NO ☐  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE  DATE 01 24 01

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

**14. DATE OF CURRENT:** ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)  MM 12 DD 06 YY 00

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**  FROM  TO

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**  FROM  TO

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** YES ☐ NO ☒  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.** (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847 0    3. 847 2
2. 784 0    4.

**22. MEDICAID RESUBMISSION CODE**    ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 12 01 | | 11 | 1 | 98940 | | 123 | 55 00 | | | | | |
| 01 12 01 | | 11 | 1 | 97010 | | 123 | 30 00 | | | | | |
| 01 12 01 | | 11 | 1 | 97014 | | 123 | 35 00 | | | | | |
| 01 12 01 | | 11 | 1 | 97124 | | 123 | 40 00 | | | | | |
| 01 12 01 | | 11 | 1 | 97012 | | 123 | 35 00 | | | | | |
| 01 12 01 | | 11 | 1 | 97140 | | 123 | 50 00 | | | | | |

**25. FEDERAL TAX I.D. NUMBER**  SSN ☐ EIN ☒
592974737

**26. PATIENT'S ACCOUNT NO.**
GALLOU24-00

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES ☒ NO ☐

**28. TOTAL CHARGE** $ 245 00

**29. AMOUNT PAID** $ 0 00

**30. BALANCE DUE** $ 245 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER** INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof)
DAVID R MOTE DC
SIGNED  DATE 01 24 01

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)

CSG000060

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE**
MOTE WELLNESS REHAB INC
925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN CH0006242  GRP 742-3283

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR TYPE    FORM HCFA-1500 (12-90)  FORM OWCP-1500    FORM RRB-1500

RECEIVED FEB 08 2001 LONGWOOD, FL

RECEIVED JAN 31 2001

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX 2410

LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

| | PICA | | | | | | PICA |
|---|---|---|---|---|---|---|---|

1. ☐ MEDICARE (Medicare #) ☐ MEDICAID (Medicaid #) ☐ CHAMPUS (Sponsor's SSN) ☐ CHAMPVA (VA File #) ☐ GROUP HEALTH PLAN (SSN or ID) ☐ FECA BLK LUNG (SSN) ☐ OTHER (ID)   1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM)   **A0192209KB**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

3. PATIENT'S BIRTH DATE  MM 07 DD 21 YY 66   SEX M ☒ F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

5. PATIENT'S ADDRESS (No., Street)
638 SNUG HARBOR DR

6. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
638 SNUG HARBOR DR

CITY  BOYNTON BEACH   STATE FL

8. PATIENT STATUS
Single ☐ Married ☐ Other ☒

CITY  BOYNTON BEACH   STATE FL

ZIP CODE 33435   TELEPHONE (Include Area Code) (561) 252 5929

Employed ☐ Full-Time Student ☒ Part-Time Student ☐

ZIP CODE 33435   TELEPHONE (INCLUDE AREA CODE) (561) 252 5929

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
6492228

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  ☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH  MM 07 DD 21 YY 66   SEX M ☒ F ☐

b. OTHER INSURED'S DATE OF BIRTH  MM 07 DD 21 YY 66   SEX M ☒ F ☐

b. AUTO ACCIDENT?  ☒ YES ☐ NO   PLACE (State) FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  ☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME
JOHN AGNETTI

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☒ YES ☐ NO  If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE   DATE 01 24 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT:  MM 12 DD 06 YY 00  ◄ ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY  TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  ☐ YES ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847 0   3. 847 2
2. 784 0   4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 15 01 | | 11 | 1 | 98941 | | 123 | 70 00 | 1 | | | | |
| 01 15 01 | | 11 | 1 | 97010 | | 123 | 30 00 | 1 | | | | |
| 01 15 01 | | 11 | 1 | 97014 | | 123 | 35 00 | 1 | | | | |
| 01 15 01 | | 11 | 1 | 97124 | | 123 | 40 00 | 1 | | | | |
| 01 15 01 | | 11 | 1 | 97012 | | 123 | 35 00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER  591974787  SSN EIN ☒

26. PATIENT'S ACCOUNT NO.  GALLOU24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ☒ YES ☐ NO

28. TOTAL CHARGE $ 210 00

29. AMOUNT PAID $

30. BALANCE DUE $ 210 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID R MOTE DC   SIGNED   DATE 01 24 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (if other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS REHAB INC
925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN# CH0006242   GRP# 561 742-3283

RECEIVED JAN 2? 2001

RECEIVED FEB 08 2001

**CSG000061**

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**   FORM HCFA-1500 (12-90)  FORM OWCP-1500  FORM RRB-1500

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX 2410

LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

| PICA | | | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|---|---|

1. MEDICARE ☐ (Medicare #)  MEDICAID ☐ (Medicaid #)  CHAMPUS ☐ (Sponsor's SSN)  CHAMPVA ☐ (VA File #)  GROUP HEALTH PLAN ☐ (SSN or ID)  FECA BLK LUNG ☐ (SSN)  OTHER ☒ (ID)

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
A0192209KB

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

3. PATIENT'S BIRTH DATE  MM 07 DD 21 YY 66  SEX M ☒ F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

5. PATIENT'S ADDRESS (No., Street)
638 SNUG HARBOR DR

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
638 SNUG HARBOR DR

CITY
BOYNTON BEACH  STATE FL

8. PATIENT STATUS
Single ☐  Married ☐  Other ☒

CITY
BOYNTON BEACH  STATE FL

ZIP CODE 33435  TELEPHONE (Include Area Code) (561) 252 5929

Employed ☒  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE 33435  TELEPHONE (INCLUDE AREA CODE) (561) 252 5929

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
8492226

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  ☐ YES  ☒ NO

a. INSURED'S DATE OF BIRTH  MM 07 DD 21 YY 66  SEX M ☒ F ☐

b. OTHER INSURED'S DATE OF BIRTH  MM 07 DD 21 YY 66  SEX M ☒ F ☐

b. AUTO ACCIDENT?  ☐ YES  ☒ NO  PLACE (State) FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  ☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME
JOHN AGNETTI

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  ☒ YES  ☐ NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE  DATE 01 24 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT:  MM 12 DD 06 YY 00  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY  TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  ☐ YES  ☒ NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)
1. 847 0
2. 784 0
3. 847 2

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 17 01 | | 11 | 1 | 97010 | | 123 | 30 00 | 1 | | | | |
| 2 | 01 17 01 | | 11 | 1 | 97014 | | 123 | 35 00 | 1 | | | | |
| 3 | 01 17 01 | | 11 | 1 | 97012 | | 123 | 35 00 | 1 | | | | |
| 4 | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN ☒
650874787

26. PATIENT'S ACCOUNT NO.
GALLOU24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  ☒ YES  ☐ NO

28. TOTAL CHARGE $ 100 00

29. AMOUNT PAID $ 0 00

30. BALANCE DUE $ 100 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED DAVID R MOTE DC  DATE 01 24 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

CSG000062

33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS REHAB INC
925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN# H0006242  GRP# 561 742-3283

RECEIVED FEB 08 2001 WIGS LONGWOOD
RECEIVED JAN 31 2001 WIGS LONGWOOD

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)  PLEASE PRINT OR TYPE

FORM HCFA-1500 (12-90)  FORM OWCP-1500  FORM RRB-1500

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX    410

LONGWOOD FL  32752-2410

## HEALTH INSURANCE CLAIM FORM

| | PICA | | | | | | | | | | PICA | |

| 1. | MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|---|
| | (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | A019220SKB | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

3. PATIENT'S BIRTH DATE   MM 07  DD 21  YY 66   SEX  M X  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

5. PATIENT'S ADDRESS (No., Street)
638 SNUG HARBOR DR

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
638 SNUG HARBOR DR

CITY
BOYNTON BEACH    STATE FL

8. PATIENT STATUS
Single  Married  Other

CITY
BOYNTON BEACH    STATE FL

ZIP CODE 33435   TELEPHONE (Include Area Code) (561) 252 5929

Employed X  Full-Time Student  Part-Time Student

ZIP CODE 33435   TELEPHONE (INCLUDE AREA CODE) (561) 252 5929

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
8492226

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  X NO

a. INSURED'S DATE OF BIRTH  MM 07  DD 21  YY 66   SEX  M X  F

b. OTHER INSURED'S DATE OF BIRTH  MM 07  DD 21  YY 66   SEX

b. AUTO ACCIDENT?  PLACE (State)
YES  X NO  FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME
JOHN AGNETTI

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
X YES  NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE   DATE  01 24 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:  MM 12  DD 06  YY 00   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  MM DD YY  TO  MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  MM DD YY  TO  MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES  X NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847 0
2. 784 0
3. 847 2
4.

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 19 01 | | 11 | 1 | 97010 | | 123 | 30 00 | 1 | | | | |
| 2 | 01 19 01 | | 11 | 1 | 97014 | | 123 | 35 00 | 1 | | | | |
| 3 | 01 19 01 | | 11 | 1 | 97124 | | 123 | 40 00 | 1 | | | | |
| 4 | 01 19 01 | | 11 | 1 | 97012 | | 123 | 35 00 | 1 | | | | |
| 5 | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN
650974787   X

26. PATIENT'S ACCOUNT NO.
GALLOU24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
X YES  NO

28. TOTAL CHARGE
$ 140 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 140 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID R MOTE DC
SIGNED  01 24 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

CSG000063

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS  REHAB INC
925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL  33435
PIN GH0006242  GRP 561 742-3283

RECEIVED JAN 31 2001 LONGWOOD FL

RECEIVED FEB 08 2001 AIG

### Explanation of Review

Client Name: AIGCS FL(FL)    NF - AIGCSDE1985

Page 1 of 1
Case AJ1-FFLN-0046915
Review Date 02-13-2001
Adjustor BLIND
File 00000240/00000000/00000000
Reviewer JY

Provider  MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim A0192209-1

DOI 12-06-2000
Claimant GALTERIO, LOUIS
638 SNUG HARBOR DRIVE - APT 6E
BOYNTON BEACH, FL 33435

Tax ID 650974787    OM
DOS 01-22-2001

Dx 1: 847.0 SPRAIN OF NECK    Dx 2: 784.0 HEADACHE
Dx 3: 847.2 SPRAIN LUMBAR REGION

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx No. | Units | Charges | Bill Review | PPO UM | Allowance | Expl Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-22-2001 | 3 | 1 | 98941 | | CHIROPRACTIC MANIP TX | 1 | 1 | 70.00 | -3.88 | | 66.12 | |
| 01-22-2001 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | 30.00 | |
| 01-22-2001 | 3 | 1 | 97014 | * | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | 35.00 | |
| 01-22-2001 | 3 | 1 | 97124 | | THERAP PROC 1/> AREAS E | 1 | 1 | 40.00 | | | 40.00 | |
| 01-22-2001 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | 35.00 | |

Total Charges: 210.00
Bill Review Reductions:
Recommended Allowance: 206.12

**************PAYMENT PENDING ADJUSTOR'S REVIEW**********************
The Explanation of Review is sent solely for your records.
*******THIS IS NOT A BILL*********

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION

OK TO PAY
P F EX Code
Res Check
Date/Int.

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT 8594, EXT 3260 OR SEND YOUR BILL AND THE ANALYSIS TO

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000036

PLEASE
DO NOT
STAPLE
IN THIS
AREA

Case 0:00-cv-06061-WJZ    Document 372    Entered on FLSD Docket 01/29/2002    Page 267 of 432

AIG
PO BOX 5 420
LONGWOOD FL 32750-5410

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| ☐ (Medicare #) | ☐ (Medicaid #) | ☐ (Sponsor's SSN) | ☐ (VA File #) | ☐ (SSN or ID) | ☐ (SSN) | ☒ (ID) | A0192209KB | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| GALTERIO LOUIS A | 07 21 66 M | | GALTERIO LOUIS A |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| CSG SNUG HARBOR DR | Self ☒ Spouse ☐ Child ☐ Other ☐ | CSG SNUG HARBOR DR |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single ☐ Married ☐ Other ☐ | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33435 | (561) 555-5555 | Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | 33435 | (561) 555-5555 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| GALTERIO LOUIS A | | 0192209 |

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS) ☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH 07 21 66 M☒ F☐ SEX

b. OTHER INSURED'S DATE OF BIRTH    SEX M☐ F☐

b. AUTO ACCIDENT? ☐ YES ☒ NO  PLACE (State) FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? ☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO  If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE    DATE 02 01 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 12 22 00 | | FROM    TO |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | | FROM    TO |

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB?  ☐ YES ☐ NO    $ CHARGES |
|---|---|---|

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO. |
|---|---|
| 1. 847.0    3. 847.2 | |
| 2. 784.0    4. | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A DATE(S) OF SERVICE From / To | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 22 01 | 11 | | 99211 | 123 | 73.00 | 1 | | | | |
| 01 22 01 | 11 | | 97010 | 123 | 20.00 | 1 | | | | |
| 01 22 01 | 11 | | 97014 | 123 | 35.00 | 1 | | | | |
| 01 22 01 | 11 | | 97124 | 123 | 40.00 | 1 | | | | |
| 01 22 01 | 11 | | 97012 | 123 | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER    SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ☒ YES ☐ NO | 28. TOTAL CHARGE $ | 29. AMOUNT PAID $ | 30. BALANCE DUE $ |
|---|---|---|---|---|---|
| | GALE003-00 | | | | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| DAVID R NOTO DC | | CSG E BOYNTON BEACH BLVD BOYNTON BEACH FL 33435    PIN#    561-742-3200 |

SIGNED    DATE

**CSG000064**

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR TYPE    FORM HCFA-1500 (12-90) FORM OWCP-1500    FORM RRB 1500

Explanation of Review

<table>
<tr><td></td><td>Page: 1    of    1</td></tr>
<tr><td></td><td>Case: AI1-FFLN-0046917</td></tr>
<tr><td>Client Name: AIGCS FL(FL)    NF - AIGCSDE19850 FEB 14 PM 1 13</td><td>Review Date: 02-13-2001</td></tr>
<tr><td></td><td>Adjustor: BLIND</td></tr>
<tr><td></td><td>File: 00000240/00000000/00000000</td></tr>
<tr><td></td><td>Reviewer: JYY</td></tr>
</table>

Provider:  MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A0192209-1

DOI: 12-06-2000
Claimant: GALTERIO, LOUIS
638 SNUG HARBOR DRIVE - APT 6E
BOYNTON BEACH, FL 33435

Tax ID: 650974787    OM
DOS: 01-23-2001

Dx 1: 847.0 SPRAIN OF NECK        Dx 2: 784.0 HEADACHE
Dx 3: 847.2 SPRAIN LUMBAR REGION

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx No. | Units | Charges | Bill Review | PPO | UM | Allowance | Expl Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-23-2001 | 3 | 1 | 98941 | | CHIROPRACTIC MANIP TX | 1 | 1 | 70 00 | 788 | | | 66 12 | |
| 01-23-2001 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30 00 | | | | 30 00 | |
| 01-23-2001 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35 00 | | | | 35 00 | |
| 01-23-2001 | 3 | 1 | 97124 | | THERAP PROC 1/> AREAS E | 1 | 1 | 40 00 | | | | 40 00 | |
| 01-23-2001 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35 00 | | | | 35 00 | |

Total Charges:  210.00
Bill Review Reductions:
Recommended Allowance:    206.12

*****************PAYMENT PENDING ADJUSTOR'S REVIEW*********************
The Explanation of Review is sent solely for your records
*******THIS IS NOT A BILL********

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION

RECEIVED
FEB 15 2001

OK TO PAY
P/F EX Code
Res Check
Date

IF YOU          QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 3260 OR SEND YOUR BILL AND THE ANALYSIS TO

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

PLEASE
DO NOT
STAPLE
IN THIS
AREA

AIG

PO BOX 2410

LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

| PICA | | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|---|

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | A0192209KB | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| GALTERIO LOUIS A | 01 21 66   M X F | | GALTERIO LOUIS A |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 638 SNUG HARBOR DR | Self X  Spouse  Child  Other | 638 SNUG HARBOR DR |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single  Married  Other X | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| | (561) 255-5555 | Employed  Full-Time Student  Part-Time Student | 33435 | (561) 255-5555 |

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  YES  NO

a. INSURED'S DATE OF BIRTH  SEX

b. OTHER INSURED'S DATE OF BIRTH  SEX

b. AUTO ACCIDENT?  PLACE (State)  YES  NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  YES  NO

c. INSURANCE PLAN NAME OR PROGRAM NAME  AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE   DATE 02 01 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) 12 08 00 | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM   TO |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM   TO |
|---|---|---|

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB?  YES  NO   $ CHARGES |
|---|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847.0   3. 847.2
2. 724.2

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From To | | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | | | | | | | | |
| 01 | 23 | 01 | | | | 11 | | 98941 | 123 | 70 00 | 1 | | | | |
| 01 | 23 | 01 | | | | 11 | | 97010 | 123 | | 1 | | | | |
| 01 | 23 | 01 | | | | 11 | | 97014 | 123 | 25 00 | 1 | | | | |
| 01 | 23 | 01 | | | | 11 | | 97124 | 123 | 40 00 | 1 | | | | |
| 01 | 23 | 01 | | | | 11 | | 97012 | 123 | 25 00 | 1 | | | | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES  NO | 28. TOTAL CHARGE $ | 29. AMOUNT PAID $ | 30. BALANCE DUE $ |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) DAVID R NOTO DC   SIGNED   DATE | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # ALL WELLNESS   605 N BOYNTON BEACH BLVD   BOYNTON BEACH FL 33435   PIN#   GRP# 561-742-3233 |
|---|---|---|

RECEIVED

**CSG000065**

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE   FORM HCFA-1500   (12-90)
FORM OWCP-1500   FORM RRB-1500

Explanation of Review

| | |
|---|---|
| Page | 1 of 1 |
| Case | AJ1-FFLN-0046916 |
| Review Date | 02-13-2001 |
| Adjustor | BLIND |
| File | 00000240/00000000/00000000 |
| Reviewer | JY |

Client Name  AIGCS FL(FL)      NF - AIGCSDE19850    2001 FEB 14  PM 1 13

---

Provider  MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim : A0192209-1

DOI  12-06-2000
Claimant  GALTERIO, LOUIS
638 SNUG HARBOR DRIVE - APT 6E
BOYNTON BEACH, FL 33435

Tax ID  650974787    OM
DOS  01-24-2001

Dx 1: 847.0 SPRAIN OF NECK          Dx 2: 784.0 HEADACHE
Dx 3: 847.2 SPRAIN LUMBAR REGION

---

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO  UM | Allowance | Exp Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **••••••••••Reductions••••••••••** | | | |
| 01-24-2001 | 3 | 1 | 97112 | | THERAP PROC 1/> AREAS E | 1 | 1 | 50.00 | | | 50.00 | |
| 01-24-2001 | 3 | 1 | 97112 | | THERAP PROC 1/> AREAS E | 1 | 1 | 50.00 | | | 50.00 | |
| 01-24-2001 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | 35.00 | |

Total Charges:            135.00
Bill Review Reductions:              0.00
Recommended Allowance:                    135.00

---

••••••••••••••••••PAYMENT PENDING ADJUSTOR'S REVIEW••••••••••••••••••••
The Explanation of Review is sent solely for your records
••••••••THIS IS NOT A BILL••••••••

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

PAID
J.M. 3/8/01

OK TO PAY
(P) F EX Code _____
Res Check _____
Date/Int. ___ 3/8/01
A0192209-1

RECEIVED
FEB 16 2001

••0••

135• x
0•8 =
108• +

PIP

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 3260 OR SEND YOUR BILL AND THE ANALYSIS TO

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA  19317

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX   2410
LONGWOOD FL  32752-2410

## HEALTH INSURANCE CLAIM FORM

| PICA | | | | | | | PICA |
|---|---|---|---|---|---|---|---|

1. MEDICARE ☐ (Medicare #)  MEDICAID ☐ (Medicaid #)  CHAMPUS ☐ (Sponsor's SSN)  CHAMPVA ☐ (VA File #)  GROUP HEALTH PLAN ☐ (SSN or ID)  FECA BLK LUNG ☐ (SSN)  OTHER ☒ (ID)
1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)  **A0192209KB**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)  **GALTERIO LOUIS A**
3. PATIENT'S BIRTH DATE  07 21 66  SEX M ☐ F ☒
4. INSURED'S NAME (Last Name, First Name, Middle Initial)  **GALTERIO LOUIS A**

5. PATIENT'S ADDRESS (No., Street)  **632 SNUG HARBOR DR**
6. PATIENT RELATIONSHIP TO INSURED  Self ☒ Spouse ☐ Child ☐ Other ☐
7. INSURED'S ADDRESS (No., Street)  **632 SNUG HARBOR DR**

CITY  BOYNTON BEACH  STATE FL
8. PATIENT STATUS  Single ☐ Married ☐ Other ☒
CITY  BOYNTON BEACH  STATE FL

ZIP CODE  33435  TELEPHONE (Include Area Code) (561) 555-5555
Employed ☐  Full-Time Student ☐  Part-Time Student ☐
ZIP CODE  33435  TELEPHONE (INCLUDE AREA CODE) (561) 555-5555

9. OTHER INSURED'S NAME  **GALTERIO LOUIS A**
10. IS PATIENT'S CONDITION RELATED TO
11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES ☐ NO ☒
a. INSURED'S DATE OF BIRTH  SEX M ☐ F ☐

b. OTHER INSURED'S DATE OF BIRTH  SEX
b. AUTO ACCIDENT? YES ☐ NO ☒ PLACE (State)
b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME
c. OTHER ACCIDENT? YES ☐ NO ☒
c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
10d. RESERVED FOR LOCAL USE
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ NO ☐ If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  **SIGNATURE ON FILE**  DATE 02 01 01
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  **SIGNATURE ON FILE**

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
17a. I.D. NUMBER OF REFERRING PHYSICIAN
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB? YES ☐ NO ☒  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  1. 847 0  3. 847 2  2. 781 0  4.
22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From / To | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 24 01 | 11 | 1 | 97112 | 123 | 100 00 | | | | | |
| 01 24 01 | 11 | 1 | 97012 | 123 | 35 00 | | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN ☐ EIN ☐
26. PATIENT'S ACCOUNT NO.  GALTELO 00
27. ACCEPT ASSIGNMENT? YES ☐ NO ☐
28. TOTAL CHARGE $ 135 00
29. AMOUNT PAID $
30. BALANCE DUE $ 135 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER  **DAVID R MOTE DC**
32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED
33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #  632 W BOYNTON BEACH BLVD  BOYNTON BEACH FL 33435  PIN  561-742-5000

**CSG000066**

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR TYPE    FORM HCFA-1500 (12-90)  FORM OWCP-1500  FORM RRB-1500

Explanation of Review

Page: 1      of    1
Case: AJ1-FFLN-0047174
Review Date: 02-20-2001
Adjustor: BLIND
File: 00000240/00000000/00000000
Reviewer: CA/MB

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

Provider: MOTE WELLNESS REHAB INC
925 W BOYNTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A0192209-1

DOI: 12-06-2000
Claimant: GALTERIO, LOUIS
638 SNUG HARBOR DRIVE - APT 6E
BOYNTON BEACH, FL 33435

Tax ID: 650974787    OM
DOS: 01-26-2001 to 02-02-2001

Dx 1: 847.0 SPRAIN OF NECK
Dx 3: 784.0 HEADACHE

Dx 2: 847.2 SPRAIN LUMBAR REGION

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Expl Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-26-2001 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 01-26-2001 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 01-26-2001 | 3 | 1 | 97124 | | THERAP PROC 1/> AREAS E | 1 | 1 | 40.00 | | | | 40.00 | |
| 01-26-2001 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 01-29-2001 | 3 | 1 | 98941 | | CHIROPRACTIC MANIP TX | 1 | 1 | 70.00 | 3.88 | | | 66.12 | |
| 01-29-2001 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 01-29-2001 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 01-29-2001 | 3 | 1 | 97124 | | THERAP PROC 1/> AREAS E | 1 | 1 | 40.00 | | | | 40.00 | |
| 01-29-2001 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 01-31-2001 | 3 | 1 | 98941 | | CHIROPRACTIC MANIP TX | 1 | 1 | 70.00 | 3.88 | | | 66.12 | |
| 01-31-2001 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 01-31-2001 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 01-31-2001 | 3 | 1 | 97112 | | THERAP PROC 1/> AREAS E | 1 | 1 | 50.00 | | | | 50.00 | |
| 01-31-2001 | 3 | 1 | 97112 | | THERAP PROC 1/> AREAS E | 1 | 1 | 50.00 | | | | 50.00 | |
| 01-31-2001 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-0 | | | | | ROPRACTIC MANIP TX | 1 | 1 | 70.00 | 3.88 | | | 66.12 | |
| 02-0 | | | | | IC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 02-0 | | | | | IC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-0 | | | | | AP PROC 1/> AREAS E | 1 | 1 | 40.00 | | | | 40.00 | |
| 02-0 | | | | | IC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |

Total Charges: 830.00
Bill Review Reductions: 11.64
Recommended Allowance: 818.36

********ADJUSTOR'S REVIEW********

830 · x
0 · 8 =
664 · *

REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE

P F EX Code
Pos Check
Date/int.

A0192209-1

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 3260 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000039

PLEASE
STAPLE
IN THIS
AREA

PO BOX 2410

LONGWOOD FL 32752-2410

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | A0192209KB | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| GALTERIO LOUIS A | 07 21 66  M X  F | | GALTERIO LOUIS A |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 638 SNUG HARBOR DR | Self X  Spouse  Child  Other | 638 SNUG HARBOR DR |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single  Married  Other X | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33435 | (561)252 5929 | Employed X  Full-Time Student  Part-Time Student | 33435 | (561)252 5929 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| GALTERIO LOUIS A | | 8492226 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | YES  X NO | 07 21 66  M X  F | |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| 07 21 66  M X  F | | YES  NO  FL | | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES  NO | AIG |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| JOHN AGNETTI | | X YES  NO  If yes, return to and complete item 9 a-d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below. | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below. |
|---|---|
| SIGNED  SIGNATURE ON FILE   DATE 02 08 01 | SIGNED  SIGNATURE ON FILE |

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 12 06 00 | | FROM   TO |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | | FROM   TO |

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? | $ CHARGES |
|---|---|---|---|
| | | YES  X NO | |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 847 0
2. 784 0
3. 847 2
4.

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|
| | |

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS  MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 26 01 | 11 | 1 | 97010 | 123 | 30 00 | | | | | |
| 01 26 01 | 11 | 1 | 97014 | 123 | 35 00 | | | | | |
| 01 26 01 | 11 | 1 | 97124 | 123 | 40 00 | | | | | |
| 01 26 01 | 11 | 1 | 97012 | 123 | 35 00 | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

CSG000067

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 650974787 | X | GALLOU24-00 | X YES  NO | $ 140 00 | $ 0 00 | $ 140 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| DAVID R MOTE DC  SIGNED   DATE 02 08 01 | RECEIVED FEB 1 2 | MOTE WELLNESS  REHAB INC 925 W BOYNTON BEACH BLVD BOYNTON BEACH FL 33426 PIN# H0006242  GRP# 561 742-8288 |

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

PLEASE PRINT OR TYPE

FORM HCFA-1500 (12-90)
FORM OWCP-1500    FORM RRB-1500

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PICA

PO BOX

LONGWOOD FL  32752-2410

PICA

## HEALTH INSURANCE CLAIM FORM

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | A0192209KB | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

3. PATIENT'S BIRTH DATE  MM 07 DD 21 YY 66  SEX M

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

5. PATIENT'S ADDRESS (No., Street)
638 SNUG HARBOR DR

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
638 SNUG HARBOR DR

CITY
BOYNTON BEACH        STATE FL

8. PATIENT STATUS
Single  Married  Other

CITY
BOYNTON BEACH        STATE FL

ZIP CODE 33435    TELEPHONE (Include Area Code) (561)252 5929

Employed [X]  Full-Time Student  Part-Time Student

ZIP CODE 33435    TELEPHONE (INCLUDE AREA CODE) (561)252 5929

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
8492226

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  [X] NO

a. INSURED'S DATE OF BIRTH  MM 07 DD 21 YY 66  SEX M [X]

b. OTHER INSURED'S DATE OF BIRTH  MM 07 DD 21 YY 66  SEX  M [X]  F

b. AUTO ACCIDENT?  PLACE (State)
YES  [X] NO  FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME
JOHN AGNETTI

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[X] YES  NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE
SIGNED                DATE 02 08 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT  MM 12 DD 06 YY 00  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  MM DD YY  TO  MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  MM DD YY  TO  MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES  [X] NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847 0          3. 847 2
2. 734 0          4.

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 29 01 | 11 | 1 | 98941 | 123 | 70 00 | 1 | | | | |
| 01 29 01 | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 01 29 01 | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |
| 01 29 01 | 11 | 1 | 97124 | 123 | 40 00 | 1 | | | | |
| 01 29 01 | 11 | 1 | 97012 | 123 | 35 00 | 1 | | | | |

CSG000068

25. FEDERAL TAX I.D. NUMBER  SSN EIN [X]
650974787

26. PATIENT'S ACCOUNT NO.
GALLOU24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES  NO

28. TOTAL CHARGE  $ 210 00

29. AMOUNT PAID  $ 0 00

30. BALANCE DUE  $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof)
DAVID R MOTE DC
SIGNED        02 08 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
RECEIVED
FEB 1 2001

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE
MOTE WELLNESS  REHAB
925 W BOYNTON BEACH
BOYNTON BEACH FL
PIN CH0006242  GRP 740

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8-88)

**PLEASE PRINT OR TYPE**

FORM HCFA-1500
FORM OWCP-1500

PO BOX 2410

LONGWOOD FL 32752-2410

# HEALTH INSURANCE CLAIM FORM

| | | | | | |
|---|---|---|---|---|---|
| PICA | | | | | PICA |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X | A0192209KB |

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

**3. PATIENT'S BIRTH DATE** MM DD YY — 07 21 66 — SEX M [X] F

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

**5. PATIENT'S ADDRESS** (No., Street)
638 SNUG HARBOR DR

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X] Spouse Child Other

**7. INSURED'S ADDRESS** (No., Street)
638 SNUG HARBOR DR

CITY BOYNTON BEACH    STATE FL

**8. PATIENT STATUS**
Single Married Other [X]
Employed [X] Full-Time Student    Part-Time Student

CITY BOYNTON BEACH    STATE FL

ZIP CODE 33435    TELEPHONE (Include Area Code) (561) 252 5929

ZIP CODE 33435    TELEPHONE (INCLUDE AREA CODE) (561) 252 5929

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
8492226

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

a. EMPLOYMENT? (CURRENT OR PREVIOUS)   YES [X] NO

**a. INSURED'S DATE OF BIRTH** MM DD YY 07 21 66   SEX M [X] F

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY 07 21 66   SEX M [X] F

b. AUTO ACCIDENT?   PLACE (State)   YES [X] NO   FL

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

c. OTHER ACCIDENT?   YES [X] NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
AIG

**d. INSURANCE PLAN NAME OR PROGRAM NAME**
JOHN AGNETTI

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
[X] YES   NO   If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED   SIGNATURE ON FILE   DATE 02 08 01

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED   SIGNATURE ON FILE

**14. DATE OF CURRENT:** MM DD YY 12 06 00   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** MM DD YY FROM   TO

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** MM DD YY FROM   TO

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?**   YES [X] NO   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847 0   3. 847 2
2. 794 0   4.

**22. MEDICAID RESUBMISSION** CODE   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A DATE(S) OF SERVICE | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS  MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | | | | | | | | | |
| 01 31 01 | | | 11 | 1 | 98941 | 123 | 70 00 | 1 | | | | |
| 01 31 01 | | | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 01 31 01 | | | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |
| 01 31 01 | | | 11 | 1 | 97112 | 123 | 100 00 | 1 | | | | |
| 01 31 01 | | | 11 | 1 | 97010 | 123 | 35 00 | 1 | | | | |

**CSG000069**

**25. FEDERAL TAX I.D. NUMBER**   SSN EIN
650974787   [X]

**26. PATIENT'S ACCOUNT NO.**
GALICL00

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
YES NO

**28. TOTAL CHARGE** $ 270 00

**29. AMOUNT PAID** $ 0 00

**30. BALANCE DUE** $ 270 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID R MOTE DC
SIGNED   DATE

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)
FEB 1 2001

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**
MOTE WELLNESS REHAB INC
925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33426
PIN# CHO006242   GRP# 561-742-8220

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX

LONGWOOD FL 32752-0419

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | A0192209KB | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**GALTERIO LOUIS A**

3. PATIENT'S BIRTH DATE MM 07 DD 31 YY 66  SEX M X F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**GALTERIO LOUIS A**

5. PATIENT'S ADDRESS (No., Street)
**638 SNUG HARBOR DR**

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
**638 SNUG HARBOR DR**

CITY **BOYNTON BEACH**  STATE **FL**

8. PATIENT STATUS
Single  Married X  Other

CITY **BOYNTON BEACH**  STATE **FL**

ZIP CODE **33435**  TELEPHONE (Include Area Code) **(561)252 5928**

Employed  Full-Time Student  Part-Time Student

ZIP CODE **33435**  TELEPHONE (INCLUDE AREA CODE) **(561)252 5928**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
**GALTERIO LOUIS A**

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**8492226**

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  X NO

a. INSURED'S DATE OF BIRTH MM 07 DD 31 YY 66  SEX M X F

b. OTHER INSURED'S DATE OF BIRTH MM 07 DD 31 YY 66  SEX M X F

b. AUTO ACCIDENT?  PLACE (State)
YES  X NO  FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
**AIG**

d. INSURANCE PLAN NAME OR PROGRAM NAME
**JOHN AGNETTI**

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
X YES  NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED **SIGNATURE ON FILE**  DATE **02 08 01**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) MM 11 DD 08 YY 00

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES  X NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847 0  3. 847 2
2. 784 0  4.

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 02 02 01 | 11 | 1 | 98941 | 123 | 70 00 | 1 | | | | |
| 2 02 02 01 | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 3 02 02 01 | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |
| 4 02 02 01 | 11 | 1 | 97124 | 123 | 40 00 | 1 | | | | |
| 5 02 02 01 | 11 | 1 | 97012 | 123 | 35 00 | 1 | | | | |
| 6 | | | | | | | | | | |

**CSG000070**

25. FEDERAL TAX I.D. NUMBER  SSN  EIN X
**650974787**

26. PATIENT'S ACCOUNT NO.
**GALLOU24-00**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
X YES  NO

28. TOTAL CHARGE $ **210 00**

29. AMOUNT PAID $ **0 00**

30. BALANCE DUE $ **210 00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS I certify that the statements on the reverse apply to this bill and are made a part thereof.
SIGNED **DAVID R MOTE DC**  DATE **02 08**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE
**MOTE WELLNESS REHAB INT**
**925 W BOYNTON BEACH BLVD**
**BOYNTON BEACH FL 33435**
PIN# **CH0006242**  GRP# **561 742 1098**

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8 88)  **PLEASE PRINT OR TYPE**  FORM HCFA 1500 12 90 FORM OWCP 1500  FORM RRB 1500

**AIG**
*Insuring Your Wor*
*Your Life, Your World.*

## Explanation of Review

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

Page: 1  of  1
Case: A11-FFLN-0047767
Review Date: 02-27-2001
Adjustor: BLIND
File: 00000240/00000000/0000000
Reviewer: CA/CA

Provider:  MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A0192209-1

DOI: 12-06-2000
Claimant: GALTERIO, LOUIS
638 SNUG HARBOR DRIVE - APT 6E
BOYNTON BEACH, FL 33435

Tax ID: 650974787    OM
DOS: 02-05-2001 to 02-09-2001

Dx 1: 847.0 SPRAIN OF NECK    Dx 2: 784.0 HEADACHE
Dx 3: 847.2 SPRAIN LUMBAR REGION

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-05-2001 | 3 | 1 | 98941 | | CHIROPRACTIC MANIP TX | 1 | 1 | 70.00 | 3.88 | | | 66.12 |
| 02-05-2001 | 3 | 1 | 97010 | | APPLIC MODAL I/> AREAS | 1 | 1 | 30.00 | | | | 30.00 |
| 02-05-2001 | 3 | 1 | 97014 | | APPLIC MODAL I/> AREAS | 1 | 1 | 35.00 | | | | 35.00 |
| 02-05-2001 | 3 | 1 | 97124 | | THERAP PROC I/> AREAS E | 1 | 1 | 40.00 | | | | 40.00 |
| 02-05-2001 | 3 | 1 | 97012 | | APPLIC MODAL I/> AREAS | 1 | 1 | 35.00 | | | | 35.00 |
| 02-05-2001 | 3 | 1 | 97112 | | THERAP PROC I/> AREAS E | 1 | 1 | 50.00 | | | | 50.00 |
| 02-05-2001 | 3 | 1 | 97112 | | THERAP PROC I/> AREAS E | 1 | 1 | 50.00 | | | | 50.00 |
| 02-05-2001 | 3 | 1 | 97112 | | THERAP PROC I/> AREAS E | 1 | 1 | 50.00 | | | | 50.00 |
| 02-09-2001 | 3 | 1 | 98941 | | CHIROPRACTIC MANIP TX | 1 | 1 | 70.00 | 3.88 | | | 66.12 |
| 02-09-2001 | 3 | 1 | 97010 | | APPLIC MODAL I/> AREAS | 1 | 1 | 30.00 | | | | 30.00 |
| 02-09-2001 | 3 | 1 | 97014 | | APPLIC MODAL I/> AREAS | 1 | 1 | 35.00 | | | | 35.00 |
| 02-09-2001 | 3 | 1 | 97124 | | THERAP PROC I/> AREAS E | 1 | 1 | 40.00 | | | | 40.00 |
| 02-09-2001 | 3 | 1 | 97012 | | APPLIC MODAL I/> AREAS | 1 | 1 | 35.00 | | | | 35.00 |

Total Charges:  570.00
Bill Review Reductions:  7.76
Recommended Allowance:  562.24

••••••••••••••ADJUSTOR'S REVIEW••••••••••••••••••••••

* UNLES
FOR THI

REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE

OK TO PAY
(P) F EX Code _____
Res Check ✓
Date/Int. LA 3/13/01
A0192209-1

RECEIVED
MAR 0 1 2001
AIGCS
BOYNTON FL

570• x
0•8 =
456• +

PIP

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CONTACT AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 3260 OR SEND YOUR BILL AND THIS ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA  19317

**CSG000041**

AIG
PO BOX    24
LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

| PICA | | | | | | | PICA |
|---|---|---|---|---|---|---|---|

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | [X] (ID) | A0192209KB |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**GALTERIO LOUIS A**

3. PATIENT'S BIRTH DATE  07 21 66  SEX M [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**GALTERIO LOUIS A**

5. PATIENT'S ADDRESS (No., Street)
**638 SNUG HARBOR DR**

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
**638 SNUG HARBOR DR**

CITY **BOYNTON BEACH**  STATE **FL**

8. PATIENT STATUS
Single  Married  Other [X]

CITY **BOYNTON BEACH**  STATE **FL**

ZIP CODE **33435**  TELEPHONE (Include Area Code) **(561) 252 5929**

Employed  Full-Time Student  Part-Time Student

ZIP CODE **33435**  TELEPHONE (INCLUDE AREA CODE) **(561) 252 5929**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
**GALTERIO LOUIS A**

10. IS PATIENT'S CONDITION RELATED TO

11. INSURED'S POLICY GROUP OR FECA NUMBER
**8492226**

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  [X] NO

a. INSURED'S DATE OF BIRTH  07 21 66  SEX M [X]  F

b. OTHER INSURED'S DATE OF BIRTH  07 21 66  SEX M [X]  F

b. AUTO ACCIDENT?  PLACE (State) **FL**
YES  [X] NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
**AIG**

d. INSURANCE PLAN NAME OR PROGRAM NAME
**JOHN AGNETTI**

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[X] YES  NO  If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below
**SIGNATURE ON FILE**
SIGNED  DATE **02 15 01**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
**SIGNATURE ON FILE**
SIGNED

14. DATE OF CURRENT **12 06 00** ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES  [X] NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. **847 0**  3. **847 2**
2. **784 0**  4.

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A. DATE(S) OF SERVICE | | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM DD YY | | | To MM DD YY | | | | | | | | | | | | | |
| 1 | 02 05 01 | | | | | | 11 | 1 | 98941 | | 123 | 70 00 | 1 | | | | |
| 2 | 02 05 01 | | | | | | 11 | 1 | 97010 | | 123 | 30 00 | 1 | | | | |
| 3 | 02 05 01 | | | | | | 11 | 1 | 97014 | | 123 | 35 00 | 1 | | | | |
| 4 | 02 05 01 | | | | | | 11 | 1 | 97124 | | 123 | 40 00 | 1 | | | | |
| 5 | 02 05 01 | | | | | | 11 | 1 | 97012 | | 123 | 35 00 | 1 | | | | |
| 6 | 02 07 01 | | | | | | 11 | 1 | 97112 | | 123 | 150 00 | 3 | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN
**650974787**  [X]

26. PATIENT'S ACCOUNT NO.
**GALLOU24-00**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES  NO

28. TOTAL CHARGE  $ **360 00**

29. AMOUNT PAID  $ **0 00**

30. BALANCE DUE  $ **360 00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**DAVID R MOTE DC**
SIGNED  DATE **02 15 01**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (if other than home or office)
**RECEIVED**
**MAR 0 1 2001**

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
**MOTE WELLNESS REHAB INC**
**3925 W BOYNTON BEACH BLVD**
**BOYNTON BEACH FL 33436**
PIN# **CH0006242**  GRP# **561 742-3283**

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88  **PLEASE PRINT OR TYPE**

FORM HCFA-1500 (12-90)
FORM OWCP 1500  FORM RRB-1500

CSG000071

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PICA

APPROVED OMB-0938-0008

AIG
PO BOX  2410
LONGWOOD FL  32752-2410

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | A0192209KB | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

3. PATIENT'S BIRTH DATE  07 21 66  SEX M [X]  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

5. PATIENT'S ADDRESS (No., Street)
638 SNUG HARBOR DR

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
638 SNUG HARBOR DR

CITY  BOYNTON BEACH    STATE FL

8. PATIENT STATUS
Single   Married   Other [X]
Employed [X]   Full-Time Student   Part-Time Student

CITY  BOYNTON BEACH    STATE FL

ZIP CODE 33435   TELEPHONE (Include Area Code) (561) 252 5929

ZIP CODE 33435   TELEPHONE (INCLUDE AREA CODE) (561) 252 5929

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

10. IS PATIENT'S CONDITION RELATED TO

11. INSURED'S POLICY GROUP OR FECA NUMBER
8492226

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES [X] NO

a. INSURED'S DATE OF BIRTH 07 21 66  M [X] F  SEX

b. OTHER INSURED'S DATE OF BIRTH  07 21 66  M [X] F

b. AUTO ACCIDENT?  PLACE (State)
[X] YES  NO FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME
JOHN AGNETTI

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[X] YES  NO  If yes, return to and complete item 9 a-d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below
SIGNATURE ON FILE
SIGNED          DATE  02 15 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below
SIGNATURE ON FILE
SIGNED

14. DATE OF CURRENT  12 06 00  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES [X] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847 0
2. 784 0
3. 847 2
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 09 01 | 11 | 1 | 98941 | | 123 | 70 00 | 1 | | | | |
| 02 09 01 | 11 | 1 | 97010 | | 123 | 30 00 | 1 | | | | |
| 02 09 01 | 11 | 1 | 97014 | | 123 | 35 00 | 1 | | | | |
| 02 09 01 | 11 | 1 | 97124 | | 123 | 40 00 | 1 | | | | |
| 02 09 01 | 11 | 1 | 97012 | | 123 | 35 00 | 1 | | | | |

RECEIVED FEB 22 2001 LONGWOOD

25. FEDERAL TAX I.D. NUMBER  650974787  SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO. GALLOU24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES [X] NO

28. TOTAL CHARGE $ 210 00

29. AMOUNT PAID $ 0 00

30. BALANCE DUE $ 210 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID R MOTE DC
SIGNED          DATE  02 15 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
RECEIVED MAR 0 1 200

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS  REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL  33436
PIN CHO006242  GRP 561 742-3283

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88

PLEASE PRINT

FORM HCFA-1500  (12-90)
FORM OWCP-1500    FORM RRB-1500

CSG000072

**AIG**
*Insuring Your Work,*
*Your Life, Your World.*

Explanation of Review

| | |
|---|---|
| | Page: 1  of  1 |
| | Case: AI1-FFLN-0047956 |
| Client Name: AIGCS FL(FL)    NF - AIGCSDE19850 | Review Date: 03-05-2001 |
| | Adjustor: BLIND |
| | File: 00000240/00000000/00000000 |
| | Reviewer: HH/ |

Provider:  MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A0192209-F

DOI: 12-06-2000
Claimant: GALTERIO, LOUIS
638 SNUG HARBOR DRIVE - APT 6E
BOYNTON BEACH, FL 33435

Tax ID  650974787    OM
DOS: 02-12-2001 to 02-14-2001

Dx 1: 847.0 SPRAIN OF NECK          Dx 2: 784.0 HEADACHE
Dx 3: 847.2 SPRAIN LUMBAR REGION

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exp Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | ***Reductions*** | | | | |
| 02-12-2001 | 3 | 1 | 98941 | | CHIROPRACTIC MANIP TX : | 1 | 1 | 70.00 | 3.88 | | | 66.12 | |
| 02-12-2001 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 02-12-2001 | 3 | 1 | 97014 | * | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-12-2001 | 3 | 1 | 97124 | | THERAP PROC 1/> AREAS E | 1 | 1 | 40.00 | | | | 40.00 | |
| 02-12-2001 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-14-2001 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 02-14-2001 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-14-2001 | 3 | 1 | 97124 | | THERAP PROC 1/> AREAS E | 1 | 1 | 40.00 | | | | 40.00 | |
| 02-14-2001 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |

Total Charges:      350.00
Bill Review Reductions:         3.88
Recommended Allowance:         346.12



**********************PAYMENT PE
The Explanation of Review is sent solely fo
********THIS IS NOT A BILL********

* UNLESS OTHERWISE NOTED ABOVE, ALL                                     MOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGI

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 3260 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA  19317

CSG000040

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1 MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | AGLA000KE | |

| 2 PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3 PATIENT'S BIRTH DATE | SEX | 4 INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| BALLERO, LINDA | MM DD YY   M   F | | BALLERO, LINDA A |

| 5 PATIENT'S ADDRESS (No., Street) | 6 PATIENT RELATIONSHIP TO INSURED | 7 INSURED'S ADDRESS (No., Street) |
|---|---|---|
| | Self   Spouse   Child   Other | 900 ENID HARBOR DR |

| CITY | STATE | 8 PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| | | Single   Married   Other | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| | ( ) | Employed   Full-Time Student   Part-Time Student | 33435 | (561) 252-5954 |

| 9 OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10 IS PATIENT'S CONDITION RELATED TO | 11 INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| BALLERO, LINDA | | 3490000 |

| a OTHER INSURED'S POLICY OR GROUP NUMBER | a EMPLOYMENT? (CURRENT OR PREVIOUS) | a INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | YES   NO | 07 13 66   M   F |

| b OTHER INSURED'S DATE OF BIRTH | SEX | b AUTO ACCIDENT? | PLACE (State) | b EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| MM DD YY   M   F | | YES   NO   FL | |

| c EMPLOYER'S NAME OR SCHOOL NAME | c OTHER ACCIDENT? | c INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES   NO | AIG |

| d INSURANCE PLAN NAME OR PROGRAM NAME | 10d RESERVED FOR LOCAL USE | d IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| JOHN A SMITH | | X YES   NO   If yes, return to and complete item 9 a-d |

12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below
SIGNED SIGNATURE ON FILE    DATE 03 21 01

13 INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

| 14 DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15 IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 03 05 01 | | FROM   TO |

| 17 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a I.D. NUMBER OF REFERRING PHYSICIAN | 18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | | FROM   TO |

| 19 RESERVED FOR LOCAL USE | 20 OUTSIDE LAB? | $ CHARGES |
|---|---|---|
| | YES   X NO | |

| 21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22 MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO. |
|---|---|
| 1. 847.0    3. 847.2 | |
| 2. 739.0    4. | 23 PRIOR AUTHORIZATION NUMBER |

| 24 A DATE(S) OF SERVICE From / To | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS / MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 03 19 01 | 11 | 1 | 98941 | 123 | 70 00 | 1 | | | | |
| 03 19 01 | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 03 19 01 | 11 | 1 | 97011 | 123 | 35 00 | 1 | | | | |
| 03 19 01 | 11 | 1 | 97124 | 123 | 40 00 | 1 | | | | |
| 03 19 01 | 11 | 1 | 97010 | 123 | 35 00 | 1 | | | | |

RECEIVED
FEB 26 2001
AIG CLAIMS

| 25 FEDERAL TAX I.D. NUMBER | SSN EIN | 26 PATIENT'S ACCOUNT NO. | 27 ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28 TOTAL CHARGE | 29 AMOUNT PAID | 30 BALANCE DUE |
|---|---|---|---|---|---|---|
| 650974757 | | BALLYLIN-10 | YES   NO | $ 210 00 | $ | $ 210 00 |

| 31 SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32 NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33 PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| SIGNED DAVID B SMITH   DATE | | WEST WELLNESS REHAB INC 6905 W BOYNTON BEACH BLVD BOYNTON BEACH FL 33436 PIN#   GRP# |

CSG000073

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

**PLEASE PRINT OR TYPE**

FORM HCFA-1500 (12-90)
FORM OWCP-1500    FORM RRB-1500

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX 24

LONGWOOD FL 02752-2411

## HEALTH INSURANCE CLAIM FORM

| PICA | | | | | | | PICA |
|------|---|---|---|---|---|---|------|

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | A012209KB | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|---|
| GALTERIO LOUIS A | MM DD YY | M □ F □ | | GALTERIO LOUIS A |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| | Self [X] Spouse □ Child □ Other □ | 666 SNUG HARBOR DR |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BONITA BEACH | FL | Single □ Married □ Other □ | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 30435 | (561)252-5020 | Employed □ Full-Time Student □ Part-Time Student □ | 36435 | (561)252-5020 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| GALTERIO LOUIS A | | 0492226 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | YES □ NO □ | MM 07 DD 21 YY 56 | M □ F □ |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| MM DD YY | M □ F □ | YES □ NO □ FL | | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES □ NO □ | AIG |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| JOHN AGNETTI | | [X] YES □ NO  If yes, return to and complete item 9 a-d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below. | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below. |
|---|---|
| SIGNED SIGNATURE ON FILE   DATE 02 21 01 | SIGNED SIGNATURE ON FILE |

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| MM DD YY | | FROM MM DD YY   TO MM DD YY |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | | FROM MM DD YY   TO MM DD YY |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? | $ CHARGES |
|---|---|---|
| | YES □ [X] NO | |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 847 0        3. 847 2
2. 734 2        4.

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS / MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 14 01 | | 11 | 1 | 97010 | 123 | 30 00 | | | | | |
| 02 14 01 | | 11 | 1 | 97014 | 123 | 35 00 | | | | | |
| 02 14 01 | | 11 | 1 | 97124 | 123 | 40 00 | | | | | |
| 02 14 01 | | 11 | 1 | 97012 | 123 | 35 00 | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 650974797 | □ □ | GALLOU04-00 | YES □ NO □ | $ 140 00 | $ 0 00 | $ |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| SIGNED LOUIS A DATE | | WELLNESS 3925 W BOYNTON BCH BOYNTON BEACH FL PIN# 006242   GRP# |

**CSG000074**

**AIG**
*Insuring Your Wor.*
*Your Life. Your World.*

Explanation of Review

Page: 1    of
Case: AI1-FFLN-0048372
Review Date: 03-08-2001
Adjustor: BLIND
File: 00000240 00001749 00000
Reviewer: CA

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

PPO Claim: 820494

| | |
|---|---|
| Provider: MOTE WELLNESS REHAB<br>3925 W BOYTON BEACH BLVD<br>BOYNTON BEACH, FL 33436 | Claim: A0192209-1 |

DOI: 12-06-2000
Claimant: GALTERIO, LOUIS
638 SNUG HARBOR DRIVE - APT 6E
BOYNTON BEACH, FL 33435

Tax ID: 650974787    OM
DOS: 02-16-2001 to 02-21-2001

Dx 1: 847.0 SPRAIN OF NECK    Dx 2: 784.0 HEADACHE
Dx 3: 847.2 SPRAIN LUMBAR REGION

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO UM | Allowance | E Cod |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-16-2001 | 3 | 1 | 98940 | | CHIRO MANIPULATION | 1 | 1 | 55.00 | 3.57 | 5.14 | 46.29 | |
| 02-16-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | 3.00 | 27.00 | |
| 02-16-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | 3.50 | 31.50 | |
| 02-16-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | 4.00 | 36.00 | |
| 02-16-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | 3.50 | 31.50 | |
| 02-19-2001 | 3 | 1 | 98941 | | CHIRO MANIPULATION | 1 | 1 | 70.00 | 3.88 | 6.61 | 59.51 | |
| 02-19-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | 3.00 | 27.00 | |
| 02-19-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | 3.50 | 31.50 | |
| 02-19-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | 4.00 | 36.00 | |
| 02-19-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | 3.50 | 31.50 | |
| 02-20-2001 | 3 | 1 | 98941 | | CHIRO MANIPULATION | 1 | 1 | 70.00 | 3.88 | 6.61 | 59.51 | |
| 02-20-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | 3.00 | 27.00 | |
| 02-20-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | 3.50 | 31.50 | |
| 02-20-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | 4.00 | 36.00 | |
| 02-20-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | 3.50 | 31.50 | |
| 02-21-2001 | 3 | 1 | 98940 | | CHIRO MANIPULATION | 1 | 1 | 55.00 | 3.57 | 5.14 | 46.29 | |
| 02-21-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | 3.00 | 27.00 | |
| 02-21-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | 3.50 | 31.50 | |
| 02-21-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | 4.00 | 36.00 | |
| 02-21-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | 3.50 | 31.50 | |

Total Charges: 810.00
Bill Review Reductions:
Bill Review Allowances: 795.10
PPO Reductions: 79.00
Recommended Allowance: 715.00

ADJUSTOR'S REVIEW

**PAID**
3/08/01

Preferred    810 +
350 +
1,160 x
* UNLESS    0.9 =
FOR THE    PIP    928 +

REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE

CSG000042

**AIG**
*Insuring Your Work*
*Your Life. Your World.*

Explanation of Review

Page: 2   of   ?
Case: A11-FFLN-0048372
Review Date: 03-08-2001
Adjuster: BLIND
File: 00000240/00001749/00000000
Reviewer: CA/

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

PPO Claim: 820494

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A0192209-1

DOI: 12-06-2000
Claimant: GALTERIO, LOUIS
638 SNUG HARBOR DRIVE - APT 6E
BOYNTON BEACH, FL 33435

Tax ID: 650974787   OM
DOS: 02-16-2001 to 02-21-2001

Dx 1: 847.0 SPRAIN OF NECK    Dx 2: 784.0 HEADACHE
Dx 3: 847.2 SPRAIN LUMBAR REGION

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Ex Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*********Reductions*********

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 3260 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA  19317

**CSG000047**

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX 2410

LONGWOOD FL 32752-2410

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | A0192209KB | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

3. PATIENT'S BIRTH DATE  MM 07 DD 21 YY 66   SEX M ☒ F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

5. PATIENT'S ADDRESS (No., Street)
638 SNUG HARBOR DR

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
638 SNUG HARBOR DR

CITY
BOYNTON BEACH   STATE FL

8. PATIENT STATUS
Single ☐  Married ☒  Other ☐

CITY
BOYNTON BEACH   STATE FL

ZIP CODE 33435   TELEPHONE (Include Area Code) (561) 252 5929

Employed ☒  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE 33435   TELEPHONE (INCLUDE AREA CODE) (561) 252 5929

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
8492226

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
☐ YES  ☒ NO

a. INSURED'S DATE OF BIRTH  MM 07 DD 21 YY 66   SEX M ☒ F

b. OTHER INSURED'S DATE OF BIRTH  MM 07 DD 21 YY 66   SEX M ☐ F

b. AUTO ACCIDENT?  PLACE (State)
☒ YES  ☐ NO  FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME
JOHN AGNETTI

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☒ YES  ☐ NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE   DATE  03 01 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)  MM 12 DD 08 YY 00

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  ☐ YES  ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847 0
2. 784 0
3. 847 2
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 16 01 | | 11 | 1 | 98940 | | 123 | 55 00 | 1 | | | | |
| 02 16 01 | | 11 | 1 | 97010 | | 123 | 30 00 | 1 | | | | |
| 02 16 01 | | 11 | 1 | 97014 | | 123 | 35 00 | 1 | | | | |
| 02 16 01 | | 11 | 1 | 97124 | | 123 | 40 00 | 1 | | | | |
| 02 16 01 | | 11 | 1 | 97012 | | 123 | 35 00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN ☐ EIN ☒
650974787

26. PATIENT'S ACCOUNT NO.
GALLOU24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
☒ YES  ☐ NO

28. TOTAL CHARGE  $ 195 00

29. AMOUNT PAID  $ 0 00

30. BALANCE DUE  $ 195 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part hereof.)
DAVID R MOTE DC
SIGNED  03 01 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN# CH0006242   GRP# 561 742-3283

CSG000075

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX 2410

LONGWOOD FL 32752-2410

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE   MEDICAID   CHAMPUS   CHAMPVA   GROUP HEALTH PLAN   FECA BLK LUNG   OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|
| (Medicare #)  (Medicaid #)  (Sponsor's SSN)  (VA File #)  (SSN or ID)  (SSN)  [X] (ID) | A0192209KB |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE   SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| GALTERIO LOUIS A | 07 21 66   M [X]   F | GALTERIO LOUIS A |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 638 SNUG HARBOR DR | Self [X]  Spouse  Child  Other | 638 SNUG HARBOR DR |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single  Married  Other [X] | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33435 | (561) 252 5929 | Employed [X]  Full-Time Student  Part-Time Student | 33435 | (561) 252 5929 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| GALTERIO LOUIS A | | 8492226 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS)   YES [X] NO | a. INSURED'S DATE OF BIRTH   SEX |
|---|---|---|
| | | 07 21 66   M [X]   F |

| b. OTHER INSURED'S DATE OF BIRTH   SEX | b. AUTO ACCIDENT?   PLACE (State)   YES [X] NO  FL | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|
| 07 21 66   M [X]   F | | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT?   YES [X] NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | | AIG |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| JOHN AGNETTI | | [X] YES  NO  If yes, return to and complete item 9 a-d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE     DATE 03 01 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM      TO |
|---|---|---|
| 12 06 00 | | |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM      TO |
|---|---|---|
| | | |

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB?   $ CHARGES |
|---|---|---|
| | | YES  [X] NO |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 847 0        3. 847 2
2. 784 0        4.

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From To MM DD YY MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 19 01 | 11 | 1 | 98941 | 123 | 70 00 | 1 | | | | |
| 02 19 01 | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 02 19 01 | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |
| 02 19 01 | 11 | 1 | 97124 | 123 | 40 00 | 1 | | | | |
| 02 19 01 | 11 | 1 | 97012 | 123 | 35 00 | 1 | | | | |

CSG000076

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 650974787  [X] | GALLOU24-00 | [X] YES  NO | $ 210 00 | $ 0 00 | $ 210 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| DAVID R MOTE DC   SIGNED   DATE 03 01 01 | | MOTE WELLNESS REHAB INC 3925 W BOYNTON BEACH BLVD BOYNTON BEACH FL 33436 CH0006242   561 742-3233 PIN#   GRP# |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8 88)     PLEASE PRINT OR TYPE     FORM HCFA-1500 (12-90) FORM OWCP-1500   FORM RRB-1500

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX 2410

LONGWOOD FL 32752-2410

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| | | | | X | | | A0192209KB |

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

**3. PATIENT'S BIRTH DATE** MM DD YY: 07 21 66  SEX M [X] F

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

**5. PATIENT'S ADDRESS** (No., Street)
638 SNUG HARBOR DR

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X] Spouse [ ] Child [ ] Other [ ]

**7. INSURED'S ADDRESS** (No., Street)
638 SNUG HARBOR DR

CITY
BOYNTON BEACH    STATE FL

**8. PATIENT STATUS**
Single [ ] Married [ ] Other [ ]

CITY
BOYNTON BEACH    STATE FL

ZIP CODE 33435    TELEPHONE (Include Area Code) (561) 252 5929

Employed [X] Full-Time Student [ ] Part-Time Student [ ]

ZIP CODE 33435    TELEPHONE (INCLUDE AREA CODE) (561) 252 5929

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
8492226

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (CURRENT OR PREVIOUS)
[ ] YES [X] NO

**a. INSURED'S DATE OF BIRTH** MM DD YY 07 21 66  SEX M [X] F

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY 07 21 66  SEX M [X] F

**b. AUTO ACCIDENT?** PLACE (State)
[X] YES [ ] NO FL

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?**
[ ] YES [X] NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
AIG

**d. INSURANCE PLAN NAME OR PROGRAM NAME**
JOHN AGNETTI

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
[X] YES [ ] NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE
SIGNED    DATE 03 01 01

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNATURE ON FILE
SIGNED

**14. DATE OF CURRENT** MM DD YY 12 08 00  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** MM DD YY FROM    TO

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** MM DD YY FROM    TO

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** [ ] YES [X] NO    $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)**
1. 847 0    3. 847 2
2. 784 0    4.

**22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.**

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS \| MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 20 01 | 11 | 1 | 98941 | 123 | 70 00 | 1 | | | | |
| 02 20 01 | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 02 20 01 | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |
| 02 20 01 | 11 | 1 | 97124 | 123 | 40 00 | 1 | | | | |
| 02 20 01 | 11 | 1 | 97012 | 123 | 35 00 | 1 | | | | |

**25. FEDERAL TAX I.D. NUMBER** 650974787  SSN [ ] EIN [X]

**26. PATIENT'S ACCOUNT NO.** GALLOU24-00

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) [X] YES [ ] NO

**28. TOTAL CHARGE** $ 210 00

**29. AMOUNT PAID** $ 0 00

**30. BALANCE DUE** $ 210 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID R MOTE DC
SIGNED    03 01 01

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)
CSG000077

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE**
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN# CH0006242  GRP# 561 742-3283

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR TYPE    FORM HCFA-1500 (12-90) FORM OWCP-1500    FOPM RRB-1500

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX 24___

LONGWOOD FL 32752-2410

PICA                                                              PICA

## HEALTH INSURANCE CLAIM FORM

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | [X] (ID) | A0192209KB | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE MM DD YY | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| GALTERIO LOUIS A | 07 21 66 | M [X] F | GALTERIO LOUIS A |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 638 SNUG HARBOR DR | Self [X]  Spouse [ ]  Child [ ]  Other [ ] | 638 SNUG HARBOR DR |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single [ ]  Married [ ]  Other [X] | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33435 | (561) 252 5929 | Employed [X]  Full-Time Student [ ]  Part-Time Student [ ] | 33435 | (561) 252 5929 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| GALTERIO LOUIS A | | 8492226 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH MM DD YY | SEX |
|---|---|---|---|
| | [ ] YES  [X] NO | 07 21 66 | M [X]  F |

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY | SEX | b. AUTO ACCIDENT?  PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|
| 07 21 66 | M [X]  F | [ ] YES  [X] NO  FL | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | [ ] YES  [X] NO | AIG |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| JOHN AGNETTI | | [X] YES  [ ] NO  If yes, return to and complete item 9 a-d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below

SIGNED SIGNATURE ON FILE    DATE 03 01 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT MM DD YY | ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY  TO  MM DD YY |
|---|---|---|---|
| 12 06 00 | | | FROM  TO |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY  TO  MM DD YY |
|---|---|---|
| | | FROM  TO |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?  $ CHARGES |
|---|---|
| | [ ] YES  [X] NO |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO. |
|---|---|
| 1. 847 0    3. 847 2 | |
| 2. 734 0    4. | 23. PRIOR AUTHORIZATION NUMBER |

| 24. | A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 02 21 01 | 11 | 1 | 98940 | 123 | 55 00 | 1 | | | | |
| 2 | 02 21 01 | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 3 | 02 21 01 | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |
| 4 | 02 21 01 | 11 | 1 | 97124 | 123 | 40 00 | 1 | | | | |
| 5 | 02 21 01 | 11 | 1 | 97012 | 123 | 35 00 | 1 | | | | |
| 6 | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 650974787 | [X] | GALLOU24-00 | [X] YES  [ ] NO | $ 195 00 | $ 0 00 | $ 195 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| DAVID R MOTE DC  SIGNED  DATE 03 01 01 | | MOTE WELLNESS REHAB INC 3925 W BOYNTON BEACH BLVD BOYNTON BEACH FL  PIN# CH0006242  GRP# 561 742 |

CSG000078

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8-88)    PLEASE PRINT OR TYPE    FORM HCFA-1500 FORM OWCP-1500

**AIG**
*Insuring Your Wor*
*Your Life, Your World.*

Explanation of Review

Page: 1 of 1
Case: A11-FFLN-0048859
Review Date: 03-15-2001
Adjustor: BLIND
File: 00000240/00000000/000000000
Reviewer: CA/

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850    25

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A0192209-1

DOI: 12-06-2000
Claimant: GALTERIO, LOUIS
638 SNUG HARBOR DRIVE - APT 6E
BOYNTON BEACH, FL 33435

Tax ID: 650974787    OM
DOS: 02-26-2001 to 03-02-2001

Dx 1: 847.0 SPRAIN OF NECK    Dx 2: 784.0 HEADACHE
Dx 3: 847.2 SPRAIN LUMBAR REGION

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPQ | UM | Allowance | Cod |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-26-2001 | 3 | 1 | 98940 | | CHIRO MANIPULATION | 1 | 1 | 55.00 | 3.57 | | | 51.43 | |
| 02-26-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 02-26-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-26-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | | | 40.00 | |
| 02-26-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-28-2001 | 3 | 1 | 98940 | | CHIRO MANIPULATION | 1 | 1 | 55.00 | 3.57 | | | 51.43 | |
| 02-28-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 02-28-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-28-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 02-28-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 02-28-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-02-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 03-02-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-02-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | | | 40.00 | |
| 03-02-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |

Total Charges: 590.00
Bill Review Reductions: 7.14
Recommended Allowance: 582.86

**********************PAYMENT PENDING ADJUSTOR'S REVIEW********************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

PAID

* UNLESS OTHERWISE NOTED ABOVE, AL.                    ;ES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHIC RE(

OK TO PAY
P/ F EX Code
Res Check
Date/Int. 3/19    CB

IF YOU h                    JALYSIS, PLEASE CALL AIGCS - PBR AT (
(80                         .OUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000043

DO NOT
STAPLE
IN THIS
AREA

AIG
PO BOX 2410

LONGWOOD FL 32752-2410

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | A0192209KB | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

3. PATIENT'S BIRTH DATE
MM 07 DD 21 YY 66  SEX M [x] F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

5. PATIENT'S ADDRESS (No., Street)
638 SNUG HARBOR DR

6. PATIENT RELATIONSHIP TO INSURED
Self [x]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
638 SNUG HARBOR DR

CITY
BOYNTON BEACH    STATE FL

8. PATIENT STATUS
Single  Married  Other [x]

CITY
BOYNTON BEACH    STATE FL

ZIP CODE 33435    TELEPHONE (Include Area Code) (561) 252 5929

Employed  Full-Time Student [x]  Part-Time Student

ZIP CODE 33435    TELEPHONE (INCLUDE AREA CODE) (561) 252 5929

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

10. IS PATIENT'S CONDITION RELATED TO

11. INSURED'S POLICY GROUP OR FECA NUMBER
8492226

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  NO [x]

a. INSURED'S DATE OF BIRTH
MM 07 DD 21 YY 66  SEX M [x] F

b. OTHER INSURED'S DATE OF BIRTH
MM 07 DD 21 YY 66  SEX M [x] F

b. AUTO ACCIDENT?    PLACE (State)
YES  NO [x]  FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES  NO [x]

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME
JOHN AGNETTI

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [x]  NO    If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED    SIGNATURE ON FILE    DATE 03 08 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED    SIGNATURE ON FILE

14. DATE OF CURRENT
MM 12 DD 06 YY 00  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY  TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY  TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES  NO [x]    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847 0    3. 847 2
2. 784 0    4.

22. MEDICAID RESUBMISSION
CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 02 26 01 | | 11 | 1 | 98940 | | 123 | 55 00 | | | | | |
| 2 | 02 26 01 | | 11 | 1 | 97010 | | 123 | 30 00 | | | | | |
| 3 | 02 26 01 | | 11 | 1 | 97014 | | 123 | 35 00 | | | | | |
| 4 | 02 26 01 | | 11 | 1 | 97124 | | 123 | 40 00 | | | | | |
| 5 | 02 26 01 | | 11 | 1 | 97012 | | 123 | 35 00 | | | | | |
| 6 | | | | | | | | | | | | | |

CSG000079

RECEIVED
MAR 13 2001
LONGWOOD

25. FEDERAL TAX I.D. NUMBER  SSN [ ] EIN [x]
650974787

26. PATIENT'S ACCOUNT NO.
GALLOU24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES [x]  NO

28. TOTAL CHARGE
$ 195 00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 195 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID R MOTE DC
SIGNED    03 08 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN# CH0006242    GRP# 742-3283

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

PLEASE PRINT OR TYPE

FORM HCFA-1500 (12-90)
FORM OWCP-1500    FORM RRB-1500

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

AIG
PO BOX 5-2410

LONGWOOD FL  32752-2410

## HEALTH INSURANCE CLAIM FORM

PICA | PICA

| 1 MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER X (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM) |
|---|---|---|---|---|---|---|---|
| | | | | | | | A0192209KB |

| 2 PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3 PATIENT'S BIRTH DATE MM DD YY | SEX | 4 INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| GALTERIO LOUIS A | 07 21 66 | M X  F | GALTERIO LOUIS A |

| 5 PATIENT'S ADDRESS (No., Street) | 6 PATIENT RELATIONSHIP TO INSURED | 7 INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 638 SNUG HARBOR DR | Self X Spouse Child Other | 638 SNUG HARBOR DR |

| CITY | STATE | 8 PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single  Married  Other X | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33435 | (561) 252 5929 | Employed X Full-Time Student  Part-Time Student | 33435 | (561) 252 5929 |

| 9 OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10 IS PATIENT'S CONDITION RELATED TO: | 11 INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| GALTERIO LOUIS A | | 8492226 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES  NO X | a. INSURED'S DATE OF BIRTH MM DD YY  07 21 66  SEX M X  F |
|---|---|---|

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY  07 21 66  SEX M X  F | b. AUTO ACCIDENT? X YES  NO  PLACE (State) FL | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES  NO X | c. INSURANCE PLAN NAME OR PROGRAM NAME  AIG |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME  JOHN AGNETTI | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES  NO X If yes, return to and complete item 9 a-d. |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE   DATE  03 08 01

13 INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14 DATE OF CURRENT MM DD YY  12 06 00  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15 IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY  FROM  TO |
|---|---|---|

| 17 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY  FROM  TO |
|---|---|---|

| 19 RESERVED FOR LOCAL USE | | 20 OUTSIDE LAB? YES  NO X  $ CHARGES |
|---|---|---|

21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)

1. 847 0    3. 847 2
2. 784 0    4.

22 MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23 PRIOR AUTHORIZATION NUMBER

| 24 A DATE(S) OF SERVICE From MM DD YY To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 28 01 | 11 | 1 | 98940 | 123 | 55 00 | 1 | | | | |
| 02 28 01 | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 02 28 01 | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |
| 02 28 01 | 11 | 1 | 97112 | 123 | 100 00 | 2 | | | | |
| 02 28 01 | 11 | 1 | 97012 | 123 | 35 00 | 1 | | | | |

RECEIVED MAR 13 2001 LONGWOOD

| 25 FEDERAL TAX I.D. NUMBER  650974787  SSN EIN X | 26 PATIENT'S ACCOUNT NO.  GALL0U24-00 | 27 ACCEPT ASSIGNMENT? (For govt. claims, see back) X YES  NO | 28 TOTAL CHARGE  $ 255 00 | 29 AMOUNT PAID  $ | 30 BALANCE DUE  $ 255 00 |
|---|---|---|---|---|---|

| 31 SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  DAVID R MOTE DC  SIGNED  03 08 01 | 32 NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33 PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #  MOTE WELLNESS REHAB INC  3925 W BOYNTON BEACH BLVD  BOYNTON BEACH FL 33436  PIN GH0006242  GRP 742-3283 |
|---|---|---|

**CSG000080**

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88    PLEASE PRINT OR TYPE    FORM HCFA-1500 (12-90)  FORM OWCP-1500  FORM RRB-1500

AIG
PO BOX 2410
LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

| | | |
|---|---|---|
| PICA | | PICA |

1. MEDICARE ☐ (Medicare #) MEDICAID ☐ (Medicaid #) CHAMPUS ☐ (Sponsor's SSN) CHAMPVA ☐ (VA File #) GROUP HEALTH PLAN ☐ (SSN or ID) FECA BLK LUNG ☐ (SSN) OTHER ☒ (ID)

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM)
A0192209KB

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

3. PATIENT'S BIRTH DATE
MM 07 DD 21 YY 66   SEX M ☒ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

5. PATIENT'S ADDRESS (No., Street)
638 SNUG HARBOR DR

6. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
638 SNUG HARBOR DR

CITY
BOYNTON BEACH   STATE FL

8. PATIENT STATUS
Single ☐ Married ☐ Other ☒
Employed ☐ Full-Time Student ☐ Part-Time Student ☐

CITY
BOYNTON BEACH   STATE FL

ZIP CODE 33435   TELEPHONE (Include Area Code) (561) 252 5929

ZIP CODE 33435   TELEPHONE (INCLUDE AREA CODE) (561) 252 5929

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. OTHER INSURED'S DATE OF BIRTH
MM 07 DD 21 YY 66   SEX M ☒ F ☐

c. EMPLOYER'S NAME OR SCHOOL NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
JOHN AGNETTI

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES ☐ NO ☒

b. AUTO ACCIDENT? PLACE (State) YES ☐ NO ☒ FL

c. OTHER ACCIDENT? YES ☐ NO ☒

10d. RESERVED FOR LOCAL USE

11. INSURED'S POLICY GROUP OR FECA NUMBER
8492226

a. INSURED'S DATE OF BIRTH
MM 07 DD 21 YY 66   SEX M ☒ F ☐

b. EMPLOYER'S NAME OR SCHOOL NAME

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☒ NO ☐   If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE   DATE 03 08 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
MM 12 DD 06 YY 00

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES ☐ NO ☒   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847.0
2. 784.0
3. 847.2
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 02 01 | | 11 | | 97010 | | 123 | 30 00 | 1 | | | | |
| 03 02 01 | | 11 | | 97014 | | 123 | 35 00 | 1 | | | | |
| 03 02 01 | | 11 | | 97124 | | 123 | 40 00 | 1 | | | | |
| 03 02 01 | | 11 | | 97012 | | 123 | 35 00 | 1 | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

RECEIVED
MAR 19 01

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒
650974787

26. PATIENT'S ACCOUNT NO.
GALLOU24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES ☒ NO ☐

28. TOTAL CHARGE
$ 140 00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 140 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID R MOTE DC
SIGNED   DATE 03 08 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

CSG000081

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN# H0006242   GRP# 740-3283

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88   PLEASE PRINT OR TYPE   FORM HCFA-1500
FORM OWCP-1500

**AIG**
Insuring Your Work.
Your Life, Your World.

Explanation of Review

| | |
|---|---|
| Page: | 1 of 1 |
| Case: | AJ1-FFLN-0049471 |
| Review Date: | 03-28-2001 |
| Adjustor: | BLIND |
| File: | 00000240/00000000/00000000 |
| Reviewer: | HH/ |

Client Name: AIGCS FL(FL)     NF - AIGCSDE19850

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A0192209-1

DOI: 12-06-2000
Claimant: GALTERIO, LOUIS
638 SNUG HARBOR DRIVE - APT 6E
BOYNTON BEACH, FL 33435

Tax ID: 650974787   OM
DOS: 03-12-2001 to 03-16-2001

Dx 1: 847.0 SPRAIN OF NECK          Dx 2: 784.0 HEADACHE
Dx 3: 847.2 SPRAIN LUMBAR REGION

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exp Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-12-2001 | 3 | 1 | 98941 | | CHIRO MANIPULATION | 1 | 1 | 70.00 | 3.88 | | | 66.12 | |
| 03-12-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 03-12-2001 | 3 | 1 | 97112 | · | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-12-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-12-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-12-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-12-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-16-2001 | 3 | 1 | 98941 | | CHIRO MANIPULATION | 1 | 1 | 70.00 | 3.88 | | | 66.12 | |
| 03-16-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 03-16-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-16-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |

Total Charges: 505.00
Bill Review Reductions: 7.76
Recommended Allowance: 497.24

•••••••••••••••••••PAYMENT PENDING ADJUSTOR'S REVIEW•••••••••••••••••••
The Explanation of Review is sent solely for your records.
••••••••THIS IS NOT A BILL••••••••

*PAID*

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGI

OK TO PAY
P/F EX    Code
Res Check
Date/Init

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000044

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PICA

**HEALTH INSURANCE CLAIM FORM**

PICA

| 1 MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a INSURED'S I.D. NUMBER | FOR PROGRAM IN ITEM |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | ☑ (ID) | A019320RKB | |

2 PATIENT'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

3 PATIENT'S BIRTH DATE
MM DD YY  07 21 66   SEX

4 INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

5 PATIENT'S ADDRESS (No., Street)
638 SHUG HARBOR DR

6 PATIENT RELATIONSHIP TO INSURED
Self ☑  Spouse ☐  Child ☐  Other ☐

7 INSURED'S ADDRESS (No., Street)
638 SHUG HARBOR DR

CITY
BOYNTON BEACH   STATE FL

8 PATIENT STATUS
Single ☐  Married ☐  Other ☐
Employed ☐  Full-Time Student ☐  Part-Time Student ☐

CITY
BOYNTON BEACH   STATE FL

ZIP CODE
33435   TELEPHONE (Include Area Code)
(561) 252 5929

ZIP CODE
33435   TELEPHONE (INCLUDE AREA CODE)

9 OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

10 IS PATIENT'S CONDITION RELATED TO

11 INSURED'S POLICY GROUP OR FECA NUMBER
8492204

a OTHER INSURED'S POLICY OR GROUP NUMBER

a EMPLOYMENT? (CURRENT OR PREVIOUS)
☐ YES  ☑ NO

a INSURED'S DATE OF BIRTH
MM DD YY  07 21 66   SEX M

b OTHER INSURED'S DATE OF BIRTH
MM DD YY  07 21 66   SEX M☐ F☐

b AUTO ACCIDENT?  PLACE (State)
☐ YES  ☑ NO  FL

b EMPLOYER'S NAME OR SCHOOL NAME

c EMPLOYER'S NAME OR SCHOOL NAME

c OTHER ACCIDENT?
☐ YES  ☑ NO

c INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d INSURANCE PLAN NAME OR PROGRAM NAME
JOHN AGNETTI

10d RESERVED FOR LOCAL USE

d IS THERE ANOTHER HEALTH BENEFIT PLAN?
☑ YES  ☐ NO   If yes, return to and complete item 9 a-d

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE   DATE  03 22 01

13 INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14 DATE OF CURRENT: ◄ ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
MM DD YY  03 02 00

15 IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM DD YY  FROM   TO

17 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a I.D. NUMBER OF REFERRING PHYSICIAN

18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM DD YY  FROM   TO

19 RESERVED FOR LOCAL USE

20 OUTSIDE LAB?   $ CHARGES
☐ YES  ☑ NO

21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847.0    3. 847.2
2. 734.0    4.

22 MEDICAID RESUBMISSION
CODE   ORIGINAL REF NO

23 PRIOR AUTHORIZATION NUMBER

| 24 | A DATE(S) OF SERVICE | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM DD YY | To MM DD YY | | | CPT/HCPCS  MODIFIER | | | | | | | |
| 1 | 03 12 01 | | 11 | 1 | 98941 | 123 | 70 00 | 1 | | | | |
| 2 | 03 12 01 | | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 3 | 03 12 01 | | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |
| 4 | 03 12 01 | | 11 | 1 | 97112 | 123 | 200 00 | 4 | | | | |
| 5 | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | |

25 FEDERAL TAX I.D. NUMBER  SSN ☐ EIN ☑
650974787

26 PATIENT'S ACCOUNT NO.
GALLOU24-00

27 ACCEPT ASSIGNMENT? (For govt claims, see back)
☑ YES  ☐ NO

28 TOTAL CHARGE
$ 335 00

29 AMOUNT PAID
$ 0 00

BALANCE DUE
$

31 SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID R POHL DC
SIGNED   DATE

32 NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33 PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS
3925 W BOYNTON B
BOYNTON BEACH FL
PIN# 006242   GRP#

**CSG000082**

FORM HCFA-1500
FORM OWCP-1500   FORM RRB-1500

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**

PLEASE
DO NOT
STAPLE
IN THIS
AREA

LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PICA | | | | | | | | | PICA |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | A019C2009ER | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| GALTERIO LOUIS A | 07 21 66 | M | GALTERIO LOUIS A |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 538 SNUG HARBOR DR | Self ☑ Spouse Child Other | 538 SNUG HARBOR DR |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single Married ☑ Other | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33435 | (561) 252 5929 | Employed Full-Time Student Part-Time Student | 33435 | (561) 252 5 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| GALTERIO LOUIS A | | 8497026 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | YES ☑ NO | | M F |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| 07 21 66 | M F | YES ☑ NO | FL | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES ☑ NO | HIG |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| JOHN AGNETTI | | ☑ YES NO If yes, return to and complete item 9 a-d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below. | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below. |
|---|---|
| SIGNATURE ON FILE | SIGNATURE ON FILE |
| SIGNED     DATE 03 20 01 | SIGNED |

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY |
|---|---|---|
| | | FROM     TO |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY |
|---|---|---|
| | | FROM     TO |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?     $ CHARGES |
|---|---|
| | YES ☑ NO |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE     ORIGINAL REF. NO. |
|---|---|
| 1. 847.0     3. 847.0 | |
| 2. 784.0     4. | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A DATE(S) OF SERVICE From MM DD YY To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 03 16 01 | 11 | 1 | 98941 | 123 | 70 00 | | | | | |
| 03 16 01 | 11 | 1 | 97010 | 123 | 30 00 | | | | | |
| 03 16 01 | 11 | 1 | 97014 | 123 | 35 00 | | | | | |
| 03 16 01 | 11 | 1 | 97012 | 123 | 35 00 | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 650974787   ☑ | GALLOU24-00 | YES NO | $ 170 00 | $ 0 00 | $ 170 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| DAVID P MOTE DC | | MOTE WELLNESS REHAB INC |
| SIGNED     DATE | | 3925 W BOYNTON BEACH BLVD |
| | | BOYNTON BEACH FL 33 |
| | | PIN#  H00062  GRP# |

**CSG000083**

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)     PLEASE PRINT OR TYPE

FORM HCFA-1500 (12-90)
FORM OWCP-1500     FCPM RRB-1500



Insuring Your Work,
Your Life, Your World.

Explanation of Review

Page: 1    of    1
Case: AJ1-FFLN-0049792

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850    Review Date: 04-04-2001
Adjustor: BLIND
File: 00000240/00000000/00000000
Reviewer: CA/

Provider:  MOTE WELLNESS REHAB    Claim: A0192209-1
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

DOI: 12-06-2000
Claimant: GALTERIO, LOUIS
638 SNUG HARBOR DRIVE - APT 6E
BOYNTON BEACH, FL 33435

Tax ID: 650974787    OM
DOS: 03-19-2001 to 03-23-2001    Dx 1: 847.0 SPRAIN OF NECK    Dx 2: 784.0 HEADACHE
Dx 3: 847.2 SPRAIN LUMBAR REGION

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Expl Code(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-19-2001 | 3 | 1 | 98940 | | CHIRO MANIPULATION | 1 | 1 | 55.00 | 3.87 | | | 51.13 | |
| 03-19-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 03-19-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-19-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | | | 40.00 | |
| 03-19-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-21-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 03-21-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-21-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-21-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-23-2001 | 3 | 1 | 98941 | | CHIRO MANIPULATION | 1 | 1 | 70.00 | 3.88 | | | 66.12 | |
| 03-23-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 03-23-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-23-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | | | 40.00 | |

Total Charges:    535.00
Bill Review Reductions:    7.75
Recommended Allowance:    527.25

•••••••••••••••••••PAYMENT PENDING ADJUSTOR'S REVIEW•••••••••••••••••••
The Explanation of Review is sent solely for your records.
•••••••••THIS IS NOT A BILL••••••••

PAID
T.M. 4/10/01

* UNLESS OTHERWISE NOTED ABOVE, ALL BIL        XCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION

OK TO PAY
P F EX Code
Res Check
Date/Int.    4/5    KB

CSG000045

RECEIVED

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT    APR 0 5 2001
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX    2410

LONGWOOD FL  32752-2410

## HEALTH INSURANCE CLAIM FORM

| | | | | | | |
|---|---|---|---|---|---|---|
| PICA | | | | | | PICA |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | [X] (ID) | A0192209KB |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

3. PATIENT'S BIRTH DATE  MM 07 DD 21 YY 66  SEX M [X] F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

5. PATIENT'S ADDRESS (No., Street)
638 SNUG HARBOR DR

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
638 SNUG HARBOR DR

CITY  BOYNTON BEACH    STATE  FL

8. PATIENT STATUS
Single  Married  Other [X]

CITY  BOYNTON BEACH    STATE  FL

ZIP CODE  33435    TELEPHONE (Include Area Code)  (561) 252 5929

Employed [X]  Full-Time Student  Part-Time Student

ZIP CODE  33435    TELEPHONE (INCLUDE AREA CODE)  (561) 252 5929

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
3492226

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES [X] NO

a. INSURED'S DATE OF BIRTH  MM 07 DD 21 YY 66  SEX M [X] F

b. OTHER INSURED'S DATE OF BIRTH  MM 07 DD 21 YY 66  SEX M [X] F

b. AUTO ACCIDENT?  PLACE (State)
YES [X] NO  FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME
JOHN AGNETTI

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[X] YES  NO  If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below
SIGNED  SIGNATURE ON FILE    DATE  03 29 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)  12 05 00

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM    TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM    TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES  [X] NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847 0    3. 847 2
2. 784 0    4.

22. MEDICAID RESUBMISSION  CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 03 19 01 | 11 | 1 | 98940 | 123 | 55 00 | 1 | | | | |
| 03 19 01 | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 03 19 01 | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |
| 03 19 01 | 11 | 1 | 97124 | 123 | 40 00 | 1 | | | | |
| 03 19 01 | 11 | 1 | 97012 | 123 | 35 00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN  EIN [X]
650974787

26. PATIENT'S ACCOUNT NO.
GALLOU24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES  NO

28. TOTAL CHARGE  $ 195 00

29. AMOUNT PAID  $ 0 00

30. BALANCE DUE  $ 195 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID R MOTE DC
SIGNED    DATE  03 29 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
RECE    APR 05 2001

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE
MOTE WELLNESS  REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL  33436
PIN# CH0006242  GRP# 561 742 0133

CSG000084

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX _ .10

LONGWOOD FL  32752-2410

**HEALTH INSURANCE CLAIM FORM**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER |
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) |

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
A0192209KB

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

3. PATIENT'S BIRTH DATE  MM 07 DD 21 YY 66  SEX M [X] F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

5. PATIENT'S ADDRESS (No., Street)
638 SNUG HARBOR DR

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)
638 SNUG HARBOR DR

CITY
BOYNTON BEACH  STATE FL

8. PATIENT STATUS
Single [ ]  Married [ ]  Other [X]
Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

CITY
BOYNTON BEACH  STATE FL

ZIP CODE 33435  TELEPHONE (Include Area Code) (561) 252 5929

ZIP CODE 33435  TELEPHONE (INCLUDE AREA CODE) (561) 252 5929

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

10. IS PATIENT'S CONDITION RELATED TO

11. INSURED'S POLICY GROUP OR FECA NUMBER
8492226

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES [ ]  NO [X]

a. INSURED'S DATE OF BIRTH  MM 07 DD 21 YY 66  SEX M [X] F

b. OTHER INSURED'S DATE OF BIRTH  MM 07 DD 21 YY 66  SEX M [X] F

b. AUTO ACCIDENT?  PLACE (State)
YES [X]  NO [ ]  FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES [ ]  NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME
JOHN AGNETTI

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [X]  NO [ ]  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE
SIGNED  DATE 03 29 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNATURE ON FILE
SIGNED

14. DATE OF CURRENT  ILLNESS (First symptom) OR  INJURY (Accident) OR  PREGNANCY(LMP)
12 06 00

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  MM DD YY  TO  MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  MM DD YY  TO  MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  $ CHARGES
YES [ ]  NO [X]

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847 0
2. 784 0
3. 847 2
4.

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 21 01 | | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 03 21 01 | | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |
| 03 21 01 | | 11 | 1 | 97112 | 123 | 100 00 | 2 | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

RECEIVED
APR 12 2001
AIG CS
LONGWOOD FL

25. FEDERAL TAX I.D. NUMBER  SSN [ ] EIN [X]
650974787

26. PATIENT'S ACCOUNT NO.
GALLOU24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES [X]  NO [ ]

28. TOTAL CHARGE
$ 165 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 165 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID R MOTE DC
SIGNED  DATE 03 29 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
RECEIVED
APR 05 2001

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS  REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL  33436
CH0006242  561 742-8233

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8 88)  PLEASE PRINT OR

FORM HCFA-1500 (12 90)
FORM OWCP-1500  FORM RRB 1500

CSG000085

PLEASE
DO NOT
STAPLE
IN THIS
AREA

AIG
PO BOX ▮▮10

LONGWOOD FL  32752-2410

## HEALTH INSURANCE CLAIM FORM

PICA | | | | | | | | PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | [X] (ID) | A0192209KB | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| GALTERIO LOUIS A | 07 21 66  M [X]  F | | GALTERIO LOUIS A |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 638 SNUG HARBOR DR | Self  Spouse  Child  Other | 638 SNUG HARBOR DR |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single  Married  Other [X] | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33435 | (561) 252 5909 | Employed  Full-Time Student  Part-Time Student | 33435 | (561) 252 5909 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| GALTERIO LOUIS A | | 3492226 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | YES [X] NO | 07 21 66  M [X]  F | |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| 07 21 66  M [X]  F | | YES [X] NO | FL | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES [X] NO | AIG |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| JOHN AGNETTI | | [X] YES  NO  If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE 03 29 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)  12 06 00 | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO |
|---|---|---|

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?  YES [X] NO  $ CHARGES |
|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 847 0  3. 847 2
2. 784 0  4.

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 03 23 01 | 11 | 1 | 98941 | 123 | 70 00 | | | | | |
| 03 23 01 | 11 | 1 | 97010 | 123 | 30 00 | | | | | |
| 03 23 01 | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |
| 03 23 01 | 11 | 1 | 97124 | 123 | 40 00 | 1 | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

RECEIVED APR 12 2001  AIGCS LONGWOOD FL

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 650974787  [X] | GALLOU24-00 | [X] YES  NO | $ 175 00 | $ 0 00 | $ 175 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| DAVID R MOTE DC  SIGNED  03 23 01  DATE | RECEIVED APR 05 2001  AIGCS LONGWOOD FL | MOTE WELLNESS  REHAB INC  3925 W BOYNTON BEACH BLVD  BOYNTON BEACH FL  33436  PIN# CH0006242  GRP# 561 742 3333 |

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88   PLEASE PRINT OR

FORM HCFA-1500 (12 90)
FORM OWCP-1500   FORM RRB-1500

CSG000086

**AIG** *Insuring Your Work*
*Your Life, Your World.*

Explanation of Review

| | |
|---|---|
| Client Name: AIGCS FL(FL)    NF - AIGCSDE19850 | Page: 1 of 1 |
| | Case: AI1-FFLN-0050281 |
| | Review Date: 04-16-2001 |
| | Adjustor: BLIND |
| | File: 00000240/00000000/00000000 |
| | Reviewer: CA/ |

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A0192209-1

4/23/01

DOI: 12-06-2000
Claimant: GALTERIO, LOUIS
638 SNUG HARBOR DRIVE - APT 6E
BOYNTON BEACH, FL 33435

Tax ID: 650974787    OM
DOS: 03-26-2001 to 03-30-2001

Dx 1: 847.0 SPRAIN OF NECK    Dx 2: 784.0 HEADACHE
Dx 3: 847.2 SPRAIN LUMBAR REGION

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exi Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-26-2001 | 3 | 1 | 98940 | | CHIRO MANIPULATION | 1 | 1 | 55.00 | 3.57 | | | 51.43 | |
| 03-26-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 03-26-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-26-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | | | 40.00 | |
| 03-26-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-28-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-28-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-28-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-30-2001 | 3 | 1 | 98941 | | CHIRO MANIPULATION | 1 | 1 | 70.00 | 3.88 | | | 66.12 | |
| 03-30-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 03-30-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-30-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |

| | | |
|---|---|---|
| Total Charges: | 500.00 | |
| Bill Review Reductions: | | 7.45 |
| Recommended Allowance: | | 492.55 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*PAYMENT PENDING ADJUSTOR'S REVIEW\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The Explanation of Review is sent solely for your records.
\*\*\*\*\*\*\*\*THIS IS NOT A BILL\*\*\*\*\*\*\*\*

\* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

OK TO PAY

P)F EX Code
Res Check
Date/Int. 4 19

RECEIVED
APR 18 2001

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P O BOX 2006, CHADDSFORD, PA 19317

CSG000046

PLEASE
DO NOT
STAPLE
IN THIS
AREA

AIG
PO BOX 2410

LONGWOOD FL 32752-2410

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. | MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| | (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | [X] (ID) | AQ192209KB |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**GALTERIO LOUIS A**

3. PATIENT'S BIRTH DATE
07 21 66   SEX  M [X]  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**GALTERIO LOUIS A**

5. PATIENT'S ADDRESS (No., Street)
**638 SNUG HARBOR DR**

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
**638 SNUG HARBOR DR**

CITY **BOYNTON BEACH**  STATE **FL**

8. PATIENT STATUS
Single  Married  Other [X]

CITY **BOYNTON BEACH**  STATE **FL**

ZIP CODE **33435**  TELEPHONE (Include Area Code) **(561) 252 5929**

Employed [X]  Full-Time Student  Part-Time Student

ZIP CODE **33435**  TELEPHONE (INCLUDE AREA CODE) **(561) 252 5929**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
**GALTERIO LOUIS A**

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**8492226**

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  [X] NO

a. INSURED'S DATE OF BIRTH
07 21 66   SEX  M [X]  F

b. OTHER INSURED'S DATE OF BIRTH
07 21 66  SEX  M [X]  F

b. AUTO ACCIDENT?   PLACE (State)
YES  [X] NO  FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
**AIG**

d. INSURANCE PLAN NAME OR PROGRAM NAME
**JOHN AGNETTI**

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[X] YES  NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**  DATE **04 05 01**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
**12 08 00**

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  $ CHARGES
YES  [X] NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. **847 0**   3. **847 2**
2. **784 0**   4.

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 26 01 | 11 | 1 | 98940 | | 123 | 55 00 | | | | | |
| 03 26 01 | 11 | 1 | 97010 | | 123 | 30 00 | | | | | |
| 03 26 01 | 11 | 1 | 97014 | | 123 | 35 00 | | | | | |
| 03 26 01 | 11 | 1 | 97124 | | 123 | 40 00 | | | | | RECEIVED |
| 03 26 01 | 11 | 1 | 97012 | | 123 | 35 00 | | | | | APR ... 2001 |

25. FEDERAL TAX I.D. NUMBER  SSN EIN
**650974787**  [X]

26. PATIENT'S ACCOUNT NO.
**GALLOU24-00**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES  NO

28. TOTAL CHARGE  $ **195 00**

29. AMOUNT PAID  $ **0 00**

30. BALANCE DUE  $ **195 00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**DAVID R MOTE DC**
SIGNED  DATE **04 05 01**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
RECEIVED
APR 13 2001

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
**MOTE WELLNESS REHAB INC**
**3925 W BOYNTON BEACH BLVD**
**BOYNTON BEACH FL 33436**
PIN **CH0006242**  GRP **561 742-3283**

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8 88)  PLEASE PRINT OR TYPE

FORM HCFA-1500
FORM OWCP-1500

CSG000087

AIG
PO BOX 2410

LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

PLEASE DO NOT STAPLE IN THIS AREA

| | | | | | | |
|---|---|---|---|---|---|---|
| PICA | | | | | | PICA |

**1.** MEDICARE ☐ MEDICAID ☐ CHAMPUS ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☐ OTHER ☐ **1a. INSURED'S I.D. NUMBER** A0192209KB (FOR PROGRAM IN ITEM)

**2. PATIENT'S NAME** GALTERIO LOUIS A

**3. PATIENT'S BIRTH DATE** 07 21 66 M☒ SEX

**4. INSURED'S NAME** GALTERIO LOUIS A

**5. PATIENT'S ADDRESS** 638 SNUG HARBOR DR

**6. PATIENT RELATIONSHIP TO INSURED** Self ☒ Spouse ☐ Child ☐ Other ☐

**7. INSURED'S ADDRESS** 638 SNUG HARBOR DR

CITY BOYNTON BEACH STATE FL

**8. PATIENT STATUS** Single ☐ Married ☐ Other ☒
Employed ☒ Full-Time Student ☐ Part-Time Student ☐

CITY BOYNTON BEACH STATE FL

ZIP CODE 33435 TELEPHONE (561) 252 5929

ZIP CODE 33435 TELEPHONE (561) 252 5929

**9. OTHER INSURED'S NAME** GALTERIO LOUIS A

**11. INSURED'S POLICY GROUP OR FECA NUMBER** 8492226

**a.** OTHER INSURED'S POLICY OR GROUP NUMBER

**a. EMPLOYMENT?** ☐ YES ☒ NO

**a. INSURED'S DATE OF BIRTH** 07 21 66 M☒ SEX

**b.** OTHER INSURED'S DATE OF BIRTH 07 21 66 M☒ SEX

**b. AUTO ACCIDENT?** ☒ YES ☐ NO PLACE FL

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c.** EMPLOYER'S NAME OR SCHOOL NAME

**c. OTHER ACCIDENT?** ☐ YES ☒ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME** AIG

**d.** INSURANCE PLAN NAME OR PROGRAM NAME JOHN AGNETTI

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** ☒ YES ☐ NO

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** SIGNATURE ON FILE DATE 04 05 01

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** SIGNATURE ON FILE

**14. DATE OF CURRENT** 12 08 00

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**20. OUTSIDE LAB?** ☐ YES ☒ NO

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY**
1. 847 0    3. 847 2
2. 784 0    4.

| MM DD YY | MM DD YY | Place | Type | CPT/HCPCS MODIFIER | DIAGNOSIS CODE | $ CHARGES | DAYS/UNITS | EPSDT | EMG | COB | RESERVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 28 01 | | 11 | 1 | 97112 | 123 | 100 00 | 2 | | | | |
| 03 28 01 | | 11 | 1 | 97012 | 123 | 35 00 | 1 | | | | |
| 03 30 01 | | 11 | 1 | 98941 | 123 | 70 00 | 1 | | | | |
| 03 30 01 | | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 03 30 01 | | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |
| 03 30 01 | | 11 | 1 | 97012 | 123 | 35 00 | 1 | | | | |

RECEIVED APR 10 2001 AIGCS LONGWOOD, FL

**25. FEDERAL TAX I.D. NUMBER** 650974787 SSN☐ EIN☒

**26. PATIENT'S ACCOUNT NO.** GALLOU24-00

**27. ACCEPT ASSIGNMENT?** ☒ YES ☐ NO

**28. TOTAL CHARGE** $ 305 00

**29. AMOUNT PAID** $ 0 00

**30. BALANCE DUE** $ 305 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER** DAVID R MOTE DC DATE 04 05 01

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE**
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
CH0006242 561 742-3283

FORM HCFA-1500

CSG000088

**AIG**
*Insuring Your Work,*
*Your Life, Your World.*

Explanation of Review

Page: 1    of    1
Case: A11-FFLN-0050460
Review Date: 04-18-2001
Adjustor: BLND
File: 00000240/00000000/00000000
Reviewer: CA/

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

Provider:    MOTE WELLNESS REHAB
             3925 W BOYTON BEACH BLVD
             BOYNTON BEACH, FL 33436

Claim: A0192209-1

PAID 5/3/01

DOI: 12-06-2000
Claimant: GALTERIO, LOUIS
          638 SNUG HARBOR DRIVE - APT 6E
          BOYNTON BEACH, FL 33435

Tax ID: 650974787    OM
DOS: 04-02-2001 to 04-06-2001

Dx 1: 847.0 SPRAIN OF NECK    Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 784.0 HEADACHE

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO UM | Allowance | Expl Code(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-02-2001 | 3 | 1 | 98941 | | CHIRO MANIPULATION | 1 | 1 | 70.00 | 4.34 | | 65.66 | |
| 04-02-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | 30.00 | |
| 04-02-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | 35.00 | |
| 04-02-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | 35.00 | |
| 04-04-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | 50.00 | |
| 04-04-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | 50.00 | |
| 04-04-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | 50.00 | |
| 04-04-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | 50.00 | |
| 04-04-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | 35.00 | |
| 04-06-2001 | 3 | 1 | 98941 | | CHIRO MANIPULATION | 1 | 1 | 70.00 | 4.34 | | 65.66 | |
| 04-06-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | 30.00 | |
| 04-06-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | 35.00 | |
| 04-06-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | 35.00 | |

Total Charges:    575.00
Bill Review Reductions:    8.68
Recommended Allowance:    566.32

ADJUSTOR'S REVIEW•••••••••••••••••••••
...ords.

OK TO PAY
PD EX Code
Res Check
Date/Int

4/2
4/13

152 remainder of PIP

APR 19 2001

IEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT 8594, EXT 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000048

PLEASE STAPLE IN THIS AREA

AIG
PO BOX 2410
LONGWOOD FL 32752-2410

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE *(Medicare #)* | MEDICAID *(Medicaid #)* | CHAMPUS *(Sponsor's SSN)* | CHAMPVA *(VA File #)* | GROUP HEALTH PLAN *(SSN or ID)* | FECA BLK LUNG *(SSN)* | OTHER X *(ID)* | 1a. INSURED'S I.D. NUMBER A0192209KB | (FOR PROGRAM IN ITEM 1) |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

3. PATIENT'S BIRTH DATE 07 21 66 M X SEX F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

5. PATIENT'S ADDRESS (No., Street)
638 SNUG HARBOR DR

6. PATIENT RELATIONSHIP TO INSURED
Self X Spouse Child Other

7. INSURED'S ADDRESS (No., Street)
638 SNUG HARBOR DR

CITY BOYNTON BEACH   STATE FL

8. PATIENT STATUS
Single   Married   Other X

CITY BOYNTON BEACH   STATE FL

ZIP CODE 33435   TELEPHONE (Include Area Code) (561) 252 5929

Employed X   Full-Time Student   Part-Time Student

ZIP CODE 33435   TELEPHONE (INCLUDE AREA CODE) (561) 252 5929

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
8492226

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES X NO

a. INSURED'S DATE OF BIRTH 07 21 66 M X SEX F

b. OTHER INSURED'S DATE OF BIRTH 07 21 66 M X SEX F

b. AUTO ACCIDENT? YES X NO PLACE (State) FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME
JOHN AGNETTI

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
X YES   NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE   DATE 04 11 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT: 12 06 00 ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM   TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES   X NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847 0
2. 784 0
3. 847 2
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 04 02 01 | 11 | 1 | 98941 | 123 4 | 70 00 | 1 | | | | |
| 04 02 01 | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 04 02 01 | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |
| 04 02 01 | 11 | 1 | 97012 | 123 | 35 00 | 1 | | | | 2001 |
| 04 04 01 | 11 | 1 | 97112 | 123 | 200 00 | 4 | | | | |
| 04 04 01 | 11 | 1 | 97012 | 123 | 35 00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER 650974787 SSN EIN X

26. PATIENT'S ACCOUNT NO. GALLOU24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) X YES   NO

28. TOTAL CHARGE $ 405 00

29. AMOUNT PAID $ 0 00

30. BALANCE DUE $ 405 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID R MOTE DC
SIGNED   DATE 04 11 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
CH0006242   PIN# 561 742-3283   GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE

FORM HCFA-1500 (12-90)
FORM OWCP-1500   FORM RRB-1500

CSG000089

APPROVED OMB-0938-0008

DO NOT
STAPLE
IN THIS
AREA

PO BOX  24 J

LONGWOOD FL  32752-2410

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | A0192209KB | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

3. PATIENT'S BIRTH DATE
07 21 66  M  SEX F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

5. PATIENT'S ADDRESS (No., Street)
638 SNUG HARBOR DR

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
638 SNUG HARBOR DR

CITY
BOYNTON BEACH

STATE
FL

8. PATIENT STATUS
Single  Married  Other X

CITY
BOYNTON BEACH

STATE
FL

ZIP CODE
33435

TELEPHONE (Include Area Code)
(561)252 5929

Employed X  Full-Time Student  Part-Time Student

ZIP CODE
33435

TELEPHONE (INCLUDE AREA CODE)
(561)252 5929

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
8492226

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  X NO

a. INSURED'S DATE OF BIRTH
07 21 66  M X  SEX F

b. OTHER INSURED'S DATE OF BIRTH
07 21 66  M X  SEX F

b. AUTO ACCIDENT?  PLACE (State)
YES  X NO  FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME
JOHN AGNETTI

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
X YES  NO  If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below
SIGNATURE ON FILE  04 11 01
SIGNED  DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNATURE ON FILE
SIGNED

14. DATE OF CURRENT
12 06 00  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM DD YY  TO  MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM DD YY  TO  MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  $ CHARGES
YES  X NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 847 0
2. 784 0
3. 847 2
4.

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 06 01 | | 11 | 1 | 98941 | | 123 | 70 00 | 1 | | | | |
| 04 06 01 | | 11 | 1 | 97010 | | 123 | 30 00 | 1 | | | | |
| 04 06 01 | | 11 | 1 | 97014 | | 123 | 35 00 | 1 | | | | |
| 04 06 01 | | 11 | 1 | 97012 | | 123 | 35 00 | 1 | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

REC[...]
APR 16 2001

25. FEDERAL TAX I.D. NUMBER  SSN EIN
650974787  X

26. PATIENT'S ACCOUNT NO.
GALLOU24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
X YES  NO

28. TOTAL CHARGE
$ 170 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 170 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID R MOTE DC
04 11 01
SIGNED  DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE
MOTE WELLNESS   REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL  33436
PIN# CH0006242  GRP# 561 742-3283

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88

PLEASE PRINT C

FORM HCFA-1500 (12-90)
FORM OWCP-1500  FORM RRB-1-[...]

CSG000090

**AIG** *Insuring Your Work.*
*Your Life. Your World.*

### Explanation of Review

:: 23

Page: 1    of    1
Case: AJ1-FFLN-0050803
Review Date: 04-24-2001
Adjustor: BLIND
File: 00000240/00000000/00000000
Reviewer: HB/

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850    -

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A0192209-1

DOI: 12-06-2000
Claimant: GALTERIO, LOUIS
638 SNUG HARBOR DRIVE - APT 6E
BOYNTON BEACH, FL 33435

Tax ID 650974787    OM
DOS: 04-09-2001 to 04-13-2001

Dx 1: 847.0 SPRAIN OF NECK    Dx 2: 784.0 HEADACHE
Dx 3: 847.2 SPRAIN LUMBAR REGION

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx No | Units | Charges | Bill Review | PPO | UM | Allowance | Ext Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-09-2001 | 3 | 1 | 98941 | | CHIRO MANIPULATION | 1 | 1 | 70.00 | 4.34 | | | 65.66 | |
| 04-09-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-09-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-13-2001 | 3 | 1 | 98941 | | CHIRO MANIPULATION | 1 | 1 | 70.00 | 4.34 | | | 65.66 | |
| 04-13-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-13-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-13-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |
| 04-13-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |

Total Charges: 345.00
Bill Review Reductions: 9.53
Recommended Allowance: 335.47

••••••••••••••••••••••PAYMENT PENDING ADJUSTOR'S REVIEW••••••••••••••••••••••
The Explanation of Review is sent solely for your records.
••••••••THIS IS NOT A BILL••••••••

\* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

RECEIVED
APR 2 6 2001
AIGCS
LONGWOOD, FL

IF YOU HAVE ANY QUE.... ONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT  8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA  19317

**CSG000049**

PO BOX 5 410

LONGWOOD FL  32752-2410

## HEALTH INSURANCE CLAIM FORM

| | MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a INSURED S I D NUMBER | FOR PROGRAM IN ITEM 1 |
|---|---|---|---|---|---|---|---|---|---|
| | Medicare # | Medicaid # | Sponsor's SSN | VA File # | SSN or ID | SSN | ☒ | A0192209KB | |

2 PATIENT'S NAME (Last Name First Name Middle Initial)
GALTERIO LOUIS A

3 PATIENT'S BIRTH DATE  07 21 66  SEX M ☒ F

4 INSURED'S NAME (Last Name First Name Middle Initial)
GALTERIO LOUIS A

5 PATIENT'S ADDRESS (No Street)
638 SNUG HARBOR DR

6 PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

7 INSURED'S ADDRESS (No Street)
638 SNUG HARBOR DR

CITY
BOYNTON BEACH        STATE FL

8 PATIENT STATUS
Single ☐ Married ☐ Other ☒

CITY
BOYNTON BEACH        STATE FL

ZIP CODE 33435    TELEPHONE (Include Area Code) 561 )252 5899

Employed ☒  Full Time Student ☐  Part Time Student ☐

ZIP CODE 33435    TELEPHONE (INCLUDE AREA CODE) 561 )252 5899

9 OTHER INSURED'S NAME (Last Name First Name Middle Initial)
GALTERIO LOUIS A

10 IS PATIENT'S CONDITION RELATED TO

11 INSURED'S POLICY GROUP OR FECA NUMBER
3492006

a OTHER INSURED'S POLICY OR GROUP NUMBER

a EMPLOYMENT? (CURRENT OR PREVIOUS)  ☐ YES ☒ NO

a INSURED'S DATE OF BIRTH  07 21 66  SEX M ☒ F

b OTHER INSURED'S DATE OF BIRTH  07 21 66  SEX M ☒ F

b AUTO ACCIDENT?  ☐ YES ☒ NO  PLACE (State) FL

b EMPLOYER'S NAME OR SCHOOL NAME

c EMPLOYER'S NAME OR SCHOOL NAME

c OTHER ACCIDENT?  ☐ YES ☒ NO

c INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d INSURANCE PLAN NAME OR PROGRAM NAME
JOHN AGNETTI

10d RESERVED FOR LOCAL USE

d IS THERE ANOTHER HEALTH BENEFIT PLAN?
☒ YES  ☐ NO  If yes return to and complete

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM

12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim I also request payment of government benefits either to myself or to the party who accepts assignment below
SIGNATURE ON FILE
SIGNED        DATE  04 18 01

13 INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below
SIGNATURE ON FILE
SIGNED

14 DATE OF CURRENT  MM DD YY  12 06 00  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15 IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE  MM DD YY

16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM DD YY  FROM        TO

17 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a I D NUMBER OF REFERRING PHYSICIAN

18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  MM DD YY  FROM        TO

19 RESERVED FOR LOCAL USE

20 OUTSIDE LAB?  ☐ YES ☒ NO    $ CHARGES

21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1 2 3 OR 4 TO ITEM 24E BY LINE)

1. 847 0
2. 734 0
3. 847 2

22 MEDICAID RESUBMISSION CODE        ORIGINAL REF NO

23 PRIOR AUTHORIZATION NUMBER

RECEIVED
APR 26 2001
LONGWOOD, FL

| 24 DATE(S) OF SERVICE From | | | To | | | B Place of Service | C Type of Service | D PROCEDURES SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | | | | | | | | |
| 04 | 09 | 01 | | | | 11 | 1 | 98941 | 123 | 70 00 | 1 | | | | |
| 04 | 09 | 01 | | | | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 04 | 09 | 01 | | | | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |

RECEIVED
APR 2 0 2001

25 FEDERAL TAX I D NUMBER  650974787  SSN ☐ EIN ☒

26 PATIENT'S ACCOUNT NO
GALLOU24-00

27 ACCEPT ASSIGNMENT? (For govt claims see back)  ☒ YES  ☐ NO

28 TOTAL CHARGE  $ 135 00

29 AMOUNT PAID  $ 0 00

30 BALANCE DUE  $ 00

31 SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof)
DAVID R MOTE DC
SIGNED        04 18 01

32 NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33 PHYSICIAN'S SUPPLIER'S BILLING NAME ADDRESS ZIP CODE & PHONE #
MOTE WELLNESS REHA
3925 W BOYNTON BEA
BOYNTON BEACH FL
PIN CH0006242    GRP 560

CSG000091

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX 2410

LONGWOOD FL 32752-2410

PICA

## HEALTH INSURANCE CLAIM FORM

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER |
|---|---|---|---|---|---|---|---|
| Medicare # | Medicaid # | Sponsor's SSN | VA File # | SSN or ID | SSN | X ID | AQ192209KB |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

3. PATIENT'S BIRTH DATE / SEX

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

5. PATIENT'S ADDRESS (No., Street)
538 SNUG HARBOR DR

6. PATIENT RELATIONSHIP TO INSURED

7. INSURED'S ADDRESS (No., Street)
538 SNUG HARBOR DR

CITY
BOYNTON BEACH         STATE  FL

8. PATIENT STATUS

CITY
BOYNTON BEACH         STATE  FL

ZIP CODE        TELEPHONE (Include Area Code)
33435          (561)252 5929

ZIP CODE        TELEPHONE (INCLUDE AREA CODE)
33435          (561)252 5929

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
3492226

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES   X NO

a. INSURED'S DATE OF BIRTH    SEX
MM 07 DD 21 YY 66    M

b. OTHER INSURED'S DATE OF BIRTH    SEX
MM 07 DD 21 YY 66    M X  F

b. AUTO ACCIDENT?    PLACE (State)
YES   X NO   FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES   X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME
JOHN AGNETTI

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
X YES   NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE  04 18 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
MM 12 DD 06 YY 00

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
YES   X NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 847 0          3. 847 2

2. 784 0          4.

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 13 01 | | 11 | 1 | 98941 | 123 | 70 00 | 1 | | | | |
| 04 13 01 | | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 04 13 01 | | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |
| 04 13 01 | | 11 | 1 | 97124 | 123 | 40 00 | 1 | | | | |
| 04 13 01 | | 11 | 1 | 97012 | 123 | 35 00 | 1 | | | | |

RECEIVED APR 2 5 2001 AIGCS LONGWOOD FL

RECEIVED APR 2 0 2001 AIGCS LONGWOOD FL

25. FEDERAL TAX I.D. NUMBER    SSN EIN
650974787    X

26. PATIENT'S ACCOUNT NO.
GALLOU24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
X YES   NO

28. TOTAL CHARGE
$ 210 00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 210 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED  DAVID E MOTE DC    04 13 2001

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS  REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN CHO006242    GRP 561 742 9355

CSG000092

**AIG**
*Insuring Your Work,*
*Your Life, Your World.*

Explanation of Review

| | | |
|---|---|---|
| | | Page: 1  of  1 |
| Client Name: AIGCS FL(FL) | NF - AIGCSDE19850 | Case: AII-FFLN-0051219 |
| | | Review Date: 05-02-2001 |
| | | Adjustor: BLIND |
| | | File: 00000240/00000000/00000000 |
| | | Reviewer: CA/CA |

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A0192209-1

DOI: 12-06-2000
Claimant: GALTERIO, LOUIS
638 SNUG HARBOR DRIVE - APT 6E
BOYNTON BEACH, FL 33435

Tax ID: 650974787   OM
DOS: 04-16-2001 to 04-20-2001

Dx 1: 847.0 SPRAIN OF NECK        Dx 2: 784.0 HEADACHE
Dx 3: 847.2 SPRAIN LUMBAR REGION

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exp Code: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-16-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-16-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-16-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-16-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-16-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-16-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-16-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-16-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-16-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-20-2001 | 3 | 1 | 98941 | | CHIRO MANIPULATION | 1 | 1 | 70.00 | 4.34 | | | 65.66 | |
| 04-20-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-20-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-20-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |
| 04-20-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |

| | | |
|---|---|---|
| Total Charges: | 645.00 | |
| Bill Review Reductions: | | 5.19 |
| Recommended Allowance: | | 639.81 |

*********************PAYMENT PENDING ADJUSTOR'S REVIEW*********************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.


RECEIVED
MAY 03 2001
AIGCS
LONGWOOD

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE MM DD YY        SEX M    F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self    Spouse    Child    Other

7. INSURED'S ADDRESS (No., Street)

CITY                              STATE

8. PATIENT STATUS
Single    Married    Other

CITY                              STATE

ZIP CODE        TELEPHONE (Include Area Code)

Employed    Full-Time Student    Part-Time Student

ZIP CODE        TELEPHONE (INCLUDE AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES    NO

a. INSURED'S DATE OF BIRTH MM DD YY        SEX M    F

b. OTHER INSURED'S DATE OF BIRTH MM DD YY    SEX M    F

b. AUTO ACCIDENT?        PLACE (State)
YES    NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES    NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES    NO    If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____    DATE _____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _____

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY
FROM        TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY
FROM        TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?        $ CHARGES
YES    NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. _____    3. _____
2. _____    4. _____

22. MEDICAID RESUBMISSION CODE        ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |

RECEIVE
APR 3 2001

RECEIVE
APR 30 2001
AIGCS
LONGW...

25. FEDERAL TAX I.D. NUMBER    SSN EIN

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES    NO

28. TOTAL CHARGE    $

29. AMOUNT PAID    $

30. BALANCE DUE

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED _____    DATE _____

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

PIN#        GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8 88)

PLEASE PRINT C

FORM HCFA-1500
FORM OWCP 1500

CSG000093

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |

(Medicare #)    (Medicaid #)    (Sponsor's SSN)    (VA File #)    SSN or 'ID)    (SSN)    (ID)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE
MM    DD    YY    SEX    M    F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self    Spouse    Child    Other

7. INSURED'S ADDRESS (No., Street)

CITY    STATE

8. PATIENT STATUS
Single    Married    Other

CITY    STATE

ZIP CODE    TELEPHONE (Include Area Code)
(    )

Employed    Full-Time Student    Part-Time Student

ZIP CODE    TELEPHONE (INCLUDE AREA CODE)
(    )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES    NO

a. INSURED'S DATE OF BIRTH
MM    DD    YY    SEX    M    F

b. OTHER INSURED'S DATE OF BIRTH
MM    DD    YY    SEX    M    F

b. AUTO ACCIDENT?    PLACE (State)
YES    NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES    NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES    NO    If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED

14. DATE OF CURRENT
MM    DD    YY    ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE    MM    DD    YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM    DD    YY    MM    DD    YY
FROM    TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM    DD    YY    MM    DD    YY
FROM    TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?    $ CHARGES
YES    NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1.    3.

2.    4.

22. MEDICAID RESUBMISSION
CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS    MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |

MAY ... 2001

RECEIVED
APR 30 2001
AIGCS
LONGWOOD, FL

25. FEDERAL TAX I.D. NUMBER    SSN    EIN

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES    NO

28. TOTAL CHARGE
$

29. AMOUNT PAID
$

30. BALANCE DUE
$

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED    DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

PIN#    GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8.88)

PLEASE PRINT OR

FORM HCFA-1500  (12-90)
FORM OWCP-1500    FORM RRB-1500

CSG000094

**AIG**
*Insuring Your Work.*
*Your Life. Your World.*

Explanation of Review

Page: 1    of    1
Case: A11-FFLN-0051790
Review Date: 05-14-2001
Adjustor: BLIND
File: 00000240 00000000 00000000
Reviewer: SJ

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A0192209-1

DOI: 12-06-2000
Claimant: GALTERIO, LOUIS
638 SNUG HARBOR DRIVE - APT 6E
BOYNTON BEACH, FL 33435

Tax ID: 650974787    OM
DOS: 04-23-2001 to 04-27-2001

Dx 1: 847.0 SPRAIN OF NECK    Dx 2: 784.0 HEADACHE
Dx 3: 847.2 SPRAIN LUMBAR REGION

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exp Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-23-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-23-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-23-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-23-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-23-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-25-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-25-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-25-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-25-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-27-2001 | 3 | 1 | 98940 | | CHIRO MANIPULATION | 1 | 1 | 55.00 | 3.93 | | | 51.07 | |
| 04-27-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-27-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-27-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |

Total Charges: 595.00
Bill Review Reductions: 4.78
Recommended Allowance: 590.22

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*PAYMENT PENDING ADJUSTOR'S REVIEW\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The Explanation of Review is sent solely for your records.
\*\*\*\*\*\*\*\*THIS IS NOT A BILL\*\*\*\*\*\*\*\*

\* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

RECEIVED
MAY 18 2001
AIGCS
LONGWOOD, .

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

**CSG000051**

**AIG**
*Insuring Your Work.*
*Your Life. Your World.*

Explanation of Review

Page: 1 of 1
Case: A11-FFLN-0051790
Review Date: 05-14-2001
Adjustor: BLIND
File: 00000240/00000000/00000000
Reviewer: SJ

Client Name: AIGCS FL(FL)   NF - AIGCSDE19850

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A0192209-1

DOI: 12-06-2000
Claimant: GALTERIO, LOUIS
638 SNUG HARBOR DRIVE - APT 6E
BOYNTON BEACH, FL 33435

Tax ID: 650974787   OM
DOS: 04-23-2001 to 04-27-2001

Dx 1: 847.0 SPRAIN OF NECK   Dx 2: 784.0 HEADACHE
Dx 3: 847.2 SPRAIN LUMBAR REGION

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exp. Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-23-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-23-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-23-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-23-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-23-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-25-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-25-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-25-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-27-2001 | 3 | 1 | 98940 | | CHIRO MANIPULATION | 1 | 1 | 55.00 | 3.93 | | | 51.07 | |
| 04-27-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-27-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-27-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |

Total Charges: 595.00
Bill Review Reductions: 4.78
Recommended Allowance: 590.22

**************************PAYMENT PENDING ADJUSTOR'S REVIEW**********************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE FOR THE PROVIDER'S GEOGRAPHICAL REGION.

**RECEIVED**
**MAY 1 8 2001**
AIGCS
LONGWOOD, FL

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000052

**AIG** *Insuring Your Work,*
*Your Life. Your World.*

Explanation of Review

Page: 1    of    1
Case: AII-FFLN-0051790
Review Date: 05-14-2001
Adjustor: BLIND
File: 00000240 00000000 00000000
Reviewer: SJ

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A0192209-1

DOI: 12-06-2000
Claimant: GALTERIO, LOUIS
638 SNUG HARBOR DRIVE - APT 6E
BOYNTON BEACH, FL 33435

Tax ID: 650974787    OM
DOS: 04-23-2001 to 04-27-2001

Dx 1: 847.0 SPRAIN OF NECK    Dx 2: 784.0 HEADACHE
Dx 3: 847.2 SPRAIN LUMBAR REGION

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exp Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-23-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-23-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-23-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-23-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-23-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-25-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-25-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-25-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-25-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-27-2001 | 3 | 1 | 98940 | | CHIRO MANIPULATION | 1 | 1 | 55.00 | 3.93 | | | 51.07 | |
| 04-27-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-27-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-27-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | 0.85 | | | 39.15 | |

Total Charges:    595.00
Bill Review Reductions:    4.78
Recommended Allowance:    590.22

**********************PAYMENT PENDING ADJUSTOR'S REVIEW**********************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE FOR THE PROVIDER'S GEOGRAPHICAL REGION.

RECEIVED
MAY 1 8 2001
AIGCS
LONGWOOD, F

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

APPROVED OMB-0938-0008

AIG
PO BOX    410
LONGWOOD FL   32752-2410

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | A0192209KB |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| GALTERIO LOUIS A | 07 21 66  M X | | GALTERIO LOUIS A |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 638 SNUG HARBOR DR | Self X Spouse Child Other | 638 SNUG HARBOR DR |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single Married X Other | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33435 | (561) 252 5929 | Employed X Full-Time Student Part-Time Student | 33435 | (561) 252 5929 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| GALTERIO LOUIS A | | 8492226 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES X NO | a. INSURED'S DATE OF BIRTH 07 21 66  M X  SEX |
|---|---|---|

| b. OTHER INSURED'S DATE OF BIRTH  07 21 66  SEX F X | b. AUTO ACCIDENT? YES X NO  PLACE (State) FL | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES X NO | c. INSURANCE PLAN NAME OR PROGRAM NAME AIG |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME  JOHN AGNETTI | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? X YES NO  If yes, return to and complete item 9 a-d. |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE    DATE 05 03 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)  12 06 00 | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY  TO MM DD YY |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY  TO MM DD YY |
|---|---|---|

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? YES NO X  $ CHARGES |
|---|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 847 0    3. 847 2
2. 784 0    4.

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 04 23 01 | 11 | 1 | 97112 | 123 | 200 00 | 4 | | | | |
| 04 23 01 | 11 | 1 | 97012 | 123 | 35 00 | | | | | |
| 04 25 01 | 11 | 1 | 97112 | 123 | 200 00 | 4 | | | | |

RECEIVED MAY 09 2001  AIGCS LONGWOOD, FL

RECEIVED MAY 18 2001  AIGCS LONGWOOD, FL

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN  650974787 X | 26. PATIENT'S ACCOUNT NO.  GALLOU24-00 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE $ 435 00 | 29. AMOUNT PAID $ 0 00 | 30. BALANCE DUE $ 435 00 |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  DAVID R MOTE DC  05 03 01 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE MOTE WELLNESS REHAB INC 3925 W BOYNTON BEACH BLVD BOYNTON BEACH FL  33436  CH0006242  561 742-3283  PIN#  GRP# |
|---|---|---|

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88    PLEASE PRINT OR

FORM HCFA 1500 (12-90)
FORM OWCP-1500    FORM RRB-1500

CSG000095

AISD
PO BOX   2410

LONGWOOD FL   32752-2410

# HEALTH INSURANCE CLAIM FORM

| | PICA | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|

**1.** MEDICARE ☐ (Medicare #) MEDICAID ☐ (Medicaid #) CHAMPUS ☐ (Sponsor's SSN) CHAMPVA ☐ (VA File #) GROUP HEALTH PLAN ☐ (SSN or ID) FECA BLK LUNG ☐ (SSN) OTHER ☒ (ID)
**1a.** INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
A0192209KE*

**2.** PATIENT'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

**3.** PATIENT'S BIRTH DATE  07 21 66  SEX M ☒

**4.** INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

**5.** PATIENT'S ADDRESS (No., Street)
638 SNUG HARBOR DR

**6.** PATIENT RELATIONSHIP TO INSURED
Self ☒   Spouse ☐   Child ☐   Other ☐

**7.** INSURED'S ADDRESS (No., Street)
638 SNUG HARBOR DR

CITY  BOYNTON BEACH  STATE FL

**8.** PATIENT STATUS
Single ☐   Married ☐   Other ☒

CITY  BOYNTON BEACH  STATE FL

ZIP CODE  33435  TELEPHONE (Include Area Code) (561) 252 5929

Employed ☒  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE  33435  TELEPHONE (INCLUDE AREA CODE) (561) 252 5929

**9.** OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
GALTERIO LOUIS A

**10.** IS PATIENT'S CONDITION RELATED TO:

**11.** INSURED'S POLICY GROUP OR FECA NUMBER
8492226

**a.** OTHER INSURED'S POLICY OR GROUP NUMBER

**a.** EMPLOYMENT? (CURRENT OR PREVIOUS)
☐ YES  ☒ NO

**a.** INSURED'S DATE OF BIRTH  07 21 66  SEX M ☒

**b.** OTHER INSURED'S DATE OF BIRTH  07 21 66  SEX M ☒ F ☐

**b.** AUTO ACCIDENT?  ☒ YES  ☐ NO  PLACE (State) FL

**b.** EMPLOYER'S NAME OR SCHOOL NAME

**c.** EMPLOYER'S NAME OR SCHOOL NAME

**c.** OTHER ACCIDENT?  ☐ YES  ☒ NO

**c.** INSURANCE PLAN NAME OR PROGRAM NAME
AIG

**d.** INSURANCE PLAN NAME OR PROGRAM NAME
JOHN AGNETTI

**10d.** RESERVED FOR LOCAL USE

**d.** IS THERE ANOTHER HEALTH BENEFIT PLAN?
☒ YES  ☐ NO  If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12.** PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below
SIGNATURE ON FILE
SIGNED                                DATE  05 03 01

**13.** INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

**14.** DATE OF CURRENT  12 06 00  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

**15.** IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

**16.** DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM  TO

**17.** NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

**17a.** I.D. NUMBER OF REFERRING PHYSICIAN

**18.** HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM  TO

**19.** RESERVED FOR LOCAL USE

**20.** OUTSIDE LAB?  ☐ YES  ☒ NO  $ CHARGES

**21.** DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847 0     3. 847 2
2. 784 0     4.

**22.** MEDICAID RESUBMISSION CODE  ORIGINAL REF NO

**23.** PRIOR AUTHORIZATION NUMBER

**24.**

| A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 27 01 | | 11 | 1 | 98940 | 123 | 55 00 | 1 | | | | |
| 04 27 01 | | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 04 27 01 | | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |
| 04 27 01 | | 11 | 1 | 97124 | 123 | 40 00 | 1 | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

RECEIVED
MAY 18 2001
AIGCS
LONGWOOD

**25.** FEDERAL TAX I.D. NUMBER  650974787  SSN ☐ EIN ☒

**26.** PATIENT'S ACCOUNT NO.
GALLOU24-00

**27.** ACCEPT ASSIGNMENT? (For govt. claims, see back)  ☒ YES  ☐ NO

**28.** TOTAL CHARGE  $ 160 00

**29.** AMOUNT PAID  $ 0 00

**30.** BALANCE DUE  $ 160 00

**31.** SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof)
DAVID R MOTE DC
SIGNED                DATE  05 03 01

**32.** NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

**33.** PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL  33436
PIN# CH0006242  GRP# 561 742-3283

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88  **PLEASE PRINT OR TYPE**  FORM HCFA-1500 (12-90)  FORM OWCP-1500  FORM RRB-1500

CSG000096

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX 2410

LONGWOOD FL 32752-2410

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| 1 MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a INSURED S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | A0192209KB | |

| 2 PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3 PATIENT'S BIRTH DATE | SEX | 4 INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| GALTERIO LOUIS A | 07 21 66   M   F | | GALTERIO LOUIS A |

| 5 PATIENT'S ADDRESS (No., Street) | 6 PATIENT RELATIONSHIP TO INSURED | 7 INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 638 SNUG HARBOR DR | Self [X]  Spouse [ ]  Child [ ]  Other [ ] | 638 SNUG HARBOR DR |

| CITY | STATE | 8 PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single [ ]  Married [ ]  Other [X] | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33435 | (561) 252 5929 | Employed [X]  Full-Time Student [ ]  Part-Time Student [ ] | 33435 | (561) 252 5929 |

| 9 OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10 IS PATIENT'S CONDITION RELATED TO: | 11 INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| GALTERIO LOUIS A | | 8492226 |

| a OTHER INSURED'S POLICY OR GROUP NUMBER | a EMPLOYMENT? (CURRENT OR PREVIOUS) | a INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | [ ] YES  [X] NO | 07 21 66   M [X]  F | |

| b OTHER INSURED'S DATE OF BIRTH | SEX | b AUTO ACCIDENT? | PLACE (State) | b EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| 07 21 66   M   F | | [ ] YES  [X] NO   FL | | |

| c EMPLOYER'S NAME OR SCHOOL NAME | c OTHER ACCIDENT? | c INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | [ ] YES  [X] NO | AIG |

| d INSURANCE PLAN NAME OR PROGRAM NAME | 10d RESERVED FOR LOCAL USE | d IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| JOHN AGNETTI | | [X] YES  [ ] NO   If yes, return to and complete item 9 a-d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE   05 10 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

| 14 DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15 IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 12 05 00 | | FROM   TO |

| 17 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a I.D. NUMBER OF REFERRING PHYSICIAN | 18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | | FROM   TO |

| 19 RESERVED FOR LOCAL USE | | 20 OUTSIDE LAB?   [ ] YES [X] NO | $ CHARGES |
|---|---|---|---|

21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 347 0
2. 784 0
3. 847 2
4.

| 22 MEDICAID RESUBMISSION CODE | ORIGINAL REF NO. |
|---|---|

23 PRIOR AUTHORIZATION NUMBER

RECEIVED

| 24 A DATE(S) OF SERVICE | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I | J RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | | | | | | | |
| 04 30 01 | | 11 | 1 | 98940 | 123 | 55 00 | 1 | | | AIGCS LONGWOOD FL |
| 04 30 01 | | 11 | 1 | 97112 | 123 | 200 00 | 4 | | | |
| 04 30 01 | | 11 | 1 | 97012 | 123 | 35 00 | 1 | | | RECEIVED |
| 05 02 01 | | 11 | 1 | 98940 | 123 | 55 00 | 1 | | | MAY 15 2001 |
| 05 02 01 | | 11 | 1 | 97012 | 123 | 35 00 | 1 | | | AIGCS LONGWOOD |

| 25 FEDERAL TAX I.D. NUMBER | SSN EIN | 26 PATIENT'S ACCOUNT NO. | 27 ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28 TOTAL CHARGE | 29 AMOUNT PAID | 30 BALANCE DUE |
|---|---|---|---|---|---|---|
| 650974787 | [X] | GALLOU24-00 | [X] YES  [ ] NO | $ 380 00 | $ 0 00 | $ 380 00 |

| 31 SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof) | 32 NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33 PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| DAVID R MOTE DC | | MOTE WELLNESS REHAB INC |
| SIGNED   DATE | | 3925 W BOYNTON BEACH BLVD |
| | | BOYNTON BEACH FL 33436 |
| | | PIN# 0006242   GRP# 561 740 9393 |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8-88)   PLEASE PRINT OR TYPE

FORM HCFA-1500 (12-90)
FORM OWCP-1500   FORM RRB-1500

CSG000097

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX 2410

LONGWOOD FL 32752-2410

PICA

## HEALTH INSURANCE CLAIM FORM

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | FOR PROGRAM IN ITEM |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | [X] (ID) | A0192208KB | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| GALTERIO LOUIS A | 07 21 66  M [X] F | | GALTERIO LOUIS A |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 638 SNUG HARBOR DR | Self [X] Spouse Child Other | 638 SNUG HARBOR DR |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single Married Other [X] | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33435 | (561)252 5929 | Employed Full-Time Student Part-Time Student | 33435 | (561)252 5929 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| GALTERIO LOUIS A | | 8492226 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | YES [X] NO | 07 21 66  M [X] | |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| 07 21 66  M [X] F | | YES [X] NO | FL | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES [X] NO | AIG |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| JOHN AGNETTI | | [X] YES NO  If yes, return to and complete item 9 a-d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE  05 10 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| | | FROM  TO |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | | FROM  TO |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? $ CHARGES |
|---|---|
| | YES [X] NO |

**RECEIVED MAY 21 2001 AIGCS LONGWOOD FL**

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 847 0   3. 847 2
2. 784 0   4.

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 05 04 01 | 11 | 1 | 98941 | 123 | 70 00 | 1 | | | | |
| 05 04 01 | 11 | 1 | 97010 | 123 | 30 00 | 1 | | | | |
| 05 04 01 | 11 | 1 | 97014 | 123 | 35 00 | 1 | | | | |
| 05 04 01 | 11 | 1 | 97124 | 123 | 40 00 | 1 | | | | |
| 05 04 01 | 11 | 1 | 97012 | 123 | 35 00 | 1 | | | | |
| | | | | | | | | | | |

**RECEIVED MAY 15 2001**

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 650974787 | [X] | GALLOU24-00 | [X] YES NO | $ 210 00 | $ 0 00 | $ 210 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| SIGNED  DAVID R MOTE DC    DATE  05 10 01 | | MOTE WELLNESS REHAB INT 3925 W BOYNTON BEACH BLVD BOYNTON BEACH FL 33436 PIN# GH0006242  GRP# 561 742 8600 |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR T

FORM HCFA-1500  12 90
FORM OWCP-1500    FORM RRB-1500

## CSG000098



**AIG** *Insuring Your Work,*
*Your Life, Your World.*

CLAIM SERVICE CENTER

May 3, 2001

Office Phone: (800) 215-7568
Office Fax:    (407) 829-8348
E-Mail:        karen.blind@aig.com

Mote Wellness Rehab
3925 W. Boynton Beach Blvd.
Boynton Beach, FL 33436

RE:    Insured:            Louis A. Galterio II
       Claim No.:          A0192209 KB
       Date of Accident:   December 6, 2000
       Claimant:           Louis A. Galterio
       Exhaustion Date:    5/3/01

Dear Mote Wellness Rehab:

We are in receipt of your bill for services rendered to the patient listed above. Your charges exceed the patient's limits under their PIP coverage with our company. Payment toward these charges has been issued as follows:

|                        |          |
|------------------------|----------|
| Original billed amount: | $575.00 |
| 80% (PIP coverage):     | $736.00 |
| PIP limits:             | $152.66 |
| Interest:               | -0-     |
| Check amount:           | $152.66 |

Please be advised that benefits for your patient related to the above captioned motor vehicle accident have been exhausted. Please contact the patient for payment of any outstanding charges.

If you have any questions please do not hesitate to contact me at 407-829-7434 from 8:30 a.m. to 5:00 p.m. Monday thru Friday.

Sincerely,

Karen Blind Ex. 7434
Claims Representative For: American Home Assurance CompanyAdjuster Copy
TO: Mote Wellness Rehab

**CSG000099**

 **AIG** *Insuring Your Work, Your Life, Your World.*

CLAIM SERVICE CENTER

May 11, 2001

Office Phone:  (800) 215-7568
Office Fax:    (407) 829-8348
E-Mail:        karen.blind@aig.com

Mote Wellness Rehab
3925 W. Boynton Beach Blvd.
Boynton Beach, FL 33436

RE:    Insured:            Louis A. Galterio II
       Claim No.:          A0192209 KB
       Date of Accident:   December 6, 2000
       Claimant:           Louis A. Galterio
       Exhaustion Date:    5/2/01

Dear Mote Wellness Rehab:

Please be advised that benefits for your patient related to the above captioned motor vehicle accident have been exhausted.  Please contact the patient for payment of any outstanding charges.

If you have any questions please do not hesitate to contact me at 407-829-7434 from 8:30 a.m. to 5:00 p.m. Monday thru Friday.

Sincerely,


Karen Blind Ex. 7434
Claims Representative For: American Home Assurance Company Adjuster Copy
TO:  Mote Wellness Rehab


CSG000102



**AIG** *Insuring Your Work,*
*Your Life, Your World.*

CLAIM SERVICE CENTER

May 24, 2001

Office Phone: (800) 215-7568
Office Fax:    (407) 829-8348
E-Mail:        karen.blind@aig.com

Mote Wellness Rehab Inc.
3925 W. Boynton Beach Blvd.
Boynton Beach, FL 33436

RE:    Insured:            Louis A. Galterio II
       Claim No.:          A0192209 KB
       Date of Accident:   December 6, 2000
       Claimant:           Louis A. Galterio
       Exhaustion Date:    5/2/01

Dear Mote Wellness Rehab Inc.:

Please be advised that benefits for your patient related to the above captioned motor vehicle accident
have been exhausted.  Please contact the patient for payment of any outstanding charges.

If you have any questions please do not hesitate to contact me at 407-829-7434 from 8:30 a.m. to 5:00
p.m. Monday thru Friday.

Sincerely,


Karen Blind Ex. 7434
Claims Representative For: American Home Assurance Company Adjuster Copy
TO:  Mote Wellness Rehab Inc.


**CSG000101**



**CLAIM SERVICE CENTER**

May 31, 2001                    Office Phone:  (800) 215-7568
                               Office Fax:    (407) 829-8348
                               E-Mail:        karen.blind@aig.com

Mote Wellness Rehab Inc.
3925 W. Boynton Beach Blvd.
Boynton Beach, FL 33436

RE:    Insured:              Louis A. Galterio II
       Claim No.:            A0192209KB
       Date of Accident:     December 6, 2000
       Claimant:             Louis A. Galterio
       Exhaustion Date:      5/2/01

Dear Mote Wellness Rehab Inc.:

Please be advised that benefits for your patient related to the above captioned motor vehicle accident
have been exhausted.  Please contact the patient for payment of any outstanding charges.

If you have any questions please do not hesitate to contact me at 407-829-7434 from 8:30 a.m. to 5:00
p.m. Monday thru Friday.

Sincerely,

Karen Blind   Ex. 7434
Claims Representative For: American Home Assurance Company Adjuster Copy
TO:  Mote Wellness Rehab Inc.

**CSG000100**

L 117

AIG Claims Services, Inc.
P.O. Box 522410
Longwood, FL 32752-2410

**PIP PAYMENT RECORD**

| Claim Number: | #1018512-1 |
| Symbol: | 1 |
| Claimant: | HOWARD VAINE |
| Date of Loss: | 01/08/2001 |

| | State: | FLORIDA |
| | PIP Limit: | $10,000.00 |
| | MP Limit: | $0.00 |
| | Deductible: | $0.00 |
| | Extended PIP?: | NO |

| | Paid | Remaining |
| PIP: | $10,000.00 | $0.00 |
| MP: | $0.00 | $0.00 |
| Interest: | $23.80 | $0.00 |
| Total: | $10,000.00 | $0.00 |

Service Codes:
Medical: M
Service: S
Wages: W
Death: D
Mileage: MR

SERVICE CODES: M=Medical W=Wages S=Service D=Death MR= Mileage

| Ref | Code | From | To | Provider | Tax ID | Billed | Allowed | Deductible | % | PIP Payment | MP Payment | Date Received | Date Paid | Interest | Total Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | M | 02/05/2001 | 02/05/2001 | RX REIMBURSEMENT | | 101.95 | 101.95 | 0.00 | 80% | 81.56 | 0.00 | 07/06/2001 | 07/06/2001 | 0.8 | 81.56 |
| 2 | M | 01/30/2001 | 01/30/2001 | | | | | 0.00 | 80% | 504.00 | 0.00 | 02/05/2001 | 02/19/2001 | 0.00 | 504.00 |
| 3 | M | 01/08/2001 | 01/08/2001 | | | | | 0.00 | 80% | 716.51 | 0.00 | 02/14/2001 | 03/05/2001 | 0.00 | 716.51 |
| 4 | M | 01/22/2001 | 02/03/2001 | MOTE WELLNESS | 65-0974187 | 1,055.00 | 1,055.00 | 0.00 | 80% | 844.00 | 0.00 | 02/13/2001 | 03/05/2001 | 0.00 | 844.00 |
| 5 | M | 02/23/2001 | 03/02/2001 | MOTE WELLNESS | 65-0974187 | 545.00 | 545.00 | 0.00 | 80% | 436.00 | 0.00 | 03/13/2001 | 03/27/2001 | 0.00 | 436.00 |
| 6 | M | 01/19/2001 | 02/16/2001 | MOTE WELLNESS | 65-0974187 | 1,495.00 | 1,495.00 | 0.00 | 80% | 1,196.00 | 0.00 | 02/13/2001 | 03/27/2001 | 16.06 | 1,712.06 |
| 7 | W | 01/08/2001 | 02/19/2001 | WAGE LOSS | | 1,234.38 | 1,234.38 | 0.00 | 60% | 740.63 | 0.00 | 02/14/2001 | 04/03/2001 | 9.74 | 750.37 |
| 8 | W | 02/20/2001 | 04/05/2001 | WAGE LOSS | | 1,234.38 | 1,234.38 | 0.00 | 60% | 740.63 | 0.00 | 04/06/2001 | 04/16/2001 | 0.00 | 740.63 |
| 9 | W | 04/06/2001 | 06/29/2001 | WAGE LOSS | | 2,468.76 | 2,468.76 | 0.00 | 60% | 1,481.26 | 0.00 | 06/18/2001 | 07/02/2001 | 0.00 | 1,481.26 |
| 10 | W | 06/29/2001 | 07/26/2001 | WAGE LOSS | | 822.92 | 822.92 | 0.00 | 60% | 493.75 | 0.00 | 07/24/2001 | 07/24/2001 | 0.00 | 493.75 |
| 11 | W | 07/27/2001 | 08/30/2001 | WAGE LOSS | | 1,028.65 | 1,028.65 | 0.00 | 60% | 617.19 | 0.00 | 08/27/2001 | 08/31/2001 | 0.00 | 617.19 |
| 12 | W | 08/31/2001 | 09/27/2001 | WAGE LOSS | | 822.92 | 822.92 | 0.00 | 60% | 493.75 | 0.00 | 08/27/2001 | 09/18/2001 | 0.00 | 493.75 |
| 13 | W | 09/01/2001 | 09/27/2001 | WAGE LOSS | | | | 0.00 | #N/A | 1,654.72 | 0.00 | 10/02/2001 | 10/02/2001 | 0.00 | 1,654.72 |
| 14 | | | | | | | | 0.00 | #N/A | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 15 | | | | | | | | 0.00 | #N/A | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 16 | | | | | | | | 0.00 | #N/A | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 17 | | | | | | | | 0.00 | #N/A | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 18 | | | | | | | | 0.00 | #N/A | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 19 | | | | | | | | 0.00 | #N/A | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 20 | | | | | | | | 0.00 | #N/A | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 21 | | | | | | | | 0.00 | #N/A | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 22 | | | | | | | | 0.00 | #N/A | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 23 | | | | | | | | 0.00 | #N/A | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 24 | | | | | | | | 0.00 | #N/A | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 25 | | | | | | | | 0.00 | #N/A | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 26 | | | | | | | | 0.00 | #N/A | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 27 | | | | | | | | 0.00 | #N/A | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 28 | | | | | | | | 0.00 | #N/A | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 29 | | | | | | | | 0.00 | #N/A | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 30 | | | | | | | | 0.00 | #N/A | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 31 | | | | | | | | 0.00 | #N/A | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 32 | | | | | | | | 0.00 | #N/A | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 33 | | | | | | | | 0.00 | #N/A | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 34 | | | | | | | | 0.00 | #N/A | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 35 | | | | | | | | 0.00 | #N/A | 0.00 | 0.00 | | | 0.00 | 0.00 |

PIP Payment Record Page 1 of 1

Printed 01/22/2002

**EXHIBIT K**

**AIG**  *Insuring Your Work,*
*Your Life, Your World.*

CLAIM SERVICE CENTER
1-800-215-7568
Fax: 1-407-829-8348



May 2, 2001

Mote Wellness Rehab
3925 W Boynton Beach Blvd.
Boynton Beach, FL 33436

RE:   Our Insured:   Howard Vaine
      Our Claim #:   A1018512 MVB
      Loss Date:     1/8/01
      Patient:       Howard Vaine
      Account #:     VAIHOW24-00

Dear Provider:

We have received bills from you for services rendered to Mr. Vaine.

Please be advised that, upon request of Mr. Vaine through his attorney, all remaining Personal Injury Protection (PIP) benefits are being held for payment of wage loss. At such time that Mr. Vaine's wage loss claim is concluded, reasonable and necessary medical expenses relative to this claim will be processed in the order in which they were received in our office.

This file is being reassigned to a new claims representative. In the meantime, if you have any questions, please feel free to contact me.

Sincerely,

Lynne Traversa, Ext. 7436
PIP Assistant
Hours:  9:30 a.m. to 6:00 p.m., Eastern time
        Monday through Friday
Email:  lynne.traversa@aig.com

cc:   Howard Vaine
      c/o Lesser & Lesser
      909 N Dixie Hwy.
      West Palm Beach, FL 33401

PO BOX   2410

LONGWOOD FL  32752-2410

## HEALTH INSURANCE CLAIM FORM

| | | | | |
|---|---|---|---|---|
| PICA | | | | PICA |

| 1. MEDICARE   MEDICAID   CHAMPUS   CHAMPVA   GROUP HEALTH PLAN   FECA BLK LUNG   OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM) |
|---|---|
| (Medicare #) (Medicaid #) (Sponsor's SSN) (VA File #) (SSN or ID) (SSN) [X] | A1018512 MVB |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE MM 07 DD 19 YY 30 SEX M [X] F | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| VAINE HOWARD B | | VAINE HOWARD B |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 3331 VALLEY RD | Self [X] Spouse Child Other | 3331 VALLEY RD |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single Married [X] Other | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33435 | (561) 540-2622 | Employed Full-Time Student Part-Time Student | 33435 | (561) 540-2622 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 5741323 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES [ ] NO [X] | a. INSURED'S DATE OF BIRTH MM 07 DD 19 YY 30 SEX M [X] F |
|---|---|---|

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F | b. AUTO ACCIDENT? PLACE (State) YES [X] NO [ ] FL | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES [ ] NO [X] | c. INSURANCE PLAN NAME OR PROGRAM NAME AIG |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [ ] NO [X] If yes, return to and complete item 9 a-d |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below. | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below. |
|---|---|
| SIGNATURE ON FILE    DATE 02 08 01 | SIGNATURE ON FILE |
| SIGNED | SIGNED |

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM 01 DD 08 YY 01 | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY |
|---|---|---|

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? YES [ ] NO [X] $ CHARGES |
|---|---|

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO. |
|---|---|
| 1. 343 9        3. 848 42 | |
| 2. 847 2        4. 724 4 | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 22 01 | 11 | 1 | 97010 | 1234 | 30 00 | | | | | |
| 01 22 01 | 11 | 1 | 97014 | 1234 | 35 00 | | | | | |
| 01 22 01 | 11 | 1 | 97124 | 1234 | 40 00 | | | | | |
| 01 22 01 | 11 | 1 | 97530 | 1234 | 50 00 | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES [X] NO | 28. TOTAL CHARGE $ 155 00 | 29. AMOUNT PAID $ 0 00 | 30. BALANCE DUE $ 155 00 |
|---|---|---|---|---|---|
| 550974787 [X] | VAIHOW24-00 | | | | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| DAVID R MOTE DC | | MOTE WELLNESS REHAB INC |
| SIGNED 02 08 DATE 01 | | 925 W BOYNTON BEACH BLVD |
| | | BOYNTON BEACH FL 33435 |
| | | PIN# H0006242    GRP# |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

CSG000188

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PICA

PO BOX    1410

LONGWOOD FL  32752-2410

**HEALTH INSURANCE CLAIM FORM**

PICA

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| | | | | | | | A1018512 MVB |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE MM DD YY | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| VAINE HOWARD B | 07 19 30  M X | | VAINE HOWARD B |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 3331 VALLEY RD | Self ☐ Spouse ☐ Child ☐ Other ☐ | 3331 VALLEY RD |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single ☐ Married X Other ☐ | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33435 | (561) 540 2322 | Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | 33435 | (561) 540 2322 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 5741323 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) ☐ YES ☐ NO | a. INSURED'S DATE OF BIRTH MM DD YY  07 19 30  SEX M X F ☐ |
|---|---|---|

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY  SEX M ☐ F ☐ | b. AUTO ACCIDENT? X YES ☐ NO  PLACE (State) FL | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? ☐ YES X NO | c. INSURANCE PLAN NAME OR PROGRAM NAME  AIG |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES X NO  If yes, return to and complete item 9 a-d. |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE  02 08 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT: MM DD YY  01 08 01  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY  FROM  TO  MM DD YY |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY  FROM  TO  MM DD YY |
|---|---|---|

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? ☐ YES X NO  $ CHARGES |
|---|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 843 9
2. 847 2
3. 848 42
4. 724 4

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|

23. PRIOR AUTHORIZATION NUMBER

| 24. | A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 23 01 | 11 | 1 | 97010 | | 1234 | 30 00 | | | | | REC |
| 2 | 01 23 01 | 11 | 1 | 97014 | | 1234 | 35 00 | 1 | | | | |
| 3 | 01 23 01 | 11 | 1 | 97124 | | 1234 | 40 00 | 1 | | | | |
| 4 | 01 24 01 | 11 | 1 | 97010 | | 1234 | 30 00 | 1 | | | | |
| 5 | 01 24 01 | 11 | 1 | 97014 | | 1234 | 35 00 | 1 | | | | |
| 6 | 01 24 01 | 11 | 1 | 97124 | | 1234 | 40 00 | 1 | | | | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 650974787  X | VAIHOW24-00 | X YES ☐ NO | $ 210 00 | $ 0 00 | $ |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| DAVID R MOTE DC  SIGNED  02 08 DATE | | MOTE WELLNESS REHAB  925 W BOYNTON BEA  BOYNTON BEACH FL  PIN# CH0006242  GRP# |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8-88)    **PLEASE PRINT OR TYPE**    FORM HCFA-1500  FORM OWCP-1500

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PC BOX    141

LONGWOOD  FL  32752-2410

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a INSURED'S I.D NUMBER | (FOR PROGRAM IN ITEM) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | | A1018512 MVB | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

3. PATIENT'S BIRTH DATE   MM 07 DD 19 YY 30   SEX M [X]  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

5. PATIENT'S ADDRESS (No., Street)
3331 VALLEY RD

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
3331 VALLEY RD

CITY
BOYNTON BEACH

STATE
FL

8. PATIENT STATUS
Single   Married [X]   Other

CITY
BOYNTON BEACH

STATE
FL

ZIP CODE 33435   TELEPHONE (Include Area Code) (561) 540 2622

Employed   Full-Time Student   Part-Time Student

ZIP CODE 33435   TELEPHONE (INCLUDE AREA CODE) (561) 540 2622

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO

11. INSURED'S POLICY GROUP OR FECA NUMBER
5741323

a. OTHER INSURED'S POLICY OR GROUP NUMBER

d. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES [X] NO

a. INSURED'S DATE OF BIRTH   MM 07 DD 19 YY 30   SEX M [X]  F

b. OTHER INSURED'S DATE OF BIRTH   MM DD YY   SEX M  F

b. AUTO ACCIDENT?   PLACE (State)
[X] YES  NO FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [X] NO   If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE   DATE 02 08 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT   MM 01 DD 03 YY 01   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES [X] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 843 9    3. 848 42

2. 847 2    4. 724 4

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 26 01 | | 11 | 1 | 97010 | | 1234 | 30 00 | 1 | | | | |
| 01 26 01 | | 11 | 1 | 97014 | | 1234 | 35 00 | 1 | | | | |
| 01 26 01 | | 11 | 1 | 97124 | | 1234 | 40 00 | 1 | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
650974787   [X]

26. PATIENT'S ACCOUNT NO.
VAIHOW24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES  NO

28. TOTAL CHARGE
$ 105 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 105 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

DAVID R MOTE DC
SIGNED   02 08 DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

RECEIVED

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS  REHAB  INC
925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL  33435
PIN# HO006242   GRP# 742-3030

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8 88)   PLEASE PRINT OR

CSG000190

PLEASE
STAPLE
IN THIS
AREA

PO BOX 1 410

LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER |
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) |

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM)
A1018512 MVB

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

3. PATIENT'S BIRTH DATE: 07 19 30  SEX M

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

5. PATIENT'S ADDRESS (No., Street)
3331 VALLEY RD

6. PATIENT RELATIONSHIP TO INSURED
Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)
3331 VALLEY RD

CITY: BOYNTON BEACH  STATE FL

8. PATIENT STATUS
Single [ ] Married [X] Other [ ]
Employed [ ] Full-Time [ ] Part-Time [ ]

CITY: BOYNTON BEACH  STATE FL

ZIP CODE: 33435  TELEPHONE (Include Area Code) (561) 540 2622

ZIP CODE: 33435  TELEPHONE (INCLUDE AREA CODE) (561) 540 2622

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
5741323

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
[ ] YES [X] NO

a. INSURED'S DATE OF BIRTH: 07 19 30  SEX M [X] F [ ]

b. OTHER INSURED'S DATE OF BIRTH  SEX M [ ] F [ ]

b. AUTO ACCIDENT?  PLACE (State)
[X] YES [ ] NO  FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
[ ] YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[ ] YES [X] NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE  DATE 02 08 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT: 01 08 01  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  $ CHARGES
[ ] YES [X] NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 843 9
2. 847 2
3. 848 42
4. 724 4

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 29 01 | | 11 | 1 | 97010 | 1234 | 30 00 | 1 | | | | |
| 01 29 01 | | 11 | 1 | 97014 | 1234 | 35 00 | 1 | | | | |
| 01 29 01 | | 11 | 1 | 97124 | 1234 | 40 00 | 1 | | | | |
| 01 29 01 | | 11 | 1 | 97012 | 1234 | 35 00 | 1 | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN [ ] EIN [X]
650974787

26. PATIENT'S ACCOUNT NO.
VAIHOW24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES [ ] NO

28. TOTAL CHARGE  $ 140 00

29. AMOUNT PAID  $ 0 00

30. BALANCE DUE  $ 140 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof)
DAVID R MOTE DC
SIGNED  DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (if other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS REHAB INC
905 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33426
PIN CH0006242  GRP 742 3329

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8 88)  PLEASE PRINT OR T

FORM HCFA-1500 (12-90)
FORM OWCP-1500  FORM RRB-1500

CSG000191

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX 2410

LONGWOOD FL 32752-2410

PICA

**HEALTH INSURANCE CLAIM FORM**

PICA

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | A1018512 MVB | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

3. PATIENT'S BIRTH DATE
MM 07 DD 19 YY 30   SEX M X   F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

5. PATIENT'S ADDRESS (No., Street)
3331 VALLEY RD

6. PATIENT RELATIONSHIP TO INSURED
Self X   Spouse   Child   Other

7. INSURED'S ADDRESS (No., Street)
3331 VALLEY RD

CITY
BOYNTON BEACH

STATE
FL

8. PATIENT STATUS
Single   Married X   Other

CITY
BOYNTON BEACH

STATE
FL

ZIP CODE
33435

TELEPHONE (Include Area Code)
(561)540 3322

Employed   Full-Time Student   Part-Time Student

ZIP CODE
33435

TELEPHONE (INCLUDE AREA CODE)
(561)540 3322

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
5741323

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES   X NO

a. INSURED'S DATE OF BIRTH
MM 07 DD 19 YY 30   SEX M X   F

b. OTHER INSURED'S DATE OF BIRTH
MM DD YY   SEX M   F

b. AUTO ACCIDENT?   PLACE (State)
X YES   NO   FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES   X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES   X NO   If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE   DATE 02 08 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT
MM 02 DD 08 YY 01   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS
GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
YES   X NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 843 9    3. 848 42
2. 847 2    4. 724 4

22. MEDICAID RESUBMISSION
CODE   ORIGINAL REF NO

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | | | | | | | | | |
| 01 30 01 | | 11 | 1 | 97010 | 1234 | 30 00 | 1 | | | | |
| 01 30 01 | | 11 | 1 | 97014 | 1234 | 35 00 | 1 | | | | |
| 01 30 01 | | 11 | 1 | 97124 | 1234 | 40 00 | 1 | | | | |
| 01 30 01 | | 11 | 1 | 97012 | 1234 | 35 00 | 1 | | | | |
| 01 31 01 | | 11 | 1 | 97112 | 1234 | 200 00 | 1 | | | | |

RECEIVED FEB 2 0 2001 AIG

25. FEDERAL TAX I.D. NUMBER   SSN EIN
650974787   X

26. PATIENT'S ACCOUNT NO.
VAIHOW24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
X YES   NO

28. TOTAL CHARGE
$ 340 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID R MOTE DC
SIGNED   DATE 02 16

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
RECEIVED

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS REHAB
925 W BOYNTON BEACH
BOYNTON BEACH FL
PIN CH0006242   GRP

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8 88   **PLEASE PRINT OR TYPE**   FORM HCFA-1500   FORM OWCP-1500

PO BOX    2410

LONGWOOD FL  32752-2410

## HEALTH INSURANCE CLAIM FORM

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | FOR PROGRAM IN ITEM 1 |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | [X] (ID) | A1018512  MVB | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| VAINE HOWARD B | 07 19 30  M [X]  F | | VAINE HOWARD B |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 3331 VALLEY RD | Self [X]  Spouse  Child  Other | 3331 VALLEY RD |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single  Married [X]  Other | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33435 | (561) 540-2622 | Employed  Full-Time Student  Part-Time Student | 33435 | (561) 540-2622 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 5741323 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS)  [ ] YES [X] NO | a. INSURED'S DATE OF BIRTH  07 19 30  M [X]  F  SEX |
|---|---|---|

| b. OTHER INSURED'S DATE OF BIRTH  SEX  M  F | b. AUTO ACCIDENT?  [ ] YES [X] NO  PLACE (State) FL | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT?  [ ] YES [X] NO | c. INSURANCE PLAN NAME OR PROGRAM NAME  AIG |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  [ ] YES [X] NO  If yes, return to and complete item 9 a-d. |
|---|---|---|

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE  02 08 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)  01 03 01 | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO |
|---|---|---|
| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO |
| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?  [ ] YES [X] NO  $ CHARGES | |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO. |
|---|---|
| 1. 843 9    3. 848 42 | 23. PRIOR AUTHORIZATION NUMBER |
| 2. 847 2    4. 724 4 | |

RECEIVED

| 24. A. DATE(S) OF SERVICE | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | | | | | | | | | |
| 02 02 01 | | 11 | 1 | 97010 | | 1234 | 30 00 | 1 | | | | |
| 02 02 01 | | 11 | 1 | 97014 | | 1234 | 35 00 | 1 | | | | |
| 02 02 01 | | 11 | 1 | 97124 | | 1234 | 40 00 | 1 | | | | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 650974787  [X] | VAIHOW24-00 | [X] YES  [ ] NO | $ 105 00 | $ 0 00 | $ 105 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| DAVID R MOTE DC  SIGNED  DATE 02 08 01 | | MOTE WELLNESS REHAB INC  925 W BOYNTON BEACH BLVD  BOYNTON BEACH FL 33436  PIN H0006242  561 741-3236 |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR

FORM HCFA-1500 (12-90)
FORM OWCP-1500    FORM RRB-1500

CSG000193

AIG
*Insuring Your Work.*
*Your Life. Your World.*

Explanation of Review

| | |
|---|---|
| Client Name AIGCS FL(FL)   NF - AIGCSDE19850 | Page   1   of<br>Case   AH-FFLN-004762<br>Review Date   02-26-2001<br>Adjustor   BEASLEY<br>File   00000240 00000000<br>Reviewer   HH |

| | |
|---|---|
| Provider   MOTE WELLNESS REHAB<br>3925 W BOYTON BEACH BLVD<br>BOYNTON BEACH, FL 33436 | Claim  A1018512-1 |

DOI   01-08-2001
Claimant   VAINE, HOWARD
3331 VALLEY RD
BOYNTON BEACH, FL 33435

Tax ID 650974787   OM
DOS  02-05-2001 to 02-07-2001

Dx 1: 843.9 SPRAIN HIP & THIGH NOS   Dx 2 847.2 SPRAIN LUMBAR REGION
Dx 3: 848.42 SPRAIN  CHONDROSTERNAL   Dx 4  724.4 LUMBOSACRAL NEURITIS NO

**************Reductions************

| Date Of<br>Service | PS | TS | Code | Mod | Ser | arges | Bill Review | PPO  UM | Allowance | Expl<br>Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 02-05-2001 | 3 | 1 | 97010 | | AP | 30.00 | | | 30.00 | |
| 02-05-2001 | 3 | 1 | 97014 | | AP | 35.00 | | | 35.00 | |
| 02-05-2001 | 3 | 1 | 97124 | | TH | 40.00 | | | 40.00 | |
| 02-05-2001 | 3 | 1 | 97012 | | AP | 35.00 | | | 35.00 | |
| 02-06-2001 | 3 | 1 | 97010 | | AP | 30.00 | | | 30.00 | |
| 02-06-2001 | 3 | 1 | 97014 | | AP | 35.00 | | | 35.00 | |
| 02-06-2001 | 3 | 1 | 97124 | | TH | 40.00 | | | 40.00 | |
| 02-06-2001 | 3 | 1 | 97012 | | AP | 35.00 | | | 35.00 | |
| 02-07-2001 | 3 | 1 | 97112 | | TH | 50.00 | | | 50.00 | |
| 02-07-2001 | 3 | 1 | 97112 | | T | 50.00 | | | 50.00 | |
| 02-07-2001 | 3 | 1 | 97112 | | T | 50.00 | | | 50.00 | |
| 02-07-2001 | 3 | 1 | 97112 | | THERAP PROC T/> AREAS E | 50.00 | | | 50.00 | |

| | | |
|---|---|---|
| Total Charges: | 480.00 | |
| Bill Review Reductions: | | 0.00 |
| Recommended Allowance: | | 480.00 |

************PAYMENT PENDING ADJUSTOR'S REVIEW*********************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE   IGCS - PBR AT
(800) 562-2208 EXT  8594, EXT. 3260 OR SEND YOUR BILL AND THE   ANALYSIS TO

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA  19317

CSG000177

APPROVED OMB-0938-0008

AIG
PO BOX ! 4

LONGWOOD FL   32752-2410

## HEALTH INSURANCE CLAIM FORM

PICA

| | | | | | |
|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER |

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
A1018512  MVB

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

3. PATIENT'S BIRTH DATE: 07 19 30  SEX M [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

5. PATIENT'S ADDRESS (No., Street)
3331 VALLEY RD

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)
3331 VALLEY RD

CITY: BOYNTON BEACH   STATE: FL

8. PATIENT STATUS: Single [ ] Married [X] Other [ ]

CITY: BOYNTON BEACH   STATE: FL

ZIP CODE: 33435   TELEPHONE (Include Area Code): (561) 540 2622

Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

ZIP CODE: 33435   TELEPHONE (INCLUDE AREA CODE): (561) 540 2622

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
5741323

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES [ ] NO [X]

a. INSURED'S DATE OF BIRTH: 07 19 30  SEX M [X] F [ ]

b. OTHER INSURED'S DATE OF BIRTH   SEX M [ ] F [ ]

b. AUTO ACCIDENT? YES [X] NO [ ]  PLACE (State) FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES [ ] NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [ ] NO [X] If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE   SIGNED   DATE 02 15 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP): 01 08 01

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM   TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES [ ] NO [X]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 843 9
2. 847 2
3. 848 42
4. 724 4

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 05 01 | | 11 | 1 | 97010 | | 1234 | 30 00 | 1 | | | | |
| 02 05 01 | | 11 | 1 | 97014 | | 1234 | 35 00 | 1 | | | | |
| 02 05 01 | | 11 | 1 | 97124 | | 1234 | 40 00 | 1 | | | | |
| 02 05 01 | | 11 | 1 | 97012 | | 1234 | | | | | | |

*RECEIVED FEB ? 2001* (stamp)

25. FEDERAL TAX I.D. NUMBER: 650974787  SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.: VAIHOW24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES [X] NO [ ]

28. TOTAL CHARGE: $ 140 00

29. AMOUNT PAID: $ 0 00

30. BALANCE DUE: $ 140 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID R MOTE DC   02 15 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL  33436
CH0006242   561 742-3283

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88   PLEASE PRINT OR TYPE

FORM HCFA-1500 (12-90)
FORM OWCP-1500   FORM RRB-1500

CSG000194

AIG
PO BOX 2410

LONGWOOD FL 32752-2410

# HEALTH INSURANCE CLAIM FORM

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER X (ID) |

1a INSURED'S I.D. NUMBER: A1018512  MVB

2 PATIENT'S NAME (Last Name, First Name, Middle Initial): VAINE HOWARD B

3 PATIENT'S BIRTH DATE: 07 19 30  SEX M X

4 INSURED'S NAME (Last Name, First Name, Middle Initial): VAINE HOWARD B

5 PATIENT'S ADDRESS (No., Street): 3331 VALLEY RD
CITY: BOYNTON BEACH  STATE: FL
ZIP CODE: 33435  TELEPHONE (Include Area Code): (561) 540 2622

6 PATIENT RELATIONSHIP TO INSURED: Self X  Spouse  Child  Other

7 INSURED'S ADDRESS (No., Street): 3331 VALLEY RD
CITY: BOYNTON BEACH  STATE: FL
ZIP CODE: 33435  TELEPHONE (INCLUDE AREA CODE): (561) 540 2622

8 PATIENT STATUS: Single  Married X  Other
Employed  Full-Time Student  Part-Time Student

9 OTHER INSURED'S NAME (Last Name, First Name, Middle Initial):

10 IS PATIENT'S CONDITION RELATED TO:

11 INSURED'S POLICY GROUP OR FECA NUMBER: 5741323

a OTHER INSURED'S POLICY OR GROUP NUMBER:

a EMPLOYMENT? (CURRENT OR PREVIOUS): YES  NO X

a INSURED'S DATE OF BIRTH: 07 19 30  SEX M X  F

b OTHER INSURED'S DATE OF BIRTH: MM DD YY  SEX M  F

b AUTO ACCIDENT? YES X  NO  PLACE (State) FL

b EMPLOYER'S NAME OR SCHOOL NAME:

c EMPLOYER'S NAME OR SCHOOL NAME:

c OTHER ACCIDENT? YES  NO X

c INSURANCE PLAN NAME OR PROGRAM NAME: AIG

d INSURANCE PLAN NAME OR PROGRAM NAME:

10d RESERVED FOR LOCAL USE:

d IS THERE ANOTHER HEALTH BENEFIT PLAN? YES  NO X  If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE  DATE 02 15 01

13 INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14 DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP): 01 08 01

15 IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM  TO

17 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE:

17a I.D. NUMBER OF REFERRING PHYSICIAN:

18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM  TO

19 RESERVED FOR LOCAL USE:

20 OUTSIDE LAB? YES  NO X  $ CHARGES

21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 843 9
2. 847 2
3. 848 42
4. 724 4

22 MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23 PRIOR AUTHORIZATION NUMBER

| 24 A DATE(S) OF SERVICE From MM DD YY To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 06 01 | 11 | 1 | 97010 | 1234 | 30 00 | 1 | | | | |
| 02 06 01 | 11 | 1 | 97014 | 1234 | 35 00 | 1 | | | | |
| 02 06 01 | 11 | 1 | 97124 | 1234 | 40 00 | 1 | | | | |
| 02 06 01 | 11 | 1 | 97012 | 1234 | 35 00 | 1 | | | | |
| 02 07 01 | 11 | 1 | 97112 | 1234 | 200 00 | 4 | | | | |

25 FEDERAL TAX I.D. NUMBER: 650974787  SSN  EIN X

26 PATIENT'S ACCOUNT NO.: VAIHOW24-00

27 ACCEPT ASSIGNMENT? (For govt. claims, see back) YES X  NO

28 TOTAL CHARGE: $ 340 00

29 AMOUNT PAID: $ 0 00

30 BALANCE DUE: $ 340 00

31 SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID R MOTE DC
SIGNED 02 15 01

32 NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office):

33 PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN CH0006242  GRP 561 742-3283

**AIG**
*Insuring Your Work*
*Your Life. Your World.*

Explanation of Review

| | |
|---|---|
| | Page: 1    of |
| | Case: A11-FFLN-0047765 |
| Client Name: AIGCS FL(FL)    NF - AIGCSDE19850    35 | Review Date: 02-27-2001 |
| | Adjustor: BEASLEY |
| | File: 00000240 00000000 0000000 |
| | Reviewer: CA |

---

Provider:  MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A101

DOI: 01-08-2001
Claimant: VAINE, HOWARD
3331 VALLEY RD
BOYNTON BEACH, FL 33435

Tax ID: 650974787    OM
DOS: 02-09-2001

Dx 1: 843.9 SPRAIN HIP & THIGH NOS    Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 848.42 SPRAIN CHONDROSTERNAL    Dx 4: 724.4 LUMBOSACRAL NEURITIS

---

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Ex Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-09-2001 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 02-09-2001 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-09-2001 | 3 | 1 | 97124 | | THERAP PROC 1/> AREAS E | 1 | 1 | 40.00 | | | | 40.00 | |
| 02-09-2001 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |

|  |  |
|---|---|
| Total Charges: | 140.00 |
| Bill Review Reductions: | 0.00 |
| Recommended Allowance | 140.00 |

---

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*PAYMENT PENDING ADJUSTOR'S REVIEW\*\*\***
The Explanation of Review is sent solely for your records.
**\*\*\*\*\*\*\*\*THIS IS NOT A BILL\*\*\*\*\*\*\*\***

Check

Date/Int.

\* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DU
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

ULD APPEAR REASONABLE

140. x
80. %
12. *

RECEIVI

MAR 0 1 20

AIGCS
ENGLEWOOD

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 3260 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

AIG
PO BOX 2410

LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

PICA               PICA

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | A1018512 |

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
VAINE HOWARD B

**3. PATIENT'S BIRTH DATE** MM 07 DD 19 YY 30  SEX M X F

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
VAINE HOWARD B

**5. PATIENT'S ADDRESS** (No., Street)
3331 VALLEY RD

**6. PATIENT RELATIONSHIP TO INSURED**
Self X Spouse Child Other

**7. INSURED'S ADDRESS** (No., Street)
3331 VALLEY RD

CITY
BOYNTON BEACH    STATE FL

**8. PATIENT STATUS**
Single Married X Other

CITY
BOYNTON BEACH    STATE FL

ZIP CODE 33435    TELEPHONE (Include Area Code) (561) 540 2622

Employed Full-Time Student Part-Time Student

ZIP CODE 33435    TELEPHONE (INCLUDE AREA CODE) (561) 540 2622

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
5741323

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (CURRENT OR PREVIOUS)
YES X NO

**a. INSURED'S DATE OF BIRTH** MM 07 DD 19 YY 30 SEX M X F

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY SEX M F

**b. AUTO ACCIDENT?** PLACE (State)
X YES NO FL

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?**
YES X NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
AIG

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES X NO If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE    DATE 02 15 01

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

**14. DATE OF CURRENT** ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
01 08 01

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** MM DD YY FROM   TO MM DD YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** MM DD YY FROM   TO MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** YES X NO $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.** (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 843 9
2. 847 2
3. 848 42
4. 724 4

**22. MEDICAID RESUBMISSION** CODE   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From | | | | To | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM 02 | DD 09 | YY 01 | MM | DD | YY | | 11 | 1 | 97010 | 1234 | 30 00 | 1 | | | | |
| 02 | 09 | 01 | | | | | 11 | 1 | 97014 | 1234 | 35 00 | 1 | | | | |
| 02 | 09 | 01 | | | | | 11 | 1 | 97124 | 1234 | 40 00 | 1 | | | | |
| 02 | 09 | 01 | | | | | 11 | 1 | 97012 | 1234 | 35 00 | 1 | | | | |

RECEIVED
MAR 0 1 2001

**25. FEDERAL TAX I.D. NUMBER** SSN EIN
650974787 X

**26. PATIENT'S ACCOUNT NO.**
VAIHOW24

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
YES NO

**28. TOTAL CHARGE** $ 140 00

**29. AMOUNT PAID** $ 0 00

**30. BALANCE DUE** $ 140 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID R MOTE DC
SIGNED   02 15 01

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN# CH0006242   GRP# 561 742-3283

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    **PLEASE PRINT OR TYPE**
FORM HCFA-1500
FORM OWCP-1500   PM-RRB-1500

CSG000196

**AIG** *Insuring Your Work,*
*Your Life. Your World.*

Explanation of Review

| | |
|---|---|
| Client Name: AIGCS FL(FL)    NF - AIGCSDE19850 | Page: 1 of |
| | Case: A11-FFLN-0047884 |
| | Review Date: 02-28-2001 |
| | Adjustor: BEASLEY |
| | File: 00000240.00000000.00000000 |
| | Reviewer: CA CA |

**PAID**

| | |
|---|---|
| Provider: MOTE WELLNESS REHAB<br>3925 W BOYNTON BEACH BLVD<br>BOYNTON BEACH, FL 33436 | Claim: A1018512-1 |

DOI: 01-08-2001
Claimant: VAINE, HOWARD
3331 VALLEY RD
BOYNTON BEACH, FL 33435

Tax ID: 650974787    OM
DOS: 02-12-2001 to 02-16-2001

IP & THIGH NOS    Dx 2: 847.2 SPRAIN LUMBAR REGION
CHONDROSTERNAL    Dx 4: 724.4 LUMBOSACRAL NEURITIS N

**···········Reductions··········**

| Date Of Service | PS | TS | Code | Mod. | Service | s | Bill Review | PPO | UM | Allowance | Exp. Code(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-12-2001 | 3 | 1 | 97010 | | APPLIC | 0 | | | | 30.00 | |
| 02-12-2001 | 3 | 1 | 97014 | | APPLIC | | | | | 35.00 | |
| 02-12-2001 | 3 | 1 | 97124 | | THERA | | | | | 40.00 | |
| 02-12-2001 | 3 | 1 | 97012 | | APPLIC | | | | | 35.00 | |
| 02-13-2001 | 3 | 1 | 97010 | | APPLIC | | | | | 30.00 | |
| 02-13-2001 | 3 | 1 | 97014 | | APPLIC | | | | | 35.00 | |
| 02-13-2001 | 3 | 1 | 97124 | | THERA | | | | | 40.00 | |
| 02-14-2001 | 3 | 1 | 97112 | | THERA | | | | | 50.00 | |
| 02-14-2001 | 3 | 1 | 97112 | | THERA | | | | | 50.00 | |
| 02-14-2001 | 3 | 1 | 97112 | | THERA | | | | | 50.00 | |
| 02-14-2001 | 3 | 1 | 97112 | | THERA | | | | | 50.00 | |
| 02-16-2001 | 3 | 1 | 97010 | | APPLIC | | | | | 30.00 | |
| 02-16-2001 | 3 | 1 | 97014 | | APPLIC | | | | | 35.00 | |
| 02-16-2001 | 3 | 1 | 97124 | | THERA | | | | | 40.00 | |
| 02-16-2001 | 3 | 1 | 97012 | | APPLIC | | | | | 35.00 | |

0.00

585.00

* UNLESS C          DUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PR

RECEIVED

JESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
T. 8594, EXT. 3260 OR SEND YOUR BILL AND THE ANALYSIS TO:

GCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000179

PLEASE
STAPLE
IN THIS
AREA

PICA

# HEALTH INSURANCE CLAIM FORM

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE   MM  DD  YY    SEX   M   F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED   Self   Spouse   Child   Other

7. INSURED'S ADDRESS (No., Street)

CITY                STATE

8. PATIENT STATUS   Single   Married   Other

CITY                STATE

ZIP CODE        TELEPHONE (Include Area Code)   (   )

Employed   Full-Time Student   Part-Time Student

ZIP CODE        TELEPHONE (INCLUDE AREA CODE)   (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)   YES   NO

a. INSURED'S DATE OF BIRTH   MM  DD  YY    SEX   M   F

b. OTHER INSURED'S DATE OF BIRTH   MM  DD  YY   SEX   M   F

b. AUTO ACCIDENT?   YES   NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?   YES   NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   YES   NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE   I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE   I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT:   MM  DD  YY   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE   MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   MM  DD  YY   FROM   TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   MM  DD  YY   FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES   NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. ___    3. ___

2. ___    4. ___

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY   To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |

RECEIVED
FEB 26 2001
AIGCS LONGWOOD

RECEIVED

RECEIVED
MAR

25. FEDERAL TAX I.D. NUMBER   SSN   EIN

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)   YES   NO

28. TOTAL CHARGE   $

29. AMOUNT PAID   $

30. BALANCE DUE   $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED   DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

AIGCS LONGWOOD FL

PIN#   GRP#

CSG000197

PLEASE DO NOT STAPLE IN THIS AREA

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE MM DD YY   SEX M  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED  Self  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)

CITY   STATE

8. PATIENT STATUS  Single  Married  Other
Employed  Full-Time Student  Part-Time Student

CITY   STATE

ZIP CODE   TELEPHONE (Include Area Code)

ZIP CODE   TELEPHONE (INCLUDE AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  YES  NO

a. INSURED'S DATE OF BIRTH MM DD YY   SEX M  F

b. OTHER INSURED'S DATE OF BIRTH MM DD YY   SEX M  F

b. AUTO ACCIDENT?  YES  NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  YES  NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  NO  If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____  DATE _____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT MM DD YY  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY  MM DD YY  FROM  TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY  MM DD YY  FROM  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES  NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | |
| 1 | | | | | | | | 9701 | | | | | | | |
| 2 | | | | | | | | 9701 | | | | | | | |
| 3 | | | | | | | | 9701 | | | | | | | |
| 4 | | | | | | | | 9714 | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN  EIN

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES  NO

28. TOTAL CHARGE  $

29. AMOUNT PAID  $

30. BALANCE DUE  $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED _____  DATE _____

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

PIN#   GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8 88)

PLEASE PRINT OR TYPE

FORM HCFA-1500 (12-90)
FORM OWCP-1500   FORM RRB-1500

RECEIVED FEB 28 2001

CSG000198

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | A□□□□□ *MVB* | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE / SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| | MM DD YY   M□ F□ | WAINS HOWARD E |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| | Self□ Spouse□ Child□ Other□ | |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|

| ZIP CODE | TELEPHONE (Include Area Code) | Single□ Married□ Other□ | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| | ( ) | Employed□ Full-Time Student□ Part-Time Student□ | | ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH / SEX |
|---|---|---|
| | YES□ NO□ | MM DD YY   M□ F□ |

| b. OTHER INSURED'S DATE OF BIRTH / SEX | b. AUTO ACCIDENT?   PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|
| MM DD YY   M□ F□ | YES□ NO□ | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES□ NO□ | AIG |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | YES□ NO☒  If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE   DATE  00 21 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| MM DD YY | MM DD YY | FROM  TO |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | | FROM  TO |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?  $ CHARGES |
|---|---|
| | YES□ NO☒ |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 843 0   3. 843 40
2. 847 2   4. 724 4

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From / To | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS  MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | | | | | | | | |
| 02 | 16 | 01 | | | | 11 | 1 | 97010 | 1234 | 30 00 | | | | | |
| 02 | 16 | 01 | | | | 11 | 1 | 97014 | 1234 | 35 00 | | | | | |
| 02 | 16 | 01 | | | | 11 | 1 | 97121 | 1234 | | | | | | |
| 02 | 16 | 01 | | | | 11 | 1 | 97012 | 1234 | 35 00 | 1 | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

RECEIVED FEB 26 2001 LONGWOOD, FL

RECEIVED FEB 0 2 2001

AIGCS LONGWOOD, FL

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 65-1234737  □ ☒ | VAIHCW24-00 | YES☒ NO□ | $ 140 00 | $ 0 00 | $ |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| SIGNED _____ DATE _____ | | PIN#  GRP# |

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88    **PLEASE PRINT OR TYP**

FORM HCFA-1500 (12-90)
FORM OWCP-1500
FORM RRB-1500

CSG000199

**AIG**  *Insuring Your Work.*
*Your Life, Your World.*

Explanation of Review

Page _____ of 1
Batch: A1I-FFLN-0048310
Review Date: 03-08-2001
Adjustor: BEASLEY
File: 00000240-00000616-000000—
Reviewer: HH/

Client Name: AIGCS FL(FL)     NF - AIGCSDE19850

PPO Claim: 820494

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1018512-1

DOI: 01-08-2001
Claimant: VAINE, HOWARD
3331 VALLEY RD
BOYNTON BEACH, FL 33435

Tax ID: 650974787    OM
DOS: 02-19-2001 to 02-21-2001

Dx 1: 843.9 SPRAIN HIP & THIGH NOS      Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 848.42 SPRAIN CHONDROSTERNAL   Dx 4: 724.4 LUMBOSACRAL NEURITIS NO

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO UM | Allowance | Expi Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-19-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | 3.00 | 27.00 | |
| 02-19-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | 3.50 | 31.50 | |
| 02-19-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | 4.00 | 36.00 | |
| 02-19-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | 3.50 | 31.50 | |
| 02-21-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | 3.00 | 27.00 | |
| 02-21-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | 3.50 | 31.50 | |
| 02-21-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | 4.00 | 36.00 | |
| 02-21-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | 3.50 | 31.50 | |

|  |  |  |
|---|---|---|
| Total Charges: | 280.00 | |
| Bill Review Reductions: | 0.00 | |
| Bill Review Allowances: | 280.00 | |
| PPO Reductions: | 28.00 | |
| Recommended Allowance: | | 252.00 |

••••••••••••••••••••PAYMENT PENDING ADJUSTOR'S REVIEW••••••••••••••••••••
The Explanation of Review is sent solely for your records.
••••••••THIS IS NOT A BILL••••••••

Preferred Provider Organization:     FOCUS/CHIRO ALLIANCE

* UNLESS OTHERWISE NOTED ABOVE, ALL REDUCTIONS TO CHARGES ARE IN ACCORDANCE WITH PPO CONTRACT GUIDELINES

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 3260 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000180

AIG
PO BOX 2410
LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

PLEASE DO NOT STAPLE IN THIS AREA

PICA | PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | [X] (ID) | A1018512  MVB |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| VAINE HOWARD B | 07 19 30  M [X]  F | | VAINE HOWARD B |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 3331 VALLEY RD | Self [X] Spouse Child Other | 3331 VALLEY RD |

| CITY | STATE | PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single Married [X] Other | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33435 | (561) 540 2622 | Employed Full-Time Student Part-Time Student | 33435 | (561) 540 2622 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 5741323 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | YES [X] NO | 07 19 30  M [X]  F | |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| MM DD YY  M  F | | [X] YES NO  FL | | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES [X] NO | AIG |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | YES [X] NO  If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE   DATE 03 01 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 01 08 01 | | FROM TO |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | | FROM TO |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? | $ CHARGES |
|---|---|---|
| | YES [X] NO | |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 843 9    3. 848 42
2. 847 2    4. 724 4

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|
| | |

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS \| MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 19 01 | 11 | 1 | 97010 | 1234 | 30 00 | 1 | | | | |
| 02 19 01 | 11 | 1 | 97014 | 1234 | 35 00 | 1 | | | | |
| 02 19 01 | 11 | 1 | 97124 | 1234 | 40 00 | 1 | | | | |
| 02 19 01 | 11 | 1 | 97012 | 1234 | 35 00 | 1 | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 650974787 | [X] | VAIHOW24-00 | [X] YES NO | $ 140 00 | $ 0 00 | $ 140 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| DAVID R MOTE DC  SIGNED  DATE 03 01 01 | | MOTE WELLNESS REHAB INC 3925 W BOYNTON BEACH BLVD BOYNTON BEACH FL 33436 PIN# CH0006242  GRP# 561 742-3283 |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE   FORM HCFA-1500 (12-90) FORM OWCP-1500 FORM RRB-1500

CSG000200

PO BOX 2410

LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER [X] (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) A1018512 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| VAINE HOWARD B | 07 19 30  M [X]  F | | VAINE HOWARD B |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 3331 VALLEY RD | Self [X]  Spouse  Child  Other | 3331 VALLEY RD |

| CITY BOYNTON BEACH | STATE FL | 8. PATIENT STATUS Single  Married [X]  Other | CITY BOYNTON BEACH | STATE FL |

| ZIP CODE 33435 | TELEPHONE (Include Area Code) (561) 540 2622 | Employed  Full-Time Student  Part-Time Student | ZIP CODE 33435 | TELEPHONE (INCLUDE AREA CODE) (561) 540 2622 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER 5741323 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES [X] NO | a. INSURED'S DATE OF BIRTH 07 19 30  M [X]  F |

| b. OTHER INSURED'S DATE OF BIRTH  SEX  M  F | b. AUTO ACCIDENT? YES [X] NO  PLACE (State) FL | b. EMPLOYER'S NAME OR SCHOOL NAME |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES [X] NO | c. INSURANCE PLAN NAME OR PROGRAM NAME AIG |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X] NO  If yes, return to and complete item 9 a-d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE  DATE 03 01 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) 01 08 01 | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM  TO |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM  TO |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?  YES [X] NO  $ CHARGES |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 843 9   3. 848 42
2. 847 2   4. 724 4

| 22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO |
| 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From / To | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS / MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 21 01 | | 11 | 1 | 97010 | 1234 | 30 00 | 1 | | | | |
| 02 21 01 | | 11 | 1 | 97014 | 1234 | 35 00 | 1 | | | | |
| 02 21 01 | | 11 | 1 | 97124 | 1234 | 40 00 | 1 | | | | |
| 02 21 01 | | 11 | 1 | 97012 | 1234 | 35 00 | 1 | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN [X] 650974787 | 26. PATIENT'S ACCOUNT NO. VAIHOW24-00 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES [X] NO | 28. TOTAL CHARGE $ 140 00 | 29. AMOUNT PAID $ 0 00 | 30. BALANCE DUE |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) SIGNED DAVID R MOTE DC  DATE 03 01 01 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # MOTE WELLNESS REHAB INC 3925 W BOYNTON BEACH BLVD BOYNTON BEACH FL PIN# CH0006242  561 742 |

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88  PLEASE PRINT OR TYPE  FORM HCFA-1500 FORM OWCP-1500

CSG000201

**AIG**
*Insuring Your Work*
*Your Life. Your World.*

Explanation of Review

*PULL FILE - 01/07*

Page: 1     of
Case: AII-FFLN-0048860
Review Date: 03-15-2001
Adjustor: BEASLEY
File: 00000240-00000000-00000000
Reviewer: CA

Client Name: AIGCS FL(FL)     NF - AIGCSDE19850

Provider:  MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1018512-1

DOI: 01-08-2001
Claimant: VAINE, HOWARD
3331 VALLEY RD
BOYNTON BEACH, FL 33435

Tax ID: 650974787    OM
DOS: 02-23-2001 to 03-02-2001

Dx 1: 843.9 SPRAIN HIP & THIGH NOS    Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 848.42 SPRAIN CHONDROSTERNAL    Dx 4: 724.4 LUMBOSACRAL NEURITIS N

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | U/M | Allowance | Exp Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-23-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 02-23-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-23-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | | | 40.00 | |
| 02-27-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 02-27-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-27-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | | | 40.00 | |
| 02-27-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-28-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 02-28-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-28-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 02-28-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 02-28-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-02-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 03-02-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-02-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |

Total Charges: 545.00
Bill Review Reductions: 0.00
Recommended Allowance: **545.00**

**••••••••••••••PAYMENT PENDING ADJUSTOR'S REVIEW••••••••••••••••••**

The Ex
••••••

* UNLESS OTH     #545•••••••••••••    ICTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PRO         ••0••

545• x
0•8 =
436• +

**PAID**
*LT 3/27/01*
*Elec log*

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 3260 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

**CSG000181**

PO BOX 2410

LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

PICA                    PICA

| 1. | MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | FOR PROGRAM IN ITEM 1 |
|---|---|---|---|---|---|---|---|---|---|
| | (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | ☒ (ID) | A1018512 M V49 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

3. PATIENT'S BIRTH DATE
MM 07 DD 19 YY 30 SEX M ☒ F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

5. PATIENT'S ADDRESS (No., Street)
3331 VALLEY RD

6. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
3331 VALLEY RD

CITY
BOYNTON BEACH   STATE FL

8. PATIENT STATUS
Single ☐ Married ☒ Other ☐

CITY
BOYNTON BEACH   STATE FL

ZIP CODE 33435   TELEPHONE (Include Area Code) (561) 540 2622

Employed ☐ Full-Time Student ☐ Part-Time Student ☐

ZIP CODE 33435   TELEPHONE (INCLUDE AREA CODE) (561) 540 2622

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
5741323

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES ☐ NO ☒

a. INSURED'S DATE OF BIRTH
MM 07 DD 19 YY 30 SEX M ☒ F

b. OTHER INSURED'S DATE OF BIRTH
MM DD YY   SEX M ☐ F ☐

b. AUTO ACCIDENT?   PLACE (State)
YES ☒ NO ☐ FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES ☐ NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐ NO ☒ If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE   DATE 03 08 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
MM 01 DD 08 YY 01

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
YES ☐ NO ☒

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 843 9
2. 84/ 2
3. 848 42
4. 724 4

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A DATE(S) OF SERVICE | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM DD YY | To MM DD YY | | | | | | | | | | | | |
| 1 | 02 23 01 | | | 11 | | 97010 | | 1234 | 30 00 | 1 | | | | |
| 2 | 02 23 01 | | | 11 | | 97014 | | 1234 | 35 00 | 1 | | | | |
| 3 | 02 23 01 | | | 11 | | 97124 | | 1234 | 40 00 | 1 | | | | |
| 4 | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | |

RECEIVED MAR 19 2001 AIGCS

RECEIVED MAR 19 2001 LONGWOOD

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒
650974787

26. PATIENT'S ACCOUNT NO.
VAIHOW24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES ☒ NO ☐

28. TOTAL CHARGE
$ 105 00

29. AMOUNT PAID
$ 00

30. BALANCE DUE
$ 105 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID R MOTE DC
SIGNED 03 08 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (if other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN GH0006242   GRP 742-3283

FORM HCFA-1500 (12-90)
FORM OWCP-1500
APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88

PLEASE PRINT OR TYPE

CSG000202

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

AIG
PO BOX 522410

LONGWOOD FL 32752-2410

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | ☒ (ID) | A1018512 MVB |

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
VAINE HOWARD B

**3. PATIENT'S BIRTH DATE**
MM 07 DD 19 YY 30   SEX M ☒

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
VAINE HOWARD B

**5. PATIENT'S ADDRESS** (No., Street)
3331 VALLEY RD

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☐ Spouse ☐ Child ☐ Other ☐

**7. INSURED'S ADDRESS** (No., Street)
3331 VALLEY RD

CITY
BOYNTON BEACH   STATE FL

**8. PATIENT STATUS**
Single ☐   Married ☒   Other ☐
Employed ☐   Full-Time Student ☐   Part-Time Student ☐

CITY
BOYNTON BEACH   STATE FL

ZIP CODE 33435   TELEPHONE (Include Area Code) (561) 540 2622

ZIP CODE 33435   TELEPHONE (INCLUDE AREA CODE) (561) 540 2622

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
5741323

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (CURRENT OR PREVIOUS)
☐ YES ☐ NO

**a. INSURED'S DATE OF BIRTH**
MM 07 DD 19 YY 30   SEX M ☒

**b. OTHER INSURED'S DATE OF BIRTH**
MM DD YY   SEX F ☐

**b. AUTO ACCIDENT?**   PLACE (State)
☒ YES ☐ NO   FL

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?**
☐ YES ☒ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
AIG

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
☐ YES ☒ NO   If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED   SIGNATURE ON FILE   DATE 03 08 01

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED   SIGNATURE ON FILE

**14. DATE OF CURRENT**
MM 01 DD 08 YY 01   ◄ ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.**
GIVE FIRST DATE MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM MM DD YY   TO MM DD YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM MM DD YY   TO MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?**   $ CHARGES
☐ YES ☒ NO

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 843 9
2. 847 2
3. 848 42
4. 724 4

**22. MEDICAID RESUBMISSION CODE**   ORIGINAL REF. NO

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A DATE(S) OF SERVICE From | | | To | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM 02 | DD 27 | YY 01 | MM | DD | YY | 11 | 1 | 97010 | | 1234 | 30 00 | | | | | |
| 02 | 27 | 01 | | | | 11 | 1 | 97014 | | 1234 | 35 00 | | | | | |
| 02 | 27 | 01 | | | | 11 | 1 | 97124 | | 1234 | 40 00 | | | | | |
| 02 | 27 | 01 | | | | 11 | 1 | 97012 | | 1234 | 35 00 | | | | | |

RECEIVED
MAR 19 2001
LONGWOOD, FL

**25. FEDERAL TAX I.D. NUMBER**   SSN ☐ EIN ☒
650974787

**26. PATIENT'S ACCOUNT NO.**
VAIHOW24-00

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
☒ YES ☐ NO

**28. TOTAL CHARGE**
$ 140 00

**29. AMOUNT PAID**
$ 0 00

**30. BALANCE DUE**
$ 140 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID R MOTE DC
SIGNED   03 08 01   DATE

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)

CSG000203

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME & PHONE #**
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN# GH0006242   GRP# 574...

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX 5_410

LONGWOOD FL 32752-2410

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | A1018512 |

2 PATIENT'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

3 PATIENT'S BIRTH DATE MM 07 DD 19 YY 30 SEX M X

4 INSURED'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

5 PATIENT'S ADDRESS (No, Street)
3331 VALLEY RD

6 PATIENT RELATIONSHIP TO INSURED
Self X Spouse Child Other

7 INSURED'S ADDRESS (No, Street)
3331 VALLEY RD

CITY
BOYNTON BEACH
STATE FL

8 PATIENT STATUS
Single Married X Other

CITY
BOYNTON BEACH
STATE FL

ZIP CODE 33435
TELEPHONE (Include Area Code) (561) 540 2622

Employed Full-Time Student Part-Time Student

ZIP CODE 33435
TELEPHONE (INCLUDE AREA CODE) (561) 540 2622

9 OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO

11 INSURED'S POLICY GROUP OR FECA NUMBER
5741323

a OTHER INSURED'S POLICY OR GROUP NUMBER

a EMPLOYMENT? (CURRENT OR PREVIOUS)
YES X NO

a. INSURED'S DATE OF BIRTH MM 07 DD 19 YY 30 SEX M X

b OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F

b AUTO ACCIDENT? PLACE (State)
X YES NO FL

b EMPLOYER'S NAME OR SCHOOL NAME

c EMPLOYER'S NAME OR SCHOOL NAME

c OTHER ACCIDENT?
YES X NO

c INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES X NO If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below

SIGNATURE ON FILE
SIGNED _____ DATE 03 08 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNATURE ON FILE
SIGNED _____

14 DATE OF CURRENT MM 01 DD 08 YY 01 ◄ ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15 IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19 RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES X NO    $ CHARGES

21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 843 9
2. 847 2
3. 848 42
4. 724 4

22 MEDICAID RESUBMISSION CODE    ORIGINAL REF NO

23 PRIOR AUTHORIZATION NUMBER

| 24 A DATE(S) OF SERVICE From MM DD YY To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS \| MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 02 28 01 | 11 | 1 | 97010 | 1234 | 30 00 | 1 | | | | |
| 2 02 28 01 | 11 | 1 | 97014 | 1234 | 35 00 | 1 | | | | |
| 3 02 28 01 | 11 | 1 | 97112 | 1234 | 100 00 | 1 | | | | |
| 4 02 28 01 | 11 | 1 | 97012 | 1234 | 35 00 | 1 | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |

RECEIVED MAR 19 2001 Longwood

RECEIVED MAR 19 2001 Longwood FL

25 FEDERAL TAX I.D. NUMBER SSN EIN
650974787 X

26 PATIENT'S ACCOUNT NO
VAIHOW24-00

27 ACCEPT ASSIGNMENT? (For govt claims, see back)
YES NO

28 TOTAL CHARGE $ 200 00

29 AMOUNT PAID $ 0 00

30 BALANCE DUE $ 200 00

31 SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

DAVID R MOTE DC
SIGNED 03 08 01

32 NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33 PHYSICIAN'S, SUPPLIERS BILLING NAME, ADDRESS ZIP CODE & PHONE #
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN# GH0006242    GRP# 561 742-3283

CSG000204

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX 52410

LONGWOOD FL 32752-2410

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| 1 | MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|---|
| | (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | A1018512 MVB | |

| 2 PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3 PATIENT'S BIRTH DATE | SEX | 4 INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| VAINE HOWARD R | MM 07 DD 19 YY 30 | M X F | VAINE HOWARD R |

| 5 PATIENT'S ADDRESS (No., Street) | 6 PATIENT RELATIONSHIP TO INSURED | 7 INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 3331 VALLEY RD | Self X Spouse Child Other | 3331 VALLEY RD |

| CITY | STATE | 8 PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single Married X Other | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33435 | (561) 540 2622 | Employed Full-Time Student Part-Time Student | 33435 | (561) 540 2622 |

| 9 OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10 IS PATIENT'S CONDITION RELATED TO | 11 INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 5741323 |

| a OTHER INSURED'S POLICY OR GROUP NUMBER | a EMPLOYMENT? (CURRENT OR PREVIOUS) | a INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | YES NO | MM 07 DD 19 YY 30 | M X F |

| b OTHER INSURED'S DATE OF BIRTH | SEX | b AUTO ACCIDENT? PLACE (State) | b EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|
| MM DD YY | M F | YES NO FL | |

| c EMPLOYER'S NAME OR SCHOOL NAME | c OTHER ACCIDENT? | c INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES NO | AIG |

| d INSURANCE PLAN NAME OR PROGRAM NAME | 10d RESERVED FOR LOCAL USE | d IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | YES X NO If yes, return to and complete item 9 a-d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNATURE ON FILE

SIGNED _____ DATE 03 08 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| 14 DATE OF CURRENT MM DD YY | ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15 IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|---|
| 01 08 01 | | | FROM TO |

| 17 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a I.D. NUMBER OF REFERRING PHYSICIAN | 18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | | FROM TO |

| 19 RESERVED FOR LOCAL USE | | 20 OUTSIDE LAB? $ CHARGES |
|---|---|---|
| | | YES X NO |

| 21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22 MEDICAID RESUBMISSION CODE ORIGINAL REF. NO. |
|---|---|
| 1. 843 9 3. 848 42 | |
| 2. 847 2 4. 724 4 | 23 PRIOR AUTHORIZATION NUMBER |

| 24 | A DATE(S) OF SERVICE From MM DD YY To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03 02 01 | 11 | 1 | 97010 | 1234 | 30 00 | 1 | | | | |
| 2 | 03 02 01 | 11 | 1 | 97014 | 1234 | 35 00 | 1 | | | | |
| 3 | 03 02 01 | 11 | 1 | 97012 | 1234 | 35 00 | 1 | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |

RECEIVED MAR 19 2001 AIGCS

RECEIVE MAR 19 2001 AIGCS LONGWOOD FL

| 25 FEDERAL TAX I.D. NUMBER | SSN EIN | 26 PATIENT'S ACCOUNT NO. | 27 ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28 TOTAL CHARGE | 29 AMOUNT PAID | 30 BALANCE DUE |
|---|---|---|---|---|---|---|
| 650974787 | X | VAIHOW24-00 | YES X NO | $ 100 00 | $ 0 00 | $ 100 00 |

| 31 SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32 NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33 PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS ZIP CODE & PHONE # |
|---|---|---|
| DAVID R MOTE DC | | MOTE WELLNESS REHAB INC 3925 W BOYNTON BEACH BLVD BOYNTON BEACH FL 33436 |
| SIGNED 03 08 DATE | | PIN GH0006242 GRP 561 742-3283 |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR T

FORM HCFA-1500 (12-90)
FORM OWCP-1500    FORM RRB-1500

CSG000205

PLEASE
STAPLE
IN THIS
AREA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1 MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | MVB | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE MM DD YY    SEX M  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)

CITY    STATE

8. PATIENT STATUS
Single  Married  Other

CITY    STATE

ZIP CODE    TELEPHONE (Include Area Code)
( )

Employed  Full-Time Student  Part-Time Student

ZIP CODE    TELEPHONE (INCLUDE AREA CODE)
( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  NO

a. INSURED'S DATE OF BIRTH MM DD YY    SEX M  F

b. OTHER INSURED'S DATE OF BIRTH MM DD YY    SEX M  F

b. AUTO ACCIDENT?    PLACE (State)
YES  NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES  NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  NO  If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED

14. DATE OF CURRENT MM DD YY    ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY    TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY    TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?    $ CHARGES
YES  NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. ____    3. ____

2. ____    4. ____

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From To MM DD YY MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |

RECEIVED
APR 30 2001
AIGCS
LONGWOOD, FL

RECEIVED
MAR 0 4 2001
AIGCS
LONGWOOD

25. FEDERAL TAX I.D. NUMBER    SSN EIN

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES  NO

28. TOTAL CHARGE $

29. AMOUNT PAID $

30. BALANCE DUE $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED    DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

PIN#    GRP#

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88    PLEASE PRINT OR    FORM HCFA-1500
FORM OWCP-1500    FORM RRB-1500

CSG000187

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PICA

AIG
PO BOX    2410

LONGWOOD FL  32752-2410

## HEALTH INSURANCE CLAIM FORM

PICA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER    (FOR PROGRAM IN ITEM 1) |
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | A1018512  MVG |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD R

3. PATIENT'S BIRTH DATE    SEX
07 19 30   M X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD R

5. PATIENT'S ADDRESS (No., Street)
3331 VALLEY RD

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
3331 VALLEY RD

CITY
BOYNTON BEACH   STATE FL

8. PATIENT STATUS
Single  Married X  Other

Employed  Full-Time Student  Part-Time Student

CITY
BOYNTON BEACH   STATE FL

ZIP CODE  33435   TELEPHONE (Include Area Code) (561) 540 2622

ZIP CODE  33435   TELEPHONE (INCLUDE AREA CODE) (561) 540 2622

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
5741323

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  X NO

a. INSURED'S DATE OF BIRTH    SEX
07 19 30   M X   F

b. OTHER INSURED'S DATE OF BIRTH   SEX
MM DD YY   M   F

b. AUTO ACCIDENT?   PLACE (State)
X YES  NO  FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  X NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE   DATE 03 15 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
01 08 01

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
YES  X NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 843 9   3. 848 42
2. 847 2   4. 724 4

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From — To | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 05 01 | | 11 | 1 | 97010 | 1234 | 30 00 | 1 | | | | |
| 03 05 01 | | 11 | 1 | 97014 | 1234 | 30 00 | 1 | | | | |
| 03 05 01 | | 11 | 1 | 97124 | 1234 | 40 00 | 1 | | | | |
| 03 05 01 | | 11 | 1 | 97012 | 1234 | 35 00 | 1 | | | | |

RECEIVED
MAR 20 2001
(Longwood)

25. FEDERAL TAX I.D. NUMBER   SSN  EIN
974787   X

26. PATIENT'S ACCOUNT NO.
VATHOW24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
X YES  NO

28. TOTAL CHARGE
$ 140 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 140 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
MOTE DC
03 15 DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
RECEIVED
MAR 2 7 2001

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS   REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL  33436
PIN H0006242   GRP 742-5283

PO BOX 2410

LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | A1018512 MVB |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

3. PATIENT'S BIRTH DATE / SEX

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

5. PATIENT'S ADDRESS (No., Street)
0081 VALLEY RD

6. PATIENT RELATIONSHIP TO INSURED
Self ☐ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
0081 VALLEY RD

CITY / STATE

8. PATIENT STATUS
Single ☐ Married ☒ Other ☐

CITY BOYNTON BEACH / STATE FL

ZIP CODE 33435  TELEPHONE (Include Area Code) (561)540-2622

Employed ☐ Full-Time Student ☐ Part-Time Student ☐

ZIP CODE 33435  TELEPHONE (INCLUDE AREA CODE) (561)540-2622

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
5741323

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH
07 19 30  SEX M ☒ F ☐

b. OTHER INSURED'S DATE OF BIRTH / SEX

b. AUTO ACCIDENT?  PLACE (State)
☒ YES ☐ NO FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES ☒ NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE  DATE 03 29 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
01 08 01

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM        TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM        TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  $ CHARGES
☐ YES ☒ NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 843 9
2. 847 2
3. 848 42
4. 724 4

22. MEDICAID RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From — To | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 10 01 | 11 | 1 | 97010 | | 1234 | 30 00 | 1 | | REC'D | | |
| 03 10 01 | 11 | 1 | 97014 | | 1234 | 35 00 | 1 | | APR 02 2001 | | |
| 03 10 01 | 11 | 1 | 97124 | | 1234 | 40 00 | 1 | | LONGWOOD | | |
| 03 10 01 | 11 | 1 | 97012 | | 1234 | 35 00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN ☐ EIN ☒
650974787

26. PATIENT'S ACCOUNT NO.
VAIHOW24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
☒ YES ☐ NO

28. TOTAL CHARGE $ 140 00

29. AMOUNT PAID $ 0 00

30. BALANCE DUE $ 140 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED DANIEL R. MOTE DC  DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
APR 05 2001

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL
PIN# CH0006242  GRP#

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88  PLEASE PRINT OR TYPE  FORM HCFA-1500  FORM OWCP-1500

CSG000216

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX 6   410

LONGWOOD FL   32752-2410

## HEALTH INSURANCE CLAIM FORM

| PICA | | | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|---|---|

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | A1018512 MWB | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**VAINE HOWARD B**

3. PATIENT'S BIRTH DATE   MM DD YY   SEX
19 00   M X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**VAINE HOWARD B**

5. PATIENT'S ADDRESS (No., Street)
**3331 VALLEY RD**

6. PATIENT RELATIONSHIP TO INSURED
Self X   Spouse   Child   Other

7. INSURED'S ADDRESS (No., Street)
**3331 VALLEY RD**

CITY **BOYNTON BEACH**   STATE **FL**

8. PATIENT STATUS
Single   Married X   Other

CITY **BOYNTON BEACH**   STATE **FL**

ZIP CODE **33435**   TELEPHONE (Include Area Code) **(561) 540 0000**

Employed   Full-Time Student   Part-Time Student

ZIP CODE **33435**   TELEPHONE (INCLUDE AREA CODE) **(561) 540 0000**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**5741323**

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES   X NO

a. INSURED'S DATE OF BIRTH   MM DD YY   SEX
07 19 30   M X

b. OTHER INSURED'S DATE OF BIRTH   MM DD YY   SEX

b. AUTO ACCIDENT?   PLACE (State)
YES   X NO   FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES   X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
**AIG**

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES   X NO   If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE **03 29 01**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT   MM DD YY   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
**01 08 01**

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE   MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM DD YY   MM DD YY
FROM   TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM DD YY   MM DD YY
FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
YES   X NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. **843 9**   3. **848 42**
2. **847 2**   4. **724 4**

22. MEDICAID RESUBMISSION
CODE   ORIGINAL REF NO

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | | | |
| 03 | 21 | 01 | | | | 11 | 1 | 97010 | | 1234 | 30 | 00 | 1 | | | | |
| 03 | 21 | 01 | | | | 11 | 1 | 97014 | | 1234 | 35 | 00 | 1 | | | | |
| 03 | 21 | 01 | | | | 11 | 1 | 97112 | | 1234 | 100 | 00 | 2 | | | | |
| 03 | 21 | 01 | | | | 11 | 1 | 97012 | | 1234 | 35 | 00 | 1 | | | | |
| | | | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
**650974787**   X

26. PATIENT'S ACCOUNT NO.
**VAIHOW24-00**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES X   NO

28. TOTAL CHARGE
$ **200 00**

29. AMOUNT PAID
$ **0 00**

30. BALANCE DUE
$

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**DAVID R MOTE DC**
SIGNED   DATE **03 29 01**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

APR 05 2001

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
**MOTE WELLNESS**
**3925 W BOYNTON BEA**
**BOYNTON BEACH FL**
PIN# **CHO006242**   GRP# **561 740**

FORM HCFA-1500
FORM OWCP-1500

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE

CSG000217

PLEASE
DO NOT
STAPLE
IN THIS
AREA

AIG
PO BOX 2410
LONGWOOD FL 32752-2410

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | A1018512 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

3. PATIENT'S BIRTH DATE  07 19 30  SEX M X F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

5. PATIENT'S ADDRESS (No., Street)
3301 VALLEY RD

6. PATIENT RELATIONSHIP TO INSURED
Self  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
3301 VALLEY RD

CITY
BOYNTON BEACH

STATE FL

8. PATIENT STATUS
Single  Married X  Other

CITY
BOYNTON BEACH

STATE FL

ZIP CODE
33435

TELEPHONE (Include Area Code)
(561) 540 5620

Employed  Full-Time Student  Part-Time Student

ZIP CODE
33435

TELEPHONE (INCLUDE AREA CODE)
(561) 540 5620

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
5741323

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  X NO

a. INSURED'S DATE OF BIRTH  07 19 30  SEX M X F

b. OTHER INSURED'S DATE OF BIRTH  SEX M F

b. AUTO ACCIDENT?  PLACE (State)
YES  X NO  FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  X NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below
SIGNED SIGNATURE ON FILE  DATE 03 29 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  $ CHARGES
YES  X NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 343 9
2. 847 2
3. 848 42
4. 724 4

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 23 01 | | 11 | 1 | 97010 | 1234 | 30 00 | 1 | | | | |
| 03 23 01 | | 11 | 1 | 97014 | 1234 | 35 00 | 1 | | | | |
| 03 23 01 | | 11 | 1 | 97124 | 1234 | 40 00 | 1 | | | | |
| 03 23 01 | | 11 | 1 | 97012 | 1234 | 35 00 | 1 | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN
650974737  X

26. PATIENT'S ACCOUNT NO.
VAIHOW24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
X YES  NO

28. TOTAL CHARGE
$ 140 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 140 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED DAVID R MOTE DC  DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN# CH0006242  GRP# 561 742 8133

CSG000218

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX 410

LONGWOOD FL 32752-2410

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE (Medicare #) ☐ MEDICAID (Medicaid #) ☐ CHAMPUS (Sponsor's SSN) ☐ CHAMPVA (VA File #) ☐ GROUP HEALTH PLAN (SSN or ID) ☐ FECA BLK LUNG (SSN) ☐ OTHER (ID) ☐ | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) A1018512 |
|---|---|

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) VAINE HOWARD B | 3. PATIENT'S BIRTH DATE 07 19 30 SEX M ☒ F ☐ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) VAINE HOWARD B |
|---|---|---|
| 5. PATIENT'S ADDRESS (No., Street) 3331 VALLEY RD | 6. PATIENT RELATIONSHIP TO INSURED Self ☒ Spouse ☐ Child ☐ Other ☐ | 7. INSURED'S ADDRESS (No., Street) 3331 VALLEY RD |
| CITY BOYNTON BEACH    STATE FL | 8. PATIENT STATUS Single ☐ Married ☒ Other ☐ | CITY BOYNTON BEACH    STATE FL |
| ZIP CODE 33435    TELEPHONE (Include Area Code) (561) 540 2622 | Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | ZIP CODE 33435    TELEPHONE (INCLUDE AREA CODE) (561) 540 2622 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER 5741323 |
|---|---|---|
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES ☐ NO ☒ | a. INSURED'S DATE OF BIRTH 07 19 30 SEX M ☒ F ☐ |
| b. OTHER INSURED'S DATE OF BIRTH MM DD YY    SEX M ☐ F ☐ | b. AUTO ACCIDENT? PLACE (State) YES ☒ NO ☐ FL | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES ☐ NO ☒ | c. INSURANCE PLAN NAME OR PROGRAM NAME AIG |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ NO ☒ If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below. SIGNED SIGNATURE ON FILE    DATE 04 05 01 | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below. SIGNED SIGNATURE ON FILE |
|---|---|

| 14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) 04 08 01 | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY    TO MM DD YY |
|---|---|---|
| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY    TO MM DD YY |
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? YES ☐ NO ☒    $ CHARGES |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) 1. 843 9    3. 848 42    2. 847 2    4. 724 4 | 22. MEDICAID RESUBMISSION CODE    ORIGINAL REF NO |
|---|---|
| | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From MM DD YY    To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS    MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 03 26 01 | 11 | 1 | 97010 | 1234 | 30 00 | 1 | | | | |
| 03 26 01 | 11 | 1 | 97014 | 1234 | 35 00 | 1 | | | | |
| 03 26 01 | 11 | 1 | 97124 | 1234 | 40 00 | 1 | | | | |
| 03 26 01 | 11 | 1 | 97012 | 1234 | 35 00 | 1 | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

RECEIVED
APR 10 2001
AIGGS
LONGWOOD, FL

| 25. FEDERAL TAX I.D. NUMBER 650974787    SSN ☐ EIN ☒ | 26. PATIENT'S ACCOUNT NO VAIHOW24-00 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES ☒ NO ☐ | 28. TOTAL CHARGE $ 140 00 | 29. AMOUNT PAID $ 0 00 | 30. BALANCE DUE $ 140 00 |
|---|---|---|---|---|---|
| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) SIGNED DAVID R MOTE DC    DATE 04 05 01 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE MOTE WELLNESS REHAB INC 3925 W BOYNTON BEACH BLVD BOYNTON BEACH FL 33436 PIN# CH0006242    GRP# 561 742-3283 |

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88    PLEASE PRINT OR T

FORM HCFA-1500 (12-90)
FORM OWCP-1500    FORM RRB-1500

CSG000219

PO BOX :410

LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

PICA                                                                                                    PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | A1018512 | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| VAINE HOWARD B | 07 19 30  M X  F | | VAINE HOWARD B |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 3331 VALLEY RD | Self X  Spouse  Child  Other | 3331 VALLEY RD |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single  Married X  Other | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33435 | (561) 540 2622 | Employed  Full-Time Student  Part-Time Student | 33435 | (561) 540 2622 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 5741323 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | YES  X NO | 07 19 30  M X  F |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT?  PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|
| MM DD YY  M  F | | X YES  NO  FL | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES  X NO | AIG |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | YES  X NO  If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE  04 05 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 01 08 01 | | FROM  TO |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | | FROM  TO |

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB?  $ CHARGES |
|---|---|---|
| | | YES  X NO |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 843 9     3. 848 42
2. 847 2     4. 724 4

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From — To | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 28 01 | | | 11 | 1 | 97010 | | 1234 | 30 00 | 1 | | | | |
| 03 28 01 | | | 11 | 1 | 97014 | | 1234 | 35 00 | 1 | | | | |
| 03 28 01 | | | 11 | 1 | 97112 | | 1234 | 100 00 | 2 | | | | RECEIVED |
| 03 28 01 | | | 11 | 1 | 97012 | | 1234 | 35 00 | 1 | | | | APR 10 2001 AIGSC LONGWOOD, FL |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 650974787 | X | VAIHOW24-00 | X YES  NO | $ 200 00 | $ 0 00 | $ 200 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (if other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| DAVID R MOTE DC  SIGNED  04 05 01  DATE | | MOTE WELLNESS REHAB INC 3925 W BOYNTON BEACH BLVD BOYNTON BEACH FL 33436 PIN CH0006242  GRP 561 742-3283 |

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88    PLEASE PRINT OR TYPE    FORM HCFA-1500 12-90 FORM OWCP-1500

CSG000220

PLEASE
DO NOT
STAPLE
IN THIS
AREA

AIG
PO BOX 2410

LONGWOOD FL 32752-2410

| PICA | | **HEALTH INSURANCE CLAIM FORM** | | PICA |

## HEALTH INSURANCE CLAIM FORM

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER X (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) A1018512 M |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) VAINE HOWARD B | 3. PATIENT'S BIRTH DATE MM 07 DD 19 YY 30 SEX M X F | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) VAINE HOWARD B |

| 5. PATIENT'S ADDRESS (No., Street) 3331 VALLEY RD | 6. PATIENT RELATIONSHIP TO INSURED Self X Spouse Child Other | 7. INSURED'S ADDRESS (No., Street) 3331 VALLEY RD |

| CITY BOYNTON BEACH | STATE FL | 8. PATIENT STATUS Single Married X Other | CITY BOYNTON BEACH | STATE FL |

| ZIP CODE 33435 | TELEPHONE (Include Area Code) (561) 540 2622 | Employed Full-Time Student Part-Time Student | ZIP CODE 33435 | TELEPHONE (INCLUDE AREA CODE) (561) 540 2622 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER 5741323 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES X NO | a. INSURED'S DATE OF BIRTH MM 07 DD 19 YY 30 SEX M X F |

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F | b. AUTO ACCIDENT? YES X NO PLACE (State) FL | b. EMPLOYER'S NAME OR SCHOOL NAME |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES X NO | c. INSURANCE PLAN NAME OR PROGRAM NAME AIG |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES X NO If yes, return to and complete item 9 a-d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below
SIGNATURE ON FILE
SIGNED ___ DATE 04 05 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT 01 08 01 ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY TO MM DD YY |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY FROM TO MM DD YY |

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? YES X NO $ CHARGES |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 843 9   3. 848 42
2. 847 2   4. 724 4

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO |
| 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 30 01 | 11 | 1 | 97010 | | 1234 | 30 00 | | | | | |
| 03 30 01 | 11 | 1 | 97014 | | 1234 | 35 00 | | | | | |
| 03 30 01 | 11 | 1 | 97124 | | 1234 | 40 00 | | | | | |
| 03 30 01 | 11 | 1 | 97012 | | 1234 | 35 00 | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

RECEIVED
APR 10 2001
AIGCS
LONGWOOD, FL
50216

| 25. FEDERAL TAX I.D. NUMBER 650974787 SSN EIN X | 26. PATIENT'S ACCOUNT NO. VAIHOW24-00 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) X YES NO | 28. TOTAL CHARGE $ 140 00 | 29. AMOUNT PAID $ 0 00 | 30. BALANCE DUE $ 140 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) DAVID R MOTE DC SIGNED ___ DATE 04 05 01 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # MOTE WELLNESS REHAB INC 3925 W BOYNTON BEACH BLVD BOYNTON BEACH FL 33436 PIN# CH0006242 GRP# 561 742-3283 |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE   FORM HCFA-1500 (12 90), FORM OWCP-1500, FORM RRB-1500

CSG000221

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PICA

PO BOX   410

LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

PICA

| 1 MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | [X] (ID) | A1018512 MVB | |

2 PATIENT'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

3 PATIENT'S BIRTH DATE
MM 07 DD 19 YY 30  SEX M [X]

4 INSURED'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

5 PATIENT'S ADDRESS (No., Street)
3331 VALLEY RD

6 PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7 INSURED'S ADDRESS (No., Street)
3331 VALLEY RD

CITY
BOYNTON BEACH          STATE FL

8 PATIENT STATUS
Single  Married [X]  Other

CITY
BOYNTON BEACH          STATE FL

ZIP CODE 33435   TELEPHONE (Include Area Code) (561) 540 2622

Employed  Full-Time Student  Part-Time Student

ZIP CODE 33435   TELEPHONE (INCLUDE AREA CODE) (561) 540 2622

9 OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10 IS PATIENT'S CONDITION RELATED TO

11 INSURED'S POLICY GROUP OR FECA NUMBER
5741323

a OTHER INSURED'S POLICY OR GROUP NUMBER

a EMPLOYMENT? (CURRENT OR PREVIOUS)
YES [X] NO

a INSURED'S DATE OF BIRTH
MM 07 DD 19 YY 30  SEX M [X]  F

b OTHER INSURED'S DATE OF BIRTH
MM DD YY  SEX M  F

b AUTO ACCIDENT?  PLACE (State)
[X] YES  NO FL

b EMPLOYER'S NAME OR SCHOOL NAME

c EMPLOYER'S NAME OR SCHOOL NAME

c OTHER ACCIDENT?
YES [X] NO

c INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d INSURANCE PLAN NAME OR PROGRAM NAME

10d RESERVED FOR LOCAL USE

d IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [X] NO  If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below

SIGNATURE ON FILE
SIGNED                    DATE 04 11 01

13 INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below

SIGNATURE ON FILE
SIGNED

14 DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
MM 01 DD 08 YY 01

15 IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY  TO MM DD YY

17 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a I.D. NUMBER OF REFERRING PHYSICIAN

18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY  TO MM DD YY

19 RESERVED FOR LOCAL USE

20 OUTSIDE LAB?
YES [X] NO   $ CHARGES

21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)
1. 843 9    3. 848 42
2. 847 2    4. 724 4

22 MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23 PRIOR AUTHORIZATION NUMBER

| 24 A DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 04 02 01 | 11 | 1 | 99215 | 1234 | 140 00 | | | | | |
| 04 02 01 | 11 | 1 | 97010 | 1234 | 30 00 | | | | | |
| 04 02 01 | 11 | 1 | 97014 | 1234 | 35 00 | 1 | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

25 FEDERAL TAX I.D. NUMBER   SSN EIN
650974787  [X]

26 PATIENT'S ACCOUNT NO.
VAIHOW24-00

27 ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES  NO

28 TOTAL CHARGE
$ 205 00

29 AMOUNT PAID
$ 0 00

30 BALANCE DUE
$ 205 00

31 SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof)
DAVID R MOTE DC
SIGNED          04 11 01

32 NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33 PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS   REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN# CH0006242   GRP# 561 742-3233

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88   PLEASE PRINT OR TYPE

FORM HCFA-1500 (12-90)
FORM OWCP-1500   FORM RRB-1500

CSG000222

APPROVED OMB-0938-0008

AIG
PO BOX 0 2410

LONGWOOD FL  32752-2410

## HEALTH INSURANCE CLAIM FORM

| | | | | | | |
|---|---|---|---|---|---|---|
| PICA | | | | | | PICA |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | Sponsor's SSN | (VA File #) | (SSN or ID) | (SSN) | (ID) | A1018512 MUB | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**VAINE HOWARD B**

3. PATIENT'S BIRTH DATE **07 19 30**  SEX M [X]  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**VAINE HOWARD B**

5. PATIENT'S ADDRESS (No., Street)
**3331 VALLEY RD**

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
**3331 VALLEY RD**

CITY **BOYNTON BEACH**  STATE **FL**

8. PATIENT STATUS
Single  Married [X]  Other

CITY **BOYNTON BEACH**  STATE **FL**

ZIP CODE **33435**  TELEPHONE (Include Area Code) **(561) 540 2622**

Employed  Full-Time Student  Part-Time Student

ZIP CODE **33435**  TELEPHONE (INCLUDE AREA CODE) **(561) 540 2622**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**5741323**

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  [X] NO

a. INSURED'S DATE OF BIRTH **07 19 30**  SEX M [X]  F

b. OTHER INSURED'S DATE OF BIRTH  SEX M  F

b. AUTO ACCIDENT?  PLACE (State)
[X] YES  NO **FL**

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
**AIG**

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  [X] NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED **SIGNATURE ON FILE**  DATE **04 11 01**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT **01 08 01** ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  $ CHARGES
YES  [X] NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. **843 9**   3. **848 42**
2. **847 2**   4. **724 4**

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 04 04 01 | 11 | 1 | 97010 | 1234 | 30 00 | 1 | | | | |
| 04 04 01 | 11 | 1 | 97014 | 1234 | 35 00 | 1 | | | | |
| 04 04 01 | 11 | 1 | 97112 | 1234 | 100 00 | 1 | | | | |
| 04 04 01 | 11 | 1 | 97012 | 1234 | 35 00 | 1 | | | | |
| | | | | | | | | | | |

RECEIVED
APR 24 2001
AIGCS
LONGWOOD, FL

25. FEDERAL TAX I.D. NUMBER **650974787**  SSN  EIN [X]

26. PATIENT'S ACCOUNT NO. **VAIHOW24-00**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES  NO

28. TOTAL CHARGE **$ 200 00**

29. AMOUNT PAID **$ 0 00**

30. BALANCE DUE **$ 200 00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED **DAVID R MOTE DC**  DATE **04 11 01**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
**MOTE WELLNESS REHAB INC**
**3925 W BOYNTON BEACH BLVD**
**BOYNTON BEACH FL 33436**
PIN# **CH0006242**  GRP# **561 742-0233**

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88  PLEASE PRINT OR TYPE  FORM HCFA-1500 (12-90)

CSG000223

PO BOX 2410

LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER X | 1a. INSURED'S I.D. NUMBER A1018512 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

3. PATIENT'S BIRTH DATE 07 19 YY SEX

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

5. PATIENT'S ADDRESS (No., Street)
3381 VALLEY RD

6. PATIENT RELATIONSHIP TO INSURED Self

7. INSURED'S ADDRESS (No., Street)
3381 VALLEY RD

CITY BOYNTON BEACH STATE FL

8. PATIENT STATUS Other X

CITY BOYNTON BEACH STATE

ZIP CODE 33435 TELEPHONE (561)540 2622

ZIP CODE 33435 TELEPHONE (561)541

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

11. INSURED'S POLICY GROUP OR FECA NUMBER
5741323

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES X NO

a. INSURED'S DATE OF BIRTH 07 19 30 SEX M X

b. OTHER INSURED'S DATE OF BIRTH SEX M F

b. AUTO ACCIDENT? PLACE (State) YES X NO FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES X NO

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNATURE ON FILE
SIGNED     DATE 04 18 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNATURE ON FILE
SIGNED

14. DATE OF CURRENT ILLNESS, INJURY OR PREGNANCY
01 08 01

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM     TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM     TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES X NO     $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 342 9
2. 347 2
3. 848 42
4. 724 4

22. MEDICAID RESUBMISSION CODE     ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 06 01 | 11 | 1 | 97010 | | 1234 | 30 00 | 1 | | | | |
| 04 06 01 | 11 | 1 | 97014 | | 1234 | 35 00 | 1 | | | | |
| 04 06 01 | 11 | 1 | 97035 | | 1234 | 35 00 | 1 | | | | |
| 04 06 01 | 11 | 1 | 97112 | | 1234 | 40 00 | 1 | | | | |
| 04 06 01 | 11 | 1 | 97140 | | 1234 | 50 00 | 1 | | | | |
| 04 06 01 | 11 | 1 | 97110 | | 1234 | 50 00 | 1 | | | | |

RECEIVED APR 27 2001 LONGWOOD FL

RECEIVED APR 2 0 2001 AIGCS LONGWOOD FL

25. FEDERAL TAX I.D. NUMBER     SSN  EIN
650974727     X

26. PATIENT'S ACCOUNT NO.
VAIHOW24-00

27. ACCEPT ASSIGNMENT? YES X NO

28. TOTAL CHARGE
$ 250 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
PETER DE VLIESCHAUWER PSUITE 105
SIGNED     04 18 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED
DAVID R MOTE DC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33100

33. PHYSICIAN'S SUPPLIER'S BILLING NAME ADDRESS ZIP CODE & PHONE #
MOTE WELLNESS REHAB INT
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL
PIN BT0011417     GRP

CSG000224

PLEASE
DO NOT
STAPLE
IN THIS
AREA

AIG
PO BOX 5541O
LONGWOOD FL  32752-2410

PICA

## HEALTH INSURANCE CLAIM FORM

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a INSURED'S ID NUMBER | FOR PROGRAM IN ITEM 1 |
|---|---|---|---|---|---|---|---|---|
| Medicare # | Medicaid # | Sponsor's SSN | VA File # | SSN or ID | SSN | ID X | A1012512 | |

2 PATIENT'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

3 PATIENT'S BIRTH DATE    SEX
07 19 30    M   F X

4 INSURED'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

5 PATIENT'S ADDRESS (No Street)
3821 VALLEY DR

6 PATIENT RELATIONSHIP TO INSURED
Self X  Spouse  Child  Other

7 INSURED'S ADDRESS (No Street)
3821 VALLEY DR

CITY  BOYNTON BEACH    STATE FL

8 PATIENT STATUS
Single  Married X  Other

CITY  BOYNTON BEACH    STATE FL

ZIP CODE  33435    TELEPHONE (Include Area Code) (561) 542-2222

Employed  Full-Time Student  Part-Time Student

ZIP CODE  33435    TELEPHONE (Include Area Code) (561) 542-2222

9 OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10 IS PATIENT'S CONDITION RELATED TO

11 INSURED'S POLICY GROUP OR FECA NUMBER
5741323

a OTHER INSURED'S POLICY OR GROUP NUMBER

a EMPLOYMENT? (CURRENT OR PREVIOUS)
YES X NO

a INSURED'S DATE OF BIRTH    SEX
07 19 30    M X F

b OTHER INSURED'S DATE OF BIRTH    SEX
MM DD YY    M  F

b AUTO ACCIDENT?    PLACE (State)
YES X NO  FL

b EMPLOYER'S NAME OR SCHOOL NAME

c EMPLOYER'S NAME OR SCHOOL NAME

c OTHER ACCIDENT?
YES X NO

c INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d INSURANCE PLAN NAME OR PROGRAM NAME

10d RESERVED FOR LOCAL USE

d IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  NO X  If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM
12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE  04 18 01

13 INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14 DATE OF CURRENT  ILLNESS (First symptom) OR  INJURY (Accident) OR  PREGNANCY (LMP)
MM DD YY
01 08 01

15 IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS  GIVE FIRST DATE  MM DD YY

16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM    TO

17 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a I.D. NUMBER OF REFERRING PHYSICIAN

18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM    TO

19 RESERVED FOR LOCAL USE

20 OUTSIDE LAB?    $ CHARGES
YES  NO X

21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 843 9    3. 848 42
2. 847 0    4. 724 4

22 MEDICAID RESUBMISSION  CODE    ORIGINAL REF NO

23 PRIOR AUTHORIZATION NUMBER

| 24 A DATE(S) OF SERVICE | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM DD YY | From | MM DD YY To | | | | | | | | | | | |
| 04 06 01 | | | 11 | 1 | 97012 | | 1234 | 35 00 | 1 | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

RECEIVED    RECEIVED
APR 27 2001   APR 2 0 2001
AIGCS    AIGCS
LONGWOOD FL   LONGWOOD, FL

25 FEDERAL TAX I.D. NUMBER    SSN EIN
650274787    X

26 PATIENT'S ACCOUNT NO
VAIHOW24-00

27 ACCEPT ASSIGNMENT? (For govt claims see back)
YES X NO

28 TOTAL CHARGE
$ 35 00

29 AMOUNT PAID
$ 0 00

30 BALANCE DUE
$ 35 00

31 SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof)
DAVID B MOTE DC    04 18 01

32 NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33 PHYSICIAN'S SUPPLIER'S BILLING NAME ADDRESS ZIP CODE & PHONE #
MOTE WELLNESS   REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN# CH0006242    GRP# 561 742-xxxx

PLEASE PRINT OR TYPE

CSG000225

DO NOT
STAPLE
IN THIS
AREA

PO BOX 919410

LONGWOOD FL 32752-2410

PICA

## HEALTH INSURANCE CLAIM FORM

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER |
|----------|----------|---------|---------|-------|------|-------|---------|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | A1018510 MVB |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

3. PATIENT'S BIRTH DATE / SEX
07 19 30 M X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

5. PATIENT'S ADDRESS (No., Street)
2221 VALLEY RD

6. PATIENT RELATIONSHIP TO INSURED

7. INSURED'S ADDRESS (No., Street)
2221 VALLEY RD

CITY: BOYNTON BEACH   STATE FL

8. PATIENT STATUS

CITY: BOYNTON BEACH   STATE FL

ZIP CODE 33435   TELEPHONE (Include Area Code)
561 540 0800

ZIP CODE 33435   TELEPHONE (INCLUDE AREA CODE)
561 541

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

11. INSURED'S POLICY GROUP OR FECA NUMBER
5711223

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES NO X

a. INSURED'S DATE OF BIRTH
MM DD YY   07 19 30   M X

b. OTHER INSURED'S DATE OF BIRTH / SEX

b. AUTO ACCIDENT?   PLACE (State)
YES X NO FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES X NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED   SIGNATURE ON FILE   DATE 04 19 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY OR PREGNANCY
01 09 01

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $CHARGES
YES X NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 342 9   3. 848 42
2. 847 2   4. 724 4

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 09 01 | | 11 | 1 | 97010 | 1234 | 30 00 | 1 | | | | |
| 04 09 01 | | 11 | 1 | 97014 | 1234 | 35 00 | 1 | | | | |
| 04 09 01 | | 11 | 1 | 97035 | 1234 | 35 00 | 1 | | | | |
| 04 09 01 | | 11 | 1 | 97112 | 1234 | 50 00 | 1 | | | | |
| 04 09 01 | | 11 | 1 | 97140 | 1234 | 50 00 | 1 | | | | |
| 04 09 01 | | 11 | 1 | 97110 | 1234 | 50 00 | 1 | | | | |

RECEIVED
APR 27 2001

RECEIVED
APR 27 2001
LONGWOOD, FL

25. FEDERAL TAX I.D. NUMBER
65007 1737   X

26. PATIENT'S ACCOUNT NO.
VAIHOW24-00

27. ACCEPT ASSIGNMENT?
YES X NO

28. TOTAL CHARGE
250 00

29. AMOUNT PAID

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
SIGNED   PETER DE VLIEGGHAUWER   DATE 04 19 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED
DAVID R MOTE D
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436

33. PHYSICIAN'S SUPPLIER'S BILLING NAME
MOTE WELLNESS
3925 W BOYNTON BL
BOYNTON BEACH FL
PIN 0011417   GRP

PLEASE PRINT OR TYPE

CSG000226

PO BOX 12410

LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

| PICA | | | | | | PICA |
|---|---|---|---|---|---|---|
| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |

1a. INSURED'S I.D. NUMBER: A1013512

2. PATIENT'S NAME: MAINE HOWARD B

3. PATIENT'S BIRTH DATE

4. INSURED'S NAME: MAINE HOWARD B

5. PATIENT'S ADDRESS: 8881 VALLEY RD

7. INSURED'S ADDRESS: 8881 VALLEY RD

BOYNTON BEACH FL

ZIP CODE: 33435   TELEPHONE: 561 540 0122

INSURED'S ZIP CODE: 33435   TELEPHONE: (561) 540 0122

11. INSURED'S POLICY GROUP OR FECA NUMBER: 5711223

11a. INSURED'S DATE OF BIRTH: 07 19 30   SEX: M

11c. INSURANCE PLAN NAME OR PROGRAM NAME: AIG

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE   DATE 04 19 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS: 04 09 01

20. OUTSIDE LAB?   YES   X NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 847 9
2. 848 42
3. 847 2
4. 724 4

22. MEDICAID RESUBMISSION

| 24. A. DATE(S) OF SERVICE | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS  MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 09 01 | | 11 | 1 | 97012 | 1234 | 35 00 | 1 | | | | |

RECEIVED APR 27 2001

RECEIVED APR 27 2001

25. FEDERAL TAX I.D. NUMBER: 650974767   SSN  X EIN

26. PATIENT'S ACCOUNT NO.: VAIHOW04-CC

27. ACCEPT ASSIGNMENT?  X YES

LONGWOOD FL

28. TOTAL CHARGE: 35 00

29. AMOUNT PAID: 0 00

30. BALANCE DUE: 35 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: DAVID R MOTE DC   DATE 04 19 01

33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #:
MOTE WELLNESS REHAB CTR
2925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL
GRP 630006042   561 740 4900

PLEASE PRINT OR TYPE

CSG000227

AIG
PO BOX 512410

LONGWOOD FL  32752-2410

## HEALTH INSURANCE CLAIM FORM

| | |
|---|---|
| 1a. INSURED'S I.D. NUMBER | A1018512 *MVB* |
| 4. INSURED'S NAME | VAINE HOWARD B |
| 7. INSURED'S ADDRESS No. Street | 3331 VALLEY RD |
| CITY | BOYNTON BEACH  FL |
| ZIP CODE | 33435 |
| TELEPHONE | (561)540-_____ |
| 11. INSURED'S POLICY GROUP OR FECA NUMBER | 5741323 |
| INSURED'S DATE OF BIRTH | 07 19 30  M X |
| INSURANCE PLAN NAME OR PROGRAM NAME | AIG |

Patient: VAINE HOWARD B
Address: 3331 VALLEY RD
CITY: BOYNTON BEACH  FL
ZIP: 33435  (561)540-_____

12. PATIENT'S SIGNATURE    SIGNATURE ON FILE    DATE 04 19 01

13. INSURED'S SIGNATURE    SIGNATURE ON FILE

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM

20. OUTSIDE LAB?   YES   X NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY

1. 842 9
2. 847 0
3. 843 40
4. 724 4

| 24. A DATE(S) OF SERVICE From | To | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 11 01 | | 11 | 1 | 97012 | 1234 | 35 00 | 1 | | | | |

RECEIVED APR 2_ _

RECEIVED APR 27 2001
AIGCS
LONGWOOD, FL

AIGCS
LONGWOOD FL

| 25. FEDERAL TAX I.D. NUMBER | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT | 28. TOTAL CHARGE | 29. AMOUNT PAID |
|---|---|---|---|---|
| 650007737  X | VAIHOW24-00 | X YES | 35 00 | 0 00 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
DAVID B MOTE DC    04 19 01

33. PHYSICIAN'S SUPPLIER'S BILLING NAME ADDRESS
MOTE WELLNESS  REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL  33437
CH0006242    561-742-____

PLEASE PRINT OR T

**CSG000228**

PO BOX 2410

LONGWOOD FL 32752-2410

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER |
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) |

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
A1018512

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

3. PATIENT'S BIRTH DATE
07 19 30 SEX M [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

5. PATIENT'S ADDRESS (No. Street)
3331 VALLEY RD

6. PATIENT RELATIONSHIP TO INSURED
Self [X] Spouse Child Other

7. INSURED'S ADDRESS (No. Street)
3331 VALLEY RD

CITY
BOYNTON BEACH
STATE FL

8. PATIENT STATUS
Single Married [X] Other

CITY
BOYNTON BEACH
STATE FL

ZIP CODE
33435
TELEPHONE (Include Area Code)
(561) 540 2622

Employed Full-Time Student Part-Time Student

ZIP CODE
33435
TELEPHONE (INCLUDE AREA CODE)
(561) 540 2622

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
5741323

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES [X] NO

a. INSURED'S DATE OF BIRTH
07 19 30 SEX M [X]

b. OTHER INSURED'S DATE OF BIRTH
MM DD YY SEX M F

b. AUTO ACCIDENT? PLACE (State)
[X] YES NO FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [X] NO If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE
SIGNED _____ DATE 05 03 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below
SIGNATURE ON FILE
SIGNED _____

14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
04 08 01

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM ___ TO ___

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM ___ TO ___

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES [X] NO
$ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 843 9
2. 847 2
3. 848 42
4. 724 4

22. MEDICAID RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

RECEIVED

| 24. A. DATE(S) OF SERVICE | | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | |
| 04 | 13 | 01 | | | | 11 | 1 | 97010 | 1234 | 30 00 | 1 | | | | AIGCS LONGWOOD FL |
| 04 | 13 | 01 | | | | 11 | 1 | 97014 | 1234 | 35 00 | 1 | | | | RECEIVED MAY |
| 04 | 13 | 01 | | | | 11 | 1 | 97112 | 1234 | 50 00 | 1 | | | | |
| 04 | 13 | 01 | | | | 11 | 1 | 97140 | 1234 | 50 00 | 1 | | | | AIGCS LONGWOOD |
| 04 | 13 | 01 | | | | 11 | 1 | 97110 | 1234 | 50 00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER SSN EIN
650974787 [X]

26. PATIENT'S ACCOUNT NO.
VAIHOW24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES NO

28. TOTAL CHARGE
$ 215 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 215 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
I certify that the statements on the reverse apply to this bill and are made a part hereof.
DAVID R MOTE DC
SIGNED 05 03 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN# CH0006242 GRP# 561 742-3283

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8 88    PLEASE PRINT OR TYPE    FORM HCFA-1500 (12-90)    FORM RRB-1500    FORM OWCP-1500

CSG000229

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | MVB | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE MM DD YY    SEX M☐ F☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self☐ Spouse☐ Child☐ Other☐

7. INSURED'S ADDRESS (No., Street)

CITY                    STATE

8. PATIENT STATUS
Single☐ Married☐ Other☐

CITY                    STATE

ZIP CODE    TELEPHONE (Include Area Code)
( )

Employed☐ Full-Time Student☐ Part-Time Student☐

ZIP CODE    TELEPHONE (INCLUDE AREA CODE)
( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES☐ NO☐

a. INSURED'S DATE OF BIRTH MM DD YY    SEX M☐ F☐

b. OTHER INSURED'S DATE OF BIRTH MM DD YY    SEX M☐ F☐

b. AUTO ACCIDENT?    PLACE (State)
YES☐ NO☐

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES☐ NO☐

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES☐ NO☐  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____    DATE _____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _____

14. DATE OF CURRENT MM DD YY ◄ ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY    TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY    TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?    $ CHARGES
YES☐ NO☐

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. _____    3. _____
2. _____    4. _____

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY   To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |

RECEIVED
MA 0 4 2001
AIGCS

25. FEDERAL TAX I.D. NUMBER    SSN☐ EIN☐

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES☐ NO☐

28. TOTAL CHARGE $

29. AMOUNT PAID $

30. BALANCE DUE $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
(I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED _____    DATE _____

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

AIGCS
LONGW___ FL

PIN#    GRP#

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88

PLEASE PRINT OR TYPE

FORM HCFA-1500
FORM OWCP-1500    FORM RRB-

# CSG000230

AIG
PO BOX    2410

LONGWOOD FL    32752-2410

APPROVED OMB-0938-0008

## HEALTH INSURANCE CLAIM FORM

PLEASE DO NOT STAPLE IN THIS AREA

PICA                                                                PICA

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|----------|----------|---------|---------|-------------------|---------------|-------|---------------------------|--------------------------|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | A1018512 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

3. PATIENT'S BIRTH DATE: 07 19 30    SEX M [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

5. PATIENT'S ADDRESS (No., Street)
3331 VALLEY RD

6. PATIENT RELATIONSHIP TO INSURED: Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
3331 VALLEY RD

CITY: BOYNTON BEACH    STATE: FL

8. PATIENT STATUS: Single  Married [X]  Other

CITY: BOYNTON BEACH    STATE: FL

ZIP CODE: 33435    TELEPHONE (Include Area Code): (561) 540 2622

Employed  Full-Time Student  Part-Time Student

ZIP CODE: 33435    TELEPHONE (INCLUDE AREA CODE): (561) 540 2622

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
5741323

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  YES  NO [X]

a. INSURED'S DATE OF BIRTH: 07 19 30    SEX M [X]  F

b. OTHER INSURED'S DATE OF BIRTH    SEX

b. AUTO ACCIDENT?  YES  NO [X]    PLACE (State) FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  YES  NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  NO [X]  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE    DATE 05 03 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT: 01 08 01  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM    TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM    TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES  NO [X]    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 843 9    3. 848 42
2. 847 2    4. 724 4

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 18 01 | | 11 | 1 | 97012 | | 1234 | 35 00 | 1 | | | | |
| 04 23 01 | | 11 | 1 | 97010 | | 1234 | 30 00 | 1 | | | | |
| 04 23 01 | | 11 | 1 | 97014 | | 1234 | 35 00 | 1 | | | | |
| 04 23 01 | | 11 | 1 | 97012 | | 1234 | 35 00 | 1 | | | | |
| 04 23 01 | | 11 | 1 | 97140 | | 1234 | 50 00 | 1 | | | | |
| 04 23 01 | | 11 | 1 | 97110 | | 1234 | 50 00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER: 650974787  SSN [ ]  EIN [X]

26. PATIENT'S ACCOUNT NO.: VAIHOW24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES [X]  NO

28. TOTAL CHARGE: $ 235 00

29. AMOUNT PAID: $ 0 00

30. BALANCE DUE: $ 235 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof)

DAVID R MOTE DC    05 03 01
SIGNED    DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (if other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS    REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL    33436
CH0006242    561 742-3283
GRP#

RECEIVED MAY 17 2001  AIGCS  LONGWOOD FL

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88

PLEASE PRINT OR TYPE

FORM HCFA-1500 (12-90), FORM RRB-1500, FORM OWCP-1500

APPROVED OMB-0938-2006

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX   2410

LONGWOOD FL  32752-2410

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID) | 1a INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| | | | | X | | | A1018512  MUB |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| VAINE HOWARD B | 07 19 30 | M X F | VAINE HOWARD B |

| 5. PATIENT'S ADDRESS (No. Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No. Street) |
|---|---|---|
| 3331 VALLEY RD | Self X  Spouse  Child  Other | 3331 VALLEY RD |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single  Married X  Other | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33435 | (561) 540 2622 | Employed  Full-Time Student  Part-Time Student | 33435 | (561) 540 2622 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 5741323 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES  X NO | a. INSURED'S DATE OF BIRTH  07 19 30   SEX  M X F |
|---|---|---|

| b. OTHER INSURED'S DATE OF BIRTH  SEX  M F | b. AUTO ACCIDENT?  X YES  NO  PLACE (State) FL | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT?  YES  X NO | c. INSURANCE PLAN NAME OR PROGRAM NAME  AIG |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  X NO  If yes, return to and complete item 9 a-d. |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  **SIGNATURE ON FILE**   DATE  05 03 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  **SIGNATURE ON FILE**

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)  01 08 01 | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO |
|---|---|---|

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?  YES  X NO  $ CHARGES |
|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)

1. 843 9    3. 848 42
2. 847 2    4. 724 4

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To MM DD YY MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 04 25 01 | 11 | 1 | 97112 | 1234 | 100 00 | 2 | | | | |
| 04 25 01 | 11 | 1 | 97012 | 1234 | 35 00 | 1 | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN  650974787  X | 26. PATIENT'S ACCOUNT NO.  VAIHOW24-00 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  X YES  NO | 28. TOTAL CHARGE  $ 135 00 | 29. AMOUNT PAID  $ 0 00 | 30. BALANCE DUE  $ 135 00 |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  DAVID R MOTE DC  SIGNED  05 03 01 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #  MOTE' WELLNESS  REHAB INC  3925 W BOYNTON BEACH BLVD  BOYNTON BEACH FL  33436  PIN# CH0006242  GRP# 561 742-3283 |
|---|---|---|

RECEIVED
MAY 17 2001
AIGCS
LONGWOOD

REPRINT

Explanation of Review

Page: 1    of    1
Case: A11-FFLN-0048986
Review Date: 03-21-2001
Adjustor: BEASLEY
File: 00000240-00000000-00000000
Reviewer: ST.

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1018512-1

25

DROP TO FILE

DOI: 01-08-2001
Claimant: VAINE, HOWARD
3331 VALLEY RD
BOYNTON BEACH, FL 33435

Tax ID: 650974787    OM
DOS: 03-06-2001 to 03-09-2001

Dx 1: 843.9 SPRAIN HIP & THIGH NOS    Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 848.4 SPRAIN OF STERNUM    Dx 4: 724.4 LUMBOSACRAL NEURITIS NO

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Expl. Code(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-06-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 03-06-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-06-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | | | 40.00 | |
| 03-06-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-07-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 03-07-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-07-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-07-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-07-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-07-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-07-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-09-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 03-09-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-09-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | | | 40.00 | |
| 03-09-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |

Total Charges: 580.00
Bill Review Reductions: 0.00
Recommended Allowance: 580.00

**********************PAYMENT PENDING ADJUSTOR'S REVIEW**********************
The Explanation of Review is sent solely for your records.
*******THIS IS NOT A BILL********

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE FOR THE PROVIDER'S GEOGRAPHICAL REGION.



RECEIVED
MAR 2 3 2001
AIGCS
LLNGWOOD FL

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000182

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX 410

LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

| PICA | | | | | | | | PICA |

**1. MEDICARE** (Medicare #) □ **MEDICAID** (Medicaid #) □ **CHAMPUS** (Sponsor's SSN) □ **CHAMPVA** (VA File #) □ **GROUP HEALTH PLAN** (SSN or ID) □ **FECA BLK LUNG** (SSN) □ **OTHER** (ID) ☒

**1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1): A101851 MVG

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial): VAINE HOWARD B

**3. PATIENT'S BIRTH DATE** MM 07 DD 19 YY 50 SEX M ☒

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial): VAINE HOWARD B

**5. PATIENT'S ADDRESS** (No., Street): 3331 VALLEY RD

**6. PATIENT RELATIONSHIP TO INSURED**: Self ☒ Spouse □ Child □ Other □

**7. INSURED'S ADDRESS** (No., Street): 3331 VALLEY RD

**CITY**: BOYNTON BEACH **STATE**: FL

**8. PATIENT STATUS**: Single □ Married ☒ Other □
Employed □ Full-Time Student □ Part-Time Student □

**CITY**: BOYNTON BEACH **STATE**: FL

**ZIP CODE**: 33435 **TELEPHONE** (Include Area Code): (561) 540 2622

**ZIP CODE**: 33435 **TELEPHONE** (INCLUDE AREA CODE): (561) 540 2622

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial):

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**: 5741323

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**:

**a. EMPLOYMENT?** (CURRENT OR PREVIOUS): YES □ NO ☒

**a. INSURED'S DATE OF BIRTH** MM 07 DD 19 YY 50 SEX M ☒

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY SEX M □ F □

**b. AUTO ACCIDENT?** PLACE (State): YES ☒ NO □ FL

**b. EMPLOYER'S NAME OR SCHOOL NAME**:

**c. EMPLOYER'S NAME OR SCHOOL NAME**:

**c. OTHER ACCIDENT?**: YES □ NO ☒

**c. INSURANCE PLAN NAME OR PROGRAM NAME**: AIG

**d. INSURANCE PLAN NAME OR PROGRAM NAME**:

**10d. RESERVED FOR LOCAL USE**:

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**: YES □ NO ☒ If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED: SIGNATURE ON FILE DATE: 03 15 01

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED: SIGNATURE ON FILE

**14. DATE OF CURRENT:** MM 01 DD 08 YY 01 ◄ ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY TO MM DD YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**:

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**:

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY TO MM DD YY

**19. RESERVED FOR LOCAL USE**:

**20. OUTSIDE LAB?**: YES □ NO ☒ $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.** (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 843 9
2. 847 2
3. 848 42
4. 724 4

**22. MEDICAID RESUBMISSION CODE** ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**:

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 06 01 | | 11 | 1 | 97010 | | 1234 | 30 00 | 1 | | | | |
| 03 06 01 | | 11 | 1 | 97014 | | 1234 | 35 00 | 1 | | | | |
| 03 06 01 | | 11 | 1 | 97124 | | 1234 | 40 00 | 1 | | | | |
| 03 06 01 | | 11 | 1 | 97012 | | 1234 | 35 00 | 1 | | | | |

**25. FEDERAL TAX I.D. NUMBER** SSN □ EIN ☒: 650974787

**26. PATIENT'S ACCOUNT NO.**: VAIHOW24-00

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back): YES ☒ NO □

**28. TOTAL CHARGE**: $ 140 00

**29. AMOUNT PAID**: $ 0 00

**30. BALANCE DUE**: $ 140 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED: DAVID R MOTE DC DATE: 03 15 01

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office):
MAR 2001

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**:
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN GH0006242 GRP 740 3283

PLEASE PRINT OR TYPE

FORM HCFA-1500 (12-90)
FORM OWCP-1500
FORM RRB-1500

CSG000207

DO NOT
STAPLE
IN THIS
AREA

PO BOX 2410

LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

PICA | | PICA

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | A1018512 AVG |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD R

3. PATIENT'S BIRTH DATE  MM 07 DD 19 YY 30  SEX M ☑ F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD R

5. PATIENT'S ADDRESS (No., Street)
3331 VALLEY RD

6. PATIENT RELATIONSHIP TO INSURED
Self ☑ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
3331 VALLEY RD

CITY
BOYNTON BEACH   STATE FL

8. PATIENT STATUS
Single ☐ Married ☑ Other ☐

CITY
BOYNTON BEACH   STATE FL

ZIP CODE 33435   TELEPHONE (Include Area Code) (561) 540 2622

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE 33435   TELEPHONE (INCLUDE AREA CODE) (561) 540 2622

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
5741325

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES ☐ NO ☑

a. INSURED'S DATE OF BIRTH  MM 07 DD 19 YY 30  SEX M ☑ F ☐

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY   SEX M ☐ F ☐

b. AUTO ACCIDENT?  PLACE (State)
YES ☑ NO ☐  FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES ☐ NO ☑

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐ NO ☑  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE   DATE 03 15 00

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)  MM 01 DD 08 YY 01

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY  TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES ☐ NO ☑   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 843_9   3. 848_42

2. 847_2   4. 724_4

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 07 01 | | 11 | 1 | 97010 | | 1234 | 30 00 | 1 | | | | |
| 03 07 01 | | 11 | 1 | 97014 | | 1234 | 35 00 | 1 | | | | |
| 03 07 01 | | 11 | 1 | 97112 | | 1234 | 200 00 | 4 | | | | |
| 03 07 01 | | 11 | 1 | 97012 | | 1234 | 35 00 | 1 | | | | |
| | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER  650974787  SSN ☐ EIN ☑

26. PATIENT'S ACCOUNT NO.  VAIHOW24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES ☐ NO ☐

28. TOTAL CHARGE  $ 300 00

29. AMOUNT PAID  $ 0 00

30. BALANCE DUE  $ 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

DAVID R MOTE DC

SIGNED   DATE 03 15 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH
BOYNTON BEACH FL
PIN GH0006242   GRP 740

CSG000208

PO BOX 2410

LONGWOOD FL 32752-2410

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | A1018512  MVG | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

3. PATIENT'S BIRTH DATE  07 19 30  SEX  M X  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

5. PATIENT'S ADDRESS (No., Street)
3331 VALLEY RD

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
3331 VALLEY RD

CITY  BOYNTON BEACH  STATE FL

8. PATIENT STATUS
Single  Married X  Other

CITY  BOYNTON BEACH  STATE FL

ZIP CODE  33435  TELEPHONE (Include Area Code) (561) 540 2622

Employed  Full-Time Student  Part-Time Student

ZIP CODE  33435  TELEPHONE (INCLUDE AREA CODE) (561) 540 2622

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
5741323

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  X NO

a. INSURED'S DATE OF BIRTH  07 19 30  SEX  M X  F

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY  SEX  M  F

b. AUTO ACCIDENT?  X YES  NO  PLACE (State) FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  X NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE  DATE 03 15 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:  01 08 01  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES  X NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 843 9
2. 847 2
3. 848 42
4. 724 4

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From | | | To | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM 03 | DD 09 | YY 01 | MM | DD | YY | 11 | 1 | 97010 | 1234 | 30 00 | | | | | |
| 03 | 09 | 01 | | | | 11 | 1 | 97014 | 1234 | 35 00 | | | | | |
| 03 | 09 | 01 | | | | 11 | 1 | 97124 | 1234 | 40 00 | | | | | |
| 03 | 09 | 01 | | | | 11 | 1 | 97012 | 1234 | 35 00 | | | | | |

RECEIVED  MAR 20 2001  LONGWOOD

25. FEDERAL TAX I.D. NUMBER  650974787  SSN  EIN X

26. PATIENT'S ACCOUNT NO.  VAIHOW24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  X YES  NO

28. TOTAL CHARGE  $ 140 00

29. AMOUNT PAID  $ 0 00

30. BALANCE DUE  $ 140 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID R MOTE DC
SIGNED  03 15 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
GRP # H0006242  PIN (561) 742-3283

CSG000209


Explanation of Review

| | |
|---|---|
| | Page: 1    of    1 |
| | Case: A11-FFLN-0049480 |
| Client Name: AIGCS FL(FL)    NF - AIGCSDE19850 | Review Date: 03-28-2001 |
| | Adjustor: BEASLEY |
| | File: 00000240/00000000/00000000 |
| | Reviewer: HH/ |

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1018512-1

DOI: 01-08-2001
Claimant: VAINE, HOWARD
3331 VALLEY RD
BOYNTON BEACH, FL 33435

Tax ID: 650974787    OM
DOS: 03-12-2001 to 03-16-2001

Dx 1: 843.9 SPRAIN HIP & THIGH NOS    Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 848.42 SPRAIN CHONDROSTERNAL    Dx 4: 724.4 LUMBOSACRAL NEURITIS N

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | **Reductions** | | | | Exp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Bill Review | PPO | UM | Allowance | Codes |
| 03-12-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 03-12-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-12-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | | | 40.00 | |
| 03-12-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-14-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 03-14-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-14-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-14-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-14-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-16-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 03-16-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-16-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | | | 40.00 | |
| 03-16-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |

| | | |
|---|---|---|
| Total Charges: | 480.00 | |
| Bill Review Reductions: | | 0.00 |
| Recommended Allowance: | | 480.00 |

•••••••••••••••••••••••PAYMENT PENDING ADJUSTOR'S REVIEW•••••••••••••••••••••••
The Explanation of Review is sent solely for your records.
••••••••THIS IS NOT A BILL••••••••

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA  19317

**CSG000183**

PO BOX 2410

LONGWOOD FL 32752-2410

PLEASE DO NOT STAPLE IN THIS AREA

## HEALTH INSURANCE CLAIM FORM

PICA

| | | | | | |
|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM |

☐ (Medicare #) ☐ (Medicaid #) ☐ (Sponsor's SSN) ☐ (VA File #) ☐ (SSN or ID) ☐ (SSN) ☐ (ID)

1a. INSURED'S I.D. NUMBER: A1018512

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
WAINE HOWARD B

3. PATIENT'S BIRTH DATE: 07 19 30  SEX M ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
WAINE HOWARD B

5. PATIENT'S ADDRESS (No., Street)
5331 VALLEY RD

6. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
5331 VALLEY RD

CITY: BOYNTON BEACH  STATE FL

8. PATIENT STATUS
Single ☐ Married ☒ Other ☐

CITY: BOYNTON BEACH  STATE FL

ZIP CODE 33435  TELEPHONE (Include Area Code) (561) 540-2522

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE 33435  TELEPHONE (INCLUDE AREA CODE (561) 540

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO

11. INSURED'S POLICY GROUP OR FECA NUMBER
5741323

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH 07 19 30  SEX M ☒

b. OTHER INSURED'S DATE OF BIRTH  SEX M ☐ F ☐

b. AUTO ACCIDENT?  PLACE (State)
☐ YES ☒ NO ☐ FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES ☒ NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE  DATE 03 22 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT: 03 08 01  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  $ CHARGES
☐ YES ☒ NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847 2    3. 848 42
2. 847 2    4. 724 4

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF NO

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 03 12 01 | 11 | 1 | 97010 | 1234 | 30 00 | 1 | | | | |
| 03 12 01 | 11 | 1 | 97014 | 1234 | 35 00 | 1 | | | | |
| 03 12 01 | 11 | 1 | 97124 | 1234 | 40 00 | 1 | | | | |
| 03 12 01 | 11 | 1 | 97012 | 1234 | 35 00 | 1 | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN ☐ EIN ☒
650974787

26. PATIENT'S ACCOUNT NO.
WAIHOW24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
☒ YES ☐ NO

28. TOTAL CHARGE
$ 140 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED  DAVID R MOTE PC  DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
MOTE WELLNESS PC
3925 W BOYNTON BEA
BOYNTON BEACH FL

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS PC
3925 W BOYNTON BEA
BOYNTON BEACH FL
PIN# H0006242  GRP#

RECEIVED MAR 26 200 LONGWOOD

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88  PLEASE PRINT OR TYPE

FORM HCFA-1500
FORM OWCP-1500
FORM RRB-1500

CSG000213

APPROVED OMB-0938-0008

PO BOX 5010

LONGWOOD FL  32752-2410

## HEALTH INSURANCE CLAIM FORM

| PICA | | | | | | | | PICA |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | A1013512 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

3. PATIENT'S BIRTH DATE   MM DD YY   07 19 30   SEX

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
VAINE HOWARD B

5. PATIENT'S ADDRESS (No., Street)
3331 VALLEY RD

6. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
3331 VALLEY RD

CITY   BOYNTON BEACH   STATE FL

8. PATIENT STATUS
Single ☐  Married ☒  Other ☐
Employed ☐  Full-Time Student ☐  Part-Time Student ☐

CITY   BOYNTON BEACH   STATE FL

ZIP CODE 33435   TELEPHONE (Include Area Code) (561) 540-5822

ZIP CODE 33435   TELEPHONE (INCLUDE AREA CODE) (561) 540-5822

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
5241223

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
☐ YES  ☒ NO

a. INSURED'S DATE OF BIRTH   MM DD YY   07 19 30   SEX M

b. OTHER INSURED'S DATE OF BIRTH   MM DD YY   SEX M☐ F☐

b. AUTO ACCIDENT?   PLACE (State)
☐ YES  ☒ NO  FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES  ☐ NO   If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below
SIGNED  SIGNATURE ON FILE   DATE  05 22 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:   MM DD YY   05 03 01   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   MM DD YY   FROM   TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   MM DD YY   FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  ☐ YES  ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 843 0
2. 847 2
3. 848 42
4. 724 4

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 14 01 | | 11 | 1 | 97010 | | 1234 | 30 00 | 1 | | | | |
| 05 14 01 | | 11 | 1 | 97014 | | 1234 | 35 00 | 1 | | | | |
| 05 14 01 | | 11 | 1 | 97112 | | 1234 | 100 00 | 2 | | | | |
| 05 14 01 | | 11 | 1 | 97012 | | 1234 | 35 00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒
650974787

26. PATIENT'S ACCOUNT NO.
VAIHOW24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
☒ YES  ☐ NO

28. TOTAL CHARGE
$ 200 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 200 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED  DAVID PROST JR   DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
PRIME WELLNESS REHAB IN
3325 W BOYNTON BEACH BLVD
BOYNTON BEACH FL
PIN# P000242   GRP#

CSG000214

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BO. 310

LONGWOOD FL 32752-3410

## HEALTH INSURANCE CLAIM FORM

| PICA | | PICA |
|---|---|---|

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | W1018512 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| WAINE HOWARD B | 07 19 30 M | | WAINE HOWARD B |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 6001 VALLEY RD | Self ☐ Spouse ☐ Child ☐ Other ☐ | 6001 VALLEY RD |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single ☐ Married ☐ Other ☐ | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33436 | (561) 580-8922 | Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | 33436 | (561) 580-8922 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 574132 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | ☐ YES ☒ NO | 07 19 30 | M ☐ F ☐ |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| | M ☐ F ☐ | ☐ YES ☒ NO | FL | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | ☐ YES ☒ NO | AIG |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | ☐ YES ☒ NO If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below. | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below. |
|---|---|
| SIGNED SIGNATURE ON FILE   DATE 03 22 01 | SIGNED SIGNATURE ON FILE |

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 01 02 01 | | FROM   TO |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | | FROM   TO |

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? $ CHARGES |
|---|---|---|
| | | ☐ YES ☒ NO |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO. |
|---|---|
| 1. 845.9   3. 848.42 | |
| 2. 847.0   4. 724.4 | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03 16 01 | 11 | 1 | 97010 | | 1234 | 30 00 | 1 | | | | |
| 2 | 03 16 01 | 11 | 1 | 97014 | | 1234 | 35 00 | 1 | | | | |
| 3 | 03 16 01 | 11 | 1 | 97124 | | 1234 | 40 00 | 1 | | | | |
| 4 | 03 16 01 | 11 | 1 | 97012 | | 1234 | 35 00 | 1 | | | | |
| 5 | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 650974787 | ☐ | WAIHOW24-00 | ☒ YES ☐ NO | $ 140 00 | $ 0 00 | $ 140 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| SIGNED DAVID E MUTE DC   DATE 03 22 01 | | MUTE WELLNESS REHAB INC 3925 W BOYNTON BEACH BLVD BOYNTON BEACH FL 33436 PIN# P006812   GRP# |

CSG000215

**AIG**
*Insuring Your Work*
*Your Life. Your World.*

Explanation of Review

Page: 1    of    
Case: AI1-FFLN-0052573
Review Date: 05-25-2001
Adjustor: BEASLEY
File: 00000240/00000000/00000000
Reviewer: SJ

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1018512-1

DOI: 01-08-2001
Claimant: VAINE, HOWARD
3331 VALLEY RD
BOYNTON BEACH, FL 33435

Tax ID: 650974787    OM
DOS: 04-27-2001 to 05-14-2001

Dx 1: 843.9 SPRAIN HIP & THIGH NOS    Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 848.42 SPRAIN CHONDROSTERNAL    Dx 4: 724.4 LUMBOSACRAL NEURITIS N

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exp Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-27-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-27-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-27-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 04-27-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-30-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-30-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-30-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 04-30-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-02-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-02-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-02-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 05-04-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 05-04-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 05-04-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 05-04-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 05-04-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-07-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 05-07-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 05-07-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-07-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-07-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 100.00 | 41.90 | | | 58.10 | |
| 05-07-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 100.00 | 41.90 | | | 58.10 | |
| 05-07-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 05-11-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 05-11-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 05-11-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-11-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 05-11-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-14-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 05-14-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 05-14-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-14-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 05-14-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |

Total Charges:    1,510.00
Bill Review Reductions:    110.98
Recommended Allowance:    1,399.02

RECEIVED

MAY 7

LAKE WO

**AIG**
*Insuring Your Work.*
*Your Life, Your Work.*

Explanation of Review

|  |  |
|---|---|
| Page: | 2    of |
| Case: | A11-FFLN-0052573 |
| Review Date: | 05-25-2001 |
| Adjustor: | BEASLEY |
| File: | 00000240/00000000/00000000 |
| Reviewer: | SJ |

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1018512-1

DOI: 01-08-2001
Claimant: VAINE, HOWARD
3331 VALLEY RD
BOYNTON BEACH, FL 33435

Tax ID: 650974787    OM
DOS: 04-27-2001 to 05-14-2001

Dx 1: 843.9 SPRAIN HIP & THIGH NOS    Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 848.42 SPRAIN  CHONDROSTERNAL    Dx 4: 724.4 LUMBOSACRAL NEURITIS N

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | •••Reductions••• PPO UM | Allowance | Expl Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

••••••••••••••••••PAYMENT PENDING ADJUSTOR'S REVIEW••••••••••••••••••••
The Explanation of Review is sent solely for your records.
•••••••THIS IS NOT A BILL•••••••

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

RECEIVED
MAY 3 1 2001
AIGM
LAKE MARY FL

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE  CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA  19317

CSG000211

**AIG**
*Insuring Your Work,*
*Your Life. Your World.*

Explanation of Review

Page: 2   of  2
Case: A11-FFLN-0052573
Review Date: 05-25-2001
Adjustor: BEASLEY
File: 00000240/00000000/00000000
Reviewer: SJ/

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

Provider:  MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1018512-1

DOI: 01-08-2001
Claimant: VAINE, HOWARD
3331 VALLEY RD
BOYNTON BEACH, FL 33435

Tax ID: 650974787    OM
DOS: 04-27-2001 to 05-14-2001

Dx 1: 843.9 SPRAIN HIP & THIGH NOS    Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 848.42 SPRAIN CHONDROSTERNAL    Dx 4: 724.4 LUMBOSACRAL NEURITIS NO

| Date Of Service | PS | TS | Code | Mod. | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Expl. Code(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**********************PAYMENT PENDING ADJUSTOR'S REVIEW*********************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE FOR THE PROVIDER'S GEOGRAPHICAL REGION.

RECEIVED
MAY 3 :
LAKE MARY

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000212

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | A101B512 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE  MM  DD  YY     SEX   M □  F □

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self □  Spouse □  Child □  Other □

7. INSURED'S ADDRESS (No., Street)

CITY                                     STATE

8. PATIENT STATUS
Single □  Married □  Other □

CITY                                     STATE

ZIP CODE              TELEPHONE (Include Area Code)

Employed □  Full-Time Student □  Part-Time Student □

ZIP CODE              TELEPHONE (INCLUDE AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES □  NO □

a. INSURED'S DATE OF BIRTH  MM  DD  YY    SEX  M □  F □

b. OTHER INSURED'S DATE OF BIRTH  MM  DD  YY   SEX  M □  F □

b. AUTO ACCIDENT?          PLACE (State)
YES □  NO □

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES □  NO □

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES □  NO □   If yes, return to and complete item 9 a-c

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below

SIGNED                          DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below

SIGNED

14. DATE OF CURRENT  MM  DD  YY   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM  DD  YY
FROM              TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  MM  DD  YY
FROM              TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?    $ CHARGES
YES □  NO □

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. ___   3. ___
2. ___   4. ___

22. MEDICAID RESUBMISSION
CODE         ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

RECEIVED

| 24. A. DATE(S) OF SERVICE From MM DD YY — To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | EMG | COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 97010 | | 1234 | 20.00 | | | | | |
| 2 | | | 97011 | | 1234 | 25.00 | | | | | |
| 3 | | | 97140 | | 1234 | 50.00 | | | | | |
| 4 | | | 97110 | | 1234 | 51.00 | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |

RECEIVED
MAY 22 2001
AIGGS
LONGWOOD, F

25. FEDERAL TAX I.D. NUMBER    SSN  EIN

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES □  NO □

28. TOTAL CHARGE
$

29. AMOUNT PAID
$

30. BALANCE DUE
$

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED                        DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

PIN#              GRP#

PLEASE PRINT OR TYPE

FORM HCFA-1500 (12-90)
FORM OWCP-1500
FORM RRB-1500

CSG000233

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

# HEALTH INSURANCE CLAIM FORM

PICA | | | | | | PICA

| | | | | | |
|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE  MM  DD  YY   SEX  M  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED  Self  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)

CITY   STATE

8. PATIENT STATUS  Single  Married  Other

CITY   STATE

ZIP CODE   TELEPHONE (Include Area Code)

Employed  Full-Time Student  Part-Time Student

ZIP CODE   TELEPHONE (INCLUDE AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  YES  NO

a. INSURED'S DATE OF BIRTH  MM  DD  YY   SEX  M  F

b. OTHER INSURED'S DATE OF BIRTH  MM  DD  YY   SEX  M  F

b. AUTO ACCIDENT?  YES  NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  YES  NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  NO  If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)  MM  DD  YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM  DD  YY  FROM  TO  MM  DD  YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  MM  DD  YY  FROM  TO  MM  DD  YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES  NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. ___   3. ___
2. ___   4. ___

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | G7010 | 1204 | | | | | | |
| 2 | | | 97114 | | | | | | LAKE | |
| 3 | | | 97114 | | | | | | | |
| 4 | | | 97110 | | | | | | RECEIVED | |
| 5 | | | 97110 | | | | | | AIGCS | |
| 6 | | | | | | | | | LONGWOOD | |

RECEIVED MAY 2 2 2001

25. FEDERAL TAX I.D. NUMBER  SSN EIN

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims see back)  YES  NO

28. TOTAL CHARGE  $

29. AMOUNT PAID  $

30. BALANCE DUE  $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED   DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

PIN#   GRP#

CSG000234

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE,
IN THIS
AREA

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1 MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | SSN or ID) | (SSN) | (ID) | | |

2 PATIENT'S NAME (Last Name, First Name, Middle Initial)

3 PATIENT'S BIRTH DATE  MM  DD  YY    SEX  M    F

4 INSURED'S NAME (Last Name, First Name, Middle Initial)

5 PATIENT'S ADDRESS (No., Street)

6 PATIENT RELATIONSHIP TO INSURED
Self    Spouse    Child    Other

7 INSURED'S ADDRESS (No., Street)

CITY                         STATE

8 PATIENT STATUS
Single    Married    Other
Employed    Full-Time Student    Part-Time Student

CITY                         STATE

ZIP CODE    TELEPHONE (Include Area Code)

ZIP CODE    TELEPHONE (INCLUDE AREA CODE)

9 OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10 IS PATIENT'S CONDITION RELATED TO

11 INSURED'S POLICY GROUP OR FECA NUMBER

a OTHER INSURED'S POLICY OR GROUP NUMBER

a EMPLOYMENT? (CURRENT OR PREVIOUS)
YES    NO

a INSURED'S DATE OF BIRTH  MM  DD  YY    SEX  M    F

b OTHER INSURED'S DATE OF BIRTH  MM  DD  YY    SEX  M    F

b AUTO ACCIDENT?    PLACE (State)
YES    NO

b EMPLOYER'S NAME OR SCHOOL NAME

c EMPLOYER'S NAME OR SCHOOL NAME

c OTHER ACCIDENT?
YES    NO

c INSURANCE PLAN NAME OR PROGRAM NAME

d INSURANCE PLAN NAME OR PROGRAM NAME

10d RESERVED FOR LOCAL USE

d IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES    NO    If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____  DATE _____

13 INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _____

14 DATE OF CURRENT:  ILLNESS (First symptom) OR  MM  DD  YY  INJURY (Accident) OR PREGNANCY(LMP)

15 IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM  DD  YY

16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM  DD  YY  FROM    TO  MM  DD  YY

17 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a I.D. NUMBER OF REFERRING PHYSICIAN

18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  MM  DD  YY  FROM    TO  MM  DD  YY

19 RESERVED FOR LOCAL USE

20 OUTSIDE LAB?    $ CHARGES
YES    NO

21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)

1.    3.
2.    4.

22 MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23 PRIOR AUTHORIZATION NUMBER

| 24 | A DATE(S) OF SERVICE From  To  MM DD YY  MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 11 | | 97010 | 1234 | 20.00 | | | MAY 5 | | |
| 2 | | 11 | | 97014 | 1234 | 35.00 | | | LIKE 1.9 | | |
| 3 | | 11 | | 97110 | 1234 | 35.00 | | | | | |
| 4 | | 11 | | 97124 | 1234 | 35.00 | | | M.A.  N | | |
| 5 | | 11 | | 97140 | 1234 | 50.00 | | | AIGCS LONGWOOD | | |
| 6 | | | | | | | | | | | |

25 FEDERAL TAX I.D. NUMBER    SSN  EIN

26 PATIENT'S ACCOUNT NO.

27 ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES    NO

28 TOTAL CHARGE    $

29 AMOUNT PAID    $

30 BALANCE DUE    $

31 SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED _____  DATE _____

32 NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33 PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

PIN#    GRP#

CSG000235

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID) | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM) |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE MM DD YY    SEX M F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED  Self Spouse Child Other

7. INSURED'S ADDRESS (No., Street)

CITY    STATE

8. PATIENT STATUS  Single Married Other

CITY    STATE

ZIP CODE    TELEPHONE (Include Area Code) ( )

Employed  Full-Time Student  Part-Time Student

ZIP CODE    TELEPHONE (INCLUDE AREA CODE) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES NO

a. INSURED'S DATE OF BIRTH MM DD YY    SEX M F

b. OTHER INSURED'S DATE OF BIRTH MM DD YY    SEX M F

b. AUTO ACCIDENT?    PLACE (State) YES NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES NO  If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED    SIGNATURE IN FILE

14. DATE OF CURRENT MM DD YY  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY  TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. ⌐   3. ⌐

2.   4.

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS    MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | : : | : : | 07010 | 100.4 | 00100 | 1 | | | | |
| 2 | : : | : : | 07011 | 100.4 | 35.00 | 1 | | | | |
| 3 | : : | : : | 07111 | | | | | | | |
| 4 | : : | : : | 07111 | | | | | | | |
| 5 | : : | : : | | | | | | | | |
| 6 | : : | : : | | | | | | | | |

← On EOB, but out of sequence

RECEIVED MAY 2 2 2001 AIGCS LONGWOOD, FL

25. FEDERAL TAX I.D. NUMBER  SSN EIN

26. PATIENT'S ACCOUNT NO.

27. [ACCEPT ASSIGNMENT?] YES NO

28. $ [TOTAL CHARGE]    RECEIVE ← 415 ?

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED    DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

LAKE MARY

PIN#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR TYPE

CSG000236

PLEASE
STAPLE
IN THIS
AREA

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE MM DD YY    SEX  M  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED  Self  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)

CITY                    STATE

8. PATIENT STATUS  Single  Married  Other

CITY                    STATE

ZIP CODE    TELEPHONE (Include Area Code)  (    )

Employed  Full-Time Student  Part-Time Student

ZIP CODE    TELEPHONE (INCLUDE AREA CODE)  (    )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  YES  NO

a. INSURED'S DATE OF BIRTH MM DD YY    SEX  M  F

b. OTHER INSURED'S DATE OF BIRTH MM DD YY    SEX  M  F

b. AUTO ACCIDENT?  PLACE (State)  YES  NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  YES  NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____    DATE _____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT MM DD YY  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY  FROM  TO  MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY  FROM  TO  MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES  NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. ____    3. ____

2. ____    4. ____

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY    To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |

RECEIVED
MAY 22 2001
AIGCS
LONGWOOD, FL

RECEIVED
MAY 3 2001
......, FL

25. FEDERAL TAX I.D. NUMBER  SSN EIN

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES  NO

28. TOTAL CHARGE  $

29. AMOUNT PAID  $

30. BALANCE DUE  $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED _____    DATE _____

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

PIN#    GRP#

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88    PLEASE PRINT OR    FORM HCFA-1500 (12-90)  FORM OWCP-1500  FORM RRB-1500

CSG000237



Explanation of Review

| | |
|---|---|
| | Page: 1    of    1 |
| | Case: AJ1-FFLN-0052902 |
| Client Name: AIGCS FL(FL)    NF - AIGCSDE19850 | Review Date: 06-01-2001 |
| | Adjustor: BEASLEY |
| | File: 00000240/00000000.0000000\\ |
| | Reviewer: HB/ |

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1018512-1

DOI: 01-08-2001
Claimant: VAINE, HOWARD
3331 VALLEY RD
BOYNTON BEACH, FL 33435

Tax ID: 650974787    OM
DOS: 05-18-2001

Dx 1: 843.9 SPRAIN HIP & THIGH NOS    Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 848.42 SPRAIN CHONDROSTERNAL    Dx 4: 724.4 LUMBOSACRAL NEURITIS N

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exp Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-18-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 05-18-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 05-18-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-18-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 05-18-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 05-18-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |

|  |  |  |
|---|---|---|
| Total Charges: | 250.00 | |
| Bill Review Reductions: | 4.53 | |
| Recommended Allowance: | | 245.47 |

•••••••••••••••••••••PAYMENT PENDING ADJUSTOR'S REVIEW•••••••••••••••••••••
The Explanation of Review is sent solely for your records.
••••••••THIS IS NOT A BILL••••••••

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317



Explanation of Review

Page: 1    of    1
Case: A11-FFLN-0052902
Review Date: 06-01-2001
Adjustor: BEASLEY
File: 00000240/00000000/00000000
Reviewer: HB/

Client Name: AIGCS FL(FL)     NF - AIGCSDE19850

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1018512-1

# DROP

DOI: 01-08-2001
Claimant: VAINE, HOWARD
3331 VALLEY RD
BOYNTON BEACH, FL 33435

Tax ID: 650974787    OM
DOS: 05-18-2001

Dx 1: 843.9 SPRAIN HIP & THIGH NOS     Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 848.42 SPRAIN  CHONDROSTERNAL   Dx 4: 724.4 LUMBOSACRAL NEURITIS N

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exp Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-18-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 05-18-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 05-18-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-18-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 05-18-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 05-18-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |

Total Charges: 250.00
Bill Review Reductions: 4.53
Recommended Allowance: 245.47

**********************PAYMENT PENDING ADJUSTOR'S REVIEW*********************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE  CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA  19317

**AIG** *Insuring Your Work.*
*Your Life. Your World.*

## Explanation of Review

| | |
|---|---|
| | Page: 1  of  1 |
| | Case: A11-FFLN-0052902 |
| Client Name: AIGCS FL(FL)    NF - AIGCSDE19850 | Review Date: 06-01-2001 |
| | Adjustor: BEASLEY |
| | File: 00000240/00000000 000000000 |
| | Reviewer: HB/ |

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1018512-1

DOI: 01-08-2001
Claimant: VAINE, HOWARD
3331 VALLEY RD
BOYNTON BEACH, FL 33435

Tax ID: 650974787    OM
DOS: 05-18-2001

Dx 1: 843.9 SPRAIN HIP & THIGH NOS    Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 848.42 SPRAIN  CHONDROSTERNAL  Dx 4: 724.4 LUMBOSACRAL NEURITIS

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | *Reductions* | | | | |
| 05-18-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 05-18-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 05-18-2001 | 3 | 1 | 97112 | ' | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-18-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 05-18-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 05-18-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |

| | | |
|---|---|---|
| Total Charges: | 250.00 | |
| Bill Review Reductions: | 4.53 | |
| Recommended Allowance: | | 245.47 |

*********************PAYMENT PENDING ADJUSTOR'S REVIEW*********************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PICA

AIG
PO BOX 2410

LONGWOOD FL  32752-2410

PICA

## HEALTH INSURANCE CLAIM FORM

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | [X] (ID) | A1018512 muβ | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|---|
| VAINE HOWARD B | MM 07 | DD 19 | YY 30 | M [X]  F | VAINE HOWARD B |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 3331 VALLEY RD | Self [X]  Spouse □  Child □  Other □ | 3331 VALLEY RD |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOYNTON BEACH | FL | Single □  Married [X]  Other □ | BOYNTON BEACH | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33435 | (561) 540 2622 | Employed □  Full-Time Student □  Part-Time Student □ | 33435 | (561) 540 2622 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 5741323 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | □ YES  [X] NO | MM 07  DD 19  YY 30 | M [X]  F □ |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT?  PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|
| MM  DD  YY | M □  F □ | [X] YES  □ NO  FL | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | □ YES  [X] NO | AIG |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | □ YES  [X] NO  If yes, return to and complete item 9 a-d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below

SIGNED  SIGNATURE ON FILE  DATE  05 24 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT  MM 01  DD 08  YY 01  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE  MM  DD  YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM  DD  YY  FROM  TO |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  MM  DD  YY  FROM  TO |
|---|---|---|

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?  □ YES  [X] NO | $ CHARGES |
|---|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 843 9    3. 848 42
2. 847 2    4. 724 4

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF NO. |
|---|---|

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances)  CPT/HCPCS    MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From  MM DD YY | | | To  MM DD YY | | | | | | | | | | | |
| 05 18 01 | | | | | | 11 | 1 | 97010 | 1234 | 30 00 | 1 | | | |
| 05 18 01 | | | | | | 11 | 1 | 97014 | 1234 | 35 00 | 1 | | | |
| 05 18 01 | | | | | | 11 | 1 | 97112 | 1234 | 50 00 | 1 | | | |
| 05 18 01 | | | | | | 11 | 1 | 97012 | 1234 | 35 00 | 1 | | RECEIVE | |
| 05 18 01 | | | | | | 11 | 1 | 97140 | 1234 | 35 00 | 1 | | MAY 29 XXXX | |
| 05 18 01 | | | | | | 11 | 1 | 97110 | 1234 | 50 00 | 1 | | AIGM LAKE MARY | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN | 26. PATIENT'S ACCOUNT NO | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 650974787  □ [X] | VAIHOW24-00 | [X] YES  □ NO | $ 250 00 | $ 0 00 | $ 250 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| DAVID R MOTE DC  SIGNED  05 24 01  DATE | | MOTE WELLNESS  REHAB INC  3925 W BOYNTON BEACH BLVD  BOYNTON BEACH FL  33436  PIN# CH0006242  GRP# 561 742-3283 |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8-88)  PLEASE PRINT OR TYPE

FORM HCFA-1500
FORM OWCP-1500

CSG000238

Atty: Thomas M. Cubit
727 NE 3rd Ave, Ste 201
Ft. Lauderdale FL 33304

**FLORIDA PIP**

CLAIM NO.: A0027910

CLAIMANT: Seymore Weiss    CLAIMANT NO: /    LOSS DATE: 2/9/00

LIMITS: 10,000 / _____    PIP DEDUCTIBLE: 250
          PIP        MED PAY

COVERAGE OPTIONS: ( 80%/60% )   100%/80%    WORK LOSS EXCL: INSURED / INSURED AND DEPENDENTS

COORDINATION OF MEDICAL BENEFITS

| DATE RECD | DATE PAID | PROVIDER | DATE OF SERVICE | AM'NT R&N | 100% | 80% | 20% | CUMULATIVE PIP | MP |
|---|---|---|---|---|---|---|---|---|---|
| 2/1/00 | 1/18/00 |  | 2/10-2/17/00 | 305.74 |  | 244.60 | Below | Deductible 5.40 |  |
| 3/13/00 | 3/27/00 |  | 2/9/00 | 16.25 |  | 13.00 |  | 7.60 |  |
| 3/13/00 | 3/27/00 |  | 3/9/00 | 195.00 |  | 156.00 |  | 163.60 |  |
|  | 5/19/00 |  | 4/20/00 | 565/162.62 |  | 130.10 |  |  |  |
|  | 7/25/00 |  | 5-11-00 | 135.00 |  | 108.00 | 1.01 |  |  |
|  | 7/25/00 |  | 5-31-00 | 280/251.93 |  | 201.54 |  | 603.24 |  |
| 7/17/00 | 7/31/00 | Note Wellness | 6/2/00 6/7/00 | 365.00 356.15 |  | 284.92 |  | 888.16 |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

FLAPIP

**EXHIBIT**

L
_____

CSG000240

Explanation of Review

PBR - CHADDSFORD, PA

Page: 1 of 1
Case: AJ1-FFLN-0035373
Review Date: 07-21-2000
Adjustor: BLIND
File: 0000240/0000000
Reviewer: MD/

Client Name: AIGCS FL(FL)   NF - AIGCSDE19850   '00 JUL 21 PM 4 49

Provider: MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH, FL 33436

**PAID**
7/31/00

Claim: A0027910-2
DOI: 02-09-2000
Claimant: WEISS, SEYMOUR
7730 CHERRY BLOSSOM STREET
BOYNTON BEACH, FL 33437

Tax ID: 650974787   OM
DOS: 06-02-2000 to 06-07-2000

Dx 1: 847.0 SPRAIN OF NECK   Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 844.9 SPRAIN OF KNEE & LEG NOS

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Expl Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-02-2000 | 3 | 1 | 98943 | | CHIROPRACTIC MANIP TX | 1 | 1 | 60.00 | | | | 60.00 | |
| 06-02-2000 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 06-02-2000 | 3 | 1 | 97140 | | MANUAL THERAP TECH1/> | 1 | 1 | 50.00 | 2.95 | | | 47.05 | |
| 06-02-2000 | 3 | 1 | 97140 | | MANUAL THERAP TECH1/> | 1 | 1 | 50.00 | 2.95 | | | 47.05 | |
| 06-07-2000 | 3 | 1 | 98943 | | CHIROPRACTIC MANIP TX | 1 | 1 | 60.00 | | | | 60.00 | |
| 06-07-2000 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 06-07-2000 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 06-07-2000 | 3 | 1 | 97140 | | MANUAL THERAP TECH1/> | 1 | 1 | 50.00 | 2.95 | | | 47.05 | |

Total Charges: 365.00
Bill Review Reductions: 8.85
Recommended Allowance: 356.15

**********************PAYMENT PENDING ADJUSTOR'S REVIEW**********************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE FOR THE PROVIDER'S GEOGRAPHICAL REGION

0•C
356•15×
80•%
284•92*
0•C

**OK TO PAY**
KAREN BLIND
JUL 28 2000

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 3260 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P O BOX 2006, CHADDSFORD, PA 19317

CSG000265

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX 2410

LONGWOOD FL 32752-2410

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | 00027910 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

WEISS SEYMORE

3. PATIENT'S BIRTH DATE: MM 03 DD 21 YY 21   SEX M X F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

WEISS SEYMORE

5. PATIENT'S ADDRESS (No., Street)

7730 CHERRY BLOSSOM ST

6. PATIENT RELATIONSHIP TO INSURED
Self  Spouse X  Child  Other

7. INSURED'S ADDRESS (No., Street)

7730 CHERRY BLOSSOM ST

CITY: BOYNTON BEACH   STATE: FL

8. PATIENT STATUS  Single  Married X  Other

CITY: BOYNTON BEACH   STATE: FL

ZIP CODE: 33437   TELEPHONE (Include Area Code): (561) 732 8203

Employed  Full-Time Student  Part-Time Student

ZIP CODE: 33437   TELEPHONE (INCLUDE AREA CODE): (561) 732 8203

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

WEISS SEYMORE

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  YES  X NO

a. INSURED'S DATE OF BIRTH: MM 03 DD 21 YY 21   SEX M X F

b. OTHER INSURED'S DATE OF BIRTH: MM 03 DD 21 YY 21   SEX M X F

b. AUTO ACCIDENT?  YES  X NO   PLACE (State) FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME

TOM CUBIT

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
X YES  NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE   DATE 07 11 00

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT: MM 02 DD 09 YY 00   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES  X NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 847.0
2. 847.2
3. 844.9

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 02 00 | | 11 | 1 | 98943 | | 123 | 60 00 | 1 | | | | |
| 04 02 00 | | 11 | 1 | 97032 | | | 35 00 | | | | | |
| 04 02 00 | | 11 | 1 | 97140 | | | 100 00 | | | | | |

← Differs →
from
EoB
$5.00 difference

25. FEDERAL TAX I.D. NUMBER: 650974787  SSN  EIN X

26. PATIENT'S ACCOUNT NO.: WEISEY24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) X YES  NO

28. TOTAL CHARGE $ 195 00

29. AMOUNT PAID $ 0 00

30. BALANCE DUE $ 195 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

DAVID F MOTE DC   SIGNED  07 11 00

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

MOTE WELLNESS
3925 W BOYNTON BEACH
BOYNTON BEACH FL
PIN# H0006242

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88   FORM HCFA-1500   FORM OWCP-1500

**CSG000274**

PLEASE
STAPLE
IN THIS
AREA

AIG
PO BOX 12 0
LONGWOOD FL 32752-2410

PBR-CHADDSFORD PA

## HEALTH INSURANCE CLAIM FORM

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | FOR PROGRAM IN ITEM 1 |
|---|---|---|---|---|---|---|---|---|
| Medicare # | Medicaid # | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | 00027910 KB | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
WEISS SEYMORE

3. PATIENT'S BIRTH DATE: 03 21 21   SEX

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
WEISS SEYMORE

5. PATIENT'S ADDRESS (No., Street)
7730 CHERRY BLOSSOM ST

6. PATIENT RELATIONSHIP TO INSURED: Self [X]

7. INSURED'S ADDRESS (No., Street)
7730 CHERRY BLOSSOM ST

CITY: BOYNTON BEACH   STATE: FL

8. PATIENT STATUS: Married [X]

CITY: BOYNTON BEACH   STATE: FL

ZIP CODE: 33437   TELEPHONE (Include Area Code) (561) 732 8203

ZIP CODE: 33437   TELEPHONE (INCLUDE AREA CODE) (561)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
WEISS SEYMORE

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  YES [ ]  NO [X]

a. INSURED'S DATE OF BIRTH: 03 21 21   M [X]

b. OTHER INSURED'S DATE OF BIRTH: 03 21 21   M [X]

b. AUTO ACCIDENT?  YES [ ]  NO [X]   PLACE (State) FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  YES [ ]  NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d. INSURANCE PLAN NAME OR PROGRAM NAME
TOM CUBIT

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [X]  NO [ ]   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE
SIGNED   DATE 07 11 00

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNATURE ON FILE
SIGNED

14. DATE OF CURRENT: 03 09 00  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE: MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM   TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES [ ]  NO [X]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847 0
2. 847 2
3. 844 9

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 07 00 | | 11 | 1 | 98943 | | 123 | 60 00 | 1 | | | |
| 2 | 04 07 00 | | 11 | 1 | 97010 | | 123 | 30 00 | 1 | | | |
| 3 | 04 07 00 | | 11 | 1 | 97014 | | 123 | 35 00 | 1 | | | |
| 4 | 04 07 00 | | 11 | 1 | 97140 | | 123 | 50 00 | 1 | | | |
| 5 | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   650274787   EIN [X]

26. PATIENT'S ACCOUNT NO.
WEISEY24-00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES [ ]  NO [ ]

28. TOTAL CHARGE   $ 175 00

29. AMOUNT PAID   $ 0 00

30. BALANCE DUE   $ 175 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part hereof.)
DAVID R MOTE DC
SIGNED   07 11 00

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN 000 GRP

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88
FORM HCFA-1500
FORM OWCP-1500

3537

**FLORIDA PIP**

Hy: Thomas M Cubit
727 NE 3rd Ave, Ste 201
Ft. Lauderdale FL 33304

CLAIMANT: Mildred Weiss   CLAIMANT NO: 2   CLAIM NO.: A0027910   2/9/00   LOSS DATE:

LIMITS: 10,000 / _____   PIP DEDUCTIBLE: 250
       PIP        MED PAY

COVERAGE OPTIONS: 80%/60%   100%/80%   WORK LOSS EXCL: INSURED / INSURED AND DEPENDENTS

COORDINATION OF MEDICAL BENEFITS

| DATE RECD | DATE PAID | PROVIDER | DATE OF SERVICE | AMNT R&N | 100% | 30% | 20% | CUMULATIVE PIP | MP |
|---|---|---|---|---|---|---|---|---|---|
| 3/2/00 | | | 2/10/00 2/17/00 | 237.51 | | 190.01 | Behw Deductible | 5499 | |
| 3/2/00 | 3/20/00 | | 2/9/00 | 784.00 | | 627.20 | | 567.21 | |
| 3/15/00 | 3/22/00 | | 2/9/00 | 242.00 | | 193.60 | | 760.81 | |
| 3/14/00 | 3/27/00 | | 2/9/00 | 85.00 | | 68.00 | | 828.81 | |
| 3/13/00 | 4/27/00 | insd c/o Atty | 3/9/00 | 245.00 | | 196.00 | .75 | | |
| 3/29/00 | 4/27/00 | insd c/o Atty | 2/9/00 | 385.70 | | 308.56 | | | |
| 3/31/00 | 4/27/00 | insd c/o Atty | 3/10/00 | 1500.00 | | 1200.00 | | 2533.37 | |
| | 5/19/00 | | 3/21/00 | 100.00 | | 80.00 | .34 | 2613.37 | |
| | 5/19/00 | | 4/20/00 | 504/234.09 | | 187.28 | | 2800.65 | |
| | 5/25/00 | | 5-11-00 | 85/66.76 | | 53.41 | .50 | | |
| | 5/29/00 | | 5-12-00 | 240/216.00 | | 172.80 | .71 | | |
| | 5/29/00 | | 5/22- 5/31/00 | 655/561.03 | | 448.82 | | | |
| | 5/29/00 | Mote Wellness Rehab | 4/2- 4/9/00 | 680/644.32 | | 515.46 | | | |
| | 5/29/00 | | 2/22- 3/21/00 | 1150.40 | | 920.32 | 3.78 | 4911.46 | |
| 7/17/00 | 3/31/00 | Mote Wellness | 6/26/00 6/30/00 | 455.00/447.04 | | 357.63 | | 5269.09 | |
| 7/9/00 | 8/10/00 | Mote Wellness | 7/5, 7/7/00 | 350.00/334.08 | | 267.26 | | 5536.35 | |
| | 5/27/00 | | 6/30 + 5/7/00 | 76.00 | | 60.80 | .47 | 5597.15 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

FLAPIP

**EXHIBIT**

M

CSG000241

Explanation of Review

PBR - CHADDSFORD, PA

'00 JUL 14 PM 3 33

|  |  |  |  |
|---|---|---|---|
| | | Page | 1 of 1 |
| Client Name AIGCS FL(FL) | NF - AIGCSDE19850 | Case | All-FFLN-0034960 |
| | | Review Date | 07-14-2000 |
| | | Adjustor | BLIND |
| | | File | 0000240-0000000 |
| | | Reviewer | MB |

|  |  |
|---|---|
| Provider  MOTE WELLNESS REHAB INC | Claim  A0027910-1 |
| 3925 W BOYNTON BEACH BLVD | |
| BOYNTON BEACH, FL  33436 | DOI  02-09-2000 |
| | Claimant  WEISS, MILDRED C |
| | 7730 CHERRY BLOSSOM STREET |
| | BOYNTON BEACH, FL 33437 |

Tax ID  650974787    OM

DOS  06-02-2000 to 06-19-2000

Dx 1  847 2 SPRAIN LUMBAR REGION      Dx 2  722 2 DISC DISPLACEMENT NOS
Dx 3  724 3 SCIATICA                  Dx 4  847 0 SPRAIN OF NECK

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx No | Units | Charges | Bill Review | PPO | UM | Allowance | Exp Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-02-2000 | 3 | 1 | 98941 | | CHIROPRACTIC MANIP TX | 1 | 1 | 55.00 | | | | 55.00 | |
| 06-02-2000 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 06-02-2000 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 06-02-2000 | 3 | 1 | 97140 | | MANUAL THERAP TECH1/> | 1 | 1 | 50.00 | 2 95 | | | 47.05 | |
| 06-05-2000 | 3 | 1 | 98940 | | CHIROPRACTIC MANIP TX | 1 | 1 | 55.00 | 7 96 | | | 47.04 | |
| 06-05-2000 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 06-05-2000 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 06-05-2000 | 3 | 1 | 97140 | | MANUAL THERAP TECH1/> | 1 | 1 | 50.00 | 2 95 | | | 47.05 | |
| 06-07-2000 | 3 | 1 | 98940 | | CHIROPRACTIC MANIP TX | 1 | 1 | 55.00 | 7 96 | | | 47.04 | |
| 06-07-2000 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 06-07-2000 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 06-07-2000 | 3 | 1 | 97140 | | MANUAL THERAP TECH1/> | 1 | 1 | 50.00 | 2 95 | | | 47.05 | |
| 06-19-2000 | 3 | 1 | 98940 | | CHIROPRACTIC MANIP TX | 1 | 1 | 55.00 | 7 96 | | | 47.04 | |
| 06-19-2000 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 06-19-2000 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 06-19-2000 | 3 | 1 | 97140 | | MANUAL THERAP TECH1/> | 1 | 1 | 50.00 | 2 95 | | | 47.05 | |

|  |  |  |
|---|---|---|
| Total Charges | 680.00 | |
| Bill Review Reductions | 35 68 | |
| Recommended Allowance | | 644.32 |

JUSTOR'S REVIEW•••••••••••••••••••••

to patient c/o atty

REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE

OK TO PAY
LT 7/20/00

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT 8594, EXT 3260 OR SEND YOUR BILL AND THE ANALYSIS TO

AIGCS - PBR, P O BOX 2006 CHADDSFORD, PA 19317

CSG000250

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

| | PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1 MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
| | MM DD YY | M  F | |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
| | Self  Spouse  Child  Other | |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
| | | Single  Married  Other | | |

| ZIP CODE | TELEPHONE (Include Area Code) | Employed  Full-Time Student  Part-Time Student | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
| | ( ) | | | ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
| | YES  NO | MM DD YY | M  F |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
| MM DD YY | M  F | YES  NO | | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| | YES  NO | |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
| | | YES  NO  If yes, return to and complete item 9 a-d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____ DATE _____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _____

| 14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
| MM DD YY | | FROM MM DD YY  TO MM DD YY |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
| | | FROM MM DD YY  TO MM DD YY |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? | $ CHARGES |
| | YES  NO | |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. _____   3. _____

2. _____   4. _____

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |
| 23. PRIOR AUTHORIZATION NUMBER | |

| 24. | A | | | B | C | D | | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE(S) OF SERVICE | | | Place of Service | Type of Service | PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | DIAGNOSIS CODE | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | EMG | COB | RESERVED FOR LOCAL USE |
| | From MM DD YY | To MM DD YY | | | | CPT/HCPCS | MODIFIER | | | | | | | |
| 1 | | | | | | | | | $55.00 on | | | | | |
| 2 | | | | | | | | | EOB, 6.+ | | | | | |
| 3 | | | | | | | | | $50.00 here | | | | | |
| 4 | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER | SSN  EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
| | | | YES  NO | $ | $ | $ |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |

SIGNED _____ DATE _____

PIN# _____   GRP# _____

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8-88)   PLEASE PRINT OR TYPE

FORM HCFA-1500
FORM OWCP-1500
FORM RRB-1500

CSG000256

APPROVED OMB-0938-0008

**PLEASE**
DO NOT
STAPLE
IN THIS
AREA

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID) | 1a. INSURED'S I.D. NUMBER | FOR PROGRAM IN ITEM |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE MM DD YY    SEX M   F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED   Self   Spouse   Child   Other

7. INSURED'S ADDRESS (No., Street)

CITY   STATE

8. PATIENT STATUS   Single   Married   Other

CITY   STATE

ZIP CODE   TELEPHONE (Include Area Code) (   )

Employed   Full-Time Student   Part-Time Student

ZIP CODE   TELEPHONE (INCLUDE AREA CODE) (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)   YES   NO

a. INSURED'S DATE OF BIRTH MM DD YY    SEX M   F

b. OTHER INSURED'S DATE OF BIRTH MM DD YY   SEX M   F

b. AUTO ACCIDENT?   PLACE (State)   YES   NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?   YES   NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   YES   NO   If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED

14. DATE OF CURRENT: MM DD YY   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES   NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1.   3.

2.   4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY   To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN   EIN

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)   YES   NO

28. TOTAL CHARGE   $

29. AMOUNT PAID   $

30. BALANCE DUE

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED   DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

PIN#   GRP#

**PLEASE PRINT OR TYPE**

FORM HCFA-1500
FORM OWCP-1500

CSG000257

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | FOR PROGRAM IN ITEM 1 |
|---|---|---|---|---|---|---|---|---|
| Medicare# | Medicaid# | Sponsor's SSN | VA File # | SSN or ID | SSN | ID | A00027910  ICB | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE   SEX

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED

7. INSURED'S ADDRESS (No., Street)

CITY   STATE

8. PATIENT STATUS

CITY   STATE

ZIP CODE   TELEPHONE (Include Area Code)
(   )

ZIP CODE   TELEPHONE (INCLUDE AREA CODE)
(   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES   NO

a. INSURED'S DATE OF BIRTH
MM  DD  YY   SEX M

b. OTHER INSURED'S DATE OF BIRTH
MM  DD  YY   SEX M   F

b. AUTO ACCIDENT?   PLACE (State)
YES   NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES   NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES   NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE   I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE   I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED

14. DATE OF CURRENT   ILLNESS (First symptom) OR   INJURY (Accident) OR   PREGNANCY (LMP)
MM  DD  YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS   GIVE FIRST DATE   MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   MM  DD  YY   TO   MM  DD  YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   MM  DD  YY   TO   MM  DD  YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
YES   NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. ___   3. ___

2. ___   4. ___

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A | | | B | C | D | | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE(S) OF SERVICE | | | Place of Service | Type of Service | PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | DIAGNOSIS CODE | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | EMG | COB | RESERVED FOR LOCAL USE |
| From | | To | | | CPT/HCPCS | MODIFIER | | | | | | | |
| MM DD YY | MM DD YY | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN   EIN

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES   NO

28. TOTAL CHARGE   $

29. AMOUNT PAID   $

30. BALANCE DUE   $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED   DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

PIN#   GRP#

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8-88

PLEASE PRINT OR TYPE

FORM HCFA-1500
FORM OWCP-1500
FORM RRB-1500

CSG000258

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE | SEX

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED

Self | Spouse | Child | Other

7. INSURED'S ADDRESS (No., Street)

CITY | STATE

8. PATIENT STATUS

Single | Married | Other

CITY | STATE

ZIP CODE | TELEPHONE (Include Area Code) ( )

Employed | Full-Time Student | Part-Time Student

ZIP CODE | TELEPHONE (INCLUDE AREA CODE) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES | NO

a. INSURED'S DATE OF BIRTH MM | DD | YY | M | F

b. OTHER INSURED'S DATE OF BIRTH MM | DD | YY | SEX M | F

b. AUTO ACCIDENT? PLACE (State) YES | NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES | NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES | NO *If yes, return to and complete item 9 a-d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____ DATE _____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _____

14. DATE OF CURRENT: MM | DD | YY ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM | DD | YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM | DD | YY TO MM | DD | YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM | DD | YY TO MM | DD | YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES | NO | $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1, 2, 3 OR 4 TO ITEM 24E BY LINE)

1. ___ 3. ___
2. ___ 4. ___

22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER | SSN | EIN

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES | NO

28. TOTAL CHARGE $

29. AMOUNT PAID $

30. BALANCE DUE $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED _____ DATE _____

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

PIN# | GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

PLEASE PRINT OR TYPE

FORM HCFA-1500
FORM OWCP-1500

(HCFA-1500 12-90)

CSG000259

Explanation of Review

PBR - CHADDSFORD, PA

`??? JUL 21  PM 4 49`

Client Name: AIGCS FL(FL)          NF - AIGCSDE19850

Page: 1   of  1
Case: AI1-FFLN-0035372
Review Date: 07-21-2000
Adjustor: BLIND
File: 0000240/0000000 0.0 type
Reviewer: MD/

---

Provider   MOTE WELLNESS REHAB INC
           3925 W BOYNTON BEACH BLVD
           BOYNTON BEACH, FL 33436

Claim: A0027910-1

DOI: 02-09-2000
Claimant: WEISS, MILDRED C
          7730 CHERRY BLOSSOM STREET
          BOYNTON BEACH, FL 33437

Tax ID: 650974787    OM
DOS: 06-26-2000

Dx 1: 847.2 SPRAIN LUMBAR REGION
Dx 3: 724.3 SCIATICA

Dx 2: 722.2 DISC DISPLACEMENT NOS
Dx 4: 847.0 SPRAIN OF NECK

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exp Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-26-2000 | 3 | 1 | 98940 | | CHIROPRACTIC MANIP TX : | 1 | 1 | 55.00 | 7.96 | | | 47 04 | |
| 06-26-2000 | 3 | 1 | 97010 | ' | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 06-26-2000 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 06-26-2000 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |

Total Charges:          155.00
Bill Review Reductions:          7.96
Recommended Allowance:                    147.04

---

**••••••••••••••••••••PAYMENT PENDING ADJUSTOR'S REVIEW••••••••••••••••••••••**
The Explanation of Review is sent solely for your records.
••••••••THIS IS NOT A BILL••••••••

---

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE FOR THE PROVIDER'S GEOGRAPHICAL REGION



IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 3260 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

**CSG000251**

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX   2410

LONGWOOD FL  32752-2410

PBR-CHADDSFORD, PA

**HEALTH INSURANCE CLAIM FORM**

PICA

| | | | | |
|---|---|---|---|---|

JUL 20 PM 13

00022910 JCB

WETSS MILDRED

03 28 30   F

WETSS MILDRED

7730 CHERRY BLOSSOM ST

7730 CHERRY BLOSSOM ST

BOYNTON BEACH     FL

BOYNTON BEACH     FL

33437   (561) 732-8200

33437   (561) 732-8200

WETSS MILDRED

03 28 30

AIG

TOM CUBIT

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM

SIGNATURE ON FILE     07 11 00

SIGNATURE ON FILE

02 00 00

| | | | | |
|---|---|---|---|---|

YES   X NO

847 2     724 5

847 0

| DATES OF SERVICE | | PLACE | TYPE | PROCEDURES SERVICES OR SUPPLIES | DIAGNOSIS CODE | $ CHARGES | DAYS UNITS | EPSDT | EMG | COB | RESERVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06 26 00 | | 11 | 1 | 99940 | 1234 | 55 00 | 1 | | | | |
| 06 26 00 | | 11 | 1 | 97010 | 1234 | 30 00 | 1 | | | | |
| 06 26 00 | | 11 | 1 | 97014 | 1234 | 35 00 | 1 | | | | |
| 06 26 00 | | 11 | 1 | 97012 | 1234 | 35 00 | 1 | | | | |

65074787   X   WETMIL 00-00   YES   NO   155 00   0 00   155 00

MOTE WELLNESS  REHAB INC
3025 W BOYNTON BEACH BLVD
BOYNTON BEACH FL  33436

DAVID R MOTE DC

07 11 00

PLEASE PRINT OR TYPE

**CSG000260**

3537

Explanation of Review

P: ⋯ SFORD, PA

Page 1 of

Client Name AIGCS FL(FL)    NF - AIGCSDE19850    2000 ⋯ CR 5 39

Case AI1-FFLN-0035390
Review Date: 07-21-2000
Adjustor: BLIND
File 0000240-0000000 ⋯
Reviewer: MD

Provider   MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH, FL 33436

**PAID**
7/31/00

Claim  A0027910-1

DOI: 02-09-2000
Claimant: WEISS, MILDRED C
7730 CHERRY BLOSSOM STREET
BOYNTON BEACH, FL 33877

Tax ID 650974787   OM
DOS: 06-28-2000 to 06-30-2000

Dx 1: 847.2 SPRAIN LUMBAR REGION
Dx 3: 724.3 SCIATICA

Dx 2  722.2 DISC DISPLACEMENT NON
Dx 4. 847.0 SPRAIN OF NECK

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exp Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-28-2000 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 06-28-2000 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 06-28-2000 | 3 | 1 | 97112 | | THERAP PROC 1/> AREAS E | 1 | 1 | 50.00 | | | | 50.00 | |
| 06-28-2000 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 06-30-2000 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 06-30-2000 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 06-30-2000 | 3 | 1 | 97112 | | THERAP PROC 1/> AREAS E | 1 | 1 | 50.00 | | | | 50.00 | |
| 06-30-2000 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |

Total Charges:    300.00
Bill Review Reductions:    0.00
Recommended Allowance:    300.00

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*PAYMENT PENDING ADJUSTOR'S REVIEW\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The Explanation of Review is sent solely for your records.
\*\*\*\*\*\*\*\*THIS IS NOT A BILL\*\*\*\*\*\*\*\*

\* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE FOR THE PROVIDER'S GEOGRAPHIC

9184•⋯
0•C

300•00+
147•04+
447•04×
80•%
357•63*

0•C

KAREN BLIND

JUL 2 8 2000

**OK TO PAY**

(800) 5⋯

IS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
1, EXT. 3260 OR SEND YOUR BILL AND THE ANALYSIS TO
AIGC⋯ 'BR, P.O BOX 2006, CHADDSFORD, PA 19317

PLEASE
STAPLE
IN THIS
AREA

PO BOX   2410

LONGWOOD FL  32752-2410

PBR **HEALTH INSURANCE CLAIM FORM**

| | | |
|---|---|---|
| INSURED I.D. NUMBER | 100027910 | KB |

WEISS MILDRED    03 28 30    X    WEISS MILDRED

7730 CHERRY BLOSSOM ST    7730 CHERRY BLOSSOM ST

BOYNTON BEACH    FL    X    BOYNTON BEACH    FL

(561) 732-8203    33432    ( 561 )

WEISS MILDRED

03 28 30    X    03 28 30

TOM CURIT    ATG

| | IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|
| | YES    NO    If yes return |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM

SIGNATURE ON FILE    07 11 00    SIGNATURE ON FILE

02 09 00

| 20 OUTSIDE LAB? | $ CHARGES |
|---|---|
| YES    X NO | |

847 0    974 5

4    847 0

| | B | C | PROCEDURES, SERVICES OR SUPPLIES<br>(Explain Unusual Circumstances)<br>CPT/HCPCS    MODIFIER | DIAGNOSIS CODE | F<br>$ CHARGES | G<br>DAYS OR UNITS | H<br>EPSDT Family Plan | EMG | COB | RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 04 23 00 | 11 | 1 | 97010 | 1234 | 30 00 | 1 | | | | |
| 04 28 00 | 11 | 1 | 97014 | 1234 | 35 00 | 1 | | | | |
| 04 23 00 | 11 | 1 | 97113 | 1234 | 50 00 | 1 | | | | |
| 04 28 00 | 11 | 1 | 97012 | 1234 | 35 00 | 1 | | | | |

650974787    X    WEIMTL 24-00    150 00    0 00    150 00

MOTE WELLNESS
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL

DAVID R MOTE DC

PO BOX 2410

LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER |
|---|---|---|---|---|---|---|---|
| | | | | | | | 00027910 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**WEISS MILDRED**

3. PATIENT'S BIRTH DATE  05 28 30  SEX M / F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**WEISS MILDRED**

5. PATIENT'S ADDRESS (No. Street)
**7730 CHERRY BLEGSOM ST**

6. PATIENT RELATIONSHIP TO INSURED

7. INSURED'S ADDRESS (No. Street)
**7730 CHERRY BLEGSOM ST**

CITY **BOYNTON BEACH** STATE **FL**

8. PATIENT STATUS

CITY **BOYNTON BEACH** STATE **FL**

ZIP CODE **33437** TELEPHONE **(561) 732 8203**

ZIP CODE **33437** TELEPHONE **(561)**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
**WEISS MILDRED**

10. IS PATIENT'S CONDITION RELATED TO

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  YES / NO (X)

a. INSURED'S DATE OF BIRTH  05 28 30  SEX M / F (X)

b. OTHER INSURED'S DATE OF BIRTH  05 28 30  SEX M / F (X)

b. AUTO ACCIDENT?  YES / NO (X)  PLACE (State) **FL**

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  YES / NO (X)

c. INSURANCE PLAN NAME OR PROGRAM NAME
**AIG**

d. INSURANCE PLAN NAME OR PROGRAM NAME
**TOM CUBIT**

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES (X)  NO  If yes, return to and complete...

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
**SIGNATURE ON FILE**  DATE **07 11 00**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
**SIGNATURE ON FILE**

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY  02 09 00

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM / TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM / TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES / NO (X)  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1, 2, 3 OR 4 TO ITEM 24E BY LINE)

1. 847 2
2. 724 3
3. 739 2
4. 847 0

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF NO

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATES OF SERVICE From MM DD YY  To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES OR SUPPLIES CPT/HCPCS | E. DIAGNOSIS | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|
| 06 30 00 | 11 | 1 | 989 | | 55 00 | 1 | | | |
| 06 30 00 | 11 | 1 | 989 | | 30 00 | 1 | | | |
| 06 30 00 | 11 | 1 | 970 | | 30 00 | 1 | | | |
| 06 30 00 | 11 | 1 | 970 | | 35 00 | 1 | | | |

*Codes & Charges differ from EoB, it still total 8150 on Both HCFA + EoB*

25. FEDERAL TAX I.D. NUMBER **450974282** SSN / EIN (X)

26. PATIENT'S ACCOUNT NO. **WEIMIL24-00**

27. ACCEPT ASSIGNMENT?  YES (X) / NO

28. TOTAL CHARGE **$ 150 00**

29. AMOUNT PAID **$ 0 00**

30. BALANCE DUE **150 00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
**DAVID R MOTE DC**  DATE **07 11 00**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME & PHONE #
**MOTE WELLNESS**
**3925 W BOYNTON BEACH**
**BOYNTON BEACH FL**

PLEASE PRINT OR TYPE.

Explanation of Review

CHADDSFORD, PA

Page 1 of 1

Case A11-FFLN-0035718
Client Name: AIGCS FL(FL)    NF - AIGCSDE19850
Review Date: 07-28-2000
Adjustor: BLIND
File: 0000240/00000001
Reviewer: MD

Provider: MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A0027910-1

DOI: 02-09-2000
Claimant: WEISS, MILDRED C
7730 CHERRY BLOSSOM STREET
BOYNTON BEACH, FL 33437

Tax ID: 650974787    OM
DOS: 07-05-2000 to 07-07-2000

Dx 1: 847.2 SPRAIN LUMBAR REGION    Dx 2: 722.2 DISC DISPLACEMENT NOS
Dx 3: 724.3 SCIATICA                Dx 4: 847.0 SPRAIN OF NECK

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx No | Units | Charges | Bill Review | PPO | UM | Allowance | Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-05-2000 | 3 | 1 | 98940 | | CHIROPRACTIC MANIP TX | 1 | 1 | 55.00 | 7.96 | | | 47.04 | |
| 07-05-2000 | 3 | 1 | 98943 | x | CHIROPRACTIC MANIP TX | 1 | 1 | 30.00 | | | | 30.00 | |
| 07-05-2000 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 07-05-2000 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 07-07-2000 | 3 | 1 | 98940 | | CHIROPRACTIC MANIP TX | 1 | 1 | 55.00 | 7.96 | | | 47.04 | |
| 07-07-2000 | 3 | 1 | 98943 | | CHIROPRACTIC MANIP TX | 1 | 1 | 30.00 | | | | 30.00 | |
| 07-07-2000 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 07-07-2000 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 07-07-2000 | 3 | 1 | 97112 | | THERAP PROC 1/> AREAS E | 1 | 1 | 50.00 | | | | 50.00 | |

Reductions

Total Charges: 350.00
Bill Review Reductions: 15.92
Recommended Allowance: 334.08

PAID
8/10/00

**********PAYMENT PENDING ADJUSTOR'S REVIEW**********
The Explanation of Review is sent solely for your records
********THIS IS NOT A BILL********

KAREN BLIND

AUG 0 8 2000

* UNLESS OTHERWISE NOTED ABOVE, ALL
FOR THE PROVIDER'S GEOGRAPHICAL REG

S EXCEEDING AMOUNTS THAT WOULD A REASONABLE

0•C

0•C

112181    334•08 x
80•%
267•26 *

OK TO PAY

0•C

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 3260 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000253

PO BOX 2 0

LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

| PICA | | | | | | | |
|------|---|---|---|---|---|---|---|
| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a INSURED'S ID NUMBER |
| Medicare | Medicaid | Sponsor's SSN | VA File # | SSN or ID | SSN | X | 00027910 |

2 PATIENT'S NAME (Last Name, First Name, Middle Initial)
WEISS MILDRED

3 PATIENT'S BIRTH DATE  05 28 30  SEX

4 INSURED'S NAME (Last Name, First Name, Middle Initial)
WEISS MILDRED

5 PATIENT'S ADDRESS (No. Street)
7730 CHERRY BLOSSOM ST

6 PATIENT RELATIONSHIP TO INSURED

7 INSURED'S ADDRESS (No. Street)
7730 CHERRY BLOSSOM ST

CITY  BOYNTON BEACH  STATE FL

8 PATIENT STATUS

CITY  BOYNTON BEACH

ZIP CODE 33437  TELEPHONE (Include Area Code) (561) 732 8203

ZIP CODE 33437  TELEPHONE (Include Area Code) (561)

9 OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
WEISS MILDRED

10 IS PATIENT'S CONDITION RELATED TO

11 INSURED'S POLICY GROUP OR FECA NUMBER

a OTHER INSURED'S POLICY OR GROUP NUMBER

a EMPLOYMENT? (CURRENT OR PREVIOUS)  YES  X NO

a INSURED'S DATE OF BIRTH  05 28 30  SEX

b OTHER INSURED'S DATE OF BIRTH  05 28 30  SEX  X

b AUTO ACCIDENT?  X  PLACE (State) FL

b EMPLOYER'S NAME OR SCHOOL NAME

c EMPLOYER'S NAME OR SCHOOL NAME

c OTHER ACCIDENT?  YES  X NO

c INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d INSURANCE PLAN NAME OR PROGRAM NAME
TOM CUBIT

10d RESERVED FOR LOCAL USE

d IS THERE ANOTHER HEALTH BENEFIT PLAN?
X YES  NO  If yes, return to and...

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM
12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE  DATE 07 12 00

13 INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14 DATE OF CURRENT  07 05 00  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15 IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE

16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

17 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a ID NUMBER OF REFERRING PHYSICIAN

18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

19 RESERVED FOR LOCAL USE

20 OUTSIDE LAB?  YES  X NO  $ CHARGES

21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847 2
2. 724 3
3. 724 2
4. 847 0

22 MEDICAID RESUBMISSION CODE  ORIGINAL REF NO

23 PRIOR AUTHORIZATION NUMBER

| 24 A DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | EMG |
|---|---|---|---|---|---|---|---|---|
| 1 07 05 00 | 11 | 1 | 98940 | 1234 | 55 00 | 1 | | |
| 2 07 05 00 | 11 | 1 | 98943 51 | 1234 | 30 00 | 1 | | |
| 3 07 05 00 | 11 | 1 | 970_ RECEIVED | 1234 | 30 00 | 1 | | |
| 4 07 05 00 | 11 | 1 | 97014 JUL 1 2000 | 1234 | 35 00 | 1 | | |
| 5 | | | AIGCS LONGWOOD FL | | | | | |
| 6 | | | | | | | | |

25 FEDERAL TAX ID NUMBER  6509274287  SSN EIN X

26 PATIENT'S ACCOUNT NO  WEIMIL24-00

27 ACCEPT ASSIGNMENT? X YES  NO

28 TOTAL CHARGE  $ 150 00

29 AMOUNT PAID  $ 0 00

31 SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
DAVID R MOTE DC  07 12 00

32 NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33 PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS & PHONE #
MOTE WELLNESS
3925 W BOYNTON BE
BOYNTON BEACH FL
PIN CHO006242 GRP

PLEASE PRINT OR TYPE

FORM HCFA

CSG000263

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PO BOX    2410

LONGWOOD FL  32750-2410

## HEALTH INSURANCE CLAIM FORM

| | | | | | | | 1a INSURED'S I.D NUMBER |
|---|---|---|---|---|---|---|---|
| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER X | A0022210 KB |

| 2 PATIENT'S NAME | 3 PATIENT'S BIRTH DATE | SEX | 4 INSURED'S NAME |
|---|---|---|---|
| WEISS MILDRED | 05 28 30 | F X | WEISS MILDRED |

| 5 PATIENT'S ADDRESS | 6 PATIENT RELATIONSHIP TO INSURED | 7 INSURED'S ADDRESS |
|---|---|---|
| 7730 CHERRY BLOSSOM ST | X | 7730 CHERRY BLOSSOM ST |

| ZIP CODE | TELEPHONE | | ZIP CODE | TELEPHONE |
|---|---|---|---|---|
| BOYNTON BEACH FL | X | | BOYNTON BEACH FL | |
| 33437 (561) 732 8200 | X | | 33437 (561) 732 8200 | |

| 9 OTHER INSURED'S NAME | | 11 INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| WEISS MILDRED | | |

| a OTHER INSURED'S POLICY OR GROUP NUMBER | a EMPLOYMENT? (CURRENT OR PREVIOUS) YES X NO | a INSURED'S DATE OF BIRTH SEX |
|---|---|---|
| | | 05 28 30 |

| b OTHER INSURED'S DATE OF BIRTH SEX | b AUTO ACCIDENT? PLACE (State) YES X NO FL | b EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|
| 05 28 30 X | | |

| c EMPLOYER'S NAME OR SCHOOL NAME | c OTHER ACCIDENT? YES X NO | c INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | | AIG |

| d INSURANCE PLAN NAME OR PROGRAM NAME | | d IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| TOM CUBIT | | X YES NO If yes return to and complete item 9 a-d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNATURE ON FILE    07 12 00

13 INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNATURE ON FILE

| 14 DATE OF CURRENT ILLNESS INJURY PREGNANCY | 15 IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS | 16 DATES PATIENT UNABLE TO WORK |
|---|---|---|
| 07 09 00 | | FROM TO |

| 17 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a I.D NUMBER OF REFERRING PHYSICIAN | 18 HOSPITALIZATION DATES FROM TO |
|---|---|---|
| | RECEIVED | |

| 19 RESERVED FOR LOCAL USE | 20 OUTSIDE LAB? YES $ CHARGES |
|---|---|
| | JUL 2000 |

21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.
1. 847 2
2. 723 2
3. 724 3
4. 847 0

22 MEDICAID RESUBMISSION CODE  ORIGINAL REF NO
AIGCS
LONGWOOD FL
23 PRIOR AUTHORIZATION NUMBER

| 24 A DATES OF SERVICE From To | B Place | C Type | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 07 07 00 | 11 | 1 | 98940 | 1234 | 55 00 | 1 | | | | |
| 07 07 00 | 11 | 1 | 98943 51 | 1234 | 30 00 | 1 | | | | |
| 07 07 00 | 11 | 1 | 97010 | 1234 | 30 00 | 1 | | | | |
| 07 07 00 | 11 | 1 | 97014 | 1234 | 35 00 | 1 | | | | |
| 07 07 00 | 11 | 1 | 97112 | 1234 | 50 00 | 1 | | | | |

| 25 FEDERAL TAX I.D NUMBER SSN EIN | 26 PATIENT'S ACCOUNT NO | 27 ACCEPT ASSIGNMENT? | 28 TOTAL CHARGE | 29 AMOUNT PAID | 30 BALANCE DUE |
|---|---|---|---|---|---|
| 650974787 X | WEIMIL28-00 | YES X | $ 200 00 | $ 0 00 | $ 200 00 |

| 31 SIGNATURE OF PHYSICIAN OR SUPPLIER | 32 NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED | 33 PHYSICIAN'S SUPPLIER'S BILLING NAME ADDRESS ZIP CODE & PHONE # |
|---|---|---|
| DAVID R MOTE DC 07 12 00 | | MOTE WELLNESS REHAB INC 3925 W BOYNTON BEACH BLVD BOYNTON BEACH FL 33426 PIN CHO006242 GRP |

PLEASE PRINT OR TYPE

CSG000264

SS719

AIG Claims Service, Inc.
P.O. Box 512410
Longwood, FL 32752-2410

## PIP PAYMENT RECORD

State: Florida
PIP Limit: $10,000.00
ME Limit: $0.00
Deductible: $0.00
Extended PIP?: NO

Claim Number: 011332648
Symbol: 1
Claimant: Timothy Large
Date of Loss: 01/14/2001

**SERVICE CODES:** M=Medical W=Wages S=Service D=Death NM=NMileage

Service Codes:
Medical: M  0.8
Service: S  1
Wages: W  0.8
Death: D  1
Mileage: NM  0.8

| Code | Date of Service From | To | Provider | Tax ID | Billed | Altered | % | DedDate | | Rec... | Date Received | Date Paid | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W | 02/05/2001 | 02/05/2001 | Wage loss | | 930.00 | 100.00 | 80% | 0.00 | 0.00 | 60.00 | 02/23/2001 | 02/27/2001 | 60.00 |
| W | 03/05/2001 | 03/05/2001 | Write Wellness Rehab | 85-0974787 | 960.00 | 960.00 | 80% | 0.00 | 0.00 | 760.00 | 03/22/2001 | 03/11/2001 | 760.00 |
| M | 02/23/2001 | 03/02/2001 | Mote Wellness Rehab | 85-0974787 | 480.00 | 480.00 | 80% | 0.00 | 0.00 | 384.00 | 03/13/2001 | 03/23/2001 | 384.00 |
| M | 03/07/2001 | 02/17/2001 | Mote Wellness Rehab | 85-0974787 | 610.00 | 610.00 | 80% | 0.00 | 0.00 | 488.00 | 03/29/2001 | 03/29/2001 | 488.00 |
| M | 02/26/2001 | 02/26/2001 | Mote Wellness Rehab | 85-0974787 | | | 80% | 0.00 | 0.00 | 40.80 | 03/12/2001 | 04/05/2001 | 48.00 |
| M | 03/13/2001 | 03/14/2001 | Mote Wellness Rehab | 85-0974787 | 390.00 | 390.00 | 80% | 0.00 | 0.00 | 312.00 | 03/26/2001 | 04/05/2001 | 312.00 |
| M | 03/20/2001 | 03/21/2001 | Mote Wellness Rehab | 85-0974787 | 325.00 | 325.00 | 80% | 0.00 | 0.00 | 290.00 | 04/02/2001 | 04/10/2001 | 290.00 |
| M | 03/07/2001 | 03/09/2001 | Mote Wellness Rehab | 85-0974787 | 140.00 | 140.00 | 80% | 0.00 | 0.00 | 112.00 | 04/10/2001 | 04/05/2001 | 112.00 |
| M | 05/21/2001 | 03/21/2001 | Mote Wellness Rehab | 85-0974787 | 810.00 | 810.00 | 80% | 0.00 | 0.00 | 648.00 | 04/16/2001 | 04/23/2001 | 648.00 |
| M | 04/10/2001 | 04/12/2001 | Mote Wellness Rehab | 85-0974787 | 35.00 | 36.00 | 80% | 0.00 | 0.00 | 28.00 | 04/20/2001 | 04/03/2001 | 28.00 |
| M | 03/06/2001 | 04/13/2001 | Mote Wellness Rehab | 85-0974787 | 515.00 | 515.00 | 80% | 0.00 | 0.00 | 412.00 | 04/30/2001 | 06/07/2001 | 412.00 |
| M | 04/11/2001 | 04/20/2001 | Mote Wellness Rehab | 85-0974787 | 565.00 | 565.00 | 80% | 0.00 | 0.00 | 452.00 | 04/30/2001 | 06/14/2001 | 452.00 |
| M | 05/06/2001 | 04/20/2001 | Mote Wellness Rehab | 85-0974787 | 546.00 | 548.00 | 80% | 0.00 | 0.00 | 438.00 | 05/21/2001 | 06/19/2001 | 435.60 |
| M | 04/05/2001 | 04/05/2001 | Mote Wellness Rehab | 85-0974787 | 185.00 | 166.00 | 80% | 0.00 | 0.00 | 132.00 | 05/15/2001 | 06/19/2001 | 823.39 |
| M | 04/20/2001 | 04/27/2001 | Mote Wellness Rehab | 85-0974787 | 413.00 | 415.00 | 80% | 0.00 | 0.00 | 332.00 | 05/20/2001 | 06/19/2001 | 341.90 |
| M | 03/26/2001 | 05/28/2001 | Mote Wellness Rehab | 85-0974787 | 464.63 | 468.53 | 80% | 0.00 | 0.00 | 374.82 | 05/09/2001 | 06/19/2001 | 376.43 |
| M | 03/12/2001 | 03/12/2001 | | | | | 80% | 0.00 | 0.00 | 90.40 | 05/17/2001 | 06/19/2001 | 51.90 |
| M | 02/07/2001 | 05/11/2001 | | | | | 80% | 0.00 | 0.00 | 51.90 | 05/19/2001 | 06/19/2001 | 1.90 |
| M | 02/01/2001 | 03/01/2001 | | | | | 80% | 0.00 | 0.00 | 760.00 | 05/19/2001 | 06/19/2001 | 760.00 |
| M | 05/17/2001 | 05/12/2001 | | | | | 80% | 0.00 | 0.00 | 750.00 | 06/26/2001 | 07/26/2001 | 1,136.00 |
| NM | 02/17/2001 | 02/07/2001 | | | | | 80% | 0.00 | 0.00 | 1,134.00 | 06/22/2001 | | 781.76 |
| NM | 03/28/2001 | 03/24/2001 | | | | | 80% | 0.00 | 0.00 | 740.00 | 05/09/2001 | 07/03/2001 | 740.00 |

EXHIBIT
N

Printed: 07/24/2001

**AIG**
*Insuring Your Work*
*Your Life. Your World.*

Explanation of Review

Page: 1    of :
Case: A11-FFLN-004776-4
Review Date: 02-27-2001
Adjustor: BLIND
File: 00000240/00000000/00000000
Reviewer: CA/

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

Provider: MOTE WELLNESS REHAB
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: 01033648-F

DOI: 01-14-2001
Claimant: LARGE, TIMOTHY
18854 48TH AVE N
LOXAHATCHEE, FL 33470

Tax ID: 650974787    OM
DOS: 02-05-2001 to 02-09-2001

Dx 1: 722.2 DISC DISPLACEMENT NOS    Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 847.0 SPRAIN OF NECK    Dx 4: 739.1 SOMAT DYSFUNC CERVIC

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-05-2001 | 3 | 1 | 99204 | | OFFIC/OUTPT VISIT E&M NI | 1 | 1 | 150.00 | | | | 150.00 | |
| 02-05-2001 | 3 | 1 | 98940 | | CHIROPRACTIC MANIP TX : | 1 | 1 | 55.00 | 3.57 | | | 51.43 | |
| 02-05-2001 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 02-05-2001 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-05-2001 | 3 | 1 | 97124 | | THERAP PROC 1/> AREAS E | 1 | 1 | 40.00 | | | | 40.00 | |
| 02-05-2001 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-05-2001 | 3 | 1 | A4556 | | ELECTRODES, PAIR | 1 | 1 | 20.00 | | | | 20.00 | |
| 02-06-2001 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 02-06-2001 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-06-2001 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-06-2001 | 3 | 1 | 97140 | | MANUAL THERAP TECH1/> | 1 | 1 | 50.00 | 1.78 | | | 48.22 | |
| 02-07-2001 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 02-07-2001 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-07-2001 | 3 | 1 | 97124 | | THERAP PROC 1/> AREAS E | 1 | 1 | 40.00 | | | | 40.00 | |
| 02-07-2001 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-07-2001 | 3 | 1 | 97140 | | MANUAL THERAP TECH1/> | 1 | 1 | 50.00 | 1.78 | | | 48.22 | |
| 02-09-2001 | 3 | 1 | 98940 | | CHIROPRACTIC MANIP TX : | 1 | 1 | 55.00 | 3.57 | | | 51.43 | |
| 02-09-2001 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 02-09-2001 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-09-2001 | 3 | 1 | 97124 | | THERAP PROC 1/> AREAS E | 1 | 1 | 40.00 | | | | 40.00 | |
| 02-09-2001 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-09-2001 | 3 | 1 | 97140 | | MANUAL THERAP TECH1/> | 1 | 1 | 50.00 | 1.78 | | | 48.22 | |

Total Charges: 950.00
Bill Review Reductions:
Recommended Allowance:

PAID

ADJUSTOR'S REVIEW**********************

UNI
FOR

950• x
0•8 =
750• +

PIP

RECEIVED
MAR 0 1 2001

OK TO PAY
P
PF
Ree Check
Date/Int.
01633648 -

EW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 3260 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000113

PLEASE
DO NOT
STAPLE
IN THIS
AREA

AIG
PO BOX 2410

LONGWOOD FL 32752-2410

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| Medicare # | Medicaid # | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | 01033648 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**LARGE TIMOTHY K**

3. PATIENT'S BIRTH DATE
MM 04 DD 01 YY 55   SEX M X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**LARGE TIMOTHY K**

5. PATIENT'S ADDRESS (No., Street)
**18854 48TH AVE N**

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
**18854 48TH AVE N**

CITY **LOXAHATCHEE**  STATE **FL**

8. PATIENT STATUS
Single X  Married  Other
Employed X  Full-Time Student  Part-Time Student

CITY **LOXAHATCHEE**  STATE **FL**

ZIP CODE **33470**  TELEPHONE (Include Area Code) **(561) 753 4688**

ZIP CODE **33470**  TELEPHONE (INCLUDE AREA CODE) **(561) 753 4688**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**4141336**

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  X NO

a. INSURED'S DATE OF BIRTH
MM 04 DD 01 YY 55   SEX M X

b. OTHER INSURED'S DATE OF BIRTH
MM DD YY   SEX M F

b. AUTO ACCIDENT?
YES  X NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
**AIG**

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  X NO   If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED **SIGNATURE ON FILE**   DATE **02 15 01**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below
SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT
MM 01 DD 14 YY 01  ◄ ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES  X NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 722 2   3. 847 0
2. 847 2   4. 739 1

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 05 01 | | 11 | 1 | 99204 25 | 1234 | 150 00 | 1 | | | | |
| 02 05 01 | | 11 | 1 | 98940 | 1234 | 55 00 | 1 | | | | |
| 02 05 01 | | 11 | 1 | 97010 | 1234 | 30 00 | 1 | | | | |
| 02 05 01 | | 11 | 1 | 97014 | 1234 | 35 00 | 1 | | | | |
| 02 05 01 | | 11 | 1 | 97124 | 1234 | 40 00 | 1 | | | | |
| 02 05 01 | | 11 | 1 | 97012 | 1234 | 35 00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
**650974787**  X

26. PATIENT'S ACCOUNT NO.
**LARTIM24-00**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
X YES  NO

28. TOTAL CHARGE
$ **345 00**

29. AMOUNT PAID
$ **0 00**

30. BALANCE DUE
$ **345 00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**DAVID R MOTE DC**
SIGNED **02 15 01**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
MAR 0

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
**MOTE WELLNESS REHAB INC**
**3925 W BOYNTON BEACH BLVD**
**BOYNTON BEACH FL 33436**
PIN **CH0006242**  GRP **561 742-3283**

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88   PLEASE PRINT

FORM HCFA-1500
FORM OWCP-1500   FORM RRB-1500

CSG000135

AIG
PO BOX 2410
LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

| | |
|---|---|
| **MEDICARE** (Medicare #) | **1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1) |

**1. MEDICARE** (Medicare #) ☐  **MEDICAID** (Medicaid #) ☐  **CHAMPUS** (Sponsor's SSN) ☐  **CHAMPVA** (VA File #) ☐  **GROUP HEALTH PLAN** (SSN or ID) ☐  **FECA BLK LUNG** (SSN) ☐  **OTHER** (ID) ☒

**1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1)
01033648

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
LARGE TIMOTHY K

**3. PATIENT'S BIRTH DATE**  MM 04 DD 01 YY 55   **SEX** M ☒  F ☐

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
LARGE TIMOTHY K

**5. PATIENT'S ADDRESS** (No., Street)
18854 48TH AVE N

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☒  Spouse ☐  Child ☐  Other ☐

**7. INSURED'S ADDRESS** (No., Street)
18854 48TH AVE N

**CITY** LOXAHATCHEE   **STATE** FL

**8. PATIENT STATUS**
Single ☒  Married ☐  Other ☐
Employed ☒  Full-Time Student ☐  Part-Time Student ☐

**CITY** LOXAHATCHEE   **STATE** FL

**ZIP CODE** 33470   **TELEPHONE** (Include Area Code) (561) 753 4688

**ZIP CODE** 33470   **TELEPHONE** (INCLUDE AREA CODE) (561) 753 4688

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
4141336

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (CURRENT OR PREVIOUS)  YES ☐  NO ☒

**a. INSURED'S DATE OF BIRTH**  MM 04 DD 01 YY 55   **SEX** M ☒  F ☐

**b. OTHER INSURED'S DATE OF BIRTH**  MM DD YY   **SEX** M ☐  F ☐

**b. AUTO ACCIDENT?**  YES ☐  NO ☒   **PLACE** (State)

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?**  YES ☐  NO ☒

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
AIG

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES ☐  NO ☒   If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE   DATE 02 15 01

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

**14. DATE OF CURRENT** ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)  MM 01 DD 14 YY 01

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE** MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**  FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**  FROM MM DD YY  TO MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?**  YES ☐  NO ☒   **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 722 2   3. 847 0
2. 847 2   4. 739 1

**22. MEDICAID RESUBMISSION CODE**   **ORIGINAL REF. NO.**

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A DATE(S) OF SERVICE | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM 02 | DD 05 | YY 01 | To MM | DD | 11 | 1 | A4556 | 1234 | 20 00 | 1 | | | | |
| 2 | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | |

**25. FEDERAL TAX I.D. NUMBER**  650974787  SSN ☐  EIN ☒

**26. PATIENT'S ACCOUNT NO.**  LARTIM24-00

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)  YES ☒  NO ☐

**28. TOTAL CHARGE**  $ 20 00

**29. AMOUNT PAID**  $ 0 00

**30. BALANCE DUE**  $ 20 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED  DAVID R MOTE DC   DATE 02 15 01

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)
RECEIVED

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
PIN# CH0006242  GRP# 561 742 3283

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88    PLEASE PRINT OR TYPE    FORM HCFA-1500    FORM OWCP-1500

CSG000136

PLEASE
DO NOT
STAPLE
IN THIS
AREA

AIG
PO BOX 2410

LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

PICA

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | 01033648 | |

2 PATIENT'S NAME (Last Name, First Name, Middle Initial)
LARGE TIMOTHY K

3 PATIENT'S BIRTH DATE  04 01 55  SEX M X F

4 INSURED'S NAME (Last Name, First Name, Middle Initial)
LARGE TIMOTHY K

5 PATIENT'S ADDRESS (No., Street)
18854 48TH AVE N

6 PATIENT RELATIONSHIP TO INSURED
Self X  Spouse  Child  Other

7 INSURED'S ADDRESS (No., Street)
18854 48TH AVE N

CITY  LOXAHATCHEE  STATE FL

8 PATIENT STATUS
Single X  Married  Other
Employed X  Full-Time Student  Part-Time Student

CITY  LOXAHATCHEE  STATE FL

ZIP CODE 33470  TELEPHONE (Include Area Code) (561) 753 4688

ZIP CODE 33470  TELEPHONE (INCLUDE AREA CODE) (561) 753 4688

9 OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10 IS PATIENT'S CONDITION RELATED TO:

11 INSURED'S POLICY GROUP OR FECA NUMBER
4141336

a OTHER INSURED'S POLICY OR GROUP NUMBER

a EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  X NO

a INSURED'S DATE OF BIRTH  04 01 55  SEX M X F

b OTHER INSURED'S DATE OF BIRTH  SEX M F

b AUTO ACCIDENT?  PLACE (State)
YES  X NO

b EMPLOYER'S NAME OR SCHOOL NAME

c EMPLOYER'S NAME OR SCHOOL NAME

c OTHER ACCIDENT?
YES  X NO

c INSURANCE PLAN NAME OR PROGRAM NAME
AIG

d INSURANCE PLAN NAME OR PROGRAM NAME

10d RESERVED FOR LOCAL USE

d IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  X NO  If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE

SIGNED  02 15 01

13 INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNATURE ON FILE

SIGNED

14 DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)  01 14 01

15 IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  TO

17 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a I.D. NUMBER OF REFERRING PHYSICIAN

18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  TO

19 RESERVED FOR LOCAL USE

20 OUTSIDE LAB?  $ CHARGES
YES  X NO

21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 722 2  3. 847 0
2. 847 2  4. 739 1

22 MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23 PRIOR AUTHORIZATION NUMBER

| 24 A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 06 01 | | 11 | 1 | 97010 | | 1234 | 30 00 | 1 | | | | |
| 02 06 01 | | 11 | 1 | 97014 | | 1234 | 35 00 | 1 | | | | |
| 02 06 01 | | 11 | 1 | 97012 | | 1234 | 35 00 | 1 | | | | |
| 02 06 01 | | 11 | 1 | 97140 | | 1234 | 50 00 | 1 | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

25 FEDERAL TAX I.D. NUMBER  SSN EIN X
650974787

26 PATIENT'S ACCOUNT NO.
LARTIM24-00

27 ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES  NO

28 TOTAL CHARGE  $ 150 00

29 AMOUNT PAID  $ 0 00

30 BALANCE DUE  $ 150 00

31 SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID R MOTE DC
SIGNED  02 15 01

32 NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33 PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
CH0006242  561 742-3283

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

PLEASE PRINT OR TYPE

FORM HCFA-1500  12 90
FORM OWCP-1500  FORM RRB-1500

CSG000137

PLEASE
DO NOT
STAPLE
IN THIS
AREA

APPROVED OMB-0938-0008

AIG
PO BOX 2410

LONGWOOD FL 32752-2410

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| | |
|---|---|
| 1. MEDICARE  MEDICAID  CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
| (Medicare #) (Medicaid #) (Sponsor's SSN) (VA File #) (SSN or ID) (SSN) (ID) | 01033648  KB |

| | | | | |
|---|---|---|---|---|
| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE  MM DD YY  SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) | | |
| LARGE TIMOTHY K | 04 01 55  M☒ F☐ | LARGE TIMOTHY K | | |
| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) | | |
| 18854 48TH AVE N | Self ☒ Spouse ☐ Child ☐ Other ☐ | 18854 48TH AVE N | | |
| CITY  LOXAHATCHEE  STATE  FL | 8. PATIENT STATUS  Single ☒ Married ☐ Other ☐ | CITY  LOXAHATCHEE  STATE  FL | | |
| ZIP CODE  33470  TELEPHONE (Include Area Code)  (561) 753 4688 | Employed ☒ Full-Time Student ☐ Part-Time Student ☐ | ZIP CODE  33470  TELEPHONE (INCLUDE AREA CODE)  (561) 753 4688 | | |
| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER  4141336 | | |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS)  ☐ YES ☒ NO | a. INSURED'S DATE OF BIRTH  MM DD YY  SEX  04 01 55  M☒ F☐ | | |
| b. OTHER INSURED'S DATE OF BIRTH  MM DD YY  SEX  M☐ F☐ | b. AUTO ACCIDENT?  PLACE (State)  ☐ YES ☒ NO | b. EMPLOYER'S NAME OR SCHOOL NAME | | |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT?  ☐ YES ☒ NO | c. INSURANCE PLAN NAME OR PROGRAM NAME  AIG | | |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  ☐ YES ☒ NO  If yes, return to and complete item 9 a-d | | |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE
SIGNED _____ DATE 02 15 01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNATURE ON FILE
SIGNED _____

| | |
|---|---|
| 14. DATE OF CURRENT  01 14 01  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM DD YY  TO  MM DD YY |
| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  MM DD YY  TO  MM DD YY |
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB?  ☐ YES ☒ NO  $ CHARGES |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 722 2     3. 847 0
2. 847 2     4. 739 1

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY / To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS / MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 07 01 | 11 | 1 | 97010 | 1234 | 30 00 | 1 | | | | |
| 02 07 01 | 11 | 1 | 97014 | 1234 | 35 00 | 1 | | | | |
| 02 07 01 | 11 | 1 | 97124 | 1234 | 40 00 | 1 | | | | |
| 02 07 01 | 11 | 1 | 97012 | 1234 | 35 00 | 1 | | | | |
| 02 07 01 | 11 | 1 | 97140 | 1234 | 50 00 | 1 | | | | |

RECEIVED

| | | | | |
|---|---|---|---|---|
| 25. FEDERAL TAX I.D. NUMBER  SSN ☐ EIN ☒  650974787 | 26. PATIENT'S ACCOUNT NO.  LARTIM24MAR00 1 2A | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  ☒ YES ☐ NO | 28. TOTAL CHARGE  $ 190 00 | 29. AMOUNT PAID  $ 0 00 | 30. BALANCE DUE  $ 190 00 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID R MOTE DC
SIGNED _____ DATE 02 15 01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
AIG
LONGW...

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE
MOTE WELLNESS REHAB INC
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33436
CH0006242   561 742-3283

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88    PLEASE PRINT OR

FORM HCFA-1500
FORM OWCP-1500

CSG000138

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PICA

AIG
PO BOX 2410

LONGWOOD FL 32752-2410

## HEALTH INSURANCE CLAIM FORM

PICA

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER |
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | [X] (ID) |

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
**01033648**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**LARGE TIMOTHY K**

3. PATIENT'S BIRTH DATE
MM **04** DD **01** YY **55**   SEX M [X] F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**LARGE TIMOTHY K**

5. PATIENT'S ADDRESS (No., Street)
**18854 48TH AVE N**

6. PATIENT RELATIONSHIP TO INSURED
Self [X] Spouse Child Other

7. INSURED'S ADDRESS (No., Street)
**18854 48TH AVE N**

CITY **LOXAHATCHEE**   STATE **FL**

8. PATIENT STATUS
Single [X] Married Other

Employed [X] Full-Time Student Part-Time Student

CITY **LOXAHATCHEE**   STATE **FL**

ZIP CODE **33470**   TELEPHONE (Include Area Code) **(561) 753 4688**

ZIP CODE **33470**   TELEPHONE (INCLUDE AREA CODE) **(561) 753 4688**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**4141336**

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES [X] NO

a. INSURED'S DATE OF BIRTH
MM **04** DD **01** YY **55**   SEX M [X] F

b. OTHER INSURED'S DATE OF BIRTH
MM DD YY   SEX M F

b. AUTO ACCIDENT?   PLACE (State)
YES [X] NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
**AIG**

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [X] NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED **SIGNATURE ON FILE**   DATE **02 15 01**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
MM **01** DD **14** YY **01**

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
YES [X] NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. **722 2**   3. **847 0**
2. **847 2**   4. **739 1**

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 09 01 | 11 | 1 | 98940 | 1234 | 55 00 | 1 | | | | |
| 02 09 01 | 11 | 1 | 97010 | 1234 | 30 00 | 1 | | | | |
| 02 09 01 | 11 | 1 | 97014 | 1234 | 35 00 | 1 | | | | |
| 02 09 01 | 11 | 1 | 97124 | 1234 | 40 00 | 1 | | | | |
| 02 09 01 | 11 | 1 | 97012 | 1234 | 35 00 | 1 | | | | |
| 02 09 01 | 11 | 1 | 97140 | 1234 | 50 00 | 1 | | | | |

RECEIVED MAR 0 2001 AIG LONGWOOD

25. FEDERAL TAX I.D. NUMBER   SSN [ ] EIN [X]
**650974787**

26. PATIENT'S ACCOUNT NO.
**LARTIM24-00**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES [X] NO

28. TOTAL CHARGE
$ **245 00**

29. AMOUNT PAID
$ **0 00**

30. BALANCE DUE
$ **245 00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED **DAVID R MOTE DC**   DATE **02 15 01**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE
**MOTE WELLNESS REHAB INC**
**3925 W BOYNTON BEACH BLVD**
**BOYNTON BEACH FL 33436**
PIN# **CH0006242** GRP# **561. 742-3283**

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88   PLEASE PRINT
FORM HCFA-1500
FORM OWCP-1500   FORM RRB-1500

**CSG000139**

**AIG**
*Insuring Your Work.*
*Your Life. Your World.*

Explanation of Review

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

| | |
|---|---|
| Page | 1 of 1 |
| Case | AJI-FFLN-0047955 |
| Review Date | 03-05-2001 |
| Adjustor | BLIND |
| File | 00000240/00000000/000000000 |
| Reviewer | HH/HH |

Provider:  MOTE WELLNESS REHAB
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: 1033648-1

DOI: 01-14-2001
Claimant: LARGE, TIMOTHY
18854 48TH AVE N
LOXAHATCHEE, FL 33470

Tax ID: 650974787    OM
DOS: 02-13-2001 to 02-14-2001

Dx 1: 722.2 DISC DISPLACEMENT NOS       Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 847.0 SPRAIN OF NECK              Dx 4: 739.1 SOMAT DYSFUNC CERVIC

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Ext Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-13-2001 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 02-13-2001 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-13-2001 | 3 | 1 | 97124 | | THERAP PROC 1/> AREAS E | 1 | 1 | 40.00 | | | | 40.00 | |
| 02-13-2001 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-14-2001 | 3 | 1 | 97010 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 30.00 | | | | 30.00 | |
| 02-14-2001 | 3 | 1 | 97014 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-14-2001 | 3 | 1 | 97124 | | THERAP PROC 1/> AREAS E | 1 | 1 | 40.00 | | | | 40.00 | |
| 02-14-2001 | 3 | 1 | 97012 | | APPLIC MODAL 1/> AREAS | 1 | 1 | 35.00 | | | | 35.00 | |

| | | |
|---|---|---|
| Total Charges: | 280.00 | |
| Bill Review Reductions: | 0.00 | |
| Recommended Allowance: | | 280.00 |

**************************PAYMENT PENDING ADJUSTOR'S REVIEW**********************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

\* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 3260 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000114

**AIG** *Insuring Your Work.*
*. Your Life. Your World.*

Explanation of Review

Page: 1 of 1
Case: AI1-FFLN-0048308
Review Date: 03-08-2001
Adjustor: BLIND
File: 00000240/00000722/00000000
Reviewer: HH/

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

PPO Claim: 820494

Provider:  MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: 01033648-1

DOI: 01-14-2001
Claimant: LARGE, TIMOTHY
18854 48TH AVE N
LOXAHATCHEE, FL 33470

Tax ID: 650974787    OM
DOS: 02-19-2001 to 02-21-2001

Dx 1: 722.2 DISC DISPLACEMENT NOS    Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 847.0 SPRAIN OF NECK    Dx 4: 739.1 SOMAT DYSFUNC CERVIC R

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO UM | Allowance | Exp Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-19-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | 3.00 | 27.00 | |
| 02-19-2001 | 3 | 1 | 97014 | . | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | 3.50 | 31.50 | |
| 02-19-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | 4.00 | 36.00 | |
| 02-19-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | 3.50 | 31.50 | |
| 02-19-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 1.78 | 4.82 | 43.40 | |
| 02-21-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | 3.00 | 27.00 | |
| 02-21-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | 3.50 | 31.50 | |
| 02-21-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | 4.00 | 36.00 | |
| 02-21-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | 3.50 | 31.50 | |

Total Charges: 330.00
Bill Review Reductions: 1.78
Bill Review Allowances: 328.22
PPO Reductions: 32.82
Recommended Allowance: 295.40

**************PAYMENT PENDING ADJUSTOR'S REVIEW*********************
The Explanation of Review is sent solely for · ecords.
********THIS IS NOT A BILL********

PAID
(3 2.00 PM)

Pr ·· ·     .O ALLIANCE

· l
FC





VIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 3260 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA  19317

**AIG**
*Insuring Your Worl*
*Your Life. Your Worla.*

Explanation of Review

Page: 1 of 1
Case: A11-FFLN-0048858
Review Date: 03-15-2001
Adjustor: BLIND
File: 00000240/00000000/0000000
Reviewer: CA

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1033648-1

DOI: 01-14-2001
Claimant: LARGE, TIMOTHY
18854 48TH AVE N
LOXAHATCHEE, FL 33470

Tax ID: 650974787    OM
DOS: 02-23-2001 to 03-02-2001

Dx 1: 722.2 DISC DISPLACEMENT NOS    Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 847.0 SPRAIN OF NECK    Dx 4: 739.1 SOMAT DYSFUNC CERVIC

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-23-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 02-23-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-23-2001 | 3 | 1 | 97124 | * | MASSAGE | 1 | 1 | 40.00 | | | | 40.00 | |
| 02-23-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 02-23-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 02-23-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 02-23-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 02-23-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-02-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 03-02-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-02-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | | | 40.00 | |
| 03-02-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |

Total Charges: 480.00
Bill Review Reductions: 0.00
Recommended Allowance: 480.00

**************PAYMENT PENDING ADJUSTOR'S REVIEW********************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

**PAID**
3-3-01 PM

* UNLESS OTHERWISE NOTED ABOVE, A
FOR THE PROVIDER'S GEOGRAPHICAL R

RGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE

OK TO PAY
(P) F EX Code
Res Check
Date/Int. 3/19    KCB

RECEIVED
MAR 19 2001

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT 3260 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000116

**AIG**
*Insuring Your World.*
*Your Life. Your World.*

Explanation of Review

| | |
|---|---|
| | Page: 1    of   1 |
| | Case: A11-FFLN-0048989 |
| Client Name: AIGCS FL(FL)     NF - AIGCSDE19850 | Review Date: 03-21-2001 |
| | Adjustor: BLIND |
| | File: 00000240/00000000/00000000 |
| | Reviewer: ST/ |

| | |
|---|---|
| Provider:  MOTE WELLNESS REHAB | Cl... 01033648-1.3 |
| 3925 W BOYTON BEACH BLVD | |
| BOYNTON BEACH, FL 33436 | |
| | DOI: 01-14-2001 |
| | Claimant: LARGE, TIMOTHY |
| | 18854 48TH AVE N |
| | LOXAHATCHEE, FL 33470 |

Tax ID: 650974787    OM
DOS: 03-06-2001 to 03-09-2001

Dx 1: 722. INTERVERTEBRAL DISC DIS      Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 847.0 SPRAIN OF NECK      Dx 4: 739.1 SOMAT DYSFUNC CERVIC R

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exp Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-06-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 03-06-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-06-2001 | 3 | 1 | 97124 | · | MASSAGE | 1 | 1 | 40.00 | | | | 40.00 | |
| 03-06-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-07-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-07-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-07-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-07-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-09-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | | | 40.00 | |
| 03-09-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |

| | | |
|---|---|---|
| Total Charges: | 415.00 | |
| Bill Review Reductions: | 0.00 | |
| Recommended Allowance: | | 415.00 |

**************PAYMENT PENDING ADJUSTOR'S REVIEW********************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

OK TO PAY
EX Code
Check
Date/Int.     1/ 6/14/01

01033648-1

415. X
80. %
332. *
+9.10 Int.
341.10

RECEIVED

MAR 2 3 2001

PAID

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000117

**AIG**
*Insuring Your Work.*
*Your Life, Your World.*

Explanation of Review

Page: 1  of  1
Case: AI1-FFLN-0049493
Review Date: 03-28-2001
Adjustor: BLIND
File: 00000240/00000000/00000000
Reviewer: CA/

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850    '23

Provider:  MOTE WELLNESS REHAB
           3925 W BOYTON BEACH BLVD
           BOYNTON BEACH, FL  33436

Claim: 01033648-1

DOI: 01-14-2001
Claimant: LARGE, TIMOTHY
          18854 48TH AVE N
          LOXAHATCHEE, FL 33470

Tax ID: 650974787    OM
DOS: 03-13-2001 to 03-14-2001

Dx 1: 722.2 DISC DISPLACEMENT NOS    Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 847.0 SPRAIN OF NECK    Dx 4: 739.1 SOMAT DYSFUNC CERVIC F

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Ex Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-13-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 03-13-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-13-2001 | 3 | 1 | 97124 | . | MASSAGE | 1 | 1 | 40.00 | | | | 40.00 | |
| 03-13-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-13-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | ~~1.78~~ | | | 48.22 | |
| 03-14-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-14-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-14-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-14-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |

Total Charges:    390.00
Bill Review Reductions:    ~~1.78~~
Recommended Allowance:    ~~388.22~~

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*PAYMENT PENDING ADJUSTOR'S REVIEW\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The Explanation of Review is sent solely for your records.
\*\*\*\*\*\*\*\*THIS IS NOT A BILL\*\*\*\*\*\*\*\*

\* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE FOR

PAID
T.M. 4/5/00

OK TO PAY
P F EX Code
Res Check
Date/Int.  4/2  KCB

RECEIVED
APR 0 2 2001
AIGCS
LONGWOOD, FL

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO·

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA  19317

CSG000118

**AIG**
*Insuring Your Work*
*Your Life, Your World.*

Explanation of Review

Page: 1    of    1
Case: AI1-FFLN-0049790
Review Date: 04-04-2001
Adjustor: **BLIND**
File: 00000240/00000000/00000000
Reviewer: CA/

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: 01033648-1

DOI: 01-14-2001
Claimant: LARGE, TIMOTHY
18854 48TH AVE N
LOXAHATCHEE, FL 33470

Tax ID: 650974787    OM
DOS: 03-20-2001 to 03-21-2001

Dx 1: 722.2 DISC DISPLACEMENT NOS    Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 847.0 SPRAIN OF NECK    Dx 4: 739.1 SOMAT DYSFUNC CERVIC R

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exc Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-20-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 03-20-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-20-2001 | 3 | 1 | 97124 | | MASSAGE | 1 | 1 | 40.00 | | | | 40.00 | |
| 03-20-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-20-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 1.78 | | | 48.22 | |
| 03-21-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-21-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-21-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |

Total Charges: 325.00
Bill Review Reductions: 1.78
Recommended Allowance: 323.22

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*PAYMENT PENDING ADJUSTOR'S REVIEW\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The Explanation of Review is sent solely for your records.
\*\*\*\*\*\*\*\*THIS IS NOT A BILL\*\*\*\*\*\*\*\*

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE FOR THE PROVIDER'S GEOGRAPHICAL REGION.

OK TO PAY
P F EX Code
Res Check
Date/Int. 4/5

**CSG000119**

RECEIVED
APR 05 2001

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

**AIG**
*Insuring Your Work,*
*Your Life, Your World.*

Explanation of Review

Page: 1 of 1
Case: AI1-FFLN-0050307
Review Date: 04-16-2001
Adjustor: **BLIND**
File: 00000240/00000000/00000000
Reviewer: JY/

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

---

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: 1033648-1

PAID
4/26/01

DOI: 01-14-2001
Claimant: LARGE, TIMOTHY
18854 48TH AVE N
LOXAHATCHEE, FL 33470

Tax ID: 650974787    OM
DOS: 03-30-2001

Dx 1: 722.2 DISC DISPLACEMENT NOS    Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 847.0 SPRAIN OF NECK    Dx 4: 739.1 SOMAT DYSFUNC CERVIC RI

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Expl Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-30-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 03-30-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-30-2001 | 3 | 1 | 97124 | ' | MASSAGE | 1 | 1 | 40.00 | | | | 40.00 | |
| 03-30-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |

Total Charges: 140.00
Bill Review Reductions: 0.00
Recommended Allowance: 140.00

---

**********************PAYMENT PENDING ADJUSTOR'S REVIEW********************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

---

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

OK TO PAY
P/F EX Code
Res Check
Date/Int. 4/19/01

RECEIVED
APR 17 2001
AIGCS
LONGWOOD, FL

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000120

**AIG**
*Insuring Your Work,*
*Your Life. Your World.*

Explanation of Review

Page: 1    of    1
Case: A11-FFLN-0050603
Client Name AIGCS FL(FL)    NF - AIGCSDE19850                              47    Review Date: 04-20-2001
Adjustor: BLIND
File: 00000240/00000000/00000000
Reviewer: CA/

Provider   MOTE WELLNESS REHAB
           3925 W BOYTON BEACH BLVD
           BOYNTON BEACH, FL 33436

Claim: 1033648-1

DOI: 01-14-2001
Claimant: LARGE, TIMOTHY
18854 48TH AVE N
LOXAHATCHEE, FL 33470

Tax ID: 650974787    OM
DOS: 03-27-2001 to 04-04-2001

Dx 1: 722.2 DISC DISPLACEMENT NOS      Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 847.0 SPRAIN OF NECK             Dx 4: 739.1 SOMAT DYSFUNC CERVIC RE

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Expl Codes) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-27-2001 | 3 | 1 | 98940 | | CHIRO MANIPULATION | 1 | 1 | 55.00 | | | | 51.07 | |
| 03-27-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 03-27-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-27-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 03-27-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | | | | 45.47 | |
| 03-28-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-28-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-28-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 03-28-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-03-2001 | 3 | 1 | 99215 | | ESTAB E/M OFFICE VISIT | 1 | 1 | 140.00 | | | | 140.00 | |
| 04-03-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-03-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-04-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-04-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-04-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-04-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-04-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |

Total Charges:                810.00
Bill Review Reductions:
Recommended Allowance:                    801.54

**********PAY!
The Explanation of Review is sent
********THIS IS NOT A BILL**

* UNLESS OTHERWISE NOTED ABOVE
FOR THE PROVIDER'S GEOGRAPHICA

CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE

RECEIVED
APR 2 4 2001

OK TO PAY
P   X Code
Re   ck
Date/Int.

AIGCS
LONGWOOD, FL

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT 8594, EXT 8629 OR SEND YOUR BILL AND THE ANALYSIS TO

AIGCS - PBR, P O BOX 2006, CHADDSFORD, PA 19317

REPRINT

## Explanation of Review

Page: 1    of    1
Case: AI1-FFLN-0050856
Review Date: 04-24-2001
Adjustor: **BLIND**
File: 00000240/00000000/00000000
Reviewer: DV/

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1033648-L

DOI: 01-14-2001
Claimant: LARGE, TIMOTHY
18854 48TH AVE N
LOXAHATCHEE, FL 33470

Tax ID: 650974787    OM
DOS: 04-06-2001 to 04-10-2001

Dx 1: 722.2 DISC DISPLACEMENT NOS    Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 847.0 SPRAIN OF NECK    Dx 4: 739.1 SOMAT DYSFUNC CERVIC R

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exp Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-06-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-06-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-06-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-06-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 04-06-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 04-06-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-10-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-10-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-10-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-10-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 04-10-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |

Total Charges:    480.00
Bill Review Reductions:    13.59
Recommended Allowance:    466.41

•••••••••••••••••••••PAYMENT PENDING ADJUSTOR'S REVIEW••••••••••••••••••••
The Explanation of Review is sent solely for your records.
••••••••THIS IS NOT A BILL••••••••

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

RECEIVED
APR 27 2001
AIGCS
LONGWOOD

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

AIG
*Insuring Your Work.*
*Your Life. Your World.*

Explanation of Review

Page: 1  of  1
Case: A11-FFLN-0050848
Review Date: 04-24-2001
Adjustor: BLIND
File: 00000240/00000000/00000000
Reviewer: DV/

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

Provider:  MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1033648-1

DOI: 01-14-2001
Claimant: LARGE, TIMOTHY
18854 48TH AVE N
LOXAHATCHEE, FL 33470

Tax ID: 650974787    OM
DOS: 04-10-2001

Dx 1: 722.2 DISC DISPLACEMENT NOS    Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 847.0 SPRAIN OF NECK    Dx 4: 739.1 SOMAT DYSFUNC CERVIC R

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exp Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-10-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |

Total Charges: 35.00
Bill Review Reductions: 0.00
Recommended Allowance: 35.00

**********************PAYMENT PENDING ADJUSTOR'S REVIEW**********************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

OK TO PAY
P/F EX Code
Res Check
Date/Int. 9/30

RECEIVED
APR 27 2001
AIGCS
LONGWOOD, F

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000123

**AIG**
*Insuring Your Work.*
*Your Life. Your World.*

REPRINT

Explanation of Review

| | |
|---|---|
| Page: | 1 of 1 |
| Case: | AI1-FFLN-0050855 |
| Review Date: | 04-24-2001 |
| Adjustor: | BLIND |
| File: | 00000240/00000000/00000000 |
| Reviewer: | DV/ |

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

Provider:  MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: 1033648-1

DOI: 01-14-2001
Claimant: LARGE, TIMOTHY
18854 48TH AVE N
LOXAHATCHEE, FL 33470

Tax ID: 650974787    OM
DOS: 04-11-2001

Dx 1: 722.2 DISC DISPLACEMENT NOS    Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 847.0 SPRAIN OF NECK    Dx 4: 739.1 SOMAT DYSFUNC CERVIC

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Ex Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-11-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |

| | | |
|---|---|---|
| Total Charges: | 35.00 | |
| Bill Review Reductions: | | 0.00 |
| Recommended Allowance: | | 35.00 |

************************PAYMENT PENDING ADJUSTOR'S REVIEW*********************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE FOR THE PROVIDER'S GEOGRAPHICAL REGION.

OK TO PAY
P F EX Code
Res Check
Date/Int.

RECEIVED
APR 27 2001
AIGCS
LONGWOOD, F

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA  19317

CSG000124


Explanation of Review

| | |
|---|---|
| | Page 1 of 1 |
| Client Name: AJGCS FL(FL)    NF - AJGCSDE19850 | Case AI1-FFLN-0051288 |
| | Review Date 05-03-2001 |
| | Adjustor BLIND |
| | File 00000240/00000000 000/0000 |
| | Reviewer HB |

Provider  MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: 01033648-1

**PAID**
5/15/01

Tax ID: 650974787    OM
DOS: 04-13-2001 to 04-18-2001

DOI: 01-14-2001
Claimant: LARGE, TIMOTHY
18854 48TH AVE N
LOXAHATCHEE, FL 33470

Dx 1: 722.2 DISC DISPLACEMENT NOS    Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 847.0 SPRAIN OF NECK    Dx 4: 739.1 SOMAT DYSFUNC CERVIC

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exp Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-13-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-13-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-13-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-13-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 04-13-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-17-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-17-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-17-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-17-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-18-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-18-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-18-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-18-2001 | 3 | 1 | 97530 | | THERAPEUTIC ACTIVITIES | 1 | 1 | 50.00 | | | | 50.00 | |

|  | Total Charges: | 565.00 |
|---|---|---|
|  | Bill Review Reductions: | 4.53 |
|  | Recommended Allowance: | 560.47 |

ADJUSTOR'S REVIEW••••••••••••••••••••••

565• x
80• x
452•00 +

* UNLE
FOR TH

REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE

**OK TO PAY**
PF EX Code
Res Check
Date/Int.    5/1

R E C E I V E D
MAY 0 4 2001
AIGCS
LONGWOOD, FL

.. YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317



Explanation of Review

| | |
|---|---|
| | Page: 1    of    1 |
| | Case: AJ1-FFLN-0051870 |
| Client Name: AIGCS FL(FL)    NF - AIGCSDE19850 | Review Date: 05-14-2001 |
| | Adjustor: BLIND |
| | File: 00000240/00000000/00000000 |
| | Reviewer: HB/ |

Provider    MOTE WELLNESS REHAB                          Claim: A1033648-1
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH, FL 33436

DOI: 01-14-2001
Claimant: LARGE, TIMOTHY
18854 48TH AVE N
LOXAHATCHEE, FL 33470

Tax ID: 650974787    OM
DOS: 04-20-2001 to 04-27-2001    Dx 1: 722.2 DISC DISPLACEMENT NOS    Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 847.0 SPRAIN OF NECK    Dx 4: 739.1 SOMAT DYSFUNC CERVIC R

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Ext Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-20-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-20-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-20-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-20-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 04-20-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-24-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-24-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-24-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-24-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 3.53 | | | | 3.53 | |
| 04-24-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-27-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-27-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-27-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |

Total Charges:    468.53
Bill Review Reductions:    4.53
Recommended Allowance:    464.00

PAID

**************************PAYMENT PENDING ADJUSTOR'S REVIEW**********************
The Explanation of Review is sent solely for your records.
*********THIS IS NOT A BILL********

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION

OK TO PAY
= EX Code_____
...es Check_____
Date/Int._____

468.53 X
80. %
374.824 *
+ 4.63
379.45

RECEIVED
MAY 16 2001
AIGCS
LONGWOOD, FL

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000126



Explanation of Review

Page: 1      of      1
Case: A11-FFLN-0051870
Client Name: AIGCS FL(FL)      NF - AIGCSDE19850                   Review Date: 05-14-2001
Adjustor: BLIND
File: 00000240/00000000/00000000
Reviewer: HB/

Provider: MOTE WELLNESS REHAB                                      Claim  A1033648-1
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

DOI: 01-14-2001
Claimant: LARGE, TIMOTHY
18854 48TH AVE N
LOXAHATCHEE, FL 33470

Tax ID: 650974787     OM
DOS: 04-20-2001 to 04-27-2001               Dx 1: 722.2 DISC DISPLACEMENT NOS      Dx 2: 847.2 SPRAIN LUMBAR REGION
                                           Dx 3: 847.0 SPRAIN OF NECK             Dx 4: 739.1 SOMAT DYSFUNC CERVIC R

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exp. Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-20-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-20-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-20-2001 | 3 | 1 | 97012 | . | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-20-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 04-20-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-24-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-24-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-24-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-24-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 3.53 | | | | 3.53 | |
| 04-24-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-27-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-27-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-27-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |

Total Charges:          468.53
Bill Review Reductions:                   4.53
Recommended Allowance:                                    464.00

••••••••••••••••••••PAYMENT PENDING ADJUSTOR'S REVIEW••••••••••••••••••••
The Explanation of Review is sent solely for your records.
••••••••THIS IS NOT A BILL••••••••

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

RECEIVED

MAY 16 2001

AIGCS
LONGWOOD, F.

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000127

**AIG** *Insuring Your Work.*
*Your Life. Your World.*

## Explanation of Review

Client Name: AIGCS FL(FL)          NF - AIGCSDE19850

Page: 1 of 1
Case: AI1-FFLN-0051870
Review Date: 05-14-2001
Adjustor: BLIND
File: 0000040/00000000/00000000
Reviewer: HB/

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1033648-1

DOI: 01-14-2001
Claimant: LARGE, TIMOTHY
18854 48TH AVE N
LOXAHATCHEE, FL 33470

Tax ID: 650974787    OM
DOS: 04-20-2001 to 04-27-2001

Dx 1: 722.2 DISC DISPLACEMENT NOS      Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 847.0 SPRAIN OF NECK            Dx 4: 739.1 SOMAT DYSFUNC CERVIC R

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Exp Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-20-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-20-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-20-2001 | 3 | 1 | 97012 | * | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-20-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 04-20-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-24-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-24-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-24-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-24-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 3.53 | | | | 3.53 | |
| 04-24-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |
| 04-27-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 04-27-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 04-27-2001 | 3 | 1 | 97012 | | MECHANICAL TRACTION | 1 | 1 | 35.00 | | | | 35.00 | |

Total Charges: 468.53
Bill Review Reductions: 4.53
Recommended Allowance: 464.00

**••••••••••••••••••••PAYMENT PENDING ADJUSTOR'S REVIEW••••••••••••••••••••**
The Explanation of Review is sent solely for your records.
**••••••••THIS IS NOT A BILL••••••••**

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE FOR THE PROVIDER'S GEOGRAPHICAL REGION.

**RECEIVED**

MAY 16 2001

AIGCS
LONGWOOD, Fl

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

**CSG000128**

**AIG** *Insuring Your Work.*
*Your Life. Your World.*

## Explanation of Review

Page: 1        of      1
Case: A11-FFLN-0052210
Review Date: 05-18-2001
Adjustor: BLIND
File: 00000240/00000000/00000000
Reviewer: HB/

Client Name: AIGCS FL(FL)        NF - AIGCSDE19850

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1033648-1

DOI: 01-14-2001
Claimant: LARGE, TIMOTHY
18854 48TH AVE N
LOXAHATCHEE, FL 33470

Tax ID: 650974787    OM
DOS: 05-04-2001

Dx 1: 722.2 DISC DISPLACEMENT NOS        Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 847.0 SPRAIN OF NECK              Dx 4: 739.1 SOMAT DYSFUNC CERVIC F

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Ex Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-04-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 05-04-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 05-04-2001 | 3 | 1 | 97140 | * | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 05-04-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |

Total Charges:        165.00
Bill Review Reductions:        4.53
Recommended Allowance:                160.47

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*PAYMENT PENDING ADJUSTOR'S REVIEW\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The Explanation of Review is sent solely for your records.
\*\*\*\*\*\*\*\*THIS IS NOT A BILL\*\*\*\*\*\*\*\*

\* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE FOR THE PROVIDER'S GEOGRAPHICAL REGION

RECEIVED
MAY 23 2001
AIGM
LAKE MARY FL

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000129

**AIG**
*Insuring Your Work,
Your Life. Your World.*

Explanation of Review

Page: 1 of 1
Case: AI1-FFLN-0052210
Review Date: 05-18-2001
Adjustor: BLIND
File: 00000240/00000000/00000-xxx
Reviewer: HB/

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1033648-1

DOI: 01-14-2001
Claimant: LARGE, TIMOTHY
18854 48TH AVE N
LOXAHATCHEE, FL 33470

Tax ID: 650974787    OM
DOS: 05-04-2001

Dx 1: 722.2 DISC DISPLACEMENT NOS    Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 847.0 SPRAIN OF NECK    Dx 4: 739.1 SOMAT DYSFUNC CERVIC

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Ex Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-04-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 05-04-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 05-04-2001 | 3 | 1 | 97140 | * | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 05-04-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |

Total Charges: 165.00
Bill Review Reductions: 4.53
Recommended Allowance: 160.47

**********************PAYMENT PENDING ADJUSTOR'S REVIEW********************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE FOR THE PROVIDER'S GEOGRAPHICAL REGION.

RECEIVED
MAY 23 2001
AIGM
LAKE MARY FL

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O BOX 2006, CHADDSFORD, PA 19317

**CSG000130**



Explanation of Review

Client Name: AIGCS FL(FL)          NF - AIGCSDE19850

Page: 1    of    1
Case: AI1-FFLN-0052210
Review Date: 05-18-2001
Adjustor: BLINDY
File: 00000240/00000000/00000000
Reviewer: HB/

Provider: MOTE WELLNESS REHAB
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1033648-1

DOI: 01-14-2001
Claimant: LARGE, TIMOTHY
18854 48TH AVE N
LOXAHATCHEE, FL 33470

Tax ID: 650974787    OM
DOS: 05-04-2001

Dx 1: 722.2 DISC DISPLACEMENT NOS
Dx 3: 847.0 SPRAIN OF NECK

Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 4: 739.1 SOMAT DYSFUNC CERVIC

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Ex Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-04-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 05-04-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 05-04-2001 | 3 | 1 | 97140 | * | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 05-04-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |

Total Charges: 165.00
Bill Review Reductions: 4.53
Recommended Allowance: 160.47

•••••••••••••••••••••PAYMENT PENDING ADJUSTOR'S REVIEW•••••••••••••••••••••
The Explanation of Review is sent solely for your records.
••••••••THIS IS NOT A BILL••••••••

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

954-425-7797
John Weinizg?

RECEIVE
MAY 23 2001
AIGM
LAKE MARY F.

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT 8594, EXT 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000131

**AIG**
*Insuring Your Work,*
*Your Life, Your World.*

Explanation of Review

Page: 1    of    1
Case: A11-FFLN-0052450
Review Date: 05-23-2001
Adjustor: **BLIND**
File: 00000240/00000000/00000000
Reviewer: SJ/

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1033648-1

DOI: 01-14-2001
Claimant: LARGE, TIMOTHY
18854 48TH AVE N
LOXAHATCHEE, FL 33470

Tax ID: 650974787    OM
DOS: 05-08-2001 to 05-10-2001

Dx 1: 722.2 DISC DISPLACEMENT NOS    Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 847.0 SPRAIN OF NECK    Dx 4: 739.1 SOMAT DYSFUNC CERVIC RE

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Expl Code(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-08-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 05-08-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 05-08-2001 | 3 | 1 | 97112 | * | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-08-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-09-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 05-09-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 05-09-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-09-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 05-09-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-10-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 05-10-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 05-10-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-10-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |

Total Charges: 545.00
Bill Review Reductions: 9.06
Recommended Allowance: 535.94

**********************PAYMENT PENDING ADJUSTOR'S REVIEW*********************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

545 · x
80 · %
436 · *

OK TO PAY

PAID

MAY

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000132

**AIG** *Insuring Your Work,*
*Your Life. Your World.*

Explanation of Review

Page: 1    of    1
Case: A11-FFLN-0052450
Review Date: 05-23-2001
Adjustor: BLIND
File: 00000240/00000000/00000000
Reviewer: SJ/

Client Name: AIGCS FL(FL)    NF - AIGCSDE19850

---

Provider: MOTE WELLNESS REHAB
3925 W BOYNTON BEACH BLVD
BOYNTON BEACH, FL 33436

Claim: A1033648-1

DOi: 01-14-2001
Claimant: LARGE, TIMOTHY
18854 48TH AVE N
LOXAHATCHEE, FL 33470

Tax ID: 650974787    OM
DOS: 05-08-2001 to 05-10-2001

Dx 1: 722.2 DISC DISPLACEMENT NOS    Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 847.0 SPRAIN OF NECK    Dx 4: 739.1 SOMAT DYSFUNC CERVIC R1

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Expl Code(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-08-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 05-08-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 05-08-2001 | 3 | 1 | 97112 | * | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-08-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-09-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 05-09-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 05-09-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-09-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 05-09-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-10-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 05-10-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 05-10-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-10-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |

Total Charges: 545.00
Bill Review Reductions: 9.06
Recommended Allowance: 535.94

---

**********************PAYMENT PENDING ADJUSTOR'S REVIEW**********************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

---

* UNLESS OTHERWISE NOTED ABOVE, ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594. EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000133

**AIG**
*Insuring Your Work,*
*Your Life. Your World.*

Explanation of Review

Page: 1    of    1
Case: AI1-FFLN-0052450
Review Date: 05-23-2001
Adjustor: BLIND
File: 00000240/00000000/00000000
Reviewer: SJ/

Client Name: AIGCS FL(FL)     NF - AIGCSDE19850

Provider: MOTE WELLNESS REHAB
3925 W BOYTON BEACH BLVD
BOYNTON BEACH. FL 33436

Claim: A1033648-1

DOI: 01-14-2001
Claimant: LARGE. TIMOTHY
18854 48TH AVE N
LOXAHATCHEE. FL 33470

Tax ID: 650974787    OM
DOS: 05-08-2001 to 05-10-2001

Dx 1: 722.2 DISC DISPLACEMENT NOS     Dx 2: 847.2 SPRAIN LUMBAR REGION
Dx 3: 847.0 SPRAIN OF NECK            Dx 4: 739.1 SOMAT DYSFUNC CERVIC RE

| Date Of Service | PS | TS | Code | Mod | Service Description | Dx. No. | Units | Charges | Bill Review | PPO | UM | Allowance | Expl Code(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-08-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 05-08-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 05-08-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-08-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-09-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 05-09-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 05-09-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-09-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |
| 05-09-2001 | 3 | 1 | 97110 | | THERAPEUTIC EXERCISE | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-10-2001 | 3 | 1 | 97010 | | HOT OR COLD PACK | 1 | 1 | 30.00 | | | | 30.00 | |
| 05-10-2001 | 3 | 1 | 97014 | | ELECTRICAL STIMULATION | 1 | 1 | 35.00 | | | | 35.00 | |
| 05-10-2001 | 3 | 1 | 97112 | | REEDUCATION | 1 | 1 | 50.00 | | | | 50.00 | |
| 05-10-2001 | 3 | 1 | 97140 | | MANUAL THERAPY | 1 | 1 | 50.00 | 4.53 | | | 45.47 | |

Total Charges: 545.00
Bill Review Reductions: 9.06
Recommended Allowance: 535.94

**************************PAYMENT PENDING ADJUSTOR'S REVIEW***********************
The Explanation of Review is sent solely for your records.
********THIS IS NOT A BILL********

* UNLESS OTHERWISE NOTED ABOVE. ALL BILL REVIEW REDUCTIONS ARE DUE TO CHARGES EXCEEDING AMOUNTS THAT WOULD APPEAR REASONABLE
FOR THE PROVIDER'S GEOGRAPHICAL REGION.

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL AIGCS - PBR AT
(800) 562-2208 EXT. 8594, EXT. 8629 OR SEND YOUR BILL AND THE ANALYSIS TO:

AIGCS - PBR, P.O. BOX 2006, CHADDSFORD, PA 19317

CSG000134