UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself
and others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.
doing business as CCN,

    Third-Party Defendant.



---

ULTRA OPEN MRI CORPORATION, et al., on behalf    01-6778
of itself and others similarly situated,

    Plaintiffs,

v.

PRUDENTIAL PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendant.

---

### DEFENDANT PRUPAC'S
### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO RESPOND TO AMENDED CLASS ACTION COMPLAINT

Subject to and without waiving its right to arbitrate this dispute, Defendant Prudential Property and Casualty Insurance Company ("PruPAC") hereby moves for an extension of time to



respond to the Amended Class Action Complaint (the "Amended Complaint") served by mail on January 22, 2002. This motion for extension is unopposed. As grounds therefore, PruPAC states as follows:

1. Plaintiff Ultra Open MRI Corp. ("UOMC") filed its original Class Action Complaint (the "Original Complaint") against PruPAC on May 8, 2001, but did not serve PruPAC until June 6, 2001. The parties then agreed to postpone PruPAC's deadline to respond to the Original Complaint.

2. On August 6, 2001, prior to answering or otherwise responding to UOMC's Complaint, PruPAC filed a Motion to Compel Arbitration (D.E. 10 in Case No. 01-6778) of the dispute (the "Arbitration Motion"). On November 13, 2001, United States Magistrate Judge Lurana S. Snow issued a Report and Recommendation (D.E. 318 in Case No. 00-6061) that the Court grant PruPAC's Arbitration Motion and dismiss the Complaint. UOMC has filed its Objections (D.E. 363 in Case No. 00-6061) to the Report and Recommendation, and PruPAC has filed its Response (D.E. 435 in Case No. 00-6061) thereto. The Report and Recommendation is currently awaiting the Court's review.

3. On October 12, 2001, PruPAC filed a Motion for Stay and for Expedited Consideration of Defendant's Motion to Compel Arbitration (D.E. 17 in Case No. 01-6778) (the "Stay Motion"). That Stay Motion is fully briefed and ripe for decision by the Court.

4. On January 23, 2002, UOMC filed an Amended Complaint that added an additional plaintiff, Walter A. Afield ("Afield"). UOMC and Afield served PruPAC by mail on January 22, 2002.

2

5.  At a status hearing on January 25, 2002, the Court orally ordered discovery and other formal proceedings stayed until the Court ruled on the outstanding arbitration motions, including PruPAC's Arbitration Motion.

6.  Pursuant to Fed. R. Civ. P. 15(a), PruPAC must "plead in response to an amended pleading within the time remaining for response to the original pleading or within 10 days after service of the amended pleading, *whichever period may be the longer,* unless the court otherwise orders." (Emphasis added.)

7.  Because of the pending Arbitration Motion and the pending Stay Motion, to date PruPAC has not been required to answer or otherwise respond to UOMC's Original Complaint or otherwise to litigate this case.

8.  Accordingly, under Rule 15(a), PruPAC believes that no response to the Amended Complaint is currently due until after resolution of the pending Arbitration Motion and the pending Stay Motion.

9.  Moreover, resolution of the Arbitration Motion and of the Stay Motion may drastically change the procedural posture of this case, and may result in dismissal or entry of a stay. It would therefore be premature to file an answer or motion to dismiss in response to the Amended Complaint at this time.

10. In an abundance of caution, and subject to and without waiving its right to arbitrate this dispute, PruPAC respectfully requests a two week extension of time to respond to the Amended Complaint.

11. This extension is required to permit PruPAC to investigate the new facts and allegations relating to Afield, the new plaintiff.

12. This Motion is unopposed. Eric Lee, counsel for plaintiffs UOMC and Afield, has informed counsel for PruPAC that UOMC and Afield do not oppose a two-week extension.

## CONCLUSION

This Unopposed Motion for an Extension of Time should be granted. A proposed order is attached.

Respectfully submitted,

John D. Aldock
Michael K. Isenman
SHEA & GARDNER
1800 Massachusetts Ave., N.W.
Washington, DC 20036
(202) 828-2000
Fax (202) 828-2195

Kathy J. Maus (Bar No. 896330)
Lauren D. Levy (Bar No. 0116490)
BUTLER BURNETTE PAPPAS
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
Fax (850) 894-4999

Dated: February 4, 2002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself
and others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.
doing business as CCN,

    Third-Party Defendant.

---

ULTRA OPEN MRI CORPORATION, on behalf    01-6778
of itself and others similarly situated,

    Plaintiffs,

v.

PRUDENTIAL PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendant.

---

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the foregoing Defendant PruPAC's Unopposed

Motion for Extension of Time to Respond to Plaintiff's Amended Class Action Complaint, and

accompanying proposed order, to be served upon the counsel in the accompanying service list by U.S. Mail, postage prepaid, on February 4, 2002.

_____
Lauren D. Levy, Esq.

# MASTER SERVICE LIST
## (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 1/22/02)

| **Co-Lead Counsel for Plaintiffs** | **Co-Counsel for Plaintiffs** | **Counsel for Beech Street and ADP** |
|---|---|---|
| ATLAS PEARLMAN, P.A.<br>Eric Lee, Esq.<br>lee@atlaslaw.com<br>Jan Douglas Atlas, Esq.<br>atlas@atlaslaw.com<br>Robin Corwin Campbell, Esq.<br>campbell@atlaslaw.com<br>Suite 1700<br>350 East Las Olas Boulevard<br>Fort Lauderdale, FL 33301<br>(954) 763-1200<br>(954) 766-7800 Facsimile | Susan L. Lawson, Esq.<br>personalinjurylawyer@earthlink.net<br>Suite 200<br>230 East Davis Boulevard<br>Tampa, FL 33606<br>(813) 251-8879<br>(813) 251-5786 Facsimile | TEW, CARDENAS, et al.<br>John M. Quaranta, Esq.<br>(305) 539-2495<br>jmq@tewlaw.com<br>Miami Center, 26th Floor<br>201 S. Biscayne Boulevard<br>Miami, Florida 33131-4336<br>(305) 536-1116 Facsimile |
| | RICHARD BOKOR, P.A.<br>Richard Bokor, Esq.<br>rabokor1@tampabay.rr.com<br>230 East Davis Boulevard<br>Tampa, FL 33606<br>(813) 251-1000<br>(813) 254-6327 Facsimile | **Counsel for Progressive**<br><br>ANANIA, BANDKLAYDER, et al.<br>Francis Anania, Esq.<br>fanania@anania-law.com<br>Donald A. Blackwell, Esq.<br>dblackwell@Anania-law.com<br>NationsBank Tower, Suite 4300<br>100 Southeast Second Street<br>Miami, Florida 33131<br>(305) 373-4900<br>(305) 373-6914 Facsimile |
| GOLD & COULSON<br>Arthur S. Gold, Esq.<br>asg@gcjustice.com<br>11 S. LaSalle Street, Suite 2500<br>Chicago, IL 60603<br>(312) 372-0777<br>(312) 372-0778 Facsimile | Casey Fundaro, Esq.<br>fundaro@aol.com<br>P.O. Box 7420<br>Fort Lauderdale, FL 33338-7420<br>(954) 462-2833<br>(954) 462-2835 Facsimile | |
| PHILLIPS & GARCIA<br>Andrew Garcia, Esq.<br>agarcia@phillipsgarcia.com<br>Carlin Phillips, Esq.<br>cphillips@phillipsgarcia.com<br>Attorneys at Law<br>13 Ventura Drive<br>North Darthmouth, MA 02747<br>(508) 998-0800<br>(508) 998-0919 Facsimile | **Counsel for:**<br>**Allstate, Fidelity and Casualty,**<br>**Continental, Deerbrook**<br><br>RUMBERGER, KIRK &<br>CALDWELL<br>David B. Shelton, Esq.<br>dshelton@rumberger.com<br>Signature Plaza, Suite 300<br>201 South Orange Avenue (32801)<br>Post Office Box 1873<br>Orlando, Florida 32802-1873<br>(407) 872-7300<br>(407) 841-2133 Facsimile | **Counsel for CCN**<br><br>MCGUIRE WOODS, LLP<br>William W. Deem, Esq.<br>wdeem@mcguirewoods.com<br>3300 Bank of America Tower<br>50 North Laura Street<br>Jacksonville, FL 32202<br>(904) 798-3200<br>(904) 798-3207 Facsimile |
| KOPELMAN & BLANKMAN, P.A<br>Larry Kopelman, Esq.<br>Douglas Blankman, Esq.<br>dblan2155@aol.com<br>Bank of America Tower<br>One Financial Plaza<br>Suite 2510<br>Fort Lauderdale, FL 33394<br>(954) 462-6855<br>(954) 462-6899 Facsimile | ROSS & HARDIES<br>Peter J. Valeta, Esq.<br>peter.valeta@rosshardies.com<br>150 N. Michigan Avenue, Suite 2500<br>Chicago, IL 60601<br>(312) 750-3619<br>(312) 920-7241 Facsimile | |

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile