UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

    Third-Party Defendant.



---

SALVATORE D. LARUSSO, D.C., d/b/a          01-8111
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

    Plaintiffs,

v.

HARTFORD INSURANCE COMPANY OF THE MIDWEST,

    Defendant.

---

### O R D E R

THIS CAUSE is before the Court on counsel Howard Roin's Motion for Admission Pro Hac Vice (DE 195 in Case 00-6061), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Howard Roin, Esquire, is hereby permitted to enter a limited appearance for purposes of representing defendant Hartford Insurance Company



of the Midwest in this cause; Marcy Aldrich, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 13th day of February, 2002.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

See Attached Service List

## SERVICE LIST

### CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

**Paul Zidel, et al. v. Allstate Insurance Company v. Community Care**

Eric Lee, Esq. (P)                                                        00-6061
Douglas Blankman, Esq. (P and Local for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
David Shelton, Esq. (D and Third-Party Plaintiff Allstate)
William Deem, Esq. (Third-Party Defendant Comunity Care)

---

**Keith Brickell, D.C., et al. v. Progressive Express, et al.** 00-6649

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Gold and Phillips)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Carlin Phillips, Esq. (P)
Francis Anania, Esq. (D - Progressive Express
                         Progressive Consumers
                         Progressive Bayside)

William Xanttopoulos, Esq. (D - Beech Street Corp. and ADP)
Cornelius Tew, Jr., Esq. (D - Beech Street Corp. and ADP)

---

**Mark Broner, D.C., et al. v. Allstate Indemnity, et al.**   00-7163

Eric Lee, Esq. (P)
Douglas Blankman, Esq. (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
David Shelton, Esq. (D - Allstate)
Cornelius Tew, Jr., Esq. (D - Beech Street Corp. and ADP)

---

**Salvatore Larusso, D.C., et al. v. Liberty Mutual, et al.**   00-7692

Eric Lee, Esq. (P)
Douglas Blankman, Esq. (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Nina Kole Brown, Esq. (D - Liberty)
William Deem, Esq. (D - Community Care)

---

**SERVICE LIST**

**Ultra Open MRI Corp., et al. v. Progressive American**          01-6776

Eric Lee, Esq. (P)
Douglas Blankman, Esq. (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Francis Anania, Esq. (D)

---

**Ultra Open MRI Corp., et. al. v. Deerbrook Insurance**          01-6777

Eric Lee, Esq. (P)
Douglas Blankman, Esq (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
David Shelton, Esq. (D)

---

**Ultra Open MRI Corp., et al. v. Prudential Property**          01-6778

Eric Lee, Esq. (P)
Douglas Blankman, Esq. (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Lauren Levy, Esq. (D)
Kathleen Maus, Esq. (D and Local Counsel for Aldock and Klein)
John Aldock, Esq. (D)
Michael Isenman, Esq. (D)

---

**Ultra Open MRI Corp., et al. v. Fidelity, et al.**          01-6779

Eric Lee, Esq. (P)
Douglas Blankman, Esq. (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
David Shelton, Esq. (D)

---

**Ultra Open MRI Corp., et al. v. Integon, et al.**          01-6780

Eric Lee, Esq. (P)
Douglas Blankman, Esq. (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Marcy Aldrich, Esq. (D)

## SERVICE LIST

### Chiropractic Centre, Inc. v. Superior Insurance  01-6782

Eric Lee, Esq. (P)
Douglas Blankman, Esq. (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Alan Nisberg, Esq. (D)

---

### Chiropractic Centre, Inc. v. Metropolitan Casualty  01-6783

Eric Lee, Esq. (P)
Douglas Blankman, Esq. (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Marcy Aldrich, Esq. (D and Local Counsel for Lennard)
Jeffrey Lennard, Esq. (D)

---

### Salvatore D. LaRusso, D.C., et al. v. Nationwide  01-8108

Eric Lee, Esq. (P)
Doug Blankman, Esq. (Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Katherine Lake, Esq. (D and Local Counsel for Haggerty)
James Haggerty, Esq. (D)

---

### Salvatore D. LaRusso, D.C. et al. v. Florida Farm Bureau  01-8110

Eric Lee, Esq. (P)
Doug Blankman, Esq. (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq.
Arthur Gold, Esq. (P)
Gregory Baldwin, Esq. (D)

---

### Salvatoare D. LaRusso, D.C. et al., v. Hartford  01-8111

Eric Lee, Esq. (P)
Doug Blankman, Esq. (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Marcy Aldrich, Esq. (D and Local Counsel for Roin)
Howard Roin, Esq. (D)

## SERVICE LIST

**Dr. Andrew Ellowitz, et al. v. American Int'l Ins., et al.**   01-8549

Eric Lee, Esq. (P)
Doug Blankman, Esq. (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Dale Friedman, Esq. (D)