# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

|  |  |
|---|---|
| DR. PAUL ZIDEL, on behalf of himself and other similarly situated, | § § § § |
| Plaintiffs, | § § |
| v. | § § |
| ALLSTATE INSURANCE COMPANY, | § § |
| Defendant/Third-Party Plaintiff, | § |
| v. | § § |
| CCN MANAGED CARE, INC., | § § |
| Third-Party Defendant. | § § § |



FILED by ___ D.C.

FEB 1 4 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

This cause came before the Court on CCN's motion for an extension of its time to serve a response to plaintiff's objection to the Magistrate's Report and Recommendation on CCN's partially unopposed motion to compel arbitration. Having reviewed the motion and noting plaintiff's agreement therewith, it is

ORDERED as follows:

1.      CCN's motion is granted.



2.    CCN shall have through and including February 22, 2002 in which to serve a memorandum in response to plaintiff's objection to the Magistrate's Report and Recommendation.

DONE AND ORDERED in Broward County, Florida on this ___ day of February, 2002.

_____
U.S. Magistrate Judge

Copies to:
All counsel of record

\\COM\117933.1

2