UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself
and others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.
doing business as CCN,

    Third-Party Defendant.



---

ULTRA OPEN MRI CORPORATION, et al., on behalf     01-6778
of itself and others similarly situated,

    Plaintiffs,

v.

PRUDENTIAL PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendant.

---

## DEFENDANT PRUPAC'S
## MOTION FOR AN ADDITIONAL EXTENSION OF TIME
## TO RESPOND TO AMENDED CLASS ACTION COMPLAINT

Subject to and without waiving its right to arbitrate this dispute, Defendant Prudential

Property and Casualty Insurance Company ("PruPAC") hereby moves for an additional three-day

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

extension of time to respond to the Amended Class Action Complaint (the "Amended Complaint") served by mail on January 22, 2002. As grounds therefore, PruPAC states as follows:

1. Plaintiff Ultra Open MRI Corp. ("UOMC") filed its original Class Action Complaint (the "Original Complaint") against PruPAC on May 8, 2001, but did not serve PruPAC until June 6, 2001. The parties then agreed to postpone PruPAC's deadline to respond to the Original Complaint.

2. On August 6, 2001, prior to answering or otherwise responding to UOMC's Complaint, PruPAC filed a Motion to Compel Arbitration (D.E. 10 in Case No. 01-6778) of the dispute (the "Arbitration Motion"). On November 13, 2001, United States Magistrate Judge Lurana S. Snow issued a Report and Recommendation (D.E. 318 in Case No. 00-6061) that the Court grant PruPAC's Arbitration Motion and dismiss the Complaint. UOMC has filed its Objections (D.E. 363 in Case No. 00-6061) to the Report and Recommendation, and PruPAC has filed its Response (D.E. 435 in Case No. 00-6061) thereto. The Report and Recommendation is currently awaiting the Court's review.

3. On October 12, 2001, PruPAC filed a Motion for Stay and for Expedited Consideration of Defendant's Motion to Compel Arbitration (D.E. 17 in Case No. 01-6778) (the "Stay Motion"). That Stay Motion is fully briefed and ripe for decision by the Court.

4. On January 23, 2002, UOMC filed an Amended Complaint that added an additional plaintiff, Walter A. Afield ("Afield"). UOMC and Afield served PruPAC by mail on January 22, 2002.

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

5. At a status hearing on January 25, 2002, the Court orally ordered discovery and other formal proceedings stayed until the Court ruled on the outstanding arbitration motions, including PruPAC's Arbitration Motion.

6. Pursuant to Fed. R. Civ. P. 15(a), PruPAC must "plead in response to an amended pleading within the time remaining for response to the original pleading or within 10 days after service of the amended pleading, *whichever period may be the longer,* unless the court otherwise orders." (Emphasis added.)

7. Because of the pending Arbitration Motion and the pending Stay Motion, to date PruPAC has not been required to answer or otherwise respond to UOMC's Original Complaint or otherwise to litigate this case.

8. Accordingly, under Rule 15(a), PruPAC believes that no response to the Amended Complaint is currently due until after resolution of the pending Arbitration Motion and the pending Stay Motion.

9. Moreover, resolution of the Arbitration Motion and of the Stay Motion may drastically change the procedural posture of this case, and may result in dismissal or entry of a stay. It would therefore be premature to file an answer or motion to dismiss in response to the Amended Complaint at this time.

10. In an abundance of caution, and subject to and without waiving its right to arbitrate this dispute, PruPAC filed an Unopposed Motion For Extension of Time to Respond to Class Action Complaint (D.E. 581 in Case No. 00-6061) on February 4, 2002, which requested a two-week extension of time to respond to the Amended Complaint. That motion has not yet been ruled upon

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

by the Court. If a response were currently due, that extension would make the response due on Tuesday, February 19, 2002.

11. Subject to and without waiving its right to arbitrate this dispute, PruPAC respectfully requests an additional three-day extension of time – that is, until February 22, 2002 – to respond to the Amended Complaint.

12. This extension is necessary to permit Prudential to continue its factual investigation into the allegations in the Amended Complaint and to prepare a response.

13. No party will be prejudiced by the granting of this extension.

14. Counsel for PruPAC certifies that counsel has contacted Eric Lee, counsel for plaintiffs UOMC and Afield, by telephone on February 15, 2002, to determine whether UOMC and Afield would consent to an additional three-day extension. Mr. Lee had not yet responded at the time of filing of this motion.

## CONCLUSION

This Motion for an Additional Extension of Time should be granted. A proposed order is attached.

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

Respectfully submitted,

| | |
|---|---|
| John D. Aldock | Kathy J. Maus (Bar No. 896330) |
| Michael K. Isenman | Lauren D. Levy (Bar No. 0116490) |
| SHEA & GARDNER | BUTLER BURNETTE PAPPAS |
| 1800 Massachusetts Ave., N.W. | 3520 Thomasville Road, Suite 102 |
| Washington, DC 20036 | Tallahassee, FL 32308 |
| (202) 828-2000 | (850) 894-4111 |
| Fax (202) 828-2195 | Fax (850) 894-4999 |

Dated: February 15, 2002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself
and others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.
doing business as CCN,

    Third-Party Defendant.

---

ULTRA OPEN MRI CORPORATION, et al., on behalf    01-6778
of itself and others similarly situated,

    Plaintiffs,

v.

PRUDENTIAL PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendant.

---

## ORDER

This **CAUSE** is before the Court on the Motion of Defendant Prudential Property and Casualty Insurance Company ("PruPAC") for an extension of time to respond to the Amended Class Action Complaint.

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

After due consideration, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED.**

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Florida, this _____ day of

_____, 2002.


                                              _____
                                              WILKIE D. FERGUSON, JR.
                                              UNITED STATES DISTRICT JUDGE

copies to:
Jan Atlas, Esq.
Eric Lee, Esq.
Robin Campbell, Esq.
Kathleen Maus, Esq.
Lauren Levy, Esq.
John Aldock, Esq.
Michael Isenman, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself
and others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.
doing business as CCN,

    Third-Party Defendant.

---

ULTRA OPEN MRI CORPORATION, on behalf     01-6778
of itself and others similarly situated,

    Plaintiffs,

v.

PRUDENTIAL PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendant.

---

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused copies of the foregoing Defendant PruPAC's Motion for an

Additional Extension of Time to Respond to Plaintiffs' Amended Class Action Complaint, and

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

accompanying proposed order, to be served upon the counsel in the accompanying service list by U.S. Mail, postage prepaid, on February 15, 2002.

_____
Lauren D. Levy, Esq.

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

**MASTER SERVICE LIST**
**(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)**
(Updated 1/22/02)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 Facsimile

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601

(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS,et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:
Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

7090-00100 318823 1

4