UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

    Third-Party Defendant.

_____

MARC J. BROWNER, D.C., individually    00-7163
and on behalf of himself and others
similarly situated,

    Plaintiffs,

v.

ALLSTATE INDEMNITY COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

    Defendants.

_____

FILED by _____ D.C.

FEB 22 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ULTRA OPEN MRI CORPORATION, on behalf
of itself and others similarly situated,                    01-6777

    Plaintiffs,
v.

DEERBROOK INSURANCE COMPANY,

    Defendant.
_____

ULTRA OPEN MRI CORPORATION, on behalf                       01-6779
of itself and others similarly situated,

    Plaintiffs,
v.

FIDELITY AND CASUALTY COMPANY OF NEW YORK and
THE CONTINENTAL INSURANCE COMPANY,

    Defendants.
_____

## O R D E R

THIS CAUSE is before the Court on counsel Peter Valeta's Applications to be Admitted Pro Hac Vice (DE 493, 588, 589 and 590 docketed in Case No. 00-6061), which were referred to United States Magistrate Judge, Lurana S. Snow.  Being fully advised, it is hereby

ORDERED AND ADJUDGED that the applications are GRANTED. Peter Valeta, Esquire, is hereby permitted to enter a limited appearance for purposes of representing defendants **Allstate Insurance Company, Allstate Idemnity Company, Deerbrook Insurance Company, Fidelity and Casualty Company of New York and The**

**Continental Insurance Company** in the above styled cause; Scott Sarason, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 22 day of February, 2002.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Attached Service List

**SERVICE LIST**

**CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW**

**Paul Zidel, et al. v. Allstate Insurance Company v. Community Care**

Eric Lee, Esq. (P)                                                                00-6061
Douglas Blankman, Esq. (P and Local Cnsl for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
David Shelton, Esq. (D and Third-Party Plaintiff Allstate)
William Deem, Esq. (Third-Party Defendant Comunity Care)
Peter Valeta, Esq. (D and Third-Party Plaintiff Allstate)
Scott Sarason, Esq. (Local Counsel for Valeta)

---

**Mark Broner, D.C., et al. v. Allstate Indemnity, et al.**     00-7163

Eric Lee, Esq. (P)
Douglas Blankman, Esq. (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
David Shelton, Esq. (D - Allstate)
Peter Valeta, Esq. (D - Allstate)
Scott Sarason, Esq. (Local Counsel for Valeta)
Cornelius Tew, Jr., Esq. (D - Beech Street Corp. and ADP)

---

**Ultra Open MRI Corp., et. al. v. Deerbrook Insurance**     01-6777

Eric Lee, Esq. (P)
Douglas Blankman, Esq (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
David Shelton, Esq. (D)
Peter Valeta, Esq. (D)
Scott Sarason, Esq. (Local Counsel for Valeta)

---

**Ultra Open MRI Corp., et al. v. Fidelity, et al.**     01-6779

Eric Lee, Esq. (P)
Douglas Blankman, Esq. (P and Local Counsel for Phillips and Gold)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
David Shelton, Esq. (D)
Peter Valeta, Esq. (D)
Scott Sarason, Esq. (Local Counsel for Valeta)