UNITED STATES DISTRICT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
Himself and others similarly
Situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

    Third-Party Defendant

---

KEITH BRICKELL, D.C., individually      00-6649
And on behalf of himself and others
Similarly situated,

    Plaintiffs,

v.

PROGRESSIVE EXPRESS INSURANCE
COMPANY, PROGRESSIVE CONSUMERS
INSURANCE COMPANY, PROGRESSIVE
BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION, and ADP
INTEGRATED MEDICAL SOLUTIONS, INC.,

    Defendants.

---

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

| | |
|---|---|
| MARC J. BROWNER, D.C., individually and on behalf of himself and others similarly situated<br><br>    Plaintiffs,<br><br>v.<br><br>ALLSTATE INDEMNITY COMPANY, BEECH STREET CORPORATION, and ADP INTEGRATED MEDICAL SOLUTIONS, INC.,<br><br>    Defendants. | 00-7163 /*524555*/ |
| SALVATORE D. LARUSSA, D.C., d/b/a Family Chiropractic Center, on behalf of Himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE and COMMUNITY CARE NETWORK, INC.<br><br>    Defendants. | 00-7692 / *524556* |
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PROGRESSIVE AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | 01-6776 / *524557* |

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated, | 01-6777 / 524558 |

      Plaintiffs,

v.

DEERBROOK INSURANCE COMPANY

      Defendant.
_____

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated, | 01-6778 / 524559 |

      Plaintiffs,

v.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY

      Defendant.
_____

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated, | 01-6779 / 524560 |

      Plaintiffs,

v.

FIDELITY AND CASUALTY COMPANY OF NEW YORK
and THE CONTINENTAL INSURANCE COMPANY

      Defendants.
_____

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated, | 01-6780 / 524561 |

      Plaintiffs,

v.

INTEGON NATIONAL INSURANCE COMPANY and
INTEGON GENERAL INSURANCE COMPANY,

      Defendants.
_____

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

SALVATORE D. LARUSSO, D.C., d/b/a      01-8108 / 524562
Family Chiropractic Center, on behalf
of himself and others similarly situated,

    Plaintiffs,

v.

NATIONWIDE INSURANCE COMPANY
OF AMERICA,

    Defendant.

---

SALVATORE D. LARUSSO, D.C., d/b/a      01-8110 / 524563
Family Chiropractic Center, on behalf
of himself and others similarly situated,

    Plaintiffs,

v.

FLORIDA FARM BUREAU CASUALTY INSURANCE
COMPANY

    Defendant.

---

SALVATORE D. LARUSSO, D.C., d/b/a      01-8111 / 524564
Family Chiropractic Center, on behalf
of himself and others similarly situated,

    Plaintiffs,

v.

HARTFORD INSURANCE COMPANY OF THE MIDWEST

    Defendant.

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. ANDREW ELLOWITZ, et al., on behalf                    01-8549  *524515*
Of himself and all others similarly situated,

    Plaintiffs,

v.

AMERICAN INTERNATIONAL INSURANCE COMPANY, and
AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,

    Defendants.

---

### APPLICATION OF RICHARD A. BOKOR, ESQUIRE TO BE ADMITTED *PRO HAC VICE*

Richard A. Bokor, Esquire of Richard A. Bokor, P.A., pursuant to Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys, hereby applies for admission *pro hac vice* and states as follows:

1. That he is a member of good standing of the Florida Bar as evidenced by copy of the attached certificate from the Florida Bar.;

2. That by virtue of my signature on this application below, I certify that I have studied the Rules of the United States District for the Southern District of Florida and make this application in accordance with Rule 4.B;

3. That this application designates Douglas A. Blankman, Esq., a member of the Bar of this Court, as my named designee in accordance with Local Rule 4.B and that Mr. Blankman's address is One Financial Plaza, Suite 2510, Ft. Lauderdale, FL 33394; and,

4. That as an applicant, I submit a check for $975.00 in accordance with the requirements of the United States District Court for the Southern District of Florida for the consolidated 13 case numbers.

DATE: Feb. 21, 2002

Respectfully submitted on behalf of the Plaintiff,

*Richard A. Bokor*

Richard A. Bokor, Esquire
Richard A. Bokor, P.A.
FBN: 106580
230 E. Davis Blvd.
Tampa, FL 33606
Telephone #: 813-251-1000

## CONSENT TO BE LOCAL DESIGNEE

The undersigned counsel for the Plaintiff, hereby consents to be the local designee for counsel for the Plaintiff, Richard A. Bokor, Esquire of Richard A. Bokor, P.A., in accordance with Local Rule 4(b).

Dated: 2/25/02

Douglas A. Blankman, Esq.
FBN: 281778
Kopelman & Blankman, P.A.
Counsel for Plaintiff
One Financial Plaza, Suite 1611
Ft. Lauderdale, FL 33394
954-462-6855
Fax: 954-462-6899

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail to counsel on the attached service list on this ___ day of February, 2002.

Douglas A. Blankman, Esq.

## SERVICE LIST

### Counsel for Beech Street and ADP

John M. Quaranta, Esquire
TEW, CARDENAS, et al.
Miami Center, 26th Floor
201 S. Biscayne Blvd.
Miami, FL 33131-4336

### Counsel for Progressive

Francis Anania, Esquire
Donald A. Blackwell, Esquire
ANANIA, BANDKLAYDER, et al.
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, FL 33131

### Counsel for CCN

William W. Deem, Esquire
William E. Adams, Esquire
MCGUIRE WOODS, LLP
3300 Bank of America Center
50 N. Laura Street
Jacksonville, Fl 32202-4099

### Counsel for Nationwide

Katherine C. Lake, Esquire
FOWLER, WHITE, et al.
P.O. Box 1438
Tampa, FL 33601

James C. Haggerty, Esquire
SWARTZ CAMPBELL DETWEILER
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316

### Counsel for Florida Farm Bureau

Robert K. Levenson, Esquire
Greg Baldwin, Esquire
HOLLAND & KNIGHT, LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131

**Counsel for Liberty Mutual**

Mark Shappiro, Esquire
AKERMAN, SENTERFITT, et al.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131

**Counsel for Hartford, Metropolitan, Integon**

Marcy Levine Aldrich, Esquire
AKERMAN, SENTERFITT, et al.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131

**Counsel for Metropolitan**

Jeffrey P. Lennard, Esquire
SONNENSCHEIN, NATH & ROSENTHAL
8000 Sears Tower
Chicago, IL 60606

**Counsel for Hartford**

Howard J. Roin, Esquire
MAYER, BROWN & PLATT
190 S. LaSalle Street
Chicago, IL 60603-3441

**Counsel for Superior**

Alan J. Nisberg, Esquire
BUTLER BURNETT PAPPAS
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607

**Counsel for Prudential**

John D. Aldock, Esquire
Jeffrey M. Klein, Esquire
Michael Isenman, Esquire
SHEA & GARDNER
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Kathy J. Maus, Esquire
Lauren D. Levy, Esquire
BUTLER BURNETTE PAPPAS
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308-3469

**Counsel for American International**

Dale L. Friedman, Esquire
Brian P. Knight, Esquire
CONROY, SIMBERG, GANNON,
KREVANS & ABEL, P.A.
3440 Hollywood Blvd., 2nd Floor
Hollywood, Fl 33021



# THE FLORIDA BAR

650 APALACHEE PARKWAY
TALLAHASSEE, FL 32399-2300

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
WWW.FLABAR.ORG

State of Florida    )

County of Leon     )

In Re:   106580
Richard A. Bokor
Richard A. Bokor Pa
230 E. Davis Blvd.
Tampa, Florida

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on November 29, 1967.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 15th day of February, 2002.

*(signature)*

Johnny M. Smith
Assistant Director, Finance & Accounting
The Florida Bar

JMS/ml:R122