

IT IS ORDERED that this Motion is hereby DENIED.

WILKIE D. FERGUSON, JR.
03/01/02
DATE



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**

Case No. 00-CIV-6061-Ferguson/Snow

DR. PAUL ZIDEL, and all other similarly situated,

        Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,

        Defendant/Third-Party Plaintiff,

vs.

COMMUNITY CARE NETWORK, INC., d/b/a CCN,

        Third-Party Defendant.



FILED by ___ D.C.
MAR 1 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
NIGHT BOX
2001
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

### CCN'S REQUEST FOR ORAL ARGUMENT ON MOTION TO LIMIT COMMUNICATION WITH CCN'S NETWORK

Defendant, CCN Managed Care, Inc., pursuant to Local Rule 7.1(B), hereby requests oral argument on plaintiff's "Motion to Limit Communications Between Defendant Community Care Network and Potential Class Members," and states:

1.    CCN maintains a healthcare network pursuant to which healthcare providers agree to discount their fees for CCN's clients, i.e., insurance companies, third-party administrators or other "payors" who pay claims for services rendered to their insureds. CCN administers its network through ongoing contractual relationships with numerous providers throughout the state. Among other things, those contracts require the providers to adhere to certain procedures -- including arbitration -- in the event of contractual disputes.