018365

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DR. PAUL ZIDEL, on behalf of
himself and others similarly situated,

CASE NO. 00-6061-CIV-FERGUSON/SNOW

Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
et al.

Defendants.

NIGHT BOX
FILED

MAR 1 - 2002

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

_____

MOTE WELLNESS & REHAB, INC. on behalf
of itself and all others similarly situated,

CASE NO. 01-8549-CIV-FERGUSON/SNOW

Plaintiff,

v.

AMERICAN INTERNATIONAL INSURANCE
COMPANY and AMERICAN INTERNATIONAL
SOUTH INSURANCE COMPANY,

Defendants.
_____/

**MOTION FOR ENLARGEMENT OF TIME TO SERVE
RESPONSE TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

The Defendants, AMERICAN INTERNATIONAL INSURANCE COMPANY and AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY, by and through undersigned counsel and pursuant to S.D.Fla.L.R. 7.1, hereby move this Court for an enlargement of time in which to serve a response to the Plaintiff's Motion for Class Certification, and as grounds therefor state:

CASE NO. 00-6061-CIV-FERGUSON/SNOW
CASE NO. 01-8549-CIV-FERGUSON/SNOW

1. On or about February 11, 2002, the Plaintiff served what is titled an "Amended Class Action Complaint."

2. The Amended Class Action Complaint purports to delete the former Plaintiff, MOTE WELLNESS, and attempts to substitute an entirely new Plaintiff, Dr. Andrew Ellowitz.

3. As set forth in greater detail in the Defendants' Motion to Strike Amended Class Action Complaint (DE 616), the attempted amendment is a nullity since the Federal Rules of Civil Procedure do not provide for the complaint replacement of a plaintiff through the guise of "amendment" unless a separate lawsuit is filed naming the new plaintiff.

4. Accordingly, the Defendants ask for an enlargement of time to respond to the Amended Class Action Complaint until after determination of the Motion to Strike.

5. Additionally, determination of the Motion for Class Certification is premature in that there has been no class discovery to date, making it impossible for the Defendants to adequately respond to the motion.

6. Therefore, the Defendants also request an enlargement of time until after class discovery is conducted in this matter.

7. The undersigned has contacted Plaintiff's counsel who indicates that he objects to this request for enlargement of time as it relates to determination of the Defendants' Motion to Strike, but has no objection to an enlargement until class discovery has been conducted.

8. This motion is not made for the purpose of delay and the Plaintiff will not be prejudiced by the granting of this enlargement of time.

CASE NO. 00-6061-CIV-FERGUSON/SNOW
CASE NO. 01-8549-CIV-FERGUSON/SNOW

WHEREFORE the Defendants, hereby request this Honorable Court to grant an enlargement of time in which the Defendants can serve their Response to the Plaintiff's Motion for Class Certification until after determination of the Defendants' Motion to Strike (DE 616), and until after the completion of class discovery.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this __1st__ day of __March__, 2002, to: Jan Douglas Atlas, Esq., Lead Counsel for Mote Wellness, Atlas Pearlman, P.A., 350 East Las Olas Boulevard, Suite 1700, Fort Lauderdale, Florida 33301. The motion was also mailed to counsel on the attached service list.

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
3440 Hollywood Boulevard
Second Floor
Hollywood, Florida 33021
(954) 961-1400 Broward
(305) 940-4821 Dade

By: _Brian P Knight_
Dale L. Friedman, Esquire
Florida Bar No.: 854646
Brian P. Knight, Esquire
Florida Bar No.: 993662

BPK
02.0301
624003.WPD

018365

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DR. PAUL ZIDEL, on behalf of
himself and others similarly situated,

        CASE NO. 00-6061-CIV-FERGUSON/SNOW

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
et al.

    Defendants.

_____

MOTE WELLNESS & REHAB, INC. on behalf   CASE NO. 01-8549-CIV-FERGUSON/SNOW
of itself and all others similarly situated,

    Plaintiff,

v.

AMERICAN INTERNATIONAL INSURANCE
COMPANY and AMERICAN INTERNATIONAL
SOUTH INSURANCE COMPANY,

    Defendants.
_____/

### ORDER GRANTING DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO SERVE RESPONSE TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

THIS CAUSE having come before the Court on Defendants' Motion for Enlargement of Time to Serve Response to Plaintiff's Motion for Class Certification, and the Court being otherwise advised in the premises, it is hereupon:

ORDERED AND ADJUDGED that Defendants' Motion for Enlargement of Time is hereby granted. The Defendants shall not be required to serve a Response to Plaintiff's Motion for Class

CASE NO. 01-8549-CIV-FERGUSON

Certification until after resolution of Defendants' Motion to Strike Amended Class Action Complaint, and after the completion of class discovery.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Broward County, Florida this _____ day of _____, 2002.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
Dale L. Friedman, Esq.
Jan Douglas Atlas, Esq.
Counsel of Record