

GRANTED
WILKIE D. [...] JR.
02/01/02
DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-8109-CIV-MIDDLEBROOKS/BANDSTRA



SALVATORE D. LARUSSO, D.C. d/b/a FAMILY
CHIROPRACTIC CENTER, on behalf of himself
and all others similarly situated,

      Plaintiff,

vs.

NATIONWIDE INSURANCE COMPANY
OF AMERICA,

      Defendant.
_____/

FILED by [...] D.C.

MAR 1 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## PLAINTIFFS' MOTION TO CONSOLIDATE
## ALL PENDING PPO REDUCTION CLASS ACTIONS

PLEASE TAKE NOTICE that Plaintiff DR. PAUL ZIDEL ("ZIDEL"), Plaintiff KEITH BRICKELL, D.C. ("BRICKELL"), Plaintiff MARC BROWNER, D.C. ("BROWNER"), and Plaintiff SALVATORE LARUSSO, D.C. ("LARUSSO"), on behalf of themselves and all others similarly situated ("Class Representative Plaintiffs"), by their undersigned counsel, pursuant to Federal Rule of Civil Procedure 42, shall move this Court for the entry of an Order consolidating all pending PPO reduction class actions brought by the Class Representative Plaintiffs. For all the reasons set forth herein, the Class Representative Plaintiffs respectfully submit that the instant Motion should be granted in all respects.

### BACKGROUND

On or about January 12, 2000, an action was instituted by David Napoli, D.C. On or about October 30, 2000, this Court entered an Order substituting ZIDEL as the Plaintiff. On or about December 27, 2000, this Court entered an Order permitting ZIDEL to file his Second Amended

7180-00400 308451.1

ATLAS PEARLMAN