DENIED w/o, PREJUDICE

03/01/02

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 01-8110-CIV-FERGUSON/SNOW

CC - 6061 CV

FILED by _____ D.C.

MAR 1 2002

CLARENCE MADDOX
CLERK U S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SALVATORE LARUSSO D.C. d/b/a FAMILY
CHIROPRACTIC CENTER, on behalf of himself
and all others similarly situated,

    Plaintiff,

vs.

FLORIDA FARM BUREAU CASUALTY
INSURANCE COMPANY,

    Defendant.

_____/



## REQUEST FOR ORAL ARGUMENT ON DEFENDANT'S MOTION TO COMPEL ARBITRATION

Defendant Florida Farm Bureau Casualty Insurance Company requests the opportunity to

present oral argument to the Court on its pending Motion to Compel Arbitration, filed May 11,

2001. The Defendants believe oral argument would assist the Court in resolving the factual and

legal issues unique to this case.

Respectfully submitted,

HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3000
Miami, Florida 33131
(305) 374-8500
(305) 789-7799 (fax)
Attorneys for the Defendant