DENIED, w/o PREJUDICE
[signature]
02/01/02

FILED by ___ D.C.
MAR 1 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 01-8110-CIV-FERGUSON/SNOW
CC - 6061 CV

SALVATORE LARUSSO D.C. d/b/a FAMILY
CHIROPRACTIC CENTER, on behalf of himself
and all others similarly situated,

    Plaintiff,

vs.

FLORIDA FARM BUREAU CASUALTY
INSURANCE COMPANY,

    Defendant.
_____/



### REQUEST FOR ORAL ARGUMENT ON DEFENDANT'S MOTION TO DISMISS

Defendant Florida Farm Bureau Casualty Insurance Company requests the opportunity to present oral argument to the Court on its pending Motion to Dismiss, filed April 16, 2001. The Court indicated at the status conference on May 14, 2001 that it intended to deny pending motions to dismiss in this and six related cases. However, our motion has not yet been fully briefed, and the Defendants believe oral argument would assist the Court in resolving the factual and legal issues unique to this case. Therefore, the Defendant respectfully requests the opportunity to present oral argument before the Court rules on our motion.

