UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

    Third-Party Defendant.



_____

KEITH BRICKELL, D.C., individually          00-6649
and on behalf of himself and others
similarly situated,

    Plaintiffs,

v.

PROGRESSIVE EXPRESS INSURANCE COMPANY,
PROGRESSIVE CONSUMERS INSURANCE COMPANY,
PROGRESSIVE BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

    Defendants.

_____



ULTRA OPEN MRI CORPORATION, on behalf             01-6776
of itself and others similarly situated,

    Plaintiffs,

v.

PROGRESSIVE AMERICAN INSURANCE COMPANY,

    Defendant.

### N O T I C E

**Type of Case:** Civil

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| | |
|---|---|
| **PLACE:** | **COURTROOM:** D |
| | **ROOM:** 203 |
| Federal Courthouse | |
| 299 E. Broward Boulevard | **DATE:** March 13, 2002 |
| Fort Lauderdale, Florida 33301 | **TIME:** 1:30 p.m. |

**TYPE OF PROCEEDING:**

Hearing on plaintiff's Motions for Class Certification (Docket Entries 35 in 00-6649 and 409 in 00-6061 [for 01-6776]).

                                    LURANA S. SNOW
                                    UNITED STATES MAGISTRATE JUDGE

Date: 3/7/02

                                  (By) Deputy Clerk

Copies to:

See Attached Service List

**Keith Brickell, D.C., et al. v. Progressive Express, et al.** 00-6649

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                            Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Francis Anania, Esq. (D - Progressive Express
              Progressive Consumers
              Progressive Bayside)

William Xanttopoulos, Esq. (D - Beech Street Corp. and ADP)
Cornelius Tew, Jr., Esq. (D - Beech Street Corp. and ADP)

---

**Ultra Open MRI Corp., et al. v. Progressive American**       01-6776

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                            Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Francis Anania, Esq. (D)