DENIED
[signature]
03/01/02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-7692-FERGUSON/SNOW

00-6061CIV



SALVATORE D. LARUSSO, D.C., d/b/a
FAMILY CHIROPRACTIC CENTER, on
behalf of himself and all others similarly
situated,

    Plaintiff,

v.

LIBERTY MUTUAL INSURANCE
COMPANY and COMMUNITY CARE
NETWORK, INC.,

    Defendants.
_____/



FILED by ___ D.C.

MAR 1 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## LIBERTY MUTUAL'S PARTIALLY UNOPPOSED MOTION TO STAY DISCOVERY

Defendant Liberty Mutual Insurance Company ("Liberty Mutual"), by and through its undersigned counsel, hereby moves this Court for entry of an order staying its merits discovery obligations in this matter until the later of (i) a ruling on Liberty Mutual's Motion to Dismiss; or (ii) the date on which class certification is resolved.[1] In support of its motion, Liberty Mutual incorporates CCN's Partially Unopposed Motion to Stay Discovery, served on or about April 6, 2001, which fully addresses the reasons for such a stay, and which applies equally to Liberty Mutual.

---

[1] Plaintiff and Liberty Mutual have already agreed to stay all discovery until this Court rules on all pending motions to dismiss.

MI645110;1