IT IS ORDERED ...
DISMISSED AS MOOT.
[signature]
W ~~IE D. ~E ~~~N, JR.
03/01/02

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 00-7692-FERGUSON



SALVATORE D. LARUSSO, D.C. d/b/a §
FAMILY CHIROPRACTIC CENTER, §     00-6061 CV
on behalf of himself and all others §
similarly situated, §
§
§
Plaintiffs, §
§
v. §
§
LIBERTY MUTUAL INSURANCE §
COMPANY and COMMUNITY §
CARE NETWORK, INC., §
§
Defendants. §

FILED by __ D.C.

MAR 1 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COMMUNITY CARE NETWORK, INC.'S MOTION
## FOR MORE DEFINITE STATEMENT AND BRIEF IN SUPPORT

CCN Managed Care, Inc., incorrectly named as Community Care Network, Inc. ("CCN"), moves pursuant to Rule 12(e) for the entry of an order requiring plaintiff to amend his complaint to provide a more definite statement of his claims, and states as follows:

1. **The Failure to Identify the Contract.** Plaintiff's class complaint purports to state claims against CCN for breach of contract and violations of the Racketeer Influenced Corrupt Organizations ("RICO") Act.

2. Each of Plaintiff's claims against CCN derive in the first instance from an alleged contract between plaintiff and CCN. In other words, the conduct alleged is wrongful -- and thus actionable -- if and only if (at a minimum) it is not allowed by the contract's terms.

3. The complaint clearly implies that the contract at issue a written contract. Indeed, the class allegations suggest that the same contract has been executed by all members of the

635