UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,
v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/



**PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION
TO ALLSTATE'S MOTION TO STRIKE (D.E. #621)**

Plaintiff DR. PAUL ZIDEL, on behalf of himself and all others similarly situated ("ZIDEL"), by his undersigned counsel, hereby submits his Memorandum of Law in Opposition to Defendant ALLSTATE INSURANCE COMPANY's ("ALLSTATE") Motion to Strike Plaintiff's Response to ALLSTATE's Objections to the Magistrate Judge's Report and Recommendation or, in the Alternative, for Leave to File a Reply Brief ("Motion to Strike").[1] For all the reasons set forth herein, ALLSTATE's Motion to Strike should be denied and Third-Party Defendant CCN MANAGED CARE, INC.'s ("CCN") Motion to Compel Arbitration should be denied in all respects.

---

[1] Although ALLSTATE categorizes its Motion as "partially unopposed," ZIDEL fully opposes any effort by ALLSTATE to strike ZIDEL's Response.

7090-00100 351367.1



ATLAS PEARLMAN

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

## **ARGUMENT**

Apparently unhappy with the current procedural posture it finds itself in, ALLSTATE has attacked ZIDEL's Response by seeking to strike the Response. As fully set forth in ZIDEL's Response, ALLSTATE has waived its right to seek to compel arbitration. After ALLSTATE's Motion to Dismiss was denied, it filed an Answer. After a year and a half of litigation, the first time ALLSTATE raised any issue with relation to arbitration was in its Notice of Joinder in CCN's Motion to Compel Arbitration. Thus, ALLSTATE has clearly waived its right to seek arbitration in these proceedings.

Also displeased with ZIDEL's argument relating to ALLSTATE's conduct in other litigation, ALLSTATE desperately attempts to respond by claiming that ZIDEL's argument is frivolous. The issue in <u>Arcadia Chiropractic Clinic, Inc. v. Allstate Ins. Co.</u>, Case No. 00-0168 CC Desoto County Court was whether ALLSTATE could utilize PPO rates to reduce healthcare providers' bills. An adverse order was entered against ALLSTATE finding that its PPO reduction scheme was illegal. The identical issue is addressed in these proceedings and ALLSTATE's effort to distinguish the issue is baseless. The facts giving rise to the claim in the <u>Arcadia</u> case are identical to those raised herein. The claims in the <u>Arcadia</u> case arose out of a violation of Section 627.736(10), Florida Statutes and were based on a violation of ALLSTATE's insurance policies. ALLSTATE claims that this case should be arbitrated based in part, on its insurance policy. However, in <u>Arcardia</u>, ALLSTATE did not seek to compel arbitration.

ALLSTATE's continued effort to utilize the judicial process in other cases while attempting to avoid the judicial process in this case by seeking to compel arbitration is further evidenced by



CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

recent conduct of ALLSTATE. In <u>Nationwide Mutual Ins. Co. v. Dennis M. Jewell, D.C., P.A.</u>, Case No. 2D01-5714, ALLSTATE's Motion to Appear as Amicus Curiae was recently granted.[2] The issues raised in the appeal are whether insurance carriers can utilize PPO reductions without offering a PPO policy and without complying with Section 627.736(10), Florida Statutes. <u>Nationwide</u> appealed an adverse ruling which found its PPO reduction scheme to be illegal. It is interesting to note that counsel for ALLSTATE in this proceeding are also counsel for ALLSTATE in the <u>Nationwide</u> appeal. ALLSTATE's utilization of the Florida appellate courts to argue issues relating to PPO reductions demonstrates ALLSTATE's egregious conduct. In this case, it claims that those issues must be arbitrated. At the same time it seeks to compel arbitration of such claims, it is going behind this Court's back and appearing in a judicial appeal of the exact same issues. ALLSTATE seeks to avoid this Court's jurisdiction and avoid being subject to a class action for its illegal and fraudulent conduct by attempting to invoke an arbitration clause while simultaneously utilizing the courts in an effort to obtain a ruling relating to its utilization of PPO rates when paying PIP claims. ALLSTATE has clearly acted in a manner inconsistent with its purported right to seek arbitration and its vociferous opposition to ZIDEL's Response is clearly designed to divert attention from its conduct.

## CONCLUSION

For all the reasons set forth herein, Plaintiff DR. PAUL ZIDEL, on behalf of himself and all others similarly situated, respectfully requests that this Court enter an Order denying Defendant ALLSTATE INSURANCE COMPANY's Motion to Strike Plaintiff's Response to ALLSTATE's

---

[2] A true and correct copy of the Order is attached hereto as Exhibit "1".

ATLAS PEARLMAN

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

Objections to the Magistrate Judge's Report and Recommendation, finding that ALLSTATE has waived its right to compel arbitration and has acted inconsistently with any right to seek arbitration, and awarding such other and further relief as this Court may deem just and proper.

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Co-Counsel for Class Plaintiffs
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

By: _____
JAN DOUGLAS ATLAS
Florida Bar No. 226246

By: _____
ERIC LEE
Florida Bar No. 961299

By: _____
ROBIN CORWIN CAMPBELL
Florida Bar No. 327931

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

7090-00100 351367.1                    4

ATLAS PEARLMAN

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 2510
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 12th day of March, 2002 upon: all individuals on the attached service list.

_____
ERIC LEE

IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
SECOND DISTRICT, POST OFFICE BOX 327, LAKELAND, FL 33802-0327

March 8, 2002

CASE NO.: 2D01-5714
CASE NO.: 2D02-871
L.T. No. : 2001 SC 009351

| Nationwide Mutual Insurance Company, | v. | Dennis M. Jewell, D. C., P.a., |
|---|---|---|
| Appellant / Petitioner(s), | | Appellee / Respondent(s). |

**BY ORDER OF THE COURT:**

Allstate Insurance Company and Florida Defense Lawyers Association's motion to appear as amicus curiae in the above cases is granted.

I HEREBY CERTIFY that the foregoing is a true copy of the original court order.

Served:

| Charles Tyler Cone, Esq. | David Shelton, Esq. | George A. Vaka, Esq. |
| Karen E. Rushing, Clerk | Peter J. Valeta, Esq. | Richard Ake, Clerk |
| Scott Alan Schieb, Esq. | Timothy A. Patrick, Esq. | Tracy Raffles Gunn, Esq. |

bj

James Birkhold
Clerk

EXHIBIT 1

TOTAL P.02

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile


7090-00100 345419.1


ATLAS PEARLMAN