UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

    Third-Party Defendant.
_____



KEITH BRICKELL, D.C., individually      00-6649
and on behalf of himself and others
similarly situated,

    Plaintiffs,

v.

PROGRESSIVE EXPRESS INSURANCE COMPANY,
PROGRESSIVE CONSUMERS INSURANCE COMPANY,
PROGRESSIVE BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

    Defendants.
_____



```
MARC J. BROWNER, D.C., individually                    00-7163
and on behalf of himself and others
similarly situated,

        Plaintiffs,

v.

ALLSTATE INDEMNITY COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

        Defendants.
_____

SALVATORE D. LARUSSO, D.C., d/b/a                      00-7692
Family Chiropractic Center, on behalf
of himself and others similarly situated,

        Plaintiffs,

v.
LIBERTY MUTUAL INSURANCE and
COMMUNITY CARE NETWORK, INC.,

        Defendants.
_____

ULTRA OPEN MRI CORPORATION, on behalf                  01-6776
of itself and others similarly situated,

        Plaintiffs,

v.

PROGRESSIVE AMERICAN INSURANCE COMPANY,

        Defendant.
_____
```

```
ULTRA OPEN MRI CORPORATION, on behalf                01-6777
of itself and others similarly situated,

        Plaintiffs,
v.

DEERBROOK INSURANCE COMPANY,

        Defendant.
_____

ULTRA OPEN MRI CORPORATION, on behalf                01-6778
of itself and others similarly situated,

        Plaintiffs,
v.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

        Defendant.
_____

ULTRA OPEN MRI CORPORATION, on behalf                01-6779
of itself and others similarly situated,

        Plaintiffs,
v.

FIDELITY AND CASUALTY COMPANY OF NEW YORK and
THE CONTINENTAL INSURANCE COMPANY,

        Defendants.
_____

ULTRA OPEN MRI CORPORATION, on behalf                01-6780
of itself and others similarly situated,

        Plaintiffs,
v.

INTEGON NATIONAL INSURANCE COMPANY and
INTEGON GENERAL INSURANCE COMPANY,

        Defendants.
_____
```

```
CHIROPRACTIC CENTRE, INC., on behalf                          01-6782
of itself and others similarly situated,

        Plaintiffs,
v.

SUPERIOR INSURANCE COMPANY,

        Defendants.
_____

CHIROPRACTIC CENTRE, INC., on behalf                          01-6783
of itself and others similarly situated,

        Plaintiffs,
v.

METROPOLITAN CASUALTY INSURANCE COMPANY,

        Defendant.
_____

SALVATORE D. LARUSSO, D.C., d/b/a                             01-8108
Family Chiropractic Center, on behalf
of himself and others similarly situated,

        Plaintiffs,

v.
NATIONWIDE INSURANCE COMPANY OF AMERICA,

        Defendant.
_____

SALVATORE D. LARUSSO, D.C., d/b/a                             01-8110
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

        Plaintiffs,

v.

FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY,

        Defendant.
_____
```

SALVATORE D. LARUSSO, D.C., d/b/a                                      01-8111
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

       Plaintiffs,

v.

HARTFORD INSURANCE COMPANY OF THE MIDWEST,

       Defendant.
_____

DR. ANDREW ELLOWITZ, et al., on behalf                                    01-8549
of himself and all others similarly situated,

       Plaintiffs,

v.

AMERICAN INTERNATIONAL INSURANCE COMPANY, and
AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,

       Defendants.
_____

## **O R D E R**

THIS CAUSE is before the Court on counsel Lawrence Kopelman's Application to be Admitted Pro Hac Vice and Amended Application to be Admitted Pro Hac Vice (DE 350 and 372 in Case No. 00-6061), which were referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the applications are GRANTED. Lawrence Kopelman, Esquire, is hereby permitted to enter a limited appearance for purposes of representing all plaintiffs in the above

styled cause; Douglas Blankman, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 14th day of March, 2002.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Attached Service List

## SERVICE LIST

### CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

**Paul Zidel, et al. v. Allstate Insurance Company v. Community Care**

Eric Lee, Esq. (P)                                                                 00-6061
Douglas Blankman, Esq. (P and Local Cnsl for Phillips, Gold,
                                                            Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
David Shelton, Esq. (D and Third-Party Plaintiff Allstate)
William Deem, Esq. (Third-Party Defendant Comunity Care)
Peter Valeta, Esq. (D and Third-Party Plaintiff Allstate)
Scott Sarason, Esq. (Local Counsel for Valeta)

---

**Keith Brickell, D.C., et al. v. Progressive Express, et al.** 00-6649

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                                           Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Francis Anania, Esq. (D - Progressive Express
                          Progressive Consumers
                          Progressive Bayside)

William Xanttopoulos, Esq. (D - Beech Street Corp. and ADP)
Cornelius Tew, Jr., Esq. (D - Beech Street Corp. and ADP)

---

**Mark Broner, D.C., et al. v. Allstate Indemnity, et al.**     00-7163

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                                           Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
David Shelton, Esq. (D - Allstate)
Peter Valeta, Esq. (D - Allstate)
Scott Sarason, Esq. (Local Counsel for Valeta)
Cornelius Tew, Jr., Esq. (D - Beech Street Corp. and ADP)

---

<u>Salvatore Larusso, D.C., et al. v. Liberty Mutual, et al.</u>   00-7692

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                            Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Nina Kole Brown, Esq. (D - Liberty)
William Deem, Esq. (D - Community Care)

---

<u>Ultra Open MRI Corp., et al. v. Progressive American</u>   01-6776

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                            Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Francis Anania, Esq. (D)

---

<u>Ultra Open MRI Corp., et. al. v. Deerbrook Insurance</u>   01-6777

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                            Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
David Shelton, Esq. (D)
Peter Valeta, Esq. (D)
Scott Sarason, Esq. (Local Counsel for Valeta)

---

<u>Ultra Open MRI Corp., et al. v. Prudential Property</u>   01-6778

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                            Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Lauren Levy, Esq. (D and Local Counsel for Harrison)
Kathleen Maus, Esq. (D and Local Counsel for Aldock and Klein)
John Aldock, Esq. (D)
Michael Isenman, Esq. (D)
Lisa Harrison, Esq. (D)

**Ultra Open MRI Corp., et al. v. Fidelity, et al.**                                01-6779

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                               Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
David Shelton, Esq. (D)
Peter Valeta, Esq. (D)
Scott Sarason, Esq. (Local Counsel for Valeta)

---

**Ultra Open MRI Corp., et al. v. Integon, et al.**                                01-6780

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                               Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Marcy Aldrich, Esq. (D)

---

**Chiropractic Centre, Inc. v. Superior Insurance**                                01-6782

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                               Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Alan Nisberg, Esq. (D)

---

**Chiropractic Centre, Inc. v. Metropolitan Casualty**                             01-6783

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                               Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Marcy Aldrich, Esq. (D and Local Counsel for Lennard)
Jeffrey Lennard, Esq. (D)

---

<u>Salvatore D. LaRusso, D.C., et al. v. Nationwide</u>                01-8108

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                              Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Katherine Lake, Esq. (D and Local Counsel for Haggerty)
James Haggerty, Esq. (D)

---

**<u>Salvatore D. LaRusso, D.C. et al. v. Florida Farm Bureau</u>**   01-8110

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                              Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Gregory Baldwin, Esq. (D)

---

**<u>Salvatoare D. LaRusso, D.C. et al., v. Hartford</u>**            01-8111

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                              Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Marcy Aldrich, Esq. (D and Local Counsel for Roin)
Howard Roin, Esq. (D)

---

**<u>Dr. Andrew Ellowitz, et al. v. American Int'l Ins., et al.</u>** 01-8549

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                              Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Dale Friedman, Esq. (D)