UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

      Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

      Third-Party Defendant.



———————————————————————

KEITH BRICKELL, D.C., individually          00-6649
and on behalf of himself and others
similarly situated,

      Plaintiffs,

v.

PROGRESSIVE EXPRESS INSURANCE COMPANY,
PROGRESSIVE CONSUMERS INSURANCE COMPANY,
PROGRESSIVE BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

      Defendants.

———————————————————————



CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

MARC J. BROWNER, D.C., individually          00-7163
and on behalf of himself and others
similarly situated,

       Plaintiffs,

v.

ALLSTATE INDEMNITY COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

       Defendants.

_____

SALVATORE D. LARUSSO, D.C., d/b/a         00-7692
Family Chiropractic Center, on behalf
of himself and others similarly situated,

       Plaintiffs,

v.
LIBERTY MUTUAL INSURANCE and
COMMUNITY CARE NETWORK, INC.,

       Defendants.

_____

ULTRA OPEN MRI CORPORATION, on behalf     01-6776
of itself and others similarly situated,

       Plaintiffs,

v.

PROGRESSIVE AMERICAN INSURANCE COMPANY,

       Defendant.

_____

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

ULTRA OPEN MRI CORPORATION, on behalf                    01-6777
of itself and others similarly situated,

      Plaintiffs,

v.

DEERBROOK INSURANCE COMPANY,

      Defendant.

_____

ULTRA OPEN MRI CORPORATION, on behalf                    01-6778
of itself and others similarly situated,

      Plaintiffs,

v.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

      Defendant.

_____

ULTRA OPEN MRI CORPORATION, on behalf                    01-6779
of itself and others similarly situated,

      Plaintiffs,

v.

FIDELITY AND CASUALTY COMPANY OF NEW YORK and
THE CONTINENTAL INSURANCE COMPANY,

      Defendants.

_____

ULTRA OPEN MRI CORPORATION, on behalf                    01-6780
of itself and others similarly situated,

      Plaintiffs,

v.

INTEGON NATIONAL INSURANCE COMPANY and
INTEGON GENERAL INSURANCE COMPANY,

      Defendants.

_____

3

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW


SALVATORE D. LARUSSO, D.C., d/b/a                          01-8108
Family Chiropractic Center, on behalf
of himself and others similarly situated,

      Plaintiffs,

v.

NATIONWIDE INSURANCE COMPANY OF AMERICA,

      Defendant.

_____


SALVATORE D. LARUSSO, D.C., d/b/a                          01-8110
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

      Plaintiffs,

v.

FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY,

      Defendant.

_____


SALVATORE D. LARUSSO, D.C., d/b/a                          01-8111
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

      Plaintiffs,

v.

HARTFORD INSURANCE COMPANY OF THE MIDWEST,

      Defendant.

_____

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. ANDREW ELLOWITZ, et al., on behalf                    01-8549
of himself and all others similarly situated,

      Plaintiffs,

v.

AMERICAN INTERNATIONAL INSURANCE COMPANY, and
AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,

      Defendants.

_____

## O R D E R

      THIS CAUSE is before the Court on counsel Susan Lawson's and Richard Bokor's Applications to be Admitted Pro Hac Vice (DE 612 and 613), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

      ORDERED AND ADJUDGED that the motions are GRANTED. Susan Lawson, Esquire and Richard Bokor, Esquire, are hereby permitted to enter a limited appearance for purposes of representing the above noted plaintiffs in this cause; Douglas Blankman, Esquire, is designated as local counsel.

      DONE AND ORDERED at Fort Lauderdale, Florida, this 14th day of March, 2002.

                              LURANA S. SNOW
                              UNITED STATES MAGISTRATE JUDGE

Copies to:

See Attached Service List

5

## SERVICE LIST

### CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

**Paul Zidel, et al. v. Allstate Insurance Company v. Community Care**

```
Eric Lee, Esq. (P)                                          00-6061
Douglas Blankman, Esq. (P and Local Cnsl for Phillips, Gold,
                                            Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
David Shelton, Esq. (D and Third-Party Plaintiff Allstate)
William Deem, Esq. (Third-Party Defendant Comunity Care)
Peter Valeta, Esq. (D and Third-Party Plaintiff Allstate)
Scott Sarason, Esq. (Local Counsel for Valeta)
```

---

**Keith Brickell, D.C., et al. v. Progressive Express, et al.** 00-6649

```
Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                            Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Francis Anania, Esq. (D - Progressive Express
                          Progressive Consumers
                          Progressive Bayside)

William Xanttopoulos, Esq. (D - Beech Street Corp. and ADP)
Cornelius Tew, Jr., Esq. (D - Beech Street Corp. and ADP)
```

---

**Mark Broner, D.C., et al. v. Allstate Indemnity, et al.**     00-7163

```
Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                            Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
David Shelton, Esq. (D - Allstate)
Peter Valeta, Esq. (D - Allstate)
Scott Sarason, Esq. (Local Counsel for Valeta)
Cornelius Tew, Jr., Esq. (D - Beech Street Corp. and ADP)
```

---

**Salvatore Larusso, D.C., et al. v. Liberty Mutual, et al.**    00-7692

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                        Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Nina Kole Brown, Esq. (D - Liberty)
William Deem, Esq. (D - Community Care)

---

**Ultra Open MRI Corp., et al. v. Progressive American**    01-6776

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                        Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Francis Anania, Esq. (D)

---

**Ultra Open MRI Corp., et. al. v. Deerbrook Insurance**    01-6777

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                        Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
David Shelton, Esq. (D)
Peter Valeta, Esq. (D)
Scott Sarason, Esq. (Local Counsel for Valeta)

---

**Ultra Open MRI Corp., et. al. v. Prudential Property**    01-6778

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                        Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Lauren Levy, Esq. (D and Local Counsel for Harrison)
Kathleen Maus, Esq. (D and Local Counsel for Aldock and Klein)
John Aldock, Esq. (D)
Michael Isenman, Esq. (D)
Lisa Harrison, Esq. (D)

**Ultra Open MRI Corp., et al. v. Fidelity, et al.**                01-6779

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                                    Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
David Shelton, Esq. (D)
Peter Valeta, Esq. (D)
Scott Sarason, Esq. (Local Counsel for Valeta)

---

**Ultra Open MRI Corp., et al. v. Integon, et al.**                01-6780

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                                    Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Marcy Aldrich, Esq. (D)

---

**Salvatore D. LaRusso, D.C., et al. v. Nationwide**                01-8108

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                                    Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Katherine Lake, Esq. (D and Local Counsel for Haggerty)
James Haggerty, Esq. (D)

---

**Salvatore D. LaRusso, D.C. et al. v. Florida Farm Bureau**        01-8110

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                                    Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Gregory Baldwin, Esq. (D)

---

**Salvatoare D. LaRusso, D.C. et al., v. Hartford**                01-8111

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                        Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Marcy Aldrich, Esq. (D and Local Counsel for Roin)
Howard Roin, Esq. (D)

---

**Dr. Andrew Ellowitz, et al. v. American Int'l Ins., et al.**   01-8549

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                        Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Dale Friedman, Esq. (D)