```
FILING FEE
PAID    75.00
In Forma
Pauperis  Receipt #524773
          Clarence Maddox, Clerk
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
00-6061 CV

CASE NO.: 01-6783-CV-WDF



CHIROPRACTIC CENTER, INC.,
on behalf of themeselves and all others similarly
situated,

            Plaintiff,

v.

METROPOLITAN CASUALTY INSURANCE COMPANY,

           Defendant.
_____/

## APPLICATION TO BE ADMITTED PRO HAC VICE

**COMES NOW** Casey Fundaro hereby states as follows, that:

1. I am a member in good standing of The Florida bar as evidenced by the attached copy of certificate of good standing from the Supreme Court of the State of Florida.

2. By virtue of my signature on this application, I certify that I have studied the Rules of the United States District Court for the Southern District of Florida and make this application pursuant to Rule 4 (g). This application designates Doug Blankman, a member of the bar of this Court, as my designee in accordance with Rule 4 (b). Mr. Blankman's address is One Financial Plaza, Fort Lauderdale, FL 33394.

3. As an applicant, I submit a check in the amount of $75 in accordance with the requirements of the United States District Court for the Southern District of Florida.

Respectfully Submitted
On Behalf of the Plaintiffs

*_____
Casey Fundaro, FBN 933650

\* Signed in Casey's absence to avoid delay

**CASEY FUNDARO, ESQ.**
P.O. Box 7420
Fort Lauderdale, FL 3338-7420
(954) 462-2833
(954) 462-2835 fax

**PHILIPS & GARCIA, LLP**
13 Ventura Drive
No. Dartmouth, MA 02747
(508) 998-0900
(508) 998-0919 fax

**GOLD & COULSON**
11 S. LaSalle Street, Ste. 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 fax

**KOPELMAN & BLANKMAN**
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 fax

**ATLAS, PEARLMAN, P.A.**
350 East Las Olas Blvd.
Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200



# THE FLORIDA BAR

**JOHN F. HARKNESS, JR.**
Executive Director

650 APALACHEE PARKWAY
TALLAHASSEE, FL 32399-2300

850/561-5600
www.FLABAR.org

State of Florida    )

County of Leon     )

**COPY**

In Re:   933650
Casey Fundaro
P.O. Box 7420
Fort Lauderdale, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on May 5, 1992.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 11Th day of March, 2002.

Mildred Wilson
Supervisor, Membership Records
The Florida Bar

MW/dsm2:R10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 01-6783-CV-WDF

CHIROPRACTIC CENTER, INC.,
on behalf of themselves and all others similarly
situated,

          Plaintiff,

v.

METROPOLITAN CASUALTY INSURANCE COMPANY,

          Defendant.
_____/

## CONSENT TO BE LOCAL DESIGNEE

The undersigned counsel for the plaintiffs in the above styled action hereby consents to be the local designee for counsel for the Plaintiff, Casey Fundaro, Esq. in accordance with Local rule 4 (b).

DATED:

          Douglas Blankman, Esq.
          FLN 281778
          KOPELMAN & BLANKMAN
          One Financial Plaza
          Suite 2510
          Fort Lauderdale, FL 33394
          (954) 462-6855
          (954) 462-6899 fax