UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-CIV-6061-FERGUSON/SNOW

SALVATORE D. LARUSSO, D.C.,
d/b/a FAMILY CHIROPRACTIC
CENTER, on behalf of himself and
all others similarly situated,
        Plaintiff,

v.

LIBERTY MUTUAL INSURANCE
COMPANY and COMMUNITY
CARE NETWORK, INC.,
        Defendants.
_____/

**DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY'S
REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO
AMEND ITS ANSWER AND AFFIRMATIVE DEFENSES**

Defendant Liberty Mutual Insurance Company ("Liberty Mutual"), by and through its undersigned attorneys, hereby files its reply in support of its motion for leave to amend its answer and affirmative defenses ("motion"). In support thereof, Liberty Mutual states as follows:

As explained more fully in its motion, Liberty Mutual seeks leave to add an affirmative defense pursuant to the McCarran-Ferguson Act, based on the February 20, 2002 order Judge Federico Moreno issued in In re Managed Care Litig., Master File No. 00-1334-MD-MORENO (S.D. Fla. Feb. 20, 2002). In his response, Plaintiff argues that Judge Moreno's order does not apply to the instant case as the order is limited to health insurance. However, Judge Moreno's Order specifically states that "[t]he laws regulating the insurance industry in the state[] of Florida . . . do not provide for civil remedies, thus reverse-preempting the federal RICO claims brought by the Plaintiffs who reside in [Florida] . . . ." (emphasis supplied), Order at 2. The rationale underlying

MI787011:1



Judge Moreno's Order applies with equal force to the instant case. Plaintiff has failed to show otherwise.[1]

In his response memorandum, Plaintiff also contends that Liberty Mutual's motion should be denied because Liberty Mutual failed to show good cause for deviating from the deadlines set forth in this Court's Scheduling Order, as required under Fed. R. Civ. P. 16(b). Plaintiff's position is without merit. First, at the January 25, 2002 status conference in the captioned matter, the Court specifically stated that due to the pendency of multiple motions, including motions to compel arbitration and motions regarding confidentiality agreements, the Court would need to extend the deadlines previously set forth in its September 28, 2001 Scheduling Order. The Court recognized that it would be unrealistic to use the deadlines previously imposed. Thus, it is disingenuous for Plaintiff to contend that the motion was filed after the amendment deadline set forth in the scheduling order.[2] Notwithstanding, Liberty Mutual has shown good cause for filing the amendment at this time. Although Plaintiff is correct that the McCarran-Ferguson Act existed prior to Judge Moreno's order, this order is unique in its application of the McCarran-Ferguson Act to Florida law in the context of insurance and RICO claims. Moreover, Judge Moreno issued the order only weeks before Liberty Mutual moved to amend. Based on the reasoning set forth in that order, Liberty Mutual has moved to amend its affirmative defenses.

---

[1] Plaintiff contends that "[t]his Court specifically found that there is a private cause of action under Section 627.736 when it denied Liberty Mutual's and other defendants' motions to dismiss." However, the Court made no such specific finding. Rather, the Court generally denied the various motions to dismiss, without providing any specific basis. See Order, attached as Exhibit A.

[2] Indeed, most of the deadlines set forth in that order have already passed, including the discovery cutoff and the pretrial motion cutoff. None of the parties, including Plaintiff, has been operating under those deadlines.

MI787011;1

**WHEREFORE** Liberty Mutual respectfully requests that the Court grant its motion, thereby granting it leave to amend its affirmative defenses. Liberty Mutual also respectfully requests that this Court grant it all other and further relief it deems just and proper.

Respectfully submitted,

**AKERMAN, SENTERFITT & EIDSON, P.A.**
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131-1704
Phone: (305) 374-5600
Fax: (305) 374-5095

By: *Jennifer Cohen Glasser*
MARK S. SHAPIRO
Florida Bar No.: 894631
mshapiro@akerman.com
JENNIFER COHEN GLASSER
Florida Bar No.: 123145
jlcohen@akerman.com

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was sent by U.S. Mail to counsel listed below on this 25 day of April, 2002.

*Jennifer Cohen Glasser*
Attorney

MI787011;1

# EXHIBIT "A"

| | |
|---|---|
| MOTE WELLNESS & REHAB, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>AMERICAN INTERNATIONAL INSURANCE COMPANY and AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,<br><br>    Defendants.<br>_____/ | Case No. 01-8549-CIV-FERGUSON |

### OMNIBUS ORDER ON PENDING MOTIONS

**THIS CAUSE** is before the Court on various pending motions. Having duly considered the motions and pertinent portions of the record and having heard oral argument, it is

**ORDERED AND ADJUDGED** that the

1. Motions to Consolidate [00-6649, D.E. #107; 00-7163, D.E. #68; 00-7692, D.E.# 31; 01-8108, D.E. #4; 01-8110, D.E. #5; 01-8111, D.E. # 5] are **GRANTED** for discovery purposes except any party may move for a protective order precluding or limiting the production of any matters which in good faith it deems confidential. **Accordingly, the parties shall file all pleadings under case number 00-CIV-6061-FERGUSON/SNOW.**

2. Motions to Stay are lifted and the parties shall proceed with discovery in accordance with this Order granting the consolidation of the causes.

3. Motions to Dismiss [00-6061, D.E. #108; 00-6649, D.E. #25, #30, #31; 00-7163, D.E. #16, #36; 00-7692, D.E. # 23] are **DENIED** except as to the Counts in the relevant Complaints

which raise a Lanham Act issue. The Lanham Act "prohibit[s] any person, in connection with any goods or services, from using in commerce any word, term, name, symbol, or device or any combination thereof, . . . or any false or misleading description . . . or representation of fact, . . . in commercial advertising or promotion, [which] misrepresents the nature, characteristics, [or] qualities. . .of his or her or another person's goods, services, or commercial activities." 15 U.S.C. §1125. None of the Plaintiffs' claim damages based on a product of the Defendants which unfairly competes with their product in violation of trademark law. Besides, there was no advertising or false statements. The Defendants simply acted pursuant to an alleged fraudulent agreement. Accordingly, all Lanham Act counts in the relevant Complaints are dismissed.

4. Motions to Amend the Scheduling Order [00-6061, D.E. #119, #123; 00-6649, D.E. #98; 00-7163, D.E. # 60] are **GRANTED**. Accordingly, an amended Order regarding the trial date and pre-trial deadlines shall be entered separately.

5. Unopposed Motion for Protective Order [00-6649, #88] is **GRANTED**.

6. Unopposed Motion for Enlargement of Time to Respond to the Complaint [00-7692, D.E. # 11] is **GRANTED**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this ___ day of September, 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Lurana Snow, United States Magistrate Judge
William Deem, Esq.

Eric Lee, Esq.
Arthur Gold, Esq.
Andrew Garcia, Esq.
Larry Kopelman, Esq.
Susan Lawson, Esq.
Richard Bokor, Esq.
Casey Fundaro, Esq.
David Shelton, Esq.
Peter Valeta, Esq.
Thomas Tew, Esq.
Francis Anania, Esq.
Katherine Lake, Esq.
James Haggerty, Esq.
Gregory Baldwin, Esq.
Mark Shapiro, Esq.
Marcy Aldrich, Esq.
John Aldock, Esq.
Kathy Johnson, Esq.
Alan Nisburg, Esq.
Dale Friedman, Esq.

# MASTER SERVICE LIST
## (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 10/26/01)

**Co-Lead Counsel for Plaintiffs**

ATLAS PEARLMAN, P.A.
Eric Lee, Esq.
lee@atlaslaw.com
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995

**Counsel for:
Allstate, Fidelity and Casualty,
Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619, (312) 920-7241
Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
William E. Adams, Esq.
badams@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

Counsel for:
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Jeffrey M. Klein, Esq.
Jklein@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com

Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile