

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DR. PAUL ZIDEL, on behalf of himself and others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC., doing business as CCN,

    Third-Party Defendant.

√CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

---

KEITH BRICKELL, D.C., individually and on behalf of himself and others similarly situated,

    Plaintiffs,

v.

PROGRESSIVE EXPRESS INSURANCE COMPANY,
PROGRESSIVE CONSUMERS INSURANCE COMPANY,
PROGRESSIVE BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

    Defendants.

00-6649

---



| | |
|---|---|
| MARC J. BROWNER, D.C., individually and on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLSTATE INDEMNITY COMPANY,<br>BEECH STREET CORPORATION, and<br>ADP INTEGRATED MEDICAL SOLUTIONS, INC.,<br><br>    Defendants. | 00-7163 |
| SALVATORE D. LARUSSO, D.C., d/b/a Family Chiropractic Center, on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br>LIBERTY MUTUAL INSURANCE and<br>COMMUNITY CARE NETWORK, INC.,<br><br>    Defendants. | 00-7692 |
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PROGRESSIVE AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | 01-6776 |

```
ULTRA OPEN MRI CORPORATION, on behalf          01-6777
of itself and others similarly situated,

      Plaintiffs,
v.

DEERBROOK INSURANCE COMPANY,

      Defendant.
_____

ULTRA OPEN MRI CORPORATION, on behalf          01-6778
of itself and others similarly situated,

      Plaintiffs,
v.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

      Defendant.
_____

ULTRA OPEN MRI CORPORATION, on behalf          01-6779
of itself and others similarly situated,

      Plaintiffs,
v.

FIDELITY AND CASUALTY COMPANY OF NEW YORK and
THE CONTINENTAL INSURANCE COMPANY,

      Defendants.
_____

ULTRA OPEN MRI CORPORATION, on behalf          01-6780
of itself and others similarly situated,

      Plaintiffs,
v.

INTEGON NATIONAL INSURANCE COMPANY and
INTEGON GENERAL INSURANCE COMPANY,

      Defendants.
_____
```

```
CHIROPRACTIC CENTRE, INC., on behalf                          01-6782
of itself and others similarly situated,

      Plaintiffs,
v.

SUPERIOR INSURANCE COMPANY,

      Defendants.
_____

CHIROPRACTIC CENTRE, INC., on behalf                          01-6783
of itself and others similarly situated,

      Plaintiffs,
v.

METROPOLITAN CASUALTY INSURANCE COMPANY,

      Defendant.
_____

SALVATORE D. LARUSSO, D.C., d/b/a                             01-8108
Family Chiropractic Center, on behalf
of himself and others similarly situated,

      Plaintiffs,

v.
NATIONWIDE INSURANCE COMPANY OF AMERICA,

      Defendant.
_____
SALVATORE D. LARUSSO, D.C., d/b/a                             01-8110
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

      Plaintiffs,

v.

FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY,

      Defendant.
_____
```

```
SALVATORE D. LARUSSO, D.C., d/b/a                           01-8111
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

     Plaintiffs,

v.
HARTFORD INSURANCE COMPANY OF THE MIDWEST,

     Defendant.
_____

DR. ANDREW ELLOWITZ, et al., on behalf                      01-8549
of himself and all others similarly situated,

     Plaintiffs,

v.

AMERICAN INTERNATIONAL INSURANCE COMPANY, and
AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,

     Defendants.
_____
```

## ORDER VACATING ORDER RE-SETTING TRIAL DATE AND DISCOVERY SCHEDULE

**THIS CAUSE** is before the Court upon the parties notification.

On May 3, 2002, this Court signed an order re-setting trial date and discovery schedule [D.E.666]. On review of the file, the Court determines that the Order was inadvertently entered. Accordingly, it is

**ORDERED AND ADJUDGED** that the Order [D.E.666] is **VACATED**. A new order shall be entered.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 13th day of May, 2002.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
all counsel of record