UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,
v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/



FILED by ___ D.C.

MAY 15 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER GRANTING ATLAS PEARLMAN, P.A.'S MOTION TO WITHDRAW

THIS CAUSE, having come before this Court on counsel for Class Plaintiffs, Alas Pearlman, [661]

P.A.'s Motion to Withdraw, and the Court having reviewed the Motion and being duly advised, it

is thereupon

ORDERED and ADJUDGED that Atlas Pearlman, P.A.'s Motion be and the same is hereby

GRANTED. Atlas Pearlman, P.A. is hereby relieved of any and all obligations in this matter.

DONE AND ORDERED in Fort Lauderdale, Florida on _____ May 15 _____, 2002.

_____
WILKIE D. FERGUSON, JR.
United States District Judge

Copies furnished to:

All Counsel of Record