UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and COMMUNITY CARE NETWORK, INC., d/b/a CCN,

Defendants.

_______________________________/

**CLASS PLAINTIFFS' CONSOLIDATED CLASS DISCOVERY REQUEST FOR PRODUCTION OF DOCUMENTS TO INSURANCE COMPANY DEFENDANTS**

Class Plaintiffs DR. PAUL ZIDEL, KEITH BRICKELL, D.C., MARC J. BROWNER, D.C., SALVATORE D. LARUSSO, D.C., THE CHIROPRACTIC CENTRE, INC., ULTRA OPEN MRI CORPORATION, and DR. ANDREW ELLOWITZ ("Class Plaintiffs"), on behalf of themselves and all other similarly situated, by their undersigned counsel, pursuant to Federal Rule of Civil Procedure 34, hereby request that Defendants ALLSTATE INSURANCE COMPANY, PROGRESSIVE EXPRESS INSURANCE COMPANY, PROGRESSIVE CONSUMERS INSURANCE COMPANY, PROGRESSIVE BAYSIDE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, FLORIDA FARM BUREAU, ITT HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, NATIONWIDE INSURANCE COMPANY OF AMERICA, SUPERIOR INSURANCE COMPANY,





METROPOLITAN CASUALTY INSURANCE COMPANY, DEERBROOK INSURANCE COMPANY, PROGRESSIVE AMERICAN INSURANCE COMPANY, FIDELITY AND CASUALTY COMPANY OF NEW YORK, THE CONTINENTAL INSURANCE COMPANY, INTEGON NATIONAL INSURANCE COMPANY, INTEGON GENERAL INSURANCE COMPANY, PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, and AMERICAN INTERNATIONAL INSURANCE COMPANY, respectively, produce the following documents for inspection and copying at Atlas Pearlman, P.A., 350 East Las Olas Boulevard, Suite 1700, Fort Lauderdale, Florida 33301. Class Plaintiffs are serving these Consolidated Requests upon each respective Defendant and request that each respective Defendant separately respond as if the Class Plaintiff from the specific action served a separate request.

**DEFINITIONS AND INSTRUCTIONS APPLICABLE TO ALL REQUESTS**

1. The words "you," "yours," "yourself" and/or "yourselves" means Defendants ALLSTATE INSURANCE COMPANY, PROGRESSIVE EXPRESS INSURANCE COMPANY, PROGRESSIVE CONSUMERS INSURANCE COMPANY, PROGRESSIVE BAYSIDE INSURANCE COMPANY, BEACH STREET CORPORATION, ADP INTEGRATED MEDICAL SOLUTIONS, INC., ALLSTATE INDEMNITY COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, COMMUNITY CARE NETWORK, INC., FLORIDA FARM BUREAU, ITT HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, NATIONWIDE INSURANCE COMPANY OF AMERICA, SUPERIOR INSURANCE COMPANY, METROPOLITAN

CASUALTY INSURANCE COMPANY, DEERBROOK INSURANCE COMPANY, PROGRESSIVE AMERICAN INSURANCE COMPANY, FIDELITY AND CASUALTY COMPANY OF NEW YORK, THE CONTINENTAL INSURANCE COMPANY, INTEGON NATIONAL INSURANCE COMPANY, INTEGON GENERAL INSURANCE COMPANY, PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, and AMERICAN INTERNATIONAL INSURANCE COMPANY, respectively, and any of their subsidiaries, predecessors, parent corporations, agents or employees.

2. The singular shall include the plural and vice versa; the terms "and" or "or" shall be both conjunctive and disjunctive; and the term "including" means "including without limitation".

3. "Date" shall mean the exact date, month and year, if ascertainable or, if not, the best approximation of the date (based upon relationship with other events).

4. "Agent" shall mean: any agent, employee, officer, director, attorney, independent contractor or any other person acting at the direction of or on behalf of another.

5. "Person" shall mean any individual, corporation, proprietorship, partnership, trust, association or any other entity.

6. The words "pertain to" or "pertaining to" mean: relates to, refers to, contains, concerns, describes, embodies, mentions, constitutes, constituting, supports, corroborates, demonstrates, proves, evidences, shows, refutes, disputes, rebuts, controverts or contradicts.

7. The term "third party" or "third parties" refers to individuals or entities that are not a party to this action.

8. This "Action" means the respective applicable case pending in the Southern District of Florida entitled:

1. Dr. Paul Zidel v. Allstate Insurance Company, Case No. 00-6061-CIV-FERGUSON/SNOW;

2. Keith Brickell, D.C. v. Progressive Express Insurance Company, Progressive Consumers Insurance Company, Progressive Bayside Insurance Company, Progressive Bayside Insurance Company, Beach Street Corporation, and ADP Integrated Medical Solutions, Inc., Case No. 00-6649-CIV-FERGUSON/SNOW;

3. Marc J. Browner, D.C. v. Allstate Indemnity Company, Beach Street Corporation, and ADP Integrated Medical Solutions, Inc., Case No. 00-7163-CIV-FERGUSON/SNOW;

4. Salvatore D. Larusso, D.C. v. Liberty Mutual Insurance Company and Community Care Network, Inc., Case No. 00-7692-CIV-FERGUSON/SNOW;

5. Salvatore D. Larusso, D.C. v. Florida Farm Bureau, Case No. 01-8110-CIV-FERGUSON/SNOW;

6. Salvatore D. Larusso, D.C. v. ITT Hartford Life and Annuity Insurance Company, Case No. 01-8111-CIV-FERGUSON/SNOW;

7. Salvatore D. Larusso, D.C. v. Nationwide Insurance Company of America, Case No. 01-8109-CIV-FERGUSON/SNOW;

8. The Chiropractic Centre Inc. v. Superior Insurance Company, Case No. 01-6782-CIV-FERGUSON/SNOW;

9. The Chiropractic Centre Inc. v. Metropolitan Casualty Insurance Company, Case No. 01-6783-CIV-FERGUSON/SNOW;

10. Ultra Open MRI Corporation v. Deerbrook Insurance Company, Case No. 01-6777-CIV-FERGUSON/SNOW;

11. Ultra Open MRI Corporation v. Progressive American Insurance Company, Case No. 01-6776-CIV-FERGUSON/SNOW;

12. Ultra Open MRI Corporation v. Fidelity and Casualty Company of New York and The Continental Insurance Company, Case No. 01-6779-CIV-FERGUSON/SNOW;

13. Ultra Open MRI Corporation v. Integon National Insurance Company v. Integon General Insurance Company, Case No. 01-6780-CIV-FERGUSON/SNOW;

14. Ultra Open MRI Corporation v. Prudential Property and Casualty Insurance Company, Case No. 01-6778-CIV-FERGUSON/SNOW;

15. Dr. Andrew Ellowitz v. American International Insurance Company, Case No. 01-CV-8549-CIV-FERGUSON/SNOW.

9. The word "identify," when used in reference to a document, means and includes the name and address of the custodian of the document, the location of the document, and a general description of the document, including (1) the type of document (i.e., correspondence, memorandum, facsimile etc.); (2) the general subject matter of the document; (3) the date of the document; (4) the

author of the document; (5) the addressee of the document; and (6) the relationship of the author and addressee to each other.

10. "Document" means any written or graphic matter or other means of preserving thought or expression, and all tangible things from which information can be processed or transcribed, including the originals and all non-identical copies, whether different from the original by reason of any notation made on such copy or otherwise, including, but not limited to, correspondence, memoranda, e-mails, notes, messages, letters, telegraphs, teletype, telefax bulletins, meetings, or other communications, interoffice and interoffice telephone calls, diaries, chronological data, minutes, books, reports, charts, ledgers, invoices, work-sheets, receipts, returns, computer printouts, prospectuses, financial statements, schedules, affidavits, contracts, cancelled checks, transcripts, statistics, surveys, magazine or newspaper articles, releases (and any and all drafts, alterations and modifications, changes and amendments of any of the foregoing), graphs or aural records or representations of any kind, including without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recordings, motion pictures and electronic, mechanical or electric recordings or representations of any kind (including without limitation, tapes, cassettes, discs and recordings).

11. "Communications" means any oral or written statement, dialogue, colloquy, discussion, conversation and agreement.

12. The term "all documents" means every document or group of documents or communication as above defined known to you, and every such document or communication which can be located or discovered by reasonably diligent efforts.

13. As used herein, the singular and masculine form of noun and pronoun shall embrace, and be read and applied as, the plural or feminine or neuter, as circumstances may make appropriate.

14. Unless otherwise stated, these Requests only pertain to policies and/or contracts entered into in Florida or under Florida law.

15. Unless otherwise stated, the time period for these Requests is from January 1, 1991 through the present.

16. "Preferred Provider Organization" means Community Care Network, Inc. n/k/a CCN Managed Care, Inc., Beach Street Corporation, Medview Services, Inc., Sun Health Plans, and any other entity that has entered into contracts with healthcare providers that reduce the amounts to be paid for Florida personal injury protection benefits claims.

17. If you object to fully identifying a document or oral communication because of a privilege, you must nevertheless provide the following information pursuant to S.D. Fla. L.R. 26.1.G.6.(b), unless divulging the information would disclose the privileged information:

(1) the nature of the privilege claimed (including work product);

(2) if the privilege is being asserted in connection with a claim or defense governed by state law, the state privilege rule being invoked;

(3) the date of the document or oral communication;

(4) if a document: its type (correspondence, memorandum, facsimile etc), custodian, location, and such other information sufficient to identify the document for a subpoena duces tecum or a document request, including where appropriate the author, the addressee, and, if not apparent, the relationship between the author and addressee;

(5) if an oral communication: the place where it was made, the names of the persons present while it was made, and, if not apparent, the relationship of the persons present to the declarant; and

(6) the general subject matter of the document or oral communication.

You are under a continuous obligation to supplement your answers to these interrogatories under the circumstances specified in Fed.R.Civ.P. 26(e).

**REQUESTED DOCUMENTS**

1. Any and all documents pertaining to agreements or contracts between you and any preferred provider organization.

2. Any and all documents pertaining to agreements or contracts between you and any Class Plaintiff.

3. Any and all documents pertaining to agreements or contracts between any preferred provider organization and any Class Plaintiff.

4. Any and all documents pertaining to contracts between any preferred provider organization and any healthcare provider whose bills were reduced by you based on preferred provider organization rates.

5. Any and all documents pertaining to projections, analyses, or other materials relating to your profits, savings, or earnings based upon your agreement with any preferred provider organization or your use of any preferred provider organization's rates.

6. Any and all documents pertaining to any preferred provider organization's provider lists from 1996 to the present.

7. Any and all documents pertaining to Professional Care Provider Agreements (including the exhibits to the contracts) utilized by preferred provider organization from 1996 to the present.

8. Any and all documents pertaining to complaints, formal or informal, made by any preferred provider organization healthcare providers relating to the application of preferred provider organization's rates to personal injury protection benefits medical expense claims.

9. Any and all documents pertaining to manuals, memoranda, files, and other documents which in any way pertain to the policies, procedures, and practices for the review and processing of personal injury protection benefits medical expense claims by you at preferred provider organization's healthcare provider rates.

10. Any and all documents pertaining to summaries or lists of all healthcare providers in Florida that are or were members of the preferred provider organization network.

11. Any and all documents pertaining to a) the names and addresses of healthcare providers whose bills were discounted by you based on preferred provider organization's rates; b) the dates of the discounted payments; c) the amounts of the discounts; d) the amounts paid by you; and e) the compensation received by preferred provider organization as a result of the discounts.

12. Any and all documents utilized by you to determine if a healthcare provider in Florida was or is a member of a preferred provider organization network.

13. Any and all documents utilized by you to determine if a healthcare provider in Florida had or has a direct contract with you pertaining to the amount a healthcare provider will accept for certain services.

14. Any and all documents pertaining to the amount of compensation paid by you to any preferred provider organization pursuant to any agreement between you and any preferred provider organization.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 13th day of May, 2002 upon: all individuals on the attached service list.

Respectfully submitted,

LEE & AMTZIS, P.L.
Co-Counsel for Class Plaintiffs
350 N.W. 12th Ave., Suite 150
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 Fax

By: ____________________
ERIC LEE
Florida Bar No. 961299

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 2510
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**MASTER SERVICE LIST**
**(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)**
(Updated 5/6/02)


**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
lee@leeamlaw.com
Suite 150
350 N.W. 12th Ave.
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 Facsimile

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS,et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile