UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

    Third-Party Defendant.

_____

CHIROPRACTIC CENTRE, INC., on behalf           01-6782
of itself and others similarly situated,

    Plaintiffs,
v.

SUPERIOR INSURANCE COMPANY,

    Defendants.

_____

CHIROPRACTIC CENTRE, INC., on behalf           01-6783
of itself and others similarly situated,

    Plaintiffs,
v.

METROPOLITAN CASUALTY INSURANCE COMPANY,

    Defendant.

_____

## O R D E R

    THIS CAUSE is before the Court on counsel Casey Fundaro's Applications to be Admitted Pro Hac Vice (DE 644 and 645), which were referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Casey Fundaro, Esquire, is hereby permitted to enter a limited appearance for purposes of representing the plaintiffs, **Chiropractic Centre, Inc.**, in this cause.

DONE AND ORDERED at Fort Lauderdale, Florida, this 23rd day of May, 2002.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Ms. Rita Blackburn (MIA)
  Attorney Admissions

---

**Chiropractic Centre, Inc. v. Superior Insurance**          01-6782

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold,
                                  Lawson, Bokor and Fundaro)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
**Casey Fundaro, Esq (P)** P.O.Box 7420, Fort Lauderdale, FL 33338
              (954)462-2833 (O) (954)462-2835 (F)
Alan Nisberg, Esq. (D)

---

**Chiropractic Centre, Inc. v. Metropolitan Casualty**          01-6783

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                  Lawson, Bokor and Fundaro)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Casey Fundaro, Esq. (P)
Marcy Aldrich, Esq. (D and Local Counsel for Lennard)
Jeffrey Lennard, Esq. (D)