UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

| | |
|---|---|
| DR. PAUL ZIDEL, on behalf of himself and others similarly situated, § § § § | |
| Plaintiffs, § | |
| v. § | |
| ALLSTATE INSURANCE COMPANY, § § | |
| Defendant/Third-Party Plaintiff, § | |
| v. § § | NIGHT BOX FILED |
| COMMUNITY CARE NETWORK, INC., doing business as CCN, § § § | MAY 2 1 2002 |
| Third-Party Defendant. § § | CLARENCE MADDOX CLERK, USDC/SDF |

**CCN's Response to Plaintiff's "Emergency Motion for
Clarification of May 13, 2002 Order"**

Defendant, CCN Managed Care, Inc. ("CCN"), files this memorandum in response to Plaintiff's "Emergency Motion for Clarification of May 13, 2002, Order." As set forth below, CCN submits that Plaintiff's proffered interpretation of the order is flawed, and that the order should be construed to allow class certification discovery only in those cases that do not involve an unresolved motion to compel arbitration.

CCN agrees that clarification of the Court's order of May 13, 2002, is warranted. Plaintiff takes the position that the order stays all proceedings except for class certification



discovery, and that class certification discovery is authorized in all cases. Certain of the consolidated Defendants, on the other hand -- noting that the order issues a partial stay "until an order on the motion for class certification and to compel arbitration is entered" -- believe that the order allows class certification discovery only in those cases that do not have arbitration issues pending.

CCN subscribes to the latter view, i.e. that class certification discovery should be allowed only in cases that do not have arbitration issues. This construction is consistent with both the literal terms of the order as well as the case law, which counsels a stay of all proceedings pending resolution of a motion to compel arbitration, and a stay of merits discovery pending resolution of a motion for class certification. See Brandford-Scott Data Corp. v. Physicians Computer Network, Inc., 128 F.3d 504, 506 (7th Cir. 1997)(holding that benefits of arbitration are eroded if parties are required to first litigate and then arbitrate); Suarez-Valdez v. Shearson-Lehman/American Express, Inc., 858 F.2d 648, 649 (11th Cir. 1988)(an enforceable agreement to arbitrate precludes discovery under federal rules); Washington v. Brown & Williamson Tobacco Corp., 959 F.2d 1566, 1570-71 (11th Cir. 1992)(fairness and efficiency can warrant that class-wide merits discovery be postponed until after certification discovery).

In other words, it would make perfect sense to stay all discovery -- pertaining to the merits <u>and</u> class certification -- in those cases where motions to compel arbitration remain pending, since that is what the caselaw counsels. In cases that do not involve arbitration disputes, however, there is no reason why class certification discovery could not proceed. This would protect the rights of those defendants who claim the right to arbitrate instead of litigate,

while at the same time allowing the balance of the cases to move forward to the next logical stage.[1]

Accordingly, CCN respectfully requests that the Court enter an order clarifying its intent as set forth above.

McGuire Woods LLP

By: _____
William W. Deem
Florida Bar No. 0512834
50 North Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone:   (904) 798-3200
Facsimile:   (904) 798-3207
E-mail: wdeem@mcguirewoods.com

Attorneys for CCN Managed Care, Inc.

**Certificate of Service**

I certify that a copy of the foregoing has been furnished by facsimile and U.S. Mail on this 21 day of May, 2002, to all counsel listed on the attached service list.

_____
Attorney

\\COM\139507.1

---

[1] CCN also suggests that it might make sense to invite the parties' comment on a proposed briefing schedule for class certification in those cases that do not involve motions to compel arbitration. In case 00-7692, for example, the Court's order of June 21, 2001, delays indefinitely the date for responding to the class certification motion until a date "to be determined".

**MASTER SERVICE LIST**
(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Amended 5/6/02)

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
elee@leeamlaw.com
350 N.W. 12th Avenue, Suite 150
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 (Facsimile)

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 (Facsimile)

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphilips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 (Facsimile)

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 (Facsimile)

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 (Facsimile)

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 (Facsimile)

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 (Facsimile)

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, FL 32802-1873
(407) 872-7300
(407) 841-2133 (Facsimile)

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 (Facsimile)

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, FL 33131-4336
(305) 539-2495
(305) 536-1116 (Facsimile)

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, FL 33131
(305) 373-4900
(305) 373-6914 (Facsimile)

**Counsel for CCN**

MCGUIRE WOODS LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 (Facsimile)

**Counsel for Nationwide**

FOWLER, WHITE
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 (Facsimile)

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 (Facsimile)

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 (Facsimile)

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (Facsimile)

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (Facsimile)

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934 (Facsimile)

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 (Facsimile)

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 (Facsimile)

SHEA & GARDNER
John D. Aldock, Esq.
jaldock@sheagardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Avenue, N.W.
Washington, DC 20036
(202) 828-2000
(202) 828-2195 (Facsimile)

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Blvd., 2nd Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 (Facsimile)