UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DR. PAUL ZIDEL, on behalf of himself and others similarly situated, | CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW |
| Plaintiffs, | |
| v. | |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| COMMUNITY CARE NETWORK, INC., doing business as CCN, | |
| Third-Party Defendant. | |



| | |
|---|---|
| KEITH BRICKELL, D.C., individually and on behalf of himself and others similarly situated, | 00-6649 |
| Plaintiffs, | |
| v. | |
| PROGRESSIVE EXPRESS INSURANCE COMPANY, PROGRESSIVE CONSUMERS INSURANCE COMPANY, PROGRESSIVE BAYSIDE INSURANCE COMPANY, BEECH STREET CORPORATION, and ADP INTEGRATED MEDICAL SOLUTIONS, INC., | |
| Defendants. | |



| | |
|---|---|
| MARC J. BROWNER, D.C., individually and on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLSTATE INDEMNITY COMPANY, BEECH STREET CORPORATION, and ADP INTEGRATED MEDICAL SOLUTIONS, INC.,<br><br>    Defendants. | 00-7163 |

---

| | |
|---|---|
| SALVATORE D. LARUSSO, D.C., d/b/a Family Chiropractic Center, on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br>LIBERTY MUTUAL INSURANCE and COMMUNITY CARE NETWORK, INC.,<br><br>    Defendants. | 00-7692 |

---

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PROGRESSIVE AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | 01-6776 |

---

```
ULTRA OPEN MRI CORPORATION, on behalf                01-6777
of itself and others similarly situated,

     Plaintiffs,
v.

DEERBROOK INSURANCE COMPANY,

     Defendant.
_____

ULTRA OPEN MRI CORPORATION, on behalf                01-6778
of itself and others similarly situated,

     Plaintiffs,
v.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

     Defendant.
_____

ULTRA OPEN MRI CORPORATION, on behalf                01-6779
of itself and others similarly situated,

     Plaintiffs,
v.

FIDELITY AND CASUALTY COMPANY OF NEW YORK and
THE CONTINENTAL INSURANCE COMPANY,

     Defendants.
_____

ULTRA OPEN MRI CORPORATION, on behalf                01-6780
of itself and others similarly situated,

     Plaintiffs,
v.

INTEGON NATIONAL INSURANCE COMPANY and
INTEGON GENERAL INSURANCE COMPANY,

     Defendants.
_____
```

```
CHIROPRACTIC CENTRE, INC., on behalf                01-6782
of itself and others similarly situated,

     Plaintiffs,
v.

SUPERIOR INSURANCE COMPANY,

     Defendants.
```
---
```
CHIROPRACTIC CENTRE, INC., on behalf                01-6783
of itself and others similarly situated,

     Plaintiffs,
v.

METROPOLITAN CASUALTY INSURANCE COMPANY,

     Defendant.
```
---
```
SALVATORE D. LARUSSO, D.C., d/b/a                   01-8108
Family Chiropractic Center, on behalf
of himself and others similarly situated,

     Plaintiffs,

v.
NATIONWIDE INSURANCE COMPANY OF AMERICA,

     Defendant.
```
---
```
SALVATORE D. LARUSSO, D.C., d/b/a                   01-8110
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

     Plaintiffs,

v.

FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY,

     Defendant.
```

```
SALVATORE D. LARUSSO, D.C., d/b/a                          01-8111
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

        Plaintiffs,

v.
HARTFORD INSURANCE COMPANY OF THE MIDWEST,

        Defendant.
```
---
```
DR. ANDREW ELLOWITZ, et al., on behalf                     01-8549
of himself and all others similarly situated,

        Plaintiffs,

v.

AMERICAN INTERNATIONAL INSURANCE COMPANY, and
AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,

        Defendants.
```
---

### ORDER ON CLASS PLAINTIFFS' EMERGENCY MOTION FOR CLARIFICATION

**THIS CAUSE** is before the Court on the Class Plaintiffs' Emergency Motion for Clarification of May 13, 2002 Order dated May 21, 2002. Having considered the motion and pertinent portions of the record, it is

**ORDERED AND ADJUDGED** that the emergency motion is **GRANTED**. This Court's Order of May 13, 2002, requires that all parties in these consolidated proceedings take part and conclude class certification discovery by July 31, 2002. Further defendants, as agreed, shall submit a proposed two-tiered confidentiality order within fifteen (15) days from the date of this Order.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 21st day of May, 2002.

                                                                    _____
                                                                    WILKIE D. FERGUSON, JR.
                                                                    UNITED STATES DISTRICT JUDGE

copies provided:
all counsel of record