UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

    Third-Party Defendant.



---

KEITH BRICKELL, D.C., individually                    00-6649
and on behalf of himself and others
similarly situated,

    Plaintiffs,

v.

PROGRESSIVE EXPRESS INSURANCE COMPANY,
PROGRESSIVE CONSUMERS INSURANCE COMPANY,
PROGRESSIVE BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

    Defendants.

---

MARC J. BROWNER, D.C., individually                 00-7163
and on behalf of himself and others
similarly situated,

    Plaintiffs,

v.

ALLSTATE INDEMNITY COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

    Defendants.

---

```
SALVATORE D. LARUSSO, D.C., d/b/a                           00-7692
Family Chiropractic Center, on behalf
of himself and others similarly situated,

        Plaintiffs,

v.
LIBERTY MUTUAL INSURANCE and
COMMUNITY CARE NETWORK, INC.,

        Defendants.
_____

ULTRA OPEN MRI CORPORATION, on behalf                       01-6776
of itself and others similarly situated,

        Plaintiffs,

v.

PROGRESSIVE AMERICAN INSURANCE COMPANY,

        Defendant.
_____

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

ULTRA OPEN MRI CORPORATION, on behalf
of itself and others similarly situated,                    01-6777

        Plaintiffs,
v.

DEERBROOK INSURANCE COMPANY,

        Defendant.
_____

ULTRA OPEN MRI CORPORATION, on behalf                       01-6778
of itself and others similarly situated,

        Plaintiffs,
v.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

        Defendant.
_____
```

```
ULTRA OPEN MRI CORPORATION, on behalf                    01-6779
of itself and others similarly situated,

        Plaintiffs,
v.

FIDELITY AND CASUALTY COMPANY OF NEW YORK and
THE CONTINENTAL INSURANCE COMPANY,

        Defendants.
```
---
```
ULTRA OPEN MRI CORPORATION, on behalf                    01-6780
of itself and others similarly situated,

        Plaintiffs,
v.

INTEGON NATIONAL INSURANCE COMPANY and
INTEGON GENERAL INSURANCE COMPANY,

        Defendants.
```
---

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

```
CHIROPRACTIC CENTRE, INC., on behalf                     01-6782
of itself and others similarly situated,

        Plaintiffs,
v.

SUPERIOR INSURANCE COMPANY,

        Defendants.
```
---
```
CHIROPRACTIC CENTRE, INC., on behalf                     01-6783
of itself and others similarly situated,

        Plaintiffs,
v.

METROPOLITAN CASUALTY INSURANCE COMPANY,

        Defendant.
```
---

| | |
|---|---|
| SALVATORE D. LARUSSO, D.C., d/b/a<br>Family Chiropractic Center, on behalf<br>of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br>NATIONWIDE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | 01-8108 |
| SALVATORE D. LARUSSO, D.C., d/b/a<br>FAMILY CHIROPRACTIC CENTER, on behalf<br>of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | 01-8110 |

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

| | |
|---|---|
| SALVATORE D. LARUSSO, D.C., d/b/a<br>FAMILY CHIROPRACTIC CENTER, on behalf<br>of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br>HARTFORD INSURANCE COMPANY OF THE MIDWEST,<br><br>    Defendant. | 01-8111 |
| DR. ANDREW ELLOWITZ, et al., on behalf<br>of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL INSURANCE COMPANY,<br><br>    Defendant. | 01-8549 |

## ORDER ON VARIOUS MOTIONS

THIS CAUSE is before the Court on various motions filed by the parties, which were referred to United States Magistrate Judge Lurana S. Snow.

On May 13, 2002, the Court issued an Order which provides that discovery will proceed only on the issue of class certification until July 31, 2002, and stays the cause until rulings are issued on the motions for class certification and the motions to compel arbitration.

While the Order moots many of the pending motions regarding discovery, several of these motions or responses ask the Court to stay all discovery until the Court enters a confidentiality order with regard to discovery directed to the corporate defendants.

The Court has not entered a confidentiality order in conjunction with the Order providing for a period of class certification discovery. Accordingly, class certification discovery will not be stayed based on the pending motions and responses seeking entry of a confidentiality order prior to any discovery. The instant Order is not a ruling on the motions for entry of a confidentiality order. With the Court being fully advised it is hereby

ORDERED AND ADJUDGED as follows:

1. (6061) Defendant Allstate and Others' Motion for Protective Order and Stay of Discovery (Docket Entry 262) is DENIED AS MOOT in light of the May 13, 2002, Order.

2. (7692) Liberty Mutual's Emergency Motion for Protective Order (Docket Entry 288) is DENIED AS MOOT in light of the May 13, 2002, Order.

3. (6649) Progressive Defendants' Motion for Protective Order (Docket Entry 400) is DENIED AS MOOT in light of the May 13, 2002, Order.

4. (8108) Defendant Nationwide Mutual Insurance Company's Motion for Protective Order (Docket Entry 408) is DENIED AS MOOT in light of the May 13, 2002, Order.

5. (6783) The Chiropractic Centre, Inc.'s Motion to Compel Metropolitan Casualty Insurance Company to Attend Depositions (Docket Entry 422) is DENIED AS MOOT in light of the May 13, 2002, Order.

6. (6649, 6776) Class Plaintiffs' Motion to Compel Progressive Insurance Company Defendants to Attend Depositions and for Sanctions (Docket Entry 423) is DENIED AS MOOT in light of the May 13, 2002, Order.

7. (8108) Plaintiff's Motion to Compel Nationwide Mutual Insurance Company to Attend Depositions (Docket Entry 516) is DENIED AS MOOT in light of the May 13, 2002, Order.

8. (6061) Plaintiff's Motion to Compel Non-Party Gavin Meshad to Attend Deposition (Docket Entry 518) is DENIED AS MOOT in light of the May 13, 2002, Order.

9. (6061) CCN's Motion for Protective Order (Docket Entry 544) is DENIED AS MOOT in light of the May 13, 2002, Order.

10. (8110) Florida Farm Bureau's Renewed Motion for a Stay of Discovery and a Protective Order (Docket Entry 548) is DENIED AS MOOT in light of the May 13, 2002, Order.

DONE AND ORDERED at Fort Lauderdale, Florida, this 22nd day of May, 2002.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to: Attached Consolidated Case Service List

SERVICE LIST

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

**Paul Zidel, et al. v. Allstate Insurance Company v. Community Care**

Eric Lee, Esq. (P)                                                                     00-6061
Douglas Blankman, Esq. (P and Local Cnsl for Phillips, Gold,
                                                          Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
David Shelton, Esq. (D and Third-Party Plaintiff Allstate)
William Deem, Esq. (Third-Party Defendant Comunity Care)
Peter Valeta, Esq. (D and Third-Party Plaintiff Allstate)
Scott Sarason, Esq. (Local Counsel for Valeta)

---

**Keith Brickell, D.C., et al. v. Progressive Express, et al.** 00-6649

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                                         Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Francis Anania, Esq. (D - Progressive Express
                          Progressive Consumers
                          Progressive Bayside)

William Xanttopoulos, Esq. (D - Beech Street Corp. and ADP)
Cornelius Tew, Jr., Esq. (D - Beech Street Corp. and ADP)

---

**Mark Broner, D.C., et al. v. Allstate Indemnity, et al.**    00-7163

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                                         Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
David Shelton, Esq. (D - Allstate)
Peter Valeta, Esq. (D - Allstate)
Scott Sarason, Esq. (Local Counsel for Valeta)
Cornelius Tew, Jr., Esq. (D - Beech Street Corp. and ADP)

**Salvatore Larusso, D.C., et al. v. Liberty Mutual, et al.**   00-7692

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                              Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Nina Kole Brown, Esq. (D - Liberty)
William Deem, Esq. (D - Community Care)

---

**Ultra Open MRI Corp., et al. v. Progressive American**   01-6776

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                              Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Francis Anania, Esq. (D)

---

**Ultra Open MRI Corp., et. al. v. Deerbrook Insurance**   01-6777

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                              Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
David Shelton, Esq. (D)
Peter Valeta, Esq. (D)
Scott Sarason, Esq. (Local Counsel for Valeta)

---

**Ultra Open MRI Corp., et al. v. Prudential Property**   01-6778

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                              Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Lauren Levy, Esq. (D and Local Counsel for Harrison)
Kathleen Maus, Esq. (D and Local Counsel for Aldock and Klein)
John Aldock, Esq. (D)
Michael Isenman, Esq. (D)
Lisa Harrison, Esq. (D)

**Ultra Open MRI Corp., et al. v. Fidelity, et al.**                01-6779

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                                Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
David Shelton, Esq. (D)
Peter Valeta, Esq. (D)
Scott Sarason, Esq. (Local Counsel for Valeta)

---

**Ultra Open MRI Corp., et al. v. Integon, et al.**                01-6780

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                                Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Marcy Aldrich, Esq. (D)

---

**Chiropractic Centre, Inc. v. Superior Insurance**                01-6782

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold,
                                                Lawson, Bokor and Fundaro)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Casey Fundaro, Esq (P)
Alan Nisberg, Esq. (D)

---

**Chiropractic Centre, Inc. v. Metropolitan Casualty**                01-6783

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                                Lawson, Bokor and Fundaro)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Casey Fundaro, Esq. (P)
Marcy Aldrich, Esq. (D and Local Counsel for Lennard)
Jeffrey Lennard, Esq. (D)

---

**Salvatore D. LaRusso, D.C., et al. v. Nationwide**                01-8108

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                               Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Katherine Lake, Esq. (D and Local Counsel for Haggerty)
James Haggerty, Esq. (D)

---

**Salvatore D. LaRusso, D.C. et al. v. Florida Farm Bureau**       01-8110

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                               Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Gregory Baldwin, Esq. (D)

---

**Salvatoare D. LaRusso, D.C. et al., v. Hartford**                01-8111

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                               Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Marcy Aldrich, Esq. (D and Local Counsel for Roin)
Howard Roin, Esq. (D)

---

**Dr. Andrew Ellowitz, et al. v. American Int'l Ins., et al.**    01-8549

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                               Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Dale Friedman, Esq. (D)