UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

    Third-Party Defendant.

_____

KEITH BRICKELL, D.C., individually          00-6649
and on behalf of himself and others
similarly situated,

    Plaintiffs,

v.

PROGRESSIVE EXPRESS INSURANCE COMPANY,
PROGRESSIVE CONSUMERS INSURANCE COMPANY,
PROGRESSIVE BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

    Defendants.

_____

MARC J. BROWNER, D.C., individually         00-7163
and on behalf of himself and others
similarly situated,

    Plaintiffs,

v.

ALLSTATE INDEMNITY COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

    Defendants.

_____

| | |
|---|---|
| SALVATORE D. LARUSSO, D.C., d/b/a<br>Family Chiropractic Center, on behalf<br>of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br>LIBERTY MUTUAL INSURANCE and<br>COMMUNITY CARE NETWORK, INC.,<br><br>    Defendants. | 00-7692 |
| ULTRA OPEN MRI CORPORATION, on behalf<br>of itself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PROGRESSIVE AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | 01-6776 |
| ULTRA OPEN MRI CORPORATION, on behalf<br>of itself and others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>DEERBROOK INSURANCE COMPANY,<br><br>    Defendant. | 01-6777 |
| ULTRA OPEN MRI CORPORATION, on behalf<br>of itself and others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | 01-6778 |

```
ULTRA OPEN MRI CORPORATION, on behalf            01-6779
of itself and others similarly situated,

        Plaintiffs,
v.

FIDELITY AND CASUALTY COMPANY OF NEW YORK and
THE CONTINENTAL INSURANCE COMPANY,

        Defendants.
```
---
```
ULTRA OPEN MRI CORPORATION, on behalf            01-6780
of itself and others similarly situated,

        Plaintiffs,
v.

INTEGON NATIONAL INSURANCE COMPANY and
INTEGON GENERAL INSURANCE COMPANY,

        Defendants.
```
---
```
CHIROPRACTIC CENTRE, INC., on behalf             01-6782
of itself and others similarly situated,

        Plaintiffs,
v.

SUPERIOR INSURANCE COMPANY,

        Defendants.
```
---
```
CHIROPRACTIC CENTRE, INC., on behalf             01-6783
of itself and others similarly situated,

        Plaintiffs,
v.

METROPOLITAN CASUALTY INSURANCE COMPANY,

        Defendant.
```
---

```
SALVATORE D. LARUSSO, D.C., d/b/a                              01-8108
Family Chiropractic Center, on behalf
of himself and others similarly situated,

      Plaintiffs,

v.
NATIONWIDE INSURANCE COMPANY OF AMERICA,

      Defendant.
```
---
```
SALVATORE D. LARUSSO, D.C., d/b/a                              01-8110
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

      Plaintiffs,

v.

FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY,

      Defendant.
```
---
```
SALVATORE D. LARUSSO, D.C., d/b/a                              01-8111
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

      Plaintiffs,

v.
HARTFORD INSURANCE COMPANY OF THE MIDWEST,

      Defendant.
```
---
```
DR. ANDREW ELLOWITZ, et al., on behalf                         01-8549
of himself and all others similarly situated,

      Plaintiffs,

v.

AMERICAN INTERNATIONAL INSURANCE COMPANY, and
AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,

      Defendants.
```
---

## ORDER ON VARIOUS MOTIONS

THIS CAUSE is before the Court on various motions filed by the parties, which were referred to United States Magistrate Judge Lurana S. Snow.

On May 13, 2002, the Court issued an Order which provides that discovery will proceed only on the issue of class certification until July 31, 2002, and stays the cause until rulings are issued on the motions for class certification and the motions to compel arbitration. The order moots many of the outstanding motions. With the Court being fully advised it is hereby

ORDERED AND ADJUDGED as follows:

1. (6061) CCN Managed care, Inc.'s Motion to Preclude Unauthorized Commencement of Merits Discovery (Docket Entry 163) is DENIED AS MOOT, in light of the May 13, 2002, Order.

2. (6061) CCN'S Motion for Expedited Consideration of its Motion to Preclude Unauthorized Commencement of Merits Discovery (Docket Entry 164) is DENIED.

3. (6649) Plaintiff's [Keith Brickell, D.C.] Unopposed Motion for Enlargement of Time to Respond to Motion to Quash (Docket Entry 175) is GRANTED, nunc pro tunc.

4. (6061) CCN's Request for Oral Argument (Docket Entry 190) is DENIED AS MOOT in light of the status conference held January 25, 2002.

5. (6061, 7163, 6777, 6779) Allstate and Other Defendants' Amended Agreed Motion to Extend Time for Filing Responses to Pending Motion for Class Certification) (Docket Entry 192) is GRANTED to the extent that the responses already filed are deemed timely. Supplemental responses shall be filed within 20 days after the class discovery period.

6. (8110) Florida Farm Bureau's Motion to Stay Discovery Pending Ruling on its Motion to Compel Arbitration (Docket Entry 196) is DENIED A MOOT, in light of the May 13, 2002, Order.

7. (8111) Defendant Hartford Insurance Company of the Midwest's Request for Oral Argument (Docket Entry 198) is DENIED AS MOOT in light of the status conference held January 25, 2002.

8. (8108) Defendant Nationwide Mutual Insurance Company's Motion for Status Conference (Docket Entry 207) is GRANTED nunc pro tunc; the status conference was held January 25, 2002.

9. (8111) Defendant's [Hartford Insurance Company] Motion to Stay Discovery and To Stay Time for Responding to Plaintiff's Motion for Class Certification (Docket Entry 212) is GRANTED to the extent that the response filed is deemed timely. The motion to stay discovery is DENIED AS MOOT in light of the May 13, 2002, Order. Supplemental class certification responses shall be filed within 20 days after the class certification period.

10. (8111) Defendant's [Hartford Insurance Company] Motion for Oral Argument (Docket Entry 213) is DENIED.

11. Defendant Allstate and Others' Request for Oral Argument on their Motion for Clarification of Case Management and Scheduling Issues (Docket Entry 220) is DENIED AS MOOT in light of the Status Conference held January 25, 2002.

12. (6649, 7163) Defendants Beech Street Corporation and ADP Integrated Medical Solutions, Inc.'s Motion for Reaffirmation of Orders Staying Merits Discovery (Docket Entry 221) is DENIED AS MOOT, in light of the May 13, 2002, Order.

13. (6061) CCN'S Partially Opposed Motion to Stay Pending Resolution of Arbitration and Class Certification Issues (Docket Entry 227) is DENIED AS MOOT in light of the May 13, 2002, Order.

14. (6061) CCN's Request for Oral Argument in Connection with Motion to Stay Pending Resolution of Arbitration and Class Certification Issues (Docket Entry 228) is DENIED.

15. (6061) CCN's Request for Expedited Treatment of Its Partially Unopposed Motion to Stay Pending Resolution of Arbitration and Class Certification Issues (Docket Entry 229) is DENIED.

16. (8110) Florida Farm Bureau's Motion for Protective Order (Docket Entry 230) is DENIED AS MOOT in light of the May 13, 2002, Order.

17. (6649, 7163) Defendants Beech Street Corporation and ADP Integrated Medical Solutions, Inc.'s Emergency Motion for Protective Order (Docket Entry 237) is DENIED AS MOOT in light of the May 13, 2002, Order.

18. (6649, 7163) Defendants Beech Street Corporation and ADP Integrated's Request for Oral Argument (Docket Entry 238) is DENIED.

19. (6782) Superior's Motion to Stay Discovery [on the merits] (Docket Entry 252) is DENIED AS MOOT in light of the May 13, 2002, Order.

20. (8108) Defendant Nationwide Mutual Insurance Company's Motion to Stay Action (Docket Entry 261) is DENIED AS MOOT in light of the May 13, 2002, Order.

21. (6061, 7163, 6777, 6779) Defendant Allstate and Others' Request for Oral Argument of Their Motion for Protective Order and Stay of Discovery (Docket Entry 263) is DENIED AS MOOT in light of the status conference held January 25, 2002.

22. (6649, 7163) Defendants Beech Street Corporation and ADP Integrated Medical Solutions, Inc.'s Motion for Extension of Time to Serve Responses to Plaintiff's Discovery [until class certification is decided] (Docket Entry 264) is DENIED AS MOOT in light of the May 13, 2002, Order.

23. (6649) Plaintiffs' Third Unopposed Motion for Enlargement of Time to Serve Response to Non-Party Corvel Corporation's Motion to Quash, Motion for Protective Order and

Objections of Non-Party Corvel Corporation to Plaintiff's Rule 45 Subpoena for Inspection and Production of Documents (Docket Entry 284) is GRANTED, nunc pro tunc.

24. (7692) Liberty Mutual's Motion to Stay Discovery Until After This Court Has Ruled on Various Pending Motions and Motion for Protective Order (Docket Entry 285) is DENIED AS MOOT in light of the May 13, 2002, Order.

25. (6061) CCN's Motion for Extension of Time to Respond to Plaintiff's Motion for Class Certification (Docket Entry 286) is GRANTED to the extent that the response shall be filed within 20 days after class certification discovery.

26. (7692) Liberty Mutual's Request for Oral Argument on Its Emergency Motion for Protective Order (Docket Entry 289) is DENIED as moot in light of the status conference held January 25, 2002.

27. (6649, 7163) Defendants Beech Street Corporation and ADP Integrated Medical Solutions, Inc.'s Motion for Extension of Time to Serve Fed.R.Civ.P. 26 Disclosures (Docket Entry 292) is DENIED AS MOOT in light of the May 13, 2002, Order.

28. (6783) Defendant's [Metropolitan Casualty and Insurance Company] Motion for a Protective Order (Docket Entry 311) [pending on a ruling on the motion to compel arbitration] is DENIED AS MOOT in light of the May 13, 2002, Order.

29. (6783) Defendant's Request for Oral Argument (Docket Entry 312) is DENIED AS MOOT in light of the status conference held January 25, 2002.

30. (6780) Defendant's [Integon] Motion for a Protective Order (Docket Entry 313) [pending a ruling on the motion to compel arbitration] is DENIED AS MOOT in light of the May 13, 2002, Order.

31. (6780) Defendant's [Integon] Request for Oral Argument (Docket Entry 314) is DENIED AS MOOT in light of the status conference held January 25, 2002.

32. (8111) Defendant's [Hartford Insurance Company of the Midwest] Motion for a Protective Order (Docket Entry 315) [pending motion to dismiss and class certification issues] is DENIED AS MOOT, in light of the May 13, 2002, Order.

33. (8111) Defendant's [Hartford Insurance Company of the Midwest] Request for Oral Argument (Docket Entry 316) is DENIED AS MOOT in light of the status conference held January 25, 2002.

34. (6782) Superior's Request for Status Conference and Motion for New Case Management and Scheduling Order (Docket Entry 330) is DENIED AS MOOT in light of the May 13, 2002, Order.

35. (6782) Superior's Motion for Clarification of Class Certification Discovery and Response Date (Docket Entry 331) is DENIED AS MOOT in light of the May 13, 2002, Order. The supplemental response to the motion for class certification shall be filed within 20 days after class certification discovery.

36. (6778) Defendant's [Prudential Property and Casualty Insurance Co.] Emergency Motion for Protective Order (Docket Entry 334) [pending decision on motion to compel arbitration] is DENIED AS MOOT in light of the May 13, 2002, Order.

37. (7692) Plaintiff's [Salvatore D. LaRusso, D.C.] Motion to Compel Liberty Mutual to Attend Depositions and for Sanctions (Docket Entry 348) is DENIED AS MOOT in light of the May 13, 2002, Order.

38. (6649, 7163) Defendant's Beech Street Corporation and ADP Integrated Medical Solutions, Inc.'s Motion to Extend Deadline to Respond to Plaintiff's Motions for Class Certification (Docket Entry 357) GRANTED to the extent that the supplemental response shall be filed within 20 days after class certification discovery.

39. Class Plaintiffs Unopposed Motion for Extension of Time to File Motions to Compel (Docket Entry 373) is GRANTED, nunc pro tunc.

40. Class Plaintiffs' Motion to Compel Allstate Insurance Company, Allstate Indemnity Company and Deerbrook Insurance Company to Attend Depositions and for Sanctions (Docket Entry 374) is DENIED as to both requests, in light of the May 13, 200, Order.

41. (6782) Superior Insurance Company's Emergency Motion for Protective Order (Docket Entry 393) [against discovery until a

11

ruling on the motion to dismiss] is DENIED AS MOOT in light of the May 13, 2002, Order.

42. (8110) Florida Farm Bureau's Emergency Request for Rulings on Its Motions for Protective Order and to Stay Discovery (Docket Entry 407) is DENIED AS MOOT.

43. Class Plaintiffs' Motion to Compel Integon National Insurance Company, Integon General Insurance Company and Hartford Insurance Company of the Midwest to Attend Depositions (Docket Entry 410) is DENIED AS MOOT in light of the May 13, 2002, Order.

44. (8111) Hartford Insurance Company of the Midwest's Unopposed Motion for Enlargement of Time (Docket Entry 419) to serve response to the motion to compel attendance at depositions is GRANTED, nunc pro tunc.

45. (6780) Integon National Insurance Company and Integon General Insurance Company's Unopposed Motion for Enlargement of Time (Docket Entry 420) to serve response to motion to compel depositions and serve response to motion for class certification is GRANTED, nunc pro tunc. The supplemental response to the motion for class certification shall be filed within 20 days after class certification discovery.

46. (6783) Metropolitan Casualty Insurance Company's Unopposed Motion for Enlargement of Time (Docket Entry 421) to serve response to motion for class certification is GRANTED, nunc pro tunc. The supplemental response to the motion for class

certification shall be filed within 20 days after class certification discovery.

47. (6061) CCN's Motion to Amend Case Management Calendar and Continue Trial Date (Docket Entry 432) is DENIED AS MOOT in light of the May 13, 2002, Order.

48. (6778) Defendant PruPAC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended Motion for Class Certification (DE 481) is GRANTED. The response shall be filed within 20 days after class certification discovery.

49. CCN's Request for Oral Argument (Docket Entry 492) is DENIED AS MOOT in light of the status conference held January 25, 2002.

50. (6779) Defendants, Fidelity and Casualty Company and Continental Insurance Company's Motion for Extension of Time to Respond to Plaintiff's Amended Motion for Class Certification (Docket Entry 499) is GRANTED, nunc pro tunc. The supplemental response shall be filed within 20 days after class certification discovery.

51. (6777) Defendant Deerbrook's Motion for Extension of Time to Respond to Plaintiff's Amended Motion for Class Certification (Docket Entry 500) is DENIED AS MOOT in light of the May 13, 2002, Order.

52. (6782) Plaintiff's Unopposed Motion for Enlargement of Time to Serve Reply Memorandum of Law in Support of Its Amended

Motion for Class Certification (Docket Entry 511) is GRANTED, nunc pro tunc.

53. (8111) Hartford Insurance Company of the Midwest's Unopposed Motion for Enlargement of Time (Docket Entry 512) [to reply regarding arbitration] is GRANTED, nunc pro tunc.

54. Class Plaintiffs' Second Unopposed Motion for Extension of Time to File Motions to Compel (Docket Entry 513) is GRANTED, nunc pro tunc.

55. (6782) Plaintiff's [Chiropractic Centre, Inc.] Motion to Compel Superior Insurance Company to Attend Depositions (Docket Entry 517) is DENIED AS MOOT in light of the May 13, 2002, Order.

56. (8111) Plaintiff's Motion to Compel Florida Farm Bureau Casualty Insurance Company to Attend Depositions (Docket Entry 519) is DENIED AS MOOT in light of the May 13, 2002, Order.

57. (6649, 7163) Defendants Beech Street Corporation and ADP Integrated Medical Solutions, Inc.'s Motion to Compel Rule 26 Disclosures (Docket Entry 523) is DENIED AS MOOT in light of the May 13, 2002, Order.

58. Plaintiff's Unopposed Motion for Enlargement of Time to Serve Reply Memorandum of Law in Support of Its Amended Motion for Class Certification (Docket Entry 525) is GRANTED, nunc pro tunc.

59. (6782) Plaintiff's Second Unopposed Motion for Enlargement of Time to Serve Reply Memorandum of Law in Support of

Its Amended Motion for Class Certification (Docket Entry 533) is GRANTED, nunc pro tunc.

60. (8108) Defendant's Unopposed Motion for an Enlargement of Time (Docket Entry 549) [to serve response to motion to compel depositions] is GRANTED, nunc pro tunc.

61. (6778) Defendant PruPAC's Unopposed Motion for Extension of Time to Respond to Amended Class Action Complaint (Docket Entry 581) [until after a ruling on the motion to compel arbitration] is DENIED AS MOOT in light of the May 13, 2002, Order.

62. (6778) Defendant PruPAC's Motion for Additional Extension of Time to Respond to Amended Class Action Complaint (Docket Entry 603) is GRANTED, nunc pro tunc.

63. (8549) Defendants' Motion for Enlargement of Time to Serve Response to Plaintiff's Motion for Class Cert (Docket Entry 624) is GRANTED. The response to the motion for class certification shall be filed within 20 days after class certification discovery.

64. (6061, 7163, 6777, 6779) Allstate Insurance Company, Allstate Indemnity Company, Deerbrook Insurance Company, Fidelity and Casualty Company and Continental Insurance Company's Agreed Motion to Extend Time for Serving Reply Memorandum in Support of

Motion To Dismiss Plaintiff's Respective RICO Claims (Docket Entry 660) is GRANTED, nunc pro tunc.

DONE AND ORDERED at Fort Lauderdale, Florida, this 24th day of May, 2002.

*Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to: Attached Full Service List

## SERVICE LIST

### CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

**Paul Zidel, et al. v. Allstate Insurance Company v. Community Care**

Eric Lee, Esq. (P)                                                                 00-6061
Douglas Blankman, Esq. (P and Local Cnsl for Phillips, Gold,
                                                    Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
David Shelton, Esq. (D and Third-Party Plaintiff Allstate)
William Deem, Esq. (Third-Party Defendant Comunity Care)
Peter Valeta, Esq. (D and Third-Party Plaintiff Allstate)
Scott Sarason, Esq. (Local Counsel for Valeta)

---

**Keith Brickell, D.C., et al. v. Progressive Express, et al.** 00-6649

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                                    Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Francis Anania, Esq. (D - Progressive Express
                          Progressive Consumers
                          Progressive Bayside)

William Xanttopoulos, Esq. (D - Beech Street Corp. and ADP)
Cornelius Tew, Jr., Esq. (D - Beech Street Corp. and ADP)

---

**Mark Broner, D.C., et al. v. Allstate Indemnity, et al.**    00-7163

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                                    Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
David Shelton, Esq. (D - Allstate)
Peter Valeta, Esq. (D - Allstate)
Scott Sarason, Esq. (Local Counsel for Valeta)
Cornelius Tew, Jr., Esq. (D - Beech Street Corp. and ADP)

<u>Salvatore Larusso, D.C., et al. v. Liberty Mutual, et al.</u>    00-7692

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                                    Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Nina Kole Brown, Esq. (D - Liberty)
William Deem, Esq. (D - Community Care)

---

<u>Ultra Open MRI Corp., et al. v. Progressive American</u>    01-6776

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                                    Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Francis Anania, Esq. (D)

---

<u>Ultra Open MRI Corp., et. al. v. Deerbrook Insurance</u>    01-6777

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                                    Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
David Shelton, Esq. (D)
Peter Valeta, Esq. (D)
Scott Sarason, Esq. (Local Counsel for Valeta)

---

<u>Ultra Open MRI Corp., et al. v. Prudential Property</u>    01-6778

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                                    Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Lauren Levy, Esq. (D and Local Counsel for Harrison)
Kathleen Maus, Esq. (D and Local Counsel for Aldock and Klein)
John Aldock, Esq. (D)
Michael Isenman, Esq. (D)
Lisa Harrison, Esq. (D)

<u>**Ultra Open MRI Corp., et al. v. Fidelity, et al.**</u>　　　　　01-6779

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
　　　　　　　　　　　　　　　　　　　　　　Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
David Shelton, Esq. (D)
Peter Valeta, Esq. (D)
Scott Sarason, Esq. (Local Counsel for Valeta)

<u>**Ultra Open MRI Corp., et al. v. Integon, et al.**</u>　　　　　01-6780

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
　　　　　　　　　　　　　　　　　　　　　　Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Marcy Aldrich, Esq. (D)

<u>**Chiropractic Centre, Inc. v. Superior Insurance**</u>　　　　01-6782

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold,
　　　　　　　　　　　　　　　　　　　　　　Lawson, Bokor and Fundaro)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Casey Fundaro, Esq (P)
Alan Nisberg, Esq. (D)

<u>**Chiropractic Centre, Inc. v. Metropolitan Casualty**</u>　　　01-6783

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
　　　　　　　　　　　　　　　　　　　　　　Lawson, Bokor and Fundaro)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Casey Fundaro, Esq. (P)
Marcy Aldrich, Esq. (D and Local Counsel for Lennard)
Jeffrey Lennard, Esq. (D)

**Salvatore D. LaRusso, D.C., et al. v. Nationwide**          01-8108

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                                Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Katherine Lake, Esq. (D and Local Counsel for Haggerty)
James Haggerty, Esq. (D)

---

**Salvatore D. LaRusso, D.C. et al. v. Florida Farm Bureau**   01-8110

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                                Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Gregory Baldwin, Esq. (D)

---

**Salvatoare D. LaRusso, D.C. et al., v. Hartford**            01-8111

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                                Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Marcy Aldrich, Esq. (D and Local Counsel for Roin)
Howard Roin, Esq. (D)

---

**Dr. Andrew Ellowitz, et al. v. American Int'l Ins., et al.**  01-8549

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                                Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Dale Friedman, Esq. (D)