UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

     Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

     Defendants.

_____/

THE CHIROPRACTIC CENTRE, INC.,                01-6782
On behalf of itself and all others
similarly situated,

     Plaintiff,

vs.

SUPERIOR INSURANCE COMPANY,

     Defendant.

_____/

**JOINT AGREED MOTION TO REMOVE DEFENDANT SUPERIOR INSURANCE
COMPANY FROM CONSOLIDATED PROCEEDINGS
AND REQUEST FOR STATUS CONFERENCE**

PLEASE TAKE NOTICE that Plaintiff THE CHIROPRACTIC CENTRE, INC., on behalf of

itself and all others similarly situated ("TCCI"), and Defendant SUPERIOR INSURANCE

COMPANY ("SUPERIOR") by their respective undersigned counsel, hereby move this Court for the

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW



CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

entry of an Order removing Case No. 01-6782 from the Consolidated proceedings and scheduling a

brief status conference based upon the following grounds:

1.      On September 28, 2001, this Court entered an Order consolidating the proceedings

against SUPERIOR with the other pending PPO class action matters.

2.      SUPERIOR has challenged Plaintiffs' Complaint on jurisdictional grounds, and does

not waive this defense.   Nonetheless, TCCI and SUPERIOR have been engaged in extensive

settlement discussions and a settlement is likely.

3.      In order to complete the settlement, counsel for TCCI must conduct certain discovery

in order to verify information provided by SUPERIOR and to obtain additional information from

third parties to perform due diligence on behalf of the class as to the advisability of a settlement.

4.      Since there are a number of motions pending that relate to TCCI and SUPERIOR in

the consolidated proceedings and since this Court recently entered an Order that requires class

discovery to proceed, the parties desire to remove SUPERIOR from the consolidated proceedings so

that the parties can concentrate on finalizing the settlement issues and to allow the parties to avoid

taking part in the extensive class discovery in the consolidated proceedings.

5.      The parties request a brief status conference to further advise this Court of the status

of this matter and to explain why removing SUPERIOR from the consolidated action is appropriate.

The parties suggest that 15 minutes is sufficient time to address these issues and counsel for

SUPERIOR can appear by telephone.

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

2

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

WHEREFORE, Plaintiff THE CHIROPRACTIC CENTRE, INC., on behalf of itself and all others similarly situated and Defendant SUPERIOR INSURANCE COMPANY, respectfully request that this Court enter an Order removing Case No. 01-6782 from the consolidated proceedings, scheduling a brief status conference, and for such other and further relief as this Court may deem just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 28th day of May, 2002 upon: all individuals on the attached service list.

Respectfully submitted,                          Respectfully submitted,

LEE & AMTZIS, P.L.                               BUTLER BURNETTE PAPPAS
Co-Counsel for Class Plaintiffs                  Counsel for Superior Insurance Company
350 N.W. 12th Ave., Suite 150                         6200 Courtney Campbell Causeway,
Suite 1100
Deerfield Beach, FL 33442                         Tampa, FL 33607
(561) 981-9988                                    (813) 281-1900
(561) 981-9980 Fax                                (813) 281-0900 Facsimile


By:_____                     By:_____
    ERIC LEE                                          ALAN J. NISBERG
    Florida Bar No. 961299                            Florida Bar No. 961639

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

WHEREFORE, Plaintiff THE CHIROPRACTIC CENTRE, INC., on behalf of itself and all

others similarly situated and Defendant SUPERIOR INSURANCE COMPANY, respectfully request

that this Court enter an Order removing Case No. 01-6782 from the consolidated proceedings,

scheduling a brief status conference, and for such other and further relief as this Court may deem just

and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

mail on May _____, 2002 upon: all individuals on the attached service list.

Respectfully submitted,                         Respectfully submitted,

LEE & AMTZIS, P.L.                              BUTLER BURNETTE PAPPAS
Co-Counsel for Class Plaintiffs                 Counsel for Superior Insurance Company
350 N.W. 12th Ave., Suite 150                   6200 Courtney Campbell Causeway, Suite 1100
Deerfield Beach, FL 33442                       Tampa, FL 33607
(561) 981-9988                                  (813) 281-1900
(561) 981-9980 Fax                              (813) 281-0900 Facsimile


By:_____                    By:_____
    ERIC LEE                                         ALAN J. NISBERG        5/28/02
    Florida Bar No. 961299                           Florida Bar No. 961639


LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899  Facsimile

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

4

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 5/6/02)

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
lee@leeamlaw.com
Suite 150
350 N.W. 12th Ave.
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 Facsimile

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile
**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.

John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.