UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

     Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

     Defendants.

_____/



## NOTICE OF TAKING RULE 30(b)(6) DEPOSITIONS OF CORPORATE REPRESENTATIVES ON CLASS DISCOVERY ISSUES

TO:    ALL COUNSEL ON THE ATTACHED SERVICE LIST

     PLEASE TAKE NOTICE that the undersigned attorneys will take the depositions of the corporate representatives designated under Federal Rule of Civil Procedure 30(b)(6) with the most knowledge of:

1. PIP claim document retention policies of Florida PIP claims.

2. Computerized database information relating to Florida PIP claims.

3. The ability to generate, create, or run reports of PPO reductions applied to healthcare provider bills with relation to Florida PIP claims.

4. The ability to generate, create, or run reports for specific information relating to PPO reductions applied to Florida PPI claims.

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

5.   The policies, procedures, and practices for processing PIP claims in Florida when PPO discounts are applied.

6.   All facts which you intend to utilize in opposition to Class Plaintiff's Motion for Class Certification.

7.   The number, geographic area, and status of claims, complaints, and demands against you relating to PPO reductions in Florida. The information sought is limited to payments made under Florida Automobile Insurance policies.

| NAME | DATE AND TIME | PLACE |
|------|---------------|-------|
| ALLSTATE INSURANCE COMPANY | 07/10/02 9:00 a.m. | Gold & Coulson<br>11 S. LaSalle Street<br>Suite 2500<br>Chicago, IL 60603 |
| ALLSTATE INDEMNITY COMPANY | 07/10/02 11:00 a.m. | Gold & Coulson<br>11 S. LaSalle Street<br>Suite 2500<br>Chicago, IL 60603 |
| COMMUNITY CARE NETWORK, INC. | 07/15/02 9:00 a.m. | Veritext California<br>402 West Broadway<br>4th Floor<br>San Diego, CA 92101 |
| PROGRESSIVE EXPRESS INSURANCE COMPANY | 06/17/02 9:00 a.m. | Michael Musetta & Assoc.<br>1 Tampa City Circle<br>201 N. Franklin Street<br>Suite 2880<br>Tampa, FL 33602 |

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

2

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

| | | |
|---|---|---|
| PROGRESSIVE CONSUMERS INSURANCE COMPANY | 06/17/02 9:00 a.m. | Michael Musetta & Assoc. 1 Tampa City Circle 201 N. Franklin Street Suite 2880 Tampa, FL 33602 |
| PROGRESSIVE BAYSIDE INSURANCE COMPANY | 06/17/02 9:00 a.m. | Michael Musetta & Assoc. 1 Tampa City Circle 201 N. Franklin Street Suite 2880 Tampa, FL 33602 |
| PROGRESSIVE AMERICAN INSURANCE COMPANY | 06/17/02  9:00 a.m. | Michael Musetta & Assoc. 1 Tampa City Circle 201 N. Franklin Street Suite 2880 Tampa, FL 33602 |
| BEECH STREET CORPORATION | 07/15/02 11:00 a.m. | Veritext California 402 West Broadway 4th Floor San Diego, CA  92101 |
| ADP INTEGRATED MEDICAL SOLUTIONS, INC. | 06/28/02 9:00 a.m. | Kopelman & Blankman, P.A. Bank of America Tower Suite 2510 One Financial Plaza Ft.  Lauderdale, FL  33394 |
| LIBERTY MUTUAL INSURANCE COMPANY | 07/17/02 9:00 a.m. | Reporting Associates 10 Dorrance Street Providence, RI  02903 |
| DEERBROOK INSURANCE COMPANY | 07/10/02 2:00 p.m. | Gold & Coulson 11 S. LaSalle Street Suite 2500 Chicago, IL 60603 |

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

| | | |
|---|---|---|
| PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY | 07/24/02 9:00 a.m. | Kopelman & Blankman, P.A.<br>Bank of America Tower<br>Suite 2510<br>One Financial Plaza<br>Ft. Lauderdale, FL 33394 |
| FIDELITY AND CASUALTY COMPANY OF NEW YORK | 07/11/02 1:00 p.m. | Gold & Coulson<br>11 S. LaSalle Street<br>Suite 2500<br>Chicago, IL 60603 |
| THE CONTINENTAL INSURANCE COMPANY | 07/11/02 9:00 a.m. | Gold & Coulson<br>11 S. LaSalle Street<br>Suite 2500<br>Chicago, IL 60603 |
| INTEGON NATIONAL INSURANCE COMPANY | 07/09/02 9:00 a.m. | Spherion Court Reporting<br>200 West 2nd Street<br>Winston Salem, NC 27101 |
| INTEGON GENERAL INSURANCE COMPANY | 07/09/02 1:00 p.m. | Spherion Court Reporting<br>200 West 2nd Street<br>Winston Salem, NC 27101 |
| METROPOLITAN CASUALTY INSURANCE COMPANY | 06/26/02 10:00 a.m. | Reporting Associates<br>10 Dorrance Street<br>Suite 220<br>Providence, RI 02903 |
| NATIONWIDE MUTUAL INSURANCE COMPANY | 07/12/02 10:00 a.m. | Armstrong & Okey, Inc.<br>326 South High Street<br>Annex<br>Columbus, OH 43215 |
| FLORIDA FARM BUREAU INSURANCE COMPANY | 06/25/02 11:00 a.m. | Van Landingham,<br>Durscher, et al.<br>201 S.E. 2nd Avenue<br>Gainesville, FL 32601 |

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

| | | |
|---|---|---|
| HARTFORD INSURANCE<br>COMPANY OF<br>THE MIDWEST | 06/26/02 2:00 p.m. | Cunningham Group<br>Reporting<br>10 Dorrance Street<br>Suite 220<br>Providence, RI  02903 |
| AMERICAN INTERNATIONAL<br>INSURANCE COMPANY | 06/28/02 3:00 p.m. | Kopelman & Blankman, P.A.<br>Bank of America Tower<br>Suite 2510<br>One Financial Plaza<br>Ft. Lauderdale, FL  33394 |

upon oral examination before a court reporter, notary public, or any other officer authorized by law to take depositions.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by e-mail and mail on June 3, 2002 upon: all individuals on the attached service list.

Respectfully submitted,

LEE & AMTZIS, P.L.
Co-Counsel for Class Plaintiffs
350 N.W. 12th Ave., Suite 150
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 Fax

By: _____
ERIC LEE
Florida Bar No. 961299

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

5

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 2510
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 (facsimile

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

6

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 5/6/02)

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
lee@lecamlaw.com
Suite 150
350 N.W. 12th Ave.
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 Facsimile

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL  32202
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY,  SIMBERG,  GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

**Counsel for Prudential**

**Counsel for:**