UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself
and others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.
doing business as CCN,

    Third-Party Defendant.

---

ULTRA OPEN MRI CORPORATION, et al., on behalf           01-6778
of itself and others similarly situated,

    Plaintiffs,

v.

PRUDENTIAL PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendant.

---

### EMERGENCY MOTION
### FOR PROTECTIVE ORDER
### OF DEFENDANT PRUDENTIAL PROPERTY
### AND CASUALTY INSURANCE COMPANY

Subject to and without waiving its right to arbitrate this dispute, and pursuant to

Fed.R.Civ.Proc. 26(c), Defendant Prudential Property and Casualty Insurance Company



("PruPAC") hereby respectfully moves for an order that discovery not be had as to PruPAC until the issue of whether PruPAC is entitled to a stay pending appeal has been resolved. Requiring PruPAC to participate in discovery while its appeal to the Eleventh Circuit is pending is flatly contrary to the Federal Arbitration Act, 9 U.S.C. § 1 et seq., and binding precedent.

On May 29, 2002, PruPAC filed an Emergency Motion for Stay Pending Appeal. PruPAC has requested Plaintiffs to hold any purported discovery obligations in abeyance pending resolution of that Emergency Motion, but Plaintiffs have declined. Accordingly, as a protective measure, PruPAC now files this motion. Because of impending discovery deadlines of June 12 and June 19, PruPAC respectfully requests expedited consideration.

In support hereof, PruPAC relies on the following memorandum of law and on its Emergency Motion for Stay Pending Appeal, which is hereby incorporated by reference.

**MEMORANDUM**

1. On May 24, 2002, pursuant to 9 U.S.C. § 16(a)(1)(A), PruPAC filed a notice of appeal (D.E. 684 in No. 00-6061, deemed filed in the Court's docket as of May 28, 2002), which appealed the Court's denial of PruPAC's motion to stay proceedings (D.E. 17 in No. 01-6778) pursuant to Section 3 of the Federal Arbitration Act, 9 U.S.C. § 3.

2. PruPAC's appeal pursuant to 9 U.S.C. § 16(a)(1)(A) divests this Court of "'its control over those aspects of the case involved in the appeal.'" *Baron* v. *Best Buy Co.*, 79 F. Supp. 2d 1350, 1353 (S.D.Fla. 1999) (citation omitted). Therefore, "a stay is required" of "[a]ll matters in this case," including discovery. *Id.* at 1353, 1356 (citation omitted); see also *Bradford-Scott Data Corp.* v. *Physician Computer Network, Inc.*, 128 F.3d 504 (7th Cir. 1997). Accordingly, on May 29, 2002, PruPAC filed an Emergency Motion for Stay Pending Appeal (D.E. 692 in No.

00-6061).

3. Plaintiffs have served Requests for Production of Documents, Interrogatories, and Requests for Admissions on PruPAC. Responses to the Requests for Production of Documents and Interrogatories are purportedly due on June 12, 2002, and responses to the Requests for Admissions are purportedly due on June 19, 2002. These impending deadlines require immediate relief, and PruPAC accordingly respectfully requests expedited consideration of this Emergency Motion for Protective Order.

4. For the reasons explained in the Emergency Motion for Stay Pending Appeal, PruPAC respectfully requests that the Court enter a protective order that discovery not be had as to PruPAC until the issue of whether PruPAC is entitled to a stay pending appeal has been resolved.

5. Pursuant to Local Rule 26.1(I), PruPAC asked counsel for Plaintiffs to consent to the entry of this protective order. Counsel for Plaintiffs declined. PruPAC also asked counsel for Plaintiffs if Plaintiffs would agree to defer enforcing any discovery obligations that Plaintiffs contend PruPAC owes until a reasonable time after briefing on PruPAC's Emergency Motion for Stay Pending Appeal was complete, in order to give the Court an opportunity to rule on that Emergency Motion and avoid burdening the Court with unnecessary filings. Plaintiffs' counsel refused to do so, and requested that PruPAC file its motion for protective order now. Accordingly, PruPAC is filing this Emergency Motion for Protective Order because it has been unable to resolve the issues raised in this motion with counsel for Plaintiffs.

## **CONCLUSION**

For the foregoing reasons, PruPAC respectfully requests that the Court enter a protective order that discovery not be had as to PruPAC until the issue of whether PruPAC is entitled to a

- 4 -

stay pending appeal has been resolved.

Respectfully submitted,

Kathy J. Maus (Bar No. 896330)
Lauren D. Levy (Bar No. 0116490)
BUTLER BURNETTE PAPPAS
3520 Thomasville Road, Suite 102
Tallahassee, Florida 32308
(850) 894-4111
Fax (850) 894-4999

John D. Aldock
Michael K. Isenman
Lisa M. Harrison
SHEA & GARDNER
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036
(202) 828-2000
Fax (202) 828-2195

Dated: June 5, 2002

## Request for Oral Argument

PruPAC believes that oral argument would be helpful to the Court because the procedural posture of the case is complex and disputed. Oral argument would help flesh out the status of the case as well as the importance of obtaining an immediate protective order. Given the emergency nature of this motion, PruPAC hereby requests oral argument on this motion by means of a telephone conference. PruPAC estimates that the time required for oral argument would be ten minutes for each side.

_____
Lauren D. Levy, Esq.

## Certificate of Counsel

Pursuant to Local Rule 26.1(I), I hereby certify that counsel for PruPAC conferred with Eric Lee, Esq., counsel for Plaintiffs, in a good faith effort to resolve the issues raised in this Emergency Motion for Protective Order, but has been unable to do so.

_____
Lauren D. Levy, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the foregoing Emergency Motion for Protective Order of Defendant Prudential Property and Casualty Insurance Company, Request for Oral Argument, Certificate of Counsel pursuant to Local Rule 26.1(I), and proposed order to be served upon the counsel in the accompanying service list by U.S. Mail, postage prepaid, on June 5, 2002, and also to Eric Lee, co-lead counsel for Plaintiffs, via facsimile at (561) 981-9980.

_____
Lauren D. Levy, Esq.

- 2 -

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 5/6/02)

| Co-Lead Counsel for Plaintiffs | Co-Counsel for Plaintiffs | Counsel for Beech Street and ADP |
|---|---|---|
| LEE & AMTZIS, P.L.<br>Eric Lee, Esq.<br>elee@leeamlaw.com<br>Suite 150<br>350 N.W. 12th Ave.<br>Deerfield Beach, FL 33442<br>(561) 981-9988<br>(561) 981-9980 Facsimile<br><br>GOLD & COULSON<br>Arthur S. Gold, Esq.<br>asg@gcjustice.com<br>11 S. LaSalle Street, Suite 2500<br>Chicago, IL 60603<br>(312) 372-0777<br>(312) 372-0778 Facsimile<br><br>PHILLIPS & GARCIA<br>Andrew Garcia, Esq.<br>agarcia@phillipsgarcia.com<br>Carlin Phillips, Esq.<br>cphillips@phillipsgarcia.com<br>Attorneys at Law<br>13 Ventura Drive<br>North Darthmouth, MA 02747<br>(508) 998-0800<br>(508) 998-0919 Facsimile<br><br>KOPELMAN & BLANKMAN, P.A<br>Larry Kopelman, Esq.<br>Douglas Blankman, Esq.<br>dblan2155@aol.com<br>Bank of America Tower<br>One Financial Plaza<br>Suite 2510<br>Fort Lauderdale, FL 33394<br>(954) 462-6855<br>(954) 462-6899 Facsimile | Susan L. Lawson, Esq.<br>personalinjurylawyer@earthlink.net<br>230 East Davis Boulevard, Suite 200<br>Tampa, FL 33606<br>(813) 251-8879<br>(813) 251-5786 Facsimile<br><br>RICHARD BOKOR, P.A.<br>Richard Bokor, Esq.<br>rabokor1@tampabay.rr.com<br>230 East Davis Boulevard<br>Tampa, FL 33606<br>(813) 251-1000<br>(813) 254-6327 Facsimile<br><br>Casey Fundaro, Esq.<br>fundaro@aol.com<br>P.O. Box 7420<br>Fort Lauderdale, FL 33338-7420<br>(954) 462-2833<br>(954) 462-2835 Facsimile<br><br>**Counsel for:**<br>**Allstate, Fidelity and Casualty,**<br>**Continental, Deerbrook**<br><br>RUMBERGER, KIRK & CALDWELL<br>David B. Shelton, Esq.<br>dshelton@rumberger.com<br>Signature Plaza, Suite 300<br>201 South Orange Avenue (32801)<br>Post Office Box 1873<br>Orlando, Florida 32802-1873<br>(407) 872-7300<br>(407) 841-2133 Facsimile<br><br>ROSS & HARDIES<br>Peter J. Valeta, Esq.<br>peter.valeta@rosshardies.com<br>150 N. Michigan Avenue, Suite 2500<br>Chicago, IL 60601<br>(312) 750-3619<br>(312) 920-7241 Facsimile | TEW, CARDENAS, et al.<br>John M. Quaranta, Esq.<br>(305) 539-2495<br>jmq@tewlaw.com<br>Miami Center, 26th Floor<br>201 S. Biscayne Boulevard<br>Miami, Florida 33131-4336<br>(305) 536-1116 Facsimile<br><br>**Counsel for Progressive**<br><br>ANANIA, BANDKLAYDER, et al.<br>Francis Anania, Esq.<br>fanania@anania-law.com<br>Donald A. Blackwell, Esq.<br>dblackwell@Anania-law.com<br>NationsBank Tower, Suite 4300<br>100 Southeast Second Street<br>Miami, Florida 33131<br>(305) 373-4900<br>(305) 373-6914 Facsimile<br><br>**Counsel for CCN**<br><br>MCGUIRE WOODS, LLP<br>William W. Deem, Esq.<br>wdeem@mcguirewoods.com<br>3300 Bank of America Tower<br>50 North Laura Street<br>Jacksonville, FL 32202<br>(904) 798-3200<br>(904) 798-3207 Facsimile |

- 3 -

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL, DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile


**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile