UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-FERGUSON



DR. PAUL ZIDEL, on behalf of
himself and all others similarly
situated,
        Plaintiffs

        VS.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CNN
        Defendants


DR. ANDREW ELLOWITZ, on behalf of
himself and all others similarly
situated,
        Plaintiffs

        VS.

AMERICAN INTERNATIONAL
INSURANCE COMPANY,

        Defendants


- - -

STATUS CONFERENCE

HELD JANUARY 25, 2002

BEFORE THE HONORABLE WILKIE D. FERGUSON

UNITED STATES DISTRICT JUDGE

- - -


REPORTED BY:
PATRICIA SANDERS, RPR

Proceedings recorded by mechanical stenography, transcript
produced by computer aided transcription.

PATRICIA W. SANDERS, OFFICIAL COURT REPORTER
(305) 523-5654

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE