IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

**Consolidated Case No. 00-6061-CIV-Ferguson/Snow**

DR. PAUL ZIDEL

Plaintiff,
v.

ALLSTATE INSURANCE COMPANY

Defendant/Third-Party Plaintiff,
v.

COMMUNITY CARE NETWORK, INC.,

Third-Party Defendant.
_____/

ULTRA OPEN MRI CORPORATION,
on behalf of itself and all others
similarly situated,

Plaintiff,
v.

INTEGON NATIONAL INSURANCE
COMPANY and INTEGON GENERAL
INSURANCE COMPANY,

Defendants.
_____/

CASE NO. 01-6780

NIGHT BOX FILED
JUN 1 2 2002
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

# INTEGON'S EMERGENCY MOTION
# FOR PROTECTIVE ORDER
# AND SUPPORTING MEMORANDUM

Pursuant to Federal Rule of Civil Procedure 26(c), Defendants Integon National Insurance Company and Integon General Insurance Company (collectively,



{MI804795;1}

Consolidated Case No. 00-6061-CIV-Ferguson

"Integon") move for a protective order that discovery be stayed until the issue of whether Integon is entitled to a stay pending appeal has been resolved. Because of impending discovery deadlines, Integon requests expedited consideration of this emergency motion. As grounds for its emergency motion, Integon states:

1. On June 7, 2002, pursuant to the Federal Arbitration Act, 9 U.S.C. § 16(a)(1)(A), Integon filed a notice of appeal seeking review of this Court's denial of Integon's motion to stay proceedings.

2. Integon's appeal "'divests the district court of its control over those aspects of the case involved in the appeal.'" Baron v. Best Buy Co., 79 F. Supp. 2d 1350, 1353 (S.D. Fla. 1999) (citation omitted). The Court "'retains only the authority to act in aid of the appeal.'" Id. As a result, Integon's appeal requires an immediate stay of proceedings in this Court involving Integon. Id. at 1350.

3. Plaintiffs have served Requests for Production of Documents, Interrogatories and Requests for Admissions on Integon. Responses to the Requests for Production of Documents and Interrogatories are purportedly due on June 17, 2002, and responses to the Requests for Admissions are purportedly due on June 22, 2002. Plaintiffs also have proposed depositions for June and July 2002.

4. Pursuant to Local Rule 26.1(I), Integon asked counsel for Plaintiffs to delay all discovery related to Integon pending resolution of its appeal. Plaintiffs' counsel has refused to consent to this request. Accordingly, Integon is filing this emergency motion because it has been unable to resolve the issues raised in this motion with Plaintiffs' counsel.

Consolidated Case No. 00-6061-CIV-Ferguson

## CONCLUSION

For these reasons, Integon requests that the Court enter a protective order staying all proceedings with respect to Integon until its appeal has been resolved.

Respectfully submitted,

AKERMAN, SENTERFITT & EIDSON, P.A.
Counsel for Integon Defendants
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131-1704
Telephone:  305-374-5600
Telefax:     305-374-5095

*Nancy Chewite*
Marcy Levine Aldrich
    Florida Bar No. 968447
George Volsky
    Florida Bar No. 203092
Eric A. Greenwald
    Florida Bar No. 543691

## CERTIFICATE OF COUNSEL

Pursuant to Local Rule 26.1(I), I hereby certify that counsel for Integon conferred with Eric Lee, counsel for Plaintiffs, in a good faith effort to resolve the issues raised in this Emergency Motion for Protective Order, but has been unable to do so.

*Nancy Chewite*
Marcy L. Aldrich

Consolidated Case No. 00-6061-CIV-Ferguson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was mailed to all persons on the attached Service List this 12th day of June 2002.

_Nancy Thuaite_
Attorney

# SERVICE LIST
*Ultra Open MRI Corporation v. Integon National Insurance Company and Integon General Insurance Company*
(Case Nos. 00-6061 and 01-6780-CIV-FERGUSON/SNOW) (S.D. Fla.)

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
elee@leeamlaw.com
Suite 150
350 N.W. 12th Ave.
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 Facsimile

**Counsel for:**
**Allstate, Fidelity and Casualty, Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

{MI800175;1}

## SERVICE LIST
*Ultra Open MRI Corporation v. Integon National Insurance Company and Integon General Insurance Company*
(Case Nos. 00-6061 and 01-6780-CIV-FERGUSON/SNOW) (S.D. Fla.)

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

{MI800175;1}