

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

DR. PAUL ZIDEL, on behalf of
himself and all others similarly
situated,
  Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,
  Defendants.
_____/

SALVATORE D. LARUSSO, D.C.,
d/b/a FAMILY CHIROPRACTIC
CENTER, on behalf of himself and all
others similarly situated,
  Plaintiff,

v.

NATIONWIDE MUTUAL INSURANCE
COMPANY,
  Defendant.
_____/

CASE NO. 00-06061-CIV-Ferguson/Snow
(Lead Case in Consolidated Matter)

NIGHT BOX
FILED

JUN 11 2002

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

CASE NO: 01-8108-CV-Ferguson/Snow

### NOTICE OF APPEAL

  Defendant, Nationwide Mutual Insurance Company, pursuant to FRAP 4 and 9 U.S.C. §16, appeals to the United States Court of Appeals for the Eleventh Circuit, the orders of this Court entered on May 13, 2002 ("Order Staying Causes Pending Ruling on Motions for Class Certification and to Compel Arbitration and Limiting Discovery to Class Certification")(Exh. A) and May 21, 2002 ("Order on Class Plaintiffs' Emergency Motion for Clarification")(Exh. B). The nature of the orders are ones that deny, in part, Defendant's motion to stay litigation pending arbitration pursuant to 9 U.S.C. §3.



Respectfully submitted,

FOWLER WHITE BOGGS BANKER, P.A.
501 East Kennedy Boulevard, Suite 1700
Post Office Box 1438
Tampa, Florida 33601
813/228-7411
813/229-8313 (telecopier)
Attorneys for Defendant Nationwide
  Mutual Insurance Company

*Katherine C Lake*
_____
W. Donald Cox, FBN 096535
Hala A. Sandridge, FBN 0454362
Katherine C. Lake, FBN 066941

and

James C. Haggerty
Swartz, Campbell & Detweiler
1601 Market Street, 34th Floor
Philadelphia, PA 19103
215/564-5190
215/299-4301 (telecopier)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U.S. Mail to all the persons on the attached service list on the 11th day of June, 2002.

*Katherine C Lake*
_____
Attorney

2

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 5/6/02)

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
elee@leeamlaw.com
Suite 150
350 N.W. 12th Ave.
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 Facsimile

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS,et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL  32202
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL
DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Rebecca Sak, Esq.
rasak@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DR. PAUL ZIDEL, on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>COMMUNITY CARE NETWORK, INC., doing business as CCN,<br><br>    Third-Party Defendant. | CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW<br><br> |
| KEITH BRICKELL, D.C., individually and on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PROGRESSIVE EXPRESS INSURANCE COMPANY,<br>PROGRESSIVE CONSUMERS INSURANCE COMPANY,<br>PROGRESSIVE BAYSIDE INSURANCE COMPANY,<br>BEECH STREET CORPORATION, and<br>ADP INTEGRATED MEDICAL SOLUTIONS, INC.,<br><br>    Defendants. | 00-6649 |

```
MARC J. BROWNER, D.C., individually                    00-7163
and on behalf of himself and others
similarly situated,

     Plaintiffs,

v.

ALLSTATE INDEMNITY COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

     Defendants.
```
---
```
SALVATORE D. LARUSSO, D.C., d/b/a                      00-7692
Family Chiropractic Center, on behalf
of himself and others similarly situated,

     Plaintiffs,

v.
LIBERTY MUTUAL INSURANCE and
COMMUNITY CARE NETWORK, INC.,

     Defendants.
```
---
```
ULTRA OPEN MRI CORPORATION, on behalf                  01-6776
of itself and others similarly situated,

     Plaintiffs,

v.

PROGRESSIVE AMERICAN INSURANCE COMPANY,

     Defendant.
```
---

-2-

```
ULTRA OPEN MRI CORPORATION, on behalf                01-6777
of itself and others similarly situated,

      Plaintiffs,
v.

DEERBROOK INSURANCE COMPANY,

      Defendant.
```
---
```
ULTRA OPEN MRI CORPORATION, on behalf                01-6778
of itself and others similarly situated,

      Plaintiffs,
v.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

      Defendant.
```
---
```
ULTRA OPEN MRI CORPORATION, on behalf                01-6779
of itself and others similarly situated,

      Plaintiffs,
v.

FIDELITY AND CASUALTY COMPANY OF NEW YORK and
THE CONTINENTAL INSURANCE COMPANY,

      Defendants.
```
---
```
ULTRA OPEN MRI CORPORATION, on behalf                01-6780
of itself and others similarly situated,

      Plaintiffs,
v.

INTEGON NATIONAL INSURANCE COMPANY and
INTEGON GENERAL INSURANCE COMPANY,

      Defendants.
```
---

```
CHIROPRACTIC CENTRE, INC., on behalf              01-6782
of itself and others similarly situated,

     Plaintiffs,
v.

SUPERIOR INSURANCE COMPANY,

     Defendants.
_____

CHIROPRACTIC CENTRE, INC., on behalf              01-6783
of itself and others similarly situated,

     Plaintiffs,
v.

METROPOLITAN CASUALTY INSURANCE COMPANY,

     Defendant.
_____

SALVATORE D. LARUSSO, D.C., d/b/a                 01-8108
Family Chiropractic Center, on behalf
of himself and others similarly situated,

     Plaintiffs,

v.
NATIONWIDE INSURANCE COMPANY OF AMERICA,

     Defendant.
_____

SALVATORE D. LARUSSO, D.C., d/b/a                 01-8110
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

     Plaintiffs,

v.

FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY,

     Defendant.
_____
```

-4-

```
SALVATORE D. LARUSSO, D.C., d/b/a                          01-8111
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

     Plaintiffs,

v.
HARTFORD INSURANCE COMPANY OF THE MIDWEST,

     Defendant.
_____

DR. ANDREW ELLOWITZ, et al., on behalf                     01-8549
of himself and all others similarly situated,

     Plaintiffs,

v.

AMERICAN INTERNATIONAL INSURANCE COMPANY, and
AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,

     Defendants.
_____
```

### ORDER STAYING CAUSES PENDING RULING ON MOTIONS FOR CLASS CERTIFICATION AND TO COMPEL ARBITRATION AND LIMITING DISCOVERY TO CLASS CERTIFICATION

THIS CAUSE was before the Court on the status conference hearing of January 25, 2002.

Having considered the motions, pertinent portions of the record and argument of counsel, it is

**ORDERED AND ADJUDGED** that the above referenced causes are **STAYED** in part until an order on the motions for class certification and to compel arbitration is entered. Further, discovery is limited to class certification and shall be completed by July 31, 2002.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida, this 13TH day of May, 2002.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
all counsel of record

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DR. PAUL ZIDEL, on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>COMMUNITY CARE NETWORK, INC., doing business as CCN,<br><br>    Third-Party Defendant. | CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW<br><br> |
| KEITH BRICKELL, D.C., individually and on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PROGRESSIVE EXPRESS INSURANCE COMPANY,<br>PROGRESSIVE CONSUMERS INSURANCE COMPANY,<br>PROGRESSIVE BAYSIDE INSURANCE COMPANY,<br>BEECH STREET CORPORATION, and<br>ADP INTEGRATED MEDICAL SOLUTIONS, INC.,<br><br>    Defendants. | 00-6649 |

MARC J. BROWNER, D.C., individually and on behalf of himself and others similarly situated,

    Plaintiffs,

v.

ALLSTATE INDEMNITY COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

    Defendants.

00-7163

---

SALVATORE D. LARUSSO, D.C., d/b/a Family Chiropractic Center, on behalf of himself and others similarly situated,

    Plaintiffs,

v.
LIBERTY MUTUAL INSURANCE and
COMMUNITY CARE NETWORK, INC.,

    Defendants.

00-7692

---

ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated,

    Plaintiffs,

v.

PROGRESSIVE AMERICAN INSURANCE COMPANY,

    Defendant.

01-6776

---

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>DEERBROOK INSURANCE COMPANY,<br><br>    Defendant. | 01-6777 |

---

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | 01-6778 |

---

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>FIDELITY AND CASUALTY COMPANY OF NEW YORK and THE CONTINENTAL INSURANCE COMPANY,<br><br>    Defendants. | 01-6779 |

---

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>INTEGON NATIONAL INSURANCE COMPANY and INTEGON GENERAL INSURANCE COMPANY,<br><br>    Defendants. | 01-6780 |

---

| | |
|---|---|
| CHIROPRACTIC CENTRE, INC., on behalf of itself and others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>SUPERIOR INSURANCE COMPANY,<br><br>    Defendants. | 01-6782 |
| CHIROPRACTIC CENTRE, INC., on behalf of itself and others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>METROPOLITAN CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | 01-6783 |
| SALVATORE D. LARUSSO, D.C., d/b/a Family Chiropractic Center, on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br>NATIONWIDE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | 01-8108 |
| SALVATORE D. LARUSSO, D.C., d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | 01-8110 |

SALVATORE D. LARUSSO, D.C., d/b/a                                  01-8111
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

    Plaintiffs,

v.

HARTFORD INSURANCE COMPANY OF THE MIDWEST,

    Defendant.

---

DR. ANDREW ELLOWITZ, et al., on behalf                             01-8549
of himself and all others similarly situated,

    Plaintiffs,

v.

AMERICAN INTERNATIONAL INSURANCE COMPANY, and
AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,

    Defendants.

---

### ORDER ON CLASS PLAINTIFFS' EMERGENCY MOTION FOR CLARIFICATION

THIS CAUSE is before the Court on the Class Plaintiffs' Emergency Motion for Clarification of May 13, 2002 Order dated May 21, 2002. Having considered the motion and pertinent portions of the record, it is

**ORDERED AND ADJUDGED** that the emergency motion is **GRANTED**. This Court's Order of May 13, 2002, requires that all parties in these consolidated proceedings take part and conclude class certification discovery by July 31, 2002. Further defendants, as agreed, shall submit a proposed two-tiered confidentiality order within fifteen (15) days from the date of this Order.

-5-

DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida, this 21st day of May, 2002.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
all counsel of record