

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-~~6061~~ bobl -CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself
and others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.
doing business as CCN,

    Third-Party Defendant
_____/

NIGHT BOX
FILED

JUN 11 2002

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

### ALLSTATE INSURANCE COMPANY'S NOTICE OF APPEAL

Notice is hereby given that Allstate Insurance Company, defendant and third-party plaintiff in the above-named case, pursuant to §16(a)(1)(A) of the Federal Arbitration Act, 9 U.S.C. §16(a)(1)(A), hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the United States District Court's Order of May 13, 2002 entitled "Order Staying Causes Pending Ruling on Motions for Class Certification and to Compel Arbitration and Limiting Discovery to Class Certification" (attached as Exhibit A) and Order of May 21, 2002 entitled "Order on Class Plaintiffs' Emergency Motion for Clarification" (attached as Exhibit B), which refuse a stay of this action under section 3 of the Federal Arbitration Act.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to counsel on the attached service list this 11TH day of June, 2002.

_____
DAVID B. SHELTON

PETER J. VALETA
Florida Bar No. 327557
ROSS & HARDIES
150 North Michigan Ave., Suite 2500
Chicago, Illinois 60601
Telephone: (312) 750-3619
Telecopier: (312) 750-8600
Attorneys for Allstate Insurance Company

DAVID B. SHELTON
Florida Bar No. 0710539
Rumberger, Kirk & Caldwell
P.O. Box 1873
Orlando, Florida 32802
Telephone: (407) 839-4511
Telecopier: (407) 841-2133
Attorneys for Allstate Insurance Company

660007

## SERVICE LIST

**Co-Lead Counsel for Plaintiffs**

Eric Lee, Esquire
LEE & AMTZIS, P.L.
Suite 150
350 N.W. 12th Avenue
Deerfield Beach, FL 33442

Arthur S. Gold, Esquire
GOLD & COULSON
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603

Andrew Garcia, Esquire
Carlin Phillips, Esquire
PHILLIPS & GARCIA
13 Ventura Drive
North Dartmouth, MA 02747

Larry Kopelman, Esquire
Douglas Blankman, Esquire
KOPELMAN & BLANKMAN, P.A
Bank of America Tower
One Financial Plaza, Suite 2510
Fort Lauderdale, FL 33394

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esquire
230 East Davis Boulevard, Suite 200
Tampa, FL 33606

Richard Bokor, Esquire
RICHARD BOKOR, P.A.
230 East Davis Boulevard
Tampa, FL 33606

Casey Fundaro, Esquire
P.O. Box 7420
Fort Lauderdale, FL 33338-7420

**Counsel for Beech Street and ADP**

John M. Quaranta, Esquire
TEW, CARDENAS, et al.
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336

**Counsel for Progressive**

Francis Anania, Esquire
Donald A. Blackwell, Esquire
ANANIA, BANDKLAYDER, et al.
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131

**Counsel for CCN**

William W. Deem, Esquire
MCGUIRE WOODS, LLP
3300 Bank of America Center
50 N. Laura Street
Jacksonville, FL 32202-4099

**Counsel for Nationwide**

Katherine C. Lake, Esquire
FOWLER, WHITE, et al.
Post Office Box 1438
Tampa, FL 33601

James C. Haggerty, Esquire
SWARTZ CAMPBELL DETWEILER
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316

**Counsel for Florida Farm Bureau**

Robert K. Levenson, Esquire
Greg Baldwin, Esquire
HOLLAND & KNIGHT, LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131

**Counsel for Liberty Mutual**

Mark Shapiro, Esquire
AKERMAN, SENTERFITT et al.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131

**Counsel for Hartford, Metropolitan, Integon**

Marcy Levine Aldrich, Esquire
AKERMAN, SENTERFITT et al.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131

**Counsel for Metropolitan**

Jeffrey P. Lennard, Esquire
SONNENSCHEIN, NATH & ROSENTHAL
8000 Sears Tower
Chicago, IL 60606

**Counsel for Superior**

Alan J. Nisberg, Esquire
BUTLER BURNETT PAPPAS
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607

**Counsel for Prudential**

John D. Aldock, Esquire
Michael Isenman, Esquire
SHEA & GARDNER
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Kathy J. Maus, Esquire
Lauren D. Levy, Esquire
BUTLER BURNETTE PAPPAS
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308-3469

**Counsel for American International**

Dale L. Friedman, Esquire
Brian P. Knight, Esquire
CONROY, SIMBERG, GANNON, KREVANS & ABEL, P.A.
3440 Hollywood Blvd., 2nd Floor
Hollywood, FL 33021

#659818

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DR. PAUL ZIDEL, on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>COMMUNITY CARE NETWORK, INC., doing business as CCN,<br><br>    Third-Party Defendant. | CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW<br><br> |
| KEITH BRICKELL, D.C., individually and on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PROGRESSIVE EXPRESS INSURANCE COMPANY, PROGRESSIVE CONSUMERS INSURANCE COMPANY, PROGRESSIVE BAYSIDE INSURANCE COMPANY, BEECH STREET CORPORATION, and ADP INTEGRATED MEDICAL SOLUTIONS, INC.,<br><br>    Defendants. | 00-6649 |

```
MARC J. BROWNER, D.C., individually                      00-7163
and on behalf of himself and others
similarly situated,

     Plaintiffs,

v.

ALLSTATE INDEMNITY COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

     Defendants.
```
---
```
SALVATORE D. LARUSSO, D.C., d/b/a                        00-7692
Family Chiropractic Center, on behalf
of himself and others similarly situated,

     Plaintiffs,

v.
LIBERTY MUTUAL INSURANCE and
COMMUNITY CARE NETWORK, INC.,

     Defendants.
```
---
```
ULTRA OPEN MRI CORPORATION, on behalf                    01-6776
of itself and others similarly situated,

     Plaintiffs,

v.

PROGRESSIVE AMERICAN INSURANCE COMPANY,

     Defendant.
```
---

```
ULTRA OPEN MRI CORPORATION, on behalf                    01-6777
of itself and others similarly situated,

      Plaintiffs,
v.

DEERBROOK INSURANCE COMPANY,

      Defendant.
```
---
```
ULTRA OPEN MRI CORPORATION, on behalf                    01-6778
of itself and others similarly situated,

      Plaintiffs,
v.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

      Defendant.
```
---
```
ULTRA OPEN MRI CORPORATION, on behalf                    01-6779
of itself and others similarly situated,

      Plaintiffs,
v.

FIDELITY AND CASUALTY COMPANY OF NEW YORK and
THE CONTINENTAL INSURANCE COMPANY,

      Defendants.
```
---
```
ULTRA OPEN MRI CORPORATION, on behalf                    01-6780
of itself and others similarly situated,

      Plaintiffs,
v.

INTEGON NATIONAL INSURANCE COMPANY and
INTEGON GENERAL INSURANCE COMPANY,

      Defendants.
```
---

| | |
|---|---|
| CHIROPRACTIC CENTRE, INC., on behalf of itself and others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>SUPERIOR INSURANCE COMPANY,<br><br>    Defendants. | 01-6782 |
| CHIROPRACTIC CENTRE, INC., on behalf of itself and others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>METROPOLITAN CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | 01-6783 |
| SALVATORE D. LARUSSO, D.C., d/b/a Family Chiropractic Center, on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br>v.<br>NATIONWIDE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | 01-8108 |
| SALVATORE D. LARUSSO, D.C., d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | 01-8110 |

SALVATORE D. LARUSSO, D.C., d/b/a                                01-8111
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

    Plaintiffs,

v.
HARTFORD INSURANCE COMPANY OF THE MIDWEST,

    Defendant.

---

DR. ANDREW ELLOWITZ, et al., on behalf                           01-8549
of himself and all others similarly situated,

    Plaintiffs,

v.

AMERICAN INTERNATIONAL INSURANCE COMPANY, and
AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,

    Defendants.

---

### ORDER STAYING CAUSES PENDING RULING ON MOTIONS FOR CLASS CERTIFICATION AND TO COMPEL ARBITRATION AND LIMITING DISCOVERY TO CLASS CERTIFICATION

    THIS CAUSE was before the Court on the status conference hearing of January 25, 2002.

    Having considered the motions, pertinent portions of the record and argument of counsel, it is

    **ORDERED AND ADJUDGED** that the above referenced causes are **STAYED** in part until an order on the motions for class certification and to compel arbitration is entered. Further, discovery is limited to class certification and shall be completed by July 31, 2002.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida, this 13TH day of May, 2002.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
all counsel of record

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DR. PAUL ZIDEL, on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>COMMUNITY CARE NETWORK, INC., doing business as CCN,<br><br>    Third-Party Defendant. | CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW<br><br> |
| KEITH BRICKELL, D.C., individually and on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PROGRESSIVE EXPRESS INSURANCE COMPANY, PROGRESSIVE CONSUMERS INSURANCE COMPANY, PROGRESSIVE BAYSIDE INSURANCE COMPANY, BEECH STREET CORPORATION, and ADP INTEGRATED MEDICAL SOLUTIONS, INC.,<br><br>    Defendants. | 00-6649 |

| | |
|---|---|
| MARC J. BROWNER, D.C., individually and on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLSTATE INDEMNITY COMPANY, BEECH STREET CORPORATION, and ADP INTEGRATED MEDICAL SOLUTIONS, INC.,<br><br>    Defendants. | 00-7163 |
| SALVATORE D. LARUSSO, D.C., d/b/a Family Chiropractic Center, on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br>LIBERTY MUTUAL INSURANCE and COMMUNITY CARE NETWORK, INC.,<br><br>    Defendants. | 00-7692 |
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PROGRESSIVE AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | 01-6776 |

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>DEERBROOK INSURANCE COMPANY,<br><br>    Defendant. | 01-6777 |
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | 01-6778 |
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>FIDELITY AND CASUALTY COMPANY OF NEW YORK and THE CONTINENTAL INSURANCE COMPANY,<br><br>    Defendants. | 01-6779 |
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>INTEGON NATIONAL INSURANCE COMPANY and INTEGON GENERAL INSURANCE COMPANY,<br><br>    Defendants. | 01-6780 |

| | |
|---|---|
| CHIROPRACTIC CENTRE, INC., on behalf of itself and others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>SUPERIOR INSURANCE COMPANY,<br><br>    Defendants. | 01-6782 |
| CHIROPRACTIC CENTRE, INC., on behalf of itself and others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>METROPOLITAN CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | 01-6783 |
| SALVATORE D. LARUSSO, D.C., d/b/a Family Chiropractic Center, on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br>NATIONWIDE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | 01-8108 |
| SALVATORE D. LARUSSO, D.C., d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | 01-8110 |

| | |
|---|---|
| SALVATORE D. LARUSSO, D.C., d/b/a<br>FAMILY CHIROPRACTIC CENTER, on behalf<br>of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST,<br><br>    Defendant. | 01-8111 |
| DR. ANDREW ELLOWITZ, et al., on behalf<br>of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL INSURANCE COMPANY, and<br>AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,<br><br>    Defendants. | 01-8549 |

## ORDER ON CLASS PLAINTIFFS' EMERGENCY MOTION FOR CLARIFICATION

THIS CAUSE is before the Court on the Class Plaintiffs' Emergency Motion for Clarification of May 13, 2002 Order dated May 21, 2002. Having considered the motion and pertinent portions of the record, it is

**ORDERED AND ADJUDGED** that the emergency motion is **GRANTED**. This Court's Order of May 13, 2002, requires that all parties in these consolidated proceedings take part and conclude class certification discovery by July 31, 2002. Further defendants, as agreed, shall submit a proposed two-tiered confidentiality order within fifteen (15) days from the date of this Order.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida, this 21st day of May, 2002.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
all counsel of record