IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself
and others similarly situated

    Plaintiff,
v.

ALLSTATE INSURANCE COMPANY

    Defendant/Third-Party Plaintiff,
v.

COMMUNITY CARE NETWORK, INC.,

    Third-Party Defendant.
_____/

CASE NO. 01-8110

SALVATORE D. LARUSSO, D.C., d/b/a
FAMILY CHIROPRACTIC CENTER, on
behalf of himself and all others similarly
situated,

    Plaintiff,
v.

FLORIDA FARM BUREAU CASUALTY
INSURANCE COMPANY,

    Defendant.
_____/

**FLORIDA FARM BUREAU'S EMERGENCY MOTION
FOR PROTECTIVE ORDER
<u>AND SUPPORTING MEMORANDUM</u>**

Pursuant to Federal Rule of Civil Procedure 26(c), Defendant Florida Farm Bureau Casualty Insurance Company ("Florida Farm Bureau") moves for a




protective order that discovery be stayed until the issue of whether Florida Farm Bureau is entitled to a stay pending appeal has been resolved. Because of impending discovery deadlines, Florida Farm Bureau requests expedited consideration of this emergency motion. As grounds for its emergency motion, Florida Farm Bureau states:

1. On June 11, 2002, pursuant to the Federal Arbitration Act, 9 U.S.C. § 16(a)(1)(A), Florida Farm Bureau filed a notice of appeal seeking review of this Court's denial of Florida Farm Bureau's motion to stay proceedings.

2. Florida Farm Bureau's appeal "divests the district court of its control over those aspects of the case involved in the appeal." Baron v. Best Buy Co., 79 F. Supp. 2d 1350, 1353 (S.D. Fla. 1999) (citation omitted). The Court "retains only the authority to act in aid of the appeal." Id. As a result, Florida Farm Bureau's appeal requires an immediate stay of the trial court proceedings involving Florida Farm Bureau. Id. at 1350.

3. Plaintiffs have served Requests for Production of Documents, Interrogatories and Requests for Admissions on Florida Farm Bureau. Responses to the Requests for Production of Documents and Interrogatories are purportedly due on June 17, 2002, and responses to the Requests for Admissions are purportedly due on June 24, 2002. Plaintiffs also have proposed numerous depositions for June and July 2002, and the deposition of Florida Farm Bureau's corporate representative is scheduled for July 18, 2002.

4.  Pursuant to Local Rule 26.1(l), Florida Farm Bureau has contacted counsel for Plaintiffs but was unable to reach him. Accordingly, Florida Farm Bureau is filing this emergency motion because it has been unable to resolve the issues raised in this motion with Plaintiffs' counsel.

## CONCLUSION

For these reasons, Florida Farm Bureau requests that the Court enter a protective order staying all proceedings with respect to Florida Farm Bureau until its appeal has been resolved.

Respectfully submitted,

HOLLAND & KNIGHT LLP
*Counsel for Florida Farm Bureau*
701 Brickell Ave., Suite 300
Miami, Florida 33131
Phone (305) 374-8500
Fax: (305) 789-7799

By: _____
Gregory Baldwin
Florida Bar No. 527394
Rebecca A. Sack
Florida Bar No. 0156302

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Florida Farm Bureau's Emergency Motion for Protective Order and Supporting Memorandum, were served upon the counsel in the accompanying service list by U.S. Mail, postage prepaid, on June 13, 2002.

_____

MIA1 #1144616 v1

3

# MASTER SERVICE LIST
## (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
### (Updated June 13, 2002)

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
elee@leeamlaw.com
Suite 150
350 N.W. 12th Avenue
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Lawrence M. Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 Facsimile

**Counsel for:
Allstate, Fidelity and Casualty,
Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue
Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
jmq@tewlaw.com
(305)539-2495
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
Hope Lester, Esq.
hlester@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

Counsel for:
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934-Facsimile

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

BUTLER BURNETTE PAPPAS
Lauren D. Levy, Esq.
llevy@bbplaw.com
Alfred I. DuPont Building
169 East Flagler Street, Suite 1300
Miami, Florida 33131
(305) 416-9998
(305-416-6848-Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
Lisa M. Harrison, Esq.
lharrison@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile