UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6061-CIV-FERGUSON/SNOW
(Consolidated Class Action)

DR. PAUL ZIDEL, on behalf of himself
and all others similarly situated,

      Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,
et al.,

      Defendants          /

KEITH BRICKELL, D.C., individually and
on behalf of all others similarly situated,

Case No. 00-6649

      Plaintiffs,

vs.

PROGRESSIVE EXPRESS INSURANCE,
et al.,

      Defendants.          /

MARC J. BROWNER, D.C., individually
and on behalf of all other similarly situated,

Case No. 00-7163

      Plaintiffs,

vs.

ALLSTATE INDEMNITY COMPANY,
et al.,

      Defendants.          /

**DEFENDANTS BEECH STREET CORPORATION AND
ADP INTEGRATED MEDICAL SOLUTIONS, INC.'S
NOTICE OF JOINDER IN ALLSTATE INSURANCE COMPANY'S
EMERGENCY MOTION TO STAY PROCEEDINGS IN THIS MATTER
PENDING RESOLUTION OF ALL ARBITRATION ISSUES AND PROCEEDINGS**

Beech Street Corporation ("Beech Street") and ADP Integrated Medical Solutions, Inc. ("ADP"), by and through their undersigned counsel, respectfully join in and adopt all the arguments set forth in Allstate Insurance Company's Emergency Motion to Stay Proceedings in this Mater Pending Resolution of All Arbitration Issues and Proceedings.

Respectfully submitted,

**TEW CARDENAS REBAK KELLOGG**
**LEHMAN DEMARIA TAGUE**
**RAYMOND & LEVINE L.L.P.**
Counsel for Defendants Beech Street Corp.
and ADP Integrated Medical Solutions, Inc.
Miami Center, 26th Floor
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-536-1112
Facsimile: 305-536-1116

By: _____
John M. Quaranta
Florida Bar No. 940641
jmq@tewla.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served via facsimile and U.S. Mail on Eric Lee, Esq., Lee & Amtzis, P.L., 350 N.W. 12 Avenue, Deerfield Beach, FL 33442, and U.S. Mail on all other counsel attached to the attached Master Service List on this 17 day of June, 2002.

_____
John M. Quaranta

@PFDesktop\::ODMA/MHODMA/Miami;337936;1

# MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-CIV-FERGUSON/SNOW)

(Updated: 5/6/02)

**Co-Lead Counsel for Plaintiffs**
Eric Lee, Esq.
LEE & AMTZIS, P.L.
350 N.W. 12 Avenue
Deerfield Beach, FL 33442
(561) 981-9988 Telephone
(561) 998-3021 Facsimile
elee@leeamlaw.com

Arthur S. Gold, Esq.
GOLD & COULSON
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777 Telephone
(312) 372-0778 Facsimile
asg@gcjustice.com

Andrew Garcia, Esq.
Carlin Phillips, Esq.
PHILLIPS & GARCIA
Attorneys At Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800 Telephone
(508) 998-0919 Facsimile
agarcia@phillipsgarcia.com
cphillips@phillipsgarcia.com

Larry Kopelman, Esq.
Douglas Blankman, Esq.
KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
One Financial Plaza, Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855 Telephone
(954) 462-6899 Facsimile
dblan2155@aol.com

**Co-Counsel for Plaintiffs**
Susan L. Lawson, Esq.
230 East Davis Boulevard, Ste. 200
Tampa, FL 33606
(813) 251-8879 Telephone
(813) 251-5786 Facsimile
personalinjurylawyer@earthlink.net

Richard Bokor, Esq.
Richard Bokor, P.A.
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000 Telephone
(812) 254-6327 Facsimile
rabokor1@tampabay.rr.com

Casey Fundaro, Esq.
P. O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833 Telephone
(954) 462-2835 Facsimile
fundaro@aol.com

**Counsel for: Allstate, Fidelity and Casualty, Continental, Deerbrook**
David B. Shelton, Esq.
RUMBERGER, KIRK, CALDWELL
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
P. O. Box 1873
Orlando, FL 32802-1873
(407) 872-7300 Telephone
(407) 841-2133 Facsimile
dshelton@rumberger.com

**Counsel for: Allstate, Fidelity and Casualty, Continental, Deerbrook**
Peter J. Valeta, Esq.
ROSS & HARDIES
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619 Telephone
(312) 920-7241 Facsimile
peter.valeta@rosshardies.com

**Counsel for Beech Street and ADP**
Joseph A. DeMaria, Esq.
John M. Quaranta, Esq.
TEW CARDENAS REBAK
KELLOGG LEHMAN DEMARIA
TAGUE RAYMOND & LEVINE, LLP
Miami Center, 26th Floor
201 South Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1112 Telephone
(305) 536-1116 Facsimile
jad@tewlaw.com
jmq@tewlaw.com

**Counsel for Progressive**
Francis Anania, Esq.
Donald A. Blackwell, Esq.
ANANIA BANDKLAYDER, et al.
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, FL 33131
(305) 373-4900 Telephone
(305) 373-6914 Facsimile

Counsel for CCN
**William W. Deem, Esq.**
MCGUIRE WOODS, LLP
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200 Telephone
(904) 798-3207 Facsimile
wdeem@mcguirewoods.com

Counsel for Nationwide
**Katherine C. Lake, Esq.**
FOWLER WHITE, et al.
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411 Telephone
(813) 229-8313 Facsimile
klake@fowlerwhite.com

**James C. Haggerty, Esq.**
SWARTZ CAMPBELL DETWEILER
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314 Telephone
(215) 299-4301 Facsimile
haggerty@scdlaw.com

Counsel for Florida Farm Bureau
**Greg Bladwin, Esq.**
**Rebecca A. Sack, Esq.**
HOLLAND & KNIGHT, LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500 Telephone
(3050 789-7799 Facsimile

Counsel for Liberty Mutual
**Mark Shapiro, Esq.**
AKERMAN SENTERFITT et al.
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600 Telephone
(305) 374-5095 Facsimile
mshapiro@akerman.com

Counsel for Hartford, Metropolitan, Integon
**Marcy Levine Aldrich, Esq.**
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600 Telephone
(305) 374-5095 Facsimile
maldrich@akerman.com

Counsel for Metropolitan
**Jeffrey P. Lennard, Esq.**
SONNENSCHEIN, NATH & ROSENTHAL
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000 Telephone
(312) 876-7934 Facsimile
jpl@sonnenschein.com

Counsel for Superior
**Alan J. Nisberg, Esq.**
BUTLER BURNETTE PAPPAS
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900 Telephone
(813) 281-0900 Facsimile
anisberg@bbplaw.com

Counsel for Prudential
**Kathy J. Maus, Esq.**
**Lauren D. Levy, Esq.**
BUTLER BURNETTE PAPPAS
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111 Telephone
(850) 894-4999 Facsimile
kmaus@bbplaw.com
llevy@bbplaw.com

**John D. Aldock, Esq.**
**Michael Isenman, Esq.**
SHEA & GARDNER
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000 Telephone
(202) 828-2195 Facsimile

jaldock@sheagardner.com
misenman@sheagardner.com
Counsel for American International
**Dale L. Friedman, Esq.**
**Brian P. Knight, Esq.**
CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400 Telephone
(954) 967-8577 Facsimile
dfriedman@csglaw.com
bknight@csglaw.com