UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly
situated,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

SALVATORE D. LARUSSO, D.C.,
d/b/a FAMILY CHIROPRACTIC
CENTER, on behalf of himself and all
others similarly situated,

    Plaintiff,

v.                                     CASE NO: 01-8108-CV-Ferguson/Snow

NATIONWIDE MUTUAL INSURANCE
COMPANY,

    Defendant.
_____/

NIGHT BOX FILED
JUN 19 2002
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

**DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY'S**
**MOTION FOR STAY PENDING APPEAL**

Defendant, Nationwide Mutual Insurance Company (hereinafter "Nationwide"), by and through its undersigned attorneys, moves this Court for a stay of this action pending resolution of its present appeal. In support of this motion, Nationwide states as follows:

1. On October 24, 2001, Nationwide filed a Motion to Compel Arbitration, or in the alternative, to Dismiss. The parties completed the briefing on this motion on November 26, 2001.

2. Nationwide filed a motion to stay this action pursuant to the Federal and Florida Arbitration Acts on November 2, 2001.

3. The Court held a status conference on January 25, 2002. One of the main topics of discussion at a status conference was the state of discovery. Many of the parties, including Nationwide, reminded the Court of the pending motions to compel arbitration and their position that discovery could not proceed until this issue was resolved. In response, Judge Ferguson stated that he would rule on the arbitration issue within the next ten to fifteen days. Nationwide's motion is still pending.

3. On May 13, 2002, the Court entered a new scheduling order and an order staying in part the cases "until an order on the motions for class certification and to compel arbitration is entered." The Court limited discovery to the issue of class certification and ordered that such discovery be completed by July 31, 2002.

4. Given the pending motions to compel arbitration, several defendants, including Nationwide, continued to object to any discovery going forward.

5. Plaintiffs filed an Emergency Motion for Clarification of the May 13th Order. Before the motion could even be docketed, much less responded to by the Defendants, the Court clarified its earlier order in a May 21st order stating that "all parties in these consolidated proceedings take part and conclude class certification discovery by July 31, 2002."

6. Rather than addressing the merits of Nationwide's motion to stay, on May 24th, the Magistrate Judge denied Nationwide's motion as moot given the Court's May 13th order.

7. The Court's May 13th and 21st orders require Nationwide to act in contravention

of its rights to pursue an arbitral forum. If Nationwide participates in discovery, it waives its right to arbitration and expends significant resources that may not otherwise be required in the arbitration of this matter.

8.  Since the time of the Court's orders, the Plaintiffs have been attempting to schedule 30(b)(6) witnesses for deposition as well as propounding class certification discovery.

9.  Several of the Defendants, including Nationwide, have appealed this issue to the Eleventh Circuit. Additionally, many parties have filed motions for protective order on the pending discovery. Until such time as these issues are finally resolved, Nationwide respectfully requests that the Court stay this action, including any pending discovery.

**MEMORANDUM OF LAW**

Despite the fact that Nationwide's motion to compel arbitration is still pending, the Court denied Nationwide's Motion to Stay in its May 13th and 21st orders. Pursuant to 9 U.S.C. §16(a)(1)(A), Nationwide has filed a Notice of Appeal. Nationwide's appeal divests this Court of jurisdiction over the aspects of this case that are involved in the appeal. See Baron v. Best Buy Co., 79 F. Supp. 2d 1350, 1353 (S.D. Fla. 1999).

The question at the heart of this appeal is whether Dr. Larusso's claims against Nationwide are properly before this Court, or, if those claims should be brought before an arbitration panel. To require Nationwide to submit to the jurisdiction of this Court and participate in the litigation process while the arbitration issue is still unresolved is a waste of the resources of not only the parties, but, more importantly, the Court. Further, should this Court or the Eleventh Circuit determine that Plaintiffs' claims are arbitrable, this Court is required to stay all proceedings in this action. See, e.g., Suarez-Valdez v. Shearson Lehman/American Expres, Inc., 858 F.2d 648, 649 & n.2 (11th Cir. 1998). Therefore, Nationwide respectfully requests that the

Court grant its motion to stay pending resolution of Nationwide's appeal of the Court's May 13th and 21st orders.

                Respectfully submitted,

FOWLER WHITE BOGGS BANKER, P.A.
501 East Kennedy Boulevard, Suite 1700
Post Office Box 1438
Tampa, Florida 33601
813/228-7411
813/229-8313 (telecopier)
Attorneys for Defendant Nationwide
  Mutual Insurance Company

_____
W. Donald Cox, FBN 096535
Katherine C. Lake, FBN 066941

              and

James C. Haggerty
Swartz, Campbell & Detweiler
1601 Market Street, 34th Floor
Philadelphia, PA 19103
215/564-5190
215/299-4301 (telecopier)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U.S. Mail to all the persons on the attached service list on the 18th day of June, 2002.

_____
Attorney

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 5/6/02)

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
elee@leeamlaw.com
Suite 150
350 N.W. 12th Ave.
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 Facsimile

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL
DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Rebecca Sak, Esq.
rasak@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile