UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-CIV-6061-FERGUSON/SNOW

SALVATORE D. LARUSSO, D.C.,
d/b/a FAMILY CHIROPRACTIC
CENTER, on behalf of himself and
all others similarly situated,
    Plaintiff,

v.

LIBERTY MUTUAL INSURANCE
COMPANY and COMMUNITY
CARE NETWORK, INC.,
    Defendants.
_____/

## ORDER GRANTING DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO CCN'S MOTION TO COMPEL ARBITRATION

**THIS CAUSE** came before the Court on Defendant Liberty Mutual's Unopposed Motion for Enlargement of Time to Respond to CCN's Motion to Compel Arbitration ("Motion"), and the Court, having considered the above-referenced Motion and the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Liberty Mutual's Motion is GRANTED. Liberty Mutual shall serve its response to the Motion on or before June 21, 2002.

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Ft. Lauderdale, Florida, this 20 day of June, 2002.

                                                  UNITED STATES MAGISTRATE JUDGE

copies provided:                                     LURANA S. SNOW
All counsel of Record

{MI804532;1}

1



**SERVICE LIST**

**Salvatore Larusso, D.C., et al. v. Liberty Mutual, et al.**   00-7692

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                           Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Nina Kole Brown, Esq. (D - Liberty)
William Deem, Esq. (D - Community Care)