UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself
and others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.
doing business as CCN,

    Third-Party Defendant.

---

ULTRA OPEN MRI CORPORATION, et al., on behalf
of itself and others similarly situated,

    Plaintiffs,

v.

PRUDENTIAL PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendant.

01-6778

---

### DEFENDANT PRUPAC'S
### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION

Subject to and without waiving its right to arbitrate this dispute, Defendant Prudential Property and Casualty Insurance Company ("PruPAC") hereby moves for an extension of time to file objections to the Report and Recommendation served by mail

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

on June 12, 2002. This motion for extension is unopposed. As grounds therefore, PruPAC states as follows:

1. On January 23, 2002, UOMC filed an Amended Complaint that added an additional plaintiff, Walter A. Afield ("Afield") (D.E. 561 in Case No. 00-6061). UOMC and Afield served PruPAC by mail on January 22, 2002.

2. On February 22, 2002, prior to answering or otherwise responding to UOMC's Complaint, PruPAC filed a Motion to Compel Arbitration as to Plaintiff Afield (D.E. 610 in Case No. 00-6061) (the "Arbitration Motion"). On June 12, 2002, United States Magistrate Judge Lurana S. Snow issued a Report and Recommendation (D.E. 721 in Case No. 00-6061) (the "R&R") that the Court deny PruPAC's Arbitration Motion.

3. Pursuant to the R&R (at 14), and to 28 U.S.C. § 636(b)(1), PruPAC has ten days from the date it was served with a copy of the R&R within which to file written objections to this Court.

4. On June 24, 2002, PruPAC, along with each of the plaintiffs and defendants in Case Nos. 01-6778, 01-6780, 01-6783, 01-8108, 01-8110, 01-8111, and 01-8549, filed a Stipulation agreeing to stay all proceedings in those cases until the Court has issued orders ruling on the arbitration motions in each of those cases. The Stipulation provides that the stay shall remain in effect until any timely-filed appeals have been resolved. Although PruPAC contends that its currently-filed appeal to the Eleventh Circuit divests this Court of jurisdiction, the Stipulation provides further that any party to the Stipulation may file timely objections to a Report and Recommendation

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

addressing an arbitration motion, and file a timely response to another party's objections to such Report and Recommendation.

5. Pursuant to S.D.Fla. Magistrate Rule 4, and subject to and without waiving its right to arbitrate this dispute, PruPAC respectfully requests a three day extension of time – that is, until June 28, 2002 -- to file objections to the R&R.

6. Due to the press of other professional obligations of counsel for PruPAC, PruPAC requires this extension so that it can prepare objections to the R&R.

7. This Motion is unopposed. Eric Lee, counsel for plaintiffs UOMC and Afield, has informed counsel for PruPAC that UOMC and Afield do not oppose a three day extension.

## CONCLUSION

This Unopposed Motion for an Extension of Time should be granted. A proposed order is attached.

Respectfully submitted,

John D. Aldock
Michael K. Isenman
Lisa M. Harrison
SHEA & GARDNER
1800 Massachusetts Ave., N.W.
Washington, DC 20036
(202) 828-2000
Fax (202) 828-2195

Kathy J. Maus (Bar No. 896330)
Lauren D. Levy (Bar No. 0116490)
BUTLER BURNETTE PAPPAS
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
Fax (850) 894-4999

Dated: June 25, 2002

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the foregoing Defendant PruPAC's Unopposed Motion for Extension of Time to File Objections to Report and Recommendation, and accompanying proposed order, to be served upon the counsel in the accompanying service list by U.S. Mail, postage prepaid, on June 25, 2002.

_____
Lauren D. Levy, Esq.

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

# MASTER SERVICE LIST
## (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
### (Updated 6/25/02)

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
elee@leeamlaw.com
Suite 150
350 N.W. 12th Ave.
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 Facsimile

**Counsel for:
Allstate, Fidelity and Casualty, Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601

(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS,et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL  32202
(904) 798-3200
(904) 798-3207 Facsimile

2

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL, DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Greg Baldwin, Esq.
gbaldwin@hklaw.com
Rebecca Sack, Esq.
rasack@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:
Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
Lisa M. Harrison, Esq.
lharrison@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile