## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### Case No. 00-CIV-6061-FERGUSON/SNOW
### (Consolidated)

DR. PAUL ZIDEL, and all others similarly )
Situated, )
Plaintiff, )
 )
 )
v. )
 )
ALLSTATE INSURANCE COMPANY, )
Defendant / Third-Party Plaintiff, )
 )
v. )
 )
COMMUNITY CARE NETWORK, INC., )
d/b/a CCN, )
Third-Party Defendant. )
———————————————————)

MARC J. BROWNER, D.C., individually and )
on behalf of all others similarly situated, )
Plaintiff, )
 )
v. )                     **00-7163-CIV**
 )
ALLSTATE INDEMNITY COMPANY, )
BEECH STREET CORPORATION, and ADP )
INTEGRATED MEDICAL SOLUTIONS, INC. )
Defendants. )
———————————————————)

NIGHT BOX
FILED

CLERK
CLERK. U.S. DIST. CT.



### ALLSTATE INDEMNITY COMPANY'S
### MOTION TO COMPEL ARBITRATION AND SUPPORTING MEMORANDUM

Defendant Allstate Indemnity Company ("Allstate"), pursuant to the Federal Arbitration

Act, 9 U.S.C. §1 *et seq.* ("FAA"), and the Florida Arbitration Code, Fla. Stat. §682.01 *et seq.*

("FAC"), moves to compel arbitration in this matter.

## I.      Introduction

This Court should compel arbitration of this dispute pursuant to the strong federal policy in favor of arbitration set forth in the Federal Arbitration Act.  Plaintiff Marc J. Browner, D.C. ("Browner") has asserted claims to direct payment of personal injury protection ("PIP") benefits due under Allstate automobile insurance policies.  These policies provide for the arbitration of all disputes with medical providers, such as Browner, concerning PIP benefits.  Allstate has properly demanded arbitration as to the claims asserted in this action and, accordingly, this Court should enforce that demand.

## II.     Factual Background

1.      Browner filed the Class Action Complaint (the "Complaint") on August 16, 2000 and thereafter served Allstate.

2.      The nine count Complaint includes a claim for breach of contract brought by Browner as an alleged third-party beneficiary of Allstate's auto insurance contracts.  *See* Complaint ¶¶63-66.  Browner claims that it is entitled, under these policies, to direct payment of PIP benefits that otherwise would have been payable to the policyholders.  *See* id. ¶¶8-9 and 136-38.

3.      The Complaint does not reference a single insured by name who allegedly assigned his or her rights and interests in PIP benefits to Browner.  Although Exhibit 1 to Browner's Civil RICO Statement refers to an individual named Bridget Knott, Ms. Knott was actually insured by Allstate Insurance Company, not Allstate Indemnity Company, and therefore

her policy is of no relevance to this case. A certified copy of Bridget Knott's Allstate Insurance Company Auto Insurance Policy is attached hereto as Exhibit A.

4.      In the absence of a reference to a specific claim under an Allstate Indemnity Policy, Allstate directs this Court to Endorsement AIU 193, a copy of which is attached as Exhibit "A" to the Affidavit of James Falkingham (which affidavit is attached hereto as Exhibit B), and which contains a mandatory arbitration provision that governs all claims relating to medical benefit claims under PIP coverage:

> **Arbitration**
>
> Any claim dispute involving medical benefits under this part of the policy between us and a health care provider who has agreed to accept an assignment of personal injury protection benefits will be decided by arbitration upon the written request of either party. . . .Arbitration is subject to the provisions of the Florida Arbitration Code, Chapter 682 of the Florida Statutes.

*See* Affidavit of James Falkingham, Exhibit A thereto at pp. 2-3.

5.      Allstate answered the Complaint in October 2001. Since that time, and with the exception of a pending motion to dismiss Browner's RICO claim, there has been no substantive action with regard to this case.

6.      On or about November 13, 2001, in the consolidated case of Ultra Open MRI Corporation v. Prudential Property and Casualty Insurance Company, No. 01-6778, United States Magistrate Judge Snow issued her Report and Recommendation regarding Prudential's motion to compel arbitration. Distinguishing Nationwide Mutual Fire Insurance Co. v. Pinnacle Medical, Inc., 753 So. 2d 55 (Fla. 2000), Magistrate Judge Snow recommended that Ultra Open be required to engage in the arbitration of all of its claims and that its complaint be dismissed.

### III.    Argument

This Court should direct Browner to submit its claims to arbitration in accordance with the arbitration clause in Allstate's policies and the "liberal federal policy favoring arbitration agreements." Green Tree Fin. Corp. v. Randolph, 531 U.S. 79, 91 (2000); *accord* Paladino v. Avnet Computer Techs., Inc., 134 F.3d 1054, 1057 (11th Cir. 1998).   Under such general parameters, the FAA requires the Court to enforce written arbitration agreements which are included in contracts which evidence a transaction involving interstate commerce.   Mose H. Cone Memorial Hosp. v. Mercury Construction Corp., 460 U.S. 1, 24-25 (1983).

The policies' arbitration clause clearly covers the dispute in this case -- Browner is disputing PIP benefits pursuant to an alleged assignment -- and, therefore, this Court should compel the arbitration of Browner's claims.   Indeed, the strong federal policy in favor of arbitration applies not only to Browner's contract claims against Allstate (Counts III, IV and IX), but also to the statutory claims (RICO and Subsection (10) set forth in Counts V and VIII of the Complaint.   If the plaintiff attempts to litigate claims, including statutory claims, which fall within the terms of the arbitration agreement, the Court must compel the parties to attend arbitration.   Shearson/American Express Inc. v. McMahon, 482 U.S. 220, 242 (1987)(RICO claims are subject to arbitration under the FAA).   *See also* Green Tree v. Randolph, 531 U.S. at 89 ("[W]e have recognized that federal statutory claims can be appropriately resolved through arbitration, and we have enforced agreements to arbitrate that involve such claims.").

In granting Allstate's motion, this Court should follow the reasoning of United States Magistrate Judge Snow in her Report and Recommendation in Ultra Open MRI Corporation v.

Prudential Property and Casualty Insurance Company, No. 01-6778. There, Magistrate Judge Snow discussed the issue of the treating medical provider, Ultra Open, being bound by the arbitration clause between insured and insurer. Her well-reasoned opinion was that Ultra Open was bound by the arbitration clause and that all of Ultra Open's claims were subject to arbitration.

The cornerstone of Magistrate Judge Snow's Report and Recommendation was her analysis of Nationwide Mutual Fire Insurance Co. v. Pinnacle Medical, Inc., 753 So. 2d 55 (Fla. 2000). Magistrate Judge Snow determined that while Pinnacle invalidated that portion of Fla. Stat. §627.736(5) that mandated arbitration for medical care providers under a PIP contract, it did not invalidate contractual agreements which require such arbitration. Since Ultra Open's complaint only referenced a single claim based on a policy issued on August 1, 2000, nearly five months after the statute was declared to be illegal in Pinnacle, Magistrate Judge Snow found that the arbitration clause in question was not statutorily-mandated. Instead, the arbitration clause constituted an independent agreement between the parties that was not invalidated by Pinnacle.

Thus, whether an insurer's arbitration clause is binding upon a medical provider is determined by looking at the date of issuance of the underlying policy. If the policy was issued after Pinnacle was decided on February 3, 2000, then the arbitration clause is binding and enforceable as to the medical provider. In the present case, Browner does not identify a single insured's claim upon which his action is based. However, Browner has brought this lawsuit as a class action, not an individual claim. Browner has defined the purported class as "all Florida healthcare providers whose bills for medical services rendered to patients covered by Allstate automobile insurance policies were discounted by Allstate allegedly pursuant to a Beech Street Preferred Provider Agreement dated April 1999 (or that defines 'Eligible Persons' and 'Payors'

as set out above) and whose patients began treatment with said healthcare providers prior to Allstate's agreement with Beech Street and/or ADP for access to the Beech Street preferred provider discount." Complaint at ¶35. Since the earliest claims arise in April 1999, the class of claimants that Browner seeks to represent must include some insureds whose policies were issued after Pinnacle and, therefore, at least some of the claims Browner seeks to bring are the subject of valid, binding, enforceable arbitration clauses. In fact, Allstate used the Florida Amendatory Endorsement AIU 193, containing the arbitration provision, in new policies issued until March 17, 2001 and in renewals of existing policies issued until April 18, 2001. *See* Affidavit of James Falkingham at ¶4. The Court must consider the broad spectrum of insureds, and dates of issuance of their policies, whose claims Browner seeks to prosecute by virtue of alleged assignments. If even one claim is subject to arbitration, as was the case in Ultra Open MRI Corporation v. Prudential Property and Casualty Insurance Company, then the entire case must be arbitrated.

Although this is the first pleading in which Allstate has moved to compel arbitration, Allstate has not waived its right to seek to compel arbitration. First, Allstate was required to answer the Complaint before Magistrate Judge Snow issued her Report and Recommendation in Ultra Open MRI Corporation v. Prudential Property and Casualty Insurance Company. Prior to that Report, no judicial order or recommendation had been issued indicating that Pinnacle may not have foreclosed its right to seek to compel arbitration. Thus, the issuance of the Magistrate Judge's Report was the first indication to Allstate that it might have a viable right to arbitrate Browner's claims.

Moreover, waiver of a right to compel arbitration requires more than a failure to assert that right at the outset of a case. "Under federal law, the courts invariably find that no waiver

has occurred where parties who assert a right to arbitration have made relatively little use of the

judicial process and the party opposing arbitration cannot show that it would be prejudiced."

Acevedo v. Caribbean Transportation, Inc., 673 So. 2d 170, 175 (Fla. 3d DCA 1996) (emphasis

added), *citing* Rush v. Oppenheimer & Co., 779 F.2d 885 (2d Cir. 1985)(defendant did not waive

arbitration by participating in pretrial discovery, or by filing a motion to dismiss and a

subsequent answer even though it waited eight months to raise the issue); Sweater Bee By Banff,

Ltd. v. Manhattan Indus., Inc., 754 F.2d 457 (2d Cir.), *cert. denied* 474 U.S. 819

(1985)(defendant did not waive arbitration where it moved to dismiss on the merits, engaged in

discovery, and asserted right to arbitrate two years after complaint was filed).

Here, Browner has no basis for claiming prejudice.  There has been no discovery taken

and there has been no substantial activity in any of the consolidated cases because various parties

have sought to enforce their arbitration rights.  Allstate's assertion of its rights at this time

merely places it in the same position as all other insurers seeking to enforce arbitration rights.  A

showing that a party waited a period of time before moving to compel arbitration is not in itself

sufficient evidence of prejudice.  Rush at 887.  Accordingly, since Browner has not suffered any

prejudice by virtue of Allstate's waiting to file this motion, Allstate's right to seek to compel

arbitration cannot have been waived.

For all of the foregoing reasons, this Court should grant Allstate's Motion to Compel

Arbitration and should dismiss Browner's Complaint in its entirety.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to counsel on the attached service list this 25TH day of June, 2002.


DAVID B. SHELTON

PETER J. VALETA                     DAVID B. SHELTON
Florida Bar No. 327557              Florida Bar No. 0710539
ROSS & HARDIES                      Rumberger, Kirk & Caldwell
150 North Michigan Ave., Suite 2500  P.O. Box 1873
Chicago, Illinois 60601             Orlando, Florida 32802
Telephone: (312) 750-3619           Telephone: (407) 839-4511
Telecopier: (312) 750-8600          Telecopier: (407) 841-2133
Attorneys for Allstate Indemnity Company   Attorneys for Allstate Indemnity Company

## SERVICE LIST

**Co-Lead Counsel for Plaintiffs**

Eric Lee, Esquire
LEE & AMTZIS, P.L.
Suite 150
350 N.W. 12th Avenue
Deerfield Beach, FL 33442

Arthur S. Gold, Esquire
GOLD & COULSON
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603

Andrew Garcia, Esquire
Carlin Phillips, Esquire
PHILLIPS & GARCIA
13 Ventura Drive
North Dartmouth, MA 02747

Larry Kopelman, Esquire
Douglas Blankman, Esquire
KOPELMAN & BLANKMAN, P.A
Bank of America Tower
One Financial Plaza, Suite 2510
Fort Lauderdale, FL 33394

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esquire
230 East Davis Boulevard, Suite 200
Tampa, FL 33606

Richard Bokor, Esquire
RICHARD BOKOR, P.A.
230 East Davis Boulevard
Tampa, FL 33606

Casey Fundaro, Esquire
P.O. Box 7420
Fort Lauderdale, FL 33338-7420

**Counsel for Beech Street and ADP**

John M. Quaranta, Esquire
TEW, CARDENAS, et al.
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336

**Counsel for Progressive**

Francis Anania, Esquire
Donald A. Blackwell, Esquire
ANANIA, BANDKLAYDER, et al.
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131

**Counsel for CCN**

William W. Deem, Esquire
MCGUIRE WOODS, LLP
3300 Bank of America Center
50 N. Laura Street
Jacksonville, FL 32202-4099

**Counsel for Nationwide**

Katherine C. Lake, Esquire
FOWLER, WHITE, et al.
Post Office Box 1438
Tampa, FL 33601

James C. Haggerty, Esquire
SWARTZ CAMPBELL DETWEILER
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316

**Counsel for Florida Farm Bureau**

Robert K. Levenson, Esquire
Greg Baldwin, Esquire
HOLLAND & KNIGHT, LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131

**Counsel for Liberty Mutual**

Mark Shapiro, Esquire
AKERMAN, SENTERFITT et al.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131

**Counsel for Hartford, Metropolitan,
Integon**

Marcy Levine Aldrich, Esquire
AKERMAN, SENTERFITT et al.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131

**Counsel for Metropolitan**

Jeffrey P. Lennard, Esquire
SONNENSCHEIN, NATH & ROSENTHAL
8000 Sears Tower
Chicago, IL 60606

**Counsel for Superior**

Alan J. Nisberg, Esquire
BUTLER BURNETT PAPPAS
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607

**Counsel for Prudential**

John D. Aldock, Esquire
Michael Isenman, Esquire
SHEA & GARDNER
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Kathy J. Maus, Esquire
Lauren D. Levy, Esquire
BUTLER BURNETTE PAPPAS
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308-3469

**Counsel for American International**

Dale L. Friedman, Esquire
Brian P. Knight, Esquire
CONROY, SIMBERG, GANNON,
KREVANS & ABEL, P.A.
3440 Hollywood Blvd., 2nd Floor
Hollywood, FL 33021

National Support Center
**Allstate Insurance Company**
1819 Electirc Road S.W.
Roanoke, VA 24018-1618
Bus: (540) 989-2200



Claim# *39750071 65*

To Whom It May Concern:

I, Linda Sisson, employee of Allstate Insurance Company, Roanoke, Virginia, do certify

that the enclosed is a copy of Policy Number *071 757 336*,

in the name of *Bridget Knott*,

showing the coverages that were on the policy at the time of loss of *10 April 2000*

_____
Claim Support

State of Virginia, County of Roanoke

On this *20th* day of *June*, 2002, before me

personally appeared Linda Sisson to me known to be the person who executed the

foregoing instrument and acknowledged that she executed the same as a free act and

deed.

_____
Notary Public

My Commission Expires:

B. PLYMIRE-STOVALL
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 09/30/2003

EXHIBIT A

*Allstate Agency Support Center*
*PO Box 503*
*Jackson, MS 39205-0503*

**Your Quick Insurance Check**
- ✓ Verify vehicles and drivers listed in the Policy Declarations.
- ✓ Check your ID cards.
- ✓ File this package safely away.
- ✓ Watch the mail for your bill; it will arrive soon.

```
Bridget Knott
2171 SW 14 Ct
Fort Lauderdale FL 33312-4018
```

**Thank you for being an Allstate customer.**

This mailing contains your Allstate auto Policy Declarations, which lists your coverages, limits, premiums, and any discounts you're receiving. Automobile Insurance Identification cards for your vehicles with liability coverage are also enclosed.

To help you and your family prevent and handle potentially harmful situations, I have a wealth of information on a variety of safety issues at my office. Topics include preventing fires in your home, storing flammable materials, protecting your car from theft, and actions to take during a natural disaster. All the information is free from me and Allstate!

Thanks again for choosing me and Allstate to help you with your insurance needs. If you have any questions or would like to receive our free safety materials, please call me at (954) 202-5055.

Sincerely,

*John M. Benton*

Benton Insurance Gr
Your Allstate Agent

AUTO *510100999101303065410601* Information as of    October 13, 1999

RA220

**Allstate Insurance Company**

---

## RENEWAL
# Auto Policy Declarations

## *Summary*

| | | |
|---|---|---|
| **NAMED INSURED(S)** | **YOUR ALLSTATE AGENT IS** | **YOUR BILL** |
| Bridget Knott | Benton Insurance Gr | will arrive approximately |
| 2171 SW 14 Ct | (954) 202-5055 | 2 weeks before the policy |
| Fort Lauderdale FL 33312-4018 | | period begins. |
| | 938 E Cypress Crk Rd | |
| | Ft Lauderdale FL 33334 | |

| **POLICY NUMBER** | **POLICY PERIOD** |
|---|---|
| 0 71 757336 05/20 | Nov. 20, 1999 to May  20, 2000 at 12:01 a.m. standard time |

| **DRIVER(S) LISTED** | | **DRIVER(S) EXCLUDED** |
|---|---|---|
| Bridget | Mark Anderson | None |

| **VEHICLES COVERED** | **VEHICLE ID NUMBER** | **LIENHOLDER** |
|---|---|---|
| **1.**  99  VW Jetta | 3VWSA29M5XM059458 | City Cty Credit Unio |
| **2.**  95  Mazda MX-6 | 1YVGE31D1S5409272 | First North American |

## *Total Premium*   *(Your bill will be mailed separately.)*

| | |
|---|---|
| Premium for 99 VW Jetta | $454.00 |
| Premium for 95 Mazda MX-6 | $419.00 |
| **TOTAL** | **$873.00** |

✓  *Your total premium reflects a combined discount of $397.00*

*Your Policy Effective Date is Nov. 20, 1999*

---

AUTO *51000039910130306541060∂*

Information as of
October 13, 1999

# Allstate Insurance Company

Policy Number : 0 71 757336 05/20      Your Agent:   Benton Insurance Gr  (954) 202-5055
Policy Effective Date: Nov. 20, 1999

COVERAGE FOR VEHICLE # 1

## 1999 VW Jetta

| COVERAGE | LIMITS | | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|
| Automobile Liability Insurance | | | | |
| • Bodily Injury | $100,000 | each person | Not Applicable | $113.90 |
| | $300,000 | each occurrence | | |
| • Property Damage | $50,000 | each occurrence | Not Applicable | $51.10 |
| Personal Injury Protection | | | $0 | $53.00 |
| Aggregate Total | $10,000 | each person | | |
| Uninsured Motorists Insurance | $10,000 | each person | Not Applicable | $44.30 |
| for Bodily Injury | $20,000 | each accident | | |
| Uninsured Motorists Insurance limits of insured vehicles may be stacked | | | | |
| Auto Collision Insurance | Actual Cash Value | | $250 | $113.00 |
| Auto Comprehensive Insurance | Actual Cash Value | | $250 | $67.20 |
| Rental Reimbursement Coverage | up to $20  per day for a maximum of 30 days | | Not Applicable | $11.50 |
| **Total Premium for 99 VW Jetta** | | | | **$454.00** |

## DISCOUNTS   Your premium for this vehicle reflects the following discounts:

| | | | |
|---|---|---|---|
| Multiple Car | $75.00 | Anti-theft | $7.00 |
| Passive Restraint | $19.00 | Antilock Brakes | $32.00 |
| Premier Plus | $97.00 | | |

## RATING INFORMATION

This vehicle is driven over 7,500 miles per year, 0-3 miles to work/school, unmarried female age 36, good driver rate

# Allstate Insurance Company

**Policy Number : 0 71 757336 05/20**
**Policy Effective Date: Nov. 20, 1999**

**Your Agent:** Benton Insurance Gr  (954) 202-5055

COVERAGE FOR VEHICLE # 2
## 1995 Mazda MX-6

| COVERAGE | LIMITS | | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|
| Automobile Liability Insurance | | | | |
| • Bodily Injury | $10,000 | each person | Not Applicable | $50.90 |
| | $20,000 | each occurrence | | |
| • Property Damage | $25,000 | each occurrence | Not Applicable | $57.10 |
| Personal Injury Protection | | | $0 | $55.00 |
| Aggregate Total | $10,000 | each person | | |
| Uninsured Motorists Insurance | $10,000 | each person | Not Applicable | $44.30 |
| for Bodily Injury | $20,000 | each accident | | |
| Uninsured Motorists Insurance limits of insured vehicles may be stacked | | | | |
| Auto Collision Insurance | Actual Cash Value | | $250 | $124.00 |
| Auto Comprehensive Insurance | Actual Cash Value | | $250 | $76.20 |
| Rental Reimbursement Coverage | up to $20  per day for | | Not Applicable | $11.50 |
| | a maximum of 30 days | | | |
| **Total Premium for 95 Mazda MX-6** | | | | **$419.00** |

## DISCOUNTS
Your premium for this vehicle reflects the following discounts:

| | | | |
|---|---|---|---|
| Multiple Car | $57.00 | Anti-theft | $8.00 |
| Passive Restraint | $20.00 | Premier Plus | $82.00 |

## RATING INFORMATION
This vehicle is driven over 7,500 miles per year, 10 - 20 miles to work/school, unmarried male age 33, good driver rate

AUTO *51000099910130306541060l3*

# Allstate Insurance Company

Policy Number : 0 71 757336 05/20     Your Agent:   Benton Insurance Gr  (954) 202-5055
Policy Effective Date: Nov. 20, 1999

## Your Policy Documents

Your auto policy consists of this Policy Declarations and the documents listed below.  Please keep these together.

- Florida Auto Insurance Policy form AU109-1
- Amendment of Policy Provisions form AU2157
- Amendment of Policy Provisions form AU2326
- Amendment of Policy Provisions form AU1102-12
- Loss Payable Clause form AU166

## Important Payment and Coverage Information

Please note: This is not a request for payment.  Your bill will be mailed separately.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by its Secretary and its President at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

Secretary                    President, Personal Lines

## Allstate Insurance Compa. ,

Policy Number : 0 71 757336 05/20    Your Agent:   Benton Insurance Gr  (954) 202-5055
Policy Effective Date: Nov. 20, 1999

# Important Notice

## *Important Information About Uninsured Motorists Coverage (Coverage ST)*

Please refer to the Uninsured Motorists Coverage (Coverage ST) limits on the attached Policy Declarations.
And please read the information below regarding Uninsured Motorists Coverage to determine if you have the
type of coverage you want.

**What Does Coverage ST Offer?**
Uninsured Motorists Coverage (Coverage ST) provides you with protection, subject to the terms and
conditions of your policy, for bodily injury you sustain in an accident caused by an uninsured driver which
includes:
- Drivers with no liability insurance,
- Hit-and-run drivers,
- Drivers insured by insurance companies that deny coverage,
- Drivers insured by insurance companies that are unable to meet their obligations within 4 years from the
  date of the accident (Excess Coverage), and
- Drivers other than you or a relative who resides in your household, excluded from liability coverage
  under this policy, whose operation of an insured vehicle caused by bodily injury to you or a relative who
  resides in your household. And, an underinsured driver which includes:
- Drivers whose liability limits are less than the amount of your damages.

**What Are Your Available Coverage ST Options?**
1. You may select Uninsured Motorists Coverage in an amount equal to your limits for Bodily Injury Liability
   Coverage (Coverage AA).
2. You may select Uninsured Motorists limits which are lower than your Bodily Injury Liability limits.
3. Or, you may reject Uninsured Motorists Coverage.

**Coverage ST Non-Stacked Option**
You may purchase, at a reduced rate, a non-stacked (limited) type of Uninsured Motorists Coverage
(Coverage ST). Under this form of coverage, your Coverage ST limits (if any) will not be added together to
pay for damages you sustain in an accident. Therefore, if you are injured in a vehicle insured under this
policy, Coverage ST provides you with protection only to the extent of your coverage limits shown on your
Policy Declarations for that vehicle. If you are injured in someone else's vehicle, or you are struck as a
pedestrian, you may select the highest limits for Coverage ST available on any one vehicle insured under this
policy.

If you do not elect to purchase the non-stacked form of Uninsured Motorists Coverage, your Coverage ST
limits for each vehicle insured under this policy are added together (stacked) to pay for damages you sustain
in an accident. Thus, the Coverage ST limits available to you would automatically change during the policy
period if you increase or decrease the number of autos insured under this policy.

Please contact your agent if you have any questions about Uninsured Motorists Coverage. Your agent can
help you determine what coverages are available so you can select the coverage of your choice.

X5402-1

AUTO *51000099910130306541O604*

# Allstate Insurance Compa

Policy Number : 0 71 757336 05/20        Your Agent:    Benton Insurance Gr  (954) 202-5055
Policy Effective Date: Nov. 20, 1999

# Supplement to Policy Declarations

This document forms a part of your Policy Declarations.

## ADDITIONAL LIENHOLDERS AND INTERESTED PARTIES

**Lienholders**

**Interested Parties**

99   VW Jetta                    3VWSA29M5XM059458   Air Touch Paging

## Allstate Insurance Compa.../

Policy Number : 0 71 757336 05/20    Your Agent:    Benton Insurance Gr  (954) 202-5055
Policy Effective Date: Nov. 20, 1999

# Important Notice,

### Important Information About Florida Mandatory Coverages
Please read the following information regarding your Property Damage Liability coverage and Personal Injury Protection (PIP) coverage, options, and deductibles.

**Property Damage Liability Coverage**
Please note that Florida law requires all automobile insurance policies to include Property Damage Liability coverage at a minimum limit of $10,000.

**Personal Injury Protection Options and Deductibles**
If you own a private passenger automobile, there is a minimum basic PIP coverage required by Florida law. It provides an aggregate limit of $10,000 for each person injured in a covered auto accident, and includes the following:
- a Medical Expenses benefit which pays 80% of all reasonable expenses incurred for necessary treatment,
- an Income Loss benefit which pays 60% of lost wages, and a Death benefit of $5,000.

Benefits payable under PIP are reduced by any benefits received under any Workers' Compensation Law. There are a variety of options and deductibles available which provide reduced protection at a lower premium. If you are covered under a private or governmental disability plan, you may want to take advantage of them. The options and deductibles are as follows:
- You can exclude the Income Loss benefit for yourself only or for yourself and all the relatives residing in your household.
- Your premium may also be reduced if you or a dependent relative qualify for Military benefits.
- You can select one of the following deductibles:

  $250
  $500
  $1000
  $2000

And as in the past, you can have the deductible apply for yourself only or for yourself and all the dependent relatives residing in your household.

If you have any questions regarding your Property Damage Liability coverage or Personal Injury Protection coverage, options, or deductible limits, please contact your Allstate agent or the nearest Allstate office.

X2692-2

AUTO *5100009991013030654106O5*



**Allstate Insurance Compa?**

Policy Number : 0 71 757336 05/20       Your Agent:    Benton Insurance Gr  (954) 202-5055
Policy Effective Date: Nov. 20, 1999

# Important Notice

## State-Required Information Regarding Mandatory Insurance Coverage

*This notice is being provided for your information only. It's important that you understand what will happen if your auto policy is cancelled or non-renewed, or if you let your coverage lapse. If you have any questions after reading this notice, please do not hesitate to contact your agent.*

We are obligated by law to report the cancellation or non-renewal of any auto policy which provides personal injury protection benefits to the Florida Department of Highway Safety and Motor Vehicles. If you fail to maintain personal injury protection and property damage liability insurance on a motor vehicle when required by law, you may lose your registration and driving privileges in the state.

If your registration and driving privileges are suspended, you may reinstate them by obtaining an auto insurance policy which includes personal injury protection coverage and property damage liability insurance, as required by law, and paying a nonrefundable reinstatement fee of $150.00. This fee will increase to $250.00 for a second reinstatement, and to $500.00 for each reinstatement after the second during the three years following the first reinstatement.

The coverages and the coverage limits currently provided by your policy are listed on the enclosed Policy Declarations. Please review your coverage information, and if you have any questions about your policy or your insurance coverage in general, please contact your agent.

**X6988**

## Allstate Insurance Comp. .y

Policy Number : 0 71 757336 05/20     Your Agent:    Benton Insurance Gr  (954) 202-5055
Policy Effective Date: Nov. 20, 1999

# Important Notice

*Being in good hands is the only place to be.*[SM]

**Because You've Got a Lot to Lose...**
Fire prevention, detection, and escape — words that can mean the difference between losing everything you have in a matter of minutes and living happily in your dream house for years to come. With the help of some free information from Allstate, you'll find that it's surprisingly easy to put those words into action.

As a matter of fact, adding a few more minutes to your cleanup routine in your workshop can go a long way toward preventing a very deadly "flash fire" in your home. Flash fires are a potential threat if paints and solvents are stored incorrectly in your home or garage. The fumes from the chemicals can creep along the floor, make contact with the pilot light in gas water heaters and furnaces, and cause an explosion.
- Buy only the amount of chemicals you need for your project — you'll avoid having to store large amounts of flammable liquids in your home or garage;
- Be sure that all flammable liquids are tightly sealed in proper containers and stored far away from gas appliances; and
- Wash out oily rags by hand after use and keep them in airtight and fireproof containers.

Remember that no matter how many preventative measures you take, your fire safety plan isn't complete without properly installing and maintaining smoke detectors on every level of your home and creating a fire escape plan that your family practices regularly.

**Is Your Car a Target?**
A vehicle is stolen every 30 seconds and 70 drivers are carjacked every day in the United States. We want to help you make sure this doesn't happen to you.

Here's what you can do to help protect yourself from car thieves:
- Consider having your vehicle's windows etched with the vehicle's identification number. Call your Allstate agent for more information.
- File your car title at your home or office, and carry a copy of your car registration in your wallet.
- Keep your car and house keys on separate rings, without identification tags.

Learn how to help protect what's important to you. Just call your Allstate agent or stop by an Allstate sales office to get safety materials on these and other topics.

X6591

AUTO *5100000999101303065410606*



AUTO *0999101303065410101* Information as of    1999

# Allstate Automobile Insurance

## A Quick Guide to This Package

- **PROOF OF INSURANCE CARD**
  Attached at the right is one Proof of Insurance Card for each vehicle with liability coverage. You can use these cards to show that you are in compliance with state law.

- **POLICY DECLARATIONS**
  The Policy Declarations section contains detailed information about your policy such as drivers, vehicles, coverages, limits, and premiums. Please take a moment to check this information.

- **CHANGES TO YOUR POLICY**
  This section lists certain changes that have been made to your insurance coverage effective at this renewal. Please read through this section carefully

- **IMPORTANT NOTICE**
  The Important Notice section provides you with explanations about insurance issues or other policy information that may be helpful to you.

- **QUESTIONS**
  Do you have any questions about this package? Just call your Allstate agent.

Your bill will be mailed separately.

IDFL

---

**Florida Automobile Insurance Identification Card**



**Allstate Insurance Company**

POLICY NUMBER 0 71 757336 05/20 -09020    EFFECTIVE DATE 11/20/99

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY    [X] BODILY INJURY LIABILITY

**Bridget Knott**
**2171 SW 14 Ct**
**Fort Lauderdale FL 33312-4018**

99 VW Jetta                    3VWSA29M5XM059458

**NOT VALID MORE THAN ONE YEAR FROM EFFECTIVE DATE**

---

**Florida Automobile Insurance Identification Card**

**Allstate** You're in good hands.

**Allstate Insurance Company**

POLICY NUMBER 0 71 757336 05/20 -09020    EFFECTIVE DATE 11/20/99

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY    [X] BODILY INJURY LIABILITY

**Bridget Knott**
**2171 SW 14 Ct**
**Fort Lauderdale FL 33312-4018**

95 Mazda MX-6                  1YVGE31D1S5409272

**NOT VALID MORE THAN ONE YEAR FROM EFFECTIVE DATE**

**have an accident or loss:**
- medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved including passengers and witnesses.
- Contact your agent as soon as possible.
    Benton Insurance Gr
    (954) 202-5055
    938 E Cypress Crk Rd
    Ft Lauderdale FL 33334
- If you are unable to contact your agent or broker, call the Allstate Claim Office nearest your home (check the phone book). If you are out of town, contact the nearest Allstate office.

**Collision Coverage For Rental Cars**
If you carry collision coverage, rental car coverage is provided, see outline of coverage.
**Misrepresentation of insurance is a first degree misdemeanor**

## If you have an accident or loss:
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved including passengers and witnesses.
- Contact your agent as soon as possible.
    Benton Insurance Gr
    (954) 202-5055
    938 E Cypress Crk Rd
    Ft Lauderdale FL 33334
- If you are unable to contact your agent or broker, call the Allstate Claim Office nearest your home (check the phone book). If you are out of town, contact the nearest Allstate office.

**Collision Coverage For Rental Cars**
If you carry collision coverage, rental car coverage is provided, see outline of coverage.
Misrepresentation of insurance is a first degree misdemeanor

# Allstate Auto Insurance Policy



**Policy:** ((((((((((((((((

**Effective:** ///////////////////

**Issued to:**
)))))))))))))))))))))))))))))))))
)))))))))))))))))))))))))))))))))
)))))))))))))))))))))))))))))))))
)))))))))))))))))))))))))))))))))
)))))))))))))))))))))))))))))))))

//////////////////////////////////
((((((((((((((((((((((((((((((((((((
((((((((((((((((((((((((((((((((((
((((((((((((((((((((((((((((((((((



**AU109-1**

# Allstate Insurance Company

## TABLE OF CONTENTS

When And Where The Policy Applies ..................... 2
Changes ............................................................... 2
Duty To Report Autos ......................................... 2
Combining Limits Of Two Or More Autos
    Prohibited ........................................................ 2
Transfer ............................................................... 2
Provisional Premium .......................................... 2
Cancellation ......................................................... 2
Part I — Automobile Liability Insurance
    (Coverages AA and BB) .................... 3
Insuring Agreement ........................................... 3
Additional Payments ........................................... 3
Persons Insured ................................................. 3
Insured Autos ..................................................... 3
Definitions ........................................................... 4
Exclusions — What is not covered .................... 4
Financial Responsibility ..................................... 4
Limits of Liability ................................................. 5
If There Is Other Insurance ................................ 5
Assistance and Cooperation .............................. 5
Action Against Allstate ...................................... 5
What To Do In Case Of An Auto Accident Or Claim  5
Part II — Automobile Medical Payments
    (Coverage CC) ............................ 5
Insuring Agreement ........................................... 5
Persons Insured ................................................. 6
Insured Autos ..................................................... 6
Definitions ........................................................... 6
Exclusions — What is not covered .................... 6
Limits of Liability ................................................. 7
If There Is Other Insurance ................................ 7
Assistance and Cooperation .............................. 7
Subrogation Rights ............................................ 7
Proof of Claim; Medical Reports ....................... 7
Part III — Personal Injury Protection
    (Coverage VA) ............................ 7
Insuring Agreement ........................................... 7

Definitions ........................................................... 8
Exclusions — What is not covered .................... 8
Limits of Liability ................................................. 9
Action Against Allstate ...................................... 9
Proof of Claim; Medical Reports ....................... 9
Reimbursement And Subrogation ...................... 9
Part IV — Uninsured Motorists Insurance
    (Coverage SS) ........................... 10
Insuring Agreement ........................................... 10
Persons Insured ................................................. 10
Definitions ........................................................... 11
Exclusions — What is not covered .................... 11
Limits of Liability ................................................. 11
If There Is Other Insurance ................................ 11
Proof Of Claim; Medical Reports ...................... 12
Assistance and Cooperation .............................. 12
Trust Agreement ................................................. 12
Payment of Loss by Allstate .............................. 12
Action Against Allstate ...................................... 12
If We Cannot Agree ........................................... 12
Part V — Protection Against Loss to the Auto
    (Coverages DD, DE, HH, HE, HF, HG,
    JJ, UU, ZA, ZZ) ........................... 13
Insuring Agreements For Each Coverage ........... 13
Additional Payments Allstate Will Make .............. 14
Insured Autos ..................................................... 14
Definitions ........................................................... 15
Exclusions — What is not covered .................... 15
Right to Appraisal .............................................. 16
Payment of Loss ................................................ 16
Limits of Liability ................................................. 16
If There Is Other Insurance ................................ 16
Action Against Allstate ...................................... 17
Subrogation Rights ............................................ 17
What You Must Do If There Is A Loss ................ 17

**Allstate Insurance Company**

# Allstate Insurance Company

**The Company Named in the Policy Declarations**
A Stock Company
Home Office: Northbrook, Illinois

# GENERAL PROVISIONS

The coverages of this policy apply only when a specific premium is indicated for them on the Policy Declarations. If more than one auto is insured, a coverage premium will be shown for each auto. Allstate, relying upon the Policy Declarations, subject to all terms of the policy and subject to **your** payment of the premiums, makes the following agreements with **you.**

## When And Where The Policy Applies

During the premium period, **your** policy applies to losses to the auto, accidents and occurrences within the United States of America, its territories or possessions or Canada, or between their ports.

## Changes

When Allstate broadens coverage during the premium period without charge, **you** have the new features if **you** have the coverage. Otherwise, the policy can be changed only by endorsement.

The premium for each auto is based on information in our possession. Any change(s) in this information will allow **us** to make an adjustment of the policy premium.

Any calculation of **your** premium or changes in **your** coverage will be made using the rules, rates, and forms on file, if required, for our use in **your** state.

## Duty To Report Autos

**You** must notify **us** within 60 days when **you** acquire an additional or replacement auto. If **you** don't, certain coverages of this policy may not apply.

## Combining Limits Of Two Or More Autos Prohibited

This provision applies only when **you** have two or more **autos** insured in **your** name.

If one of these **autos** is involved in an accident, the coverage limit will be as shown on the Policy

Declarations for that **auto**. If none of these **autos** is involved in the accident, **you** may select any single **auto** shown on the Policy Declarations and the coverage limits applicable to that **auto** will apply.

In either case, coverage on any other **auto** may not be added to or stacked upon the coverage of the involved or selected **auto**.

## Transfer

This policy can't be transferred to another person without our written consent. However, if **you** die this policy will provide coverage until the end of the premium period for **your** legal representative while acting as such and persons covered on the date of **your** death.

## Provisional Premium

The premium shown on the Policy Declarations for Automobile Liability Insurance, Automobile Medical Payments and Uninsured Motorists Insurance will be considered provisional and may be recomputed, if:

(a) any provision of the Florida Automobile Reparations Reform Act (No-Fault Law) exempting persons from tort liability is found to be unconstitutional, and

(b) the rules, rates or premiums for the issuance of this policy are changed because of the unconstitutionality of the law.

If this policy is a continuation or renewal of **your** policy, any recomputation of premium will include consideration of any returned or credited premium given in compliance with Section 12(2)(e) of the Florida Automobile Reparations Reform Act.

If the final recomputed premium exceeds the premium stated on the Policy Declarations, **you** must pay the excess to Allstate, including the amount of any return premium previously credited or refunded.

## Cancellation

**You** may cancel this policy by writing and telling **us** on what future date **you** wish to stop coverage.

Allstate may cancel part or all of this policy by mailing notice to **you** at **your** address as shown on the Policy Declarations. If **we** cancel because **you** didn't pay the premium, the date of cancellation will be at least 10 days after the date of mailing. Otherwise, **we** will give **you** 45 days notice.

**Page 2**

**Allstate Insurance Company**

Mailing the notice will be proof of notice. A refund, if due, will be proportional to the time your policy has been in effect, but cancellation will be effective even though the refund is not made immediately.

After your original policy has been in effect 60 days, Allstate won't cancel or reduce your coverage during the premium period unless:
(1) The premium isn't paid when due.

(2) You or any member of your household has a driver's license suspended or revoked.

(3) Allstate has mailed notice within the first 60 days that we don't intend to continue the policy.

If we don't intend to continue the policy beyond the current premium period, we will mail you notice at least 45 days before the end of the premium period.

# Part I—Automobile Liability Insurance
## Bodily Injury—Coverage AA
## Property Damage—Coverage BB

Allstate will pay for all damages a person insured is legally obligated to pay—because of bodily injury or property damage meaning:
(1) Bodily injury, sickness, disease or death to any person, including loss of services; and

(2) Damage to or destruction of property, including loss of use.

Under these coverages, your policy protects a person insured from claims for accidents arising out of the ownership, maintenance or use, loading or unloading of the auto we insure.

We will defend a person insured if sued as the result of a covered auto accident. This defense will be supplied even if the suit is groundless, false or fraudulent. We will defend that person at our own expense, with counsel of our choice and, may settle any claim or suit if we feel this is appropriate.

## Additional Payments
In defending a person insured under this part, we will pay for:

(1) Loss of wages or salary not to exceed $25 per day. These payments will be made when that person's attendance is required at a trial to defend against a bodily injury suit. We will also pay other reasonable expense incurred at our request but not other loss of income or earnings;

(2) Court costs for defense;

(3) Interest accruing on damages awarded, until such time as we have paid, formerly offered, or deposited in court the amount for which we are liable under this policy. Interest will be paid only on damages which do not exceed our limits of liability;

(4) All premiums on appeal bonds and on bonds to release attachments, but not in excess of our limit of liability. We have no obligation, however, to apply for or furnish these bonds.

We will repay a person insured for:
(1) The cost of any bail bonds required because of an accident or traffic law violation involving the use of the insured auto. Payment won't exceed $300 per bond. We have no obligation to apply for or furnish a bond.

(2) Any expense incurred for first aid to others at the time of an auto accident involving the insured auto.

## Persons Insured
(1) While using your insured auto
  (a) You,
  (b) Any resident, and
  (c) Any other person using it with your permission.

(2) While using a non-owned auto
  (a) You,
  (b) Any resident relative of your household using a four wheel private passenger, station wagon or utility auto.

(3) Any other person or organization liable for the use of an insured auto if the auto is not owned or hired by this person or organization.

## Insured Autos
(1) Any auto described on the Policy Declarations and the four wheel private passenger or utility auto you replace it with.

**Page 3**

# Allstate Insurance Company

(2) Additional four wheel private passenger or utility autos you acquire ownership of during the premium period. This auto will be covered if we insure all other private passenger or utility autos you own. You must, however, notify us within 60 days of acquiring the auto and pay any additional premium.

(3) A substitute four wheel private passenger or utility auto, not owned by you or a resident of your household, being temporarily used while your insured auto is being serviced or repaired, or if your insured auto is stolen or destroyed.

(4) A non-owned auto used by you or a resident relative with the permission of the owner. This auto must not be available or furnished for the regular use of a person insured.

(5) A trailer, while attached to an insured auto, designed for use with a private passenger auto. This trailer can't be used for business purposes with other than a private passenger or utility auto.

## Definitions

(1) "Allstate", "We", "Us" or "Our"--means the Allstate Insurance Company or the Allstate Indemnity Company as indicated on Policy Declarations.

(2) "Auto"—means a land motor vehicle designed for use on principally upon public roads.

(3) "Resident" or "Reside"—means the physical presence in your household with the intention to continue living there. Your unmarried dependent children while temporarily away from home will be considered residents, if they intend to continue to live in your household.

(4) "Utility Auto"—means an auto with a rated load capacity of 2,000 pounds or less of the pick-up body, sedan delivery or panel truck type

(5) "You" or "Your"—means the policyholder named on the Policy Declarations and that policyholder's resident spouse.

## Exclusions—What is not covered

This coverage does not apply to liability for:

(1) Your insured auto while used to carry persons or property for a charge, or any auto you are driving while available for hire by the public. This exclusion does not apply to shared expense car pools.

(2) Auto business operations such as repairing, servicing, testing, washing, parking, storing or selling of autos. However, coverage does apply to you, resident relatives, your partners or the partnership in the business, or employees of the partnership or of the resident relative when using your insured auto.

(3) A non-owned auto while being used in any business or occupation of a person insured. However, coverage does apply while you, your chauffeur or domestic servant are using a private passenger auto or trailer.

(4) Bodily injury to an employee of any insured person arising in the course of employment. Coverage does apply to a domestic employee who is not required to be covered by a workers compensation law, or similar law.

(5) Anyone other than you, for claims made by a co-worker injured in the course of employment.

(6) Bodily injury to any person related to a person insured by blood, marriage or adoption and residing in that person insured's household.

(7) Injury or destruction of property a person insured owns, is in charge of or rents. However, a private residence or a garage rented by that person is covered.

(8) Bodily injury or property damage caused intentionally by, or at the direction of an insured person.

(9) Bodily injury or property damage which would also be covered under nuclear energy liability insurance. This applies even if the limits of that insurance are exhausted.

## Financial Responsibility

When this policy is certified as proof under any Motor Vehicle Financial Responsibility law the insurance under this part will comply with the

**Allstate Insurance Company**

provisions of that law. This liability coverage will comply to the extent of liability coverage and limits required by law.

### Limits of Liability
The limits shown on the Policy Declarations are the maximum we will pay for any single auto accident. The limit stated for each person for bodily injury applies to all damages arising from bodily injury, sickness, disease, or death sustained by one person in any one occurrence. The occurrence limit is our total limit of liability for all legal damages for bodily injury sustained by two or more persons in any one occurrence. For property damage, the limit applies to all legal damages arising from each occurrence.

The liability limits apply to each insured auto as stated on the Policy Declarations. The insuring of more than one person or auto under this policy will not increase our liability limits beyond the amount shown for any one auto, even though a separate premium is charged for each auto. The limits also won't be increased if you have other auto insurance policies that apply.

An auto and attached trailer are considered one auto. Also, an auto and a mounted camper unit, topper, cap or canopy are considered one auto.

If a single "each occurrence" limit is stated on the Policy Declarations for Automobile Liability Insurance, this limit will be the maximum amount of Allstate's liability for bodily injury and property damage arising out of any one occurrence.

### If There Is Other Insurance
If a person insured is using a substitute private passenger auto or non-owned auto, our liability insurance will be excess over other collectible insurance. If more than one policy applies to an accident involving your insured auto, we will bear our proportionate share with other collectible liability insurance.

### Assistance and Cooperation
A person insured must assist us in making settlements, securing evidence, obtaining witnesses, and in conducting suits. This includes disclosing all facts, and attending hearings and trials. That person must also help us recover from anyone who may be jointly responsible.

We can't be obligated by a person insured voluntarily making any payments or taking other actions except as specified in this policy.

### Action Against Allstate
No insured person may sue us under this coverage unless there is full compliance with all the terms of the policy.

If liability has been determined by judgment after trial, or by written agreement among the insured, the other person, and us, then whoever obtains this judgment or agreement against a person insured, may sue us up to the limits of this policy. However, no one has the right to join us in a suit to determine legal responsibility.

The bankruptcy or insolvency of a person insured won't relieve us of any obligation.

### What To Do In Case Of An Auto Accident Or Claim
If a person insured has an auto accident, we must be promptly notified of all details. If a person insured is sued as the result of an auto accident, we must be notified immediately.

# Part II
# Automobile Medical Payments Coverage CC
Allstate will pay to or on behalf of a person insured all reasonable expenses incurred for necessary treatment actually rendered within 3 years from the date of the accident because of the bodily injury. Payments will be made only when bodily injury, sickness, disease or death is caused by an auto accident. Ambulance, medical, surgical, X-ray, dental, orthopedic and prosthetic devices, professional nursing services, pharmaceuticals, eyeglasses, hearing aids, and funeral service expenses are covered.

This coverage does not apply to bodily injury, sickness, disease or death to any person to the extent that treatment is provided or benefits are paid or payable to or on behalf of an injured person under:

(1) any workers compensation law;

(2) any no-fault benefits in this or any other auto policy.

**Page 5**

# Allstate Insurance Company

This coverage does not apply to any expenses which are not paid or payable under any no-fault benefits in this or any other auto policy because of the application of

(1) a deductible;

(2) benefits paid or payable under medicare;

(3) benefits paid or payable by the federal government to active or retired military personnel and dependents.

## Persons Insured

(1) You and any resident relative who sustains bodily injury while in, on, getting into or out of, or through being struck by, an auto or trailer. Your use of a non-owned auto must be with the owner's permission.

(2) Any other person who sustains bodily injury while in, on, getting into or out of:
   (a) Your insured auto while being used by you, a resident relative, or any other person with your permission.
   (b) A non-owned auto if the injury results from your operation or occupancy.
   (c) A non-owned auto if the injury results from the operation on your behalf by your private chauffeur or domestic servant.
   (d) A non-owned private passenger auto or trailer if the injury results from the operation or occupancy by a resident relative.

The use of these autos must be with the owner's permission.

## Insured Autos

(1) Any auto described on the Policy Declarations and the four wheel private passenger or utility auto you replace it with.

(2) Additional four wheel private passenger or utility autos you acquire ownership of during the premium period. This auto will be covered if we insure all other private passenger or utility autos you own. You must, however, notify us within 60 days of acquiring the auto and pay any additional premium.

(3) A substitute four wheel private passenger or utility auto, not owned by you or a resident of your household, being temporarily used while your insured auto is being serviced or repaired, or if your insured auto is stolen or destroyed.

(4) A non-owned auto used with the permission of the owner. This auto must not be available or furnished for your regular use.

(5) A trailer, while attached to an insured auto, designed for use with a private passenger auto. This trailer can't be used for business purposes with other than a private passenger or utility auto.

## Definitions

(1) "Allstate," "We," "Us," or "Our"—means the Allstate Insurance Company or Allstate Indemnity Company as indicated on the Policy Declarations.

(2) "Auto"—means a land motor vehicle designed for use principally upon public roads.

(3) "Resident" or "Reside"—means the physical presence in your household with the intention to continue living there. Your unmarried dependent children while temporarily away from home will be considered residents, if they intend to continue to live in your household.

(4) "Utility Auto"—means an auto with a rated load capacity of 2,000 pounds or less of the pick-up body, sedan delivery or panel truck type.

(5) "You" or "Your"—means the policyholder named on the Policy Declarations and that policyholder's resident spouse.

## Exclusions—What is not covered

This coverage does not apply to bodily injury, sickness, disease or death to:

(1) You or a resident relative while in, on, getting into or out of an auto owned by you or a resident relative which is not insured for this coverage.

(2) You or a resident relative while in, on, getting into or out of, or struck as a pedestrian by:
   (a) a vehicle operated on rails or crawler-treads, or

Page 6

# Allstate Insurance Company

(b) a vehicle or other equipment designed for use principally off public roads, while not upon public roads.

(3) Any person while in, on, getting into or out of:
   a) an owned auto while available for hire to the public. This exclusion does not apply to shared expense car pools.
   b) an auto or trailer while used as a residence or premises.

(4) Any person, other than **you** or a **resident relative**, while using a non-owned auto which is available for hire by the public, or in auto business operations such as repairing, servicing, testing, washing, parking, storing or the selling of autos. Coverage is provided for **you, your** private chauffeur or domestic servant while using a private passenger **auto** or trailer in any other business or occupation.

(5) Any person resulting from any act of war, insurrection, rebellion or revolution.

(6) Any person or dependent of a person who is entitled to benefits provided by the U.S. Government under a contract of employment including past or present military duty.

## Limits of Liability
The limit shown on the Policy Declarations is the maximum **we** will pay for all expenses incurred by or for each person as a result of any one **auto** accident.

The medical payments limit applies to each insured **auto** as stated on the Policy Declarations. The insuring of more than one person or **auto** under this policy will not increase our limit beyond the amount shown for any one auto, even though a separate premium is charged for each auto. The limit also won't be increased if **you** have other auto insurance policies that apply.

**We** will not pay more than $2,000 for any one person for funeral service expenses.

There will be no duplication of payments made under the Bodily Injury Liability and Medical Payments coverages of this policy. All payments made to or on behalf of any person under this coverage will be considered as advance payments to that person and reduce the damages payable

under the Bodily Injury Liability Coverage of this policy.

## If There Is Other Insurance
When this coverage applies to a substitute **auto** or non-owned **auto**, **Allstate** will pay only after all other collectible auto medical insurance has been exhausted.

When this coverage applies to a replacement **auto** or additional **auto**, this policy will not apply if **you** have other collectible auto medical insurance.

## Assistance and Cooperation
**You** must assist **us** in making settlements, securing evidence, obtaining witnesses, and in conducting suits. This includes disclosing all facts, and attending hearings and trials. **You** must also help **us** to obtain partial payments from anyone who may be jointly responsible.

**We** can't be obligated by **you** voluntarily making any payments or taking other actions except as specified in this policy.

## Subrogation Rights
When **we** pay, a person insured's right of recovery from anyone else become **ours** up to the amount **we** have paid. The person insured must protect these rights and help **us** enforce them.

## Proof Of Claim; Medical Reports
As soon as possible, **you** or any other person making claim must give **us** written proof of claim including all details reasonably required by **us** to determine the amounts payable.

The injured person may be required to take physical examinations by physicians selected by **us**, as often as **we** reasonably require. The injured person or his representative must authorize **us** to obtain medical reports and copies of medical and employment records.

# Part III—Personal Injury Protection Coverage VA
**Allstate** will pay to or on behalf of the **injured person** the following benefits. Payments will be made only when bodily injury, sickness, disease or death is caused by an accident arising from the use of a **motor vehicle** as a **motor vehicle**.

# Allstate Insurance Company

(1) Medical Expenses

Eighty percent of all reasonable and necessary treatment expenses incurred. This covers medical, surgical, hospital, X-ray, rehabilitative, dental, prosthetic devices, ambulance and professional nursing services. Treatment and services provided in accordance with a recognized religious method of healing are also covered.

(2) Income Loss

Sixty percent of loss of income and earning capacity from inability to work caused directly by the injury sustained in the auto accident.

(3) Loss of Services

All reasonable expenses incurred in obtaining from others ordinary and necessary services usually performed by the **injured person** without income for the benefit of the family or family household.

(4) Funeral Services

Funeral, burial, or cremation services expenses incurred.

## Definitions

(1) **"Allstate", "We", "Us", or "Our"**—means the Allstate Insurance Company or Allstate Indemnity Company as indicated on the Policy Declarations.

(2) **"Injured Person"**—means
(a) Within the State of Florida
(i) **You** or a **resident relative** while in, on, getting into or out of, or struck while a pedestrian by a **motor vehicle**.
(ii) Any other person while in, on, getting into or out of, and if a legal resident of Florida, any other person struck while as a pedestrian by the **insured motor vehicle**.

(b) Outside the State of Florida
(i) **You** or a **resident relative** while in, on, getting into or out of the **insured motor vehicle**.
(ii) **You** while in, on, getting into or out of a **motor vehicle** owned by a

**resident relative** for which security is maintained under the Florida Reparations Reform Act.

(3) **"Insured Motor Vehicle"**—means a **motor vehicle**:
(a) **You** own, and
(b) for which the security is required to be maintained under the Florida Automobile Reparations Reform Act, and
(c) (i) for which a premium is charged, or (ii) a trailer designed for use with a private passenger automobile, or if not used for business purposes, a trailer designed for use with a pick up truck, panel truck or van.

(4) **"Motor Vehicle"**—means any self-propelled vehicle which is of a type both designed and required to be licensed for use on the highways of Florida or any trailer or semi-trailer designed for use with such vehicle.

A **"Motor vehicle"** does not include:
(a) a vehicle owned by the State of Florida, any political subdivision or municipality thereof, or the federal government;
(b) a self propelled vehicle with less than four wheels; or
(c) a mobilehome.

(5) **"Resident"** or **"Reside"**—means the physical presence in **your** household with the intention to continue living there. Unmarried dependent children while temporarily away from home will be considered residents, if they intend to continue to live in **your** household.

(6) **"You"** or **"Your"**—means the policyholder named on the Policy Declarations and that policyholder's **resident spouse**.

## Exclusions—What is not covered

This coverage does not apply:

(1) To you or any **resident relative** while in, on, getting into or out of a **motor vehicle** which **you** own that is not an **insured motor vehicle** under this policy.

(2) To any person while operating the **insured motor vehicle** without **your** permission.

## Allstate Insurance Company

(3) To any person whose conduct contributed to a self injury:
   (a) intentionally caused.
   (b) while driving under the influence of alcohol or narcotic drugs resulting in conviction.
   (c) while committing a felony.

(4) To any person, other than **you**, if that person owns a **motor vehicle** for which security is required under the Florida Automobile Reparations Reform Act.

(5) To any person, other than **you** or a **resident** relative, who is entitled to no-fault benefits from the owner or insurer of a **motor vehicle** which is not an insured **motor vehicle** under this insurance.

(6) To any person who sustains bodily injury while in, on, getting into or out of a **motor vehicle** while located for use as a residence or premises.

### Limits of Liability
The limit of our liability for Personal Injury Protection is stated on the Policy Declarations. This is the maximum Allstate will pay per **injured person** for any one motor vehicle accident, regardless of the number of vehicles insured under this or other policies. We will not pay more than $1,000 for any one person for funeral service expenses.

Benefits will be reduced by:
(1) Amounts paid or payable for the same items of loss and expense under any workers compensation law or Medicaid.

(2) Amounts received from any insurer for the same items of loss and expense for which benefits are available under this policy. This reduction applies only to amounts that are a duplication of payment for the same loss or expense. The insurer paying these benefits, however, will be entitled to recover from us an equitable pro-rata share of the benefit paid and expenses incurred in processing the claim.

(3) The amount of any deductible stated on the Policy Declarations.

(4) Amounts payable under the federal medicare program, if shown as applicable on the Policy Declarations or supplementary Policy Declarations.

(5) Amounts payable by the federal government to active or retired military personnel and dependent relatives, if shown as applicable on the Policy Declarations or supplementary Policy Declarations.

### Action Against Allstate
No one may sue **us** under this coverage unless there is full compliance with all the terms of the policy, or until 30 days after the required notice of accident and reasonable proof of claim has been filed with **us**.

### Proof of Claim; Medical Reports
As soon as possible, **you** or any other person making claim must give **us** written proof of claim including all details reasonably required by **us** to determine the amounts payable.

If the mental or physical condition of an **injured person** is material to any claim under this coverage, that person may be required to take mental or physical examinations at **our** request. If an **injured person** unreasonably refuses to take the examination, **we** are not required to pay any subsequent personal injury protection benefits. **We** will pay the expense of any examinations **we** request. The examination will be given in the **injured person's** city of residence. If there is no qualified physician in the **injured person's** city of residence, the examination will be given in an area nearest to the **injured person's** city of residence.

### Reimbursement and Subrogation
Unless prohibited by the Florida Automobile Reparations Reform Act, as amended, and in the event of payment to or for the benefit of any **injured person** under this insurance:
(a) Allstate shall be reimbursed to the extent of such payment, exclusive of reasonable attorney's fees and other reasonable expenses, out of the proceeds of any settlement or judgment that may result from the exercise of any rights of recovery of such person against any person or organization legally responsible for the bodily injury, sickness, disease or death because of which

**Page 9**

## Allstate Insurance Company

such payment is made and **Allstate** shall have a lien on such proceeds to such extent;

(b) **Allstate** is subrogated to the rights of the person to whom or for whose benefit such payment were made to the extent of such payments. Such person shall execute and deliver the instruments and papers and do whatever else is necessary to secure such rights. Such person shall do nothing after loss to prejudice such rights;

(c) **Allstate** shall be entitled to reimbursement *to* the extent of the payment of Personal Injury Protection benefits made under this insurance from the owner or insurer of the owner of a commercial motor vehicle, as defined by the Florida Automobile Reparations Reform Act, if such injured person sustained the injury while in, on, getting into or out of, or while a pedestrian through being struck by, such commercial motor vehicle.

# Part IV—Uninsured Motorists Insurance—Coverage SS

We will pay damages for bodily injury, sickness, disease or death which a person insured is legally entitled to recover from the owner or operator of an uninsured auto. Injury must be caused by accident and arise out of the ownership, maintenance or use of an uninsured or underinsured auto.

The right to benefits and the amount payable will be decided by agreement between the person insured and **Allstate**. If we can't agree, the decision will be made by arbitration.

If a person insured sues a person believed to be responsible for the accident without our written consent, **we** aren't bound by any resulting judgment.

## Persons Insured

(1) **You** and any relative who resides in your household;

(2) Any person while in, on, getting into or out of **your** insured auto with **your** permission, and

(3) Any other person who is legally entitled to recover because of bodily injury to **you**, a

relative who **resides in your** household, or an occupant of **your** insured auto.

## An insured auto is a motor vehicle:

(1) Described on the Policy Declarations, and the **motor vehicle you** replace it with.

(2) **You** acquire ownership of during the premium period. This additional **motor vehicle** will be covered if **Allstate** insures all other private passenger **motor vehicles you** own. **You** must, however, notify **Allstate** within 60 days after **you** acquire the **motor vehicle** and pay any additional premium.

(3) Not owned by **you** or a relative who **resides in your** household, being temporarily used while **your** insured auto is being serviced or repaired, or if **your** insured auto is stolen or destroyed.

(4) Operated by **you** or **your** spouse who **resides in your** household, with the permission of the owner, but not furnished for **your** regular use.

(5) Not made available for public hire by an insured person.

## An uninsured auto is:

(1) A **motor vehicle** which has no bodily injury liability bond or insurance policy in effect at the time of the accident.

(2) A **motor vehicle** for which the insurer denies coverage, or the insurer becomes insolvent within twelve months from the date of the accident.

(3) A hit-and-run **motor vehicle** which causes bodily injury to an insured person. The identity of either the operator or owner of the vehicle must be unknown. The accident must be reported within 24 hours to the proper authorities. **We** must be notified within 30 days. If the insured person was occupying the vehicle at the time of the accident, **we** have a right to inspect it.

## An underinsured auto is:

A **motor vehicle** which has liability protection in effect and applicable at the time of the accident, but in an amount less than the applicable limit of

# Allstate Insurance Company

liability for this coverage shown on Policy Declarations.

## An uninsured or underinsured auto is not:
(1)  A motor vehicle that is lawfully self-insured.

(2)  A motor vehicle owned by any state or federal government or agency of either.

## Definitions
(1)  "Allstate," "We," "Us," or "Our"—means the Allstate Insurance Company or Allstate Indemnity Company as indicated on the Policy Declarations.

(2)  "Motor Vehicle"—means a land motor vehicle or trailer other than
   (a)  a vehicle or other equipment designed for use principally off public roads, while not upon public roads,
   (b)  a vehicle operated on rails or crawler-treads, or
   (c)  a vehicle when used as a residence or premises.

(3)  "Resident" or "Reside"—means the physical presence in your household with the intention to continue living there. Unmarried dependent children while temporarily away from home will be considered residents, if they intend to continue to live in your household.

(4)  "You" or "Your"—means the policyholder named on the Policy Declarations and that policyholder's resident spouse.

## Exclusions—What is not covered
This coverage does not apply to:
(1)  Any person insured who makes a settlement without our written consent.

(2)  Any person while in, on, getting into or out of a vehicle you own which is insured for this coverage under another policy.

(3)  The direct or indirect benefit of any workers compensation or disability benefits insurer, including a self-insurer.

## Limits Of Liability
(1)  The coverage limit stated on the Policy Declaration for:
   (a)  "each person" is the total limit for all damages arising out of bodily injury to one person in any one motor vehicle accident.
   (b)  "each accident" is the total limit for all damages arising out of bodily injury to two or more persons in any one motor vehicle accident.

The uninsured motorists limits apply to each insured auto as stated on the Policy Declarations. This means the insuring of more than one person or auto under this or other auto policies will not increase our uninsured motorists limit of liability beyond the amount shown for any one auto, even though a separate premium is charged for each auto.

(2)  Damages payable will be reduced by:
   (a)  All amounts paid by the owner or operator of the uninsured auto or anyone else responsible. This includes all sums paid under the bodily injury liability coverage of this or any other auto policy.
   (b)  All amounts payable under any workers compensation law, disability benefits law, or similar law. Automobile Medical Payments, or any similar automobile medical payments coverage, or no-fault benefits provided under this or any other auto policy.

(3)  We are not obligated to make any payment for bodily injury, sickness, disease or death under this coverage which arises out of the use of an underinsured auto until after the limits of liability for all liability protection in effect and applicable at the time of the accident has been exhausted by payment of judgments or settlements. The limits for this coverage will be reduced by all amounts paid by the owner or operator of the underinsured auto or anyone else responsible.

## If There Is Other Insurance
If the injured person was occupying a vehicle you do not own which is insured for this coverage under another policy, this coverage will be excess. This means that when you are legally entitled to recover damages in excess of the other policy limit,

**Page 11**

# Allstate Insurance Company

we will only pay the amount by which the limit of liability of this policy exceeds the limit of liability of that policy.

If more than one policy applies to the accident on a primary basis, the total benefits payable to any one person will not exceed the maximum benefits payable by the policy with the highest limit for uninsured motorists coverage. We will bear our proportionate share with other uninsured motorists benefits. This applies no matter how many autos or auto policies may be involved whether written by Allstate or another company.

## Proof of Claim; Medical Reports

As soon as possible, you or any other person making claim must give us written proof of claim including all details reasonably required by us to determine the amounts payable.

The injured person may be required to take physical examinations by physicians selected by us, as often as we reasonably require. The injured person or his representative must authorize us to obtain medical reports and copies of records.

## Assistance and Cooperation

We may require the injured person to take appropriate action to preserve all rights to recover damages from anyone responsible for the bodily injury.

## Trust Agreement

When we pay any person under this coverage:

(1)  We are entitled to repayment of amounts paid by us and related collection expenses out of the proceeds of any settlement or judgment that person recovers from any responsible party or insurer.

(2)  All rights of recovery against any responsible party or insurer must be maintained and preserved for our benefit.

(3)  If we ask, injured persons must take appropriate action in their name to recover damages from any responsible party or insurer. We will select the attorney, and pay all related costs and fees. We will not ask the injured person to sue the insured of an insolvent insurer.

## Payment of Loss by Allstate

Any amount due is payable to the injured person, to the parent or guardian of an injured minor, or to the spouse of any injured person who dies. However, we may pay any person lawfully entitled to recover the damages.

## Action Against Allstate

No one may sue us under this coverage unless there is full compliance with all the terms of this policy.

## If We Cannot Agree

If the person insured or we don't agree on that person's right to receive any damages or the amount, then upon the written request of either the disagreement will be settled by arbitration. The Florida Arbitration Act will not apply under this provision. Arbitration will take place under the rules of the American Arbitration Association unless the person insured or we object.

If either party objects, the following alternative method of arbitration will be used. The person insured will select one arbitrator and we will select another. The two arbitrators will select a third. If they can't agree on a third arbitrator within 30 days, the judge of the court of record in the county of jurisdiction where arbitration is pending will appoint the third arbitrator. The written decision of any two arbitrators will determine the issues. The person insured will pay the arbitrator that person selects and we will pay the one we select. The expense of the third arbitrator and all other expenses of arbitration will be shared equally. However, attorney fees and fees paid to medical or other expert witnesses are not considered arbitration expenses and are to be paid by the party incurring them.

Regardless of the method of arbitration, any award not exceeding the limits of the Financial Responsibility law of Florida will be binding and may be entered as a judgment in a proper court.

Regardless of the method of arbitration, when any arbitration award exceeds the Financial Responsibility limits of the State of Florida, either party has a right to trial on all issues in a court of competent jurisdiction. This right must be exercised within 60 days of the award. Costs, including attorney fees, are to be paid by the party incurring them.

**Page 12**

## Allstate Insurance Company

# Part V—Protection Against Loss To The Auto

The following coverages apply when indicated on the Policy Declarations. Additional payments, autos insured, definitions, exclusions, limits of liability, and other information applicable to all these coverages appear under "Additional Payments Allstate Will Make" on page 14.

## Coverage DD
### Auto Collision Insurance
Allstate will pay for loss to your insured auto or a non-owned auto (including insured loss to an attached trailer) from a collision with another object or by upset of that auto or trailer. The deductible amount will not be subtracted from the loss payment in collisions involving your insured auto and another auto insured for automobile liability insurance by us.

## Coverage DE
### Diminishing Deductible Auto Collision Insurance
If the loss is $100 or more, Allstate will pay for loss to your insured auto or a non-owned auto (including insured loss to an attached trailer) from a collision with another object or by upset of that auto or trailer. No deductible applies to losses in excess of $100.

If the loss is between $50 and $100, you pay the difference between the amount of loss and $100, and we will pay the rest of the loss up to our limits of liability.

If the loss is $50 or less, we will not make any payment.

The deductible amount will not be subtracted from the loss payment in collisions involving your insured auto and another auto insured for automobile liability insurance by us, even if the loss is $50 or less.

## Coverage HH
### Auto Comprehensive Insurance
Allstate will pay for loss to your insured auto or a non-owned auto not caused by collision. Coverage includes: Glass Breakage. Missiles. Falling Objects. Fire. Theft or Larceny. Explosion. Earthquake. Windstorm. Hail, Water, or Flood. Malicious

Mischief or Vandalism. Riot. Civil Commotion. Collision with a bird or animal.

The deductible amount will not be subtracted from the loss payment when the loss is caused by a peril listed under Coverage HE.

The deductible amount will not be subtracted from the loss payment for loss to the windshield of your insured auto or non-owned auto.

## Coverage HE
### Auto Fire, Lightning and Transportation Insurance
Allstate will pay for loss to your insured auto or a non-owned auto due to:
(1) fire or lightning.

(2) smoke or smudge due to a sudden, unusual and faulty operation of any fixed heating equipment serving the premises in which the auto is located.

(3) stranding, sinking, burning, collision or derailment of any conveyance in or upon which the auto is being transported on land or on water.

## Coverage HF
### Auto Theft Insurance
Allstate will pay for loss to your insured auto or a non-owned auto caused by theft or larceny.

## Coverage HG
### Auto Fire, Lightning, Transportation and Theft Insurance
Allstate will pay for loss to your insured auto or a non-owned auto caused by any peril listed under Coverages HE and HF above.

## Coverage JJ
### Towing and Labor Costs
Allstate will pay costs for labor done at the initial place of disablement and for towing, made necessary by the disablement of your insured auto or a non-owned auto. The total limit of our liability for each loss is shown on the Policy Declarations.

## Coverage UU
### Rental Reimbursement Coverage
If you have collision or comprehensive coverage under this policy and the loss involves either

# Allstate Insurance Company

coverage, Allstate will repay you up to $10 per day for your cost of renting an auto from a rental agency or garage. We won't pay mileage charges.

If your insured auto is not driveable, coverage starts the day after the loss. If it is driveable, coverage starts the day after the auto is taken to a garage for repairs.

Coverage ends when the first of the following occurs.
(1) Completion of repairs;

(2) Replacement of the auto;

(3) Ten full days of coverage.

Coverage won't apply if the entire auto is stolen and you are eligible under comprehensive coverage for transportation expense.

## Coverage ZA
## Sound System Coverage

Allstate will pay for loss to a permanently installed sound system, its antenna and other apparatus specifically used with the sound reproducing, recording, transmitting or receiving system. Coverage applies only to equipment permanently attached by bolts, brackets or in some other manner in any location not designed by the car's manufacturer for the installation of a radio.

This coverage applies only if you have comprehensive insurance under this policy. Coverage ZA makes sound systems, antennas and other apparatus specifically used with the sound system insured property under comprehensive and collision insurance.

## Coverage ZZ
## Tape Coverage

Allstate will pay for loss to any tapes or similar items used with sound systems. Coverage applies to property owned by you or a resident relative that is in or upon your insured auto at the time of loss. The total limit of our liability for each loss is stated on the Policy Declarations.

This coverage applies only if you have Comprehensive insurance under this policy. Coverage ZZ makes tapes or similar items insured property under your comprehensive insurance.

## Additional Payments Allstate Will Make

(1) Allstate will pay up to $200 for loss of clothing and personal luggage, including its contents, belonging to you or a resident relative while it is in or upon your insured auto. This provision does not apply if the insured auto is a travel-trailer.

This coverage applies only when:
    (a) the loss is caused by collision and you have purchased collision coverage.
    (b) the entire auto is stolen, and you have purchased comprehensive coverage.
    (c) physical damage is done to the auto and to the clothing and luggage caused by earthquake, explosion, falling objects, fire, lightning, or flood and you have purchased comprehensive coverage.

(2) Allstate will repay you up to $10 for the cost of transportation from the place of theft of your insured auto or disablement of the auto to your destination, if
    (a) the entire auto is stolen and you have comprehensive coverage under this policy.
    (b) the auto is disabled by a collision or comprehensive loss, and you have the coverage under this policy applicable to the loss.

This provision does not apply if the insured auto is a travel-trailer.

(3) If you have comprehensive coverage under this policy, Allstate will repay up to $10 a day but not more than $300 for each loss for the cost of transportation when the entire auto is stolen. This coverage begins 48 hours after you report the theft to us, but ends when we offer settlement or your auto is returned to use.

(4) If you have purchased collision or comprehensive coverage under this policy,

Allstate will pay general average and salvage charges imposed when your insured auto is being transported.

## Insured Autos

(1) Any auto described on the Policy Declarations and the four wheel private passenger or utility auto you replace it with if you notify Allstate

**Page 14**

## Allstate Insurance Company

within 60 days of the replacement and pay the additional premium.

(2) Additional four wheel private passenger or utility auto(s) you acquire ownership of during the premium period. This auto will be covered if Allstate insures all other private passenger or utility autos you own. You must, however, notify Allstate within 60 days of acquiring the auto and pay any additional premium.

(3) A substitute four wheel private passenger or utility auto, not owned by you or a resident of your household temporarily used with the permission of the owner while your insured auto is being serviced or repaired, or if your insured auto is stolen or destroyed.

(4) A non-owned auto used with the permission of the owner. This auto must not be available or furnished for your regular use.

(5) A trailer, while attached to an insured auto, designed for use with a private passenger auto. This trailer can't be used for business purposes with other than a private passenger or utility auto. Home, office, store, display, passenger trailers or travel-trailers are not covered unless described on the Policy Declarations.

## Definitions

(1) "Allstate", "We", "Us", or "Our"—means the Allstate Insurance Company or Allstate Indemnity Company as indicated on the Policy Declarations.

(2) "Auto"—means a land motor vehicle designed for use principally upon public roads.

(3) "Camper Unit"—means an automobile body designed for use as a temporary living quarters and constructed as a demountable unit. A camper unit includes caps, toppers, canopies, and all equipment and accessories built into and forming a permanent part of the structure. However, a camper unit will not include radio or television antennas, awnings, cabanas or equipment designed to create additional living facilities while off a highway.

(4) "Motor Home"—means an self propelled vehicle equipped, designed or used as a living quarters.

(5) "Resident" or "Reside"—means the physical presence in your household with the intention to continue living there. Unmarried dependent children temporarily away from home will be considered residents if they intend to continue to live in your household.

(6) "Travel-Trailer"—means a trailer of the house, cabin or camping type equipped or used as a living quarters.

(7) "Utility Auto"—means an auto with a rated load capacity of 2,000 pounds or less of the pick-up body, sedan, delivery or panel truck type.

(8) "You" or "Your"—means the policyholder named on the Policy Declarations and that policyholder's spouse while a member of the household.

## Exclusions—What is not covered

These coverages don't apply to:

(1) Loss caused intentionally by, or at the direction of an insured person.

(2) Any auto used for the transportation of people or property for a fee. This exclusion does not apply to shared expense car pools.

(3) Any damage or loss resulting from any act of war, insurrection, rebellion or revolution.

(4) Loss to any non-owned auto used in auto business operations such as repairing, servicing, testing, washing, parking, storing or selling of autos.

(5) Loss due to radioactive contamination.

(6) Damage resulting from wear and tear, freezing, mechanical or electrical breakdown unless the damage is the burning of wiring used to connect electrical components, or the result of other loss covered by this policy.

(7) Tires unless stolen or damaged by fire, malicious mischief or vandalism. Coverage is provided if the damage to tires occurs at the

Page 15

# Allstate Insurance Company

same time and from the same cause as other loss covered by this policy.

(8). Loss to any sound reproducing, recording, transmitting, or receiving system located in **your** auto unless the system is permanently installed
   (a) in the dashboard, or
   (b) in another location specifically designed by the auto's manufacturer for installation of a radio.

   Coverage also will not apply to loss to any antenna or other apparatus in or on the **auto** designed for use with those sound systems.

   This exclusion will not apply if Coverage ZA is purchased.

(9) Loss to any tapes or similar items, unless **you** have Tape Coverage under this policy.

(10) Loss to a **camper** unit whether or not mounted.

   This exclusion will not apply if **camper unit** coverage is shown as applicable on the Policy Declarations.

(11) Loss to appliances, furniture, equipment and accessories that are not built into and form a permanent part of a motor home or travel-trailer.

(12) Loss to **your** motor home or **your** travel-trailer while rented to anyone else unless a specific premium is shown on the Policy Declarations for the rented vehicle.

## Right to Appraisal
Both **you** and **Allstate** have a right to demand an appraisal of the loss. Each will appoint and pay a competent and disinterested appraiser and will equally share other appraisal expenses. The appraisers, or a judge of a court of record, will select an umpire to decide any differences. Each appraiser will state separately the actual cash value and the amount of loss. An award in writing by any two appraisers will determine the loss amount payable.

## Payment of Loss
**Allstate** may pay for the loss in money, or may repair or replace the damaged or stolen property. We may, at any time before the loss is paid or the property is replaced, return at our own expense any stolen property, either to **you** or at our option to the address shown on the Policy Declarations, with payment for any resulting damage. **We** may take all or part of the property at the agreed or appraised value. **We** may settle any claim or loss either with **you** or the owner of the property.

## Limits of Liability
**Allstate's** limit of liability is the actual cash value of the property or damaged part of the property at the time of loss. The actual cash value will be reduced by the deductible for each coverage as shown on the Policy Declarations. However, our liability will not exceed what it would cost to repair or replace the property or part with other of like kind and quality. The limit for loss to any trailer is $500.

An auto and attached trailer are considered separate autos, and **you** must pay the deductible, if any, on each. Only one deductible will apply to an auto with a mounted camper unit. If unmounted, a separate deductible will apply to the auto and camper unit.

## If There is Other Insurance
If there is other insurance covering the loss at the time of the accident, we will pay only our share of any damages. Our share is determined by adding the limits of this insurance to the limits of all other insurance that applies on the same basis and finding the percentage of the total that our limits represent.

When this insurance covers a substitute **auto** or non-owned **auto**, we will pay only after all other collectible insurance has been exhausted.

When this insurance covers a replacement auto or additional **auto**, this policy won't apply if **you** have other collectible insurance.

When more than one coverage is applicable to the loss, **you** may recover under the broadest coverage but not both. However, any Coverage ZA deductible will always apply.

**Page 16**

## Allstate Insurance Company

### Action Against Allstate
No one may sue us under this coverage unless there is full compliance with all the terms of this policy.

### Subrogation Rights
When we pay, your rights of recovery from anyone else become ours up to the amount we have paid. You must protect these rights and help us enforce them.

### What You Must Do If There Is A Loss
(1) As soon as possible, any person making claim must give us written proof of loss, including all details reasonably required by us. We have the right to inspect the damaged property.

(2) Protect the auto from further loss. We will pay reasonable expenses to guard against further loss. If you don't protect the auto, further loss is not covered.

(3) Report all theft losses promptly to the police.

IN WITNESS WHEREOF, Allstate has caused this policy to be signed by its Secretary and its President at Northbrook, Illinois, and, if required by law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of Allstate.

*[signature]*

Secretary

*[signature]*

President, Personal Lines

**Page 17**

**Allstate Insurance Company**

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

## Florida Amendatory Endorsement — AU1102-12

This endorsement supersedes and replaces the AU1102-11 Florida Amendatory Endorsement. It is agreed the policy is amended as follows:

A.  **General Provision Section**
   1.  It is agreed that the following replaces the "Changes" Provision Section in the policy.

   **Changes**
   **Premium Changes**
   The premium for each auto is based on information Allstate has received from you or other sources. You agree to cooperate with us in determining if this information is correct, if it is complete, and if it changes during the policy period. You agree that if the information changes or is incorrect or incomplete, we may adjust your premium accordingly during the policy period.

   Changes which result in a premium adjustment are contained in our rules. These include, but are not limited to:
   1.  autos insured by the policy including changes in use.
   2.  drivers residing in your household, their ages or marital status.
   3.  coverages or coverage limits.
   4.  rating territory.
   5.  discount eligibility.

   Any calculation or adjustment of your premium will be made using the rules, rates and forms in effect, and on file if required, for use in your state.

   **Coverage Changes**
   When Allstate broadens a coverage during a policy period without additional charge, you have the new feature if you have the coverage to which it applies. The new feature applies on the date the coverage change is effective in your state. Otherwise, the policy can be changed only by endorsement. Any change in your coverage will be made using the rules, rates and forms in effect, and on file if required, for use in your state.

   2.  The "Combining Limits of Two or More Autos Prohibited" provision of the General Conditions on Page 2 of the policy does not apply to Uninsured Motorist Insurance Coverage if the declarations page indicates that you elected to stack limits of two or more insured autos together under Coverage ST.

   3.  It is agreed that the benefits provided by the Federal Medicare Program will not offset or reduce any coverage provided by this policy.

   4.  The following provision is added.

   **Fraud Or Misrepresentation**
   Your policy was issued in reliance on the information you provided on your Auto Insurance Application concerning autos and persons insured by the policy. Allstate will not provide coverage for any loss which occurs in connection with any material misrepresentation, fraud, or concealment of material facts, or if any material misrepresentation or omission was made on your Auto Insurance Application.

**Page 1**

## Allstate Insurance Company

5.  The "Cancellation" provision of the policy is replaced by the following:

**Cancellation**
During the first two months following the date of issuance or renewal, you may not cancel this policy except:
1.  Upon total destruction of the insured motor vehicle.
2.  Upon transfer of ownership of the insured motor vehicle.
3.  After the purchase of another policy or binder covering the motor vehicle which was covered under this policy.

If your original policy has been in effect for 60 days or less, we may cancel for reasons other than non-payment of premium. However, during the first 60 days of your original policy we may cancel for non-payment of premium if the reason for the cancellation is the issuance of a check for the premium which is dishonored for any reason.

After your original or renewal policy has been in effect for 60 days, you may cancel this policy by writing and telling us what future date you wish to stop coverage.

After your original policy has been in effect for 60 days, or if this is a renewal policy, Allstate will not cancel or reduce your coverage during the premium period unless:
1.  The premium is not paid when due.
2.  There is material misrepresentation, fraud, or concealment of material facts.
3.  You or any member of your household has had a driver's license suspended or revoked.
4.  Allstate has mailed notice within the first 60 days the original policy has been in effect that we do not intend to continue the policy.

After your original policy has been in effect for 60 days, or if this is a renewal policy, we will give you notice as follows:
1.  If we cancel because you did not pay the premium, we will give you at least 10 days notice.
2.  If we cancel for any reason other than non-payment of premium, we will give you at least 45 days notice.

Upon expiration of the premium period, we may transfer the policy to another insurer under the same ownership or management as Allstate. We will mail you notice at least 45 days before the end of the premium period of our intent to transfer the policy and of the premium, and the specific reasons for any increase in the premium.

If we do not intend to continue the policy beyond the current premium period, we will give you notice at least 45 days before the end of the premium period.

We will mail any cancellation or non-renewal notice to you at your address shown on the declarations page. Our mailing the notice of cancellation or non-renewal to you will be deemed proof of notice. A refund, if due, will be proportional to the time your policy has been in effect, but cancellation will be effective even though the refund is not made immediately.

6.  The following provision is added:

**Payment**
If you pay by check, electronic transaction, or other remittance which is not honored because of insufficient available funds or a closed account, you will be charged a fee of $10.00.

B.  **Part I, Automobile Liability Insurance** is amended as follows:
1.  The following sentence has been added to the last paragraph of the insuring agreement:

We will not defend a person insured sued for damages which are not covered by this policy.

Page 2

AUTO "6100009990033507000672DME"

**Allstate Insurance C     pany**

2. Exclusion (6) is replaced by the following:
(6) bodily injury to you or any resident of your household related to you by blood, marriage, or adoption.

3. Exclusion (7) is replaced by the following:
(7) Damage to or destruction of property you or a resident relative own, are in charge of, or rent from others. However, a private residence or garage that you or a resident relative rent from others is covered.

4. The "Limits of Liability" provision is replaced by:

Limits of Liability
The limits shown on the declarations page are the maximum we will pay for any single auto accident. The limit stated for each person for bodily injury applies to all damages arising from bodily injury, sickness, disease, or death sustained by one person in any single auto accident, including damages sustained by anyone else as a result of that bodily injury, sickness, disease or death. Subject to the limit of each person, the limit stated for each occurrence is our total limit of liability for all damages for bodily injury, sickness, disease or death sustained by two or more persons in any single auto accident. For property damage, the limit stated for each occurrence is our total limit of liability for property damage sustained in any single auto accident.

The liability limits apply to each insured auto as stated on the declarations page. The insuring of more than one person or auto under this policy will not increase our liability limits beyond the amount shown for any one auto, even though a separate premium is charged for each auto. The limits also will not be increased if you have other auto insurance policies that apply.

An auto and attached trailer are considered one auto. Also, an auto and a mounted camper unit, topper, cap or canopy are considered one auto.

5. The "Action Against Allstate" provision is replaced by:

Action Against Allstate
No insured person may sue us under this coverage unless there is full compliance with all the terms of the policy.

No one other than a person insured may bring suit against us prior to first obtaining a judgment against an insured for damages covered under this policy.

If liability has been determined by judgment after trial, or by written agreement among the insured, the other person, and us, then a person other than an insured who obtains this judgment or agreement against a person insured may sue us up to the limits of this policy.

The bankruptcy or insolvency of a person insured won't relieve us of any obligation.

C. Part II, Automobile Medical Payments, is amended as follows:
1. The first paragraph is replaced by the following:

Allstate will pay to or on behalf of a person insured all reasonable expenses incurred for necessary treatment actually provided to the person insured because of the bodily injury. Payments will be made only when bodily injury, sickness, disease or death is caused by an auto accident. Ambulance, medical, surgical, X-ray, dental, orthopedic and prosthetic devices, professional nursing services, pharmaceuticals, eyeglasses, hearing aids, and funeral service expenses are covered.

**Page 3**

## Allstate Insurance Company

2.  The following provision is added:

    **Unreasonable Or Unnecessary Medical Expenses**
    If a person insured incurs medical expenses which we deem to be unreasonable or unnecessary, we may refuse to pay for those medical expenses and contest them.

    If the person insured is sued by a medical services provider because we refuse to pay medical expenses which we deem to be unreasonable or unnecessary, we will pay resulting defense costs and any resulting judgment against the person insured. We will choose the counsel. The person insured must cooperate with us in the defense of any claim or lawsuit. If we ask a person insured to attend hearings or trials, we will pay up to $50 per day for loss of wages or salary. We will also pay other reasonable expenses incurred at our request.

3.  The "Subrogation Rights" provision only applies to accidents which occur outside the state of Florida.

D. Part III, Personal Injury Protection is amended as follows:

1.  The first paragraph is replaced by the following:

    Allstate will pay to or on behalf of the injured person the following benefits. Payments will be made only when bodily injury, sickness, disease or death is caused by an accident arising from the ownership, maintenance, or use of a motor vehicle as a motor vehicle.

2.  Income Loss and Loss of Services benefits end upon the death of the injured person.

3.  Under the insuring agreement, Paragraph (4) "Funeral Services" is replaced by the following:
    (4) Death Benefits
        Benefits due to the death of an injured person.

4.  All references to the Florida Automobile Reparations Act are amended to refer to the Florida Motor Vehicle No-Fault Law.

5.  Definition (4) "Motor Vehicle" is replaced by:
    (4) "Motor Vehicle"—means any self propelled vehicle which is of a type both designed and required to be licensed for use on the highways of Florida and any trailer or semi-trailer designed for use with such vehicle.

    A "Motor Vehicle" does not include:
    (a) any vehicle which is used in mass transit or public school transportation and designed to transport more than five passengers, exclusive of the operator of the vehicle, and which is owned by the municipality, a transit or public school transportation authority, or a political subdivision of the state;
    (b) a self propelled vehicle with less than four wheels; or
    (c) a mobilehome.

6.  Subparagraph (b) of exclusion (3) is deleted.

7.  The following exclusion is added:

    7.  To you or a resident relative for Income Loss if the declarations page indicates that Income Loss coverage does not apply.

8.  The following provision is added:

AUTO "G10000000PTTSAMPPOGTTOALT"

**Allstate Insurance Co. pany**

**Unreasonable Or Unnecessary Medical Expenses**
If a person insured incurs medical expenses which we deem to be unreasonable or unnecessary, we may refuse to pay for those medical expenses and contest them.

If the person insured is sued by a medical services provider because we refuse to pay medical expenses which we deem to be unreasonable or unnecessary, we will pay resulting defense costs and any resulting judgment against the person insured. We will choose the counsel. The person insured must cooperate with us in the defense of any claim or lawsuit. If we ask a person insured to attend hearings or trials, we will pay up to $50 per day for loss of wages or salary. We will pay other reasonable expenses incurred at our request.

9.  The last sentence of the first paragraph of the "Limits of Liability" provision is replaced by:

    We will not pay more than $5,000 for any one person for death benefits.

10. Part (3) of the "Limits of Liability" provision is replaced by:
    (3)  The amount of any deductible stated on the declarations page. This will not apply to death benefits.

11. Part (4) of the "Limits of Liability" provision is deleted.

12. Paragraph (a) of the "Reimbursement and Subrogation" provision is deleted.

13. Paragraph (b) of the "Reimbursement and Subrogation" provision only applies to accidents which occur outside the state of Florida.

E.  **Part IV, Uninsured Motorists Insurance (Coverage SS) is replaced by the following:**

**Uninsured Motorists Insurance—Coverage ST**
We will pay only those damages which a person insured is legally entitled to recover from the owner or operator of an uninsured auto because of bodily injury sustained by a person insured, except that we will not pay for damages consisting of pain, suffering, mental anguish, or inconvenience unless the injury or disease is described in one or more of paragraphs (a) through (d) of Florida Statute 627.737(2). The bodily injury must be caused by accident and arise out of the ownership, maintenance or use of an uninsured auto. We will not pay any punitive or exemplary damages.

If a person insured sues a person believed to be responsible for the accident without our written consent, we aren't bound by any resulting judgment.

**Persons Insured**
(1)  You and any relative who resides in your household,

(2)  Any person while in, on, getting into or out of your insured auto with your permission, and

(3)  Any other person who is legally entitled to recover because of bodily injury to you, a relative who resides in your household, or an occupant of your insured auto.

**An insured auto is a motor vehicle:**
(1)  Described on the declarations page, and the motor vehicle you replace it with.

(2)  You acquire ownership of during the policy period. You must, however, notify Allstate within 60 days after you acquire the motor vehicle and pay any additional premium.

**Page 5**

## Allstate Insurance Company

(3) Not owned by you or a relative who resides in your household, being temporarily used while your insured auto is being serviced or repaired, or if your insured auto is stolen or destroyed.

(4) Operated by you or your spouse who resides in your household, with the permission of the owner, but not furnished for your regular use.

(5) Not made available for public hire by a person insured.

An uninsured auto is:
(1) A motor vehicle which has no bodily injury liability bond or insurance policy in effect at the time of the accident.

(2) A motor vehicle, other than a motor vehicle insured under the liability portion of this policy, for which the insurer denies coverage.

(3) A motor vehicle for which the insurer becomes insolvent within four years from the date of the accident. This coverage will be excess over any obligations assumed by the Florida Insurance Guaranty Association to pay claims.

(4) A hit-and-run motor vehicle which causes bodily injury to a person insured as the result of a motor vehicle accident. The identity of either the operator or owner of the vehicle must be unknown. The accident must be reported within 24 hours to the police. We must be notified within 30 days. If the hit-and-run motor vehicle caused the injury without physical contact with the person insured or the vehicle the person insured was occupying, the facts of the accident must be proved. We will only consider competent evidence other than the testimony of a person making claims under this or any similar coverage. If the person insured was occupying the insured motor vehicle at the time of the accident, we have a right to inspect it.

(5) A vehicle defined as an insured auto under the liability portion of this policy which causes bodily injury to you or a resident relative while being operated by a person other than you or a resident relative.

(6) An underinsured motor vehicle. An underinsured motor vehicle is one which has liability protection in effect and applicable at the time of the accident but in an amount less than the damages the person insured is legally entitled to recover.

An uninsured auto is not:
A vehicle defined as an insured auto under the liability portion of this policy, unless that auto causes bodily injury to you or a resident relative while being operated by a person other than you or a resident relative.

Definitions
(1) "Allstate", "We", "Us" or "Our"—means the Allstate Insurance Company or Allstate Indemnity Company as indicated on the declarations page of the policy.

(2) "Bodily Injury"—means bodily injury, sickness, disease or death.

(3) "Motor Vehicle" means a land motor vehicle or trailer other than
   (a) a vehicle or other equipment designed for use principally off public roads, while not upon public roads,
   (b) a vehicle operated on rails or crawler-treads, or
   (c) a vehicle when used as a residence or premises.

AUTO "610000490022507000672018"

Page 6

**Allstate Insurance Co___ ıany**

(4) "Resident" or "Reside"—means the physical presence in your household with the intention to continue living there. Unmarried dependent children while temporarily away from home will be considered residents if they intend to continue to live in your household.

(5) "You" or "Your"—means the policyholder named on the declarations page and that policyholder's resident spouse.

**Exclusions—What is not covered.**
Regardless of the type of coverage you selected under Coverage ST, this coverage does not apply to:

(1) Any person who makes a settlement without our written consent.

(2) The direct or indirect benefit of any workers' compensation or disability benefits insurer, including a self-insurer.

If the declarations page indicates that you did not elect to stack limits of two or more insured autos together under Coverage ST, the following Exclusions also apply:

(3) Any person while in, on, getting into or out of a vehicle you own which is insured for this coverage under another policy.

(4) You or a relative who resides in your household while in, on, getting into or out of a vehicle owned by you or a relative who resides in your household which is not insured for this coverage under this policy.

**Limits of Liability**

1. When limits of two or more insured autos may be stacked:
   If the declarations page indicates that you elected to stack limits of two or more insured autos together under Coverage ST, the Coverage ST limit shown on the declarations page for:
   (a) "each person" is the maximum that we will pay for all damages arising out of bodily injury to one person in any one motor vehicle accident, including damages sustained by anyone else as a result of that bodily injury.

   When the limits of two or more insured autos are stacked, our maximum limit of liability for all damages to you or a resident relative in any one accident is the sum of the "each person" limits for each insured auto shown on the declarations page.

   (b) "each accident" is the maximum that we will pay for all damages arising out of bodily injury to two or more persons in any one motor vehicle accident. This "each accident" limit is subject to the "each person" limit.

   When the limits of two or more insured autos are stacked, subject to the limit for "each person", our maximum limit of liability for all damages to two or more persons in any one accident is the sum of the "each accident" limits for each insured auto shown on the declarations page.

2. When limits of two or more insured autos may not be stacked:
   If the declarations page indicates that you did not elect to stack limits of two or more insured autos together under Coverage ST, the Coverage ST limit shown on the declarations page for:
   (a) "each person" is the maximum that we will pay for all damages arising out of bodily injury to one person in any one motor vehicle accident, including damages sustained by anyone else as a result of that bodily injury.
   (b) "each accident" is the maximum that we will pay for all damages arising out of bodily injury to two or more persons in any one motor vehicle accident. This "each accident" limit is subject to the "each person" limit.

**Page 7**

# Allstate Insurance Company

These limits are the maximum Allstate will pay for any one motor vehicle accident regardless of the number of:
(a) claims made;
(b) vehicles or persons stated on the declarations page; or
(a) vehicles involved in the accident.

The Uninsured Motorists Coverage limits apply to each insured motor vehicle as stated on the declarations page.

3. Regardless of whether you chose stacked or nonstacked limits for Coverage ST, if bodily injury is sustained in a motor vehicle accident by any person other than you or a resident relative, our maximum limit of liability for all damages arising out of bodily injury to any person other than you or a resident relative is the limit of liability shown on the declarations page applicable to the vehicle the person insured was occupying at the time of the motor vehicle accident. This is the most we will pay regardless of the number of:
(a) claims made;
(b) vehicles or persons stated on the declarations page; or
(c) vehicles involved in the accident.

4. Damages payable will be reduced by:
(a) All amounts paid by the owner or operator of the uninsured auto or anyone else responsible. This includes all sums paid under the bodily injury liability coverage of this or any other auto policy.
(b) All amounts payable under any worker's compensation law, disability benefits law, or similar law, Automobile Medical Payments, or any similar automobile medical payments coverage, or no-fault benefits provided under this or any other auto policy.

**If There Is Other Insurance**
1. **When limits of two or more insured autos may be stacked:**
   If the injured person was in, on, getting into or out of a vehicle which is insured for this coverage under another policy, this coverage will be excess.

   If more than one policy applies to the accident on a primary basis, we will bear our proportionate share of the damages payable.

2. **When limits of two or more insured autos may not be stacked:**
   If the injured person was in, on, getting into or out of a vehicle you do not own which is insured for this coverage under another policy, this coverage will be excess. This means that when the injured person is legally entitled to recover damages in excess of the other policy limit, we will pay up to your policy limit, except that we will not pay for damages consisting of pain, suffering, mental anguish, or inconvenience unless the injury or disease is described in one or more of paragraphs (a) through (d) of Florida Statute 627.737(2), but only after all other collectible insurance has been exhausted.

   If more than one policy applies to the accident on a primary basis, the total benefits payable to any one person will not exceed the maximum benefits payable by the policy with the highest limit for uninsured motorists benefits. We will bear our proportionate share. This applies no matter how many autos or auto policies may be involved whether written by Allstate or another company.

**Proof of Claim; Medical Reports**
As soon as possible, you or any other person making claim must give us written proof of claim including all details reasonably required by us to determine the amounts payable.

AUTO *61000*

**Page 8**

## Allstate Insurance Company

The injured person may be required to take physical examinations by physicians selected by us as often as we reasonably require. The injured person or his representative must authorize us to obtain medical reports and copies of records.

**Assistance and Cooperation**
We may require the injured person to take appropriate action to preserve all rights to recover damages from anyone responsible for the bodily injury.

**Trust Agreement**
When we pay any person under this coverage:

(1)  We are entitled to repayment of amounts paid by us and related collection expenses out of the proceeds of any settlement or judgment that person recovers from any responsible party or insurer. We are not entitled to repayment until after the person we have paid under this coverage has been compensated for all damages that person was legally entitled to recover.

(2)  All rights of recovery against any responsible party or insurer must be maintained and preserved for our benefit.

(3)  If we ask, injured persons must take appropriate action in their name to recover damages from any responsible party or insurer. We will select the attorney and we will pay all related costs and fees. We will not ask the injured person to sue the insured of an insolvent insurer.

**Payment of Loss by Allstate**
Any amount due is payable to the injured person, to the parent or guardian of an injured minor, or to the spouse of any injured person who dies. However, we may pay any person lawfully entitled to recover the damages.

**Action Against Allstate**
No one may sue us under this coverage unless there is full compliance with all the terms of this policy.

**If We Cannot Agree**
If the person insured and we disagree on that person's right to receive any damages or on the amount, the matter may be settled by arbitration.

The person insured and we, however, must mutually agree to arbitrate the disagreements. If the insured person and we do not agree to arbitrate, then the disagreement will be resolved in a court of competent jurisdiction.

If arbitration is used, the Florida Arbitration Act will not apply. Unless the insured person or we object, arbitration will take place under the rules of the American Arbitration Association.

If either party objects to the use of the rules of the American Arbitration Association, the following alternative method of arbitration will be used. The person insured will select one arbitrator and we will select another. The two arbitrators will select a third. If they can't agree on a third arbitrator within 30 days, the judge of the court of record in the county of jurisdiction where arbitration is pending will appoint the third arbitrator. The written agreement of any two arbitrators will determine the issues. The person insured will pay the arbitrator that person selects and we will pay the one we select. The expense of the third arbitrator and all other expenses of arbitration will be shared equally. However, attorney fees and fees paid to medical or other expert witnesses are not considered arbitration expenses and are to be paid by the party incurring them.

Regardless of the method of arbitration, any arbitration award will be binding and may be entered as a judgment in a proper court.

F.  Part V, Protection Against Loss to the Auto is amended as follows:

**Page 9**

## Allstate Insurance Company

1. **Coverage HH, Auto Comprehensive Insurance**, is replaced by the following:

   Allstate will pay for direct and accidental loss to your insured auto or a non-owned auto not caused by collision. Coverage includes glass breakage, missiles, falling objects, fire, theft or larceny, explosion, earthquake, windstorm, hail, water, or flood, malicious mischief or vandalism, riot, civil commotion, and collision with a bird or animal.

   The deductible amount will not be subtracted from the loss payment when the loss is caused by a peril listed under Coverage HE.

   The deductible amount will not be subtracted from the loss payment for loss to the windshield of your insured auto or a non-owned auto.

2. **Coverage UU, Rental Reimbursement** is replaced by the following:

   **COVERAGE UU**
   **Rental Reimbursement Coverage**
   If you have collision or comprehensive coverage under this policy and the loss involves either coverage, Allstate will repay you for your cost of renting an auto from a rental agency or garage. We will not pay more than the dollar amount per day shown on the declarations page. We will not pay mileage charges.

   If your insured auto is stolen, payment for transportation expenses will be made under the terms of paragraph (3) under "Additional Payments Allstate Will Make." However, the limits for this coverage will apply if they exceed the limits stated under "Additional Payments Allstate Will Make."

   If your insured auto is disabled by a collision or comprehensive loss, reimbursement under this coverage will start the day after the loss. If your auto is driveable, reimbursement under this coverage starts the day after the auto is taken to the garage for repairs.

   Reimbursement under this coverage ends when whichever of the following occurs first:
   1. if the auto is disabled by a collision or comprehensive loss, completion of repairs or replacement of the auto;

   2. if the auto is stolen, when we offer settlement or your auto is returned to use; or

   3. thirty full days of coverage.

3. The following replaces Coverage ZA in the policy and applies only when the declarations page indicates a premium charge for Coverage ZA.

   **COVERAGE ZA**
   **Sound System Coverage**
   Allstate will pay for loss to a sound system permanently installed in your auto by bolts, brackets or other means, and to its antennas or other apparatus in or on your auto used specifically with that system.

   Coverage ZA applies only if comprehensive insurance is in effect under this policy. This coverage makes sound systems, and antennas or other apparatus used specifically with them, insured property under the terms of both collision and comprehensive insurance. The limit of our liability is shown on the declarations page.

4. The following definition is added:

AUTO "S100009990032547000672020"

**Allstate Insurance Company**

"Sound System"—means any device within the insured auto designed for:

(a)  voice or video transmission, or for voice, video or radar signal reception; or
(b)  recording or playing back recorded material; or
(c)  supplying power to cellular or similar telephone equipment,

and which is installed in a location other than the one designed by the auto's manufacturer for that device.

5.    The definition of "camper unit" is replaced by the following:

"Camper unit"—means a demountable unit designed to be used as temporary living quarters, including all equipment and accessories built into and forming a permanent part of the unit. A camper unit does not include:

(a)  caps, tops, canopies designed for use as protection of the cargo area of a utility auto; or
(b)  radio or television antennas, awnings, cabanas, or equipment designed to create additional off highway living facilities.

6.    The exclusion relating to Sound Systems is replaced by the following:

Loss to any sound system within your auto.

Coverages under this Part also will not apply to any apparatus in or on the auto designed for use with that system.

This exclusion will not apply if you have purchased Coverage ZA.

7.    The following exclusion has been added:
(13) Loss due to seizure of any auto by a governmental authority.

*THIS ENDORSEMENT CHANGES YOUR POLICY — KEEP IT WITH YOUR POLICY*

# Allstate°

### Florida Automobile Policy Amendment

It is agreed that:

I.   Under the General Provision Section, the following provision is added:

**Mediation**
Both **you** and **Allstate** may request mediation of a claim for:

(a)  bodily injury, sickness, disease, or death in the amount of $10,000 or less under Parts II, III, and IV of the policy; or

(b)  property damage under Part V of the policy,

by filing a written request with the Florida Department of Insurance on a form which may be obtained from the Department. The request must state why mediation is being requested and the issue in dispute.

The Department of Insurance will appoint a mediator. Each party may reject one mediator. The mediator will notify the parties of the date, time, and place of the mediation conference, which will be held within 45 days of the request for mediation. The mediation conference will be conducted informally and may be held by telephone if feasible. Participants must have authority to make a binding decision, and must mediate in good faith. Information and disclosures provided during mediation are not admissible in any subsequent action or proceeding relating to the claim. Costs of the mediation will be shared equally by each party unless the mediator determines a party has not mediated in good faith.

If a person files suit which relates to facts already mediated, such facts will not be mediated again. Only one mediation may be requested for each claim, unless all parties agree to further mediation. Any suit regarding a mediated dispute must be filed as prescribed under the "Limitations of Actions" statutes or within 60 days after the conclusion of the mediation process, whichever is later.

AU2157

II. Under Part III, Personal Injury Protection (Coverage VA), the following provision is added:

**Arbitration**

Any claim dispute involving medical benefits under this part of the policy between **us** and a health care provider who has agreed to accept an assignment of personal injury protection benefits will be decided by arbitration upon the written request of either party. However, arbitration will not apply to disputes regarding the termination of personal injury protection benefits.

Upon the written request for arbitration, each party will select one arbitrator. The two arbitrators will attempt to select a third arbitrator. If they can't agree on a third arbitrator within 30 days, either party may request a judge of the court of record in the county of jurisdiction where the arbitration is pending to appoint the third arbitrator. A written decision agreed upon by any two or more arbitrators will be binding on each party.

As a condition of maintaining a claim in arbitration, the health care provider will make available to **us** for inspection and copying the entire file pertaining to the patient who is the subject of this proceeding.

The prevailing party to the arbitration will be entitled to attorney fees and costs. "Prevailing party" is defined as follows:

(a) The health care provider is the "prevailing party" if the arbitrator awards an amount more than 25% less than the health care provider's demand.

(b) **We** are the "prevailing party" if the arbitrator awards an amount less than 25% greater than the amount offered to be paid by **us** at arbitration.

If both the health care provider and us are prevailing parties under the above definition, then attorney fees and costs and all other expenses of arbitration will be paid by the party incurring them. However, the expenses and fees of the third arbitrator will be shared equally by both parties.

Attorney fees and costs will not be subject to any type of multiplier.

The arbitration will take place in the county in which the health care provider is located. If they are located out-of-state, arbitration will take place in the county in which the insured resides, unless the health care provider and we agree on another place. Arbitration is subject to the provisions of the Florida Arbitration Code, Chapter 682 of the Florida Statutes.

3

***This Endorsement Changes Your Policy — Keep It With Your Policy***

***Florida Amendment Of Policy Provisions***

This endorsement amends all of the following Allstate Insurance Company policies: Automobile, Motorcycle, and Motorhome. This endorsement is in addition to all other endorsements which apply to these policies.

A.  Under the provision titled **Cancellation**, the following paragraph is added:

If we mail a cancellation notice because **you** didn't pay the required premium when due and **you** then tender payment by check, draft, or other remittance which is not honored upon presentation, **your** policy will terminate on the date and time shown on the cancellation notice and any notice **we** issue which waives the cancellation or reinstates coverage is void. This means that **Allstate** will not be liable under this policy for claims or damages after the date and time indicated on the cancellation notice.

B.  Under the provision titled **Cancellation**, the following sentence is added:

Any unearned premium under $5.00 will be refunded only upon **your** request.



AU2326

# Allstate

☐ Allstate Insurance Company

☐ Allstate Indemnity Company

## LOSS PAYABLE CLAUSE

Loss or damage, if any, with respect to the **auto** described below, under this policy will be payable as interest may appear to

and this insurance to the interest of the Lienholder or other secured party will not be voided by any act or neglect of the owner of that **auto**, nor by any change in title or ownership of the **auto**.

This clause is subject to the following provisions.

(1) The conversion, embezzlement or secretion by the owner or other person in possession of the insured **auto** is not covered under this policy, unless a specific premium is paid for that coverage. If the owner or other party neglects to pay the premium of this policy when due, then the Lienholder must pay, on demand, the premium to maintain coverage.

(2) The Lienholder must notify **us** of any change in ownership or increase of hazard that is known. The Lienholder must pay, on demand, the premium for any increase of hazard; otherwise, this policy will be null and void.

(3) **We** may cancel this policy according to its terms. **We** will notify the Lienholder at least ten days prior to the date of cancellation that the cancellation is effective as to the interest of the Lienholder. Allstate may cancel this agreement by similar notice to the Lienholder. The mailing of notice by **us** will be considered proof of notice.

(4) If the insured owner fails to render proof of loss within the time granted in the policy, the Lienholder must do so within sixty days in the form and manner described in the policy. The Lienholder is subject to the provisions of the policy relating to appraisal, time of payment and bringing suit.

AU166

(5)  Whenever we pay the Lienholder any sum for loss or damage under this policy, we will be subrogated to the extent of payment to the rights of the party to whom payment was made. We may, at our option, pay the Lienholder the whole principal due or to grow due on the mortgage or other security agreement with interest, and receive in return a full assignment and transfer of the mortgage or other security agreement. However, these subrogation provisions must in no way impair the rights of the Lienholder to recover the full amount of its claim.

(6)  Whenever a payment of any nature becomes due under this policy, separate payment may be made to each party at interest; provided we protect the equity of all parties.

| Model Year | Trade Name and Body Type | Serial Number or Motor Number | Collision | | Form of Coverage | Limits | Ded. |
| | | | Limits | Ded. | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No. 00-CIV-6061-FERGUSON/SNOW (Consolidated)

**DR. PAUL ZIDEL,**
**and all others similarly situated,**

     **Plaintiffs,**

**vs.**

**ALLSTATE INSURANCE COMPANY,**

     **Defendant**
_____/

**MARC J. BROWNER, D.C., individually**
**and on behalf of himself and others**
**similarly situated,**

     **Plaintiffs,**

**v.**                            **CASE NO. 00-7163-CIV-FERGUSON**

**ALLSTATE INDEMNITY COMPANY,**
**BEECH STREET CORPORATION, and**
**ADP INTEGRATED MEDICAL SOLUTIONS, INC.,**

     **Defendants.**
_____/

### AFFIDAVIT

    The undersigned Affiant, James Falkingham, being first duly sworn, deposes and states the

following:

    1.     I am employed by Allstate as a claims process specialist in its regional office in St.

Petersburg, Florida. I am familiar with Allstate's processes and claim offices which handle claims

for personal injury protection (PIP) benefits made under policies issued by Allstate Insurance

1

Company and its affiliated and related companies including, without limitation, Allstate Indemnity Company. This affidavit is based on my personal knowledge and a review of certain company records.

2.      Auto insurance policies issued by Allstate Indemnity Company included an arbitration clause with respect to certain disputes under PIP coverage. The arbitration clause was contained in Florida Amendatory Endorsement AIU 193. A copy of this endorsement is attached hereto as Exhibit "A."

3.      Florida Amendatory Endorsement AIU 193 was continued to be used by Allstate Indemnity Company after February 3, 2000.

4.      Florida Amendatory Endorsement AIU 193 was included in new policies issued by Allstate Indemnity Company until March 17, 2001 and in renewals of existing policies issued by Allstate Indemnity Company until April 18, 2001.

5.      Allstate Indemnity Company issues auto policies which have a six month policy period. Thus, the arbitration provision in Florida Amendatory Endorsement AIU 193 would have been applicable to new policies in effect through September 17, 2001 and to renewal policies in effect through October 18, 2001.

FURTHER AFFIANT SAYETH NAUGHT.

_James Falkingham_

STATE OF FLORIDA)

COUNTY OF PINELLAS)

BEFORE ME, the undersigned, duly authorized to take acknowledgments in the State and County aforesaid, personally appeared James Falkingham personally known to me or who has produced a driver's license as identification, and who acknowledged before me that he executed the same freely and voluntarily to the best of his knowledge and belief.

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 24 DAY OF
June , 2002.

Mary Jean Bacher
Commission # CC 872336
Expires Oct. 22, 2003
Bonded Thru
Atlantic Bonding Co., Inc.

_Mary Jean Bacher_
NOTARY PUBLIC

_Mary Jean Bacher_
NAME TYPED, PRINTED OR STAMPED

CC 872 336
COMMISSION NUMBER

3

THIS FORM CHANGES YOUR POLICY — KEEP IT WITH YOUR POLICY

# Allstate®

**Allstate Indemnity**
**Florida Amendatory Endorsement**

I.   Under the General Provisions section, the following provision is added:

**Mediation**
Both **you** and **Allstate** may request mediation of a claim for:

a.   **bodily injury** in the amount of $10,000 or less under Parts II, III, and IV of the policy; or

b.   property damage under Part V of the policy,

by filing a written request with the Florida Department of Insurance on a form which may be obtained from the Department. The request must state why mediation is being requested and the issue in dispute.

The Department of Insurance will appoint a mediator. Each party may reject one mediator. The mediator will notify the parties of the date, time, and place of the mediation conference, which will be held within 45 days of the request for mediation. The mediation conference will be conducted informally and may be held by telephone if feasible. Participants must have authority to make a binding decision, and must mediate in good faith. Information and disclosures provided during mediation are not admissible in any subsequent action or proceeding relating to the claim. Costs of the mediation will be shared equally by each party unless the mediator determines a party has not mediated in good faith.

If a person files suit which relates to facts already mediated, such facts will not be mediated again. Only one mediation may be requested for each claim, unless all parties agree to further mediation. Any suit regarding a mediated dispute must be filed as prescribed under the "Limitations of Actions" statutes or within 60 days after

AIU193

the conclusion of the mediation process, whichever is later.

II.    Under Part III, Personal Injury Protection (Coverage VA), the following provision is added:

**Arbitration**

Any claim dispute involving medical benefits under this part of the policy between us and a health care provider who has agreed to accept an assignment of personal injury protection benefits will be decided by arbitration upon the written request of either party. However, arbitration will not apply to disputes regarding the termination of personal injury protection benefits.

Upon the written request for arbitration, each party will select one arbitrator. The two arbitrators will attempt to select a third arbitrator. If they can't agree on a third arbitrator within 30 days, either party may request a judge of the court of record in the county of jurisdiction where the arbitration is pending to appoint the third arbitrator. A written decision agreed upon by any two or more arbitrators will be binding on each party.

As a condition of maintaining a claim in arbitration, the health care provider will make available to us for inspection and copying the entire file pertaining to the patient who is the subject of this proceeding.

The prevailing party to the arbitration will be entitled to attorney fees and costs. "Prevailing party" is defined as follows:

(a)  The health care provider is the "prevailing party" if the arbitrator awards an amount more than 25% less than the health care provider's demand.

(b)  **We** are the "prevailing party" if the arbitrator awards an amount less than 25% greater than the amount offered to be paid by **us** at arbitration.

If both the health care provider and us are prevailing parties under the above definition, then attorney fees and costs and all other expenses of arbitration will be

2

paid by the party incurring them. However, the expenses and fees of the third arbitrator will be shared equally by both parties.

Attorney fees and costs will not be subject to any type of multiplier.

The arbitration will take place in the county in which the health care provider is located. If they are located out-of-state, arbitration will take place in the county in which the insured resides, unless the health care provider and we agree on another place. Arbitration is subject to the provisions of the Florida Arbitration Code, Chapter 682 of the Florida Statutes.

3