# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### Case No. 00-CIV-6061-FERGUSON/SNOW
### (Consolidated)

DR. PAUL ZIDEL, and all others similarly )
Situated, )
Plaintiff, )
)
v. )
)
ALLSTATE INSURANCE COMPANY, )
Defendant / Third-Party Plaintiff, )
)
v. )
)
COMMUNITY CARE NETWORK, INC., )
d/b/a CCN, )
Third-Party Defendant. )
———————————————————————)

ULTRA OPEN MRI CORPORATION, on )
behalf of itself and all others similarly situated, )
Plaintiff, )
)
v. )          **01-6777-CIV**
)
DEERBROOK INSURANCE COMPANY, )
Defendant. )
———————————————————————)

NIGHT BOX
FILED

CLARENCE MADDOX
CLERK. USDC/SDFL/FtL

## DEERBROOK INSURANCE COMPANY'S
## MOTION TO COMPEL ARBITRATION AND SUPPORTING MEMORANDUM

Defendant Deerbrook Insurance Company ("Deerbrook"), pursuant to the Federal

Arbitration Act, 9 U.S.C. §1 *et seq.* ("FAA"), and the Florida Arbitration Code, Fla. Stat.

§682.01 *et seq.* ("FAC"), moves to compel arbitration in this matter.



## I.    Introduction

This Court should compel arbitration of this dispute pursuant to the strong federal policy in favor of arbitration set forth in the Federal Arbitration Act.   Plaintiff Ultra Open MRI Corporation ("UOMC") has asserted claims to direct payment of personal injury protection ("PIP") benefits due under Deerbrook automobile insurance policies.  These policies provide for the arbitration of all disputes with medical providers, such as UOMC, concerning PIP benefits. Deerbrook has properly demanded arbitration as to the claims asserted in this action and, accordingly, this Court should enforce that demand.

## II.    Factual Background

1.     UOMC filed this proposed class action in May 2001 and served the Class Action Complaint (the "Complaint") on Deerbrook in June 2001.

2.     The five count Complaint includes a claim for breach of contract brought by UOMC as an alleged third-party beneficiary of Deerbrook's auto insurance contracts.  *See* Complaint ¶¶97-104.  UOMC claims that it is entitled, under these policies, to direct payment of PIP benefits that otherwise would have been payable to the policyholders.  *See* id. ¶¶6-10 and 65-69.

3.     Attached to the Complaint as Exhibit 1 is an Explanation of Benefit form which, by UOMC's admission, represents a sample of Deerbrook's conduct which allegedly forms the basis for this suit.  Exhibit 1 relates to Jennifer Castro, who sought benefits under a policy issued to Marta E. Jimenez, a certified copy of whose policy (the "Policy") is attached hereto as Exhibit A. *See also* Affidavit of James Falkingham, attached hereto as Exhibit B, at ¶2.

4.    Part 3 of the Policy contains a mandatory arbitration provision that governs all claims relating to medical benefit claims under PIP coverage:

**Arbitration**

Any claim dispute involving medical benefits under this part of the policy between us and a health care provider who has agreed to accept an assignment of personal injury protection benefits will be decided by arbitration upon the written request of either party. . . . Arbitration is subject to the provision of the Florida Arbitration Code, Chapter 682 of the Florida Statutes.

Exhibit A at pp. 12-13.

5.    Deerbrook answered the Complaint in October 2001. Since that time, and with the exception of a pending motion to dismiss UOMC's RICO claim, there has been no substantive action with regard to this case.

6.    On or about November 13, 2001, in the consolidated case of Ultra Open MRI Corporation v. Prudential Property and Casualty Insurance Company, No. 01-6778, United States Magistrate Judge Snow issued her Report and Recommendation regarding Prudential's motion to compel arbitration. Distinguishing Nationwide Mutual Fire Insurance Co. v. Pinnacle Medical, Inc., 753 So. 2d 55 (Fla. 2000), Magistrate Judge Snow recommended that Ultra Open be required to engage in the arbitration of all of its claims and that its complaint be dismissed.

**III.    Argument**

This Court should direct UOMC to submit its claims to arbitration in accordance with the arbitration clause in the Policy and the "liberal federal policy favoring arbitration agreements." Green Tree Fin. Corp. v. Randolph, 531 U.S. 79, 91 (2000); *accord* Paladino v. Avnet Computer Techs., Inc., 134 F.3d 1054, 1057 (11th Cir. 1998). Under such general parameters, the FAA

requires the Court to enforce written arbitration agreements which are included in contracts which evidence a transaction involving interstate commerce. <u>Mose H. Cone Memorial Hosp. v. Mercury Construction Corp.</u>, 460 U.S. 1, 24-25 (1983).

The Policy's arbitration clause clearly covers the dispute in this case -- UOMC is disputing PIP benefits pursuant to an alleged assignment -- and, therefore, this Court should compel the arbitration of UOMC's claims. Indeed, the strong federal policy in favor of arbitration applies not only to UOMC's contract claims (Counts I and II), but also to the statutory claims (RICO and Chapter 627) set forth in Counts III and V of the Complaint. If the plaintiff attempts to litigate claims, including statutory claims, which fall within the terms of the arbitration agreement, the Court must compel the parties to attend arbitration. <u>Shearson/American Express Inc. v. McMahon</u>, 482 U.S. 220, 242 (1987)(RICO claims are subject to arbitration under the FAA). *See also* <u>Green Tree v. Randolph</u>, 531 U.S. at 89 ("[W]e have recognized that federal statutory claims can be appropriately resolved through arbitration, and we have enforced agreements to arbitrate that involve such claims.").

In granting Deerbrook's motion, this Court should follow the reasoning of United States Magistrate Judge Snow in her Report and Recommendation in <u>Ultra Open MRI Corporation v. Prudential Property and Casualty Insurance Company</u>, No. 01-6778. There, Magistrate Judge Snow discussed the issue of the treating medical provider, UOMC, being bound by the arbitration clause between insured and insurer. Her well-reasoned opinion was that UOMC was bound by the arbitration clause and that all of UOMC's claims were subject to arbitration.

The cornerstone of Magistrate Judge Snow's Report and Recommendation was her analysis of <u>Nationwide Mutual Fire Insurance Co. v. Pinnacle Medical, Inc.</u>, 753 So. 2d 55 (Fla.

2000). Magistrate Judge Snow determined that while <u>Pinnacle</u> invalidated that portion of Fla. Stat. §627.736(5) that mandated arbitration for medical care providers under a PIP contract, it did not invalidate contractual agreements which require such arbitration. Since Ultra Open's complaint only referenced a single claim based on a policy issued on August 1, 2000, nearly five months after the statute was declared to be illegal in <u>Pinnacle</u>, Magistrate Judge Snow found that the arbitration clause in question was not statutorily-mandated. Instead, the arbitration clause constituted an independent agreement between the parties that was not invalidated by <u>Pinnacle</u>.

Thus, whether an insurer's arbitration clause is binding upon a medical provider is determined by looking at the date of issuance or renewal of the underlying policy. <u>Marchesano v. Nationwide Property and Cas. Ins. Co.</u>, 506 So. 2d 410 (Fla. 1987)(Under Florida law, upon each renewal of an insurance policy, an entirely new and independent contract of insurance is created.) If the policy was issued or renewed after <u>Pinnacle</u> was decided on February 3, 2000, then the arbitration clause is binding and enforceable as to the medical provider. In the present case, UOMC references an Explanation of Benefits form for an insured whose claim for which PIP benefits were paid occurred on April 18, 2000. <i>See</i> Exhibit 1 to Complaint, and Affidavit of James Falkingham at ¶2. That claim date falls within the Deerbrook Policy issued for the period from April 1, 2000 to October 1, 2000. <i>See</i> Exhibit A. Thus, the Policy was issued after <u>Pinnacle</u> and the Magistrate Judge's prior analysis applies. Moreover, UOMC has brought this lawsuit as a <u>class action</u>, <u>not</u> <u>an individual claim</u>. UOMC has defined the purported class, without time limit, as "all Florida healthcare providers whose bills for medical services rendered to patients covered by DEERBROOK's automobile insurance policies were discounted by DEERBROOK based upon a purported Beech Street Preferred Provider Organization reduction." Complaint at ¶75. Accordingly, the class of claimants that UOMC seeks to represent must

include other insureds whose policies were also issued or renewed after <u>Pinnacle</u> and, therefore, at least some additional claims UOMC seeks to bring are the subject of valid, binding, enforceable arbitration clauses. For this reason, the Court cannot just look at the documents for the individual insured that plaintiff chooses to attach to its complaint and be done with its analysis. Instead, the Court must consider the broad spectrum of insureds, and dates of issuance or renewal of their policies, whose claims UOMC seeks to prosecute by virtue of alleged assignments. If even one claim is subject to arbitration, as was the case in <u>Ultra Open MRI Corporation v. Prudential Property and Casualty Insurance Company</u>, then the entire case must be arbitrated.

Although this is the first pleading in which Deerbrook has moved to compel arbitration, Deerbrook has not waived its right to seek to compel arbitration. First, Deerbrook was required to answer the Complaint before Magistrate Judge Snow issued her Report and Recommendation in <u>Ultra Open MRI Corporation v. Prudential Property and Casualty Insurance Company</u>. Prior to that Report, no judicial order or recommendation had been issued indicating that <u>Pinnacle</u> may not have foreclosed its right to seek to compel arbitration. Thus, the issuance of the Magistrate Judge's Report was the first indication to Deerbrook that it might have a viable right to arbitrate UOMC's claims.

Moreover, waiver of a right to compel arbitration requires more than a failure to assert that right at the outset of a case. "Under federal law, the courts invariably find that no waiver has occurred where parties who assert a right to arbitration have made relatively little use of the judicial process and the party opposing arbitration cannot show that it would be prejudiced." <u>Acevedo v. Caribbean Transportation, Inc.</u>, 673 So. 2d 170, 175 (Fla. 3d DCA 1996) (emphasis added), *citing* <u>Rush v. Oppenheimer & Co.</u>, 779 F.2d 885 (2d Cir. 1985)(defendant did not waive

6

arbitration by participating in pretrial discovery, or by filing a motion to dismiss and a subsequent answer even though it waited eight months to raise the issue); Sweater Bee By Banff, Ltd. v. Manhattan Indus., Inc., 754 F.2d 457 (2d Cir.), *cert. denied* 474 U.S. 819 (1985)(defendant did not waive arbitration where it moved to dismiss on the merits, engaged in discovery, and asserted right to arbitrate two years after complaint was filed).

Here, UOMC has no basis for claiming prejudice. There has been no discovery taken and there has been no substantial activity in any of the consolidated cases because various parties have sought to enforce their arbitration rights. Deerbrook's assertion of its rights at this time merely places it in the same position as all other insurers seeking to enforce arbitration rights. A showing that a party waited a period of time before moving to compel arbitration is not in itself sufficient evidence of prejudice. Rush at 887. Accordingly, since UOMC has not suffered any prejudice by virtue of Deerbrook's waiting to file this motion, Deerbrook's right to seek to compel arbitration cannot have been waived.

For all of the foregoing reasons, this Court should grant Deerbrook's Motion to Compel Arbitration and should dismiss UOMC's Complaint in its entirety.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail

to counsel on the attached service list this 25TH day of June, 2002.


PETER J. VALETA                          DAVID B. SHELTON
Florida Bar No. 327557                   Florida Bar No. 0710539
ROSS & HARDIES                           Rumberger, Kirk & Caldwell
150 North Michigan Ave., Suite 2500      P.O. Box 1873
Chicago, Illinois 60601                  Orlando, Florida 32802
Telephone: (312) 750-3619                Telephone: (407) 839-4511
Telecopier: (312) 750-8600               Telecopier: (407) 841-2133
Attorneys for Deerbrook Insurance Company   Attorneys for Deerbrook Insurance Company

## SERVICE LIST

**Co-Lead Counsel for Plaintiffs**

Eric Lee, Esquire
LEE & AMTZIS, P.L.
Suite 150
350 N.W. 12th Avenue
Deerfield Beach, FL 33442

Arthur S. Gold, Esquire
GOLD & COULSON
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603

Andrew Garcia, Esquire
Carlin Phillips, Esquire
PHILLIPS & GARCIA
13 Ventura Drive
North Dartmouth, MA 02747

Larry Kopelman, Esquire
Douglas Blankman, Esquire
KOPELMAN & BLANKMAN, P.A
Bank of America Tower
One Financial Plaza, Suite 2510
Fort Lauderdale, FL 33394

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esquire
230 East Davis Boulevard, Suite 200
Tampa, FL 33606

Richard Bokor, Esquire
RICHARD BOKOR, P.A.
230 East Davis Boulevard
Tampa, FL 33606

Casey Fundaro, Esquire
P.O. Box 7420
Fort Lauderdale, FL 33338-7420

**Counsel for Beech Street and ADP**

John M. Quaranta, Esquire
TEW, CARDENAS, et al.
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336

**Counsel for Progressive**

Francis Anania, Esquire
Donald A. Blackwell, Esquire
ANANIA, BANDKLAYDER, et al.
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131

**Counsel for CCN**

William W. Deem, Esquire
MCGUIRE WOODS, LLP
3300 Bank of America Center
50 N. Laura Street
Jacksonville, FL 32202-4099

**Counsel for Nationwide**

Katherine C. Lake, Esquire
FOWLER, WHITE, et al.
Post Office Box 1438
Tampa, FL 33601

James C. Haggerty, Esquire
SWARTZ CAMPBELL DETWEILER
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316

**Counsel for Florida Farm Bureau**

Robert K. Levenson, Esquire
Greg Baldwin, Esquire
HOLLAND & KNIGHT, LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131

**Counsel for Liberty Mutual**

Mark Shapiro, Esquire
AKERMAN, SENTERFITT et al.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131

**Counsel for Hartford, Metropolitan,
Integon**

Marcy Levine Aldrich, Esquire
AKERMAN, SENTERFITT et al.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131

**Counsel for Metropolitan**

Jeffrey P. Lennard, Esquire
SONNENSCHEIN, NATH & ROSENTHAL
8000 Sears Tower
Chicago, IL 60606

**Counsel for Superior**

Alan J. Nisberg, Esquire
BUTLER BURNETT PAPPAS
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607

**Counsel for Prudential**

John D. Aldock, Esquire
Michael Isenman, Esquire
SHEA & GARDNER
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Kathy J. Maus, Esquire
Lauren D. Levy, Esquire
BUTLER BURNETTE PAPPAS
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308-3469

**Counsel for American International**

Dale L. Friedman, Esquire
Brian P. Knight, Esquire
CONROY, SIMBERG, GANNON,
KREVANS & ABEL, P.A.
3440 Hollywood Blvd., 2nd Floor
Hollywood, FL 33021

National Support Center
**Allstate Insurance Company**
1819 Electirc Road S.W.
Roanoke, VA  24018-1618
Bus:  (540) 989-2200


**Allstate.**
You're in good hands.

Claim# *2474985757*

To Whom It May Concern:

I, Linda Sisson, employee of Allstate Insurance Company, Roanoke, Virginia, do certify

that the enclosed is a copy of Policy Number *661 010 14*,

in the name of *Marta Jiminez*,

showing the coverages that were on the policy at the time of loss of *18 April 2000*.

*Linda Sisson*
Claim Support

State of Virginia, County of Roanoke

On this *20th* day of *June*, 2002, before me

personally appeared Linda Sisson to me known to be the person who executed the

foregoing instrument and acknowledged that she executed the same as a free act and

deed.

*B Plymire Stovall*
Notary Public

My Commission Expires:

B. PLYMIRE-STOVALL
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 06/30/2003

EXHIBIT A

*Kaplani Insurance*
*PO Box 4250*
*Clearwater FL 33758*

---

**Your Quick Insurance Check**

✓ Verify vehicles and drivers listed on the Policy Declarations and ID cards.

✓ Verify the vehicle identification number (VIN) listed on these documents; its accuracy could affect your premium.

✓ Your bill will be sent separately.

---

Marta E Jimenez
6875 82 Ave N
Pinellas Park FL 33781-1106

## Policy Change Notice

Changes have been made to reflect new or corrected information affecting your policy. We want your policy information and your coverage to be up-to-date and accurate.

The changes took effect on 04/01/00. The accompanying Amended Policy Declarations includes these changes:

A change in insurance coverage for your 85 Nissan Sentra.
A change in driver or use of your 85 Ford Mustang.
The addition of your 88 Ford Mustang.

Your premium for this current period has been increased by a total of $76.00.

The coverages and limits you carry for your vehicles, and the costs of those coverages, are listed in detail on the enclosed Amended Policy Declarations. By comparing this Policy Declarations with the most recent Declarations mailed to you, you can see any changes in detail.

If you have any questions or concerns please contact your agent at (727) 319-3855. Thanks again — it's a pleasure serving you.

Kaplani Insurance
Your Agent

AUTO *010100900032303045530501* Information as of    March 22, 2000

EA3-1

**Deerbrook Insurance Company**

# AMENDED
# Auto Policy Declarations

## Summary

| NAMED INSURED(S) | YOUR AGENT IS | YOUR BILL |
|---|---|---|
| Marta E Jimenez<br>6875 82 Ave N<br>Pinellas Park FL 33781-1106 | Kaplani Insurance<br>(727) 319-3855<br><br>PO Box 4250<br>Clearwater FL 33758 | will reflect any changes to your premium and will be mailed separately. |

| POLICY NUMBER | POLICY PERIOD |
|---|---|
| 6 61 010142 10/01 | Apr. 1, 2000  to Oct. 1, 2000  at 12:01 a.m. standard time |

| DRIVER(S) LISTED | DRIVER(S) EXCLUDED |
|---|---|
| Marta | None |

| VEHICLES COVERED | VEHICLE ID NUMBER | LIENHOLDER |
|---|---|---|
| 1.  85  Nissan Sentra | JN1PB15S9FU150699 | None |
| 2.  85  Ford Mustang | 1FABP28M1FF228611 | None |
| 3.  88  Ford Mustang | 1FABP41A1JF250919 | None |

## Total Premium

| | |
|---|---|
| Premium for 85 Nissan Sentra | $183.30 |
| Premium for 85 Ford Mustang | $358.60 |
| Premium for 88 Ford Mustang | $183.30 |
| **TOTAL** | **$725.20** |

*Your Policy Effective Date is Apr. 1, 2000*

# Deerbrook Insurance Company

Policy Number : 6 61 010142 10/01
Policy Effective Date: Apr. 1, 2000

Your Agent:    Kaplani Insurance  (727) 319-3855

COVERAGE FOR VEHICLE # 1

## 1985 Nissan Sentra

| COVERAGE | LIMITS | | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|
| Automobile Liability Insurance | | | | |
| • Bodily Injury | $10,000 | each person | Not Applicable | $65.90 |
| | $20,000 | each occurrence | | |
| • Property Damage | $10,000 | each occurrence | Not Applicable | $61.20 |
| | | | | |
| Personal Injury Protection | | | $2,000 | $56.20 |
| Aggregate Total | $10,000 | each person | | |
| Deductible applies to insured and each dependent resident relative | | | | |
| | | | | |
| **Total Premium for 85 Nissan Sentra** | | | | **$183.30** |

## DISCOUNTS   Your premium for this vehicle reflects the following discounts:

Multiple Car                                     Prior Insurance

## RATING INFORMATION

This vehicle is driven for pleasure, with no unmarried driver under 25

# Deerbrook Insurance Company

Policy Number : 6 51 010142 10/01          Your Agent:    Kaplani Insurance  (727) 319-3855
Policy Effective Date: Apr. 1, 2000

COVERAGE FOR VEHICLE # 2
## 1985 Ford Mustang

| COVERAGE | LIMITS | | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|
| Automobile Liability Insurance | | | | |
| • Bodily Injury | $10,000 | each person | Not Applicable | $74.90 |
| | $20,000 | each occurrence | | |
| • Property Damage | $10,000 | each occurrence | Not Applicable | $70.20 |
| Personal Injury Protection | | | $2,000 | $64.20 |
| Aggregate Total | $10,000 | each person | | |
| Deductible applies to insured and each dependent resident relative | | | | |
| Auto Collision Insurance | Actual Cash Value | | $250 | $117.70 |
| Auto Comprehensive Insurance | Actual Cash Value | | $250 | $31.60 |
| **Total Premium for 85 Ford Mustang** | | | | **$358.60** |

## DISCOUNTS

Your premium for this vehicle reflects the following discounts:
Multiple Car                                        Prior Insurance

## RATING INFORMATION

This vehicle is driven for pleasure, unmarried female age 34

# Deerbrook Insurance Company

Policy Number : 6 61 010142 10/01    **Your Agent:**  Kaplani Insurance  (727) 319-3855
Policy Effective Date: Apr. 1, 2000

COVERAGE FOR VEHICLE # 3
## 1988 Ford Mustang

| COVERAGE | LIMITS | | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|
| Automobile Liability Insurance | | | | |
| • Bodily Injury | $10,000 | each person | Not Applicable | $65.90 |
| | $20,000 | each occurrence | | |
| • Property Damage | $10,000 | each occurrence | Not Applicable | $61.20 |
| Personal Injury Protection | | | $2,000 | $56.20 |
|   Aggregate Total | $10,000 | each person | | |
| Deductible applies to insured and each dependent resident relative | | | | |
| **Total Premium for 88 Ford Mustang** | | | | **$183.30** |

## DISCOUNTS   Your premium for this vehicle reflects the following discounts:
Multiple Car                          Prior Insurance

## RATING INFORMATION
This vehicle is driven for pleasure, with no unmarried driver under 25

Information as of
March 22, 2000    **Page**  **4**
FL619AMD

# Deerbrook Insurance Company

**Policy Number : 6 61 010142 10/01**     **Your Agent:**   **Kaplani Insurance   (727) 319-3855**
**Policy Effective Date: Apr. 1, 2000**

## *Your Policy Documents*

Your auto policy consists of this Policy Declarations and the documents listed below.  Please keep these together.
- Deerbrook Auto Policy form DI113                         - Deerbrook Amend. Endorsement form DI338

## *Important Payment and Coverage Information*

Please note: This is not a request for payment.  Any adjustments to your premium will be reflected on your next scheduled statement which will be mailed to you separately.  In the meantime, if you have any outstanding or unpaid billing statements, please pay at least the minimum amount due to assure your policy continues in force.  If you have any questions please contact your agent.

IN WITNESS WHEREOF, **Deerbrook** has caused this policy to be signed by its Secretary and its President at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Deerbrook.**

_____                    _____
         Secretary                                      President

AUTO *010000900032303004553050504*

## Deerbrook Insurance Company

Policy Number : 6 51 010142 10/01     Your Agent:    Kaplani Insurance  (727) 319-3855
Policy Effective Date: Apr. 1, 2000

# Important Notice

### *Important Information About Uninsured Motorists Coverage*

Please refer to the Uninsured Motorists Coverage limits on the attached Declarations page. And please read the information below regarding Uninsured Motorists Coverage to determine if you have the type of coverage you want.

### What Does Uninsured Motorists Coverage Offer?

Uninsured Motorists Coverage provides you with protection, subject to the terms and conditions of your policy, for bodily injury you sustain in an accident caused by an uninsured driver which includes:

- Drivers with no liability insurance,
- Hit-and-run drivers,
- Drivers insured by insurance companies that deny coverage,
- Drivers insured by insurance companies that are unable to meet their obligations within 4 years from the date of the accident (Excess Coverage), and
- Drivers other than you or a relative who resides in your household, excluded from liability coverage under this policy, whose operation of an insured vehicle caused bodily injury to you or a relative who resides in your household. And, an underinsured driver which includes:
- Drivers whose liability limits are less than the amount of your damages.

### What Are Your Available Uninsured Motorists Coverage Options?

1. You may select Uninsured Motorists Coverage in an amount equal to your limits for Bodily Injury Liability Coverage.
2. You may select Uninsured Motorists limits which are lower than your Bodily Injury Liability limits.
3. Or, you may reject Uninsured Motorists Coverage.

### Uninsured Motorists Coverage Non-Stacked Option

You may purchase, at a reduced rate, a non-stacked (limited) type of Uninsured Motorists Coverage. Under this form of coverage, your Uninsured Motorists Coverage limits (if any) will not be added together to pay for damages you sustain in an accident. Therefore, if you are injured in a vehicle insured under this policy, Uninsured Motorists Coverage provides you with protection only to the extent of your coverage limits shown on your Declarations page for that vehicle.  If you are injured in someone else's vehicle, or you are struck as a pedestrian, you may select the highest limits for Uninsured Motorists Coverage available on any one vehicle insured under this policy.

If you do not elect to purchase the non-stacked form of Uninsured Motorists Coverage, your Uninsured Motorists Coverage limits for each vehicle insured under this policy are added together (stacked) to pay for damages you sustain in an accident. Thus, the Uninsured Motorists Coverage limits available to you would automatically change during the policy period if you increase or decrease the number of autos insured under this policy.

Please contact your agent if you have any questions about Uninsured Motorists Coverage. Your agent can help you determine what coverages are available so you can select the coverage of your choice.

X6007

AUTO *01000090000323030045530505*





# Deerbrook Automobile Insurance

## *A Quick Guide to This Package*

- **PROOF OF INSURANCE CARD**
  Attached at the right is one Proof of Insurance Card for each vehicle with liability coverage. You can use these cards to show that you are in compliance with state law.

- **POLICY DECLARATIONS**
  The Policy Declarations section contains detailed information about your policy such as drivers, vehicles, coverages, limits, and premiums. Please take a moment to check this information.

- **IMPORTANT NOTICE**
  The Important Notice section provides you with explanations about insurance issues or other policy information that may be helpful to you.

- **QUESTIONS**
  Do you have any questions about this package? Just call your agent.

**A bill or refund due to a change in your premium will be mailed separately.**

IDFLDB

---

**Florida Automobile Insurance Identification Card**

### Deerbrook Insurance Company

POLICY NUMBER 6 61 010142 10/01—03008 EFFECTIVE DATE 04/01/00

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY    [X] BODILY INJURY LIABILITY

Marta E Jimenez
6875 82 Ave N
Pinellas Park FL 33781-1106

85 Nissan Sentra          JN1PB15S9FU150699

**NOT VALID MORE THAN ONE YEAR FROM EFFECTIVE DATE**

---

**Florida Automobile Insurance Identification Card**

### Deerbrook Insurance Company

POLICY NUMBER 6 61 010142 10/01—03008 EFFECTIVE DATE 04/01/00

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY    [X] BODILY INJURY LIABILITY

Marta E Jimenez
6875 82 Ave N
Pinellas Park FL 33781-1106

85 Ford Mustang          1FABP28M1FF228611

**NOT VALID MORE THAN ONE YEAR FROM EFFECTIVE DATE**

---

**Florida Automobile Insurance Identification Card**

### Deerbrook Insurance Company

POLICY NUMBER 6 61 010142 10/01—03008 EFFECTIVE DATE 04/01/00

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY    [X] BODILY INJURY LIABILITY

Marta E Jimenez
6875 82 Ave N
Pinellas Park FL 33781-1106

88 Ford Mustang          1FABP41A1JF250919

**NOT VALID MORE THAN ONE YEAR FROM EFFECTIVE DATE**

**If you have an accident or loss:**
- Get medical attention if needed and notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved including passengers and witnesses.
- Contact your agent as soon as possible.
  Kaplani Insurance
  (727) 319-3855
  PO Box 4250
  Clearwater FL 33758
- For 24-hour claim service call 1-800-253-6611

**Collision Coverage For Rental Cars**
If you carry collision coverage, rental car coverage is provided, see outline of coverage.

**Misrepresentation of insurance is a first degree misdemeanor**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**If you have an accident or loss:**
- Get medical attention if needed and notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved including passengers and witnesses.
- Contact your agent as soon as possible.
  Kaplani Insurance
  (727) 319-3855
  PO Box 4250
  Clearwater FL 33758
- For 24-hour claim service call 1-800-253-6611

**Collision Coverage For Rental Cars**
If you carry collision coverage, rental car coverage is provided, see outline of coverage.

**Misrepresentation of insurance is a first degree misdemeanor**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**If you have an accident or loss:**
- Get medical attention if needed and notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved including passengers and witnesses.
- Contact your agent as soon as possible.
  Kaplani Insurance
  (727) 319-3855
  PO Box 4250
  Clearwater FL 33758
- For 24-hour claim service call 1-800-253-6611

**Collision Coverage For Rental Cars**
If you carry collision coverage, rental car coverage is provided, see outline of coverage.

**Misrepresentation of insurance is a first degree misdemeanor**

# Deerbrook
# Auto Insurance
# Policy

**FLORIDA**

**Policy:** {{{{{{{{{{{{{{{    **Effective:** ////////////////

**Issued to:**
)))))))))))))))))))))))))))))
)))))))))))))))))))))))))))))
)))))))))))))))))))))))))))))
)))))))))))))))))))))))))))))

**By your Agent:**

{{{{{{{{{{{{{{{{{{{{{{{{{{{{{{{(
{{{{{{{{{{{{{{{{{{{{{{{{{{{{{{
{{{{{{{{{{{{{{{{{{{{{{{{{{{{{{



**DI113**

# TABLE OF CONTENTS

When And Where The Policy Applies ................. 2
Insurance Coverage In Mexico ......................... 2
Premium Changes ........................................... 2
Coverage Changes .......................................... 2
Duty To Report Policy Changes .......................... 2
Combining Limits Of Two Or More Autos
    Prohibited ................................................. 3
Transfer ....................................................... 3
Medicare Provision ......................................... 3
Provisional Premium ....................................... 3
Payment ....................................................... 3
Fraud or Misrepresentation ............................... 3
Termination ................................................... 3
Cancellation ................................................. 3
Mediation ..................................................... 4
Conditional Reinstatement ............................... 4

**Part 1**
**Automobile Liability Insurance**
**Bodily Injury Liability**
**Property Damage Liability**
Insuring Agreement ......................................... 5
Additional Payments Deerbrook Will Make ......... 5
Insured Persons ............................................. 5
Insured Autos ............................................... 5
Definitions ................................................... 6
Exclusions — What is not covered ..................... 6
Financial Responsibility .................................. 6
Limits of Liability .......................................... 7
If There Is Other Insurance ............................. 7
Assistance and Cooperation ............................ 7
Action Against Deerbrook ............................... 7
Additional Interested Parties ........................... 7
What To Do In Case Of An Auto Accident
    Or Claim ................................................. 7

**Part 2**
**Automobile Medical Payments**
Insuring Agreement ......................................... 7
Insured Persons ............................................. 8
Insured Autos ............................................... 8
Definitions ................................................... 8
Exclusions — What is not covered ..................... 9
Limits Of Liability .......................................... 9
If There Is Other Insurance ............................. 9
Unreasonable or Unnecessary
    Medical Expenses ..................................... 9
Assistance And Cooperation ............................ 9
Subrogation Rights ....................................... 10
Proof Of Claim; Medical Reports ..................... 10

**Part 3**
**Personal Injury Protection**
Insuring Agreement ....................................... 10
Definitions ................................................. 10
Exclusions — What is not covered ................... 11
Limits of Liability ........................................ 11
Unreasonable or Unnecessary
    Medical Expenses ................................... 11
Action Against Deerbrook ............................. 12
Proof Of Claim; Medical Reports ..................... 12
Reimbursement and Subrogation ..................... 12
Arbitration ................................................. 12

**Part 4**
**Uninsured Motorists Insurance**
Insuring Agreement ....................................... 13
Insured Persons ........................................... 13
An insured auto is a motor vehicle ................... 13
An uninsured auto is ..................................... 13
An uninsured auto is not ............................... 14
Definitions ................................................. 14
Exclusions — What is not covered ................... 14
Limits of Liability ........................................ 14
If There Is Other Insurance ........................... 15
Proof Of Claim; Medical Reports ..................... 15
Assistance and Cooperation .......................... 15
Trust Agreement .......................................... 15
Payment Of Loss By Deerbrook ....................... 15
Action Against Deerbrook ............................. 15
If We Cannot Agree ...................................... 15

**Part 5**
**Protection Against Loss To The Auto**
Auto Collision Insurance ............................... 16
Auto Comprehensive Insurance ....................... 16
Towing and Labor Costs ............................... 16
Rental Reimbursement Coverage .................... 16
Sound System Coverage ............................... 16
Insured Autos ............................................. 16
Definitions ................................................. 17
Exclusions — What is not covered ................... 17
Right To Appraisal ....................................... 18
Payment Of Loss By Deerbrook ....................... 18
Limits Of Liability ........................................ 18
If There Is Other Insurance ........................... 18
Action Against Deerbrook ............................. 19
Subrogation Rights ...................................... 19
Loss Payable Clause .................................... 19
What You Must Do If There Is A Loss .............. 19

## Deerbrook Insurance Company

# Deerbrook Insurance Company

**The Company Named In The Declarations**
A Stock Company
Home Office: Northbrook, Illinois

The coverages of this policy apply only when a specific premium is indicated for them on the Policy Declarations. If more than one **auto** is insured, a coverage premium will be shown for each **auto**. **Deerbrook**, relying upon the Policy Declarations, subject to all terms of the policy and subject to **your** payment of the premiums, makes the following agreements with **you**.

## When And Where The Policy Applies
During the policy period, **your** policy applies to losses to the **auto**, accidents and occurrences within the United States of America, its territories or possessions or Canada, or between their ports.

## Insurance Coverage in Mexico
**Auto** accidents in Mexico are subject to the laws of Mexico—not the United States. Unlike the United States, Mexico considers some auto accidents a criminal offense as well as a civil matter.

In some cases, the coverage under this policy may not be recognized by Mexican authorities and **we** may not be allowed to provide any insurance coverage at all in Mexico. For **your** protection **you** should consider purchasing **auto** coverage from a licensed Mexican insurance company before driving into Mexico.

However, when possible, coverage will be afforded for an insured **auto** while that **auto** is within 75 miles of the United States border and only for a period not to exceed ten days after each separate entry into Mexico.

If loss or damage occurs which may require repair of the insured **auto** or replacement of any part(s) while the **auto** is in Mexico, the basis for adjustment of the claim will be as follows: any amount payable resulting from any loss or damage occurring in Mexico shall be payable in the United States. We will not be liable for more than the cost of having the repairs or replacement of parts made at the nearest point in the United States where the repairs or replacements can be made. The costs for towing, transportation and salvage operations of

the **auto** while within Mexico are not covered under this policy.

## Premium Changes
The premium for each **auto** is based on information **Deerbrook** has received from **you** or other sources. **You** agree to cooperate with **us** in determining if this information is correct, if it is complete, and if it changes during the policy period. **You** agree that if this information changes or is incorrect or incomplete, **we** may adjust **your** premium accordingly during the policy period.

Changes which result in a premium adjustment are contained in **our** rules. These include, but are not limited to:

1. **autos** insured by the policy, including changes in use.

2. drivers residing in **your** household, their ages or marital status.

3. coverages or coverage limits.

4. rating territory.

5. discount eligibility.

Any calculation or adjustment in **your** premium will be made using the rules, rates and forms in effect, and on file if required, for **our** use in **your** state.

## Coverage Changes
When **Deerbrook** broadens a coverage during the policy period without additional charge, **you** have the new feature if **you** have the coverage to which it applies. The new feature applies on the date the coverage change is effective in **your** state. Otherwise, the policy can be changed only by endorsement. Any change in **your** coverage will be made using the rules, rates and forms in effect, and on file, if required, for **our** use in **your** state.

## Duty To Report Policy Changes
**Your** policy was issued in reliance on the information **you** provided concerning **autos** and persons insured by the policy. To properly insure your **auto**, **you** should promptly notify **us** when **you** change **your** address or whenever any **resident** operators insured by **your** policy are added or deleted.

**You** must notify us within 30 days when **you** acquire an additional or replacement **auto**. If you

# Deerbrook Insurance Company

don't, certain coverages of this policy may not apply.

## Combining Limits Of Two Or More Autos Prohibited

The provision applies only when **you** have two or more **autos** insured in **your** name.

If one of these **autos** is involved in an accident, the coverage limit will be as shown on the Policy Declarations for the **auto**. If none of these **autos** is involved in the accident, **you** may select any single **auto** shown on the Policy Declarations and the coverage limits applicable to that **auto** will apply.

In either case, coverage on any other **auto** may not be added to or stacked upon the coverage of the involved or selected **auto**.

This provision does not apply to Uninsured Motorists Insurance.

## Transfer

This policy can't be transferred to another person without **our** written consent. However, if **you** die, this policy will provide coverage until the end of the policy period for **your** legal representative while acting as such, and persons covered on the date of **your** death.

## Medicare Provision

It is agreed that the benefits provided by the Federal Medicare Program will not offset or reduce any coverage provided by this policy.

## Provisional Premium

The premium shown on the Policy Declarations for Automobile Liability Insurance, Automobile Medical Payments and Uninsured Motorists Insurance will be considered provisional and may be recomputed, if:

a) any provision of the Florida Motor Vehicle No-Fault Law exempting persons from tort liability is found to be unconstitutional, and

b) the rules, rates or premiums for the issuance of this policy are changed because of the unconstitutionality of the law.

If this policy is a continuation or renewal of **your** policy, any recomputation of premium will include consideration of any returned or credited premium given in compliance with the Florida Motor Vehicle No-Fault Law.

If the final recomputed premium exceeds the premium stated on the Policy Declarations, **you** must pay the excess to **Deerbrook**, including the amount of any return premium previously credited or refunded.

## Payment

If **your** initial premium payment for **your** first policy period is by check, electronic transaction, or any remittance other than cash, such payment is conditional upon the check, electronic transaction, or other remittance being honored upon presentation. If such check, electronic transaction, or remittance is not honored upon presentation, this policy may be voidable from its inception.

If **you** pay by check, electronic transaction, or other remittance at any time other than the initial payment for the first policy period, and **your** payment is not honored because of insufficient funds or a closed account, **you** will be charged a fee of $10.00.

## Fraud or Misrepresentation

**Your** policy was issued in reliance on the information **you** provided on **your** Auto Insurance Application concerning **autos** and persons insured by the policy. Deerbrook will not provide coverage for any loss which occurs in connection with any material misrepresentation, fraud, or concealment of material facts, or if any material misrepresentation or omission was made on **your** Auto Insurance Application.

## Termination

If **we** offer to renew **your** policy and **your** required premium payment isn't received when due, **you** will have rejected **our** renewal offer. This means that the insurance coverage described in the renewal offer and any endorsements to the renewal offer will not become effective.

## Cancellation

During the first two months following the date of issuance or renewal, **you** may not cancel this policy except:

1. Upon total destruction of the insured motor vehicle.

2. Upon transfer of ownership of the insured motor vehicle.

Page 3

# Deerbrook Insurance Company

3. After the purchase of another policy or binder covering the motor vehicle which was covered under this policy.

If **your** original policy has been in effect for 60 days or less, **we** may cancel for reasons other than non-payment of premium. However, during the first 60 days of **your** original policy **we** may cancel for non-payment of premium if the reason for the cancellation is the issuance of a check for the premium which is dishonored for any reason.

After **your** original or renewal policy has been in effect for 60 days, **you** may cancel this policy by writing and telling **us** what future date **you** wish to stop coverage.

After **your** original policy has been in effect for 60 days, or if this is a renewal policy, **Deerbrook** will not cancel or reduce **your** coverage during the policy period unless:
1. The premium is not paid when due.

2. There is material misrepresentation, fraud, or concealment of material facts.

3. **You** or any member of **your** household has had a driver's license suspended or revoked.

4. **Deerbrook** has mailed notice within the first 60 days the original policy has been in effect that **we** do not intend to continue the policy.

After **your** original policy has been in effect for 60 days, or if this is a renewal policy, **we** will give **you** notice as follows:
1. If **we** cancel because **you** did not pay the premium, **we** will give **you** at least 10 days notice.

2. If **we** cancel for any reason other than non-payment of premium, **we** will give **you** at least 45 days notice.

If **we** do not intend to continue the policy beyond the current policy period, **we** will give **you** notice at least 45 days before the end of the policy period.

**We** will mail any cancellation or non-renewal notice to **you** at **your** address shown on the Policy Declarations. **Our** mailing the notice of cancellation or non-renewal to **you** will be deemed proof of notice. A refund, if due, will be proportional to the time **your** policy has been in effect, but cancellation

will be effective even though the refund is not made immediately. Any unearned premium amounts under $5.00 will be refunded only upon **your** request.

## Mediation
Both **you** and **Deerbrook** may request mediation of a claim for:
a. **bodily injury** in the amount of $10,000 or less under Parts 2, 3, and 4 of the policy; or

b. property damage under Part 5 of the policy,

by filing a written request with the Florida Department of Insurance on a form which may be obtained from the Department. The request must state why mediation is being requested and the issue in dispute.

The Department of Insurance will appoint a mediator. Each party may reject one mediator. The mediator will notify the parties of the date, time, and place of the mediation conference, which will be held within 45 days of the request for mediation. The mediation conference will be conducted informally and may be held by telephone if feasible. Participants must have authority to make a binding decision, and must mediate in good faith. Information and disclosures provided during mediation are not admissible in any subsequent action or proceeding relating to the claim. Costs of the mediation will be shared equally by each party unless the mediator determines a party had not mediated in good faith.

If a person files suit which relates to facts already mediated, such facts will not be mediated again. Only one mediation may be requested for each claim, unless all parties agree to further mediation. Any suit regarding a mediated dispute must be filed as prescribed under the "Limitations of Actions" statutes or within 60 days after the conclusion of the mediation process, whichever is later.

## Conditional Reinstatement
If **we** mail a cancellation notice because **you** didn't pay the required premium when due and **you** then tender payment by check, draft, or other remittance which is not honored upon presentation, **your** policy will terminate on the date and time shown on the cancellation notice and any notice **we** issue which waives the cancellation or reinstates coverage is void. This means that **Deerbrook** will not be liable under this policy for claims or

Page 4

# Deerbrook Insurance Company

damages after the date and time indicated on the cancellation notice.

# Part 1
# Automobile Liability Insurance
# Bodily Injury Liability
# Property Damage Liability

Deerbrook will pay all damages an insured person is legally obligated to pay because of:

1.  **bodily injury** sustained by any person, and

2.  damage to, or destruction of property.

Under these coverages, **your** policy protects an insured person from claims for accidents arising out of the ownership, maintenance or use, loading or unloading of an insured **auto**.

**We** will defend an insured person if sued as the result of a covered **auto** accident. This defense will be supplied even if the suit is groundless, false or fraudulent. **We** will defend that person at **our** own expense, with counsel of **our** choice and may settle any claim or suit if **we** feel this is appropriate.

## Additional Payments Deerbrook Will Make

In defending an insured person under this part, **we** will pay for:

1.  Loss of wages or salary not to exceed $50 per day. These payments will be made when that person's attendance is required at a trial to defend against a bodily injury suit. **We** will also pay other reasonable expense incurred at **our** request but not other loss of income or earnings;

2.  Court costs for defense;

3.  Interest accruing on damages awarded, until such time as **we** have paid, formally offered, or deposited in court the amount for which **we** are liable under this policy. Interest will be paid only on damages which do not exceed **our** limits of liability.

4.  All premiums on appeal bonds and on bonds to release attachments, but not in excess of **our** limit of liability. **We** have no obligation, however, to apply for or furnish these bonds.

**We** will repay an insured person for:

1.  The cost of any bail bonds required because of an accident or traffic law violation involving the use of the insured **auto**. Payment won't exceed $250 per bond. **We** have no obligation to apply for or furnish a bond.

2.  Any expense incurred for first aid to others at the time of an **auto** accident involving the insured **auto**.

## Insured Persons

1.  While using **your** insured **auto**:
    a)  **you**,
    b)  any **resident**, and
    c)  any other person using it with **your** permission.

2.  While using a non-owned **auto**:
    a)  **you**, and
    b)  any **resident** relative using a private passenger, station wagon or **utility auto**.

3.  Any other person or organization liable for the use of an insured **auto** provided:
    a)  the **auto** is not owned by the person or organization,
    b)  the use is by an insured person under 1. or 2. above, and
    c)  only for that insured person's acts or omissions.

## Insured Autos

1.  Any **auto** described on the Policy Declarations and the private passenger **auto** or **utility auto** **you** replace it with.

2.  Additional private passenger or **utility autos** **you** acquire ownership of during the policy period. This **auto** will be covered if we insure all other private passenger **autos** or **utility autos** you own. You must, however, notify us within 30 days of acquiring the **auto** and pay any additional premium.

3.  A substitute private passenger **auto** or **utility auto**, not owned by you or a **resident**, being temporarily used while **your** insured **auto** is being serviced or repaired, or if **your** insured **auto** is stolen or destroyed.

4.  A non-owned **auto** used by **you** or a **resident** relative with the permission of the owner. This

# Deerbrook Insurance Company

auto must not be available or furnished for the regular use of an insured person.

5. A trailer while attached to an insured **auto**. The trailer must be designed for use with a private passenger **auto**. This trailer can't be used for business purposes with other than a private passenger **auto** or utility **auto**.

## Definitions

1. "Deerbrook", "We", "Us" or "Our"—means the company shown on the Policy Declarations.

2. "Auto"—means a land motor vehicle with at least four wheels designed for use principally upon public roads.

3. "Bodily Injury"—means bodily injury, sickness, disease or death.

4. "Resident"—means a person who physically resides in **your** household with the intention of continuing residence there. **Your** unmarried dependent children while temporarily away from home will be considered residents if they intend to resume residing in **your** household.

5. "Utility Auto"—means an **auto** with a rated load capacity of 2,000 pounds or less of the pick-up body, sedan delivery or panel truck type.

6. "You" or "Your"—means the policyholder named on the Policy Declarations and that policyholder's resident spouse.

## Exclusions—What is not covered

Deerbrook will not pay for any damages an insured person is legally obligated to pay because of:

1. **bodily injury** or property damage arising out of the use of **your** insured **auto** while used to carry persons or property for a charge, or any **auto** you are driving while available for hire by the public. This exclusion does not apply to shared-expense car pools.

2. **bodily injury** or property damage arising out of auto business operations such as repairing, servicing, testing, washing, parking, storing, or the selling of **autos**. However, coverage does apply to **you**, resident relatives, **your** partners or the partnership in the business, or

employees of the partnership or of the **resident** relative when using **your** insured **auto**.

3. **bodily injury** or property damage arising out of the use of a non-owned **auto** in any business or occupation of an insured person. However, this exclusion does not apply while you, your chauffeur or domestic servant are using a private passenger **auto** or trailer.

4. **bodily injury** or property damage arising out of the ownership, maintenance or use of a motor vehicle with less than four wheels.

5. **bodily injury** to an employee of any insured person arising in the course of employment. Coverage does apply to a domestic employee who is not required to be covered by a workers compensation law, or similar law.

6. **bodily injury** to a co-worker injured in the course of employment. This exclusion does not apply to **you**.

7. **bodily injury** to **you** or any resident of **your** household related to **you** by blood, marriage or adoption.

8. damage to or destruction of property **you** or a resident relative own, are in charge of, or rent from others. However, a private residence or garage that **you** or a **resident** relative rent from others is covered.

9. **bodily injury** or property damage which may reasonably be expected to result from the intentional or criminal acts of an insured person or which are in fact intended by an insured person.

10. **bodily injury** or property damage which would also be covered under nuclear energy liability insurance. This applies even if the limits of that insurance are exhausted.

## Financial Responsibility

When this policy is certified as proof under any Motor Vehicle Financial Responsibility law, the insurance under this part will comply with the provisions of that law. This liability coverage will comply to the extent of liability coverage and limits required by the law.

# Deerbrook Insurance Company

## Limits of Liability

The limits shown on the Policy Declarations are the maximum we will pay for any single auto accident. The limit stated for each person for bodily injury is our total limit of liability for all damages because of bodily injury sustained by one person in any single auto accident, including all damages sustained by anyone else as a result of that bodily injury. Subject to the limit for each person, the limit stated for each occurrence is our total limit of liability for all damages for bodily injury sustained by two or more persons in any single auto accident. For property damage, the limit stated for each occurrence is our total limit of liability for property damage sustained in any single auto accident.

The liability limits apply to each insured auto as shown on the Policy Declarations. The insuring of more than one person or auto under this policy will not increase our liability limits beyond the amount shown for any one auto, even though a separate premium is charged for each auto. The limits also won't be increased if you have other auto insurance policies that apply.

An auto and attached trailer are considered one auto. Also, an auto and a mounted camper unit, topper, cap or canopy are considered one auto.

## If There Is Other Insurance

If an insured person is using a substitute private passenger auto or non-owned auto, our liability insurance will be excess over other collectible insurance. If more than one policy applies on a primary basis to an accident involving your insured auto, we will bear our proportionate share with other collectible liability insurance.

## Assistance And Cooperation

When we ask, an insured person must cooperate with us in the investigation, settlement and defense of any claim or lawsuit. If we ask, that person must also help us obtain payment from anyone who may be jointly responsible.

We can't be obligated by an insured person voluntarily making any payments or taking other actions except as specified in this policy.

## Action Against Deerbrook

No insured person may sue us under this coverage unless there is full compliance with all the terms of the policy.

No one other than an insured person may bring suit against us prior to first obtaining a judgement against an insured for a cause of action covered under this policy.

If liability has been determined by judgement after trial, or by written agreement among the insured, the other person, and us, then a person other than an insured who obtains this judgement or agreement against an insured person may sue us up to the limits of this policy.

The bankruptcy or insolvency of a person insured won't relieve us of any obligation.

## Additional Interested Parties

If one or more additional interested parties are listed on the Policy Declarations, the Automobile Liability Insurance coverages of this policy will apply to those parties as insureds.

We will provide at least 10 days written notice to an additional interested party if we cancel or make any change to this policy which adversely affects that party's interest. Our notice will be considered properly given if mailed to the address of the additional interested party shown on the Policy Declarations.

The naming of an additional interested party does not increase that party's right to recover under this policy, nor does it impose an obligation for the payment of premiums under this policy.

## What To Do In Case Of An Auto Accident Or Claim

If an insured person has an auto accident, we must be promptly notified of all details. If an insured person is sued as the result of an auto accident, we must be notified immediately.

# Part 2
# Automobile Medical Payments

Deerbrook will pay to or on behalf of an insured person all reasonable expenses incurred for necessary medical treatment, services or products actually provided to the insured person because of the bodily injury. Payments will be made only when the bodily injury is caused by an auto accident. Ambulance, medical, surgical, X-ray, dental, orthopedic and prosthetic devices, professional nursing services, pharmaceuticals,

# Deerbrook Insurance Company

eyeglasses, hearing aids, and funeral service expenses are covered.

This coverage does not apply to **bodily injury** to any person to the extent that treatment is provided or benefits are paid or payable to or on behalf of an injured person under:

1.  any workers compensation law;

2.  any no-fault benefits in this or any other auto policy.

This coverage does not apply to any expenses which are not paid or payable under any no-fault benefits in this or any other auto policy because of the application of:

1.  a deductible;

2.  benefits paid or payable under Medicare;

3.  benefits paid or payable by the federal government to active or retired military personnel and dependents.

## Insured Persons

1.  **You** and any **resident** relative who sustains **bodily injury** while in, on, getting into or out of, or when struck by, an **auto** or trailer. The use of a non-owned **auto** must be with the owner's permission.

2.  Any other person who sustains **bodily injury** while in, on, getting into or out of:
    a)  your insured **auto** while being used by **you**, a **resident** relative, or any other person with **your** permission.
    b)  a non-owned **auto** if the injury results from **your** operation or occupancy.
    c)  a non-owned **auto** if the injury results from the operation on **your** behalf by **your** private chauffeur or domestic servant.
    d)  a non-owned private passenger **auto** or trailer if the injury results from the operation or occupancy by a **resident** relative.

    The use of these **autos** must be with the owner's permission.

## Insured Autos

1.  Any **auto** described on the Policy Declarations. This includes the private

passenger **auto** or **utility auto you** replace it with.

2.  Additional private passenger or **utility autos you** acquire ownership of during the policy period. This **auto** will be covered if **we** insure all other private passenger **autos** or **utility autos you** own. **You must, however, notify us** within 30 days of acquiring the **auto** and pay any additional premium.

3.  A substitute private passenger **auto** or **utility auto**, not owned by **you** or a **resident** of **your** household, being temporarily used while **your** insured **auto** is being serviced or repaired, or if **your** insured **auto** is stolen or destroyed.

4.  A non-owned **auto** used with the permission of the owner. This **auto** must not be available or furnished for **your** regular use.

5.  A trailer, while attached to an insured **auto**, designed for use with a private passenger **auto**. This trailer can't be used for business purposes with other than a private passenger **auto** or **utility auto**.

## Definitions

1.  **"Deerbrook", "We", "Us"** or **"Our"**—means the company shown on the Policy Declarations.

2.  **"Auto"**—means a land motor vehicle with at least four wheels designed for use principally upon public roads.

3.  **"Bodily Injury"**—means bodily injury, sickness, disease or death.

4.  **"Resident"**—means a person who physically resides in **your** household with the intention of continuing residence there. **Your** unmarried dependent children while temporarily away from home will be considered residents if they intend to resume residing in **your** household.

5.  **"Utility Auto"**—means an **auto** with a rated load capacity of 2,000 pounds or less of the pick-up body, sedan delivery or panel truck type.

6.  **"You"** or **"Your"**—means the policyholder named on the Policy Declarations and that policyholder's **resident** spouse.

**Page 8**

## Deerbrook Insurance Company

### Exclusions—What is not covered

This coverage does not apply to **bodily injury** to:

1. **you** or a **resident** relative while in, on, getting into or out of an **auto** owned by **you** or a **resident** relative which is not insured for this coverage.

2. **you** or a **resident** relative while in, on, getting into or out of, or struck as a pedestrian by:
   a) a vehicle operated on rails or crawler-treads, or
   b) a vehicle or other equipment designed for use off public roads, while not upon public roads.

3. any person while in, on, getting into or out of:
   a) an owned **auto** while available for hire to the public. This exclusion does not apply to shared expense car pools.
   b) an **auto** or trailer while used as a residence or premises.
   c) a motor vehicle with less than four wheels.

4. any person, other than **you** or a **resident** relative, while using a non-owned **auto**:
   a) which is available for hire by the public, or
   b) in auto business operations such as repairing, servicing, testing, washing, parking, storing or the selling of **autos**.

   Coverage is provided for **you, your** private chauffeur or domestic servant while using a private passenger **auto** or trailer in any other business or occupation.

5. any person resulting from any act of war, insurrection, rebellion, or revolution.

6. any person or dependent of a person who is entitled to benefits provided by the U.S.Government under a contract of employment including past or present military duty.

### Limits Of Liability

The limit shown on the Policy Declarations is the maximum **we** will pay for all expenses incurred by or for each insured person as the result of any one **auto** accident.

The medical payments limit applies to each insured **auto** as stated on the Policy Declarations. The insuring of more than one person or **auto** under this policy will not increase **our** limit beyond the amount shown for any one **auto**, even though a separate premium is charged for each **auto**. The limit also won't be increased if **you** have other **auto** insurance policies that apply.

**We** will not pay more than $2,000 for any one person for funeral service expenses.

There will be no duplication of payments made under the Bodily Injury Liability and Automobile Medical Payments coverages of this policy. All payments made to or on behalf of any person under this coverage will be considered as advance payments to that person and reduce the damages payable under the Bodily Injury Liability Coverage of this policy.

### If There Is Other Insurance

When this coverage applies to a substitute **auto** or non-owned **auto**, Deerbrook will pay only after all other collectible auto medical insurance has been exhausted.

When this coverage applies to a replacement **auto** or additional **auto**, this policy will not apply if **you** have other collectible auto medical insurance.

### Unreasonable Or Unnecessary Medical Expenses

If an insured person incurs medical expenses which **we** deem to be unreasonable or unnecessary, **we** may refuse to pay for those medical expenses and contest them.

If the insured person is sued by a medical services provider because **we** refuse to pay medical expenses which **we** deem to be unreasonable or unnecessary, **we** will pay resulting defense costs and any resulting judgement against the insured person. **We** will choose the counsel. The insured person must cooperate with **us** in the defense of any claim or lawsuit. If **we** ask an insured person to attend hearings or trials, **we** will pay up to $50 per day for loss of wages or salary. **We** will also pay other reasonable expenses incurred at **our** request.

### Assistance And Cooperation

When **we** ask, an insured person must cooperate with **us** in the investigation, settlement and defense of any claim or lawsuit. If **we** ask, that person must also help **us** obtain payment from anyone who may be jointly responsible.

Page 9

# Deerbrook Insurance Company

We can't be obligated by **you** voluntarily making any payments or taking other actions except as specified in this policy.

## Subrogation Rights

When **we** pay an insured person injured as a result of an accident which occurs outside the state of Florida, that person's rights of recovery become **ours** up to the amount **we** have paid. The insured person must protect these rights and help **us** enforce them.

## Proof Of Claim; Medical Reports

As soon as possible, any person making claim must give **us** written proof of claim. It must include all details **we** may need to determine the amounts payable. **We** may also require any person making claim to submit to questioning under oath and sign the transcript.

The injured person may be required to take physical examinations by physicians selected by **us**, as often as **we** reasonably require. The injured person or his representative must authorize **us** to obtain medical reports and copies of medical and employment records.

# Part 3
# Personal Injury Protection

**Deerbrook** will pay to or on behalf of the **injured person** the following benefits. Payments will be made only when **bodily injury** is caused by an accident arising from the use of a **motor vehicle** as a **motor vehicle**.

1.  Medical Expenses
    Eighty percent of all reasonable and necessary treatment expenses incurred. This covers medical, surgical, hospital, X-ray, rehabilitative, dental, prosthetic devices, ambulance and professional nursing services. Treatment and services provided in accordance with a recognized religious method of healing are also covered.

2.  Income Loss
    Sixty percent of loss of income and earning capacity from inability to work caused directly by the injury sustained in the auto accident. Income loss benefits end upon the death of the **injured person**.

3.  Loss of Services
    All reasonable expenses incurred in obtaining from others ordinary and necessary services usually performed by the **injured person** without income for the benefit of the family or family household. Loss of services benefits end upon the death of the **injured person**.

4.  Death Benefits
    Benefits due to the death of an **injured person**.

## Definitions

1.  "**Deerbrook**", "**We**", "**Us**" or "**Our**"—means the Company shown on the Policy Declarations.

2.  "**Bodily Injury**"—means bodily injury, sickness, disease or death.

3.  "**Injured Person**"—means
    a)  Within the State of Florida
        i)   **You** or a **resident** relative while in, on, getting into or out of, or struck while a pedestrian by a **motor vehicle**.
        ii)  Any other person while in, on, getting into or out of, and if a legal resident of Florida, any other person struck while a pedestrian by the **insured motor vehicle**.

    b)  Outside the State of Florida
        i)   **You** or a **resident** relative while in, on, getting into or out of the **insured motor vehicle**.
        ii)  **You** while in, on, getting into or out of a **motor vehicle** owned by a **resident** relative for which security is maintained under the Florida Motor Vehicle No-Fault Law.

4.  "**Insured Motor Vehicle**"—means a **motor vehicle**:
    a)  **You** own, and
    b)  for which the security is required to be maintained under the Florida Motor Vehicle No-Fault Law, and
    c)  i)   for which a premium is charged, or
        ii)  a trailer designed for use with a private passenger automobile, or if not used for business purposes, a trailer designed for use with a pick up truck, panel truck or van.

**Page 10**

# Deerbrook Insurance Company

5. "Motor Vehicle"—means any self-propelled vehicle which is of a type both designed and required to be licensed for use on the highways of Florida and any trailer or semi-trailer designed for use with such vehicle.

   A "Motor Vehicle" does not include:
   a) any vehicle which is used in mass transit or public school transportation and designed to transport more than five passengers, exclusive of the operator of the vehicle, and which is owned by the municipality, a transit or public school transportation authority, or a political subdivision of the state.
   b) a self propelled vehicle with less than four wheels, or
   c) a mobile home.

6. "Resident"—means a person who physically resides in your household with the intention of continuing residence there. Your unmarried dependent children while temporarily away from home will be considered residents if they intend to resume residing in your household.

7. "You" or "Your"—means the policyholder named on the Policy Declarations and that policyholder's resident spouse.

## Exclusions—What is not covered
This coverage does not apply:
1. To you or any resident relative while in, on, getting into or out of a motor vehicle which you own that is not an insured motor vehicle under this policy.

2. To any person while operating the insured motor vehicle without your permission.

3. To any person whose conduct contributed to a self injury:
   a) intentionally caused, or
   b) while committing a felony.

4. To any person, other than you, if that person owns a motor vehicle for which security is required under the Florida Motor Vehicle No-Fault Law.

5. To any person, other than you or a resident relative, who is entitled to no-fault benefits

from the owner or insurer of a motor vehicle which is not an insured motor vehicle under this insurance.

6. To any person who sustains bodily injury while in, on, getting into or out of a motor vehicle while located for use as a residence or premises.

7. To you or a resident relative for Income Loss if the Policy Declarations indicates that Income Loss coverage does not apply.

## Limits of Liability
The limit of our liability for Personal Injury Protection is stated on the Policy Declarations. This is the maximum Deerbrook will pay per injured person for any one motor vehicle accident, regardless of the number of vehicles insured under this or other policies. We will not pay more than $5,000 for any one person for Death Benefits.

Benefits will be reduced by:
1. Amounts paid or payable for the same items of loss and expense under any workers compensation law or Medicaid.

2. Amounts received from any insurer for the same items of loss and expense for which benefits are available under this policy. This reduction applies only to amounts that are a duplication of payment for the same loss or expense. The insurer paying these benefits, however, will be entitled to recover from us an equitable pro-rata share of the benefit paid and expenses incurred in processing the claim.

3. The amount of any deductible stated on the Policy Declarations. This will not apply to Death Benefits.

4. Amounts payable by the federal government to active or retired military personnel and dependent relatives, if shown as applicable on the Policy Declarations or supplementary Policy Declarations.

## Unreasonable Or Unnecessary Medical Expenses
If an insured person incurs medical expenses which we deem to be unreasonable or

Page 11

# Deerbrook Insurance Company

unnecessary, we may refuse to pay for those medical expenses and contest them.

If the insured person is sued by a medical services provider because we refuse to pay medical expenses which we deem to be unreasonable or unnecessary, we will pay resulting defense costs and any resulting judgement against the insured person. We will choose the counsel. The insured person must cooperate with us in the defense of any claim or lawsuit. If we ask an insured person to attend hearings or trials, we will pay up to $50 per day for loss of wages or salary. We will also pay other reasonable expenses incurred at our request.

## Action Against Deerbrook
No one may sue us under this coverage unless there is full compliance with all the terms of the policy, or until 30 days after the required notice of accident and reasonable proof of claim has been filed with us.

## Proof of Claim; Medical Reports
As soon as possible, you or any other person making claim must give us written proof of claim including all details reasonably required by us to determine the amounts payable.

If the mental or physical condition of an **injured person** is material to any claim under this coverage, that person may be required to take mental or physical examinations by physicians we choose, as often as we reasonably require. We must be given authorization to obtain medical reports and other records pertinent to the claim. If an **injured person** unreasonably refuses to take the examination, we are not required to pay any subsequent personal injury protection benefits. We will pay the expense of any examinations we request. The examination will be given in the **injured person's** city of residence. If there is no qualified physician in the **injured person's** city of residence, the examination will be given in any area nearest to the **injured person's** city of residence.

## Reimbursement and Subrogation
Unless prohibited by the Florida Motor Vehicle No-Fault Law, and in the event of payment to or for the benefit of any **injured person** under this insurance:

a)   If the accident occurs outside the state of Florida, **Deerbrook** is subrogated to the rights of the person to whom or for whose benefit such payments were made to the extent of

such payments. Such person shall execute and deliver the instruments and papers and do whatever else is necessary to secure such rights. Such person shall do nothing after loss to prejudice such rights;

b)   **Deerbrook** shall be entitled to reimbursement to the extent of the payment of Personal Injury Protection benefits made under this insurance from the owner or insurer of the owner of a commercial motor vehicle, as defined by the Florida Motor Vehicle No-Fault Law, if such **injured person** sustained the injury while in, on, getting into or out of, or while a pedestrian through being struck by, such commercial motor vehicle.

## Arbitration
Any claim dispute involving medical benefits under this part of the policy between us and a health care provider who has agreed to accept an assignment of personal injury protection benefits will be decided by arbitration upon the written request of either party. However, arbitration will not apply to disputes regarding the termination of personal injury protection benefits.

Upon the written request for arbitration, each party will select one arbitrator. The two arbitrators will attempt to select a third arbitrator. If they can't agree on a third arbitrator within 30 days, either party may request a judge of the court of record in the county of jurisdiction where the arbitration is pending to appoint the third arbitrator. A written decision agreed upon by any two or more arbitrators will be binding on each party.

As a condition of maintaining a claim in arbitration, the health care provider will make available to us for inspection and copying the entire file pertaining to the patient who is the subject of this proceeding.

The prevailing party to the arbitration will be entitled to attorney fees and costs. "Prevailing party" is defined as follows:
(a)   The health care provider is the "prevailing party" if the arbitrator awards an amount more than 25% less than the health care provider's demand.

(b)   **We** are the "prevailing party" if the arbitrator awards an amount less than 25% greater than the amount offered to be paid by us at arbitration.

# Deerbrook Insurance Company

If both the health care provider and us are prevailing parties under the above definition, then attorney fees and costs and all other expenses of arbitration will be paid by the party incurring them. However, the expenses and fees of the third arbitrator will be shared equally by both parties.

Attorney fees and costs will not be subject to any type of multiplier.

The arbitration will take place in the county in which the health care provider is located. If they are located out-of-state, arbitration will take place in the county in which the insured resides, unless the health care provider and we agree on another place. Arbitration is subject to the provision of the Florida Arbitration Code, Chapter 682 of the Florida Statues.

# Part 4
# Uninsured Motorists Insurance

We will pay only those damages which an insured person is legally entitled to recover from the owner or operator of an uninsured auto because of **bodily injury** sustained by an insured person, except that we will not pay for damages consisting of pain, suffering, mental anguish, or inconvenience unless the injury or disease is described in one or more of paragraphs (a) through (d) of Florida Statute 627.737(2). The **bodily injury** must be caused by accident and arise out of the ownership, maintenance or use of an uninsured auto. **We** will not pay any punitive or exemplary damages.

If an insured person sues a person believed to be responsible for the accident without **our** written consent, **we** aren't bound by any resulting judgement.

## Insured Persons

1. **You** and any **resident** relative, and

2. Any person while in, on, getting into or out of **your** insured auto with **your** permission, and

3. Any other person who is legally entitled to recover because of **bodily injury** to **you**, a **resident** relative or an occupant of **your** insured auto.

## An insured auto is a motor vehicle:

1. Described on the Policy Declarations and the **motor vehicle you** replace it with.

2. **You** acquire ownership of during the policy period. **You** must, however, notify **Deerbrook** within 30 days after **you** acquire the **motor vehicle** and pay any additional premium.

3. Not owned by **you** or a **resident** relative, being temporarily used while **your** insured auto is being serviced or repaired, or if **your** insured auto is stolen or destroyed.

4. Operated by **you** with the permission of the owner, but not furnished for **your** regular use.

5. Not made available for public hire by an insured person.

## An uninsured auto is:

1. a **motor vehicle** which has no bodily injury liability bond or insurance policy in effect at the time of the accident.

2. a **motor vehicle**, other than a **motor vehicle** insured under the liability portion of this policy, for which the insurer denies coverage.

3. a **motor vehicle** for which the insurer becomes insolvent within four years from the date of the accident. This coverage will be excess over any obligations assumed by the Florida Insurance Guaranty Association to pay claims.

4. a hit-and-run **motor vehicle** which causes **bodily injury** to an insured person as a result of a **motor vehicle** accident. The identity of either the operator or owner of the vehicle must be unknown. The accident must be reported within 24 hours to the police. **We** must be notified within 30 days. If the hit-and-run **motor vehicle** caused the injury without physical contact with the insured person or the vehicle the insured person was occupying, the facts of the accident must be proved. **We** will only consider competent evidence other than the testimony of a person making claims under this or any similar coverage. If the insured person was occupying the insured **motor vehicle** at the

# Deerbrook Insurance Company

time of the accident, **we** have a right to inspect it.

5.  a vehicle defined as an insured auto under the liability portion of this policy which causes **bodily injury** to **you** or a **resident** relative while being operated by a person other than **you** or a **resident** relative.

6.  an underinsured **motor vehicle**. An underinsured **motor vehicle** is one which has liability protection in effect and applicable at the time of the accident, but in an amount less than the damages the insured person is legally entitled to recover.

## An uninsured auto is not:

A vehicle defined as an insured auto under the liability portion of this policy, unless that auto causes **bodily injury** to **you** or a **resident** relative while being operated by a person other than **you** or a **resident** relative.

## Definitions

1.  "**Deerbrook**", "**We**", "**Us**" or "**Our**"—means the company shown on the Policy Declarations.

2.  "**Bodily Injury**"—means bodily injury, sickness, disease or death.

3.  "**Motor Vehicle**"—means a land motor vehicle or trailer other than
    a)  a vehicle or other equipment designed for use principally off public roads, while not upon public roads,
    b)  a vehicle operated on rails or crawler-treads, or
    c)  a vehicle when used as a residence or premises.

4.  "**Resident**"—means a person who physically resides in **your** household with the intention of continuing residence there. **Your** unmarried dependent children while temporarily away from home will be considered residents if they intend to resume residing in **your** household.

5.  "**You**" or "**Your**"—means the policyholder named on the Policy Declarations and that policyholder's **resident** spouse.

## Exclusions—What is not covered

Deerbrook will not pay any damages an insured person is legally entitled to recover because of:

1.  **bodily injury** to any insured person who make a settlement without **our** written consent.

2.  **bodily injury**, if the payment would directly or indirectly benefit any workers compensation or disability benefits insurer, including a self-insurer.

## Limits of Liability

1.  The coverage limit shown on the Policy Declarations for:
    a)  "each person" is the maximum that **we** will pay for all damages arising out of **bodily injury** to one person in any one **motor vehicle** accident, including all damages sustained by anyone else as a result of the **bodily injury**.

        When the limits of two or more insured autos are stacked, **our** maximum limit of liability for all damages to **you** or a **resident** relative in any one accident is the sum of the "each person" limits for each insured auto shown on the Policy Declarations.

    b)  "each accident" is the maximum that **we** pay for all damages arising out of **bodily injury** to two or more persons in any one **motor vehicle** accident. This "each accident" limit is subject to the limit for "each person".

        When the limits of two or more insured autos are stacked, subject to the limit for "each person", **our** maximum limit of liability for all damages to two or more persons in any one accident is the sum of the "each accident" limits for each insured auto shown on the Policy Declarations.

2.  If **bodily injury** is sustained in a **motor vehicle** accident by any person other than **you** or a **resident** relative, **our** maximum limit of liability for all damages arising out of **bodily injury** to any person other than **you** or a **resident** relative is the limit of liability shown on the Policy Declarations applicable to the vehicle the insured person was occupying at the time

Page 14

# Deerbrook Insurance Company

of the motor vehicle accident. This is the most we will pay regardless of the number of:

a) claims made;
b) vehicles or persons stated on the Policy Declarations; or
c) vehicles involved in the accident.

3. Damages payable will be reduced by:
   a) All amounts paid by the owner or operator of the uninsured auto or anyone else responsible. This includes all sums paid under the bodily injury liability coverage of this or any other auto policy.
   b) All amounts payable under any workers compensation law, disability benefits law, or similar law, Automobile Medical Payments, or any similar automobile medical payments coverage, or no-fault benefits provided under this or any other auto policy.

## If There Is Other Insurance
If more than one policy applies to the accident on a primary basis, we will bear our proportionate share of the damages payable.

## Proof Of Claim; Medical Reports
As soon as possible, any person making claim must give us written proof of claim. It must include all details we may need to determine the amounts payable.

The insured person may be required to take physical examinations by physicians we choose, as often as we reasonably require. The insured person or his representative must authorize us to obtain medical reports and copies of records.

## Assistance and Cooperation
We may require the insured person to take appropriate action to preserve all rights to recover damages from anyone responsible for the bodily injury.

## Trust Agreement
When we pay any person under this coverage:
1. We are entitled to repayment of amounts paid by us and related collection expenses out of the proceeds of any settlement or judgement that such person recovers from any responsible party or insurer. We are not entitled to repayment until after the person we have paid under this coverage has been compensated for all damages that person was legally entitled to recover.

2. All rights of recovery against any responsible party or insurer must be maintained and preserved for our benefit.

3. If we ask, insured persons must take appropriate action in their name to recover damages from any responsible party or insurer. We will select the attorney and we will pay all related costs and fees. We will not ask the insured person to sue the insured of an insolvent insurer.

## Payment Of Loss By Deerbrook
Any amount due is payable to the insured person, to the parent or guardian or an injured minor, or to the spouse of any insured person who dies. However, we may pay any person lawfully entitled to recover the damages.

## Action Against Deerbrook
No one may sue us under this coverage unless there is full compliance with all the terms of this policy.

## If We Cannot Agree
If the insured person and we disagree on the insured person's right to receive any damages or on the amount, the matter may be settled by arbitration. The insured person and we, however, must mutually agree to arbitrate the disagreements. If the insured person and we do not agree to arbitrate, then the disagreement will be resolved in a court of competent jurisdiction.

If arbitration is used, the Florida Arbitration Act will not apply. Unless the insured person or we object, arbitration will take place under the rules of the American Arbitration Association.

If either party objects to the use of the rules of the American Arbitration Association, the following alternative method of arbitration will be used. The insured person will select one arbitrator and we will select another. The two arbitrators will select a third. If they can't agree on a third arbitrator within 30 days, the judge of the court of record in the county of jurisdiction where arbitration is pending will appoint the third arbitrator. The written agreement of any two arbitrators will determine the issues. The insured person will pay the arbitrator that person selects and we will pay the one we

# Deerbrook Insurance Company

select. The expense of the third arbitrator and all other expenses of arbitration will be shared equally. However, attorney fees and fees paid to medical or other expert witnesses are not considered arbitration expenses and are to be paid by the party incurring them.

Regardless of the method of arbitration, any arbitration award will be binding and may be entered as a judgement in a proper court.

# Part 5
# Protection Against Loss To The Auto

The following coverages apply when indicated on the Policy Declarations. Auto insured, definitions, exclusions, limits of liability and other information applicable to all these coverages appear after the coverage agreements for these coverages.

## Auto Collision Insurance

Deerbrook will pay for direct and accidental loss to your insured auto or a non-owned auto (including insured loss to an attached trailer) from a collision with another object or by upset of that auto or trailer.

## Auto Comprehensive Insurance

Deerbrook will pay for direct and accidental loss to your insured auto or a non-owned auto not caused by collision. Loss caused by missiles, falling objects, fire, theft or larceny, explosion, earthquake, windstorm, hail, water, flood, malicious mischief or vandalism, and riot or civil commotion is covered. Glass breakage, whether or not caused by collision, and collision with a bird or animal is covered.

Deerbrook will pay up to $2,500 for loss to a sound system permanently installed in your auto by bolts, brackets or other means, and to its antennas or other apparatus in or on your auto used specifically with that system. However, any deductible amount which applies will be subtracted from the loss amount. The deductible amount will not be subtracted from the loss payment for loss to the windshield of your insured auto or a non-owned auto.

## Towing and Labor Costs

Deerbrook will pay costs for labor done at the initial place of disablement and for towing made

necessary by the disablement of your insured auto or a non-owned auto. The total limit of our liability for each loss is stated on the Policy Declarations.

## Rental Reimbursement Coverage

If a premium is shown on the Policy Declarations for Rental Reimbursement Coverage, and you have a loss involving either Auto Collision Insurance or Auto Comprehensive Insurance, Deerbrook will repay you for your cost of renting an auto from a rental agency or garage. We will not pay more than the dollar amount per day shown on the Policy Declarations.

If your insured auto is disabled by a collision or comprehensive loss, coverage starts the day of the loss. If it is driveable, coverage starts the day the auto is taken to the garage for repairs.

Coverage ends when whichever of the following occurs first:

1.  if the auto is disabled by a collision or comprehensive loss, completion of repairs or replacement of the auto;

2.  if the auto is stolen, when we offer settlement or your auto is returned to use; or

3.  thirty full days of coverage.

## Sound System Coverage

Deerbrook will pay for loss to a sound system permanently installed in your auto by bolts, brackets or other means, and to its antennas or other apparatus in or on your auto used specifically with that system.

Sound System Coverage applies only if Auto Comprehensive Insurance is in effect under this policy. Sound System Coverage provides coverage for sound systems in excess of the coverage provided under Auto Comprehensive Insurance. The limit of our liability is shown on the Policy Declarations.

## Insured Autos

1.  Any auto described on the Policy Declarations and the private passenger auto or utility auto you replace it with if you notify Deerbrook within 30 days of the replacement and pay any additional premium.

2.  An additional private passenger auto or utility auto you become the owner of during the

# Deerbrook Insurance Company

policy period. This **auto** will be covered if Deerbrook insures all other private passenger **autos** or **utility autos** you own. You must, however, notify **Deerbrook** within 30 days of acquiring the **auto** and pay any additional premium.

3. A substitute private passenger **auto** or **utility auto**, not owned by **you** or a resident of **your** household, temporarily used with the permission of the owner while **your** insured **auto** is being serviced or repaired, or if **your** insured **auto** is stolen or destroyed.

4. A non-owned **auto** used with the permission of the owner. This **auto** must not be available or furnished for **your** regular use.

5. A trailer while attached to an insured **auto**. This trailer must be designed for use with a private passenger **auto**. This trailer can't be used for business purposes with other than a private passenger **auto** or **utility auto**. Home, office, store, display, or passenger trailers are not covered. **Travel-trailers** or **camper units** are not covered unless described on the Policy Declarations.

## Definitions

1. **"Deerbrook", "We", "Us" or "Our"**—means the company shown on the Policy Declarations.

2. **"Auto"**—means a land motor vehicle with at least four wheels designed for use principally upon public roads.

3. **"Camper Unit"**—means a demountable unit designed to be used as temporary living quarters, including all equipment and accessories built into and forming a permanent part of the unit. A camper unit does not include:
   a) caps, tops or canopies designed for use as protection of the cargo area of a **utility auto**; or
   b) radio or television antennas, awnings, cabanas, or equipment designed to create additional off-highway living facilities.

4. **"Motor Home"**—means a self-propelled vehicle equipped, designed or used as a living quarters.

5. **"Resident"**—means the physical presence in **your** household with the intention to continue living there. Unmarried dependent children temporarily away from home will be considered residents if they intend to continue to live in your household.

6. **"Sound System"**—means any device within the insured **auto** designed for:
   a) voice or video transmission, or for voice, video or radar signal reception; or
   b) recording or playing back recorded material; or
   c) supplying power to cellular or similar telephone equipment.

7. **"Travel-trailer"**—means a trailer of the house, cabin or camping type equipped or used as a living quarters.

8. **"Utility Auto"**—means an **auto** with a rated load capacity of 2,000 pounds or less of the pick-up body, sedan delivery or panel truck type.

9. **"You" or "Your"**—means the policyholder named on the Policy Declarations and that policyholder's spouse while a member of the household.

## Exclusions—What is not covered

These coverages don't apply to:

1. loss caused intentionally by, or at the direction of an insured person.

2. any auto used for the transportation of people or property for a fee. This exclusion does not apply to shared-expense car pools.

3. any damage or loss resulting from any act of war, insurrection, rebellion or revolution.

4. loss to any non-owned **auto** used in auto business operations such as repairing, servicing, testing, washing, parking, storing or selling of **autos**.

5. loss due to radioactive contamination.

6. loss resulting from wear and tear, freezing, mechanical or electrical breakdown unless the damage is the burning of wiring used to

**Page 17**

# Deerbrook Insurance Company

connect electrical components, or the result of other loss covered by this policy.

7.  loss to tires unless stolen or damaged by fire, malicious mischief or vandalism. Coverage is provided if the damage to tires occurs at the same time and from the same cause as other loss covered by this policy.

8.  any loss, other than collision, to any **sound system** within **your auto**, including any apparatus in or on the **auto** designed for use with that system.

    This exclusion will not apply to losses to any **sound system** up to the amount covered under Auto Comprehensive Insurance. Losses to any **sound systems** involving more than that amount covered under Auto Comprehensive Insurance will be covered if **you** have purchased Sound System Coverage.

9.  loss to any tapes or similar items

10. loss to a **camper unit** whether or not mounted. This exclusion will not apply if **camper unit** coverage is shown as applicable on the Policy Declarations.

11. loss to appliances, furniture, equipment and accessories that are not built into or forming a permanent part of a **motor home** or **travel-trailer**.

12. loss to **your motor home** or **your travel-trailer** while rented to anyone else unless a specific premium is shown on the Policy Declarations for the rented vehicle.

13. loss arising out of any prearranged or organized racing or speed contest or in practice or preparation for any contest of this type.

14. loss due to seizure of any **auto** by a governmental authority.

## Right To Appraisal
Both **you** and **Deerbrook** have a right to demand an appraisal of the loss. Each will appoint and pay a competent and disinterested appraiser and will equally share other appraisal expenses. The appraisers, or a judge of a court of record, will select an umpire to decide any differences. Each appraiser will state separately the actual cash value and the amount of loss. An award in writing by any two appraisers will determine the loss amount payable.

## Payment Of Loss By Deerbrook
**Deerbrook** may pay for the loss in money, or may repair or replace the damaged or stolen property. **We** may, at any time before the loss is paid or the property is replaced, return at **our** own expense any stolen property, either to **you** or at **our** option to the address shown on the Policy Declarations, with payment for any resulting damage. **We** may take all or part of the property at the agreed or appraised values. **We** may settle any claim or loss either with **you** or the owner of the property.

## Limits Of Liability
**Deerbrook's** limit of liability is the actual cash value of the property or damaged part of the property at the time of loss. The actual cash value will be reduced by the deductible for each coverage as shown on the Policy Declarations. However, **our** liability will not exceed what it would cost to repair or replace the property or part using parts manufactured by or for the vehicle's manufacturer or parts from other sources, including, but not limited to, non-original equipment manufacturers, as determined by **Deerbrook** in **our** sole discretion. The limit for loss to any trailer is $500.

An **auto** and attached trailer are considered separate **autos**, and **you** must pay the deductible, if any, on each. Only one deductible will apply to an **auto** with a mounted **camper unit**. If unmounted, a separate deductible will apply to the **auto** and **camper unit**.

## If There Is Other Insurance
If there is other insurance covering the loss at the time of the accident, **we** will pay only **our** share of any damages. **Our** share is determined by adding the limits of all other insurance that applies on the same basis and finding the percentage of the total that **our** limits represent.

When this insurance covers a substitute **auto** or non-owned **auto**, **we** will pay only after all other collectible insurance has been exhausted.

When this insurance covers a replacement **auto** or additional **auto**, this policy won't apply if **you** have other collectible insurance.

# Deerbrook Insurance Company

When more than one coverage is applicable to the loss, you may recover under the broadest coverage but not both. However, Sound System Coverage, if purchased, will provide coverage in excess of the limit for loss to **sound systems** provided under Auto Comprehensive Insurance.

## Action Against Deerbrook
No one can sue us under this coverage unless these is full compliance with all the terms of this policy.

## Subrogation Rights
When we pay, your rights of recovery from anyone else become ours up to the amount we have paid. You must protect these rights and help us enforce them.

## Loss Payable Clause
If a lienholder is shown in the Policy Declarations, we may pay loss under this policy to you and to the lienholder as its interest may appear. The lienholder's interest will not be voided by:
1.  any act or neglect of the owner of the auto; or

2.  any change in title or ownership of the auto if the lienholder notifies us within 10 days.

If you do not pay the premium when due, the lienholder must, at our request, pay the premium; otherwise we may cancel this policy.

The lienholder must notify us of any known increase in hazard. The lienholder must pay, at our request, the premium for any increase in hazard; otherwise this policy will be void.

We may cancel this policy according to its terms. Cancellation will also be effective with respect to

the lienholder's interest. We may also cancel this clause of the policy. In either event, we will provide 10 days notice to the lienholder. Our mailing of notice will be proof of notice.

If you do not submit proof of loss within the time specified in this part, the lienholder must do so within 60 days. Proof of loss must be submitted in the form and manner specified below. The lienholder will be subject to provisions relating to appraisal, time of payment, and bringing suit.

When we make payment to the lienholder for loss under this policy, we will be subrogated to the rights of the part we pay, to the extent of our payment. We have the option to pay the lienholder the entire amount due or which will become due on the mortgage or other security agreement with interest and receive full assignment and transfer of the mortgage or security agreement. Our right to subrogation will not impair the lienholder's right to recover the full amount of its claim.

## What You Must Do If There Is a Loss
1.  As soon as possible, any person making claim must give us written proof of loss. It must include all details reasonably required by us. We have the right to inspect the damaged property. We may require any person making claim to file with us a sworn proof of loss. We may also require that person to submit to examinations under oath.

2.  Protect the auto from further loss. We will pay reasonable expenses to guard against further loss. If you don't protect the auto, further loss is not covered.

3.  Report all theft losses promptly to the police.

**Page 19**

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

## Deerbrook Insurance Company
## Florida Amendatory Endorsement — D1338

It is agreed that the policy is amended as follows:

1.  The "Payment" provision under the General section is amended as follows:

    **Payment**
    If **your** initial premium payment for **your** first policy period is by check, electronic transaction, or any remittance other than cash, such payment is conditional upon the check, electronic transaction, or other remittance being honored upon presentation. If such check, electronic transaction, or remittance is not honored upon presentation, this policy may be voidable from its inception.

2.  Part 1, Automobile Liability Insurance, is amended as follows:

    **Deerbrook** will pay all damages an insured person is legally obligated to pay because of:
    1.   **bodily injury** sustained by any person, and

    2.   damage to, or destruction of property.

    Under these coverages, **your** policy protects an insured person from claims for accidents arising out of the ownership, maintenance or use, loading or unloading of an insured **auto**.

    **We** will defend an insured person if sued as the result of a covered **auto** accident. This defense will be supplied even if the suit is groundless, false or fraudulent. **We** will defend that person at **our** own expense, with counsel of **our** choice and may settle any claim or suit if **we** feel this is appropriate.

    **We** will not defend an insured person sued for damages which are not covered by this policy.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No. 00-CIV-6061-FERGUSON/SNOW (Consolidated)

**DR. PAUL ZIDEL,**
**and all others similarly situated,**

      **Plaintiffs,**

**vs.**

**ALLSTATE INSURANCE COMPANY,**

      **Defendant**
_____/

**ULTRA OPEN MRI CORPORATION,**
**and all others similarly situated,**

      **Plaintiffs,**

**vs.**                                    **CASE NO. 01-6777-CIV-FERGUSON**

**DEERBROOK INSURANCE COMPANY,**

      **Defendant**
_____/

### AFFIDAVIT

The undersigned Affiant, James Falkingham, being first duly sworn, deposes and states the following:

1.    I am employed by Allstate as a claims process specialist in its regional office in St. Petersburg, Florida. I am familiar with Allstate's processes and claim offices which handle claims for personal injury protection (PIP) benefits made under policies issued by Allstate Insurance Company and its affiliated and related companies including, without limitation, Deerbrook Insurance Company. This affidavit is based on my personal knowledge and a review of certain

1

EXHIBIT B

company records.

2.    I understand that attached to the complaint in this case is a medical bill and a

Deerbrook explanation of benefits form with respect to Jennifer Castro. Ms. Castro was involved in

an automobile accident on April 18, 2000, and was eligible for PIP benefits under an auto insurance

policy issued by Deerbrook to Marta Jimenez, number 661010142.

FURTHER AFFIANT SAYETH NAUGHT.

James Falkingham

STATE OF FLORIDA)

COUNTY OF PINELLAS)

BEFORE ME, the undersigned, duly authorized to take acknowledgments in the State and County aforesaid, personally appeared James Falkingham personally known to me to be the person designated in the foregoing document as the Affiant, or who has produced a driver's license as identification, and who acknowledged before me that he executed the same freely and voluntarily to the best of his knowledge and belief.



Mary Jean Bacher
Commission # OC 872336
Expires Oct. 22, 2003
Bonded Thru
Atlantic Bonding Co., Inc.

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 24 DAY OF
June , 2002.

Mary Jean Bacher
NOTARY PUBLIC

Mary Jean Bacher
NAME TYPED, PRINTED OR STAMPED

C C 872336
COMMISSION NUMBER

2