### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA
### Case No. 00-CIV-6061-FERGUSON/SNOW
### (Consolidated)

DR. PAUL ZIDEL, and all others similarly )
Situated,                                )
Plaintiff,                               )
                                         )
v.                                       )
                                         )
ALLSTATE INSURANCE COMPANY,              )
Defendant / Third-Party Plaintiff,       )
                                         )
v.                                       )
                                         )
COMMUNITY CARE NETWORK, INC.,            )
d/b/a CCN,                               )
Third-Party Defendant.                   )
_____)

ULTRA OPEN MRI CORPORATION, on           )
behalf of itself and all others similarly situated, )
Plaintiff,                               )
                                         )
v.                                       )      **01-6779-CIV**
                                         )
FIDELITY AND CASUALTY COMPANY OF )
NEW YORK and THE CONTINENTAL             )
INSURANCE COMPANY,                       )
Defendants.                              )
_____)

NIGHT BOX
FILED

### FIDELITY AND CASUALTY COMPANY
### OF NEW YORK AND THE CONTINENTAL INSURANCE COMPANY'S
### MOTION TO COMPEL ARBITRATION AND SUPPORTING MEMORANDUM

Defendants Fidelity and Casualty Company of New York and The Continental Insurance

Company (collectively, "CNA"), pursuant to the Federal Arbitration Act, 9 U.S.C. §1 *et seq.*

("FAA"), and the Florida Arbitration Code, Fla. Stat. §682.01 *et seq.* ("FAC"), move to compel

arbitration in this matter.



## I.    Introduction

This Court should compel arbitration of this dispute pursuant to the strong federal policy in favor of arbitration set forth in the Federal Arbitration Act. Plaintiff Ultra Open MRI Corporation ("UOMC") has asserted claims to direct payment of personal injury protection ("PIP") benefits due under CNA automobile insurance policies. These policies provide for the arbitration of all disputes with medical providers, such as UOMC, concerning PIP benefits. CNA has properly demanded arbitration as to the claims asserted in this action and, accordingly, this Court should enforce that demand.

## II.    Factual Background

1.    UOMC filed this proposed class action in May 2001 and served the Class Action Complaint (the "Complaint") on CNA in June 2001.

2.    The five count Complaint includes a claim for breach of contract brought by UOMC as an alleged third-party beneficiary of CNA's auto insurance contracts. *See* Complaint ¶¶97-104. UOMC claims that it is entitled, under these policies, to direct payment of PIP benefits that otherwise would have been payable to the policyholders. *See* id. ¶¶6-10 and 65-69.

3.    Attached to the Complaint as Exhibit 1 is an Explanation of Benefit form which, by UOMC's admission, represents a sample of CNA's conduct which allegedly forms the basis for this suit. Exhibit 1 relates to CNA insureds Harold and Odessa Janinda, a certified copy of whose policy (the "Policy") is attached hereto as Exhibit A.

4.    Endorsement G-23166-C to the Policy contains a mandatory arbitration provision that governs all claims relating to medical benefit claims under PIP coverage:

2

**ARBITRATION**

If a provider of medical services or supplies has agreed to accept assignment of personal injury protection benefits:

1.  Any claims dispute, involving medical expenses, between that provider and us shall be subject to binding arbitration in accordance with the Florida Arbitration Code.

Exhibit A at p. 6 of 7 of G-23166-C.

5.  CNA answered the Complaint in October 2001. Since that time, and with the exception of a pending motion to dismiss UOMC's RICO claim, there has been no substantive action with regard to this case.

6.  On or about November 13, 2001, in the consolidated case of Ultra Open MRI Corporation v. Prudential Property and Casualty Insurance Company, No. 01-6778, United States Magistrate Judge Snow issued her Report and Recommendation regarding Prudential's motion to compel arbitration. Distinguishing Nationwide Mutual Fire Insurance Co. v. Pinnacle Medical, Inc., 753 So. 2d 55 (Fla. 2000), Magistrate Judge Snow recommended that Ultra Open be required to engage in the arbitration of all of its claims and that its complaint be dismissed.

**III.    Argument**

This Court should direct UOMC to submit its claims to arbitration in accordance with the arbitration clause in the Policy and the "liberal federal policy favoring arbitration agreements." Green Tree Fin. Corp. v. Randolph, 531 U.S. 79, 91 (2000); *accord* Paladino v. Avnet Computer Techs., Inc., 134 F.3d 1054, 1057 (11th Cir. 1998). Under such general parameters, the FAA requires the Court to enforce written arbitration agreements which are included in contracts

which evidence a transaction involving interstate commerce. <u>Mose H. Cone Memorial Hosp. v. Mercury Construction Corp.</u>, 460 U.S. 1, 24-25 (1983).

The Policy's arbitration clause clearly covers the dispute in this case -- UOMC is disputing PIP benefits pursuant to an alleged assignment -- and, therefore, this Court should compel the arbitration of UOMC's claims. Indeed, the strong federal policy in favor of arbitration applies not only to UOMC's contract claims (Counts I and II), but also to the statutory claims (RICO and Chapter 627) set forth in Counts III and V of the Complaint. If the plaintiff attempts to litigate claims, including statutory claims, which fall within the terms of the arbitration agreement, the Court must compel the parties to attend arbitration. <u>Shearson/American Express Inc. v. McMahon</u>, 482 U.S. 220, 242 (1987)(RICO claims are subject to arbitration under the FAA). *See also* <u>Green Tree v. Randolph</u>, 531 U.S. at 89 ("[W]e have recognized that federal statutory claims can be appropriately resolved through arbitration, and we have enforced agreements to arbitrate that involve such claims.").

In granting CNA's motion, this Court should follow the reasoning of United States Magistrate Judge Snow in her Report and Recommendation in <u>Ultra Open MRI Corporation v. Prudential Property and Casualty Insurance Company</u>, No. 01-6778. There, Magistrate Judge Snow discussed the issue of the treating medical provider, UOMC, being bound by the arbitration clause between insured and insurer. Her well-reasoned opinion was that UOMC was bound by the arbitration clause and that all of UOMC's claims were subject to arbitration.

The cornerstone of Magistrate Judge Snow's Report and Recommendation was her analysis of <u>Nationwide Mutual Fire Insurance Co. v. Pinnacle Medical, Inc.</u>, 753 So. 2d 55 (Fla. 2000). Magistrate Judge Snow determined that while <u>Pinnacle</u> invalidated that portion of Fla.

Stat. §627.736(5) that mandated arbitration for medical care providers under a PIP contract, it did not invalidate contractual agreements which require such arbitration. Since Ultra Open's complaint only referenced a single claim based on a policy issued on August 1, 2000, nearly five months after the statute was declared to be illegal in Pinnacle, Magistrate Judge Snow found that the arbitration clause in question was not statutorily-mandated. Instead, the arbitration clause constituted an independent agreement between the parties that was not invalidated by Pinnacle.

Thus, whether an insurer's arbitration clause is binding upon a medical provider is determined by looking at the date of issuance or renewal of the underlying policy. Marchesano v. Nationwide Property and Cas. Ins. Co., 506 So. 2d 410 (Fla. 1987)(Under Florida law, upon each renewal of an insurance policy, an entirely new and independent contract of insurance is created.) If the policy was issued or renewed after Pinnacle was decided on February 3, 2000, then the arbitration clause is binding and enforceable as to the medical provider. In the present case, UOMC references an Explanation of Benefits form for insureds whose claim for which PIP benefits were paid occurred on September 29, 2000. See Exhibit 1 to Complaint. That claim date falls within the CNA Policy issued for the period from May 26, 2000 to May 26, 2001. See Exhibit A. Thus, the Policy was issued after Pinnacle and the Magistrate Judge's prior analysis applies. Moreover, UOMC has brought this lawsuit as a class action, not an individual claim. UOMC has defined the purported class, without time limit, as "all Florida healthcare providers whose bills for medical services rendered to patients covered by CNA's automobile insurance policies were discounted by CNA based upon a purported Beech Street Preferred Provider Organization reduction." Complaint at ¶75. Accordingly, the class of claimants that UOMC seeks to represent must include other insureds whose policies were also issued or renewed after Pinnacle and, therefore, at least some additional claims UOMC seeks to bring are the subject of

valid, binding, enforceable arbitration clauses. For this reason, the Court cannot just look at the documents for the individual insured that plaintiff chooses to attach to its complaint and be done with its analysis. Instead, the Court must consider the broad spectrum of insureds, and dates of issuance or renewal of their policies, whose claims UOMC seeks to prosecute by virtue of alleged assignments. If even one claim is subject to arbitration, as was the case in Ultra Open MRI Corporation v. Prudential Property and Casualty Insurance Company, then the entire case must be arbitrated.

Although this is the first pleading in which CNA has moved to compel arbitration, CNA has not waived its right to seek to compel arbitration. First, CNA was required to answer the Complaint before Magistrate Judge Snow issued her Report and Recommendation in Ultra Open MRI Corporation v. Prudential Property and Casualty Insurance Company. Prior to that Report, no judicial order or recommendation had been issued indicating that Pinnacle may not have foreclosed its right to seek to compel arbitration. Thus, the issuance of the Magistrate Judge's Report was the first indication to CNA that it might have a viable right to arbitrate UOMC's claims.

Moreover, waiver of a right to compel arbitration requires more than a failure to assert that right at the outset of a case. "Under federal law, the courts invariably find that no waiver has occurred where parties who assert a right to arbitration have made relatively little use of the judicial process **and the party opposing arbitration cannot show that it would be prejudiced.**" Acevedo v. Caribbean Transportation, Inc., 673 So. 2d 170, 175 (Fla. 3d DCA 1996) (emphasis added), *citing* Rush v. Oppenheimer & Co., 779 F.2d 885 (2d Cir. 1985)(defendant did not waive arbitration by participating in pretrial discovery, or by filing a motion to dismiss and a subsequent answer even though it waited eight months to raise the

issue); <u>Sweater Bee By Banff, Ltd. v. Manhattan Indus., Inc.</u>, 754 F.2d 457 (2d Cir.), *cert. denied* 474 U.S. 819 (1985)(defendant did not waive arbitration where it moved to dismiss on the merits, engaged in discovery, and asserted right to arbitrate two years after complaint was filed).

Here, UOMC has no basis for claiming prejudice. There has been no discovery taken and there has been no substantial activity in any of the consolidated cases because various parties have sought to enforce their arbitration rights. CNA's assertion of its rights at this time merely places it in the same position as all other insurers seeking to enforce arbitration rights. A showing that a party waited a period of time before moving to compel arbitration is not in itself sufficient evidence of prejudice. <u>Rush</u> at 887. Accordingly, since UOMC has not suffered any prejudice by virtue of CNA's waiting to file this motion, CNA's right to seek to compel arbitration cannot have been waived.

For all of the foregoing reasons, this Court should grant CNA's Motion to Compel Arbitration and should dismiss UOMC's Complaint in its entirety.

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to counsel on the attached service list this 25th day of June, 2002.

PETER J. VALETA                                      DAVID B. SHELTON
Florida Bar No. 327557                          Florida Bar No. 0710539
ROSS & HARDIES                                   Rumberger, Kirk & Caldwell
150 North Michigan Ave., Suite 2500     P.O. Box 1873
Chicago, Illinois 60601                           Orlando, Florida 32802
Telephone: (312) 750-3619                     Telephone: (407) 839-4511
Telecopier: (312) 750-8600                     Telecopier: (407) 841-2133
Attorneys for Fidelity & Casualty/Continental     Attorneys for Fidelity & Casualty/Continental

## SERVICE LIST

**Co-Lead Counsel for Plaintiffs**

Eric Lee, Esquire
LEE & AMTZIS, P.L.
Suite 150
350 N.W. 12th Avenue
Deerfield Beach, FL 33442

Arthur S. Gold, Esquire
GOLD & COULSON
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603

Andrew Garcia, Esquire
Carlin Phillips, Esquire
PHILLIPS & GARCIA
13 Ventura Drive
North Dartmouth, MA 02747

Larry Kopelman, Esquire
Douglas Blankman, Esquire
KOPELMAN & BLANKMAN, P.A
Bank of America Tower
One Financial Plaza, Suite 2510
Fort Lauderdale, FL 33394

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esquire
230 East Davis Boulevard, Suite 200
Tampa, FL 33606

Richard Bokor, Esquire
RICHARD BOKOR, P.A.
230 East Davis Boulevard
Tampa, FL 33606

Casey Fundaro, Esquire
P.O. Box 7420
Fort Lauderdale, FL 33338-7420

**Counsel for Beech Street and ADP**

John M. Quaranta, Esquire
TEW, CARDENAS, et al.
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336

**Counsel for Progressive**

Francis Anania, Esquire
Donald A. Blackwell, Esquire
ANANIA, BANDKLAYDER, et al.
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131

**Counsel for CCN**

William W. Deem, Esquire
MCGUIRE WOODS, LLP
3300 Bank of America Center
50 N. Laura Street
Jacksonville, FL 32202-4099

**Counsel for Nationwide**

Katherine C. Lake, Esquire
FOWLER, WHITE, et al.
Post Office Box 1438
Tampa, FL 33601

James C. Haggerty, Esquire
SWARTZ CAMPBELL DETWEILER
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316

**Counsel for Florida Farm Bureau**

Robert K. Levenson, Esquire
Greg Baldwin, Esquire
HOLLAND & KNIGHT, LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131

**Counsel for Liberty Mutual**

Mark Shapiro, Esquire
AKERMAN, SENTERFITT et al.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131

**Counsel for Hartford, Metropolitan, Integon**

Marcy Levine Aldrich, Esquire
AKERMAN, SENTERFITT et al.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131

**Counsel for Metropolitan**

Jeffrey P. Lennard, Esquire
SONNENSCHEIN, NATH & ROSENTHAL
8000 Sears Tower
Chicago, IL 60606

**Counsel for Superior**

Alan J. Nisberg, Esquire
BUTLER BURNETT PAPPAS
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607

**Counsel for Prudential**

John D. Aldock, Esquire
Michael Isenman, Esquire
SHEA & GARDNER
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Kathy J. Maus, Esquire
Lauren D. Levy, Esquire
BUTLER BURNETTE PAPPAS
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308-3469

**Counsel for American International**

Dale L. Friedman, Esquire
Brian P. Knight, Esquire
CONROY, SIMBERG, GANNON,
KREVANS & ABEL, P.A.
3440 Hollywood Blvd., 2nd Floor
Hollywood, FL 33021



**ENCOMPASS**
I N S U R A N C E

WE DO HEREBY CERTIFY THAT THIS IS A CORRECT AND COMPLETE COPY OF RENEWAL:

Policy Number:   US 001990587

ISSUED TO:          Harol M & Odessa R Janinda
                    524 Woodland Dr.
                    Largo, FL 33771
                    05-26-00 to 05-26-01

FIDELITY AND CASUALTY COMPANY

BY: _____
              AUTHORIZED REPRESENTATIVE

SWORN TO BEFORE ME THIS
12th day of October, 2001

NOTARIAL SEAL
LISA SCHLEGEL, Notary Public
Reading, Berks County
My Commission Expires 06/14/2004

EXHIBIT A

# USP Deluxe - Package
# Renewal Policy Coverage Summary

**CNA**
*For All the Commitments You Make*

**Policyholder:**
HAROLD M & ODESSA R JANINDA
524 WOODLAND DR
LARGO FL 33771

**Agent:**
CONDON-MEEK INC
1211 COURT STREET
CLEARWATER FL 33756
PHONE: 727-446-5051   770-063161-0000

**Policy Number:**
US 001990587

**Policy Period:**
05/26/2000 to 05/26/2001 12:01 AM Standard Time

**Policyholder Since:**
05/1993

**Insurance Provided By:**
FIDELITY & CASUALTY CO. OF NY
P.O.BOX 16020 READING,PA 19612-6020

24 HOUR CLAIM REPORTING 800-588-7400

## MOTOR VEHICLE PROTECTION                    (Coverage applies only if a premium or limit is shown)

|  | Vehicle 1 | | Vehicle 2 | |
|---|---|---|---|---|
| **Description:** | 1992  MERC GR MARQUIS | | 1995  LINC CONTINENTAL | |
| **VIN:** | 2MECM75W1NX759304 | | 1LNLM97V9SY717388 | |
| **Rated Driver:** | HAROLD M JANINDA | | ODESSA RAINEY JANINDA | |
| **Use:** | Work 03 miles | | Pleasure | |
| **Class Code:** | 804220 | | 801140 | |

| COVERAGES | LIMITS | PREMIUMS | LIMITS | PREMIUMS |
|---|---|---|---|---|
| BODILY INJURY (per person/per accident) | $ 100,000/300,000 | $ 210.00 | $ 100,000/300,000 | $ 176.00 |
| PROPERTY DAMAGE (per accident) | $ 50,000 | $ 64.00 | $ 50,000 | $ 54.00 |
| MEDICAL EXPENSE | $ 10,000 | $ 15.00 | $ 10,000 | $ 13.00 |
| UNINSURED MOTORISTS - NONSTACKED LIMITS (per person/per accident) | $ 10,000/20,000 | $ 35.00 | $ 10,000/20,000 | $ 35.00 |
| PERSONAL INJURY PROTECTION (PIP) | Per Endorsement | $ 53.00 | Per Endorsement | $ 44.00 |
| COMPREHENSIVE (Comp) | $ 100 Deductible | $ 78.00 | $ 100 Deductible | $ 95.00 |
| COLLISION (Coll) | $ 150 Deductible | $ 154.00 | $ 150 Deductible | $ 195.00 |
| FULL WINDSHIELD COVERAGE | Per Endorsement | | Per Endorsement | |
| TOWING | $ 50 | $ Included | $ 50 | $ Included |
| EXTENDED TRANSPORTATION | | | | |
| Rental Reimbursement | $ 30/900 Per Day/Maximum | $ Included | $ 30/900 Per Day/Maximum | $ Included |
| Trip Interruption | $ 100/500 Per Day/Maximum | $ Included | $ 100/500 Per Day/Maximum | $ Included |
| Emergency Transportation | $ 20 | $ Included | $ 20 | $ Included |
| **Premium Per Vehicle** | | $ 609.00 | | $ 612.00 |

| DISCOUNTS AND CHARGES | Vehicle 1 | Vehicle 2 |
|---|---|---|
| Platinum Rate Level | Applied | Applied |
| Multiple Car Discount | Applied | Applied |
| Loss Free Discount | Applied | Applied |
| Anti-Lock Brake Discount | Applied | Applied |

US 001990587

*Bernard L. Hengstenbergh*
Chairman of the Board

*Jonathan Kantor*
Secretary

C 0331

# USP Deluxe - Package
# Renewal Policy Coverage Summary



**CNA**
*For All the Commitments You Make*

---

## MOTOR VEHICLE PROTECTION                    (Coverage applies only if a premium or limit is shown)

| DISCOUNTS AND CHARGES | Vehicle 1 | Vehicle 2 |
|---|---|---|
| Passive Restraint Discount | Applied | |
| Passive Restraint Discount (Driver and Passenger side) | | Applied |
| Anti-Theft Discount (Passive Device) | Applied | Applied |

### TOTAL VEHICLE(S) PREMIUMS AND CHARGES

**Discounts And Charges For All Vehicles**

| Package Discount | | Applied |
|---|---|---|

| **Your Total Premium For All Vehicles** | $ 1,221.00 |
|---|---|

---

### DRIVER INFORMATION

| Name | Years Licensed | Date of Birth | Drivers License Number |
|---|---|---|---|
| 01 HAROLD M JANINDA | 53 | 08/09/30 | 2553353302890 |
| 02 ODESSA RAINEY JANINDA | 42 | 11/14/41 | 1553656419140 |

---

## HOME PROTECTION                    (Coverage applies only if a premium or limit is shown)

**Residence 1 Description:**   524 WOODLAND DR   , LARGO   , FL   34641
**Paid By:**   Insured

| COVERAGES | LIMITS | PREMIUMS |
|---|---|---|
| PROPERTY LOCATION LIMIT | $ 192,000 | $ 542.00 |
| Property Deductible | $ 500 | |
| Your location limit is 200% of the estimated residence value of $ 96,000 | | |
| The location limit is the total amount of insurance on your dwelling, contents and other structures at this location | | |
| LOSS OF USE | Per Policy | $ Included |
| PERSONAL LIABILITY | $ 300,000 | $ Included |
| MEDICAL EXPENSE | $ 5,000 | $ Included |

| **Total Residence Premium** | | $ 542.00 |
|---|---|---|

---

### MORTGAGEE/OTHER INTERESTED PARTIES INFORMATION

| Name | Loan Number | Type of Interest |
|---|---|---|
| PINELLAS CO EMPLOYEES CR UN P O BOX 2300 LARGO FL 33779 | 18835001 | Mortgagee |

---

| DISCOUNTS AND CHARGES | Residence 1 |
|---|---|
| Fire Alarm Discount (local, smoke detectors, dead bolt locks, fire extinguisher) | Applied |

US 001990587

C 0331

# USP Deluxe - Package
# Renewal Policy Coverage Summary



**CNA**
*For All the Commitments You Make*

---

## HOME PROTECTION                    (Coverage applies only if a premium or limit is shown)

---

**TOTAL HOME(S) PREMIUMS AND CHARGES**

**Discounts And Charges For All Homes**

**Your Total Premium For All Homes**                              $    542.00

## GENERAL POLICY INFORMATION

---

**The coverages and limits shown here are subject to the restrictions, conditions, and exclusions of the policy and its endorsements.**

**YOUR POLICY IS SUBJECT TO THE FOLLOWING FORMS AND ENDORSEMENTS**

| | |
|---|---|
| G-18534-A (09-93) | DELUXE-HOME |
| G-18536-A (09-93) | ELITE/DELUXE MOTOR VEHICLE |
| G-18538-A (09-93) | INTRODUCTION |
| G-18540-A (09-93) | GENERAL PROVISIONS |
| *G-23160-C (02-99) | AMENDMENT OF MOTOR VEHICLE PROVISIONS - FLORIDA |
| *G-23161-C (02-99) | AMENDMENT OF HOME AND DWELLING FIRE PROVISIONS - FLORIDA |
| *G-23162-B (02-99) | UNINSURED MOTORISTS COVERAGE - FLORIDA (NON-STACKED) |
| *G-23166-C (01-99) | PERSONAL INJURY PROTECTION COVERAGE - FLORIDA |
| G-23170-A (12-94) | FULL WINDSHIELD COVERAGE |
| G1-15377-A (06-95) | TRANSITION ENDORSEMENT - DELUXE MOTOR VEHICLE SEGMENT |
| G1-15381-B (09-95) | TRANSITION ENDORSEMENT - DELUXE HOME SEGMENT |
| G1-28744-A (10-97) | COVERAGE CLARIFICATION ENDORSEMENT AND NOTICE |

**PLEASE READ THIS IMPORTANT INFORMATION CONCERNING YOUR POLICY**

| | |
|---|---|
| *G-23172-A (12-94) | FLORIDA MOTOR VEHICLE OUTLINE |
| *G-23173-A (12-94) | FLORIDA HOME OUTLINE |
| *G-23174-A (12-94) | IMPORTANT INFORMATION FOR OUR FLORIDA POLICYHOLDERS - PIP |
| *G-39320-E (12-94) | FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD |
| *G-44399-B (11-89) | IMPORTANT INFORMATION |
| *G1-25614-A (02-99) | YOUR RENEWAL POLICY HAS CHANGED |
| *9-23210-D (09-93) | RENTAL CAR COVERAGE NOTICE |

The forms marked with "*" or "#" reflect revised or new forms included with this coverage summary

## SUMMARY OF YOUR POLICY'S PREMIUMS

---

| Coverage Type | Premium |
|---|---|
| Motor Vehicle | $   1,221.00 |
| Home - Hurricane Premium | $    271.00 |

US 001990587

C 0331

# USP Deluxe - Package
# Renewal Policy Coverage Summary



**CNA**
*For All the Commitments You Make®*

---

## SUMMARY OF YOUR POLICY'S PREMIUMS

| Coverage Type | Premium |
|---|---|
| Home - Non - Hurricane Premium | $    271.00 |
| Home - Total Premium | $    542.00 |
| **Total For All Exposures** | $  1,763.00 |

For any insurance need, or questions on your policy, contact your independent CNA agent, whose name and number are shown on the first page of this Coverage Summary.

US 001990587

C 0331

# USP Deluxe - Package
# Renewal Policy Coverage Summary



## AGENT'S USE ONLY

### Policy Level

| | | |
|---|---|---|
| Renewal Number | 07 | |
| Auto Credit Level Data (Tier Level) | | P |

### Vehicle Level

| | Veh 1 | Veh 2 |
|---|---|---|
| Territory | 006 | 006 |
| Symbol | 08 | 14 |
| Cost New Symbol | 14 | 22 |
| Performance | Std | Int |
| Sex | M | F |
| Marital Status | M | M |
| Rate Level | P | P |
| Prior Term's/Original Rate Level | P | P |

### Residence Level

| | Res 1 |
|---|---|
| Territory | 048 |
| Coverage Type | H03 |
| Miles to Fire Department | 04 |
| Feet to Hydrant | 0500 |
| Protection Class | 04 |
| Construction | M |
| Year Built | 1957 |
| Heating Upgrade | 1978 |
| Plumbing Upgrade | 1978 |
| Roof Upgrade | 1986 |
| Residence Type | Primary |
| Occupancy | Insured |

## VARIABLE ENDORSEMENTS



US 001990587

**Continental Casualty Company**
**Transportation Insurance Company**

**CNA**
For All the Commitments You Make

**UNIVERSAL SECURITY APPLICATION**
**ATTACHMENTS**
- BOAT APPLICATION
- OTHER RESIDENCE APPLICATION
- OTHER VEHICLE APPLICATION
- SUPPLEMENTAL INFO. APP.
- STATE SUPPLEMENTAL APP.
- OTHER

**CHECK IF APPLICABLE**
- QUOTE
- ISSUE
- ELITE
- DELUXE
- SPECIAL

Policy #  500 - 199 05 87

## A. POLICY AND PRODUCER INFORMATION

| USP Effective Date | USP Exp Date | Existing CNA Account? | If Yes, CNA Account # | Cash with Application |
|---|---|---|---|---|
| 5 26 93 | 5 26 94 | ☐ Yes ☐ No | 032614186 | Auto $    Prop. $ |

| BRANCH CODE | PRODUCER CODE | SUB-PRODUCER CODE | INSURED BILLING OPTIONS |
|---|---|---|---|
| 799 | 063161 | | ANNUAL = A   QUARTERLY = Q   NINE-PAY = 9 |

| CNA USE ONLY- UNDERWRITING CODE | CNA USE ONLY | NEW    RENEWAL |
|---|---|---|

## B. APPLICANT INFORMATION

| Applicant Name (Last, First, Middle Initial) | Mailing Address |
|---|---|
| Jaminda Harold M — Odessa R | 324 Woodland Dr |

| City | State | Zip Code | County | Residence Telephone # | Social Security # |
|---|---|---|---|---|---|
| Largo | FL | 3464 | Pinellas | 813 530 3913 | 265 00 1821 |

| Applicant Previous Address (if at current location less than 3 years) | Street | City | State | Zip Code |
|---|---|---|---|---|

| Employer Name and Address | Street | City | State | Zip Code |
|---|---|---|---|---|

| # of Years Employed 2 | Previous Occupation and Address (if at current job less than 1 yr) of Clearwater |
|---|---|

## C. POLICY LIABILITY LIMIT

1. Personal Liability    $100,000 (USP Special Only)   $300,000   $500,000   CC
2. Optional Excess Liability   $500,000   $1,500,000   $2,500,000   $3,500,000   $4,500,000
   Optional Excess Liability Only for vehicle #    Dwelling #
   (Umbrella Coverage is included in Personal Liability and Optional Excess Liability Limits)
3. Medical Expense $5,000 (No Other Limit Available)
4. Motor Vehicle, Uninsured/Underinsured Motorists Coverage ONLY TO BE COMPLETED IF STATE SUPPLEMENTAL APPLICATION NOT REQUIRED
   ☐ Accept   ☐ Reject
   I/We elect the following limit regardless ... and not to exceed the amount elected for Personal Liability
   $50,000   $100,000   $300,000   $500,000

   Applicant Signature _____    Date _____
5. Motorcycle Guest Passenger Liability Limit $    6. PIP Attach Supplement

## D. DRIVER INFORMATION    Complete for all drivers in the household

| # | Driver Name (From License) | Date of Birth | Sex | Marital Status | Occupation (if student, miles from home) |
|---|---|---|---|---|---|
| 1 | Harold M Jaminda | 63 8 23 56 | M | M | City Clerk |
| 2 | Odessa Ramey Jaminda | 52 | F | M | CNA / HH R2 |
| 3 | | | | | |
| 4 | | | | | |

| # | Driver License # | License State | Month & Year Originally Licensed | Driver Experience | Good Student | Driver Training | Rx Medication & or Used by Driver? Impairments | |
|---|---|---|---|---|---|---|---|---|
| 1 | J553 353 56 2890 | | | | | | ☐Yes ☐No | 80 20 |
| 2 | J553 656 41 9140 | FL | | | | | ☐Yes ☐No | 20 80 |
| 3 | | | | | | | ☐Yes ☐No | |
| 4 | | | | | | | ☐Yes ☐No | |

Are there any other residents including children in the household?
☐No ☐Yes If yes, give name, birth month and year

Is any miscellaneous vehicle operated by an unlicensed driver?
☐No ☐Yes If yes, provide name of operator, vehicle or description

*S  Single M  Married W  Widowed D  Divorced P = Separated
* Indicate years of driving experience if driver operates vehicles listed on our Special Handling List, sports cars, motorcycles, motorhomes or other specialty vehicles.
** Must attach certificate to receive credit.
*** Explain or specify in Supplemental Information Section
* Must be completed

G-42397-D
ED 10 90

## E. VEHICLE INFORMATION    Complete for all owned or leased vehicles to be insured. (including Misc. Vehicles)

| | Vehicle Eff. Date | Model Year | Make, Model & Body Style | | Vehicle Identification # | | | | | | Kind of Vehicle* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1.** | 81 14 83 | 86 | Pont Sunbird | | 1G2JB69O1G750493 8 | | | | | | PP |
| | Sym/Cost New | HP CC | # Cyl. | Yr. Purchased | New/Used | Owned by** / Driver | Use*** | Miles One Way | Annual Mileage | Rate Class | Terr | On Street Parking? Yes No |
| | 8 | | | | | 3 | | | 1000 86 820 | | 6 | |
| **2.** | Vehicle Eff. Date | Model Year | Make, Model & Body Style | | Vehicle Identification # | | | | | | Kind of Vehicle* |
| | 87 61 93 | 86 | Ford Crown Vis | | 2FABP43F1GX127 25 5 | | | | | | PP |
| | Sym/Cost New | HP CC | # Cyl. | Yr. Purchased | New/Used | Owned by** | Use*** | Miles One Way | Annual Mileage | Rate Class | Terr | On Street Parking? Yes No |
| | 8 | | | | | | | | 12000 801220 | | 6 | |
| **3.** | Vehicle Eff. Date | Model Year | Make, Model & Body Style | | Vehicle Identification # | | | | | | Kind of Vehicle* |
| | | | | | | | | | | | |
| | Sym/Cost New | HP CC | # Cyl. | Yr. Purchased | New/Used | Owned by** | Use*** | Miles One Way | Annual Mileage | Rate Class | Terr | On Street Parking? Yes No |
| | | | | | | | | | | | | |
| **4.** | Vehicle Eff. Date | Model Year | Make, Model & Body Style | | Vehicle Identification # | | | | | | Kind of Vehicle* |
| | | | | | | | | | | | |
| | Sym/Cost New | HP CC | # Cyl. | Yr. Purchased | New/Used | Owned By** | Use*** | Miles One Way | Annual Mileage | Rate Class | Terr | On Street Parking? Yes No |

Are there any additional vehicles* in the household which are not listed above or on the Other Vehicle Application?  ___ Yes  If yes, provide a description of the vehicle, its usage and insurance coverage data in the Supplemental Information section.

**Complete If Applicable**

ANTI-THEFT (attach certificate)  Passive  Active    PASSIVE RESTRAINT    If auto alternately garaged, indicate vehicle No. and the city,
Vehicle No.                    Vehicle No.        Type†    county, state and zip code of that location.
MODIFIED/CUSTOMIZED              DAMAGED****
Vehicle No.        Amount $        Vehicle No.

ANTI-LOCK BRAKING SYSTEM (If applicable in your state)
Vehicle No(s).

## F. ADDITIONAL INTEREST INFORMATION

| LIENHOLDER ADDITIONAL INSURED**** INSURABLE INTEREST**** | Vehicle No. | CNA USE ONLY | LIENHOLDER ADDITIONAL INSURED**** INSURABLE INTEREST**** | Vehicle No. | CNA USE ONLY |
|---|---|---|---|---|---|
| Name | | | Name | | |
| Mailing Address | | | Mailing Address | | |
| City        State        Zip Code | | | City        State        Zip Code | | |

## G. VEHICLE COVERAGE

| | Other than Collision Deductible | Collision Deductible | Stated Amount Coverage | AUTO ONLY ✓ IF Replacement Coverage Desired | OPTIONAL VEHICLE COVERAGES-USP SPECIAL ONLY Coverage | Veh. # | $ Amount |
|---|---|---|---|---|---|---|---|
| **1.** | 100 | 150 | | Yes | 1. Rental Reimbursement | 1-2 | N/A |
| **2.** | 100 | 150 | | Yes | 2. Custom Equipment | | |
| **3.** | | | | Yes | 3. Sound Receiving and Transmitting Equipment | | |
| **4.** | | | | Yes | Description | | |

## H. VEHICLE BILLING INFORMATION

Send Bill for All Vehicle Premiums To:  ✓ Insured  Other ___    CNA USE ONLY   0 3 2 6 7 4 1 8 6

Name, Mailing Address and Zip Code

---

*Indicate type of vehicle ie.....PP = Automobile, MH = Motorhome, MC = Motorcycle, DB = Dirt Bike, AT = ATV, MP = Moped,
DB = Dune Buggy, SN = Snowmobile, Etc...
**If owner is not a listed driver, or if vehicle is used in a carpool, explain in the Supplemental Information Section.
***Use: 1 = Pleasure   2 = Work (under 15 miles)   3 = Work (15 miles or over)   8 = Business   9 = Farm in first box.
If 2 (Work, under 15 miles) or 3 (Work, 15 miles or over) include number of days to work in the second box.
†For Type indicate - DA = Driver-side only Airbags; DS = Driver-side only seat belts; BA = Both sides, airbags; BS = Both sides,
seat belts.
****Describe in the Supplemental Information Section.

## I. PRIMARY RESIDENCE

☑ Single Family Dwelling ☐ Duplex ☐ Condominium/Co-op  Number of Families:

| Resid. Eff. Date | Deductible | Replacement Cost | Condo Conts. Repl. Value | Street Address |
|---|---|---|---|---|
| | 250 | 75000 | | 524 Woodland Dr |

| Year Built* | Year Purchased | Purchase Price | City | State | Zip Code |
|---|---|---|---|---|---|
| 57 | | | Fargo | | 34641 |

| Protect. Class 1 | Public Prot. Code | Miles From Fire Dept. 4 | Feet from Hydrant 300 | County | Retirement Community ☐ Yes ☐ No |

| Inventory | Improved Prot. Class | Responding Fire Dept. Or District | Within Fire District ☐ Yes ☐ No | Within City Limits ☐ Yes ☐ No | Within Prot. Suburb ☐ Yes ☐ No |

*If over 29 years old, provide year updates were made:  Heating 78  Plumbing  Wiring

**CONSTRUCTION**

☐ Frame ☐ Masonry Veneer ☐ Alum. Siding   Property Vacant? ☐ Yes ☐ No   Owner Occupied? ☐ Yes ☐ No   Rented? ☐ Yes ☐ No

☐ Superior ☐ Masonry ☐ Plastic Siding   If Yes: No. of Days

| Dead Bolt Locks ☐ Yes ☐ No | Within 100 Ft. of Commercial Property ☐ Yes ☐ No | Open Foundation ☐ Yes ☐ No | Supplemental Heating Unit ☐ Yes ☐ No | Business on Premises ☐ Yes ☐ No | Residence Employees No.   Ages |

**PROTECTIVE DEVICES** (Form G-33839, must also be completed for devices other than Local Fire or Burglar Alarms)

☐ None ☐ Local Fire/Smoke Detector ☐ Fire Alarm-Fire Dept. Alert ☐ Central Station Fire Alarm ☐ Sprinkler-Total
☐ Protective Package ☐ Local Burglar Alarm ☐ Burglar Alarm-Police Dept. Alert ☐ Central Station Burglar Alarm ☐ Sprinkler-Partial

**ADDITIONAL HAZARDS**

| Subject to Flood ☐ Yes†† ☐ No | Subject to Land-slide †♦† ☐ Yes ☐ No | Brush Within 500 ft ↑↑↑ ☐ Yes ☐ No | Waterfront Property ☐ Yes ☐ No  Distance to Shore  Elevation | Pool on Premises ☐ Yes†† ☐ No |

Are any additional properties owned which are not listed above or on the Other Residence Application? ☐ No ☐ Yes. If yes, explain in Supplemental Information section.

## J. OPTIONAL PROPERTY COVERAGES For USP SPECIAL ONLY.

1. Personal Computer and Data Records? ☐ Yes
   Amount(s)
2. Ordinance or Law Coverage? ☐ Yes
3. Contents Replacement Cost Coverage? ☐ Yes

## K. RESIDENCE BILLING INFORMATION

Send Bill for Primary Residence To
☐ Insured ☐ Mortgagee No. 1 ☐ Mortgagee No. 2 ☐ Other

Other Payor Name

Street Address

City    State    Zip Code

CNA USE ONLY
0 3 2 6 7 4 1 8 6    0

## L. MORTGAGEE INFORMATION

| 1st Mortgagee Name | 2nd Mortgagee Name |
|---|---|
| | |

| Street Address | Street Address |
|---|---|
| N/A | |

| City | State | Zip Code | City | State | Zip Code |
|---|---|---|---|---|---|

| Loan No. | CNA USE ONLY | Loan No. | CNA USE ONLY |
|---|---|---|---|

## M. OTHER INSURANCE/PREVIOUS CARRIER INFORMATION

1. List below previous or present carriers for all exposures.
2. Explain any restrictions, exclusions or surcharges in The Supplemental Information section.
3. A Premium Credit for existing coverage will be given where applicable for the appropriate portion of the first policy year.

| Policy Number | Company | Expiration Date | Type of Coverage | Policy Limits Liability | Policy Limits Property | Deductible |
|---|---|---|---|---|---|---|
| 1. ACA997055 | Cincinnati | 8-4-93 | Auto | 25/50 | 25- | 100- |
| 2. 8056708 | State Farm | 9-6-93 | Home | | 500 | |
| 3. | | | | | | |
| 4. | | | | | | |

† If protection class 9 or 10, Explain accessibility in Supplemental Information Section.
†† Explain in Supplemental Information Section. If supplemental heating unit, attach G-57872.
††† Where required by underwriting

93 JUN 15 AM 9:07
READING HAIL DEPARTMENT

## N. LOSS INFORMATION FOR ALL EXPOSURES AND DRIVING RECORD

1. Has there been any loss, accident, violation, license suspension or revocation in the past 5 years?  ☐Yes  ☑No
2. Describe any accident, violation, suspension, license revocation or loss to owned property.

| Type* | Date** | State | Description of Occurrence*** | Amount of Loss | | AUTO ONLY | |
| | | | | Liability | Property | Chargeable? | Driver# |
| 1. | | | | | | ☐Yes ☐No | |
| 2. | | | | | | ☐Yes ☐No | |
| 3. | 12-90 | | Both Veh collision while backing up | | 350 | ☐Yes ☐No | 2 |
| 4. | | | | | | ☐Yes ☐No | |

*Types—A = Vehicle   H = Home   B = Boat   R = Rental Property   S = Scheduled Personal Property   E = Excess
**Indicate conviction date of violation or suspension (If speeding, indicate # of mph over the limit).
***Include location and specific kind of vehicle or property involved.

In the past 5 years, are any of the following applicable:
1. Has any operator been required to file evidence of financial responsibility?  ☐Yes  ☑No
2. Has any insurance been declined, cancelled or revoked?  ☐Yes  ☐No
If yes to either of the above questions, please explain in the Supplemental Information Section.
You are not required to answer question #2. If you are applying for coverage in Ohio, Pennsylvania or Virginia

## O. SOURCE OF BUSINESS

| New Client | Years Known | Source |
| ☐Yes ☐No | | ☐Current Client  ☑Referral  ☐Customer Initiated  ☐Other Co. in Agency  ☐Other: |

## P. SUPPLEMENTAL INFORMATION (If additional space required, use the Supplemental Information Application. G-42396.)

## Q. AGREEMENT

6/30/93

### FAIR CREDIT REPORTING ACT NOTICE

This notice is given to comply with the Federal Fair Credit Reporting Act (Public Law 91-508) and any similar state law which is applicable. As part of our underwriting procedure, a routine inquiry may be made which will provide information concerning character, general reputation, personal characteristics and mode of living. Upon request, additional information as to the nature and scope of the report, if one is made, will be provided.

### CANCELLATION AUTHORIZATION

Commensurate with the issuance of the Universal Security Policy being applied for, I agree to and authorize the cancellation of my existing policies issued by a member of the CNA Insurance Group of Companies which provide coverages similar to those provided by the Universal Security Policy. Additionally, I hereby waive the cancellation provisions contained in my existing policies and any statutory rights with respect to the cancellation of these Policies.

### RENEWAL AUTHORIZATION

The Applicant/Insured agrees to permit CNA to increase the amount of dwelling coverage on each renewal or replacement policy so that the new limit is in the same proportion to the replacement cost as the existing policy. The Applicant/Insured understands that these limits are only estimates and in no way represent appraisals of the dwelling.

To the best of my knowledge and belief the applicant has properly completed this application and any supplements and I certify this signature of the applicant.

Agent, Broker or Solicitor (must be personally signed)    Date

6-7-93

Agency Name and Address  **CONDON - MEEK, INC.**
1211 Court Street
Clearwater, Fl 34616-589Z

### BINDER INDENTIFICATION

☐This is a Binder    ☐This is not a Binder of Insurance
When signed on the application and the Binder Box is checked, upon delivery of this form to the applicant, coverage as described herein is bound from the desired effective date indicated.

The Company binds the kind(s) and limit(s) of insurance stipulated on this and any supplemental applications. This insurance is subject to the terms, conditions and limitations of the policy(ies) in current use by the Company. This binder shall terminate automatically at 12:01 a.m. Standard Time, 30* days after its effective date or upon the issuance of a policy by this Company, or upon the Company's written notice of declination to the applicant or upon issuance of a binder or policy by any other company, whichever first occurs. This binder may be canceled by the insured by surrender of this binder or by written notice to the Company stating when cancellation will be effective within the 30*-day effective period. If this binder is not replaced by a policy issued by this Company, the Company is entitled to charge a premium for this binder according to the Rules and Rates in current use by the Company.

*60 in California; 45 in Maryland

I/We realize that I/we have no coverage for boats, motor vehicles, motorcycles, recreational vehicles, real property or contents not listed on this application or in any supplements. Each renewal I/we will reaffirm all boats, motor vehicles, motorcycles, recreational vehicles or real property or contents I/we own or regularly use. If accepted, this application and all subsequent renewal applications become part of the policy contract.* I/We hereby declare to the best of my/our knowledge and belief that all statements are offered as an inducement to the company to issue the policy for which I/we am applying.

Applicant's Signature (must be personally signed)    Date

6-1-

*This does not apply in Kentucky.



**CNA**
For All the Commitments You Make™

# UNIVERSAL SECURITY POLICY
## SUPPLEMENTAL APPLICATION—FLORIDA

## SECTION A

### UNINSURED MOTORISTS COVERAGE (UM)

**YOU ARE ELECTING NOT TO PURCHASE CERTAIN VALUABLE COVERAGE WHICH PROTECTS YOU AND YOUR FAMILY OR YOU ARE PURCHASING UNINSURED MOTORISTS LIMITS LESS THAN YOUR BODILY INJURY LIABILITY LIMITS WHEN YOU SIGN THIS FORM. PLEASE READ CAREFULLY.**

Under Florida State Law, the limits for this coverage must be the same as your Bodily Injury Liability Limits, unless you select lower limits or reject this coverage entirely. This coverage provides you and all covered persons with bodily injury protection if injured in an accident with a driver who has no liability insurance, or has failed to post a bond, and is legally liable for your damages. This coverage also provides protection if you are injured as a result of a hit-and-run accident.

Uninsured Motorists Coverage also provides you and all covered persons with Bodily Injury protection if injured in an accident with a driver who has liability insurance but that insurance is not enough to pay the full amount of damages sustained by and that the covered person is legally entitled to recover. In this case, your UM Coverage would pay for damages sustained, for which you are legally entitled, after the other driver's liability limits are exhausted, but will not exceed the coverage limit or the amount of the judgment, whichever is less.

If you wish to select Uninsured Motorists limits less than your Bodily Injury limits, the same limits must apply to all cars. If you wish to reject Uninsured Motorists Coverage entirely, the rejection will apply to all cars.

If you wish to select Uninsured Motorists limits less than your Bodily Injury limits or wish to reject Uninsured Motorists Coverage entirely, please initial your selection below:

1. **Rejection of Coverage**

   _____    I wish to reject Uninsured Motorists Coverage for
   (initial)            all vehicles on my policy.

2. **Selection of Limits**

   *J. R. J.*           I wish to select the following basic limits of Uninsured Motorists
   (initial)            Coverage (based on the policy's Personal Liability limit for vehicles being issued on
                        a Split Limit or Combined Single Limit basis).

### Initial Desired Limit*

| Split Limit (Per Person/Per Accident) | or | Combined Single Limit (Per Accident) |
|---|---|---|
| _O.R.J._  10,000/ 20,000 | | $  20,000 |
| _____  50,000/100,000 | | 100,000 |
| _____  100,000/300,000 | | 300,000 |
| _____  250,000/500,000 | | 500,000 |

*The limit cannot be higher than your Liability limit and will apply to all the vehicles on your policy.

G-15270-B
(ED. 09/90)                              Page 1 of 5

The following Optional Excess limit is only available when Uninsured Motorists Coverage has been purchased at the basic limits of $250,000/500,000 or $500,000 (based on the policy's Personal Liability limit being on a Split Limit or Combined Single Limit basis).

**Initial Desired Limit***

**Optional Excess Limit Uninsured Motorists Coverage****
(Per Accident)

——————    500,000

——————    Other

*The limit cannot be higher than your Liability limit, and will apply to all the vehicles on your policy.

**This limit is in addition to the basic Uninsured Motorists Coverage limit selected.

**IF YOU DO NOT REJECT THIS COVERAGE OR REQUEST SPECIFIC LIMITS, THEN YOUR POLICY WILL BE ISSUED WITH UNINSURED MOTORISTS COVERAGE LIMITS EQUAL TO YOUR POLICY'S LIABILITY LIMIT.**

## UNINSURED MOTORISTS COVERAGE, NON-STACKED LIMITS OPTION

If you have two or more vehicles insured on your policy and you have elected to purchase Uninsured Motorists Coverage, you have the option of purchasing the Uninsured Motorists Coverage with Non-Stacked limits at a reduced cost.

If the Non-Stacked limits option is elected, it will apply to all the vehicles on your policy.

_ _ _ _ _    I elect to purchase Uninsured Motorists Coverage on a Non-Stacked
(Initial)    limits basis.  This election also applies to Optional Excess Uninsured Motorists Coverage, when this coverage has been purchased.

Non-stacked means that if an injury occurs in a vehicle owned or leased by you  r a family member who resides with you, this policy will apply only to the extent of coverage, if any, which applies to that vehicle in this policy.  In addition, if an injury occurs while occupying someone else's vehicle, or you are struck as a pedestrian, you are entitled to select the highest limits of Uninsured Motorists Coverage available on any one vehicle for which you are a named insured, insured family member, or insured resident of the named insured's household.  This policy will  ot apply if you select the coverage available under any other policy issued to you or the policy of any other family member who resides with you.

Note: If you do not select the Non-Stacked limits option, your policy will be issued on a Stacked limits basis for the vehicles on the policy.  "Stacked" limits mean that the limit selected will be added together for each vehicle insured on the policy to determine the maximum coverage available per accident.

_____    5-26-93
(Signature of Insured)    (Date)

## SECTION B

### POLICY LIABILITY LIMIT (SPLIT LIABILITY LIMITS ONLY)

Part C. Policy Liability Limit of the Universal Security Application (G-42397) is deleted and amended as indicated here when the policy is to provide Uninsured Motorists Coverage and/or Personal Liability Coverage for automobiles on a Split Limits basis.

1.  **Personal Liability**

| Motor Vehicles: All Other: | ☐ $50,000/$100,000/$50,000: $100,000 | ☒ $100,000/$300,000/$50,000: $300,000 | ☐ $250,000/$500,000/$50,000 $500,000 |
|---|---|---|---|

2.  Optional Excess Liability: ☐ $500,000; ☐ $_____ (Other).

3.  Medical Expense $5,000 (No Other Limit Available).

## SECTION C

### PERSONAL INJURY PROTECTION (PIP) COVERAGE

Under the Florida Motor Vehicle No-Fault Law, your Basic Personal Injury Protection Coverage provides for a total limit of $10,000, subject to 80% for certain medical expenses and 60% for certain work related losses. In connection with this coverage, certain additional options are available. If an option is desired, please complete the appropriate item(s) below.

1.  **PIP DEDUCTIBLE OPTIONS** You may select one of the following optional deductibles under your Personal Injury Protection:

    ☐ $250        ☐ $500        ☐ $1,000        ☐ $2,000

    If you select a deductible, please check for whom the deductible applies:

    ☐ Applicant Only    ☐ Applicant and All Dependent Resident Relatives

    The Personal Injury Protection deductible is not available if any of the options are selected under Items 2, 3, 4 or 5. The Personal Injury Protection deductible selected must be afforded for all cars for either yourself or yourself and dependent resident relatives.

2.  **REJECTION OF WORK LOSS BENEFITS** You may reject the 60% work loss benefit from the Basic Personal Injury Protection Coverage. If you wish to reject this benefit, indicate for whom this should apply:

    ☐ Applicant Only    ☐ Applicant and All Dependent Resident Relatives

    Rejection of the work loss benefit is not available if any of the options are selected under items 1, 4 or 5 The rejection must apply to all vehicles for just yourself or yourself and dependent resident relatives.

G-15270-B
(ED. 09/90)

Page 3 of 5

93 JUN 14 AM 4:43
MAIL DEPARTMENT
READING

3. **COORDINATION OF MEDICAL EXPENSE BENEFITS** If you receive Medical Expense Benefits from a military plan, you may elect to have all military benefits deducted from your Personal Injury Protection medical expense benefit for a premium reduction. If you select this option, indicate whether work loss does or does not apply:

☐    I wish to coordinate my military benefits with my Personal Injury Protection medical expense benefits, and include the work loss benefit.

☐    I wish to coordinate my military benefits with my Personal Injury Protection medical expense benefits, and reject the work loss benefit.

This item is not available if any of the options are selected under Items 1, 4 or 5. If coordination with military and Medicare benefits is selected, it is applicable to all cars.

---

4. **EXTENSION OF BASIC PIP OPTIONS** You may extend your Basic Personal Injury Protection Benefits to one of the following (select only one):

☐    100% medical expense and 80% work loss

or

☐    100% medical expense and work loss rejected

This item is not available if any of the options are selected under Items 1, 2 or 3.

---

5. **ADDITIONAL PIP LIMIT OPTIONS** If you selected to extend your Personal Injury Protection Coverage under Item 4, you may increase your Coverage by one of the following:

☐ $10,000    ☐ $25,000    ☐ $40,000    ☐ $90,000

You may either include or reject the work loss benefit (select only one):

☐    Include work loss benefit (you must have selected 100% medical expense and 80% work loss in item 4).

☐    Reject work loss benefit (you must have selected 100% medical expense and work loss rejected in Item 4).

This item is not available if any of the options are selected under Items 1, 2 or 3.

---

## SECTION D

## MOTOR VEHICLE ACCIDENT PREVENTION COURSE DISCOUNT

Driver(s) Eligible _____ . _____

If you are 55 years of age or older, you are eligible for a discount on your Personal Liability, No-Fault and Collision premiums, upon successful completion of a Motor Vehicle Accident Prevention course approved by the Florida Department of Highway Safety.

A copy of the certificate must be provided in order to be eligible for the discount.

☐   I have successfully completed the above course, and have enclosed the certificate.

## SECTION E

## WINDSTORM OR HAIL EXCLUSION

For a premium credit, the following structure(s) will not be covered for a loss caused directly or indirectly by windstorm or hail.

_____

_____

_____

_____

## SECTION F

## AGREEMENT

Coverage is generally described here.   Only your policy provides you with a complete description of the coverages and their limitations.

I understand these coverage selections will apply to all future renewals, continuations and changes in my policy unless I notify you otherwise.

_Odessa R. Janira_                                          5-26-93
(Signature of Applicant)                                    (Date)

CNA's Universal Security Policy is underwritten Continental Casualty Company, one of the CNA Insurance Companies; CNA Plaza, Chicago, Illinois, 60685.

(Name of Producer)

6/3/93

READING
MAIL DEPARTMENT
'93 JUN 14 AM 4:43

G-15270-B
(ED. 09/90)                                    Page 5 of 5

**Your Policy**

**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

## DELUXE—HOME

### TABLE OF CONTENTS

**Page**

Definitions ........................................................................................................................ 1

Property Coverage – Home ........................................................................................... 3

    Real Property ............................................................................................................. 3
        Insuring Agreement ............................................................................................. 3
        Property Not Covered ......................................................................................... 3
        Limit of Liability ................................................................................................... 3
        Covered Perils ..................................................................................................... 4

    Tangible Personal Property ...................................................................................... 4
        Insuring Agreement ............................................................................................. 4
        Property Special Limits ....................................................................................... 4
        Property Not Covered ......................................................................................... 5
        Limit of Liability ................................................................................................... 5
        Covered Perils ..................................................................................................... 6

    Additional Property Coverages ............................................................................... 7
        Additional Living Expense .................................................................................. 7
        Fair Rental Value ................................................................................................ 7
        Civil Authority ...................................................................................................... 8
        Debris Removal ................................................................................................... 8
        Cost of Temporary Repairs ................................................................................ 8
        Building Ordinance Increased Costs .................................................................. 8
        Land Restoration ................................................................................................. 8
        Mortgage Extra Expense Coverage ................................................................... 8
        Personal Home Computer and Data Records Coverage .................................... 9
        Fire Department Service Charge ........................................................................ 9
        Collapse .............................................................................................................. 9
        Loss Assessment ............................................................................................... 9
        Trees and Shrubs ............................................................................................... 10
        Glass or Safety Glazing Material ....................................................................... 10
        Credit Cards, Fund Transfer Cards, Forgery and Counterfeit Money ............... 10
        Property Removed .............................................................................................. 11
        Materials and Supplies ....................................................................................... 11
        Builders Risk ...................................................................................................... 11
        Reward Coverage .............................................................................................. 11
        Refrigerated Products Coverage ....................................................................... 11
        Landlords Furnishings ........................................................................................ 11
        Lock Replacement .............................................................................................. 11
        Newly Acquired Principal Residences ............................................................... 11

    Losses We Do Not Cover .......................................................................................... 11

    How We Settle Property Claims and What You Must Do ........................................... 14
        How We Pay Claims ........................................................................................... 14
        Mortgage Clause ................................................................................................ 14
        Insurable Interest ................................................................................................ 14
        Your Duties After Loss ....................................................................................... 14

# Your Policy

**ENCOMPASS.**
I N S U R A N C E

Formerly known as CNA Personal Insurance

## DELUXE—HOME

### TABLE OF CONTENTS - CONTINUED

Page

Appraisal ................................................................................................................. 15
Suit Against Us ...................................................................................................... 15
Abandonment of Property ...................................................................................... 15
Who We Pay ............................................................................................................ 15
No Benefit to Bailee .............................................................................................. 16

Liability Coverage – Home ........................................................................................ 16

Personal Liability ................................................................................................... 16
Insuring Agreement .......................................................................................... 16
Limit of Liability .............................................................................................. 16

Medical Expense .................................................................................................... 16
Insuring Agreement .......................................................................................... 16
Limit of Liability .............................................................................................. 16

Additional Liability Coverages ............................................................................. 16
First Aid Expenses ........................................................................................... 16
Goodwill Payments ........................................................................................... 16
Workers' Compensation ................................................................................... 17
Loss Assessment Coverage ............................................................................. 17
Other Payments We Make ............................................................................... 17

Losses We Do Not Cover ...................................................................................... 18

How We Settle Liability Claims and What You Must Do ................................. 22
Your Duties After Loss .................................................................................... 22
Duties of an Injured Person ........................................................................... 22
Suit Against Us .................................................................................................. 22

General Provisions ...................................................................................................... 22
Other Insurance ...................................................................................................... 22
Subrogation ............................................................................................................. 23
Additional Insured ................................................................................................. 23
The Law ................................................................................................................... 23
Changes During the Policy Period ..................................................................... 23



**Your Policy**

**ENCOMPASS.**
I N S U R A N C E

Formerly known as CNA Personal Insurance

## DELUXE—HOME

### DEFINITIONS

In this **"HOME"** Segment, certain words and phrases are italicized, which identifies them as having specific meaning for this **"HOME"** Segment. The meaning of each italicized word or phrase is provided in the **Definitions** below.

1. **Acquisition Costs** means the following direct monetary costs incurred by the acquisition of a replacement premises:

   a. Title Search Fees;

   b. Appraisal Fees;

   c. Application Fees;

   d. Points.

2. **Bodily Injury** means physical bodily harm, including sickness or disease. This includes required care, loss of services and death resulting therefrom. **Bodily Injury** does not include any communicable disease, such as:

   a. Any venereal disease;

   b. Herpes;

   c. Acquired Immune Deficiency Syndrome (AIDS);

   d. AIDS Related Complex (ARC);

   e. Human Immunodeficiency Virus (HIV);

   or any resulting or related symptom, effect, condition, disease or illness.

3. **Business** includes trade, profession or occupation, farming or ranching or any activity aimed at providing a product or a service with the anticipation of economic gain from the enterprise. The providing of home day care services in exchange for monetary or other compensation, such as services to other than a relative of a **covered person**, is considered a **business** pursuit.

4. **Covered Person(s)** means you and the following residents of your household:

   a. Your **family members**;

   b. Any other person under the age of 21 who is in the care of any person named above;

   Under **Liability Coverage – Home, covered person** also means:

   c. With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by or in the care of you or any person included in 4.a. or 4.b. above. A person or organization using or having custody of these animals or watercraft in the course of any **business** or without the consent of the owner is not a **covered person**;

   d. With respect to any motor vehicle to which this **"HOME"** Segment applies:

   (1) Persons while engaged in your employ or that of any person included in 4.a. or 4.b. above; or

   (2) Other persons using the vehicle on an **insured location** with your permission.

5. **Family Member** means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child.

   For the purposes of this definition, to be considered a resident of your household when evaluating coverage for a loss, a person must have been actually residing in your household on the date the loss occurred. However, your:

   a. Son;

   b. Daughter;

   c. Ward; or

   d. Foster child;

   In the United States military or away at school will be considered a resident of your household unless he or she has demonstrated an intent to reside elsewhere permanently.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy

**ENCOMPASS.**
I N S U R A N C E

Formerly known as CNA Personal Insurance

6. **Insured Location** means:

  a. Your **residence premises**;

  b. The part of any other premises, other structures and grounds used by you as a residence that is shown in the Coverage Summary, or acquired by you during the policy period for your use as a residence; provided you ask us to insure it within 30 days after you become the owner and coverage is agreed to by us.

  c. Any premises used by you in connection with the premises included in 6.a. or 6.b. above;

  d. Any part of a premises not owned by you or any **covered person** but where you or any **covered person** are temporarily residing;

  e. Vacant land owned by or rented to you or any **covered person** other than farm land;

  f. Land owned by or rented to a **covered person** on which a one or two family dwelling is being built as a residence for a **covered person**;

  g. Individual family cemetery plots or burial vaults of you or any **covered person**; or

  h. Any part of a premises occasionally rented to you or any **covered person** for other than **business** purposes.

  i. Residences shown in the Coverage Summary that you rent to others.

7. **Medical Expenses** means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services.

8. **Monthly Mortgage Expenses** means the increased amount of interest payment created as a result of a higher interest rate for a mortgage of the same principal amount on a replacement premises.

9. **Occupying** means in, upon, or getting in, on, out or off.

10. **Occurrence** means:

  a. An event, or a series of related events resulting from continuous or repeated exposure to the same general conditions, that causes **bodily injury** or **property damage** during the policy period; or

  b. An offense, including a series of related offenses, committed during the policy period, which results in **personal injury**. All losses arising out of such act or series of acts, regardless of the frequency thereof or number of claimants, shall be deemed to arise out of one offense.

11. **Personal Injury** means injury arising out of one or more of the following offenses: libel, slander, false arrest, wrongful eviction, wrongful detention, wrongful entry, malicious prosecution, false imprisonment, invasion of privacy or defamation of character.

12. **Property Damage** means physical injury to or destruction of real property or tangible personal property including loss of use of the property.

13. **Residence Employee** means your employee or an employee of any **covered person** in your household who performs duties in connection with the maintenance or use of your **residence premises**, including household or domestic services, or who performs duties elsewhere of a similar nature not in connection with any **covered person's business**.

14. **Residence Premises** means:

  a. A dwelling, condominium, co-operative unit or apartment, other structures and grounds; or

  b. That part of any other building;

  where you reside and which is shown as your residence in the Coverage Summary.

15. **Theft** refers to property which has been stolen, attempted theft and the loss of property from a known location when it is likely that the property has been stolen.

16. **Total Loss** means that the cost to replace the covered real property is equal to or less than the cost of repairs plus the cost of any **Additional Living Expense, Fair Rental Value, Building Ordinance Increased Costs** and **Debris Removal**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy



**ENCOMPASS**
I N S U R A N C E

Formerly known as CNA Personal Insurance

## PROPERTY COVERAGE – HOME

### REAL PROPERTY – INSURING AGREEMENT

1. **Dwelling Owners –** We cover:

   a. The dwelling on your *residence premises*;

   b. Other structures on your *residence premises*.

2. **Condominium and Cooperative Owners –** We cover:

   a. The alterations, appliances, fixtures and improvements which are part of the building contained within your *residence premises*;

   b. Items of real property which pertain exclusively to your *residence premises*;

   c. Real property which is your insurance responsibility under a corporation or association of property owners agreement or state law;

   d. Structures owned solely by you, other than your *residence premises*, at the location of your *residence premises*.

   The limit of liability for 2.a., 2.b. and 2.c. is shown on the Coverage Summary as "Building Additions and Alterations" and will be at least 10% of the property limit shown in the Coverage Summary for Tangible Personal Property.

3. **Renters –** We cover:

   a. The building improvements or installations:

      (1) Acquired; or

      (2) Made;

      by you to that part of your *residence premises* used exclusively by you;

   b. Structures owned solely by you at the location of your *residence premises* if a limit for that building is shown on the Coverage Summary.

   The limit of liability for 3.a. is shown on the Coverage Summary as "Building Additions and Alterations" and will be at least 10% of the property limit shown in the Coverage Summary for Tangible Personal Property.

### REAL PROPERTY – PROPERTY NOT COVERED

We do not cover:

1. Other structures on your *residence premises*:

   a. Used in whole or in part for *business*;  or

   b. Rented or held for rental to any person not a tenant of your *residence premises* unless used solely as a private garage.

2. Land, except as specifically provided in **Additional Property Coverages, 7. Land Restoration.**

### REAL PROPERTY – LIMIT OF LIABILITY

Covered losses are settled on a replacement cost basis (without deduction for depreciation) subject to the following:

1. Payment will not exceed the smallest of:

   a. The amount that we could reasonably be expected to pay to have the property repaired to its condition immediately prior to loss;

   b. The actual cost to replace the real property or any parts of it; or

   c. The aggregate property limit shown in the Coverage Summary for the residence.

2. If you have:

   a. Maintained coverage on the real property at 100% of its full replacement cost by paying renewal premium to reflect the then current replacement cost. The current replacement cost of the real property will be based on the residential construction cost index provided to us by a major appraisal company; and

   b. Notified us within 90 days of the start of any alterations to the real property which increase the replacement cost of the real property by 5% or more;

   Then, if at the time of loss the residence value indicated in the Coverage Summary is less than the current replacement cost, we will:

   a. Increase the residence value to equal the  current replacement cost;

   b. Also increase the aggregate property limit by

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy



**ENCOMPASS.**
I N S U R A N C E.

Formerly known as CNA Personal Insurance

the same percentage applied to the residence value; and

c.  Adjust the policy premium from the time of loss for the remainder of the policy term based on the increased limit of liability.

"Current replacement cost" does not include any additional costs necessary to comply with any ordinance or law that regulates the construction, repair or demolition of the property.

3.  We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss according to the replacement cost provisions above.

However, if the cost to repair or replace the damage is less than $3,000 we will settle the loss according to the replacement cost provisions above, whether or not actual repair or replacement is complete.

4.  If the replacement premises is not at the same location, covered losses will be settled on an actual cash value basis (with deduction for depreciation).

5.  You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage on an actual cash value basis. You may then make claim within one year after loss for any additional liability on a replacement cost basis.

## REAL PROPERTY – COVERED PERILS

We cover direct physical loss to property described in **Real Property – Insuring Agreement,** unless the loss is not covered under **Property Coverage – Losses We Do Not Cover.**

## TANGIBLE PERSONAL PROPERTY – INSURING AGREEMENT

We cover tangible personal property owned or used by any *covered person.*

At your request, we cover tangible personal property:

1.  Owned by others while the property is on the part of your *residence premises* occupied by a *covered person;*

2.  Owned by a guest or a *residence employee,*

while the property is in any residence occupied by any *covered person.*

## TANGIBLE PERSONAL PROPERTY – PROPERTY SPECIAL LIMITS

To keep your premium as low as possible, we have limited the amount we will pay for certain categories of tangible personal property. We do not provide coverage under these provisions for articles separately described and/or specifically insured elsewhere in this policy.

The limit shown for each numbered category is the most we will pay for that category per loss. If we could pay for the same item under more than one category, we will pay under only the highest applicable category.

## Category

1.  $  250 . . .On money, bank notes, bullion, gold (except goldware), silver (except silverware), platinum, coins and medals.

2.  $5,000 . . .On securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, stamps, personal records, passports and tickets. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

    This limit includes the cost to research, replace or restore the lost or damaged material.

3.  $5,000 . . .On property at your *residence premises* used in *business,* but if the *business* property is away from your *residence premises* the most we will pay is $2,500.

4.  $2,500 . . .For loss by *theft* of firearms.

5.  $2,500. . .For loss to trading cards, subject to a maximum amount of $250 per card.

6.  $5,000 . . .For loss by *theft* of silverware, silver-plated ware, goldware, gold-plated ware and pewterware.

7.  $5,000 . . .For loss by:

    a.  *Theft* of jewelry, watches, precious and semi-precious stones, furs, garments trimmed with fur or consisting primarily of fur; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy

**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

b. Misplacing or losing of jewelry, watches, precious and semi-precious stones.

**8.** $1,000 . . .For loss to watercraft including their trailers, furnishings, equipment and outboard motors.

**9.** $1,000 . . .For loss to trailers not used with watercraft.

## TANGIBLE PERSONAL PROPERTY – PROPERTY NOT COVERED

We do not cover:

**1.** Animals, birds or fish.

**2.** Motor vehicles or any other motorized land conveyances. This includes:

a. Their equipment and accessories; or

b. Electronic apparatus that is designed to be operated solely by use of the power from the electrical system of a motor vehicle or any other motorized land conveyance. Electronic apparatus includes:

(1) Accessories or antennas; or

(2) Tapes, wires, records, discs or other media;

for use with any electronic apparatus.

The exclusion of property described in 2.a. and 2.b. above applies only while the property is in or upon the vehicle or conveyance.

We do cover vehicles or conveyances not subject to motor vehicle registration which are:

a. Used to service a **covered person's** residence; or

b. Designed for assisting the handicapped.

**3.** Aircraft and parts. Aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo.

**4.** Property of roomers, boarders or other tenants, except property of roomers and boarders related to a **covered person**.

**5.** **Business** data stored in:

a. Books of account, drawings, other paper records; or

b. Electronic data processing tapes, wires, records, discs or other software media.

We do cover the cost of blank or unexposed records and media, and of prerecorded computer programs available on the retail market.

**6.** Property on a premises regularly rented or held for rental to others by a **covered person**, except as provided in **Additional Property Coverages, 21. Landlords Furnishings**.

**7.** Credit cards or fund transfer cards, except as provided in **Additional Property Coverages, 15. Credit Cards, Fund Transfer Cards, Forgery and Counterfeit Money**.

## TANGIBLE PERSONAL PROPERTY – LIMIT OF LIABILITY

**1.** Covered losses for tangible personal property will be settled on a replacement cost basis (without deduction for depreciation), but not exceeding the smallest of:

a. The amount that we could reasonably be expected to pay to have the property repaired to its condition immediately prior to loss;

b. The amount that we could reasonably be expected to pay to replace the article with a new one substantially identical to the article lost or damaged;

c. The amount specified in the section called **Tangible Personal Property – Property Special Limits**; or

d. The aggregate property limit shown in the Coverage Summary.

Personal Property Replacement Cost Coverage will not apply to property that was obsolete or unusable for the originally intended purpose, because of age or condition, prior to the loss.

At our option, we may repair or we may replace with a new item of similar or like kind and quality.

If the replacement cost for the entire loss under this **"HOME"** Segment is more than $3,000 we will pay no more than the actual cash value for the loss or damage until actual repair or replacement is complete.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy

**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

2. You may make claim under this policy for loss or damage on an actual cash value basis (with deduction for depreciation). You may then make claim within 180 days after loss for any additional liability on a replacement cost basis.

3. Loss To A Pair Or Set - In case of loss to a pair or set we will:

   a. Repair or replace any part to restore the pair or set to its value before the loss; or

   b. Pay the difference between actual cash value of the property before and after the loss.

4. Our limit of liability for tangible personal property usually located at a **covered person's** residence or premises is 4% of the aggregate property limit shown on the Coverage Summary provided such residence or premises is:

   a. Not shown on the Coverage Summary; or

   b. Shown on the Coverage Summary for **Liability Coverage** only.

   Payment under this provision does not entitle the **covered person** to **Additional Property Coverages**.

5. If we make payment for a loss which is also covered under another Segment of this policy there will be no coverage under this Segment.

## TANGIBLE PERSONAL PROPERTY — COVERED PERILS

We cover direct physical loss to property described in **Tangible Personal Property — Insuring Agreement** caused by a Peril listed below unless the loss is excluded under **Property Coverage — Losses We Do Not Cover**.

1. **Fire or lightning.**

2. **Windstorm or hail.** This peril includes loss to property contained in a building if caused by rain, snow, sleet, sand or dust, but only if the direct force of wind or hail first damages the building causing an opening through which the rain, snow, sleet, sand or dust enters.

   This peril includes loss to watercraft covered under this **"HOME"** Segment and their trailers, furnishings, equipment, and outboard motors, only while inside a fully enclosed building. This

limitation does not apply to row boats and canoes on the **residence premises**.

3. **Explosion.**

4. **Riot or civil commotion.**

5. **Aircraft**, including self-propelled missiles and spacecraft.

6. **Vehicles.**

7. **Smoke**, meaning sudden and accidental damage from smoke.

   This peril does not include smoke from agricultural smudging or industrial operations.

8. **Vandalism or malicious mischief.**

9. **Theft**, but not including **theft** committed by a **covered person**.

   This peril does not include loss caused by **theft** that occurs off of a **residence premises** of:

   a. Property of a student who is a **covered person** while at a residence away from home if the student has not been there at any time during the 45 days immediately before the loss;

   b. Watercraft covered under this **"HOME"** Segment including their trailers, furnishings, equipment and outboard motors; or

   c. Trailers and campers covered under this **"HOME"** Segment.

10. **Falling objects.** This peril does not include loss to property contained in a building unless the building is first damaged by the falling object. Damage to the falling object itself is not included.

11. **Weight of ice, snow or sleet** which causes damage to property contained in a building.

12. **Water or steam** suddenly and accidentally discharged or overflowing from within your plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

    This peril does not include loss:

    a. To the system or appliance from which the water or steam escaped;

---

**Your Policy**

**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

b. Caused by or resulting from freezing except as provided in the peril of freezing below; or

c. On your *residence premises* caused by accidental discharge or overflow which occurs off your *residence premises*.

In this peril, a plumbing system does not include a sump, sump pump or related equipment.

13. **Cracking, burning, rupture or bulging** of your air conditioner, steam or hot water heating system, or automatic fire protective sprinkler system, or an appliance for heating water. Damage to the system or appliance must be sudden and accidental. We will not cover damage caused by freezing except as indicated below.

14. **Freezing** of plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, but only if you have used reasonable care to keep your *residence premises* heated or have shut off and drained the water from all plumbing and appliances if it is unoccupied.

15. **Sudden and accidental damage caused by artificially generated electricity**. But damage to a tube, transistor, integrated circuit or similar electronic component is not covered.

16. **Volcanic eruption** other than loss caused by earthquake, land shock waves or tremors. One or more volcanic eruptions within a 72-hour period will be considered as one volcanic eruption.

For property normally kept at your *residence premises*, while at a location other than a premise which you own or rent, the following perils are added:

1. Flood (meaning only rising of waters);

2. Earthquake;

3. Landslide;

4. Mudslide; and

5. Collision or overturn of the conveyance in which covered tangible personal property is carried.

**ADDITIONAL PROPERTY COVERAGES**

Unless noted otherwise, the following coverages are in addition to the aggregate property limit in the Coverage Summary.

1. **Additional Living Expense.**

a. If a loss covered under **Property Coverage – Home** makes your *residence premises* uninhabitable, we cover necessary increases in living expenses incurred by you so your household can maintain its normal standard of living. Payment is for:

(1) The shortest time required to repair or replace the damaged portion of the premises; or

(2) If you permanently relocate, the shortest time required for your household to settle elsewhere;

But in no case for more than one year.

This period of time is not limited by expiration of this policy. We do not cover loss or expense due to cancellation of a lease or agreement.

b. If your *residence premises* is uninhabitable as a result of public utility plants, transformers, switching stations or substations furnishing heat, light, power or gas to your *residence premises* being damaged or destroyed by a **Tangible Personal Property – Covered Peril**, we cover necessary increases in living expenses incurred by you so your household can maintain its normal standard of living. Payment is for a period of time not to exceed seven days. Coverage does not begin until your *residence premises* has been uninhabitable for 48 consecutive hours.

**Property Coverage – Losses We Do Not Cover**, exclusion 1.g. does not apply to this coverage.

2. **Fair Rental Value.**

If a loss covered under **Property Coverage – Home** makes that part of your *residence premises* rented to others or held for rental uninhabitable, we cover its fair rental value, less any expenses that do not continue.

Payment is for the shortest time required to repair or replace the damaged portion of the rented premises. This period of time is not limited by expiration of this policy. We do not

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy



Formerly known as CNA Personal Insurance

cover the loss or expense due to cancellation of a lease or agreement.

**3. Civil Authority.**

a. If a civil authority prohibits you from use of your *residence premises* as a result of direct damage to neighboring premises by what would be a covered loss under this policy, we cover the **Additional Living Expense** or **Fair Rental Value** loss as provided under 1. and 2. above for no more than two weeks.

The period of time under this provision is not limited by the expiration of this policy. Loss or expense due to cancellation of a lease or agreement is not covered.

b. If a civil authority prohibits you from use of your *residence premises*, we cover the **Additional Living Expense** as provided under 1. above for no more than seven days. Coverage does not begin until the *residence premises* has been uninhabitable for 48 consecutive hours.

**Property Coverage – Losses We Do Not Cover**, exclusion 1.g. does not apply to this coverage.

**4. Debris Removal.**

We will pay your reasonable expense for the removal of:

a. Debris of covered property for covered losses; or

b. Ash, dust or particles from a volcanic eruption that has caused direct loss to a covered building or covered property contained in the building.

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 4% of that limit of liability is available for debris removal expense.

We will also pay your reasonable expense, up to $500, for the removal from your *residence premises* of:

a. Your tree(s) felled by the peril of Windstorm or Hail;

b. Your tree(s) felled by the peril of Weight of Ice, Snow or Sleet; or

c. A neighbor's tree(s) felled by a **Tangible Personal Property – Covered Peril;**

provided the tree(s) damaged a covered structure. The $500 limit is the most we will pay in any one loss regardless of the number of fallen trees.

**5. Cost of Temporary Repairs**

If a covered loss damages your *residence premises* we will pay on your behalf the reasonable cost for temporary repairs made to protect covered property from further damage. This coverage does not increase the limit of liability applicable to the covered property.

**6. Building Ordinance Increased Costs.**

We cover any increased expenses you incur from any ordinance or law regulating the construction, repair or demolition to the damaged area of your covered real property that results from a covered loss. If the amount to be paid for the actual damage to the property plus the ordinance or law increased cost is more than the limit of liability for the damaged property, an additional 5% of that limit of liability is available for building ordinance increased cost.

**7. Land Restoration.**

Whenever there is a covered loss to your *residence premises* and the related repair or rebuilding requires excavation, replacement, stabilization or filling of land under or around your foundation or *residence premises*, we will pay up to 7% of the amount of the covered property loss to your *residence premises* for the excavation, replacement, stabilization or filling of the land.

**8. Mortgage Extra Expense Coverage.**

If a *total loss* occurs to the *residence premises* from a covered loss, we agree to reimburse you for the increased *monthly mortgage expenses*.



Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy



Formerly known as CNA Personal Insurance

Reimbursement is limited to $250 monthly up to a total reimbursement of $5,000. We will pay you on a semi-annual basis for up to a total of four years or until you no longer occupy the replacement premises, whichever comes first.

In addition, we pay mortgage *acquisition costs* incurred from the construction of a replacement dwelling at the same location, up to a maximum of $2,000.

Coverage is limited to the extra expense of your first mortgage on the *residence premises*.

9. **Personal Home Computer and Data Records Coverage.**

We cover personal home computer(s) that are:

a. Located on your *residence premises*; and

b. Are owned by you;

For direct physical loss except for losses listed in **Property Coverage – Losses We Do Not Cover**. We also cover loss of your data caused by magnetic injury or electrical disturbances.

We will pay no more than $10,000 for loss or damage to personal home computer *hardware*, *software* or accessories.

We also pay up to $1,000 for any covered loss, to recreate data which you have created, if not covered by any other provision of this policy.

For the purpose of this coverage the following definitions apply:

**Hardware** means electronic data processing equipment which is a network of machine components capable of accepting information, processing it according to a plan and producing the desired results.

**Software** includes data and media. Data means facts, concepts or instructions converted to a form usable in *hardware* including computer programs. Media means the materials on which data are recorded, such as magnetic tapes, disk packs, paper tapes, cards and cartridges.

10. **Fire Department Service Charge.**

We pay up to $1,000 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a covered loss. The deductible does not apply.

11. **Collapse.**

We cover direct loss to your covered real property and tangible personal property involving collapse of a building or any part of a building, but only if the collapse was caused by:

a. Hidden decay of the structure;

b. Hidden insect or vermin damage;

c. Weight of contents, equipment, animals or people;

d. Weight of rain which collects on a roof;

e. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation; or

f. A **Tangible Personal Property – Covered Peril**. These perils apply to real property and tangible personal property for this additional coverage.

Unless the loss is a direct result of the collapse of a covered building, the causes of loss a., b., c. d.and e. listed above do not apply to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock.

Collapse does not include settling, cracking, shrinking, bulging or expansion.

This coverage does not increase the limit of liability applying to the damaged covered property.

12. **Loss Assessment.**

We will pay up to:

a. $5,000; or

b. If shown in the Coverage Summary, "Increased Loss Assessment" up to the aggregate amount shown in the Coverage Summary;

for your share of any loss assessment charged during the policy period against you by a

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy



Formerly known as CNA Personal Insurance

corporation or association of real property owners. This is the most we will pay with respect to any one loss, regardless of the number of assessments.

This coverage applies only when the assessment is made as a result of direct loss:

a. To the property, owned by all members collectively; and

b. Caused by a covered loss other than earthquake or land shock waves or tremors before, during or after a volcanic eruption, unless modified by endorsement.

We will pay no more than $1,000 of your assessment per unit that results from a deductible in the insurance purchased by the association of real property owners.

This coverage applies only to loss assessments charged against you as owner or tenant of the *residence premises*.

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

### 13. Trees and Shrubs.

We will pay up to $2,500 for loss to your lawn, trees, plants or shrubs, on your *residence premises*, for loss caused by:

a. Fire or lightning;

b. Explosion;

c. Riot or civil commotion;

d. Aircraft;

e. Vehicles not owned or operated by a resident of your *residence premises*;

f. Vandalism or malicious mischief; or

g. *Theft*.

No more than $500 of this limit will be available for any one tree, shrub or plant.

Property grown for sale or *business* purposes is not covered.

### 14. Glass or Safety Glazing Material.

We cover on your *residence premises*:

a. The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window; and

b. Damage to covered property by glass or safety glazing material which is part of a building, storm door or storm window.

This coverage does not include loss on your *residence premises* if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant.

Loss for damage to glass will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

This coverage does not increase the limit of liability that applies to the damaged property.

### 15. Credit Cards, Fund Transfer Cards, Forgery and Counterfeit Money.

We pay up to $2,500 for:

a. Any legal obligation or loss resulting from *theft* or unauthorized use of a credit card or a fund transfer card used for deposit, withdrawal, or transfer of funds, issued to or registered in any *covered person's* name.

b. Loss to you or any *covered person* caused by forgery or alteration of any check or negotiable instrument.

c. Loss to you or any *covered person* through acceptance in good faith of counterfeit United States or Canadian paper currency.

We do not cover authorized or unauthorized use by a resident of your household or by any person who has been entrusted with the credit card, fund transfer card, check or negotiable instrument, whether in their possession or not.

We do not cover use of a credit card or fund transfer card if a *covered person* has not complied with all terms and conditions under which the card is issued.

All losses resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy



Formerly known as CNA Personal Insurance

We do not cover loss arising out of **business** use or dishonesty of a **covered person**.

No deductible applies to this coverage.

### 16. Property Removed.

We insure covered tangible personal property against direct loss from any cause while being removed from a premises endangered by a **Tangible Personal Property – Covered Peril** and for no more than 30 days while removed. This coverage does not change the limit of liability that applies to the property being removed.

### 17. Materials and Supplies.

We insure materials and supplies located on or next to your **residence premises** used to construct, alter or repair the dwelling or other structures on your **residence premises** provided loss is caused by a **Real Property – Covered Peril** and is not excluded under **Property Coverage – Losses We Do Not Cover**.

### 18. Builders Risk.

We insure theft in or to a dwelling under construction, or of materials and supplies for use in the construction on an **insured location**.

The limit of liability stated in the Coverage Summary is provisional. The actual amount of insurance on any date while the policy is in force will be a percentage of the provisional amount. The percentage will be the propotion that the actual value of the property bears to the value at the date of completion.

### 19. Reward Coverage.

We pay 10% of the amount of loss up to a maximum of $1,000 to anyone providing information leading to the arrest and conviction of anyone:

a. Who perpetrates an arson loss at an **insured location**; or

b. Who robs, steals or burglarizes any **covered person's** property.

We also pay anyone providing assistance in the recovery of stolen property, 10% of the value of the recovered property, up to a maximum of $1,000. The deductible does not apply.

### 20. Refrigerated Products Coverage.

We will pay up to $500 for loss to the contents of deep freeze or refrigerator units on your **residence premises** caused by power interruption or mechanical failure.

The deductible shown in the Coverage Summary applies to this coverage but only one deductible amount shall be applied to each **occurrence**.

**Property Coverage – Losses We Do Not Cover**, exclusion 1.g. does not apply to this coverage.

### 21. Landlords Furnishings.

We will pay up to $5,000 for your appliances, carpeting and other household furnishings, in an apartment on your **residence premises** regularly rented or held for rental to others by any **covered person**. This coverage will be provided for loss caused by the **Tangible Personal Property – Covered Perils**.

### 22. Lock Replacement.

We will pay up to $250 to replace the locks on your **residence premises** if the keys are lost or stolen. You must notify us within 72 hours of discovering the loss. There is no deductible for this coverage.

### 23. Newly Acquired Principal Residences.

Tangible Personal Property in a newly acquired principal residence is not subject to the 4% limitation described in the **Tangible Personal Property – Limit of Liability** for the 30 days from the time you begin to move the property there.

## LOSSES WE DO NOT COVER

We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

1. **Real Property and Tangible Personal Property.** We do not insure for loss:

    a. Caused by water damage, meaning:



# Your Policy



Formerly known as CNA Personal Insurance

(1) Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

(2) Water which backs up through sewers or drains;

(3) Water below the surface of the ground, including water which exerts pressure on, or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure; or

(4) Water emanating from a sump pump, sump pump well or similar device designed to prevent overflow, seepage or leakage of subsurface water.

Direct loss by fire, explosion or **theft** resulting from water damage is covered.

b. Caused by earth movement, meaning: earthquake, including land shock waves or tremors before, during or after a volcanic eruption; landslide; mudflow; mine subsidence; earth subsidence; sinkhole; or earth sinking, rising or shifting; unless direct loss by:

(1) Fire;

(2) Explosion; or

(3) Breakage of glass or safety glazing material which is part of a building, storm door or storm window;

ensues, and then we will pay only for the ensuing loss.

This exclusion does not apply to loss by **theft**.

c. Or damage due to neglect, meaning neglect of a **covered person** to use all reasonable means to save and preserve property at and after the time of a loss.

d. Involving intentional or criminal acts of or at the direction of one or more **covered persons**, if the loss that occurs:

(1) May reasonably be expected to result from such acts; or

(2) Is the intended result of such acts.

This exclusion applies regardless of whether or not the **covered person** is actually charged with, or convicted of a crime.

e. Or damage caused directly or indirectly by:

(1) War, including undeclared war, civil war, insurrection, rebellion, revolution;

(2) Warlike act by a military force or military personnel; or

(3) Destruction or seizure or use for a military purpose,

including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

f. Or damage arising out of a nuclear hazard meaning:

(1) Any nuclear reaction;

(2) Radiation; or

(3) Radioactive contamination;

all whether controlled or uncontrolled or however caused, or any consequence of any of these.

Loss caused by the nuclear hazard shall not be considered loss caused by fire, explosion or smoke. However, direct loss by fire resulting from the nuclear hazard is covered.

g. Or damage arising from power failure meaning the failure of power or utility service if the failure takes place off your **residence premises**. But if a covered loss ensues on your **residence premises**, we will pay only for that ensuing loss.

2. **Real Property.** We do not insure for loss:

a. Involving collapse, other than as provided in **Additional Property Coverages, 11. Collapse**.

b. Caused by freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a fence, pavement, patio, swimming pool, hot tub, foundation, retaining wall, bulkhead, pier, wharf, dock or piling.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy



Formerly known as CNA Personal Insurance

c. To:

   (1) Condominiums or Cooperatives; or

   (2) Residences rented to you:

Caused by continuous or repeated seepage or leakage of water or steam over a period of time from within a plumbing, heating or air conditioning system, automatic fire protective sprinkler system or from within a household appliance.

d. Caused by the following:

   (1) Wear and tear, aging, marring, scratching or deterioration;

   (2) Inherent vice, latent defect, electrical or mechanical breakdown or failure;

   (3) Rust or other corrosion, mold, fungi, wet or dry rot;

   (4) Smog, smoke from agricultural smudging or industrial operations;

   (5) Settling, shrinking, bulging, or expansion including resultant cracking, of pavements, patios, foundations, walls, floors, roofs or ceilings;

   (6) Birds, vermin, insects, rodents; or animals kept or owned by a **covered person**;

   (7) Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a **Tangible Personal Property – Covered Peril**.

   Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste whether man-made or natural. Waste includes materials to be recycled, reconditioned or reclaimed.

If any of these cause water not otherwise excluded to escape from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water. We also cover the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

Under exclusions 2.a., 2.b., 2.c. and 2.d., any ensuing loss from a covered peril to covered property not excluded or excepted in this policy is covered.

e. Caused by freezing of a plumbing, heating, air conditioning, automatic fire protective sprinkler system, a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing, while the real property is vacant, unoccupied or being constructed unless you have used reasonable care to:

   (1) Maintain heat in the building; or

   (2) Shut off the water supply and drain the system and appliances of water.

f. Of the first $5,000 of damages due to vandalism or malicious mischief if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant.

g. To covered real property caused by any of the following. However, any ensuing loss not excluded or excepted in this policy is covered.

   (1) Weather conditions. However, this exclusion applies only if weather conditions contribute in any way with a cause on event otherwise excluded to produce the loss.

   (2) Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   (3) Faulty, inadequate or defective:

     (a) Planning, zoning, development, surveying, siting;

     (b) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy



ENCOMPASS.
INSURANCE

Formerly known as CNA Personal Insurance

(c) Materials used in repair, construction, renovation or remodeling; or

(d) Maintenance;

of part or all of any property whether on or off your **residence premises**.

h. To property owned by a corporation or association of property owners of which the **covered person** is a shareholder or member. This exclusion does not apply to losses covered under **Additional Property Coverages, 12. Loss Assessment**.

## HOW WE SETTLE PROPERTY CLAIMS AND WHAT YOU MUST DO

### 1. How We Pay Claims.

We may pay for loss in money or repair or replace the damaged or stolen property. We may at our expense, return any stolen property to you.

If we return stolen property we will pay for any damage resulting from **theft**. We may keep all or part of the property at an agreed upon or appraised value.

### 2. Mortgage Clause.

The word "mortgagee" includes trustee. A mortgagee is applicable only to real property. If a mortgagee is named in this policy, any loss payable shall be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment shall be the same as the order of precedence of the mortgages.

If we deny your claim, that denial shall not apply to a valid claim of the mortgagee, if the mortgagee:

a. Notifies us of any change in ownership or occupancy, or any substantial change in risk of which the mortgagee is aware;

b. Pays on demand any premium due if you have neglected to pay the premium; and

c. Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to **Appraisal, Who We Pay** and **Suit Against Us** apply to the mortgagee.

If the policy is canceled or nonrenewed by us, the mortgagee shall be notified at least ten days before the date cancellation takes effect.

If we pay the mortgagee for any loss and deny payment to you:

a. We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

b. At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest at the time of loss. In this event, we shall receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

Subrogation shall not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

### 3. Insurable Interest.

We are not liable for covered property to an extent greater than:

a. Your insurable interest in the property; or

b. The applicable limit of liability.

### 4. Your Duties After Loss.

You agree to see that the following things are done after a loss. We have no duty to provide coverage under this policy unless there has been full compliance with these duties:

a. Give prompt notice to us or our agent.

b. Notify the police in case of loss by **theft**.

c. Notify the credit card or fund transfer card company in case of loss under **Credit Cards, Fund Transfer Cards, Forgery and Counterfeit Money Coverage**.

d. Protect the property from further damage. If repairs to the property are required, you must:

(1) Make reasonable and necessary repairs to protect the property; and

(2) Keep an accurate record of repair expenses.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy



**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

e.  Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory.

f.  As often as we reasonably require:

(1)  Show the damaged property before its repair or disposal, except as provided in 4.d., above;

(2)  Provide us with records and documents we request and permit us to make copies; and

(3)  Submit to examination under oath, while not in the presence of any other **covered person** and sign the same.

g.  Allow us to take samples of damaged and undamaged property for inspection, testing and analysis.

h.  Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

(1)  The time and cause of loss.

(2)  The interest of the **covered person** and all others in the property involved and all liens on the property.

(3)  Other insurance which may cover the loss.

(4)  Changes in title or occupancy of the property during the term of the policy.

(5)  Specifications of damaged property and detailed repair estimates.

(6)  The inventory of damaged personal property described in 4.e., above.

(7)  Receipts for Additional Living Expenses incurred and records that support the Fair Rental Value loss.

(8)  If the loss is under **Credit Cards, Fund Transfer Cards, Forgery and Counterfeit Money Coverage**, submitting evidence or affidavit stating the amount and cause of loss.

i.  Cooperate with us in the investigation or settlement of the claim.

**5.  Appraisal.**

If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event each party will select a competent appraiser within 20 days after receiving a written request from the other. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where your **residence premises** is located. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a.  Pay its own appraiser; and

b.  Bear the other expenses of the appraisal and umpire equally.

We do not waive any of our rights under this policy by agreeing to an appraisal.

**6.  Suit Against Us.**

No action can be brought unless the policy provisions have been complied with and the action is started:

a.  Within one year after the date of loss; but

b.  Not until 30 days after the proof of loss has been filed and the amount of loss has been determined.

However, the one year period is extended by the number of days between the date the proof of loss is submitted and the date the claim is submitted in whole or in part.

**7.  Abandonment Of Property.**

We need not accept any property abandoned by a **covered person**.

**8.  Who We Pay.**

We pay you unless another party is named in the policy or is legally entitled to receive payment.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy



Formerly known as CNA Personal Insurance

**9. No Benefit To Bailee.**

There is no coverage for anyone holding, storing or transporting property for a fee regardless of any other provision of this policy.

This insurance shall not directly or indirectly benefit any carrier or other bailee for hire.

## LIABILITY COVERAGE – HOME

### PERSONAL LIABILITY – INSURING AGREEMENT

If a claim or suit is brought against you or any *covered person* for the following:

**1. *Personal Injury*;**

**2. *Bodily Injury*; or**

**3. *Property Damage*,**

caused by an *occurrence* to which this coverage applies, we will:

1. Pay on your behalf claims for which you or any *covered person* are legally liable, including pre-judgment interest awarded against you or any *covered person*, up to our limit of liability; except as excluded by the provisions listed in the **Liability Coverage – Losses We Do Not Cover**; and

2. Provide defense costs for the counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for damages resulting from an *occurrence* equals our limit of liability.

### PERSONAL LIABILITY – LIMIT OF LIABILITY

Our total liability under **Personal Liability – Home** for all damages resulting from any one *occurrence* will not be more than the limit shown on the Coverage Summary. This limit is the same regardless of the number of:

**1. *Covered Persons*;**

**2.** Claims or suits made;

**3.** Persons who sustain injury or damage; or

**4.** Acts or failure(s) to act.

## MEDICAL EXPENSE – INSURING AGREEMENT

We will pay *medical expenses* that are incurred or medically ascertained within three years from the date of the *occurrence* causing *bodily injury*.

This coverage applies:

1. To anyone on an *insured location* with the permission of a *covered person*; or

2. To anyone off an *insured location*, if the *bodily injury*:

   a. Arises out of a condition on the *insured location* or the ways immediately adjoining;

   b. Is caused by the activities of you or any *covered person*;

   c. Is caused by a *residence employee* in the course of the *residence employee's* employment by a *covered person*; or

   d. Is caused by an animal owned by or in the care of a *covered person*.

No *covered person* for whom *medical expenses* are payable under this coverage shall recover more than once for the same *medical expense* under this or other insurance.

### MEDICAL EXPENSE – LIMIT OF LIABILITY

Our total liability under **Medical Expense – Home** for all *medical expense* payable for *bodily injury* to one person as the result of one accident will not be more than the limit shown in the Coverage Summary. This limit applies to each person injured.

### ADDITIONAL LIABILITY COVERAGES

The following coverages are in addition to the limit of liability described in the Coverage Summary, unless noted otherwise:

**1. First Aid Expenses**

We will pay expenses for first aid to others incurred by any *covered person* for *bodily injury* covered under this policy. We will not pay for first aid to you or any other *covered person*.

**2. Goodwill Payments.**

At your request we will pay up to $1,000 per *occurrence* for *property damage* to property of others caused by you or any *family member*,

# Your Policy



Formerly known as CNA Personal Insurance

including intentional acts of a *family member* under the age of 13. This coverage does not apply to *property damage*:

a. To the extent of any amount recoverable under any other section of this policy;

b. To property;

   (1) Owned by a *covered person*;

   (2) Owned by or rented to a tenant of a *covered person*; or

   (3) Owned by or rented to a resident in your household;

c. Arising out of:

   (1) *Business* pursuits;

   (2) Any act or omission in connection with a premises owned, rented or controlled by a *covered person*, other than an *insured location*; or

   (3) The ownership, maintenance or use of any aircraft, watercraft, motor vehicle or any other motorized land conveyance.

   This exclusion does not apply to a motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and not owned by a *covered person*.

3. **Workers' Compensation.**

If you are required by your state statutes to provide Workers' Compensation insurance for your *residence employees*, we will make any required statutory payments. Any amounts payable under this coverage shall be reduced by any amounts paid or payable under any other section of the policy.

4. **Loss Assessment Coverage.**

We agree to pay, up to:

a. $5,000; or

b. If shown in the Coverage Summary; "Increased Loss Assessment" up to the aggregate amount shown in the Coverage Summary;

for your share of any loss assessment charged

during the policy period against you by a corporation or association of property owners when the assessment is made as a result of:

a. An *occurrence* to which **Personal Liability — Home** would apply;

b. Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided:

   (1) The director, officer or trustee is elected by the members of a corporation or association of real property owners; and

   (2) The director, officer or trustee serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of real property owners.

Regardless of the number of assessments, this is the most we will pay for loss arising out of:

a. One *occurrence*; or

b. A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

This coverage does not increase our limit of liability.

We will not pay more than $1,000, of your assessment per unit that results from a deductible in the insurance purchased by the association of real property owners.

This coverage applies only to loss assessments charged against you as owner or tenant of your *residence premises*.

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

5. **Other Payments We Make.**

In addition to the limit of liability shown in the Coverage Summary, we pay on your behalf:

a. The expenses described below for a claim or suit we are obligated to defend:

   (1) Defense costs incurred at our discretion;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy



Formerly known as CNA Personal Insurance

(2) Premiums on appeal bonds and bonds to release attachments in any suit we defend; we have no obligation to secure or provide bonds;

(3) Up to $100 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request;

(4) Other reasonable expenses (other than loss of earnings) incurred at our request;

(5) Expenses incurred by us and costs taxed against any *covered person* in any suit we defend.

b. Interest accruing after a judgment is entered and before the loss is paid in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for this coverage.

We are not obligated to defend suits brought against a *covered person* in any country where we are prevented from defending because of laws or other reasons. However, we will pay any expense incurred with our written consent for the *covered person's* defense.

Our obligation to pay the above costs ends when our limit of liability has been exhausted.

## LOSSES WE DO NOT COVER

1. **Personal Liability and Medical Expense** coverages do not apply to *bodily injury* or *property damage*:

a. Arising out of the rendering or failure to render a professional service of any nature even if covered by any other policy.

b. Arising out of any property excluded from coverage by endorsements attached to this policy.

c. Arising out of the ownership, maintenance, occupancy, renting, loaning, use, entrusting, loading or unloading of any motor vehicles, other than:

(1) A motorized golf cart when being used to play golf on a golf course, or for travel between the *residence premises* and

its community golf course for golfing purposes only.

(2) A motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and;

(a) Not owned by a *covered person*; or

(b) Owned by a *covered person* and being used on an *insured location* at the time of the accident.

(3) A vehicle or conveyance not subject to motor vehicle registration which is:

(a) Being used to service a *covered person's* residence at the time of the accident;

(b) Designed for assisting the handicapped; or

(c) In dead storage on an *insured location*;

(4) Bodily injury to a *residence employee* arising out of and in the course of the *residence employee's* employment by a *covered person*.

d. Arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading, or unloading of any watercraft, other than:

(1) Sailing vessels, with or without auxiliary power, less than 26 feet in length that are owned or rented by a *covered person*;

(2) Watercraft powered by one or more outboard motors with less than 26 total horsepower;

(3) Watercraft powered by inboard or inboard-outboard motor power of 50 horsepower or less, which are owned or rented to a *covered person*;

(4) Any watercraft, which is not:

(a) A sailing vessel; and

(b) Motor powered;

that is owned or rented by a *covered person*;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy



Formerly known as CNA Personal Insurance

(5) Watercraft that you or any *family member* do not own as long as they are not furnished or available for the regular use of any *covered person*;

(6) Watercraft that are stored;

but in no instance will coverage be provided for any watercraft:

(1) Designated as an airboat, air cushion or similar type of watercraft; or

(2) Owned by a *covered person* which is a personal watercraft, meaning a craft propelled by water jet pump engine and designed to be operated by a person or persons sitting, standing or kneeling on the craft.

This exclusion does not apply to *bodily injury* to a *residence employee* arising out of and in the course of the *residence employee's* employment by a *covered person*.

e. Which arises out of the transmission of a communicable disease by any *covered person*.

f. Arising out of a premises:

(1) Owned by a *covered person*;

(2) Rented to a *covered person*; or

(3) Rented to others by a *covered person*;

that is not an *insured location*. This exclusion does not apply to *bodily injury* to a *residence employee* arising out of and in the course of the *residence employee's* employment by a *covered person*.

g. Arising out of the rental or holding for rental of any part of any premises by a *covered person*.

This exclusion (g.) does not apply:

(1) To the rental or holding for rental of an *insured location*:

(a) On an occasional basis if used only as a residence;

(b) In part, unless intended for use as a

residence by more than two roomers or boarders; or

(c) In part, as an office, school, studio or private garage.

(2) When the *residence premises* is a two or more family dwelling and you occupy one part and rent or hold for rental the other part.

(3) To the rental or holding for rental of a dwelling of four families or fewer, or condominium or cooperative units that are indicated on the Coverage Summary and owned by you.

h. Intended by, or which may reasonably be expected to result from the intentional or criminal acts or omissions of one or more *covered persons*. This exclusion applies even if:

(1) Such *covered person* lacks the mental capacity to govern his or her conduct;

(2) Such *bodily injury* or *property damage* is of a different kind or degree than that intended or reasonably expected; or

(3) Such *bodily injury* or *property damage* is sustained by a different person than intended or reasonably expected.

This exclusion applies regardless of whether or not such *covered person* is actually charged with or convicted of a crime.

i. Arising out of:

(1) The entrustment by a *covered person* to any person; or

(2) Vicarious liability, whether or not statutorily imposed for the actions of a child or minor;

of any watercraft, motor vehicle or trailer which is not covered under **Liability Coverage – Home**.

j. Arising out of *business* pursuits of you or any *covered person*. This exclusion does not apply to:

(1) Activities which are usual to *non-business* pursuits; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy

ENCOMPASS. INSURANCE

Formerly known as CNA Personal Insurance

(2) Part-time **business** pursuits of any **covered person** who is under 18 years of age.

k.  Arising out of your or any **covered person's** action or failure to act as a director, officer or trustee of an organization, unless:

(1) In a capacity as a director, officer or trustee you or the **covered person**:

(a) Serve without deriving any income, and

(b) The organization is charitable, religious or civic non-profit and chartered as such.

(2) The organization is a corporation or association of real property owners, and in the capacity as director, officer or trustee, you or any **covered person** incurs liability and:

(a) Is elected by the members of the corporation or association of real property owners; and

(b) Serves without deriving any income from the exercise of duties which are solely on the behalf of a corporation or association of real property owners.

l.  Arising out of:

(1) The ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of an aircraft;

(2) The entrustment by a **covered person** of an aircraft to any person; or

(3) Vicarious parental liability, whether statutorily imposed or not, for the actions of a child or minor using an aircraft.

An aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo.

This exclusion does not apply to **bodily injury** to a **residence employee** arising out of and in the course of the **residence employee's** employment by a **covered person**.

m.  Caused directly or indirectly by war, including:

(1) Undeclared war, civil war, insurrection, rebellion, revolution;

(2) Warlike act by a military force or military personnel; or

(3) Destruction or seizure or use for a military purpose;

and including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

n.  Arising out of the use, sale, manufacture, delivery, transfer, or possession by any person of a Controlled Substance(s) as defined by the Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

2.  **Personal Liability** does not apply to:

a.  Liability for your share of any loss assessments charged against all members of an association, corporation or community of property owners, except as provided under **Additional Liability Coverages, 4. Loss Assessment Coverage**.

b.  **Property damage** to property owned by a **covered person**.

c.  **Property damage** to property rented to, occupied or used by or in the care of any **covered person**, if the **covered person** is obligated by contract to provide specified insurance for such property.

We provide no coverage for categories of property listed in **Tangible Personal Property — Property Not Covered**.

d.  **Bodily injury** or **property damage** for which a **covered person** under this policy:

(1) Is also an insured under a nuclear energy liability policy; or 

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy



Formerly known as CNA Personal Insurance

(2) Would be an insured under that policy but for the exhaustion of its limit of liability.

A nuclear energy liability policy is one issued by:

(1) American Nuclear Insurers;

(2) Mutual Atomic Energy Liability Underwriters;

(3) Nuclear Insurance Association of Canada;

or any of their successors.

e. Liability from any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

f. **Bodily injury** to any person eligible to receive any benefits:

(1) Voluntarily provided; or

(2) Required to be provided;

by the **covered person** under any:

(1) Workers Compensation law;

(2) Non-occupational disability law; or

(3) Occupational disease law;

except as provided under **Additional Liability Coverages, 3. Workers' Compensation**.

g. **Bodily injury** to you or any **family member**. This exclusion also applies to any claim or suit brought against any **covered person**;

(1) To repay; or

(2) Share damages with;

another person who may be obligated to pay damages because of **bodily injury** to a **covered person**.

3. **Medical Expense** coverage does not apply to **bodily injury**:

a. To a **residence employee** which:

(1) Occurs off the **insured location**, and

(2) Does not arise out of or in the course of the **residence employee's** employment by any **covered person**.

b. To any person eligible to receive benefits:

(1) Voluntarily provided; or

(2) Required to be provided;

under any:

(1) Workers' Compensation law;

(2) Non-occupational disability law; or

(3) Occupational disease law.

c. From any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

d. To any person, other than a **residence employee** of a **covered person**, regularly residing on any part of the **insured location**.

4. **Personal Injury** does not apply to:

a. Injury caused by a violation of a law or ordinance by, or with the knowledge or the expressed or implied consent of a **covered person**;

b. Injury sustained by any person as a result of an offense directly or indirectly related to the acts of a person in the employment of a **covered person**;

c. Civic or public activities performed for pay by any **covered person**;

d. Injury arising out of;

(1) Oral or written publication of material, if done by or at the direction of any **covered person** with knowledge of its falsity;

(2) Discrimination because of race, creed, color, sex, sexual preference, religion, age or national origin.

e. Injury to you or a **covered person** within the meaning of part a. or b. of the **covered person** definition.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy



Formerly known as CNA Personal Insurance

f.  Injury arising out of a premises:

(1) Owned by or rented to a *covered person*; or

(2) Rented to others by a *covered person*;

that is not an *insured location* or a dwelling in the Coverage Summary.

## HOW WE SETTLE LIABILITY CLAIMS AND WHAT YOU MUST DO

1.  **Your Duties After Loss.**

After an *occurrence*, you and any other *covered person* under this policy must make sure that all of the following are done. We have no duty to provide coverage under this policy unless there has been full compliance with these duties:

a.  Give us or our agent as soon as possible:

(1) All information you know on the time, place and circumstances of the *occurrence*, and in the case of a crime also tell the police; and

(2) Identity of claimants, witnesses and *covered persons*.

b.  Forward to us all written material you receive regarding the *occurrence*.

c.  At our request, assist us in:

(1) Making settlement.

(2) Conducting suits and attending hearings or trials.

(3) Securing and giving evidence.

(4) Enforcing any right of contribution or indemnity against any person or organization who may be liable to a *covered person*.

(5) If the loss is under the coverage **Goodwill Payments**, within 60 days after the loss:

(a) Submitting to us a sworn statement of loss; and

(b) If in a *covered person's* control; showing the damaged property.

d.  You or any other *covered person* shall not, except at your own cost, voluntarily make any payment, assume any obligation or incur any expense. This does not apply to first aid to others.

2.  **Duties Of An Injured Person.**

The injured person shall:

a.  Give us written proof of claim;

b.  Authorize us to obtain medical information and other pertinent records;

c.  As often as we reasonably require submit to physical examination by a physician of our choice;

d.  Not construe payment of medical claims as an admission of liability by a *covered person* or us.

3.  **Suit Against Us.**

No action can be brought against us unless there has been compliance with the policy provisions.

No action can be brought against us until the obligation of the *covered person* has been determined by final judgment or agreement signed by us.

No person or organization has any right under this policy to bring us into any action to determine the liability of a *covered person*.

## GENERAL PROVISIONS – HOME

1.  The **"GENERAL PROVISIONS"** is amended as follows:

**OTHER INSURANCE** – The following exception is added:

Exception:

a.  For Condominium and Cooperative Owners – If, at the time of loss, there is other insurance in the name of a corporation or association of property owners covering the same property covered by this policy, this insurance will be excess over the amount recoverable under such other insurance.

b.  Any insurance we provide with respect to a watercraft that you or any *family member* do

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy



Formerly known as CNA Personal Insurance

not own shall be excess over other valid and collectible insurance.

c.  For other than losses covered under **Additional Liability Coverage – Workers' Compensation**, this insurance will be excess over any amounts recoverable under coverage required to be provided by any workers' compensation disability benefits or similar law.

2.  The following provisions are added to the **"GENERAL PROVISIONS"**:

   a.  **SUBROGATION**

   A *covered person* may waive in writing before a loss all rights of recovery against any person.

   If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

   If an assignment is sought, a *covered person* must sign and deliver all related papers and cooperate with us.

   b.  **ADDITIONAL INSURED**

   The definition of "you" and "your" includes the person or organization named in the Coverage Summary as an Additional Insured for the **"HOME"** Segment, with respect to:

   (1) **Property Coverage – Real Property**;

   (2) **Liability Coverage – Personal Liability**; and

   (3) **Liability Coverage – Medical Expense**;

   but only with respect to the premises associated with that "Additional Insured" in the Coverage Summary.

   This coverage extension does not apply to *bodily injury* to an employee arising out of or in the course of the employee's employment by the person or organization.

   c.  **THE LAW**

   If anything in this policy conflicts with state or local laws, we agree to honor any claim or suit in conformity with the law.

   d.  **CHANGES DURING THE POLICY PERIOD**

   If there is a change to the information used to develop the premium for this policy, we may adjust your premium. Changes during the policy term may result in a premium increase or decrease.

   If a change requires a premium adjustment, we will make the premium adjustment in accordance with our manual rules.



# Your Policy



**ENCOMPASS**
**I N S U R A N C E**

Formerly known as CNA Personal Insurance

## TABLE OF CONTENTS

**Page**

Definitions ........................................................................................................................ 1

Personal Liability – Motor Vehicle ................................................................................. 3
    Insuring Agreement ..................................................................................................... 3
    Limit of Liability .......................................................................................................... 3
    Other Payments We Make .......................................................................................... 4
    Losses We Do Not Cover ............................................................................................ 4

Medical Expense – Motor Vehicle ................................................................................. 6
    Insuring Agreement ..................................................................................................... 6
    Limit of Liability .......................................................................................................... 6
    Losses We Do Not Cover ............................................................................................ 7

How We Settle Personal Liability – Motor Vehicle and Medical Expense
– Motor Vehicle Claims and What You Must Do ............................................................ 8
    Your Duties After Loss ............................................................................................... 8
    Duties of an Injured Person ........................................................................................ 8
    Suit Against Us ........................................................................................................... 8

Physical Damage – Motor Vehicle ................................................................................. 8
    Insuring Agreement ..................................................................................................... 8
    Limit of Liability .......................................................................................................... 9
    Additional Physical Damage Coverages ..................................................................... 9
        Towing ................................................................................................................. 9
        Loss of Use - Rental Non-Owned Automobiles ................................................... 9
        Extended Transportation Coverage ..................................................................... 9
        Automobile Electronic Equipment Coverage ..................................................... 10

Physical Damage Losses We Do Not Cover ............................................................... 11

How We Settle Physical Damage Claims and What You Must Do ............................... 12
    How We Pay Claims ................................................................................................. 12
    Appraisal .................................................................................................................. 12
    Your Duties After Loss ............................................................................................. 13
    Who We Pay ............................................................................................................. 13
    No Benefit To Bailee ................................................................................................ 13
    Suit Against Us ......................................................................................................... 13
    Abandonment of Property ......................................................................................... 13

General Provisions – Motor Vehicle ............................................................................. 13
    Other Insurance ....................................................................................................... 13
    Territory .................................................................................................................... 14
    Loss Payable Clause ................................................................................................ 14
    The Law .................................................................................................................... 14
    Subrogation .............................................................................................................. 14
    Changes During the Policy Period ............................................................................ 15
    Two or More Motor Vehicle Policies ......................................................................... 15

**Your Policy**

**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

## DEFINITIONS

In this **"MOTOR VEHICLE"** Segment, certain words and phrases are italicized, which identifies them as having specific meaning for this **"MOTOR VEHICLE"** Segment. The meaning of each italicized word or phrase is provided in the **Definitions** below.

1.  **Accident** means an event that unexpectedly, unintentionally, and instantly causes *bodily injury* or *property damage* during the policy period.

2.  **Automobile** means:

    a.  A private passenger car;

    b.  A pickup or van that:

        (1) Has a Gross Vehicle Weight of less than 10,000 lbs; and

        (2) Is not used for the delivery or transportation of goods and materials unless such use is:

            (a) Incidental to your business of installing, maintaining or repairing furnishings or equipment; or

            (b) For farming or ranching.

    The term *automobile* does not include a motor home.

3.  **Bodily Injury** means bodily harm, sickness or disease, including death resulting therefrom. *Bodily Injury* does not include any communicable disease, such as:

    a.  Any venereal disease;

    b.  Herpes;

    c.  Acquired Immune Deficiency Syndrome (AIDS);

    d.  AIDS Related Complex (ARC);

    e.  Human Immunodeficiency Virus (HIV);

    or any resulting or related symptom, effect, condition, disease or illness.

4.  **Business** includes trade, profession or occupation.

5.  **Collision** means the upset or contact of a covered *motor vehicle* or *non-owned automobile* with another vehicle or object.

    If breakage of glass is caused by a *collision*, the *covered person* may elect to have it considered a loss caused by *collision*.

6.  **Comprehensive** means loss caused by other than *collision*, to a covered *motor vehicle* or *non-owned automobile*.

    For example, loss caused by the following is considered *comprehensive*:

    a.  Missiles or falling objects;

    b.  Fire;

    c.  Theft or larceny;

    d.  Explosion or earthquake;

    e.  Windstorm;

    f.  Hail, water or flood;

    g.  Malicious mischief or vandalism;

    h.  Riot or civil commotion;

    i.  Contact with bird or animal; or

    j.  Breakage of glass.

7.  **Covered Person(s):**

    a.  Under **Personal Liability – Motor Vehicle** means:

        (1) You and any *family member* for the ownership, maintenance or use of any covered *motor vehicle*.

        (2) Any other person *occupying* or using any covered *motor vehicle* with permission from you or a *family member*.

        (3) With respect to a covered *motor vehicle* that you own or that is shown on the Coverage Summary, any person or organization legally responsible but only

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**Your Policy**

for acts or omissions of any person included in 7(a)(1) above.

(4) With respect to a covered *motor vehicle*, other than one described in 7(a)(3) above, any person or organization legally responsible but only for acts or omissions of any person included in 7(a)(1) above. This provision applies only if the person or organization does not own or hire the *motor vehicle*.

b. Under **Medical Expense – Motor Vehicle** means:

(1) You or any *family member*:

    (a) While *occupying*;

    (b) As a pedestrian when struck by;

    a *motor vehicle*.

(2) Any other person while *occupying*:

    (a) A *motor vehicle* shown in the Coverage Summary or any trailer that you own;

    (b) An additional *motor vehicle* when you ask us to insure it within the 30 day period after you become the owner and coverage has been agreed to by us;

    (c) A *motor vehicle* that replaces one shown in the Coverage Summary when you ask us to insure it within the 30 day period after you become the owner and coverage has been agreed to by us; or

    (d) Any *motor vehicle* used as a temporary substitute for a covered *motor vehicle* of the same type shown on the Coverage Summary which is out of normal use because of its:

        (i) Breakdown;

        (ii) Repair;

        (iii) Servicing;

        (iv) Loss; or

        (v) Destruction.

8. **Custom** means features and equipment not normally installed at the factory, including but not limited to:

    a. Special carpeting and insulation, furniture or bars;

    b. Facilities for cooking and sleeping;

    c. Height-extending roofs;

    d. Custom murals, paintings or other decals or graphics.

9. **Family Member** means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child.

For the purposes of this definition, to be considered a resident of your household when evaluating coverage for a loss a person must have been actually residing in your household on the date the loss occurred. However, your:

    a. Son;

    b. Daughter;

    c. Ward; or

    d. Foster child;

In the United States military or away at school will be considered a resident of your household unless he or she has demonstrated an intent to reside elsewhere permanently.

10. **Medical Expenses** means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services.

11. **Motor Vehicle** means:

    a. An *automobile*.

    b. Any other motorized land vehicle designed for travel on public roads and subject to private passenger motor vehicle registration.

    c. A trailer type vehicle designed to be pulled by a private passenger *motor vehicle*. This includes a farm wagon or farm implement while towed by a vehicle classified in a. or b. above.

    d. A motorized golf cart, snowmobile or other motorized land vehicle owned by you or any

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**Your Policy**

**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

*covered person* and designed for recreational use off public roads.

e. Any vehicle while being towed by or carried on a vehicle included in 11.a., 11.b., 11.c. or 11.d.

For purposes of this policy, a *motor vehicle* shall be deemed to be owned by a person if leased under a written agreement to that person for a continuous period of at least six months.

12. **Non-owned automobile** means:

a. Any *automobile* or trailer not owned by or furnished or available for the regular use of you or any *family member* while in the custody of or being operated by you or any *family member*;

b. Any *motor vehicle* used as a temporary substitute for a covered *motor vehicle* of the same type shown on the Coverage Summary which is out of normal use because of its:

(1) breakdown;

(2) repair;

(3) servicing;

(4) loss; or

(5) destruction.

13. **Occupying** means in, upon, or getting in, out, on or off.

14. **Property Damage** means physical injury to or destruction of property including loss of use of the property.

15. **Theft** refers to property which has been stolen, attempted theft and the loss of property from a known location where it is likely that the property has been stolen.

## PERSONAL LIABILITY – MOTOR VEHICLE

### INSURING AGREEMENT

If a claim or suit is brought against you or any *covered person* for:

1. *Bodily Injury*; or

2. *Property Damage*;

caused by a *motor vehicle accident*, we will pay,

except as excluded by the provisions listed in the **Personal Liability – Losses We Do Not Cover**, on your behalf:

1. Damages for which you or any *covered person* are legally liable;

2. Damages including prejudgment interest awarded against you or any *covered person*;

up to our limit of liability.

### LIMIT OF LIABILITY

1. **Personal Liability** – The limit of liability shown in the Coverage Summary for "Bodily Injury Each Person" is our total limit of liability for damages because of *bodily injury* sustained by any one person in any one *motor vehicle accident*, including damages sustained by anyone else as a result of that *bodily injury*.

   Subject to this limit for each person, the limit of liability shown in the Coverage Summary for "Bodily Injury Each Accident" is our total limit of liability for all damages for *bodily injury* sustained by two or more persons in any one *motor vehicle accident*.

   The limit of liability shown in the Coverage Summary for "Property Damage Each Accident" is our total limit of liability for all *property damage* resulting from any one vehicle *accident*.

   This is the most we will pay regardless of the number of:

   a. *Covered persons*;

   b. Claims or suits made;

   c. Vehicles involved in an *accident* or shown in the Coverage Summary;

   d. Persons who sustain injury or damage;

   e. Vehicles insured by this or any other policy issued by us or others; or

   f. Premiums paid for this coverage.

2. **Motorcycle Guest Passenger Liability** – This limit of liability will apply for any person *occupying*, as a passenger, a covered motorcycle.

   The limit of liability shown in the Coverage Summary for each person for "Motorcycle Guest

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy

**ENCOMPASS.**
I N S U R A N C E

Formerly known as CNA Personal Insurance

Passenger Liability, Bodily Injury Each Person" is our total limit of liability for all damages because of *bodily injury* sustained by any one person in any one *motor vehicle accident*, including damages sustained by anyone else as a result of that *bodily injury*.

Subject to this limit for each person, the limit of liability shown in the Coverage Summary for "Motorcycle Guest Passenger Liability, Bodily Injury Each Accident" is our total limit of liability for all damages for *bodily injury* sustained by two or more persons in any one *motor vehicle accident*.

This is the most we will pay regardless of the number of:

a. ***Covered Persons***;

b. Claims or suits made;

c. Vehicles involved in an *accident* or shown in the Coverage Summary;

d. Persons who sustain injury or damage;

e. Vehicles insured by this or any other policy issued by us or others; or

f. Premiums paid for this coverage.

We will defend or settle any claim or suit as we decide is appropriate even if the claim or suit is groundless, false or fraudulent. Our obligation to defend any claim or suit ends when the amount we pay for damages for settlement or judgment equals our limit of liability. We have no duty to defend any suit or settle any claim for *bodily injury* or *property damage* not covered under this "MOTOR VEHICLE" Segment.

No one will be entitled to receive payment for the same elements of loss under this coverage and:

1. Medical Expense Coverage; or

2. Uninsured/Underinsured Motorists Coverage;

provided by this policy.

## OTHER PAYMENTS WE MAKE

In addition to the limit of liability shown in the Coverage Summary, we pay on behalf of the *covered person*:

1. Up to $250 for the cost of bail bonds required because of an *accident*, including related traffic

law violations. The *accident* must result in a *bodily injury* or *property damage* loss which is covered under this "MOTOR VEHICLE" Segment.

2. The expenses described below for a claim or suit we are obligated to defend:

a. Defense costs incurred at our discretion;

b. Premiums on appeal bonds and bonds to release attachments in any suit we defend; we have no obligation to secure or provide bonds;

c. Up to $100 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request;

d. Other reasonable expenses (other than loss of earnings) incurred at our request;

e. Expenses incurred by us and costs taxed against any *covered person* in any suit we defend.

f. For first aid administered to others at the scene of a *motor vehicle accident*.

3. Interest accruing after a judgment is entered and before the loss is paid in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for this coverage.

We are not obligated to defend suits brought against a *covered person* in any country where we are prevented from defending because of laws or other reasons. However, we will pay any expense incurred with our written consent for the *covered person's* defense.

Our obligation to pay the above costs ends when our limit of liability has been exhausted.

## LOSSES WE DO NOT COVER

We do not provide **Personal Liability – Motor Vehicle Coverage** for:

1. *Bodily injury* or *property damage* which:

a. May reasonably be expected to result from the intentional or criminal acts of any *covered person*; or

b. Is in fact intended by any *covered person*.

2. Using a *motor vehicle* without a reasonable

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy

**ENCOMPASS.**
I N S U R A N C E

Formerly known as CNA Personal Insurance

belief that the *covered person* is entitled to do so.

3. Any *covered person* for *property damage* to property owned or being transported by any *covered person*.

4. *Property damage* to property:

   a.  Rented to;

   b.  Used by; or

   c.  In the care of;

any *covered person*.

This exclusion does not apply to *property damage* to a residence or private garage.

5. Liability arising out of the ownership or operation of a vehicle while it is being used as a public or livery conveyance. This exclusion does not apply to a share-the-expense car pool.

6. Any *covered person* while employed or otherwise engaged in the *business* of:

   a.  Selling;

   b.  Repairing;

   c.  Servicing;

   d.  Storing; or

   e.  Parking;

*motor vehicles* designed for use mainly on public highways. This includes testing and delivery. This exclusion does not apply to the ownership, maintenance or use of a covered *motor vehicle* by:

   a.  You;

   b.  Any *family member*; or

   c.  Any partner, agent or employee of you or any *family member*.

7. The maintenance or use of any vehicle while a *covered person* is employed or otherwise engaged in any *business* (other than farming or ranching) not described in exclusion 6. This exclusion (7.) does not apply to the maintenance or use of a:

   a.  *Automobile*;

   b.  Trailer used with a vehicle described in 7.a. above.

8. *Bodily injury* to you or any *family member*. This exclusion also applies to any claim made or suit brought against any *covered person*:

   a.  To repay; or

   b.  Share damages with;

another person who may be obligated to pay damages because of *bodily injury* to a *covered person*.

9. The ownership, maintenance or use of any *motor vehicle* other than:

   a.  A *motor vehicle* shown in the Coverage Summary or any trailer that you own.

   b.  An additional *motor vehicle* when you ask us to insure it within the 30 day period after you become the owner and coverage has been agreed to by us.

      If there is loss to an additional *motor vehicle* we will provide the broadest coverage applicable to any *motor vehicle* shown in the Coverage Summary.

   c.  A *motor vehicle* that replaces one shown in the Coverage Summary.

      The replacement vehicle will have the same coverage as the vehicle it replaced.

   d.  Any *motor vehicle* used as a temporary substitute for a covered *motor vehicle* of the same type shown on the Coverage Summary which is out of normal use because of its:

      (1)  Breakdown;

      (2)  Repair;

      (3)  Servicing;

      (4)  Loss; or

      (5)  Destruction.

   e.  Only for you or a *family member*, any *non-owned automobile* or non-owned trailer furnished or available for the regular use of you or any *family member*.

   f.  A *motor vehicle* you maintain or use which is:

      (1)  Owned by a *family member* and not shown in the Coverage Summary; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy

**ENCOMPASS**
INSURANCE

Formerly known as CNA Personal Insurance

(2) Furnished or available for the regular use of any *family member*.

10. The liability of:

    a. Any *covered person(s)*; or

    b. Anyone while maintaining or using vehicle(s);

excluded from coverage by endorsements attached to this policy.

11. The ownership, maintenance or use of any vehicle located inside a facility designed for racing, for the purpose of:

    a. Competing in; or

    b. Practicing or preparing for;

any prearranged or organized racing or speed contest.

12. *Bodily injury* or *property damage* for which any *covered person*:

    a. Is also an insured under a nuclear energy liability policy; or

    b. Would be an insured under that policy but for its termination upon the exhaustion of its limit of liability.

A nuclear energy liability policy is one issued by:

    a. American Nuclear Insurers;

    b. Mutual Atomic Energy Liability Underwriters;

    c. Nuclear Insurance Association of Canada;

or any of their successors.

13. Liability from or as a consequence of the following whether controlled or uncontrolled or however caused:

    a. Nuclear reaction;

    b. Radiation; or

    c. Radioactive contamination.

## MEDICAL EXPENSE – MOTOR VEHICLE

### INSURING AGREEMENT

We will pay *medical expenses* incurred or medically ascertained within three years from the date of *accident* except as excluded by the provisions listed in the **Medical Expense – Losses We Do Not**

Cover. **Medical Expense – Motor Vehicles** applies to *bodily injury* caused by a vehicle *accident* and sustained by a *covered person*.

### LIMIT OF LIABILITY

1. The limit of liability shown in the Coverage Summary for "Medical Expense" is our maximum limit of liability for each person injured in any one *accident*. This is the most we will pay regardless of the number of:

    a. *Covered persons*;

    b. Claims or suits made;

    c. Vehicles shown in the Coverage Summary;

    d. Vehicles involved in the *accident*; or

    e. Vehicles insured by this or any other policy issued by us or others.

2. Within the provisions of **Medical Expense – Motor Vehicle**, we cover funeral expenses, as follows. If an injured person dies as the result of a covered vehicle *accident*, we will pay the lesser of the following as a funeral service expenses benefit;

    a. $2,000; or

    b. The "Medical Expense" limit of liability stated on the Coverage Summary; or

    c. The remaining portion of the "Medical Expense" limit of liability not expended for other covered *medical expenses*.

This funeral service expenses benefit does not increase, and will not be paid in addition to, the limits of liability stated on the Coverage Summary for "Medical Expense". This benefit is payable to the deceased injured person's spouse if a resident of the same household at the time of the *accident*. However, if the deceased is a minor, the benefit is payable to any parent who is a resident of the same household at the time of the *accident*. In all other cases, the benefit is payable to the deceased injured person's estate.

3. *Medical Expense* benefits, other than funeral service expenses benefits, will be reduced by;

    a. Amounts payable under any workers' compensation law or similar law.

    b. Amounts received from others, including their



Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy

**ENCOMPASS.**
I N S U R A N C E

Formerly known as CNA Personal Insurance

insurers, who may be legally responsible for the injuries. This reduction applies only to amounts that are a duplication of payment for the same loss.

c.  Amounts of other similar, collectible vehicle medical insurance benefits available to the injured person.

4.  No one will be entitled to receive duplicate payment for the same elements of loss under this coverage and:

a.  Personal Liability Coverage; or

b.  Uninsured/Underinsured Motorists Coverage;

provided by this policy.

**Unreasonable Or Unnecessary Medical Expenses**

If the *covered person* incurs *medical expenses* which are unreasonable or unnecessary, we may refuse to pay those *medical expenses* and contest them. Unreasonable *medical expenses* are fees for medical services which are substantially higher than the usual and customary charges for those services. Unnecessary *medical expenses* are fees for medical services which are not usually and customarily performed for treatment of the injury, including fees for an excessive number, amount or duration of medical services.

If the *covered person* is sued by a medical services provider because we refuse to pay contested *medical expenses*, we will pay all defense costs and any resulting judgment against the *covered person*. We will choose the counsel. The *covered person* must cooperate with us in the defense of any claim or lawsuit. If we ask the *covered person* to attend hearings or trials, we will provide the coverage described in 2.c. **Personal Liability – Motor Vehicle, Other Payments We Make.** We will also pay other reasonable expenses incurred at our request.

**LOSSES WE DO NOT COVER**

We do not provide **Medical Expense – Motor Vehicle Coverage** for *bodily injury*:

1.  Which:

a.  May reasonably be expected to result from the intentional or criminal acts of any *covered person*; or

b.  Is in fact intended by any *covered person*.

2.  Sustained while using a vehicle without a reasonable belief that the *covered person* is entitled to do so.

3.  Sustained while *occupying* a covered vehicle while it is being used as a public or livery conveyance. This exclusion does not apply to a share-the-expense car pool.

4.  Sustained while *occupying* a vehicle when it is being used in the *business* of any *covered person*. This exclusion does not apply to the *bodily injury* sustained while *occupying* a:

a.  *Automobile*;

b.  Trailer used with an *automobile*.

5.  Sustained while *occupying* any vehicle located inside a facility designed for racing, for the purpose of:

a.  Competing in; or

b.  Practicing or preparing for;

any prearranged or organized racing or speed contest.

6.  Caused directly or indirectly by:

a.  War, including undeclared war;

b.  Civil war;

c.  Insurrection;

d.  Rebellion or revolution;

e.  Warlike act by a military force or military personnel;

f.  Destruction or seizure or use for a military purpose; or

g.  Discharge of a nuclear weapon, even if accidental;

including any consequence of any of these.

7.  Sustained while *occupying* any vehicle located for use as a residence or premises.

8.  Sustained while *occupying*, or when struck by, any vehicle (other than a vehicle covered under **Personal Liability – Motor Vehicle**) which is:

a.  Owned by you; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy

**ENCOMPASS.**
I N S U R A N C E

Formerly known as CNA Personal Insurance

b.  Furnished or available for your regular use.

9.  Sustained while *occupying*, or when struck by, any vehicle (other than a vehicle covered under **Personal Liability – Motor Vehicle**) which is:

a.  Owned by any *family member*; or

b.  Furnished or available for the regular use of any *family member*.

However, this exclusion (9.) does not apply to you.

10. From or as a consequence of the following, whether controlled or uncontrolled or however caused:

a.  Nuclear reaction;

b.  Radiation; or

c.  Radioactive contamination.

11. Sustained by:

a.  Any *covered person*; or

b.  Anyone while *occupying* any vehicle;

excluded from coverage by endorsements attached to this policy.

## HOW WE SETTLE PERSONAL LIABILITY – MOTOR VEHICLE AND MEDICAL EXPENSE – MOTOR VEHICLE CLAIMS AND WHAT YOU MUST DO

1.  **Your Duties After Loss.**

After an *accident*, you and any other *covered person* under this policy must make sure that all of the following are done. We have no duty to provide coverage under this policy unless there has been full compliance with these duties:

a.  Give us or our agent as soon as possible:

(1) All information you know on the time, place and circumstances of the *accident*, and in the case of a crime also tell the police.

(2) Identity of claimants, witnesses and *covered persons*.

b.  Forward to us all written material you receive regarding the *accident*;

c.  At our request, assist us in:

(1) Making settlement;

(2) Conducting suits and attending hearings or trials;

(3) Securing and giving evidence;

(4) Enforcing any right of contribution or indemnity against any person or organization who may be liable to a *covered person*;

d.  You or any other *covered person* shall not, except at your own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others.

e.  Cooperate with us in the investigation, settlement or defense of any claim or suit.

2.  **Duties of an Injured Person.**

The injured person shall:

a.  Give us written proof of claim;

b.  Authorize us to obtain medical information and other pertinent records;

c.  As often as we reasonably require:

(1) Submit to physical examination by a physician of our choice;

(2) Submit to examination under oath, while not in the presence of any other *covered person* and sign the same;

d.  Not construe payment of medical claims as an admission of liability.

3.  **Suit Against Us.**

No action can be brought against us unless there has been compliance with the policy provisions.

No action can be brought against us until the obligation of the *covered person* has been determined by final judgment or agreement signed by us.

No person or organization has any right under this policy to bring us into any action to determine the liability of a *covered person*.

## PHYSICAL DAMAGE – MOTOR VEHICLE INSURING AGREEMENT



1.  We will pay for direct physical loss to the *motor*

---

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy



**ENCOMPASS** INSURANCE

Formerly known as CNA Personal Insurance

*vehicles* shown in the Coverage Summary, including their equipment, less any applicable deductible shown in the Coverage Summary. We will pay for loss caused by:

a. *Comprehensive* only if the Coverage Summary indicates that *Comprehensive* is provided for that *motor vehicle*; and

b. *Collision* only if the Coverage Summary indicates that *Collision* is provided for that *motor vehicle*.

2. We will cover additional *motor vehicles* for 30 days after you become the owner, provided all the other *motor vehicles* owned by you are covered by us, unless excluded by endorsement.

 If there is a loss to an additional *motor vehicle* we will provide the broadest coverage applicable to any *motor vehicle* shown in the Coverage Summary.

 For coverage beyond the 30 days you must have asked us to insure the *motor vehicle* and we must have agreed to provide coverage. With respect to a newly acquired pickup or van, no other insurance policy may provide coverage for the vehicle.

3. We will cover *non-owned automobiles*. If there is a loss to a *non-owned automobile* we will provide the broadest coverage applicable to any *motor vehicle* shown in the Coverage Summary. However, the most we will pay for loss to a *non-owned automobile* which is a trailer, is $500.

4. We will cover *motor vehicles* that replace one shown in the Coverage Summary. The replacement vehicle will have the same coverage as the vehicle it replaced. However, if:

a. You wish to add or continue *Collision* or *Comprehensive* coverage for the replacement vehicle; or

b. The replacement vehicle is a pickup or van used in any *business*, other than farming or ranching;

 You must have asked us to insure it within 30 days after you become the owner and we must have agreed to provide coverage.

If loss to more than one covered *motor vehicle* or *non-owned automobile* results from the same

covered loss, only the highest applicable deductible will apply.

## LIMIT OF LIABILITY

1. Our limit of liability for loss will be the lesser of the:

a. Actual cash value of the stolen or damaged *motor vehicle*, including its equipment; or

b. Amount necessary to repair or replace the *motor vehicle*, including its equipment.

2. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total loss.

3. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of betterment.

## ADDITIONAL PHYSICAL DAMAGE COVERAGES

The following additional coverages are provided if the Coverage Summary indicates that "Comprehensive" coverage is provided for the vehicle involved in the loss.

### Towing

We will pay, up to the amount shown for "Towing" in the Coverage Summary as applicable to that vehicle, costs incurred each time a covered *automobile* or *non-owned automobile* is disabled and it is towed and labor is performed at the place of disablement. The deductible does not apply.

### Loss of Use – Rental Non-Owned Automobiles

We will pay without application of a deductible, loss of use expenses for which you become legally responsible in the event of loss to a *non-owned automobile*.

### Extended Transportation Coverage

1. **Rental Reimbursement**

 We will pay, without application of a deductible, up to the amount shown on the Coverage Summary for transportation expenses incurred by you resulting from a covered *comprehensive* or *collision* loss.

 However: 

a. For covered losses other than total *theft*, we will pay only if the covered *automobile* is

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**Your Policy**

disabled more than 24 hours. Payment will be limited to that period of time reasonably required to repair or replace the *automobile*.

b. For covered total *theft* losses, we will pay only transportation expenses incurred during the period:

(1) Beginning 48 hours after the *theft*; and

(2) Ending when the covered *automobile* or *non-owned automobile* is returned to use or we make an offer to pay for its loss.

**2. Automobile Trip Interruption Coverage**

We will pay up to the amount shown on the Coverage Summary for reasonable and necessary:

a. Food and lodging expenses; and

b. Expenses for substitute transportation to the intended or alternate destination;

When your covered *automobile* is damaged to the extent that it cannot be safely driven on the public way.

Payment under this coverage is subject to the following conditions:

a. The disablement must occur more than 100 miles from where the disabled vehicle is principally garaged;

b. The cause of disablement must result from a covered *comprehensive* or *collision* loss; and

c. You or any *family member* must be *occupying* the covered *automobile* at the time of the disablement.

We will pay no more than the limits shown in the Coverage Summary, regardless of the number of persons in the covered *automobile* at the time of loss.

**3. Automobile Emergency Transportation**

We will pay up to $20 for the cost of substitute transportation, from the place of a covered loss to the covered *automobile* or *non-owned automobile*, to the *covered person's* intended or alternate destination.

**Automobile Electronic Equipment Coverage**

1. We will pay for direct and accidental loss to:

a. Any electronic equipment designed for the reproduction of sound, including, but not limited to:

(1) Radios and stereos;

(2) Tape decks; or

(3) Compact disc players.

b. Any other electronic equipment that receives or transmits audio, visual or data signals, including, but not limited to:

(1) Citizens band radios;

(2) Telephones;

(3) Two-way mobile radios;

(4) Scanning monitor receivers;

(5) Television monitor receivers;

(6) Video cassette recorders;

(7) Audio cassette recorders; or

(8) Personal computers.

This coverage applies only if:

a. The electronic equipment is permanently installed in the covered *automobile*, motorhome or *non-owned automobile*; or

b. The equipment is:

(1) Removable from the housing unit which is permanently installed in the *automobile*, motorhome or *non-owned automobile*;

(2) Designed to be solely operated by use of the power from the *automobile's* or motorhome's electrical system; and

(3) In or upon the covered *automobile*, motorhome or *non-owned automobile*;

At the time of the loss.

We will also pay for direct and accidental loss to:

a. Any other accessories used with equipment described above; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy

**ENCOMPASS.**
I N S U R A N C E

Formerly known as CNA Personal Insurance

b. Tapes, records, discs, or other media if they are:

(1) You or your *family member's* property; and

(2) In the covered *automobile*, motorhome or *non-owned automobile*;

At the time of loss.

2. The limit of liability for loss of electronic equipment that receives or transmits audio, visual or data signals and any accessories used with this equipment will be the lesser of the:

a. Amount shown in the Coverage Summary for "Automobile Electronic Equipment Coverage";

b. Actual cash value of the stolen or damaged property; or

c. Amount necessary to repair or replace the property with other property of like kind and quality.

An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total loss.

If a repair or replacement results in better than like kind and quality, we will not pay for the amount of the betterment.

Loss payment under this coverage is subject to the *comprehensive* deductible shown on the Coverage Summary for the covered *automobile* or motor home involved in the loss.

The lowest *comprehensive* deductible shown in the Coverage Summary applies if a loss occurs involving a *non-owned automobile* being used by you or a *family member*.

3. Under this **Additional Physical Damage Coverage** we will not pay for any electronic equipment that is:

a. Necessary for the normal operation of the covered vehicle or the monitoring of the vehicles operating systems; or

b. Both:

(1) An integral part of the same unit housing any sound reproducing equipment designed solely for the reproduction of

sound if the sound reproducing equipment is permanently installed in the covered *automobile*, motorhome or *non-owned automobile*; and

(2) Permanently installed in the opening of the dash or console of the covered *automobile*, motorhome or *non-owned automobile*. The opening must be normally used by the manufacturer for the installation of a radio.

4. Electronic equipment meeting the conditions of this provision is not considered *custom* equipment in or upon any pickup or van.

## PHYSICAL DAMAGE LOSSES WE DO NOT COVER

We will not pay for:

1. Damage due and confined to:

a. Freezing;

b. Wear and tear;

c. Electrical or mechanical breakdown or failure; or

d. Road damage to tires.

This exclusion (1) does not apply if the damage results from the total *theft* of a covered *motor vehicle* or any *non-owned automobile*.

2. Loss or damage due to neglect, meaning neglect of you or a *family member* to use all reasonable means to save and preserve property at and after the time of a loss.

3. Loss to any *non-owned automobile* when used by you or a *family member* without reasonable belief that the person is entitled to do so.

4. Loss to any *non-owned automobile* being maintained or used by any person while employed or otherwise engaged in the *business* of:

a. Selling;

b. Repairing;

c. Servicing;

d. Storing; or

e. Parking;



Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy



**ENCOMPASS**
I N S U R A N C E

Formerly known as CNA Personal Insurance

vehicles designed for use on public highways. This includes road testing and delivery.

5. Loss to any *non-owned automobile* being maintained or used by any person while employed or otherwise engaged in any *business* not described in exclusion 4. This exclusion (5.) does not apply to the maintenance or use by you or a *family member* of a *non-owned automobile* which is a private passenger automobile or trailer.

6. Loss to a covered *motor vehicle* or any *non-owned automobile* which occurs while it is being used as a public or livery conveyance. This exclusion does not apply to a share-the-expense car pool.

7. A total loss to a covered *motor vehicle* or a *non-owned automobile* due to destruction or confiscation by governmental or civil authorities.

   This exclusion (7.) does not apply to the interests of lienholders in a covered *motor vehicle*.

8. Loss or damage to any *custom* furnishings or equipment in or upon any pickup or van shown in the Coverage Summary, unless the Coverage Summary indicates that "Customization Coverage" is provided for that vehicle.

9. Loss to any electronic equipment, including their accessories, tapes, records, discs or other media, except as provided in **Additional Physical Damage Coverages**, and **Automobile Electronic Equipment Coverages**.

10. Loss to equipment designed or used for the detection or location of law enforcement devices for monitoring speed.

11. Loss to any vehicle located inside a facility designed for racing, for the purpose of:

    a. Competing in; or

    b. Practicing or preparing for;

    any prearranged or organized racing or speed contest.

12. Loss caused directly or indirectly by:

    a. War, including undeclared war;

    b. Civil war;

    c. Insurrection;

    d. Rebellion or revolution;

    e. Warlike act by a military force or military personnel;

    f. Destruction or seizure or use for a military purpose;

    g. Discharge of a nuclear weapon, even if accidental; or

    h. Radioactive contamination;

    including any consequence of any of these.

13. Loss which:

    a. May reasonably be expected to result from the intentional acts of you or any *family member*; or

    b. Is in fact intended by you or any *family member*.

14. Loss to, or loss of use of, a *non-owned automobile* rented by:

    a. You; or

    b. Any *family member*;

    If the rental vehicle company is precluded from recovering such loss or loss of use, from you or that *family member*, pursuant to the provisions of any applicable rental agreement or state law.

## HOW WE SETTLE PHYSICAL DAMAGE CLAIMS AND WHAT YOU MUST DO

1. **How We Pay Claims.**

   We may pay for loss in money or repair or replace the damaged or stolen property. We may at our expense, return any stolen property to you.

   If we return stolen property we will pay for any damage resulting from the *theft*. We may keep all or part of the property at an agreed upon or appraised value.

   If we pay for loss in money, our payment will include the applicable sales tax for the damaged or stolen property.

2. **Appraisal.**

   If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event each party will select a competent

**Your Policy**

**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

appraiser within 20 days after receiving a written request from the other. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where you live. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a.  Pay its own appraiser; and

b.  Bear the other expenses of the appraisal and umpire equally.

We do not waive any of our rights under this policy by agreeing to an appraisal.

3.  **Your Duties After Loss.**

You agree to see that the following things are done after a loss. We have no duty to provide coverage under this policy unless there has been full compliance with these duties:

a.  Give prompt notice to us or our agent.

b.  Notify the police in case of loss by *theft*.

c.  Protect the *motor vehicles* and their equipment from further damage. We will pay reasonable expenses incurred to do this.

d.  As often as we reasonably require:

(1) Permit us to inspect and appraise the damaged property before its repair or disposal;

(2) Provide us with records and documents we request and permit us to make copies; and

(3) Submit to examination under oath, while not in the presence of any other *covered person* and sign the same.

e.  Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

(1) The time and cause of loss;

(2) The interest of you, *family members* and all others in the property involved

and all loss payees on the *motor vehicle*;

(3) Other insurance which may cover the loss;

(4) Specifications of damaged property and detailed repair estimates;

f.  A person seeking any coverage must cooperate with us in the investigation, settlement or defense of any claim or suit.

4.  **Who We Pay.**

We pay you unless another party is named in the policy or is legally entitled to receive payment.

5.  **No Benefit To Bailee.**

There is no coverage for anyone holding, storing or transporting property for a fee regardless of any other coverage afforded by this policy.

This insurance shall not directly or indirectly benefit any carrier or other bailee for hire.

6.  **Suit Against Us.**

No action can be brought unless the policy provisions have been complied with and the action is started:

a.  Within one year after the date of loss; but

b.  Not until 30 days after the proof of loss has been filed and the amount of loss has been determined.

However, the one year period is extended by the number of days between the date the proof of loss is submitted and the date the claim is submitted in whole or in part.

7.  **Abandonment Of Property.**

We need not accept any property abandoned by a *covered person*.

**GENERAL PROVISIONS – MOTOR VEHICLE**

1.  The "GENERAL PROVISIONS" is amended as follows:

**OTHER INSURANCE** – The following exception is added:

Exception:

Any insurance we provide with respect to a *non-*

# Your Policy



Formerly known as CNA Personal Insurance

*owned automobile* you do not own, or a covered corporately owned *automobile*, shall be excess over any other collectible insurance or other source of recovery including, but not limited to:

a.  Any coverage provided by the owner of the vehicle;

b.  Any other applicable physical damage insurance; or

c.  Any other source of recovery applicable to the loss.

**TERRITORY** – The following exception is added:

Exception:

For **Personal Liability – Motor Vehicle** coverage, if the *accident* occurs in Mexico the suit must be brought in the United States of America.

This policy applies to loss to, or *accidents* involving, a covered *motor vehicle* while being transported by sea to and between foreign ports, including Mexican ports.

---

**IMPORTANT INFORMATION ABOUT PERSONAL LIABILITY COVERAGE FOR YOUR MOTOR VEHICLES**

*Motor Vehicle accidents* in Mexico are subject to the laws of Mexico, not the laws of the United States. Under Mexican law, *motor vehicle accidents* are considered a criminal offense as well as a civil matter.

**THE COVERAGE WE PROVIDE UNDER THE MOTOR VEHICLE SEGMENT DOES NOT MEET MEXICAN MOTOR VEHICLE INSURANCE REQUIREMENTS.**

Mexican law requires you to purchase liability insurance through a licensed Mexican insurance company if you are driving your *motor vehicle* into Mexico.

---

2.  The following provisions are added to the **"GENERAL PROVISIONS"**:

    a.  **LOSS PAYABLE CLAUSE.**

        Loss or damage under this policy shall be paid, as interest may appear, to you and the loss payee shown in the Coverage Summary.

This insurance, with respect to the interest of the loss payee, shall not become invalid because of your fraudulent acts or omissions unless the loss results from your conversion, secretion or embezzlement of your *motor vehicle*. However, we reserve the right to cancel the policy as permitted by policy terms and the cancellation shall terminate this agreement as to the loss payee's interest. We will give the same advance notice of cancellation or nonrenewal to the loss payee as we give to the named insured shown in the Coverage Summary.

When we pay the loss payee we shall, to the extent of payment, be subrogated to the loss payee's rights of recovery.

b.  **THE LAW.**

    If anything in this policy conflicts with state or local laws, we agree to honor any claim or suit in conformity with the law.

    If a *motor vehicle accident* to which this policy applies occurs in any state or province other than the one in which the *motor vehicle* is principally garaged, we will interpret your policy for that *accident* as follows:

    (1)  If a state or province has a compulsory insurance or similar law requiring a non-resident to maintain insurance whenever the non-resident uses a *motor vehicle* in that state or province, your policy will provide at least the required minimum amounts and types of coverage.

    (2)  If a state or province has a financial responsibility or similar law specifying limit(s) of liability for *bodily injury* or *property damage* higher than the limit(s) shown in the Coverage Summary, your policy will provide the higher specified limit(s).

    No one will be entitled to duplicate payments for the same elements of loss.

    When this policy is certified as future proof of financial responsibility, this policy complies with the law to the extent required.

c.  **SUBROGATION.**

    We may require an assignment of rights of

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy

**ENCOMPASS.**
I N S U R A N C E

Formerly known as CNA Personal Insurance

recovery for a loss to the extent that payment is made by us. If an assignment is sought, a person to or for whom payment was made must sign and deliver all related papers and cooperate with us.

However, our rights under this provision do not apply under **Physical Damage – Motor Vehicle** against any person using a covered *motor vehicle* with permission from you.

With respect to any *motor vehicle* to which this policy applies, any person that we make payment to under this policy that recovers damages from another shall:

(1) Hold in trust for us any proceeds from the recovery; and

(2) Reimburse us to the extent of our payment.

d.  **CHANGES DURING THE POLICY PERIOD.**

For all policy changes during the policy term, you must notify us within 30 days of the change. All premium adjustments as a result of the policy change will be made effective on the date of change. Changes made during the last 30 days of the policy term will not be reflected in the current term, however, these changes must be reported to us in

order for coverage to be provided.

If there is a change to the information used to develop the premium for this policy, we may adjust your premium. Changes during the policy term that may result in a premium increase or decrease include, but are not limited to, changes in:

(1) The number, type or use classification of insured vehicles;

(2) Operators using insured vehicles;

(3) The place of principal garaging of insured vehicles;

(4) Coverage, deductible or limits.

If a change requires a premium adjustment, we will make the premium adjustment in accordance with our manual rules.

e.  **TWO OR MORE MOTOR VEHICLE POLICIES.**

If this policy and any other *motor vehicle* policy issued to you by us apply to the same *accident*, the maximum limit of our liability under all the policies shall not exceed the highest applicable limit of liability under any one policy.



Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy

**ENCOMPASS.**
I N S U R A N C E.

Formerly known as CNA Personal Insurance

# INTRODUCTION

### COVERAGES YOU HAVE PURCHASED

Your policy consists of this **"INTRODUCTION,"** the **"GENERAL PROVISIONS"** found at the end of your policy, and one or more Segments you have purchased. The **"INTRODUCTION"** and the **"GENERAL PROVISIONS"** contain information that applies to all the Segments you have purchased unless specifically noted otherwise. Each Segment contains other provisions that apply to that particular coverage.

### AGREEMENT

We will pay claims and provide coverage as described in this policy if you pay the premiums and comply with everything outlined in this policy. The Coverage Summary and the Policy Index forms a part of the contract between you and us. Acceptance of this policy means that you agree that the limits and deductibles shown in the Coverage Summary and in the policy accurately reflect the limits and deductibles you have chosen.

### DEDUCTIBLES

The deductibles in the Coverage Summary are the amount you are responsible for in each loss. If more than one category of property is damaged in the same loss, only the highest deductible will be applied.

### COVERAGE SUMMARY

When we refer to the Coverage Summary in a Segment, we mean the section of the Coverage Summary that corresponds to the applicable Segment, and which details or lists the applicable coverages limits and deductibles for that Segment. Loss settlement for a covered exposure will only be applicable for the Segment for which coverage was purchased.

### DEFINITIONS

**"You"** and **"your"** refer to the person shown as the "Named Insured" in the Coverage Summary and his or her spouse if a resident of the same household. **"We"** and **"us"** and **"our"** refer to the Company providing this insurance.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18538-A Ed. 09-93



**Your Policy**

**ENCOMPASS.**
I N S U R A N C E

Formerly known as CNA Personal Insurance

## GENERAL PROVISIONS

### TABLE OF CONTENTS

|  | Page |
|---|---|
| Waiver or Change of Policy Provisions | 1 |
| Liberalization Clause | 1 |
| Termination | 1 |
|     Cancellation | 1 |
|     Nonrenewal | 1 |
|     Automatic Termination | 2 |
|     Other Termination Provisions | 2 |
| Bankruptcy of Any Covered Person | 2 |
| Other Insurance | 2 |
| Policy Period | 2 |
| Territory | 2 |
| Recovered Property | 2 |
| Transfer Of Your Interest in This Policy | 2 |
| Concealment or Fraud | 3 |



**Your Policy**



Formerly known as CNA Personal Insurance

## GENERAL PROVISIONS

### 1. WAIVER OR CHANGE OF POLICY PROVISIONS

A waiver or change of any policy provision must be in writing from us.

### 2. LIBERALIZATION CLAUSE

If we make a change which broadens coverage under this edition of our policy or Segment without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state.

This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of our policy or Segment.

### 3. TERMINATION

**Cancellation.**

a. You may cancel this policy at any time by returning it to us, or you may cancel the whole policy or any Segment by letting us know in writing of the date cancellation is to take effect.

b. We may cancel for the reasons and with the number of days notice stated below by letting you know in writing of the date. This cancellation may be delivered to you, or mailed to you at your mailing address shown in the Coverage Summary. Proof of mailing will be sufficient proof of notice.

c. We may cancel:

   (1) If you do not pay the premium, at any time by letting you know at least 10 days before the date cancellation takes effect.

   (2) When this policy or Segment has been in effect for 60 days or less and is not a renewal with us, for any reason by letting you know at least 10 days before the date cancellation takes effect.

   (3) When this policy or Segment has been in effect for more than 60 days or at any time if it is a renewal with us:

      (a) If there has been a material

misrepresentation of fact which if known to us would have caused us not to issue the policy; or

(b) If the risk has changed substantially since the policy was issued;

(c) For a **"MOTOR VEHICLE"** Segment If your driver's license or that of:

   (i) Any driver who lives with you; or

   (ii) Any driver who customarily uses your covered *motor vehicle*;

   has been suspended or revoked. This must have occurred during the policy period.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

**Nonrenewal.**

a. We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Coverage Summary, written notice at least 30 days before the expiration date of this policy.

b. We may elect not to renew a Segment by delivering to you or mailing to you at your mailing address shown in the Coverage Summary, written notice at least 20 days for motor vehicles and 30 days for all others before the expiration of the Segment.

c. In either case, proof of mailing will be sufficient proof of notice.

d. If the policy period is:

   (1) Less than 6 months, we will have the right not to renew or continue this policy every six months after its original effective date.

   (2) 1 year or longer, we will have the right not to renew or continue this policy at each anniversary of its original effective date.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy



Formerly known as CNA Personal Insurance

**Automatic Termination.**

If we offer to renew or continue this policy or any Segment and you or your representative do not accept, the policy or Segment will automatically terminate at the end of the current policy period. Failure to pay the required renewal premium when due shall mean that you have not accepted our offer.

If you obtain other insurance, any similar insurance provided by this policy will terminate on the effective date of the other insurance.

**Other Termination Provisions**

a.  If this policy is canceled, you may be entitled to a premium refund. If so, we will send the refund to you or your agent. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

b.  The effective date of cancellation stated in the notice shall become the end of the policy period for this policy or the indicated Segment(s).

## 4. BANKRUPTCY OF ANY COVERED PERSON

Bankruptcy or insolvency of you or any covered person, as defined in the applicable Segment, shall not relieve us of any of our obligations.

## 5. OTHER INSURANCE

When there is other applicable insurance, we will provide coverage as follows:

a.  In the first year of this policy, prior to the exposure's effective date shown in the Coverage Summary for what will be a covered Segment, we will pay all covered claims up to the limits you have purchased in excess of the total limits of all other policies.

b.  During the first and subsequent years of this policy for those exposures shown effective in the Coverage Summary, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits.

c.  No one will be entitled to any payment that

duplicates payment under any other Segment of this policy or from any other source of recovery for the same element of loss.

Exceptions to this provision (5.) may be stated and specifically identified in the provisions of the applicable Segment or in an endorsement to this policy.

## 6. POLICY PERIOD

Claims under this policy must be for:

a.  Loss under the property coverages; or

b.  Liability arising from an accident or occurrence as defined in the applicable Segment;

which occurs during the policy period shown on the Coverage Summary.

## 7. TERRITORY

The policy territory is worldwide.

Exceptions to this provision (7.) may be stated in the provisions of the applicable Segment or in an endorsement to this policy.

## 8. RECOVERED PROPERTY

If you recover any property that we have made payment on under this policy you must immediately notify us. If the recovery is made prior to the conclusion of the loss adjustment, you will have the option to retain the property and we will adjust the loss payment based on the value of the property.

## 9. TRANSFER OF YOUR INTEREST IN THIS POLICY

Your rights and duties under this policy may not be assigned without our written consent.

However, if any person named in the Coverage Summary dies, coverage will be provided for:

a.  The surviving spouse if resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Coverage Summary; and

b.  The legal representative of the deceased person as if a named insured shown in the

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Policy



Formerly known as CNA Personal Insurance

Coverage Summary. This applies only with respect to:

(1) The premises and property of the deceased covered under the policy at the time of death; and

(2) The representative's legal responsibility to maintain or use your covered vehicle, if this policy provides motor vehicle coverage.

Coverage will be provided only until the end of the policy period.

## 10. CONCEALMENT OR FRAUD

This insurance is based on your honest cooperation with us, so the information you gave to us must be correct to the best of your knowledge.

Therefore:

a. For Personal Liability, Optional Excess Liability Home – Medical Expense and Dwelling Fire – Medical Expense, we do

not provide coverage to one or more covered persons who whether before or after a loss has:

(1) Concealed or misrepresented any material fact or circumstance; or

(2) Engaged in fraudulent conduct; or

(3) Made false statements relating to this insurance;

whether as to eligibility or claim entitlement.

b. For all other coverages, we do not provide coverage if whether before or after a loss one or more covered persons has:

(1) Concealed or misrepresented any material fact or circumstance; or

(2) Engaged in fraudulent conduct; or

(3) Made false statements relating to this insurance;

whether as to eligibility or claim entitlement.



Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**Required**
**Coverages and Amendments**



Formerly known as CNA Personal Insurance

## AMENDMENT OF MOTOR VEHICLE PROVISIONS—FLORIDA

### I. DEFINITIONS

Definition **3. Bodily Injury** is deleted and replaced by the following:

**3. Bodily Injury** means bodily harm, sickness or disease, including death resulting therefrom.

The following **Definition** is added to the **MOTOR VEHICLE** Segment only:

**16.** The definitions of **"You"** and **"Your"** in the **INTRODUCTION** are deleted and replaced by the following:

Throughout the policy, **"you"** and **"your"** refer to:

1. The named insured shown on the Coverage Summary; and

2. The spouse if a resident of the same household.

If the spouse ceases to be a resident of the same household during the policy period or prior to the inception of the policy, the spouse will be considered **you** and **your** under this policy but only until the earlier of:

1. The end of 90 days following the spouse's change of residency;

2. The effective date of another policy listing the spouse as a named insured; or

3. The end of the policy period.

### PERSONAL LIABILITY - MOTOR VEHICLE

The following is added:

We will provide **Personal Liability Coverage** for a **covered person** for the maintenance or use of a non-owned golf cart.

### LOSSES WE DO NOT COVER

The following is added to Exclusion **2.**:

This exclusion does not apply to a **family member** using a covered **motor vehicle** which is owned by you.

Provision **7.** is deleted and replaced by the following:

**7.** The maintenance or use of any vehicle while a **covered person** is employed or otherwise engaged in any **business** (other than farming or ranching) not described in Exclusion 6. This Exclusion **7.** does not apply to the maintenance or use of an:

a. **Automobile**;

b. Pickup or van; or

c. Trailer used with a vehicle described in a. or b. above.

The first paragraph of Provision 9b. is deleted and replaced by the following:

**9.b.** An additional **motor vehicle** when you ask us to insure it within the 14 day period after you become the owner and coverage has been agreed to by us.

Provision 9.c. is deleted and replaced by the following:

**9.c.** A **motor vehicle** that replaces one shown in the Coverage Summary.

The replacement vehicle will have the broadest coverage applicable to any **motor vehicle** shown in the Coverage Summary.

Provision **9.g.** is added:

g. any non-owned golf cart.

### MEDICAL EXPENSE - MOTOR VEHICLE

### LOSSES WE DO NOT COVER

The following is added to Exclusion **2.**:

This exclusion does not apply to a **family member** using a covered **motor vehicle** which is owned by you.

### PHYSICAL DAMAGE - MOTOR VEHICLE

### INSURING AGREEMENT



Provision **2.** is deleted and replaced by the following:

# Required Coverages and Amendments



**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

We will cover additional *motor vehicles* for 14 days after you become the owner, provided all the other *motor vehicles* owned by you are covered by us, unless excluded by endorsement.

If there is a loss to an additional or replacement *motor vehicle* we will provide the broadest coverage applicable to any *motor vehicle* shown in the Coverage Summary.

For coverage beyond the 14 days you must have asked us to insure the *motor vehicle* and we must have agreed to provide coverage. With respect to a newly acquired pickup or van, no other insurance policy may provide coverage for the vehicle.

If no *comprehensive* or *collision* coverages are on any vehicles currently on the policy, a newly acquired *motor vehicle* will be provided with retroactive *comprehensive* and *collision* coverage provided that the *covered person* requests coverage within 4 days after becoming the owner of the vehicle. If a *covered person* complies with the 4 day requirement and a loss occurs before the *covered person* asks us to insure the newly acquired vehicle, a $500 *comprehensive* and *collision* deductible will apply.

Provision 4. is deleted and replaced by the following:

4. We will cover *motor vehicles* that replace one shown in the Coverage Summary. The replacement vehicle will have the broadest coverage available to any vehicle currently on the policy. However, if:

   a. You wish to add or continue *collision or comprehensive* coverage for the replacement vehicle; or

   b. The replacement vehicle is a pickup or van used in any *business*, other than farming or ranching;

   You must have asked us to insure it within 14 days after you become the owner and we must have agreed to provide coverage.

   If loss to more than one covered *motor vehicle* or *non-owned automobile* results from the same covered loss, only the highest applicable deductible will apply.

## ADDITIONAL PHYSICAL DAMAGE COVERAGES

### Automobile Electronic Equipment Coverage

The following is added to provision **3.b.(2)**:

For loss to sound reproducing equipment that is installed in locations not used by the manufacturer for the installation of a radio or other sound reproducing equipment, the most we will pay is $1000.

## II. PHYSICAL DAMAGE - MOTOR VEHICLE

### HOW WE SETTLE PHYSICAL DAMAGE CLAIMS AND WHAT YOU MUST DO

The Appraisal provision is deleted and replaced by the following:

### APPRAISAL

a. If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. Upon notice of a demand for appraisal, the opposing party may, prior to appraisal, demand mediation of the dispute in accordance with the Mediation provision contained in the General Provisions of the policy. The mediation must be completed before a demand for appraisal can be made.

b. In the event of a demand for appraisal, each party will select a competent appraiser. The two appraisers will select an umpire. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   (1) Pay its chosen appraiser; and

   (2) Bear the expenses of the appraisal and umpire equally.

c. We do not waive any of our rights under this policy by agreeing to an appraisal.

## III. GENERAL PROVISIONS

A. The following is added to the exception to the Other Insurance provision in the **"MOTOR VEHICLE"** Segment:

   With respect to any covered *automobile* leased under a written lease agreement for 1

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Required Coverages and Amendments



**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

year or longer, if the combined single limit of liability is at least $350,000, we will first provide the limits set forth in FLA. STAT. sub-section 324.021(9)(b), as follows:

1. $100,000 for *bodily injury* to any one person in any one *accident;*

2. Subject to the limit per person, $300,000 for *bodily injury* to two or more people in any one *accident;* and

3. $50,000 for injury to, or destruction of, property of others in any one *accident.*

This provision will not change our total limit of liability.

However, we will provide primary insurance for a vehicle you do not own if:

1. The vehicle is leased by you under a written rental or lease agreement; and

2. The face of the rental or lease agreement contains, in at least 10-point type, the following language:

The valid and collectible liability insurance of any authorized rental or leasing driver is primary for the limits of liability coverage required by FLA. STAT. SECTION 324.021(7).

**B.** The Termination provision is deleted and replaced by the following:

**3. TERMINATION**

**Cancellation**

a. You may cancel this policy at any time by returning it to us, or you may cancel this Segment by letting us know in writing of the date cancellation is to take effect.

b. The named insured:

(1) May not cancel this policy, if this policy provides **Personal Injury Protection** and **Personal Liability Coverage**, during the first 60 days immediately following the date of issuance or renewal unless:

(a) The covered *motor vehicle* has been totally destroyed so that it is no longer operable on the roads of Florida; or

(b) The named insured transfers ownership of the covered *motor vehicle;* or

(c) The named insured obtains other insurance on the covered *motor vehicle;* or

(d) The named insured is a member of the United States Armed Forces and is called to or on active duty outside the United States in an emergency situation.

(2) May cancel for any reason after this policy is in effect for 60 days.

c. If this is a new policy, we will not cancel for nonpayment of premium during the first 60 days following the date of issuance. However, we may cancel if a check used to pay us is dishonored for any reason.

d. After this policy is in effect for 60 days, we will cancel only:

(1) For nonpayment of premium; or

(2) If your driver's license or that of:

(a) Any driver who lives with you; or

(b) Any driver who customarily uses a covered *motor vehicle;*

has been suspended or revoked. This must have occurred during:

(a) The policy period; or

(b) The 180 days immediately preceding the original effective date of the policy; or

(3) If the policy was obtained through material misrepresentation or fraud.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Required
# Coverages and Amendments



**ENCOMPASS**
INSURANCE

Formerly known as CNA Personal Insurance

e. Except as provided in Section f., we may cancel by mailing by registered or certified mail or United States Post Office proof of mailing to the named insured shown in the Coverage Summary at the address shown in the policy:

    (1) At least 10 days notice if cancellation is for nonpayment of premium; or

    (2) At least 45 days notice in all other cases.

f. In the event we determine that you have been charged an incorrect premium for coverage requested in your application for insurance, we shall immediately mail you notice of any additional premium due us. If within 15 days of the notice of additional premium due (or a longer time period as specified in the notice), you fail to either:

    (1) Pay the additional premium and maintain this policy in full force under its original terms; or

    (2) Cancel this policy and demand a refund of any unearned premium;

then this policy shall be cancelled effective 15 days from the date of the notice (or a longer time period as specified in the notice).

**Nonrenewal**

If we decide not to renew or continue this policy we will mail advance notice to the named insured shown in the Coverage Summary at the address shown in this policy at least 45 days before the end of the policy period. Notice will be mailed by registered or certified mail or United States Post Office proof of mailing. If the policy period is other than 1 year, we will have the right not to renew or continue it only at each anniversary of its original effective date.

We will not refuse to renew or continue this policy solely because:

a. You were convicted of one or more traffic violations which did not involve an *accident* or cause revocation or suspension of your driving privilege unless you have been convicted of, or plead guilty to:

    (1) Two such traffic violations within an 18 month period;

    (2) Three or more such traffic violations within a 36 month period; or

    (3) Exceeding the lawful speed limit by more than 15 miles per hour; or

b. You have had only one *accident* if we have insured the covered *motor vehicle* for a period of at least 5 years immediately preceding the renewal date.

**Automatic Termination.** If we offer to renew or continue and you or your representative do not accept, this policy, will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If you obtain other insurance on a covered *motor vehicle* any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.

**Other Termination Provisions.**

a. We may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.

b. If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Required
## Coverages and Amendments



Formerly known as CNA Personal Insurance

c. The effective date of cancellation stated in the notice shall become the end of the policy period.

C. The following provision is added:

**MEDITATION**

In any claim filed with us for:

a. Loss resulting from **bodily injury** in an amount of $10,000 or less;

b. **Property damage**; or

c. Loss to a covered **motor vehicle** or any **non-owned automobile**;

either party may demand mediation of the claim, prior to taking legal action, by filing a written request with the Department of Insurance on a form which may be obtained from the Department. The request must state:

a. Why mediation is being requested; and

b. The issues in dispute which are to be mediated.

All other provisions of this policy apply.



Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Required
# Coverages and Amendments

**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

## AMENDMENT OF HOME AND DWELLING FIRE PROVISIONS—FLORIDA

### I. DEFINITIONS

Definition **2., Bodily Injury** is deleted and replaced by the following:

2. **Bodily Injury** means physical bodily harm, including sickness or disease. This includes required care, loss of services and death resulting therefrom.

### II. PROPERTY COVERAGE

#### A. REAL PROPERTY - LIMIT OF LIABILITY

Paragraph 2. in The **"HOME"** Segment is deleted and replaced by the following:

2. If you have:

   a. Maintained coverage on the real property at 100% of its full replacement cost by paying renewal premium to reflect the then current replacement cost; and

   b. Notified us within 90 days of the start of any alterations to the real property which increase the replacement cost of the real property by 5% or more;

   Then, if at the time of loss the residence or dwelling value indicated in the Coverage Summary is less than the current replacement cost, we will:

   a. Increase the residence value to equal the smallest of:

      (1) The current replacement cost; or

      (2) 150 % of the residence value shown on the Coverage Summary for an Elite **"HOME"** Segment or 130% of the residence value shown on the Coverage Summary for a Deluxe or Special **"HOME"** Segment;

   b. Also increase the aggregate property limit by the same percentage applied to the residence value; and

   c. Adjust the policy premium from the time of loss for the remainder of the

policy term based on the increased limit of liability.

"Current replacement cost" does not include any additional costs necessary to comply with any ordinance or law that regulates the construction, repair or demolition of the property.

#### B. TANGIBLE PERSONAL PROPERTY - COVERED PERILS

The following peril is added:

**Sinkhole Collapse**, meaning actual physical damage arising out of, or caused by sudden settlement or collapse of the earth supporting such property and only when such settlement or collapse results from subterranean voids created by the action of water on limestone or similar rock formations.

#### C. ADDITIONAL PROPERTY COVERAGES

1. Paragraph 1.a. of Additional Living Expense is deleted and replaced by the following:

   1. Additional Living Expense.

      a. If a loss covered under **Property Coverage** makes your **residence premises** uninhabitable, we cover necessary increases in living expenses incurred by you so your household can maintain its normal standard of living. Payment is for:

         (1) The shortest time required to repair or replace the damaged portion of the premises; or

         (2) If you permanently relocate, the shortest time required for your household to settle elsewhere.

      This period of time is not limited by expiration of this policy. We do not

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Required
# Coverages and Amendments

**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

cover loss or expense due to cancellation of a lease or agreement.

This coverage is limited to 15% of the aggregate property limit shown on your Coverage Summary.

**2.** Additional Property Coverage 6., **Building Ordinance Increased Costs**, in the Deluxe and Elite **"HOME"** Segments is deleted and replaced by the following:

**6. Building Ordinance Increased Cost.**

We cover any increased expenses you incur from any ordinance or law regulating the construction, repair or demolition to the damaged area of your covered real property that results from a covered loss. This coverage is limited to 15% of the aggregate property limit shown on your Coverage Summary.

**3.** The Glass and Safety Glazing Material Additional Property Coverage is deleted and replaced by the following:

**Glass and Safety Glazing Material**

a. We cover on your *residence premises*:

(1) The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window;

(2) The breakage, caused directly by Earth Movement, of glass or safety glazing material which is part of a covered building, storm door or storm window; and

(3) The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

b. This coverage does not include loss:

(1) To covered property which results because the glass or safety glazing material has been broken, except as provided in a. (3) above; or

(2) On the *residence premises* if the dwelling has been vacant for more than 30 consecutive days immediately before the loss, except when the breakage results directly from Earth Movement as provided for in a. (2) above. A dwelling being constructed in not considered vacant.

Loss to glass covered under this ADDITIONAL COVERAGE will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

This coverage does not increase the limit of liability that applies to the damaged property.

(For the **"DWELLING FIRE"** Segment, the term *residence premises* is replaced by the term *scheduled location* for this Additional Coverage).

**4.** The following is added to the **Collapse** peril:

Collapse means:

(1) An abrupt falling down or caving in of a building or any part of a building with the result that the building cannot be occupied for its intended purpose.

(2) A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

(3) A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Required
# Coverages and Amendments

(4) A building that is standing or any part of a building that is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage, or expansion.

## D. LOSSES WE DO NOT COVER

The Earth Movement exclusion (1.b. for Deluxe and Special **"HOME"** Segments, 2.a. for Elite **"HOME"** Segments, and 2.b. for **"DWELLING FIRE"** Segments) is deleted and replaced by the following:

We do not insure for loss caused by earth movement, meaning: earthquake including land shock waves or tremors before, during or after a volcanic eruption; landslide; mudflow; mine subsidence; earth subsidence; earth sinking, rising or shifting; unless direct loss by:

a. Fire; or

b. Explosion;

ensues, and then we will pay only for the ensuing loss.

This exclusion does not apply to loss by *theft*.

## E. HOW WE SETTLE PROPERTY CLAIMS AND WHAT YOU MUST DO

1. Condition 5. **Appraisal** is deleted and replaced by the following:

   5. **Mediation or Appraisal**. If you and we fail to agree on the amount of loss, either may:

      a. Demand a mediation of the loss in accordance with the rules established by the Florida Insurance Department. The loss amount must be $500 or more, prior to application of the deductible; or there must be a difference of $500 or more between the loss settlement amount we offer and the loss settlement amount the you request. The settlement in the course of the mediation is binding only if both parties agree, in writing, on a settlement and, you have not

rescinded the settlement within 3 business days after reaching settlement. You may not rescind the settlement after cashing or depositing the settlement check or draft we provided to you.

We will pay the cost of conducting any mediation conference except when you fail to appear at a conference. That conference will then be rescheduled upon your payment of the mediator's fee for that rescheduled conference. However, if we fail to appear at a mediation conference, we will pay your actual cash expenses you that incur in attending the conference and also pay the mediator's fee for the rescheduled conference.

b. Demand an appraisal of the loss. In this event, each party will choose a competent appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the *residence premises* is located. The appraisers will separately set the amount of the loss. If the appraisers submit a written report of an agreement to the amount agreed upon will be the amount of the loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of the loss.

Each party will:

(1) Pay its own appraiser; and

(2) Bear the other expenses of the appraisal and umpire equally.

If, however, we demanded the mediation and either party rejects the mediation results, you are not required to submit to, or participate in, any appraisal of the loss as a

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Required
# Coverages and Amendments

**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

precondition to action against us for failure to pay the loss.

2. Condition 6. **Suit Against Us** is deleted and replaced by the following:

   **6. Suit Against Us.**

   No action can be brought unless the policy provisions have been complied with and the action is started:

   a. Within five years after the date of loss; but

   b. Not until 30 days after the proof of loss has been filed and the amount of loss has been determined.

   However, the five year period is extended by the number of days between the date the proof of loss is submitted and the date the claim is denied in whole or in part.

3. Condition 8. **Who We Pay** is deleted and replaced by the following:

   **8. WHO WE PAY**

   We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable:

   a. 20 days after we receive your proof of loss and reach written agreement with you; and

   b. 60 days after we receive your proof of loss and;

      (1) There is an entry of a final judgment; or

      (2) There is a filing of an appraisal award or a mediation settlement with us.

## III. LIABILITY COVERAGE – HOME

### PERSONAL LIABILITY – LIMIT OF LIABILITY

The following is added to the **PERSONAL LIABILITY – LIMIT OF LIABILITY**:

Subject to the above, our total liability under this section for damages which a **covered person** is legally liable because of statutorily imposed vicarious parental liability not otherwise excluded is $10,000. This sub-limit is within, but does not

increase the limit of liability for **Personal Liability**.

The limit of liability above and the sub-limit above apply regardless of the number of **covered persons**, claims made, or persons injured.

## IV. GENERAL PROVISIONS

**A.** Provision 3. **Termination** is deleted and replaced by the following:

   **3. TERMINATION**

   **Cancellation.**

   a. You may cancel this policy at any time by returning it to us, or you may cancel this Segment by letting us know in writing of the date cancellation is to take effect.

   b. When this policy has been in effect for 90 days or less, we may cancel immediately if there has been a material misstatement or misrepresentation or failure to comply with underwriting requirements.

   c. We may also cancel this policy subject to the following provisions. A written cancellation notice, together with the specific reasons for cancellation, will be delivered to you, or mailed to you at your mailing address shown in the Coverage Summary.

   Proof of mailing will be sufficient proof of notice.

      (1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

      (2) When this policy has been in effect for 90 days or less, we may cancel for any reason, except we may not cancel;

      (a) On the basis of property insurance claims that are the result of an Act of God, unless we can demonstrate, by claims frequency or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**Required Coverages and Amendments**

**ENCOMPASS**
INSURANCE

Formerly known as CNA Personal Insurance

otherwise, that the **covered person** has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

(b) On the basis of filing of claims for partial loss caused by sinkhole damage or clay shrinkage, regardless of whether this policy has been the subject of a sinkhole claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may cancel this policy if:

   (i) The total of such property claim payments for this policy exceeds the current policy limits of coverage for property damage; or

   (ii) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

Except as provided in item b. above, we will let you know of our action at least 20 days before the date cancellation takes effect.

(3) When this policy has been in effect for more than 90 days, we may cancel:

(a) If there has been a material misstatement;

(b) If the risk has changed substantially since the policy was issued;

(c) In the event of failure to comply with underwriting requirements established by us within 90 days of the effective date of coverage;

(d) If the cancellation is for all insureds under policies of this type for a given class of insureds;

(e) On the basis of property insurance claims that are the result of an Act of God, if we can demonstrate, by claims frequency or otherwise, that the **covered person** has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

(f) On the basis of filing of claims for partial loss caused by sinkhole damage or clay shrinkage, regardless of whether this policy has been the subject of a sinkhole claim, or on the basis of the risk associated with the occurrence of such a claim, if:

   (i) The total of such property claim payments for this policy exceeds the current policy limits of coverage for property damage; or

   (ii) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

This can be done by letting you know at least 90 days before the date cancellation takes effect.

d. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

e. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**Required Coverages and Amendments**



ENCOMPASS
INSURANCE

Formerly known as CNA Personal Insurance

f.  If you fail to maintain coverage on real property at 100% of its full replacement cost. The current replacement cost of the real property will be based on residential construction cost data provided to us by a residential valuation company and/or the physical inspection of the real property performed by us, or for us by a property inspection company.

**Nonrenewal.**

We may elect not to renew this Segment. However, we will not nonrenew this Segment:

a.  On the basis of property insurance claims that are the result of an Act of God, unless we can demonstrate, by claims frequency or otherwise, that the **covered person** has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

b.  On the basis of filing of claims for partial loss caused by sinkhole damage or clay shrinkage, regardless of whether this policy has been the subject of a sinkhole claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may elect not to renew this policy if:

(1)  The total of such property claim payments for this policy exceeds the current policy limits of coverage for property damage; or

(2)  You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

We may do so by delivering to you or mailing to you at your mailing address shown in the Coverage Summary, written notice, together with the specific reasons for nonrenewal, at least 90 days before

the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

**Automatic Termination.**

If we offer to renew or continue this policy or any Segment and you or your representative do not accept, the policy or Segment will automatically terminate at the end of the current policy period. Failure to pay the required renewal premium when due shall mean that you have not accepted our offer.

If you obtain other insurance, any similar insurance provided by the policy will terminate on the effective date of the other insurance.

**Other Termination Provisions**

a.  If this policy is canceled, you may be entitled to a premium refund. If so, we will send the refund to you or your agent. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

b.  The effective date of cancellation stated in the notice shall become the end of the policy period for this policy or the indicated Segment(s).

**B.**  The following sentence is added to the first paragraph of the Subrogation provision:

However, we waive any rights of recovery against the corporation or association of property owners of the condominium where the **residence premises** is located.

**C.**  The following condition is added:

**Renewal Notification.** If we elect to renew this policy, we will let you know, in writing:

a.  Of our decision to renew this policy; and

b.  The amount of renewal premium payable to us.



Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Required
# Coverages and Amendments

**ENCOMPASS.**
I N S U R A N C E

Formerly known as CNA Personal Insurance

This notice will be delivered to you or mailed to you at your mailing address shown in the Coverage Summary at least 45 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

All other provisions of this policy apply.



Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Optional Coverages



**ENCOMPASS.**
I N S U R A N C E

Formerly known as CNA Personal Insurance

## UNINSURED MOTORISTS COVERAGE—FLORIDA (NON—STACKED)

In consideration of an additional premium, if the Coverage Summary shows an amount of "Uninsured Motorists" coverage, we will provide the coverage described by the provisions of this endorsement.

**DEFINITIONS**

The following words and phrases are defined for this **"UNINSURED MOTORISTS COVERAGE"** endorsement. Only in regard to the coverage provided by this endorsement, the following definitions replace any corresponding definitions in the **"MOTOR VEHICLE"** Segment.

1. **Covered Person** means:

   a. You for the ownership, maintenance or use of any vehicle;

   b. Any **family member**:

      (1) Who does not own an **automobile**, for the maintenance or use of any vehicle;

      (2) Who owns an **automobile**, but only for the use of an **insured motor vehicle**;

   c. Any other person **occupying** an **insured motor vehicle** with your consent;

   d. Any person for damages that person is entitled to recover because of **bodily injury** to which this coverage applies sustained by a person described in a., b. or c. above;

   e. You or any **family member** as a pedestrian when struck by a vehicle.

2. **Insured Motor Vehicle** means:

   a. An **automobile**, motorcycle or motorhome shown in the Coverage Summary if the Coverage Summary indicates "Uninsured Motorists" coverage for that vehicle. This includes an **automobile**, motorcycle or motorhome that replaces one shown in the Coverage Summary, if you ask us to insure the **automobile**, motorcycle or motorhome, and we agree.

   b. Additional **automobiles**, motorcycles or motorhomes for 30 days after you become the owner, provided all the other **automobiles**, motorcycles and motorhomes

owned by you are either covered by us or excluded by endorsement.

For coverage beyond the 30 days, you must ask us to insure the **automobile**, motorcycle or motorhome, and we must agree.

   c. An **automobile**, motorcycle, motorhome or trailer not owned by you or a **family member** if being temporarily used while an **automobile**, motorcycle or motorhome shown in the Coverage Summary is out of its normal use because of its breakdown, repair, servicing, loss or destruction. It must not be available or furnished for the regular use of you or any **family member**.

   d. An **automobile**, motorcycle, motorhome or trailer not owned by you or any **family member** if being operated by you. This vehicle must not be available or furnished for the regular use of you or any **family member**.

   e. Any trailer you own.

   **Insured Motor Vehicle** does not include a vehicle that a **covered person** makes available for public hire.

3. **Uninsured Motor Vehicle** means a land motor vehicle or trailer of any type.

   a. To which no **bodily injury** liability bond or policy applies at the time of the **accident**.

   b. To which a bodily injury liability bond or policy applies at the time of the **accident** but the amount paid for **bodily injury** under that bond or policy to a **covered person** is not enough to pay the full amount the **covered person** is legally entitled to recover as damages.

   c. Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits or which causes an **accident** resulting in **bodily injury** without hitting:

      (1) You or any **family member**; 

      (2) A vehicle which you or any **family member** are **occupying**; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Optional Coverages

**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

(3) An **insured motor vehicle**.

If there is no physical contact with the hit-and-run vehicle the facts of the **accident** must be proved. We will only accept competent evidence other then the testimony of a person making claims under this or any similar coverage.

d.  To which a **bodily injury** liability bond or policy applies at the time of the **accident** but the bonding or insuring company;

(1) Denies coverage; or

(2) Is or becomes insolvent.

However, **uninsured motor vehicle** does not include any vehicle or equipment:

a.  Owned by or furnished or available for the regular use of you or any family member unless it is an **insured motor vehicle** to which Personal Liability of the policy applies and liability coverage is excluded for any person other than you or any **family member** for damages sustained in the **accident** by you or any **family member**.

b.  Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.

c.  Owned by any governmental unit or agency.

d.  Operated on rails or crawler treads.

e.  Designed mainly for use off public roads, while not on public roads.

f.  While used as a residence or premises.

g.  Used as farm equipment.

h.  Which is insured for **Personal Liability - Motor Vehicle** under this policy.

## INSURING AGREEMENT

We will pay compensatory damages which any **covered person** is legally entitled to recover from the owner or operator of an **uninsured motor vehicle** because of **bodily injury:**

1.  Sustained by any **covered person**; and

2.  Caused by an **accident** arising out of the ownership, maintenance or use of an **uninsured motor vehicle**;

Claim or suit must be brought within 1 year from the date of the **accident**.

## LIMIT OF LIABILITY

1.  When the **covered person** is occupying the **insured motor vehicle** at the time of the **accident**:

a.  The limit of liability for "Uninsured Motorists Coverage" stated in the Coverage Summary for each person applicable to your **insured motor vehicle** is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of **bodily injury** sustained by any one person in that **accident**; and

b.  Subject to this limit for each person, the limit of liability for "Uninsured Motorists Coverage" stated in the Coverage Summary for each accident applicable to that "**insured motor vehicle**" is our maximum limit of liability for all damages for **bodily injury** resulting from that **accident**.

2.  When the **covered person** is not **occupying** an **insured motor vehicle** at the time of the **accident**.

a.  The highest limit of liability for "Uninsured Motorists Coverage" stated in the Coverage Summary for each person applicable to any of "the **insured motor vehicle**" is our maximum limit of liability for all damages including damages for care, loss for services or death, arising out of **bodily injury** sustained by any one person in that **accident**; and

b.  Subject to this limit for each person, the highest limit of liability for "Uninsured Motorists Coverage" stated in the Coverage Summary for each accident applicable to any of "the **insured motor vehicle**" is our maximum limit of liability for all damages for **bodily injury** resulting from that **accident**.

This is the most we will pay regardless of the number of:

a.  **Covered persons**;

b.  Claims or suits made;



c.  Vehicles involved in an **accident** or shown in the Coverage Summary;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Optional Coverages



Formerly known as CNA Personal Insurance

d. Persons who sustain injury or damage;

e. Vehicles insured by this or any other policy issued by us or others; or

f. Premiums paid for this coverage.

3. Any coverage afforded under this endorsement shall apply over and above any amounts available to a **covered person** because of the **bodily injury** by or on behalf of persons or organizations who may be legally responsible. This includes all sums paid under **Personal Liability - Motor Vehicle, Medical Expense - Motor Vehicle** and No-fault coverage.

4. We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following:

a. Workers compensation law;

b. Disability benefits law, or similar law;

c. No-fault coverage; or

d. Medical Expense coverage.

5. If the damages a **covered person** is entitled to recover include **medical expenses** which are unreasonable or unnecessary, we may refuse to pay for those **medical expenses** and contest them. Unreasonable **medical expenses** are fees for medical services which are substantially higher than the usual and customary charges for those services.

Unnecessary **medical expenses** are fees for medical services which are not usually and customarily performed for treatment of the injury, including fees for an excessive number, amount or duration of medical services.

If the **covered person** is sued by a medical services provider because we refuse to pay contested **medical expenses,** we will pay all defense costs and any resulting judgment against the **covered person.** We will choose the counsel. The **covered person** must cooperate with us in the defense of any claim or lawsuit. If we ask the **covered person** to attend hearings or trials, we will provide the coverage described in 2.c., **Personal Liability - Motor Vehicle, Other Payments We Make.** We will also pay other reasonable expenses incurred at our expense.

6. **Non-duplication**

a. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage:

(1) Personal Liability; or

(2) Medical Expense; or

(3) No-Fault Coverage;

provided by this policy.

b. We will not make duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

## UNINSURED MOTORISTS LOSSES WE DO NOT COVER

1. We do not provide **Uninsured Motorists Coverage** for **bodily injury** sustained by any **covered person**:

a. While **occupying**, a vehicle owned by you or that person which is not insured for this coverage under this policy. This includes a trailer of any type used with that vehicle.

b. If that person or the legal representative settles the **bodily injury** claim without our consent.

However, this exclusion does not apply:

(1) If such settlement does not prejudice our right to recover payment; or

(2) To a settlement made with the insurer of a vehicle described in Section b. of the definition of the **uninsured motor vehicle**.

c. Using a vehicle without a reasonable belief that the **covered person** is entitled to do so.

This exclusion does not apply to a **family member** using a covered **motor vehicle** which is owned by you.

d. While **occupying**, or when struck by, a vehicle operated by a **covered person** excluded from coverage by endorsement(s) attached to this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Optional Coverages



Formerly known as CNA Personal Insurance

2. This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

   a. Workers' compensation law; or

   b. Disability benefits law.

3. We do not provide **Uninsured Motorists Coverage** for punitive or exemplary damages.

## HOW WE SETTLE PERSONAL LIABILITY - MOTOR VEHICLE AND MEDICAL EXPENSE MOTOR VEHICLE CLAIMS AND WHAT YOU MUST DO.

All provisions in this section of the policy apply to this endorsement with the following modifications:

### Your Duties After Loss

The following duties are added:

A person seeking **Uninsured Motorists Coverage** under Section b. of the definition of *uninsured motor vehicle* must also promptly:

1. Notify the police if a hit-and-run driver is involved.

2. Send us copies of the legal paper if a legal suit is brought; and

3. Notify us in writing of a tentative settlement between the *covered person* and the insurer of the *uninsured motor vehicle* and allow us 30 days to advance payment to that *covered person* in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such *uninsured motor vehicle*.

## GENERAL PROVISIONS - UNINSURED MOTORISTS

1. Only in regard to the coverage provided by this endorsement, the "GENERAL PROVISIONS" of this policy are amended by the following:

   ### TERRITORY

   The following exception is added:

   Exception: The *uninsured motor vehicle accident* must occur in the United States of America, its territories or Canada. Also, any suit must be brought in the United States of America, its territories or Canada.

## OTHER INSURANCE

The **Other Insurance** provision with respect to **Uninsured Motorists Coverage** is replaced by the following:

Where there is other applicable insurance, we will provide coverage as follows:

a. In the first year of this policy, prior to the exposures effective date shown in the Coverage Summary for what will be a covered Segment, we will pay all claims up to the limits you have purchased in excess of the total limits of all other policies.

b. During the first and subsequent years of this policy for those exposures shown effective in the Coverage Summary:

   (1) Any recovery for damages sustained by you or any *family member*:

      (a) While *occupying* a vehicle owned by you or any *family member* may equal, but not exceed, the limit of liability for **Uninsured Motorists Coverage** applicable to that vehicle;

      (b) While *occupying* a vehicle not owned by you or any *family member* may equal, but not exceed, the sum of:

         i. The limit of liability for **Uninsured Motorists Coverage** applicable to the vehicle you or any *family member* were *occupying* at the time of the *accident*; and

         ii. The highest limit of liability for **Uninsured Motorists Coverage** applicable to any one vehicle under any one policy affording coverage to you or any *family member*.

      (c) While not *occupying* any vehicle may equal, but not exceed, the highest limit of liability for **Uninsured Motorists Coverage** applicable to any one vehicle under any one policy affording coverage to you or any *family member*.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Optional Coverages

**ENCOMPASS**
I N S U R A N C E

Formerly known as CNA Personal Insurance

(2) Any insurance we provide with respect to a vehicle you do not own will be excess over any other collectible insurance.

(3) We will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits.

## SUBROGATION

The following is added with respects to Uninsured Motorists Coverage:

Our rights to recover do not apply with respect to Section b. of the definition of *uninsured motor vehicle* if we:

a. Have been given prompt written notice of a tentative settlement between a *covered person* and the insurer of a *uninsured motor vehicle*; and

b. Fail to advance payment to the *covered person* in an amount equal to the tentative settlement within 30 days after receipt of notification;

If we advance payment to the *covered person* in an amount equal to the tentative settlement within 30 days after receipt of notification:

a. That payment will be separate from any amount the *covered person* is entitled to recover under the provisions of **Uninsured Motorists Coverage**; and

b. We also have a right to recover the advanced payment.

## TWO OR MORE MOTOR VEHICLE POLICIES

The following is added:

a. This provision does not apply to **Uninsured Motorist Coverage**.

b. No one will be entitled to receive duplicate payments for the same elements of loss under **Uninsured Motorists Coverage**.

2. Only in regard to the coverage provided by this endorsement, the following is added to the "GENERAL PROVISIONS" of this policy:

## ARBITRATION

a. If we and a *covered person* do not agree:

(1) Whether that *covered person* is legally entitled to recover damages; or

(2) As to the amount of damages which are recoverable by that *covered person*;

from the owner or operator of an *uninsured motor vehicle* then the matter may be:

(1) Mediated, in accordance with the Mediation provision contained in The General Provision of the policy, if the damages resulting from *bodily injury* are for $10,000 or less; or

(2) Arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated.

If either party demands mediation, the mediation must be completed before arbitration can occur.

b. Both parties must agree to arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

c. Each party will:

(1) Pay the expenses it incurs; and

(2) Bear the expenses of the third arbitrator equally.

d. Unless both parties agree otherwise, arbitration will take place in the county in which the *covered person* lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

(1) Whether the *covered person* is legally entitled to recover damages; and

(2) The amount of damages.

## FLORIDA ARBITRATION ACT

If we and a *covered person* agree to arbitration, the Florida Arbitration Act will not apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Optional Coverages

**ENCOMPASS**
INSURANCE

Formerly known as CNA Personal Insurance

## PERSONAL INJURY PROTECTION COVERAGE—FLORIDA

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

### SCHEDULE

| Benefits | Limit Of Liability |
|---|---|
| Medical Expenses | No specific dollar amount |
| Work Loss | No specific dollar amount |
| Replacement Services | No specific dollar amount |
| Accidental Death | $5,000 |
| Maximum Limit For The Total Of All Personal Injury Protection Benefits | $10,000 |

As indicated below or in the Coverage Summary, personal injury protection benefits are subject to a deductible of $ _____ applicable to:

☐ The **named insured**.

☐ The **named insured** and any dependent **family member**.

**Exclusion of Work Loss**

Work loss does not apply as indicated below or in the Coverage Summary:

☐ Work loss will not be provided for the **named insured**.

☐ Work loss will not be provided for the **named insured** and any dependent **family member**.

**Coordination Of Military Benefits**

☐ If indicated to the left or in the Coverage Summary, the "Coordination of Military Benefits" option applies to the **named insured** and any dependent **family member**.

---

I. **DEFINITIONS**

The Definitions section is amended as follows:

A. For the purposes of this endorsement, a **motor vehicle** shall be deemed to be owned by a person if that person:

　1. Holds the legal title to such vehicle.

　2. Is a debtor having the right to possession, if such vehicle is the subject of a security agreement.

3. Is a lessee having the right to possession, if such vehicle is the subject of a lease which:

　a. Has an option to purchase; and

　b. Is for a period of at least 6 months.

4. Is a lessee having the right to possession, if such vehicle is the subject of a lease which:

　a. Does not have an option to purchase; 

---

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Optional Coverages

**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

b. Is for a period of at least 6 months; and

c. Requires the lessee to secure insurance.

**B.** The following definitions are replaced:

**1.** *Family member* means a person related to the *named insured* by blood, marriage or adoption who is usually a resident of the *named insured's* household. This includes a ward or foster child.

**2.** *Motor vehicle* means:

a. Any self-propelled vehicle with 4 or more wheels which is:

(1) Designed; and

(2) Required to be licensed;

for use on Florida highways.

b. Any trailer or semi-trailer designed for use with such vehicle.

However, *motor vehicle* does not include:

a. Any *motor vehicle* which is:

(1) Used in mass transit other than public school transportation;

(2) Designed to transport more than 5 passengers (excluding the operator); and

(3) Owned by a:

(a) Municipality;

(b) Transit authority; or

(c) Political subdivision of the state.

b. A mobile home.

**3.** *Occupying* means:

a. In or upon;

b. Entering into; or

c. Alighting from.

**C.** The following definitions are added:

**1.** *Insured motor vehicle* means a *motor vehicle* owned by the *named insured* and for which security is required to be maintained under the Florida Motor Vehicle No-Fault Law, and either:

a. A premium is charged; or

b. It is a trailer, other than a mobile home, designed for use with a *motor vehicle*.

**2.** *Named insured* means:

a. The person named in the Coverage Summary; or

b. That person's spouse, if a resident of the same household.

**3.** *Pedestrian* means a person who is not *occupying* a self-propelled vehicle.

**D.** *Covered person* as used in this endorsement means:

**1.** The *named insured* or any *family member* while:

a. *Occupying* a *motor vehicle*; or

b. A *pedestrian* struck by a *motor vehicle*.

**2.** Any other person while:

a. *Occupying* an *insured motor vehicle*; or

b. A *pedestrian* struck by an *insured motor vehicle*.

## II. PERSONAL INJURY PROTECTION COVERAGE

### INSURING AGREEMENT

**A.** We will pay, in accordance with the Florida Motor Vehicle No-Fault Law, personal injury protection benefits to or for a *covered person* who sustains *bodily injury*. The *bodily injury* must be caused by an *accident* arising out of the ownership, maintenance or use of a *motor vehicle*.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Optional Coverages

**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

B. Subject to the limits shown in the Schedule or Coverage Summary, personal injury protection benefits consist of the following:

1. Medical expenses. 80% of reasonable expenses for:

   a. Necessary medical, surgical, x-ray, dental, ambulance, hospital, professional nursing and rehabilitative services; and

   b. Prosthetic devices.

   This includes necessary remedial treatment and services recognized and permitted under state law for a *covered person* who relies upon spiritual means through prayer alone for healing in accordance with that *covered person's* religious beliefs.

2. Work loss. With respect to the period of disability of a *covered person*, 60% of any loss of income and earning capacity from that *covered person's* inability to work due to *bodily injury*. However, work loss does not include any loss after a *covered person's* death.

3. Replacement services. With respect to the period of disability of a *covered person*, all expenses reasonably incurred in obtaining ordinary and necessary services from others instead of those that the *covered person* would have performed, without income, for the benefit of his household had he not sustained *bodily injury*.

4. Accidental death. A death benefit.

## EXCLUSIONS

A. We do not provide **Personal Injury Protection Coverage** for any person:

1. While operating an *insured motor vehicle* without the *named insured's* express or implied consent.

2. If that person's conduct contributed to his *bodily injury* under any of the following circumstances:

   a. Intentionally causing *bodily injury* to himself; or

   b. While committing a felony.

3. Other than the *named insured*, if that person owns a *motor vehicle* for which security is required under the Florida Motor Vehicle No-Fault Law.

4. Other than the *named insured* or any *family member*, who is entitled to personal injury protection benefits from a person who owns a *motor vehicle* which is not an *insured motor vehicle* under this policy, or from that vehicle owner's policy.

5. Who sustains *bodily injury* while *occupying* a *motor vehicle* located for use as a residence or premises.

B. We do not provide **Personal Injury Protection Coverage** for:

1. The *named insured* or any *family member* while *occupying* a *motor vehicle* which is:

   a. Owned by the *named insured*; and

   b. Not an *insured motor vehicle* under this policy.

2. Any *pedestrian*, other than the *named insured* or any *family member* who is not a legal resident of Florida.

## LIMIT OF LIABILITY

A. The limits of liability shown in the Schedule or Coverage Summary for "Personal Injury Protection Coverage" are the most we will pay to or for each *covered person* injured in any one *accident*, regardless of the number of:

1. *Covered persons*;

2. Policies or bonds applicable;

3. Vehicles involved; or

4. Claims made.

The maximum limit of liability for the total of all personal injury protection benefits shown in the Schedule or Coverage Summary is

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Optional Coverages

**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

the total aggregate limit for personal injury protection benefits available, to or for each *covered person* injured in any one *accident*, from all sources combined, including this policy.

**B.** Any amounts payable under this coverage shall be reduced by any amounts paid or payable for the same elements of loss under any Workers' Compensation law.

**C.** The amount of any deductible shown in the Schedule or Coverage Summary shall be deducted from the lesser of:

  **1.** The total amount otherwise payable under this coverage for:

    a. Medical expenses;

    b. Work loss; and

    c. Replacement services;

    to or for each *covered person* to whom the deductible applies; or

  **2.** The limits of liability shown in the Schedule or Coverage Summary.

    The total amount otherwise payable means the benefits payable for medical expenses, work loss and replacement services after the application of any percentage limitation.

    Accidental death is not subject to a deductible.

## III. HOW WE SETTLE PERSONAL LIABILITY - MOTOR VEHICLE AND MEDICAL EXPENSE - MOTOR VEHICLE CLAIMS AND WHAT YOU MUST DO

The Suit Against Us provision is replaced by the following:

### SUIT AGAINST US

**A.** No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, no legal action may be brought against us until 30 days after the required notice of loss and reasonable proof of claim has been filed with us.

**B.** No person or organization has any right under this policy to bring us into any action to determine the liability of a *covered person*.

## IV. GENERAL PROVISIONS

The General Provisions is amended as follows:

**A.** The Other Insurance provision is replaced by the following:

### OTHER INSURANCE

**A.** No one will be entitled to receive duplicate payments for the same elements of loss under this or any other insurance. If a *covered person* receives personal injury protection benefits from another insurer, that insurer shall be entitled to recover from us its equitable pro rata share of the benefits paid and expenses of processing the claim.

**B.** If a *covered person* sustains *bodily injury* while:

  **1.** *Occupying*; or

  **2.** Struck by a *motor vehicle* rented or leased under a rental or lease agreement;

  the personal injury protection benefits afforded under the lessor's policy shall be primary.

  This provision (B.) does not apply if the face of the rental or lease agreement contains, in at least 10-point type, the following language:

  The valid and collectible personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of personal injury protection coverage required by FLA. STAT. SECTION 627.736.

### COORDINATION OF MILITARY BENEFITS

If the Schedule or Coverage Summary indicates that the "Coordination of Military Benefits" option applies to the *named insured* or any dependent *family member*,

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Optional Coverages

**ENCOMPASS** INSURANCE

Formerly known as CNA Personal Insurance

any amounts payable under this coverage shall be reduced by any benefits payable by the federal government to:

1. Active or retired military personnel; or

2. Their dependent *family members*.

If such military benefits are not available at the time of loss, we shall have the right to recompute and charge the appropriate premium.

**B.** The Territory provision is replaced by the following:

**TERRITORY**

The policy territory is:

1. Florida.

2. The United States of America, its territories or possessions or Canada.

   This provision applies only to:

   a. The *named insured* or any *family member* while *occupying* an *insured motor vehicle*; or

   b. The *named insured* while *occupying* a *motor vehicle*:

      (1) Owned by any *family member*; and

      (2) For which security is maintained as required by the Florida Motor Vehicle No-Fault Law;

**C.** The Subrogation provision is replaced by the following:

**SUBROGATION**

A. If we make a payment under this coverage and the person to or for whom payment was made has a right to recover damages from another we shall, to the extent of our payment, be subrogated to that right. That person shall:

   1. Execute and deliver instruments and papers and do whatever else is necessary to secure our rights; and

   2. Do nothing after loss to prejudice these rights.

B. If we make a payment under this coverage and the person to or for whom payment was made sustained *bodily injury* while:

   1. *Occupying*; or

   2. A *pedestrian* struck by;

   a commercial *motor vehicle*, as defined in the Florida Motor Vehicle No-Fault Law, we shall, to the extent of our payment, be entitled to reimbursement from the person who owns such *motor vehicle* or that person's insurer.

C. The following provisions are added:

**DUTIES AFTER AN ACCIDENT OR LOSS**

A person seeking **Personal Injury Protection Coverage** must:

A. In the event of an *accident*, provide prompt written notice of loss to us or our authorized agent.

B. Promptly forward to us a copy of the:

   1. Summons and complaint; or

   2. Other process;

   served in connection with any legal action that person takes against a third party to recover damages for *bodily injury*.

C. Promptly give us written proof of claim, under oath if required. Such proof shall include:

   1. Full details of the nature and extent of the injuries and treatment received and contemplated; and

   2. Any other information which may assist us in determining the amount due and payable.

D. Submit as often as we reasonably require to mental or physical exams. We will:

   1. Pay for these exams; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Optional Coverages

**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

2. Forward a copy of the medical report to that person if requested.

If that person unreasonably refuses to submit to an exam, we will not be liable for subsequent personal injury protection benefits.

## ARBITRATION

If a provider of medical services or supplies has agreed to accept assignment of personal injury protection benefits:

1. Any claims dispute, involving medical expenses, between that provider and us shall be subject to binding arbitration in accordance with the Florida Arbitration Code.

2. The prevailing party shall be entitled to attorney's fees and costs as follows:

   **a.** If the arbitration award is greater than the sum of the amount we offer at arbitration plus fifty percent of the difference between:

   **(1)** The amount of the claim asserted by the provider at arbitration; and

   **(2)** The amount we offer at arbitration;

   then the provider is the prevailing party.

   **b.** If the arbitration award is less than the sum of the amount we offer at arbitration plus fifty percent of the difference between:

   **(1)** The amount of the claim asserted by the provider at arbitration; and

   **(2)** The amount we offer at arbitration;

   then we are the prevailing party.

3. If neither **a.** nor **b.** above applies, there is no prevailing party and each side is responsible for its own attorney's fees and costs.

The amount of the offer or claim at arbitration is the amount of the last written offer or claim made at least thirty days prior to arbitration.

## PAYMENT OF CLAIMS

If a person seeking **Personal Injury Protection Coverage** is charged with committing a felony, we shall withhold benefits until, at the trial level:

1. The prosecution makes a formal entry on the record that it will not prosecute the case against that person;

2. The charge is dismissed; or

3. That person is acquitted.

## MODIFICATION OF POLICY COVERAGES

1. Any coverage provided under **Medical Expense** or **Uninsured Motorists Coverage** of this policy shall be excess over any personal injury protection benefits paid or payable.

2. Regardless of whether the limits for personal injury protection benefits have been exhausted, any coverage provided under **Medical Expense** shall pay the amount of any claim for medical expenses payable under this coverage which exceeds the 80% limitation for medical expenses.

3. No coverage is provided under **Medical Expense** for the amount of any applicable deductible under this coverage.

## PROVISIONAL PREMIUM

1. In the event of any change in the:

   a. Rules;

   b. Rates;

   c. Rating plan;

   d. Premiums; or

   e. Minimum premiums;



Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Optional Coverages



Formerly known as CNA Personal Insurance

applicable to this coverage, because of an adverse judicial finding as to the constitutionality of any provisions of the Florida Motor Vehicle No-Fault Law which provide for the exemption of persons from tort liability, the premium shown in the Coverage Summary for any coverage under:

a. **Personal Liability**;

b. **Medical Expense**; or

c. **Uninsured Motorists**;

of this policy shall be deemed to be provisional and subject to recomputation.

2. If this policy is a renewal policy, such recomputation shall include the amount of any return premium previously credited or refunded to the **named insured**, in accordance with the Florida Motor Vehicle No-Fault Law, with respect to insurance provided under a previous policy.

3. If the final recomputed premium exceeds the premium shown in the Coverage Summary, the **named insured** shall pay us:

a. The excess amount; and

b. The amount of any return premium previously credited or refunded.



Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Optional Coverages



Formerly known as CNA Personal Insurance

## FULL WINDSHIELD COVERAGE

The provisions and exclusions that apply to **Physical Damage - Motor Vehicle** also apply to this endorsement except as modified by this endorsement.

The first paragraph of the **Insuring Agreement** in **Physical Damage - Motor Vehicle** is amended by the addition of the following:

We will pay under **Comprehensive** Coverage for the cost of repairing or replacing the damaged windshield on the covered *motor vehicle* without a deductible. We will pay only if the Coverage Summary indicates that "Comprehensive" applies.

All other provisions of this policy apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-23170-A Ed. 12-94



**Required
Coverages and Amendments**

**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

## TRANSITION ENDORSEMENT—DELUXE MOTOR VEHICLE SEGMENT

This endorsement modifies the various provisions of your policy as indicated here.

If we make payment for a loss which is also covered under another Segment of this policy there will be no coverage under this Segment.

**I. PERSONAL LIABILITY-MOTOR VEHICLE**

**LOSSES WE DO NOT COVER** is amended as follows:

A. Exclusion **1.** is deleted and replaced by the following:

  1. **Bodily injury** or **property damage** involving intentional acts or omissions of or at the direction of one or more **covered persons,** if the loss that occurs:

    a. May reasonably be expected to result from such acts; or

    b. Is the intended result of such acts.

B. The following exclusion, **14.,** is added:

  14. Resulting from criminal acts or omissions of or at the direction of one or more **covered persons**. This exclusion applies even if:

    a. Such **covered person** lacks the mental capacity to govern his or her conduct;

    b. Such **covered person** is not actually charged with or convicted of a crime.

  However, this exclusion does not apply to a criminal act or omission that is a violation of a traffic law or motor vehicle law.

**II. MEDICAL EXPENSE-MOTOR VEHICLE**

**LOSSES WE DO NOT COVER** is amended as follows:

A. Exclusion **1.** is deleted and replaced by the following:

  1. Involving intentional acts or omissions of or at the direction of one or more

**covered persons,** if the loss that occurs:

    a. May reasonably be expected to result from such acts; or

    b. Is the intended result of such acts.

B. The following exclusion, **12.,** is added:

  12. Resulting from criminal acts or omissions of or at the direction of one or more **covered persons**. This exclusion applies even if:

    a. Such **covered person** lacks the mental capacity to govern his or her conduct;

    b. Such **covered person** is not actually charged with or convicted of a crime.

  However, this exclusion does not apply to a criminal act or omission that is a violation of a traffic law or motor vehicle law.

**III. PHYSICAL DAMAGE - MOTOR VEHICLE**

**ADDITIONAL PHYSICAL DAMAGE COVERAGES** is amended as follows:

The following items are added.

**Witness Expense Reimbursement**

We will pay your reasonable expenses and any lost wages you incur as a result of your appearance at a trial as a prosecution witness. This must result from a person being charged with committing an illegal act related to a covered **PHYSICAL DAMAGE - MOTOR VEHICLE** loss.

Reimbursement is subject to $25 a day for reasonable expenses and $50 a day for lost wages up to a maximum of $300. The deductible does not apply.

**Reward Coverage**

We pay 10% of the amount of loss up to a maximum of $1000 to anyone providing



Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**G1-15377-A** Ed. 06-95

Page 1 of 2

# Required
# Coverages and Amendments



Formerly known as CNA Personal Insurance

information leading to the arrest and conviction of anyone:

1. Who perpetrates an arson loss to your covered **Motor Vehicle**; or

2. Who robs, steals or burglarizes your covered **Motor Vehicle**.

We also pay anyone providing assistance in the recovery of stolen property, 10% of the value of the recovered property, up to a maximum of $1,000. The deductible does not apply.

**PHYSICAL DAMAGE LOSSES WE DO NOT COVER** is amended as follows:

A. Exclusion **13.** is deleted and replaced by the following:

    **13.** Loss involving intentional acts or omissions of or at the direction of one or more **family members**, if the loss that occurs:

        a. May reasonably be expected to result from such acts; or

        b. Is the intended result of such acts.

B. The following exclusion, **15.**, is added:

    **15.** Loss resulting from criminal acts or omissions of or at the direction of one or more **family members**. This exclusion applies even if:

        a. Such **family member** lacks the mental capacity to govern his or her conduct;

        b. Such **family member** is not actually charged with or convicted of a crime.

However, this exclusion does not apply to a criminal act or omission that is a violation of a traffic law or motor vehicle law.

**HOW WE SETTLE PHYSICAL DAMAGE CLAIMS AND WHAT YOU MUST DO** is amended as follows:

The following item is added:

8. **Cost Of Preparing Proof Of Loss.**

    We will pay up to $250 for the reasonable expenses incurred by you or any **covered person**, for any outside services necessary to prepare proof of your loss or other exhibits required by this policy. This includes:

        a. repair estimates;

        b. accounting services;

        c. appraisals; or

        d. other necessary services performed for you or any **covered person**, by others.

However, we will not pay for any legal services or the services of a public adjuster.



Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**Required**
**Coverages and Amendments**

ENCOMPASS.
I N S U R A N C E

Formerly known as CNA Personal Insurance

## TRANSITION ENDORSEMENT—DELUXE HOME SEGMENT

This endorsement modifies the various provisions of your policy as indicated here.

If we make payment for a loss which is also covered under another Segment of this policy there will be no coverage under this Segment.

### I. DEFINITIONS

The following definition is added with respect to **Liability Coverage - Home.**

**17. Volunteer** means an unpaid:

    a.  Member or Leader;

    b.  Coach, manager, trainer or teacher;

    c.  Director, officer, board member or trustee; or

    d.  Staff member

of a non-profit corporation or association. A **covered person** will not be considered paid if:

    a.  Reimbursed only for direct out of pocket expenses for food, travel, uniforms, or similar costs incurred in; or

    b.  Paid a nominal stipend for;

the fulfillment of their duties in the non-profit corporation or association. A **volunteer** also means an administrator or executor of a deceased person's estate.

**Volunteer** does not mean a **covered person** engaged in any activity that involves the **covered person's** business, or that requires the **covered person** to provide professional services.

### II. PROPERTY COVERAGE - HOME

**REAL PROPERTY-LIMIT OF LIABILITY** is amended as follows:

Item **4.** is deleted and replaced by the following:

**4.**  If the replacement premises is not at the same location, covered losses will be settled on a replacement cost basis. We will pay no more than the dwelling replacement value

shown in the Coverage Summary for equivalent construction and use as the original **residence premises.**

**TANGIBLE PERSONAL PROPERTY - PROPERTY SPECIAL LIMITS** is amended as follows:

**Category 1.** is deleted and replaced by the following:

**1.**  $500 . . . On money, bank notes, bullion, gold (except goldware), silver (except silverware), platinum, coins and medals.

**ADDITIONAL PROPERTY COVERAGES** is amended as follows:

**A.**  Items **8.**, the first paragraph of **9.**, and **22.** are deleted and replaced by the following:

**8. Mortgage Extra Expense Coverage.**

If a **total loss** occurs to the **residence premises** from a covered loss, we agree to reimburse you for the increased **monthly mortgage expenses.**

In addition, we will pay mortgage **acquisition costs** and legal fees incurred from the construction of a replacement dwelling at the same location.

Your limit for this coverage is $20,000. No more than $250 per month of this limit will be available for the **monthly mortgage expenses.**

We will pay you on a semi-annual basis for up to a total of four years or until you no longer occupy the replacement premises, whichever comes first.

Coverage is limited to the extra expense of your first mortgage on the **residence premises.**

**9. Personal Home Computer and Data Records Coverage.**

We cover personal home computer(s) that are:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**Required Coverages and Amendments**

**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

a. Located on your **residence premises;** and

b. Are owned by you;

For direct physical loss except for losses listed in **Property Coverage - Losses We Do Not Cover.** We also cover loss to data caused by magnetic injury and loss to your personal home computer and data caused by external power failure or external power surge.

**22. Lock Replacement.**

We will pay up to $500 to replace the locks on your **residence premises** if the keys are lost or stolen. You must notify us within 72 hours of discovering the loss. There is no deductible for this coverage.

B. The following items are added:

**24. Police Department Service Charge.**

We will pay up to $50 per occurrence, subject to a maximum of $250 per policy period, for police department charges incurred when the police department is called due to the accidental activation of a burglary alarm system. The deductible does not apply.

**25. Witness Expense Reimbursement.**

We will pay your reasonable expenses and any lost wages you incur as a result of your appearance at a trial as a prosecution witness. This must result from a person being charged with committing an illegal act related to a covered **REAL PROPERTY** or **TANGIBLE PERSONAL PROPERTY** loss.

Reimbursement is subject to $25 a day for reasonable expenses and $50 a day for lost wages up to a maximum of $300. The deductible does not apply.

**LOSSES WE DO NOT COVER** is amended as follows:

A. Exclusion **1.**d. is deleted and replaced by the following:

**1.**d. Involving intentional acts or omissions of or at the direction of one or more **covered persons,** if the loss that occurs:

(1) May reasonably be expected to result from such acts; or

(2) Is the intended result of such acts.

B. The following exclusion, **1.**h., is added:

**1.**h. Resulting from criminal acts or omissions of or at the direction of one or more **covered persons.** This exclusion applies even if:

(1) Such **covered person** lacks the mental capacity to govern his or her conduct;

(2) Such **covered person** is not actually charged with or convicted of a crime.

**HOW WE SETTLE PROPERTY CLAIMS AND WHAT YOU MUST DO** is amended as follows:

The following item is added:

**10. Cost of Preparing Proof of Loss.**

We will pay up to $250 for the reasonable expenses incurred by you or any **covered person,** for any outside services necessary to prepare proof of your loss or other exhibits required by this policy. This includes:

a. building repair estimates;

b. accounting services;

c. appraisals; or

d. other necessary services performed for you or any **covered person,** by others.

However, we will not pay for any legal services or the services of a public adjuster.

**III. LIABILITY COVERAGE - HOME**

**ADDITIONAL LIABILITY COVERAGES** is amended as follows:

The following item is added:

**6. Volunteer Wrongful Acts Coverage.**

We pay amounts that a **Covered Person** becomes legally liable to pay because of civil claims made against you or a **Covered Person,** for any actual or alleged wrongful act.

A **Covered Person** for Volunteer Wrongful Acts Coverage is:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**Required Coverages and Amendments**



**ENCOMPASS.**
I N S U R A N C E

Formerly known as CNA Personal Insurance

a. You; or

b. Any **family member**.

A **wrongful act** is any actual or alleged:

a. Error;

b. Misstatement;

c. Action(s) or inaction(s);

d. Neglect; or

e. Breach of duty;

committed by a **Covered Person** in that person's capacity as a volunteer.

Your Limit of liability for Volunteer Wrongful Acts Coverage is $10,000. This is the most we will pay for all losses arising out of a single **wrongful act**, regardless of the number of **Covered Persons** or policy periods. A series of interrelated **wrongful acts** is considered a single **wrongful act**.

Our payment is excess over any other collectible insurance.

This coverage does not apply to liability for any of the following:

a. Bodily injury, property damage or personal injury;

b. Other than money damages;

c. Fines or penalties imposed by law or matters deemed uninsurable by the law;

d. Arising out of a covered person's failure or inaction in obtaining or maintaining insurance, including any error or inaction as to the amount, form or provisions of the insurance;

e. Arising out of a **covered person's** dishonesty. However, we will protect the **covered person** for alleged dishonesty until:

(1) A judgment establishes the **covered person's** actual or intentional dishonesty; or

(2) The expenses we incur in defending the claim exceed $10,000;

Whichever occurs first.

f. Based upon or attributable to a **covered person's** gain of any personal profit or advantage which the **covered person** was not legally entitled to receive;

g. Return of any payments given a **covered person** without the previous approval of the Board of Directors of the corporation or association. Without this approval, these payments will be considered to have been illegal;

h. An accounting of profits made from the purchase or sale of securities under any federal or state laws;

i. A **covered person's** failure to register securities as required by any federal or state laws;

j. Arising out of or in any way related to discrimination in violation of any statute, ordinance or law prohibiting such discrimination;

k. Arising out of any:

(1) Nuclear reaction;

(2) Radiation or radioactive contamination; or

(3) Any consequence of these.

l. Arising out of any actual or alleged **wrongful act** committed by a **covered person** in the capacity as an elected or appointed public official or member of a governmental body.

If a claim or suit is brought against you or any **covered person** alleging a **wrongful act** we will provide defense costs for the counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. The claim must be covered under this **Volunteer Wrongful Acts Coverage**. If we defend a claim or suit for a **wrongful act**, we will pay, in addition to your Wrongful Acts Limit of Liability, the expenses we incur in defending a claim or suit. Our duty to settle or defend ends when the expenses we incur exceed $10,000. In addition to these expenses we will pay:

a. Premiums on appeal bonds and bonds to release attachments in any suit we defend;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Required Coverages and Amendments

ENCOMPASS. INSURANCE

Formerly known as CNA Personal Insurance

we have no obligation to secure or provide bonds;

b. Up to $100 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request;

c. Other reasonable expenses (other than loss of earnings) incurred at our request;

d. Expenses incurred by us and costs taxed against any **covered person** in any suit we defend; and

e. Interest accruing after a judgment is entered and before the loss is paid in any suit we defend. Our duty to pay interest ends when we offer to pay that part of judgment which does not exceed our limit of liability for this coverage.

We are not obligated to defend suits brought against a **covered person** in any country where we are prevented from defending because of laws or other reasons. However, we will pay any expenses incurred with our written consent for the **covered person's** defense.

Our obligation to pay the above costs ends when our limit of liability for Volunteer Wrongful Acts Coverage has been exhausted.

**ADDITIONAL LIABILITY COVERAGES, 5. Other Payments We Make,** does not apply to a claim or suit under your Volunteer Wrongful Acts Coverage.

**LOSSES WE DO NOT COVER** is amended as follows:

A. Exclusions **1.**d.(2), **1.**d.(3), **1.**d.(5) and **1.**h. are deleted and replaced by the following:

**1.**d.(2)Watercraft powered by one or more outboard motors of 50 horsepower or less, which are owned by a **covered person;**

**1.**d.(3)Watercraft powered by inboard or inboard-outboard motor power of 50 horsepower or less, which are owned by a **covered person;**

**1.**d.(5)Watercraft that you or any **family member** do not own, as long as they are not furnished or available for the regular use of you or any **covered person,** regardless of the horsepower;

**1.**h. Intended by, or which may reasonably be expected to result from the intentional acts or omissions of one or more **covered persons**. This exclusion applies even if:

(1) Such **covered person** lacks the mental capacity to govern his or her conduct;

(2) Such **bodily injury** or **property damage** is of a different kind or degree than that intended or reasonably expected; or

(3) Such **bodily injury** or **property damage** is sustained by a different person than intended or reasonably expected.

B. The following exclusions, **1.**o. and **1.**p., are added:

**1.**o. Arising out of sexual molestation, corporal punishment or physical or mental abuse. However, we will cover your liability for corporal punishment to any pupil if coverage for corporal punishment is shown on the Coverage Summary.

**1.**p. Resulting from criminal acts or omissions of or at the direction of one or more **covered persons**. This exclusion applies even if:

(1) Such **covered person** lacks the mental capacity to govern his or her conduct;

(2) Such **covered person** is not actually charged with or convicted of a crime.



Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**Required
Coverages and Amendments**

ENCOMPASS.
I N S U R A N C E

Formerly known as CNA Personal Insurance

## COVERAGE CLARIFICATION ENDORSEMENT AND NOTICE

This endorsement makes editorial changes in the "**HOME**" Segment and/or the "**DWELLING FIRE**" Segment of your policy to clarify the coverage. There is no change from the original coverage intent.

**PROPERTY COVERAGE - HOME**

Under **LOSSES WE DO NOT COVER**, item (6) of:

Exclusion 1.d.in the Elite "**HOME**";

Exclusion 2.d. in the Deluxe "**HOME**", Special "**HOME**", or "**DWELLING FIRE**";

is deleted and replaced by the following:

d.   Caused by the following:

   (6) Birds, vermin, insects, or rodents; or animals kept or owned by a ***covered person;***

**LIABILITY COVERAGE - HOME**

Under **LOSSES WE DO NOT COVER**, item (4) of exclusion 1.d. is deleted and replaced by the following:

d.   Arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading, or unloading of any watercraft, other than:

   (4)  Any watercraft which is neither:

      (a)  A sailing vessel; nor

      (b)  Motor powered;

        that is owned or rented by a ***covered person.***

All other provisions of this policy apply.



Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G1-28744-A Ed. 10-97

It's Important For You To Know

**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

# FLORIDA MOTOR VEHICLE OUTLINE

**THE FOLLOWING OUTLINE OF COVERAGE IS FOR INFORMATIONAL PURPOSES ONLY. FLORIDA LAW PROHIBITS THIS OUTLINE FROM CHANGING ANY OF THE PROVISIONS OF THE LEGAL INSURANCE CONTRACT WHICH IS THE SUBJECT OF THIS OUTLINE. ANY ENDORSEMENT REGARDING CHANGES IN TYPES OF COVERAGE, EXCLUSIONS, LIMITATIONS, REDUCTIONS, DEDUCTIBLES, COINSURANCE, RENEWAL PROVISIONS, CANCELLATION PROVISIONS, SURCHARGES, OR CREDITS WILL BE SENT SEPARATELY. IN THE EVENT OF ANY CONFLICT BETWEEN THE POLICY AND THIS OUTLINE - THE PROVISIONS OF THE POLICY SHALL PREVAIL. PLEASE READ YOUR UNIVERSAL SECURITY POLICY CAREFULLY.**

The Universal Security Policy is a policy designed to cover your personal insurance needs. It is available at three coverage levels (Elite, Deluxe and Special) in order to provide you with the protection that you need.

## POLICY COVERAGES

Please refer to your policy's Coverage Summary for applicable coverage, its specific limits and applicable deductibles. The following is a brief description of principal coverage features and exclusions.

### LIABILITY COVERAGE

**Personal Liability**

Personal Liability Coverage protects you and any covered person due to bodily injury, or property damage for which you are legally liable.

Florida law requires you to have Property Damage Liability coverage. The principal exclusions (items not covered by your policy) for this coverage are: (1) autos owned by you or furnished or available for the regular use of you or your family members, which have not been specifically covered under the policy, (2) vehicles with less than 4 wheels, and (3) claims for injuries to family members.

**Personal Injury Protection Coverage (P.I.P.)**

P.I.P. protects you, your family members and certain others, for bodily injuries resulting from automobile accidents, without regard to fault. Payments are for 80% of medical expenses, 60% for loss of income, replacement household services and (if the limit loss has not been exhausted by other benefits) a death benefit. Personal Injury Protection is also required under Florida law. Coverage is subject to any rejection of coverage, or deductible or coordination of benefits provisions selected by you.

The principal exclusions for this coverage are injuries sustained in autos you or your family members own which have not been specifically covered under the policy, and injuries to other vehicle owners required by law to have their own coverage.

# It's Important For You To Know

**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

### Medical Expense Coverage

This coverage supplements the medical expense reimbursement of P.I.P. coverage and provides basic coverage in situations where P.I.P. does not pay. The principal exclusions are similar to those for liability coverage.

### Uninsured Motorists Coverage

When purchased, Uninsured Motorists Coverage protects you, family members and certain others, resulting from the negligence of others. It pays when the at-fault party has: no liability insurance, or liability coverage with limits not adequate to pay for the damages incurred, or if injuries result from a hit-and-run vehicle. Your coverage may be "Stacked" or "Non-stacked". The principal difference between these two forms is that the total amount of protection under the stacked form is the sum of the limits applicable to each vehicle insured, whereas under the non-stacked form the limit stated applies per *accident* regardless of how many vehicles you own or insure.

### Physical Damage

**Collision:** When purchased this covers damage to your car resulting from upset or impact with another object. **Comprehensive:** When purchased this provides coverage for damage to your car resulting from fire, theft and other direct losses not excluded. The principal exclusions are: loss or damage to any custom furnishings or equipment in or upon any pickup or van; loss or damage due to neglect; and intentional damages. The USP Special policy excludes loss to certain electronic and sound equipment, tapes and other media.

### Other Coverages

The Universal Security Policy in its three program forms (Elite, Deluxe and Special) has been designed to be very flexible, and provides numerous ways to accommodate special needs you may have. Some of the more common optional coverages are shown below.

- USP Special allows for the purchase of Rental Reimbursement, and Sound Receiving and Transmitting Equipment endorsements. These coverages are automatically included in the Elite and Deluxe policy forms.

- Collision coverage for rental cars. If at least one of your autos has Collision coverage, we will provide Collision coverage for the rental vehicle, minus the deductible shown in your Coverage Summary.

- Coverage for damage to rental cars as a result of something other than a collision. If at least one of your autos has Comprehensive coverage, we will provide Comprehensive coverage for the rental vehicle minus the deductible shown in your Coverage Summary.

In addition, other coverage enhancements/endorsements may be available based on the policy form you have purchased.



**It's Important For You To Know**

**ENCOMPASS** INSURANCE

Formerly known as CNA Personal Insurance

### RENEWAL AND CANCELLATION PROVISIONS

You may cancel your policy at any time after it has been in effect for 60 days. During the first 60 days of your policy, you may cancel only if you dispose of the vehicle, or you obtain other insurance, or it is a total loss. Under conditions where the law permits us to cancel or refuse renewal of your policy, we must give you advance notice as follows:

(1) 10 days for cancellation because of nonpayment of premium;

(2) 45 days for cancellation for any other reason;

(3) 45 days if we refuse to renew.

### PREMIUM CREDITS AND SURCHARGES

#### Available Credits (Discounts)

a. An **Anti-Theft Device** discount will be afforded for vehicles equipped with an eligible alarm or active or passive anti-theft disabling device, on Comprehensive Coverage.

b. A **Passive Restraint** discount will be afforded for vehicles equipped automatic seatbelts conforming to the federal crash protection requirements, for Medical Expense and Basic Personal Injury Protection Coverages.

c. An **Anti-Lock Braking System** discount will be afforded for those private passenger autos equipped with an Anti-Lock Braking System (ABS). The discount will apply towards the Bodily Injury and Property Damage Liability, Basic Personal Injury Protection, Extended Personal Injury Protection and Collision Coverages.

d. A **Mature Operator Motor Vehicle Accident Prevention Course** discount will be afforded for vehicles whose principal operator is age 55 or older and presents a completion certificate, dated within the most recent 36 months, certifying that they have successfully completed a Motor Vehicle Accident Prevention Course approved by the Florida Department of Highway Safety. This discount shall be applied to Bodily Injury and Property Damage Liability, Basic Personal Injury Protection and Collision Coverages.

e. A **Loss Free** discount will be offered per vehicle, providing insurance has been both free of accidents and major violations (of 2 or more points) and inforce for three years. This discount applies to the premiums for Bodily Injury and Property Damage Liability, Basic Personal Injury Protection, Medical Expense and Collision Coverages.

Please refer to your Coverage Summary to determine which discount(s) you have received for a. through d. above.

f. A **Multi-Car** discount applies when more than one private passenger automobile is insured in one or more of the CNA Insurance Companies for Bodily Injury or



# It's Important For You To Know

**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

Property Damage Liability, Basic Personal Injury Protection, Medical Expense, Comprehensive or Collision Coverages.

g. A **Good Student** discount will be afforded to operators who are at least 16 years of age and are full-time high school, college or university students. They must present a certified statement from a school official which indicates their scholastic achievement of each policy anniversary.

h. A **Driver Training** discount applies to each youthful operator under 21 years of age who presents a certificate signed by a school official certifying to the completion of an approved Driver Training Program.

**Surcharges (Safe Driver Insurance Plan)**

The Plan under which your policy is rated uses past experience, accidents and convictions, as part of the determination of your premium cost. The point system described below has been established under which those drivers that have no points receive the lowest premiums and higher premiums are charged for other drivers based upon the number of points they have accumulated during the experience period.

1. Major Violations

   Points shall be assigned for convictions during the experience period for motor vehicle violations of the applicant or any other currently resident operator.

   a. Four points are assigned for conviction of:

      (1) Driving while intoxicated or under the influence of drugs;

      (2) Failure to stop and report when involved in an accident;

      (3) Homicide, assault or manslaughter (whether or not voluntary) arising out of the operation of a motor vehicle;

      (4) Driving while license is suspended or revoked;

      (5) Operating a motor vehicle without an operator's license or without the owner's authority.

   b. Three points are assigned for conviction of:

      (1) Suspension or revocation of an operator's license, or

      (2) The filing of evidence of financial responsibility under any Financial Responsibility Law required as of the effective date of the policy.

   c. Two points are assigned for conviction of:

      (1) Reckless driving; or

      (2) Speeding in excess of 30 mph over the posted speed limit.

   d. One point is assigned for speeding in excess of 15 mph to 30 mph over the posted speed limit.



**It's Important For You To Know**

**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

2.  Minor Violations

All convictions of motor vehicle violations not otherwise listed in 1. above shall be considered minor violations. One point is assigned for each conviction of a minor violation in excess of the second violation during the experience period.

Exceptions:

a.  No points are assigned for the following violations:

(1) Inadequate muffler or exhaust system;

(2) Improper lights or other mechanical equipment other than brakes;

(3) Failure to display vehicle sticker, license plates, other vehicle registration or inspection certificate;

(4) Failure to have in possession a driver's license, provided a valid license is in existence; and

(5) Illegal parking.

b.  No points are assigned for a conviction, if the insured demonstrates that the conviction occurred:

(1) While operating a vehicle during his employment for local transmit system:

(2) During his employment as a bus operator for any non-public sector bus company certified by the Public Service Commission or the Interests Commerce Commission;

(3) While operating a vehicle certified by the Interstate Commerce Commission or Florida Public Service Commission provided the vehicle has attached or displays a valid certificate number.

3.  Accidents

Points shall be assigned for each accident that occurred during the experience period, involving the applicant or any current resident operator, while operating an auto.

a.  One point is assigned for each auto accident that results in:

(1) Bodily injury, death; or

(2) Total damage to all property including his or her own in excess of $500.

b.  One point is assigned if, during the experience period there were two or more accidents each of which resulted in damage to property but have not been assigned a point under (a) above:



# It's Important For You To Know

**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

Exceptions:

a.   No points are assigned for accidents incurred by an operator demonstrated to be a named insured or a principal operator of an automobile insured under a separate policy; and

b.   No points are assigned for accidents occurring under the following circumstances:

   (1)  Automobile lawfully parked; or

   (2)  The applicant, owner or other resident operator, involved in an accident is:

      (a)  Reimbursed for 50% or more of his or her damages by or on behalf of a person involved in the accident, or

      (b)  Is determined to be 50% or less negligent.

   (3)  Automobile is struck in the rear by another vehicle and the applicant or other resident operator has not been convicted of a moving traffic violation in connection with this accident; or

   (4)  Operator of the other automobile involved in the accident was convicted of a moving traffic violation and the applicant or resident owner was not convicted of a moving traffic violation in connection with the accident; or

   (5)  Automobile operated by the applicant or any resident operator is struck by a "hit and run" vehicle, if the accident is reported to the property authority within 24 hours by the applicant or resident operator; or

   (6)  Accidents involving damage by contact with animals or fowl; or

   (7)  Accidents involving physical damage, limited to and caused by flying gravel, missiles, or falling objects; or

   (8)  Accidents occurring when using a vehicle while on duty as a paid or volunteer member of the Police or Fire Department or first aid squad or any law enforcement agency; or

   (9)  Applicant or other resident operator, or owner, who receives payment under Personal Injury Protection, Extended PIP or Additional PIP where such individual is not at fault.

   (10) The applicant or resident operator was in receipt of a traffic citation which was dismissed on nolle prossed.

   (11) The applicant, owner or other resident operator involved in the accident was not at fault, as evidenced by a written statement from the insured establishing facts demonstrating lack of fault, which are



# It's Important For You To Know



ENCOMPASS.
INSURANCE

Formerly known as CNA Personal Insurance

not rebutted by information in the insurer's file from which the insurer in good faith determines that the insured was substantially at fault.

4.  Refund of Surcharged Premium

If a point has been assigned for an accident and it is later determined that the accident falls under one of the exceptions in this rule, the company shall refund to the insured the increased portion of the premium generated by the accident.

5.  Experience Period

The experience period shall be the three years immediately proceeding the date of application or the preparation of the renewal.

**PLEASE READ YOUR POLICY CAREFULLY. COVERAGE IS GENERALLY DESCRIBED HERE.**

Only your specific USP Elite, Deluxe, or Special policy provides you with a complete description of the coverages and their limitations. For further information contact your independent CNA Insurance Agent.

### IMPORTANT INFORMATION FOR OUR FLORIDA USP POLICYHOLDERS

**We are here to serve you...**

As our policyholder, your satisfaction is very important to us.

**If you are not satisfied...**

Should you feel you are not being treated fairly, we want you to contact our Customer Service Department.

**To contact our Customer Service Department, write or call:**

CNA Insurance Companies
Customer Service Department
401 Penn Street
Reading PA  19601

1-800-345-7542



**It's Important For You To Know**



ENCOMPASS.
INSURANCE

Formerly known as CNA Personal Insurance

## FLORIDA HOME OUTLINE

**THE FOLLOWING OUTLINE OF COVERAGE IS FOR INFORMATIONAL PURPOSES ONLY. FLORIDA LAW PROHIBITS THIS OUTLINE FROM CHANGING ANY OF THE PROVISIONS OF THE LEGAL INSURANCE CONTRACT WHICH IS THE SUBJECT OF THIS OUTLINE. ANY ENDORSEMENT REGARDING CHANGES IN TYPES OF COVERAGE, EXCLUSIONS, LIMITATIONS, REDUCTIONS, DEDUCTIBLES, COINSURANCE, RENEWAL PROVISIONS, CANCELLATION PROVISIONS, SURCHARGES, OR CREDITS WILL BE SENT SEPARATELY. IN THE EVENT OF ANY CONFLICT BETWEEN THE POLICY AND THIS DISCLOSURE FORM - THE PROVISIONS OF THE POLICY SHALL PREVAIL. PLEASE READ YOUR UNIVERSAL SECURITY POLICY CAREFULLY.**

The Universal Security Policy is a policy designed to cover your personal insurance needs. It is available at three coverage levels (Elite, Deluxe and Special) in order to provide you with the protection that you need.

Policies of this category are designed to provide coverage for the following: your home; other structures on your property; your personal belongings; loss of use of your home; personal liability; and medical payments to others.

### POLICY COVERAGES

Please refer to your policy's Coverage Summary for applicable coverage, its specific limits and applicable deductibles. The following is a brief description of principal coverage features.

### PROPERTY COVERAGE

Elite Policy covers real property shown in the Coverage Summary and tangible personal property on a replacement cost basis (without deduction for depreciation) for direct physical loss, with certain exceptions. Additional living expense protection is provided for all covered losses.

Deluxe Policy covers real property and additional living expense similar to the Elite Policy. Tangible personal property is covered on a replacement cost basis (without deduction for depreciation), for the following perils:

- Fire or lightning.
- Windstorm or hail.
- Explosion.
- Riot or civil commotion.
- Aircraft.
- Vehicles.



**G-23173-A** Ed. 12-94

# It's Important For You To Know



Formerly known as CNA Personal Insurance

- Smoke.

- Vandalism or malicious mischief.

- Theft.

- Falling objects.

- Weights of ice, snow or sleet.

- Freezing of plumbing, heating or air conditioning.

- Cracking, burning, rupture or bulging of your air conditioner, steam or hot water system.

- Water or steam suddenly and accidentally discharged or overflowing from within your plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

- Sudden and accidental damage caused by artificially generated electricity.

- Damage to glass or safety glazing material.

- Volcanic eruption.

Special Policy covers real property and additional living expense similar to the Elite Policy. Tangible personal property is covered on an actual cash value basis (with deduction for depreciation), for the same perils as listed for the Deluxe Policy.

Real and Tangible Personal Property Exclusions. The principal exclusions include, but are not limited to: loss from earth movement (other than sinkhole collapse), water damage from flood and other surface or wind-driven waters, power failure, neglect, war and nuclear hazards.

**LIABILITY COVERAGE**

The HOME policy covers you for your legal liability for bodily injury or property damage to others, arising out of your residence or the personal activities of you and your family members away from the residence. Coverage does not apply to liability resulting from your business pursuits, motor vehicles or certain kinds of watercraft.

**Other Coverages**

The Universal Security Policy in its three program forms (Elite, Deluxe and Special) has been designed to be very flexible, and provides numerous ways to accommodate special needs you may have. Some of the more common optional coverages are shown below.

- Scheduled coverage on property such as furs, jewelry, silverware and fine arts. These items can also be insured on an agreed value basis.

- Coverage for the replacement of your tangible personal property on a replacement value basis rather than actual cash value - available only to Special as this coverage is automatically included in Elite and Deluxe.



**It's Important For You To Know**

**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

- Coverage for liability arising from business pursuits.

- Coverage for boats and outboard motors.

- Coverage for an additional residence.

In addition, other coverage enhancements/endorsements may be available based on the policy form you have purchased.

**RENEWAL AND CANCELLATION PROVISIONS**

You may cancel your policy at any time for any reason. Our rights to cancel or nonrenew your policy are limited to these conditions described in your policy. If we intend to cancel or refuse renewal of your policy, we must send you a notice telling the reasons for our action and give you advance notice of the cancellation or nonrenewal date.

**PREMIUM CREDITS**

Available Credits (Discounts)

1. **New home** discount.

2. **Protective device** discount.

**PLEASE READ YOUR POLICY CAREFULLY. COVERAGE IS GENERALLY DESCRIBED HERE.**

Only your specific USP Elite, Deluxe, or Special policy provides you with a complete description of the coverages and their limitations. For further information contact your independent CNA Insurance Agent.

**IMPORTANT INFORMATION FOR OUR FLORIDA USP POLICYHOLDERS**

**We are here to serve you...**

As our policyholder, your satisfaction is very important to us.

**If you are not satisfied...**

Should you feel you are not being treated fairly, we want you to contact our Customer Service Department.

**To contact our Customer Service Department, write or call:**

CNA Insurance Companies
Customer Service Department
401 Penn Street
Reading PA 19601

1-800-345-7542



G-23173-A Ed. 12-94                                        Page 3 of 3

**It's Important For You To Know**

**ENCOMPASS**
I N S U R A N C E

Formerly known as CNA Personal Insurance

## IMPORTANT INFORMATION
## FOR OUR FLORIDA POLICYHOLDERS—PIP

This is a summary of personal injury protection coverage (PIP) options. No coverage is provided by this summary, nor can it be construed to replace any provision of your policy. You should read your policy and review your Coverage Summary for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, THE PROVISIONS OF THE POLICY SHALL PREVAIL.

### FLORIDA PERSONAL INJURY PROTECTION (NO-FAULT) COVERAGE OPTIONS

Your policy includes PIP coverage. For an additional premium your policy may also contain Extended PIP or Added PIP. Each of these options is discussed below.

**ALL** references to 'you' in the following explanatory material refer to an <u>individual named insured</u> only.

### Personal Injury Protection Coverage

PIP pays <u>80%</u> of medical expenses and <u>60%</u> of work loss incurred as a result of an auto accident. PIP also pays for replacement services expenses incurred as a result of an auto accident and pays a death benefit. PIP applies to you and your family members. It also applies to any other person occupying your auto or struck, as a pedestrian, by your auto. The maximum amount that you may recover under PIP coverage is $10,000.

Deductibles

To reduce the cost of PIP coverage, you may choose to have a deductible apply. The deductible amount is the amount that you will pay <u>before</u> you are entitled to any recovery from us under PIP coverage.

You may choose a $250, $500, $1,000 or $2,000 deductible to apply to PIP benefits. The higher your deductible, the greater your premium savings will be.

You can have the deductible apply to:

1. Only you and your spouse; or

2. You, your spouse and dependent family members

The deductible applies <u>separately to each person.</u> The deductible does not apply to the death benefit.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-23174-A Ed. 12-94



# It's Important For You To Know



Formerly known as CNA Personal Insurance

**IF YOU DO NOT CHOOSE TO HAVE A DEDUCTIBLE APPLY TO PIP COVERAGE, THEN YOU MAY CHOOSE TO HAVE ANY OF THE FOLLOWING OTHER OPTIONS APPLY FOR A REDUCTION IN YOUR PIP PREMIUM.**

### Exclusion of Work Loss Benefits

PIP pays for 60% of your lost wages (subject to the $10,000 maximum limit for all coverages) incurred as a result of an auto accident. You may choose to have work loss coverage excluded from your PIP coverage.

You may want to reject work loss if, for example, you are unemployed or retired. In this situation you would not incur any lost wages as a result of an auto accident and, therefore, would not benefit from this coverage.

You may reject work loss benefits for:

1.  Only you and your spouse; or

2.  You, your spouse and dependent family members.

### Coordination with Military Benefits

If you are eligible for military benefits, you may choose to have the medical expenses coverage provided under PIP coverage reduced by the military benefits provided for you, your spouse and dependent family members.

**INSTEAD, YOU MAY CHOOSE TO HAVE ANY OF THE FOLLOWING PIP OPTIONS APPLY WHICH INCREASE YOUR PIP COVERAGE FOR AN ADDITIONAL PREMIUM:**

### Extended Personal Injury Protection Coverage

You may choose to extend your $10,000 PIP Coverage to provide coverage for you and your family members for 100% of medical expenses and 80% of work loss, instead of 80% of medical expenses and 60% of work loss. However, Extended PIP pays for 80% of medical expenses and 60% of work loss, for any other person occupying your auto or struck, as a pedestrian, by your auto. Replacement services expenses and a death benefit are provided for you, your family members, and any other person occupying your auto or struck, as a pedestrian, by your auto.

### Deductible

You may not elect a deductible if you purchase Extended Personal Injury Protection.

### Exclusion of Work Loss Benefit

If you purchase Extended Personal Injury Protection you may also choose exclusion of work loss applicable to you, your spouse, and dependent family members.



Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-23174-A Ed. 12-94

Page 2 of 3

# It's Important For You To Know



Formerly known as CNA Personal Insurance

**Coordination With Military Benefits**

You may <u>not</u> elect coordination of military benefits if you purchase Extended Personal Injury Protection.

**Added Personal Injury Protection**

If you purchase Extended PIP then you may also purchase Added Personal Injury Protection. Added Personal Injury Protection increases the $10,000 maximum limit. Limits of $25,000, $40,000, and $90,000 are available.

If you would like to purchase any of the options mentioned above, please contact your independent agent.



Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# Your Auto ID Card



**ENCOMPASS** INSURANCE

Formerly known as CNA Personal Insurance

---

FOLD AND TEAR (OR CUT) OUT ALONG DOTTED LINES

| **ENCOMPASS** INSURANCE | **FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD** |
|---|---|
| Formerly known as CNA Personal Insurance | |

Insurance
Company

Policy
Number             Effective
Date

☐ Personal Injury Protection Benefits/    ☐ Bodily Injury Liability
Property Damage Liability

Named
Insured

Vehicle I.D.
Year      Make

Producing Branch - Producer Code

Type of Dec

G-39320-E   12-94     Not Valid More Than One Year From Effective Date

---

**ENCOMPASS** INSURANCE **FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD**

Formerly known as CNA Personal Insurance

Insurance
Company

Policy
Number             Effective
Date

☐ Personal Injury Protection Benefits/    ☐ Bodily Injury Liability
Property Damage Liability

Named
Insured

Vehicle I.D.
Year      Make

Producing Branch - Producer Code

Type of Dec

G-39320-E   12-94     Not Valid More Than One Year From Effective Date

# Your Auto ID Card

**Mispresentation of insurance is a first degree misdemeanor.**

**If one or more of your covered autos has Collision or Other Than Collision Coverage, you have these coverages for autos you rent. See your Florida Summary Disclosure for more details.**

**Mispresentation of insurance is a first degree misdemeanor.**

**If one or more of your covered autos has Collision or Comprehensive Coverage, you have these coverages for autos you rent. See your Florida Outline for more details.**



# It's Important For You To Know



**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

---

## IMPORTANT INFORMATION

The Florida Unfair Methods of Competition and Unfair or Deceptive Acts statute requires insurers which surcharge a policy if an operator was involved in an accident to notify you that you shall be entitled to a reimbursement of the surcharge if you demonstrate that the operator involved in the accident was:

1) lawfully parked;

2) reimbursed by, or on behalf of, a person responsible for the accident or has a judgment against such person;

3) struck in the rear by another vehicle headed in the same direction and was not convicted of a moving traffic violation in conjunction with such accident;

4) hit by a hit and run driver, if the accident was reported to the proper authorities within 24 hours after discovering the accident;

5) not convicted of a moving traffic violation in connection with the accident, but the operator of the other vehicle involved in the accident was convicted of a moving traffic violation;

6) adjudicated not liable by a court of competent jurisdiction;

7) in receipt of a traffic citation which was dismissed or nolle prossed; or

8) not at fault as evidenced by a written statement from the insured establishing facts which demonstrate lack of fault, which are not rebutted by information in the insurer's file from which the insurer in good faith determines that the insured was substantially at fault.

Florida statutes also require that we notify you of the following information regarding failure to maintain Personal Injury Protection and Property Damage liability insurance on your motor vehicles.

The Department of Highway Safety and Motor Vehicles shall suspend, after due notice and an opportunity to be heard, the registration and operator's license of any owner or registrant of a motor vehicle with respect to which security is required by law.

Upon the required notification by an insurer to the Department of Highway Safety and Motor Vehicles of cancellation or termination of the required security, the registration and operator's license of any owner or registrant of a motor vehicle may be suspended.

Any operator or owner whose driver's license or registration has been suspended may effect its reinstatement upon providing the Department of Highway Safety and Motor Vehicles evidence of required security and upon payment to the Department:



A nonrefundable reinstatement fee of $150 for the first reinstatement.
A nonrefundable reinstatement fee of $250 for the second reinstatement.

# It's Important For You To Know



Formerly known as CNA Personal Insurance

A nonrefundable reinstatement fee of $500 for each subsequent reinstatement during the 3 years following the first reinstatement.

All fees shall be collected by the Department of Highway Safety and Motor Vehicles at the time of reinstatement.

Your independent agent can help you if you have any questions regarding your policy.

**G-44399-B** Ed. 11-89



**It's Important For You To Know**



**ENCOMPASS.**
I N S U R A N C E

Formerly known as CNA Personal Insurance

## YOUR RENEWAL POLICY HAS CHANGED

Due to changes in state law and recent court decisions, we have made several changes to the Universal Security Policy. Some of these changes affect Home and Dwelling Fire Coverages, while others affect Automobile Coverages.

**Please read this notice carefully to determine which coverage changes affect you.**

**Automobile Changes**

**Personal Injury Protection (PIP), Added Personal Injury Protection (Added PIP), and Extended Personal Injury Protection Coverages.**

There have been some minor wording changes that do not change the intent of the coverage. However, persons riding on school buses who are injured can now put in a claim under PIP Coverage. Also, there has been a change in the collection of attorney's fees in the Arbitration clause of PIP Coverage.

**Amendment of Motor Vehicle Provisions**

This form has many changes:

- The definition of "you" and "your" in the policy has changed to allow for a limited amount of time for coverage for a spouse who moves out of the household.

- Non-owned golf carts are now covered for Personal Liability Coverage.

- The automatic 30 day coverage for newly acquired vehicles has been changed to 14 days. However, a newly acquired vehicle will now have comprehensive and collision coverage for 4 days if no other vehicles have this coverage. Newly acquired and replacement vehicles now have the broadest coverage for any vehicle listed on the policy.

- The permissive user exclusion has been modified to not take into account family members.

- Any sound reproducing equipment that is installed in a vehicle in a location not normally used by the factory for installation of such equipment will now have a limitation of $1,000 coverage.

**Uninsured Motorists Coverage**

This form has been revised to make the same permissive user change as in the Amendment of Motor Vehicle Provisions.



**G1-25614-A** Ed. 02-99

Page 1 of 2

# It's Important For You To Know



**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

**Amendment of Home And Dwelling Fire Provisions**

This form has been changed to add a definition of collapse where a building or part of a building that is in danger of collapsing may not qualify for coverage. Also, we have added a sub-limit of $10,000 for vicarious parental liability for damages or injuries caused by their children.

If you have any questions concerning these changes, please contact your independent CNA agent.

G1-25614-A Ed. 02-99                                      Page 2 of 2

**It's Important For You To Know**



**ENCOMPASS**
I N S U R A N C E

Formerly known as CNA Personal Insurance

---

## RENTAL CAR COVERAGE NOTICE

Do you need to purchase those separate insurance coverage options offered by rental car companies when you rent a car? Many people unknowingly purchase these costly options when they may not need to. Due to the confusion surrounding this seemingly simple question, several states have enacted laws which prevent rental car agencies from holding renters legally liable for direct and indirect damage to rental cars, subject to certain exceptions.

Because many of our Policyholders find themselves asking this or similar questions when renting a car, we want to arm you with the facts that you need, before you sign your rental car agreement. The following information only applies when you can be held liable to the rental car company.

### FACTS

Q. What if I am involved in an accident while driving a rental car which caused bodily injury to another person or damage to the property of another person? Will I be covered?

A. Yes, the same level of liability coverage that you have under your CNA Universal Security Policy protects you when you are driving a rental car.

Q. If the rental car is damaged as a result of a collision, will it be covered?

A. If at least one of your autos has Collision coverage, we will provide Collision coverage for the rental vehicle, minus the deductible shown in the Coverage Summary of your Universal Security Policy for your auto.

Q. What if the damage to the rental car is the result of something other than a collision?

A. Here again, if at least one of your autos has Comprehensive coverage, we will provide Comprehensive coverage for the rental vehicle, minus the deductible shown in the Coverage Summary of your Universal Security Policy for your auto.

Q. If I rent a car for use while mine is being serviced or repaired, will it be covered if it is damaged or stolen?

A. If at least one of your autos covered by this policy has Collision and Comprehensive coverage, Collision and Comprehensive coverage will be extended to the substitute auto. If more than one of your autos covered by this policy has Collision and Comprehensive coverage, we will provide to the substitute vehicle the broadest coverage available on any of these autos.

In both cases, coverage is provided minus the deductible shown in the Coverage Summary of your Universal Security Policy.



# It's Important For You To Know



**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

Q.  What if a member of my family rents a car?  How are they covered?

A.  CNA provides for your resident family members generally the same coverages as you are afforded under your policy.

Q.  Are all rental cars covered?

No, the rental cars which are not covered by your CNA policy are those cars which are provided for you or your family on a regular basis, such as a leased car.  However, if you lease a car under a written agreement for a continuous period of at least six months, it can be added to your policy as an insured vehicle.

NOTE:  If you do not have Collision and Comprehensive coverage for any vehicle insured under your Universal Security Policy, you may want to consider the purchase of the Collision Damage Waiver (CDW) option.  The Collision Damage Waiver (CDW) option can be purchased through your rental car company.

The questions and answers about your rental car coverage are generally described here.  Only your policy provides you with a complete description of the coverage and its limitations.

Please contact your Independent CNA agent if you have additional questions.

**9-23210-D** (Ed. 09-93)