UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly
situated,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

SALVATORE D. LARUSSO, D.C.,
d/b/a FAMILY CHIROPRACTIC
CENTER, on behalf of himself and all
others similarly situated,

    Plaintiff,

v.                                        CASE NO: 01-8108-CV-Ferguson/Snow

NATIONWIDE MUTUAL INSURANCE
COMPANY,

    Defendant.
_____/

**DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY'S**
**OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION**

Defendant, Nationwide Mutual Insurance Company (hereinafter "Nationwide"), by and through its undersigned attorneys, pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Magistrate Rule 4, hereby files the following Objections to the Magistrate's Report and Recommendation, filed on June 12, 2002, recommending that Nationwide's Motion to Compel Arbitration be denied.

On October 24, 2001, Nationwide filed a Motion to Compel Arbitration, or in the alternative, to Dismiss. The parties completed the briefing on this motion on November 26, 2001. The Magistrate issued a Report and Recommendation on June 12, 2002, recommending that the motion be denied.

The named Plaintiff, Salvatore D. LaRusso (hereinafter "LaRusso"), is an individual and a chiropractor doing business as "Family Chiropractic Center" in West Palm Beach, Florida. Dr. Larusso entered into a Preferred Provider Agreement with non-party Beech Street Corporation ("PPA"). The PPA provides in Article XIV for arbitration of disputes. LaRusso's claims (and those of the proposed class of healthcare providers) are based upon the alleged contracts of insurance between the patients and Nationwide but also deal with the issue of whether Florida law prohibits Nationwide from paying his bills at a preferred provider (PPO) rate. This rate is determined by both LaRusso's PPA with Beech Street and the Provider Agreement ("Provider Agreement") between Beech Street and Nationwide. Therefore, the insured's contract with Nationwide, LaRusso's PPA with Beech Street, and Beech Street's Provider Agreement with Nationwide are all central to the claims and defenses in this case.

In its Motion to Compel Arbitration, Nationwide argued that it is an intended third-party beneficiary of the PPA and was therefore entitled to compel arbitration of Larusso's claims. Magistrate Snow recommended to this Court that the motion to compel arbitration be denied. The basis of the Magistrate's decision was the fact that it was unclear whether Nationwide was a party to an agreement with Beech Street and therefore whether Nationwide could qualify as a "Payor" under the PPA. In fact, Nationwide and Beech Street did enter into a contract with Beech Street qualifying Nationwide as a "payor" under Larusso's PPA with Beech Street. This "Payor Agreement" is attached as Exhibit A hereto.

2

In its motion to compel arbitration, Nationwide had attached the PPA which contained the relevant arbitration provision. However, Nationwide did not previously attach the Payor Agreement. This was in part due to the fact that the Plaintiff's Amended Complaint implicitly acknowledges a commercial relationship between Nationwide and Beech Street which necessarily would be memorialized in a written contract. See, e.g., Amended Complaint at ¶¶ 40, 48-49, 108. As seen in Exhibit 1, Nationwide and Beech Street did in fact have a written agreement.

Therefore, Nationwide objects to the Report and Recommendation to the extent that the Magistrate's decision was based on the erroneous assumption that Nationwide was not a party to a Payor Agreement with Beech Street and therefore did not qualify as a payor under Larusso's PPA. As a payor under the PPA, Nationwide is an intended third-party beneficiary and can therefore compel arbitration of the Plaintiff's claims. See MS Dealer Service Corp. v. Franklin, 177 F.3d 942, 947 (11th Cir. 1999). Thus, Nationwide respectfully requests that the District Court sustain Nationwide's objections, set aside the Report and Recommendation, and grant Nationwide's Motion to Compel Arbitration.

                                            Respectfully submitted,

                                            FOWLER WHITE BOGGS BANKER, P.A.
                                            501 East Kennedy Boulevard, Suite 1700
                                            Post Office Box 1438
                                            Tampa, Florida 33601
                                            813/228-7411
                                            813/229-8313 (telecopier)
                                            Attorneys for Defendant Nationwide
                                             Mutual Insurance Company

                                            _/s/ Katherine C. Lake_____
                                            W. Donald Cox, FBN 096535
                                            Katherine C. Lake, FBN 066941

and

James C. Haggerty
Swartz, Campbell & Detweiler
1601 Market Street, 34th Floor
Philadelphia, PA 19103
215/564-5190
215/299-4301 (telecopier)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U.S. Mail to all the persons on the attached service list on the 25th day of June, 2002.

_____
Katherine C Lake
Attorney

# MASTER SERVICE LIST
## (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 5/6/02)

### Co-Lead Counsel for Plaintiffs

LEE & AMTZIS, P.L.
Eric Lee, Esq.
elee@leeamlaw.com
Suite 150
350 N.W. 12th Ave.
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

### Co-Counsel for Plaintiffs

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 Facsimile

### Counsel for:
### Allstate, Fidelity and Casualty, Continental, Deerbrook

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

### Counsel for Beech Street and ADP

TEW, CARDENAS,et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

### Counsel for Progressive

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

### Counsel for CCN

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL
DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Rebecca Sak, Esq.
rasak@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for: Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

6

# EXHIBIT A

Dec 22 97 05:26p    Sales/Mktg/Acct Mgmt    301 571-4714    p.5

## SCHEDULE 1

## COOPERATING PROVIDER NETWORK AGREEMENT

This Cooperating Provider Network Agreement ("Network Agreement"), entered into as of December 22, 1997, by and between NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation ("Nationwide"), with offices at One Nationwide Plaza, Columbus, OH 43215-2220, and BEECH STREET CORPORATION, a Georgia corporation ("Beech Street"), with offices at 173 Technology Drive, Irvine, California.

Nationwide desires to access for Eligible Persons the benefits of medical provider contracts executed by Beech Street; and

Beech Street desires to assist Nationwide in receiving such benefits for its Eligible Persons.

NOW, THEREFORE, Nationwide and Beech Street hereby enter into this Network Agreement under the terms and conditions as herein set forth.

1. **Definitions.** Each term defined in the Agreement shall have the same meaning when used herein, unless otherwise noted.

2. **Term.** This Network Agreement shall have the term as set forth in Section 5 of the Payor Agreement dated December 23, 1997 between Nationwide and ADP into which this Network Agreement is incorporated as Schedule 1.

3. **Responsibilities of Nationwide.**

    (a) **Payment to Participating ADP Provider.** Subject to Section 5 below and pursuant to the terms of the applicable Plan, and pursuant to the results of the applicable Utilization Management Program, Nationwide and the Eligible Person shall pay to a Participating ADP Provider the lesser of: (i) Participating ADP Provider's charges, or (ii) the amount set forth as the applicable Provider Contracted Rate, as full payment of any claim submitted by Participating ADP Provider for Covered Services furnished to Eligible Persons.

    (b) **Time for Payment.** Except where coordination of benefits applies, Nationwide shall use all reasonable efforts to make all payments due to a Participating ADP Provider within thirty (30) working days following receipt by Nationwide of a complete and proper claim form and other information required to determine that the claim is payable under the Plan subject to legal and/or regulatory requirements.

    (c) **Participant Eligibility.** Nationwide agrees that it will make available to Participating ADP Providers the following information: (i) whether a particular individual has an active personal injury protection or medpay policy, and (ii) descriptions of the policy benefits, within one (1) business day following notice of loss.

1

12/22/97

(d) <u>Use of Rate</u>. Nationwide agrees that the Provider Contracted Rates shall be used exclusively for Eligible Persons under this Agreement

(e) <u>Direction of Eligible Persons</u>. Since direction of Eligible Persons to Participating ADP Providers is essential in order for Beech Street to secure cost effective contracts with providers, Nationwide agrees to direct its Eligible Persons to Participating ADP Providers in one or more of the following ways: (i) distribute directories which contain lists of Participating ADP Providers to Eligible Persons; (ii) provide Eligible Persons with information enabling them to access the Beech Street's toll free referral line, which is administered by Beech Street; or (iii) provide direction in some other manner acceptable to Beech Street and Nationwide.

(f) <u>Identification of Eligible Person</u>. Since identification of Eligible Persons is an integral part of provider compliance and network management, Nationwide shall ensure that all Eligible Persons are adequately identified. Adequate identification shall be deemed to be through one or more of the following: (i) printed identification cards inscribed with Beech Street's information such as name and toll free directory numbers; (ii) the Beech Street stickers which will be affixed to printed identification cards; (iii) printed identification card sleeves provided by Beech Street; or (iv) other means acceptable to Beech Street and Nationwide.

(g) <u>Confidentiality</u>. Nationwide agrees that all contractual details of the Beech Street, including but not limited to, Provider Contracted Rates, are confidential and constitute proprietary information ("Confidential Information"). Nationwide agrees not to cause or permit the disclosure, reproduction, use, transfer or dissemination of any or all of the Confidential Information in any form whatsoever and shall use its best efforts to protect the Confidential Information consistent with the manner in which it protects its own confidential business information. Nationwide agrees not to use the Confidential Information to contract with Participating ADP Providers. If a demand for Confidential Information is made by means of subpoena, summons, search warrant, court or governmental order or otherwise, the recipient thereof shall notify the other party hereto in writing prior to the release of the requested information. If such other party objects to the release of the applicable Confidential Information, as the case may be, the recipient shall cooperate with such other party and its counsel, at such other party's expense, in connection with contesting the disclosure of property owned by, or proprietary to, such other party. The parties agree that a violation of the covenants described above may cause irreparable and substantial damage and that no adequate remedy may be available at law or in equity. As a result, such violation may be enjoined through injunctive proceedings in addition to any other rights and remedies available at law or in equity.

(h) Notwithstanding the provisions of Paragraph 12 herein, or any other provisions of this Agreement, Nationwide will be responsible for liability for claim payments under its policies with Eligible Persons. If Nationwide requires Beech Street representation for appearances in claims or related litigation or proceedings, Nationwide shall reimburse Beech Street for such appearances at the rate of $125.00 per hour plus reasonable expenses.

Dec 22 97 05:27p          ..oc/Mktg/Acct Mgmt              3C   .1-4714              p.7

4.   <u>Beech Street Responsibilities</u>.

(a)   Beech Street shall provide to Nationwide access to the Beech Street Network.

(b)   Beech Street shall credential and recredential the Participating ADP Providers in accordance with Beech Street's standard criteria.

(c)   Beech Street shall provide each Participating ADP Provider within the service area selected by Nationwide with written notice that Eligible Persons of Nationwide are entitled to receive Covered Services at the Provider Contracted Rates.

(d)   Beech Street shall be responsible for enforcing the terms of its provider agreements and managing the provider relationships relative to the ADP Network for purposes of this Agreement. Beech Street shall be responsible to resolve any claims issues resulting from inaccurate data extracts, at its own expense.

(e)   Beech Street shall use its best efforts to provide complete and accurate data regarding provider updates to Nationwide under this Agreement. However, if Beech Street is negligent in failing to convey provider updates which it has received and which it should have been able to reasonably provide, then Beech Street is liable for any resultant penalties and/or legal fees, contingent upon Nationwide's submission of supporting evidence for such penalties or fees. Beech Street shall be liable only on a case by case basis and only to the degree that its data regarding provider updates contributed to such penalties or legal fees. However, in no case shall Beech Street's liability under this paragraph exceed the administrative fee(s) that Beech Street receives from Nationwide in such claim(s).

This provision does not affect in any way Beech Street's obligations under Paragraph 12 herein, regarding issues outside of data regarding provider updates. Beech Street agrees that the full indemnification provisions of Paragraph 12 herein apply in all other situations under this Agreement.

5.   <u>Coordination of Benefits</u>.

(a)   If additional parties shall be liable, under coordination of benefits, for payment to Participating ADP Providers for Covered Services rendered to Eligible Persons, such other party or parties shall not be entitled to the benefit of any rates set forth in the Provider Contracted Rates, regardless of any coordination of benefit provisions in such party's agreement with the Eligible Person or Participating ADP Provider and regardless of whether such party is the primary or secondary payor.

(b)   If coordination of benefits applies, and if a Nationwide is a secondary payor, the Nationwide shall pay to a Participating ADP Provider the difference between the Provider Contracted Rates and the amount due to the Participating ADP Provider from the Eligible Person and the primary payor.

3                                                                    12/22/97

6. **Claims Submission.** Each Participating ADP Provider shall, as provided in the applicable Plan, submit claims to Nationwide, on a UB-92 form or HCFA 1500 form, or successor forms, as applicable. Participating ADP Providers shall use best efforts to submit claims within thirty (30) days after providing Covered Services. Nationwide shall apply the applicable Provider Contracted Rate and the guidelines, rules and protocols of the Utilization Management Program, as of the date of the Covered Services, to each Participating ADP Provider's claim to determine the amount due such Participating ADP Provider.

7. **Limitation of Liability.** Beech Street assumes no risk or responsibility for the actual payment to Participating ADP Providers or to any other providers providing medical or other health care related services for Nationwide under this Agreement.

8. **Independent Contractors.** The parties do not intend to create any agency, partnership, joint venture, trust or other relationship with duties or incidents different from those of parties to an arm's length contract.

9. **State Legislated Policies.** If Covered Services are rendered to Eligible Persons pursuant to a policy or contract of insurance for automobile medical payments or personal injury protection, the state laws regulating such policies or contracts shall supersede the applicable provisions of this Network Agreement except to the extent that the Provider Contracted Rate is less than the applicable state fee schedule, in which case the Provider Contracted Rate will prevail.

10. **No Discrimination.** Participating ADP Providers shall furnish to Eligible Persons those Covered Services customarily furnished by such Participating ADP Provider in the same physical setting and in the same manner as such services are customarily provided to other similarly situated patients of Participating ADP Provider.

11. **Representation and Warranty.** Beech Street represents and warrants to Nationwide that Beech Street has full authority to offer Provider Contracted Rates to Nationwide pursuant to the terms and conditions of this Agreement. Notwithstanding the aforegoing, Beech Street agrees that Nationwide shall have the right to apply the Provider Contracted Rates against the amounts charged for Eligible Persons receiving Covered Services according to the applicable Utilization Management Program rates applied by Nationwide, consistent with its obligations under Paragraph 3 of this Agreement.

12. **Indemnification.** Each party shall indemnify, defend and hold harmless the other party and its officers, directors, employees, agents, successors and assigns from and against any and all liability, loss, damage, claims or expenses of any kind whatsoever, including without limitation, reasonable attorneys' fees and costs and expert witness' fees, which may be sustained, suffered, recovered or made against any Indemnified Party by any third party which arises from or is in any way connected with the performance by the indemnifying party of its duties and obligations pursuant to this agreement.

4

12/22/97

DEC 23 '97 05:28

13. **Insurance.** Beach Street has purchased the policies of insurance set forth in Schedule 4, attached hereto and incorporated herein, in which Nationwide is named as an additional insured. Beach Street shall provide Nationwide with thirty (30) days prior written notice of any cancellation, termination or material alteration of any such insurance policies. Prior to the expiration or cancellation of any such policy, Beach Street shall secure a replacement of such insurance coverage upon the same terms, and furnish Nationwide with evidence of the new insurance policies. Beach Street acknowledges and agrees that such policies required herein are a material element of this Agreement, relied upon by Nationwide in entering into this Agreement.

IN WITNESS WHEREOF, the parties hereto have executed this Network Agreement as of the day and year first above written.

BEACH STREET CORPORATION

By: _George Brignote_
George Brignote
Title: President, COO
Date: 12/24/97

NATIONWIDE MUTUAL INSURANCE COMPANY

By: _Paul Thompson_
Paul Thompson
Title: Senior Vice President
Date: 12-25-97

5