UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-CIV-6061-FERGUSON/SNOW

SALVATORE D. LARUSSO, D.C.,
d/b/a FAMILY CHIROPRACTIC
CENTER, on behalf of himself and
all others similarly situated,
         Plaintiff,

v.

LIBERTY MUTUAL INSURANCE
COMPANY and COMMUNITY
CARE NETWORK, INC.,
         Defendants.
_____/



**ORDER GRANTING DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY'S
UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

    **THIS CAUSE** came before the Court on Defendant Liberty Mutual's Unopposed Motion [699] for Enlargement of Time ("Motion"), and the Court, having considered the above-referenced Motion and the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

    **ORDERED AND ADJUDGED** that Liberty Mutual's Motion is GRANTED. Liberty Mutual shall serve its responses to the discovery requests on or before June 28, 2002.

    **DONE AND ORDERED** in Chambers at the United States District Courthouse in Ft. Lauderdale, Florida, this 28TH day of June, 2002.

                                              _____
                                              UNITED STATES DISTRICT JUDGE

copies provided:
All counsel of Record