# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

| | |
|---|---|
| DR. PAUL ZIDEL, on behalf of himself and others similarly situated, | § § § § |
| Plaintiffs, | § § |
| v. | § § |
| ALLSTATE INSURANCE COMPANY, | § § |
| Defendant/Third-Party Plaintiff, | § § |
| v. | § § |
| COMMUNITY CARE NETWORK, INC., doing business as CCN, | § § § |
| Third-Party Defendant. | § § § |

**NIGHT BOX**
FILED

JUN 2 8 2002

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## CCN's NOTICE OF DESIGNATION OF RECORD ON APPEAL

Pursuant to Federal Rule of Appellate Procedure 11(f), Third-Party Defendant Community Care Network, Inc. ("CCN"), hereby files its designation of the record on appeal which is attached hereto as Exhibit A.

Respectfully submitted,

McGUIRE WOODS LLP

By: _____

William W. Deem
Florida Bar No. 0512834
Bryan S. Gowdy
Florida Bar No. 0176631
50 North Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone:     (904) 798-3200
Facsimile:     (904) 798-3207
E-mail:  wdeem@mcguirewoods.com

Attorneys for CCN Managed Care, Inc.

## Certificate of Service

I certify that a copy of the foregoing has been furnished by U.S. Mail on this 28ᵗʰ day

of June, 2002, to all counsel listed on the attached service list.

_____
Attorney

\\COM\146412.1

**MASTER SERVICE LIST**
**(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)**
(Amended 5/6/02)

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
elee@leeamlaw.com
350 N.W. 12th Avenue, Suite 150
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 (Facsimile)

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 (Facsimile)

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphilips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 (Facsimile)

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 (Facsimile)

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 (Facsimile)

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 (Facsimile)

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 (Facsimile)

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, FL 32802-1873
(407) 872-7300
(407) 841-2133 (Facsimile)

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 (Facsimile)

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, FL 33131-4336
(305) 539-2495
(305) 536-1116 (Facsimile)

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, FL 33131
(305) 373-4900
(305) 373-6914 (Facsimile)

**Counsel for CCN**

MCGUIRE WOODS LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 (Facsimile)

**Counsel for Nationwide**

FOWLER, WHITE
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 (Facsimile)

SWARTZ CAMPBELL
DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 (Facsimile)

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 (Facsimile)

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (Facsimile)

Counsel for:
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (Facsimile)

**Counsel for Metropolitan**

SONNENSCHEIN, NATH &
ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934 (Facsimile)

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 (Facsimile)

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 (Facsimile)

SHEA & GARDNER
John D. Aldock, Esq.
jaldock@sheagardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Avenue, N.W.
Washington, DC 20036
(202) 828-2000
(202) 828-2195 (Facsimile)

**Counsel for American
International**

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Blvd., 2nd Floor
Holly wood, FL 33021
(954) 961-1400
(954) 967-8577 (Facsimile)

```
                                                      MAGREF LSS
                                                      APPEAL
                        U.S. District Court
             Southern District of Florida (FtLauderdale)

             CIVIL DOCKET FOR CASE #: 00-CV-6061

Zidel, et al v. Allstate Insurance, et al            Filed: 01/12/00
Assigned to: Judge Wilkie D. Ferguson, Jr.   Jury demand: Plaintiff
Demand: $0,000                               Nature of Suit:  470
Lead Docket: None                            Jurisdiction: Diversity
Dkt# in other court: None

Cause: 18:1957 Forfeiture - currency from criminal acts


DAVID A. NAPOLI, D.C., and all     Douglas Alan Blankman
others similarly situated            [term  10/30/00]
dba                                FTS 462-6899
Napoli Chiropractic Center         [COR LD NTC]
     plaintiff                     Andrew J. Garcia
  [term  10/30/00]                   [term  10/30/00]
                                   FTS 462-6899
                                   [COR LD NTC]
                                   Kenneth J. Gogel
                                     [term  10/30/00]
                                   FTS 462-6899
                                   [COR LD NTC]
                                   Kopelman & Blankman
                                   C & S Bank Building
                                   1 Financial Plaza
                                   Suite 1611
                                   Fort Lauderdale, FL 33394
                                   954-462-6855

                                   Arthur S. Gold
                                     [term  10/30/00]
                                   FTS 372-0778
                                   [COR LD NTC]
                                   Gold & Coulson
                                   11 S LaSalle Street
                                   Suite 2500
                                   Chicago, IL 60603
                                   312-372-0777

                                   Carlin J. Phillips
                                     [term  10/30/00]
                                   FTS 998-0919
                                   [COR LD NTC]
                                   Phillips & Garcia
                                   13 Ventura Drive
                                   North Dartmouth, MA 02747
                                   508-998-0800

Docket as of June 20, 2002 4:11 pm                   Page 1
```

```
Proceedings include all events.                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al        APPEAL
```

```
PAUL ZIDEL                         Douglas Alan Blankman
     plaintiff                     (See above)
                                   [COR LD NTC]
                                   Lawrence M. Kopelman
                                   954-462-6855
                                   [COR LD NTC]
                                   Kopelman & Blankman
                                   C & S Bank Building
                                   1 Financial Plaza
                                   Suite 1611
                                   Fort Lauderdale, FL 33394
                                   954-462-6855

                                   Jan Douglas Atlas
                                     [term  04/30/02]
                                   FTS 766-7800
                                   [COR LD NTC]
                                   Eric Allan Lee
                                   Below Address Terminated on 5/10/02
                                   FTS 766-7800
                                   [COR LD NTC]
                                   Atlas Pearlman
                                   350 E Las Olas Boulevard
                                   Suite 1700
                                   Fort Lauderdale, FL 33301-4610
                                   954-763-1200

                                   Arthur S. Gold
                                   (See above)
                                   [COR LD NTC]

                                   Carlin J. Phillips
                                   (See above)
                                   [COR LD NTC]

                                   Susan L. Lawson
                                   [COR LD NTC]
                                   Richard A. Bokor
                                   [COR LD NTC]
                                   230 E Davis Boulevard
                                   Tampa, FL 33606
                                   813-251-1000


ALL PLAINTIFFS, Zidel,             Arthur S. Gold
Brickell, Browner, Larusso,        (See above)
Ultra Open MRI, Chiropractic       [COR LD NTC]
Centre, Mote Wellness
     plaintiff


KEITH BRICKELL, D.C.,              Douglas Alan Blankman
individually and on behalf of      (See above)
```

```
Proceedings include all events.                              MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                APPEAL
```

all others similarly situated          [COR LD NTC]
      consolidated plaintiff
                                        Eric Allan Lee
                                        Below Address Terminated on 5/10/02
                                        (See above)
                                        [COR LD NTC]

                                        Arthur S. Gold
                                        (See above)
                                        [COR LD NTC]

                                        Carlin J. Phillips
                                        (See above)
                                        [COR LD NTC]

                                        Susan L. Lawson
                                        (See above)
                                        [COR LD NTC]
                                        Richard A. Bokor
                                        (See above)
                                        [COR LD NTC]


MARC J. BROWNER D.C.,                   Douglas Alan Blankman
individually and on behalf of           (See above)
all others similarly situated           [COR LD NTC]
      consolidated plaintiff
                                        Eric Allan Lee
                                        Below Address Terminated on 5/10/02
                                        (See above)
                                        [COR LD NTC]

                                        Arthur S. Gold
                                        (See above)
                                        [COR LD NTC]

                                        Carlin J. Phillips
                                        (See above)
                                        [COR LD NTC]

                                        Susan L. Lawson
                                        (See above)
                                        [COR LD NTC]
                                        Richard A. Bokor
                                        (See above)
                                        [COR LD NTC]


SALVATORE D. LARUSSO, D.C., on          Douglas Alan Blankman
behalf of himself and all               (See above)
others similarly situated               [COR LD NTC]
dba
Family Chiropractic Center              Eric Allan Lee
      consolidated plaintiff            Below Address Terminated on 5/10/02

Proceedings include all events.                              MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                 APPEAL

                                        (See above)
                                        [COR LD NTC]

                                        Arthur S. Gold
                                        (See above)
                                        [COR LD NTC]

                                        Carlin J. Phillips
                                        (See above)
                                        [COR LD NTC]

                                        Susan L. Lawson
                                        (See above)
                                        [COR LD NTC]
                                        Richard A. Bokor
                                        (See above)
                                        [COR LD NTC]

ULTRA OPEN MRI CORPORATION              Douglas Alan Blankman
      consolidated plaintiff           (See above)
                                        [COR LD NTC]

                                        Eric Allan Lee
                                        Below Address Terminated on 5/10/02
                                        (See above)
                                        [COR LD NTC]

                                        Arthur S. Gold
                                        (See above)
                                        [COR LD NTC]

                                        Carlin J. Phillips
                                        (See above)
                                        [COR LD NTC]

                                        Susan L. Lawson
                                        (See above)
                                        [COR LD NTC]
                                        Richard A. Bokor
                                        (See above)
                                        [COR LD NTC]

CHIROPRACTIC CENTRE, INC., on           Douglas Alan Blankman
behalf of itself and all other          (See above)
similarly situated                      [COR LD NTC]
      consolidated plaintiff
                                        Eric Allan Lee
                                        Below Address Terminated on 5/10/02
                                        (See above)
                                        [COR LD NTC]

                                        Arthur S. Gold

Docket as of June 20, 2002 4:11 pm                      Page 4

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                   APPEAL

                                        (See above)
                                        [COR LD NTC]

                                        Carlin J. Phillips
                                        (See above)
                                        [COR LD NTC]

                                        Susan L. Lawson
                                        (See above)
                                        [COR LD NTC]
                                        Richard A. Bokor
                                        (See above)
                                        [COR LD NTC]

                                        Casey Anthony Fundaro
                                        FTS 462-2835
                                        [COR LD NTC]
                                        PO Box 7420
                                        Fort Lauderdale, FL 33338
                                        954-462-2833

MOTE WELLNES & REHAB, INC               Robin Corwin Campbell
     consolidated plaintiff             FTS 766-7800
                                        [COR LD NTC]
                                        Eric Allan Lee
                                        Below Address Terminated on 5/10/02
                                        (See above)
                                        [COR LD NTC]
                                        Atlas Pearlman
                                        350 E Las Olas Boulevard
                                        Suite 1700
                                        Fort Lauderdale, FL 33301-4610
                                        954-763-1200

ANDREW ELLOWITZ, Dr.                    Jan Douglas Atlas
     consolidated plaintiff             [term  04/30/02]
                                        (See above)
                                        [COR LD NTC]
                                        Robin Corwin Campbell
                                        (See above)
                                        [COR LD NTC]
                                        Eric Allan Lee
                                        Below Address Terminated on 5/10/02
                                        (See above)
                                        [COR LD NTC]

     v.


ALLSTATE INSURANCE COMPANY              David Bryan Shelton
     defendant                          FTS 841-2133

Docket as of June 20, 2002 4:11 pm                      Page 5

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                  APPEAL

```
                              407-839-4511
                              [COR LD NTC]
                              Lori Jean Caldwell
                              [COR LD NTC]
                              Rumberger Kirk & Caldwell
                              201 S Orange Avenue
                              Suite 300 PO Box 1873
                              Orlando, FL 32802-1873
                              407-872-7300

                              Scott M. Sarason
                              [COR LD NTC]
                              Rumberger Kirk & Caldwell
                              80 SW 8th Street
                              Suite 3000
                              Miami, FL 33130-3047
                              305-358-5577

                              Peter J. Valeta
                              FTS 920-7241
                              312-750-3619
                              [COR LD NTC]
                              Ross & Hardies
                              150 North Michigan Avenue
                              Suite 2500
                              Chicago, IL 60601-7567
                              312-558-1100

MEDVIEW SERVICES, INC.        William Wallace Deem
     defendant                 [term  10/30/01]
[term  10/30/01]              [COR LD NTC]
                              McGuire Woods
                              50 N Laura Street
                              Suite 3300 PO Box 4099
                              Jacksonville, FL 32201-4099
                              904-798-3200

PROGRESSIVE EXPRESS INSURANCE Donald Arthur Blackwell
     consolidated defendant   [COR LD NTC]
                              Francis A. Anania
                              FTS 373-6914
                              305-373-4900
                              [COR LD NTC]
                              Anania Bandklayder Blackwell &
                              Baumgarten
                              NationsBank Tower
                              100 SE 2nd Street
                              Suite 4300
                              Miami, FL 33131-2144
                              305-373-4900
```

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                  APPEAL

PROGRESSIVE CONSUMERS              Donald Arthur Blackwell
INSURANCE COMPANY                  (See above)
    consolidated defendant        [COR LD NTC]
                                   Francis A. Anania
                                   (See above)
                                   [COR LD NTC]


PROGRESSIVE BAYSIDE INSURANCE      Donald Arthur Blackwell
COMPANY                            (See above)
    consolidated defendant        [COR LD NTC]
                                   Francis A. Anania
                                   (See above)
                                   [COR LD NTC]


BEECH STREET CORPORATION           William Xanttopoulos
    consolidated defendant        FTS 579-9073
                                   305-579-9075
                                   Suite 3950
                                   [COR LD NTC]
                                   Bank of America Tower
                                   100 SE 2nd Street
                                   Miami, FL 33131-2158

                                   Joseph A. DeMaria
                                   FTS 536-1116
                                   305-539-2440
                                   [COR LD NTC]
                                   Cornelius Thomas Tew, Jr.
                                   FTS 536-1116
                                   [COR LD NTC]
                                   Tew Cardenas Rebak Kellogg
                                   Lehman et al
                                   Miami Center
                                   201 S Biscayne Boulevard
                                   Suite 2600
                                   Miami, FL 33131-4336
                                   305-536-1112


ADP INTEGRATED MEDICAL             William Xanttopoulos
SOLUTIONS, INC.                    (See above)
    consolidated defendant        [COR LD NTC]

                                   Joseph A. DeMaria
                                   (See above)
                                   [COR LD NTC]
                                   Cornelius Thomas Tew, Jr.
                                   (See above)
                                   [COR LD NTC]


ALLSTATE INDEMNITY COMPANY         David Bryan Shelton

Docket as of June 20, 2002 4:11 pm                    Page 7

```
Proceedings include all events.                                MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                APPEAL
```

```
        consolidated defendant              (See above)
                                            [COR LD NTC]

                                            Scott M. Sarason
                                            (See above)
                                            [COR LD NTC]

                                            Peter J. Valeta
                                            (See above)
                                            [COR LD NTC]


LIBERTY MUTUAL INSURANCE                    Nina Kole (Sue) Brown
COMPANY                                     FTS 374-5095
        consolidated defendant              [COR LD NTC]
                                            Akerman Senterfitt & Eidson
                                            Suntrust International Center
                                            1 SE 3rd Avenue
                                            28th Floor
                                            Miami, FL 33131-1714
                                            305-374-5600


PRUDENTIAL PROPERTY AND                     Kathleen Johnson Maus
CASUALTY INSURANCE COMPANY                  FTS 894-4999
        consolidated defendant              [COR LD NTC]
                                            Butler Burnette & Pappas
                                            3250 Thomasville Road
                                            Suite 102
                                            Tallahassee, FL 32308
                                            850-894-4111

                                            Lauren Diane Levy
                                            FTS 416-6848
                                            [COR LD NTC]
                                            Butler Burnette & Pappas
                                            Alfred I. DuPont Building
                                            169 E Flagler Street
                                            Suite 1300
                                            Miami, FL 33131
                                            305-416-9998

                                            John D. Aldock
                                            [COR LD NTC]
                                            Richard W. Wyner
                                            [COR LD NTC]
                                            Jeffrey M. Klein
                                             [term 02/13/02]
                                            [COR LD NTC]
                                            Michael K. Isenman
                                            [COR LD NTC]
                                            Lisa M. Harrison
                                            [COR LD NTC]
                                            Shea & Gardner
```

```
Proceedings include all events.                           MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al            APPEAL
```

```
                                    1800 Massachusetts Avenue NW
                                    Washington, DC 20036
                                    202-828-2000


SUPERIOR INSURNCE COMPANY           Alan Jeffrey Nisberg
     consolidated defendant         FTS 281-0900
                                    [COR LD NTC]
                                    Butler Burnette & Pappas
                                    6200 Courtney Campbell Causeway
                                    Suite 1100 Bayport Plaza
                                    Tampa, FL 33607-5946
                                    813-281-1900


NATIONWIDE INSURANCE COMPANY        Katherine Claire Lake
OF AMERICA                          FTS 229-8313
     consolidated defendant         [COR LD NTC]
                                    Fowler White Boggs Banker
                                    501 E Kennedy Boulevard
                                    Suite 1700 PO Box 1438
                                    Tampa, FL 33601-1438
                                    813-228-7411

                                    James C. Haggerty
                                    [COR LD NTC]
                                    Swartz Campbell & Detweiler
                                    1601 Market Street
                                    34th Floor
                                    Philadelphia, PA 19103


FLORIDA FARM BUREAU CASUALTY        Gregory Alan Baldwin
INSURANCE COMPANY                   [COR LD NTC]
     consolidated defendant         Holland & Knight
                                    701 Brickell Avenue
                                    Suite 3000 PO Box 015441
                                    Miami, FL 33101-5441
                                    305-374-8500


FIDELITY AND CASUALTY COMPANY       David Bryan Shelton
OF NEW YORK                         (See above)
     consolidated defendant         [COR LD NTC]

                                    Scott M. Sarason
                                    (See above)
                                    [COR LD NTC]

                                    Peter J. Valeta
                                    (See above)
                                    [COR LD NTC]
```

```
Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al            APPEAL
```

CONTINENTAL INSURANCE COMPANY  David Bryan Shelton
  consolidated defendant   (See above)
            [COR LD NTC]

            Scott M. Sarason
            (See above)
            [COR LD NTC]

            Peter J. Valeta
            (See above)
            [COR LD NTC]

DEERBROOK INSURANCE COMPANY  David Bryan Shelton
  consolidated defendant   (See above)
            [COR LD NTC]

            Scott M. Sarason
            (See above)
            [COR LD NTC]

            Peter J. Valeta
            (See above)
            [COR LD NTC]

HARTFORD INSURANCE COMPANY OF  Paul Alan Shelowitz
THE MIDWEST         [COR LD NTC]
  consolidated defendant   Marcy Levine Aldrich
            [COR LD NTC]
            Akerman Senterfitt & Eidson
            Suntrust International Center
            1 SE 3rd Avenue
            28th Floor
            Miami, FL 33131-1714
            305-374-5600

            Howard J. Roin
            [COR LD NTC]
            Mayer Brown Rowe & Maw
            190 S LaSalle Street
            Suite 3215
            Chicago, IL 60603-3441
            312-782-0600

INTEGON NATIONAL INSURANCE  George Volsky
COMPANY          FTS 374-5095
  consolidated defendant   [COR LD NTC]
            Marcy Levine Aldrich
            (See above)
            [COR LD NTC]
            Akerman Senterfitt & Eidson
            Suntrust International Center

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                    APPEAL

```
                                      1 SE 3rd Avenue
                                      28th Floor
                                      Miami, FL 33131-1714
                                      305-374-5600


INTEGON GENERAL INSURANCE             George Volsky
COMPANY                               (See above)
      consolidated defendant          [COR LD NTC]
                                      Marcy Levine Aldrich
                                      (See above)
                                      [COR LD NTC]


METROPOLITAN CASUALTY                 George Volsky
INSURANCE COMPANY                     (See above)
      consolidated defendant          [COR LD NTC]
                                      Marcy Levine Aldrich
                                      (See above)
                                      [COR LD NTC]

                                      Jeffrey Lennard
                                      [COR LD NTC]
                                      Sonnenschein Nath & Rosenthal
                                      233 S Wacker Drive
                                      8000 Sears Tower
                                      Chicago, IL 60606
                                      312-876-8000


PROGRESSIVE AMERICAN INSURANCE        Donald Arthur Blackwell
COMPANY                               (See above)
      consolidated defendant          [COR LD NTC]
                                      Francis A. Anania
                                      (See above)
                                      [COR LD NTC]


AMERICAN INTERNATIONAL                Dale Lyn Friedman
INSURANCE COMPANY                     FTS 967-8577
      consolidated defendant          [COR LD NTC]
                                      Brian Patrick Knight
                                      [COR LD NTC]
                                      Conroy Simberg Ganon Krevans &
                                      Abel
                                      3440 Hollywood Boulevard
                                      2nd Floor
                                      Hollywood, FL 33021
                                      954-961-1400


AMERICAN INTERNATIONAL SOUTH          Dale Lyn Friedman
INSURANCE COMPANY                     (See above)
      consolidated defendant          [COR LD NTC]
```

```
Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al            APPEAL

                                  Brian Patrick Knight
                                  (See above)
                                  [COR LD NTC]


COMMUNITY CARE NETWORK, INC.      William Wallace Deem
     consolidated defendant       (See above)
                                  [COR LD NTC]
                                  W. Curtis Caywood, IV
                                  FTS 798-3272
                                  [COR LD NTC]
                                  McGuire Woods
                                  50 N Laura Street
                                  Suite 3300 PO Box 4099
                                  Jacksonville, FL 32201-4099
                                  904-798-3200

                                  William E. Adams, Jr.
                                  305-452-6138
                                  [COR LD NTC]
                                  Nova University Law Center
                                  3305 College Avenue
                                  Fort Lauderdale, FL 33314
                                  954-262-6100


========================


COMMUNITY CARE NETWORK, INC.      William Hester Adams, III
dba                                [term  12/11/00]
CCN                               FTS 798-3207
     defendant                    [COR LD NTC]
     [term  12/11/00]             William Wallace Deem
                                  [COR LD NTC]
                                  W. Curtis Caywood, IV
                                  FTS 798-3272
                                  [COR LD NTC]
                                  McGuire Woods
                                  50 N Laura Street
                                  Suite 3300 PO Box 4099
                                  Jacksonville, FL 32201-4099
                                  904-798-3200

                                  William E. Adams, Jr.
                                  305-452-6138
                                  [COR LD NTC]
                                  Nova University Law Center
                                  3305 College Avenue
                                  Fort Lauderdale, FL 33314
                                  954-262-6100


========================
```

```
Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al            APPEAL
```

```
ALLSTATE INSURANCE COMPANY          David Bryan Shelton
      third-party plaintiff         FTS 841-2133
                                    407-839-4511
                                    [COR LD NTC]
                                    Lori Jean Caldwell
                                    [COR LD NTC]
                                    Rumberger Kirk & Caldwell
                                    201 S Orange Avenue
                                    Suite 300 PO Box 1873
                                    Orlando, FL 32802-1873
                                    407-872-7300

                                    Scott M. Sarason
                                    Rumberger Kirk & Caldwell
                                    80 SW 8th Street
                                    Suite 3000
                                    Miami, FL 33130-3047
                                    305-358-5577

                                    Peter J. Valeta
                                    FTS 920-7241
                                    312-750-3619
                                    Ross & Hardies
                                    150 North Michigan Avenue
                                    Suite 2500
                                    Chicago, IL 60601-7567
                                    312-558-1100


- - - - - - - - - - - - - - - - - - - - - - - - -


COMMUNITY CARE NETWORK, INC.        William Wallace Deem
      third-party defendant         [COR LD NTC]
                                    W. Curtis Caywood, IV
                                    FTS 798-3272
                                    [COR LD NTC]
                                    McGuire Woods
                                    50 N Laura Street
                                    Suite 3300 PO Box 4099
                                    Jacksonville, FL 32201-4099
                                    904-798-3200

                                    William E. Adams, Jr.
                                    305-452-6138
                                    Nova University Law Center
                                    3305 College Avenue
                                    Fort Lauderdale, FL 33314
                                    954-262-6100


=========================
Docket as of June 20, 2002 4:11 pm              Page 13
```

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                      APPEAL


WALTER E. AFIELD, M.D., P.A.        Jan Douglas Atlas
        plaintiff                       [term  05/15/02]
                                    FTS 766-7800
                                    [COR LD NTC]
                                    Robin Corwin Campbell
                                    FTS 766-7800
                                    [COR LD NTC]
                                    Eric Allan Lee
                                    Below Address Terminated on 5/10/02
                                    FTS 766-7800
                                    [COR LD NTC]
                                    Atlas Pearlman
                                    350 E Las Olas Boulevard
                                    Suite 1700
                                    Fort Lauderdale, FL 33301-4610
                                    954-763-1200

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                  APPEAL

DAVID A. NAPOLI, D.C., Doing business as Napoli Chiropractic
Center, and all others similarly situated; PAUL ZIDEL; ALL
PLAINTIFFS, Zidel, Brickell, Browner, Larusso, Ultra Open
MRI, Chiropractic Centre, Mote Wellness;

           plaintiff

KEITH BRICKELL, D.C., individually and on behalf of all
others similarly situated; MARC J. BROWNER D.C.,
individually and on behalf of all others similarly situated;
SALVATORE D. LARUSSO, D.C., Doing business as Family
Chiropractic Center, on behalf of himself and all others
similarly situated; ULTRA OPEN MRI CORPORATION; CHIROPRACTIC
CENTRE, INC., on behalf of itself and all other similarly
situated; MOTE WELLNES & REHAB, INC; ANDREW ELLOWITZ, Dr.

           consolidated plaintiff


     v.

ALLSTATE INSURANCE COMPANY; MEDVIEW SERVICES, INC.;

           defendant

PROGRESSIVE EXPRESS INSURANCE; PROGRESSIVE CONSUMERS
INSURANCE COMPANY; PROGRESSIVE BAYSIDE INSURANCE COMPANY;
BEECH STREET CORPORATION; ADP INTEGRATED MEDICAL SOLUTIONS,
INC.; ALLSTATE INDEMNITY COMPANY; LIBERTY MUTUAL INSURANCE
COMPANY; PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY;
SUPERIOR INSURNCE COMPANY; NATIONWIDE INSURANCE COMPANY OF
AMERICA; FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY;
FIDELITY AND CASUALTY COMPANY OF NEW YORK; CONTINENTAL
INSURANCE COMPANY; DEERBROOK INSURANCE COMPANY; HARTFORD
INSURANCE COMPANY OF THE MIDWEST; INTEGON NATIONAL INSURANCE
COMPANY; INTEGON GENERAL INSURANCE COMPANY; METROPOLITAN
CASUALTY INSURANCE COMPANY; PROGRESSIVE AMERICAN INSURANCE
COMPANY; AMERICAN INTERNATIONAL INSURANCE COMPANY; AMERICAN
INTERNATIONAL SOUTH INSURANCE COMPANY; COMMUNITY CARE
NETWORK, INC.

           consolidated defendant


=========================

COMMUNITY CARE NETWORK, INC., Doing business as CCN

           defendant


=========================

ALLSTATE INSURANCE COMPANY

Docket as of June 20, 2002 4:11 pm                    Page 15

```
Proceedings include all events.                        MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al         APPEAL
```

                    third-party plaintiff


    v.

COMMUNITY CARE NETWORK, INC.

                    third-party defendant


=========================

WALTER E. AFIELD, M.D., P.A.

                    plaintiff

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                 APPEAL

1/12/00  1    COMPLAINT filed;   FILING FEE $150.00  RECEIPT # 518288;
              A-7; LSS (br) [Entry date 01/13/00]

1/12/00  2    SUMMONS(ES) issued for Allstate Insurance (br)
              [Entry date 01/13/00]

1/12/00  --   Magistrate identification:  Magistrate Judge Lurana S. Snow
              (br) [Entry date 01/13/00]

1/14/00  3    SUMMONS(ES) issued for Medview Services (dp)
              [Entry date 01/19/00]

2/1/00   4    ALIAS SUMMONS issued for Medview Services (dp)
              [Entry date 02/02/00]

2/1/00   5    RETURN OF SERVICE executed for Allstate Insurance on
              1/14/00 Answer due on 2/3/00 for Allstate Insurance (dp)
              [Entry date 02/02/00]

2/1/00   6    Return of service unexecuted as to Medview Services (dp)
              [Entry date 02/02/00]

2/7/00   7    MOTION by Allstate Insurance to extend time to respond to
              complaint (dp) [Entry date 02/08/00]

2/8/00   8    MOTION by David A. Napoli for Arthur Gold to appear pro
              hac vice (dp)

2/8/00   --   Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 518521 (dp)

2/14/00  9    Civil Rico Statement by David A. Napoli (dp)
              [Entry date 02/15/00]

2/15/00  10   AMENDMENT by David A. Napoli  to: [9-1] Statement of (dp)
              [Entry date 02/16/00]

2/15/00  11   RETURN OF SERVICE executed for Medview Services on 2/8/00
              Answer due on 2/28/00 for Medview Services (dp)
              [Entry date 02/16/00]

2/22/00  12   ORDER SETTING STATUS CONFERENCE  Status conference set
              for 4:15 3/20/00  before Judge Wilkie D. Ferguson Jr. (
              Signed by Judge Wilkie D. Ferguson Jr. on 2/22/00) CCAP
              [EOD Date: 2/23/00] CCAP (dp) [Entry date 02/23/00]

2/22/00  13   ORDER advising parties of the Court's expectations as to
              certain procedures ( Signed by Judge Wilkie D. Ferguson
              Jr. on 2/22/00) CCAP [EOD Date: 2/23/00] (dp)
              [Entry date 02/23/00]

2/22/00  14   ORDER granting [7-1] motion to extend time to respond to
              complaint ( Signed by Judge Wilkie D. Ferguson Jr. on
              2/21/00) CCAP [EOD Date: 2/23/00] (dp) [Entry date 02/23/00]

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                  APPEAL

2/25/00  (15)    Answer and affirmative defenses by Allstate Insurance (dp)
                 [Entry date 02/28/00]

2/25/00  (16)    MOTION by Allstate Insurance to dismiss Counts IV-VII (dp)
                 [Entry date 02/28/00]

2/25/00  (17)    MEMORANDUM by Allstate Insurance  in support of [16-1]
                 motion to dismiss Counts IV-VII (dp) [Entry date 02/28/00]

3/8/00   (18)    MOTION by David A. Napoli to certify class action (dp)
                 [Entry date 03/09/00]

3/8/00   (19)    NOTICE of filing motion for class certification and
                 memorandum and opposition to dismissal motion by David A.
                 Napoli (dp) [Entry date 03/09/00]

3/8/00   (20)    JOINT STATUS REPORT by David A. Napoli, Allstate Insurance,
                 Medview Services (dp) [Entry date 03/09/00]

3/8/00   (21)    MEMORANDUM by David A. Napoli  in support of [18-1] motion
                 to certify class action (dp) [Entry date 03/09/00]

3/8/00   (22)    RESPONSE by David A. Napoli  to [16-1] motion to dismiss
                 Counts IV-VII (dp) [Entry date 03/09/00]

3/16/00   23     MOTION by Medview Services to extend time complaint (dp)

3/20/00  (24)    REPLY by Allstate Insurance  to response to [16-1] motion
                 to dismiss Counts IV-VII (dp)

3/20/00  (25)    Minutes of status conference held  before Judge Wilkie D.
                 Ferguson Jr. on 3/20/00;  Court Reporter Name or Tape #:
                 Paul Haferling (dp) [Entry date 03/21/00]

3/20/00   26     NOTICE of filing motions to appear pro hac vice by David A.
                 Napoli (dp) [Entry date 03/21/00]

3/20/00   27     MOTION by David A. Napoli for Kenneth Gogel to appear pro
                 hac vice (dp) [Entry date 03/21/00]

3/20/00   --     Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 518904 (dp)
                 [Entry date 03/21/00]

3/20/00   28     MOTION by David A. Napoli for Andrew Garcia  to appear pro
                 hac vice (dp) [Entry date 03/21/00]

3/20/00   --     Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 518904 (dp)
                 [Entry date 03/21/00]

3/20/00   29     MOTION by David A. Napoli for Carlin Phillips  to appear
                 pro hac vice (dp) [Entry date 03/21/00]

3/20/00   --     Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 518904 (dp)
                 [Entry date 03/21/00]

Proceedings include all events.                              MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al            APPEAL

3/20/00   30   ORDER Motion hearing set for 4/14/00 at 11:30 on all
               pending motions before Judge Wilkie D. Ferguson Jr. (
               Signed by Judge Wilkie D. Ferguson Jr. on 3/20/00) CCAP
               [EOD Date: 3/21/00] (dp) [Entry date 03/21/00]

3/22/00   31   MOTION by Medview Services to appear telephoically at
               3/20/00 status conference (dp) [Entry date 03/23/00]

3/23/00   32   MOTION by Allstate Insurance to extend time to respond to
               motion for class certification (dp)

3/30/00   33   NOTICE of joinder in motion for extension of time to
               respond to motion for class certification by Medview
               Services (dp) [Entry date 03/31/00]

3/31/00   34   SCHEDULING ORDER setting Deadline for filing of all motions
               by 10/9/00 Jury trial set for 12/4/00 Pretrial Stipulation
               due on or before 10/23/00 Calendar call set for 4:15
               11/27/00 Discovery cutoff 9/25/00 ; Pretrial conference for
               4:15 10/30/00 ; ( Signed by Judge Wilkie D. Ferguson Jr. on
               3/31/00) CCAP [EOD Date: 4/3/00]  CCAP (dp)
               [Entry date 04/03/00]

3/31/00   35   ORDER referring case to mediation.  15 days to appoint
               mediator ( Signed by Judge Wilkie D. Ferguson Jr. on
               3/31/00) CCAP [EOD Date: 4/3/00] (dp) [Entry date 04/03/00]

4/3/00    36   MOTION by Medview Services to dismiss Count I (dp)
               [Entry date 04/04/00]

4/3/00    37   MEMORANDUM by Medview Services  in support of [36-1] motion
               to dismiss Count I (dp) [Entry date 04/04/00]

4/14/00   38   MEMORANDUM by David A. Napoli  in support of [22-1] motion
               response (dp) [Entry date 04/17/00]

4/14/00   --   Motion hearing re: [36-1] motion to dismiss Count I (dp)
               [Entry date 04/18/00]

4/17/00   39   RESPONSE by David A. Napoli  to [36-1] motion to dismiss
               Count I (dp) [Entry date 04/18/00]

4/17/00   40   Minutes of hearing on motion to dismiss held  before Judge
               Wilkie D. Ferguson Jr. on 4/14/00;  Court Reporter Name or
               Tape #: Paul Haferling (dp) [Entry date 04/18/00]

4/24/00   41   MOTION by Medview Services for oral argument on [36-1]
               motion to dismiss Count I (dp) [Entry date 04/25/00]

4/24/00   42   REPLY by Medview Services  to response to [36-1] motion to
               dismiss Count I (dp) [Entry date 04/25/00]

4/24/00   43   NOTICE of Pendency of Other Action. by Allstate Insurance

Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al         APPEAL

                    (dp) [Entry date 04/25/00]

4/24/00   44    NOTICE of filing supplemental authority in support of
                motion to dismiss by Allstate Insurance (dp)
                [Entry date 04/25/00]

5/25/00   45    Second NOTICE OF FILING SUPPLEMENTAL AUTHORITY by Allstate
                Insurance (dp) [Entry date 05/26/00]

6/30/00   46    MOTION by David A. Napoli for leave to file amended
                complaint (dp) [Entry date 07/03/00]

6/30/00   47    AMENDED COMPLAINT by David A. Napoli , (Answer due 7/10/00
                for Allstate Insurance )  amending [1-1] complaint adding
                Community Care (dp) [Entry date 07/03/00]

7/12/00   48    MOTION by David A. Napoli for status on 7/24/00 at 4:15 (dp)
                [Entry date 07/13/00]

7/13/00   49    MOTION by Medview Services to extend time to respond to
                motion for leave to amend complaint (dp)
                [Entry date 07/14/00]

7/14/00   50    ORDER granting [48-1] motion for status on 7/24/00 at 4:15
                 reset status conference for 4:15 7/24/00   before Judge
                Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D.
                Ferguson Jr. on 7/14/00) CCAP [EOD Date: 7/17/00] (dp)
                [Entry date 07/17/00]

7/19/00   51    RESPONSE by Allstate Insurance  to [46-1] motion for leave
                to file amended complaint (dp) [Entry date 07/20/00]

7/24/00   52    Minutes of status conference held  before Judge Wilkie D.
                Ferguson Jr. on 7/24/00;  Court Reporter Name or Tape #:
                Paul Haferling (dp) [Entry date 07/25/00]

7/24/00   --    Status conference held  before Judge Wilkie D. Ferguson
                Jr. (dp) [Entry date 07/25/00]

7/27/00   53    NOTICE of filing proposed order vacating prior order
                setting trial date and discovery schedule by Allstate
                Insurance (dp) [Entry date 07/31/00]

8/3/00    54    RESPONSE by Medview Services  to [46-1] motion for leave to
                file amended complaint (dp) [Entry date 08/04/00]

8/7/00    55    REPLY by David A. Napoli  to response to [46-1] motion for
                leave to amend complaint (dp) [Entry date 08/08/00]

8/14/00   56    MEMORANDUM by Allstate Insurance  in opposition to
                consolidation (dp) [Entry date 08/15/00]

8/16/00   57    RESPONSE by Medview Services  in opposition to
                consolidation (dp)

Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al         APPEAL



8/25/00  58   CONSOLIDATED RESPONSE by Dr. Zidel, Brickell and Browner in
              opposition to [56-1] opposition memorandum (dp)
              [Entry date 08/28/00]

9/1/00   59   ORDER vacating [34-1] Scheduling order,  reset status
              conference for 2:15 9/15/00   before Judge Wilkie D.
              Ferguson Jr., terminated deadlines ( Signed by Judge
              Wilkie D. Ferguson Jr. on 8/31/00) CCAP [EOD Date: 9/5/00]
              (dp) [Entry date 09/05/00]

9/8/00   60   MOTION by Medview Services for Jeb Branham to appear pro
              hac vice (dp) [Entry date 09/12/00]

9/8/00   --   Filing Fee Paid;  FILING FEE $ 75.00   RECEIPT # 520421 (dp)
              [Entry date 09/12/00]

9/11/00  61   ORDER granting plaintiffs' motion for an 8 day extension to
              respond to defendant's motion for entry of an order
              enjoining plaints and counsel from proceeding with
              duplicative state court actions ( Signed by Judge Wilkie D.
              Ferguson Jr. on 9/11/00 now for 7/5/00) CCAP [EOD Date:
              9/12/00] (dp) [Entry date 09/12/00]

9/15/00  62   Minutes of status conference held  before Judge Wilkie D.
              Ferguson Jr. on 9/15/00;  Court Reporter Name or Tape #:
              Paul Haferling (dp) [Entry date 09/18/00]

9/15/00  --   Status conference  held  before Judge Wilkie D. Ferguson
              Jr. (dp) [Entry date 09/18/00]

9/15/00  63   ORDER granting [60-1] motion for Jeb Branham to appear pro
              hac vice ( Signed by Judge Wilkie D. Ferguson Jr. on
              9/15/00) CCAP [EOD Date: 9/18/00] (dp) [Entry date 09/18/00]

9/18/00  64   ORDER granting [29-1] motion for Carlin Phillips  to appear
              pro hac vice ( Signed by Judge Wilkie D. Ferguson Jr. on
              9/15/00) CCAP [EOD Date: 9/18/00] (dp)

9/18/00  65   ORDER granting [28-1] motion for Andrew Garcia  to appear
              pro hac vice ( Signed by Judge Wilkie D. Ferguson Jr. on
              9/15/00) CCAP [EOD Date: 9/18/00] (dp)

9/18/00  66   ORDER granting [8-1] motion for Arthur Gold to appear pro
              hac vice ( Signed by Judge Wilkie D. Ferguson Jr. on
              9/15/00) CCAP [EOD Date: 9/18/00] (dp)

9/18/00  67   ORDER dismissing [49-1] motion to extend time to respond to
              motion for leave to amend complaint ( Signed by Judge
              Wilkie D. Ferguson Jr. on 9/15/00) CCAP [EOD Date: 9/18/00]
              (dp)

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                      APPEAL

9/18/00  68    ORDER dismissing [23-1] motion to extend time complaint (
               Signed by Judge Wilkie D. Ferguson Jr. on 9/15/00) CCAP
               [EOD Date: 9/18/00] (dp)

9/18/00  69    ORDER granting [27-1] motion for Kenneth Gogel to appear
               pro hac vice ( Signed by Judge Wilkie D. Ferguson Jr. on
               9/15/00) CCAP [EOD Date: 9/18/00] (dp)

9/18/00  70    (VACATED BY DE #76) ORDER granting [32-1] motion to extend
               time to respond to motion for class certification ( Signed
               by Judge Wilkie D. Ferguson Jr. on 9/15/00) CCAP [EOD Date:
               9/18/00] (dp) [Edit date 10/19/00]

9/18/00  71    ORDER dismissing [33-1] notice ( Signed by Judge Wilkie D.
               Ferguson Jr. on 9/15/00) CCAP [EOD Date: 9/18/00] (dp)

9/22/00  72    NOTICE of attorney appearance for Dr. Paul Zidel by Eric
               Lee (dp) [Entry date 09/25/00]

9/27/00  73    SCHEDULING ORDER setting Deadline for filing of all motions
               by 4/23/01; Jury trial set for 6/18/01; Pretrial
               Stipulation due on or before 5/7/01; Calendar call set for
               4:15 6/11/01; Discovery cutoff 4/2/01; Pretrial conference
               for 4:15 5/14/01 (Signed by Judge Wilkie D. Ferguson Jr. on
               9/27/00) CCAP [EOD Date: 9/29/00] CCAP (ss)
               [Entry date 09/29/00]

10/2/00  74    NOTICE of Unavailability by David A. Napoli  for dates of:
               12/28-1/8 (dp) [Entry date 10/03/00]

10/13/00 75    MOTION by Allstate Insurance to vacate [70-1] order (dp)
               [Entry date 10/16/00]

10/18/00 76    ORDER granting [75-1] motion to vacate [70-1] order
               vacating [70-1] order ( Signed by Judge Wilkie D.
               Ferguson Jr. on 10/18/00) CCAP [EOD Date: 10/19/00] (dp)
               [Entry date 10/19/00]

10/26/00 77    MOTION by Community Care for William Hester Adams III to
               appear pro hac vice (dp) [Entry date 10/27/00]

10/26/00 --    Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 520805 (dp)
               [Entry date 10/27/00]

10/27/00 78    MOTION by Community Care to set response dates (dp)
               [Entry date 10/30/00]

Docket as of June 20, 2002 4:11 pm                    Page 22

```
Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al        APPEAL
```

10/30/00  79    ORDER granting [46-1] motion for leave to file amended
complaint, granting [41-1] motion for oral argument on
[36-1] motion to dismiss Count I, granting [31-1] motion to
appear telephoically at 3/20/00 status conference, [18-1]
motion to certify class action Motion hearing  before
Judge Wilkie D. Ferguson Jr. set for 9:00 11/6/00 for
[36-1] motion to dismiss Count I ( Signed by Judge Wilkie
D. Ferguson Jr. on 10/30/00) CCAP [EOD Date: 10/31/00] (dp)
[Entry date 10/31/00]

10/30/00 --    Motion(s) referred: [18-1] motion to certify class action
referred  to Magistrate Judge Lurana S. Snow (dp)
[Entry date 10/31/00]

11/1/00  80    ORDER granting [78-1] motion to set response dates  reset
answer due for 11/13/00 for Community Care ( Signed by
Judge Wilkie D. Ferguson Jr. on 10/31/00) CCAP [EOD Date:
11/2/00] (dp) [Entry date 11/02/00]

11/1/00  81    ORDER granting [77-1] motion for William Hester Adams III
to appear pro hac vice ( Signed by Judge Wilkie D. Ferguson
Jr. on 10/31/00) CCAP [EOD Date: 11/2/00] (dp)
[Entry date 11/02/00]

11/6/00  --    Motion hearing re: [36-1] motion to dismiss Count I Motion
hearing held (ss) [Entry date 11/09/00]

11/8/00  82    Minutes of Motion to dismiss held before Judge Wilkie D.
Ferguson Jr. on 11/6/00; Court Reporter Name or Tape #:
Paul Haferling (ss) [Entry date 11/09/00]

11/9/00  83    AGREED MOTION by Allstate Insurance to set response date (ss)

11/9/00  84    RULE 12.1 Civil Rico Case Statement by David A. Napoli (ss)
[Entry date 11/13/00]

11/13/00 85    MOTION with memorandum in support by Community Care to
dismiss claims (dp) [Entry date 11/15/00]

11/13/00 86    MOTION by Community Care to compel arbitration & stay
litigation (dp) [Entry date 11/15/00]

11/16/00 87    ORDER granting [83-1] motion to set response date ( Signed
by Judge Wilkie D. Ferguson Jr. on 11/16/00) CCAP [EOD
Date: 11/17/00] (dp) [Entry date 11/17/00]

11/20/00 88    MOTION by Allstate Insurance to dismiss Counts II-II (dp)

11/20/00 89    MEMORANDUM by Allstate Insurance  in support of [88-1]
motion to dismiss Counts II-II (dp)

11/22/00 90    MOTION with memorandum in support by Allstate Insurance to
stay discovery, or alternatively for protective order re
discovery (dp)

Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al            APPEAL

11/22/00  91    MOTION by Allstate Insurance for Hearing on [90-1] motion
                to stay discovery, [90-2] motion for protective order re
                discovery (dp)

11/30/00  92    MOTION by David A. Napoli to extend time to respond to
                CCN's motion to compel and motion to dismiss (dp)
                [Entry date 12/01/00]

12/4/00   93    MOTION by David A. Napoli to extend time to respond to
                motion to dismiss (dp) [Entry date 12/05/00]

12/8/00   94    ORDER granting [92-1] motion to extend time to respond to
                CCN's motion to compel and motion to dismiss ( Signed by
                Judge Wilkie D. Ferguson Jr. on 12/8/00) CCAP [EOD Date:
                12/11/00] (dp) [Entry date 12/11/00]

12/8/00   95    ORDER granting [93-1] motion to extend time to respond to
                motion to dismiss ( Signed by Judge Wilkie D. Ferguson Jr.
                on 12/8/00) CCAP [EOD Date: 12/11/00] (dp)
                [Entry date 12/11/00]

12/11/00  96    STIPULATION of dismissal by Community Care, Paul Zidel (dp)
                [Entry date 12/12/00]

12/15/00  97    MOTION by Paul Zidel for leave to file amend [47-1]
                amended complaint (dp) [Entry date 12/18/00]

12/15/00  98    SECOND AMENDED COMPLAINT by Paul Zidel , (Answer due
                12/25/00 for Allstate Insurance )  amending [47-1] amended
                complaint (dp) [Entry date 12/18/00]

12/18/00  99    REPLY by Allstate Insurance  to response to [90-1] motion
                to stay discovery, [90-2] motion for protective order re
                discovery (dp)

12/18/00  100   ORDER dismissing cause upon stipulation of dismissal (
                Signed by Judge Wilkie D. Ferguson Jr. on 12/15/00) CCAP
                [EOD Date: 12/19/00] (dp) [Entry date 12/19/00]

12/18/00  --    CASE CLOSED. Case and Motions no longer referred to
                Magistrate. (dp) [Entry date 12/19/00]

12/18/00  --    Case reopened (dp) [Entry date 12/29/00]

12/26/00  101   MOTION by Allstate Insurance for oral argument on [97-1]
                motion for leave to file amend [47-1] amended complaint (dp)

12/26/00  102   RESPONSE by Allstate Insurance  to [97-1] motion for leave
                to file amend [47-1] amended complaint (dp)

12/27/00  103   ORDER granting [97-1] motion for leave to file amend [47-1]
                amended complaint ( Signed by Judge Wilkie D. Ferguson Jr.
                on 12/27/00) CCAP [EOD Date: 12/28/00] (dp)

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                 APPEAL

                    [Entry date 12/28/00]

12/29/00  104    MOTION with memorandum in support by Allstate Insurance
                     for protective order re 1/16-18/01 depositions (dp)

12/29/00  105    MOTION by Allstate Insurance for Hearing on [104-1] motion
                     for protective order re 1/16-18/01 depositions (dp)

12/31/00  106    ORDER dismissing [86-1] motion to compel arbitration & stay
                     litigation ( Signed by Judge Wilkie D. Ferguson Jr. on
                     12/31/00) CCAP [EOD Date: 1/4/01] (dp) [Entry date 01/04/01]

12/31/00  107    ORDER dismissing [85-1] motion to dismiss claims ( Signed
                     by Judge Wilkie D. Ferguson Jr. on 12/31/00) CCAP [EOD
                     Date: 1/4/01] (dp) [Entry date 01/04/01]

1/11/01   108    MOTION by Allstate Insurance to dismiss second amended
                     complaint (dp) [Entry date 01/12/01]

1/11/01   109    MEMORANDUM by Allstate Insurance  in support of [108-1]
                     motion to dismiss second amended complaint (dp)
                     [Entry date 01/12/01]

1/23/01   110    MOTION by Paul Zidel to compel production of documents,
                     for contempt, for sanctions (dp) [Entry date 01/24/01]

1/23/01   110    MEMORANDUM by Paul Zidel  in opposition to [104-1] motion
                     for protective order re 1/16-18/01 depositions (dp)
                     [Entry date 01/24/01]

1/24/01   111    ORDER dismissing [88-1] motion to dismiss Counts II-II (
                     Signed by Judge Wilkie D. Ferguson Jr. on 1/24/01) CCAP
                     [EOD Date: 1/25/01] (dp) [Entry date 01/25/01]

1/24/01   112    ORDER dismissing [101-1] motion for oral argument on [97-1]
                     motion for leave to file amend [47-1] amended complaint (
                     Signed by Judge Wilkie D. Ferguson Jr. on 1/24/01) CCAP
                     [EOD Date: 1/25/01] (dp) [Entry date 01/25/01]

1/24/01   113    ORDER OF REFERENCE Referring Motion(s) [110-1] motion to
                     compel production of documents referred  to Magistrate
                     Judge Lurana S. Snow, [110-2] motion for contempt referred
                     to Magistrate Judge Lurana S. Snow, [110-3] motion for
                     sanctions referred  to Magistrate Judge Lurana S. Snow,
                     [108-1] motion to dismiss second amended complaint referred
                     to Magistrate Judge Lurana S. Snow ( signed by Judge Wilkie
                     D. Ferguson Jr.  on 1/24/01)  [EOD Date: 1/25/01] (dp)
                     [Entry date 01/25/01]

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                 APPEAL

1/24/01  113    ORDER dismissing [105-1] motion for Hearing on [104-1]
                motion for protective order re 1/16-18/01 depositions,
                dismissing [104-1] motion for protective order re
                1/16-18/01 depositions, dismissing [91-1] motion for
                Hearing on [90-1] motion to stay discovery, [90-2] motion
                for protective order re discovery, granting [90-1] motion
                to stay discovery, granting [90-2] motion for protective
                order re discovery ( Signed by Judge Wilkie D. Ferguson Jr.
                on 1/24/01) CCAP [EOD Date: 1/25/01] (dp)
                [Entry date 01/25/01]

1/26/01  114    UNOPPOSED MOTION by Paul Zidel for enlargement of time to
                respond to motion to dismiss second amended complaint (ss)
                [Entry date 01/29/01]

1/29/01  115    THIRD-PARTY COMPLAINT by Allstate Insurance against
                Community Care Network (mh)

1/29/01  116    ORDER granting [114-1] motion for enlargement of time to
                respond to motion to dismiss second amended complaint (
                Signed by Judge Wilkie D. Ferguson Jr. on 1/29/01) CCAP
                [EOD Date: 1/30/01] (dp) [Entry date 01/30/01]

2/12/01  117    MEMORANDUM by Paul Zidel  in opposition to [108-1] motion
                to dismiss second amended complaint (dp)
                [Entry date 02/13/01]

2/12/01  118    ACKNOWLEDGEMENT OF SERVICE as to Community Care 2/9/01
                Answer due on 3/1/01 for Community Care (dp)
                [Entry date 02/13/01]

2/12/01  119    MOTION by Allstate Insurance to amend [73-1] Scheduling
                order (dp) [Entry date 02/13/01]

2/12/01  120    MOTION by Allstate Insurance to extend time to respond to
                motion to compel (dp) [Entry date 02/13/01]

2/13/01  121    ORDER granting [120-1] motion to extend time to respond to
                motion to compel ( Signed by Judge Wilkie D. Ferguson Jr.
                on 2/13/01) CCAP [EOD Date: 2/14/01] (dp)
                [Entry date 02/14/01]

2/14/01  122    MOTION by Community Care to extend time to respond to
                3rd-party complaint (dp) [Entry date 02/15/01]

2/15/01  123    MOTION by Community Care to amend [73-1] Scheduling order
                (dp) [Entry date 02/16/01]

2/17/01  --     Filing Fee Paid;  FILING FEE $ 75.00   RECEIPT # 524035 (dp)
                [Entry date 12/18/01]

2/20/01  124    ORDER granting [122-1] motion to extend time to respond to
                3rd-party complaint ( Signed by Judge Wilkie D. Ferguson
                Jr. on 2/20/01) CCAP [EOD Date: 2/20/01] (dp)





Proceedings include all events.                           MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al              APPEAL

2/20/01  125   REPLY by Allstate Insurance  to response to [108-1] motion
               to dismiss second amended complaint (dp)

2/23/01  126   MOTION by Allstate Insurance to extend time to respond to
               motion to consolidate (dp) [Entry date 02/26/01]

2/26/01  127   NOTICE OF FILING SUPPLEMENTAL AUTHORITY by Paul Zidel in
               opposition to pending motions to dismiss (dp)
               [Entry date 02/27/01]

2/27/01  128   MEMORANDUM by Allstate Insurance  in opposition to [110-1]
               opposition memorandum, [110-1] motion to compel production
               of documents, [110-2] motion for contempt, [110-3] motion
               for sanctions (dp)

2/27/01  129   MOTION by Community Care for extension of time for
               briefing on consolidation issues (dp) [Entry date 02/28/01]

2/28/01  130   ORDER granting [126-1] motion to extend time to respond to
               motion to consolidate ( Signed by Judge Wilkie D. Ferguson
               Jr. on 2/28/01) CCAP [EOD Date: 2/28/01] (dp)

2/28/01  131   ORDER granting [129-1] motion for extension of time for
               briefing on consolidation issues ( Signed by Judge Wilkie
               D. Ferguson Jr. on 2/28/01) CCAP [EOD Date: 3/1/01] (dp)
               [Entry date 03/01/01]

3/5/01   132   Transcript filed re: status conference held 9/15/00  before
               Judge Wilkie D. Ferguson Jr.  Pages: 1-36 (dp)

3/6/01   133   REPLY by Paul Zidel  to response to [110-1] motion to
               compel production of documents (dp) [Entry date 03/07/01]

3/7/01   134   NOTICE of receipt of transcript by Community Care (dp)
               [Entry date 03/08/01]

3/7/01   135   MEMORANDUM by Allstate Insurance in opposition to motion to
               consolidate (dp) [Entry date 03/08/01]

3/8/01   136   NOTICE of filing transcript of status conference of 9/15/00
               by Allstate Insurance (dp) [Entry date 03/09/01]

3/9/01   137   MOTION by Community Care for William Adams to appear pro
               hac vice (dp) [Entry date 03/12/01]

3/9/01   --    Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 521796 (dp)
               [Entry date 03/12/01]

3/13/01  138   MOTION by Community Care for leave to file memorandum
               opposing consolidation (dp)

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                   APPEAL

3/15/01  139     ORDER granting [138-1] motion for leave to file memorandum
                 opposing consolidation (Signed by Judge Wilkie D. Ferguson
                 Jr. on 3/15/01) CCAP [EOD Date: 3/15/01] (mh)

3/15/01  140     UNOPPOSED MOTION by Paul Zidel for extension of time to
                 serve reply memorandum of law in support of motion to
                 consolidate (ss) [Entry date 03/16/01]

3/19/01  141     ANSWER by Community Care to [115-1] third-party complaint
                 (dp) [Entry date 03/20/01]

3/19/01  142     ORDER granting [140-1] motion for extension of time to
                 serve reply memorandum of law in support of motion to
                 consolidate ( Signed by Judge Wilkie D. Ferguson Jr. on
                 3/19/01) CCAP [EOD Date: 3/20/01] (dp) [Entry date 03/20/01]

3/19/01  143     ORDER granting [137-1] motion for William Adams to appear
                 pro hac vice ( Signed by Judge Wilkie D. Ferguson Jr. on
                 3/19/01) CCAP [EOD Date: 3/20/01] (dp) [Entry date 03/20/01]

4/4/01   144     NOTICE OF FILING SUPPLEMENTAL AUTHORITY by Paul Zidel re:
                 in further opposition to all pending motions to dismiss (dp)
                 [Entry date 04/05/01]

4/5/01   145     REPLY by Paul Zidel to response to motion to consolidate (dp)
                 [Entry date 04/06/01]

4/18/01  146     MOTION by Paul Zidel to continue trial and pre-trial
                 requirements (dp) [Entry date 04/19/01]

4/27/01  147     RESPONSE by Community Care  to [146-1] motion to continue
                 trial and pre-trial requirements (dp) [Entry date 04/30/01]

5/14/01  148     Minutes of pretrial conference held  before Judge Wilkie D.
                 Ferguson Jr. on 5/14/01;  Court Reporter Name or Tape #:
                 Anita LaRocca (dp) [Entry date 05/15/01]

5/14/01  --      Pre-trial conference  held  before Judge Wilkie D. Ferguson
                 Jr. (dp) [Entry date 05/15/01]

7/5/01   149     NOTICE OF SUPPLEMENTAL AUTHORITY by Paul Zidel in further
                 opposition to the pending motions to dismiss (ss)
                 [Entry date 07/06/01]

7/30/01  150     MOTION by Paul Zidel and Salvatore Larusso to limit
                 communications between Community Care Network and potential
                 class members (dp) [Entry date 07/31/01]

7/30/01  151     MOTION by Paul Zidel an Salvatore Larusso for expedited
                 consideration as to motion to limit communications (dp)
                 [Entry date 07/31/01]

8/6/01   152     MOTION by Community Care for W. Curtis Caywood IV to
                 appear pro hac vice (dp) [Entry date 08/07/01]

Docket as of June 20, 2002 4:11 pm                        Page 28

Proceedings include all events.                              MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al              APPEAL

8/6/01      --      Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 523036 (dp)
                    [Entry date 08/07/01]

8/8/01     153      ORDER granting [152-1] motion for W. Curtis Caywood IV to
                    appear pro hac vice ( Signed by Judge Wilkie D. Ferguson
                    Jr. on 8/8/01) [EOD Date: 8/8/01] (dp)

8/8/01     154      ORDER granting [152-1] motion for W. Curtis Caywood IV to
                    appear pro hac vice ( Signed by Judge Wilkie D. Ferguson
                    Jr. on 8/8/01) [EOD Date: 8/8/01] (dp)

8/13/01    155      MEMORANDUM by Allstate Insurance  in opposition to [150-1]
                    motion to limit communications between Community Care
                    Network and potential class members (dp)
                    [Entry date 08/14/01]

8/15/01    156      MOTION by Community Care to extend time to file opposition
                    to motion to limit communications with CCN providers (dp)
                    [Entry date 08/16/01]

8/16/01    157      ORDER granting [156-1] motion to extend time to file
                    opposition to motion to limit communications with CCN
                    providers ( Signed by Judge Wilkie D. Ferguson Jr. on
                    8/16/01) [EOD Date: 8/17/01] (dp) [Entry date 08/17/01]

8/20/01    158      RESPONSE by Community Care  to [150-1] motion to limit
                    communications between Community Care Network and potential
                    class members (dp) [Entry date 08/21/01]

8/20/01    159      MOTION by Community Care for oral argument on [150-1]
                    motion to limit communications between Community Care
                    Network and potential class members (dp)
                    [Entry date 08/21/01]

8/28/01    160      MOTION by Paul Zidel and Salvatore Larusso to extend time
                    to serve reply memorandum in support of motion to limit
                    communications (dp) [Entry date 08/29/01]

8/28/01    161      REPLY by Paul Zidel  to response to [150-1] motion to limit
                    communications between Community Care Network and potential
                    class members (dp) [Entry date 08/29/01]

8/29/01    162      ORDER granting [160-1] motion to extend time to serve reply
                    memorandum in support of motion to limit communications (
                    Signed by Judge Wilkie D. Ferguson Jr. on 8/29/01) [EOD
                    Date: 8/30/01] (dp) [Entry date 08/30/01]

9/6/01     163      MOTION by Community Care to preclude the unauthorized
                    commencement of merits discovery (dp) [Entry date 09/07/01]

9/6/01     164      MOTION by Community Care for expedited consideration of
                    motion to preclude unauthorized commencement of merits
                    discovery (dp) [Entry date 09/07/01]

Docket as of June 20, 2002 4:11 pm                      Page 29

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                  APPEAL

9/6/01    165    Certification of consulation with opposing counsel by
                 Community Care (dp) [Entry date 09/07/01]

9/6/01    166    NOTICE of filing appendix to motion to preclude the
                 unauthorized commencment of merits discovery by Community
                 Care (dp) [Entry date 09/07/01]

9/17/01   167    NOTICE regarding motion to preclude the unauthorized
                 commencement of merits discovery by Community Care (dp)
                 [Entry date 09/18/01]

9/21/01   168    MOTION by Paul Zidel for class certification (ss)
                 [Entry date 09/24/01]

9/21/01   169    MEMORANDUM by Paul Zidel in opposition to [163-1] motion to
                 preclude the unauthorized commencement of merits discovery
                 (ss) [Entry date 09/24/01]

9/28/01   171    AMENDED SCHEDULING ORDER setting Deadline for filing of all
                 motions by 4/22/02 Jury trial set for 6/17/02 Pretrial
                 Stipulation due on or before 5/6/02 Calendar call set for
                 4:15 6/10/02 Discovery cutoff 4/1/02 ; Pretrial conference
                 for 4:15 5/13/02 ; ( Signed by Judge Wilkie D. Ferguson Jr.
                 on 9/28/01) [EOD Date: 9/28/01]   CCAP (dp)
                 [Edit date 09/28/01]

9/28/01   172    OMNIBUS ORDER denying [108-1] motion to dismiss second
                 amended complaint granting [119-1] motion to amend [73-1]
                 Scheduling order, granting [123-1] motion to amend [73-1]
                 Scheduling order ( Signed by Judge Wilkie D. Ferguson Jr.
                 on 9/28/01) [EOD Date: 9/28/01] (lh)

9/28/01   173    ORDER denying [110-1] motion to compel production of
                 documents, denying [110-2] motion for contempt, denying
                 [110-3] motion for sanctions ( Signed by Magistrate Judge
                 Lurana S. Snow on 9/28/01) [EOD Date: 10/2/01] (dp)
                 [Entry date 10/02/01]

9/28/01   --     Consolidated Lead Case (dp) [Entry date 10/09/01]

Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al            APPEAL

9/28/01  170    ORDER REFERRING CASE (PRE-TRIAL) to  Magistrate Judge
                Lurana S. Snow [168-1] motion for class certification
                referred  to Magistrate Judge Lurana S. Snow, [164-1]
                motion for expedited consideration of motion to preclude
                unauthorized commencement of merits discovery referred to
                Magistrate Judge Lurana S. Snow, [163-1] motion to preclude
                the unauthorized commencement of merits discovery referred
                to Magistrate Judge Lurana S. Snow, [159-1] motion for oral
                argument on [150-1] motion to limit communications between
                Community Care Network and potential class members referred
                to Magistrate Judge Lurana S. Snow, [151-1] motion for
                expedited consideration as to motion to limit
                communications referred  to Magistrate Judge Lurana S.
                Snow, [150-1] motion to limit communications between
                Community Care Network and potential class members referred
                 to Magistrate Judge Lurana S. Snow ( Signed by Judge
                Wilkie D. Ferguson Jr. on 9/28/01)   CCAP [EOD Date:
                11/28/01] (dp) [Entry date 11/28/01]

10/2/01  176    ORDER dismissing [146-1] motion to continue trial and
                pre-trial requirements ( Signed by Judge Wilkie D. Ferguson
                Jr. on 10/2/01) [EOD Date: 10/10/01] (dp)
                [Entry date 10/10/01]

10/2/01  177    ORDER dismissing motion to continue trial and pre-trial
                requirments filed in 00-6649-CV-WDF ( Signed by Judge
                Wilkie D. Ferguson Jr. on 10/2/01) [EOD Date: 10/10/01] (dp)
                [Entry date 10/10/01]

10/2/01  178    ORDER dismissing motion to continue trial and pre-trial
                deadlines filed in 00-7163-CV-WDF ( Signed by Judge Wilkie
                D. Ferguson Jr. on 10/2/01) [EOD Date: 10/10/01] (dp)
                [Entry date 10/10/01]

10/2/01  179    ORDER dismissing partially opposed motion to stay discovery
                filed in 00-7692-CV-WDF ( Signed by Judge Wilkie D.
                Ferguson Jr. on 10/2/01) [EOD Date: 10/10/01] (dp)
                [Entry date 10/10/01]

10/2/01  180    ORDER granting motion for admission pro hac vice of John
                Aldock filed in 01-6778-CV-WDF  ( Signed by Judge Wilkie D.
                Ferguson Jr. on 10/2/01) [EOD Date: 10/10/01] (dp)
                [Entry date 10/10/01]

10/2/01  181    ORDER granting motion for admission pro hac vice of Richard
                Wyner filed in 01-6778-CV-WDF ( Signed by Judge Wilkie D.
                Ferguson Jr. on 10/2/01) [EOD Date: 10/10/01] (dp)
                [Entry date 10/10/01]

10/2/01  182    ORDER granting motion for admission pro hac vice of Jeffrey
                Klein filed in 01-6778-CV-WDF ( Signed by Judge Wilkie D.
                Ferguson Jr. on 10/2/01) [EOD Date: 10/10/01] (dp)
                [Entry date 10/10/01]

Proceedings include all events.                              MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al          APPEAL

10/2/01  183    ORDER dismissing unopposed motion for postponement or
                extension of time filed in 01-6778-CV-WDF ( Signed by Judge
                Wilkie D. Ferguson Jr. on 10/2/01) [EOD Date: 10/10/01] (dp)
                [Entry date 10/10/01]

10/2/01  184    ORDER dismissing unopposed motion for postponement or
                extension time filed in 01-6782-CV-WDF ( Signed by Judge
                Wilkie D. Ferguson Jr. on 10/2/01) [EOD Date: 10/10/01] (dp)
                [Entry date 10/10/01]

10/2/01  185    ORDER dismissing motion for enlargment of time filed in
                01-8108-CV-WDF ( Signed by Judge Wilkie D. Ferguson Jr. on
                10/2/01) [EOD Date: 10/10/01] (dp) [Entry date 10/10/01]

10/2/01  186    ORDER granting nunc pro tunc motion for extension of time
                to serve its reply in support of motion to compel
                arbiration and to dismiss or stay proceedings pending
                arbitration ( Signed by Judge Wilkie D. Ferguson Jr. on
                10/2/01) [EOD Date: 10/10/01] (dp) [Entry date 10/10/01]

10/2/01  187    ORDER granting application to be admitted pro hac vice by
                Arthur Gold ( Signed by Judge Wilkie D. Ferguson Jr. on
                10/2/01) [EOD Date: 10/10/01] (dp) [Entry date 10/10/01]

10/2/01  188    ORDER granting nunc pro tunc motion for extension of time
                to serve reponse to motion for class certification filed in
                01-8110-CV-WDF  ( Signed by Judge Wilkie D. Ferguson Jr. on
                10/2/01) [EOD Date: 10/10/01] (dp) [Entry date 10/10/01]

10/3/01  (174)  MOTION by Community Care to compel arbitration (dp)
                [Entry date 10/04/01]

10/4/01  175    MOTION by plaintiff Keith Brickell, D.C. to extend time
                respond to motion to quash (dp) [Entry date 10/05/01]

10/5/01  (189)  MOTION by Community Care for reconsideration of order
                dated 10/2/01 filed in 00-7692-CV-WDF (dp)
                [Entry date 10/11/01]

10/5/01  (190)  MOTION by Community Care for oral argument on [189-1]
                motion for reconsideration of order dated 10/2/01 filed in
                00-7692-CV-WDF (dp) [Entry date 10/11/01]

10/5/01  192    AMENDED MOTION by Allstate Insurance, Allstate Indemnity,
                Fidelity & Casualty, Continental Ins., Deerbrook Insurance
                to extend time to file reponses to motions for pending
                class certification referring to [191-1] motion to extend
                time to file responses to pending motions for class
                certification (dp) [Entry date 10/11/01]

10/9/01  191    MOTION by Allstate Insurance, Allstate Indemnity, Fidelity
                & Casualty, Continental Ins., Deerbrook Insurance to
                extend time to file responses to pending motions for class
                certification (dp) [Entry date 10/11/01]

Docket as of June 20, 2002 4:11 pm                      Page 32

```
Proceedings include all events.                              MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al          APPEAL
```

10/10/01 193   AMENDED COMPLAINT by Salvatore D. Larusso , (Answer due
               10/22/01 for Nationwide Insurance ) amending complaint in
               01-8108-CV-WDF (dp) [Entry date 10/11/01]

10/10/01 194   AMENDED COMPLAINT by Salvatore D. Larusso against Harford
               Insurance Company, (Answer due 2/3/00 ) amending complaint
               filed in 01-8111-CV-WDF (dp) [Entry date 10/11/01]

10/11/01 195   MOTION by Hartford Insurance for Howard Roin to appear pro
               hac vice (dp) [Entry date 10/12/01]

10/11/01 --    Filing Fee Paid;  FILING FEE $ 75.00   RECEIPT # 523565 (dp)
               [Entry date 10/12/01]

10/15/01 196   MOTION by Florida Farm Bureau to stay discovery pending
               ruling on motion to compel arbitration (dp)
               [Entry date 10/16/01]

10/16/01 197   MOTION by Hartford Insurance for reconsideration of
               [172-1] order, [171-1] Scheduling order (dp)
               [Entry date 10/17/01]

10/16/01 198   MOTION by Hartford Insurance for Hearing on [197-1] motion
               for reconsideration of [172-1] order, [171-1] Scheduling
               order (dp) [Entry date 10/17/01]

10/16/01 199   MOTION by Beech Street, ADP Integrated to extend time to
               file answer and affirmative defenses (dp)
               [Entry date 10/17/01]

10/16/01 200   NOTICE OF FILING SUPPLEMENTAL AUTHORITY by Keith Brickell,
               D.C. re: [168-1] motion for class certification (dp)
               [Entry date 10/17/01]

10/16/01 201   MOTION by Paul Zidel, Keith Brickell, D.C., Marc J. Browner
               D.C., Salvatore D. Larusso, Ultra Open MRI, Chiropractic
               Centre for confidentiality order (dp) [Entry date 10/17/01]

10/18/01 202   NOTICE of joinder in Progressive defendants' objections to
               notice of taking deposition by Beech Street, ADP Integrated
               (dp)

10/18/01 203   UNOPPOSED MOTION by Paul Zidel for enlargement of time to
               serve memorandum of law in opposition to third-party
               defendant CCN's motion to compel arbitration (ss)
               [Entry date 10/19/01]

10/19/01 204   MEMORANDUM by Salvatore D. Larusso in opposition to [189-1]
               motion for reconsideration of order dated 10/2/01 filed in
               00-7692-CV-WDF (ss) [Entry date 10/22/01]

```
Proceedings include all events.                         MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al        APPEAL
```

10/19/01 (205)  MEMORANDUM by Chiropractic Centre, Ultra Open MRI in
                opposition to Metropolitan's and Integon's motions for
                clarification (filed in 01-6783/01-6780-CIV-WDF) (ss)
                [Entry date 10/22/01]

10/19/01 (206)  MEMORANDUM by Ultra Open MRI in opposition to Prudential's
                motion for stay of discovery (ss) [Entry date 10/22/01]

10/19/01 (207)  REQUEST by Nationwide Insurance for status conference (ss)
                [Entry date 10/22/01]

10/22/01 (208)  Answer and affirmative defenses by Beech Street, ADP
                Integrated to Brickell class action complaint (dp)
                [Entry date 10/23/01]

10/22/01 (209)  Answer and affirmative defenses by Beech Street, ADP
                Integrated to Browner class action complaint (dp)
                [Entry date 10/23/01]

10/22/01 (210)  MOTION with memorandum in support by Hartford Insurance to
                dismiss amended class action complaint (dp)
                [Entry date 10/23/01]

10/22/01 (211)  MOTION by Hartford Insurance for oral argument on [210-1]
                motion to dismiss amended class action complaint (dp)
                [Entry date 10/23/01]

10/22/01 (212)  MOTION with memorandum in support by Hartford Insurance to
                stay discovery and time for responding to class
                certification (dp) [Entry date 10/23/01]

10/22/01 (213)  MOTION by Hartford Insurance for oral argument on [212-1]
                motion to stay discovery and time for responding to class
                certification (dp) [Entry date 10/23/01]

10/22/01 214    UNOPPOSED MOTION by Progressive Express, Progressive
                Consumer, Progressive Bayside to extend time to answer
                complaint (lh) [Entry date 10/23/01]

10/23/01 (215)  ANSWER to Ultra Open MRI's class action Complaint by
                Fidelity & Casualty, Continental Ins. (dp)
                [Entry date 10/24/01]

10/23/01 (216)  ANSWER by Allstate Insurance to Dr. Zidel's second amended
                class action complaint (dp) [Entry date 10/24/01]
                [Edit date 10/24/01]

10/23/01 (217)  ANSWER to Ultra Open MRI's Class Action Complaint by
                Deerbrook Insurance (dp) [Entry date 10/24/01]

10/23/01 (218)  ANSWER to Plaintiffs' Class Action Complaint by Allstate
                Indemnity (dp) [Entry date 10/24/01]

```
Proceedings include all events.                           MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al          APPEAL
```

10/23/01 219    MOTION by Allstate Insurance, Allstate Insurance, Allstate
                Indemnity, Fidelity & Casualty, Continental Ins., Deerbrook
                Insurance for clarification of [171-1] Scheduling order (dp)
                [Entry date 10/25/01]

10/23/01 220    MOTION by Allstate Insurance, Allstate Insurance, Allstate
                Indemnity, Fidelity & Casualty, Continental Ins., Deerbrook
                Insurance for Hearing on [219-1] motion for clarification
                of [171-1] Scheduling order (dp) [Entry date 10/25/01]

10/24/01 221    MOTION by Beech Street, ADP Integrated for reaffirmation
                of orders staying merits discovery (dp)
                [Entry date 10/25/01]

10/24/01 222    SECOND UNOPPOSED MOTION by Paul Zidel to extend time to
                respond to non-party Corvel Corporations' motion to quash,
                for protective order and objections to subpoena (dp)
                [Entry date 10/25/01]

10/25/01 223    ORDER granting [222-1] motion to extend time to respond to
                non-party Corvel Corporations' motion to quash, for
                protective order and objections to subpoena ( Signed by
                Magistrate Judge Lurana S. Snow on 10/25/01) [EOD Date:
                10/26/01] (dp) [Entry date 10/26/01]

10/26/01 224    AMENDED ANSWER to Complaint by Beech Street, ADP Integrated
                to class action complaint in Case No. 7163-CV-WDF (dp)
                [Entry date 10/29/01]

10/26/01 225    MOTION by Nationwide Insurance to compel arbitration, or
                alternatively to dismiss claims (dp) [Entry date 10/29/01]

10/26/01 226    MEMORANDUM by Nationwide Insurance  in support of [225-1]
                motion to compel arbitration, [225-2] motion to dismiss
                claims (dp) [Entry date 10/29/01]

10/26/01 227    PARTIALLY UNOPPOSED MOTION by Community Care to stay
                pending resolution of arbitration and class certification
                issues (dp) [Entry date 10/29/01]

10/26/01 228    MOTION by Community Care for oral argument on [227-1]
                motion to stay pending resolution of arbitration and class
                certification issues (dp) [Entry date 10/29/01]

10/26/01 229    MOTION by Community Care for expedited treatment of its
                partially unopposed motion to stay (dp)
                [Entry date 10/29/01]

10/26/01 230    MOTION by Florida Farm Bureau for protective order from
                taking deposition (dp) [Entry date 10/29/01]

10/26/01 233    REPLY by Community Care  to response to [189-1] motion for
                reconsideration of order dated 10/2/01 filed in
                00-7692-CV-WDF (dp) [Entry date 10/30/01]

```
Docket as of June 20, 2002 4:11 pm                        Page 35
```

```
Proceedings include all events.                              MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al            APPEAL
```

10/29/01 231    MEMORANDUM by Paul Zidel  in opposition to [174-1] motion
                to compel arbitration (dp) [Entry date 10/30/01]

10/29/01 232    MOTION by Superior Insurance to extend time to respond to
                complaint (dp) [Entry date 10/30/01]

10/30/01 234    MEMORANDUM by Paul Zidel  in opposition to [197-1] motion
                for reconsideration of [172-1] order, [171-1] Scheduling
                order (dp) [Entry date 10/31/01]

10/30/01 235    MEMORANDUM by Paul Zidel  in opposition to [196-1] motion
                to stay discovery pending ruling on motion to compel
                arbitration (dp) [Entry date 10/31/01]

10/30/01 237    EMERGENCY MOTION by Beech Street, ADP Integrated for
                protective order with respect to Dr. Zidel's two notice of
                taking deposition (dp) [Entry date 11/01/01]
                [Edit date 11/01/01]

10/30/01 238    MOTION by Beech Street, ADP Integrated for oral argument
                on [237-1] motion for protective order with respect to Dr.
                Zidel's two notice of taking deposition (dp)
                [Entry date 11/01/01]

10/31/01 236    MOTION by Hartford Insurance to extend time to respond to
                memorandum of law in opposition to motion for
                reconsideration (dp) [Entry date 11/01/01]

10/31/01 239    ORDER granting [192-2] amended motion ( Signed by
                Magistrate Judge Lurana S. Snow on 10/31/01) [EOD Date:
                11/1/01] (dp) [Entry date 11/01/01]

10/31/01 240    ORDER granting [232-1] motion to extend time to respond to
                complaint  reset answer due for 10/29/01 for Superior
                Insurance ( Signed by Magistrate Judge Lurana S. Snow on
                10/31/01) [EOD Date: 11/1/01] (dp) [Entry date 11/01/01]

10/31/01 241    ORDER granting [203-1] motion for enlargement of time to
                serve memorandum of law in opposition to third-party
                defendant CCN's motion to compel arbitration ( Signed by
                Magistrate Judge Lurana S. Snow on 10/31/01) [EOD Date:
                11/1/01] (dp) [Entry date 11/01/01]

10/31/01 242    ORDER granting [199-1] motion to extend time to file answer
                and affirmative defenses ( Signed by Magistrate Judge
                Lurana S. Snow on 10/31/01) [EOD Date: 11/1/01] (dp)
                [Entry date 11/01/01]

10/31/01 243    ORDER granting [191-1] motion to extend time to file
                responses to pending motions for class certification (
                Signed by Magistrate Judge Lurana S. Snow on 10/31/01) [EOD
                Date: 11/1/01] (dp) [Entry date 11/01/01]

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al               APPEAL

10/31/01 244    ORDER granting Liberty Mutual's unopposed motio for
                extension of time to answer complaint (motion filed in
                00-7692-CV-WDF) ( Signed by Magistrate Judge Lurana S. Snow
                on 10/31/01) [EOD Date: 11/1/01] (dp) [Entry date 11/01/01]

10/31/01 (249)  MOTION by Superior Insurance to dismiss complaint (dp)
                [Entry date 11/01/01]

10/31/01 (250)  MEMORANDUM by Superior Insurance  in support of [249-1]
                motion to dismiss complaint (dp) [Entry date 11/01/01]

10/31/01 (251)  Certification of conferral by Superior Insurance (dp)
                [Entry date 11/01/01] [Edit date 11/01/01]

10/31/01 (252)  MOTION by Superior Insurance to stay discovery (dp)
                [Entry date 11/01/01] [Edit date 11/01/01]

10/31/01 (253)  MOTION by Superior Insurance for oral argument on [249-1]
                motion to dismiss complaint (dp) [Entry date 11/01/01]
                [Edit date 11/01/01]

10/31/01 (254)  MEMORANDUM by Superior Insurance  in opposition to [201-1]
                motion for confidentiality order (dp) [Entry date 11/01/01]

11/1/01  245    ORDER granting [214-1] motion to extend time to answer
                complaint ( Signed by Magistrate Judge Lurana S. Snow on
                11/1/01) [EOD Date: 11/1/01] (dp) [Edit date 11/01/01]

11/1/01  246    ORDER granting Progressive American Insurance Company's
                motion for extension of time to answer complaint ( Signed by
                Magistrate Judge Lurana S. Snow on 11/1/01) [EOD Date:
                11/1/01] (dp) [Edit date 11/01/01]

11/1/01  247    ORDER on Liberty Mutual's second unopposed motion for
                extension of time to respond to complaint ( Signed by
                Magistrate Judge Lurana S. Snow on 11/1/01) [EOD Date:
                11/1/01] (dp) [Edit date 11/01/01]

11/1/01  248    ORDER granting [222-1] motion to extend time to respond to
                non-party Corvel Corporations' motion to quash, for
                protective order and objections to subpoena ( Signed by
                Magistrate Judge Lurana S. Snow on 11/1/01) [EOD Date:
                11/1/01] (dp)

11/1/01  (255)  Submission with respect to class certification response
                date by Community Care (dp) [Entry date 11/02/01]

11/1/01  (256)  Answer and affirmative defenses by Liberty Mutual (dp)
                [Entry date 11/06/01]

11/2/01  (257)  RESPONSE  by Liberty Mutual to plaintiff's motion for
                entry of confidentiality order and MOTION, for
                reconsideration of order granting consolidation (dp)
                [Entry date 11/06/01]

Docket as of June 20, 2002 4:11 pm                        Page 37

Proceedings include all events.                              MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al              APPEAL

11/2/01  (258)  MEMORANDUM by Paul Zidel in opposition to [227-1] motion
                to stay pending resolution of arbitration and class
                certification issues (dp) [Entry date 11/06/01]

11/2/01  (266)  NOTICE of joinder in 10/22/01 motion for reaffirmation of
                orders staying merits discovery by Progressive Express,
                Progressive Consumer, Progressive Bayside (dp)
                [Entry date 11/09/01]

11/2/01  (267)  MEMORANDUM by Chiropractic Centre in opposition to
                Metropolitan's motion to compel arbitration filed in
                01-6783-CV-WDF (dp) [Entry date 11/09/01]

11/2/01  (268)  MEMORANDUM by Chiropractic Centre in opposition to
                Metropolitan's motion to stay action filed in
                01-6783-CV-WDF (dp) [Entry date 11/09/01]

11/2/01  (269)  MEMORANDUM by Salvatore D. Larusso in opposition to
                Hartford's motion to dismiss complaint DE 217
                (01-8111-CV-WDF) (dp) [Entry date 11/09/01]

11/2/01  (270)  MEMORANDUM by Salvatore D. Larusso in opposition to
                Hartford's motion to stay discovery and to stay time for
                responding to plaintiff's motion for class certification DE
                213 (01-8111-CV-WDF) (dp) [Entry date 11/09/01]

11/2/01  (271)  MEMORANDUM by Mote Wellness in opposition to American
                International's motion for clarification and to stay
                discovery (01-8549-CV-WDF) (dp) [Entry date 11/09/01]

11/2/01  (272)  MEMORANDUM by Mote Wellness in opposition to American
                International's motion for enlargement of time to serve
                responses to plaintiff's discovery (01-8549-CV-WDF) (dp)
                [Entry date 11/09/01] [Edit date 11/09/01]

11/2/01  (274)  MEMORANDUM by Ultra Open MRI in opposition to Integon's
                motion to stay filed in 01-6780-CV-WDF (dp)
                [Entry date 11/13/01]

11/2/01  (275)  MEMORANDUM by Ultra Open MRI in opposition to Integon's
                motion to compel arbitration filed in 01-6789-CV (dp)
                [Entry date 11/13/01]

11/2/01  (276)  MEMORANDUM by Paul Zidel in opposition to CCN Managed
                Care's submission with respect to class certification
                response dated (DE 227) (dp) [Entry date 11/13/01]

11/2/01  (277)  MEMORANDUM by Integon National, Integon General in
                opposition to [201-1] motion for confidentiality order (dp)
                [Entry date 11/13/01]

11/2/01  (278)  MEMORANDUM by Metropolitan in opposition to [201-1] motion
                for confidentiality order (dp) [Entry date 11/13/01]


Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al       APPEAL

11/2/01  (279)   MEMORANDUM by Hartford Insurance in opposition to
                 plaintiff's motion for entry of a confidentiality order (dp)
                 [Entry date 11/13/01]

11/2/01  280     ORDER granting [236-1] motion to extend time to respond to
                 memorandum of law in opposition to motion for
                 reconsideration ( Signed by Judge Wilkie D. Ferguson Jr. on
                 11/2/01) [EOD Date: 11/13/01] (dp) [Entry date 11/13/01]

11/2/01  (281)   MEMORANDUM by Paul Zidel  in opposition to [221-1] motion
                 for reaffirmation of orders staying merits discovery (dp)
                 [Entry date 11/13/01]

11/2/01  (334)   EMERGENCY MOTION by Prudential Property for protective
                 order re discovery (dp) [Entry date 11/21/01]

11/2/01  335     ORDER granting motion for Michael Isenman to appear pro hac
                 vice (01-6778) ( Signed by Judge Wilkie D. Ferguson Jr. on
                 11/3/01) [EOD Date: 11/21/01] (dp) [Entry date 11/21/01]

11/5/01  (259)   MOTION by Progressive Express, Progressive Consumer,
                 Progressive Bayside to extend time to answer complaint (dp)
                 [Entry date 11/06/01] [Edit date 01/10/02]

11/5/01  (260)   REPLY by Florida Farm Bureau  to response to [196-1] motion
                 to stay discovery pending ruling on motion to compel
                 arbitration (dp) [Entry date 11/06/01]

11/5/01  (261)   MOTION with memorandum in support by Nationwide Insurance
                 to stay all discovery pending resolution of Nationwide's
                 pending motion to dismiss and to compel (dp)
                 [Entry date 11/06/01]

11/5/01  (262)   MOTION by Allstate Insurance, Allstate Indemnity, Fidelity
                 & Casualty, Deerbrook Insurance for protective order with
                 respect to 39 depositions, and to stay discovery (dp)
                 [Entry date 11/06/01]

11/5/01  (263)   MOTION by Allstate Insurance, Allstate Indemnity, Fidelity
                 & Casualty, Deerbrook Insurance for oral argument on
                 [262-1] motion for protective order with respect to 39
                 depositions, [262-2] motion to stay discovery (dp)
                 [Entry date 11/06/01]

11/5/01  (264)   MOTION by Beech Street, ADP Integrated to extend time to
                 serve responses to plaintiff's discovery (dp)
                 [Entry date 11/06/01]

11/5/01  (265)   RESPONSE by Beech Street, ADP Integrated  to [201-1] motion
                 for confidentiality order (dp) [Entry date 11/06/01]

Proceedings include all events.                              MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al          APPEAL

11/5/01  273    RESPONSE by Allstate Insurance, Allstate Indemnity,
                Fidelity & Casualty, Deerbrook Insurance  to [201-1] motion
                for confidentiality order (dp) [Entry date 11/09/01]

11/5/01  282    MOTION by Progressive American to extend time to answer
                class action complaint (dp) [Entry date 11/13/01]
                [Edit date 01/10/02]

11/5/01  283    MOTION by Community Care to extend time to serve reply
                brief as to consolidation (dp) [Entry date 11/13/01]
                [Edit date 01/10/02]

11/5/01  284    THIRD UNOPPOSED MOTION by Paul Zidel to extend time to
                respond to non-party Corvel Corporation's motion to quash,
                for protective order and objections to plaintiff's rule 45
                subpoena (dp) [Entry date 11/13/01]

11/6/01  285    MOTION by Liberty Mutual to stay discovery until ruling on
                various pending motions and motion for protective order (dp)
                [Entry date 11/13/01]

11/6/01  286    MOTION by Community Care to extend time to respond to
                plaintiff's motion for class certification (dp)
                [Entry date 11/13/01]

11/6/01  287    MEMORANDUM by Community Care  in opposition to [201-1]
                motion for confidentiality order (dp) [Entry date 11/13/01]

11/6/01  288    MOTION with memorandum in support by Liberty Mutual for
                protective order as to deposition of Liberty Mutual (dp)
                [Entry date 11/13/01]

11/6/01  289    MOTION by Liberty Mutual for Hearing on [288-1] motion for
                protective order as to deposition of Liberty Mutual (dp)
                [Entry date 11/13/01]

11/6/01  290    MOTION by Community Care for confidentiality order (dp)
                [Entry date 11/13/01]

11/7/01  291    MOTION by Progressive Express, Progressive Consumer,
                Progressive Bayside to extend time to respond to
                interrogatories and request for production (dp)
                [Entry date 11/13/01] [Edit date 01/10/02]

11/7/01  292    MOTION by Beech Street, ADP Integrated to extend time to
                serve Rule 26 disclosures (dp) [Entry date 11/13/01]

11/8/01  293    UNOPPOSED MOTION by Superior Insurance to extend time to
                respond to interrogatories and request to produce (dp)
                [Entry date 11/13/01] [Edit date 01/10/02]

11/8/01  294    MEMORANDUM by Chiropractic Centre  in opposition to [252-1]
                motion to stay discovery (dp) [Entry date 11/13/01]

Docket as of June 20, 2002 4:11 pm                    Page 40

Proceedings include all events.                            MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al              APPEAL

11/8/01  295    MEMORANDUM by Paul Zidel  in opposition to [220-1] motion
                for Hearing on [219-1] motion for clarification of [171-1]
                Scheduling order, [219-1] motion for clarification of
                [171-1] Scheduling order (dp) [Entry date 11/13/01]

11/8/01  296    REPLY by Keith Brickell, D.C., Marc J. Browner D.C.,
                Salvatore D. Larusso, Ultra Open MRI, Chiropractic Centre
                to response to [201-1] motion for confidentiality order (dp)
                [Entry date 11/13/01]

11/8/01  297    MEMORANDUM by Ultra Open MRI  in opposition to Prudential's
                motion for protective order filed in 01-6778-CV-WDF (dp)
                [Entry date 11/13/01]

11/8/01  298    MEMORANDUM by Chiropractic Centre  in opposition to [249-1]
                motion to dismiss complaint (dp) [Entry date 11/13/01]

11/8/01  299    MEMORANDUM by Paul Zidel, Keith Brickell, D.C., Marc J.
                Browner D.C.  in opposition to [237-1] motion for
                protective order with respect to Dr. Zidel's two notice of
                taking deposition (dp) [Entry date 11/13/01]

11/8/01  300    MOTION by Salvatore D. Larusso to extend time to serve
                memorandum in opposition to Nationwide's motion to compel
                arbitration (DE 225) (dp) [Entry date 11/13/01]
                [Edit date 01/10/02]

11/8/01  301    Rule 26 Disclosures by Paul Zidel, Keith Brickell, D.C.,
                Marc J. Browner D.C., Salvatore D. Larusso, Ultra Open MRI,
                Chiropractic Centre (dp) [Entry date 11/13/01]

11/8/01  302    MOTION by Integon National, Integon General to extend time
                to submit reply memoranda in support of motions to compel
                arbitration and to stay (dp) [Entry date 11/13/01]
                [Edit date 01/10/02]

11/8/01  303    MOTION by Metropolitan to extend time to submit reply
                memoranda in support of motions to compel arbitration and to
                stay (dp) [Entry date 11/13/01] [Edit date 01/10/02]

11/8/01  304    MOTION by Hartford Insurance to extend time to submit reply
                memoranda in support of motions to dismiss and stay (dp)
                [Entry date 11/13/01] [Edit date 01/10/02]

11/8/01  305    REPLY by Community Care  to response to [174-1] motion to
                compel arbitration (dp) [Entry date 11/13/01]

11/9/01  306    MOTION by Progressive American to extend time to respond to
                interrogatories and request to produce (dp)
                [Entry date 11/13/01] [Edit date 01/10/02]

11/9/01  307    Answer and affirmative defenses by Progressive Express,
                Progressive Consumer, Progressive Bayside to Class Action
                Complaint (dp) [Entry date 11/13/01]

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                    APPEAL

11/9/01   308    Answer and affirmative defenses by Progressive American to
                              class action complaint (dp) [Entry date 11/13/01]

11/9/01  309    REPLY by American Int'l, American Int'l South  to response
                to motion for clarification and to stay discovery (dp)
                [Entry date 11/13/01]

11/9/01  310    REPLY by Beech Street, ADP Integrated  to response to
                [221-1] motion for reaffirmation of orders staying merits
                discovery (dp) [Entry date 11/14/01]

11/13/01  311    MOTION by Metropolitan for protective order re pending
                 discovery (dp) [Entry date 11/14/01]

11/13/01  312    MOTION by Metropolitan for Hearing on [311-1] motion for
                 protective order re pending discovery (dp)
                 [Entry date 11/14/01]

11/13/01  313    MOTION by Integon National, Integon General for protective
                 order pending discovery (dp) [Entry date 11/14/01]

11/13/01  314    MOTION by Integon National, Integon General for Hearing on
                 [313-1] motion for protective order pending discovery (dp)
                 [Entry date 11/14/01]

11/13/01  315    MOTION by Hartford Insurance for protective order pending
                 discovery (dp) [Entry date 11/14/01]

11/13/01  316    MOTION by Hartford Insurance for Hearing on [315-1] motion
                 for protective order pending discovery (dp)
                 [Entry date 11/14/01]

11/13/01  317    REPORT AND RECOMMENDATIONS  of Magistrate Judge Lurana S.
                 Snow  recommending that DE 24 filed in 01-8110-CV-WDF
                 motion to compel arbitraton and to dismiss or stay be
                 denied. Motion no longer referred.  Signed on: 11/13/01
                 Objections to R and R due by 11/23/01  CCAP (dp)
                 [Entry date 11/14/01]

11/13/01  318    REPORT AND RECOMMENDATIONS  of Magistrate Judge Lurana S.
                 Snow  recommending that DE 10 in 01-6778-CV-WDF motion to
                 compel arbitration be granted. Motion no longer referred.
                 Signed on: 11/13/01   Objections to R and R due by 11/23/01
                  CCAP (dp) [Entry date 11/14/01]

11/14/01  319    NOTICE of consent to be local designee for Arthur Gold by
                 Paul Zidel (dp) [Entry date 11/15/01]

11/14/01  320    NOTICE of joinder in motion for extension of time to serve
                 Rule 26 disclosures by Progressive Express, Progressive
                 Consumer, Progressive Bayside (dp) [Entry date 11/15/01]

```
Proceedings include all events.                              MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al             APPEAL
```

11/15/01 (321)    REPLY by Hartford Insurance to opposition to [197-1] motion
                  for reconsideration of [172-1] order, [171-1] scheduling
                  order (ss) [Entry date 11/16/01]

11/15/01 (322)    REPLY by Beech Street, ADP Integrated  in support of
                  [237-1] emergency motion for protective order with respect
                  to Dr. Zidel's two notice of taking deposition (ss)
                  [Entry date 11/16/01]

11/16/01 (323)    MEMORANDUM by Salvatore D. Larusso  in opposition to
                  [285-1] motion to stay discovery until ruling on various
                  pending motions and motion for protective order (dp)
                  [Entry date 11/19/01]

11/16/01 (324)    MEMORANDUM by Salvatore D. Larusso  in opposition to
                  [261-1] motion to stay all discovery pending resolution of
                  Nationwide's pending motion to dismiss and to compel (dp)
                  [Entry date 11/19/01]

11/16/01 (325)    MEMORANDUM by Paul Zidel, Keith Brickell, D.C., Marc J.
                  Browner D.C.  in opposition to [264-1] motion to extend
                  time to serve responses to plaintiff's discovery (dp)
                  [Entry date 11/19/01]

11/16/01 (326)    MEMORANDUM by Paul Zidel, Keith Brickell, D.C., Marc J.
                  Browner D.C.  in opposition to [262-1] motion for
                  protective order with respect to 39 depositions, [262-2]
                  motion to stay discovery (dp) [Entry date 11/19/01]

11/16/01 (327)    MEMORANDUM by Salvatore D. Larusso  in opposition to
                  [285-1] motion to stay discovery until ruling on various
                  pending motions and motion for protective order (dp)
                  [Entry date 11/19/01]

11/16/01 (328)    MEMORANDUM by Paul Zidel  in opposition to [225-1] motion
                  to compel arbitration, [225-2] motion to dismiss claims (dp)
                  [Entry date 11/19/01]

11/16/01 (329)    MOTION by Superior Insurance to extend time to file reply
                  in support of motion to stay discovery and to dismiss (dp)
                  [Entry date 11/19/01] [Edit date 01/10/02]

11/16/01 (330)    MOTION by Superior Insurance for status conference and for
                  new case management and scheduling order (dp)
                  [Entry date 11/19/01]

11/16/01 (331)    MOTION by Superior Insurance for clarification of class
                  certification discovery and response date (dp)
                  [Entry date 11/19/01]

11/16/01 (332)    NOTICE of joinder in CCN's motion to compel arbitration by
                  Allstate Insurance (dp) [Entry date 11/19/01]

```
Docket as of June 20, 2002 4:11 pm                    Page 43
```

```
Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al        APPEAL
```

11/16/01 336    REPLY by Prudential Property  to response to [334-1] motion
                for protective order re discovery (dp) [Entry date 11/21/01]

11/19/01 333    NOTICE OF WITHDRAWAL of motion to quash and for protective
                order by Corvel Corporation (dp) [Entry date 11/20/01]

11/19/01 337    MOTION by Allstate Insurance, Allstate Indemnity, Fidelity
                & Casualty, Continental Ins., Deerbrook Insurance to
                extend time for serving reply memorandum in support of
                motion for clarification (dp) [Entry date 11/21/01]

11/20/01 338    REPLY by Community Care  to response to [227-1] motion to
                stay pending resolution of arbitration and class
                certification issues (dp) [Entry date 11/21/01]

11/20/01 339    REPLY by Beech Street, ADP Integrated  to response to
                [292-1] motion to extend time to serve Rule 26 disclosures
                (dp) [Entry date 11/21/01]

11/21/01 340    REPLY by Liberty Mutual  to response to [288-1] motion for
                protective order as to deposition of Liberty Mutual (dp)
                [Entry date 11/26/01]

11/21/01 341    MEMORANDUM by Paul Zidel, Keith Brickell, D.C., Marc J.
                Browner D.C.  in opposition to [264-1] motion to extend
                time to serve responses to plaintiff's discovery (dp)
                [Entry date 11/26/01]

11/21/01 342    MEMORANDUM by Paul Zidel, Keith Brickell, D.C., Marc J.
                Browner D.C.  in opposition to [286-1] motion to extend
                time to respond to plaintiff's motion for class
                certification (dp) [Entry date 11/26/01]

11/21/01 343    NOTICE of agreement with CCN's motion for confidentiality
                order (DE 290) by Paul Zidel (dp) [Entry date 11/26/01]

11/21/01 344    MEMORANDUM by Salvatore D. Larusso  in opposition to
                Florida Farm Bureau's motion to dismiss (filed in
                01-8111CV) (dp) [Entry date 11/26/01]

11/23/01 345    REPLY by Superior Insurance  to response to [252-1] motion
                to stay discovery (dp) [Entry date 11/26/01]

11/23/01 346    MOTION with memorandum in support by Superior Insurance to
                strike [298-1] opposition memorandum (dp)
                [Entry date 11/26/01]

11/23/01 347    REPLY by Superior Insurance  to response to [249-1] motion
                to dismiss complaint (dp) [Entry date 11/26/01]

11/26/01 348    MOTION by Salvatore D. Larusso to compel Liberty Mutual to
                attend depositions and for sanctions (dp)
                [Entry date 11/27/01]

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                APPEAL

11/26/01 349      MOTION by Florida Farm Bureau to extend time to serve reply
                  in support of motion to dismiss complaint (dp)
                  [Entry date 11/27/01] [Edit date 01/10/02]

11/26/01 350      MOTION by Paul Zidel for Lawrence M. Kopelman to appear
                  pro hac vice (dp) [Entry date 11/27/01]

11/26/01 --       Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 523848 (dp)
                  [Entry date 11/27/01]

11/27/01 351      REPLY by Hartford Insurance  to response to [210-1] motion
                  to dismiss amended class action complaint (dp)
                  [Entry date 11/28/01]

11/27/01 352      REPLY by Metropolitan to response to motion to compel
                  arbitration (filed in 01-6783-CV-WDF) (dp)
                  [Entry date 11/28/01]

11/27/01 353      REPLY by Metropolitan  to response to motion to stay (filed
                  in 01-6783-CV-WDF) (dp) [Entry date 11/28/01]

11/27/01 354      REPLY by Integon National, Integon General to response to
                  motion to stay (filed in 01-6780-CV-WDF) (dp)
                  [Entry date 11/28/01]

11/27/01 355      REPLY by Integon National, Integon General to response to
                  motion to compel arbitration (filed in 01-6780-CV-WDF) (dp)
                  [Entry date 11/28/01]

11/27/01 356      REPLY by Hartford Insurance  to response to [212-1] motion
                  to stay discovery and time for responding to class
                  certification (dp) [Entry date 11/28/01]

11/27/01 357      MOTION by Beech Street, ADP Integrated to extend time
                  deadline to respond to motions for class certification (dp)
                  [Entry date 11/28/01]

11/27/01 358      REPLY by Liberty Mutual  to response to [285-1] motion to
                  stay discovery until ruling on various pending motions and
                  motion for protective order (dp) [Entry date 11/28/01]

11/28/01 359      MEMORANDUM by Chiropractic Centre  in opposition to [331-1]
                  motion for clarification of class certification discovery
                  and response date (dp) [Entry date 11/29/01]

11/28/01 360      MEMORANDUM by Paul Zidel  in opposition to [332-1] notice
                  (dp) [Entry date 11/29/01]

11/28/01 361      MEMORANDUM by Salvatore D. Larusso, Ultra Open MRI,
                  Chiropractic Centre  in opposition to [313-1] motion for
                  protective order pending discovery (dp)
                  [Entry date 11/29/01]

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                  APPEAL

11/28/01 362   MEMORANDUM by Chiropractic Centre  in opposition to [346-1]
               motion to strike [298-1] opposition memorandum (dp)
               [Entry date 11/29/01]

11/28/01 363   OBJECTION by Ultra Open MRI  to [318-1] report and
               recommendations (dp) [Entry date 11/29/01]

11/28/01 364   OBJECTION by Salvatore D. Larusso  to [317-1] report and
               recommendations (dp) [Entry date 11/29/01]

11/28/01 365   REPLY by Beech Street, ADP Integrated  to response to
               [292-1] motion to extend time to serve Rule 26 disclosures
               (dp) [Entry date 11/29/01]

11/28/01 366   REPLY by Nationwide Insurance  to response to [225-1]
               motion to compel arbitration (dp) [Entry date 11/29/01]

11/28/01 367   Consent to be local designee for Arthur Gold by Paul Zidel,
               Salvatore D. Larusso, Chiropractic Centre (00-8111-CV) (dp)
               [Entry date 11/29/01] [Edit date 11/29/01]

11/28/01 368   Consent to be local designee for Arthur Gold by Paul Zidel,
               Salvatore D. Larusso, Chiropractic Centre (00-8110-CV) (dp)
               [Entry date 11/29/01] [Edit date 11/29/01]

11/28/01 369   Consent to be local designee for Arthur Gold by Paul Zidel,
               Salvatore D. Larusso, Chiropractic Centre (00-8108-CV) (dp)
               [Entry date 11/29/01]

11/28/01 372   AMENDED MOTION by Paul Zidel, Keith Brickell, D.C., Marc J.
               Browner D.C., Salvatore D. Larusso, Ultra Open MRI,
               Chiropractic Centre, Mote Wellness for  to appear pro hac
               vice  referring to [350-1] motion for Lawrence M. Kopelman
               to appear pro hac vice (dp) [Entry date 11/30/01]

11/29/01 370   OBJECTION by Florida Farm Bureau  to [318-1] report and
               recommendations (dp) [Entry date 11/30/01]

11/29/01 371   REPLY by Allstate Insurance, Allstate Indemnity, Fidelity &
               Casualty, Continental Ins., Deerbrook Insurance  to
               response to [262-1] motion for protective order with
               respect to 39 depositions, [262-2] motion to stay discovery
               (dp) [Entry date 11/30/01]

11/30/01 376   ORDER that all parties shall caption all pleadings related
               to Case 00-6061-CIV-FERGUSON in the above format and shall
               cease attaching envelopes to their pleadings until further
               order or instructions of the Court ( Signed by Magistrate
               Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
               [Entry date 12/04/01]

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                    APPEAL

11/30/01  ORDER that all parties shall caption all pleadings related
to Case 00-6649-CIV-FERGUSON in the above format and shall
cease attaching envelopes to their pleadings until further
order or instructions of the Court. ( Signed by Magistrate
Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
[Entry date 12/04/01]

11/30/01  ORDER that all parties shall caption all pleadings related
to Case 00-7163-CIV-FERGUSON in the above format and shall
cease attaching envelopes to their pleadings until further
order or instructions of the Court. ( Signed by Magistrate
Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
[Entry date 12/04/01]

11/30/01  ORDER that all parties shall caption all pleadings related
to Case 00-7692-CIV-FERGUSON in the above format and shall
cease attaching envelopes to their pleadings until further
order or instructions of the Court. ( Signed by Magistrate
Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
[Entry date 12/04/01]

11/30/01  ORDER that all parties shall caption all pleadings related
to Case 00-6776-CIV-FERGUSON in the above format and shall
cease attaching envelopes to their pleadings until further
order or instructions of the Court. ( Signed by Magistrate
Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
[Entry date 12/04/01]

11/30/01  ORDER that all parties shall caption all pleadings related
to Case 00-6777-CIV-FERGUSON in the above format and shall
cease attaching envelopes to their pleadings until further
order or instructions of the Court. ( Signed by Magistrate
Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
[Entry date 12/04/01]

11/30/01  ORDER that all parties shall caption all pleadings related
to Case 00-6778-CIV-FERGUSON in the above format and shall
cease attaching envelopes to their pleadings until further
order or instructions of the Court. ( Signed by Magistrate
Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
[Entry date 12/04/01]

11/30/01  ORDER that all parties shall caption all pleadings related
to Case 00-6779-CIV-FERGUSON in the above format and shall
cease attaching envelopes to their pleadings until further
order or instructions of the Court. ( Signed by Magistrate
Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
[Entry date 12/04/01]

11/30/01  ORDER that all parties shall caption all pleadings related
to Case 00-6780-CIV-FERGUSON in the above format and shall
cease attaching envelopes to their pleadings until further
order or instructions of the Court. ( Signed by Magistrate
Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                  APPEAL

                          [Entry date 12/04/01]

11/30/01  385    ORDER that all parties shall caption all pleadings related
                 to Case 00-6782-CIV-FERGUSON in the above format and shall
                 cease attaching envelopes to their pleadings until further
                 order or instructions of the Court. ( Signed by Magistrate
                 Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
                 [Entry date 12/04/01]

11/30/01  386    ORDER that all parties shall caption all pleadings related
                 to Case 00-6783-CIV-FERGUSON in the above format and shall
                 cease attaching envelopes to their pleadings until further
                 order or instructions of the Court. ( Signed by Magistrate
                 Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
                 [Entry date 12/04/01]

11/30/01  387    ORDER that all parties shall caption all pleadings related
                 to Case 00-8108-CIV-FERGUSON in the above format and shall
                 cease attaching envelopes to their pleadings until further
                 order or instructions of the Court. ( Signed by Magistrate
                 Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
                 [Entry date 12/04/01]

11/30/01  388    ORDER that all parties shall caption all pleadings related
                 to Case 00-8110-CIV-FERGUSON in the above format and shall
                 cease attaching envelopes to their pleadings until further
                 order or instructions of the Court. ( Signed by Magistrate
                 Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
                 [Entry date 12/04/01]

11/30/01  389    ORDER that all parties shall caption all pleadings related
                 to Case 00-8111-CIV-FERGUSON in the above format and shall
                 cease attaching envelopes to their pleadings until further
                 order or instructions of the Court. ( Signed by Magistrate
                 Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
                 [Entry date 12/04/01]

11/30/01  390    ORDER that all parties shall caption all pleadings related
                 to Case 00-8549-CIV-FERGUSON in the above format and shall
                 cease attaching envelopes to their pleadings until further
                 order or instructions of the Court. ( Signed by Magistrate
                 Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
                 [Entry date 12/04/01]

12/3/01   373    MOTION by Paul Zidel, Keith Brickell, D.C., Marc J. Browner
              ,  D.C., Salvatore D. Larusso, Ultra Open MRI, Chiropractic
                 Centre, Mote Wellness to extend time to file motions to
                 compel (dp) [Entry date 12/04/01]

12/3/01   374    MOTION by Paul Zidel, Keith Brickell, D.C., Marc J. Browner
                 D.C., Salvatore D. Larusso, Ultra Open MRI, Chiropractic
                 Centre, Mote Wellness to compel Allstate Insurance,
                 Allstate Indemnity and Deerbrook to attend depositions and
                 for sanctions (dp) [Entry date 12/04/01]

```
Proceedings include all events.                              MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al            APPEAL
```

12/3/01   --    Motion(s) referred: [374-1] motion to compel Allstate
                Insurance, Allstate Indemnity and Deerbrook to attend
                depositions and for sanctions referred  to Magistrate Judge
                Lurana S. Snow, [373-1] motion to extend time to file
                motions to compel referred  to Magistrate Judge Lurana S.
                Snow (dp) [Entry date 12/04/01]

12/3/01   375   NOTICE OF FILING SUPPLEMENTAL AUTHORITY by Paul Zidel,
                Keith Brickell, D.C., Marc J. Browner D.C., Salvatore D.
                Larusso, Ultra Open MRI, Chiropractic Centre, Mote Wellness
                re: opposition to pending motions to dismiss and in
                opposition to Nationwide's motion to compel arbitration (dp)
                [Entry date 12/04/01]

12/6/01   391   NOTICE of joinder in motion for clarification of case
                management and scheduling issues by Progressive Express,
                Progressive Consumer, Progressive Bayside (dp)
                [Entry date 12/07/01]

12/6/01   392   ORDER directing Carllin Phillips and Arthur Gold to file
                applications for pro hac vice in all of the above
                referenced cases within 7 days of this order (00-6649;
                00-7163; 00-7692; 01-6776; 01-6777; 01-6778; 01-6779;
                01-6780; 01-6782; 01-6783; 01-8108; 01-8110; 01-8111;
                01-8549) ( Signed by Magistrate Judge Lurana S. Snow on
                12/6/01) [EOD Date: 12/7/01] (dp) [Entry date 12/07/01]

12/7/01   393   EMERGENCY MOTION by Superior Insurance for protective
                order to preclude, postpone depostion of corporate
                representative (dp) [Entry date 12/10/01]

12/7/01   --    Motion(s) referred: [393-1] motion for protective order to
                preclude, postpone depostion of corporate representative
                referred  to Magistrate Judge Lurana S. Snow (dp)
                [Entry date 12/10/01]

12/7/01   394   REPLY by Community Care  to response to [286-1] motion to
                extend time to respond to plaintiff's motion for class
                certification (dp) [Entry date 12/10/01]

12/7/01   395   REPLY by Hartford Insurance  to response to [315-1] motion
                for protective order pending discovery (dp)
                [Entry date 12/10/01]

12/7/01   396   REPLY by Metropolitan  to response to [311-1] motion for
                protective order re pending discovery (dp)
                [Entry date 12/10/01]

12/7/01   397   REPLY by Integon General  to response to [313-1] motion for
                protective order pending discovery (dp)
                [Entry date 12/10/01]

Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al              APPEAL

12/7/01  398   REPLY by Florida Farm Bureau to response to motion to
               dismiss complaint filed on 4/16/01 (01-8110) (dp)
               [Entry date 12/10/01]

12/7/01  399   OBJECTIONS by Nationwide Insurance  to class plaintiffs'
               consolidated request for admissions to Insurance Company
               defendants (dp) [Entry date 12/10/01]

12/7/01  400   MOTION with memorandum in support by Progressive Express,
               Progressive Consumer, Progressive Bayside for protective
               order re 10/23/01 notices of taking depositions (dp)
               [Entry date 12/10/01]

12/7/01  401   RESPONSE by Liberty Mutual  to [348-1] motion to compel
               Liberty Mutual to attend depositions and for sanctions (dp)
               [Entry date 12/10/01]

12/7/01  409   AMENDED MOTION by Ultra Open MRI to certify class action
               referring to motion for class certification of claims
               against Progressive American Insurance Company (01-6776) (dp)
               [Entry date 12/13/01] [Edit date 12/13/01]

12/7/01  410   MOTION by Salvatore D. Larusso, Ultra Open MRI to compel
               Integon National, Integon General and Hartford to attend
               depositions (dp) [Entry date 12/13/01]

12/7/01  411   AMENDED MOTION by Mote Wellness to certify class action
               referring to motion for class certification of claims
               against American Insurance and American International South
               Insurance (01-8549) (dp) [Entry date 12/13/01]

12/7/01  412   MEMORANDUM by Keith Brickell, D.C., Marc J. Browner D.C.
               in opposition to [357-1] motion to extend time deadline to
               respond to motions for class certification (dp)
               [Entry date 12/13/01]

12/7/01  413   AMENDED MOTION by Ultra Open MRI to certify class action
               referring to motion for class certification of claims
               against Deerbrook (01-6777) (dp) [Entry date 12/13/01]

12/7/01  414   AMENDED MOTION by Ultra Open MRI to certify class action
               referring to motion for class certification of claims
               against Integon National and Integon General (01-6780) (dp)
               [Entry date 12/13/01]

12/7/01  415   AMENDED MOTION by Ultra Open MRI to certify class action
               referring to motion for class certification of claims
               against Fidelity Casualty and Continental Insurance
               (01-6779) (dp) [Entry date 12/13/01]

12/7/01  416   AMENDED MOTION by Chiropractic Centre to certify class
               action  referring to motion for class certification of
               claims against Superior Insurance (01-6782) (dp)
               [Entry date 12/13/01]

Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al          APPEAL

12/7/01   417   AMENDED MOTION by Chiropractic Centre to certify class
                action  referring to motion for class certification of
                claims against Metropolitan Casualty (01-6783) (dp)
                [Entry date 12/13/01]

12/7/01   418   AMENDED MOTION by Ultra Open MRI to certify class action
                referring to motion for class certification of claims
                against Prudential Property (01-6778) (dp)
                [Entry date 12/13/01]

12/10/01  402   MOTION with memorandum in support by Hartford Insurance to
                compel arbitration, to dismiss amended complaint, and
                to stay discovery (dp) [Entry date 12/11/01]

12/10/01  --    Motion(s) referred: [402-1] motion to compel arbitration
                referred  to Magistrate Judge Lurana S. Snow, [402-2]
                motion to dismiss amended complaint referred  to Magistrate
                Judge Lurana S. Snow, [402-3] motion to stay discovery
                referred to Magistrate Judge Lurana S. Snow (dp)
                [Entry date 12/11/01]

12/10/01  403   NOTICE of filing copy of automobile insurance policy of
                Desmond Mahon by Hartford Insurance (dp)
                [Entry date 12/11/01]

12/10/01  404   REPLY by Superior Insurance  to response to [331-1] motion
                for clarification of class certification discovery and
                response date (dp) [Entry date 12/11/01]

12/10/01  405   REPLY by Superior Insurance  to response to [346-1] motion
                to strike [298-1] opposition memorandum (dp)
                [Entry date 12/11/01]

12/10/01  406   REPLY by Allstate Insurance, Allstate Indemnity, Fidelity &
                Casualty, Continental Ins., Deerbrook Insurance  to
                response to [219-1] motion for clarification of [171-1]
                Scheduling order (dp) [Entry date 12/11/01]

12/10/01  407   EMERGENCY MOTION by Florida Farm Bureau for rulings on its
                motions for protective order and to stay discovery (dp)
                [Entry date 12/11/01]

12/12/01  408   MOTION by Nationwide Insurance for protective order to
                preclude or postpone deposition of Nationwide corporate
                representative (dp) [Entry date 12/13/01]

12/13/01  419   MOTION by Hartford Insurance to extend time to submit
                memoranda in opposition to motion to compel Hartford to
                attend deposition (dp) [Entry date 12/14/01]

12/13/01  420   MOTION by Integon National, Integon General to extend time
                to submit memoranda in opposition to motions to compel
                deposition attendance (dp) [Entry date 12/14/01]

Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al            APPEAL

12/13/01 **421**    MOTION by Metropolitan to extend time to serve its reply
                    in support of amended motion for class certification (dp)
                    [Entry date 12/14/01]

12/13/01 --    Motion(s) referred: [421-1] motion to extend time to serve
               its reply in support of amended motion for class
               certification referred  to Magistrate Judge Lurana S. Snow,
               [420-1] motion to extend time to submit memoranda in
               opposition to motions to compel deposition attendance
               referred  to Magistrate Judge Lurana S. Snow, [419-1]
               motion to extend time to submit memoranda in opposition to
               motion to compel Hartford to attend deposition referred  to
               Magistrate Judge Lurana S. Snow, [408-1] motion for
               protective order to preclude or postpone deposition of
               Nationwide corporate representative referred  to Magistrate
               Judge Lurana S. Snow, [407-1] motion for rulings on its
               motions for protective order and to stay discovery referred
               to Magistrate Judge Lurana S. Snow, [402-1] motion to
               compel arbitration referred  to Magistrate Judge Lurana S.
               Snow, [402-2] motion to dismiss amended complaint referred
               to Magistrate Judge Lurana S. Snow, [402-3] motion to stay
               discovery referred  to Magistrate Judge Lurana S. Snow (dp)
               [Entry date 12/14/01]

12/13/01 **429**    RESPONSE by Florida Farm Bureau  in opposition to
                    plaintiff's objections to Magistrate's report and
                    recommendation on arbitration (dp) [Entry date 12/17/01]

12/14/01 **422**    MOTION by Chiropractic Centre to compel Metropolitan to
                    attend depositions (dp) [Entry date 12/17/01]

12/14/01 **423**    MOTION by Keith Brickell, D.C., Ultra Open MRI to compel
                    Progressive Insurance Company defendants to attend
                    depositions and for sanctions (dp) [Entry date 12/17/01]

12/14/01 **424**    RESPONSE by Salvatore D. Larusso  in opposition to [370-1]
                    objection (dp) [Entry date 12/17/01]

12/14/01 --    Motion(s) referred: [423-1] motion to compel Progressive
               Insurance Company defendants to attend depositions and for
               sanctions referred  to Magistrate Judge Lurana S. Snow,
               [422-1] motion to compel Metropolitan to attend depositions
               referred  to Magistrate Judge Lurana S. Snow (dp)
               [Entry date 12/17/01]

12/14/01 **425**    MEMORANDUM by Chiropractic Centre  in opposition to [393-1]
                    motion for protective order to preclude, postpone depostion
                    of corporate representative (dp) [Entry date 12/17/01]

12/14/01 **426**    MEMORANDUM by Keith Brickell, D.C.  in opposition to
                    [400-1] motion for protective order re 10/23/01 notices of
                    taking depositions (dp) [Entry date 12/17/01]

Docket as of June 20, 2002 4:11 pm                       Page 52

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                  APPEAL

12/14/01 427    REPORT AND RECOMMENDATIONS of Magistrate Judge Lurana S.
                Snow recommending that motion to compel arbitration (DE 17
                in 01-6783) be denied. Motion no longer referred. Signed
                on: 12/14/01   Objections to R and R due by 12/24/01 CCAP
                (dp) [Entry date 12/17/01]

12/14/01 428    REPORT AND RECOMMENDATIONS of Magistrate Judge Lurana S.
                Snow recommending that motion to compel arbiration (DE 15
                in 01-6780) be denied. Motion no longer referred. Signed
                on: 12/14/01   Objections to R and R due by 12/24/01  CCAP
                (dp) [Entry date 12/17/01]

12/14/01 430    REPLY by Beech Street, ADP Integrated  to response to
                [357-1] motion to extend time deadline to respond to
                motions for class certification (dp) [Entry date 12/17/01]

12/14/01 431    REPLY by Beech Street, ADP Integrated  to response to
                [357-1] motion to extend time deadline to respond to
                motions for class certification (dp) [Entry date 12/17/01]

12/17/01 432    MOTION by Community Care to amend case management calendar
                and continue trial date (dp) [Entry date 12/18/01]

12/17/01 433    NOTICE OF FILING SUPPLEMENTAL AUTHORITY by Community Care
                re: [174-1] motion to compel arbitration (dp)
                [Entry date 12/18/01]

12/17/01 434    REPLY by Salvatore D. Larusso  to response to [348-1]
                motion to compel Liberty Mutual to attend depositions and
                for sanctions (dp) [Entry date 12/18/01]

12/17/01 435    RESPONSE by Prudential Property  in opposition to [363-1]
                objection (dp) [Entry date 12/18/01]

12/17/01 436    RESPONSE by Allstate Insurance, Allstate Indemnity,
                Deerbrook Insurance  to [374-1] motion to compel Allstate
                Insurance, Allstate Indemnity and Deerbrook to attend
                depositions and for sanctions (dp) [Entry date 12/18/01]

12/17/01 437    NOTICE of filing application to appear pro hac vice by Paul
                Zidel, Keith Brickell, D.C., Marc J. Browner D.C., Salvatore
                D. Larusso, Ultra Open MRI, Chiropractic Centre, Mote
                Wellness (dp) [Entry date 12/18/01] [Edit date 12/18/01]

12/17/01 438    MOTION by All Plaintiffs for Arthur S. Gold to appear pro
                hac vice (00-6061) (dp) [Entry date 12/18/01]
                [Edit date 01/16/02]

12/17/01 --     Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524022 (dp)
                [Entry date 12/18/01] [Edit date 12/18/01]

12/17/01 439    MOTION by All Plaintiffs for Arthur S. Gold to appear pro
                hac vice (00-6649) (dp) [Entry date 12/18/01]
                [Edit date 01/29/02]

Docket as of June 20, 2002 4:11 pm                    Page 53

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                   APPEAL


12/17/01 --      Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524023 (dp)
                 [Entry date 12/18/01]

12/17/01 440     MOTION by All Plaintiffs for Carlin J. Phillips to appear
                 pro hac vice (00-6649) (dp) [Entry date 12/18/01]
                 [Edit date 01/29/02]

12/17/01 --      Filing Fee Paid;  FILING FEE $ 75.00-  RECEIPT # 524041 (dp)
                 [Entry date 12/18/01]

12/17/01 441     MOTION by All Plaintiffs for Carlin J. Phillips to appear
                 pro hac vice (00-7163) (dp) [Entry date 12/18/01]

12/17/01 --      Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524030 (dp)
                 [Entry date 12/18/01]

12/17/01 442     MOTION by All Plaintiffs for Carlin J. Phillips to appear
                 pro hac vice (00-7692) (dp) [Entry date 12/18/01]

12/17/01 --      Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524042 (dp)
                 [Entry date 12/18/01]

12/17/01 443     MOTION by All Plaintiffs for Carlin J. Phillips to appear
                 pro hac vice (01-8108) (dp) [Entry date 12/18/01]
                 [Edit date 01/29/02]

12/17/01 --      Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524059 (dp)
                 [Entry date 12/18/01]

12/17/01 444     MOTION by All Plaintiffs for Carlin J. Phillips to appear
                 pro hac vice (01-8110) (dp) [Entry date 12/18/01]
                 [Edit date 01/29/02]

12/17/01 --      Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524040 (dp)
                 [Entry date 12/18/01]

12/17/01 445     MOTION by All Plaintiffs for Carlin J. Phillips to appear
                 pro hac vice (01-8111) (dp) [Entry date 12/18/01]
                 [Edit date 01/29/02]

12/17/01 --      Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524038 (dp)
                 [Entry date 12/18/01]

12/17/01 446     MOTION by All Plaintiffs for Carlin J. Phillips to appear
                 pro hac vice (01-6776) (dp) [Entry date 12/18/01]

12/17/01 --      Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524037 (dp)
                 [Entry date 12/18/01]

12/17/01 447     MOTION by All Plaintiffs for Arthur S. Gold to appear pro
                 hac vice (01-6776) (dp) [Entry date 12/18/01]

12/17/01 --      Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524024 (dp)

Docket as of June 20, 2002 4:11 pm                    Page 54

Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al              APPEAL

                    [Entry date 12/18/01]

12/17/01 448    MOTION by All Plaintiffs for Carlin J. Phillips to appear
                pro hac vice (01-6777) (dp) [Entry date 12/18/01]

12/17/01 --     Filing Fee Paid; FILING FEE $ 75.00 RECEIPT # 524036 (dp)
                [Entry date 12/18/01]

12/17/01 449    MOTION by All Plaintiffs for Arthur S. Gold to appear pro
                hac vice (01-6777) (dp) [Entry date 12/18/01]

12/17/01 --     Filing Fee Paid; FILING FEE $ 75.00 RECEIPT # 524025 (dp)
                [Entry date 12/18/01]

12/17/01 450    MOTION by All Plaintiffs for Carlin J. Phillips to appear
                pro hac vice (01-6778) (dp) [Entry date 12/18/01]

12/17/01 451    MOTION by All Plaintiffs for Arthur S. Gold to appear pro
                hac vice (01-6778) (dp) [Entry date 12/18/01]

12/17/01 --     Filing Fee Paid; FILING FEE $ 75.00 RECEIPT # 524026 (dp)
                [Entry date 12/18/01]

12/17/01 452    MOTION by All Plaintiffs for Carlin J. Phillips to appear
                pro hac vice (01-6779) (dp) [Entry date 12/18/01]

12/17/01 --     Filing Fee Paid; FILING FEE $ 75.00 RECEIPT # 524034 (dp)
                [Entry date 12/18/01]

12/17/01 453    MOTION by All Plaintiffs for Arthur S. Gold to appear pro
                hac vice (01-6779) (dp) [Entry date 12/18/01]

12/17/01 --     Filing Fee Paid; FILING FEE $ 75.00 RECEIPT # 524027 (dp)
                [Entry date 12/18/01]

12/17/01 454    MOTION by All Plaintiffs for Carlin J. Phillips to appear
                pro hac vice (01-6780) (dp) [Entry date 12/18/01]

12/17/01 --     Filing Fee Paid; FILING FEE $ 75.00 RECEIPT # 524032 (dp)
                [Entry date 12/18/01]

12/17/01 455    MOTION by All Plaintiffs for Arthur S. Gold to appear pro
                hac vice (01-6780) (dp) [Entry date 12/18/01]

12/17/01 --     Filing Fee Paid; FILING FEE $ 75.00 RECEIPT # 524028 (dp)
                [Entry date 12/18/01]

12/17/01 456    MOTION by All Plaintiffs for Carlin J. Phillips to appear
                pro hac vice (01-6782) (dp) [Entry date 12/18/01]

12/17/01 --     Filing Fee Paid; FILING FEE $ 75.00 RECEIPT # 524031 (dp)
                [Entry date 12/18/01]

Proceedings include all events.                                MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al              APPEAL

12/17/01 457     MOTION by All Plaintiffs for Carlin J. Phillips to appear
                 pro hac vice (01-6783) (dp) [Entry date 12/18/01]

12/17/01 --      Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524029 (dp)
                 [Entry date 12/18/01]

12/17/01 458     MOTION by All Plaintiffs for Arthur S. Gold to appear pro
                 hac vice (01-8108) (dp) [Entry date 12/19/01]

12/17/01 --      Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524018 (dp)
                 [Entry date 12/19/01]

12/17/01 459     MOTION by All Plaintiffs for Arthur S. Gold to appear pro
                 hac vice (01-8110) (dp) [Entry date 12/19/01]

12/17/01 --      Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524019 (dp)
                 [Entry date 12/19/01]

12/17/01 460     MOTION by All Plaintiffs for Arthur S. Gold to appear pro
                 hac vice (01-8111) (dp) [Entry date 12/19/01]

12/17/01 --      Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524020 (dp)
                 [Entry date 12/19/01]

12/17/01 461     MOTION by All Plaintiffs for Carlin J. Phillips to appear
                 pro hac vice (01-8549) (dp) [Entry date 12/19/01]

12/17/01 --      Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524033 (dp)
                 [Entry date 12/19/01]

12/17/01 462     MOTION by All Plaintiffs for Arthur S. Gold to appear pro
                 hac vice (01-8549) (dp) [Entry date 12/19/01]

12/17/01 --      Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524021 (dp)
                 [Entry date 12/19/01]

12/17/01 463     Statement of Consent by Douglas Blankman to by All
                 Plaintiffs  re: [440-1] motion for Carlin J. Phillips to
                 appear pro hac vice (dp) [Entry date 12/19/01]

12/17/01 464     Statement of Consent to be local designee of Douglas
                 Blankman  by All Plaintiffs  re: [441-1] motion for Carlin
                 J. Phillips to appear pro hac vice (dp)
                 [Entry date 12/19/01]

12/17/01 465     Statement of Consent to be local designee for Douglas
                 Blankman by All Plaintiffs  re: [442-1] motion for Carlin
                 J. Phillips to appear pro hac vice (dp)
                 [Entry date 12/19/01]

12/17/01 466     Statement of Consent to be local designee by Douglas
                 Blankman for All Plaintiffs re: [443-1] motion for Carlin
                 J. Phillips to appear pro hac vice (dp)
                 [Entry date 12/19/01]

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                  APPEAL


12/17/01 467    Statement of Consent to be local designee by Douglas
                Blankman by All Plaintiffs re: [444-1] motion for Carlin J.
                Phillips to appear pro hac vice (dp) [Entry date 12/19/01]

12/17/01 468    Statement of Consent to be local designee by Douglas
                Blankman by All Plaintiffs re: [445-1] motion for Carlin J.
                Phillips to appear pro hac vice (dp) [Entry date 12/19/01]

12/17/01 469    Statement of Consent to be local designee by Douglas
                Blankman by All Plaintiffs re: [446-1] motion for Carlin J.
                Phillips to appear pro hac vice (dp) [Entry date 12/19/01]

12/17/01 470    Statement of Consent to be local designee by Douglas
                Blankman by All Plaintiffs re: [448-1] motion for Carlin J.
                Phillips to appear pro hac vice (dp) [Entry date 12/19/01]

12/17/01 471    Statement of Consent to be local designee by Douglas
                Blankman by All Plaintiffs re: [450-1] motion for Carlin J.
                Phillips to appear pro hac vice (dp) [Entry date 12/19/01]

12/17/01 472    Statement of Consent to be local designee by Douglas
                Blankman by All Plaintiffs re: [452-1] motion for Carlin J.
                Phillips to appear pro hac vice (dp) [Entry date 12/19/01]

12/17/01 473    Statement of Consent to be local designee by Douglas
                Blankman by All Plaintiffs re: [454-1] motion for Carlin J.
                Phillips to appear pro hac vice (dp) [Entry date 12/19/01]

12/17/01 474    Statement of Consent to be local designee by Douglas
                Blankman by All Plaintiffs re: [456-1] motion for Carlin J.
                Phillips to appear pro hac vice (dp) [Entry date 12/19/01]

12/17/01 475    Statement of Consent to be local designee by Douglas
                Blankman by All Plaintiffs re: [457-1] motion for Carlin J.
                Phillips to appear pro hac vice (dp) [Entry date 12/19/01]

12/17/01 476    Statement of Consent to be local designee by Douglas
                Blankman by All Plaintiffs re: [462-1] motion for Arthur S.
                Gold to appear pro hac vice (dp) [Entry date 12/19/01]

Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al          APPEAL

12/17/01 --        Motion(s) referred: [457-1] motion for Carlin J. Phillips
                   to appear pro hac vice referred  to Magistrate Judge Lurana
                   S. Snow, [456-1] motion for Carlin J. Phillips to appear
                   pro hac vice referred  to Magistrate Judge Lurana S. Snow,
                   [455-1] motion for Arthur S. Gold to appear pro hac vice
                   referred  to Magistrate Judge Lurana S. Snow, [454-1]
                   motion for Carlin J. Phillips to appear pro hac vice
                   referred  to Magistrate Judge Lurana S. Snow, [453-1]
                   motion for Arthur S. Gold to appear pro hac vice referred
                   to Magistrate Judge Lurana S. Snow, [452-1] motion for
                   Carlin J. Phillips to appear pro hac vice referred  to
                   Magistrate Judge Lurana S. Snow, [451-1] motion for Arthur
                   S. Gold to appear pro hac vice referred  to Magistrate
                   Judge Lurana S. Snow, [450-1] motion for Carlin J. Phillips
                   to appear pro hac vice referred  to Magistrate Judge Lurana
                   S. Snow, [449-1] motion for Arthur S. Gold to appear pro
                   hac vice referred  to Magistrate Judge Lurana S. Snow,
                   [448-1] motion for Carlin J. Phillips to appear pro hac
                   vice referred  to Magistrate Judge Lurana S. Snow, [447-1]
                   motion for Arthur S. Gold to appear pro hac vice referred
                   to Magistrate Judge Lurana S. Snow, [446-1] motion for
                   Carlin J. Phillips to appear pro hac vice referred  to
                   Magistrate Judge Lurana S. Snow, [445-1] motion for Carlin
                   J. Phillips to appear pro hac vice referred  to Magistrate
                   Judge Lurana S. Snow, [444-1] motion for Carlin J. Phillips
                   to appear pro hac vice referred  to Magistrate Judge Lurana
                   S. Snow, [443-1] motion for Carlin J. Phillips to appear
                   pro hac vice referred  to Magistrate Judge Lurana S. Snow,
                   [442-1] motion for Carlin J. Phillips to appear pro hac
                   vice referred  to Magistrate Judge Lurana S. Snow, [441-1]
                   motion for Carlin J. Phillips to appear pro hac vice
                   referred  to Magistrate Judge Lurana S. Snow, [440-1]
                   motion for Carlin J. Phillips to appear pro hac vice
                   referred  to Magistrate Judge Lurana S. Snow, [438-1]
                   motion for Arthur S. Gold to appear pro hac vice referred
                   to Magistrate Judge Lurana S. Snow, [432-1] motion to amend
                   case management calendar and continue trial date referred
                   to Magistrate Judge Lurana S. Snow, [462-1] motion for
                   Arthur S. Gold to appear pro hac vice referred  to
                   Magistrate Judge Lurana S. Snow, [461-1] motion for Carlin
                   J. Phillips to appear pro hac vice referred  to Magistrate
                   Judge Lurana S. Snow, [460-1] motion for Arthur S. Gold to
                   appear pro hac vice referred  to Magistrate Judge Lurana S.
                   Snow, [459-1] motion for Arthur S. Gold to appear pro hac
                   vice referred  to Magistrate Judge Lurana S. Snow, [458-1]
                   motion for Arthur S. Gold to appear pro hac vice referred
                   to Magistrate Judge Lurana S. Snow (dp)
                   [Entry date 12/19/01]

12/19/01  477      Joinder in Allstate and others motion for protective order
                   and stay of discovery by Community Care (dp)
                   [Entry date 12/20/01]

```
Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al        APPEAL
```

12/20/01 478    NOTICE of joinder in CCN's motion to amend case management
                calendar and to continue trial by Beech Street, ADP
                Integrated (dp)

12/20/01 479    NOTICE of joinder in CCN's motion to amend case management
                calendar to to continue trial (00-7163) by Beech Street,
                ADP Integrated (dp)

12/20/01 480    REPLY by Community Care to response to [219-1] motion for
                clarification of [171-1] Scheduling order (dp)
                [Entry date 12/21/01]

12/20/01 481    MOTION by Prudential Property to extend time to respond to
                amended motion for class certification (dp)
                [Entry date 12/21/01]

12/20/01 482    CERTIFICATE OF SERVICE  of motion for extension of time by
                Prudential Property (dp) [Entry date 12/21/01]

12/20/01 487    NOTICE of joinder in CCN's motion to amend case management
                calendaar and to continue trial date by Liberty Mutual (dp)
                [Entry date 12/21/01]

12/20/01 489    MEMORANDUM by Metropolitan  in opposition to [422-1] motion
                to compel Metropolitan to attend depositions (dp)
                [Entry date 12/21/01]

12/21/01 483    MOTION by All Plaintiffs for Arthur Gold to appear pro hac
                vice (00-7163) (dp)

12/21/01 --     Filing Fee Paid;  FILING FEE $ 75.00   RECEIPT # 524076 (dp)

12/21/01 484    MOTION by All Plaintiffs for Arthur Gold to appear pro hac
                vice (00-7692) (dp)

12/21/01 --     Filing Fee Paid;  FILING FEE $ 75.00   RECEIPT # 524075 (dp)

12/21/01 485    MOTION by All Plaintiffs for Arthur Gold to appear pro hac
                vice (01-6782) (dp)

12/21/01 --     Filing Fee Paid;  FILING FEE $ 75.00   RECEIPT # 524078 (dp)

12/21/01 486    MOTION by All Plaintiffs for Arthur Gold to appear pro hac
                vice (01-6783) (dp)

12/21/01 --     Filing Fee Paid;  FILING FEE $ 75.00   RECEIPT # 524079 (dp)

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                  APPEAL

12/21/01 --        Motion(s) referred: [486-1] motion for Arthur Gold to
                   appear pro hac vice referred  to Magistrate Judge Lurana S.
                   Snow, [485-1] motion for Arthur Gold to appear pro hac vice
                   referred  to Magistrate Judge Lurana S. Snow, [484-1]
                   motion for Arthur Gold to appear pro hac vice referred  to
                   Magistrate Judge Lurana S. Snow, [483-1] motion for Arthur
                   Gold to appear pro hac vice referred  to Magistrate Judge
                   Lurana S. Snow (dp)

12/21/01 (488)     MEMORANDUM by Integon National, Integon General  in
                   opposition to [410-1] motion to compel Integon National,
                   Integon General and Hartford to attend depositions (dp)

12/21/01 (490)     MEMORANDUM by Hartford Insurance  in opposition to [410-1]
                   motion to compel Integon National, Integon General and
                   Hartford to attend depositions (dp)

12/21/01 (496)     REPLY by Progressive Express, Progressive Consumer,
                   Progressive Bayside  to response to [400-1] motion for
                   protective order re 10/23/01 notices of taking depositions
                   (dp) [Entry date 12/26/01]

12/21/01 (497)     MEMORANDUM by Salvatore D. Larusso  in opposition to
                   [408-1] motion for protective order to preclude or postpone
                   deposition of Nationwide corporate representative (dp)
                   [Entry date 12/26/01]

12/21/01 (498)     MEMORANDUM by Salvatore D. Larusso  in opposition to
                   [402-1] motion to compel arbitration, [402-2] motion to
                   dismiss amended complaint, [402-3] motion to stay discovery
                   (dp) [Entry date 12/26/01]

12/21/01 --        Motion(s) referred: [500-1] motion to extend time to
                   respond to amended motion for class certification referred
                   to Magistrate Judge Lurana S. Snow, [499-1] motion to
                   extend time to respond to amended motion for class
                   certification referred  to Magistrate Judge Lurana S. Snow,
                   [493-1] motion for Peter Valeta to appear pro hac vice
                   referred  to Magistrate Judge Lurana S. Snow, [492-1]
                   motion for Hearing on [491-1] motion for reconsideration of
                   order of consolidation referred  to Magistrate Judge Lurana
                   S. Snow (dp) [Entry date 12/26/01]

12/24/01 (491)     MOTION by Community Care for reconsideration of order of
                   consolidation (dp) [Entry date 12/26/01]

12/24/01 (492)     MOTION by Community Care for Hearing on [491-1] motion for
                   reconsideration of order of consolidation (dp)
                   [Entry date 12/26/01]

12/24/01 493       MOTION by Allstate Insurance for Peter Valeta to appear
                   pro hac vice (dp) [Entry date 12/26/01]

12/24/01 --        Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 624089 (dp)

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                      APPEAL

                          [Entry date 12/26/01]

12/24/01  494    MEMORANDUM by Superior Insurance  in opposition to [416-2]
                 amended motion (dp) [Entry date 12/26/01]

12/24/01  495    REPLY by Superior Insurance  to response to [393-1] motion
                 for protective order to preclude, postpone depostion of
                 corporate representative (dp) [Entry date 12/26/01]

12/24/01  499    MOTION by Fidelity & Casualty, Continental Ins. to extend
                 time to respond to amended motion for class certification
                 (dp) [Entry date 12/26/01]

12/24/01  500    MOTION by Deerbrook Insurance to extend time to respond to
                 amended motion for class certification (dp)
                 [Entry date 12/26/01]

12/26/01  501    REPLY by Paul Zidel, Keith Brickell, D.C., Marc J. Browner
                 D.C., Ultra Open MRI  to response to [374-1] motion to
                 compel Allstate Insurance, Allstate Indemnity and Deerbrook
                 to attend depositions and for sanctions (dp)
                 [Entry date 12/27/01]

12/28/01  502    NOTICE of joinder of [494-1] opposition memorandum by Beech
                 Street, ADP Integrated (ss) [Entry date 12/31/01]

12/28/01  503    NOTICE of joinder of [494-1] opposition memorandum by Beech
                 Street, ADP Integrated (ss) [Entry date 12/31/01]

12/28/01  504    OBJECTIONS by Chiropractic Centre to [427-1] report and
                 recommendations (ss) [Entry date 12/31/01]

12/28/01  505    OBJECTIONS by Ultra Open MRI to [428-1] report and
                 recommendations (ss) [Entry date 12/31/01]

12/28/01  506    MEMORANDUM by Metropolitan in opposition to [416-1] amended
                 motion to certify class action (ss) [Entry date 12/31/01]

12/28/01  507    OBJECTIONS by Metropolitan to [427-1] report and
                 recommendations (ss) [Entry date 12/31/01]

12/28/01  508    MEMORANDUM by Integon National, Integon General in
                 opposition to [418-1] amended motion to certify class
                 action (ss) [Entry date 12/31/01]

12/28/01  509    OBJECTIONS by Integon National, Integon General to [428-1]
                 report and recommendations (ss) [Entry date 12/31/01]

12/28/01  510    MEMORANDUM by Progressive American  in opposition to
                 [415-1] motion to certify class action (dp)
                 [Entry date 01/02/02]

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                   APPEAL

1/2/02    511      MOTION by Chiropractic Centre to extend time to serve
                   reply memorandum in support of amended motion for class
                   certification (DE 416) (dp) [Entry date 01/03/02]

1/2/02    512      MOTION by Hartford Insurance to extend time to submit a
                   reply memorandum in support of motion to compel arbitration
      (dp) [Entry date 01/03/02]

1/2/02    513      SECOND MOTION by Paul Zidel, Keith Brickell, D.C., Marc J.
                   Browner D.C., Ultra Open MRI, Chiropractic Centre, Mote
                   Wellness to extend time to file motions to compel (dp)
                   [Entry date 01/03/02]

1/2/02    --       Motion(s) referred: [513-1] motion to extend time to file
                   motions to compel referred  to Magistrate Judge Lurana S.
                   Snow, [512-1] motion to extend time to submit a reply
                   memorandum in support of motion to compel arbitration
                   referred  to Magistrate Judge Lurana S. Snow, [511-1]
                   motion to extend time to serve reply memorandum in support
                   of amended motion for class certification (DE 416) referred
                    to Magistrate Judge Lurana S. Snow (dp)
                   [Entry date 01/03/02]

1/2/02    514      MEMORANDUM by Paul Zidel, Salvatore D. Larusso  in
                   opposition to [432-1] motion to amend case management
                   calendar and continue trial date (dp) [Entry date 01/03/02]

1/2/02    515      MEMORANDUM by Paul Zidel, Salvatore D. Larusso  in
                   opposition to [491-1] motion for reconsideration of order
                   of consolidation (dp) [Entry date 01/03/02]

Docket as of June 20, 2002 4:11 pm                      Page 62

Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al         APPEAL

1/2/02   522    ORDER granting Progressive's motion for enlargment of time
                to answer complaint (01-6776) filed 10/22/01, denying as
                moot plaintiff's third motion for englargement of time to
                serve response to non-party Corvel's motion to quash
                (00-6649), granting [349-1] motion to extend time to serve
                reply in support of motion to dismiss complaint, granting
                [329-1] motion to extend time to file reply in support of
                motion to stay discovery and to dismiss, granting [306-1]
                motion to extend time to respond to interrogatories and
                request to produce, granting [304-1] motion to extend time
                to submit reply memoranda in support of motions to dismiss
                and stay, granting [303-1] motion to extend time to submit
                reply memoranda in support of motions to compel arbitration
                and to stay, granting [302-1] motion to extend time to
                submit reply memoranda in support of motions to compel
                arbitration and to stay, granting [300-1] motion to extend
                time to serve memorandum in opposition to Nationwide's
                motion to compel arbitration (DE 225), granting [293-1]
                motion to extend time to respond to interrogatories and
                request to produce, granting [291-1] motion to extend time
                to respond to interrogatories and request for production
                granting [259-1] motion to extend time to answer complaint,
                granting [283-1] motion to extend time to serve reply brief
                as to consolidation, granting [282-1] motion to extend time
                to answer class action complaint ( Signed by Magistrate
                Judge Lurana S. Snow on 1/2/02) [EOD Date: 1/8/02] (dp)
                [Entry date 01/08/02] [Edit date 01/10/02]

1/4/02   516    MOTION by Salvatore D. Larusso to compel Nationwide to
                attend depositions (dp) [Entry date 01/07/02]

1/4/02   517    MOTION by Chiropractic Centre to compel Superior to attend
                depositions (dp) [Entry date 01/07/02]

1/4/02   518    MOTION by Paul Zidel to compel non-party Gavin Meshad to
                attend deposition (dp) [Entry date 01/07/02]

1/4/02   519    MOTION by Salvatore D. Larusso to compel Florida Farm
                Bureau to attend depositions (dp) [Entry date 01/07/02]

1/4/02   --     Motion(s) referred: [519-1] motion to compel Florida Farm
                Bureau to attend depositions referred  to Magistrate Judge
                Lurana S. Snow, [518-1] motion to compel non-party Gavin
                Meshad to attend deposition referred  to Magistrate Judge
                Lurana S. Snow, [517-1] motion to compel Superior to attend
                depositions referred  to Magistrate Judge Lurana S. Snow,
                [516-1] motion to compel Nationwide to attend depositions
                referred  to Magistrate Judge Lurana S. Snow (dp)
                [Entry date 01/07/02]

1/4/02   520    ORDER directing counsel Lawrence Kopelman to pay filing
                fee for each case as noted on this order except 00-6061 (
                Signed by Magistrate Judge Lurana S. Snow on 1/4/02) [EOD
                Date: 1/7/02] (dp) [Entry date 01/07/02]

```
Proceedings include all events.                              MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al            APPEAL
```

1/7/02      --        Filing Fee Paid;  FILING FEE $ 1,050.00  RECEIPT # 524161
                      Pro Hac Vice fees by Lawrence Kopelman for case 01-8111;
                      01-8549; 00-6649; 00-7163; 00-7692; 00-6776; 01-6777;
                      01-6778; 01-6779; 01-6780; 01-6782; 01-6783; 01-8108;
                      01-8110 (dp)

1/7/02     (521)      ORDER SETTING STATUS CONFERENCE   Status conference set
                      for 2:00 1/25/02   before Judge Wilkie D. Ferguson Jr. (
                      Signed by Judge Wilkie D. Ferguson Jr. on 1/7/02) [EOD
                      Date: 1/8/02] CCAP (dp) [Entry date 01/08/02]

1/8/02     (523)      MOTION with memorandum in support by Beech Street, ADP
                      Integrated to compel Rule 26 disclosures (dp)
                      [Entry date 01/09/02]

1/8/02      --        Motion(s) referred: [523-1] motion to compel Rule 26
                      disclosures referred  to Magistrate Judge Lurana S. Snow (dp)
                      [Entry date 01/09/02]

1/9/02     (524)      REPLY by Hartford Insurance  to response to [402-1] motion
                      to compel arbitration (dp) [Entry date 01/10/02]

1/9/02      525       MOTION by Ultra Open MRI to extend time to serve reply
                      memorandum in support of amended motion for class
                      certification (DE 409) (dp) [Entry date 01/10/02]

1/9/02      --        Motion(s) referred: [525-1] motion to extend time to serve
                      reply memorandum in support of amended motion for class
                      certification (DE 409) referred  to Magistrate Judge Lurana
                      S. Snow (dp) [Entry date 01/10/02]

1/9/02     (526)      REPLY by Chiropractic Centre  to response to [417-1] motion
                      to certify class action, [417-2] amended motion (dp)
                      [Entry date 01/10/02]

1/9/02     (527)      REPLY by Ultra Open MRI  to response to [414-1] motion to
                      certify class action, [414-2] amended motion (dp)
                      [Entry date 01/10/02]

1/9/02     (528)      NOTICE OF FILING SUPPLEMENTAL AUTHORITY by All Plaintiffs
                      re: opposition to the pending motion to dismiss (dp)
                      [Entry date 01/10/02]

1/10/02     529       MEMORANDUM by Ultra Open MRI  in opposition to [500-1]
                      motion to extend time to respond to amended motion for
                      class certification (dp) [Entry date 01/11/02]

1/10/02     530       MEMORANDUM by Ultra Open MRI  in opposition to [499-1]
                      motion to extend time to respond to amended motion for
                      class certification (dp) [Entry date 01/11/02]

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al              APPEAL

1/10/02  (531)  RESPONSE by Community Care  to [500-1] motion to extend
                time to respond to amended motion for class certification,
                [499-1] motion to extend time to respond to amended motion
                for class certification (dp) [Entry date 01/11/02]

1/14/02  (532)  NOTICE of joinder in CCN's motion to reconsider order of
                consolidation and request for oral argument by Allstate
                Insurance, Allstate Indemnity, Fidelity & Casualty,
                Continental Ins. Co., Deerbrook Insurance (dp)
                [Entry date 01/15/02]

1/14/02   533   MOTION by Chiropractic Centre to extend time to serve
                reply memorandum in support of amended motion (DE 416) (dp)
                [Entry date 01/15/02]

1/14/02   --    Motion(s) referred: [533-1] motion to extend time to serve
                reply memorandum in support of amended motion (DE 416)
                referred  to Magistrate Judge Lurana S. Snow (dp)
                [Entry date 01/15/02]

1/14/02  (534)  RESPONSE by Metropolitan  in opposition to [504-1]
                objection (dp) [Entry date 01/15/02]

1/14/02  (535)  RESPONSE by Integon National, Integon General  in
                opposition to [505-1] objection (dp) [Entry date 01/15/02]

1/15/02  (536)  NOTICE of joinder in Beech Street and ADP's motion to
                compel Rule 26 Disclosures by Progressive Express,
                Progressive Consumer, Progressive Bayside (dp)
                [Entry date 01/16/02]

1/15/02  (537)  NOTICE of joinder in CCN'S Motion to Reconsider Order of
                Consolidation by Progressive Express, Progressive Consumer,
                Progressive Bayside (dp) [Entry date 01/16/02]

1/15/02  (538)  NOTICE of JOINDER n CCN'S Motion to Amend Case Management
                Calendar and Continue Trial Date by Progressive Express,
                Progressive Consumer, Progressive Bayside (dp)
                [Entry date 01/16/02]

1/15/02  (539)  REPLY by Community Care  to response to [514] and [432-1]
                motion to amend case management calendar and continue trial
                date (dp) [Entry date 01/16/02]

1/15/02  (540)  REPLY by Salvatore D. Larusso  to response to [410-1]
                motion to compel Integon National, Integon General and
                Hartford to attend depositions (dp) [Entry date 01/16/02]

1/15/02  (541)  REPLY by Ultra Open MRI  to response to [423-1] motion to
                compel Progressive Insurance Company defendants to attend
                depositions and for sanctions (dp) [Entry date 01/16/02]

1/15/02  (542)  REPLY by Chiropractic Centre  to response to [422-1] motion
                to compel Metropolitan to attend depositions (dp)

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                   APPEAL

                          [Entry date 01/16/02]

1/16/02  543    REPLY by Community Care  to response to [515] and [491-1]
                motion for reconsideration of order of consolidation (dp)
                [Entry date 01/17/02]

1/16/02  544    MOTION by Community Care for protective order to prevent
                depositions of current or former personnel (dp)
                [Entry date 01/17/02]

1/16/02  --     Motion(s) referred: [544-1] motion for protective order to
                prevent depositions of current or former personnel referred
                to Magistrate Judge Lurana S. Snow (dp)
                [Entry date 01/17/02]

1/16/02  545    RESPONSE by Chiropractic Centre  in opposition to [507-1]
                objection (dp) [Entry date 01/17/02]

1/16/02  546    RESPONSE by Ultra Open MRI  in opposition to [509-1]
                objection (dp) [Entry date 01/17/02]

1/17/02  547    NOTICE of Unavailability by Superior Insurance  for dates
                of: 1/25/02 (dp) [Entry date 01/18/02]

1/18/02  548    RESPONSE by Florida Farm Bureau to [519-1] motion to compel
                Florida Farm Bureau to attend depositions and RENEWED
                REQUEST and for a stay of discovery, and a protective
                order (ss) [Entry date 01/22/02]

1/18/02  549    UNOPPOSED MOTION by Nationwide Insurance for enlargement
                of time to serve response to motion to compel attendance at
                depositions (ss) [Entry date 01/22/02]

1/18/02  550    REPORT AND RECOMMENDATIONS of Magistrate Judge Lurana S.
                Snow recommending that [174-1] partially unopposed motion
                to compel arbitration be DENIED. Motion no longer referred.
                Signed on: 1/18/02 Objections to R and R due by 1/28/02
                CCAP (ss) [Entry date 01/22/02]

1/22/02  551    MEMORANDUM by Superior Insurance  in opposition to [517-1]
                motion to compel Superior to attend depositions (dp)
                [Entry date 01/23/02]

1/22/02  552    REPLY by Chiropractic Centre  to response to [416-1] motion
                to certify class action, [416-2] amended motion (dp)
                [Entry date 01/23/02]

1/22/02  553    REPLY by Ultra Open MRI  to response to [413-1] motion to
                certify class action, [413-2] amended motion (dp)
                [Entry date 01/23/02]

1/22/02  554    RESPONSE by Community Care  to [518-1] motion to compel
                non-party Gavin Meshad to attend deposition (dp)
                [Entry date 01/23/02]

Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al             APPEAL

1/22/02  555   REPLY by Fidelity & Casualty to response to [499-1] motion
               to extend time to respond to amended motion for class
               certification (dp) [Entry date 01/23/02]

1/22/02  556   REPLY by Deerbrook Insurance to response to [500-1] motion
               to extend time to respond to amended motion for class
               certification (dp) [Entry date 01/23/02]

1/22/02  557   MOTION by Prudential Property for Richard Wyner & Jeffrey
               Klein to withdraw as attorney (dp) [Entry date 01/23/02]

1/22/02  --    Motion(s) referred: [557-1] motion for Richard Wyner &
               Jeffrey Klein to withdraw as attorney referred to
               Magistrate Judge Lurana S. Snow (dp) [Entry date 01/23/02]

1/23/02  558   MEMORANDUM by Keith Brickell, D.C. in opposition to
               [523-1] motion to compel Rule 26 disclosures (dp)
               [Entry date 01/24/02]

1/23/02  559   MOTION by Salvatore D. Larusso, Ultra Open MRI,
               Chiropractic Centre for leave to file supplemental
               memorandum in opposition to defendants' motion to compel
               arbitration (dp) [Entry date 01/24/02]

1/23/02  --    Motion(s) referred: [559-1] motion for leave to file
               supplemental memorandum in opposition to defendants' motion
               to compel arbitration referred to Magistrate Judge Lurana
               S. Snow (dp) [Entry date 01/24/02]

1/23/02  560   SUPPLEMENTAL MEMORANDUM of law in opposition to defendants'
               motions to compel arbitration by Salvatore D. Larusso,
               Ultra Open MRI, Chiropractic Centre (dp)
               [Entry date 01/24/02]

1/23/02  561   AMENDED COMPLAINT by Ultra Open MRI , (Answer due 2/2/02
               for Prudential Property ) amending adding Walter E. Afield
               (01-6778) (dp) [Entry date 01/24/02]

1/24/02  562   REPLY by Salvatore D. Larusso to response to [519-1]
               motion to compel Florida Farm Bureau to attend depositions
               (dp) [Entry date 01/25/02]

1/24/02  563   REPLY by Chiropractic Centre to response to [517-1] motion
               to compel Superior to attend depositions (dp)
               [Entry date 01/25/02]

1/25/02  564   NOTICE of filing overview of consolidated PPO class action
               cases by All Plaintiffs (dp) [Entry date 01/28/02]

1/25/02  565   Minutes of status conference held before Judge Wilkie D.
               Ferguson Jr. on 1/25/02; Court Reporter Name or Tape #:
               Patricia Sanders (dp) [Entry date 01/28/02]

Docket as of June 20, 2002 4:11 pm                       Page 67

Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al          APPEAL

1/25/02   --        Status conference  held  before Judge Wilkie D. Ferguson
                    Jr. (dp) [Entry date 01/28/02]

1/25/02   566       ORDER granting motion to appear pro hac vice by W. Curtis
                    Caywood (motion filed in 00-7692) ( Signed by Magistrate
                    Judge Lurana S. Snow on 1/25/02) [EOD Date: 1/29/02] (dp)
                    [Entry date 01/29/02]

1/25/02   567       ORDER granting [486-1] motion for Arthur Gold to appear pro
                    hac vice, granting [485-1] motion for Arthur Gold to appear
                    pro hac vice, granting [484-1] motion for Arthur Gold to
                    appear pro hac vice, granting [483-1] motion for Arthur
                    Gold to appear pro hac vice, granting [455-1] motion for
                    Arthur S. Gold to appear pro hac vice, granting [453-1]
                    motion for Arthur S. Gold to appear pro hac vice, granting
                    [451-1] motion for Arthur S. Gold to appear pro hac vice,
                    granting [449-1] motion for Arthur S. Gold to appear pro
                    hac vice, granting [447-1] motion for Arthur S. Gold to
                    appear pro hac vice, granting [439-1] motion for Arthur S.
                    Gold to appear pro hac vice, granting [438-1] motion for
                    Arthur S. Gold to appear pro hac vice, granting [462-1]
                    motion for Arthur S. Gold to appear pro hac vice, granting
                    [460-1] motion for Arthur S. Gold to appear pro hac vice,
                    granting [459-1] motion for Arthur S. Gold to appear pro
                    hac vice, granting [458-1] motion for Arthur S. Gold to
                    appear pro hac vice ( Signed by Magistrate Judge Lurana S.
                    Snow on 1/25/02) [EOD Date: 1/29/02] (dp)
                    [Entry date 01/29/02]

1/25/02   569       ORDER granting [457-1] motion for Carlin J. Phillips to
                    appear pro hac vice, granting [456-1] motion for Carlin J.
                    Phillips to appear pro hac vice, granting [454-1] motion
                    for Carlin J. Phillips to appear pro hac vice, granting
                    [452-1] motion for Carlin J. Phillips to appear pro hac
                    vice, granting [450-1] motion for Carlin J. Phillips to
                    appear pro hac vice, granting [448-1] motion for Carlin J.
                    Phillips to appear pro hac vice, granting [446-1] motion
                    for Carlin J. Phillips to appear pro hac vice, granting
                    [445-1] motion for Carlin J. Phillips to appear pro hac
                    vice, granting [444-1] motion for Carlin J. Phillips to
                    appear pro hac vice, granting [443-1] motion for Carlin J.
                    Phillips to appear pro hac vice, granting [442-1] motion
                    for Carlin J. Phillips to appear pro hac vice, granting
                    [441-1] motion for Carlin J. Phillips to appear pro hac
                    vice, granting [440-1] motion for Carlin J. Phillips to
                    appear pro hac vice, granting [461-1] motion for Carlin J.
                    Phillips to appear pro hac vice ( Signed by Magistrate
                    Judge Lurana S. Snow on 1/25/02) [EOD Date: 1/29/02] (dp)
                    [Entry date 01/29/02]

1/28/02   568       MEMORANDUM by Progressive Express, Progressive Consumer,
                    Progressive Bayside  in opposition to [423-1] motion to
                    compel Progressive Insurance Company defendants to attend
                    depositions and for sanctions (dp) [Entry date 01/29/02]

Docket as of June 20, 2002 4:11 pm                       Page 68

Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al            APPEAL



1/28/02  570   MOTION by American Int'l, American Int'l South to
               dismiss, or alternatively for summary judgment (dp)
               [Entry date 01/29/02]

1/28/02  571   Statement of material facts by American Int'l, American
               Int'l South re: [570-1] motion to dismiss, [570-2] motion
               for summary judgment (dp) [Entry date 01/29/02]

1/28/02  572   NOTICE of filing affidavit in support of motion to dismiss
               by American Int'l, American Int'l South (dp)
               [Entry date 01/29/02]

1/29/02  573   OBJECTION by Paul Zidel  to [550-1] report and
               recommendations (dp) [Entry date 01/30/02]

1/29/02  574   NOTICE OF FILING SUPPLEMENTAL AUTHORITY by All Plaintiffs
               re: opposition to pending motions to dismiss (dp)
               [Entry date 01/30/02]

1/29/02  575   REPLY by Beech Street, ADP Integrated  to response to
               [523-1] motion to compel Rule 26 disclosures (dp)
               [Entry date 01/30/02]

1/30/02  576   OBJECTION by Allstate Insurance  to [550-1] report and
               recommendations (dp) [Entry date 01/31/02]

1/30/02  577   RESPONSE by Florida Farm Bureau  in opposition to [560-1]
               of law memorandum (dp) [Entry date 01/31/02]

1/31/02  578   OBJECTION by Community Care  to [550-1] report and
               recommendations (dp) [Entry date 02/01/02]

2/4/02   579   MEMORANDUM by Prudential Property  in opposition to [559-1]
               motion for leave to file supplemental memorandum in
               opposition to defendants' motion to compel arbitration (dp)
               [Entry date 02/05/02]

2/4/02   580   CERTIFICATE OF SERVICE as to memorandum in opposition to
               motion to submit supplemental memorandum  by Prudential
               Property (dp) [Entry date 02/05/02]

2/4/02   581   MOTION by Prudential Property to extend time to respond to
               amended class action complaint (dp) [Entry date 02/05/02]

2/4/02   --    Motion(s) referred: [581-1] motion to extend time to
               respond to amended class action complaint referred  to
               Magistrate Judge Lurana S. Snow (dp) [Entry date 02/05/02]

2/4/02   582   RESPONSE by Nationwide Insurance  to [516-1] motion to
               compel Nationwide to attend depositions (dp)
               [Entry date 02/05/02]

```
Proceedings include all events.                           MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al        APPEAL
```

2/5/02  (583)   NOTICE of filing of assignment of benefits form in support
                of its motion to compel arbitration by Florida Farm Bureau
                (dp) [Entry date 02/06/02]

2/6/02  (584)   MOTION by Community Care to extend time to respond to
                objections to R& (dp) [Entry date 02/07/02]

2/8/02  (585)   REPLY by Integon National, Integon General to supplemental
                response to motion to compel arbitration (dp)
                [Entry date 02/11/02]

2/8/02  (586)   RESPONSE by Metropolitan  in opposition to [542-1] response
                reply (dp) [Entry date 02/11/02]

2/8/02  (587)   RESPONSE by Hartford Insurance  in opposition to [560-1] of
                law memorandum (dp) [Entry date 02/11/02]

2/11/02  588    MOTION by Allstate Indemnity for Peter J. Valeta to appear
                pro hac vice (00-7163) (dp) [Entry date 02/12/02]

2/11/02  --     Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524442 (dp)
                [Entry date 02/12/02]

2/11/02  589    MOTION by Deerbrook Insurance for Peter J. Valeta to
                appear pro hac vice (01-6777) (dp) [Entry date 02/12/02]

2/11/02  --     Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524441 (dp)
                [Entry date 02/12/02]

2/11/02  590    MOTION by Fidelity & Casualty, Continental Ins. Co. for
                Peter J. Valeta to appear pro hac vice (01-6779) (dp)
                [Entry date 02/12/02]

2/11/02  --     Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524440 (dp)
                [Entry date 02/12/02]

2/11/02  --     Motion(s) referred: [590-1] motion for Peter J. Valeta to
                appear pro hac vice referred  to Magistrate Judge Lurana S.
                Snow, [589-1] motion for Peter J. Valeta to appear pro hac
                vice referred  to Magistrate Judge Lurana S. Snow, [588-1]
                motion for Peter J. Valeta to appear pro hac vice referred
                to Magistrate Judge Lurana S. Snow (dp)
                [Entry date 02/12/02]

2/11/02  (591)  RESPONSE by Paul Zidel  in opposition to [576-1] objection
                (dp) [Entry date 02/12/02]

2/11/02  (592)  RESPONSE by Andrew Ellowitz  to [570-1] motion to dismiss,
                [570-2] motion for summary judgment (dp)
                [Entry date 02/13/02]

2/12/02  (593)  AMENDED COMPLAINT by Andrew Ellowitz , (Answer due 2/22/02
                for American Int'l )  amending complaint (01-8549) (dp)
                [Entry date 02/13/02]

Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al          APPEAL

2/12/02  594    NOTICE OF FILING SUPPLEMENTAL AUTHORITY by All Plaintiffs
                re: pending motions to dismiss (dp) [Entry date 02/13/02]

2/12/02  595    MOTION by Andrew Ellowitz to certify class claims against
                American International Insurance Company (dp)
                [Entry date 02/13/02]

2/12/02  --     Motion(s) referred: [595-1] motion to certify class claims
                against American International Insurance Company referred
                to Magistrate Judge Lurana S. Snow (dp)
                [Entry date 02/13/02]

2/13/02  596    NOTICE OF FILING SUPPLEMENTAL AUTHORITY by All Plaintiffs
                re: opposition to pending motions to dismiss (dp)
                [Entry date 02/14/02] [Edit date 02/14/02]

2/13/02  597    ORDER granting [557-1] motion for Richard Wyner & Jeffrey
                Klein to withdraw as attorney ( Signed by Magistrate Judge
                Lurana S. Snow on 2/13/02) [EOD Date: 2/14/02] (dp)
                [Entry date 02/14/02]

2/13/02  598    ORDER granting [195-1] motion for Howard Roin to appear pro
                hac vice ( Signed by Magistrate Judge Lurana S. Snow on
                2/13/02) [EOD Date: 2/14/02] (dp) [Entry date 02/14/02]

2/14/02  599    ORDER granting [584-1] motion to extend time to respond to
                objections to R& ( Signed by Judge Wilkie D. Ferguson Jr.
                on 2/14/02) [EOD Date: 2/15/02] (dp) [Entry date 02/15/02]

2/14/02  600    RESPONSE by Paul Zidel  in opposition to [578-1] objection
                (dp) [Entry date 02/15/02]

2/14/02  601    ORDER Directing Susan L. Lawson, Esq. and Richard Bokor,
                Esq. to file an application to appear pro hac vice
                accompanied by a $75.00 check (in each case) on or before
                2/28/02 (View Order) (Signed by Magistrate Judge Lurana S.
                Snow on 2/14/02) [EOD Date: 2/15/02] (ss)
                [Entry date 02/15/02]

2/15/02  602    ORDER Directing Casey Fundaro, Esq. to file an application
                to appear pro hac vice in cases 01-6782 and 01-6783,
                accompanied by a $150.00 check on or before 2/28/02 (Signed
                by Magistrate Judge Lurana S. Snow on 2/15/02) [EOD Date:
                2/19/02] (ss) [Entry date 02/19/02]

2/19/02  603    MOTION by Prudential Property to extend time to respond to
                amended class action complaint (dp) [Entry date 02/20/02]

2/19/02  --     Motion(s) referred: [603-1] motion to extend time to
                respond to amended class action complaint referred  to
                Magistrate Judge Lurana S. Snow (dp) [Entry date 02/20/02]

Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al            APPEAL

2/19/02  604    MOTION by Prudential Property for Lisa M. Harrison to
                appear pro hac vice (dp) [Entry date 02/20/02]

2/19/02  --     Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524494 (dp)
                [Entry date 02/20/02]

2/19/02  605    Acceptance of Designation as Local Counsel by Scott Sarason
                on behalf of Peter Valeta (DE #493) by Allstate Insurance,
                Allstate Insurance (dp) [Entry date 02/20/02]

2/19/02  606    Acceptance of Designation as Local Counsel by Scott Sarason
                on behalf of Peter Valeta (DE #588) by Allstate Indemnity
                (dp) [Entry date 02/20/02]

2/19/02  607    Acceptance of Designation as Local Counsel by Scott Sarason
                on behalf of Peter Valeta (DE 589) by Deerbrook Insurance
                (dp) [Entry date 02/20/02]

2/19/02  608    Acceptance of Designation as Local Counsel by Scott Sarason
                on behalf of Peter Valeta (DE 590) by Fidelity & Casualty,
                Continental Ins. Co. (dp) [Entry date 02/20/02]

2/19/02  609    RESPONSE by Community Care  in opposition to [578-1]
                objection (dp) [Entry date 02/20/02]

2/22/02  610    MOTION with memorandum in support by Prudential Property
                to compel arbitration as to plaintiff Afield (dp)
                [Entry date 02/25/02]

2/22/02  611    ORDER granting [590-1] motion for Peter J. Valeta to appear
                pro hac vice, granting [589-1] motion for Peter J. Valeta
                to appear pro hac vice, granting [588-1] motion for Peter
                J. Valeta to appear pro hac vice, granting [493-1] motion
                for Peter Valeta to appear pro hac vice ( Signed by
                Magistrate Judge Lurana S. Snow on 2/22/02) [EOD Date:
                2/25/02] (dp) [Entry date 02/25/02]

2/25/02  612    MOTION by Paul Zidel, Keith Brickell, D.C., Marc J. Browner
                D.C., Salvatore D. Larusso, Ultra Open MRI, Andrew Ellowitz
                for Susan Lawson to appear pro hac vice (dp)
                [Entry date 02/26/02]

2/25/02  --     Filing Fee Paid;  FILING FEE $ 975.00  RECEIPT #
                524540-524552 (dp) [Entry date 02/26/02]

2/25/02  613    MOTION by Paul Zidel, Keith Brickell, D.C., Marc J. Browner
                D.C., Salvatore D. Larusso, Ultra Open MRI, Andrew Ellowitz
                for Richard A. Bokor to appear pro hac vice (dp)
                [Entry date 02/26/02]

2/25/02  --     Filing Fee Paid;  FILING FEE $ 975.00  RECEIPT #
                524553-524565 (dp) [Entry date 02/26/02]

Docket as of June 20, 2002 4:11 pm                      Page 72

```
Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al     APPEAL
```

2/25/02   --        Motion(s) referred: [613-1] motion for Richard A. Bokor to
                    appear pro hac vice referred  to Magistrate Judge Lurana S.
                    Snow, [612-1] motion for Susan Lawson to appear pro hac
                    vice referred  to Magistrate Judge Lurana S. Snow (dp)
                    [Entry date 02/26/02]

2/25/02   614       NOTICE of filing motion for Rule 11 sanctions by American
                    Int'l, American Int'l South (dp) [Entry date 02/26/02]

2/25/02   615       MOTION by American Int'l, American Int'l South for Rule 11
                    sanctions (dp) [Entry date 02/26/02]

2/25/02   616       MOTION by American Int'l, American Int'l South to strike
                    [593-1] amended complaint (dp) [Entry date 02/26/02]

2/25/02   617       REPLY by American Int'l, American Int'l South  to response
                    to [570-1] motion to dismiss, [570-2] motion for summary
                    judgment (dp) [Entry date 02/26/02]

2/25/02   --        Motion(s) referred: [616-1] motion to strike [593-1]
                    amended complaint referred  to Magistrate Judge Lurana S.
                    Snow, [615-1] motion for Rule 11 sanctions referred  to
                    Magistrate Judge Lurana S. Snow (dp) [Entry date 02/26/02]

2/26/02   618       NOTICE OF FILING SUPPLEMENTAL AUTHORITY by Hartford
                    Insurance  re: [210-1] motion to dismiss amended class
                    action complaint (dp) [Entry date 02/27/02]

2/26/02   619       NOTICE OF FILING SUPPLEMENTAL AUTHORITY by Florida Farm
                    Bureau  re: motion to dismiss (dp) [Entry date 02/27/02]

2/28/02   620       AMENDED MOTION by Prudential Property for  to appear pro
                    hac vice  referring to [604-1] motion for Lisa M. Harrison
                    to appear pro hac vice (dp) [Entry date 03/01/02]

2/28/02   --        Motion(s) referred: [620-1] motion for  to appear pro hac
                    vice referred  to Magistrate Judge Lurana S. Snow, [620-2]
                    amended motion referred  to Magistrate Judge Lurana S. Snow
                    (dp) [Entry date 03/01/02]

2/28/02   621       MOTION by Allstate Insurance to strike [600-1] opposition
                    response (dp) [Entry date 03/01/02]

2/28/02   622       MEMORANDUM by Allstate Insurance  in support of [621-1]
                    motion to strike [600-1] opposition response (dp)
                    [Entry date 03/01/02]

2/28/02   --        Motion(s) referred: [621-1] motion to strike [600-1]
                    opposition response referred  to Magistrate Judge Lurana S.
                    Snow (dp) [Entry date 03/01/02]

```
Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al        APPEAL
```

3/1/02    623    ORDER denying [159-1] motion for oral argument on [150-1]
motion to limit communications between Community Care
Network and potential class members ( Signed by Judge
Wilkie D. Ferguson Jr. on 3/1/02) [EOD Date: 3/4/02] (dp)
[Entry date 03/04/02]

3/1/02    624    MOTION by American Int'l South to extend time to respond
to motion for class certification (dp) [Entry date 03/04/02]

3/1/02    625    ORDER granting motion to consolidate all pending PPO
reductions class actions (DE #5 in 01-8108) ( Signed by
Judge Wilkie D. Ferguson Jr. on 3/1/02) [EOD Date: 3/4/02]
(dp) [Entry date 03/04/02]

3/1/02    626    ORDER denying request for oral argument on motion to compel
arbitration (DE 28 in 01-8110CV) ( Signed by Judge Wilkie
D. Ferguson Jr. on 3/1/02) [EOD Date: 3/4/02] (dp)
[Entry date 03/04/02]

3/1/02    627    ORDER denying request for oral argument on motion to
dismiss (DE #26 in 01-8110CV) ( Signed by Judge Wilkie D.
Ferguson Jr. on 3/1/02) [EOD Date: 3/4/02] (dp)
[Entry date 03/04/02]

3/1/02    634    ORDER denying DE 65 (filed in 00-7692) motion to stay
discovery ( Signed by Judge Wilkie D. Ferguson Jr. on
3/1/02) [EOD Date: 3/14/02] (dp) [Entry date 03/14/02]

3/1/02    635    ORDER dismissing as moot DE 28 (filed in 00-7692) motion
for more definite statement ( Signed by Judge Wilkie D.
Ferguson Jr. on 3/1/02) [EOD Date: 3/14/02] (dp)
[Entry date 03/14/02]

3/7/02    628    NOTICE of Hearing: Motion hearing  before Magistrate Judge
Lurana S. Snow set for 1:30 3/13/02 for [409-1] motion to
certify class action (lh) [Entry date 03/08/02]

3/8/02    629    ORDER cancelling 3/13/02 hearing ( Signed by Magistrate
Judge Lurana S. Snow on 3/8/02) [EOD Date: 3/11/02] (dp)
[Entry date 03/11/02]

3/8/02    631    MEMORANDUM by Mote Wellness  in opposition to [615-1]
motion for Rule 11 sanctions (dp) [Entry date 03/11/02]

3/8/02    632    MEMORANDUM by Andrew Ellowitz  in opposition to [616-1]
motion to strike [593-1] amended complaint (dp)
[Entry date 03/11/02]

3/11/02   630    MEMORANDUM by Walter E. Afield  in opposition to [610-1]
motion to compel arbitration as to plaintiff Afield (dp)

3/11/02   636    MOTION by Community Care for reconsideration of [635-1]
order, and to enlarge pending reconsideration (dp)
[Entry date 03/14/02]

Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al        APPEAL

3/12/02  633   ORDER granting [620-1] motion for  to appear pro hac vice,
               granting [620-2] amended motion, granting [604-1] motion
               for Lisa M. Harrison to appear pro hac vice ( Signed by
               Magistrate Judge Lurana S. Snow on 3/12/02) [EOD Date:
               3/13/02] (dp) [Entry date 03/13/02]

3/13/02  637   RESPONSE by Salvatore D. Larusso  in opposition to [619-1]
               notice, [618-1] notice (dp) [Entry date 03/14/02]

3/13/02  638   MEMORANDUM by Paul Zidel  in opposition to [621-1] motion
               to strike [600-1] opposition response (dp)
               [Entry date 03/14/02]

3/14/02  639   ORDER granting [372-1] motion for  to appear pro hac vice,
               granting [372-2] amended motion, granting [350-1] motion
               for Lawrence M. Kopelman to appear pro hac vice ( Signed by
               Magistrate Judge Lurana S. Snow on 3/14/02) [EOD Date:
               3/15/02] (dp) [Entry date 03/15/02]

3/14/02  640   ORDER granting [613-1] motion for Richard A. Bokor to
               appear pro hac vice, granting [612-1] motion for Susan
               Lawson to appear pro hac vice ( Signed by Magistrate Judge
               Lurana S. Snow on 3/14/02) [EOD Date: 3/15/02] (dp)
               [Entry date 03/15/02]

3/15/02  641   REPLY by Prudential Property  to response to [610-1] motion
               to compel arbitration as to plaintiff Afield (dp)
               [Entry date 03/18/02]

3/15/02  642   ORDER denying [151-1] motion for expedited consideration as
               to motion to limit communications, denying [150-1] motion
               to limit communications between Community Care Network and
               potential class members denying [159-1] motion for oral
               argument on [150-1] motion to limit communications between
               Community Care Network and potential class members ( Signed
               by Magistrate Judge Lurana S. Snow on 3/15/02) [EOD Date:
               3/18/02] (dp) [Entry date 03/18/02]

3/20/02  643   NOTICE of Unavailability by Superior Insurance  for dates
               of: 4/20-4/27 (dp) [Entry date 03/21/02]

3/21/02  644   MOTION by Chiropractic Centre for Casey Anthony Fundaro to
               appear pro hac vice (01-6782) (dp) [Entry date 03/22/02]
               [Edit date 03/22/02]

3/21/02  --    Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524772 (dp)
               [Entry date 03/22/02] [Edit date 03/22/02]

3/21/02  645   MOTION by Chiropractic Centre for Casey Fundaro to appear
               pro hac vice (01-6783) (dp) [Entry date 03/22/02]

3/21/02  --    Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524773 (dp)
               [Entry date 03/22/02]



Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al              APPEAL

3/22/02   646   NOTICE OF FILING SUPPLEMENTAL AUTHORITY by Superior
                Insurance re: [249-1] motion to dismiss complaint (dp)
                [Entry date 03/25/02]

3/25/02   647   RESPONSE by Chiropractic Centre in opposition to [637-1]
                opposition response (dp) [Entry date 03/26/02]

3/25/02   648   REPLY by Allstate Insurance to response to [621-1] motion
                to strike [600-1] opposition response (dp)
                [Entry date 03/26/02]

3/28/02   649   REPLY by American Int'l, American Int'l South to response
                to [616-1] motion to strike [593-1] amended complaint (dp)
                [Entry date 03/29/02]

3/28/02   650   REPLY by American Int'l, American Int'l South to response
                to [615-1] motion for Rule 11 sanctions (dp)
                [Entry date 03/29/02]

3/28/02   651   NOTICE OF FILING SUPPLEMENTAL AUTHORITY by Paul Zidel re:
                motions to dismiss (dp) [Entry date 03/29/02]

3/29/02   652   MOTION by Superior Insurance for leave to file a
                memorandum of law explaining supplemental authority
                supporting motion to dismiss (ss) [Entry date 04/01/02]

4/4/02    653   MOTION by Allstate Insurance, Allstate Indemnity, Deerbrook
                Insurance, Fidelity & Casualty, Continental Ins. Co. to
                dismiss plaintiffs' respective claims (ss)
                [Entry date 04/05/02]

4/4/02    654   MEMORANDUM by Allstate Insurance, Allstate Indemnity,
                Deerbrook Insurance, Fidelity & Casualty, Continental Ins.
                Co. in support of their [653-1] motion to dismiss
                plaintiffs' respective claims (ss) [Entry date 04/05/02]

4/8/02    655   MEMORANDUM by Chiropractic Centre in opposition to [652-1]
                motion for leave to file a memorandum of law explaining
                supplemental authority supporting motion to dismiss (dp)
                [Entry date 04/09/02]

4/8/02    656   NOTICE OF FILING SUPPLEMENTAL AUTHORITY by All Plaintiffs
                re: opposition to [610-1] motion to compel arbitration as
                to plaintiff Afield, [402-1] motion to compel arbitration,
                [402-2] motion to dismiss amended complaint, [402-3] motion
                to stay discovery, [225-1] motion to compel arbitration,
                [225-2] motion to dismiss claims, [174-1] motion to compel
                arbitration (dp) [Entry date 04/09/02]

4/9/02    657   MOTION by Liberty Mutual to amend answer and affirmative
                defenses (dp) [Entry date 04/11/02]

Docket as of June 20, 2002 4:11 pm                       Page 76

Proceedings include all events.                                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                      APPEAL

4/10/02  658   MEMORANDUM by All Plaintiffs  in opposition to [653-1]
               motion to dismiss plaintiffs' respective claims (dp)
               [Entry date 04/11/02]

4/16/02  659   MEMORANDUM by Salvatore D. Larusso  in opposition to
               [657-1] motion to amend answer and affirmative defenses (dp)
               [Entry date 04/17/02]

4/19/02  660   MOTION by Allstate Insurance, Allstate Indemnity, Fidelity
               & Casualty, Continental Ins. Co., Deerbrook Insurance to
               extend time to serve reply memeorandum in support of motion
               to dismiss respective Rico claims (dp) [Entry date 04/22/02]

4/19/02   --   Motion(s) referred: [660-1] motion to extend time to serve
               reply memeorandum in support of motion to dismiss
               respective Rico claims referred  to Magistrate Judge Lurana
               S. Snow (dp) [Entry date 04/22/02]

4/25/02  661   REPLY by Liberty Mutual in support of its [657-1] motion
               for leave to amend its answer and affirmative defenses (ss)
               [Entry date 04/26/02]

4/26/02  662   REPLY by Allstate Insurance, Allstate Indemnity, Fidelity &
               Casualty, Continental Ins. Co., Deerbrook Insurance  to
               response to [653-1] motion to dismiss plaintiffs'
               respective claims (dp) [Entry date 04/29/02]

4/30/02  663   MOTION by All Plaintiffs for Atlas Pearlman, P.A. to
               withdraw as attorney (dp) [Entry date 05/01/02]

5/3/02   664   MOTION with memorandum in support by Progressive Express,
               Progressive Consumer, Progressive Bayside to amend their
               answer and affirmative defenses (lh) [Entry date 05/06/02]

5/3/02   665   ORDER CANCELING SCHEDULED HEARING terminated deadlines (
               Signed by Judge Wilkie D. Ferguson Jr. on 5/3/02) [EOD
               Date: 5/6/02] (lh) [Entry date 05/06/02]

5/3/02   666   SCHEDULING ORDER RE-SETTING TRIAL DATE AND DISCOVERY
               SCHEDULE setting Discovery cutoff 7/8/02 ; Deadline for
               filing of all motions by 7/29/02 Pretrial Stipulation due
               on or before 8/12/02 Pretrial conference for 4:15 8/19/02 ;
               Calendar call set for 4:15 9/17/02 Jury trial set for
               9/23/02 ( Signed by Judge Wilkie D. Ferguson Jr. on 5/3/02)
               [EOD Date: 5/6/02] CCAP (lh) [Entry date 05/06/02]

5/8/02   667   NOTICE of attorney appearance as co-counsel for class
               plaintiffs for Paul Zidel, Keith Brickell, D.C., Marc J.
               Browner D.C., Salvatore D. Larusso, Ultra Open MRI,
               Chiropractic Centre, Mote Wellness, Walter E. Afield,
               Andrew Ellowitz by Eric Lee (ss) [Entry date 05/09/02]

5/13/02  668   NOTICE of Conflict by Superior Insurance for date of:
               9/23/02 (ss) [Entry date 05/14/02]

Proceedings include all events.                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al        APPEAL

5/13/02  (669)   ORDER Vacating [666-1] Scheduling order (Signed by Judge
                 Wilkie D. Ferguson Jr. on 5/13/02) [EOD Date: 5/14/02] (ss)
                 [Entry date 05/14/02]

5/13/02  670    ORDER Staying in part causes until an order on the motions
                 for class certification and to compel arbitration is
                 entered. Discovery is limited to class certification and
                 shall be completed by 7/31/02 (Signed by Judge Wilkie D.
                 Ferguson Jr. on 5/13/02) [EOD Date: 5/14/02] (ss)
                 [Entry date 05/14/02]

5/15/02  671    ORDER Granting [663-1] motion for Atlas Pearlman, P.A. to
                 withdraw as attorney (Signed by Judge Wilkie D. Ferguson
                 Jr. on 5/15/02) [EOD Date: 5/16/02] (ss)
                 [Entry date 05/16/02]

5/15/02  672    CONSOLIDATED CLASS Discovery Interrogatories to Insurance
                 Company Defendants by Paul Zidel, Keith Brickell, D.C.,
                 Marc J. Browner D.C., Salvatore D. Larusso, Chiropractic
                 Centre, Ultra Open MRI, Andrew Ellowitz (ss)
                 [Entry date 05/16/02]

5/15/02  673    CONSOLIDATED CLASS Discovery Interrogatories to Insurance
                 Company Defendants by Paul Zidel, Keith Brickell, D.C.,
                 Marc J. Browner D.C., Salvatore D. Larusso, Chiropractic
                 Centre, Ultra Open MRI, Andrew Ellowitz (ss)
                 [Entry date 05/16/02]

5/15/02  674    CONSOLIDATED CLASS Discovery Interrogatories to Preferred
                 Provider Organization Defendants by Paul Zidel, Keith
                 Brickell, D.C., Marc J. Browner D.C., Salvatore D. Larusso,
                 Chiropractic Centre, Ultra Open MRI, Andrew Ellowitz (ss)
                 [Entry date 05/16/02]

5/15/02  675    CONSOLIDATED CLASS Discovery Request for production of
                 documents to Insurance Company Defendants by Paul Zidel,
                 Keith Brickell, D.C., Marc J. Browner D.C., Salvatore D.
                 Larusso, Chiropractic Centre, Ultra Open MRI, Andrew
                 Ellowitz (ss) [Entry date 05/16/02]

5/15/02  676    CONSOLIDATED CLASS DISCOVERY Request for Production of
                 Documents to Preferred Provider Organization Defendants by
                 Paul Zidel, Keith Brickell, D.C., Marc J. Browner D.C.,
                 Salvatore D. Larusso, Chiropractic Centre, Ultra Open MRI,
                 Andrew Ellowitz (ss) [Entry date 05/16/02]

5/15/02  677    CONSOLIDATED CLASS DISCOVERY Request for Admissions to
                 Preferred Provider Organization Defendants by Paul Zidel,
                 Keith Brickell, D.C., Marc J. Browner D.C., Salvatore D.
                 Larusso, Chiropractic Centre, Ultra Open MRI, Andrew
                 Ellowitz (ss) [Entry date 05/16/02]

```
Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al        APPEAL
```

5/16/02  678    MOTION by Hartford Insurance for Mayer, Brown, Rowe &
                Maw/Howard J.Roin to withdraw as attorney (lh)
                [Entry date 05/17/02]

5/17/02  679    REPORT AND RECOMMENDATIONS of Magistrate Judge Lurana S.
                Snow recommending that [616-1] motion to strike [593-1]
                amended complaint be DENIED. Motion no longer referred.
                Signed on: 5/17/02 Objections to R and R due by 5/27/02
                CCAP (ss) [Entry date 05/20/02]

5/20/02  680    Submission with respect to Liberty Mutual's motion for
                leave to amend answer and affirmative defenses by Community
                Care (dp) [Entry date 05/21/02]

5/21/02  681    NOTICE of Unavailability  for dates of: 7/1-5, 8/5-9 by
                CorVel (dp) [Entry date 05/22/02]

5/21/02  685    RESPONSE by Community Care  to [682-1] motion for
                clarification of [670-2] order (dp) [Entry date 05/28/02]

5/21/02  686    ORDER granting [682-1] motion for clarification of [670-2]
                order ( Signed by Judge Wilkie D. Ferguson Jr. on 5/21/02)
                [EOD Date: 5/28/02] (dp) [Entry date 05/28/02]

5/22/02  682    EMERGENCY MOTION by Paul Zidel, Keith Brickell, D.C., Marc
                J. Browner D.C., Salvatore D. Larusso, Chiropractic Centre,
                Ultra Open MRI, Andrew Ellowitz for clarification of
                [670-2] order (ss) [Entry date 05/23/02]

5/22/02  687    ORDER denying [262-1] motion for protective order with
                respect to 39 depositions, denying [262-2] motion to stay
                discovery denying [288-1] motion for protective order as to
                deposition of Liberty Mutual denying [400-1] motion for
                protective order re 10/23/01 notices of taking depositions
                denying [408-1] motion for protective order to preclude or
                postpone deposition of Nationwide corporate representative
                denying [422-1] motion to compel Metropolitan to attend
                depositions denying [423-1] motion to compel Progressive
                Insurance Company defendants to attend depositions and for
                sanctions denying [516-1] motion to compel Nationwide to
                attend depositions denying [518-1] motion to compel
                non-party Gavin Meshad to attend deposition denying [544-1]
                motion for protective order to prevent depositions of
                current or former personnel denying [548-1] response for a
                stay of discovery, denying [548-2] motion a protective
                order, denying [548-3] motion ( Signed by Magistrate Judge
                Lurana S. Snow on 5/22/02) [EOD Date: 5/28/02] (dp)
                [Entry date 05/28/02]

5/23/02  683    ORDER granting [645-1] motion for Casey Fundaro to appear
                pro hac vice, granting [644-1] motion for Casey Anthony
                Fundaro to appear pro hac vice ( Signed by Magistrate Judge
                Lurana S. Snow on 5/23/02) [EOD Date: 5/23/02] (lh)

Proceedings include all events.                        MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al        APPEAL

5/24/02  688    ORDER denying [163-1] motion to preclude the unauthorized
                commencement of merits discovery denying [164-1] motion for
                expedited consideration of motion to preclude unauthorized
                commencement of merits discovery granting [175-1] motion to
                extend time respond to motion to quash denying [190-1]
                motion for oral argument on [189-1] motion for
                reconsideration of order dated 10/2/01 filed in
                00-7692-CV-WDF granting [192-1] motion to extend time to
                file reponses to motions for pending class certification,
                granting [192-2] amended motion denying [196-1] motion to
                stay discovery pending ruling on motion to compel
                arbitration denying [198-1] motion for Hearing on [197-1]
                motion for reconsideration of [172-1] order, [171-1]
                Scheduling order granting [207-1] motion for status
                conference granting in part, denying in part [212-1] motion
                to stay discovery and time for responding to class
                certification denying [213-1] motion for oral argument on
                [212-1] motion to stay discovery and time for responding to
                class certification denying [220-1] motion for Hearing on
                [219-1] motion for clarification of [171-1] Scheduling
                order denying [221-1] motion for reaffirmation of orders
                staying merits discovery denying [227-1] motion to stay
                pending resolution of arbitration and class certification
                issues denying [228-1] motion for oral argument on [227-1]
                motion to stay pending resolution of arbitration and class
                certification issues denying [229-1] motion for expedited
                treatment of its partially unopposed motion to stay denying
                [230-1] motion for protective order from taking deposition
                denying [237-1] motion for protective order with respect to
                Dr. Zidel's two notice of taking deposition denying [238-1]
                motion for oral argument on [237-1] motion for protective
                order with respect to Dr. Zidel's two notice of taking
                deposition denying [252-1] motion to stay discovery denying
                [261-1] motion to stay all discovery pending resolution of
                Nationwide's pending motion to dismiss and to compel
                denying [263-1] motion for oral argument on [262-1] motion
                for protective order with respect to 39 depositions,
                [262-2] motion to stay discovery denying [264-1] motion to
                extend time to serve responses to plaintiff's discovery
                granting [284-1] motion to extend time to respond to
                non-party Corvel Corporation's motion to quash, for
                protective order and objections to plaintiff's rule 45
                subpoena denying [285-1] motion to stay discovery until
                ruling on various pending motions and motion for protective
                order granting [286-1] motion to extend time to respond to
                plaintiff's motion for class certification denying [289-1]
                motion for Hearing on [288-1] motion for protective order
                as to deposition of Liberty Mutual denying [292-1] motion
                to extend time to serve Rule 26 disclosures denying [311-1]
                motion for protective order re pending discovery denying
                [312-1] motion for Hearing on [311-1] motion for protective
                order re pending discovery denying [313-1] motion for
                protective order pending discovery denying [314-1] motion
                for Hearing on [313-1] motion for protective order pending

Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al              APPEAL

discovery denying [315-1] motion for protective order
pending discovery denying [316-1] motion for Hearing on
[315-1] motion for protective order pending discovery
denying [330-1] motion for status conference and for new
case management and scheduling order denying [331-1] motion
for clarification of class certification discovery and
response date denying [334-1] motion for protective order
re discovery denying [348-1] motion to compel Liberty
Mutual to attend depositions and for sanctions granting
[357-1] motion to extend time deadline to respond to
motions for class certification granting [373-1] motion to
extend time to file motions to compel denying [374-1]
motion to compel Allstate Insurance, Allstate Indemnity and
Deerbrook to attend depositions and for sanctions denying
[393-1] motion for protective order to preclude, postpone
depostion of corporate representative denying [407-1]
motion for rulings on its motions for protective order and
to stay discovery denying [410-1] motion to compel Integon
National, Integon General and Hartford to attend
depositions granting [419-1] motion to extend time to
submit memoranda in opposition to motion to compel Hartford
to attend deposition granting [420-1] motion to extend time
to submit memoranda in opposition to motions to compel
deposition attendance granting [421-1] motion to extend
time to serve its reply in support of amended motion for
class certification denying [432-1] motion to amend case
management calendar and continue trial date granting
[481-1] motion to extend time to respond to amended motion
for class certification denying [492-1] motion for Hearing
on [491-1] motion for reconsideration of order of
consolidation granting [499-1] motion to extend time to
respond to amended motion for class certification denying
[500-1] motion to extend time to respond to amended motion
for class certification granting [511-1] motion to extend
time to serve reply memorandum in support of amended motion
for class certification (DE 416) granting [512-1] motion to
extend time to submit a reply memorandum in support of
motion to compel arbitration granting [513-1] motion to
extend time to file motions to compel denying [517-1]
motion to compel Superior to attend depositions denying
[519-1] motion to compel Florida Farm Bureau to attend
depositions denying [523-1] motion to compel Rule 26
disclosures granting [525-1] motion to extend time to serve
reply memorandum in support of amended motion for class
certification (DE 409) granting [533-1] motion to extend
time to serve reply memorandum in support of amended motion
(DE 416) granting [549-1] motion for enlargement of time to
serve response to motion to compel attendance at
depositions denying [581-1] motion to extend time to
respond to amended class action complaint granting [603-1]
motion to extend time to respond to amended class action
complaint granting [624-1] motion to extend time to respond
to motion for class certification granting [660-1] motion
to extend time to serve reply memeorandum in support of

Proceedings include all events.                              MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al              APPEAL

                    motion to dismiss respective Rico claims ( Signed by
                    Magistrate Judge Lurana S. Snow on 5/24/02) [EOD Date:
                    5/28/02] (dp) [Entry date 05/28/02]

5/28/02   689       NOTICE of Unavailability by Hartford Insurance  for dates
                    of: 3 months following birth of child due on 8/24/02 (dp)
                    [Entry date 05/29/02]

5/28/02   690       NOTICE of Unavailability by Integon National, Integon
                    General  for dates of: 3 months after birth of child due
                    8/24/02 (dp) [Entry date 05/29/02]

5/28/02   691       NOTICE of Unavailability by Metropolitan  for dates of: 3
                    months after birth of child due 8/24/02 (dp)
                    [Entry date 05/29/02]

5/28/02   684       NOTICE OF APPEAL by Prudential Property of [686-1] order,
                    [670-2] order  EOD Date: 5/28/02;  Filing Fee: $ 105.00;
                    Receipt #: 525320  Copies to USCA and Counsel of Record. (gf)
                    [Entry date 05/29/02]

5/29/02   --        Certified copies of Notice of Appeal, Docket, and Order
                    under appeal to USCA: [684-1] appeal by Prudential as to
                    Prudential Property (gf)

5/29/02   692       EMERGENCY MOTION by Prudential Property to stay pending
                    appeal (dp) [Entry date 05/30/02]

5/30/02   693       JOINT MOTION by Chiropractic Centre, Superior Insurance to
                    remove Superior Insurance from consolidate proceedings and
                    request for status conference (dp) [Entry date 05/31/02]

5/30/02   694       EMERGENCY MOTION by Hartford Insurance for reconsideration
                    of [686-1] order, [670-2] order (dp) [Entry date 05/31/02]

5/30/02   695       MOTION by Integon National, Integon General for
                    reconsideration of [686-1] order, [670-2] order (dp)
                    [Entry date 05/31/02]

5/30/02   696       MOTION by Metropolitan for reconsideration of [686-1]
                    order, [670-2] order (dp) [Entry date 05/31/02]

5/31/02   697       OBJECTION by American Int'l, American Int'l South  to
                    [679-1] report and recommendations (dp)
                    [Entry date 06/03/02]

5/31/02   --        NOTICE of Receipt of Notice of Appeal Transmittal Letter
                    from USCA  on 5/31/02as to Prudential Property  Re: [684-1]
                    appeal  by Prudential Property  USCA NUMBER: 02-12927-A (dl)
                    [Entry date 06/03/02]

5/31/02   698       MOTION by Community Care to compel arbitration, and to
                    stay/dismiss litigation (dp) [Entry date 06/03/02]

Docket as of June 20, 2002 4:11 pm                        Page 82

Proceedings include all events.                          MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al         APPEAL

6/4/02    699     UNOPPOSED MOTION by Liberty Mutual to extend time to
                  respond to class discovery requests (lh)
                  [Entry date 06/05/02]

6/5/02    700     NOTICE by All Plaintiffs  to take deposition of Corporate
                  Representatives on class discovery issues 7/10/02 at 9:00
                  (dp) [Entry date 06/06/02]

6/5/02    701     EMERGENCY MOTION by Prudential Property for protective
                  order as to discovery pending appeal (dp)
                  [Entry date 06/06/02]

6/5/02    --      NOTICE of Receipt of Notice of Appeal Transmittal Letter
                  from USCA  on 6/5/02as to Prudential Property  Re: [684-1]
                  appeal  by Prudential Property  USCA NUMBER: 02-12927-A (dl)
                  [Entry date 06/06/02]

6/5/02    702     MEMORANDUM on Confidentiality Order in compliance with
                  5/21/02 order by Community Care (dp) [Entry date 06/06/02]

6/5/02    703     Notice of compliance: by Florida Farm Bureau  with [687-1]
                  order (dp) [Entry date 06/06/02]

6/5/02    704     NOTICE of filing confidentiality order by Beech Street, ADP
                  Integrated (dp) [Entry date 06/06/02]

6/5/02    705     TRANSCRIPT filed  of Status Conference held 1/25/02  before
                  Judge Wilkie D. Ferguson, Jr.  Volume #: 1  Pages: 1-49
                  re: [684-1] appeal  by Prudential Property . Appeal record
                  due on 6/20/02 for Prudential Property . (gf)
                  [Entry date 06/06/02]

6/5/02    707     TRANSCRIPT INFORMATION FORM by Prudential Property  re:
                  [684-1] appeal  by Prudential Property  received on 6/6/02
                  from Court Reporter. (Returned to Court Reporter
                  Coordinator) (gf) [Entry date 06/07/02]

6/5/02    708     Transcript Information Form for  Transcript of: Status
                  Conference held 1/25/02 filed re: [684-1] appeal  by
                  Prudential Property (gf) [Entry date 06/07/02]

6/6/02    706     MOTION by Liberty Mutual to extend time to respond to
                  CCN's motion to compel arbitration (dp)
                  [Entry date 06/07/02]

6/6/02    --      Motion(s) referred: [706-1] motion to extend time to
                  respond to CCN's motion to compel arbitration referred  to
                  Magistrate Judge Lurana S. Snow (dp) [Entry date 06/07/02]

6/7/02    709     EMERGENCY MOTION by Integon National, Integon General to
                  stay pending appeal (dp) [Entry date 06/10/02]

6/7/02    710     EMERECNY MOTION by Hartford Insurance to stay pending
                  appeal (dp) [Entry date 06/10/02]

Docket as of June 20, 2002 4:11 pm                    Page 83

Proceedings include all events.                                MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                 APPEAL

6/7/02    711    EMERGENCY MOTION by Metropolitan to stay pending appeal (dp)
                 [Entry date 06/10/02]

6/7/02    712    NOTICE regarding confidentiality order by Allstate
                 Insurance, Allstate Indemnity, Fidelity & Casualty,
                 Continental Ins. Co., Deerbrook Insurance (dp)
                 [Entry date 06/10/02]

6/7/02    713    Notice of compliance: by Liberty Mutual  with [687-1] order
                 (dp) [Entry date 06/10/02]

6/7/02    714    NOTICE OF APPEAL by Metropolitan of [686-1] order, [670-2]
                 order  EOD Date: 5/28/02;  Filing Fee: $ 105.00; Receipt #:
                 525418  Copies to USCA and Counsel of Record. (gf)
                 [Entry date 06/10/02]

6/7/02    715    NOTICE OF APPEAL by Hartford Insurance of [686-1] order,
                 [670-2] order  EOD Date: 5/28/02;  Filing Fee: $ 105.00;
                 Receipt #: 525419  Copies to USCA and Counsel of Record. (gf)
                 [Entry date 06/10/02]

6/7/02    716    NOTICE OF APPEAL by Integon National, Integon General of
                 [686-1] order, [670-2] order  EOD Date: 5/28/02;  Filing
                 Fee: $ 105.00; Receipt #: 525420  Copies to USCA and
                 Counsel of Record. (gf) [Entry date 06/10/02]

6/10/02   --     Certified copies of Notice of Appeal, Docket, and Order
                 under appeal to USCA: [716-1] appeal  by Integon General,
                 Integon National, [715-1] appeal  by Hartford Insurance,
                 [714-1] appeal  by Metropolitan  as to Hartford Insurance,
                 Integon National, Integon General, Metropolitan (gf)

6/10/02   717    Notice of compliance: by American Int'l  with [687-1] order
                 (dp) [Entry date 06/11/02]

6/11/02   718    NOTICE OF APPEAL by Florida Farm Bureau of [686-1] order,
                 [670-2] order  EOD Date: 5/28/02;  Filing Fee: $ 105.00;
                 Receipt #: 525441  Copies to USCA and Counsel of Record. (gf)

6/11/02   --     Certified copies of Notice of Appeal, Docket, and Order
                 under appeal to USCA: [718-1] appeal  by Florida Farm
                 Bureau  as to Florida Farm Bureau (gf)

6/11/02   725    NOTICE OF APPEAL by Nationwide Insurance of [686-1] order,
                 [670-2] order  EOD Date: 5/28/02;  Filing Fee: $ 105.00;
                 Receipt #: 525444  Copies to USCA and Counsel of Record. (gf)
                 [Entry date 06/13/02]

6/11/02   726    NOTICE OF APPEAL by Allstate Insurance, Allstate Insurance
                 of [686-1] order, [670-2] order  EOD Date: 5/28/02;  Filing
                 Fee: $ 105.00; Receipt #: 525445  Copies to USCA and
                 Counsel of Record. (gf) [Entry date 06/13/02]

Docket as of June 20, 2002 4:11 pm                          Page 84

Proceedings include all events.                               MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al          APPEAL

6/12/02  719   REPORT AND RECOMMENDATIONS  of Magistrate Judge Lurana S.
               Snow  recommending that [225-1] motion to compel
               arbitration, [225-2] motion to dismiss claims  be denied.
               Motion no longer referred.  Signed on: 6/12/02   Objections
               to R and R due by 6/22/02  CCAP (dp) [Entry date 06/13/02]

6/12/02  720   REPORT AND RECOMMENDATIONS  of Magistrate Judge Lurana S.
               Snow  recommending that [402-1] motion to compel
               arbitration, [402-2] motion to dismiss amended complaint
               be denied. Motion no longer referred.  Signed on: 6/12/02
               Objections to R and R due by 6/22/02  CCAP (dp)
               [Entry date 06/13/02]

6/12/02  721   REPORT AND RECOMMENDATIONS  of Magistrate Judge Lurana S.
               Snow  recommending that [610-1] motion to compel
               arbitration as to plaintiff Afield  be denied. Motion no
               longer referred.  Signed on: 6/12/02   Objections to R and
               R due by 6/22/02  CCAP (dp) [Entry date 06/13/02]

6/12/02  722   EMERGENCY MOTION with memorandum in support by Integon
               National, Integon General for protective order that
               discovery be stayed (dp) [Entry date 06/13/02]

6/12/02  723   EMERGENCY MOTION with memorandum in support by Metropolitan
               for protective order that discovery be stayed (dp)
               [Entry date 06/13/02]

6/12/02  --    Motion(s) referred: [723-1] motion for protective order
               that discovery be stayed referred  to Magistrate Judge
               Lurana S. Snow, [722-1] motion for protective order that
               discovery be stayed referred  to Magistrate Judge Lurana S.
               Snow (dp) [Entry date 06/13/02]

6/12/02  724   EMERGENCY MOTION with memorandum in support by Hartford
               Insurance for protective order that discovery be stayed (dp)
               [Entry date 06/13/02]

6/12/02  --    Motion(s) referred: [724-1] motion for protective order
               that discovery be stayed referred  to Magistrate Judge
               Lurana S. Snow (dp) [Entry date 06/13/02]

6/12/02  727   NOTICE OF APPEAL by Community Care of [686-1] order,
               [670-2] order  EOD Date: 5/28/02;  Filing Fee: $ 105.00;
               Receipt #: 525457  Copies to USCA and Counsel of Record. (gf)
               [Entry date 06/13/02]

6/13/02  --    Certified copies of Notice of Appeal, Docket, and Order
               under appeal to USCA: [727-1] appeal  by Community Care,
               [726-1] appeal  by Allstate Insurance, Allstate Insurance,
               [725-1] appeal  by Nationwide Insurance  as to Allstate
               Insurance, Community Care, Allstate Insurance, Nationwide
               Insurance (gf)

Docket as of June 20, 2002 4:11 pm                    Page 85

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                  APPEAL

6/13/02  (728)   EMERGENCY MOTION by Florida Farm Bureau to stay all
                 proceedings pending appeal (dp) [Entry date 06/14/02]

6/13/02  (729)   EMERGENCY MOTION with memorandum in support by Florida Farm
                 Bureau for protective order as to discovery (dp)
                 [Entry date 06/14/02]

6/13/02   --     Motion(s) referred: [729-1] motion for protective order as
                 to discovery referred  to Magistrate Judge Lurana S. Snow,
                 [728-1] motion to stay all proceedings pending appeal
                 referred  to Magistrate Judge Lurana S. Snow (dp)
                 [Entry date 06/14/02]

6/13/02  (730)   NOTICE of joinder in Beech Street and ADP's confidentiality
                 order by Chiropractic Centre, Progressive Express,
                 Progressive Consumer, Progressive Bayside (dp)
                 [Entry date 06/14/02]

6/13/02  (731)   EMERGENCY MOTION by Allstate Insurance to stay proceedings
                 pending resolution of all arbitration issues and
                 proceedings (dp) [Entry date 06/14/02]

6/13/02   732    MOTION by Beech Street, ADP Integrated to extend time to
                 respond to class action discovery (dp) [Entry date 06/14/02]

6/13/02   733    MOTION by Allstate Insurance for oral argument on [731-1]
                 motion to stay proceedings pending resolution of all
                 arbitration issues and proceedings (dp)
                 [Entry date 06/14/02]

6/13/02   --     Motion(s) referred: [733-1] motion for oral argument on
                 [731-1] motion to stay proceedings pending resolution of
                 all arbitration issues and proceedings referred  to
                 Magistrate Judge Lurana S. Snow, [732-1] motion to extend
                 time to respond to class action discovery referred  to
                 Magistrate Judge Lurana S. Snow, [731-1] motion to stay
                 proceedings pending resolution of all arbitration issues
                 and proceedings referred  to Magistrate Judge Lurana S.
                 Snow (dp) [Entry date 06/14/02]

6/14/02  (734)   NOTICE of filing declaration in support of motion to compel
                 arbitration by Community Care (dp) [Entry date 06/17/02]

6/14/02   739    Transcript Information Form re: as to Metropolitan [714-1]
                 appeal  by Metropolitan . No transcript requested.  Appeal
                 Record due on 6/28/02 for Metropolitan (gf)
                 [Entry date 06/18/02]

6/14/02   740    Transcript Information Form re: as to Hartford Insurance
                 [715-1] appeal  by Hartford Insurance . No transcript
                 requested.  Appeal Record due on 6/28/02 for Hartford
                 Insurance (gf) [Entry date 06/18/02]

Proceedings include all events.                                    MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al               APPEAL

6/14/02   741   Transcript Information Form re: as to Integon National,
                Integon General [716-1] appeal  by Integon General, Integon
                National . No transcript requested.  Appeal Record due on
                6/28/02 for Integon General, for Integon National (gf)
                [Entry date 06/18/02]

6/17/02   735   MOTION by Florida Farm Bureau to extend time to respond to
                class discovery (dp) [Entry date 06/18/02]

6/17/02   736   AMENDED MOTION by Allstate Insurance to stay proceedings
                referring to [731-1] motion to stay proceedings pending
                resolution of all arbitration issues and proceedings (dp)
                [Entry date 06/18/02]

6/17/02   737   MOTION by Allstate Insurance for oral argument on [736-1]
                motion to stay proceedings, [736-2] amended motion (dp)
                [Entry date 06/18/02]

6/17/02   738   NOTICE of joinder in Allstate's emergency motion to stay by
                Beech Street, ADP Integrated (dp) [Entry date 06/18/02]

6/18/02   742   EMERGENCY MOTION by Allstate Insurance, Allstate Indemnity,
                Fidelity Casualty, Continental Ins. Co., Deerbrook
                Insurance for protective order as to discovery (dp)
                [Entry date 06/19/02]

6/18/02   743   MOTION by Allstate Insurance, Allstate Indemnity, Fidelity
                & Casualty, Continental Ins. Co., Deerbrook Insurance for
                Oral Argument on [742-1] motion for protective order as to
                discovery (dp) [Entry date 06/19/02]

6/18/02   --    Motion(s) referred: [743-1] motion for Oral Argument on
                [742-1] motion for protective order as to discovery
                referred  to Magistrate Judge Lurana S. Snow, [742-1]
                motion for protective order as to discovery referred  to
                Magistrate Judge Lurana S. Snow (dp) [Entry date 06/19/02]

6/19/02   744   MOTION by American Int'l for leave to file motion
                exceeding page limitation (dp) [Entry date 06/20/02]

6/19/02   745   EMERGENCY MOTION by American Int'l to compel arbitration,
                and to stay proceedings, and for protective order re
                discovery (dp) [Entry date 06/20/02]

6/19/02   --    Motion(s) referred: [745-1] motion to compel arbitration
                referred  to Magistrate Judge Lurana S. Snow, [745-2]
                motion to stay proceedings referred  to Magistrate Judge
                Lurana S. Snow, [745-3] motion for protective order re
                discovery referred  to Magistrate Judge Lurana S. Snow (dp)
                [Entry date 06/20/02]

6/19/02   746   MOTION by Nationwide Insurance to stay this action pending
                appeal (dp) [Entry date 06/20/02]

Docket as of June 20, 2002 4:11 pm                         Page 87

Proceedings include all events.                              MAGREF LSS
0:00cv6061 Zidel, et al v. Allstate Insurance, et al                 APPEAL

6/19/02   747    MOTION by Nationwide Insurance for protective order
                 regarding notice of taking depositions on class discovery
                 issues (dp) [Entry date 06/20/02]

6/19/02   748    MOTION by Nationwide Insurance for protective order
                 regarding discovery request for admissions (dp)
                 [Entry date 06/20/02]

6/19/02   749    MOTION by Nationwide Insurance for protective order
                 regarding discovery interrogatories (dp)
                 [Entry date 06/20/02]

6/19/02   750    MOTION by Nationwide Insurance for protective order
                 regarding discovery request for production of documents (dp)
                 [Entry date 06/20/02]

6/19/02   --     Motion(s) referred: [750-1] motion for protective order
                 regarding discovery request for production of documents
                 referred  to Magistrate Judge Lurana S. Snow, [749-1]
                 motion for protective order regarding discovery
                 interrogatories referred  to Magistrate Judge Lurana S.
                 Snow, [748-1] motion for protective order regarding
                 discovery request for admissions referred  to Magistrate
                 Judge Lurana S. Snow, [747-1] motion for protective order
                 regarding notice of taking depositions on class discovery
                 issues referred  to Magistrate Judge Lurana S. Snow (dp)
                 [Entry date 06/20/02]

6/20/02   751    ORDER granting [706-1] motion to extend time to respond to
                 CCN's motion to compel arbitration ( Signed by Magistrate
                 Judge Lurana S. Snow on 6/20/02) [EOD Date: 6/20/02] (dp)