UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-CIV-6061-FERGUSON/SNOW

SALVATORE D. LARUSSO, D.C.,
d/b/a FAMILY CHIROPRACTIC
CENTER, on behalf of himself and
all others similarly situated,
          Plaintiff,

v.

LIBERTY MUTUAL INSURANCE
COMPANY and COMMUNITY
CARE NETWORK, INC.,
          Defendants.

_____/

NIGHT BOX
FILED

JUN 2 8 200?

CLARENCE MADDOX
CLERK, USDC/SDFL

## **DEFENDANT LIBERTY MUTUAL'S MOTION FOR PROTECTIVE ORDER**

Defendant Liberty Mutual Insurance Company ("Liberty Mutual"), by and through its undersigned attorneys, hereby files this Motion for Protective Order, and in support thereof, states as follows:

1.  This case (along with the remaining cases that were consolidated) involves a dispute as to Liberty Mutual's entitlement to reduce automobile PIP bills pursuant to preferred provider organization ("PPO") contracts into which Plaintiff and other medical providers entered.

2.  A number of the PPO agreements at issue in the consolidated cases contain provisions that require the medical providers to arbitrate any disputes arising out of the agreements. Accordingly, a number of the parties in these cases have filed motions to compel arbitration of the claims that Plaintiff has asserted. A number of parties have also filed notices of appeal relating to the arbitration issues present in this matter.

{MI813061;1}

1

3.  In this particular case, on May 31, 2002, co-defendant CCN filed a motion to compel arbitration, asserting that the claims against it arise out of the PPO agreement into which the parties had entered.

4.  On June 21, 2002, Liberty Mutual served its Joinder in CCN's Motion to Compel Arbitration.  A copy of this motion is attached hereto as Exhibit A.  In its motion, Liberty Mutual seeks to compel Plaintiff to arbitrate his claims against Liberty Mutual, based on the arbitration provision contained in Plaintiff's contract with CCN.

5.  In addition, Liberty Mutual has also filed a Motion for Stay, seeking a stay of the litigation pending the resolution of all arbitration proceedings.

6.  In the meantime, Plaintiff has served a Request for Production, Request for Admissions and Interrogatories upon Liberty Mutual, which answers are due June 28, 2002.  In addition, Plaintiff has scheduled the deposition of Liberty Mutual's corporate representative in July.

7.  Should Plaintiff ultimately be required to arbitrate his claims against Liberty Mutual, any discovery would be improper.  Accordingly, in an effort to avoid unnecessary waste of the Court's and the parties' resources, Liberty Mutual requests a protective order with respect to the litigation.

8.  Undersigned counsel has contacted Plaintiff's counsel in an effort to resolve the issues set forth in this motion.  Plaintiff's counsel indicated he opposes the relief requested herein.

**WHEREFORE,** Liberty Mutual respectfully requests that this Court enter a protective order with respect to any discovery directed to Liberty Mutual.

{MI813061;1}

Respectfully submitted,

**AKERMAN, SENTERFITT & EIDSON, P.A.**
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131-1704
Phone: (305) 374-5600
Fax: (305) 374-5095

By:_____
    MARK S. SHAPIRO
    Florida Bar No.: 894631
    mshapiro@akerman.com
    GARY J. GUZZI
    Florida Bar No.: 159440
    gguzzi@akerman.com

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was sent by U.S. Mail to counsel listed below on this ___28___ day of June, 2002.

_____
Attorney

{MI813061;1}

3

# MASTER SERVICE LIST
## (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
### (Updated 5/21/02)

### Co-Lead Counsel for Class Plaintiffs

LEE & AMTZIS, P.L.
Eric Lee, Esq.
elee@leeamlaw.com

Suite 150
350 N.W. 12th Ave.
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

### Co-Counsel for Plaintiffs

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 Facsimile

### Counsel for:
**Allstate, Fidelity and Casualty, Continental, Deerbrook**
RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue
(32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

### Counsel for Beech Street and ADP

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

### Counsel for Progressive

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

### Counsel for CCN

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL  32202
(904) 798-3200
(904) 798-3207 Facsimile

### Counsel for Nationwide

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL
DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm
Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMANSENTERFITT
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for: Hartford,
Metropolitan, Integon**

AKERMAN, SENTERFITT
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH &
ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Superior**

BUTLER BURNETTE
PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell
Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road,
Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American
International**

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-CIV-6061-FERGUSON/SNOW

SALVATORE D. LARUSSO, D.C.,
d/b/a FAMILY CHIROPRACTIC
CENTER, on behalf of himself and
all others similarly situated,
        Plaintiff,

v.

LIBERTY MUTUAL INSURANCE
COMPANY and COMMUNITY
CARE NETWORK, INC.,
        Defendants.
_____/

## ORDER GRANTING DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY'S MOTION FOR PROTECTIVE ORDER

**THIS CAUSE** came before the Court on Defendant Liberty Mutual's Motion for Protective Order ("Motion"), and the Court, having considered the above-referenced Motion and the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Liberty Mutual's Motion is GRANTED. Liberty Mutual shall not be required to respond to any discovery or produce any witness for deposition until the resolution of all arbitration issues and proceedings in all of the consolidated cases.

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Ft. Lauderdale, Florida, this ____day of _____, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

copies provided:
All counsel of Record

{MI813714;1}

1