UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

(Consolidated Class Action)

CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself
and all others similarly situated,

      Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,
et al.,

      Defendants      .      /

FILED by _____ D.C.

JUN 28 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

KEITH BRICKELL, D.C., individually and
on behalf of all others similarly situated,

      Plaintiffs,

vs.

PROGRESSIVE EXPRESS INSURANCE,
et al.,

      Defendants.      /

00-6649-Civ-FERGUSON

MARC J. BROWNER, D.C., individually
and on behalf of all other similarly situated,

      Plaintiffs,

vs.

ALLSTATE INDEMNITY COMPANY,
et al.,

      Defendants.      /

00-7163-Civ-FERGUSON

**ORDER ON BEECH STREET AND ADP'S AGREED MOTION FOR
EXTENSION OF TIME TO RESPOND TO CLASS ACTION DISCOVERY**

THIS CAUSE came before the Court on Defendants Beech Street Corporation and ADP



Integrated Medical Solutions, Inc.'s Agreed Motion for Extension of Time to Respond to Class Action Discovery. The Court has reviewed the request and is otherwise duly advised in the premises. Upon due consideration, it is hereby

ORDERED and ADJUDGED that:

1. Defendants Beech Street Corporation and ADP Integrated Medical Solutions, Inc.'s Motion for Extension of Time to Respond to Class Action Discovery is GRANTED. Defendants, Beech Street and ADP, shall file their responses to Plaintiffs' Class Action Discovery on or before June 19, 2002.

DONE and ORDERED in Miami, Florida, this ____ day of June, 2002.

                                      HONORABLE LURANA SNOW
                                      U.S. MAGISTRATE JUDGE

Conformed copies to:
All counsel on attached service list

@PFDesktop\::ODMA/MHODMA/Miami;337700;1

## SERVICE LIST

## CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

**Keith Brickell, D.C., et al. v. Progressive Express, et al.** 00-6649

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                        Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Francis Anania, Esq. (D - Progressive Express
                          Progressive Consumers
                          Progressive Bayside)

William Xanttopoulos, Esq. (D - Beech Street Corp. and ADP)
Cornelius Tew, Jr., Esq. (D - Beech Street Corp. and ADP)

---

**Mark Broner, D.C., et al. v. Allstate Indemnity, et al.**   00-7163

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
                                        Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
David Shelton, Esq. (D - Allstate)
Peter Valeta, Esq. (D - Allstate)
Scott Sarason, Esq. (Local Counsel for Valeta)
Cornelius Tew, Jr., Esq. (D - Beech Street Corp. and ADP)