IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself and
others similarly situated

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,

    Third-Party Defendant.
_____/



CASE NO. 01-8110

SALVATORE D. LARUSSO, D.C., d/b/a
FAMILY CHIROPRACTIC CENTER, on
behalf of himself and all others similarly
situated,

    Plaintiff,

v.

FLORIDA FARM BUREAU CASUALTY
INSURANCE COMPANY,

    Defendant.
_____/

**ORDER ON FLORIDA FARM BUREAU'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO CLASS DISCOVERY**

THIS MATTER is before the Court on the Florida Farm Bureau's Unopposed Motion for Extension of Time to Respond to Class Discovery. Having reviewed the motion and noting that it is unopposed, it is



ORDERED AND ADJUDGED that the motion is **GRANTED**. Defendant, Florida Farm Bureau, shall have through and including July 1, 2002 to serve its responses to Class Plaintiffs' Consolidated Class Discovery Interrogatories to Insurance Company Defendants, Class Plaintiffs' Consolidated Class Discovery Request for Production of Documents to Insurance Company Defendants, and Class Plaintiffs' Consolidated Class Discovery Request for Admissions to Insurance Company Defendants.

DONE AND ORDERED in Chambers in Miami, Florida, this ___ day of June, 2002.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies:
All counsel on attached service list

## SERVICE LIST

## CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

**Salvatore D. LaRusso, D.C. et al. v. Florida Farm Bureau**   01-8110

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Gregory Baldwin, Esq. (D)