```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
```

DAVID A. NAPOLI, etc.,         )
                               )   CASE NUMBER
        PLAINTIFFS,             )   00-6061-Civ-Ferguson
                               )
   vs.                          )
                               )
ALLSTATE INSURANCE COMPANY,    )   THIS VOLUME:
                               )   PAGES 1-20
        DEFENDANT.              )
_____)

TRANSCRIPT of CALENDAR CALL had before the HONORABLE WILKIE D. FERGUSON, JR., in Fort Lauderdale, Broward County, Florida, on Monday, May 14, 2001, in the above-styled matter.

APPEARANCES:

FOR PLAINTIFFS:         ERIC LEE, ESQ.
                        JAN ATLAS, ESQ.
                        DOUGLAS BLANKMAN, ESQ.
                        LAWRENCE KOPELMAN, ESQ.

FOR DEFENDANTS:         DAVID SHELTON, ESQ.
                        WILLIAM ADAMS, ESQ.
                        GARY GUZZI, ESQ.
                        DONALD BLACKWELL, ESQ.
                        JOSEPH DeMARIA, ESQ.
                        ROBERT LEVENSON, ESQ.
                        CASEY LAKE, ESQ.

```
              ANITA LaROCCA
           OFFICIAL COURT REPORTER
              U. S. COURTHOUSE
     299 E. BROWARD BLVD., 205-D
       FORT LAUDERDALE, FLORIDA 33301
              954 769-5568
```

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**