UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself
and others similarly situated,

     Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

     Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.
doing business as CCN,

     Third-Party Defendant.

———————————————————

ULTRA OPEN MRI CORPORATION, et al., on behalf       01-6778
of itself and others similarly situated,

     Plaintiffs,

v.

PRUDENTIAL PROPERTY AND CASUALTY
INSURANCE COMPANY,

     Defendant.

———————————————————

**UNOPPOSED EMERGENCY MOTION
OF DEFENDANT PRUPAC
TO ENTER ATTACHED STIPULATION**

FILED by _____ D.C.
INTAKE
JUL - 9 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

Defendant Prudential Property and Casualty Insurance Company ("PruPAC") hereby respectfully requests that the Court enter the attached stipulation, entitled "Stipulation and Order Staying Proceedings in Case Nos. 01-6778, 01-6780, 01-6783, 01-8108, 01-8110, 01-8111, and 01-8549," as an order of the Court. In support hereof, PruPAC states as follows:

1.     On June 24, 2002, all parties in this case (No. 01-6778), along with all of the parties in six other cases (Nos. 01-6780, 01-6783, 01-8108, 01-8110, 01-8111, and 01-8549) that are consolidated with this case, jointly filed the attached stipulation with the Court.

2.     The attached stipulation, which is joined by *all* parties in the listed cases, would accomplish the following:

      a.     All proceedings in this case (and the six other cases listed) would be stayed pending resolution of PruPAC's motions to compel arbitration and the motions to compel arbitration in the six other listed cases.

      b.     PruPAC would withdraw its pending appeal to the United States Court of Appeals for the Eleventh Circuit (11th Cir. No. 02-12927A) of this Court's May 13 and May 21 orders that PruPAC participate in class certification discovery, and the defendants in the other six listed cases would also withdraw any pending appeals.

      c.     PruPAC and the defendants in the other six listed cases would withdraw nineteen pending motions as moot.

3.      According to the Clerk's Office, although the attached stipulation was received by the Court on June 24, 2002, it has not yet been entered in the docket, because it requires the Court's signature.

4.      According the Clerk's Office, the attached stipulation is currently in Judge Ferguson's chambers, awaiting the Court's signature, and has been there since June 24, 2002.

5.      Since June 24, 2002, counsel for PruPAC and counsel for plaintiffs – that is, counsel for all parties in this case – have on several occasions together called chambers to inquire on the status of the attached stipulation.

6.      PruPAC and, on information and belief, all other parties in this case and the six other cases are suffering significant harm by the delay in entering the attached stipulation.  For example, PruPAC faces imminent deadlines to make various filings in the Eleventh Circuit that will be mooted upon entry of the attached stipulation.  Briefing regarding the complex jurisdictional posture of PruPAC's appeal is due to be filed by PruPAC and plaintiffs on July 15, 2002.

7.      Good cause exists to enter the attached stipulation:

a.      The stipulation has been agreed to by *all* parties in this case and the other six listed cases.

b.      Entry of the stipulation will conserve this Court's resources:

i.      The stipulation resolves a number of disputes currently pending in this Court.

ii.      Entry of the stipulation will greatly streamline the procedural posture of this case.

3

       iii.     Entry of the stipulation will result in the withdrawal of nineteen motions pending in this Court.

   c.     Entry of the stipulation will resolve a number of complex issues regarding this Court's jurisdiction, and that of the Court of Appeals, arising from the filing of the various appeals.

   d.     Entry of the stipulation will conserve the resources of the Court of Appeals because it will result in the withdrawal of all appeals filed in this case and the other six listed cases.

   e.     Entry of the stipulation will conserve the resources of the parties, who will not have to file briefs and papers in this Court and the Court of Appeals that will be mooted by entry of the stipulation.

8.     This Motion is unopposed. Eric Lee, counsel for plaintiffs, has advised counsel for PruPAC that plaintiffs have no objection to this Motion. Moreover, as noted, the attached stipulation has been agreed to by *all* parties in this case and the other six cases to which the stipulation applies.

## CONCLUSION

For the foregoing reasons, PruPAC respectfully requests that the Court enter the attached stipulation at the earliest possible date. Alternatively, PruPAC requests that the Court schedule a telephonic or in-person status conference if the Court has any questions about the attached stipulation.

4

Respectfully submitted,

John D. Aldock
Michael K. Isenman
Lisa M. Harrison
SHEA & GARDNER
1800 Massachusetts Ave., N.W.
Washington, DC 20036
(202) 828-2000
Fax (202) 828-2195

Kathy J. Maus (Bar No. 896330)
Lauren D. Levy (Bar No. 0116490)
BUTLER BURNETTE PAPPAS
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
Fax (850) 894-4999

Counsel for Defendant Prudential Property
and Casualty Insurance Company

Dated: July 8, 2002

5

**ATTACHMENT:**

**Stipulation and Order Staying Proceedings in**

**Case Nos. 01-6778, 01-6780, 01-6783, 01-8108, 01-8110, 01-8111, and 01-8549**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself
and others similarly situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

      Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.
doing business as CCN,

      Third-Party Defendant.

_____

ULTRA OPEN MRI CORPORATION, et al., on behalf      01-6778
of itself and others similarly situated,

      Plaintiffs,

v.

PRUDENTIAL PROPERTY AND CASUALTY
INSURANCE COMPANY,

      Defendant.

_____

ULTRA OPEN MRI CORPORATION, on behalf        01-6780
of itself and others similarly situated,

      Plaintiffs,

v.

INTEGON NATIONAL INSURANCE COMPANY and
INTEGON GENERAL INSURANCE CORPORATION,

      Defendants.

---

THE CHIROPRACTIC CENTRE, INC., on behalf       01-6783
of itself and others similarly situated,

      Plaintiffs,

v.

METROPOLITAN CASUALTY INSURANCE COMPANY,

      Defendant.

---

SALVATORE D. LARUSSO, D.C., d/b/a
FAMILY CHIROPRACTIC CENTER, on behalf       01-8108
of itself and others similarly situated,

      Plaintiffs,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY,

      Defendant.

---

SALVATORE D. LARUSSO, D.C., d/b/a
FAMILY CHIROPRACTIC CENTER, on behalf                01-8110
of itself and others similarly situated,

     Plaintiffs,

v.

FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY,

     Defendant.

---

SALVATORE D. LARUSSO, D.C., d/b/a
FAMILY CHIROPRACTIC CENTER, on behalf                01-8111
of himself and others similarly situated,

     Plaintiffs,

v.

HARTFORD INSURANCE COMPANY OF THE MIDWEST,

     Defendant.

---

3

MOTE WELLNESS & REHAB, INC. on behalf
of itself and others similarly situated,                              01-8549

       Plaintiffs,

v.

AMERICAN INTERNATIONAL INSURANCE COMPANY
and AMERICAN INTERNATIONAL SOUTH INSURANCE
COMPANY,

       Defendants.

---

### STIPULATION AND ORDER STAYING PROCEEDINGS
### IN CASE NOS. 01-6778, 01-6780, 01-6783,
### 01-8108, 01-8110, 01-8111, AND 01-8549

IT IS HEREBY STIPULATED AND AGREED this ____ day of June, 2002, by and

between each of the plaintiffs and defendants in Case No. 01-6778, 01-6780, 01-6783, 01-8108,

01-8110, 01-8111, and 01-8549, by their respective attorneys, subject to the Court's approval, as

follows:

WHEREAS Ultra Open MRI Corporation ("Ultra Open MRI") is a plaintiff in Nos.

01-6778 and 01-6780, Dr. Walter Afield ("Dr. Afield") is a plaintiff in No. 01-6778, Chiropractic

Centre, Inc. ("Chiropractic Centre") is a plaintiff in No. 01-6783, Dr. Andrew Ellowitz ("Dr.

Ellowitz") is a plaintiff in No. 01-8549, and Salvatore D. Larusso, D.C., d/b/a Family

Chiropractic Center ("Dr. Larusso") is a plaintiff in Nos. 01-8108, 01-8110 and 01-8111 (Ultra

Open MRI, Dr. Afield, Chiropractic Centre, Dr. Ellowitz, and Dr. Larusso being collectively

referred to herein as the "Appellee Plaintiffs");

WHEREAS Prudential Property and Casualty Insurance Company ("PruPAC") is a

defendant in No. 01-6778, Integon National Insurance Company and Integon General Insurance

Corporation (collectively, "Integon") are defendants in No. 01-6780. Metropolitan Casualty

Insurance Company ("Metropolitan") is a defendant in No. 01-6783. Nationwide Mutual

Insurance Company ("Nationwide") is a defendant in No. 01-8108. Florida Farm Bureau

Casualty Insurance Company ("Florida Farm Bureau") is a defendant in No. 01-8110. Hartford

Insurance Company of the MidWest ("Hartford") is a defendant in No. 01-8111. and American

International Insurance Company ("AII") is a defendant in No. 01-8549 (PruPAC, Integon,

Metropolitan, Nationwide, Florida Farm Bureau, Hartford, and AII being collectively referred to

herein as the "Appealing Defendants");

WHEREAS the Appellee Plaintiffs and the Appealing Defendants are all of the parties in

Case Nos. 01-6778, 01-6780, 01-6783, 01-8108, 01-8110, 01-8111, and 01-8549;

WHEREAS each Appealing Defendant has one or more pending motions to compel

arbitration (the "Arbitration Motions") awaiting decision by the Court;

WHEREAS each Appealing Defendant filed one or more motions to stay proceedings

(the "Stay Motions") pending a ruling from the Court on the Arbitration Motions, each of which

such Stay Motions (except for AII's) the Court denied in part when it ordered all parties to

participate in class certification discovery in its orders of May 13 and May 21, 2002 (Docket

Entries 670 and 686 in Consolidated Case No. 00-6061-CIV-FERGUSON/SNOW) (the "May 13

and May 21 Orders");

WHEREAS each Appealing Defendant (except for AII) filed a notice of appeal of the

May 13 and May 21 Orders to the United States Court of Appeals for the Eleventh Circuit;

WHEREAS Appealing Defendants contend that those appeals divest the Court of

jurisdiction, and PruPAC, Integon, Metropolitan, Hartford, Florida Farm Bureau, and

Nationwide have each accordingly filed a motion to stay proceedings pending appeal;

WHEREAS upon resolution of those appeals, the Court will still have to rule on the Arbitration Motions, at which point Appealing Defendants would again have an immediate right of appeal of any adverse rulings, which would again, Appealing Defendants contend, divest the Court of jurisdiction;

WHEREAS the foregoing represents an inefficient use of the resources of the Court, of the Court of Appeals, and of the parties; and

WHEREAS the parties wish to preserve those scarce resources, simplify the procedural postures of their respective cases, and not delay adjudication of the Arbitration Motions.

NOW, THEREFORE, the Appellee Plaintiffs and the Appealing Defendants agree:

1.      All proceedings in Case Nos. 01-6778, 01-6780, 01-6783, 01-8108, 01-8110, 01-8111, and 01-8549 (collectively, the "Stayed Cases") shall be stayed pending the appeals of the Court's Orders of May 13 and May 21, 2002.

2.      Upon entry of this Stipulation and Order by the Court, the Appealing Defendants that have filed appeals shall withdraw their appeals.

3.      Upon the withdrawal of those appeals, this stay of all proceedings in the Stayed Cases shall remain in effect until such time as the Court has issued orders ruling on the Arbitration Motions and any timely-filed appeals of those orders have been resolved; provided, however, that in order not to delay the Court's adjudication of the Arbitration Motions, this stay shall not prevent any Appellee Plaintiff or Appealing Defendant from filing timely objections to any Report and Recommendation addressing an Arbitration Motion or filing a timely response to another party's objections to such Report and Recommendation.

6

4.      While this stay is in effect. no discovery shall be taken in any of the Stayed Cases. No discovery taken in any proceeding not stayed by this Order shall be admissible in the Stayed Cases. The taking of such discovery in a proceeding not stayed by this Order shall neither (1) affect the right of a party to take the same or different discovery in a Stayed Case when this stay is lifted; nor (2) affect the admissibility of any discovery taken in a Stayed Case when this stay is lifted.

5.      Upon entry of this Stipulation and Order by the Court, the following motions filed by the Appealing Defendants are withdrawn as moot:

(a)  PruPAC's Emergency Motion for Stay Pending Appeal (Docket Entry 692 in Consolidated Case No. 00-6061-CIV-Ferguson);

(b)  PruPAC's Emergency Motion for Protective Order (Docket Entry 701 in Consolidated Case No. 00-6061-CIV-Ferguson);

(c)  Hartford's Emergency Motion for Stay Pending Appeal (Docket Entry 710 in Consolidated Case No. 00-6061-CIV-Ferguson);

(d)  Hartford's Emergency Motion for Reconsideration (Docket Entry 694 in Consolidated Case No. 00-6061-CIV-Ferguson);

(e)  Hartford's Emergency Motion for Protective Order (Docket Entry 724 in Consolidated Case No. 00-6061-CIV-Ferguson);

(f)  Integon's Emergency Motion for Stay Pending Appeal (Docket Entry 709 in Consolidated Case No. 00-6061-CIV-Ferguson);

(g)  Integon's Emergency Motion for Reconsideration (Docket Entry 695 in Consolidated Case No. 00-6061-CIV-Ferguson);

7

(h) Integon's Emergency Motion for Protective Order (Docket Entry 722 in Consolidated Case No. 00-6061-CIV-Ferguson);

(i) Metropolitan's Emergency Motion for Stay Pending Appeal (Docket Entry 711 in Consolidated Case No. 00-6061-CIV-Ferguson);

(j) Metropolitan's Emergency Motion for Reconsideration (Docket Entry 696 in Consolidated Case No. 00-6061-CIV-Ferguson);

(k) Metropolitan's Emergency Motion for Protective Order (Docket Entry 723 in Consolidated Case No. 00-6061-CIV-Ferguson);

(l) Florida Farm Bureau's Emergency Motion for Protective Order (Docket Entry 729 in Consolidated Case No. 00-6061-CIV-Ferguson);

(m) Florida Farm Bureau's Emergency Motion for Stay Pending Appeal (Docket Entry 728 in Consolidated Case No. 00-6061-CIV-Ferguson);

(n) Nationwide's Motion for Stay Pending Appeal (Docket Entry 746 in Consolidated Case No. 00-6061-CIV-Ferguson);

(o) Nationwide's Motion for a Protective Order Regarding Class Plaintiffs' Consolidated Class Discovery Interrogatories to Insurance Company Defendants (Docket Entry 749 in  Consolidated Case No. 00-6061-CIV-Ferguson);

(p) Nationwide's Motion for a Protective Order Regarding Notice of Taking Rule 30(b)(6) Depositions of Corporate Representatives on Class Discovery Issues (Docket Entry 747 in  Consolidated Case No. 00-6061-CIV-Ferguson);

(q) Nationwide's Motion for a Protective Order Regarding Class Plaintiffs' Consolidated Class Discovery Request for Production of Documents (Docket Entry 750 in

8

Consolidated Case No. 00-6061-CIV-Ferguson);

(r) Nationwide's Motion for a Protective Order Regarding Class Plaintiffs'

Consolidated Class Discovery Request for Admissions to Insurance Company Defendants

(Docket Entry 748 in Consolidated Case No. 00-6061-CIV-Ferguson); and

(s) AII's Emergency Motion to Stay Proceedings and Emergency Motion for

Protective Order (included in AII's Emergency Motion to Compel Arbitration, Docket Entry ___

in Consolidated Case No. 00-6061-CIV-Ferguson, which is not withdrawn and is pending).


AGREED TO:

| | |
|---|---|
| Eric Lee | John D. Aldock |
| LEE & AMTZIS, P.L. | Michael K. Isenman |
| Suite 150 | Lisa M. Harrison |
| 350 N.W. 12th Ave. | SHEA & GARDNER |
| Deerfield Beach, FL 33442 | 1800 Massachusetts Avenue, N.W. |
| (561) 981-9988 | Washington, D.C. 20036 |
| (561) 981-9980 Facsimile | (202) 828-2000 |
| | Fax (202) 828-2195 |

Arthur S. Gold
GOLD & COULSON
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

Kathy J. Maus
Lauren D. Levy
BUTLER BURNETTE PAPPAS
3520 Thomasville Road, Suite 102
Tallahassee, Florida 32308
(850) 894-4111
Fax (850) 894-4999

Andrew Garcia
Carlin Phillips
PHILLIPS & GARCIA
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

*Attorneys for Prudential Property and Casualty Insurance Company, Defendant in No. 01-6778.*

9

Larry Kopelman
Douglas Blankman
KOPELMAN & BLANKMAN, P.A
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

*Attorneys for Ultra Open MRI Corporation,
Walter Afield, Chiropractic Centre, Inc.,
and Salvatore Larusso, D.C., Plaintiffs in
Nos. 01-6778, 01-6780, 01-6783, 01-8108,
01-8110, 01-8111.*

Marcy Levine Aldrich
AKERMAN, SENTERFITT & EIDSON, P.A.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

*Attorneys for Integon National Insurance
Company and Integon General Insurance
Corporation (Defendants in No. 01-6780),
Metropolitan Casualty Insurance Company,
(Defendant in No. 01-6783), and Hartford
Insurance Company of the Midwest (Defendant
in No. 01-6783).*

Greg Baldwin
Rebecca Sack
HOLLAND & KNIGHT, LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

*Attorneys for Florida Farm Bureau Casualty
Insurance Company, Defendant in No. 01-8110*

11

Katherine C. Lake
FOWLER, WHITE, et al.
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

James C. Haggerty
SWARTZ CAMPBELL, DETWEILER
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

*Attorneys for Nationwide Mutual Insurance
Company, Defendant in No. 01-8108*

12

_Dale L. Friedman_

Dale L. Friedman
Brian P. Knight
CONROY, SIMBERG, GANON, KREVANS
& ABEL, P.A.
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile
*Attorneys for American International Insurance*
*Company , Defendant in No. 01-8549*

## ORDER

The foregoing stipulation is approved and so ordered this _____ day of June, 2002.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Copies to:

All counsel of record

13

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the foregoing Unopposed Emergency Motion of Defendant PruPAC to Enter Attached Stipulation, and attached stipulation, to be served upon the counsel in the accompanying service list by U.S. Mail, postage prepaid, on July 8, 2002.

Michael K. Isenman

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 6/25/02)

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
elee@leeamlaw.com
Suite 150
350 N.W. 12th Ave.
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 Facsimile

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS,et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL  32202
(904) 798-3200
(904) 798-3207 Facsimile

2

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL, DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Greg Baldwin, Esq.
gbaldwin@hklaw.com
Rebecca Sack, Esq.
rasack@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH &
ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
Lisa M. Harrison, Esq.
lharrison@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile