IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself and
others similarly situated

    Plaintiff,
v.

ALLSTATE INSURANCE COMPANY

    Defendant/Third-Party Plaintiff,
v.

COMMUNITY CARE NETWORK, INC.,

    Third-Party Defendant.
_____/

CASE NO. 01-8110

SALVATORE D. LARUSSO, D.C., d/b/a
FAMILY CHIROPRACTIC CENTER, on
behalf of himself and all others similarly
situated,

    Plaintiff,
v.

FLORIDA FARM BUREAU CASUALTY
INSURANCE COMPANY,

    Defendant.
_____/



## FLORIDA FARM BUREAU'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO RESPOND TO CLASS DISCOVERY

Defendant Florida Farm Bureau Casualty Insurance Company ("Florida Farm Bureau") files this motion for an extension of time to respond to Class Plaintiffs' Consolidated Class Discovery Interrogatories to Insurance Company Defendants, Class Plaintiffs' Consolidated Class Discovery Request for Production of Documents to Insurance Company Defendants, and



Class Plaintiffs' Consolidated Class Discovery Request for Admissions to Insurance Company Defendants and states in support as follows:

1. Plaintiff Salvatore D. Larusso ("Larusso") served his Class Plaintiffs' Consolidated Class Discovery Interrogatories to Insurance Company Defendants and Consolidated Class Discovery Request for Production of Documents to Insurance Company Defendants via U.S. Mail on May 13, 2002 and his Class Plaintiffs' Consolidated Class Discovery Request for Admissions to Insurance Company Defendants via U.S. Mail on May 20, 2002 (collectively referred to as "Class Discovery"). Florida Farm Bureau's responses to the Class Discovery were due, per extension, on July 1, 2002.

2. On June 24, 2002, certain plaintiffs and defendants filed a Stipulation and Order Staying Proceedings in Case Nos. 01-6778, 01-6780, 01-6783, 01-8108, 01-8110, 01-8111 and 01-8549 (the "Stipulation"). The Stipulation would stay all proceedings in this action until such time the Court has issued an order ruling on Florida Farm Bureau's pending Motion and Memorandum of Law to Compel Arbitration and to Dismiss or Stay Proceedings Pending Arbitration, filed May 11, 2001, and any appeal of such order has been resolved.

3. In light of the Stipulation, on June 28, 2002, Florida Farm Bureau filed an unopposed motion for enlargement of time seeking an extension through and including July 22, 2002 to serve its responses to Class Discovery to allow the Court time to consider the Stipulation. This motion remains pending before this Court.

4. Given the Stipulation, it makes more sense to allow the Court the opportunity to consider the Stipulation and to resolve the issue of the stay raised therein, rather than to respond to discovery in a case that will likely be stayed. Therefore, Florida Farm Bureau requests an extension of time of twenty-one (21) days after the Court issues an order: either 1) denying the

stay requested in the Stipulation; or 2) lifting the stay imposed by the Stipulation, to serve its response to the Class Discovery.

    5.    Counsel for Larusso agrees to this extension.

    6.    This Motion is made in good faith and not for the purpose of delay.

WHEREFORE, Defendant, Florida Farm Bureau, requests an extension of time of twenty-one (21) days after the Court issues an order: either 1) denying the stay requested in the Stipulation; or 2) lifting the stay imposed by the Stipulation, to serve its response to the Class Discovery.

    Respectfully submitted,

    HOLLAND & KNIGHT LLP
    Attorneys for Florida Farm Bureau
    701 Brickell Avenue, Suite 3000
    Miami, Florida 33131
    (305) 374-8500
    (305) 789-7799 (fax)

By: _____
    Gregory Baldwin
    Florida Bar No. 527394
    Rebecca A. Sack
    Florida Bar No. 0156302

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was served by U.S. Mail this 19th day of July, 2002, on all counsel on the attached service list.



MIA1 #1153412 v1

# MASTER SERVICE LIST
## (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated July 19, 2002)

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
elee@leeamlaw.com
Suite 150
350 N.W. 12th Avenue
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Lawrence M. Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 Facsimile

**Counsel for:
Allstate, Fidelity and Casualty,
Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue
Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
jmq@tewlaw.com
(305)539-2495
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
Hope Lester, Esq.
hlester@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934-Facsimile

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

BUTLER BURNETTE PAPPAS
Lauren D. Levy, Esq.
llevy@bbplaw.com
Alfred I. DuPont Building
169 East Flagler Street, Suite 1300
Miami, Florida 33131
(305) 416-9998
(305-416-6848-Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
Lisa M. Harrison, Esq.
lharrison@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself and
others similarly situated

  Plaintiff,

v.

ALLSTATE INSURANCE COMPANY

  Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,

  Third-Party Defendant.
_____/

CASE NO. 01-8110

SALVATORE D. LARUSSO, D.C., d/b/a
FAMILY CHIROPRACTIC CENTER, on
behalf of himself and all others similarly
situated,

  Plaintiff,

v.

FLORIDA FARM BUREAU CASUALTY
INSURANCE COMPANY,

  Defendant.
_____/

## ORDER ON FLORIDA FARM BUREAU'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CLASS DISCOVERY

THIS MATTER is before the Court on the Florida Farm Bureau's Unopposed Motion for Extension of Time to Respond to Class Discovery. Having reviewed the motion and noting that it is unopposed, it is

ORDERED AND ADJUDGED that the motion is **GRANTED**. Defendant, Florida Farm Bureau, shall have twenty-one (21) days after the Court issues an order either: 1) denying the stay requested in the Stipulation and Order Staying Proceedings in Case Nos. 01-6778, 01-6780, 01-6783, 01-8108, 01-8110, 01-8111 and 01-8549 ("Stipulation"); or 2) lifting the stay imposed by the Stipulation, to serve its responses to Class Plaintiffs' Consolidated Class Discovery Interrogatories to Insurance Company Defendants, Class Plaintiffs' Consolidated Class Discovery Request for Production of Documents to Insurance Company Defendants, and Class Plaintiffs' Consolidated Class Discovery Request for Admissions to Insurance Company Defendants.

DONE AND ORDERED in Chambers in Miami, Florida, this __ day of July, 2002.

_____
WILKIE D. FERGUSON JR.
United States District Judge

Copies:
All counsel on attached service list