IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly situated,

        Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

        Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

        Third-Party Defendant.
_____/    00-07692



SALVATORE D. LARUSSO, D.C.
d/b/a FAMILY CHIROPRACTIC CENTER, on behalf
of himself and other similarly situated,

        Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE COMPANY, and
COMMUNITY CARE NETWORK, INC.,

        Defendants.
_____/

**AGREED ORDER GRANTING PLAINTIFF'S UNOPPPOSED
MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO CCN'S
<u>MOTION TO COMPEL ARBITRATION</u>**

THIS CAUSE having come before this Court on Plaintiff SALVATORE D. LARUSSO's



Unopposed Motion for Enlargement of Time to Respond to CCN's Motion to Compel Arbitration, and the Court having reviewed the Motion and upon agreement of the parties, it is thereupon

ORDERED AND ADJUDGED that Plaintiff's Unopposed Motion for Enlargement of Time to Respond to CCN's Motion to Compel Arbitration is GRANTED. Plaintiff has until July 19, 2002 to serve his response to Defendant CCN MANAGED CARE, INC.'s Motion to Compel Arbitration.

DONE AND ORDERED in Fort Lauderdale, Florida this ____ day of July, 2002.

```
                                  /s/ Lurana S. Snow
                              _____
                              LURANA S. SNOW
                              UNITED STATES MAGISTRATE JUDGE
```

Copies to Attached Service List

## SERVICE LIST

### CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

**Salvatore Larusso, D.C., et al. v. Liberty Mutual, et al.**   00-7692

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Nina Kole Brown, Esq. (D - Liberty)
William Deem, Esq. (D - Community Care)