IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

    Third-Party Defendant.
_____/  00-07692

SALVATORE D. LARUSSO, D.C.
d/b/a FAMILY CHIROPRACTIC CENTER, on behalf
of himself and other similarly situated,

    Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE COMPANY, and
COMMUNITY CARE NETWORK, INC.,

    Defendants.
_____/

FILED by ___ D.C.
JUL 23 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**ORDER DISMISSING CLAIMS AGAINST CCN**

This cause came before the Court on the stipulation of Plaintiff and defendant CCN pursuant

to Rule 41(a) for the dismissal without prejudice of Plaintiff's claims against CCN, and the Court

4

having reviewed the stipulation and being otherwise fully advised, it is ordered that the stipulation is approved, and that Plaintiff's claims against CCN are hereby dismissed without prejudice with each party bearing its own costs and fees. CCN's Motion to Compel Arbitration is dismissed as moot.

DONE AND ORDERED in Broward County, Florida, on this 23RD day of July, 2002.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
All counsel of record