

FILED by _____ D.C.
JUL 26 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-FERGUSON/SNOW
(consolidated)

It is ORDERED that this Motion is hereby DENIED
[signature] WILKIE D. FERGUSON, JR.
07/26/02
DATE

SALVATORE D. LARUSSO, D.C., d/b/a
FAMILY CHIROPRACTIC CENTER, on
behalf of himself and all others similarly
situated,

    Plaintiff,

v.

LIBERTY MUTUAL INSURANCE
COMPANY and COMMUNITY CARE
NETWORK, INC.,

    Defendants.
_____/



### LIBERTY MUTUAL'S RESPONSE TO PLAINTIFFS' MOTION FOR ENTRY OF CONFIDENTIALITY ORDER AND MOTION TO RECONSIDER ORDER GRANTING CONSOLIDATION

Defendant Liberty Mutual Insurance Company ("Liberty Mutual"), by and through its undersigned counsel, hereby responds to Plaintiffs' Motion for Entry of Confidentiality Order and moves this Court to reconsider its order granting consolidation of the instant matter. In support thereof, Liberty Mutual states as follows:

### BACKGROUND

The instant case arises from a dispute as to Liberty Mutual's payments to Plaintiff for medical services that Plaintiff provided to Liberty Mutual's insureds. This case is just one of fifteen different PPO reduction actions filed against various insurers in this Court. Plaintiff brought this action

MI720791;1