018365

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.

JUL 26 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DR. PAUL ZIDEL, on behalf of
himself and others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
et al.

    Defendants.
_____

CASE NO. 00-6061-CIV-FERGUSON/SNOW

MOTE WELLNESS & REHAB, INC. on behalf
of itself and all others similarly situated,

    Plaintiff,

v.

AMERICAN INTERNATIONAL INSURANCE
COMPANY and AMERICAN INTERNATIONAL
SOUTH INSURANCE COMPANY,

    Defendants.
_____/

CASE NO. 01-8549-CIV-FERGUSON/SNOW



It is ORDERED that this Motion is hereby

DENIED.

WILKIE D. FERGUSON, JR.
07/26/02
DATE

## MOTION FOR RULE 11 SANCTIONS

The Defendants, AMERICAN INTERNATIONAL INSURANCE COMPANY and AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY (hereinafter AMERICAN INTERNATIONAL and AMERICAN SOUTH, respectively), by and through undersigned counsel, and pursuant to Rule 11 of the Federal Rules of Civil Procedure, hereby file their Motion for Rule 11 Sanctions and as grounds therefor state: