



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and other similarly
situated,

     Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

     Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

     Third-Party Defendant.

     §
     §
     §
     §
     §
     §
     §



It is ORDERED that this Motion is hereby

DENIED

WILKIE D. FERGUSON, JR.

07/26/02
DATE



### CCN'S MOTION TO RECONSIDER ORDER OF CONSOLIDATION

     CCN Managed Care, Inc. ("CCN"), a third-party defendant in the above-styled action and

a defendant in the *Larusso v. Liberty Mutual and CCN* action (case no. 00-7692), moves for

reconsideration of the Court's "Omnibus Order on Pending Motions" dated September 28, 2001,

to the extent that it orders the consolidation of these and other, purportedly similar actions. In

support of this motion, CCN states:

     1.     Plaintiff requested consolidation of this and other, purportedly similar cases on

grounds that consolidation would create economies of scale and otherwise make litigation of the

cases more efficient.