

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION (FORT LAUDERDALE)

DR. PAUL ZIDEL

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY
and COMMUNITY CARE NETWORK,
INC., d/b/a/ CCN,

    Defendant.
_____/

CASE NO. 00-6061-CIV-FERGUSON/SNOW



SALVATORE D. LARUSSO, D.C., d/b/a
FAMILY CHIROPRACTIC CENTER,

    Plaintiff,

v.

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

    Defendant.
_____/

CASE NO. 01-8111-CIV-FERGUSON/SNOW

### DEFENDANT'S MOTION TO DISMISS THE COMPLAINT AND SUPPORTING MEMORANDUM OF LAW

Defendant, Hartford Insurance Company of the Midwest ("Hartford"), hereby moves, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the Amended Class Action Complaint (the "Complaint"). In support of its Motion, Hartford states as follows:

### MEMORANDUM OF LAW

#### Introduction

As this Court is aware, this Action is one of 15 actions filed against different insurers in this Court. The gravamen of all 15 cases is a challenge to the insurers' application of certain negotiated discounts to medical bills arising from personal injury protection ("PIP") automobile insurance claims. Plaintiff Salvatore Larusso ("Larusso") alleges that Hartford was not entitled to apply such discounts to medical bills he submitted on behalf of Hartford insureds.