FILED by _____

JUL 26 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

It is ORDERED that this Motion is hereby

DENIED.

_____
WILKIE D. FERGUSON, JR.

07/16/02
DATE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-CIV-6061-FERGUSON/SNOW (Consolidated)
Referred to Magistrate Judge Snow

DR. PAUL ZIDEL, and all others similarly )
situated,                                 )
                                          )
       Plaintiffs,                        )
                                          )
v.                                        )
                                          )
ALLSTATE INSURANCE COMPANY,               )
and COMMUNITY CARE NETWORK, INC.,         )
d/b/a CCN,                                )
                                          )
       Defendants.                        )
_____)

NIGHT BOX FILED
NOV ~~X~~ 2001
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## ALLSTATE AND OTHER DEFENDANTS' AGREED MOTION TO EXTEND TIME FOR SERVING REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CLARIFICATION OF CASE MANAGEMENT AND SCHEDULING ISSUES

Defendants, Allstate Insurance Company (Case No. 00-6061-CIV-FERGUSON) and Allstate Indemnity Company (Case No. 00-7163-CIV-FERGUSON) (collectively "Allstate"), Deerbrook Insurance Company (Case No. 01-6777-CIV-FERGUSON), Fidelity and Casualty Company of New York (Case No. 01-6779-CIV-FERGUSON) and Continental Insurance Company (Case No. 01-6779-CIV-FERGUSON) (all collectively referred to as the "Movants"), hereby respectfully request that this honorable Court grant an extension of time to serve their reply memorandum in support of their Motion For Clarification Of Case Management And Scheduling Issues. In support hereof, Movants state as follows:

1. Movants have filed a motion seeking clarification of the Court's Orders entered September 28, 2001, which, among other things, consolidated several cases pending against