CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

THE CHIROPRACTIC CENTER, INC.,
on behalf of itself and all others
similarly situated,

      Plaintiff,

vs.

METROPOLITAN CASUALTY
INSURANCE COMPANY,

      Defendant.
_____/

01-6783



It is ORDERED that this Motion is hereby
GRANTED.
WILKIE D. FERGUSON, JR.
07/26/02
DATE

ULTRA OPEN MRI CORPORATION, on
behalf of itself and all others similarly
situated,

      Plaintiff,

vs.

INTEGON NATIONAL INSURANCE
COMPANY and INTEGON GENERAL
INSURANCE CORPORATION,

      Defendants.
_____/

01-6780

FILED by _____ D.C.
JUL 26 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SALVATORE D. LARUSSO, D.C. d/b/a FAMILY
CHIROPRACTIC CENTER, on behalf of himself
and all others similarly situated,

      Plaintiff,

vs.

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

      Defendant.
_____/

01-8111

**CLASS PLAINTIFFS' MOTION TO SUBMIT SUPPLEMENTAL MEMORANDUM OF
LAW IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**

7090-00100 345292.1

2

ATLAS PEARLMAN
ATTORNEYS AT LAW

818

559