UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KEITH BRICKELL, DC,
INDIVIDUALLY, AND
ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,,

      Plaintiff,

vs.

PROGRESSIVE EXPRESS
INSURANCE COMPANY,
PROGRESSIVE CONSUMERS
INSURANCE COMPANY,
PROGRESSIVE BAYSIDE
INSURANCE COMPANY,
BEECH STREET CORPORATION,
AND
ADP INTEGRATED MEDICAL
SOLUTIONS, INC.,

      Defendant.

_____/

CASE NO: 00-6649 CIV-Ferguson

Consolidated Case No. 00-6061-CIV-Ferguson/Snow



## MOTION TO WITHDRAW AS ATTORNEY FOR
## BEECH STREET CORP. AND ADP

Attorney Cornelius Tew, of the Law Firm of Tew Cardenas, currently represents defendants, Beech Street and ADP. Prior to Tew Cardenas' involvement, Defendants were represented by Pennington, Wilkinson, Moore, Bell, & Dunbar, P.A. Attorney William Xanttopoulos of William Xanttopoulos, P.A. was retained as local counsel for the Law Firm of Pennington, Wilkinson, Moore, Bell, & Dunbar, P.A. Pennington, Wilkinson, Moore, Bell, & Dunbar, P.A. is no longer the attorney of record for Defendants, and Beech Street Corp. and ADP have not had the need for local counsel, William Xanttopoulos, P.A. for some time.



WHEREFORE, Attorney William Xanttopoulos respectfully moves for permission to withdraw as defendants' attorney in this action.

Respectfully submitted,

WILLIAM XANTTOPOULOS, P.A.

Attorney for Beech Street and ADP
Bank of America Tower, Suite 3950
100 SE 2nd Street
Miami, Florida 33131
Telephone: (305) 579-9075

By: _____
William Xanttopoulos
Florida Bar No. 997668
Samantha Steen
Florida Bar No. 0389500

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the above and foregoing was mailed this 26th day of July, 2002 to the below named addressee(s).

Cornelius Tew, Jr.
Tew Cardenas
201 S. Biscayne Blvd.
Suite 2600
Miami, Florida 33131

Beech Street Corporation
25500 Commerce Centre Drive
Lake Forrest, Ca. 92630