IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION (FORT LAUDERDALE)



DR. PAUL ZIDEL

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY
and COMMUNITY CARE NETWORK,
INC., d/b/a/ CCN,

    Defendant.
_____/

SALVATORE D. LARUSSO, D.C., d/b/a
FAMILY CHIROPRACTIC CENTER,

    Plaintiff,

v.

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

    Defendant.
_____/

CASE NO. 00-6061-CIV-FERGUSON/SNOW

CASE NO. 01-8111-CIV-FERGUSON/SNOW



It is ORDERED that this Motion is hereby DISMISSED AS MOOT.

WILKIE D. FERGUSON, JR.
07/29/02
DATE

## REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 7.1(B)(1) of the Local Rules of this Court, Defendant, Hartford Insurance Company of the Midwest, respectfully requests oral argument on its Motion to Dismiss the Complaint. A hearing is desired and would assist the Court in resolving this complex matter expeditiously.

MI717482;1

1