UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DR. PAUL ZIDEL, on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>COMMUNITY CARE NETWORK, INC., doing business as CCN,<br><br>    Third-Party Defendant. | CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW<br><br> |
| DR. ANDREW ELLOWITZ, et al., on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL INSURANCE COMPANY, and AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,<br><br>    Defendants. | 01-8549 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on defendants' Motion to Strike "Amended Class Action Complaint" [D.E.616].

**THE MATTER** was referred to the Honorable Lurana S. Snow, United States Magistrate Judge. A Report and Recommendation dated May 17, 2002, has been filed. Having duly considered the motion, response, report and recommendation, objections thereto, and pertinent portions of the



record, it is **ORDERED AND ADJUDGED** that the Report and Recommendation is **ADOPTED** as the findings and conclusions of this Court. Accordingly, the motion [D.E.616] is **DENIED**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 29th day of ~~June~~ JULY, 2002.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
all counsel of record