

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself
and others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.
doing business as CCN,

    Third-Party Defendant.

---

ULTRA OPEN MRI CORPORATION, et al., on behalf
of itself and others similarly situated,

    Plaintiffs.

v.

PRUDENTIAL PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendant.

01-6778



It is ORDERED that this ...
GRANTED
WILKIE D.
07/31/02
DATE

---

**UNOPPOSED EMERGENCY MOTION
OF DEFENDANT PRUPAC
TO ENTER ATTACHED STIPULATION**



