## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

```
DR. PAUL ZIDEL, on behalf of           CONSOLIDATED CASE NO. 00-6061-
himself and others similarly           CIV-FERGUSON/SNOW
situated,

     Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

     Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

     Third-Party Defendant.
_____

KEITH BRICKELL, D.C., individually     00-6649
and on behalf of himself and others
similarly situated,

     Plaintiffs,

v.

PROGRESSIVE EXPRESS INSURANCE COMPANY,
PROGRESSIVE CONSUMERS INSURANCE COMPANY,
PROGRESSIVE BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

     Defendants.
_____
```





| | |
|---|---|
| MARC J. BROWNER, D.C., individually and on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLSTATE INDEMNITY COMPANY, BEECH STREET CORPORATION, and ADP INTEGRATED MEDICAL SOLUTIONS, INC.,<br><br>    Defendants. | 00-7163 |
| SALVATORE D. LARUSSO, D.C., d/b/a Family Chiropractic Center, on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE and COMMUNITY CARE NETWORK, INC.,<br><br>    Defendants. | 00-7692 |
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PROGRESSIVE AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | 01-6776 |

```
ULTRA OPEN MRI CORPORATION, on behalf                    01-6777
of itself and others similarly situated,

     Plaintiffs,
v.

DEERBROOK INSURANCE COMPANY,

     Defendant.
_____

ULTRA OPEN MRI CORPORATION, on behalf                    01-6778
of itself and others similarly situated,

     Plaintiffs,
v.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

     Defendant.
_____

ULTRA OPEN MRI CORPORATION, on behalf                    01-6779
of itself and others similarly situated,

     Plaintiffs,
v.

FIDELITY AND CASUALTY COMPANY OF NEW YORK and
THE CONTINENTAL INSURANCE COMPANY,

     Defendants.
_____

ULTRA OPEN MRI CORPORATION, on behalf                    01-6780
of itself and others similarly situated,

     Plaintiffs,
v.

INTEGON NATIONAL INSURANCE COMPANY and
INTEGON GENERAL INSURANCE COMPANY,

     Defendants.
_____
```

| | |
|---|---|
| CHIROPRACTIC CENTRE, INC., on behalf of itself and others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>SUPERIOR INSURANCE COMPANY,<br><br>    Defendants. | 01-6782 |
| CHIROPRACTIC CENTRE, INC., on behalf of itself and others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>METROPOLITAN CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | 01-6783 |
| SALVATORE D. LARUSSO, D.C., d/b/a Family Chiropractic Center, on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br>v.<br>NATIONWIDE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | 01-8108 |
| SALVATORE D. LARUSSO, D.C., d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | 01-8110 |

SALVATORE D. LARUSSO, D.C., d/b/a                                    01-8111
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

    Plaintiffs,

v.

HARTFORD INSURANCE COMPANY OF THE MIDWEST,

    Defendant.

---

DR. ANDREW ELLOWITZ, et al., on behalf                               01-8549
of himself and all others similarly situated,

    Plaintiffs,

v.

AMERICAN INTERNATIONAL INSURANCE COMPANY, and
AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,

    Defendants.

---

### ORDER VACATING ORDER ESTABLISHING JULY 31, 2002 AS THE CLASS CERTIFICATION DISCOVERY DEADLINE

The Order establishing July 31, 2002, as the class certification discovery deadline [D.E.670] is hereby **VACATED**. A new scheduling order will issue.

                                                          WILKIE D. FERGUSON, JR.
                                                          UNITED STATES DISTRICT JUDGE

copies provided:
all counsel of record