UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself
and others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.
doing business as CCN,

    Third-Party Defendant.

---

ULTRA OPEN MRI CORPORATION, et al., on behalf        01-6778
of itself and others similarly situated,

    Plaintiffs,

v.

PRUDENTIAL PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendant.

---

FILED by ___ D.C.

JUL 31 2002

CLARENCE MADDOX
CLERK U S. DIST. CT.
S.D. OF FLA. FT. LAUD.



| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated, | 01-6780 |
| Plaintiffs, | |
| v. | |
| INTEGON NATIONAL INSURANCE COMPANY and INTEGON GENERAL INSURANCE CORPORATION, | |
| Defendants. | |

| | |
|---|---|
| THE CHIROPRACTIC CENTRE, INC., on behalf of itself and others similarly situated, | 01-6783 |
| Plaintiffs, | |
| v. | |
| METROPOLITAN CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

| | |
|---|---|
| SALVATORE D. LARUSSO, D.C., d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of itself and others similarly situated, | 01-8108 |
| Plaintiffs, | |
| v. | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

| | |
|---|---|
| SALVATORE D. LARUSSO, D.C., d/b/a<br>FAMILY CHIROPRACTIC CENTER, on behalf<br>of itself and others similarly situated, | 01-8110 |
| Plaintiffs, | |
| v. | |
| FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

| | |
|---|---|
| SALVATORE D. LARUSSO, D.C., d/b/a<br>FAMILY CHIROPRACTIC CENTER, on behalf<br>of himself and others similarly situated, | 01-8111 |
| Plaintiffs, | |
| v. | |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST, | |
| Defendant. | |

MOTE WELLNESS & REHAB, INC. on behalf
of itself and others similarly situated,                                      01-8549


    Plaintiffs,

v.

AMERICAN INTERNATIONAL INSURANCE COMPANY
and AMERICAN INTERNATIONAL SOUTH INSURANCE
COMPANY,

    Defendants.

---

### STIPULATION AND ORDER STAYING PROCEEDINGS
### IN CASE NOS. 01-6778, 01-6780, 01-6783,
### 01-8108, 01-8110, 01-8111, AND 01-8549

IT IS HEREBY STIPULATED AND AGREED this ___ day of June, 2002, by and between each of the plaintiffs and defendants in Case No. 01-6778, 01-6780, 01-6783, 01-8108, 01-8110, 01-8111, and 01-8549, by their respective attorneys, subject to the Court's approval, as follows:

WHEREAS Ultra Open MRI Corporation ("Ultra Open MRI") is a plaintiff in Nos. 01-6778 and 01-6780, Dr. Walter Afield ("Dr. Afield") is a plaintiff in No. 01-6778, Chiropractic Centre, Inc. ("Chiropractic Centre") is a plaintiff in No. 01-6783, Dr. Andrew Ellowitz ("Dr. Ellowitz") is a plaintiff in No. 01-8549, and Salvatore D. Larusso, D.C., d/b/a Family Chiropractic Center ("Dr. Larusso") is a plaintiff in Nos. 01-8108, 01-8110 and 01-8111 (Ultra Open MRI, Dr. Afield, Chiropractic Centre, Dr. Ellowitz, and Dr. Larusso being collectively referred to herein as the "Appellee Plaintiffs");

WHEREAS Prudential Property and Casualty Insurance Company ("PruPAC") is a defendant in No. 01-6778, Integon National Insurance Company and Integon General Insurance

4

Corporation (collectively, "Integon") are defendants in No. 01-6780, Metropolitan Casualty Insurance Company ("Metropolitan") is a defendant in No. 01-6783, Nationwide Mutual Insurance Company ("Nationwide") is a defendant in No. 01-8108, Florida Farm Bureau Casualty Insurance Company ("Florida Farm Bureau") is a defendant in No. 01-8110, Hartford Insurance Company of the MidWest ("Hartford") is a defendant in No. 01-8111, and American International Insurance Company ("AII") is a defendant in No. 01-8549 (PruPAC, Integon, Metropolitan, Nationwide, Florida Farm Bureau, Hartford, and AII being collectively referred to herein as the "Appealing Defendants");

WHEREAS the Appellee Plaintiffs and the Appealing Defendants are all of the parties in Case Nos. 01-6778, 01-6780, 01-6783, 01-8108, 01-8110, 01-8111, and 01-8549;

WHEREAS each Appealing Defendant has one or more pending motions to compel arbitration (the "Arbitration Motions") awaiting decision by the Court;

WHEREAS each Appealing Defendant filed one or more motions to stay proceedings (the "Stay Motions") pending a ruling from the Court on the Arbitration Motions, each of which such Stay Motions (except for AII's) the Court denied in part when it ordered all parties to participate in class certification discovery in its orders of May 13 and May 21, 2002 (Docket Entries 670 and 686 in Consolidated Case No. 00-6061-CIV-FERGUSON/SNOW) (the "May 13 and May 21 Orders");

WHEREAS each Appealing Defendant (except for AII) filed a notice of appeal of the May 13 and May 21 Orders to the United States Court of Appeals for the Eleventh Circuit;

WHEREAS Appealing Defendants contend that those appeals divest the Court of jurisdiction, and PruPAC, Integon, Metropolitan, Hartford, Florida Farm Bureau, and

Nationwide have each accordingly filed a motion to stay proceedings pending appeal;

WHEREAS upon resolution of those appeals, the Court will still have to rule on the Arbitration Motions, at which point Appealing Defendants would again have an immediate right of appeal of any adverse rulings, which would again, Appealing Defendants contend, divest the Court of jurisdiction;

WHEREAS the foregoing represents an inefficient use of the resources of the Court, of the Court of Appeals, and of the parties; and

WHEREAS the parties wish to preserve those scarce resources, simplify the procedural postures of their respective cases, and not delay adjudication of the Arbitration Motions.

NOW, THEREFORE, the Appellee Plaintiffs and the Appealing Defendants agree:

1. All proceedings in Case Nos. 01-6778, 01-6780, 01-6783, 01-8108, 01-8110, 01-8111, and 01-8549 (collectively, the "Stayed Cases") shall be stayed pending the appeals of the Court's Orders of May 13 and May 21, 2002.

2. Upon entry of this Stipulation and Order by the Court, the Appealing Defendants that have filed appeals shall withdraw their appeals.

3. Upon the withdrawal of those appeals, this stay of all proceedings in the Stayed Cases shall remain in effect until such time as the Court has issued orders ruling on the Arbitration Motions and any timely-filed appeals of those orders have been resolved; provided, however, that in order not to delay the Court's adjudication of the Arbitration Motions, this stay shall not prevent any Appellee Plaintiff or Appealing Defendant from filing timely objections to any Report and Recommendation addressing an Arbitration Motion or filing a timely response to another party's objections to such Report and Recommendation.

4.      While this stay is in effect, no discovery shall be taken in any of the Stayed Cases. No discovery taken in any proceeding not stayed by this Order shall be admissible in the Stayed Cases. The taking of such discovery in a proceeding not stayed by this Order shall neither (1) affect the right of a party to take the same or different discovery in a Stayed Case when this stay is lifted; nor (2) affect the admissibility of any discovery taken in a Stayed Case when this stay is lifted.

5.      Upon entry of this Stipulation and Order by the Court, the following motions filed by the Appealing Defendants are withdrawn as moot:

(a) PruPAC's Emergency Motion for Stay Pending Appeal (Docket Entry 692 in Consolidated Case No. 00-6061-CIV-Ferguson);

(b) PruPAC's Emergency Motion for Protective Order (Docket Entry 701 in Consolidated Case No. 00-6061-CIV-Ferguson);

(c) Hartford's Emergency Motion for Stay Pending Appeal (Docket Entry 710 in Consolidated Case No. 00-6061-CIV-Ferguson);

(d) Hartford's Emergency Motion for Reconsideration (Docket Entry 694 in Consolidated Case No. 00-6061-CIV-Ferguson);

(e) Hartford's Emergency Motion for Protective Order (Docket Entry 724 in Consolidated Case No. 00-6061-CIV-Ferguson);

(f) Integon's Emergency Motion for Stay Pending Appeal (Docket Entry 709 in Consolidated Case No. 00-6061-CIV-Ferguson);

(g) Integon's Emergency Motion for Reconsideration (Docket Entry 695 in Consolidated Case No. 00-6061-CIV-Ferguson);

(h) Integon's Emergency Motion for Protective Order (Docket Entry 722 in Consolidated Case No. 00-6061-CIV-Ferguson);

(i) Metropolitan's Emergency Motion for Stay Pending Appeal (Docket Entry 711 in Consolidated Case No. 00-6061-CIV-Ferguson);

(j) Metropolitan's Emergency Motion for Reconsideration (Docket Entry 696 in Consolidated Case No. 00-6061-CIV-Ferguson);

(k) Metropolitan's Emergency Motion for Protective Order (Docket Entry 723 in Consolidated Case No. 00-6061-CIV-Ferguson);

(l) Florida Farm Bureau's Emergency Motion for Protective Order (Docket Entry 729 in Consolidated Case No. 00-6061-CIV-Ferguson);

(m) Florida Farm Bureau's Emergency Motion for Stay Pending Appeal (Docket Entry 728 in Consolidated Case No. 00-6061-CIV-Ferguson);

(n) Nationwide's Motion for Stay Pending Appeal (Docket Entry 746 in Consolidated Case No. 00-6061-CIV-Ferguson);

(o) Nationwide's Motion for a Protective Order Regarding Class Plaintiffs' Consolidated Class Discovery Interrogatories to Insurance Company Defendants (Docket Entry 749 in Consolidated Case No. 00-6061-CIV-Ferguson);

(p) Nationwide's Motion for a Protective Order Regarding Notice of Taking Rule 30(b)(6) Depositions of Corporate Representatives on Class Discovery Issues (Docket Entry 747 in Consolidated Case No. 00-6061-CIV-Ferguson);

(q) Nationwide's Motion for a Protective Order Regarding Class Plaintiffs' Consolidated Class Discovery Request for Production of Documents (Docket Entry 750 in

8

Consolidated Case No. 00-6061-CIV-Ferguson);

(r) Nationwide's Motion for a Protective Order Regarding Class Plaintiffs' Consolidated Class Discovery Request for Admissions to Insurance Company Defendants (Docket Entry 748 in Consolidated Case No. 00-6061-CIV-Ferguson); and

(s) AII's Emergency Motion to Stay Proceedings and Emergency Motion for Protective Order (included in AII's Emergency Motion to Compel Arbitration, Docket Entry ___ in Consolidated Case No. 00-6061-CIV-Ferguson, which is not withdrawn and is pending).

AGREED TO:

_____
Eric Lee
LEE & AMTZIS, P.L.
Suite 150
350 N.W. 12th Ave.
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 Facsimile

Arthur S. Gold
GOLD & COULSON
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

Andrew Garcia
Carlin Phillips
PHILLIPS & GARCIA
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

_____
John D. Aldock
Michael K. Isenman
Lisa M. Harrison
SHEA & GARDNER
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036
(202) 828-2000
Fax (202) 828-2195

Kathy J. Maus
Lauren D. Levy
BUTLER BURNETTE PAPPAS
3520 Thomasville Road, Suite 102
Tallahassee, Florida 32308
(850) 894-4111
Fax (850) 894-4999

*Attorneys for Prudential Property and Casualty Insurance Company, Defendant in No. 01-6778.*

Larry Kopelman
Douglas Blankman
KOPELMAN & BLANKMAN, P.A
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

*Attorneys for Ultra Open MRI Corporation, Walter Afield, Chiropractic Centre, Inc., and Salvatore Larusso, D.C., Plaintiffs in Nos. 01-6778, 01-6780, 01-6783, 01-8108, 01-8110, 01-8111.*

Marcy Levine Aldrich
AKERMAN, SENTERFITT & EIDSON, P.A.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

*Attorneys for Integon National Insurance Company and Integon General Insurance Corporation (Defendants in No. 01-6780), Metropolitan Casualty Insurance Company, (Defendant in No. 01-6783), and Hartford Insurance Company of the Midwest (Defendant in No. 01-6783).*

10

*[signature]*

Greg Baldwin
Rebecca Sack
HOLLAND & KNIGHT, LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

*Attorneys for Florida Farm Bureau Casualty
Insurance Company, Defendant in No. 01-8110*

11

*Katherine C Lake*

Katherine C. Lake
FOWLER, WHITE, et al.
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

James C. Haggerty
SWARTZ CAMPBELL, DETWEILER
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

*Attorneys for Nationwide Mutual Insurance Company, Defendant in No. 01-8108*

*[signature: Dale Friedman]*

Dale L. Friedman
Brian P. Knight
CONROY, SIMBERG, GANON, KREVANS
& ABEL, P.A.
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile
*Attorneys for American International Insurance
Company, Defendant in No. 01-8549*

## ORDER

The foregoing stipulation is approved and so ordered this 31st day of June, July 2002.

*[signature]*

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Copies to:

All counsel of record

13

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the foregoing "Stipulation And Order Staying Proceedings in Case Nos. 01-6778, 01-6780, 01-6783, 01-8108, 01-8110, 01-8111, and 01-8549" to be served upon the counsel in the attached service list by U.S. Mail, postage prepaid, on June 21, 2002.

Michael K. Isenman

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 5/6/02)

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
elee@leeamlaw.com
Suite 150
350 N.W. 12th Ave.
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 Facsimile

**Counsel for:
Allstate, Fidelity and Casualty,
Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL, DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile