UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DR. PAUL ZIDEL, on behalf of himself and others similarly situated, | CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW |
| Plaintiffs, | |
| v. | |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| COMMUNITY CARE NETWORK, INC., doing business as CCN, | |
| Third-Party Defendant. | |

FILED by ___ D.C.
AUG 12 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| SALVATORE D. LARUSSO, D.C., d/b/a Family Chiropractic Center, on behalf of himself and others similarly situated, | 00-7692 |
| Plaintiffs, | |
| v. | |
| LIBERTY MUTUAL INSURANCE and COMMUNITY CARE NETWORK, INC., | |
| Defendants. | |

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated, | 01-6776 |
| Plaintiffs, | |
| v. | |
| PROGRESSIVE AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

831

FILED by _____ D.C.
AUG 12 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SALVATORE D. LARUSSO, D.C., d/b/a                      01-8110
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

    Plaintiffs,

v.

FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY,

    Defendant.

---

SALVATORE D. LARUSSO, D.C., d/b/a                      01-8111
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

    Plaintiffs,

v.

HARTFORD INSURANCE COMPANY OF THE MIDWEST,

    Defendant.

---

## OMNIBUS ORDER

**THIS CAUSE** is before the Court on the various motions. Having duly considered the motions and pertinent portions of the record, it is

**ORDERED AND ADJUDGED** as follows:

1. Ultra Open MRI Corporation's Motion for Class Certification [D.E.5] in Case No. 01-6776-Civ-Ferguson is **DISMISSED** as moot.

2. Defendant's Motion to Dismiss the Complaint [D.E.18] in Case No. 01-8110-Civ-Ferguson is **DENIED**. All of the allegations must be accepted as true for the purposes of testing the motion. <u>Madison v. Purdy</u>, 410 F.2d 99, 101 (5th Cir.1969). It cannot be said that no relief could be granted on any set of facts consistent with the allegations. <u>Conley v. Gibson</u>, 355 U.S. 41, 45-46 (1957).

3. Defendant CCN's Motion for Reconsideration [D.E.189] in Case No. 00-6061-Civ-Ferguson is **DISMISSED** as moot.

4. Defendant's Motion for Reconsideration [D.E.197] in Case No. 01-8111-Civ-Ferguson is **DENIED**.

5. Plaintiffs' Motion for Entry of Confidentiality Order [D.E.201] in Case No. 00-6061 is **GRANTED**. Confidentiality Order to be entered by separate order.

6. Defendant Allstate and Others' Motion for Clarification of Case Management and Scheduling Issues [D.E.219] in Case Nos. 00-6061, 00-7163, 01-6777 and 01-6779-Civ-Ferguson is **DISMISSED** as moot.

7. Defendant Allstate Insurance Company's Partially Unopposed Motion to Strike Plaintiff's Response to Allstate's Objections to the Magistrate Judge's Report and Recommendation or, in the Alternative, for Leave to File a Reply Brief [D.E.621] in Case No. 00-6061-Civ-Ferguson is **GRANTED**. Allstate may file a ten (10) page reply within ten (10) days from the date of this Order.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 12th day of August, 2002.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
all counsel of record