

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

August 09, 2002

RE: 02-12927-AA    David A. Napoli v. Allstate Ins. Co.
DC DKT NO.: 00-06061 CV-WDF

TO:   Clarence Maddox

CC:   David Bryan Shelton

CC:   Peter J. Valeta

CC:   William Wallace Deem

CC:   Gregory A. Baldwin

CC:   Kathy J. Maus

CC:   John D. Aldock

CC:   Michael K. Isenman

CC:   Lisa M. Harrison

CC:   Nancy A. Copperthwaite

CC:   Bryan Scott Gowdy

CC:   Rebecca A. Sack

CC:   Eric Lee

CC:   Arthur S. Gold

CC:   Andrew Garcia

CC:   Larry Kopelman

CC:   Douglas Blankman

CC:  Susan L. Lawson
CC:  Richard Bokor
CC:  Casey Fundaro
CC:  John M. Quaranta
CC:  Francis A. Anania
CC:  Donald A. Blackwell
CC:  Katherine C. Lake
CC:  James C. Haggerty
CC:  Robert K. Levenson
CC:  Mark S. Shapiro
CC:  Marcy Levine Aldrich
CC:  Jeffrey Lennard
CC:  Alan Jeffrey Nisberg
CC:  Dale Friedman
CC:  Brian P. Knight
CC:  Jan D. Atlas
CC:  Robin Corwin Campbell
CC:  Lori Jean Caldwell
CC:  Scott M. Sarason
CC:  William Xanttopoulos
CC:  Joseph A. DeMaria
CC:  Cornelius Thomas Tew, Jr.
CC:  Nina Kole Brown
CC:  Richard W. Wyner
CC:  Howard J. Roin
CC:  George Volsky
CC:  W. Curtis Caywood, IV
CC:  McGuire Woods
CC:  William E. Adams, Jr.
CC:  Lenore Cochran Smith

CC:  Administrative File

CC:  Administrative File

Case 0:00-cv-06061-WJZ    Document 832    Entered on FLSD Docket 08/14/2002    Page 3 of 5

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 02-12927-AA

ULTRA OPEN MRI CORPORATION, etc., et al.,

Plaintiffs-Appellees,

versus

PRUDENTIAL PROPERTY AND CASUALTY COMPANY, et al.,

Defendants-Appellants.

Appeal from the United States District Court for the
Southern District of Florida



ENTRY OF DISMISSAL

Pursuant to the appellants' motion for voluntary dismissal, Fed.R.App.P. 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed this 9th day of August, 2002.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Wendi Tilden
Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-50

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

August 09, 2002



Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 02-12927-AA    David A. Napoli v. Allstate Ins. Co.
DC DKT NO.: 00-06061 CV-WDF

The enclosed certified copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Wendi Tilden (404) 335-6170

Encl.

NOTE: The dismissals are as to <u>Prudential Property and Casualty Insurance Company, Florida Farm Bureau, Nationwide Mutual Insurance Company, Hartford Insurance Company of the Midwest, Integon National Insurance Company, and Integon General Insurance Corporation</u> and <u>Metropolitan Insurance Company.</u>

DIS-3 (8-2002)