

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

August 14, 2002

RE: 02-12927-AA    David A. Napoli v. Allstate Ins. Co.
DC DKT NO.: 00-06061 CV-WDF

TO:   Clarence Maddox

CC:   David Bryan Shelton

CC:   Peter J. Valeta

CC:   William Wallace Deem

CC:   Gregory A. Baldwin

CC:   Kathy J. Maus

CC:   John D. Aldock

CC:   Michael K. Isenman

CC:   Lisa M. Harrison

CC:   Nancy A. Copperthwaite

CC:   Bryan Scott Gowdy

CC:   Rebecca A. Sack

CC:   Eric Lee

CC:   Arthur S. Gold

CC:   Andrew Garcia

CC:   Larry Kopelman

CC:   Douglas Blankman



CC: Susan L. Lawson

CC: Richard Bokor

CC: Casey Fundaro

CC: John M. Quaranta

CC: Francis A. Anania

CC: Donald A. Blackwell

CC: Katherine C. Lake

CC: James C. Haggerty

CC: Robert K. Levenson

CC: Mark S. Shapiro

CC: Marcy Levine Aldrich

CC: Jeffrey Lennard

CC: Alan Jeffrey Nisberg

CC: Dale Friedman

CC: Brian P. Knight

CC: Jan D. Atlas

CC: Robin Corwin Campbell

CC: Lori Jean Caldwell

CC: Scott M. Sarason

CC: William Xanttopoulos

CC: Joseph A. DeMaria

CC: Cornelius Thomas Tew, Jr.

CC: Nina Kole Brown

CC: Richard W. Wyner

CC: Howard J. Roin

CC: George Volsky

CC: W. Curtis Caywood, IV

CC: McGuire Woods

CC: William E. Adams, Jr.

CC: Lenore Cochran Smith

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

August 14, 2002



Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 02-12927-AA    David A. Napoli v. Allstate Ins. Co.
DC DKT NO.: 00-06061 CV-WDF

The enclosed certified copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Wendi Tilden (404) 335-6170

Encl.

NOTE:  This dismissal applies to the appeal filed by Allstate Insurance Co. ONLY.

DIS-3 (8-2002)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

AUG 1 4 2002

THOMAS K. KAHN
CLERK

No. 02-12927-AA

00-6061-cv-WDF

PAUL ZIDEL, et al.,

Plaintiffs-Appellees,

versus

FILED by _____ D.C.

AUG 1 6 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ALLSTATE INSURANCE COMPANY,

Defendant-Appellant.

Appeal from the United States District Court for the
Southern District of Florida

ENTRY OF DISMISSAL

Pursuant to the appellant's motion for voluntary dismissal, Fed.R.App.P. 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed this 14th day of August, 2002.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Wendi Tilden
    Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-50