UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

    Third-Party Defendant.



---

SALVATORE D. LARUSSO, D.C., d/b/a        01-8111
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

    Plaintiffs,

v.

HARTFORD INSURANCE COMPANY OF THE MIDWEST,

    Defendant.

---

## O R D E R

    THIS CAUSE is before the Court on counsel Howard Roin's Motion to Withdraw as Counsel for defendant Hartford Insurance Company of the Midwest (DE 678), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

    ORDERED AND ADJUDGED that the motion is GRANTED. Howard Roin, Esquire, is hereby released from any further duties in this



cause and Marcy Aldrich, Esquire, is hereby released as local counsel for Mr. Roin.

DONE AND ORDERED at Fort Lauderdale, Florida, this _____ day of August, 2002.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LURANA S. SNOW
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Copies to:

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold
　　　　　　　　　　　　　　　　　　　　　　　　　　Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Marcy Aldrich, Esq. (D)

Howard Roin, Esq.