UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

    Third-Party Defendant.

_____

KEITH BRICKELL, D.C., individually          00-6649
and on behalf of himself and others
similarly situated,

    Plaintiffs,

v.

PROGRESSIVE EXPRESS INSURANCE COMPANY,
PROGRESSIVE CONSUMERS INSURANCE COMPANY,
PROGRESSIVE BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

    Defendants.

_____

## **O R D E R**

THIS CAUSE is before the Court on counsel William Xannttopoulos' Motion to Withdraw as Attorney for defendants Beach Street Corporation and ADP Integrated Medical Solutions, Inc. (DE



819), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that counsel's motion is GRANTED. William Xannttopoulos is hereby released from any further duties in this cause.

DONE AND ORDERED at Fort Lauderdale, Florida, this _____ day of August, 2002.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Richard Bokor, Esq. (P)
Francis Anania, Esq. (D - Progressive Express
　　　　　　　　　　　Progressive Consumers
　　　　　　　　　　　Progressive Bayside)
Cornelius Tew, Jr., Esq. (D - Beech Street Corp. and ADP)

William Xanttopoulos, Esq.