UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

    Third-Party Defendant.
_____

MARC J. BROWNER, D.C., individually    00-7163
and on behalf of himself and others
similarly situated,

    Plaintiffs,

v.

ALLSTATE INDEMNITY COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

    Defendants.
_____

ULTRA OPEN MRI CORPORATION, on behalf
of itself and others similarly situated,    01-6777

    Plaintiffs,
v.

DEERBROOK INSURANCE COMPANY,

    Defendant.



ULTRA OPEN MRI CORPORATION, on behalf    01-6779
of itself and others similarly situated,

   Plaintiffs,

v.

FIDELITY AND CASUALTY COMPANY OF NEW YORK and
THE CONTINENTAL INSURANCE COMPANY,

   Defendants.

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME FOR SERVING COMBINED REPLY MEMORANDUM IN SUPPORT OF THEIR MOTIONS TO COMPEL ARBITRATION/MOTIONS TO STAY AND TO INCREASE PAGE LIMITATION

This matter came on for consideration on the motion of Defendants, Allstate Indemnity Company (Case No. 00-7163-CIV-FERGUSON), Deerbrook Insurance Company (Case No. 01-6777-CIV-FERGUSON), Fidelity and Casualty Company of New York (Case No. 01-6779-CIV-FERGUSON) and Continental Insurance Company (Case No. 01-6779-CIV-FERGUSON) (all collectively referred to as the "Movants"), for an extension of time to serve their combined reply memorandum in support of their respective motions to compel arbitration/motions to stay pending arbitration and to increase page limitation.

Upon consideration of the matter, it is hereby ORDERED and ADJUDGED that Movants' Motion is GRANTED. Movants' combined reply memorandum shall be served by August 1, 2002. The length of Movants' combined reply memorandum is extended up to 20 pages.

DONE and ORDERED in chambers in Ft. Lauderdale, Florida, this 29th day of August, 2002.

                 _____
                 LURANA S. SNOW
Copies to:            UNITED STATES MAGISTRATE JUDGE
See Attached Service List

## SERVICE LIST

## CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

**Mark Broner, D.C., et al. v. Allstate Indemnity, et al.**     00-7163

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
David Shelton, Esq. (D - Allstate)
Peter Valeta, Esq. (D - Allstate)
Scott Sarason, Esq. (Local Counsel for Valeta)
Cornelius Tew, Jr., Esq. (D - Beech Street Corp. and ADP)

---

**Ultra Open MRI Corp., et. al. v. Deerbrook Insurance**     01-6777

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
David Shelton, Esq. (D)
Peter Valeta, Esq. (D)
Scott Sarason, Esq. (Local Counsel for Valeta)

---

**Ultra Open MRI Corp., et al. v. Fidelity, et al.**     01-6779

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold Lawson & Bokor)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
David Shelton, Esq. (D)
Peter Valeta, Esq. (D)
Scott Sarason, Esq. (Local Counsel for Valeta)