# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Consolidated Case No. 00-6061-CIV-FERGUSON/SNOW

| | | |
|---|---|---|
| DR. PAUL ZIDEL, on behalf of himself and other similarly situated, | § § § § | |
| Plaintiffs, | § § | Case No. 00-6061 |
| v. | § § | |
| ALLSTATE INSURANCE COMPANY, | § § | |
| Defendant/Third-Party Plaintiff, | § | |
| v. | § § | |
| CCN MANAGED CARE, INC., | § § | |
| Third-Party Defendant. | § § | |

| | | |
|---|---|---|
| MARC J. BROWNER, D.C., on behalf of himself and others similarly situated, | § § § | |
| Plaintiffs, | § § | Case No. 00-7163 |
| v. | § § | |
| ALLSTATE INDEMNITY COMPANY, BEECH STREET CORPORATION, and ADP INTEGRATED MEDICAL SOLUTIONS, INC. | § § § § § | |
| Defendants. | § § | |





SALVATORE D. LARUSSO, D.C., on §
behalf of himself and others similarly §
situated, §
§
       Plaintiffs, §               Case No. 00-7692
§
v. §
§
LIBERTY MUTUAL INSURANCE CO., §
§
       Defendant. §
_____§

ULTRA OPEN MRI CORPORATION, on §
behalf of itself and others similarly §
situated, §
§
       Plaintiffs, §               Case No. 01-6777
§
v. §
§
DEERBROOK INSURANCE COMPANY, §
§
       Defendant. §
_____§

ULTRA OPEN MRI CORPORATION, on §
behalf of itself and others similarly §
situated, §
§
       Plaintiffs, §               Case No. 01-6779
§
v. §
§
FIDELITY AND CASUALTY COMPANY §
OF NEW YORK and THE CONTINENTAL§
INSURANCE COMPANY, §
§
       Defendants. §
_____§

**Notice of Filing Stipulation to Stay**
**Case Nos. 00-6061, 00-7163, 00-7692, 01-6777 and 01-6779**

Third-party defendant, CCN Managed Care, Inc., files herewith the attached stipulation

to stay consolidated cases numbered 00-6061, 00-7163, 00-7692, 01-6777 and 01-6779.

MCGUIRE WOODS, LLP

By:_____
      William W. Deem
      3300 Bank of America Tower
      50 N. Laura Street
      Jacksonville, FL  32202
      (904) 798-3200
      (904) 798-3207 (facsimile)
      wdeem@mcguirewoods.com

Counsel for CCN Managed Care, Inc.

**Certificate of Service**

I certify that a copy of the foregoing was served by U. S. Mail on this $3$ day of

September, 2002, to all counsel on the attached service list.

_____
William W. Deem

156380.1

3

**MASTER SERVICE LIST**
**(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)**
(Amended 5/6/02)

### Co-Lead Counsel for Plaintiffs

LEE & AMTZIS, P.L.
Eric Lee, Esq.
elee@leeamlaw.com
350 N.W. 12th Avenue, Suite 150
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 (Facsimile)

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 (Facsimile)

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphilips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 (Facsimile)

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 (Facsimile)

### Co-Counsel for Plaintiffs

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 (Facsimile)

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 (Facsimile)

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 (Facsimile)

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, FL 32802-1873
(407) 872-7300
(407) 841-2133 (Facsimile)

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 (Facsimile)

### Counsel for Beech Street and ADP

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, FL 33131-4336
(305) 539-2495
(305) 536-1116 (Facsimile)

### Counsel for Progressive

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, FL 33131
(305) 373-4900
(305) 373-6914 (Facsimile)

### Counsel for CCN

MCGUIRE WOODS LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 (Facsimile)

### Counsel for Nationwide

FOWLER, WHITE
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 (Facsimile)

SWARTZ CAMPBELL
DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 (Facsimile)

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 (Facsimile)

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (Facsimile)

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (Facsimile)

**Counsel for Metropolitan**

SONNENSCHEIN, NATH &
ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934 (Facsimile)

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 (Facsimile)

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 (Facsimile)

SHEA & GARDNER
John D. Aldock, Esq.
jaldock@sheagardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Avenue, N.W.
Washington, DC 20036
(202) 828-2000
(202) 828-2195 (Facsimile)

**Counsel for American**
**International**

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Blvd., 2nd Floor
Holly wood, FL 33021
(954) 961-1400
(954) 967-8577 (Facsimile)

ATTACHMENT

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Consolidated Case No. 00-6061-CIV-FERGUSON/SNOW

| | | |
|---|---|---|
| DR. PAUL ZIDEL, on behalf of himself and other similarly situated, | § § § § | |
| Plaintiffs, | § § | Case No. 00-6061 |
| v. | § § | |
| ALLSTATE INSURANCE COMPANY, | § § | |
| Defendant/Third-Party Plaintiff, | § | |
| v. | § § | |
| CCN MANAGED CARE, INC., | § § | |
| Third-Party Defendant. | § § | |

| | | |
|---|---|---|
| MARC J. BROWNER, D.C., on behalf of himself and others similarly situated, | § § § | |
| Plaintiffs, | § § | Case No. 00-7163 |
| v. | § § | |
| ALLSTATE INDEMNITY COMPANY, BEECH STREET CORPORATION, and ADP INTEGRATED MEDICAL SOLUTIONS, INC. | § § § § § | |
| Defendants. | § § | |

SALVATORE D. LARUSSO, D.C., on §
behalf of himself and others similarly §
situated, §
      §
      Plaintiffs, §          Case No. 00-7692
      §
v. §
      §
LIBERTY MUTUAL INSURANCE CO., §
      §
      Defendant. §
_____§

ULTRA OPEN MRI CORPORATION, on §
behalf of itself and others similarly §
situated, §
      §
      Plaintiffs, §          Case No. 01-6777
      §
v. §
      §
DEERBROOK INSURANCE COMPANY, §
      §
      Defendant. §
_____§

ULTRA OPEN MRI CORPORATION, on §
behalf of itself and others similarly §
situated, §
      §
      Plaintiffs, §          Case No. 01-6779
      §
v. §
      §
FIDELITY AND CASUALTY COMPANY §
OF NEW YORK and THE CONTINENTAL§
INSURANCE COMPANY, §
      §
      Defendants. §
_____§

**Stipulation And Order Staying Proceedings**
**In Case Nos. 00-6061, 00-7163, 00-7692, 01-6777 and 01-6779**

IT IS HEREBY STIPULATED AND AGREED on this __3__ day of _SEPTEMBER_,
2002, by and between the parties in consolidated cases numbered 00-6061, 00-7163, 00-7692,
01-6777 and 01-6779, through their respective attorneys and subject to the Court's approval, as
follows:

WHEREAS in case no. 00-6061 the plaintiffs are Dr. Paul Zidel, individually and as
representative of a putative class, and the defendant is Allstate Insurance Company, and the
third-party defendant is CCN Managed Care, Inc.; and

WHEREAS in case no. 00-7163 the plaintiffs are Dr. Marc J. Browner, individually and
as representative of a putative class, and the defendants include Allstate Indemnity Company;
and

WHEREAS in case no. 00-7692 the plaintiffs are Dr. Salvatore Larusso, individually and
as representative of a putative class, and the defendant is Liberty Mutual Insurance Company;
and

WHEREAS in case no. 01-6777 the plaintiffs are Ultra Open MRI Corporation, on behalf
of itself individually and as representative of a putative class, and the defendant is Deerbrook
Insurance Company; and

WHEREAS in case no. 01-6779 the plaintiffs are Ultra Open MRI Corporation, on behalf
of itself individually and as representative of a putative class, and the defendants are Fidelity and
Casualty Company of New York and The Continental Insurance Company; and

WHEREAS the defendants and third-party defendant in the above-referenced cases have
motions to compel arbitration pending before the District Court; and

3

WHEREAS the defendants and the third-party defendant contend that the motions relating to arbitration should be resolved, including any appeal, before the cases proceed in any other respect; and

WHEREAS the parties hereto have stipulated and agreed that it will be costly and inefficient, both for the parties and in terms of judicial economy, if the parties are required to continue to litigate or appeal on the issue of whether the cases should be stayed pending resolution of the motions to compel arbitration; and

WHEREAS the plaintiffs are therefore willing to stipulate that the motions relating to arbitration should be resolved, including any appeal, before the cases proceed in any other respect; and

WHEREAS the parties to the other consolidated cases, with the exception of Brickell v. Progressive Express, et. al, case no. 00-6649 and Ultra Open MRI v. Progressive American, case no. 01-6776, have already so stipulated, which stipulations have been approved by this Court;

NOW, THEREFORE, the parties hereto, Dr. Paul Zidel individually and as representative of a putative class (hereinafter "Zidel"), Allstate Insurance Company (hereinafter "Allstate"), CCN Managed Care, Inc. (hereinafter "CCN"), Marc J. Browner individually and as representative of a putative class (hereinafter "Browner"), Allstate Indemnity Company (hereinafter "Allstate Indemnity"), Dr. Salvatore Larusso individually and as representative of a putative class (hereinafter "Larusso"), Liberty Mutual Insurance Company (hereinafter "Liberty Mutual"), Ultra Open MRI Corporation on behalf of itself individually and as representative of putative classes in case numbers 01-6777 and 01-6779 (hereinafter "Ultra Open MRI"), Deerbrook Insurance Company (hereinafter "Deerbrook"), Fidelity and Casualty Company of

New York (hereinafter "Fidelity") and The Continental Insurance Company (hereinafter "Continental"), hereby stipulate and agree as follows:

1.      All proceedings in case no. 00-6061 shall be stayed pending CCN's appeal of the District Court's Orders of May 13 and May 21, 2002 (docs. 670 and 686), which appeal is currently before the United States Court of Appeal for the Eleventh Circuit.

2.      Upon entry of this Stipulation and Order by the District Court, CCN shall withdraw its appeal of the Court's Orders of May 13 and May 21, 2002.

3.      Upon withdrawal of CCN's appeal, the stay of case no. 00-6061 shall remain in effect as set forth below.

4.      All proceedings in the cases numbered 00-6061 (subject to paragraphs 1 through 3 above), 00-7163, 00-7692, 01-6777 and 01-6779 shall be stayed pending resolution of the following motions in each individual case, including any appeal of a ruling thereon:

(a)      as to case 00-6061, CCN's Partially Unopposed Motion To Compel Arbitration (doc. no. 174), in which Allstate joined (doc. no.332) and which is currently before the District Court on objections by CCN (doc. no. 578) and Allstate (doc. no. 576) and Zidel (doc. no. 573) to the Magistrate's report and recommendation (doc. no.550).

(b)      as to case 00-7163, the motion to compel arbitration filed by Allstate Indemnity (doc. no. 759).

(c)      as to case 00-7692, (i) Liberty Mutual's Joinder in Defendant CCN's Motion to Compel Arbitration, filed June 24, 2002, and (ii) Liberty Mutual's Motion to Compel Arbitration on Additional Grounds, filed July 18, 2002.

(d)      as to case 01-6777, the motion to compel arbitration filed by Deerbrook (doc. no. 760).

(e)    as to case 01-6779, the motion to compel arbitration filed by Fidelity and Continental (doc. no. 761).

5.    While this stay is in effect, none of the parties shall take discovery in the stayed cases of the other parties or of any third parties.  No discovery taken in any other proceeding not stayed by this Stipulation and Order shall be admissible in the stayed actions.  The taking of discovery in a proceeding not stayed by this Stipulation and Order shall neither (i) affect the right of a party to take the same or different discovery in this case when this stay is lifted nor (ii) affect the admissibility of any discovery taken in this case when this stay is lifted.

6.    No proceedings in any other consolidated action not stayed by this Stipulation and Order, including orders on substantive or procedural motions, shall have force and effect in this action.

7.    Subject to the Court's approval of the parties' stipulation, the following pending motion is hereby withdrawn without prejudice:

(a)    Plaintiffs' motion to certify class as sanction for Allstate defendants' failure to appear for depositions in case numbers 00-6061, 00-7163 and 01-6777 (doc. no. 834)

8.    By reason of the parties' stipulation as set forth herein, and subject to the Court's approval hereof, the following pending motions will be rendered moot:

(a)    Liberty Mutual's Motion for Status Conference and/or for Entry of Revised Scheduling Order (filed 8/15/02)

(b)    Liberty Mutual's Motion to Stay Pending Resolution of Arbitration Proceedings (filed 6/28/02)

(c)    Liberty Mutual's Motion for Protective Order (filed 6/28/02)

(d)    Liberty Mutual's Partially Unopposed Motion to Stay Discovery (filed 3/1/02)

(e)    motion by Allstate and others to stay proceedings pending resolution of all arbitration issues and proceedings in case numbers 00-6061, 00-7163, 01-6777, and 01-6779 (doc. no. 731).

(f)    motion by Allstate and others for oral argument on motion to stay proceedings pending resolution of all arbitration issues and proceedings in case numbers 00-6061, 00-7163, 01-6777 and 01-6779 (doc. no. 733).

(g)    amended motion by Allstate and others to stay proceedings pending resolution of all arbitration issues and proceedings in case numbers 00-6061, 00-7163, 01-6777 and 01-6779 (doc. no. 736)

(h)    motion by Allstate and others for oral argument on amended motion to stay proceedings pending resolution of all arbitration issues and proceedings in case numbers 00-6061, 00-7163, 01-6777 and 01-6779 (doc. no. 733)

(i)    motion by Allstate and others for protective order as to discovery in case numbers 00-6061, 00-7163, 01-6777 and 01-6779 (doc. no. 742)

(j)    motion by Allstate and others for hearing on motion for protective order as to discovery in case numbers 00-6061, 00-7163, 01-6777 and 01-6779 (doc. no. 743)

(k)    motion by Allstate Indemnity for stay pending resolution of motion to compel arbitration in case number 00-7163 (doc. no. 764)

(l)    motion by Deerbrook for stay pending resolution of motion to compel arbitration in case number 00-6777 (doc. no. 765)

(m)    motion by Fidelity/Continental for stay pending resolution of motion to compel arbitration in case number 00-6779 (doc. no. 767)

(n)    motion by Allstate Indemnity for hearing on motion to stay pending resolution of motion to compel arbitration in case number 00-7163 (doc. no. 769)

(o)    motion by Deerbrook for hearing on motion to stay pending resolution of motion to compel arbitration in case number 00-6777 (doc. no. 766)

(p)    motion by Fidelity/Continental for hearing on motion to stay pending resolution of motion to compel arbitration in case number 00-6779 (doc. no. 768)

(q)    00-CIV-6061, 00-CIV-7163, 01-CIV-6777, 01-CIV-6779 motion by Allstate and others for protective order in case numbers (doc. no. 792)

(r)    motion by Allstate and others to set status conference or to enter revised scheduling order in case numbers 00-6061, 00-7163, 01-6777 and 01-6779 (doc. no. 830)

9.     Neither this stipulation nor the entry of an order approving it are intended to preclude any party from engaging in voluntary settlement or other discussions, or from engaging in the voluntary exchange of documents or information.

STIPULATED AND AGREED TO:

**Counsel for Zidel, Browner, Larusso**          **Counsel for Allstate, Allstate Indemnity,**
**and Ultra Open MRI:**                          **Deerbrook, Fidelity and Continental**

_____          _____
Eric Lee                                         David B. Shelton
LEE & AMTZIS, P.L.                               RUMBERGER, KIRK & CALDWELL
Suite 150                                        Post Office Box 1873
350 N.W. 12th Avenue                             Orlando, FL 32802
Deerfield Beach, FL  33442                       (407) 839-4511
(561) 981-9988                                   (407) 841-2133 (facsimile)
(561) 981-9980 (facsimile)


**Counsel for CCN:**                             **Counsel for Liberty Mutual:**

_____          _____
William W. Deem                                  Mark Shapiro
MCGUIRE WOODS LLP                                AKERMAN SENTERFITTT & EIDSON
3300 Bank of America Tower                       SunTrust International Center, 28th Floor
50 N. Laura Street                               One Southeast Third Avenue
Jacksonville, FL  32202                          Miami, FL 33131
(904) 798-3200                                   (305) 374-5600
(904) 798-3207 (facsimile)                       (305) 374-5095 (facsimile)
wdeem@mcguirewoods.com

8

9.     Neither this stipulation nor the entry of an order approving it are intended to preclude any party from engaging in voluntary settlement or other discussions, or from engaging in the voluntary exchange of documents or information.


STIPULATED AND AGREED TO:


**Counsel for Zidel, Browner, Larusso and Ultra Open MRI:**

Eric Lee
LEE & AMTZIS, P.L.
Suite 150
350 N.W. 12th Avenue
Deerfield Beach, FL  33442
(561) 981-9988
(561) 981-9980 (facsimile)

**Counsel for Allstate, Allstate Indemnity, Deerbrook, Fidelity and Continental**

David B. Shelton
RUMBERGER, KIRK & CALDWELL
Post Office Box 1873
Orlando, FL 32802
(407) 839-4511
(407) 841-2133 (facsimile)


**Counsel for CCN:**

William W. Deem
MCGUIRE WOODS LLP
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, FL  32202
(904) 798-3200
(904) 798-3207 (facsimile)
wdeem@mcguirewoods.com

**Counsel for Liberty Mutual:**

Mark Shapiro
AKERMAN SENTERFITT & EIDSON
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (facsimile)


8

STIPULATED AND AGREED TO:

**Counsel for Zidel, Browner, Larusso and Ultra Open MRI:**

_____
Eric Lee
LEE & AMTZIS, P.L.
Suite 150
350 N.W. 12th Avenue
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 (facsimile)

**Counsel for Allstate, Allstate Indemnity, Deerbrook, Fidelity and Continental**

_____ 8-30-02
David B. Shelton
RUMBERGER, KIRK & CALDWELL
Post Office Box 1873
Orlando, FL 32802
(407) 839-4511
(407) 841-2133 (facsimile)

**Counsel for CCN:**

_____
William W. Deem
MCGUIRE WOODS LLP
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 (facsimile)
wdeem@mcguirewoods.com

**Counsel for Liberty Mutual:**

_____
Mark Shapiro
AKERMAN SENTERFITTT & EIDSON
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (facsimile)

9

STIPULATED AND AGREED TO:

**Counsel for Zidel, Browner, Larusso
and Ultra Open MRI:**

**Counsel for Allstate, Allstate Indemnity,
Deerbrook, Fidelity and Continental**

_____

Eric Lee
LEE & AMTZIS, P.L.
Suite 150
350 N.W. 12th Avenue
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 (facsimile)

_____

David B. Shelton
RUMBERGER, KIRK & CALDWELL
Post Office Box 1873
Orlando, FL 32802
(407) 839-4511
(407) 841-2133 (facsimile)

**Counsel for CCN:**

**Counsel for Liberty Mutual:**

_____

William W. Deem
MCGUIRE WOODS LLP
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 (facsimile)
wdeem@mcguirewoods.com

_____

Mark Shapiro
AKERMAN SENTERFITTT & EIDSON
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (facsimile)

8

## ORDER APPROVING STIPULATION

This cause came before the Court on the stipulation set forth above, and the Court being fully advised and finding good cause for so doing, hereby approves the foregoing stipulation and stays all proceedings in consolidated cases 00-6061, 00-7163, 00-7692, 01-6777 and 01-6779 on the terms set forth above.

DONE AND ORDERED in chambers in Broward County, Florida, on this _____ day of _____, 2002.


_____
United States District Judge


Copies to all counsel of
record in consolidated litigation

\\COM\149126.1

9