

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Consolidated Case No. 00-6061-CIV-FERGUSON/SNOW

|  |  |  |
|---|---|---|
| DR. PAUL ZIDEL, on behalf of himself and other similarly situated, | § § § § | |
| Plaintiffs, | § § | Case No. 00-6061 |
| v. | § § | |
| ALLSTATE INSURANCE COMPANY, | § § | |
| Defendant/Third-Party Plaintiff, v. | § § § | |
| CCN MANAGED CARE, INC., | § § | |
| Third-Party Defendant. | § § | |



|  |  |  |
|---|---|---|
| MARC J. BROWNER, D.C., on behalf of himself and others similarly situated, | § § § | |
| Plaintiffs, | § § | Case No. 00-7163 |
| v. | § § § | |
| ALLSTATE INDEMNITY COMPANY, BEECH STREET CORPORATION, and ADP INTEGRATED MEDICAL SOLUTIONS, INC. | § § § § | |
| Defendants. | § § § | |



SALVATORE D. LARUSSO, D.C., on §
behalf of himself and others similarly §
situated, §
§
    Plaintiffs, §         Case No. 00-7692
§
v. §
§
LIBERTY MUTUAL INSURANCE CO., §
§
    Defendant. §
_____§

ULTRA OPEN MRI CORPORATION, on §
behalf of itself and others similarly §
situated, §
§
    Plaintiffs, §         Case No. 01-6777
§
v. §
§
DEERBROOK INSURANCE COMPANY, §
§
    Defendant. §
_____§

ULTRA OPEN MRI CORPORATION, on §
behalf of itself and others similarly §
situated, §
§
    Plaintiffs, §         Case No. 01-6779
§
v. §
§
FIDELITY AND CASUALTY COMPANY §
OF NEW YORK and THE CONTINENTAL§
INSURANCE COMPANY, §
§
    Defendants. §
_____§

**CCN's Unopposed Motion to Approve Stipulation and to
Stay case nos. 00-6061, 00-7163, 00-7692, 01-6777 and 01-6779**

Third-party defendant CCN Managed Care, Inc. ("CCN"), moves for the entry of an order approving the attached Stipulation and staying the consolidated cases numbered 00-6061, 00-7163, 00-7692, 01-6777 and 01-6779 according to the terms the Stipulation. This motion is not opposed by any of the parties -- plaintiffs or defendants -- in the cases to which it pertains. In support of the motion, CCN states:

1.      As set forth more particularly in the attached Stipulation, the parties have agreed that each of the above-styled cases should be stayed pending resolution of the various motions to compel arbitration that are at issue in each case, including any appeal from a ruling thereon.[1]  It is anticipated that proceedings related to the motions to compel arbitration would continue, but that all other efforts -- including merits discovery, class certification discovery, and class certification briefing -- would be stayed.

2.      The attached stipulation has been executed on behalf of all parties to the above-styled cases, including both plaintiffs and defendants, except for Beech Street Corporation and ADP Integrated Medical Solutions, Inc., who are two of the three defendants in case no. 00-7163.  Counsel for Beech Street Corporation and ADP Integrated Medical Solutions, Inc., Mr. John Quaranta of the Tew Cardenas law firm, has authorized the undersigned to state that those defendants do not oppose this motion.

3.      This Court has already approved a similar stipulation and stay on behalf of parties to other of the consolidated cases.

---

[1] The attached stipulation is a copy.  The original stipulation was filed concurrently herewith under cover of CCN's Notice of Filing Stipulation to Stay Case Nos. 00-6061, 00-7163, 00-7692, 01-6777 and 01-6779.

3

4.      Accordingly, for the reasons set forth more particularly in the attached Stipulation, CCN requests that the Court approve the stipulation and stay these proceedings according to the terms thereof.

5.      The parties' Stipulation is formatted such that there is a proposed order at the end. CCN has submitted another execution copy of the Stipulation along with this motion, for the Court's convenience should it elect to utilize the parties' requested form.

<strong>Memorandum of Law</strong>

This motion is submitted to the sound discretion of the District Court, to be exercised in accordance with Rule 1 of the Federal Rules of Civil Procedure.  As detailed in the attached Stipulation, it will be costly and inefficient, both for the parties and in terms of judicial economy at the trial and appellate levels, if the parties are required to continue to litigate or appeal on the issue of whether the cases should be stayed pending resolution of the motions to compel arbitration.  The entry of an order approving the attached Stipulation will allow these cases to proceed in a more efficient and orderly fashion, and CCN requests that the Court enter such an order.

Respectfully submitted,

McGUIRE WOODS, LLP

William W. Deem
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, FL  32202
(904) 798-3200
(904) 798-3207 (facsimile)
wdeem@mcguirewoods.com

Counsel for CCN

4

**Certificate of Service**

I certify that a copy of the foregoing was served by U. S. Mail on this 3 day of September, 2002, to all counsel on the attached service list.

_____
William W. Deem

156352.1

**MASTER SERVICE LIST**
**(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)**
(Amended 5/6/02)

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
elee@leeamlaw.com
350 N.W. 12th Avenue, Suite 150
Deerfield Beach, FL  33442
(561) 981-9988
(561) 981-9980 (Facsimile)

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 (Facsimile)

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphilips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 (Facsimile)

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 (Facsimile)

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 (Facsimile)

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 (Facsimile)

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL  33338-7420
(954) 462-2833
(954) 462-2835 (Facsimile)

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, FL  32802-1873
(407) 872-7300
(407) 841-2133 (Facsimile)

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 (Facsimile)

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, FL  33131-4336
(305) 539-2495
(305) 536-1116 (Facsimile)

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, FL 33131
(305) 373-4900
(305) 373-6914 (Facsimile)

**Counsel for CCN**

MCGUIRE WOODS LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, FL  32202
(904) 798-3200
(904) 798-3207 (Facsimile)

**Counsel for Nationwide**

FOWLER, WHITE
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 (Facsimile)

SWARTZ CAMPBELL
DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 (Facsimile)

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 (Facsimile)

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (Facsimile)

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (Facsimile)

**Counsel for Metropolitan**

SONNENSCHEIN, NATH &
ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934 (Facsimile)

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 (Facsimile)

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 (Facsimile)

SHEA & GARDNER
John D. Aldock, Esq.
jaldock@sheagardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Avenue, N.W.
Washington, DC 20036
(202) 828-2000
(202) 828-2195 (Facsimile)

**Counsel for American**
**International**

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Blvd., 2nd Floor
Holly wood, FL 33021
(954) 961-1400
(954) 967-8577 (Facsimile)

ATTACHMENT

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Consolidated Case No. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of          §
himself and other similarly           §
situated,                             §
                                      §
    Plaintiffs,   §          Case No. 00-6061
                                      §
v.                                    §
                                      §
ALLSTATE INSURANCE COMPANY,           §
                                      §
    Defendant/Third-Party Plaintiff,   §
v.                                    §
                                      §
CCN MANAGED CARE, INC.,               §
                                      §
    Third-Party Defendant.   §
_____       §

MARC J. BROWNER, D.C., on behalf of   §
himself and others similarly situated, §
                                      §
    Plaintiffs,   §          Case No. 00-7163
                                      §
v.                                    §
                                      §
ALLSTATE INDEMNITY COMPANY,           §
BEECH STREET CORPORATION, and         §
ADP INTEGRATED                        §
MEDICAL SOLUTIONS, INC.               §
                                      §
    Defendants.   §
_____       §

SALVATORE D. LARUSSO, D.C., on §
behalf of himself and others similarly §
situated, §
§
      Plaintiffs, §      Case No. 00-7692
§
v. §
§
LIBERTY MUTUAL INSURANCE CO., §
§
      Defendant. §
_____§

ULTRA OPEN MRI CORPORATION, on §
behalf of itself and others similarly §
situated, §
§
      Plaintiffs, §      Case No. 01-6777
§
v. §
§
DEERBROOK INSURANCE COMPANY, §
§
      Defendant. §
_____§

ULTRA OPEN MRI CORPORATION, on §
behalf of itself and others similarly §
situated, §
§
      Plaintiffs, §      Case No. 01-6779
§
v. §
§
FIDELITY AND CASUALTY COMPANY §
OF NEW YORK and THE CONTINENTAL§
INSURANCE COMPANY, §
§
      Defendants. §
_____§

**Stipulation And Order Staying Proceedings**
**In Case Nos. 00-6061, 00-7163, 00-7692, 01-6777 and 01-6779**

IT IS HEREBY STIPULATED AND AGREED on this **3** day of *SEPTEMBER*,
2002, by and between the parties in consolidated cases numbered 00-6061, 00-7163, 00-7692,
01-6777 and 01-6779, through their respective attorneys and subject to the Court's approval, as
follows:

WHEREAS in case no. 00-6061 the plaintiffs are Dr. Paul Zidel, individually and as
representative of a putative class, and the defendant is Allstate Insurance Company, and the
third-party defendant is CCN Managed Care, Inc.; and

WHEREAS in case no. 00-7163 the plaintiffs are Dr. Marc J. Browner, individually and
as representative of a putative class, and the defendants include Allstate Indemnity Company;
and

WHEREAS in case no. 00-7692 the plaintiffs are Dr. Salvatore Larusso, individually and
as representative of a putative class, and the defendant is Liberty Mutual Insurance Company;
and

WHEREAS in case no. 01-6777 the plaintiffs are Ultra Open MRI Corporation, on behalf
of itself individually and as representative of a putative class, and the defendant is Deerbrook
Insurance Company; and

WHEREAS in case no. 01-6779 the plaintiffs are Ultra Open MRI Corporation, on behalf
of itself individually and as representative of a putative class, and the defendants are Fidelity and
Casualty Company of New York and The Continental Insurance Company; and

WHEREAS the defendants and third-party defendant in the above-referenced cases have
motions to compel arbitration pending before the District Court; and

3

WHEREAS the defendants and the third-party defendant contend that the motions relating to arbitration should be resolved, including any appeal, before the cases proceed in any other respect; and

WHEREAS the parties hereto have stipulated and agreed that it will be costly and inefficient, both for the parties and in terms of judicial economy, if the parties are required to continue to litigate or appeal on the issue of whether the cases should be stayed pending resolution of the motions to compel arbitration; and

WHEREAS the plaintiffs are therefore willing to stipulate that the motions relating to arbitration should be resolved, including any appeal, before the cases proceed in any other respect; and

WHEREAS the parties to the other consolidated cases, with the exception of <u>Brickell v. Progressive Express, et. al</u>, case no. 00-6649 and <u>Ultra Open MRI v. Progressive American</u>, case no. 01-6776, have already so stipulated, which stipulations have been approved by this Court;

NOW, THEREFORE, the parties hereto, Dr. Paul Zidel individually and as representative of a putative class (hereinafter "Zidel"), Allstate Insurance Company (hereinafter "Allstate"), CCN Managed Care, Inc. (hereinafter "CCN"), Marc J. Browner individually and as representative of a putative class (hereinafter "Browner"), Allstate Indemnity Company (hereinafter "Allstate Indemnity"), Dr. Salvatore Larusso individually and as representative of a putative class (hereinafter "Larusso"), Liberty Mutual Insurance Company (hereinafter "Liberty Mutual"), Ultra Open MRI Corporation on behalf of itself individually and as representative of putative classes in case numbers 01-6777 and 01-6779 (hereinafter "Ultra Open MRI"), Deerbrook Insurance Company (hereinafter "Deerbrook"), Fidelity and Casualty Company of

4

New York (hereinafter "Fidelity") and The Continental Insurance Company (hereinafter "Continental"), hereby stipulate and agree as follows:

1.    All proceedings in case no. 00-6061 shall be stayed pending CCN's appeal of the District Court's Orders of May 13 and May 21, 2002 (docs. 670 and 686), which appeal is currently before the United States Court of Appeal for the Eleventh Circuit.

2.    Upon entry of this Stipulation and Order by the District Court, CCN shall withdraw its appeal of the Court's Orders of May 13 and May 21, 2002.

3.    Upon withdrawal of CCN's appeal, the stay of case no. 00-6061 shall remain in effect as set forth below.

4.    All proceedings in the cases numbered 00-6061 (subject to paragraphs 1 through 3 above), 00-7163, 00-7692, 01-6777 and 01-6779 shall be stayed pending resolution of the following motions in each individual case, including any appeal of a ruling thereon:

   (a)    as to case 00-6061, CCN's Partially Unopposed Motion To Compel Arbitration (doc. no. 174), in which Allstate joined (doc. no.332) and which is currently before the District Court on objections by CCN (doc. no. 578) and Allstate (doc. no. 576) and Zidel (doc. no. 573) to the Magistrate's report and recommendation (doc. no.550).

   (b)    as to case 00-7163, the motion to compel arbitration filed by Allstate Indemnity (doc. no. 759).

   (c)    as to case 00-7692, (i) Liberty Mutual's Joinder in Defendant CCN's Motion to Compel Arbitration, filed June 24, 2002, and (ii) Liberty Mutual's Motion to Compel Arbitration on Additional Grounds, filed July 18, 2002.

   (d)    as to case 01-6777, the motion to compel arbitration filed by Deerbrook (doc. no. 760).

(e)    as to case 01-6779, the motion to compel arbitration filed by Fidelity and Continental (doc. no. 761).

5.    While this stay is in effect, none of the parties shall take discovery in the stayed cases of the other parties or of any third parties.  No discovery taken in any other proceeding not stayed by this Stipulation and Order shall be admissible in the stayed actions.  The taking of discovery in a proceeding not stayed by this Stipulation and Order shall neither (i) affect the right of a party to take the same or different discovery in this case when this stay is lifted nor (ii) affect the admissibility of any discovery taken in this case when this stay is lifted.

6.    No proceedings in any other consolidated action not stayed by this Stipulation and Order, including orders on substantive or procedural motions, shall have force and effect in this action.

7.    Subject to the Court's approval of the parties' stipulation, the following pending motion is hereby withdrawn without prejudice:

(a)    Plaintiffs' motion to certify class as sanction for Allstate defendants' failure to appear for depositions in case numbers 00-6061, 00-7163 and 01-6777 (doc. no. 834)

8.    By reason of the parties' stipulation as set forth herein, and subject to the Court's approval hereof, the following pending motions will be rendered moot:

(a)    Liberty Mutual's Motion for Status Conference and/or for Entry of Revised Scheduling Order (filed 8/15/02)

(b)    Liberty Mutual's Motion to Stay Pending Resolution of Arbitration Proceedings (filed 6/28/02)

(c)    Liberty Mutual's Motion for Protective Order (filed 6/28/02)

(d)    Liberty Mutual's Partially Unopposed Motion to Stay Discovery (filed 3/1/02)

(e)     motion by Allstate and others to stay proceedings pending resolution of all arbitration issues and proceedings in case numbers 00-6061, 00-7163, 01-6777, and 01-6779 (doc. no. 731).

(f)     motion by Allstate and others for oral argument on motion to stay proceedings pending resolution of all arbitration issues and proceedings in case numbers 00-6061, 00-7163, 01-6777 and 01-6779 (doc. no. 733).

(g)     amended motion by Allstate and others to stay proceedings pending resolution of all arbitration issues and proceedings in case numbers 00-6061, 00-7163, 01-6777 and 01-6779 (doc. no. 736)

(h)     motion by Allstate and others for oral argument on amended motion to stay proceedings pending resolution of all arbitration issues and proceedings in case numbers 00-6061, 00-7163, 01-6777 and 01-6779 (doc. no. 733)

(i)     motion by Allstate and others for protective order as to discovery in case numbers 00-6061, 00-7163, 01-6777 and 01-6779 (doc. no. 742)

(j)     motion by Allstate and others for hearing on motion for protective order as to discovery in case numbers 00-6061, 00-7163, 01-6777 and 01-6779 (doc. no. 743)

(k)     motion by Allstate Indemnity for stay pending resolution of motion to compel arbitration in case number 00-7163 (doc. no. 764)

(l)     motion by Deerbrook for stay pending resolution of motion to compel arbitration in case number 00-6777 (doc. no. 765)

(m)     motion by Fidelity/Continental for stay pending resolution of motion to compel arbitration in case number 00-6779 (doc. no. 767)

(n)     motion by Allstate Indemnity for hearing on motion to stay pending resolution of motion to compel arbitration in case number 00-7163 (doc. no. 769)

(o)     motion by Deerbrook for hearing on motion to stay pending resolution of motion to compel arbitration in case number 00-6777 (doc. no. 766)

(p)     motion by Fidelity/Continental for hearing on motion to stay pending resolution of motion to compel arbitration in case number 00-6779 (doc. no. 768)

(q)     00-CIV-6061, 00-CIV-7163, 01-CIV-6777, 01-CIV-6779 motion by Allstate and others for protective order in case numbers (doc. no. 792)

(r)     motion by Allstate and others to set status conference or to enter revised scheduling order in case numbers 00-6061, 00-7163, 01-6777 and 01-6779 (doc. no. 830)

9.    Neither this stipulation nor the entry of an order approving it are intended to preclude any party from engaging in voluntary settlement or other discussions, or from engaging in the voluntary exchange of documents or information.

STIPULATED AND AGREED TO:

**Counsel for Zidel, Browner, Larusso and Ultra Open MRI:**

_____
Eric Lee
LEE & AMTZIS, P.L.
Suite 150
350 N.W. 12th Avenue
Deerfield Beach, FL  33442
(561) 981-9988
(561) 981-9980 (facsimile)

**Counsel for Allstate, Allstate Indemnity, Deerbrook, Fidelity and Continental**

_____
David B. Shelton
RUMBERGER, KIRK & CALDWELL
Post Office Box 1873
Orlando, FL 32802
(407) 839-4511
(407) 841-2133 (facsimile)

**Counsel for CCN:**

_____
William W. Deem
MCGUIRE WOODS LLP
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, FL  32202
(904) 798-3200
(904) 798-3207 (facsimile)
wdeem@mcguirewoods.com

**Counsel for Liberty Mutual:**

_____
Mark Shapiro
AKERMAN SENTERFITTT & EIDSON
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (facsimile)

9.    Neither this stipulation nor the entry of an order approving it are intended to preclude any party from engaging in voluntary settlement or other discussions, or from engaging in the voluntary exchange of documents or information.

STIPULATED AND AGREED TO:

Counsel for Zidel, Browner, Larusso and Ultra Open MRI:


Eric Lee
LEE & AMTZIS, P.L.
Suite 150
350 N.W. 12th Avenue
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 (facsimile)

Counsel for Allstate, Allstate Indemnity, Deerbrook, Fidelity and Continental


David B. Shelton
RUMBERGER, KIRK & CALDWELL
Post Office Box 1873
Orlando, FL 32802
(407) 839-4511
(407) 841-2133 (facsimile)

Counsel for CCN:


William W. Deem
MCGUIRE WOODS LLP
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 (facsimile)
wdeem@mcguirewoods.com

Counsel for Liberty Mutual:


Mark Shapiro
AKERMAN SENTERFITTT & EIDSON
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (facsimile)

STIPULATED AND AGREED TO:

**Counsel for Zidel, Browner, Larusso**
**and Ultra Open MRI:**

_____

Eric Lee
LEE & AMTZIS, P.L.
Suite 150
350 N.W. 12th Avenue
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 (facsimile)

**Counsel for Allstate, Allstate Indemnity,**
**Deerbrook, Fidelity and Continental**

_____  *8-30-02*

David B. Shelton
RUMBERGER, KIRK & CALDWELL
Post Office Box 1873
Orlando, FL 32802
(407) 839-4511
(407) 841-2133 (facsimile)

**Counsel for CCN:**

_____

William W. Deem
MCGUIRE WOODS LLP
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 (facsimile)
wdeem@mcguirewoods.com

**Counsel for Liberty Mutual:**

_____

Mark Shapiro
AKERMAN SENTERFITTT & EIDSON
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (facsimile)

9

STIPULATED AND AGREED TO:

**Counsel for Zidel, Browner, Larusso and Ultra Open MRI:**

**Counsel for Allstate, Allstate Indemnity, Deerbrook, Fidelity and Continental**

_____

Eric Lee
LEE & AMTZIS, P.L.
Suite 150
350 N.W. 12th Avenue
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 (facsimile)

_____

David B. Shelton
RUMBERGER, KIRK & CALDWELL
Post Office Box 1873
Orlando, FL 32802
(407) 839-4511
(407) 841-2133 (facsimile)

**Counsel for CCN:**

**Counsel for Liberty Mutual:**

_____

William W. Deem
MCGUIRE WOODS LLP
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 (facsimile)
wdcem@mcguirewoods.com

_____

Mark Shapiro
AKERMAN SENTERFITTT & EIDSON
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (facsimile)

## ORDER APPROVING STIPULATION

This cause came before the Court on the stipulation set forth above, and the Court being fully advised and finding good cause for so doing, hereby approves the foregoing stipulation and stays all proceedings in consolidated cases 00-6061, 00-7163, 00-7692, 01-6777 and 01-6779 on the terms set forth above.

DONE AND ORDERED in chambers in Broward County, Florida, on this _____ day of _____, 2002.

_____
United States District Judge

Copies to all counsel of
record in consolidated litigation

\\COM\149126.1

9