UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

    Third-Party Defendant.
_____

THE CHIROPRACTIC CENTRE, INC., on behalf    01-6782
of itself and others similarly situated,

    Plaintiffs,

v.

SUPERIOR INSURANCE COMPANY,

    Defendant.
_____    **ORDER**

    THIS CAUSE is before the Court on various motions filed by the defendant, which were referred to United States Magistrate Judge Lurana S. Snow. With the Court being advised it is hereby

    ORDERED AND ADJUDGED as follows:

    1.    Superior's Request for Oral Argument (Docket Entry 253) is DENIED.

    2.    The defendant's Motion to Strike Plaintiffs' Memorandum of Law (Docket Entry 346) is DENIED.

3. Superior's Motion for Leave to File a Memorandum of Law Explaining Supplemental Authority Supporting Superior's Motion to Dismiss (Docket Entry 652) is DENIED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 10 day of September, 2002.

*Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:    Attached 01-6782-Civ-Ferguson Service List

## SERVICE LIST

## CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

### Chiropractic Centre, Inc. v. Superior Insurance     01-6782

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold, Lawson and Fundaro)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Casey Fundaro, Esq (P)
Alan Nisberg, Esq. (D)