UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

    Third-Party Defendant.
_____/



DR. ANDREW ELLOWITZ, on behalf     01-8549
of himself and others similarly situated,

    Plaintiffs,

v.

AMERICAN INTERNATIONAL INSURANCE COMPANY and
AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,

    Defendants.
_____/

### ORDER

    THIS CAUSE is before the Court on the defendants' Motion to Dismiss and Alternative Motion for Summary Judgment (Docket Entry 570), which was referred to United States Magistrate Judge Lurana S. Snow. With the Court being fully advised it is hereby



ORDERED AND ADJUDGED that the motion is DENIED AS MOOT as to both requests in light of the Court's Order granting leave to amend the complaint.

DONE AND ORDERED at Fort Lauderdale, Florida, this 11th day of September, 2002.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:    Attached 01-8549-Civ-Ferguson Service List

**SERVICE LIST**

**CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW**

---

**Dr. Andrew Ellowitz, et al. v. American Int'l Ins., et al.**    01-8549

Eric Lee, Esq. (P)
Douglas Blackman, Esq. (P and Local Counsel for Phillips, Gold & Lawson)
Carlin Phillips, Esq. (P)
Arthur Gold, Esq. (P)
Susan Lawson, Esq. (P)
Dale Friedman, Esq. (D)