UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

        Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY
and COMMUNITY CARE NETWORK,
INC., d/b/a CNN,

        Defendants.
_____/



**CLASS PLAINTIFFS' MOTION TO REOPEN
CASE NUMBERS 00-6649, 00-6776, AND 01-6782
AND/OR FOR STATUS CONFERENCE**

PLEASE TAKE NOTICE that Class Plaintiffs DR. PAUL ZIDEL, KEITH BRICKELL, D.C., P.A., MARC J. BROWNER, D.C., SALVATORE D. LARUSSO, D.C., DR. ANDREW ELLOWITZ, ULTRA OPEN MRI CORPORATION ("UOMC"), DR. WALTER AFIELD, and THE CHIROPRACTIC CENTER, INC. ("TCCI") (collectively, "Class Plaintiffs") by their undersigned counsel, shall move this Court for the entry of an Order reopening Case Nos. 00-6649, 00-6776, and 01-6782 and/or to set a Status Conference relating to the September 30, 2002 Order Adopting Report and Recommendation and Administratively Closing Cases ("9/30/02 Order") to clarify the issues set forth below:

    1.    On September 30, 2002, this Court entered the 9/30/02 Order. The 9/30/02 Order indicates that it impacts the fifteen pending PPO cases which have been consolidated.

    2.    The 9/30/02 Order administratively closes all pending cases in light of certain of the parties' agreements to stay certain cases pending appeals of the arbitration issues.

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

3. This Court's Consolidation Order consolidated the cases for discovery purposes only.

4. On July 31, 2002, this Court entered an Order [D.E. 823] granting a Stipulation [D.E. 826] which agreed to stay all proceedings in Case Nos. 01-6778, 01-6780, 01-6783, 01-8108, 01-8110, 01-8111, and 01-8549.

5. On September 5, 2002 a similar Stipulation was filed wherein the parties agreed to stay Case Nos. 00-6061, 00-7163, 00-7692, 01-6777, and 01-6779 [D.E. 843].

6. The purpose of the foregoing Stipulations was to stay all issues in the cases in which the Defendants sought to compel arbitration.

7. In <u>Brickell v. Progressive Express, et al.</u>, Case No. 00-6649, <u>Ultra Open MRI Corporation v. Progressive American Insurance Company</u>, Case No. 00-6776, and <u>The Chiropractic Centre., Inc. v. Superior Insurance Company</u>, Case No. 01-6782, there is no agreement or Stipulation agreeing to stay those cases because there are no issues relating to arbitration of the claims in those cases.

8. In <u>The Chiropractic Centre, Inc. v. Superior Insurance Company</u>, Case No. 01-6782, on May 30, 2002, the parties filed a Joint Motion to remove the Superior case from the consolidated proceedings [D.E. 693] indicating that the parties believed that a settlement was likely and that TCCI needed certain discovery in order to verify information provided by SUPERIOR to perform due diligence on behalf of the class and to finalize the settlement. This Joint Motion remains pending and the Superior case should not be administratively closed pending the appeals.

9. In <u>Ultra Open MRI Corporation v. Progressive American Insurance Company</u>, Case No. 00-6776, UOMC's Amended Motion for Class Certification [D.E. 409] filed on

December 7, 2001 is pending, fully briefed and ready to be ruled upon by the Court. In addition, on September 19, 2002, UMOC filed its Motion for Partial Summary Judgment on the statutory issue this Court questioned at the last Status Conference [D.E. 849]. PROGRESSIVE AMERICAN's Response to the Motion for Partial Summary Judgment is not yet due and this Motion is not fully briefed. However, the Progressive American case should not be administratively closed pending the appeals.

10. Finally, the Progressive Express case should remain open and the pending Motions in that case should not be dismissed.

11. Since the foregoing issues remain pending in the three cases in which there is no Stipulation to stay the cases and since there are no arbitration issues pending in those cases, Class Plaintiffs respectfully request that Case Nos. 00-6649, 00-6776, and 01-6782 be reopened so that those cases can proceed and the Court can rule on the pending Motions.

12. If necessary, Class Plaintiffs request a Status Conference to further explain to the Court the status of all fifteen consolidated class actions.

WHEREFORE, Class Plaintiffs respectfully request that this Court enter an Order reopening Case Nos. 00-6649, 00-6776, and 01-6782, setting a Status Conference, if necessary, and awarding such other and further relief as this Court may deem just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail on October 2, 2002, upon: all individuals on the attached service list.

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

                Respectfully submitted,

                LEE & AMTZIS, P.L.
                Co-Counsel for Class Plaintiffs
                350 N.W. 12th Ave., Suite 150
                Deerfield Beach, FL 33442
                (561) 981-9988
                (561) 981-9980 Fax

                By: _____
                    ERIC LEE
                Florida Bar No. 961299

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 2510
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

Susan Lawson, Esq.
230 East Davis Boulevard
Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

Richard Bokor, Esq.
230 E. Davis Boulevard
Tampa, FL 33606
(813) 254-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
P.O. Box 7420
Fort Lauderdale, FL 33338-7420

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

5

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 5/6/02)

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
 . leeamlaw.com
Suite 150
350 N.W. 12th Ave.
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
 .  .  . .com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
 . .  . . .
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
 . . .  .aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 Facsimile

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305) 539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
 .  .  .
Donald A. Blackwell, Esq.
 . .
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
 . . .
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
jhaggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile