UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,
v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/



### NOTICE OF UNAVAILABILITY

PLEASE TAKE NOTICE that the undersigned counsel will be unavailable from November 18, 2002 through November 22, 2002 to attend mediation in New Zealand in <u>Corsta Yacht Charters v. Southern Spars</u>, Case No. 363-SD00, In The High Court of New Zealand, Auckland Registry, and respectfully requests that no trials, hearings, depositions, meetings, etc. be scheduled during this time period.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail on October 3, 2002 upon: all individuals on the attached service list.



LEE & AMTZIS, P.L.
Attorneys at Law

Respectfully submitted,

LEE & AMTZIS, P.L.
Co-Counsel for Class Plaintiffs
350 N.W. 12th Ave., Suite 150
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 Facsimile

By: _____
    ERIC LEE
    Florida Bar No. 961299

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 2510
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

<u>**MASTER SERVICE LIST**</u>
(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated 5/6/02)

CLERK OF COURT
299 East Broward Blvd., Room 108
Fort Lauderdale, FL 33301

GOLD & COULSON
Arthur S. Gold, Esq.
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603

PHILLIPS & GARCIA
Andrew Garcia, Esq.
Carlin Phillips, Esq.
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394

Susan L. Lawson, Esq.
230 East Davis Boulevard, Suite 200
Tampa, FL 33606

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
Post Office Box 1438
Tampa, FL 33601

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
230 East Davis Boulevard
Tampa, FL 33606

Casey Fundaro, Esq.
P.O. Box 7420
Fort Lauderdale, FL 33338-7420

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873

ROSS & HARDIES
Peter J. Valeta, Esq.
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
Greg Baldwin, Esq.
701 Brickell Avenue, Suite 3000
Miami, FL 33131

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
Donald A. Blackwell, Esq.
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131

MCGUIRE WOODS, LLP
William W. Deem, Esq.
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
8000 Sears Tower
Chicago, IL 60606

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607


BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
Lauren D. Levy, Esq.
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308

SHEA & GARDNER
John D. Aldock, Esq.
Michael Isenman, Esq.
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036



CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
Brian P. Knight, Esq.
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021