IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

| | |
|---|---|
| DR. PAUL ZIDEL, on behalf of himself and all others similarly situated, | CASE NO. 00-6061-CIV-FERGUSON/SNOW |
| Plaintiff, | |
| v. | |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| COMMUNITY CARE NETWORK, INC., d/b/a CCN, | |
| Third-Party Defendant. _____/ | |
| SALVATORE LARUSSO D.C. d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of himself and all others similarly situated, | CASE NO. 01-8110-CIV-FERGUSON/SNOW |
| Plaintiff, | |
| v. | |
| FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY, | |
| Defendant. _____/ | |

**NOTICE OF APPEAL**

Notice is given that Florida Farm Bureau Casualty Insurance Company ("Florida Farm Bureau"), pursuant to sections 16(a)(1)(A) and (B) of the Federal Arbitration Act, 9



U.S.C. §§ 16(a)(1)(A) and (B), appeals to the United States Court of Appeals for the Eleventh Circuit the Order Adopting Report and Recommendation and Administratively Closing Cases dated September 30, 2002 [DE #854, in Case No. 00-6061 and DE #40 in Case No. 01-8110], which denies Florida Farm Bureau's Motion to Compel Arbitration and to Dismiss or Stay Proceedings Pending Arbitration under 9 U.S.C. §§ 3 and 4. A copy of the order is attached to this notice.

Respectfully submitted,

HOLLAND & KNIGHT LLP
Counsel for Florida Farm Bureau
701 Brickell Avenue
Suite 3000
Miami, FL 33131
Tel. (305) 374-8500
Fax (305) 789-7799

By _____
Gregory Baldwin, FBN 527394
Lenore C. Smith, FBN 848743

## CERTIFICATE OF SERVICE

We certify that on October 7, 2002 we mailed a copy of this Notice of Appeal to all counsel named on the attached service list.

_____
Lenore C. Smith

MIA1 #1172333 v1

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated October 7, 2002)

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
elee@leeamlaw.com
Suite 150
350 N.W. 12th Avenue
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Lawrence M. Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 Facsimile

**Counsel for:**
**Allstate, Fidelity and Casualty, Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue
Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
jmq@tewlaw.com
(305) 539-2495
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
Hope Lester, Esq.
hlester@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

| **Counsel for Liberty Mutual** | **Counsel for Hartford** | **Counsel for American International** |
|---|---|---|
| AKERMAN, SENTERFITT et al.<br>Mark Shapiro, Esq.<br>mshapiro@akerman.com<br>SunTrust International Center<br>28th Floor<br>One Southeast Third Avenue<br>Miami, FL 33131<br>(305) 374-5600<br>(305) 374-5095 Facsimile | MAYER, BROWN & PLATT<br>Howard J. Roin, Esq.<br>hroin@mayerbrown.com<br>190 South LaSalle Street<br>Chicago, IL, 60603-3441<br>(312) 782-0600<br>(312) 701-7711 Facsimile | CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.<br>Dale L. Friedman, Esq.<br>dfriedman@csglaw.com<br>Brian P. Knight, Esq.<br>bknight@csglaw.com<br>3440 Hollywood Boulevard<br>Second Floor<br>Hollywood, FL 33021<br>(954) 961-1400<br>(954) 967-8577 Facsimile |
| **Counsel for:**<br>**Hartford, Metropolitan, Integon**<br><br>AKERMAN, SENTERFITT et al.<br>Marcy Levine Aldrich, Esq.<br>maldrich@akerman.com<br>SunTrust International Center<br>28th Floor<br>One Southeast Third Avenue<br>Miami, FL 33131<br>(305) 374-5600<br>(305) 374-5095 Facsimile | **Counsel for Superior**<br><br>BUTLER BURNETT PAPPAS<br>Alan J. Nisberg, Esq.<br>anisberg@bbplaw.com<br>Bayport Plaza<br>6200 Courtney Campbell Causeway<br>Suite 1100<br>Tampa, FL 33607<br>(813) 281-1900<br>(813) 281-0900 Facsimile | |
| AKERMAN, SENTERFITT et al.<br>Eric Greenwald, Esq.<br>egreenwald@akerman.com<br>SunTrust International Center<br>28th Floor<br>One Southeast Third Avenue<br>Miami, FL 33131<br>(305) 374-5600<br>(305) 374-5095 Facsimile | **Counsel for Prudential**<br><br>BUTLER BURNETT PAPPAS<br>Kathy J. Maus, Esq.<br>kmaus@bbplaw.com<br>3520 Thomasville Road, Suite 102<br>Tallahassee, FL 32308<br>(850) 894-4111<br>(850) 894-4999 Facsimile | |
| AKERMAN, SENTERFITT et al.<br>Nancy Cooperrthwaite, Esq.<br>ncooperthwaite@akerman.com<br>SunTrust International Center<br>28th Floor<br>One Southeast Third Avenue<br>Miami, FL 33131<br>(305) 374-5600<br>(305) 374-5095 Facsimile | BUTLER BURNETTE PAPPAS<br>Lauren D. Levy, Esq.<br>llevy@bbplaw.com<br>Alfred I. DuPont Building<br>169 East Flagler Street, Suite 1300<br>Miami, Florida 33131<br>(305) 416-9998<br>(305-416-6848-Facsimile | |
| **Counsel for Metropolitan**<br><br>SONNENSCHEIN, NATH & ROSENTHAL<br>Jeffrey P. Lennard, Esq.<br>jpl@sonnenschein.com<br>8000 Sears Tower<br>Chicago, IL 60606<br>(312) 876-8000<br>(312) 876-7934-Facsimile | SHEA & GARDNER<br>John D. Aldock, Esq.<br>jaldock@SheaGardner.com<br>Michael Isenman, Esq.<br>misenman@sheagardner.com<br>Lisa M. Harrison, Esq.<br>lharrison@sheagardner.com<br>1800 Massachusetts Ave., N.W.<br>Washington, D.C. 20036<br>(202) 828-2000<br>(202) 828-2195 Facsimile | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NOS.   00-6061; 00-6649; 00-7163; 00-7692; 01-6776;
01-6777; 01-6778; 01-6779; 01-6780; 01-6782; 01-6783;
01-8108;01-8110;01-8111;01-8549-CIV-FERGUSON

DR. PAUL ZIDEL, on behalf of himself
and others similarly situated,

    Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third Party Plaintiff,

vs.

COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

    Third-Party Defendant.
_____/



FILED by ___ D.C.

SEP 3 0 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER ADOPTING REPORT AND RECOMMENDATION AND ADMINISTRATIVELY CLOSING CASES

A motion filed by the defendant Hartford Insurance Company to compel arbitration, dismiss the amended complaint and stay discovery was referred to United States Magistrate Judge Lurana S. Snow for a report and recommendation.[1] After a hearing the Magistrate Judge issued a report which recommends that the motion to compel arbitration and the motion to dismiss be denied and

---

[1] This order impacts fifteen (15) cases which have been consolidated.

that the motion to stay discovery be found moot. Both parties have filed objections to parts of the report and recommendation. Hartford argues that the report is erroneous "because it is well-established that the Federal Arbitration Act (the "FAA") preempts state laws restricting the enforcement of arbitration agreements." Dr. Zidel contends that the Magistrate Judge's basis for recommending denial of arbitration-- that the arbitration clause is unconstitutional based on a Florida Supreme Court decision--falls short and that otherwise there would have been a duty to arbitrate, is erroneous.

The conclusion reached by the Magistrate Judge, that the motion to compel arbitration be denied, is adopted by this Court. Hartford's objection is **OVERRULED**. This Court agrees with the plaintiffs that the motion to compel arbitration should be denied for the additional reason that a contractual provision entered into between an insured and an insurance company cannot require arbitration of claims that are assigned to a healthcare provider where the insured is not required to arbitrate the same claim. For that reason the Plaintiffs' objection to the Report and Recommendation are **SUSTAINED**. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation is **ADOPTED** in part as the finding and conclusions of this Court. It is further

**ORDERED AND ADJUDGED** that these cases are administratively closed.[2] All other pending motions are dismissed without prejudice.

---

[2] The parties have a right to immediate appeal of this order denying arbitration and have informed the Court that they will appeal.

DONE AND ORDERED in chambers, at Ft. Lauderdale, Florida, this 30th day of September, 2002.

WILKIE D. FERGUSON, JR.
United States District Judge

cc: All Counsel of Record