UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DR. PAUL ZIDEL, on behalf of himself and
all others similarly situated,

    Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY and
COMMUNITY CARE NETWORK, INC.,
d/b/a CNN,

    Defendants.
_____/

Case No. 00-6061-CIV-FERGUSON



FILED by ___ D.C.

OCT 1 1 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING MOTION FOR STATUS CONFERENCE

**THIS CAUSE** is before the Court on Class Plaintiffs' Motion to Reopen Case Numbers 00-6649, 00-6776, and 01-6782 and/or for Status Conference [D.E. 859]. Having considered the motion and pertinent portions of the record, it is

**ORDERED AND ADJUDGED** that the motion [D.E. 859] is **GRANTED IN PART**. Accordingly,

**ALL CAUSES** consolidated under Case No. 00-6061 are hereby set for a status conference before the Honorable Wilkie D. Ferguson, Jr., at the United States District Court, 299 East Broward Boulevard, Suite 207A, Fort Lauderdale, Florida on **Tuesday, October 22, 2002 at 10:00 am.**

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 11th day of October, 2002.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE