UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR PAUL ZIDEL, on behalf of himself and
others similarly situated,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

    Third Party Defendant.

---

KEITH BRICKELL, D.C., individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.

PROGRESSIVE EXPRESS INSURANCE COMPANY, PROGRESSIVE CONSUMERS INSURANCE COMPANY, PROGRESSIVE BAYSIDE INSURANCE COMPANY, BEECH STREET CORPORATION, and ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

    Defendants.
                                                /

Case No. 00-6649

**PROGRESSIVE DEFENDANTS' RESPONSE TO
PLAINTIFFS' MOTION TO REOPEN**

The Defendants, PROGRESSIVE EXPRESS INSURANCE COMPANY, PROGRESSIVE CONSUMERS INSURANCE COMPANY and PROGRESSIVE BAYSIDE INSURANCE COMPANY (collectively "PROGRESSIVE Defendants"), hereby file their Response to Class Plaintiffs' Motion to Reopen Case Numbers 00-6649, 00-6776 and 01-6782, and state as follows:

On September 28, 2001, this Court entered an Omnibus Order on Pending Motions ("Omnibus Order"), which consolidated the fifteen (15) class actions which are jointly referred to as *Zidel v. Allstate,* and which are consolidated under Consolidated Case No. 00-6061. Prior to the entry of the Omnibus Order, Plaintiffs had strenuously and repeatedly sought consolidation, despite consistent objections and oppositions from all defendants, and for the last thirteen months, these cases have been consolidated.

On September 30, 2002, this Court entered an Order Adopting U.S. Magistrate Judge Lurana Snow's report and recommendation on Defendant Hartford Insurance Company's Motion to Compel Arbitration and, as a logical corollary to the Omnibus Order, administratively closed all fifteen (15) class action cases pending Hartford's certain appeal. In overruling Hartford's objections, the Court advised as follows in the text of its succinct order: "**these cases are administratively closed**. All other pending motions are dismissed without prejudice . . . . [t]he parties have a right to immediate appeal of this order denying arbitration and have informed the Court that they will appeal." *See* Order Adopting Report and Recommendation and Administratively Closing Cases, Page 2. (emphasis in original).

Plaintiffs have since filed a Motion to Reopen Case Nos. 00-6649, 00-6776 and 01-6782 and to set a Status Conference to **clarify** the issues set forth in the Court's Order. The PROGRESSIVE Defendants oppose Plaintiffs' Motion to Reopen on the grounds that the Court's recent Order requires no clarification and is in fact consistent with the consolidated status of these cases. Plaintiffs cannot eat their cake and have it too, by requesting in one motion that these matters deserve consolidation and consistent treatment, but then shifting their position when it acts to their prejudice.

Because of the complex, and inter-related legal issues raised by these class actions, and the potential that the discovery conducted in these three (3) individual cases would be duplicative of the discovery conducted in the remaining twelve (12) (after the appeals have run their course), the PROGRESSIVE Defendants submit that it will best serve the interests of judicial economy, and

Case No. 00-6061-CIV FERGUSON
Page 3

ultimately, all parties, if the Court's September 30, 2002 Order administratively closing all fifteen (15) cases remains in force.

For each of the foregoing reasons, Defendants PROGRESSIVE EXPRESS INSURANCE COMPANY, PROGRESSIVE CONSUMERS INSURANCE COMPANY, and PROGRESSIVE BAYSIDE INSURANCE COMPANY, respectfully request that this Court deny Class Plaintiff's Motion to Reopen.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent by first class mail to all counsel on the attached service list this 15th day of October, 2002.

ANANIA, BANDKLAYDER, BLACKWELL,
BAUMGARTEN, TORRICELLA & STEIN
Attorneys for PROGRESSIVE Defendants
Bank of America Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900 - Telephone
(305) 373-6914 - Facsimile

By: _____
Francis A. Anania
Florida Bar No. 160256
fanania@anania-law.com
Donald A. Blackwell
dblackwell@anania-law.com
Florida Bar No. 370967
Ana M. Alexander
aalexander@anania-law.com
Florida Bar No. 872490

## MASTER SERVICE LIST
### Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW
(Updated 5/6/02)

**Co-Lead Counsel for Plaintiffs**

Eric Lee, Esq.
LEE & AMTZIS, P.L.
350 N.W. 12th Avenue
Suite 150
Deerfield Beach, Florida 33442

Arthur S. Gold, Esq.
GOLD & COULSON
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603

Andrew Garcia, Esq.
Carlin Phillips, Esq.
PHILLIPS & GARCIA
13 Ventura Drive
North Darthmouth, MA 02747

Larry Kopelman, Esq.
Doulgas Blankman, Esq.
KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
One Financial Plaza, Suite 1611
Fort Lauderdale, Florida 33394

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
230 East Davis Boulevard, Suite 200
Tampa, FL 33606

Richard Bokor, Esq.
RICHARD BOKOR, P.A.
230 East Davis Boulevard
Tampa, FL 33606

Casey Fundaro, Esq.
P.O. Box 7420
Fort Lauderdale, FL 33338-7420

**Counsel for Allstate, Fidelity and Casualty, Continental, Deerbrook**

David B. Shelton, Esq.
RUMBERGER, KIRK & CALDWELL
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, FL 32802-1873

Peter J. Valeta, Esq.
ROSS & HARDIES
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601

**Counsel for Beech Street and ADP**

John M. Quaranta, Esq.
TEW, CARDENAS, et al.
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336

**Counsel for Progressive**

Francis Anania, Esq.
Donald A. Blackwell, Esq.
ANANIA, BANDKLAYDER, et al.
Bank of America, Suite 4300
100 S.E. Second Street
Miami, Florida 33131

**Counsel for CCN**

William W. Deem, Esq.
MCGUIRE WOODS, LLP
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, FL 32202

**Counsel for Nationwide**

Katherine C. Lake, Esq.
FOWLER, WHITE, et al.
Post Office Box 1438
Tampa, FL 33601

James C. Haggerty, Esq.
SWARTZ, CAMPBELL & DETWEILER
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316

**Counsel for Florida Farm Bureau**

Gregory A. Baldwin, Esq.
Robert K. Levenson, Esq.
HOLLAND & KNIGHT, LLP
701 Brickell Avenue, Suite 3000
Miami, Florida 33131

**Counsel for Liberty Mutual**

Mark Shapiro, Esq.
AKERMAN, SENTERFITT, et al.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131

**Counsel for Hartford, Metropolitan, Integon**

Marcy Levine Aldrich, Esq.
AKERMAN, SENTERFITT, et al
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131

**Counsel for Metropolitan**

Jeffrey P. Lennard, Esq.
SONNENSCHEIN, NATH & ROSENTHAL
8000 Sears Tower
Chicago, IL 60606

**Counsel for Hartford**

Howard J. Roin, Esq.
MAYER, BROWN & PLATT
190 South LaSalle Street
Chicago, IL 60603-3441

**Counsel for Prudential**

Kathy J. Maus, Esq.
Lauren D. Levy, Esq.
BUTLER BURNETTE PAPPAS
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308-3469

John D. Aldock, Esq.
Michael Isenman, Esq.
SHEA & GARDNER
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

**Counsel for Superior**

Alan J. Nisberg, Esq.
BUTLER BURNETTE PAPPAS
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607

**Counsel for American International**

Dale L. Friedman, Esq.
Brian P. Knight, Esq.
CONROY, SIMBERG, GANNON, KREVANS & ABEL, P.A.
3440 Hollywood Boulevard, 2nd Floor
Hollywood, FL 33021