IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 00-CIV-6061-FERGUSON/SNOW
(Consolidated)

| | |
|---|---|
| DR. PAUL ZIDEL, and all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br>    Defendant / Third-Party Plaintiff,<br><br>v.<br><br>COMMUNITY CARE NETWORK, INC.,<br>d/b/a CCN,<br>    Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

UNOPPOSED MOTION OF DEFENDANTS ALLSTATE INDEMNITY COMPANY,
DEERBROOK INSURANCE COMPANY, FIDELITY AND CASUALTY
COMPANY OF NEW YORK AND CONTINENTAL INSURANCE COMPANY
FOR EXTENSION OF TIME TO FILE RESPONSES TO
PLAINTIFFS' OBJECTIONS TO MAGISTRATE JUDGE'S
THREE REPORTS AND RECOMMENDATIONS (DE# 855, 856, 857)

Defendants, Allstate Indemnity Company (Case No. 00-7163-CIV-FERGUSON), Deerbrook Insurance Company (Case No. 01-6777-CIV-FERGUSON), Fidelity and Casualty Company of New York (Case No. 01-6779-CIV-FERGUSON) and Continental Insurance Company (Case No. 01-6779-CIV-FERGUSON) (collectively "Movants"), by and through their undersigned counsel, move this Court for an extension of time to serve their responses to Plaintiffs' Objections to the Magistrate Judge's three reports and recommendations (DE# 855, 856, 857). In support hereof, Movants state as follows:

    1.    Movants have filed three separate motions seeking to compel arbitration and to stay

1

their respective lawsuits pending arbitration.

2.  On September 30, 2002, the Magistrate Judge entered three reports in which she recommended that the Movants' motions to compel arbitration be granted (DE# 855, 856, 857).

3.  On September 30, 2002, the District Judge entered an order in which he denied Hartford's motion to compel arbitration, dismissed all other pending motions without prejudice, and administratively closed the case (DE# 854).

4.  On October 9, 2002, Movants filed a motion for rehearing of the District Court's September 30, 2002 order (DE# 862).

5.  On October 7, 2002, Plaintiffs served their respective objections to the three reports.

6.  On October 11, 2002, the District Court ordered that a status conference be held on October 22, 2002. At such hearing, Movants' argued their motion for rehearing, and the parties discussed the status of various filings related to arbitration. The District Court indicated that additional orders would be forthcoming by the end of the week.

7.  Movants' responses to Plaintiffs' objections are currently due to be served today.

8.  Movants seek an extension of time so they can receive the additional orders expected from the District Court and determine the status of these matters before deciding what responses, if any, should be filed in opposition to Plaintiffs' objections.

9.  The District Court's September 30, 2002 order administratively closed the case, causing confusion and doubt as to whether the objections and responses thereto were or could possibly be filed, so Movants are requesting this extension out of an abundance of caution.

10. Undersigned counsel has conferred with counsel for Plaintiffs, Larry Kopelman, who advises that he has no objection to this extension.

11. This extension is not requested for purposes of delay and no party will be prejudiced.

WHEREFORE, Defendants, Allstate Indemnity Company, Deerbrook Insurance Company, Fidelity and Casualty Company of New York and Continental Insurance Company respectfully request that this Court enter an Order extending time to serve their responses to Plaintiffs' Objections to the Magistrate Judge's three reports and recommendations (DE# 855, 856, 857).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to counsel on the attached service list this 24th day of October, 2002.

PETER J. VALETA  
Florida Bar No. 327557  
ROSS & HARDIES  
150 North Michigan Ave., Suite 2500  
Chicago, Illinois 60601  
Telephone: (312) 750-3619  
Telecopier: (312) 750-8600  
Attorneys for Allstate Indemnity, Fidelity and Casualty, Continental, Deerbrook  
676049

DAVID B. SHELTON  
Florida Bar No. 0710539  
Rumberger, Kirk & Caldwell  
P.O. Box 1873  
Orlando, Florida 32802  
Telephone: (407) 839-4511  
Telecopier: (407) 841-2133  
Attorneys for Allstate Indemnity, Fidelity and Casualty, Continental, Deerbrook

## SERVICE LIST

**Co-Lead Counsel for Plaintiffs**

Eric Lee, Esquire
LEE & AMTZIS, P.L.
Suite 150
350 N.W. 12th Avenue
Deerfield Beach, FL 33442

Arthur S. Gold, Esquire
GOLD & COULSON
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603

Andrew Garcia, Esquire
Carlin Phillips, Esquire
PHILLIPS & GARCIA
13 Ventura Drive
North Dartmouth, MA 02747

Larry Kopelman, Esquire
Douglas Blankman, Esquire
KOPELMAN & BLANKMAN, P.A
Bank of America Tower
One Financial Plaza, Suite 2510
Fort Lauderdale, FL 33394

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esquire
230 East Davis Boulevard, Suite 200
Tampa, FL 33606

Richard Bokor, Esquire
RICHARD BOKOR, P.A.
230 East Davis Boulevard
Tampa, FL 33606

Casey Fundaro, Esquire
P.O. Box 7420
Fort Lauderdale, FL 33338-7420

**Counsel for Beech Street and ADP**

John M. Quaranta, Esquire
TEW, CARDENAS, et al.
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336

**Counsel for Progressive**

Francis Anania, Esquire
Donald A. Blackwell, Esquire
ANANIA, BANDKLAYDER, et al.
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131

**Counsel for CCN**

William W. Deem, Esquire
MCGUIRE WOODS, LLP
3300 Bank of America Center
50 N. Laura Street
Jacksonville, FL 32202-4099

**Counsel for Nationwide**

Katherine C. Lake, Esquire
FOWLER, WHITE, et al.
Post Office Box 1438
Tampa, FL 33601

James C. Haggerty, Esquire
SWARTZ CAMPBELL DETWEILER
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316

**Counsel for Florida Farm Bureau**

Robert K. Levenson, Esquire
Greg Baldwin, Esquire
HOLLAND & KNIGHT, LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131

**Counsel for Liberty Mutual**

Mark Shapiro, Esquire
AKERMAN, SENTERFITT et al.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131

**Counsel for Hartford, Metropolitan, Integon**

Marcy Levine Aldrich, Esquire
AKERMAN, SENTERFITT et al.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131

**Counsel for Metropolitan**

Jeffrey P. Lennard, Esquire
SONNENSCHEIN, NATH & ROSENTHAL
8000 Sears Tower
Chicago, IL 60606

**Counsel for Superior**

Alan J. Nisberg, Esquire
BUTLER BURNETT PAPPAS
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607

**Counsel for Prudential**

John D. Aldock, Esquire
Michael Isenman, Esquire
SHEA & GARDNER
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Kathy J. Maus, Esquire
Lauren D. Levy, Esquire
BUTLER BURNETTE PAPPAS
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308-3469

**Counsel for American International**

Dale L. Friedman, Esquire
Brian P. Knight, Esquire
CONROY, SIMBERG, GANNON,
KREVANS & ABEL, P.A.
3440 Hollywood Blvd., 2nd Floor
Hollywood, FL 33021