UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE WILKIE D. FERGUSON, JR.

CIVIL MINUTES

FILED by _____ D.C.
OCT 25 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1. Case No. 00-6061   Date: 10/22/02
2. Style: Dr Paul Zidel v Progressive, et al
3. Plaintiff's Counsel: see transcript
4. Defendant's Counsel: see transcript
5. Type of Proceeding: Status Conference
6. Result of hearing:   Motion Granted ☐   Motion Denied ☐
7. Case Continued to: _____ Trial Set for _____
8. Does the case require mediation? _____

Notes: Motions to Compel Arbitration will be ruled upon.

Law Clerk: Connie Merriett

Courtroom Deputy: Karen Gardner

Courtroom Reporter: Carleen Horenkamp   Telephone: (954) 769-5475

878