UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

    Third-Party Defendant.



FILED by ad D.C.

OCT 28 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

---

KEITH BRICKELL, D.C., individually
and on behalf of himself and others
similarly situated,

    Plaintiffs,

v.

PROGRESSIVE EXPRESS INSURANCE COMPANY,
PROGRESSIVE CONSUMERS INSURANCE COMPANY,
PROGRESSIVE BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

    Defendants.

00-6649



| | |
|---|---|
| MARC J. BROWNER, D.C., individually<br>and on behalf of himself and others<br>similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>ALLSTATE INDEMNITY COMPANY,<br>BEECH STREET CORPORATION, and<br>ADP INTEGRATED MEDICAL SOLUTIONS, INC.,<br><br>      Defendants. | 00-7163 |
| SALVATORE D. LARUSSO, D.C., d/b/a<br>Family Chiropractic Center, on behalf<br>of himself and others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br>LIBERTY MUTUAL INSURANCE and<br>COMMUNITY CARE NETWORK, INC.,<br><br>      Defendants. | 00-7692 |
| ULTRA OPEN MRI CORPORATION, on behalf<br>of itself and others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>PROGRESSIVE AMERICAN INSURANCE COMPANY,<br>      Defendant. | 01-6776 |

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated, | 01-6777 |

       Plaintiffs,

v.

DEERBROOK INSURANCE COMPANY,

       Defendant.

_____

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated, | 01-6778 |

       Plaintiffs,

v.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

       Defendant.

_____

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated, | 01-6779 |

       Plaintiffs,

v.

FIDELITY AND CASUALTY COMPANY OF NEW YORK and
THE CONTINENTAL INSURANCE COMPANY,

       Defendants.

_____

|  |  |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated,<br><br>       Plaintiffs,<br>v.<br><br>INTEGON NATIONAL INSURANCE COMPANY and INTEGON GENERAL INSURANCE COMPANY,<br><br>       Defendants. | 01-6780 |
| CHIROPRACTIC CENTRE, INC., on behalf of itself and others similarly situated,<br><br>       Plaintiffs,<br>v.<br><br>SUPERIOR INSURANCE COMPANY,<br><br>       Defendants. | 01-6782 |
| CHIROPRACTIC CENTRE, INC., on behalf of itself and others similarly situated,<br><br>       Plaintiffs,<br>v.<br><br>METROPOLITAN CASUALTY INSURANCE COMPANY,<br><br>       Defendant. | 01-6783 |

| | |
|---|---|
| SALVATORE D. LARUSSO, D.C., d/b/a<br>Family Chiropractic Center, on behalf<br>of himself and others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA,<br><br>      Defendant. | 01-8108 |

| | |
|---|---|
| SALVATORE D. LARUSSO, D.C., d/b/a<br>FAMILY CHIROPRACTIC CENTER, on behalf<br>of himself and others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY,<br><br>      Defendant. | 01-8110 |

| | |
|---|---|
| SALVATORE D. LARUSSO, D.C., d/b/a<br>FAMILY CHIROPRACTIC CENTER, on behalf<br>of himself and others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST,<br><br>        Defendant. | 01-8111 |

FILED by _____ D.C.

OCT 2 8 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| DR. ANDREW ELLOWITZ, et al., on behalf<br>of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL INSURANCE COMPANY, and<br>AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,<br><br>        Defendants. | 01-8549 |

## ORDER VACATING ORDER ADMINISTRATIVELY CLOSED CASES

**THIS CAUSE** is before the Court on the parties' <u>ore tenus</u> motions to reopen certain cases which were administratively closed pending appellate court disposition of appeals from orders denying motions to compel arbitration. Having considered the motions and pertinent portions of the record, it is

        **ORDERED AND ADJUDGED** that the following cases, which were administratively closed by an ordered entered in Consolidated Case No. 00-6061-CIV-FERGUSON

are reopened for the limited purpose of ruling on pending motions. The Clerk is directed to reopen docket entries 174, 225, 402, 610, 698, 745, 757, 759, 760, 761, 807, 10 (01-6778), 15 (01-6780), 17 (01-6783), and 24 (01-8110).

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 28th day of October, 2002.

TIME  11:55 a.m.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
See service list.