UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

        Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY.



## ORDER APPROVING STIPULATION

**THIS CAUSE** came before the Court on the stipulation set forth above, and the Court being fully advised and finding good cause for so doing, hereby approves the foregoing stipulation and stays all proceedings in consolidated cases 00-6061, 00-7692, 01-6777 and 01-6779 on the terms set forth above. Accordingly, it is

**ORDERED AND ADJUDGED** that [D.E. 844] is **GRANTED** and the above stipulation noticed in [D.E. 843] is **APPROVED**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 28th day of October, 2002.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
See service list.

