UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY.



## ORDER STAYING CASE

**THIS CAUSE** came before the Court on the parties' stipulation [D.E. 844], and the Court being fully advised and finding good cause for so doing, hereby stays all proceedings in consolidated case 00-7163 on the terms set forth in the parties' stipulation [D.E. 843]. Accordingly, it is

**ORDERED AND ADJUDGED** that Case No. 00-7163 is **STAYED** pursuant to this Courts Order entered on October 28, 2002 [D.E. 882].

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 30th day of October, 2002.

                                                                           WILKIE D. FERGUSON, JR.
                                                                          UNITED STATES DISTRICT JUDGE

copies provided:
See service list.