FILING FEE
PAID 105
In Forma Pauperis
52684
Clarence Maddox, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 00-CIV-6061-FERGUSON/SNOW
(Consolidated)

DR. PAUL ZIDEL, and all others similarly )
situated, )
    Plaintiffs, )
 )
v. )
 )
ALLSTATE INSURANCE COMPANY, )
    Defendant / Third-Party Plaintiff, )
 )
v. )
 )
COMMUNITY CARE NETWORK, INC., )
d/b/a CCN, )
    Third-Party Defendant. )
_____)

ULTRA OPEN MRI CORPORATION, on )
behalf of itself and all others similarly situated, )
    Plaintiffs, )
 )
v. )    01-6777-CIV
 )
DEERBROOK INSURANCE COMPANY, )
    Defendant. )
_____)

FILED BY ___ D.C.
2002 NOV -7 AM 10:38

### DEFENDANT, DEERBROOK INSURANCE COMPANY'S
### NOTICE OF APPEAL OF ORDER DENYING ARBITRATION

Notice is hereby given that Deerbrook Insurance Company, defendant in the above-named case, pursuant to §16(a)(1)(C) of the Federal Arbitration Act, 9 U.S.C. §16(a)(1)(C), hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the United States District Court's Order of October 28, 2002 entitled "Supplemental Order on Motions to Compel Arbitration" (attached as Exhibit A). The Order denies a motion to compel arbitration (DE# 760).



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to counsel on the attached service list this 6th day of November, 2002.

*[signature]*

| | |
|---|---|
| PETER J. VALETA | DAVID B. SHELTON |
| Florida Bar No. 327557 | Florida Bar No. 0710539 |
| ROSS & HARDIES | Rumberger, Kirk & Caldwell |
| 150 North Michigan Ave., Suite 2500 | P.O. Box 1873 |
| Chicago, Illinois 60601 | Orlando, Florida 32802 |
| Telephone: (312) 750-3619 | Telephone: (407) 839-4511 |
| Telecopier: (312) 750-8600 | Telecopier: (407) 841-2133 |
| Attorneys for Deerbrook Insurance Company | Attorneys for Deerbrook Insurance Company |

677320

## SERVICE LIST

**Co-Lead Counsel for Plaintiffs**

Eric Lee, Esquire
LEE & AMTZIS, P.L.
Suite 150
350 N.W. 12th Avenue
Deerfield Beach, FL 33442

Arthur S. Gold, Esquire
GOLD & COULSON
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603

Andrew Garcia, Esquire
Carlin Phillips, Esquire
PHILLIPS & GARCIA
13 Ventura Drive
North Dartmouth, MA 02747

Larry Kopelman, Esquire
Douglas Blankman, Esquire
KOPELMAN & BLANKMAN, P.A
Bank of America Tower
One Financial Plaza, Suite 2510
Fort Lauderdale, FL 33394

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esquire
230 East Davis Boulevard, Suite 200
Tampa, FL 33606

Richard Bokor, Esquire
RICHARD BOKOR, P.A.
230 East Davis Boulevard
Tampa, FL 33606

Casey Fundaro, Esquire
P.O. Box 7420

**Counsel for Beech Street and ADP**

John M. Quaranta, Esquire
TEW, CARDENAS, et al.
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336

**Counsel for Progressive**

Francis Anania, Esquire
Donald A. Blackwell, Esquire
ANANIA, BANDKLAYDER, et al.
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131

**Counsel for CCN**

William W. Deem, Esquire
MCGUIRE WOODS, LLP
3300 Bank of America Center
50 N. Laura Street
Jacksonville, FL 32202-4099

**Counsel for Nationwide**

Katherine C. Lake, Esquire
FOWLER, WHITE, et al.
Post Office Box 1438
Tampa, FL 33601

James C. Haggerty, Esquire
SWARTZ CAMPBELL DETWEILER
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316

Fort Lauderdale, FL 33338-7420

**Counsel for Florida Farm Bureau**

Robert K. Levenson, Esquire
Greg Baldwin, Esquire
HOLLAND & KNIGHT, LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131

**Counsel for Liberty Mutual**

Mark Shapiro, Esquire
AKERMAN, SENTERFITT et al.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131

**Counsel for Hartford, Metropolitan, Integon**

Marcy Levine Aldrich, Esquire
AKERMAN, SENTERFITT et al.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131

**Counsel for Metropolitan**

Jeffrey P. Lennard, Esquire
SONNENSCHEIN, NATH & ROSENTHAL
8000 Sears Tower
Chicago, IL 60606

**Counsel for Superior**

Alan J. Nisberg, Esquire
BUTLER BURNETT PAPPAS
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607

**Counsel for Prudential**

John D. Aldock, Esquire
Michael Isenman, Esquire
SHEA & GARDNER
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Kathy J. Maus, Esquire
Lauren D. Levy, Esquire
BUTLER BURNETTE PAPPAS
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308-3469

**Counsel for American International**

Dale L. Friedman, Esquire
Brian P. Knight, Esquire
CONROY, SIMBERG, GANNON,
KREVANS & ABEL, P.A.
3440 Hollywood Blvd., 2nd Floor
Hollywood, FL 33021

#677320

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

        Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

        Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

        Third-Party Defendant.



KEITH BRICKELL, D.C., individually
and on behalf of himself and others
similarly situated,

        Plaintiffs,

v.

PROGRESSIVE EXPRESS INSURANCE COMPANY,
PROGRESSIVE CONSUMERS INSURANCE COMPANY,
PROGRESSIVE BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

        Defendants.

00-6649

**RECEIVED**
NOV 0 4 2002
Orlando Law Offices of
Rumberger, Kirk & Caldwell, P.A.

**EXHIBIT "A"**

| | |
|---|---|
| MARC J. BROWNER, D.C., individually<br>and on behalf of himself and others<br>similarly situated, | 00-7163 |
| Plaintiffs, | |
| v. | |
| ALLSTATE INDEMNITY COMPANY,<br>BEECH STREET CORPORATION, and<br>ADP INTEGRATED MEDICAL SOLUTIONS, INC., | |
| Defendants. | |
| SALVATORE D. LARUSSO, D.C., d/b/a<br>Family Chiropractic Center, on behalf<br>of himself and others similarly situated, | 00-7692 |
| Plaintiffs, | |
| v.<br>LIBERTY MUTUAL INSURANCE and<br>COMMUNITY CARE NETWORK, INC., | |
| Defendants. | |
| ULTRA OPEN MRI CORPORATION, on behalf<br>of itself and others similarly situated, | 01-6776 |
| Plaintiffs, | |
| v. | |
| PROGRESSIVE AMERICAN INSURANCE COMPANY,<br>Defendant. | |

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated, | 01-6777 |
| Plaintiffs, | |
| v. | |
| DEERBROOK INSURANCE COMPANY, | |
| Defendant. | |

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated, | 01-6778 |
| Plaintiffs, | |
| v. | |
| PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated, | 01-6779 |
| Plaintiffs, | |
| v. | |
| FIDELITY AND CASUALTY COMPANY OF NEW YORK and THE CONTINENTAL INSURANCE COMPANY, | |
| Defendants. | |

3

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated, | 01-6780 |
| Plaintiffs, | |
| v. | |
| INTEGON NATIONAL INSURANCE COMPANY and INTEGON GENERAL INSURANCE COMPANY, | |
| Defendants. | |

| | |
|---|---|
| CHIROPRACTIC CENTRE, INC., on behalf of itself and others similarly situated, | 01-6782 |
| Plaintiffs, | |
| v. | |
| SUPERIOR INSURANCE COMPANY, | |
| Defendants. | |

| | |
|---|---|
| CHIROPRACTIC CENTRE, INC., on behalf of itself and others similarly situated, | 01-6783 |
| Plaintiffs, | |
| v. | |
| METROPOLITAN CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

4

| | |
|---|---|
| SALVATORE D. LARUSSO, D.C., d/b/a<br>Family Chiropractic Center, on behalf<br>of himself and others similarly situated, | 01-8108 |
| Plaintiffs, | |
| v. | |
| NATIONWIDE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

---

| | |
|---|---|
| SALVATORE D. LARUSSO, D.C., d/b/a<br>FAMILY CHIROPRACTIC CENTER, on behalf<br>of himself and others similarly situated, | 01-8110 |
| Plaintiffs, | |
| v. | |
| FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

---

SALVATORE D. LARUSSO, D.C., d/b/a                           01-8111
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

      Plaintiffs,

v.

HARTFORD INSURANCE COMPANY OF THE MIDWEST,

      Defendant.



---

DR. ANDREW ELLOWITZ, et al., on behalf                      01-8549
of himself and all others similarly situated,

      Plaintiffs,

v.

AMERICAN INTERNATIONAL INSURANCE COMPANY, and
AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,

      Defendants.

---

## SUPPLEMENTAL ORDER ON MOTIONS TO COMPEL ARBITRATION

**THIS CAUSE** is before the Court on the parties' motions to compel arbitration in Consolidated Case No. 00-6061-CIV-FERGUSON. The motions to compel arbitration are denied for the reasons that: (1) a statutorily mandated obligation to arbitrate is unconstitutional as set forth in the Magistrate Judge's Report and Recommendation; (2) a contractual provision entered into between an insured and an insurance company cannot require arbitration of claims that are assigned to a healthcare provider where the insured is not required to arbitrate the same claim; or (3) the

motion to compel arbitration is premature until such time as the Court has decided whether the challenged contract is valid. The question of validity may turn on, among other things, the applicability of Florida Statute section 627.736(5) or unconscionability, i.e., whether the contracts are the product of an industry-wide scheme to deprive healthcare providers of an option. Accordingly, it is

**ORDERED AND ADJUDGED** that the following motions, docket entries 174, 225, 402, 610, 698, 745, 757, 759, 760, 761, 807, 10 (01-6778), 15 (01-6780), 17 (01-6783), and 24 (01-8110), are **DENIED**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 28TH day of October, 2002.

TIME 12:00 NOON

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
See service list.

7