

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

| | |
|---|---|
| DR. PAUL ZIDEL, on behalf of himself and all others similarly situated, | CASE NO. 00-6061-CIV-FERGUSON/SNOW |
| Plaintiff, | |
| v. | |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| COMMUNITY CARE NETWORK, INC., d/b/a CCN, | |
| Third-Party Defendant. _____/ | |
| SALVATORE LARUSSO D.C. d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of himself and all others similarly situated, | CASE NO. 01-8110-CIV-FERGUSON/SNOW |
| Plaintiff, | |
| v. | |
| FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY, | |
| Defendant. _____/ | |



## NOTICE OF APPEAL

Notice is given that Florida Farm Bureau Casualty Insurance Company ("Florida Farm Bureau"), pursuant to sections 16(a)(1)(A) and (B) of the Federal Arbitration Act, 9 U.S.C. §§



16(a)(1)(A) and (B), appeals to the United States Court of Appeals for the Eleventh Circuit the Supplemental Order on Motions to Compel Arbitration dated October 28, 2002 [DE 881 in Case No. 00-6061 and DE 42 in Case No. 01-8110], which denies Florida Farm Bureau's Motion to Compel Arbitration and to Dismiss or Stay Proceedings Pending Arbitration under 9 U.S.C. §§ 3 and 4. A copy of the order is attached to this notice.

Florida Farm Bureau appeals the October 28, 2002 order as a protective measure. On October 7, 2002 Florida Farm Bureau appealed the district court's Order Adopting Report and Recommendation and Administratively Closing Cases dated September 30, 2002, which also denied Florida Farm Bureau's motion to compel arbitration. That appeal is pending and is docketed in the court of appeals as *Napoli v Allstate Ins. Co.*, No. 02-15544-AA.

                Respectfully submitted,

                HOLLAND & KNIGHT LLP
                Counsel for Florida Farm Bureau
                701 Brickell Avenue
                Suite 3000
                Miami, FL 33131
                Tel. (305) 374-8500
                Fax (305) 789-7799

                By: _____
                Gregory Baldwin, FBN 527394
                Lenore C. Smith, FBN 848743

## CERTIFICATE OF SERVICE

We certify that on November __8__, 2002 we mailed a copy of this Notice of Appeal to all counsel named on the attached service list.

_____
Lenore C. Smith

MIA1 #1172333 v1

3

# MASTER SERVICE LIST
## (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated November 8, 2002)

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
elee@leeamlaw.com
Suite 150
350 N.W. 12th Avenue
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Lawrence M. Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
Suite 200
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 Facsimile

**Counsel for:
Allstate, Fidelity and Casualty,
Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue
Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
jmq@tewlaw.com
(305)539-2495
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

MCGUIRE WOODS, LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
Hope Lester, Esq.
hlester@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

AKERMAN, SENTERFITT et al.
Eric Greenwald, Esq.
egreenwald@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

AKERMAN, SENTERFITT et al.
Nancy Cooperrthwaite, Esq.
ncooperthwaite@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934-Facsimile

**Counsel for Hartford**

MAYER, BROWN & PLATT
Howard J. Roin, Esq.
hroin@mayerbrown.com
190 South LaSalle Street
Chicago, IL, 60603-3441
(312) 782-0600
(312) 701-7711 Facsimile

**Counsel for Superior**

BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETT PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

BUTLER BURNETTE PAPPAS
Lauren D. Levy, Esq.
llevy@bbplaw.com
Alfred I. DuPont Building
169 East Flagler Street, Suite 1300
Miami, Florida 33131
(305) 416-9998
(305-416-6848-Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
Lisa M. Harrison, Esq.
lharrison@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American**
**International**

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

        Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

        Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

        Third-Party Defendant.

---

KEITH BRICKELL, D.C., individually         00-6649
and on behalf of himself and others
similarly situated,

        Plaintiffs,

v.

PROGRESSIVE EXPRESS INSURANCE COMPANY,
PROGRESSIVE CONSUMERS INSURANCE COMPANY,
PROGRESSIVE BAYSIDE INSURANCE COMPANY,
BEECH STREET CORPORATION, and
ADP INTEGRATED MEDICAL SOLUTIONS, INC.,

        Defendants.

---

| | |
|---|---|
| MARC J. BROWNER, D.C., individually<br>and on behalf of himself and others<br>similarly situated, | 00-7163 |
| Plaintiffs, | |
| v. | |
| ALLSTATE INDEMNITY COMPANY,<br>BEECH STREET CORPORATION, and<br>ADP INTEGRATED MEDICAL SOLUTIONS, INC., | |
| Defendants. | |

| | |
|---|---|
| SALVATORE D. LARUSSO, D.C., d/b/a<br>Family Chiropractic Center, on behalf<br>of himself and others similarly situated, | 00-7692 |
| Plaintiffs, | |
| v.<br>LIBERTY MUTUAL INSURANCE and<br>COMMUNITY CARE NETWORK, INC., | |
| Defendants. | |

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf<br>of itself and others similarly situated, | 01-6776 |
| Plaintiffs, | |
| v. | |
| PROGRESSIVE AMERICAN INSURANCE COMPANY,<br>Defendant. | |

2

ULTRA OPEN MRI CORPORATION, on behalf
of itself and others similarly situated,                                  01-6777

       Plaintiffs,

v.

DEERBROOK INSURANCE COMPANY,

       Defendant.

---

ULTRA OPEN MRI CORPORATION, on behalf
of itself and others similarly situated,                                  01-6778

       Plaintiffs,

v.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

       Defendant.

---

ULTRA OPEN MRI CORPORATION, on behalf
of itself and others similarly situated,                                  01-6779

       Plaintiffs,

v.

FIDELITY AND CASUALTY COMPANY OF NEW YORK and
THE CONTINENTAL INSURANCE COMPANY,

       Defendants.

---

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated, | 01-6780 |
| Plaintiffs, | |
| v. | |
| INTEGON NATIONAL INSURANCE COMPANY and INTEGON GENERAL INSURANCE COMPANY, | |
| Defendants. | |

---

| | |
|---|---|
| CHIROPRACTIC CENTRE, INC., on behalf of itself and others similarly situated, | 01-6782 |
| Plaintiffs, | |
| v. | |
| SUPERIOR INSURANCE COMPANY, | |
| Defendants. | |

---

| | |
|---|---|
| CHIROPRACTIC CENTRE, INC., on behalf of itself and others similarly situated, | 01-6783 |
| Plaintiffs, | |
| v. | |
| METROPOLITAN CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

---

4

SALVATORE D. LARUSSO, D.C., d/b/a
Family Chiropractic Center, on behalf
of himself and others similarly situated,

   Plaintiffs,

v.

NATIONWIDE INSURANCE COMPANY OF AMERICA,

   Defendant.

01-8108

---

SALVATORE D. LARUSSO, D.C., d/b/a
FAMILY CHIROPRACTIC CENTER, on behalf
of himself and others similarly situated,

   Plaintiffs,

v.

FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY,

   Defendant.

01-8110

---

SALVATORE D. LARUSSO, D.C., d/b/a  
FAMILY CHIROPRACTIC CENTER, on behalf  
of himself and others similarly situated,

        Plaintiffs,

v.

HARTFORD INSURANCE COMPANY OF THE MIDWEST,

        Defendant.

01-8111



---

DR. ANDREW ELLOWITZ, et al., on behalf  
of himself and all others similarly situated,

        Plaintiffs,

v.

AMERICAN INTERNATIONAL INSURANCE COMPANY, and  
AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,

        Defendants.

01-8549

---

## SUPPLEMENTAL ORDER ON MOTIONS TO COMPEL ARBITRATION

**THIS CAUSE** is before the Court on the parties' motions to compel arbitration in Consolidated Case No. 00-6061-CIV-FERGUSON. The motions to compel arbitration are denied for the reasons that: (1) a statutorily mandated obligation to arbitrate is unconstitutional as set forth in the Magistrate Judge's Report and Recommendation; (2) a contractual provision entered into between an insured and an insurance company cannot require arbitration of claims that are assigned to a healthcare provider where the insured is not required to arbitrate the same claim; or (3) the

motion to compel arbitration is premature until such time as the Court has decided whether the challenged contract is valid. The question of validity may turn on, among other things, the applicability of Florida Statute section 627.736(5) or unconscionability, i.e., whether the contracts are the product of an industry-wide scheme to deprive healthcare providers of an option. Accordingly, it is

**ORDERED AND ADJUDGED** that the following motions, docket entries 174, 225, 402, 610, 698, 745, 757, 759, 760, 761, 807, 10 (01-6778), 15 (01-6780), 17 (01-6783), and 24 (01-8110), are **DENIED**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 28TH day of October, 2002.

TIME 12:00 NOON

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
See service list.

7