UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DR. PAUL ZIDEL, on behalf of himself and all others similarly situated,

    Plaintiff(s),

vs.

ALLSTATE INSURANCE COMPANY and COMMUNITY CARE NETWORK, INC., d/b/a CNN,

    Defendant(s).
_____/

Case No.00-6061-CIV-FERGUSON



## ORDER DENYING MOTION TO REOPEN

**THIS CAUSE** is before the Court on Class Plaintiffs' Motion to Reopen Case Numbers 00-6649, 00-6776, AND 01-6782 and/or for Status Conference [D.E.859]. Having considered the motion, response and pertinent portions of the record, it is

**ORDERED AND ADJUDGED** that the motion [D.E.859] is **DENIED**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 2ND day of December, ~~November~~, 2002.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Page 2                                          **UNITED STATES DISTRICT COURT**
                                                 **SOUTHERN DISTRICT OF FLORIDA**

copies provided:
Eric Lee, Esq. who will ensure service to additional plaintiffs' counsel and opposing counsel.