

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

November 08, 2002

RE: 02-12927-AA    David A. Napoli v. Allstate Ins. Co.
DC DKT NO.: 00-06061 CV-WDF

TO:   Clarence Maddox

CC:   William Wallace Deem

CC:   Bryan Scott Gowdy

CC:   Eric Lee

CC:   W. Curtis Caywood, IV

CC:   McGuire Woods

CC:   William E. Adams, Jr.

CC:   Ezra B. Jones, III

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties



November 08, 2002

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 02-12927-AA      David A. Napoli v. Allstate Ins. Co.
DC DKT NO.: 00-06061 CV-WDF

The enclosed certified copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Wendi Tilden (404) 335-6170

Encl.

NOTE: DISMISSAL IS AS TO COMMUNITY CARE NETWORK'S APPEAL.

DIS-3 (8-2002)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 02-12927-AA

PAUL ZIDEL, et al.,



Plaintiffs-Appellees,

versus

COMMUNITY CARE NETWORK, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the Southern District of Florida

ENTRY OF DISMISSAL

Pursuant to the appellant's motion for voluntary dismissal, Fed.R.App.P. 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed this 8th day of November, 2002.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Wendi Tilden
    Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-50