IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

```
DR. PAUL ZIDEL, on behalf of      )
himself and others similarly      )
situated,                         )
------------------- Plaintiffs,   )
                                  )
                                  )
        vs.                       )       Case Nos.
                                  ) 00-6061; 00-6649; 00-7163;
                                  ) 00-7692; 01-6776; 01-6777;
                                  ) 01-6778; 01-6779; 01-6782;
ALLSTATE INSURANCE COMPANY,       ) 01-6779; 01-6780; 01-6782;
-- Defendant/Third Party Plaintiff,) 01-6783; 01-8108; 01-8110;
                                  ) 01-8111; 01-8549-CIV-WDF
                                  )
        vs.                       )
                                  )
COMMUNITY CARE NETWORK, INC,      )
d/b/a CCN.                        )
------------ Third Party Defendant. )
```

STATUS CONFERENCE

BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

OCTOBER 22, 2002, 10:25 A.M.

APPEARANCES:

For the Plaintiffs:    Mr. Eric Lee
                       ATLAS PEARLMAN, P.A.
                       350 East Las Olas Boulevard
                       Suite 1700
                       Fort Lauderdale, Florida  33301

                                and

                       Mr. Arthur S. Gold
                       GOLD & COULSON
                       11 S. LaSalle Street
                       Suite 2500
                       Chicago, Illinois  60603

Also Present on        Mr. Lawrence Kopelman
behalf of Plaintiffs:  Mr. Douglas Blankman

# NOT

# SCANNED

PLEASE REFER TO COURT FILE