# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I.                    TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: _Zidel et al._ vs _Allstate Insurance Co._

District Court No.: _0:00-cv-06061_    Date Notice of Appeal Filed: _11/8/02_    Court of Appeals No.: _____
(If Available)

CHOOSE ONE:    ☐ No hearing    ☐ No transcript is required for appeal purposes    ☐ All necessary transcript(s) on file
☒ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

|  | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☒ Pre-Trial Proceedings | 10/22/02 | Wilkie D. Ferguson | Carly Horenkamp |
| ☐ Trial | | | |
| ☐ Sentence | | | |
| ☐ Other | | | |

## METHOD OF PAYMENT:

☒ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: _Community Care Network, Inc. (CCN) n/k/a CCN Managed Care, Inc._

Name of Firm: _McGuireWoods LLP_

Street Address/P.O. Box: _50 N. Laura Street, Suite 3300_

City/State/Zip Code: _Jacksonville, FL 32202_    Phone No.: _(904) 79993200_

*I certify that I have filed the original (Yellow page) with the District Court Clerk, sent the Pink and Green pages to the appropriate Court Reporter(s) if ordering a transcript, and sent a photocopy to the Court of Appeals Clerk and to all parties.*

DATE: _11/15/2002_    SIGNED: _____    Attorney for: _CCN_

## PART II.                    COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file Pink page with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a photocopy to the Court of Appeals Clerk and to all parties, and retain the Green page to provide notification when transcript filed.*

Date Transcript Order received: _11-18-02_

☐ Satisfactory arrangements for paying the cost of the transcript were completed on: _____
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: _1_    Estimated no. of transcript pages: _35_    Estimated filing date: _12-18-02_

DATE: _11-26-02_    SIGNED: _Carly L. Horenkamp_    Phone No.: _954.769.5475_

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III.    NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file Green page with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a photocopy of the completed Green page to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): _12-16-02_

Actual No. of Volumes and Hearing Dates: _1 - 10-22-02_

Date: _12-15-02_    Signature of Court Reporter: _Carly Horenkamp_

*U.S. GPO: 2000-574-700/00030*

"Accompanied by transcripts"

# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I.                    TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: **Larusso** vs **Florida Farm Bureau Casualty Ins. Co.**

District Court No.: **00-6061-Civ-Ferguson/Snow**    Date Notice of Appeal Filed: **11/08/02**    Court of Appeals No.: _____
(If Available)

CHOOSE ONE: ☐ No hearing    ☐ No transcript is required for appeal purposes    ☐ All necessary transcript(s) on file

☒ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☒ Pre-Trial Proceedings | October 22, 2002 | Ferguson | Carleen Horenkamp |
| ☐ Trial | 10:00 a.m. | | |
| ☐ Sentence | Status Conference | | |
| ☐ Other | | | |

## METHOD OF PAYMENT:

☒ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: **Lenore C. Smith/Florida Farm Bureau Casualty Ins. Co.**

Name of Firm: **Holland & Knight LLP**

Street Address/P.O. Box: **701 Brickell Avenue, Suite 3000**

City/State/Zip Code: **Miami, FL    33131**    Phone No.: **305-789-7766**

*I certify that I have filed the original (Yellow page) with the District Court Clerk, sent the Pink and Green pages to the appropriate Court Reporter(s) if ordering a transcript, and sent a photocopy to the Court of Appeals Clerk and to all parties.*

DATE: **11/14/02**    SIGNED: *Lenore C. Smith*    Attorney for: **Florida Farm Bureau**

## PART II.                    COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file Pink page with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a photocopy to the Court of Appeals Clerk and to all parties, and retain the Green page to provide notification when transcript filed.*

Date Transcript Order received: **11-14-02**

☑ Satisfactory arrangements for paying the cost of the transcript were completed on: **11-14-02**

☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: **1**    Estimated no. of transcript pages: **35**    Estimated filing date: **12-14-02**

DATE: **11-26-02**    SIGNED: *Carly Horenkamp*    Phone No.: **954.769.5475**

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III.    NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file Green page with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a photocopy of the completed Green page to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): **12-16-02**

Actual No. of Volumes and Hearing Dates: **1 - 10-22-02**

Date: **12-16-02**    Signature of Court Reporter: *Carly Horenkamp*

*U.S. GPO: 2000-504-000/00040*

*Accompanied by transcript*

## ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

### PART I.                    TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: Salvatore D. Larusso _____ vs Liberty Mutual Insurance Co. _____

District Court No.: 00-7692 _____ Date Notice of Appeal Filed: 10-30-02 _____ Court of Appeals No.: 02-16054-A
Consolidated Case #00-606(?) _____                                                                    (If Available)

CHOOSE ONE:  ☐ No hearing   ☐ No transcript is required for appeal purposes   ☐ All necessary transcript(s) on file
            ☒ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

|  | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☒ Pre-Trial Proceedings | 10/22/02 | Wilkie D. Ferguson, Jr. | Carly Horenkamp |
| ☐ Trial | | | |
| ☐ Sentence | | | |
| ☐ Other | | | |

### METHOD OF PAYMENT:

** ☒  I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐  CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: Nina K. Brown, Esq. _____

Name of Firm: Akerman Senterfitt _____

Street Address/P.O. Box: One S.E. 3rd Avenue–28th Floor _____

City/State/Zip Code: Miami, FL 33131 _____  Phone No.: 305-374-5600

*I certify that I have filed the original (Yellow page) with the District Court Clerk, sent the Pink and Green pages to the appropriate Court Reporter(s) if ordering a transcript, and sent a photocopy to the Court of Appeals Clerk and to all parties.*

DATE: 11/1/__   SIGNED: _____   Attorney for: Liberty Mutual Ins. Co.

**Court Reporter was on vacation until 11/12/02.  Will call back then and make arrangements.

### PART II.                    COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file Pink page with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a photocopy to the Court of Appeals Clerk and to all parties, and retain the Green page to provide notification when transcript filed.*

Date Transcript Order received: 11-18-02 _____

☑ Satisfactory arrangements for paying the cost of the transcript were completed on: 11-18-02 _____

☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: 1 ___   Estimated no. of transcript pages: 35 ___   Estimated filing date: 12-18-02

DATE: 11-26-02   SIGNED: *Carly L Horenkamp*   Phone No.: 954.769.5475

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

### PART III.   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file Green page with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a photocopy of the completed Green page to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): 12-16-02

Actual No. of Volumes and Hearing Dates: 1 Vol  –  10-22-02

Date: 12-15-02   Signature of Court Reporter: *Carly Horenkamp*

(handwritten note in left margin: "accompanied by transcript")