# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of §
himself and others similarly §
situated, §
　　　　　　　　　　　　　　 §
　　　　Plaintiffs, §
　　　　　　　　　　　　　　 §
v. §
　　　　　　　　　　　　　　 §
ALLSTATE INSURANCE COMPANY, §
　　　　　　　　　　　　　　 §
　　　　Defendant/Third-Party Plaintiff, §
v. §
　　　　　　　　　　　　　　 §
COMMUNITY CARE NETWORK, INC., §
doing business as CCN, §
　　　　　　　　　　　　　　 §
　　　　Third-Party Defendant. §
_____§



### CCN's NOTICE OF DESIGNATION OF RECORD ON APPEAL

Pursuant to Federal Rule of Appellate Procedure 11(f), Third-Party Defendant Community Care Network, Inc. ("CCN"), hereby files its designation of the record on appeal which is attached hereto as Exhibit A.

Respectfully submitted,

McGuire Woods LLP

By: _____
        William W. Deem
        Florida Bar No. 0512834
        Bryan S. Gowdy
        Florida Bar No. 0176631
        50 North Laura Street, Suite 3300
        Jacksonville, FL 32202
        Telephone:    (904) 798-3200
        Facsimile:    (904) 798-3207
        E-mail:  wdeem@mcguirewoods.com

Attorneys for CCN Managed Care, Inc.

## Certificate of Service

I certify that a copy of the foregoing has been furnished by U.S. Mail on this 3rd day of

January, 2003, to all counsel listed on the attached service list.

_____
             Attorney

177179v.1

**MASTER SERVICE LIST**
**(Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)**
(Amended 5/6/02)

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
clee@leeamlaw.com
350 N.W. 12th Avenue, Suite 150
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 (Facsimile)

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 (Facsimile)

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphilips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 (Facsimile)

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 2510
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 (Facsimile)

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 (Facsimile)

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 (Facsimile)

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 (Facsimile)

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, FL 32802-1873
(407) 872-7300
(407) 841-2133 (Facsimile)

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 (Facsimile)

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, FL 33131-4336
(305) 539-2495
(305) 536-1116 (Facsimile)

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, FL 33131
(305) 373-4900
(305) 373-6914 (Facsimile)

**Counsel for CCN**

MCGUIRE WOODS LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 (Facsimile)

**Counsel for Nationwide**

FOWLER, WHITE
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 (Facsimile)

SWARTZ CAMPBELL
DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 (Facsimile)

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 (Facsimile)

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (Facsimile)

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (Facsimile)

**Counsel for Metropolitan**

SONNENSCHEIN, NATH &
ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934 (Facsimile)

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 (Facsimile)

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy @bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 (Facsimile)

SHEA & GARDNER
John D. Aldock, Esq.
jaldock@sheagardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Avenue, N.W.
Washington, DC 20036
(202) 828-2000
(202) 828-2195 (Facsimile)

**Counsel for American**
**International**

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Blvd., 2nd Floor
Holly wood, FL 33021
(954) 961-1400
(954) 967-8577 (Facsimile)

U.S. District Court Web PACER(v2.4) Docket Report

Docket as of December 20, 2002 9:08 pm                    Web PA

---

# U.S. District Court

## Southern District of Florida (FtLauderdale)

## CIVIL DOCKET FOR CASE #: 00-CV-6061

## Zidel, et al v. Allstate Insurance, et al

Filed: 01/12/00
Assigned to: Judge Wilkie D. Ferguson, Jr.
Jury demand: Plaintiff
Demand: $0,000
Nature of Suit: 470
Lead Docket: None
Jurisdiction: Diversity
Dkt# in other court: None
Cause: 18:1957 Forfeiture - currency from criminal acts

DAVID A. NAPOLI, D.C., and all          Douglas Alan Blankman
others similarly situated                 [term  10/30/00]
dba                                     FTS 462-6899
Napoli Chiropractic Center              [COR LD NTC]
    plaintiff                           Andrew J. Garcia
    [term  10/30/00]                      [term  10/30/00]
                                        FTS 462-6899
                                        [COR LD NTC]
                                        Kenneth J. Gogel
                                          [term  10/30/00]
                                        FTS 462-6899
                                        [COR LD NTC]
                                        Kopelman & Blankman
                                        C & S Bank Building
                                        1 Financial Plaza
                                        Suite 1611
                                        Fort Lauderdale, FL 33394
                                        954-462-6855

                                        Arthur S. Gold
                                          [term  10/30/00]
                                        FTS 372-0778
                                        [COR LD NTC]
                                        Gold & Coulson
                                        11 S LaSalle Street
                                        Suite 2500
                                        Chicago, IL 60603
                                        312-372-0777



```
                              Carlin J. Phillips
                               [term 10/30/00]
                              FTS 998-0919
                              [COR LD NTC]
                              Phillips & Garcia
                              13 Ventura Drive
                              North Dartmouth, MA 02747
                              508-998-0800

PAUL ZIDEL                    Douglas Alan Blankman
      plaintiff              (See above)
                              [COR LD NTC]
                              Lawrence M. Kopelman
                              954-462-6855
                              [COR LD NTC]
                              Kopelman & Blankman
                              C & S Bank Building
                              1 Financial Plaza
                              Suite 1611
                              Fort Lauderdale, FL 33394
                              954-462-6855

                              Jan Douglas Atlas
                               [term 04/30/02]
                              Below Address Terminated on 7/16/02
                              FTS 766-7800
                              [COR LD NTC]
                              Atlas Pearlman
                              350 E Las Olas Boulevard
                              Suite 1700
                              Fort Lauderdale, FL 33301-4610
                              954-763-1200

                              Arthur S. Gold
                              (See above)
                              [COR LD NTC]

                              Carlin J. Phillips
                              (See above)
                              [COR LD NTC]

                              Susan L. Lawson
                              [COR LD NTC]
                              Richard A. Bokor
                              [COR LD NTC]
                              230 E Davis Boulevard
                              Tampa, FL 33606
                              813-251-1000

                              Eric Allan Lee
                              FTS 981-9980
                              [COR LD NTC]
                              Lee & Amtzis
                              350 NW 12th Avenue
                              Suite 150
                              Deerfield Beach, FL 33442
                              561-981-9988

ALL PLAINTIFFS, Zidel,       Arthur S. Gold
Brickell, Browner, Larusso,  (See above)
```

Ultra Open MRI, Chiropractic          [COR LD NTC]
Centre, Mote Wellness
     plaintiff

KEITH BRICKELL, D.C.,                  Douglas Alan Blankman
individually and on behalf of          (See above)
all others similarly situated          [COR LD NTC]
     consolidated plaintiff

                                       Arthur S. Gold
                                       (See above)
                                       [COR LD NTC]

                                       Carlin J. Phillips
                                       (See above)
                                       [COR LD NTC]

                                       Susan L. Lawson
                                       (See above)
                                       [COR LD NTC]
                                       Richard A. Bokor
                                       (See above)
                                       [COR LD NTC]

                                       Eric Allan Lee
                                       (See above)
                                       [COR LD NTC]

MARC J. BROWNER D.C.,                  Douglas Alan Blankman
individually and on behalf of          (See above)
all others similarly situated          [COR LD NTC]
     consolidated plaintiff

                                       Arthur S. Gold
                                       (See above)
                                       [COR LD NTC]

                                       Carlin J. Phillips
                                       (See above)
                                       [COR LD NTC]

                                       Susan L. Lawson
                                       (See above)
                                       [COR LD NTC]
                                       Richard A. Bokor
                                       (See above)
                                       [COR LD NTC]

                                       Eric Allan Lee
                                       (See above)
                                       [COR LD NTC]

SALVATORE D. LARUSSO, D.C., on         Douglas Alan Blankman

behalf of himself and all              (See above)
others similarly situated              [COR LD NTC]
dba
Family Chiropractic Center             Arthur S. Gold
     consolidated plaintiff            (See above)
                                       [COR LD NTC]

Carlin J. Phillips
(See above)
[COR LD NTC]

Susan L. Lawson
(See above)
[COR LD NTC]
Richard A. Bokor
(See above)
[COR LD NTC]

Eric Allan Lee
(See above)
[COR LD NTC]

ULTRA OPEN MRI CORPORATION
        consolidated plaintiff

Douglas Alan Blankman
(See above)
[COR LD NTC]

Arthur S. Gold
(See above)
[COR LD NTC]

Carlin J. Phillips
(See above)
[COR LD NTC]

Susan L. Lawson
(See above)
[COR LD NTC]
Richard A. Bokor
(See above)
[COR LD NTC]

Eric Allan Lee
(See above)
[COR LD NTC]

CHIROPRACTIC CENTRE, INC., on
behalf of itself and all other
similarly situated
        consolidated plaintiff

Douglas Alan Blankman
(See above)
[COR LD NTC]

Arthur S. Gold
(See above)
[COR LD NTC]

Carlin J. Phillips
(See above)
[COR LD NTC]

Susan L. Lawson
(See above)
[COR LD NTC]
Richard A. Bokor
(See above)
[COR LD NTC]

Eric Allan Lee
(See above)
[COR LD NTC]

```
                              Casey Anthony Fundaro
                              FTS 462-2835
                              [COR LD NTC]
                              PO Box 7420
                              Fort Lauderdale, FL 33338
                              954-462-2833

MOTE WELLNES & REHAB, INC     Eric Allan Lee
     consolidated plaintiff   (See above)
                              [COR LD NTC]

                              Robin Corwin Campbell
                              FTS 766-7800
                              [COR LD NTC]
                              Adorno & Yoss
                              350 E Las Olas Boulevard
                              Suite 1700
                              Fort Lauderdale, FL 33301-4217
                              954-763-1200

ANDREW ELLOWITZ               Jan Douglas Atlas
     consolidated plaintiff    [term  04/30/02]
                              Below Address Terminated on 7/16/02
                              (See above)
                              [COR LD NTC]

                              Eric Allan Lee
                              (See above)
                              [COR LD NTC]

                              Robin Corwin Campbell
                              (See above)
                              [COR LD NTC]


         v.


ALLSTATE INSURANCE COMPANY    David Bryan Shelton
     defendant                FTS 841-2133
                              407-839-4511
                              [COR LD NTC]
                              Lori Jean Caldwell
                              [COR LD NTC]
                              Rumberger Kirk & Caldwell
                              201 S Orange Avenue
                              Suite 300 PO Box 1873
                              Orlando, FL 32802-1873
                              407-872-7300

                              Scott M. Sarason
                              FTS 371-7580
                              [COR LD NTC]
                              Rumberger Kirk & Caldwell
                              80 SW 8th Street
                              Suite 3000
                              Miami, FL 33130-3047
                              305-358-5577

                              Peter J. Valeta
                              FTS 920-7241
```

```
                                    312-750-3619
                                    [COR LD NTC]
                                    Ross & Hardies
                                    150 North Michigan Avenue
                                    Suite 2500
                                    Chicago, IL 60601-7567
                                    312-558-1100

MEDVIEW SERVICES, INC.              William Wallace Deem
      defendant                      [term  10/30/01]
   [term  10/30/01]                 [COR LD NTC]
                                    McGuire Woods
                                    50 N Laura Street
                                    Suite 3300 PO Box 4099
                                    Jacksonville, FL 32201-4099
                                    904-798-3200

PROGRESSIVE EXPRESS INSURANCE       Donald Arthur Blackwell
      consolidated defendant        [COR LD NTC]
                                    Francis A. Anania
                                    FTS 373-6914
                                    305-373-4900
                                    [COR LD NTC]
                                    Anania Bandklayder Blackwell &
                                    Baumgarten
                                    NationsBank Tower
                                    100 SE 2nd Street

                                    Suite 4300
                                    Miami, FL 33131-2144
                                    305-373-4900

PROGRESSIVE CONSUMERS               Donald Arthur Blackwell
INSURANCE COMPANY                   (See above)
      consolidated defendant        [COR LD NTC]
                                    Francis A. Anania
                                    (See above)
                                    [COR LD NTC]

PROGRESSIVE BAYSIDE INSURANCE       Donald Arthur Blackwell
COMPANY                             (See above)
      consolidated defendant        [COR LD NTC]
                                    Francis A. Anania
                                    (See above)
                                    [COR LD NTC]

BEECH STREET CORPORATION            William Xanttopoulos
      consolidated defendant         [term  08/20/02]
                                    FTS 579-9073
                                    305-579-9075
                                    Suite 3950
                                    [COR LD NTC]
                                    Bank of America Tower
                                    100 SE 2nd Street
                                    Miami, FL 33131-2158

                                    Joseph A. DeMaria
                                    FTS 536-1116
                                    305-539-2440
                                    [COR LD NTC]
```

```
                                    Cornelius Thomas Tew, Jr.
                                    FTS 536-1116
                                    [COR LD NTC]
                                    Tew Cardenas Rebak Kellogg
                                    Lehman et al
                                    Miami Center
                                    201 S Biscayne Boulevard
                                    Suite 2600
                                    Miami, FL 33131-4336
                                    305-536-1112

ADP INTEGRATED MEDICAL              William Xanttopoulos
SOLUTIONS, INC.                      [term  08/20/02]
       consolidated defendant       (See above)
                                    [COR LD NTC]

                                    Joseph A. DeMaria
                                    (See above)

                                    [COR LD NTC]
                                    Cornelius Thomas Tew, Jr.
                                    (See above)
                                    [COR LD NTC]

ALLSTATE INDEMNITY COMPANY          David Bryan Shelton
       consolidated defendant       (See above)
                                    [COR LD NTC]

                                    Scott M. Sarason
                                    (See above)
                                    [COR LD NTC]

                                    Peter J. Valeta
                                    (See above)
                                    [COR LD NTC]

LIBERTY MUTUAL INSURANCE            Nina Kole (Sue) Brown
COMPANY                             FTS 374-5095
       consolidated defendant       [COR LD NTC]
                                    Akerman Senterfitt & Eidson
                                    Suntrust International Center
                                    1 SE 3rd Avenue
                                    28th Floor
                                    Miami, FL 33131-1714
                                    305-374-5600

PRUDENTIAL PROPERTY AND            Kathleen Johnson Maus
CASUALTY INSURANCE COMPANY         FTS 894-4999
       consolidated defendant       [COR LD NTC]
                                    Butler Burnette & Pappas
                                    3520 Thomasville Road
                                    Suite 102
                                    Tallahassee, FL 32308
                                    850-894-4111

                                    Lauren Diane Levy
                                    FTS 416-6848
                                    [COR LD NTC]
                                    Butler Burnette & Pappas
                                    Alfred I. DuPont Building
```

```
                                   169 E Flagler Street
                                   Suite 1300
                                   Miami, FL 33131
                                   305-416-9998

                                   John D. Aldock
                                   [COR LD NTC]
                                   Richard W. Wyner
                                   [COR LD NTC]
                                   Jeffrey M. Klein

                                    [term 02/13/02]
                                   [COR LD NTC]
                                   Michael K. Isenman
                                   [COR LD NTC]
                                   Lisa M. Harrison
                                   [COR LD NTC]
                                   Shea & Gardner
                                   1800 Massachusetts Avenue NW
                                   Washington, DC 20036
                                   202-828-2000
```

```
SUPERIOR INSURNCE COMPANY          Alan Jeffrey Nisberg
     consolidated defendant        FTS 281-0900
                                   [COR LD NTC]
                                   Butler Burnette & Pappas
                                   Bayport Plaza
                                   6200 Courtney Campbell Causeway
                                   Suite 1100
                                   Tampa, FL 33607-5946
                                   813-281-1900
```

```
NATIONWIDE INSURANCE COMPANY       Katherine Claire Lake
OF AMERICA                         FTS 229-8313
     consolidated defendant        [COR LD NTC]
                                   Fowler White Boggs Banker
                                   501 E Kennedy Boulevard
                                   Suite 1700 PO Box 1438
                                   Tampa, FL 33601-1438
                                   813-228-7411

                                   James C. Haggerty
                                   [COR LD NTC]
                                   Swartz Campbell & Detweiler
                                   1601 Market Street
                                   34th Floor
                                   Philadelphia, PA 19103
```

```
FLORIDA FARM BUREAU CASUALTY       Gregory Alan Baldwin
INSURANCE COMPANY                  [COR LD NTC]
     consolidated defendant        Holland & Knight
                                   701 Brickell Avenue
                                   Suite 3000
                                   Miami, FL 33131
                                   305-374-8500
```

```
FIDELITY AND CASUALTY COMPANY      David Bryan Shelton
OF NEW YORK                        (See above)
     consolidated defendant        [COR LD NTC]
```

```
                              Scott M. Sarason

                              (See above)
                              [COR LD NTC]

                              Peter J. Valeta
                              (See above)
                              [COR LD NTC]

CONTINENTAL INSURANCE COMPANY  David Bryan Shelton
    consolidated defendant     (See above)
                              [COR LD NTC]

                              Scott M. Sarason
                              (See above)
                              [COR LD NTC]

                              Peter J. Valeta
                              (See above)
                              [COR LD NTC]

DEERBROOK INSURANCE COMPANY    David Bryan Shelton
    consolidated defendant     (See above)
                              [COR LD NTC]

                              Scott M. Sarason
                              (See above)
                              [COR LD NTC]

                              Peter J. Valeta
                              (See above)
                              [COR LD NTC]

HARTFORD INSURANCE COMPANY OF  Paul Alan Shelowitz
THE MIDWEST                    [COR LD NTC]
    consolidated defendant     Marcy Levine Aldrich
                               [term  08/20/02]
                              [COR LD NTC]
                              Akerman Senterfitt & Eidson
                              Suntrust International Center
                              1 SE 3rd Avenue
                              28th Floor
                              Miami, FL 33131-1714
                              305-374-5600

                              Howard J. Roin
                               [term  08/20/02]
                              [COR LD NTC]
                              Mayer Brown Rowe & Maw
                              190 S LaSalle Street
                              Suite 3215
                              Chicago, IL 60603-3441
                              312-782-0600

INTEGON NATIONAL INSURANCE     George Volsky
COMPANY                        FTS 374-5095
    consolidated defendant     [COR LD NTC]
                              Marcy Levine Aldrich
                              (See above)
                              [COR LD NTC]
```

Akerman Senterfitt & Eidson
Suntrust International Center
1 SE 3rd Avenue
28th Floor
Miami, FL 33131-1714
305-374-5600

INTEGON GENERAL INSURANCE          George Volsky
COMPANY                            (See above)
    consolidated defendant     [COR LD NTC]
                                   Marcy Levine Aldrich
                                   (See above)
                                   [COR LD NTC]

METROPOLITAN CASUALTY              George Volsky
INSURANCE COMPANY                  (See above)
    consolidated defendant     [COR LD NTC]
                                   Marcy Levine Aldrich
                                   (See above)
                                   [COR LD NTC]

                                   Jeffrey Lennard
                                   [COR LD NTC]
                                   Sonnenschein Nath & Rosenthal
                                   233 S Wacker Drive
                                   8000 Sears Tower
                                   Chicago, IL 60606
                                   312-876-8000

PROGRESSIVE AMERICAN INSURANCE     Donald Arthur Blackwell
COMPANY                            (See above)
    consolidated defendant     [COR LD NTC]
                                   Francis A. Anania
                                   (See above)
                                   [COR LD NTC]

AMERICAN INTERNATIONAL             Dale Lyn Friedman
INSURANCE COMPANY                  FTS 967-8577
    consolidated defendant     [COR LD NTC]
                                   Brian Patrick Knight
                                   [COR LD NTC]
                                   Conroy Simberg Ganon Krevans &

                                   Abel
                                   3440 Hollywood Boulevard
                                   2nd Floor
                                   Hollywood, FL 33021
                                   954-961-1400

AMERICAN INTERNATIONAL SOUTH       Dale Lyn Friedman
INSURANCE COMPANY                  (See above)
    consolidated defendant     [COR LD NTC]
                                   Brian Patrick Knight
                                   (See above)
                                   [COR LD NTC]

COMMUNITY CARE NETWORK, INC.       William Wallace Deem
    consolidated defendant     (See above)
                                   [COR LD NTC]
                                   W. Curtis Caywood, IV

```
                              FTS 798-3272
                              [COR LD NTC]
                              McGuire Woods
                              50 N Laura Street
                              Suite 3300 PO Box 4099
                              Jacksonville, FL 32201-4099
                              904-798-3200

                              William E. Adams, Jr.
                              305-452-6138
                              [COR LD NTC]
                              Nova University Law Center
                              3305 College Avenue
                              Fort Lauderdale, FL 33314
                              954-262-6100
```

```
====================

COMMUNITY CARE NETWORK, INC.    William Hester Adams, III
dba                              [term  12/11/00]
CCN                             FTS 798-3207
      defendant                 [COR LD NTC]
  [term  12/11/00]              William Wallace Deem
                                [COR LD NTC]
                                W. Curtis Caywood, IV
                                FTS 798-3272
                                [COR LD NTC]
                                McGuire Woods
                                50 N Laura Street
                                Suite 3300 PO Box 4099
                                Jacksonville, FL 32201-4099
                                904-798-3200

                                William E. Adams, Jr.
                                305-452-6138
                                [COR LD NTC]
                                Nova University Law Center
                                3305 College Avenue
                                Fort Lauderdale, FL 33314
                                954-262-6100
```

```
====================

ALLSTATE INSURANCE COMPANY      David Bryan Shelton
      third-party plaintiff     FTS 841-2133
                                407-839-4511
                                [COR LD NTC]
                                Lori Jean Caldwell
                                [COR LD NTC]
                                Rumberger Kirk & Caldwell
                                201 S Orange Avenue
                                Suite 300 PO Box 1873
                                Orlando, FL 32802-1873
                                407-872-7300

                                Scott M. Sarason
                                FTS 371-7580
                                Rumberger Kirk & Caldwell
                                80 SW 8th Street
                                Suite 3000
```

```
                              Miami, FL 33130-3047
                              305-358-5577

                              Peter J. Valeta
                              FTS 920-7241
                              312-750-3619
                              Ross & Hardies
                              150 North Michigan Avenue
                              Suite 2500
                              Chicago, IL 60601-7567
                              312-558-1100

-------------------------

COMMUNITY CARE NETWORK, INC.  William Wallace Deem
       third-party defendant  [COR LD NTC]
                              W. Curtis Caywood, IV
                              FTS 798-3272
                              [COR LD NTC]
                              McGuire Woods
                              50 N Laura Street
                              Suite 3300 PO Box 4099
                              Jacksonville, FL 32201-4099

                              904-798-3200

                              William E. Adams, Jr.
                              305-452-6138
                              Nova University Law Center
                              3305 College Avenue
                              Fort Lauderdale, FL 33314
                              954-262-6100

====================

WALTER E. AFIELD, M.D., P.A.  Jan Douglas Atlas
       plaintiff              [term 05/15/02]
                              Below Address Terminated on 7/16/02
                              FTS 766-7800
                              [COR LD NTC]
                              Atlas Pearlman
                              350 E Las Olas Boulevard
                              Suite 1700
                              Fort Lauderdale, FL 33301-4610
                              954-763-1200

                              Eric Allan Lee
                              FTS 981-9980
                              [COR LD NTC]
                              Lee & Amtzis
                              350 NW 12th Avenue
                              Suite 150
                              Deerfield Beach, FL 33442
                              561-981-9988

                              Robin Corwin Campbell
                              FTS 766-7800
                              [COR LD NTC]
                              Adorno & Yoss
                              350 E Las Olas Boulevard
```

Suite 1700
Fort Lauderdale, FL 33301-4217
954-763-1200

---

# DOCKET    PROCEEDINGS

---

| DATE | # | DOCKET    ENTRY |
|------|---|-----------------|
| 1/12/00 | (1) | COMPLAINT filed;    FILING FEE $150.00   RECEIPT # 518288; A-7; LSS (br) [Entry date 01/13/00] |
| 1/12/00 | 2 | SUMMONS(ES) issued for Allstate Insurance (br) [Entry date 01/13/00] |
| 1/12/00 | -- | Magistrate identification:  Magistrate Judge Lurana S. Snow (br) [Entry date 01/13/00] |
| 1/14/00 | 3 | SUMMONS(ES) issued for Medview Services (dp) [Entry date 01/19/00] |
| 2/1/00 | 4 | ALIAS SUMMONS issued for Medview Services (dp) [Entry date 02/02/00] |
| 2/1/00 | 5 | RETURN OF SERVICE executed for Allstate Insurance on 1/14/00 Answer due on 2/3/00 for Allstate Insurance (dp) [Entry date 02/02/00] |
| 2/1/00 | 6 | Return of service unexecuted as to Medview Services (dp) [Entry date 02/02/00] |
| 2/7/00 | 7 | MOTION by Allstate Insurance to extend time to respond to complaint (dp) [Entry date 02/08/00] |
| 2/8/00 | 8 | MOTION by David A. Napoli for Arthur Gold to appear pro hac vice (dp) |
| 2/8/00 | -- | Filing Fee Paid;  FILING FEE $ 75.00   RECEIPT # 518521 (dp) |
| 2/14/00 | 9 | Civil Rico Statement by David A. Napoli (dp) [Entry date 02/15/00] |
| 2/15/00 | 10 | AMENDMENT by David A. Napoli  to: [9-1] Statement of (dp) [Entry date 02/16/00] |
| 2/15/00 | 11 | RETURN OF SERVICE executed for Medview Services on 2/8/00 Answer due on 2/28/00 for Medview Services (dp) [Entry date 02/16/00] |

2/22/00   12        ORDER SETTING STATUS CONFERENCE   Status conference set
                    for 4:15 3/20/00   before Judge Wilkie D. Ferguson Jr. (
                    Signed by Judge Wilkie D. Ferguson Jr. on 2/22/00) CCAP
                    [EOD Date: 2/23/00] CCAP (dp) [Entry date 02/23/00]

2/22/00   13        ORDER advising parties of the Court's expectations as to
                    certain procedures ( Signed by Judge Wilkie D. Ferguson
                    Jr. on 2/22/00) CCAP [EOD Date: 2/23/00] (dp)
                    [Entry date 02/23/00]

2/22/00   14        ORDER granting [7-1] motion to extend time to respond to
                    complaint ( Signed by Judge Wilkie D. Ferguson Jr. on
                    2/21/00) CCAP [EOD Date: 2/23/00] (dp) [Entry date 02/23/00]

2/25/00   15        Answer and affirmative defenses by Allstate Insurance (dp)
                    [Entry date 02/28/00]

2/25/00   16        MOTION by Allstate Insurance to dismiss Counts IV-VII (dp)
                    [Entry date 02/28/00]

2/25/00   17        MEMORANDUM by Allstate Insurance  in support of [16-1]
                    motion to dismiss Counts IV-VII (dp) [Entry date 02/28/00]

3/8/00    18        MOTION by David A. Napoli to certify class action (dp)
                    [Entry date 03/09/00]

3/8/00    19        NOTICE of filing motion for class certification and
                    memorandum and opposition to dismissal motion by David A.
                    Napoli (dp) [Entry date 03/09/00]

3/8/00    20        JOINT STATUS REPORT by David A. Napoli, Allstate Insurance,
                    Medview Services (dp) [Entry date 03/09/00]

3/8/00    21        MEMORANDUM by David A. Napoli  in support of [18-1] motion
                    to certify class action (dp) [Entry date 03/09/00]

3/8/00    22        RESPONSE by David A. Napoli  to [16-1] motion to dismiss
                    Counts IV-VII (dp) [Entry date 03/09/00]

3/16/00   23        MOTION by Medview Services to extend time complaint (dp)

3/20/00   24        REPLY by Allstate Insurance  to response to [16-1] motion
                    to dismiss Counts IV-VII (dp)

3/20/00   25        Minutes of status conference held  before Judge Wilkie D.
                    Ferguson Jr. on 3/20/00;  Court Reporter Name or Tape #:
                    Paul Haferling (dp) [Entry date 03/21/00]

3/20/00   26        NOTICE of filing motions to appear pro hac vice by David A.
                    Napoli (dp) [Entry date 03/21/00]

3/20/00   27        MOTION by David A. Napoli for Kenneth Gogel to appear pro
                    hac vice (dp) [Entry date 03/21/00]

3/20/00   --        Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 518904 (dp)
                    [Entry date 03/21/00]

3/20/00   28        MOTION by David A. Napoli for Andrew Garcia  to appear pro
                    hac vice (dp) [Entry date 03/21/00]

3/20/00   --      Filing Fee Paid;   FILING FEE $ 75.00   RECEIPT # 518904 (dp)
                  [Entry date 03/21/00]

3/20/00   29      MOTION by David A. Napoli for Carlin Phillips  to appear
                  pro hac vice (dp) [Entry date 03/21/00]

3/20/00   --      Filing Fee Paid;   FILING FEE $ 75.00   RECEIPT # 518904 (dp)
                  [Entry date 03/21/00]

3/20/00   30      ORDER Motion hearing set for 4/14/00 at 11:30 on all
                  pending motions before Judge Wilkie D. Ferguson Jr. (
                  Signed by Judge Wilkie D. Ferguson Jr. on 3/20/00) CCAP
                  [EOD Date: 3/21/00] (dp) [Entry date 03/21/00]

3/22/00   31      MOTION by Medview Services to appear telephoically at
                  3/20/00 status conference (dp) [Entry date 03/23/00]

3/23/00   32      MOTION by Allstate Insurance to extend time to respond to
                  motion for class certification (dp)

3/30/00   33      NOTICE of joinder in motion for extension of time to
                  respond to motion for class certification by Medview
                  Services (dp) [Entry date 03/31/00]

3/31/00   34      SCHEDULING ORDER setting Deadline for filing of all motions
                  by 10/9/00 Jury trial set for 12/4/00 Pretrial Stipulation
                  due on or before 10/23/00 Calendar call set for 4:15
                  11/27/00 Discovery cutoff 9/25/00 ; Pretrial conference for
                  4:15 10/30/00 ; ( Signed by Judge Wilkie D. Ferguson Jr. on
                  3/31/00) CCAP [EOD Date: 4/3/00]   CCAP (dp)
                  [Entry date 04/03/00]

3/31/00   35      ORDER referring case to mediation.  15 days to appoint
                  mediator ( Signed by Judge Wilkie D. Ferguson Jr. on
                  3/31/00) CCAP [EOD Date: 4/3/00] (dp) [Entry date 04/03/00]

4/3/00    36      MOTION by Medview Services to dismiss Count I (dp)
                  [Entry date 04/04/00]

4/3/00    37      MEMORANDUM by Medview Services  in support of [36-1] motion
                  to dismiss Count I (dp) [Entry date 04/04/00]

4/14/00   38      MEMORANDUM by David A. Napoli  in support of [22-1] motion
                  response (dp) [Entry date 04/17/00]

4/14/00   --      Motion hearing re: [36-1] motion to dismiss Count I (dp)
                  [Entry date 04/18/00]

4/17/00   39      RESPONSE by David A. Napoli  to [36-1] motion to dismiss
                  Count I (dp) [Entry date 04/18/00]

4/17/00   40      Minutes of hearing on motion to dismiss held  before Judge
                  Wilkie D. Ferguson Jr. on 4/14/00;  Court Reporter Name or
                  Tape #: Paul Haferling (dp) [Entry date 04/18/00]

4/24/00   41      MOTION by Medview Services for oral argument on [36-1]
                  motion to dismiss Count I (dp) [Entry date 04/25/00]

4/24/00   42      REPLY by Medview Services  to response to [36-1] motion to
                  dismiss Count I (dp) [Entry date 04/25/00]

4/24/00  (43)    NOTICE of Pendency of Other Action. by Allstate Insurance
                 (dp) [Entry date 04/25/00]

4/24/00  (44)    NOTICE of filing supplemental authority in support of
                 motion to dismiss by Allstate Insurance (dp)
                 [Entry date 04/25/00]

5/25/00  (45)    Second NOTICE OF FILING SUPPLEMENTAL AUTHORITY by Allstate
                 Insurance (dp) [Entry date 05/26/00]

6/30/00  (46)    MOTION by David A. Napoli for leave to file amended
                 complaint (dp) [Entry date 07/03/00]

6/30/00  (47)    AMENDED COMPLAINT by David A. Napoli , (Answer due 7/10/00
                 for Allstate Insurance ) amending [1-1] complaint adding
                 Community Care (dp) [Entry date 07/03/00]

7/12/00   48     MOTION by David A. Napoli for status on 7/24/00 at 4:15 (dp)
                 [Entry date 07/13/00]

7/13/00   49     MOTION by Medview Services to extend time to respond to
                 motion for leave to amend complaint (dp)
                 [Entry date 07/14/00]

7/14/00   50     ORDER granting [48-1] motion for status on 7/24/00 at 4:15
                 reset status conference for 4:15 7/24/00   before Judge
                 Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D.
                 Ferguson Jr. on 7/14/00) CCAP [EOD Date: 7/17/00] (dp)
                 [Entry date 07/17/00]

7/19/00  (51)    RESPONSE by Allstate Insurance  to [46-1] motion for leave
                 to file amended complaint (dp) [Entry date 07/20/00]

7/24/00  (52)    Minutes of status conference held  before Judge Wilkie D.
                 Ferguson Jr. on 7/24/00;  Court Reporter Name or Tape #:
                 Paul Haferling (dp) [Entry date 07/25/00]

7/24/00   --     Status conference  held  before Judge Wilkie D. Ferguson
                 Jr. (dp) [Entry date 07/25/00]

7/27/00  (53)    NOTICE of filing proposed order vacating prior order
                 setting trial date and discovery schedule by Allstate
                 Insurance (dp) [Entry date 07/31/00]

8/3/00   (54)    RESPONSE by Medview Services  to [46-1] motion for leave to
                 file amended complaint (dp) [Entry date 08/04/00]

8/7/00   (55)    REPLY by David A. Napoli  to response to [46-1] motion for
                 leave to file amended complaint (dp) [Entry date 08/08/00]

8/14/00  (56)    MEMORANDUM by Allstate Insurance  in opposition to
                 consolidation (dp) [Entry date 08/15/00]

8/16/00  (57)    RESPONSE by Medview Services  in opposition to
                 consolidation (dp)

8/25/00  (58)    CONSOLIDATED RESPONSE by Dr. Zidel, Brickell and Browner in
                 opposition to [56-1] opposition memorandum (dp)

[Entry date 08/28/00]

9/1/00   59    ORDER vacating [34-1] Scheduling order, reset status
               conference for 2:15 9/15/00   before Judge Wilkie D.
               Ferguson Jr., terminated deadlines ( Signed by Judge
               Wilkie D. Ferguson Jr. on 8/31/00) CCAP [EOD Date: 9/5/00]
               (dp) [Entry date 09/05/00]

9/8/00   60    MOTION by Medview Services for Jeb Branham to appear pro
               hac vice (dp) [Entry date 09/12/00]

9/8/00   --    Filing Fee Paid;  FILING FEE $ 75.00   RECEIPT # 520421 (dp)
               [Entry date 09/12/00]

9/11/00  61    ORDER granting plaintiffs' motion for an 8 day extension to
               respond to defendant's motion for entry of an order
               enjoining plaints and counsel from proceeding with
               duplicative state court actions ( Signed by Judge Wilkie D.
               Ferguson Jr. on 9/11/00 now for 7/5/00) CCAP [EOD Date:
               9/12/00] (dp) [Entry date 09/12/00]

9/15/00  62    Minutes of status conference held  before Judge Wilkie D.
               Ferguson Jr. on 9/15/00;  Court Reporter Name or Tape #:
               Paul Haferling (dp) [Entry date 09/18/00]

9/15/00  --    Status conference  held  before Judge Wilkie D. Ferguson
               Jr. (dp) [Entry date 09/18/00]

9/15/00  63    ORDER granting [60-1] motion for Jeb Branham to appear pro
               hac vice ( Signed by Judge Wilkie D. Ferguson Jr. on
               9/15/00) CCAP [EOD Date: 9/18/00] (dp) [Entry date 09/18/00]

9/18/00  64    ORDER granting [29-1] motion for Carlin Phillips  to appear
               pro hac vice ( Signed by Judge Wilkie D. Ferguson Jr. on
               9/15/00) CCAP [EOD Date: 9/18/00] (dp)

9/18/00  65    ORDER granting [28-1] motion for Andrew Garcia  to appear
               pro hac vice ( Signed by Judge Wilkie D. Ferguson Jr. on
               9/15/00) CCAP [EOD Date: 9/18/00] (dp)

9/18/00  66    ORDER granting [8-1] motion for Arthur Gold to appear pro
               hac vice ( Signed by Judge Wilkie D. Ferguson Jr. on
               9/15/00) CCAP [EOD Date: 9/18/00] (dp)

9/18/00  67    ORDER dismissing [49-1] motion to extend time to respond to
               motion for leave to amend complaint ( Signed by Judge
               Wilkie D. Ferguson Jr. on 9/15/00) CCAP [EOD Date: 9/18/00]
               (dp)

9/18/00  68    ORDER dismissing [23-1] motion to extend time complaint (
               Signed by Judge Wilkie D. Ferguson Jr. on 9/15/00) CCAP
               [EOD Date: 9/18/00] (dp)

9/18/00  69    ORDER granting [27-1] motion for Kenneth Gogel to appear
               pro hac vice ( Signed by Judge Wilkie D. Ferguson Jr. on
               9/15/00) CCAP [EOD Date: 9/18/00] (dp)

9/18/00  70    (VACATED BY DE #76) ORDER granting [32-1] motion to extend
               time to respond to motion for class certification ( Signed
               by Judge Wilkie D. Ferguson Jr. on 9/15/00) CCAP [EOD Date:

9/18/00] (dp) [Edit date 10/19/00]

9/18/00    71    ORDER dismissing [33-1] notice ( Signed by Judge Wilkie D.
                 Ferguson Jr. on 9/15/00) CCAP [EOD Date: 9/18/00] (dp)

9/22/00    72    NOTICE of attorney appearance for Dr. Paul Zidel by Eric
                 Lee (dp) [Entry date 09/25/00]

9/27/00    73    SCHEDULING ORDER setting Deadline for filing of all motions
                 by 4/23/01; Jury trial set for 6/18/01; Pretrial
                 Stipulation due on or before 5/7/01; Calendar call set for
                 4:15 6/11/01; Discovery cutoff 4/2/01; Pretrial conference
                 for 4:15 5/14/01 (Signed by Judge Wilkie D. Ferguson Jr. on
                 9/27/00) CCAP [EOD Date: 9/29/00] CCAP (ss)
                 [Entry date 09/29/00]

10/2/00    74    NOTICE of Unavailability by David A. Napoli  for dates of:
                 12/28-1/8 (dp) [Entry date 10/03/00]

10/13/00   75    MOTION by Allstate Insurance to vacate [70-1] order (dp)
                 [Entry date 10/16/00]

10/18/00   76    ORDER granting [75-1] motion to vacate [70-1] order
                 vacating [70-1] order ( Signed by Judge Wilkie D.
                 Ferguson Jr. on 10/18/00) CCAP [EOD Date: 10/19/00] (dp)
                 [Entry date 10/19/00]

10/26/00   77    MOTION by Community Care for William Hester Adams III to
                 appear pro hac vice (dp) [Entry date 10/27/00]

10/26/00   --    Filing Fee Paid; FILING FEE $ 75.00  RECEIPT # 520805 (dp)
                 [Entry date 10/27/00]

10/27/00   78    MOTION by Community Care to set response dates (dp)
                 [Entry date 10/30/00]

10/30/00   79    ORDER granting [46-1] motion for leave to file amended
                 complaint, granting [41-1] motion for oral argument on
                 [36-1] motion to dismiss Count I, granting [31-1] motion to
                 appear telephoically at 3/20/00 status conference, [18-1]
                 motion to certify class action Motion hearing  before
                 Judge Wilkie D. Ferguson Jr. set for 9:00 11/6/00 for
                 [36-1] motion to dismiss Count I ( Signed by Judge Wilkie
                 D. Ferguson Jr. on 10/30/00) CCAP [EOD Date: 10/31/00] (dp)
                 [Entry date 10/31/00]

10/30/00   --    Motion(s) referred: [18-1] motion to certify class action
                 referred  to Magistrate Judge Lurana S. Snow (dp)
                 [Entry date 10/31/00]

11/1/00    80    ORDER granting [78-1] motion to set response dates  reset
                 answer due for 11/13/00 for Community Care ( Signed by
                 Judge Wilkie D. Ferguson Jr. on 10/31/00) CCAP [EOD Date:
                 11/2/00] (dp) [Entry date 11/02/00]

11/1/00    81    ORDER granting [77-1] motion for William Hester Adams III
                 to appear pro hac vice ( Signed by Judge Wilkie D. Ferguson
                 Jr. on 10/31/00) CCAP [EOD Date: 11/2/00] (dp)
                 [Entry date 11/02/00]

| Date | No. | Entry |
|---|---|---|
| 11/6/00 | -- | Motion hearing re: [36-1] motion to dismiss Count I Motion hearing held (ss) [Entry date 11/09/00] |
| 11/8/00 | 82 | Minutes of Motion to dismiss held before Judge Wilkie D. Ferguson Jr. on 11/6/00; Court Reporter Name or Tape # Paul Haferling (ss) [Entry date 11/09/00] |
| 11/9/00 | 83 | AGREED MOTION by Allstate Insurance to set response date (ss) |
| 11/9/00 | 84 | RULE 12.1 Civil Rico Case Statement by David A. Napoli (ss) [Entry date 11/13/00] |
| 11/13/00 | 85 | MOTION with memorandum in support by Community Care to dismiss claims (dp) [Entry date 11/15/00] |
| 11/13/00 | 86 | MOTION by Community Care to compel arbitration & stay litigation (dp) [Entry date 11/15/00] |
| 11/16/00 | 87 | ORDER granting [83-1] motion to set response date ( Signed by Judge Wilkie D. Ferguson Jr. on 11/16/00) CCAP [EOD Date: 11/17/00] (dp) [Entry date 11/17/00] |
| 11/20/00 | 88 | MOTION by Allstate Insurance to dismiss Counts II-II (dp) |
| 11/20/00 | 89 | MEMORANDUM by Allstate Insurance in support of [88-1] motion to dismiss Counts II-II (dp) |
| 11/22/00 | 90 | MOTION with memorandum in support by Allstate Insurance stay discovery, or alternatively for protective order discovery (dp) |
| 11/22/00 | 91 | MOTION by Allstate Insurance for Hearing on [90-1] motion to stay discovery, [90-2] motion for protective order discovery (dp) |
| 11/30/00 | 92 | MOTION by David A. Napoli to extend time to respond to CCN's motion to compel and motion to dismiss (dp) [Entry date 12/01/00] |
| 12/4/00 | 93 | MOTION by David A. Napoli to extend time to respond to motion to dismiss (dp) [Entry date 12/05/00] |
| 12/8/00 | 94 | ORDER granting [92-1] motion to extend time to respond to CCN's motion to compel and motion to dismiss ( Signed by Judge Wilkie D. Ferguson Jr. on 12/8/00) CCAP [EOD Date: 12/11/00] (dp) [Entry date 12/11/00] |
| 12/8/00 | 95 | ORDER granting [93-1] motion to extend time to respond to motion to dismiss ( Signed by Judge Wilkie D. Ferguson Jr. on 12/8/00) CCAP [EOD Date: 12/11/00] (dp) [Entry date 12/11/00] |
| 12/11/00 | 96 | STIPULATION of dismissal by Community Care, Paul Zidel (dp) [Entry date 12/12/00] |
| 12/15/00 | 97 | MOTION by Paul Zidel for leave to file amend [47-1] amended complaint (dp) [Entry date 12/18/00] |
| 12/15/00 | 98 | SECOND AMENDED COMPLAINT by Paul Zidel , (Answer due 12/25/00 for Allstate Insurance ) amending [47-1] amended |

complaint (dp) [Entry date 12/18/00]

12/18/00  99    REPLY by Allstate Insurance  to response to [90-1] motion
                to stay discovery, [90-2] motion for protective order re
                discovery (dp)

12/18/00  100   ORDER dismissing cause upon stipulation of dismissal (
                Signed by Judge Wilkie D. Ferguson. on 12/15/00) CCAP
                [EOD Date: 12/19/00] (dp) [Entry date 12/19/00]

12/18/00  --    CASE CLOSED. Case and Motions no longer referred to
                Magistrate. (dp) [Entry date 12/19/00]

12/18/00  --    Case reopened (dp) [Entry date 12/29/00]

12/26/00  101   MOTION by Allstate Insurance for oral argument on [97-1]
                motion for leave to file amend [47-1] amended complaint (dp)

12/26/00  102   RESPONSE by Allstate Insurance  to [97-1] motion for leave
                to file amend [47-1] amended complaint (dp)

12/27/00  103   ORDER granting [97-1] motion for leave to file amend [47-1]
                amended complaint ( Signed by Judge Wilkie D. Ferguson Jr.
                on 12/27/00) CCAP [EOD Date: 12/28/00] (dp)
                [Entry date 12/28/00]

12/29/00  104   MOTION with memorandum in support by Allstate Insurance
                for protective order re 1/16-18/01 depositions (dp)

12/29/00  105   MOTION by Allstate Insurance for Hearing on [104-1] motion
                for protective order re 1/16-18/01 depositions (dp)

12/31/00  106   ORDER dismissing [86-1] motion to compel arbitration & stay
                litigation ( Signed by Judge Wilkie D. Ferguson Jr. on
                12/31/00) CCAP [EOD Date: 1/4/01] (dp) [Entry date 01/04/01]

12/31/00  107   ORDER dismissing [85-1] motion to dismiss claims ( Signed
                by Judge Wilkie D. Ferguson Jr. on 12/31/00) CCAP [EOD
                Date: 1/4/01] (dp) [Entry date 01/04/01]

1/11/01   108   MOTION by Allstate Insurance to dismiss second amended
                complaint (dp) [Entry date 01/12/01]

1/11/01   109   MEMORANDUM by Allstate Insurance  in support of [108-1]
                motion to dismiss second amended complaint (dp)
                [Entry date 01/12/01]

1/23/01   110   MOTION by Paul Zidel to compel production of documents,
                for contempt, for sanctions (dp) [Entry date 01/24/01]

1/23/01   110   MEMORANDUM by Paul Zidel  in opposition to [104-1] motion
                for protective order re 1/16-18/01 depositions (dp)
                [Entry date 01/24/01]

1/24/01   111   ORDER dismissing [88-1] motion to dismiss Counts II-II (
                Signed by Judge Wilkie D. Ferguson Jr. on 1/24/01) CCAP
                [EOD Date: 1/25/01] (dp) [Entry date 01/25/01]

1/24/01   112   ORDER dismissing [101-1] motion for oral argument on [97-1]
                motion for leave to file amend [47-1] amended complaint (

|         |     | Signed by Judge Wilkie D. Ferguson Jr. on 1/24/01) CCAP [EOD Date: 1/25/01] (dp) [Entry date 01/25/01] |
|---------|-----|---|
| 1/24/01 | 113 | ORDER OF REFERENCE Referring Motion(s) [110-1] motion to compel production of documents referred to Magistrate Judge Lurana S. Snow, [110-2] motion for contempt referred to Magistrate Judge Lurana S. Snow, [110-3] motion for sanctions referred to Magistrate Judge Lurana S. Snow, [108-1] motion to dismiss second amended complaint referred to Magistrate Judge Lurana S. Snow ( signed by Judge Wilkie D. Ferguson Jr. on 1/24/01) [EOD Date: 1/25/01] (dp) [Entry date 01/25/01] |
| 1/24/01 | 113 | ORDER dismissing [105-1] motion for Hearing on [104-1] motion for protective order re 1/16-18/01 depositions, dismissing [104-1] motion for protective order re 1/16-18/01 depositions, dismissing [91-1] motion for Hearing on [90-1] motion to stay discovery, [90-2] motion for protective order re discovery, granting [90-1] motion to stay discovery, granting [90-2] motion for protective order re discovery ( Signed by Judge Wilkie D. Ferguson Jr. on 1/24/01) CCAP [EOD Date: 1/25/01] (dp) [Entry date 01/25/01] |
| 1/26/01 | 114 | UNOPPOSED MOTION by Paul Zidel for enlargement of time to respond to motion to dismiss second amended complaint (ss) [Entry date 01/29/01] |
| 1/29/01 | 115 | THIRD-PARTY COMPLAINT by Allstate Insurance against Community Care Network (mh) |
| 1/29/01 | 116 | ORDER granting [114-1] motion for enlargement of time to respond to motion to dismiss second amended complaint ( Signed by Judge Wilkie D. Ferguson Jr. on 1/29/01) CCAP [EOD Date: 1/30/01] (dp) [Entry date 01/30/01] |
| 2/12/01 | 117 | MEMORANDUM by Paul Zidel in opposition to [108-1] motion to dismiss second amended complaint (dp) [Entry date 02/13/01] |
| 2/12/01 | 118 | ACKNOWLEDGEMENT OF SERVICE as to Community Care 2/9/01 Answer due on 3/1/01 for Community Care (dp) [Entry date 02/13/01] |
| 2/12/01 | 119 | MOTION by Allstate Insurance to amend [73-1] Scheduling order (dp) [Entry date 02/13/01] |
| 2/12/01 | 120 | MOTION by Allstate Insurance to extend time to respond to motion to compel (dp) [Entry date 02/13/01] |
| 2/13/01 | 121 | ORDER granting [120-1] motion to extend time to respond to motion to compel ( Signed by Judge Wilkie D. Ferguson Jr. on 2/13/01) CCAP [EOD Date: 2/14/01] (dp) [Entry date 02/14/01] |
| 2/14/01 | 122 | MOTION by Community Care to extend time to respond to 3rd-party complaint (dp) [Entry date 02/15/01] |
| 2/15/01 | 123 | MOTION by Community Care to amend [73-1] Scheduling order (dp) [Entry date 02/16/01] |

2/17/01    --      Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524035 (dp)
                   [Entry date 12/18/01]

2/20/01    124     ORDER granting [122-1] motion to extend time to respond to
                   3rd-party complaint ( Signed by Judge Wilkie D. Ferguson
                   Jr. on 2/20/01) CCAP [EOD Date: 2/20/01] (dp)

2/20/01    125     REPLY by Allstate Insurance  to response to [108-1] motion
                   to dismiss second amended complaint (dp)

2/23/01    126     MOTION by Allstate Insurance to extend time to respond to
                   motion to consolidate (dp) [Entry date 02/26/01]

2/26/01    127     NOTICE OF FILING SUPPLEMENTAL AUTHORITY by Paul Zidel in
                   opposition to pending motions to dismiss (dp)
                   [Entry date 02/27/01]

2/27/01    128     MEMORANDUM by Allstate Insurance  in opposition to [110-1]
                   opposition memorandum, [110-1] motion to compel production
                   of documents, [110-2] motion for contempt, [110-3] motion
                   for sanctions (dp)

2/27/01    129     MOTION by Community Care for extension of time for
                   briefing on consolidation issues (dp) [Entry date 02/28/01]

2/28/01    130     ORDER granting [126-1] motion to extend time to respond to
                   motion to consolidate ( Signed by Judge Wilkie D. Ferguson
                   Jr. on 2/28/01) CCAP [EOD Date: 2/28/01] (dp)

2/28/01    131     ORDER granting [129-1] motion for extension of time for
                   briefing on consolidation issues ( Signed by Judge Wilkie
                   D. Ferguson Jr. on 2/28/01) CCAP [EOD Date: 3/1/01] (dp)
                   [Entry date 03/01/01]

3/5/01     132     Transcript filed re: status conference held 9/15/00  before
                   Judge Wilkie D. Ferguson Jr.  Pages: 1-36 (dp)

3/6/01     133     REPLY by Paul Zidel  to response to [110-1] motion to
                   compel production of documents (dp) [Entry date 03/07/01]

3/7/01     134     NOTICE of receipt of transcript by Community Care (dp)
                   [Entry date 03/08/01]

3/7/01     135     MEMORANDUM by Allstate Insurance in opposition to motion to
                   consolidate (dp) [Entry date 03/08/01]

3/8/01     136     NOTICE of filing transcript of status conference of 9/15/00
                   by Allstate Insurance (dp) [Entry date 03/09/01]

3/9/01     137     MOTION by Community Care for William Adams to appear pro
                   hac vice (dp) [Entry date 03/12/01]

3/9/01     --      Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 521796 (dp)
                   [Entry date 03/12/01]

3/13/01    138     MOTION by Community Care for leave to file memorandum
                   opposing consolidation (dp)

3/15/01    139    ORDER granting [138-1] motion for leave to file memorandum
                  opposing consolidation (Signed by Judge Wilkie D. Ferguson
                  Jr. on 3/15/01) CCAP [EOD Date: 3/15/01] (mh)

3/15/01    140    UNOPPOSED MOTION by Paul Zidel for extension of time to
                  serve reply memorandum of law in support of motion to
                  consolidate (ss) [Entry date 03/16/01]

3/19/01    141    ANSWER by Community Care to [115-1] third-party complaint
                  (dp) [Entry date 03/20/01]

3/19/01    142    ORDER granting [140-1] motion for extension of time to
                  serve reply memorandum of law in support of motion to
                  consolidate ( Signed by Judge Wilkie D. Ferguson Jr. on
                  3/19/01) CCAP [EOD Date: 3/20/01] (dp) [Entry date 03/20/01]

3/19/01    143    ORDER granting [137-1] motion for William Adams to appear
                  pro hac vice ( Signed by Judge Wilkie D. Ferguson Jr. on
                  3/19/01) CCAP [EOD Date: 3/20/01] (dp) [Entry date 03/20/01]

4/4/01     144    NOTICE OF FILING SUPPLEMENTAL AUTHORITY by Paul Zidel re:
                  in further opposition to all pending motions to dismiss (dp)
                  [Entry date 04/05/01]

4/5/01     145    REPLY by Paul Zidel to response to motion to consolidate (dp)
                  [Entry date 04/06/01]

4/18/01    146    MOTION by Paul Zidel to continue trial and pre-trial
                  requirements (dp) [Entry date 04/19/01]

4/27/01    147    RESPONSE by Community Care  to [146-1] motion to continue
                  trial and pre-trial requirements (dp) [Entry date 04/30/01]

5/14/01    148    Minutes of pretrial conference held  before Judge Wilkie D.
                  Ferguson Jr. on 5/14/01;  Court Reporter Name or Tape #:
                  Anita LaRocca (dp) [Entry date 05/15/01]

5/14/01    --     Pre-trial conference  held  before Judge Wilkie D. Ferguson
                  Jr. (dp) [Entry date 05/15/01]

7/5/01     149    NOTICE OF SUPPLEMENTAL AUTHORITY by Paul Zidel in further
                  opposition to the pending motions to dismiss (ss)
                  [Entry date 07/06/01]

7/30/01    150    MOTION by Paul Zidel and Salvatore Larusso to limit
                  communications between Community Care Network and potential
                  class members (dp) [Entry date 07/31/01]

7/30/01    151    MOTION by Paul Zidel an Salvatore Larusso for expedited
                  consideration as to motion to limit communications (dp)
                  [Entry date 07/31/01]

8/6/01     152    MOTION by Community Care for W. Curtis Caywood IV to
                  appear pro hac vice (dp) [Entry date 08/07/01]

8/6/01     --     Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 523036 (dp)
                  [Entry date 08/07/01]

8/8/01     153    ORDER granting [152-1] motion for W. Curtis Caywood IV to
                  appear pro hac vice ( Signed by Judge Wilkie D. Ferguson

Jr. on 8/8/01] [EOD Date: 8/8/01] (dp)

8/8/01    154    ORDER granting [152-1] motion for W. Curtis Caywood IV to
                 appear pro hac vice ( Signed by Judge Wilkie D. Ferguson
                 Jr. on 8/8/01) [EOD Date: 8/8/01] (dp)

8/13/01   155    MEMORANDUM by Allstate Insurance  in opposition to [150-1]
                 motion to limit communications between Community Care
                 Network and potential class members (dp)
                 [Entry date 08/14/01]

8/15/01   156    MOTION by Community Care to extend time to file opposition
                 to motion to limit communications with CCN providers (dp)
                 [Entry date 08/16/01]

8/16/01   157    ORDER granting [156-1] motion to extend time to file
                 opposition to motion to limit communications with CCN
                 providers ( Signed by Judge Wilkie D. Ferguson Jr. on
                 8/16/01) [EOD Date: 8/17/01] (dp) [Entry date 08/17/01]

8/20/01   158    RESPONSE by Community Care  to [150-1] motion to limit
                 communications between Community Care Network and potential
                 class members (dp) [Entry date 08/21/01]

8/20/01   159    MOTION by Community Care for oral argument on [150-1]
                 motion to limit communications between Community Care
                 Network and potential class members (dp)
                 [Entry date 08/21/01]

8/28/01   160    MOTION by Paul Zidel and Salvatore Larusso to extend time
                 to serve reply memorandum in support of motion to limit
                 communications (dp) [Entry date 08/29/01]

8/28/01   161    REPLY by Paul Zidel  to response to [150-1] motion to limit
                 communications between Community Care Network and potential
                 class members (dp) [Entry date 08/29/01]

8/29/01   162    ORDER granting [160-1] motion to extend time to serve reply
                 memorandum in support of motion to limit communications (
                 Signed by Judge Wilkie D. Ferguson Jr. on 8/29/01) [EOD
                 Date: 8/30/01] (dp) [Entry date 08/30/01]

9/6/01    163    MOTION by Community Care to preclude the unauthorized
                 commencement of merits discovery (dp) [Entry date 09/07/01]

9/6/01    164    MOTION by Community Care for expedited consideration of
                 motion to preclude unauthorized commencement of merits
                 discovery (dp) [Entry date 09/07/01]

9/6/01    165    Certification of consulation with opposing counsel by
                 Community Care (dp) [Entry date 09/07/01]

9/6/01    166    NOTICE of filing appendix to motion to preclude the
                 unauthorized commencment of merits discovery by Community
                 Care (dp) [Entry date 09/07/01]

9/17/01   167    NOTICE regarding motion to preclude the unauthorized
                 commencement of merits discovery by Community Care (dp)
                 [Entry date 09/18/01]

9/21/01    168     MOTION by Paul Zidel for class certification (ss)
                      [Entry date 09/24/01]

9/21/01    169     MEMORANDUM by Paul Zidel in opposition to [163-1] motion
                      preclude the unauthorized commencement of merits disco
                      (ss) [Entry date 09/24/01]

9/28/01    171     AMENDED SCHEDULING ORDER setting Deadline for filing of all
                      motions by 4/22/02 Jury trial set for 6/17/02 Pretrial
                      Stipulation due on or before 5/6/02 Calendar call set for
                      4:15 6/10/02 Discovery cutoff 4/1/02 ; Pretrial
                      conference for 4:15 5/13/02 ; ( Signed by Judge Wilkie D. Ferguson Jr.
                      on 9/28/01) [EOD Date: 9/28/01]  CCAP (dp)
                      [Edit date 09/28/01]

9/28/01    172     OMNIBUS ORDER denying [108-1] motion to dismiss second
                      amended complaint granting [119-1] motion to amend [73-1]
                      Scheduling order, granting [123-1] motion to amend [73-1]
                      Scheduling order ( Signed by Judge Wilkie D. Ferguson Jr.
                      on 9/28/01) [EOD Date: 9/28/01] (lh)

9/28/01    173     ORDER denying [110-1] motion to compel production of
                      documents, denying [110-2] motion for contempt, denying
                      [110-3] motion for sanctions ( Signed by Magistrate Judge
                      Lurana S. Snow on 9/28/01) [EOD Date: 10/2/01] (dp)
                      [Entry date 10/02/01]

9/28/01   --      Consolidated Lead Case (dp) [Entry date 10/09/01]

9/28/01    170     ORDER REFERRING CASE (PRE-TRIAL) to Magistrate Judge
                      Lurana S. Snow [168-1] motion for class certification
                      referred to Magistrate Judge Lurana S. Snow, [164-1]
                      motion for expedited consideration of motion to preclude
                      unauthorized commencement of merits discovery referred
                      Magistrate Judge Lurana S. Snow, [163-1] motion to preclude
                      the unauthorized commencement of merits discovery referred
                      to Magistrate Judge Lurana S. Snow, [159-1] motion for
                      argument on [150-1] motion to limit communications between
                      Community Care Network and potential class members referred
                      to Magistrate Judge Lurana S. Snow, [151-1] motion for
                      expedited consideration as to motion to limit
                      communications referred to Magistrate Judge Lurana S.
                      Snow, [150-1] motion to limit communications between
                      Community Care Network and potential class members referred
                      to Magistrate Judge Lurana S. Snow ( Signed by Judge
                      Wilkie D. Ferguson Jr. on 9/28/01)  CCAP [EOD Date:
                      11/28/01] (dp) [Entry date 11/28/01]

10/2/01    176     ORDER dismissing [146-1] motion to continue trial and
                      pre-trial requirements ( Signed by Judge Wilkie D. Ferguson
                      Jr. on 10/2/01) [EOD Date: 10/10/01] (dp)
                      [Entry date 10/10/01]

10/2/01   177     ORDER dismissing motion to continue trial and pre-trial
                      requirments filed in 00-6649-CV-WDF ( Signed by Judge
                      Wilkie D. Ferguson Jr. on 10/2/01) [EOD Date: 10/10/01]
                      [Entry date 10/10/01]

10/2/01   178     ORDER dismissing motion to continue trial and pre-trial
                      deadlines filed in 00-7163-CV-WDF ( Signed by Judge Wilkie

D. Ferguson Jr. on 10/2/01) [EOD Date: 10/10/01] (dp)
[Entry date 10/10/01]

10/2/01   179   ORDER dismissing partially opposed motion to stay discovery
filed in 00-7692-CV-WDF ( Signed by Judge Wilkie D.
Ferguson Jr. on 10/2/01) [EOD Date: 10/10/01] (dp)
[Entry date 10/10/01]

10/2/01   180   ORDER granting motion for admission pro hac vice of John
Aldock filed in 01-6778-CV-WDF ( Signed by Judge Wilkie D.
Ferguson Jr. on 10/2/01) [EOD Date: 10/10/01] (dp)
[Entry date 10/10/01]

10/2/01   181   ORDER granting motion for admission pro hac vice of Richard
Wyner filed in 01-6778-CV-WDF ( Signed by Judge Wilkie D.
Ferguson Jr. on 10/2/01) [EOD Date: 10/10/01] (dp)
[Entry date 10/10/01]

10/2/01   182   ORDER granting motion for admission pro hac vice of Jeffrey
Klein filed in 01-6778-CV-WDF ( Signed by Judge Wilkie D.
Ferguson Jr. on 10/2/01) [EOD Date: 10/10/01] (dp)
[Entry date 10/10/01]

10/2/01   183   ORDER dismissing unopposed motion for postponement or
extension of time filed in 01-6778-CV-WDF ( Signed by Judge
Wilkie D. Ferguson Jr. on 10/2/01) [EOD Date: 10/10/01] (dp)
[Entry date 10/10/01]

10/2/01   184   ORDER dismissing unopposed motion for postponement or
extension time filed in 01-6782-CV-WDF ( Signed by Judge
Wilkie D. Ferguson Jr. on 10/2/01) [EOD Date: 10/10/01] (dp)
[Entry date 10/10/01]

10/2/01   185   ORDER dismissing motion for enlargment of time filed in
01-8108-CV-WDF ( Signed by Judge Wilkie D. Ferguson Jr. on
10/2/01) [EOD Date: 10/10/01] (dp) [Entry date 10/10/01]

10/2/01   186   ORDER granting nunc pro tunc motion for extension of time
to serve its reply in support of motion to compel
arbiration and to dismiss or stay proceedings pending
arbitration ( Signed by Judge Wilkie D. Ferguson Jr. on
10/2/01) [EOD Date: 10/10/01] (dp) [Entry date 10/10/01]

10/2/01   187   ORDER granting application to be admitted pro hac vice by
Arthur Gold ( Signed by Judge Wilkie D. Ferguson Jr. on
10/2/01) [EOD Date: 10/10/01] (dp) [Entry date 10/10/01]

10/2/01   188   ORDER granting nunc pro tunc motion for extension of time
to serve reponse to motion for class certification filed in
01-8110-CV-WDF  ( Signed by Judge Wilkie D. Ferguson Jr. on
10/2/01) [EOD Date: 10/10/01] (dp) [Entry date 10/10/01]

10/3/01   174   MOTION by Community Care to compel arbitration (dp)
[Entry date 10/04/01]

10/4/01   175   MOTION by plaintiff Keith Brickell, D.C. to extend time
respond to motion to quash (dp) [Entry date 10/05/01]

10/5/01   189   MOTION by Community Care for reconsideration of order
dated 10/2/01 filed in 00-7692-CV-WDF (dp)

[Entry date 10/11/01]

| | | |
|---|---|---|
| 10/5/01 | 190 | MOTION by Community Care for oral argument on [189-1] motion for reconsideration of order dated 10/2/01 filed in 00-7692-CV-WDF (dp) [Entry date 10/11/01] |
| 10/5/01 | 192 | AMENDED MOTION by Allstate Insurance, Allstate Indemnity, Fidelity & Casualty, Continental Ins., Deerbrook Insurance to extend time to file reponses to motions for pending class certification referring to [191-1] motion to extend time to file responses to pending motions for class certification (dp) [Entry date 10/11/01] |
| 10/9/01 | 191 | MOTION by Allstate Insurance, Allstate Indemnity, Fidelity & Casualty, Continental Ins., Deerbrook Insurance to extend time to file responses to pending motions for class certification (dp) [Entry date 10/11/01] |
| 10/10/01 | 193 | AMENDED COMPLAINT by Salvatore D. Larusso , (Answer due 10/22/01 for Nationwide Insurance ) amending complaint in 01-8108-CV-WDF (dp) [Entry date 10/11/01] |
| 10/10/01 | 194 | AMENDED COMPLAINT by Salvatore D. Larusso against Harford Insurance Company, (Answer due 2/3/00 ) amending complaint filed in 01-8111-CV-WDF (dp) [Entry date 10/11/01] |
| 10/11/01 | 195 | MOTION by Hartford Insurance for Howard Roin to appear pro hac vice (dp) [Entry date 10/12/01] |
| 10/11/01 | -- | Filing Fee Paid; FILING FEE $ 75.00 RECEIPT # 523565 (dp) [Entry date 10/12/01] |
| 10/15/01 | 196 | MOTION by Florida Farm Bureau to stay discovery pending ruling on motion to compel arbitration (dp) [Entry date 10/16/01] |
| 10/16/01 | 197 | MOTION by Hartford Insurance for reconsideration of [172-1] order, [171-1] Scheduling order (dp) [Entry date 10/17/01] |
| 10/16/01 | 198 | MOTION by Hartford Insurance for Hearing on [197-1] motion for reconsideration of [172-1] order, [171-1] Scheduling order (dp) [Entry date 10/17/01] |
| 10/16/01 | 199 | MOTION by Beech Street, ADP Integrated to extend time to file answer and affirmative defenses (dp) [Entry date 10/17/01] |
| 10/16/01 | 200 | NOTICE OF FILING SUPPLEMENTAL AUTHORITY by Keith Brickell, D.C. re: [168-1] motion for class certification (dp) [Entry date 10/17/01] |
| 10/16/01 | 201 | MOTION by Paul Zidel, Keith Brickell, D.C., Marc J. Browner D.C., Salvatore D. Larusso, Ultra Open MRI, Chiropractic Centre for confidentiality order (dp) [Entry date 10/17/01] |
| 10/18/01 | 202 | NOTICE of joinder in Progressive defendants' objections to notice of taking deposition by Beech Street, ADP Integrated (dp) |

10/18/01 203    UNOPPOSED MOTION by Paul Zidel for enlargement of time to
                serve memorandum of law in opposition to third-party
                defendant CCN's motion to compel arbitration (ss)
                [Entry date 10/19/01]

10/19/01 204    MEMORANDUM by Salvatore D. Larusso in opposition to [189-1]
                motion for reconsideration of order dated 10/2/01 filed in
                00-7692-CV-WDF (ss) [Entry date 10/22/01]

10/19/01 205    MEMORANDUM by Chiropractic Centre, Ultra Open MRI in
                opposition to Metropolitan's and Integon's motions for
                clarification (filed in 01-6783/01-6780-CIV-WDF) (ss)
                [Entry date 10/22/01]

10/19/01 206    MEMORANDUM by Ultra Open MRI in opposition to Prudential's
                motion for stay of discovery (ss) [Entry date 10/22/01]

10/19/01 207    REQUEST by Nationwide Insurance for status conference (ss)
                [Entry date 10/22/01]

10/22/01 208    Answer and affirmative defenses by Beech Street, ADP
                Integrated to Brickell class action complaint (dp)
                [Entry date 10/23/01]

10/22/01 209    Answer and affirmative defenses by Beech Street, ADP
                Integrated to Browner class action complaint (dp)
                [Entry date 10/23/01]

10/22/01 210    MOTION with memorandum in support by Hartford Insurance to
                dismiss amended class action complaint (dp)
                [Entry date 10/23/01]

10/22/01 211    MOTION by Hartford Insurance for oral argument on [210-1]
                motion to dismiss amended class action complaint (dp)
                [Entry date 10/23/01]

10/22/01 212    MOTION with memorandum in support by Hartford Insurance to
                stay discovery and time for responding to class
                certification (dp) [Entry date 10/23/01]

10/22/01 213    MOTION by Hartford Insurance for oral argument on [212-1]
                motion to stay discovery and time for responding to class
                certification (dp) [Entry date 10/23/01]

10/22/01 214    UNOPPOSED MOTION by Progressive Express, Progressive
                Consumer, Progressive Bayside to extend time to answer
                complaint (lh) [Entry date 10/23/01]

10/23/01 215    ANSWER to Ultra Open MRI's class action Complaint by
                Fidelity & Casualty, Continental Ins. (dp)
                [Entry date 10/24/01]

10/23/01 216    ANSWER by Allstate Insurance to Dr. Zidel's second amended
                class action complaint (dp) [Entry date 10/24/01]
                [Edit date 10/24/01]

10/23/01 217    ANSWER to Ultra Open MRI's Class Action Complaint by
                Deerbrook Insurance (dp) [Entry date 10/24/01]

10/23/01 218    ANSWER to Plaintiffs' Class Action Complaint by Allstate

Indemnity (dp) [Entry date 10/24/01]

10/23/01  219    MOTION by Allstate Insurance, Allstate Insurance, Allstate
                 Indemnity, Fidelity & Casualty, Continental Ins., Deerbrook
                 Insurance for clarification of [171-1] Scheduling order (dp)
                 [Entry date 10/25/01]

10/23/01  220    MOTION by Allstate Insurance, Allstate Insurance, Allstate
                 Indemnity, Fidelity & Casualty, Continental Ins., Deerbrook
                 Insurance for Hearing on [219-1] motion for clarification
                 of [171-1] Scheduling order (dp) [Entry date 10/25/01]

10/24/01  221    MOTION by Beech Street, ADP Integrated for reaffirmation
                 of orders staying merits discovery (dp)
                 [Entry date 10/25/01]

10/24/01  222    SECOND UNOPPOSED MOTION by Paul Zidel to extend time to
                 respond to non-party Corvel Corporations' motion to quash,
                 for protective order and objections to subpoena (dp)
                 [Entry date 10/25/01]

10/25/01  223    ORDER granting [222-1] motion to extend time to respond to
                 non-party Corvel Corporations' motion to quash, for
                 protective order and objections to subpoena ( Signed by
                 Magistrate Judge Lurana S. Snow on 10/25/01) [EOD Date:
                 10/26/01] (dp) [Entry date 10/26/01]

10/26/01  224    AMENDED ANSWER to Complaint by Beech Street, ADP Integrated
                 to class action complaint in Case No. 7163-CV-WDF (dp)
                 [Entry date 10/29/01]

10/26/01  225    MOTION by Nationwide Insurance to compel arbitration, or
                 alternatively to dismiss claims (dp) [Entry date 10/29/01]

10/26/01  226    MEMORANDUM by Nationwide Insurance in support of [225-1]
                 motion to compel arbitration, [225-2] motion to dismiss
                 claims (dp) [Entry date 10/29/01]

10/26/01  227    PARTIALLY UNOPPOSED MOTION by Community Care to stay
                 pending resolution of arbitration and class certification
                 issues (dp) [Entry date 10/29/01]

10/26/01  228    MOTION by Community Care for oral argument on [227-1]
                 motion to stay pending resolution of arbitration and class
                 certification issues (dp) [Entry date 10/29/01]

10/26/01  229    MOTION by Community Care for expedited treatment of its
                 partially unopposed motion to stay (dp)
                 [Entry date 10/29/01]

10/26/01  230    MOTION by Florida Farm Bureau for protective order from
                 taking deposition (dp) [Entry date 10/29/01]

10/26/01  233    REPLY by Community Care to response to [189-1] motion for
                 reconsideration of order dated 10/2/01 filed in
                 00-7692-CV-WDF (dp) [Entry date 10/30/01]

10/29/01  231    MEMORANDUM by Paul Zidel in opposition to [174-1] motion
                 to compel arbitration (dp) [Entry date 10/30/01]

10/29/01 232    MOTION by Superior Insurance to extend time to respond to
                complaint (dp) [Entry date 10/30/01]

10/30/01 234    MEMORANDUM by Paul Zidel  in opposition to [197-1] motion
                for reconsideration of [172-1] order, [171-1] Scheduling
                order (dp) [Entry date 10/31/01]

10/30/01 235    MEMORANDUM by Paul Zidel  in opposition to [196-1] motion
                to stay discovery pending ruling on motion to compel
                arbitration (dp) [Entry date 10/31/01]

10/30/01 237    EMERGENCY MOTION by Beech Street, ADP Integrated for
                protective order with respect to Dr. Zidel's two notice of
                taking deposition (dp) [Entry date 11/01/01]
                [Edit date 11/01/01]

10/30/01 238    MOTION by Beech Street, ADP Integrated for oral argument
                on [237-1] motion for protective order with respect to Dr.
                Zidel's two notice of taking deposition (dp)
                [Entry date 11/01/01]

10/31/01 236    MOTION by Hartford Insurance to extend time to respond to
                memorandum of law in opposition to motion for
                reconsideration (dp) [Entry date 11/01/01]

10/31/01 239    ORDER granting [192-2] amended motion ( Signed by
                Magistrate Judge Lurana S. Snow on 10/31/01) [EOD Date:
                11/1/01] (dp) [Entry date 11/01/01]

10/31/01 240    ORDER granting [232-1] motion to extend time to respond to
                complaint  reset answer due for 10/29/01 for Superior
                Insurance ( Signed by Magistrate Judge Lurana S. Snow on
                10/31/01) [EOD Date: 11/1/01] (dp) [Entry date 11/01/01]

10/31/01 241    ORDER granting [203-1] motion for enlargement of time to
                serve memorandum of law in opposition to third-party
                defendant CCN's motion to compel arbitration ( Signed by
                Magistrate Judge Lurana S. Snow on 10/31/01) [EOD Date:
                11/1/01] (dp) [Entry date 11/01/01]

10/31/01 242    ORDER granting [199-1] motion to extend time to file answer
                and affirmative defenses ( Signed by Magistrate Judge
                Lurana S. Snow on 10/31/01) [EOD Date: 11/1/01] (dp)
                [Entry date 11/01/01]

10/31/01 243    ORDER granting [191-1] motion to extend time to file
                responses to pending motions for class certification (
                Signed by Magistrate Judge Lurana S. Snow on 10/31/01) [EOD
                Date: 11/1/01] (dp) [Entry date 11/01/01]

10/31/01 244    ORDER granting Liberty Mutual's unopposed motio for
                extension of time to answer complaint (motion filed in
                00-7692-CV-WDF) ( Signed by Magistrate Judge Lurana S. Snow
                on 10/31/01) [EOD Date: 11/1/01] (dp) [Entry date 11/01/01]

10/31/01 249    MOTION by Superior Insurance to dismiss complaint (dp)
                [Entry date 11/01/01]

10/31/01 250    MEMORANDUM by Superior Insurance  in support of [249-1]
                motion to dismiss complaint (dp) [Entry date 11/01/01]

10/31/01 251    Certification of conferral by Superior Insurance (dp)
                [Entry date 11/01/01] [Edit date 11/01/01]

10/31/01 252    MOTION by Superior Insurance to stay discovery (dp)
                [Entry date 11/01/01] [Edit date 11/01/01]

10/31/01 253    MOTION by Superior Insurance for oral argument on [249-1]
                motion to dismiss complaint (dp) [Entry date 11/01/01]
                [Edit date 11/01/01]

10/31/01 254    MEMORANDUM by Superior Insurance  in opposition to [201-1]
                motion for confidentiality order (dp) [Entry date 11/01/01]

11/1/01  245    ORDER granting [214-1] motion to extend time to answer
                complaint ( Signed by Magistrate Judge Lurana S. Snow on
                11/1/01) [EOD Date: 11/1/01] (dp) [Edit date 11/01/01]

11/1/01  246    ORDER granting Progressive American Insurance Company's
                motion for extension of time to answer complaint ( Signed by
                Magistrate Judge Lurana S. Snow on 11/1/01) [EOD Date:
                11/1/01] (dp) [Edit date 11/01/01]

11/1/01  247    ORDER on Liberty Mutual's second unopposed motion for
                extension of time to respond to complaint ( Signed by
                Magistrate Judge Lurana S. Snow on 11/1/01) [EOD Date:
                11/1/01] (dp) [Edit date 11/01/01]

11/1/01  248    ORDER granting [222-1] motion to extend time to respond to
                non-party Corvel Corporations' motion to quash, for
                protective order and objections to subpoena ( Signed by
                Magistrate Judge Lurana S. Snow on 11/1/01) [EOD Date:
                11/1/01] (dp)

11/1/01  255    Submission with respect to class certification response
                date by Community Care (dp) [Entry date 11/02/01]

11/1/01  256    Answer and affirmative defenses by Liberty Mutual (dp)
                [Entry date 11/06/01]

11/2/01  257    RESPONSE  by Liberty Mutual to plaintiff's motion for
                entry of confidentiality order and MOTION, for
                reconsideration of order granting consolidation (dp)
                [Entry date 11/06/01]

11/2/01  258    MEMORANDUM by Paul Zidel  in opposition to [227-1] motion
                to stay pending resolution of arbitration and class
                certification issues (dp) [Entry date 11/06/01]

11/2/01  266    NOTICE of joinder in 10/22/01 motion for reaffirmation of
                orders staying merits discovery by Progressive Express,
                Progressive Consumer, Progressive Bayside (dp)
                [Entry date 11/09/01]

11/2/01  267    MEMORANDUM by Chiropractic Centre in opposition to
                Metropolitan's motion to compel arbitration filed in
                01-6783-CV-WDF (dp) [Entry date 11/09/01]

11/2/01  268    MEMORANDUM by Chiropractic Centre in opposition to

Metropolitan's motion to stay action filed in
01-6783-CV-WDF (dp) [Entry date 11/09/01]

11/2/01  269    MEMORANDUM by Salvatore D. Larusso  in opposition to
Hartford's motion to dismiss complaint DE 217
(01-8111-CV-WDF) (dp) [Entry date 11/09/01]

11/2/01  270    MEMORANDUM by Salvatore D. Larusso in opposition to
Hartford's motion to stay discovery and to stay time for
responding to plaintiff's motion for class certification DE
213 (01-8111-CV-WDF) (dp) [Entry date 11/09/01]

11/2/01  271    MEMORANDUM by Mote Wellness in opposition to American
International's motion for clarification and to stay
discovery (01-8549-CV-WDF) (dp) [Entry date 11/09/01]

11/2/01  272    MEMORANDUM by Mote Wellness in opposition to American
International's motion for enlargement of time to serve
responses to plaintiff's discovery (01-8549-CV-WDF) (dp)
[Entry date 11/09/01] [Edit date 11/09/01]

11/2/01  274    MEMORANDUM by Ultra Open MRI in opposition to Integon's
motion to stay filed in 01-6780-CV-WDF (dp)
[Entry date 11/13/01]

11/2/01  275    MEMORANDUM by Ultra Open MRI in opposition to Integon's
motion to compel arbitration filed in 01-6789-CV (dp)
[Entry date 11/13/01]

11/2/01  276    MEMORANDUM by Paul Zidel  in opposition to CCN Managed
Care's submission with respect to class certification
response dated (DE 227) (dp) [Entry date 11/13/01]

11/2/01  277    MEMORANDUM by Integon National, Integon General  in
opposition to [201-1] motion for confidentiality order (dp)
[Entry date 11/13/01]

11/2/01  278    MEMORANDUM by Metropolitan  in opposition to [201-1] motion
for confidentiality order (dp) [Entry date 11/13/01]

11/2/01  279    MEMORANDUM by Hartford Insurance in opposition to
plaintiff's motion for entry of a confidentiality order (dp)
[Entry date 11/13/01]

11/2/01  280    ORDER granting [236-1] motion to extend time to respond to
memorandum of law in opposition to motion for
reconsideration ( Signed by Judge Wilkie D. Ferguson Jr. on
11/2/01) [EOD Date: 11/13/01] (dp) [Entry date 11/13/01]

11/2/01  281    MEMORANDUM by Paul Zidel  in opposition to [221-1] motion
for reaffirmation of orders staying merits discovery (dp)
[Entry date 11/13/01]

11/2/01  334    EMERGENCY MOTION by Prudential Property for protective
order re discovery (dp) [Entry date 11/21/01]

11/2/01  335    ORDER granting motion for Michael Isenman to appear pro hac
vice (01-6778) ( Signed by Judge Wilkie D. Ferguson Jr. on
11/3/01) [EOD Date: 11/21/01] (dp) [Entry date 11/21/01]

| 11/5/01 | 259 | MOTION by Progressive Express, Progressive Consumer, Progressive Bayside to extend time to answer complaint (dp) [Entry date 11/06/01] [Edit date 01/10/02] |
|---------|-----|---|
| 11/5/01 | 260 | REPLY by Florida Farm Bureau to response to [196-1] motion to stay discovery pending ruling on motion to compel arbitration (dp) [Entry date 11/06/01] |
| 11/5/01 | 261 | MOTION with memorandum in support by Nationwide Insurance to stay all discovery pending resolution of Nationwide's pending motion to dismiss and to compel (dp) [Entry date 11/06/01] |
| 11/5/01 | 262 | MOTION by Allstate Insurance, Allstate Indemnity, Fidelity & Casualty, Deerbrook Insurance for protective order with respect to 39 depositions, and to stay discovery (dp) [Entry date 11/06/01] |
| 11/5/01 | 263 | MOTION by Allstate Insurance, Allstate Indemnity, Fidelity & Casualty, Deerbrook Insurance for oral argument on [262-1] motion for protective order with respect to 39 depositions, [262-2] motion to stay discovery (dp) [Entry date 11/06/01] |
| 11/5/01 | 264 | MOTION by Beech Street, ADP Integrated to extend time to serve responses to plaintiff's discovery (dp) [Entry date 11/06/01] |
| 11/5/01 | 265 | RESPONSE by Beech Street, ADP Integrated to [201-1] motion for confidentiality order (dp) [Entry date 11/06/01] |
| 11/5/01 | 273 | RESPONSE by Allstate Insurance, Allstate Indemnity, Fidelity & Casualty, Deerbrook Insurance to [201-1] motion for confidentiality order (dp) [Entry date 11/09/01] |
| 11/5/01 | 282 | MOTION by Progressive American to extend time to answer class action complaint (dp) [Entry date 11/13/01] [Edit date 01/10/02] |
| 11/5/01 | 283 | MOTION by Community Care to extend time to serve reply brief as to consolidation (dp) [Entry date 11/13/01] [Edit date 01/10/02] |
| 11/5/01 | 284 | THIRD UNOPPOSED MOTION by Paul Zidel to extend time to respond to non-party Corvel Corporation's motion to quash, for protective order and objections to plaintiff's rule 45 subpoena (dp) [Entry date 11/13/01] |
| 11/6/01 | 285 | MOTION by Liberty Mutual to stay discovery until ruling on various pending motions and motion for protective order (dp) [Entry date 11/13/01] |
| 11/6/01 | 286 | MOTION by Community Care to extend time to respond to plaintiff's motion for class certification (dp) [Entry date 11/13/01] |
| 11/6/01 | 287 | MEMORANDUM by Community Care in opposition to [201-1] motion for confidentiality order (dp) [Entry date 11/13/01] |
| 11/6/01 | 288 | MOTION with memorandum in support by Liberty Mutual for |

protective order as to deposition of Liberty Mutual (dp)
[Entry date 11/13/01]

11/6/01  289    MOTION by Liberty Mutual for Hearing on [288-1] motion for
                protective order as to deposition of Liberty Mutual (dp)
                [Entry date 11/13/01]

11/6/01  290    MOTION by Community Care for confidentiality order (dp)
                [Entry date 11/13/01]

11/7/01  291    MOTION by Progressive Express, Progressive Consumer,
                Progressive Bayside to extend time to respond to
                interrogatories and request for production (dp)
                [Entry date 11/13/01] [Edit date 01/10/02]

11/7/01  292    MOTION by Beech Street, ADP Integrated to extend time to
                serve Rule 26 disclosures (dp) [Entry date 11/13/01]

11/8/01  293    UNOPPOSED MOTION by Superior Insurance to extend time to
                respond to interrogatories and request to produce (dp)
                [Entry date 11/13/01] [Edit date 01/10/02]

11/8/01  294    MEMORANDUM by Chiropractic Centre  in opposition to [252-1]
                motion to stay discovery (dp) [Entry date 11/13/01]

11/8/01  295    MEMORANDUM by Paul Zidel  in opposition to [220-1] motion
                for Hearing on [219-1] motion for clarification of [171-1]
                Scheduling order, [219-1] motion for clarification of
                [171-1] Scheduling order (dp) [Entry date 11/13/01]

11/8/01  296    REPLY by Keith Brickell, D.C., Marc J. Browner D.C.,
                Salvatore D. Larusso, Ultra Open MRI, Chiropractic Centre
                to response to [201-1] motion for confidentiality order (dp)
                [Entry date 11/13/01]

11/8/01  297    MEMORANDUM by Ultra Open MRI  in opposition to Prudential's
                motion for protective order filed in 01-6778-CV-WDF (dp)
                [Entry date 11/13/01]

11/8/01  298    MEMORANDUM by Chiropractic Centre  in opposition to [249-1]
                motion to dismiss complaint (dp) [Entry date 11/13/01]

11/8/01  299    MEMORANDUM by Paul Zidel, Keith Brickell, D.C., Marc J.
                Browner D.C.  in opposition to [237-1] motion for
                protective order with respect to Dr. Zidel's two notice of
                taking deposition (dp) [Entry date 11/13/01]

11/8/01  300    MOTION by Salvatore D. Larusso to extend time to serve
                memorandum in opposition to Nationwide's motion to compel
                arbitration (DE 225) (dp) [Entry date 11/13/01]
                [Edit date 01/10/02]

11/8/01  301    Rule 26 Disclosures by Paul Zidel, Keith Brickell, D.C.,
                Marc J. Browner D.C., Salvatore D. Larusso, Ultra Open MRI,
                Chiropractic Centre (dp) [Entry date 11/13/01]

11/8/01  302    MOTION by Integon National, Integon General to extend time
                to submit reply memoranda in support of motions to compel
                arbitration and to stay (dp) [Entry date 11/13/01]
                [Edit date 01/10/02]

11/8/01    303    MOTION by Metropolitan to extend time to submit reply
                  memoranda in support of motions to compel arbitration and to
                  stay (dp) [Entry date 11/13/01] [Edit date 01/10/02]

11/8/01    304    MOTION by Hartford Insurance to extend time to submit reply
                  memoranda in support of motions to dismiss and stay (dp)
                  [Entry date 11/13/01] [Edit date 01/10/02]

11/8/01    305    REPLY by Community Care  to response to [174-1] motion to
                  compel arbitration (dp) [Entry date 11/13/01]

11/9/01    306    MOTION by Progressive American to extend time to respond to
                  interrogatories and request to produce (dp)
                  [Entry date 11/13/01] [Edit date 01/10/02]

11/9/01    307    Answer and affirmative defenses by Progressive Express,
                  Progressive Consumer, Progressive Bayside to Class Action
                  Complaint (dp) [Entry date 11/13/01]

11/9/01    308    Answer and affirmative defenses by Progressive American to
                  class action complaint (dp) [Entry date 11/13/01]

11/9/01    309    REPLY by American Int'l, American Int'l South  to response
                  to motion for clarification and to stay discovery (dp)
                  [Entry date 11/13/01]

11/9/01    310    REPLY by Beech Street, ADP Integrated  to response to
                  [221-1] motion for reaffirmation of orders staying merits
                  discovery (dp) [Entry date 11/14/01]

11/13/01   311    MOTION by Metropolitan for protective order re pending
                  discovery (dp) [Entry date 11/14/01]

11/13/01   312    MOTION by Metropolitan for Hearing on [311-1] motion for
                  protective order re pending discovery (dp)
                  [Entry date 11/14/01]

11/13/01   313    MOTION by Integon National, Integon General for protective
                  order pending discovery (dp) [Entry date 11/14/01]

11/13/01   314    MOTION by Integon National, Integon General for Hearing on
                  [313-1] motion for protective order pending discovery (dp)
                  [Entry date 11/14/01]

11/13/01   315    MOTION by Hartford Insurance for protective order pending
                  discovery (dp) [Entry date 11/14/01]

11/13/01   316    MOTION by Hartford Insurance for Hearing on [315-1] motion
                  for protective order pending discovery (dp)
                  [Entry date 11/14/01]

11/13/01   317    REPORT AND RECOMMENDATIONS  of Magistrate Judge Lurana S.
                  Snow  recommending that DE 24 filed in 01-8110-CV-WDF
                  motion to compel arbitraton and to dismiss or stay be
                  denied. Motion no longer referred.  Signed on: 11/13/01
                  Objections to R and R due by 11/23/01  CCAP (dp)
                  [Entry date 11/14/01]

| | | |
|---|---|---|
| 11/13/01 | 318 | REPORT AND RECOMMENDATIONS  of Magistrate Judge Lurana S. Snow  recommending that DE 10 in 01-6778-CV-WDF motion to compel arbitration be granted. Motion no longer referred. Signed on: 11/13/01   Objections to R and R due by 11/23/01  CCAP (dp) [Entry date 11/14/01] |
| 11/14/01 | 319 | NOTICE of consent to be local designee for Arthur Gold by Paul Zidel (dp) [Entry date 11/15/01] |
| 11/14/01 | 320 | NOTICE of joinder in motion for extension of time to serve Rule 26 disclosures by Progressive Express, Progressive Consumer, Progressive Bayside (dp) [Entry date 11/15/01] |
| 11/15/01 | 321 | REPLY by Hartford Insurance to opposition to [197-1] motion for reconsideration of [172-1] order, [171-1] scheduling order (ss) [Entry date 11/16/01] |
| 11/15/01 | 322 | REPLY by Beech Street, ADP Integrated  in support of [237-1] emergency motion for protective order with respect to Dr. Zidel's two notice of taking deposition (ss) [Entry date 11/16/01] |
| 11/16/01 | 323 | MEMORANDUM by Salvatore D. Larusso  in opposition to [285-1] motion to stay discovery until ruling on various pending motions and motion for protective order (dp) [Entry date 11/19/01] |
| 11/16/01 | 324 | MEMORANDUM by Salvatore D. Larusso  in opposition to [261-1] motion to stay all discovery pending resolution of Nationwide's pending motion to dismiss and to compel (dp) [Entry date 11/19/01] |
| 11/16/01 | 325 | MEMORANDUM by Paul Zidel, Keith Brickell, D.C., Marc J. Browner D.C.  in opposition to [264-1] motion to extend time to serve responses to plaintiff's discovery (dp) [Entry date 11/19/01] |
| 11/16/01 | 326 | MEMORANDUM by Paul Zidel, Keith Brickell, D.C., Marc J. Browner D.C.  in opposition to [262-1] motion for protective order with respect to 39 depositions, [262-2] motion to stay discovery (dp) [Entry date 11/19/01] |
| 11/16/01 | 327 | MEMORANDUM by Salvatore D. Larusso  in opposition to [285-1] motion to stay discovery until ruling on various pending motions and motion for protective order (dp) [Entry date 11/19/01] |
| 11/16/01 | 328 | MEMORANDUM by Paul Zidel  in opposition to [225-1] motion to compel arbitration, [225-2] motion to dismiss claims (dp) [Entry date 11/19/01] |
| 11/16/01 | 329 | MOTION by Superior Insurance to extend time to file reply in support of motion to stay discovery and to dismiss (dp) [Entry date 11/19/01] [Edit date 01/10/02] |
| 11/16/01 | 330 | MOTION by Superior Insurance for status conference and for new case management and scheduling order (dp) [Entry date 11/19/01] |
| 11/16/01 | 331 | MOTION by Superior Insurance for clarification of class |

certification discovery and response date (dp)
[Entry date 11/19/01]

11/16/01 332   NOTICE of joinder in CCN's motion to compel arbitration by
               Allstate Insurance (dp) [Entry date 11/19/01]

11/16/01 336   REPLY by Prudential Property  to response to [334-1] motion
               for protective order re discovery (dp) [Entry date 11/21/01]

11/19/01 333   NOTICE OF WITHDRAWAL of motion to quash and for protective
               order by Corvel Corporation (dp) [Entry date 11/20/01]

11/19/01 337   MOTION by Allstate Insurance, Allstate Indemnity, Fidelity
               & Casualty, Continental Ins., Deerbrook Insurance to
               extend time for serving reply memorandum in support of
               motion for clarification (dp) [Entry date 11/21/01]

11/20/01 338   REPLY by Community Care  to response to [227-1] motion to
               stay pending resolution of arbitration and class
               certification issues (dp) [Entry date 11/21/01]

11/20/01 339   REPLY by Beech Street, ADP Integrated  to response to
               [292-1] motion to extend time to serve Rule 26 disclosures
               (dp) [Entry date 11/21/01]

11/21/01 340   REPLY by Liberty Mutual  to response to [288-1] motion for
               protective order as to deposition of Liberty Mutual (dp)
               [Entry date 11/26/01]

11/21/01 341   MEMORANDUM by Paul Zidel, Keith Brickell, D.C., Marc J.
               Browner D.C.  in opposition to [264-1] motion to extend
               time to serve responses to plaintiff's discovery (dp)
               [Entry date 11/26/01]

11/21/01 342   MEMORANDUM by Paul Zidel, Keith Brickell, D.C., Marc J.
               Browner D.C.  in opposition to [286-1] motion to extend
               time to respond to plaintiff's motion for class
               certification (dp) [Entry date 11/26/01]

11/21/01 343   NOTICE of agreement with CCN's motion for confidentiality
               order (DE 290) by Paul Zidel (dp) [Entry date 11/26/01]

11/21/01 344   MEMORANDUM by Salvatore D. Larusso  in opposition to
               Florida Farm Bureau's motion to dismiss (filed in
               01-8111CV) (dp) [Entry date 11/26/01]

11/23/01 345   REPLY by Superior Insurance  to response to [252-1] motion
               to stay discovery (dp) [Entry date 11/26/01]

11/23/01 346   MOTION with memorandum in support by Superior Insurance to
               strike [298-1] opposition memorandum (dp)
               [Entry date 11/26/01]

11/23/01 347   REPLY by Superior Insurance  to response to [249-1] motion
               to dismiss complaint (dp) [Entry date 11/26/01]

11/26/01 348   MOTION by Salvatore D. Larusso to compel Liberty Mutual to
               attend depositions and for sanctions (dp)
               [Entry date 11/27/01]

11/26/01 349     MOTION by Florida Farm Bureau to extend time to serve reply
                 in support of motion to dismiss complaint (dp)
                 [Entry date 11/27/01] [Edit date 01/10/02]

11/26/01 350     MOTION by Paul Zidel for Lawrence M. Kopelman to appear
                 pro hac vice (dp) [Entry date 11/27/01]

11/26/01 --      Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 523848 (dp)
                 [Entry date 11/27/01]

11/27/01 351     REPLY by Hartford Insurance  to response to [210-1] motion
                 to dismiss amended class action complaint (dp)
                 [Entry date 11/28/01]

11/27/01 352     REPLY by Metropolitan to response to motion to compel
                 arbitration (filed in 01-6783-CV-WDF) (dp)
                 [Entry date 11/28/01]

11/27/01 353     REPLY by Metropolitan  to response to motion to stay (filed
                 in 01-6783-CV-WDF) (dp) [Entry date 11/28/01]

11/27/01 354     REPLY by Integon National, Integon General to response to
                 motion to stay (filed in 01-6780-CV-WDF) (dp)
                 [Entry date 11/28/01]

11/27/01 355     REPLY by Integon National, Integon General to response to
                 motion to compel arbitration (filed in 01-6780-CV-WDF) (dp)
                 [Entry date 11/28/01]

11/27/01 356     REPLY by Hartford Insurance  to response to [212-1] motion
                 to stay discovery and time for responding to class
                 certification (dp) [Entry date 11/28/01]

11/27/01 357     MOTION by Beech Street, ADP Integrated to extend time
                 deadline to respond to motions for class certification (dp)
                 [Entry date 11/28/01]

11/27/01 358     REPLY by Liberty Mutual  to response to [285-1] motion to
                 stay discovery until ruling on various pending motions and
                 motion for protective order (dp) [Entry date 11/28/01]

11/28/01 359     MEMORANDUM by Chiropractic Centre  in opposition to [331-1]
                 motion for clarification of class certification discovery
                 and response date (dp) [Entry date 11/29/01]

11/28/01 360     MEMORANDUM by Paul Zidel  in opposition to [332-1] notice
                 (dp) [Entry date 11/29/01]

11/28/01 361     MEMORANDUM by Salvatore D. Larusso, Ultra Open MRI,
                 Chiropractic Centre  in opposition to [313-1] motion for
                 protective order pending discovery (dp)
                 [Entry date 11/29/01]

11/28/01 362     MEMORANDUM by Chiropractic Centre  in opposition to [346-1]
                 motion to strike [298-1] opposition memorandum (dp)
                 [Entry date 11/29/01]

11/28/01 363     OBJECTION by Ultra Open MRI  to [318-1] report and
                 recommendations (dp) [Entry date 11/29/01]

11/28/01  364    OBJECTION by Salvatore D. Larusso  to [317-1] report and
                 recommendations (dp) [Entry date 11/29/01]

11/28/01  365    REPLY by Beech Street, ADP Integrated  to response to
                 [292-1] motion to extend time to serve Rule 26 disclosures
                 (dp) [Entry date 11/29/01]

11/28/01  366    REPLY by Nationwide Insurance  to response to [225-1]
                 motion to compel arbitration (dp) [Entry date 11/29/01]

11/28/01  367    Consent to be local designee for Arthur Gold by Paul Zidel,
                 Salvatore D. Larusso, Chiropractic Centre (00-8111-CV) (dp)
                 [Entry date 11/29/01] [Edit date 11/29/01]

11/28/01  368    Consent to be local designee for Arthur Gold by Paul Zidel,
                 Salvatore D. Larusso, Chiropractic Centre (00-8110-CV) (dp)
                 [Entry date 11/29/01] [Edit date 11/29/01]

11/28/01  369    Consent to be local designee for Arthur Gold by Paul Zidel,
                 Salvatore D. Larusso, Chiropractic Centre (00-8108-CV) (dp)
                 [Entry date 11/29/01]

11/28/01  372    AMENDED MOTION by Paul Zidel, Keith Brickell, D.C., Marc J.
                 Browner D.C., Salvatore D. Larusso, Ultra Open MRI,
                 Chiropractic Centre, Mote Wellness for  to appear pro hac
                 vice  referring to [350-1] motion for Lawrence M. Kopelman
                 to appear pro hac vice (dp) [Entry date 11/30/01]

11/29/01  370    OBJECTION by Florida Farm Bureau  to [318-1] report and
                 recommendations (dp) [Entry date 11/30/01]

11/29/01  371    REPLY by Allstate Insurance, Allstate Indemnity, Fidelity &
                 Casualty, Continental Ins., Deerbrook Insurance  to
                 response to [262-1] motion for protective order with
                 respect to 39 depositions, [262-2] motion to stay discovery
                 (dp) [Entry date 11/30/01]

11/30/01  376    ORDER that all parties shall caption all pleadings related
                 to Case 00-6061-CIV-FERGUSON in the above format and shall
                 cease attaching envelopes to their pleadings until further
                 order or instructions of the Court ( Signed by Magistrate
                 Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
                 [Entry date 12/04/01]

11/30/01  377    ORDER that all parties shall caption all pleadings related
                 to Case 00-6649-CIV-FERGUSON in the above format and shall
                 cease attaching envelopes to their pleadings until further
                 order or instructions of the Court. ( Signed by Magistrate
                 Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
                 [Entry date 12/04/01]

11/30/01  378    ORDER that all parties shall caption all pleadings related
                 to Case 00-7163-CIV-FERGUSON in the above format and shall
                 cease attaching envelopes to their pleadings until further
                 order or instructions of the Court. ( Signed by Magistrate
                 Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
                 [Entry date 12/04/01]

11/30/01  379    ORDER that all parties shall caption all pleadings related
                 to Case 00-7692-CIV-FERGUSON in the above format and shall

cease attaching envelopes to their pleadings until further
order or instructions of the Court. ( Signed by Magistrate
Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
[Entry date 12/04/01]

11/30/01 380    ORDER that all parties shall caption all pleadings related
                to Case 00-6776-CIV-FERGUSON in the above format and shall
                cease attaching envelopes to their pleadings until further
                order or instructions of the Court. ( Signed by Magistrate
                Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
                [Entry date 12/04/01]

11/30/01 381    ORDER that all parties shall caption all pleadings related
                to Case 00-6777-CIV-FERGUSON in the above format and shall
                cease attaching envelopes to their pleadings until further
                order or instructions of the Court. ( Signed by Magistrate
                Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
                [Entry date 12/04/01]

11/30/01 382    ORDER that all parties shall caption all pleadings related
                to Case 00-6778-CIV-FERGUSON in the above format and shall
                cease attaching envelopes to their pleadings until further
                order or instructions of the Court. ( Signed by Magistrate
                Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
                [Entry date 12/04/01]

11/30/01 383    ORDER that all parties shall caption all pleadings related
                to Case 00-6779-CIV-FERGUSON in the above format and shall
                cease attaching envelopes to their pleadings until further
                order or instructions of the Court. ( Signed by Magistrate
                Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
                [Entry date 12/04/01]

11/30/01 384    ORDER that all parties shall caption all pleadings related
                to Case 00-6780-CIV-FERGUSON in the above format and shall
                cease attaching envelopes to their pleadings until further
                order or instructions of the Court. ( Signed by Magistrate
                Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
                [Entry date 12/04/01]

11/30/01 385    ORDER that all parties shall caption all pleadings related
                to Case 00-6782-CIV-FERGUSON in the above format and shall
                cease attaching envelopes to their pleadings until further
                order or instructions of the Court. ( Signed by Magistrate
                Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
                [Entry date 12/04/01]

11/30/01 386    ORDER that all parties shall caption all pleadings related
                to Case 00-6783-CIV-FERGUSON in the above format and shall
                cease attaching envelopes to their pleadings until further
                order or instructions of the Court. ( Signed by Magistrate
                Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
                [Entry date 12/04/01]

11/30/01 387    ORDER that all parties shall caption all pleadings related
                to Case 00-8108-CIV-FERGUSON in the above format and shall
                cease attaching envelopes to their pleadings until further
                order or instructions of the Court. ( Signed by Magistrate
                Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
                [Entry date 12/04/01]

11/30/01 388    ORDER that all parties shall caption all pleadings related
                to Case 00-8110-CIV-FERGUSON in the above format and shall
                cease attaching envelopes to their pleadings until further
                order or instructions of the Court. ( Signed by Magistrate
                Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
                [Entry date 12/04/01]

11/30/01 389    ORDER that all parties shall caption all pleadings related
                to Case 00-8111-CIV-FERGUSON in the above format and shall
                cease attaching envelopes to their pleadings until further
                order or instructions of the Court. ( Signed by Magistrate
                Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
                [Entry date 12/04/01]

11/30/01 390    ORDER that all parties shall caption all pleadings related
                to Case 00-8549-CIV-FERGUSON in the above format and shall
                cease attaching envelopes to their pleadings until further
                order or instructions of the Court. ( Signed by Magistrate
                Judge Lurana S. Snow on 11/30/01) [EOD Date: 12/4/01] (dp)
                [Entry date 12/04/01]

12/3/01  373    MOTION by Paul Zidel, Keith Brickell, D.C., Marc J. Browner
                D.C., Salvatore D. Larusso, Ultra Open MRI, Chiropractic
                Centre, Mote Wellness to extend time to file motions to
                compel (dp) [Entry date 12/04/01]

12/3/01  374    MOTION by Paul Zidel, Keith Brickell, D.C., Marc J. Browner
                D.C., Salvatore D. Larusso, Ultra Open MRI, Chiropractic
                Centre, Mote Wellness to compel Allstate Insurance,
                Allstate Indemnity and Deerbrook to attend depositions and
                for sanctions (dp) [Entry date 12/04/01]

12/3/01  --     Motion(s) referred: [374-1] motion to compel Allstate
                Insurance, Allstate Indemnity and Deerbrook to attend
                depositions and for sanctions referred  to Magistrate Judge
                Lurana S. Snow, [373-1] motion to extend time to file
                motions to compel referred  to Magistrate Judge Lurana S.
                Snow (dp) [Entry date 12/04/01]

12/3/01  375    NOTICE OF FILING SUPPLEMENTAL AUTHORITY by Paul Zidel,
                Keith Brickell, D.C., Marc J. Browner D.C., Salvatore D.
                Larusso, Ultra Open MRI, Chiropractic Centre, Mote Wellness
                re: opposition to pending motions to dismiss and in
                opposition to Nationwide's motion to compel arbitration (dp)
                [Entry date 12/04/01]

12/6/01  391    NOTICE of joinder in motion for clarification of case
                management and scheduling issues by Progressive Express,
                Progressive Consumer, Progressive Bayside (dp)
                [Entry date 12/07/01]

12/6/01  392    ORDER directing Carllin Phillips and Arthur Gold to file
                applications for pro hac vice in all of the above
                referenced cases within 7 days of this order (00-6649;
                00-7163; 00-7692; 01-6776; 01-6777; 01-6778; 01-6779;
                01-6780; 01-6782; 01-6783; 01-8108; 01-8110; 01-8111;
                01-8549) ( Signed by Magistrate Judge Lurana S. Snow on
                12/6/01) [EOD Date: 12/7/01] (dp) [Entry date 12/07/01]

12/7/01  393    EMERGENCY MOTION by Superior Insurance for protective
                order to preclude, postpone depostion of corporate
                representative (dp) [Entry date 12/10/01]

12/7/01  --     Motion(s) referred: [393-1] motion for protective order to
                preclude, postpone depostion of corporate representative
                referred  to Magistrate Judge Lurana S. Snow (dp)
                [Entry date 12/10/01]

12/7/01  394    REPLY by Community Care  to response to [286-1] motion to
                extend time to respond to plaintiff's motion for class
                certification (dp) [Entry date 12/10/01]

12/7/01  395    REPLY by Hartford Insurance  to response to [315-1] motion
                for protective order pending discovery (dp)
                [Entry date 12/10/01]

12/7/01  396    REPLY by Metropolitan  to response to [311-1] motion for
                protective order re pending discovery (dp)
                [Entry date 12/10/01]

12/7/01  397    REPLY by Integon General  to response to [313-1] motion for
                protective order pending discovery (dp)
                [Entry date 12/10/01]

12/7/01  398    REPLY by Florida Farm Bureau to response to motion to
                dismiss complaint filed on 4/16/01 (01-8110) (dp)
                [Entry date 12/10/01]

12/7/01  399    OBJECTIONS by Nationwide Insurance  to class plaintiffs'
                consolidated request for admissions to Insurance Company
                defendants (dp) [Entry date 12/10/01]

12/7/01  400    MOTION with memorandum in support by Progressive Express,
                Progressive Consumer, Progressive Bayside for protective
                order re 10/23/01 notices of taking depositions (dp)
                [Entry date 12/10/01]

12/7/01  401    RESPONSE by Liberty Mutual  to [348-1] motion to compel
                Liberty Mutual to attend depositions and for sanctions (dp)
                [Entry date 12/10/01]

12/7/01  409    AMENDED MOTION by Ultra Open MRI to certify class action
                referring to motion for class certification of claims
                against Progressive American Insurance Company (01-6776) (dp)
                [Entry date 12/13/01] [Edit date 12/13/01]

12/7/01  410    MOTION by Salvatore D. Larusso, Ultra Open MRI to compel
                Integon National, Integon General and Hartford to attend
                depositions (dp) [Entry date 12/13/01]

12/7/01  411    AMENDED MOTION by Mote Wellness to certify class action
                referring to motion for class certification of claims
                against American Insurance and American International South
                Insurance (01-8549) (dp) [Entry date 12/13/01]

12/7/01  412    MEMORANDUM by Keith Brickell, D.C., Marc J. Browner D.C.
                in opposition to [357-1] motion to extend time deadline to

respond to motions for class certification (dp)
[Entry date 12/13/01]

12/7/01    413    AMENDED MOTION by Ultra Open MRI to certify class action
referring to motion for class certification of claims
against Deerbrook (01-6777) (dp) [Entry date 12/13/01]

12/7/01    414    AMENDED MOTION by Ultra Open MRI to certify class action
referring to motion for class certification of claims
against Integon National and Integon General (01-6780) (dp)
[Entry date 12/13/01]

12/7/01    415    AMENDED MOTION by Ultra Open MRI to certify class action
referring to motion for class certification of claims
against Fidelity Casualty and Continental Insurance
(01-6779) (dp) [Entry date 12/13/01]

12/7/01    416    AMENDED MOTION by Chiropractic Centre to certify class
action  referring to motion for class certification of
claims against Superior Insurance (01-6782) (dp)
[Entry date 12/13/01]

12/7/01    417    AMENDED MOTION by Chiropractic Centre to certify class
action  referring to motion for class certification of
claims against Metropolitan Casualty (01-6783) (dp)
[Entry date 12/13/01]

12/7/01    418    AMENDED MOTION by Ultra Open MRI to certify class action
referring to motion for class certification of claims
against Prudential Property (01-6778) (dp)
[Entry date 12/13/01]

12/10/01   402    MOTION with memorandum in support by Hartford Insurance to
compel arbitration, to dismiss amended complaint, and
to stay discovery (dp) [Entry date 12/11/01]

12/10/01   --     Motion(s) referred: [402-1] motion to compel arbitration
referred  to Magistrate Judge Lurana S. Snow, [402-2]
motion to dismiss amended complaint referred  to Magistrate
Judge Lurana S. Snow, [402-3] motion to stay discovery
referred to Magistrate Judge Lurana S. Snow (dp)
[Entry date 12/11/01]

12/10/01   403    NOTICE of filing copy of automobile insurance policy of
Desmond Mahon by Hartford Insurance (dp)
[Entry date 12/11/01]

12/10/01   404    REPLY by Superior Insurance  to response to [331-1] motion
for clarification of class certification discovery and
response date (dp) [Entry date 12/11/01]

12/10/01   405    REPLY by Superior Insurance  to response to [346-1] motion
to strike [298-1] opposition memorandum (dp)
[Entry date 12/11/01]

12/10/01   406    REPLY by Allstate Insurance, Allstate Indemnity, Fidelity &
Casualty, Continental Ins., Deerbrook Insurance  to
response to [219-1] motion for clarification of [171-1]
Scheduling order (dp) [Entry date 12/11/01]

12/10/01 407    EMERGENCY MOTION by Florida Farm Bureau for rulings on its
                motions for protective order and to stay discovery (dp)
                [Entry date 12/11/01]

12/12/01 408    MOTION by Nationwide Insurance for protective order to
                preclude or postpone deposition of Nationwide corporate
                representative (dp) [Entry date 12/13/01]

12/13/01 419    MOTION by Hartford Insurance to extend time to submit
                memoranda in opposition to motion to compel Hartford to
                attend deposition (dp) [Entry date 12/14/01]

12/13/01 420    MOTION by Integon National, Integon General to extend time
                to submit memoranda in opposition to motions to compel
                deposition attendance (dp) [Entry date 12/14/01]

12/13/01 421    MOTION by Metropolitan to extend time to serve its reply
                in support of amended motion for class certification (dp)
                [Entry date 12/14/01]

12/13/01 --     Motion(s) referred: [421-1] motion to extend time to serve
                its reply in support of amended motion for class
                certification referred  to Magistrate Judge Lurana S. Snow,
                [420-1] motion to extend time to submit memoranda in
                opposition to motions to compel deposition attendance
                referred  to Magistrate Judge Lurana S. Snow, [419-1]
                motion to extend time to submit memoranda in opposition to
                motion to compel Hartford to attend deposition referred  to
                Magistrate Judge Lurana S. Snow, [408-1] motion for
                protective order to preclude or postpone deposition of
                Nationwide corporate representative referred  to Magistrate
                Judge Lurana S. Snow, [407-1] motion for rulings on its
                motions for protective order and to stay discovery referred
                to Magistrate Judge Lurana S. Snow, [402-1] motion to
                compel arbitration referred  to Magistrate Judge Lurana S.
                Snow, [402-2] motion to dismiss amended complaint referred
                to Magistrate Judge Lurana S. Snow, [402-3] motion to stay
                discovery referred  to Magistrate Judge Lurana S. Snow (dp)
                [Entry date 12/14/01]

12/13/01 429    RESPONSE by Florida Farm Bureau  in opposition to
                plaintiff's objections to Magistrate's report and
                recommendation on arbitration (dp) [Entry date 12/17/01]

12/14/01 422    MOTION by Chiropractic Centre to compel Metropolitan to
                attend depositions (dp) [Entry date 12/17/01]

12/14/01 423    MOTION by Keith Brickell, D.C., Ultra Open MRI to compel
                Progressive Insurance Company defendants to attend
                depositions and for sanctions (dp) [Entry date 12/17/01]

12/14/01 424    RESPONSE by Salvatore D. Larusso  in opposition to [370-1]
                objection (dp) [Entry date 12/17/01]

12/14/01 --     Motion(s) referred: [423-1] motion to compel Progressive
                Insurance Company defendants to attend depositions and for
                sanctions referred  to Magistrate Judge Lurana S. Snow,
                [422-1] motion to compel Metropolitan to attend depositions
                referred  to Magistrate Judge Lurana S. Snow (dp)
                [Entry date 12/17/01]

12/14/01 425    MEMORANDUM by Chiropractic Centre  in opposition to [393-1]
                motion for protective order to preclude, postpone depostion
                of corporate representative (dp) [Entry date 12/17/01]

12/14/01 426    MEMORANDUM by Keith Brickell, D.C.  in opposition to
                [400-1] motion for protective order re 10/23/01 notices of
                taking depositions (dp) [Entry date 12/17/01]

12/14/01 427    REPORT AND RECOMMENDATIONS  of Magistrate Judge Lurana S.
                Snow  recommending that motion to compel arbitration (DE 17
                in 01-6783) be denied. Motion no longer referred. Signed
                on: 12/14/01   Objections to R and R due by 12/24/01 CCAP
                (dp) [Entry date 12/17/01]

12/14/01 428    REPORT AND RECOMMENDATIONS  of Magistrate Judge Lurana S.
                Snow  recommending that motion to compel arbiration (DE 15
                in 01-6780) be denied. Motion no longer referred.  Signed
                on: 12/14/01  Objections to R and R due by 12/24/01  CCAP
                (dp) [Entry date 12/17/01]

12/14/01 430    REPLY by Beech Street, ADP Integrated  to response to
                [357-1] motion to extend time deadline to respond to
                motions for class certification (dp) [Entry date 12/17/01]

12/14/01 431    REPLY by Beech Street, ADP Integrated  to response to
                [357-1] motion to extend time deadline to respond to
                motions for class certification (dp) [Entry date 12/17/01]

12/17/01 432    MOTION by Community Care to amend case management calendar
                and continue trial date (dp) [Entry date 12/18/01]

12/17/01 433    NOTICE OF FILING SUPPLEMENTAL AUTHORITY by Community Care
                re: [174-1] motion to compel arbitration (dp)
                [Entry date 12/18/01]

12/17/01 434    REPLY by Salvatore D. Larusso  to response to [348-1]
                motion to compel Liberty Mutual to attend depositions and
                for sanctions (dp) [Entry date 12/18/01]

12/17/01 435    RESPONSE by Prudential Property  in opposition to [363-1]
                objection (dp) [Entry date 12/18/01]

12/17/01 436    RESPONSE by Allstate Insurance, Allstate Indemnity,
                Deerbrook Insurance  to [374-1] motion to compel Allstate
                Insurance, Allstate Indemnity and Deerbrook to attend
                depositions and for sanctions (dp) [Entry date 12/18/01]

12/17/01 437    NOTICE of filing application to appear pro hac vice by Paul
                Zidel, Keith Brickell, D.C., Marc J. Browner D.C., Salvatore
                D. Larusso, Ultra Open MRI, Chiropractic Centre, Mote
                Wellness (dp) [Entry date 12/18/01] [Edit date 12/18/01]

12/17/01 438    MOTION by All Plaintiffs for Arthur S. Gold to appear pro
                hac vice (00-6061) (dp) [Entry date 12/18/01]
                [Edit date 01/16/02]

12/17/01 --     Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524022 (dp)
                [Entry date 12/18/01] [Edit date 12/18/01]

12/17/01 439    MOTION by All Plaintiffs for Arthur S. Gold to appear pro
                hac vice (00-6649) (dp) [Entry date 12/18/01]
                [Edit date 01/29/02]

12/17/01 --     Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524023 (dp)
                [Entry date 12/18/01]

12/17/01 440    MOTION by All Plaintiffs for Carlin J. Phillips to appear
                pro hac vice (00-6649) (dp) [Entry date 12/18/01]
                [Edit date 01/29/02]

12/17/01 --     Filing Fee Paid;  FILING FEE $ 75.00-  RECEIPT # 524041 (dp)
                [Entry date 12/18/01]

12/17/01 441    MOTION by All Plaintiffs for Carlin J. Phillips to appear
                pro hac vice (00-7163) (dp) [Entry date 12/18/01]

12/17/01 --     Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524030 (dp)
                [Entry date 12/18/01]

12/17/01 442    MOTION by All Plaintiffs for Carlin J. Phillips to appear
                pro hac vice (00-7692) (dp) [Entry date 12/18/01]

12/17/01 --     Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524042 (dp)
                [Entry date 12/18/01]

12/17/01 443    MOTION by All Plaintiffs for Carlin J. Phillips to appear
                pro hac vice (01-8108) (dp) [Entry date 12/18/01]
                [Edit date 01/29/02]

12/17/01 --     Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524059 (dp)
                [Entry date 12/18/01]

12/17/01 444    MOTION by All Plaintiffs for Carlin J. Phillips to appear
                pro hac vice (01-8110) (dp) [Entry date 12/18/01]
                [Edit date 01/29/02]

12/17/01 --     Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524040 (dp)
                [Entry date 12/18/01]

12/17/01 445    MOTION by All Plaintiffs for Carlin J. Phillips to appear
                pro hac vice (01-8111) (dp) [Entry date 12/18/01]
                [Edit date 01/29/02]

12/17/01 --     Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524038 (dp)
                [Entry date 12/18/01]

12/17/01 446    MOTION by All Plaintiffs for Carlin J. Phillips to appear
                pro hac vice (01-6776) (dp) [Entry date 12/18/01]

12/17/01 --     Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524037 (dp)
                [Entry date 12/18/01]

12/17/01 447    MOTION by All Plaintiffs for Arthur S. Gold to appear pro
                hac vice (01-6776) (dp) [Entry date 12/18/01]

12/17/01 --     Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524024 (dp)
                [Entry date 12/18/01]

12/17/01 448     MOTION by All Plaintiffs for Carlin J. Phillips to appear
                 pro hac vice (01-6777) (dp) [Entry date 12/18/01]

12/17/01 --      Filing Fee Paid;  FILING FEE $ 75.00   RECEIPT # 524036 (dp)
                 [Entry date 12/18/01]

12/17/01 449     MOTION by All Plaintiffs for Arthur S. Gold to appear pro
                 hac vice  (01-6777) (dp) [Entry date 12/18/01]

12/17/01 --      Filing Fee Paid;  FILING FEE $ 75.00   RECEIPT # 524025 (dp)
                 [Entry date 12/18/01]

12/17/01 450     MOTION by All Plaintiffs for Carlin J. Phillips to appear
                 pro hac vice  (01-6778) (dp) [Entry date 12/18/01]

12/17/01 451     MOTION by All Plaintiffs for Arthur S. Gold to appear pro
                 hac vice  (01-6778) (dp) [Entry date 12/18/01]

12/17/01 --      Filing Fee Paid;  FILING FEE $ 75.00   RECEIPT # 524026 (dp)
                 [Entry date 12/18/01]

12/17/01 452     MOTION by All Plaintiffs for Carlin J. Phillips to appear
                 pro hac vice (01-6779) (dp) [Entry date 12/18/01]

12/17/01 --      Filing Fee Paid;  FILING FEE $ 75.00   RECEIPT # 524034 (dp)
                 [Entry date 12/18/01]

12/17/01 453     MOTION by All Plaintiffs for Arthur S. Gold to appear pro
                 hac vice (01-6779) (dp) [Entry date 12/18/01]

12/17/01 --      Filing Fee Paid;  FILING FEE $ 75.00   RECEIPT # 524027 (dp)
                 [Entry date 12/18/01]

12/17/01 454     MOTION by All Plaintiffs for Carlin J. Phillips to appear
                 pro hac vice (01-6780) (dp) [Entry date 12/18/01]

12/17/01 --      Filing Fee Paid;  FILING FEE $ 75.00   RECEIPT # 524032 (dp)
                 [Entry date 12/18/01]

12/17/01 455     MOTION by All Plaintiffs for Arthur S. Gold to appear pro
                 hac vice (01-6780) (dp) [Entry date 12/18/01]

12/17/01 --      Filing Fee Paid;  FILING FEE $ 75.00   RECEIPT # 524028 (dp)
                 [Entry date 12/18/01]

12/17/01 456     MOTION by All Plaintiffs for Carlin J. Phillips to appear
                 pro hac vice (01-6782) (dp) [Entry date 12/18/01]

12/17/01 --      Filing Fee Paid;  FILING FEE $ 75.00   RECEIPT # 524031 (dp)
                 [Entry date 12/18/01]

12/17/01 457     MOTION by All Plaintiffs for Carlin J. Phillips to appear
                 pro hac vice (01-6783) (dp) [Entry date 12/18/01]

12/17/01 --      Filing Fee Paid;  FILING FEE $ 75.00   RECEIPT # 524029 (dp)
                 [Entry date 12/18/01]

12/17/01 458     MOTION by All Plaintiffs for Arthur S. Gold to appear pro

                      hac vice (01-8108) (dp) [Entry date 12/19/01]

12/17/01 --        Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524018 (dp)
                   [Entry date 12/19/01]

12/17/01 459       MOTION by All Plaintiffs for Arthur S. Gold to appear pro
                   hac vice (01-8110) (dp) [Entry date 12/19/01]

12/17/01 --        Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524019 (dp)
                   [Entry date 12/19/01]

12/17/01 460       MOTION by All Plaintiffs for Arthur S. Gold to appear pro
                   hac vice (01-8111) (dp) [Entry date 12/19/01]

12/17/01 --        Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524020 (dp)
                   [Entry date 12/19/01]

12/17/01 461       MOTION by All Plaintiffs for Carlin J. Phillips to appear
                   pro hac vice (01-8549) (dp) [Entry date 12/19/01]

12/17/01 --        Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524033 (dp)
                   [Entry date 12/19/01]

12/17/01 462       MOTION by All Plaintiffs for Arthur S. Gold to appear pro
                   hac vice (01-8549) (dp) [Entry date 12/19/01]

12/17/01 --        Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524021 (dp)
                   [Entry date 12/19/01]

12/17/01 463       Statement of Consent by Douglas Blankman to by All
                   Plaintiffs re: [440-1] motion for Carlin J. Phillips to
                   appear pro hac vice (dp) [Entry date 12/19/01]

12/17/01 464       Statement of Consent to be local designee of Douglas
                   Blankman by All Plaintiffs re: [441-1] motion for Carlin
                   J. Phillips to appear pro hac vice (dp)
                   [Entry date 12/19/01]

12/17/01 465       Statement of Consent to be local designee for Douglas
                   Blankman by All Plaintiffs re: [442-1] motion for Carlin
                   J. Phillips to appear pro hac vice (dp)
                   [Entry date 12/19/01]

12/17/01 466       Statement of Consent to be local designee by Douglas
                   Blankman for All Plaintiffs re: [443-1] motion for Carlin
                   J. Phillips to appear pro hac vice (dp)
                   [Entry date 12/19/01]

12/17/01 467       Statement of Consent to be local designee by Douglas
                   Blankman by All Plaintiffs re: [444-1] motion for Carlin J.
                   Phillips to appear pro hac vice (dp) [Entry date 12/19/01]

12/17/01 468       Statement of Consent to be local designee by Douglas
                   Blankman by All Plaintiffs re: [445-1] motion for Carlin J.
                   Phillips to appear pro hac vice (dp) [Entry date 12/19/01]

12/17/01 469       Statement of Consent to be local designee by Douglas
                   Blankman by All Plaintiffs re: [446-1] motion for Carlin J.
                   Phillips to appear pro hac vice (dp) [Entry date 12/19/01]

12/17/01 470    Statement of Consent to be local designee by Douglas
                Blankman by All Plaintiffs re: [448-1] motion for Carlin J.
                Phillips to appear pro hac vice (dp) [Entry date 12/19/01]

12/17/01 471    Statement of Consent to be local designee by Douglas
                Blankman by All Plaintiffs re: [450-1] motion for Carlin J.
                Phillips to appear pro hac vice (dp) [Entry date 12/19/01]

12/17/01 472    Statement of Consent to be local designee by Douglas
                Blankman by All Plaintiffs re: [452-1] motion for Carlin J.
                Phillips to appear pro hac vice (dp) [Entry date 12/19/01]

12/17/01 473    Statement of Consent to be local designee by Douglas
                Blankman by All Plaintiffs re: [454-1] motion for Carlin J.
                Phillips to appear pro hac vice (dp) [Entry date 12/19/01]

12/17/01 474    Statement of Consent to be local designee by Douglas
                Blankman by All Plaintiffs re: [456-1] motion for Carlin J.
                Phillips to appear pro hac vice (dp) [Entry date 12/19/01]

12/17/01 475    Statement of Consent to be local designee by Douglas
                Blankman by All Plaintiffs re: [457-1] motion for Carlin J.
                Phillips to appear pro hac vice (dp) [Entry date 12/19/01]

12/17/01 476    Statement of Consent to be local designee by Douglas
                Blankman by All Plaintiffs re: [462-1] motion for Arthur S.
                Gold to appear pro hac vice (dp) [Entry date 12/19/01]

12/17/01 --     Motion(s) referred: [457-1] motion for Carlin J. Phillips
                to appear pro hac vice referred  to Magistrate Judge Lurana
                S. Snow, [456-1] motion for Carlin J. Phillips to appear
                pro hac vice referred  to Magistrate Judge Lurana S. Snow,
                [455-1] motion for Arthur S. Gold to appear pro hac vice
                referred  to Magistrate Judge Lurana S. Snow, [454-1]
                motion for Carlin J. Phillips to appear pro hac vice
                referred  to Magistrate Judge Lurana S. Snow, [453-1]
                motion for Arthur S. Gold to appear pro hac vice referred
                to Magistrate Judge Lurana S. Snow, [452-1] motion for
                Carlin J. Phillips to appear pro hac vice referred  to
                Magistrate Judge Lurana S. Snow, [451-1] motion for Arthur
                S. Gold to appear pro hac vice referred  to Magistrate
                Judge Lurana S. Snow, [450-1] motion for Carlin J. Phillips
                to appear pro hac vice referred  to Magistrate Judge Lurana
                S. Snow, [449-1] motion for Arthur S. Gold to appear pro
                hac vice referred  to Magistrate Judge Lurana S. Snow,
                [448-1] motion for Carlin J. Phillips to appear pro hac
                vice referred  to Magistrate Judge Lurana S. Snow, [447-1]
                motion for Arthur S. Gold to appear pro hac vice referred
                to Magistrate Judge Lurana S. Snow, [446-1] motion for
                Carlin J. Phillips to appear pro hac vice referred  to
                Magistrate Judge Lurana S. Snow, [445-1] motion for Carlin
                J. Phillips to appear pro hac vice referred  to Magistrate
                Judge Lurana S. Snow, [444-1] motion for Carlin J. Phillips
                to appear pro hac vice referred  to Magistrate Judge Lurana
                S. Snow, [443-1] motion for Carlin J. Phillips to appear
                pro hac vice referred  to Magistrate Judge Lurana S. Snow,
                [442-1] motion for Carlin J. Phillips to appear pro hac
                vice referred  to Magistrate Judge Lurana S. Snow, [441-1]
                motion for Carlin J. Phillips to appear pro hac vice
                referred  to Magistrate Judge Lurana S. Snow, [440-1]

motion for Carlin J. Phillips to appear pro hac vice
referred to Magistrate Judge Lurana S. Snow, [438-1]
motion for Arthur S. Gold to appear pro hac vice referred
to Magistrate Judge Lurana S. Snow, [432-1] motion to amend
case management calendar and continue trial date referred
to Magistrate Judge Lurana S. Snow, [462-1] motion for
Arthur S. Gold to appear pro hac vice referred to
Magistrate Judge Lurana S. Snow, [461-1] motion for Carlin
J. Phillips to appear pro hac vice referred to Magistrate
Judge Lurana S. Snow, [460-1] motion for Arthur S. Gold to
appear pro hac vice referred to Magistrate Judge Lurana S.
Snow, [459-1] motion for Arthur S. Gold to appear pro hac
vice referred to Magistrate Judge Lurana S. Snow, [458-1]
motion for Arthur S. Gold to appear pro hac vice referred
to Magistrate Judge Lurana S. Snow (dp)
[Entry date 12/19/01]

12/19/01 477    Joinder in Allstate and others motion for protective order
and stay of discovery by Community Care (dp)
[Entry date 12/20/01]

12/20/01 478    NOTICE of joinder in CCN's motion to amend case management
calendar and to continue trial by Beech Street, ADP
Integrated (dp)

12/20/01 479    NOTICE of joinder in CCN's motion to amend case management
calendar to to continue trial (00-7163) by Beech Street,
ADP Integrated (dp)

12/20/01 480    REPLY by Community Care to response to [219-1] motion for
clarification of [171-1] Scheduling order (dp)
[Entry date 12/21/01]

12/20/01 481    MOTION by Prudential Property to extend time to respond to
amended motion for class certification (dp)
[Entry date 12/21/01]

12/20/01 482    CERTIFICATE OF SERVICE of motion for extension of time by
Prudential Property (dp) [Entry date 12/21/01]

12/20/01 487    NOTICE of joinder in CCN's motion to amend case management
calendaar and to continue trial date by Liberty Mutual (dp)
[Entry date 12/21/01]

12/20/01 489    MEMORANDUM by Metropolitan in opposition to [422-1] motion
to compel Metropolitan to attend depositions (dp)
[Entry date 12/21/01]

12/21/01 483    MOTION by All Plaintiffs for Arthur Gold to appear pro hac
vice (00-7163) (dp)

12/21/01 --    Filing Fee Paid; FILING FEE $ 75.00 RECEIPT # 524076 (dp)

12/21/01 484    MOTION by All Plaintiffs for Arthur Gold to appear pro hac
vice (00-7692) (dp)

12/21/01 --    Filing Fee Paid; FILING FEE $ 75.00 RECEIPT # 524075 (dp)

12/21/01 485    MOTION by All Plaintiffs for Arthur Gold to appear pro hac
vice (01-6782) (dp)

12/21/01 --      Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524078 (dp)

12/21/01 486     MOTION by All Plaintiffs for Arthur Gold to appear pro hac
                 vice (01-6783) (dp)

12/21/01 --      Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524079 (dp)

12/21/01 --      Motion(s) referred: [486-1] motion for Arthur Gold to
                 appear pro hac vice referred  to Magistrate Judge Lurana S.
                 Snow, [485-1] motion for Arthur Gold to appear pro hac vice
                 referred  to Magistrate Judge Lurana S. Snow, [484-1]
                 motion for Arthur Gold to appear pro hac vice referred  to
                 Magistrate Judge Lurana S. Snow, [483-1] motion for Arthur
                 Gold to appear pro hac vice referred  to Magistrate Judge
                 Lurana S. Snow (dp)

12/21/01 488     MEMORANDUM by Integon National, Integon General  in
                 opposition to [410-1] motion to compel Integon National,
                 Integon General and Hartford to attend depositions (dp)

12/21/01 490     MEMORANDUM by Hartford Insurance  in opposition to [410-1]
                 motion to compel Integon National, Integon General and
                 Hartford to attend depositions (dp)

12/21/01 496     REPLY by Progressive Express, Progressive Consumer,
                 Progressive Bayside  to response to [400-1] motion for
                 protective order re 10/23/01 notices of taking depositions
                 (dp) [Entry date 12/26/01]

12/21/01 497     MEMORANDUM by Salvatore D. Larusso  in opposition to
                 [408-1] motion for protective order to preclude or postpone
                 deposition of Nationwide corporate representative (dp)
                 [Entry date 12/26/01]

12/21/01 498     MEMORANDUM by Salvatore D. Larusso  in opposition to
                 [402-1] motion to compel arbitration, [402-2] motion to
                 dismiss amended complaint, [402-3] motion to stay discovery
                 (dp) [Entry date 12/26/01]

12/21/01 --      Motion(s) referred: [500-1] motion to extend time to
                 respond to amended motion for class certification referred
                 to Magistrate Judge Lurana S. Snow, [499-1] motion to
                 extend time to respond to amended motion for class
                 certification referred  to Magistrate Judge Lurana S. Snow,
                 [493-1] motion for Peter Valeta to appear pro hac vice
                 referred  to Magistrate Judge Lurana S. Snow, [492-1]
                 motion for Hearing on [491-1] motion for reconsideration of
                 order of consolidation referred  to Magistrate Judge Lurana
                 S. Snow (dp) [Entry date 12/26/01]

12/24/01 491     MOTION by Community Care for reconsideration of order of
                 consolidation (dp) [Entry date 12/26/01]

12/24/01 492     MOTION by Community Care for Hearing on [491-1] motion for
                 reconsideration of order of consolidation (dp)
                 [Entry date 12/26/01]

12/24/01 493     MOTION by Allstate Insurance for Peter Valeta to appear

|  |  | pro hac vice (dp) [Entry date 12/26/01] |
|---|---|---|
| 12/24/01 | -- | Filing Fee Paid;   FILING FEE $ 75.00   RECEIPT # 624089 (dp) [Entry date 12/26/01] |
| 12/24/01 | 494 | MEMORANDUM by Superior Insurance  in opposition to [416-2] amended motion (dp) [Entry date 12/26/01] |
| 12/24/01 | 495 | REPLY by Superior Insurance  to response to [393-1] motion for protective order to preclude, postpone deposition of corporate representative (dp) [Entry date 12/26/01] |
| 12/24/01 | 499 | MOTION by Fidelity & Casualty, Continental Ins. to extend time to respond to amended motion for class certification (dp) [Entry date 12/26/01] |
| 12/24/01 | 500 | MOTION by Deerbrook Insurance to extend time to respond to amended motion for class certification (dp) [Entry date 12/26/01] |
| 12/26/01 | 501 | REPLY by Paul Zidel, Keith Brickell, D.C., Marc J. Browner D.C., Ultra Open MRI  to response to [374-1] motion to compel Allstate Insurance, Allstate Indemnity and Deerbrook to attend depositions and for sanctions (dp) [Entry date 12/27/01] |
| 12/28/01 | 502 | NOTICE of joinder of [494-1] opposition memorandum by Beech Street, ADP Integrated (ss) [Entry date 12/31/01] |
| 12/28/01 | 503 | NOTICE of joinder of [494-1] opposition memorandum by Beech Street, ADP Integrated (ss) [Entry date 12/31/01] |
| 12/28/01 | 504 | OBJECTIONS by Chiropractic Centre to [427-1] report and recommendations (ss) [Entry date 12/31/01] |
| 12/28/01 | 505 | OBJECTIONS by Ultra Open MRI to [428-1] report and recommendations (ss) [Entry date 12/31/01] |
| 12/28/01 | 506 | MEMORANDUM by Metropolitan in opposition to [416-1] amended motion to certify class action (ss) [Entry date 12/31/01] |
| 12/28/01 | 507 | OBJECTIONS by Metropolitan to [427-1] report and recommendations (ss) [Entry date 12/31/01] |
| 12/28/01 | 508 | MEMORANDUM by Integon National, Integon General in opposition to [418-1] amended motion to certify class action (ss) [Entry date 12/31/01] |
| 12/28/01 | 509 | OBJECTIONS by Integon National, Integon General to [428-1] report and recommendations (ss) [Entry date 12/31/01] |
| 12/28/01 | 510 | MEMORANDUM by Progressive American  in opposition to [415-1] motion to certify class action (dp) [Entry date 01/02/02] |
| 1/2/02 | 511 | MOTION by Chiropractic Centre to extend time to serve reply memorandum in support of amended motion for class certification (DE 416) (dp) [Entry date 01/03/02] |
| 1/2/02 | 512 | MOTION by Hartford Insurance to extend time to submit a |

reply memorandum in support of motion to compel arbitration
(dp) [Entry date 01/03/02]

1/2/02    513    SECOND MOTION by Paul Zidel, Keith Brickell, D.C., Marc J.
                 Browner D.C., Ultra Open MRI, Chiropractic Centre, Mote
                 Wellness to extend time to file motions to compel (dp)
                 [Entry date 01/03/02]

1/2/02    --     Motion(s) referred: [513-1] motion to extend time to file
                 motions to compel referred  to Magistrate Judge Lurana S.
                 Snow, [512-1] motion to extend time to submit a reply
                 memorandum in support of motion to compel arbitration
                 referred  to Magistrate Judge Lurana S. Snow, [511-1]
                 motion to extend time to serve reply memorandum in support
                 of amended motion for class certification (DE 416) referred
                 to Magistrate Judge Lurana S. Snow (dp)
                 [Entry date 01/03/02]

1/2/02    514    MEMORANDUM by Paul Zidel, Salvatore D. Larusso  in
                 opposition to [432-1] motion to amend case management
                 calendar and continue trial date (dp) [Entry date 01/03/02]

1/2/02    515    MEMORANDUM by Paul Zidel, Salvatore D. Larusso  in
                 opposition to [491-1] motion for reconsideration of order
                 of consolidation (dp) [Entry date 01/03/02]

1/2/02    522    ORDER granting Progressive's motion for enlargment of time
                 to answer complaint (01-6776) filed 10/22/01, denying as
                 moot plaintiff's third motion for englargement of time to
                 serve response to non-party Corvel's motion to quash
                 (00-6649), granting [349-1] motion to extend time to serve
                 reply in support of motion to dismiss complaint, granting
                 [329-1] motion to extend time to file reply in support of
                 motion to stay discovery and to dismiss, granting [306-1]
                 motion to extend time to respond to interrogatories and
                 request to produce, granting [304-1] motion to extend time
                 to submit reply memoranda in support of motions to dismiss
                 and stay, granting [303-1] motion to extend time to submit
                 reply memoranda in support of motions to compel arbitration
                 and to stay, granting [302-1] motion to extend time to
                 submit reply memoranda in support of motions to compel
                 arbitration and to stay, granting [300-1] motion to extend
                 time to serve memorandum in opposition to Nationwide's
                 motion to compel arbitration (DE 225), granting [293-1]
                 motion to extend time to respond to interrogatories and
                 request to produce, granting [291-1] motion to extend time
                 to respond to interrogatories and request for production
                 granting [259-1] motion to extend time to answer complaint,
                 granting [283-1] motion to extend time to serve reply brief
                 as to consolidation, granting [282-1] motion to extend time
                 to answer class action complaint ( Signed by Magistrate
                 Judge Lurana S. Snow on 1/2/02) [EOD Date: 1/8/02] (dp)
                 [Entry date 01/08/02] [Edit date 01/10/02]

1/4/02    516    MOTION by Salvatore D. Larusso to compel Nationwide to
                 attend depositions (dp) [Entry date 01/07/02]

1/4/02    517    MOTION by Chiropractic Centre to compel Superior to attend
                 depositions (dp) [Entry date 01/07/02]

| 1/4/02 | 518. | MOTION by Paul Zidel to compel non-party Gavin Meshad to attend deposition (dp) [Entry date 01/07/02] |
|--------|------|---|
| 1/4/02 | 519 | MOTION by Salvatore D. Larusso to compel Florida Farm Bureau to attend depositions (dp) [Entry date 01/07/02] |
| 1/4/02 | -- | Motion(s) referred: [519-1] motion to compel Florida Farm Bureau to attend depositions referred to Magistrate Judge Lurana S. Snow, [518-1] motion to compel non-party Gavin Meshad to attend deposition referred to Magistrate Judge Lurana S. Snow, [517-1] motion to compel Superior to attend depositions referred to Magistrate Judge Lurana S. Snow, [516-1] motion to compel Nationwide to attend depositions referred to Magistrate Judge Lurana S. Snow (dp) [Entry date 01/07/02] |
| 1/4/02 | 520 | ORDER directing counsel Lawrence Kopelman to pay filing fee for each case as noted on this order except 00-6061 ( Signed by Magistrate Judge Lurana S. Snow on 1/4/02) [EOD Date: 1/7/02] (dp) [Entry date 01/07/02] |
| 1/7/02 | -- | Filing Fee Paid;  FILING FEE $ 1,050.00  RECEIPT # 524161 Pro Hac Vice fees by Lawrence Kopelman for case 01-8111; 01-8549; 00-6649; 00-7163; 00-7692; 00-6776; 01-6777; 01-6778; 01-6779; 01-6780; 01-6782; 01-6783; 01-8108; 01-8110 (dp) |
| 1/7/02 | 521 | ORDER SETTING STATUS CONFERENCE   Status conference set for 2:00 1/25/02   before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 1/7/02) [EOD Date: 1/8/02] CCAP (dp) [Entry date 01/08/02] |
| 1/8/02 | 523 | MOTION with memorandum in support by Beech Street, ADP Integrated to compel Rule 26 disclosures (dp) [Entry date 01/09/02] |
| 1/8/02 | -- | Motion(s) referred: [523-1] motion to compel Rule 26 disclosures referred to Magistrate Judge Lurana S. Snow (dp) [Entry date 01/09/02] |
| 1/9/02 | 524 | REPLY by Hartford Insurance to response to [402-1] motion to compel arbitration (dp) [Entry date 01/10/02] |
| 1/9/02 | 525 | MOTION by Ultra Open MRI to extend time to serve reply memorandum in support of amended motion for class certification (DE 409) (dp) [Entry date 01/10/02] |
| 1/9/02 | -- | Motion(s) referred: [525-1] motion to extend time to serve reply memorandum in support of amended motion for class certification (DE 409) referred to Magistrate Judge Lurana S. Snow (dp) [Entry date 01/10/02] |
| 1/9/02 | 526 | REPLY by Chiropractic Centre to response to [417-1] motion to certify class action, [417-2] amended motion (dp) [Entry date 01/10/02] |
| 1/9/02 | 527 | REPLY by Ultra Open MRI to response to [414-1] motion to certify class action, [414-2] amended motion (dp) [Entry date 01/10/02] |

1/9/02    528    NOTICE OF FILING SUPPLEMENTAL AUTHORITY by All Plaintiffs
                 re: opposition to the pending motion to dismiss (dp)
                 [Entry date 01/10/02]

1/10/02   529    MEMORANDUM by Ultra Open MRI  in opposition to [500-1]
                 motion to extend time to respond to amended motion for
                 class certification (dp) [Entry date 01/11/02]

1/10/02   530    MEMORANDUM by Ultra Open MRI  in opposition to [499-1]
                 motion to extend time to respond to amended motion for
                 class certification (dp) [Entry date 01/11/02]

1/10/02   531    RESPONSE by Community Care  to [500-1] motion to extend
                 time to respond to amended motion for class certification,
                 [499-1] motion to extend time to respond to amended motion
                 for class certification (dp) [Entry date 01/11/02]

1/14/02   532    NOTICE of joinder in CCN's motion to reconsider order of
                 consolidation and request for oral argument by Allstate
                 Insurance, Allstate Indemnity, Fidelity & Casualty,
                 Continental Ins. Co., Deerbrook Insurance (dp)
                 [Entry date 01/15/02]

1/14/02   533    MOTION by Chiropractic Centre to extend time to serve
                 reply memorandum in support of amended motion (DE 416) (dp)
                 [Entry date 01/15/02]

1/14/02   --     Motion(s) referred: [533-1] motion to extend time to serve
                 reply memorandum in support of amended motion (DE 416)
                 referred  to Magistrate Judge Lurana S. Snow (dp)
                 [Entry date 01/15/02]

1/14/02   534    RESPONSE by Metropolitan  in opposition to [504-1]
                 objection (dp) [Entry date 01/15/02]

1/14/02   535    RESPONSE by Integon National, Integon General  in
                 opposition to [505-1] objection (dp) [Entry date 01/15/02]

1/15/02   536    NOTICE of joinder in Beech Street and ADP's motion to
                 compel Rule 26 Disclosures by Progressive Express,
                 Progressive Consumer, Progressive Bayside (dp)
                 [Entry date 01/16/02]

1/15/02   537    NOTICE of joinder in CCN'S Motion to Reconsider Order of
                 Consolidation by Progressive Express, Progressive Consumer,
                 Progressive Bayside (dp) [Entry date 01/16/02]

1/15/02   538    NOTICE of JOINDER n CCN'S Motion to Amend Case Management
                 Calendar and Continue Trial Date by Progressive Express,
                 Progressive Consumer, Progressive Bayside (dp)
                 [Entry date 01/16/02]

1/15/02   539    REPLY by Community Care  to response to [514] and [432-1]
                 motion to amend case management calendar and continue trial
                 date (dp) [Entry date 01/16/02]

1/15/02   540    REPLY by Salvatore D. Larusso  to response to [410-1]
                 motion to compel Integon National, Integon General and
                 Hartford to attend depositions (dp) [Entry date 01/16/02]

1/15/02    541    REPLY by Ultra Open MRI to response to [423-1] motion to
                  compel Progressive Insurance Company defendants to attend
                  depositions and for sanctions (dp) [Entry date 01/16/02]

1/15/02    542    REPLY by Chiropractic Centre to response to [422-1] motion
                  to compel Metropolitan to attend depositions (dp)
                  [Entry date 01/16/02]

1/16/02    543    REPLY by Community Care to response to [515] and [491-1]
                  motion for reconsideration of order of consolidation (dp)
                  [Entry date 01/17/02]

1/16/02    544    MOTION by Community Care for protective order to prevent
                  depositions of current or former personnel (dp)
                  [Entry date 01/17/02]

1/16/02    --     Motion(s) referred: [544-1] motion for protective order to
                  prevent depositions of current or former personnel referred
                  to Magistrate Judge Lurana S. Snow (dp)
                  [Entry date 01/17/02]

1/16/02    545    RESPONSE by Chiropractic Centre in opposition to [507-1]
                  objection (dp) [Entry date 01/17/02]

1/16/02    546    RESPONSE by Ultra Open MRI in opposition to [509-1]
                  objection (dp) [Entry date 01/17/02]

1/17/02    547    NOTICE of Unavailability by Superior Insurance for dates
                  of: 1/25/02 (dp) [Entry date 01/18/02]

1/18/02    548    RESPONSE by Florida Farm Bureau to [519-1] motion to compel
                  Florida Farm Bureau to attend depositions and RENEWED
                  REQUEST and for a stay of discovery, and a protective
                  order (ss) [Entry date 01/22/02]

1/18/02    549    UNOPPOSED MOTION by Nationwide Insurance for enlargement
                  of time to serve response to motion to compel attendance at
                  depositions (ss) [Entry date 01/22/02]

1/18/02    550    REPORT AND RECOMMENDATIONS of Magistrate Judge Lurana S.
                  Snow recommending that [174-1] partially unopposed motion
                  to compel arbitration be DENIED. Motion no longer referred.
                  Signed on: 1/18/02 Objections to R and R due by 1/28/02
                  CCAP (ss) [Entry date 01/22/02]

1/22/02    551    MEMORANDUM by Superior Insurance in opposition to [517-1]
                  motion to compel Superior to attend depositions (dp)
                  [Entry date 01/23/02]

1/22/02    552    REPLY by Chiropractic Centre to response to [416-1] motion
                  to certify class action, [416-2] amended motion (dp)
                  [Entry date 01/23/02]

1/22/02    553    REPLY by Ultra Open MRI to response to [413-1] motion to
                  certify class action, [413-2] amended motion (dp)
                  [Entry date 01/23/02]

1/22/02    554    RESPONSE by Community Care to [518-1] motion to compel
                  non-party Gavin Meshad to attend deposition (dp)
                  [Entry date 01/23/02]

1/22/02   555   REPLY by Fidelity & Casualty  to response to [499-1] motion
                to extend time to respond to amended motion for class
                certification (dp) [Entry date 01/23/02]

1/22/02   556   REPLY by Deerbrook Insurance  to response to [500-1] motion
                to extend time to respond to amended motion for class
                certification (dp) [Entry date 01/23/02]

1/22/02   557   MOTION by Prudential Property for Richard Wyner & Jeffrey
                Klein to withdraw as attorney (dp) [Entry date 01/23/02]

1/22/02   --    Motion(s) referred: [557-1] motion for Richard Wyner &
                Jeffrey Klein to withdraw as attorney referred  to
                Magistrate Judge Lurana S. Snow (dp) [Entry date 01/23/02]

1/23/02   558   MEMORANDUM by Keith Brickell, D.C.  in opposition to
                [523-1] motion to compel Rule 26 disclosures (dp)
                [Entry date 01/24/02]

1/23/02   559   MOTION by Salvatore D. Larusso, Ultra Open MRI,
                Chiropractic Centre for leave to file supplemental
                memorandum in opposition to defendants' motion to compel
                arbitration (dp) [Entry date 01/24/02]

1/23/02   --    Motion(s) referred: [559-1] motion for leave to file
                supplemental memorandum in opposition to defendants' motion
                to compel arbitration referred  to Magistrate Judge Lurana
                S. Snow (dp) [Entry date 01/24/02]

1/23/02   560   SUPPLEMENTAL MEMORANDUM of law in opposition to defendants'
                motions to compel arbitration by Salvatore D. Larusso,
                Ultra Open MRI, Chiropractic Centre (dp)
                [Entry date 01/24/02]

1/23/02   561   AMENDED COMPLAINT by Ultra Open MRI , (Answer due 2/2/02
                for Prudential Property ) amending adding Walter E. Afield
                (01-6778) (dp) [Entry date 01/24/02]

1/24/02   562   REPLY by Salvatore D. Larusso  to response to [519-1]
                motion to compel Florida Farm Bureau to attend depositions
                (dp) [Entry date 01/25/02]

1/24/02   563   REPLY by Chiropractic Centre  to response to [517-1] motion
                to compel Superior to attend depositions (dp)
                [Entry date 01/25/02]

1/25/02   564   NOTICE of filing overview of consolidated PPO class action
                cases by All Plaintiffs (dp) [Entry date 01/28/02]

1/25/02   565   Minutes of status conference held  before Judge Wilkie D.
                Ferguson Jr. on 1/25/02;  Court Reporter Name or Tape #:
                Patricia Sanders (dp) [Entry date 01/28/02]

1/25/02   --    Status conference  held  before Judge Wilkie D. Ferguson
                Jr. (dp) [Entry date 01/28/02]

1/25/02   566   ORDER granting motion to appear pro hac vice by W. Curtis
                Caywood (motion filed in 00-7692) ( Signed by Magistrate

Judge Lurana S. Snow on 1/25/02) [EOD Date: 1/29/02] (dp)
[Entry date 01/29/02]

1/25/02   567   ORDER granting [486-1] motion for Arthur Gold to appear pro
                hac vice, granting [485-1] motion for Arthur Gold to appear
                pro hac vice, granting [484-1] motion for Arthur Gold to
                appear pro hac vice, granting [483-1] motion for Arthur
                Gold to appear pro hac vice, granting [455-1] motion for
                Arthur S. Gold to appear pro hac vice, granting [453-1]
                motion for Arthur S. Gold to appear pro hac vice, granting
                [451-1] motion for Arthur S. Gold to appear pro hac vice,
                granting [449-1] motion for Arthur S. Gold to appear pro
                hac vice, granting [447-1] motion for Arthur S. Gold to
                appear pro hac vice, granting [439-1] motion for Arthur S.
                Gold to appear pro hac vice, granting [438-1] motion for
                Arthur S. Gold to appear pro hac vice, granting [462-1]
                motion for Arthur S. Gold to appear pro hac vice, granting
                [460-1] motion for Arthur S. Gold to appear pro hac vice,
                granting [459-1] motion for Arthur S. Gold to appear pro
                hac vice, granting [458-1] motion for Arthur S. Gold to
                appear pro hac vice ( Signed by Magistrate Judge Lurana S.
                Snow on 1/25/02) [EOD Date: 1/29/02] (dp)
                [Entry date 01/29/02]

1/25/02   569   ORDER granting [457-1] motion for Carlin J. Phillips to
                appear pro hac vice, granting [456-1] motion for Carlin J.
                Phillips to appear pro hac vice, granting [454-1] motion
                for Carlin J. Phillips to appear pro hac vice, granting
                [452-1] motion for Carlin J. Phillips to appear pro hac
                vice, granting [450-1] motion for Carlin J. Phillips to
                appear pro hac vice, granting [448-1] motion for Carlin J.
                Phillips to appear pro hac vice, granting [446-1] motion
                for Carlin J. Phillips to appear pro hac vice, granting
                [445-1] motion for Carlin J. Phillips to appear pro hac
                vice, granting [444-1] motion for Carlin J. Phillips to
                appear pro hac vice, granting [443-1] motion for Carlin J.
                Phillips to appear pro hac vice, granting [442-1] motion
                for Carlin J. Phillips to appear pro hac vice, granting
                [441-1] motion for Carlin J. Phillips to appear pro hac
                vice, granting [440-1] motion for Carlin J. Phillips to
                appear pro hac vice, granting [461-1] motion for Carlin J.
                Phillips to appear pro hac vice ( Signed by Magistrate
                Judge Lurana S. Snow on 1/25/02) [EOD Date: 1/29/02] (dp)
                [Entry date 01/29/02]

1/28/02   568   MEMORANDUM by Progressive Express, Progressive Consumer,
                Progressive Bayside  in opposition to [423-1] motion to
                compel Progressive Insurance Company defendants to attend
                depositions and for sanctions (dp) [Entry date 01/29/02]

1/28/02   570   MOTION by American Int'l, American Int'l South to
                dismiss, or alternatively for summary judgment (dp)
                [Entry date 01/29/02]

1/28/02   571   Statement of material facts by American Int'l, American
                Int'l South  re: [570-1] motion to dismiss, [570-2] motion
                for summary judgment (dp) [Entry date 01/29/02]

1/28/02   572   NOTICE of filing affidavit in support of motion to dismiss
                by American Int'l, American Int'l South (dp)

[Entry date 01/29/02]

1/29/02   573    OBJECTION by Paul Zidel  to [550-1] report and
                 recommendations (dp) [Entry date 01/30/02]

1/29/02   574    NOTICE OF FILING SUPPLEMENTAL AUTHORITY by All Plaintiffs
                 re: opposition to pending motions to dismiss (dp)
                 [Entry date 01/30/02]

1/29/02   575    REPLY by Beech Street, ADP Integrated  to response to
                 [523-1] motion to compel Rule 26 disclosures (dp)
                 [Entry date 01/30/02]

1/30/02   576    OBJECTION by Allstate Insurance  to [550-1] report and
                 recommendations (dp) [Entry date 01/31/02]

1/30/02   577    RESPONSE by Florida Farm Bureau  in opposition to [560-1]
                 of law memorandum (dp) [Entry date 01/31/02]

1/31/02   578    OBJECTION by Community Care  to [550-1] report and
                 recommendations (dp) [Entry date 02/01/02]

2/4/02    579    MEMORANDUM by Prudential Property  in opposition to [559-1]
                 motion for leave to file supplemental memorandum in
                 opposition to defendants' motion to compel arbitration (dp)
                 [Entry date 02/05/02]

2/4/02    580    CERTIFICATE OF SERVICE as to memorandum in opposition to
                 motion to submit supplemental memorandum  by Prudential
                 Property (dp) [Entry date 02/05/02]

2/4/02    581    MOTION by Prudential Property to extend time to respond to
                 amended class action complaint (dp) [Entry date 02/05/02]

2/4/02    --     Motion(s) referred: [581-1] motion to extend time to
                 respond to amended class action complaint referred  to
                 Magistrate Judge Lurana S. Snow (dp) [Entry date 02/05/02]

2/4/02    582    RESPONSE by Nationwide Insurance  to [516-1] motion to
                 compel Nationwide to attend depositions (dp)
                 [Entry date 02/05/02]

2/5/02    583    NOTICE of filing of assignment of benefits form in support
                 of its motion to compel arbitration by Florida Farm Bureau
                 (dp)  [Entry date 02/06/02]

2/6/02    584    MOTION by Community Care to extend time to respond to
                 objections to R& (dp) [Entry date 02/07/02]

2/8/02    585    REPLY by Integon National, Integon General to supplemental
                 response to motion to compel arbitration (dp)
                 [Entry date 02/11/02]

2/8/02    586    RESPONSE by Metropolitan  in opposition to [542-1] response
                 reply (dp) [Entry date 02/11/02]

2/8/02    587    RESPONSE by Hartford Insurance  in opposition to [560-1] of
                 law memorandum (dp) [Entry date 02/11/02]

2/11/02   588    MOTION by Allstate Indemnity for Peter J. Valeta to appear

```
                  pro hac vice (00-7163) (dp) [Entry date 02/12/02]

2/11/02  --       Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524442 (dp)
                  [Entry date 02/12/02]

2/11/02  589      MOTION by Deerbrook Insurance for Peter J. Valeta to
                  appear pro hac vice (01-6777) (dp) [Entry date 02/12/02]

2/11/02  --       Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524441 (dp)
                  [Entry date 02/12/02]

2/11/02  590      MOTION by Fidelity & Casualty, Continental Ins. Co. for
                  Peter J. Valeta to appear pro hac vice (01-6779) (dp)
                  [Entry date 02/12/02]

2/11/02  --       Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524440 (dp)
                  [Entry date 02/12/02]

2/11/02  --       Motion(s) referred: [590-1] motion for Peter J. Valeta to
                  appear pro hac vice referred  to Magistrate Judge Lurana S.
                  Snow, [589-1] motion for Peter J. Valeta to appear pro hac
                  vice referred  to Magistrate Judge Lurana S. Snow, [588-1]
                  motion for Peter J. Valeta to appear pro hac vice referred
                  to Magistrate Judge Lurana S. Snow (dp)
                  [Entry date 02/12/02]

2/11/02  591      RESPONSE by Paul Zidel  in opposition to [570-1] objection
                  (dp) [Entry date 02/12/02]

2/11/02  592      RESPONSE by Andrew Ellowitz  to [570-1] motion to dismiss,
                  [570-2] motion for summary judgment (dp)
                  [Entry date 02/13/02]

2/12/02  593      AMENDED COMPLAINT by Andrew Ellowitz , (Answer due 2/22/02
                  for American Int'l ) amending complaint (01-8549) (dp)
                  [Entry date 02/13/02]

2/12/02  594      NOTICE OF FILING SUPPLEMENTAL AUTHORITY by All Plaintiffs
                  re: pending motions to dismiss (dp) [Entry date 02/13/02]

2/12/02  595      MOTION by Andrew Ellowitz to certify class claims against
                  American International Insurance Company (dp)
                  [Entry date 02/13/02]

2/12/02  --       Motion(s) referred: [595-1] motion to certify class claims
                  against American International Insurance Company referred
                  to Magistrate Judge Lurana S. Snow (dp)
                  [Entry date 02/13/02]

2/13/02  596      NOTICE OF FILING SUPPLEMENTAL AUTHORITY by All Plaintiffs
                  re: opposition to pending motions to dismiss (dp)
                  [Entry date 02/14/02] [Edit date 02/14/02]

2/13/02  597      ORDER granting [557-1] motion for Richard Wyner & Jeffrey
                  Klein to withdraw as attorney ( Signed by Magistrate Judge
                  Lurana S. Snow on 2/13/02) [EOD Date: 2/14/02] (dp)
                  [Entry date 02/14/02]

2/13/02  598      ORDER granting [195-1] motion for Howard Roin to appear pro
                  hac vice ( Signed by Magistrate Judge Lurana S. Snow on
```

2/13/02) [EOD Date: 2/14/02] (dp) [Entry date 02/14/02]

2/14/02   599   ORDER granting [584-1] motion to extend time to respond to
                objections to R& ( Signed by Judge Wilkie D. Ferguson Jr.
                on 2/14/02) [EOD Date: 2/15/02] (dp) [Entry date 02/15/02]

2/14/02   600   RESPONSE by Paul Zidel  in opposition to [578-1] objection
                (dp) [Entry date 02/15/02]

2/14/02   601   ORDER Directing Susan L. Lawson, Esq. and Richard Bokor,
                Esq. to file an application to appear pro hac vice
                accompanied by a $75.00 check (in each case) on or before
                2/28/02 (View Order) (Signed by Magistrate Judge Lurana S.
                Snow on 2/14/02) [EOD Date: 2/15/02] (ss)
                [Entry date 02/15/02]

2/15/02   602   ORDER Directing Casey Fundaro, Esq. to file an application
                to appear pro hac vice in cases 01-6782 and 01-6783,
                accompanied by a $150.00 check on or before 2/28/02 (Signed
                by Magistrate Judge Lurana S. Snow on 2/15/02) [EOD Date:
                2/19/02] (ss) [Entry date 02/19/02]

2/19/02   603   MOTION by Prudential Property to extend time to respond to
                amended class action complaint (dp) [Entry date 02/20/02]

2/19/02   --    Motion(s) referred: [603-1] motion to extend time to
                respond to amended class action complaint referred  to
                Magistrate Judge Lurana S. Snow (dp) [Entry date 02/20/02]

2/19/02   604   MOTION by Prudential Property for Lisa M. Harrison to
                appear pro hac vice (dp) [Entry date 02/20/02]

2/19/02   --    Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524494 (dp)
                [Entry date 02/20/02]

2/19/02   605   Acceptance of Designation as Local Counsel by Scott Sarason
                on behalf of Peter Valeta (DE #493) by Allstate Insurance,
                Allstate Insurance (dp) [Entry date 02/20/02]

2/19/02   606   Acceptance of Designation as Local Counsel by Scott Sarason
                on behalf of Peter Valeta (DE #588) by Allstate Indemnity
                (dp) [Entry date 02/20/02]

2/19/02   607   Acceptance of Designation as Local Counsel by Scott Sarason
                on behalf of Peter Valeta (DE 589) by Deerbrook Insurance
                (dp) [Entry date 02/20/02]

2/19/02   608   Acceptance of Designation as Local Counsel by Scott Sarason
                on behalf of Peter Valeta (DE 590) by Fidelity & Casualty,
                Continental Ins. Co. (dp) [Entry date 02/20/02]

2/19/02   609   RESPONSE by Community Care  in opposition to [578-1]
                objection (dp) [Entry date 02/20/02]

2/22/02   610   MOTION with memorandum in support by Prudential Property
                to compel arbitration as to plaintiff Afield (dp)
                [Entry date 02/25/02]

2/22/02   611   ORDER granting [590-1] motion for Peter J. Valeta to appear
                pro hac vice, granting [589-1] motion for Peter J. Valeta

to appear pro hac vice, granting [588-1] motion for Peter
J. Valeta to appear pro hac vice, granting [493-1] motion
for Peter Valeta to appear pro hac vice ( Signed by
Magistrate Judge Lurana S. Snow on 2/22/02) [EOD Date:
2/25/02] (dp) [Entry date 02/25/02]

2/25/02  612    MOTION by Paul Zidel, Keith Brickell, D.C., Marc J. Browner
D.C., Salvatore D. Larusso, Ultra Open MRI, Andrew Ellowitz
for Susan Lawson to appear pro hac vice (dp)
[Entry date 02/26/02]

2/25/02  --     Filing Fee Paid; FILING FEE $ 975.00  RECEIPT #
524540-524552 (dp) [Entry date 02/26/02]

2/25/02  613    MOTION by Paul Zidel, Keith Brickell, D.C., Marc J. Browner
D.C., Salvatore D. Larusso, Ultra Open MRI, Andrew Ellowitz
for Richard A. Bokor to appear pro hac vice (dp)
[Entry date 02/26/02]

2/25/02  --     Filing Fee Paid; FILING FEE $ 975.00  RECEIPT #
524553-524565 (dp) [Entry date 02/26/02]

2/25/02  --     Motion(s) referred: [613-1] motion for Richard A. Bokor to
appear pro hac vice referred  to Magistrate Judge Lurana S.
Snow, [612-1] motion for Susan Lawson to appear pro hac
vice referred  to Magistrate Judge Lurana S. Snow (dp)
[Entry date 02/26/02]

2/25/02  614    NOTICE of filing motion for Rule 11 sanctions by American
Int'l, American Int'l South (dp) [Entry date 02/26/02]

2/25/02  615    MOTION by American Int'l, American Int'l South for Rule 11
sanctions (dp) [Entry date 02/26/02]

2/25/02  616    MOTION by American Int'l, American Int'l South to strike
[593-1] amended complaint (dp) [Entry date 02/26/02]

2/25/02  617    REPLY by American Int'l, American Int'l South  to response
to [570-1] motion to dismiss, [570-2] motion for summary
judgment (dp) [Entry date 02/26/02]

2/25/02  --     Motion(s) referred: [616-1] motion to strike [593-1]
amended complaint referred  to Magistrate Judge Lurana S.
Snow, [615-1] motion for Rule 11 sanctions referred  to
Magistrate Judge Lurana S. Snow (dp) [Entry date 02/26/02]

2/26/02  618    NOTICE OF FILING SUPPLEMENTAL AUTHORITY by Hartford
Insurance  re: [210-1] motion to dismiss amended class
action complaint (dp) [Entry date 02/27/02]

2/26/02  619    NOTICE OF FILING SUPPLEMENTAL AUTHORITY by Florida Farm
Bureau  re: motion to dismiss (dp) [Entry date 02/27/02]

2/28/02  620    AMENDED MOTION by Prudential Property for  to appear pro
hac vice  referring to [604-1] motion for Lisa M. Harrison
to appear pro hac vice (dp) [Entry date 03/01/02]

2/28/02  --     Motion(s) referred: [620-1] motion for  to appear pro hac
vice referred  to Magistrate Judge Lurana S. Snow, [620-2]
amended motion referred  to Magistrate Judge Lurana S. Snow

(dp) [Entry date 03/01/02]

2/28/02    621    MOTION by Allstate Insurance to strike [600-1] opposition
                  response (dp) [Entry date 03/01/02]

2/28/02    622    MEMORANDUM by Allstate Insurance in support of [621-1]
                  motion to strike [600-1] opposition response (dp)
                  [Entry date 03/01/02]

2/28/02    --     Motion(s) referred: [621-1] motion to strike [600-1]
                  opposition response referred to Magistrate Judge Lurana S.
                  Snow (dp) [Entry date 03/01/02]

3/1/02     623    ORDER denying [159-1] motion for oral argument on [150-1]
                  motion to limit communications between Community Care
                  Network and potential class members ( Signed by Judge
                  Wilkie D. Ferguson Jr. on 3/1/02) [EOD Date: 3/4/02] (dp)
                  [Entry date 03/04/02]

3/1/02     624    MOTION by American Int'l South to extend time to respond
                  to motion for class certification (dp) [Entry date 03/04/02]

3/1/02     625    ORDER granting motion to consolidate all pending PPO
                  reductions class actions (DE #5 in 01-8108) ( Signed by
                  Judge Wilkie D. Ferguson Jr. on 3/1/02) [EOD Date: 3/4/02]
                  (dp) [Entry date 03/04/02]

3/1/02     626    ORDER denying request for oral argument on motion to compel
                  arbitration (DE 28 in 01-8110CV) ( Signed by Judge Wilkie
                  D. Ferguson Jr. on 3/1/02) [EOD Date: 3/4/02] (dp)
                  [Entry date 03/04/02]

3/1/02     627    ORDER denying request for oral argument on motion to
                  dismiss (DE #26 in 01-8110CV) ( Signed by Judge Wilkie D.
                  Ferguson Jr. on 3/1/02) [EOD Date: 3/4/02] (dp)
                  [Entry date 03/04/02]

3/1/02     634    ORDER denying DE 65 (filed in 00-7692) motion to stay
                  discovery ( Signed by Judge Wilkie D. Ferguson Jr. on
                  3/1/02) [EOD Date: 3/14/02] (dp) [Entry date 03/14/02]

3/1/02     635    ORDER dismissing as moot DE 28 (filed in 00-7692) motion
                  for more definite statement ( Signed by Judge Wilkie D.
                  Ferguson Jr. on 3/1/02) [EOD Date: 3/14/02] (dp)
                  [Entry date 03/14/02]

3/7/02     628    NOTICE of Hearing: Motion hearing before Magistrate Judge
                  Lurana S. Snow set for 1:30 3/13/02 for [409-1] motion to
                  certify class action (lh) [Entry date 03/08/02]

3/8/02     629    ORDER cancelling 3/13/02 hearing ( Signed by Magistrate
                  Judge Lurana S. Snow on 3/8/02) [EOD Date: 3/11/02] (dp)
                  [Entry date 03/11/02]

3/8/02     631    MEMORANDUM by Mote Wellness in opposition to [615-1]
                  motion for Rule 11 sanctions (dp) [Entry date 03/11/02]

3/8/02     632    MEMORANDUM by Andrew Ellowitz in opposition to [616-1]
                  motion to strike [593-1] amended complaint (dp)
                  [Entry date 03/11/02]

3/11/02  630  MEMORANDUM by Walter E. Afield  in opposition to [610-1] motion to compel arbitration as to plaintiff Afield (dp)

3/11/02  636  MOTION by Community Care for reconsideration of [635-1] order, and to enlarge pending reconsideration (dp) [Entry date 03/14/02]

3/12/02  633  ORDER granting [620-1] motion for  to appear pro hac vice, granting [620-2] amended motion, granting [604-1] motion for Lisa M. Harrison to appear pro hac vice ( Signed by Magistrate Judge Lurana S. Snow on 3/12/02) [EOD Date: 3/13/02] (dp) [Entry date 03/13/02]

3/13/02  637  RESPONSE by Salvatore D. Larusso  in opposition to [619-1] notice, [618-1] notice (dp) [Entry date 03/14/02]

3/13/02  638  MEMORANDUM by Paul Zidel  in opposition to [621-1] motion to strike [600-1] opposition response (dp) [Entry date 03/14/02]

3/14/02  639  ORDER granting [372-1] motion for  to appear pro hac vice, granting [372-2] amended motion, granting [350-1] motion for Lawrence M. Kopelman to appear pro hac vice ( Signed by Magistrate Judge Lurana S. Snow on 3/14/02) [EOD Date: 3/15/02] (dp) [Entry date 03/15/02]

3/14/02  640  ORDER granting [613-1] motion for Richard A. Bokor to appear pro hac vice, granting [612-1] motion for Susan Lawson to appear pro hac vice ( Signed by Magistrate Judge Lurana S. Snow on 3/14/02) [EOD Date: 3/15/02] (dp) [Entry date 03/15/02]

3/15/02  641  REPLY by Prudential Property  to response to [610-1] motion to compel arbitration as to plaintiff Afield (dp) [Entry date 03/18/02]

3/15/02  642  ORDER denying [151-1] motion for expedited consideration as to motion to limit communications, denying [150-1] motion to limit communications between Community Care Network and potential class members denying [159-1] motion for oral argument on [150-1] motion to limit communications between Community Care Network and potential class members ( Signed by Magistrate Judge Lurana S. Snow on 3/15/02) [EOD Date: 3/18/02] (dp) [Entry date 03/18/02]

3/20/02  643  NOTICE of Unavailability by Superior Insurance  for dates of: 4/20-4/27 (dp) [Entry date 03/21/02]

3/21/02  644  MOTION by Chiropractic Centre for Casey Anthony Fundaro to appear pro hac vice (01-6782) (dp) [Entry date 03/22/02] [Edit date 03/22/02]

3/21/02  --   Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524772 (dp) [Entry date 03/22/02] [Edit date 03/22/02]

3/21/02  645  MOTION by Chiropractic Centre for Casey Fundaro to appear pro hac vice (01-6783) (dp) [Entry date 03/22/02]

| 3/21/02 | -- | Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 524773 (dp) [Entry date 03/22/02] |
|---|---|---|
| 3/22/02 | 646 | NOTICE OF FILING SUPPLEMENTAL AUTHORITY by Superior Insurance re: [249-1] motion to dismiss complaint (dp) [Entry date 03/25/02] |
| 3/25/02 | 647 | RESPONSE by Chiropractic Centre  in opposition to [637-1] opposition response (dp) [Entry date 03/26/02] |
| 3/25/02 | 648 | REPLY by Allstate Insurance  to response to [621-1] motion to strike [600-1] opposition response (dp) [Entry date 03/26/02] |
| 3/28/02 | 649 | REPLY by American Int'l, American Int'l South  to response to [616-1] motion to strike [593-1] amended complaint (dp) [Entry date 03/29/02] |
| 3/28/02 | 650 | REPLY by American Int'l, American Int'l South  to response to [615-1] motion for Rule 11 sanctions (dp) [Entry date 03/29/02] |
| 3/28/02 | 651 | NOTICE OF FILING SUPPLEMENTAL AUTHORITY by Paul Zidel  re: motions to dismiss (dp) [Entry date 03/29/02] |
| 3/29/02 | 652 | MOTION by Superior Insurance for leave to file a memorandum of law explaining supplemental authority supporting motion to dismiss (ss) [Entry date 04/01/02] |
| 4/4/02 | 653 | MOTION by Allstate Insurance, Allstate Indemnity, Deerbrook Insurance, Fidelity & Casualty, Continental Ins. Co. to dismiss plaintiffs' respective claims (ss) [Entry date 04/05/02] |
| 4/4/02 | 654 | MEMORANDUM by Allstate Insurance, Allstate Indemnity, Deerbrook Insurance, Fidelity & Casualty, Continental Ins. Co. in support of their [653-1] motion to dismiss plaintiffs' respective claims (ss) [Entry date 04/05/02] |
| 4/8/02 | 655 | MEMORANDUM by Chiropractic Centre  in opposition to [652-1] motion for leave to file a memorandum of law explaining supplemental authority supporting motion to dismiss (dp) [Entry date 04/09/02] |
| 4/8/02 | 656 | NOTICE OF FILING SUPPLEMENTAL AUTHORITY by All Plaintiffs re: opposition to [610-1] motion to compel arbitration as to plaintiff Afield, [402-1] motion to compel arbitration, [402-2] motion to dismiss amended complaint, [402-3] motion to stay discovery, [225-1] motion to compel arbitration, [225-2] motion to dismiss claims, [174-1] motion to compel arbitration (dp) [Entry date 04/09/02] |
| 4/9/02 | 657 | MOTION by Liberty Mutual to amend answer and affirmative defenses (dp) [Entry date 04/11/02] |
| 4/10/02 | 658 | MEMORANDUM by All Plaintiffs  in opposition to [653-1] motion to dismiss plaintiffs' respective claims (dp) [Entry date 04/11/02] |
| 4/16/02 | 659 | MEMORANDUM by Salvatore D. Larusso  in opposition to |

[657-1] motion to amend answer and affirmative defenses (dp)
[Entry date 04/17/02]

4/19/02  660    MOTION by Allstate Insurance, Allstate Indemnity, Fidelity
                & Casualty, Continental Ins. Co., Deerbrook Insurance to
                extend time to serve reply memeorandum in support of motion
                to dismiss respective Rico claims (dp) [Entry date 04/22/02]

4/19/02  --     Motion(s) referred: [660-1] motion to extend time to serve
                reply memeorandum in support of motion to dismiss
                respective Rico claims referred  to Magistrate Judge Lurana
                S. Snow (dp) [Entry date 04/22/02]

4/25/02  661    REPLY by Liberty Mutual in support of its [657-1] motion
                for leave to amend its answer and affirmative defenses (ss)
                [Entry date 04/26/02]

4/26/02  662    REPLY by Allstate Insurance, Allstate Indemnity, Fidelity &
                Casualty, Continental Ins. Co., Deerbrook Insurance  to
                response to [653-1] motion to dismiss plaintiffs'
                respective claims (dp) [Entry date 04/29/02]

4/30/02  663    MOTION by All Plaintiffs for Atlas Pearlman, P.A. to
                withdraw as attorney (dp) [Entry date 05/01/02]

5/3/02   664    MOTION with memorandum in support by Progressive Express,
                Progressive Consumer, Progressive Bayside to amend their
                answer and affirmative defenses (lh) [Entry date 05/06/02]

5/3/02   665    ORDER CANCELING SCHEDULED HEARING terminated deadlines (
                Signed by Judge Wilkie D. Ferguson Jr. on 5/3/02) [EOD
                Date: 5/6/02] (lh) [Entry date 05/06/02]

5/3/02   666    SCHEDULING ORDER RE-SETTING TRIAL DATE AND DISCOVERY
                SCHEDULE setting Discovery cutoff 7/8/02 ; Deadline for
                filing of all motions by 7/29/02 Pretrial Stipulation due
                on or before 8/12/02 Pretrial conference for 4:15 8/19/02 ;
                Calendar call set for 4:15 9/17/02 Jury trial set for
                9/23/02 ( Signed by Judge Wilkie D. Ferguson Jr. on 5/3/02)
                [EOD Date: 5/6/02]  CCAP (lh) [Entry date 05/06/02]

5/8/02   667    NOTICE of attorney appearance as co-counsel for class
                plaintiffs for Paul Zidel, Keith Brickell, D.C., Marc J.
                Browner D.C., Salvatore D. Larusso, Ultra Open MRI,
                Chiropractic Centre, Mote Wellness, Walter E. Afield,
                Andrew Ellowitz by Eric Lee (ss) [Entry date 05/09/02]

5/13/02  668    NOTICE of Conflict by Superior Insurance for date of:
                9/23/02 (ss) [Entry date 05/14/02]

5/13/02  669    ORDER Vacating [666-1] Scheduling order (Signed by Judge
                Wilkie D. Ferguson Jr. on 5/13/02) [EOD Date: 5/14/02] (ss)
                [Entry date 05/14/02]

5/13/02  670    (VACATED BY DE 824) ORDER Staying in part causes until an
                order on the motions for class certification and to compel
                arbitration is entered. Discovery is limited to class
                certification and shall be completed by 7/31/02 (Signed by
                Judge Wilkie D. Ferguson Jr. on 5/13/02) [EOD Date: 5/14/02]
                (ss) [Entry date 05/14/02] [Edit date 08/01/02]



5/15/02   671   ORDER Granting [663-1] motion for Atlas Pearlman, P.A. to
                withdraw as attorney (Signed by Judge Wilkie D. Ferguson
                Jr. on 5/15/02) [EOD Date: 5/16/02] (ss)
                [Entry date 05/16/02]

5/15/02   672   CONSOLIDATED CLASS Discovery Interrogatories to Insurance
                Company Defendants by Paul Zidel, Keith Brickell, D.C.,
                Marc J. Browner D.C., Salvatore D. Larusso, Chiropractic
                Centre, Ultra Open MRI, Andrew Ellowitz (ss)
                [Entry date 05/16/02]

5/15/02   673   CONSOLIDATED CLASS Discovery Interrogatories to Insurance
                Company Defendants by Paul Zidel, Keith Brickell, D.C.,
                Marc J. Browner D.C., Salvatore D. Larusso, Chiropractic
                Centre, Ultra Open MRI, Andrew Ellowitz (ss)
                [Entry date 05/16/02]

5/15/02   674   CONSOLIDATED CLASS Discovery Interrogatories to Preferred
                Provider Organization Defendants by Paul Zidel, Keith
                Brickell, D.C., Marc J. Browner D.C., Salvatore D. Larusso,
                Chiropractic Centre, Ultra Open MRI, Andrew Ellowitz (ss)
                [Entry date 05/16/02]

5/15/02   675   CONSOLIDATED CLASS Discovery Request for production of
                documents to Insurance Company Defendants by Paul Zidel,
                Keith Brickell, D.C., Marc J. Browner D.C., Salvatore D.
                Larusso, Chiropractic Centre, Ultra Open MRI, Andrew
                Ellowitz (ss) [Entry date 05/16/02]

5/15/02   676   CONSOLIDATED CLASS DISCOVERY Request for Production of
                Documents to Preferred Provider Organization Defendants by
                Paul Zidel, Keith Brickell, D.C., Marc J. Browner D.C.,
                Salvatore D. Larusso, Chiropractic Centre, Ultra Open MRI,
                Andrew Ellowitz (ss) [Entry date 05/16/02]

5/15/02   677   CONSOLIDATED CLASS DISCOVERY Request for Admissions to
                Preferred Provider Organization Defendants by Paul Zidel,
                Keith Brickell, D.C., Marc J. Browner D.C., Salvatore D.
                Larusso, Chiropractic Centre, Ultra Open MRI, Andrew
                Ellowitz (ss) [Entry date 05/16/02]

5/16/02   678   MOTION by Hartford Insurance for Mayer, Brown, Rowe &
                Maw/Howard J.Roin to withdraw as attorney (lh)
                [Entry date 05/17/02]

5/17/02   679   REPORT AND RECOMMENDATIONS of Magistrate Judge Lurana S.
                Snow recommending that [616-1] motion to strike [593-1]
                amended complaint be DENIED. Motion no longer referred.
                Signed on: 5/17/02 Objections to R and R due by 5/27/02
                CCAP (ss) [Entry date 05/20/02]

5/20/02   680   Submission with respect to Liberty Mutual's motion for
                leave to amend answer and affirmative defenses by Community
                Care (dp) [Entry date 05/21/02]

5/21/02   681   NOTICE of Unavailability for dates of: 7/1-5, 8/5-9 by
                CorVel (dp) [Entry date 05/22/02]



5/21/02  685    RESPONSE by Community Care  to [682-1] motion for
                clarification of [670-2] order (dp) [Entry date 05/28/02]

5/21/02  686    ORDER granting [682-1] motion for clarification of [670-2]
                order ( Signed by Judge Wilkie D. Ferguson Jr. on 5/21/02)
                [EOD Date: 5/28/02] (dp) [Entry date 05/28/02]

5/22/02  682    EMERGENCY MOTION by Paul Zidel, Keith Brickell, D.C., Marc
                J. Browner D.C., Salvatore D. Larusso, Chiropractic Centre,
                Ultra Open MRI, Andrew Ellowitz for clarification of
                [670-2] order (ss) [Entry date 05/23/02]

5/22/02  687    ORDER denying [262-1] motion for protective order with
                respect to 39 depositions, denying [262-2] motion to stay
                discovery denying [288-1] motion for protective order as to
                deposition of Liberty Mutual denying [400-1] motion for
                protective order re 10/23/01 notices of taking depositions
                denying [408-1] motion for protective order to preclude or
                postpone deposition of Nationwide corporate representative
                denying [422-1] motion to compel Metropolitan to attend
                depositions denying [423-1] motion to compel Progressive
                Insurance Company defendants to attend depositions and for
                sanctions denying [516-1] motion to compel Nationwide to
                attend depositions denying [518-1] motion to compel
                non-party Gavin Meshad to attend deposition denying [544-1]
                motion for protective order to prevent depositions of
                current or former personnel denying [548-1] response for a
                stay of discovery, denying [548-2] motion a protective
                order, denying [548-3] motion ( Signed by Magistrate Judge
                Lurana S. Snow on 5/22/02) [EOD Date: 5/28/02] (dp)
                [Entry date 05/28/02]

5/23/02  683    ORDER granting [645-1] motion for Casey Fundaro to appear
                pro hac vice, granting [644-1] motion for Casey Anthony
                Fundaro to appear pro hac vice ( Signed by Magistrate Judge
                Lurana S. Snow on 5/23/02) [EOD Date: 5/23/02] (lh)

5/24/02  688    ORDER denying [163-1] motion to preclude the unauthorized
                commencement of merits discovery denying [164-1] motion for
                expedited consideration of motion to preclude unauthorized
                commencement of merits discovery granting [175-1] motion to
                extend time respond to motion to quash denying [190-1]
                motion for oral argument on [189-1] motion for
                reconsideration of order dated 10/2/01 filed in
                00-7692-CV-WDF granting [192-1] motion to extend time to
                file reponses to motions for pending class certification,
                granting [192-2] amended motion denying [196-1] motion to
                stay discovery pending ruling on motion to compel
                arbitration denying [198-1] motion for Hearing on [197-1]
                motion for reconsideration of [172-1] order, [171-1]
                Scheduling order granting [207-1] motion for status
                conference granting in part, denying in part [212-1] motion
                to stay discovery and time for responding to class
                certification denying [213-1] motion for oral argument on
                [212-1] motion to stay discovery and time for responding to
                class certification denying [220-1] motion for Hearing on
                [219-1] motion for clarification of [171-1] Scheduling
                order denying [221-1] motion for reaffirmation of orders
                staying merits discovery denying [227-1] motion to stay
                pending resolution of arbitration and class certification

issues denying [228-1] motion for oral argument on [227-1]
motion to stay pending resolution of arbitration and class
certification issues denying [229-1] motion for expedited
treatment of its partially unopposed motion to stay denying
[230-1] motion for protective order from taking deposition
denying [237-1] motion for protective order with respect to
Dr. Zidel's two notice of taking deposition denying [238-1]
motion for oral argument on [237-1] motion for protective
order with respect to Dr. Zidel's two notice of taking
deposition denying [252-1] motion to stay discovery denying
[261-1] motion to stay all discovery pending resolution of
Nationwide's pending motion to dismiss and to compel
denying [263-1] motion for oral argument on [262-1] motion
for protective order with respect to 39 depositions,
[262-2] motion to stay discovery denying [264-1] motion to
extend time to serve responses to plaintiff's discovery
granting [284-1] motion to extend time to respond to
non-party Corvel Corporation's motion to quash, for
protective order and objections to plaintiff's rule 45
subpoena denying [285-1] motion to stay discovery until
ruling on various pending motions and motion for protective
order granting [286-1] motion to extend time to respond to
plaintiff's motion for class certification denying [289-1]
motion for Hearing on [288-1] motion for protective order
as to deposition of Liberty Mutual denying [292-1] motion
to extend time to serve Rule 26 disclosures denying [311-1]
motion for protective order re pending discovery denying
[312-1] motion for Hearing on [311-1] motion for protective
order re pending discovery denying [313-1] motion for
protective order pending discovery denying [314-1] motion
for Hearing on [313-1] motion for protective order pending
discovery denying [315-1] motion for protective order
pending discovery denying [316-1] motion for Hearing on
[315-1] motion for protective order pending discovery
denying [330-1] motion for status conference and for new
case management and scheduling order denying [331-1] motion
for clarification of class certification discovery and
response date denying [334-1] motion for protective order
re discovery denying [348-1] motion to compel Liberty
Mutual to attend depositions and for sanctions granting
[357-1] motion to extend time deadline to respond to
motions for class certification granting [373-1] motion to
extend time to file motions to compel denying [374-1]
motion to compel Allstate Insurance, Allstate Indemnity and
Deerbrook to attend depositions and for sanctions denying
[393-1] motion for protective order to preclude, postpone
depostion of corporate representative denying [407-1]
motion for rulings on its motions for protective order and
to stay discovery denying [410-1] motion to compel Integon
National, Integon General and Hartford to attend
depositions granting [419-1] motion to extend time to
submit memoranda in opposition to motion to compel Hartford
to attend deposition granting [420-1] motion to extend time
to submit memoranda in opposition to motions to compel
deposition attendance granting [421-1] motion to extend
time to serve its reply in support of amended motion for
class certification denying [432-1] motion to amend case
management calendar and continue trial date granting
[481-1] motion to extend time to respond to amended motion
for class certification denying [492-1] motion for Hearing

on [491-1] motion for reconsideration of order of
consolidation granting [499-1] motion to extend time to
respond to amended motion for class certification denying
[500-1] motion to extend time to respond to amended motion
for class certification granting [511-1] motion to extend
time to serve reply memorandum in support of amended motion
for class certification (DE 416) granting [512-1] motion to
extend time to submit a reply memorandum in support of
motion to compel arbitration granting [513-1] motion to
extend time to file motions to compel denying [517-1]
motion to compel Superior to attend depositions denying
[519-1] motion to compel Florida Farm Bureau to attend
depositions denying [523-1] motion to compel Rule 26
disclosures granting [525-1] motion to extend time to serve
reply memorandum in support of amended motion for class
certification (DE 409) granting [533-1] motion to extend
time to serve reply memorandum in support of amended motion
(DE 416) granting [549-1] motion for enlargement of time to
serve response to motion to compel attendance at
depositions denying [581-1] motion to extend time to
respond to amended class action complaint granting [603-1]
motion to extend time to respond to amended class action
complaint granting [624-1] motion to extend time to respond
to motion for class certification granting [660-1] motion
to extend time to serve reply memeorandum in support of
motion to dismiss respective Rico claims ( Signed by
Magistrate Judge Lurana S. Snow on 5/24/02) [EOD Date:
5/28/02] (dp) [Entry date 05/28/02]

| | | |
|---|---|---|
| 5/28/02 | 689 | NOTICE of Unavailability by Hartford Insurance for dates of: 3 months following birth of child due on 8/24/02 (dp) [Entry date 05/29/02] |
| 5/28/02 | 690 | NOTICE of Unavailability by Integon National, Integon General for dates of: 3 months after birth of child due 8/24/02 (dp) [Entry date 05/29/02] |
| 5/28/02 | 691 | NOTICE of Unavailability by Metropolitan for dates of: 3 months after birth of child due 8/24/02 (dp) [Entry date 05/29/02] |
| 5/28/02 | 684 | NOTICE OF APPEAL by Prudential Property of [686-1] order, [670-2] order  EOD Date: 5/28/02;  Filing Fee: $ 105.00; Receipt #: 525320  Copies to USCA and Counsel of Record. (gf) [Entry date 05/29/02] |
| 5/29/02 | -- | Certified copies of Notice of Appeal, Docket, and Order under appeal to USCA: [684-1] appeal by Prudential as to Prudential Property (gf) |
| 5/29/02 | 692 | EMERGENCY MOTION by Prudential Property to stay pending appeal (dp) [Entry date 05/30/02] |
| 5/30/02 | 693 | JOINT MOTION by Chiropractic Centre, Superior Insurance to remove Superior Insurance from consolidate proceedings and request for status conference (dp) [Entry date 05/31/02] |
| 5/30/02 | 694 | EMERGENCY MOTION by Hartford Insurance for reconsideration of [686-1] order, [670-2] order (dp) [Entry date 05/31/02] |

| | | |
|---|---|---|
| 5/30/02 | 695 | MOTION by Integon National, Integon General for reconsideration of [686-1] order, [670-2] order (dp) [Entry date 05/31/02] |
| 5/30/02 | 696 | MOTION by Metropolitan for reconsideration of [686-1] order, [670-2] order (dp) [Entry date 05/31/02] |
| 5/31/02 | 697 | OBJECTION by American Int'l, American Int'l South to [679-1] report and recommendations (dp) [Entry date 06/03/02] |
| 5/31/02 | -- | NOTICE of Receipt of Notice of Appeal Transmittal Letter from USCA on 5/31/02as to Prudential Property Re: [684-1] appeal by Prudential Property USCA NUMBER: 02-12927-A (dl) [Entry date 06/03/02] |
| 5/31/02 | 698 | MOTION by Community Care to compel arbitration, and to stay/dismiss litigation (dp) [Entry date 06/03/02] |
| 6/4/02 | 699 | UNOPPOSED MOTION by Liberty Mutual to extend time to respond to class discovery requests (lh) [Entry date 06/05/02] |
| 6/5/02 | 700 | NOTICE by All Plaintiffs to take deposition of Corporate Representatives on class discovery issues 7/10/02 at 9:00 (dp) [Entry date 06/06/02] |
| 6/5/02 | 701 | EMERGENCY MOTION by Prudential Property for protective order as to discovery pending appeal (dp) [Entry date 06/06/02] |
| 6/5/02 | -- | NOTICE of Receipt of Notice of Appeal Transmittal Letter from USCA on 6/5/02as to Prudential Property Re: [684-1] appeal by Prudential Property USCA NUMBER: 02-12927-A (dl) [Entry date 06/06/02] |
| 6/5/02 | 702 | MEMORANDUM on Confidentiality Order in compliance with 5/21/02 order by Community Care (dp) [Entry date 06/06/02] |
| 6/5/02 | 703 | Notice of compliance: by Florida Farm Bureau with [687-1] order (dp) [Entry date 06/06/02] |
| 6/5/02 | 704 | NOTICE of filing confidentiality order by Beech Street, ADP Integrated (dp) [Entry date 06/06/02] |
| 6/5/02 | 705 | TRANSCRIPT filed of Status Conference held 1/25/02 before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages: 1-49 re: [684-1] appeal by Prudential Property . Appeal record due on 6/20/02 for Prudential Property . (gf) [Entry date 06/06/02] |
| 6/5/02 | 707 | TRANSCRIPT INFORMATION FORM by Prudential Property re: [684-1] appeal by Prudential Property received on 6/6/02 from Court Reporter. (Returned to Court Reporter Coordinator) (gf) [Entry date 06/07/02] |
| 6/5/02 | 708 | Transcript Information Form for Transcript of: Status Conference held 1/25/02 filed re: [684-1] appeal by Prudential Property (gf) [Entry date 06/07/02] |

6/6/02    706    MOTION by Liberty Mutual to extend time to respond to
                 CCN's motion to compel arbitration (dp)
                 [Entry date 06/07/02]

6/6/02    --     Motion(s) referred: [706-1] motion to extend time to
                 respond to CCN's motion to compel arbitration referred  to
                 Magistrate Judge Lurana S. Snow (dp) [Entry date 06/07/02]

6/7/02    709    EMERGENCY MOTION by Integon National, Integon General to
                 stay pending appeal (dp) [Entry date 06/10/02]

6/7/02    710    EMERECNY MOTION by Hartford Insurance to stay pending
                 appeal (dp) [Entry date 06/10/02]

6/7/02    711    EMERGENCY MOTION by Metropolitan to stay pending appeal (dp)
                 [Entry date 06/10/02]

6/7/02    712    NOTICE regarding confidentiality order by Allstate
                 Insurance, Allstate Indemnity, Fidelity & Casualty,
                 Continental Ins. Co., Deerbrook Insurance (dp)
                 [Entry date 06/10/02]

6/7/02    713    Notice of compliance: by Liberty Mutual  with [687-1] order
                 (dp) [Entry date 06/10/02]

6/7/02    714    NOTICE OF APPEAL by Metropolitan of [686-1] order, [670-2]
                 order  EOD Date: 5/28/02;  Filing Fee: $ 105.00; Receipt #:
                 525418  Copies to USCA and Counsel of Record. (gf)
                 [Entry date 06/10/02]

6/7/02    715    NOTICE OF APPEAL by Hartford Insurance of [686-1] order,
                 [670-2] order  EOD Date: 5/28/02;  Filing Fee: $ 105.00;
                 Receipt #: 525419  Copies to USCA and Counsel of Record. (gf)
                 [Entry date 06/10/02]

6/7/02    716    NOTICE OF APPEAL by Integon National, Integon General of
                 [686-1] order, [670-2] order  EOD Date: 5/28/02;  Filing
                 Fee: $ 105.00; Receipt #: 525420  Copies to USCA and
                 Counsel of Record. (gf) [Entry date 06/10/02]

6/10/02   --     Certified copies of Notice of Appeal, Docket, and Order
                 under appeal to USCA: [716-1] appeal  by Integon General,
                 Integon National, [715-1] appeal  by Hartford Insurance,
                 [714-1] appeal  by Metropolitan  as to Hartford Insurance,
                 Integon National, Integon General, Metropolitan (gf)

6/10/02   717    Notice of compliance: by American Int'l  with [687-1] order
                 (dp) [Entry date 06/11/02]

6/11/02   718    NOTICE OF APPEAL by Florida Farm Bureau of [686-1] order,
                 [670-2] order  EOD Date: 5/28/02;  Filing Fee: $ 105.00;
                 Receipt #: 525441  Copies to USCA and Counsel of Record. (gf)

6/11/02   --     Certified copies of Notice of Appeal, Docket, and Order
                 under appeal to USCA: [718-1] appeal  by Florida Farm
                 Bureau  as to Florida Farm Bureau (gf)

6/11/02   725    NOTICE OF APPEAL by Nationwide Insurance of [686-1] order,
                 [670-2] order  EOD Date: 5/28/02;  Filing Fee: $ 105.00;
                 Receipt #: 525444  Copies to USCA and Counsel of Record. (gf)



[Entry date 06/13/02]

6/11/02  726    NOTICE OF APPEAL by Allstate Insurance, Allstate Insurance
                of [686-1] order, [670-2] order  EOD Date: 5/28/02;  Filing
                Fee: $ 105.00; Receipt #: 525445  Copies to USCA and
                Counsel of Record. (gf) [Entry date 06/13/02]

6/12/02  719    REPORT AND RECOMMENDATIONS  of Magistrate Judge Lurana S.
                Snow  recommending that [225-1] motion to compel
                arbitration, [225-2] motion to dismiss claims  be denied.
                Motion no longer referred.  Signed on: 6/12/02   Objections
                to R and R due by 6/22/02  CCAP (dp) [Entry date 06/13/02]

6/12/02  721    REPORT AND RECOMMENDATIONS  of Magistrate Judge Lurana S.
                Snow  recommending that [610-1] motion to compel
                arbitration as to plaintiff Afield  be denied. Motion no
                longer referred.  Signed on: 6/12/02   Objections to R and
                R due by 6/22/02  CCAP (dp) [Entry date 06/13/02]

6/12/02  722    EMERGENCY MOTION with memorandum in support by Integon
                National, Integon General for protective order that
                discovery be stayed (dp) [Entry date 06/13/02]

6/12/02  723    EMERGENCY MOTION with memorandum in support by Metropolitan
                for protective order that discovery be stayed (dp)
                [Entry date 06/13/02]

6/12/02  --     Motion(s) referred: [723-1] motion for protective order
                that discovery be stayed referred  to Magistrate Judge
                Lurana S. Snow, [722-1] motion for protective order that
                discovery be stayed referred  to Magistrate Judge Lurana S.
                Snow (dp) [Entry date 06/13/02]

6/12/02  724    EMERGENCY MOTION with memorandum in support by Hartford
                Insurance for protective order that discovery be stayed (dp)
                [Entry date 06/13/02]

6/12/02  --     Motion(s) referred: [724-1] motion for protective order
                that discovery be stayed referred  to Magistrate Judge
                Lurana S. Snow (dp) [Entry date 06/13/02]

6/12/02  727    NOTICE OF APPEAL by Community Care of [686-1] order,
                [670-2] order  EOD Date: 5/28/02;  Filing Fee: $ 105.00;
                Receipt #: 525457  Copies to USCA and Counsel of Record. (gf)
                [Entry date 06/13/02]

6/12/02  720    REPORT AND RECOMMENDATIONS  of Magistrate Judge Lurana S.
                Snow  recommending that [402-1] motion to compel
                arbitration, [402-2] motion to dismiss amended complaint,
                [402-3] motion to stay discovery  be denied. Motion no
                longer referred.  Signed on 6/12/02:   Objections to R and
                R due by 6/22/02  CCAP (dp) [Entry date 09/03/02]

6/13/02  --     Certified copies of Notice of Appeal, Docket, and Order
                under appeal to USCA: [727-1] appeal  by Community Care,
                [726-1] appeal  by Allstate Insurance, Allstate Insurance,
                [725-1] appeal  by Nationwide Insurance as to Allstate
                Insurance, Community Care, Allstate Insurance, Nationwide
                Insurance (gf)

6/13/02  728    EMERGENCY MOTION by Florida Farm Bureau to stay all
                proceedings pending appeal (dp) [Entry date 06/14/02]

6/13/02  729    EMERGENCY MOTION with memorandum in support by Florida Farm
                Bureau for protective order as to discovery (dp)
                [Entry date 06/14/02]

6/13/02  --     Motion(s) referred: [729-1] motion for protective order as
                to discovery referred  to Magistrate Judge Lurana S. Snow,
                [728-1] motion to stay all proceedings pending appeal
                referred  to Magistrate Judge Lurana S. Snow (dp)
                [Entry date 06/14/02]

6/13/02  730    NOTICE of joinder in Beech Street and ADP's confidentiality
                order by Chiropractic Centre, Progressive Express,
                Progressive Consumer, Progressive Bayside (dp)
                [Entry date 06/14/02]

6/13/02  731    EMERGENCY MOTION by Allstate Insurance to stay proceedings
                pending resolution of all arbitration issues and
                proceedings (dp) [Entry date 06/14/02]

6/13/02  732    MOTION by Beech Street, ADP Integrated to extend time to
                respond to class action discovery (dp) [Entry date 06/14/02]

6/13/02  733    MOTION by Allstate Insurance for oral argument on [731-1]
                motion to stay proceedings pending resolution of all
                arbitration issues and proceedings (dp)
                [Entry date 06/14/02]

6/13/02  --     Motion(s) referred: [733-1] motion for oral argument on
                [731-1] motion to stay proceedings pending resolution of
                all arbitration issues and proceedings referred to
                Magistrate Judge Lurana S. Snow, [732-1] motion to extend
                time to respond to class action discovery referred  to
                Magistrate Judge Lurana S. Snow, [731-1] motion to stay
                proceedings pending resolution of all arbitration issues
                and proceedings referred  to Magistrate Judge Lurana S.
                Snow (dp) [Entry date 06/14/02]

6/14/02  734    NOTICE of filing declaration in support of motion to compel
                arbitration by Community Care (dp) [Entry date 06/17/02]

6/14/02  739    Transcript Information Form re: as to Metropolitan [714-1]
                appeal  by Metropolitan . No transcript requested.  Appeal
                Record due on 6/28/02 for Metropolitan (gf)
                [Entry date 06/18/02]

6/14/02  740    Transcript Information Form re: as to Hartford Insurance
                [715-1] appeal  by Hartford Insurance . No transcript
                requested.  Appeal Record due on 6/28/02 for Hartford
                Insurance (gf) [Entry date 06/18/02]

6/14/02  741    Transcript Information Form re: as to Integon National,
                Integon General [716-1] appeal  by Integon General, Integon
                National . No transcript requested.  Appeal Record due on
                6/28/02 for Integon General, for Integon National (gf)
                [Entry date 06/18/02]

6/17/02  735    MOTION by Florida Farm Bureau to extend time to respond to

class discovery (dp) [Entry date 06/18/02]

6/17/02    736    AMENDED MOTION by Allstate Insurance to stay proceedings
referring to [731-1] motion to stay proceedings pending
resolution of all arbitration issues and proceedings (dp)
[Entry date 06/18/02]

6/17/02    737    MOTION by Allstate Insurance for oral argument on [736-1]
motion to stay proceedings, [736-2] amended motion (dp)
[Entry date 06/18/02]

6/17/02    738    NOTICE of joinder in Allstate's emergency motion to stay by
Beech Street, ADP Integrated (dp) [Entry date 06/18/02]

6/18/02    742    EMERGENCY MOTION by Allstate Insurance, Allstate Indemnity,
Fidelity Casualty, Continental Ins. Co., Deerbrook
Insurance for protective order as to discovery (dp)
[Entry date 06/19/02]

6/18/02    743    MOTION by Allstate Insurance, Allstate Indemnity, Fidelity
& Casualty, Continental Ins. Co., Deerbrook Insurance for
Oral Argument on [742-1] motion for protective order as to
discovery (dp) [Entry date 06/19/02]

6/18/02    --     Motion(s) referred: [743-1] motion for Oral Argument on
[742-1] motion for protective order as to discovery
referred  to Magistrate Judge Lurana S. Snow, [742-1]
motion for protective order as to discovery referred  to
Magistrate Judge Lurana S. Snow (dp) [Entry date 06/19/02]

6/19/02    744    MOTION by American Int'l for leave to file motion
exceeding page limitation (dp) [Entry date 06/20/02]

6/19/02    745    EMERGENCY MOTION by American Int'l to compel arbitration,
and to stay proceedings, and for protective order re
discovery (dp) [Entry date 06/20/02]

6/19/02    --     Motion(s) referred: [745-1] motion to compel arbitration
referred  to Magistrate Judge Lurana S. Snow, [745-2]
motion to stay proceedings referred  to Magistrate Judge
Lurana S. Snow, [745-3] motion for protective order re
discovery referred  to Magistrate Judge Lurana S. Snow (dp)
[Entry date 06/20/02]

6/19/02    746    MOTION by Nationwide Insurance to stay this action pending
appeal (dp) [Entry date 06/20/02]

6/19/02    747    MOTION by Nationwide Insurance for protective order
regarding notice of taking depositions on class discovery
issues (dp) [Entry date 06/20/02]

6/19/02    748    MOTION by Nationwide Insurance for protective order
regarding discovery request for admissions (dp)
[Entry date 06/20/02]

6/19/02    749    MOTION by Nationwide Insurance for protective order
regarding discovery interrogatories (dp)
[Entry date 06/20/02]

6/19/02    750    MOTION by Nationwide Insurance for protective order

regarding discovery request for production of documents (dp)
[Entry date 06/20/02]

6/19/02   --    Motion(s) referred: [750-1] motion for protective order
                regarding discovery request for production of documents
                referred  to Magistrate Judge Lurana S. Snow, [749-1]
                motion for protective order regarding discovery
                interrogatories referred  to Magistrate Judge Lurana S.
                Snow, [748-1] motion for protective order regarding
                discovery request for admissions referred  to Magistrate
                Judge Lurana S. Snow, [747-1] motion for protective order
                regarding notice of taking depositions on class discovery
                issues referred  to Magistrate Judge Lurana S. Snow (dp)
                [Entry date 06/20/02]

6/20/02   751   ORDER granting [706-1] motion to extend time to respond to
                CCN's motion to compel arbitration ( Signed by Magistrate
                Judge Lurana S. Snow on 6/20/02) [EOD Date: 6/20/02] (dp)

6/20/02   752   UNOPPOSED MOTION by Salvatore D. Larusso, Ultra Open MRI,
                Chiropractic Centre to extend time to respond to Emergency
                Motions.... (lh) [Entry date 06/21/02]

6/20/02   753   UNOPPOSED MOTION by Ultra Open MRI to extend time to
                respond to Emergency motion for protective order... (lh)
                [Entry date 06/21/02]

6/20/02   754   RESPONSE by Andrew Ellowitz to [697-1] objection (lh)
                [Entry date 06/21/02]

6/20/02   --    Motion(s) referred: [753-1] motion to extend time to
                respond to Emergency motion for protective order...
                referred  to Magistrate Judge Lurana S. Snow, [752-1]
                motion to extend time to respond to Emergency Motions....
                referred  to Magistrate Judge Lurana S. Snow (lh)
                [Entry date 06/21/02]

6/20/02   --    NOTICE of Receipt of Notice of Appeal Transmittal Letter
                from USCA  on 6/20/02as to Integon National, Integon
                General  Re: [716-1] appeal  by Integon General, Integon
                National USCA NUMBER: 02-13264-A (dl) [Entry date 06/27/02]

6/20/02   --    NOTICE of Receipt of Notice of Appeal Transmittal Letter
                from USCA  on 6/20/02as to Hartford Insurance  Re: [715-1]
                appeal  by Hartford Insurance  USCA NUMBER: 02-13264-A (dl)
                [Entry date 06/27/02]

6/20/02   --    NOTICE of Receipt of Notice of Appeal Transmittal Letter
                from USCA  on 6/20/02as to Metropolitan  Re: [714-1] appeal
                by Metropolitan  USCA NUMBER: 02-13264-A (dl)
                [Entry date 06/27/02]

6/21/02   755   TRANSCRIPT INFORMATION FORM by Allstate Insurance  re:
                [726-1] appeal  by Allstate Insurance, Allstate Insurance
                received on 7/21/02 from Court Reporter. (Returned to Court
                Reporter Coordinator) (gf)

6/24/02   756   NOTICE of filing affidavit of Wendy Bowling by American
                Int'l, American Int'l South (lh)

6/24/02  755    TRANSCRIPT INFORMATION FORM by Community Care  re: [727-1]
                appeal  by Community Care  received on 6/28/02 from Court
                Reporter. (Returned to Court Reporter Coordinator) (gf)
                [Entry date 06/28/02]

6/24/02  757    NOTICE OF JOINDER IN CNN'S MOTION by Liberty Mutual to
                compel arbitration (dp) [Entry date 09/13/02]

6/25/02  758    MOTION by Prudential Property to extend time to file
                objections to R&R (dp) [Entry date 06/26/02]

6/25/02  --     Motion(s) referred: [758-1] motion to extend time to file
                objections to R&R referred  to Magistrate Judge Lurana S.
                Snow (dp) [Entry date 06/26/02]

6/25/02  759    MOTION with memorandum in support by Allstate Indemnity to
                compel arbitration (dp) [Entry date 06/26/02]

6/25/02  760    MOTION with memorandum in support by Deerbrook Insurance
                to compel arbitration (dp) [Entry date 06/26/02]

6/25/02  761    MOTION with memorandum in support by Fidelity & Casualty
                to compel arbitration (dp) [Entry date 06/26/02]

6/25/02  --     Motion(s) referred: [761-1] motion to compel arbitration
                referred  to Magistrate Judge Lurana S. Snow, [760-1]
                motion to compel arbitration referred  to Magistrate Judge
                Lurana S. Snow, [759-1] motion to compel arbitration
                referred  to Magistrate Judge Lurana S. Snow (dp)
                [Entry date 06/26/02]

6/25/02  762    OBJECTION by Nationwide Insurance  to [719-1] report and
                recommendations (dp) [Entry date 06/26/02]

6/25/02  770    NOTICE of corrected transcript order information sheet by
                Community Care (dp) [Entry date 06/27/02]

6/26/02  763    OBJECTION by Hartford Insurance  to [720-1] report and
                recommendations (dp) [Entry date 06/27/02]

6/26/02  764    EMERGENCY MOTION by Allstate Indemnity to stay this matter
                pending resolution of motion to compel arbitration (dp)
                [Entry date 06/27/02]

6/26/02  765    EMERGENCY MOTION by Deerbrook Insurance to stay this
                matter pending resolution of motion to compel arbitration
                (dp) [Entry date 06/27/02]

6/26/02  766    MOTION by Deerbrook Insurance for Hearing on [765-1]
                motion to stay this matter pending resolution of motion to
                compel arbitration (dp) [Entry date 06/27/02]

6/26/02  767    EMERGENCY MOTION by Fidelity & Casualty to stay this
                matter pending resolution motion to compel arbitration (dp)
                [Entry date 06/27/02]

6/26/02  768    MOTION by Fidelity & Casualty for Hearing on [767-1]
                motion to stay this matter pending resolution motion to
                compel arbitration (dp) [Entry date 06/27/02]

6/26/02   769    MOTION by Allstate Indemnity for Hearing on [764-1] motion
                 to stay this matter pending resolution of motion to compel
                 arbitration (dp) [Entry date 06/27/02]

6/26/02   --     Motion(s) referred: [769-1] motion for Hearing on [764-1]
                 motion to stay this matter pending resolution of motion to
                 compel arbitration referred  to Magistrate Judge Lurana S.
                 Snow, [768-1] motion for Hearing on [767-1] motion to stay
                 this matter pending resolution motion to compel arbitration
                 referred  to Magistrate Judge Lurana S. Snow, [767-1]
                 motion to stay this matter pending resolution motion to
                 compel arbitration referred  to Magistrate Judge Lurana S.
                 Snow, [766-1] motion for Hearing on [765-1] motion to stay
                 this matter pending resolution of motion to compel
                 arbitration referred  to Magistrate Judge Lurana S. Snow,
                 [765-1] motion to stay this matter pending resolution of
                 motion to compel arbitration referred  to Magistrate Judge
                 Lurana S. Snow, [764-1] motion to stay this matter pending
                 resolution of motion to compel arbitration referred  to
                 Magistrate Judge Lurana S. Snow (dp) [Entry date 06/27/02]

6/26/02   773    TRANSCRIPT INFORMATION FORM by Nationwide Insurance  re:
                 [725-1] appeal  by Nationwide Insurance  received on
                 6/28/02 from Court Reporter. (Returned to Court Reporter
                 Coordinator) (gf) [Entry date 06/28/02]

6/27/02   771    TRANSCRIPT INFORMATION FORM by Community Care  re: [727-1]
                 appeal  by Community Care  received on 6/28/02 from Court
                 Reporter. (Returned to Court Reporter Coordinator) (gf)
                 [Entry date 06/28/02]

6/27/02   772    Transcript Information Form re: as to Allstate Insurance,
                 Allstate Insurance [726-1] appeal  by Allstate Insurance,
                 Allstate Insurance . No transcript requested.  Appeal
                 Record due on 7/11/02 for Allstate Indemnity, for Allstate
                 Insurance (gf) [Entry date 06/28/02]

6/27/02   774    Transcript Information Form re: as to Nationwide Insurance
                 [725-1] appeal  by Nationwide Insurance . No transcript
                 requested.  Appeal Record due on 7/11/02 for Nationwide
                 Insurance (gf) [Entry date 06/28/02]

6/28/02   776    ORDER granting [699-1] motion to extend time to respond to
                 class discovery requests ( Signed by Judge Wilkie D.
                 Ferguson Jr. on 6/28/02) [EOD Date: 7/1/02] (dp)
                 [Entry date 07/01/02]

6/28/02   777    OBJECTION by Prudential Property  to [721-1] report and
                 recommendations (dp) [Entry date 07/01/02]

6/28/02   778    NOTICE OF DESIGNATION by Community Care  of record on
                 appeal (dp) [Entry date 07/01/02]

6/28/02   779    MOTION by Liberty Mutual for protective order re
                 discovery (dp) [Entry date 07/01/02]

6/28/02   780    MOTION by Liberty Mutual to stay pending resolution of
                 arbitration (dp) [Entry date 07/01/02]

6/28/02   781    MOTION by Florida Farm Bureau to extend time to respond to

class discovery (dp) [Entry date 07/01/02]

6/28/02  --    Motion(s) referred: [781-1] motion to extend time to
               respond to class discovery referred  to Magistrate Judge
               Lurana S. Snow, [780-1] motion to stay pending resolution
               of arbitration referred  to Magistrate Judge Lurana S.
               Snow, [779-1] motion for protective order re discovery
               referred to Magistrate Judge Lurana S. Snow (dp)
               [Entry date 07/01/02]

6/28/02  782   ORDER granting [732-1] motion to extend time to respond to
               class action discovery ( Signed by Magistrate Judge Lurana
               S. Snow on 6/28/02) [EOD Date: 7/1/02] (dp)
               [Entry date 07/01/02]

6/28/02  783   ORDER granting [781-1] motion to extend time to respond to
               class discovery ( Signed by Magistrate Judge Lurana S. Snow
               on 6/28/02) [EOD Date: 7/1/02] (dp) [Entry date 07/01/02]

7/1/02   784   OBJECTION by Ultra Open MRI, Walter E. Afield  to [721-1]
               report and recommendations (dp) [Entry date 07/02/02]

7/1/02   785   OBJECTION by Salvatore D. Larusso  to [720-1] report and
               recommendations (dp) [Entry date 07/02/02]

7/1/02   786   RE-NOTICE by All Plaintiffs  to take deposition of C.R.'s
               of Progressive 7/25/02 at 9:00 (dp) [Entry date 07/02/02]

7/1/02   787   MEMORANDUM by Paul Zidel, Marc J. Browner D.C., Ultra Open
               MRI  in opposition to [764-1] motion to stay this matter
               pending resolution of motion to compel arbitration, [742-1]
               motion for protective order as to discovery, [736-1] motion
               to stay proceedings (dp) [Entry date 07/02/02]

7/3/02   788   TRANSCRIPT filed of Calendar Call held 5/14/01  before
               Judge Wilkie D. Ferguson, Jr.  Volume #: 1  Pages: 1-20
               re: [727-1] appeal  by Community Care, [726-1] appeal  by
               Allstate Insurance, Allstate Insurance, [725-1] appeal  by
               Nationwide Insurance, [718-1] appeal  by Florida Farm
               Bureau, [716-1] appeal  by Integon General, Integon
               National, [715-1] appeal  by Hartford Insurance, [714-1]
               appeal  by Metropolitan, [684-1] appeal  by Prudential
               Property . Appeal record due on 7/17/02 for Metropolitan,
               for Integon General, for Integon National, for Hartford
               Insurance, for Florida Farm Bureau, for Nationwide
               Insurance, for Prudential Property, for Allstate Insurance,
               for Community Care, for Allstate Insurance . (gf)
               [Entry date 07/05/02]

7/3/02   --    NOTICE of Receipt of Notice of Appeal Transmittal Letter
               from USCA  on 7/3/02as to Community Care  Re: [727-1]
               appeal  by Community Care  USCA NUMBER: 02-12927-A (dl)
               [Entry date 07/05/02]

7/3/02   --    NOTICE of Receipt of Notice of Appeal Transmittal Letter
               from USCA  on 7/3/02as to Allstate Insurance  Re: [726-1]
               appeal  by Allstate Insurance, Allstate Insurance  USCA
               NUMBER: 02-12927-A (dl) [Entry date 07/05/02]

7/3/02   --    NOTICE of Receipt of Notice of Appeal Transmittal Letter

|  |  | from USCA  on 7/3/02as to Nationwide Insurance  Re: [725-1] appeal  by Nationwide Insurance  USCA NUMBER: 02-12927-A (dl) [Entry date 07/05/02] |
|---|---|---|
| 7/3/02 | -- | NOTICE of Receipt of Notice of Appeal Transmittal Letter from USCA  on 7/3/02as to Florida Farm Bureau  Re: [718-1] appeal  by Florida Farm Bureau  USCA NUMBER: 02-12927-A (dl) [Entry date 07/05/02] |
| 7/5/02 | 789 | RESPONSE by Salvatore D. Larusso to [763-1] objection (ss) [Entry date 07/08/02] |
| 7/5/02 | 790 | MEMORANDUM by Andrew Ellowitz in opposition to [745-1] motion to compel arbitration (ss) [Entry date 07/08/02] |
| 7/5/02 | 791 | UNOPPOSED MOTION by Salvatore D. Larusso for enlargement of time to respond to CCN's motion to compel arbitration (ss) [Entry date 07/08/02] |
| 7/5/02 | 792 | REPLY Memorandum by Allstate Insurance, Deerbrook Insurance, Fidelity Casualty, Continental Ins. Co. in support of their [767-1] motion to stay this matter pending resolution motion to compel arbitration, [765-1] motion to stay this matter pending resolution of motion to compel arbitration, [764-1] motion to stay this matter pending resolution of motion to compel arbitration (ss) [Entry date 07/08/02] |
| 7/5/02 | 792 | MOTION by Allstate Insurance, Deerbrook Insurance, Fidelity & Casualty, Continental Ins. Co. for protective order (ss) [Entry date 07/08/02] |
| 7/8/02 | 793 | RESPONSE by Salvatore D. Larusso  in opposition to [762-1] objection (dp) [Entry date 07/09/02] |
| 7/8/02 | 794 | STIPULATION of dismissal by Salvatore D. Larusso, Community Care (dp) [Entry date 07/09/02] |
| 7/8/02 | 796 | Transcript Information Form for  Transcript of: Calendar Call held 5/14/01 filed re: [727-1] appeal  by Community Care, [726-1] appeal  by Allstate Insurance, Allstate Insurance, [725-1] appeal  by Nationwide Insurance, [718-1] appeal  by Florida Farm Bureau, [716-1] appeal  by Integon General, Integon National, [715-1] appeal  by Hartford Insurance, [714-1] appeal  by Metropolitan, [684-1] appeal by Prudential Property (gf) [Entry date 07/10/02] |
| 7/9/02 | 795 | EMERGENCY MOTION by Prudential Property to enter attached stipulation (dp) [Entry date 07/10/02] |
| 7/10/02 | 797 | MEMORANDUM by Salvatore D. Larusso  in opposition to [757-1] notice (dp) [Entry date 07/11/02] |
| 7/10/02 | 798 | RESPONSE by Walter E. Afield  in opposition to [777-1] objection (dp) [Entry date 07/11/02] |
| 7/12/02 | 799 | RESPONSE by Hartford Insurance  in opposition to [785-1] objection (dp) [Entry date 07/15/02] |
| 7/12/02 | 800 | RESPONSE by Prudential Property  in opposition to [784-1] |

objection (dp) [Entry date 07/15/02]

7/15/02   --    USCA Case Number [727-1] appeal  by Community Care, [726-1]
                appeal  by Allstate Insurance, Allstate Insurance, [725-1]
                appeal  by Nationwide Insurance, [718-1] appeal  by Florida
                Farm Bureau, [716-1] appeal  by Integon General, Integon
                National, [715-1] appeal  by Hartford Insurance, [714-1]
                appeal  by Metropolitan  USCA NUMBER: 02-12927-AA In Re:
                JURISDICTIONAL QUESTION. (gf)

7/15/02   801   REPLY by American Int'l  to response to [745-1] motion to
                compel arbitration, [745-2] motion to stay proceedings (dp)
                [Entry date 07/16/02]

7/15/02   802   NOTICE of filing stipulation on confidentiality order by
                Keith Brickell, D.C., Marc J. Browner D.C., Beech Street,
                ADP Integrated (dp) [Entry date 07/16/02]

7/16/02   803   MEMORANDUM by Marc J. Browner D.C.  in opposition to
                [764-1] motion to stay this matter pending resolution of
                motion to compel arbitration, [759-1] motion to compel
                arbitration (dp) [Entry date 07/17/02]

7/16/02   804   MEMORANDUM by Ultra Open MRI  in opposition to [765-1]
                motion to stay this matter pending resolution of motion to
                compel arbitration, [760-1] motion to compel arbitration (dp)
                [Entry date 07/17/02]

7/16/02   805   MEMORANDUM by Ultra Open MRI  in opposition to [767-1]
                motion to stay this matter pending resolution motion to
                compel arbitration, [761-1] motion to compel arbitration (dp)
                [Entry date 07/17/02]

7/18/02   806   REPLY by Liberty Mutual  to response to motion to compel
                entitled joinder to CCN's motion to compel [780-1] motion
                to stay pending resolution of arbitration, [779-1] motion
                for protective order re discovery (dp) [Entry date 07/19/02]

7/18/02   807   MOTION by Liberty Mutual to compel arbitration on
                additional grounds (dp) [Entry date 07/19/02]

7/19/02   808   MOTION by Florida Farm Bureau to extend time to respond to
                class discovery (dp) [Entry date 07/22/02]

7/22/02   809   ORDER granting [791-1] motion for enlargement of time to
                respond to CCN's motion to compel arbitration ( Signed by
                Magistrate Judge Lurana S. Snow on 7/22/02) [EOD Date:
                7/23/02] (dp) [Entry date 07/23/02]

7/23/02   810   ORDER granting [794-1] dismiss/dismissal stipulation
                dismissing [698-1] motion to compel arbitration, dismissing
                [698-2] motion to stay/dismiss litigation ( Signed by Judge
                Wilkie D. Ferguson Jr. on 7/23/02) [EOD Date: 7/24/02] (dp)
                [Entry date 07/24/02]

7/24/02   811   MOTION with memorandum in support by Progressive Express,
                Progressive Consumer, Progressive Bayside to amend [307-1]
                answer to include cross-claim (dp) [Entry date 07/25/02]

7/25/02   812   MOTION by Allstate Indemnity, Fidelity & Casualty,

Continental Ins. Co., Deerbrook Insurance to extend time to file reply in support of motions to compel and staty and to increase page limits (dp) [Entry date 07/26/02]

7/25/02  --    Motion(s) referred: [812-1] motion to extend time to file reply in support of motions to compel and staty and to increase page limits referred  to Magistrate Judge Lurana S. Snow (dp) [Entry date 07/26/02]

7/26/02  813   ORDER denying [257-1] response for reconsideration of order granting consolidation, denying [257-2] motion ( Signed by Judge Wilkie D. Ferguson Jr. on 7/26/02) [EOD Date: 7/29/02] (dp) [Entry date 07/29/02]

7/26/02  814   ORDER denying [615-1] motion for Rule 11 sanctions ( Signed by Judge Wilkie D. Ferguson Jr. on 7/26/02) [EOD Date: 7/29/02] (dp) [Entry date 07/29/02]

7/26/02  815   ORDER denying [491-1] motion for reconsideration of order of consolidation ( Signed by Judge Wilkie D. Ferguson Jr. on 7/26/02) [EOD Date: 7/29/02] (dp) [Entry date 07/29/02]

7/26/02  816   ORDER denying [210-1] motion to dismiss amended class action complaint ( Signed by Judge Wilkie D. Ferguson Jr. on 7/26/02) [EOD Date: 7/29/02] (dp) [Entry date 07/29/02]

7/26/02  817   ORDER denying [337-1] motion to extend time for serving reply memorandum in support of motion for clarification ( Signed by Judge Wilkie D. Ferguson Jr. on 7/26/02) [EOD Date: 7/29/02] (dp) [Entry date 07/29/02]

7/26/02  818   ORDER granting [559-1] motion for leave to file supplemental memorandum in opposition to defendants' motion to compel arbitration ( Signed by Judge Wilkie D. Ferguson Jr. on 7/26/02) [EOD Date: 7/29/02] (dp) [Entry date 07/29/02]

7/29/02  819   MOTION by Beech Street, ADP Integrated for William Xanttapoulos to withdraw as attorney (dp) [Entry date 07/30/02] [Edit date 08/20/02]

7/29/02  820   ORDER dismissing [211-1] motion for oral argument on [210-1] motion to dismiss amended class action complaint ( Signed by Judge Wilkie D. Ferguson Jr. on 7/29/02) [EOD Date: 7/30/02] (dp) [Entry date 07/30/02]

7/29/02  821   ORDER adopting [679-1] report and recommendations  denying [616-1] motion to strike [593-1] amended complaint  ( Signed by Judge Wilkie D. Ferguson Jr. on 7/29/02) [EOD Date: 7/30/02]  CCAP (dp) [Entry date 07/30/02]

7/30/02  822   NOTICE of intent to file memorandum in opposition to Progressive defendants' motion for leave to amend their answer by Beech Street (dp) [Entry date 07/31/02] [Edit date 07/31/02]

7/30/02  824   ORDER vacating [670-2] order ( Signed by Judge Wilkie D. Ferguson Jr. on 7/30/02) [EOD Date: 8/1/02] (dp) [Entry date 08/01/02]

7/31/02  823  ORDER granting [795-1] motion to enter attached stipulation
( Signed by Judge Wilkie D. Ferguson Jr. on 7/31/02) [EOD
Date: 8/1/02] (dp) [Entry date 08/01/02]

7/31/02  826  STIPULATION by Salvatore D. Larusso, Ultra Open MRI,
Chiropractic Centre, Walter E. Afield, Andrew Ellowitz  In
Re: order staying proceedings in case nos. 01-6778,
01-6780, 01-6783, 01-8108, 01-8110, 01-8111, and 01-8549 (dp)
[Entry date 08/02/02]

7/31/02  826  ORDER granting [826-1] stipulation withdrawing [724-1]
motion for protective order that discovery be stayed,
withdrawing [723-1] motion for protective order that
discovery be stayed, withdrawing [722-1] motion for
protective order that discovery be stayed, withdrawing
[711-1] motion to stay pending appeal, withdrawing [710-1]
motion to stay pending appeal, withdrawing [709-1] motion
to stay pending appeal, withdrawing [701-1] motion for
protective order as to discovery pending appeal,
withdrawing [696-1] motion for reconsideration of [686-1]
order, [670-2] order, withdrawing [695-1] motion for
reconsideration of [686-1] order, [670-2] order,
withdrawing [694-1] motion for reconsideration of [686-1]
order, [670-2] order, withdrawing [692-1] motion to stay
pending appeal, withdrawing [750-1] motion for protective
order regarding discovery request for production of
documents, withdrawing [749-1] motion for protective order
regarding discovery interrogatories, withdrawing [748-1]
motion for protective order regarding discovery request for
admissions, withdrawing [747-1] motion for protective order
regarding notice of taking depositions on class discovery
issues, withdrawing [746-1] motion to stay this action
pending appeal, withdrawing [729-1] motion for protective
order as to discovery, withdrawing [728-1] motion to stay
all proceedings pending appeal withdrawing [745-1] motion
to compel arbitration, withdrawing [745-2] motion to stay
proceedings, withdrawing [745-3] motion for protective
order re discovery ( Signed by Judge Wilkie D. Ferguson Jr.
on 7/31/02) [EOD Date: 8/2/02] (dp) [Entry date 08/02/02]

8/1/02   825  MEMORANDUM by Salvatore D. Larusso  in opposition to
[807-1] motion to compel arbitration on additional grounds
(dp) [Entry date 08/02/02]

8/5/02   827  MOTION by Beech Street to extend time to file memorandum
in opposition to Progressive defendants' motion for leave
to amend their answer (dp) [Entry date 08/06/02]

8/5/02   --   Motion(s) referred: [827-1] motion to extend time to file
memorandum in opposition to Progressive defendants' motion
for leave to amend their answer referred  to Magistrate
Judge Lurana S. Snow (dp) [Entry date 08/06/02]

8/12/02  828  UNOPPOSED MOTION by Keith Brickell, D.C. for enlargement
of time to serve memorandum of law in opposition to the
Progressive defendants' motion for leave to amend their
answer (ss) [Entry date 08/13/02]

8/12/02  829  REPLY Memorandum by Liberty Mutual in support of its
[807-1] motion to compel arbitration on additional grounds

(ss) [Entry date 08/13/02]

8/12/02   830   MOTION by Allstate Insurance, Allstate Indemnity, Deerbrook
                Insurance, Fidelity & Casualty, Continental Ins. Co. to
                set status conference, or, in the alternative to enter a
                revised scheduling order reflecting appropriate resolution
                of pending motions (ss) [Entry date 08/13/02]

8/12/02   831   ORDER dismissing [5] motion for class certification
                (01-6776), denying [18] motion to dismiss the complaint
                (01-8110), dismissing [189-1] motion for reconsideration of
                order dated 10/2/01 filed in 00-7692-CV-WDF denying [197-1]
                motion for reconsideration of [172-1] order, [171-1]
                Scheduling order granting [201-1] motion for
                confidentiality order dismissing [219-1] motion for
                clarification of [171-1] Scheduling order granting [621-1]
                motion to strike [600-1] opposition response ( Signed by
                Judge Wilkie D. Ferguson Jr. on 8/12/02) [EOD Date:
                8/14/02] (dp) [Entry date 08/14/02]

8/12/02   832   ORDER of dismissal from USCA (certified copy) dismissing
                [725-1] appeal, dismissing [718-1] appeal, dismissing
                [716-1] appeal, dismissing [715-1] appeal, dismissing
                [714-1] appeal, dismissing [684-1] appeal pursuant to order
                granting appellants' motion for voluntary dismissal. USCA
                #: 02-12927-AA USCA Order Date: 8/9/02 (gf)
                [Entry date 08/14/02]

8/15/02   833   MOTION by Liberty Mutual for status conference and/or for
                entry of revised scheduling order (dp) [Entry date 08/16/02]

8/15/02   834   MOTION by Paul Zidel, Marc J. Browner D.C., Ultra Open MRI
                to certify class against Allstate defendants due to their
                failure to appear for depositions (dp) [Entry date 08/16/02]

8/15/02   839   RESPONSE by Community Care in opposition to [834-1] motion
                to certify class against Allstate defendants due to their
                failure to appear for depositions (dp) [Entry date 08/26/02]
                [Edit date 08/26/02]

8/16/02   835   ORDER of dismissal from USCA (certified copy) dismissing
                [726-1] appeal pursuant to order granting appellant's
                motion for voluntary dismissal. USCA #: 02-12927-AA USCA
                Order Date: 8/14/02 (gf) [Entry date 08/20/02]

8/20/02   836   ORDER granting [678-1] motion for Mayer, Brown, Rowe &
                Maw/Howard J.Roin to withdraw as attorney ( Signed by
                Magistrate Judge Lurana S. Snow on 8/20/02) [EOD Date:
                8/21/02] (dp) [Entry date 08/21/02]

8/20/02   837   ORDER granting [819-1] motion for William Xanttapoulos to
                withdraw as attorney ( Signed by Magistrate Judge Lurana S.
                Snow on 8/20/02) [EOD Date: 8/21/02] (dp)
                [Entry date 08/21/02]

8/22/02   838   REPLY by Allstate Insurance in support of Allstate's
                objections to the Magistrate Judge's Report and
                Recommendation (dp) [Entry date 08/23/02]

8/26/02   840   RESPONSE by Allstate Insurance, Allstate Indemnity,

Deerbrook Insurance  to [834-1] motion to certify class
against Allstate defendants due to their failure to appear
for depositions (dp)

8/29/02   841   ORDER granting [812-1] motion to extend time to file reply
in support of motions to compel and stay and to increase
page limits ( Signed by Magistrate Judge Lurana S. Snow on
8/29/02) [EOD Date: 8/30/02] (dp) [Entry date 08/30/02]

9/4/02    842   RESPONSE by Ultra Open MRI to request for clerk to
plaintiff's Rule 7.1(B)(3) notification (dp)
[Entry date 09/05/02]

9/5/02    843   NOTICE of filing stipulation to stay Case Nos. 00-6061,
00-7163, 00-7692, 01-6777 and 01-6779 by Community Care (dp)
[Entry date 09/06/02]

9/5/02    844   MOTION by Community Care to approve stipulation and to
stay cases (dp) [Entry date 09/06/02]

9/10/02   845   ORDER denying [652-1] motion for leave to file a memorandum
of law explaining supplemental authority supporting motion
to dismiss denying [346-1] motion to strike [298-1]
opposition memorandum denying [253-1] motion for oral
argument on [249-1] motion to dismiss complaint ( Signed by
Magistrate Judge Lurana S. Snow on 9/10/02) [EOD Date:
9/11/02] (dp) [Entry date 09/11/02]

9/10/02   846   REPORT AND RECOMMENDATIONS  of Magistrate Judge Lurana S.
Snow  recommending that [249-1] motion to dismiss complaint
be denied. Motion no longer referred.  Signed on: 9/10/02
Objections to R and R due by 9/20/02  CCAP (dp)
[Entry date 09/11/02]

9/11/02   847   ORDER denying as moot [570-1] motion to dismiss, denying as
moot [570-2] motion for summary judgment ( Signed by
Magistrate Judge Lurana S. Snow on 9/11/02) [EOD Date:
9/12/02] (dp) [Entry date 09/12/02]

9/18/02   848   NOTICE of filing stipulation on confidentiality order by
Progressive Express, Progressive Consumer, Progressive
Bayside, Beech Street, ADP Integrated (dp)

9/19/02   849   MOTION by Ultra Open MRI for partial summary judgment (ss)
[Entry date 09/20/02]

9/23/02   850   MOTION by Beech Street to extend time to respond to motion
for leave to add cross-claim (dp) [Entry date 09/24/02]

9/23/02   851   OBJECTION by Superior Insurance  to [846-1] report and
recommendations (dp) [Entry date 09/24/02]

9/27/02   852   REPORT AND RECOMMENDATIONS  of Magistrate Judge Lurana S.
Snow  recommending that [745-1] motion to compel
arbitration, [745-2] motion to stay proceedings, [745-3]
motion for protective order re discovery  be denied. Motion
no longer referred.  Signed on: 9/27/02   Objections to R
and R due by 10/7/02  CCAP (dp) [Entry date 09/30/02]

9/27/02   853   REPORT AND RECOMMENDATIONS  of Magistrate Judge Lurana S.

Snow recommending that [807-1] motion to compel
arbitration on additional grounds, [757-1] motion to compel
arbitration no longer referred. Motion no longer referred. Signed
on: 9/27/02 Objections to R and R due by 10/7/02  CCAP (dp)
[Entry date 09/30/02]

9/30/02   854    ORDER adopting [853-1] report and recommendations and
administratively closing cases [807-1] motion to compel
arbitration on additional grounds, [757-1] motion to compel
arbitration dismissing [850-1] motion to extend time to
respond to motion for leave to add cross-claim, dismissing
[849-1] motion for partial summary judgment, dismissing
[844-1] motion to approve stipulation and to stay cases,
dismissing [834-1] motion to certify class against Allstate
defendants due to their failure to appear for depositions,
dismissing [833-1] motion for status conference and/or for
entry of revised scheduling order, dismissing [830-1]
motion to set status conference, dismissing [830-2] motion
to enter a revised scheduling order reflecting appropriate
resolution of pending motions, dismissing [828-1] motion
for enlargement of time to serve memorandum of law in
opposition to the Progressive defendants' motion for leave
to amend their answer, dismissing [827-1] motion to extend
time to file memorandum in opposition to Progressive
defendants' motion for leave to amend their answer,
dismissing [811-1] motion to amend [307-1] answer,
dismissing [808-1] motion to extend time to respond to
class discovery, dismissing [792-1] motion for protective
order, dismissing [780-1] motion to stay pending resolution
of arbitration, dismissing [779-1] motion for protective
order re discovery, dismissing [769-1] motion for Hearing
on [764-1] motion to stay this matter pending resolution of
motion to compel arbitration, dismissing [768-1] motion for
Hearing on [767-1] motion to stay this matter pending
resolution motion to compel arbitration, dismissing [767-1]
motion to stay this matter pending resolution motion to
compel arbitration, dismissing [766-1] motion for Hearing
on [765-1] motion to stay this matter pending resolution of
motion to compel arbitration, dismissing [765-1] motion to
stay this matter pending resolution of motion to compel
arbitration, dismissing [764-1] motion to stay this matter
pending resolution of motion to compel arbitration,
dismissing [761-1] motion to compel arbitration, dismissing
[760-1] motion to compel arbitration, dismissing [759-1]
motion to compel arbitration, dismissing [758-1] motion to
extend time to file objections to R&R, dismissing [753-1]
motion to extend time to respond to Emergency motion for
protective order..., dismissing [752-1] motion to extend
time to respond to Emergency Motions...., dismissing
[745-1] motion to compel arbitration, dismissing [744-1]
motion for leave to file motion exceeding page limitation,
dismissing [743-1] motion for Oral Argument on [742-1]
motion for protective order as to discovery, dismissing
[742-1] motion for protective order as to discovery,
dismissing [737-1] motion for oral argument on [736-1]
motion to stay proceedings, [736-2] amended motion,
dismissing [736-1] motion to stay proceedings, dismissing
[736-2] amended motion, dismissing [735-1] motion to extend
time to respond to class discovery, dismissing [733-1]
motion for oral argument on [731-1] motion to stay

proceedings pending resolution of all arbitration issues
and proceedings, dismissing [731-1] motion to stay
proceedings pending resolution of all arbitration issues
and proceedings, dismissing [693-1] joint motion to remove
Superior Insurance from consolidate proceedings and request
for status conference, dismissing [664-1] motion to amend
their answer and affirmative defenses, dismissing [657-1]
motion to amend answer and affirmative defenses, dismissing
[653-1] motion to dismiss plaintiffs' respective claims,
dismissing [636-1] motion for reconsideration of [635-1]
order, dismissing [636-2] motion to enlarge pending
reconsideration, dismissing [610-1] motion to compel
arbitration as to plaintiff Afield, dismissing [595-1]
motion to certify class claims against American
International Insurance Company, dismissing [402-1] motion
to compel arbitration, dismissing [402-2] motion to dismiss
amended complaint, dismissing [402-3] motion to stay
discovery, dismissing [418-1] motion to certify class
action, dismissing [418-2] amended motion, dismissing
[417-1] motion to certify class action, dismissing [417-2]
amended motion, dismissing [416-1] motion to certify class
action, dismissing [416-2] amended motion, dismissing
[415-1] motion to certify class action, dismissing [415-2]
amended motion, dismissing [414-1] motion to certify class
action, dismissing [414-2] amended motion, dismissing
[413-1] motion to certify class action, dismissing [413-2]
amended motion, dismissing [411-1] motion to certify class
action, dismissing [411-2] amended motion, dismissing
[409-1] motion to certify class action, dismissing [409-2]
amended motion, dismissing [290-1] motion for
confidentiality order, dismissing [249-1] motion to dismiss
complaint, dismissing [225-1] motion to compel arbitration,
dismissing [225-2] motion to dismiss claims, dismissing
[174-1] motion to compel arbitration, dismissing [168-1]
motion for class certification  ( Signed by Judge Wilkie D.
Ferguson Jr. on 9/30/02) [EOD Date: 9/30/02]  CCAP (1h)

9/30/02   --      CASE CLOSED. Case and Motions no longer referred to
                  Magistrate. (1h)

9/30/02   855     REPORT AND RECOMMENDATIONS  of Magistrate Judge Lurana S.
                  Snow  recommending that [759-1] motion to compel
                  arbitration  be granted. Motion no longer referred.  Signed
                  on: 9/30/02  Objections to R and R due by 10/10/02  CCAP (dp)
                  [Entry date 10/01/02]

9/30/02   856     REPORT AND RECOMMENDATIONS  of Magistrate Judge Lurana S.
                  Snow  recommending that [760-1] motion to compel
                  arbitration  be granted. Motion no longer referred.  Signed
                  on: 9/30/02  Objections to R and R due by 10/10/02  CCAP (dp)
                  [Entry date 10/01/02]

9/30/02   857     REPORT AND RECOMMENDATIONS  of Magistrate Judge Lurana S.
                  Snow  recommending that [761-1] motion to compel
                  arbitration  be granted. Motion no longer referred.  Signed
                  on: 9/30/02  Objections to R and R due by 10/10/02  CCAP (dp)
                  [Entry date 10/01/02]

10/2/02   858     NOTICE OF APPEAL by Prudential Property of [854-1] order
                  EOD Date: 9/30/02;  Filing Fee: $ 105.00;  Receipt #: 198476

```
                      Copies to USCA and Counsel of Record. (gf)
                      [Entry date 10/04/02]

10/4/02   --          Certified copies of Notice of Appeal, Docket, and Order
                      under appeal to USCA: [858-1] appeal  by Prudential
                      Property  as to Prudential Property (gf)

10/4/02  (859)        MOTION by Paul Zidel, Keith Brickell, D.C., Marc J. Browner
                      D.C., Salvatore D. Larusso, Chiropractic Centre, Ultra Open
                      MRI, Walter E. Afield, Andrew Ellowitz to reopen 00-6649,
                      00-6776 and 01-6782, and/or for status conference (dp)
                      [Entry date 10/07/02]

10/7/02   860         NOTICE of Unavailability by All Plaintiffs  for dates of:
                      11/18-11/22 (dp) [Entry date 10/08/02]

10/7/02   861         NOTICE OF APPEAL by Florida Farm Bureau of [854-1] order
                      EOD Date: 9/30/02;  Filing Fee: $ 105.00; Receipt #: 526361
                      Copies to USCA and Counsel of Record. (gf)
                      [Entry date 10/08/02]

10/8/02   --          Certified copies of Notice of Appeal, Docket, and Order
                      under appeal to USCA: [861-1] appeal  by Florida Farm
                      Bureau  as to Florida Farm Bureau (gf)

10/9/02   862         MOTION by Allstate Indemnity for rehearing and
                      reconsideration of [854-1] order (dp) [Entry date 10/10/02]

10/9/02   863         RESPONSE by Prudential Property  to [859-1] motion to
                      reopen 00-6649, 00-6776 and 01-6782 (dp)
                      [Entry date 10/10/02]

10/10/02 (864)        MOTION by Allstate Insurance for rehearing of [854-1]
                      order (dp)

10/10/02  865         NOTICE of filing automatic stay by Superior Insurance (dp)
                      [Entry date 10/11/02]

10/10/02  866         NOTICE OF FILING SUPPLEMENTAL AUTHORITY by Ultra Open MRI
                      re: [409-1] motion to certify class action, [409-2] amended
                      motion (dp) [Entry date 10/11/02]

10/10/02  867         OBJECTION by Andrew Ellowitz  to [852-1] report and
                      recommendations (dp) [Entry date 10/11/02]

10/10/02  868         OBJECTION by Salvatore D. Larusso  to [853-1] report and
                      recommendations (dp) [Entry date 10/11/02]

10/10/02  869         OBJECTION by Marc J. Browner D.C.  to [855-1] report and
                      recommendations (dp) [Entry date 10/11/02]

10/10/02  870         OBJECTION by Ultra Open MRI  to [856-1] report and
                      recommendations (dp) [Entry date 10/11/02]

10/11/02  871         OBJECTION by Liberty Mutual  to [853-1] report and
                      recommendations (dp) [Entry date 10/15/02]

10/11/02  872         OBJECTION by American Int'l  to [852-1] report and
                      recommendations (dp) [Entry date 10/15/02]
```

10/11/02 873    ORDER granting in part  [859-2] motion for status
                conference  set status conference for 10:00 10/22/02
                before Judge Wilkie D. Ferguson Jr. ( Signed by Judge
                Wilkie D. Ferguson Jr. on 10/11/02) [EOD Date: 10/15/02] (dp)
                [Entry date 10/15/02]

10/16/02 874    RESPONSE by Progressive Express, Progressive Consumer,
                Progressive Bayside  to [859-1] motion to reopen 00-6649,
                00-6776 and 01-6782, [859-2] motion for status conference
                (dp) [Entry date 10/17/02]

10/17/02 --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                from USCA  on 10/17/02as to Prudential Property  Re:
                [858-1] appeal  by Prudential Property  USCA NUMBER:
                02-15544-A (dl) [Entry date 10/18/02]

10/18/02 875    TRANSCRIPT INFORMATION FORM by Florida Farm Bureau  re:
                [861-1] appeal  by Florida Farm Bureau  received on
                10/18/02 from Court Reporter (No Hearing). (Returned to
                Court Reporter Coordinator) (gf)

10/21/02 876    TRANSCRIPT INFORMATION FORM by Prudential Property  re:
                [858-1] appeal  by Prudential Property  received on
                10/23/02 from Court Reporter. (Returned to Court Reporter
                Coordinator) (gf) [Entry date 10/24/02]

10/22/02 --     Status conference  held  before Judge Wilkie D. Ferguson
                Jr. (dp) [Entry date 10/28/02]

10/24/02 877    MOTION by Allstate Indemnity, Fidelity & Casualty,
                Continental Ins. Co., Deerbrook Insurance to extend time
                to respond to objections to R&R (DE# 855, 856, 857) (dp)
                [Entry date 10/25/02]

10/25/02 878    Minutes of status conference held  before Judge Wilkie D.
                Ferguson Jr. on 10/22/02;  Court Reporter Name or Tape #:
                Carly Horenkamp (dp) [Entry date 10/28/02]

10/28/02 879    RESPONSE by Liberty Mutual  in opposition to [868-1]
                objection (dp) [Entry date 10/29/02]

10/28/02 880    ORDER vacating [854-1] order as to administratively
                closing cases and reoping cases for limited purpose of
                ruling on motions and reopening docket entries
                174,225,402,610,698,745,757,759,760,761,807, 10 (01-6778),
                15 (01-6780), 17 (01-6783) and 24 (01-8110) ( Signed by
                Judge Wilkie D. Ferguson Jr. on 10/28/02) [EOD Date:
                10/29/02] (dp) [Entry date 10/29/02]

10/28/02 --     Case reopened (dp) [Entry date 10/29/02]

10/28/02 881    ORDER denying [807-1] motion to compel arbitration on
                additional grounds, denying [761-1] motion to compel
                arbitration, denying [760-1] motion to compel arbitration,
                denying [759-1] motion to compel arbitration, denying
                [757-1] motion to compel arbitration, denying [745-1]
                motion to compel arbitration, denying [745-2] motion to
                stay proceedings, denying [745-3] motion for protective
                order re discovery, denying [698-1] motion to compel
                arbitration, denying [698-2] motion to stay/dismiss

U.S. District Court Web PACER(v2.4) Docket Report                    Pag⸱

litigation, denying [610-1] motion to compel arbitration a.
to plaintiff Afield, denying [402-1] motion to compel
arbitration, denying [402-2] motion to dismiss amended
complaint, denying [402-3] motion to stay discovery,
denying [225-1] motion to compel arbitration, denying
[225-2] motion to dismiss claims, denying [174-1] motion to
compel arbitration ( Signed by Judge Wilkie D. Ferguson Jr.
on 10/28/02) [EOD Date: 10/29/02] (dp) [Entry date 10/29/02]

10/28/02 882    ORDER granting [844-1] motion to approve stipulation and to
stay cases and approving [843-1] notice ( Signed by Judge
Wilkie D. Ferguson Jr. on 10/28/02) [EOD Date: 10/29/02] (dp)
[Entry date 10/29/02]

10/28/02 --    CASE CLOSED. Case and Motions no longer referred to
Magistrate. (dp) [Entry date 10/29/02]

10/29/02 895    NOTICE OF APPEAL by Liberty Mutual of [854-1] order  EOD
Date: 9/30/02;  Filing Fee: $ 105.00; Receipt #: 526553
Copies to USCA and Counsel of Record. (gf)
[Entry date 11/12/02]

10/30/02 883    NOTICE OF APPEAL by Integon National, Integon General of
[881-1] order, [854-1] order  EOD Date: 10/29/02;  Filing
Fee: $ 105.00; Receipt #: 526560  Copies to USCA and
Counsel of Record. (gf)

10/30/02 884    NOTICE OF APPEAL by Hartford Insurance of [881-1] order,
[854-1] order  EOD Date: 10/29/02;  Filing Fee: $ 105.00;
Receipt #: 526561  Copies to USCA and Counsel of Record. (gf)

10/30/02 885    NOTICE OF APPEAL by Metropolitan of [881-1] order, [854-1]
order  EOD Date: 10/29/02;  Filing Fee: $ 105.00; Receipt
#: 526562  Copies to USCA and Counsel of Record. (gf)

10/30/02 --    Certified copies of Notice of Appeal, Docket, and Order
under appeal to USCA: [885-1] appeal  by Metropolitan,
[884-1] appeal  by Hartford Insurance, [883-1] appeal  by
Integon General, Integon National  as to Hartford
Insurance, Integon National, Integon General, Metropolitan
(gf)

10/30/02 886    ORDER granting [844-1] motion to approve stipulation and to
stay case 00-7163 ( Signed by Judge Wilkie D. Ferguson Jr.
on 10/30/02) [EOD Date: 10/31/02] (dp) [Entry date 10/31/02]
[Edit date 10/31/02]

10/30/02 --    Certified copies of Notice of Appeal, Docket, and Order
under appeal to USCA: [895-1] appeal  by Liberty Mutual  as
to Liberty Mutual (gf) [Entry date 11/12/02]

10/31/02 888    NOTICE OF APPEAL by Prudential Property of [882-1] order,
[881-1] order, [854-1] order  EOD Date: 10/29/02;  Filing
Fee: $ 105.00; Receipt #: 526573  Copies to USCA and
Counsel of Record. (gf) [Entry date 11/06/02]

11/1/02  887    NOTICE of filing stipulation on confidentiality order by
Allstate Insurance, Beech Street, ADP Integrated, Allstate
Indemnity (dp) [Entry date 11/04/02]

11/2/02   --      NOTICE of Receipt of Notice of Appeal Transmittal Letter
                  from USCA  on 11/21/02as to Community Care  Re: [893-1]
                  appeal  by Community Care  USCA NUMBER: 02-16054 (dl)
                  [Entry date 11/22/02]

11/6/02   --      Certified copies of Notice of Appeal, Docket, and Order
                  under appeal to USCA: [888-1] appeal  by Prudential
                  Property  as to Prudential Property (gf)

11/7/02   889     NOTICE OF APPEAL by Fidelity & Casualty, Continental Ins.
                  Co. of [881-1] order  EOD Date: 10/29/02;  Filing Fee: $
                  105.00; Receipt #: 526622  Copies to USCA and Counsel of
                  Record. (gf) [Entry date 11/08/02]

11/7/02   890     NOTICE OF APPEAL by Allstate Indemnity of [881-1] order
                  EOD Date: 10/29/02;  Filing Fee: $ 105.00; Receipt #:
                  526623 Copies to USCA and Counsel of Record. (gf)
                  [Entry date 11/08/02]

11/7/02   891     NOTICE OF APPEAL by Deerbrook Insurance of [881-1] order
                  EOD Date: 10/29/02;  Filing Fee: $ 105.00; Receipt #:
                  526624  Copies to USCA and Counsel of Record. (gf)
                  [Entry date 11/08/02]

11/7/02   892     NOTICE OF APPEAL by Allstate Insurance, Allstate Insurance
                  of [881-1] order  EOD Date: 10/29/02;  Filing Fee: $ 105.00;
                  Receipt #: 526625  Copies to USCA and Counsel of Record.
                  (gf) [Entry date 11/08/02]

11/8/02   893     NOTICE OF APPEAL by Community Care of [881-1] order  EOD
                  Date: 10/29/02;  Filing Fee: $ 105.00; Receipt #: 526641
                  Copies to USCA and Counsel of Record. (gf)

11/8/02   894     NOTICE OF APPEAL by Florida Farm Bureau of [881-1] order
                  EOD Date: 10/29/02;  Filing Fee: $ 105.00; Receipt #:
                  526645  Copies to USCA and Counsel of Record. (gf)

11/8/02   --      Certified copies of Notice of Appeal, Docket, and Order
                  under appeal to USCA: [894-1] appeal  by Florida Farm
                  Bureau, [893-1] appeal  by Community Care, [892-1] appeal
                  by Allstate Insurance, Allstate Insurance, [891-1] appeal
                  by Deerbrook Insurance, [890-1] appeal  by Allstate
                  Indemnity, [889-1] appeal  by Continental Ins. Co.,
                  Fidelity & Casualty  as to Allstate Insurance, Allstate
                  Insurance, Community Care, Allstate Indemnity, Florida Farm
                  Bureau, Fidelity & Casualty, Continental Ins. Co.,
                  Deerbrook Insurance (gf)

11/8/02   --      NOTICE of Receipt of Notice of Appeal Transmittal Letter
                  from USCA  on 11/8/02as to Chiropractic Centre  Re: [883-1]
                  appeal  by Integon General, Integon National  USCA NUMBER:
                  02-16054 (dl) [Entry date 11/12/02]

11/8/02   --      NOTICE of Receipt of Notice of Appeal Transmittal Letter
                  from USCA  on 11/8/02as to Hartford Insurance  Re: [884-1]
                  appeal  by Hartford Insurance  USCA NUMBER: 02-16054 (dl)
                  [Entry date 11/12/02]

11/8/02   --      NOTICE of Receipt of Notice of Appeal Transmittal Letter
                  from USCA  on 11/8/02as to Metropolitan  Re: [885-1] appeal

by Metropolitan  USCA NUMBER: 02-16054-A (dl)
[Entry date 11/12/02]

11/8/02  --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                from USCA  on 11/8/02 as to Liberty Mutual  Re: [895-1]
                appeal  by Liberty Mutual  USCA NUMBER: 02-16054-A (gf)
                [Entry date 11/12/02]

11/8/02  896    AMENDED NOTICE OF APPEAL by Liberty Mutual of [881-1]
                order, [854-1] order  EOD Date: 10/29/02;  Filing Fee: $
                105.00; Receipt #: 526553  Copies to USCA and Counsel of
                Record. (gf) [Entry date 11/12/02]

11/12/02 --     Certified copies of Amended Notice of Appeal, Docket, and
                Order under appeal to USCA: [896-1] appeal  by Liberty
                Mutual  as to Liberty Mutual (gf)

11/13/02 897    Transcript Information Form re: as to Integon National,
                Integon General [883-1] appeal  by Integon General, Integon
                National . No transcript requested.  Appeal Record due on
                11/27/02 for Integon General, for Integon National (gf)
                [Entry date 11/15/02]

11/13/02 898    Transcript Information Form re: as to Metropolitan [885-1]
                appeal  by Metropolitan . No transcript requested.  Appeal
                Record due on 11/27/02 for Metropolitan (gf)
                [Entry date 11/15/02]

11/13/02 899    Transcript Information Form re: as to Hartford Insurance
                [884-1] appeal  by Hartford Insurance . No transcript
                requested.  Appeal Record due on 11/27/02 for Hartford
                Insurance (gf) [Entry date 11/15/02]

11/13/02 916    ORDER of dismissal from USCA (certified copy) dismissing
                [727-1] appeal pursuant to order granting appellant's
                motion for voluntary dismissal. USCA #: 02-12927-AA USCA
                Order Date: 11/8/02 (gf) [Entry date 12/11/02]

11/14/02 900    TRANSCRIPT INFORMATION FORM by Florida Farm Bureau  re:
                [894-1] appeal  by Florida Farm Bureau  received on
                11/14/02 from Court Reporter. (Returned to Court Reporter
                Coordinator) (gf) [Entry date 11/15/02]

11/15/02 901    TRANSCRIPT INFORMATION FORM by Liberty Mutual  re: [896-1]
                appeal  by Liberty Mutual  received on 11/18/02 from Court
                Reporter. (Returned to Court Reporter Coordinator) (gf)
                [Entry date 11/18/02]

11/18/02 902    TRANSCRIPT INFORMATION FORM by Community Care  re: [893-1]
                appeal  by Community Care  received on 11/19/02 from Court
                Reporter. (Returned to Court Reporter Coordinator) (gf)
                [Entry date 11/19/02]

11/18/02 903    TRANSCRIPT INFORMATION FORM by Prudential Property  re:
                [888-1] appeal  by Prudential Property  received on
                11/19/02 from Court Reporter. (Returned to Court Reporter
                Coordinator) (gf) [Entry date 11/19/02]

11/20/02 904    TRANSCRIPT INFORMATION FORM by Fidelity & Casualty  re:
                [889-1] appeal  by Continental Ins. Co., Fidelity &

                    Casualty received on 11/20/02 from Court Reporter.
                    (Returned to Court Reporter Coordinator) (gf)

11/20/02 905    TRANSCRIPT INFORMATION FORM by Deerbrook Insurance re:
                    [891-1] appeal by Deerbrook Insurance received on
                    11/20/02 from Court Reporter. (Returned to Court Reporter
                    Coordinator) (gf)

11/20/02 906    TRANSCRIPT INFORMATION FORM by Allstate Indemnity re:
                    [890-1] appeal by Allstate Indemnity received on 11/20/02
                    from Court Reporter. (Returned to Court Reporter
                    Coordinator) (gf)

11/20/02 907    TRANSCRIPT INFORMATION FORM by Allstate Insurance re:
                    [892-1] appeal by Allstate Insurance, Allstate Insurance
                    received on 11/20/02 from Court Reporter. (Returned to
                    Court Reporter Coordinator) (gf)

11/21/02 --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                    from USCA on 11/21/02as to Florida Farm Bureau Re:
                    [894-1] appeal by Florida Farm Bureau USCA NUMBER:
                    02-16054-A (dl) [Entry date 11/22/02]

11/21/02 --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                    from USCA on 11/21/02as to Deerbrook Insurance Re:
                    [891-1] appeal by Deerbrook Insurance USCA NUMBER:
                    02-16054-A (dl) [Entry date 11/22/02]

11/21/02 --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                    from USCA on 11/21/02as to Allstate Indemnity Re: [890-1]
                    appeal by Allstate Indemnity USCA NUMBER: 02-16054-A (dl)
                    [Entry date 11/22/02]

11/21/02 --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                    from USCA on 11/21/02as to Fidelity & Casualty Re:
                    [889-1] appeal by Continental Ins. Co., Fidelity &
                    Casualty USCA NUMBER: 02-16054-A (dl) [Entry date 11/22/02]

11/21/02 --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                    from USCA on 11/21/02as to Community Care Re: [893-1]
                    appeal by Community Care USCA NUMBER: 02-16054-A (dl)
                    [Entry date 11/22/02]

11/21/02 --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                    from USCA on 11/21/02as to Prudential Property Re:
                    [888-1] appeal by Prudential Property USCA NUMBER:
                    02-16054-A (dl) [Entry date 11/22/02]

11/21/02 --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                    from USCA on 11/21/02as to Community Care Re: [893-1]
                    appeal by Community Care USCA NUMBER: 02-16054-A (dl)
                    [Entry date 11/22/02]

11/21/02 908    Transcript Information Form re: as to Prudential Property
                    [888-1] appeal by Prudential Property . Transcript already
                    filed. Appeal Record due on 12/5/02 for Prudential Property
                    (gf) [Entry date 11/22/02]

11/22/02 --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                    from USCA on 11/22/02as to Liberty Mutual Re: [895-1]

appeal  by Liberty Mutual  USCA NUMBER: 02-16054-A (dl)
[Entry date 11/25/02]

11/26/02 909    NOTICE OF APPEAL by Nationwide Insurance of [881-1] order
                EOD Date: 10/29/02;  Filing Fee: $ 105.00; Receipt #:
                526759 Copies to USCA and Counsel of Record. (gf)

11/26/02 910    NOTICE OF APPEAL by American Int'l of [881-1] order  EOD
                Date: 10/29/02;  Filing Fee: $ 105.00; Receipt #: 526757
                Copies to USCA and Counsel of Record. (gf)
                [Entry date 11/27/02]

11/27/02 --     Certified copies of Notice of Appeal, Docket, and Order
                under appeal to USCA: [909-1] appeal  by Nationwide
                Insurance, [910-1] appeal  by American Int'l  as to
                Nationwide Insurance, American Int'l (gf)

12/2/02  911    Acknowledgement of Transcript Information Formas to Florida
                Farm Bureau re: [894-1] appeal  by Florida Farm Bureau
                Transcript of: status conference held 10/22/02Transcript
                due on: 12/16/02 for Florida Farm Bureau ; Court Reporter
                name: Carleen Horenkamp (ga) [Entry date 12/03/02]

12/2/02  912    Acknowledgement of Transcript Information Formas to
                Community Care re: [893-1] appeal  by Community Care
                Transcript of: pretrial proceedings held 10/22/02Transcript
                due on: 12/18/02 for Community Care ; Court Reporter name:
                Carleen Horenkamp (ga) [Entry date 12/03/02]

12/2/02  913    Acknowledgement of Transcript Information Formas to
                Salvatore D. Larusso re: [895-1] appeal  by Liberty Mutual
                Transcript of: pretrial proceedings held 10/22/02Transcript
                due on: 12/18/02 for Salvatore D. Larusso ; Court Reporter
                name: Carleen Horenkamp (ga) [Entry date 12/03/02]

12/2/02  914    ORDER denying [859-1] motion to reopen 00-6649, 00-6776 and
                01-6782 ( Signed by Judge Wilkie D. Ferguson Jr. on
                12/2/02) [EOD Date: 12/3/02] (lh) [Entry date 12/03/02]

12/4/02  915    NOTICE of Unavailability of Counsel by Andrew Ellowitz,
                Walter E. Afield, Mote Wellness, Chiropractic Centre, Ultra
                Open MRI, Salvatore D. Larusso, Marc J. Browner D.C., Keith
                Brickell, D.C., Paul Zidel for dates of: 12/26/02 through
                1/6/03 (ss) [Entry date 12/05/02]

12/9/02  --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                from USCA  on 12/9/02as to American Int'l Re: [910-1]
                appeal  by American Int'l  USCA NUMBER: 02-16054-A (dl)
                [Entry date 12/10/02]

12/9/02  --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                from USCA  on 12/9/02as to Nationwide Insurance  Re:
                [909-1] appeal  by Nationwide Insurance  USCA NUMBER:
                02-16054-A (dl) [Entry date 12/10/02]

12/18/02 917    TRANSCRIPT INFORMATION FORM by Nationwide Insurance  re:
                [909-1] appeal  by Nationwide Insurance  received on
                12/18/02 from Court Reporter. (Returned to Court Reporter
                Coordinator) (gf)

12/19/02  918    TRANSCRIPT filed of Status Conference held 10/22/02
                    before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages:
                    1-39 re: [894-1] appeal by Florida Farm Bureau, [893-1]
                    appeal by Community Care, [896-1] appeal by Liberty
                    Mutual . Appeal record due on 1/3/03 for Community Care,
                    for Florida Farm Bureau, for Liberty Mutual . (gf)

12/19/02  919    Transcript Information Form for Transcript of: Status
                    Conference held 10/22/02 filed re: [894-1] appeal by
                    Florida Farm Bureau, [893-1] appeal by Community Care,
                    [896-1] appeal by Liberty Mutual (gf)

12/20/02  920    TRANSCRIPT INFORMATION FORM by American Int'l re: [910-1]
                    appeal by American Int'l received on 12/20/02 from Court
                    Reporter. (Returned to Court Reporter Coordinator) (gf)

-------------------------------------------------------

Case Flags:
LSS
CLOSED
APPEAL

-------------------------------------------------------

END OF DOCKET: 0:00cv6061

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/24/2002 08:39:44 | | | |
| **PACER Login:** | mc1071 | **Client Code:** | 2034221-0001 |
| **Description:** | docket report | **Search Criteria:** | 0:00cv06061 |
| **Billable Pages:** | 108 | **Cost:** | 7.56 |