UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

01-6778

ULTRA OPEN MRI CORPORATION,
et al., on behalf of itself and others
similarly situated,

    Plaintiffs,

v.

PRUDENTIAL PROPERTY AND
CASUALTY INSURANCE COMPANY

    Defendant.
_____/



It is ORDERED that this Motion is hereby DISMISSED AS MOOT
/s/ Wilkie D. Ferguson, Jr.
WILKIE D. FERGUSON
01/07/03
DATE

FILED by ___ D.C.
JAN 08 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S EMERGENCY MOTION FOR PROTECTIVE ORDER AND <u>EMERGENCY MOTION FOR STAY PENDING APPEAL</u>**

PLEASE TAKE NOTICE that Plaintiff ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated ("UOMC"), by its undersigned counsel, shall move this Court for the entry of an Order enlarging its time to respond to Defendant PRUDENTIAL PROPERTY AND

<u>LEE & AMTZIS, P.L.</u>
ATTORNEYS AT LAW