UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

      Defendants.
_____/

SALVATORE D. LARUSSO, D.C.,
d/b/a FAMILY CHIROPRACTIC CENTER

      Plaintiff,

v.

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

      Defendant.
_____/

ULTRA OPEN MRI CORPORATION,
on behalf of itself and all others
similarly situated,

      Plaintiff,

v.

INTEGON NATIONAL INSURANCE
COMPANY and INTEGON GENERAL
INSURANCE COMPANY,

      Defendants.
_____/



It is ORDERED that this Motion is hereby DISMISSED AS MOOT
WILKIE D. FERGUSON, JR.
01/07/03
DATE

01-8111



FILED by ___ D.C.
JAN 0 8 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

01-6780

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW