Case 0:00-cv-06061-WJZ   Document 925   Entered on FLSD Docket 04/23/2003   Page 1 of 4

FILED by ___WC___ D.C.
ELECTRONIC

Apr 23 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO.
00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself
and others similarly situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

      Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

      Third-Party Defendant.

_____/

### NOTICE OF APPEARANCE AS CO-COUNSEL

The undersigned counsel hereby enter their appearance in this action as co-counsel for the Third-Party Defendant, Community Care Network, Inc. ("CCN"). We hereby request service of any and all pleadings, motions and other papers described in FED. R. CIV. P. 5(a).

**925/mh**

Notice of Appearance as Co-Counsel					Case No. 00-6061-Civ-Ferguson/Snow

Dated: April 23, 2003

          Respectfully submitted,

            s/
          Richard H. Critchlow (Fla. Bar No. 155227)
          E-mail: rhc@knsacs.com
          Robert D. W. Landon, III (Fla. Bar No. 961272)
          E-mail: rdl@knsacs.com
          KENNY NACHWALTER SEYMOUR ARNOLD
            CRITCHLOW & SPECTOR, P.A.
          201 South Biscayne Boulevard, Suite 1100
          Miami, Florida 33131-4327
          Telephone:  (305) 373-1000
          Facsimile:  (305) 372-1861

          *Co-Counsel for the Third-Party Defendant Community Care Network, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served by United States mail on April 23, 2003 to all other counsel appearing on the attached Master Service List.

            s/
          Robert D. W. Landon, III

158076.1

# MASTER SERVICE LIST
## (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Amended 5/6/02)

**Co-Lead Counsel for Plaintiffs**

LEE & AMITZIS, P.L.
Eric Lee, Esq.
elee@leeamlaw.com
350 N.W. 12th Ave., Suite 150
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 (facsimile)

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle St., Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 (facsimile)

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 (facsimile)

KOPELMAN & BLANKMAN, P.A.
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza, Suite 2510
Ft. Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 (facsimile)

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davie Blvd., Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 (facsimile)

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Blvd.
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 (facsimile)

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Ft. Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 (facsimile)

**Counsel for:**
**Allstate, Fidelity and Casualty, Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 S. Orange Ave. (32801)
P.O. Box 1873
Orlando, FL 32802-1873
(407) 872-7300
(407) 841-2133 (facsimile)

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Ave., Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 (facsimile)

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Blvd.
Miami, FL 33131-4336
(305) 539-2495
(305) 536-1116 (facsimile)

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second St.
Miami, FL 33131
(305) 373-4900
(305) 373-6914 (facsimile)

**Counsel for CCN**

MCGUIRE WOODS LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 (facsimile)

**Counsel for Nationwide**

FOWLER WHITE
Katherine C. Lake, Esq.
klake@fowlerwhite.com
P.O. Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 (facsimile)

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market St., 34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 (facsimile)

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Ave., Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 (facsimile)

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center. 28th Fl.
One Southeast Third Ave.
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (facsimile)

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT, et al.
Marcy Levne Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center, 28th Fl.
One Southeast Third Ave.
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (facsimile)

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934 (facsimile)

**Counsel for Superior**

BUTLER BURNETTE, PAPPAS
Alan J. Nisberg. Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 (facsimile)

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 (facsimile)

SHEA & GARDNER
John D. Aldock, Esq.
jaldock@sheagardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, DC 20036
(202) 828-2000
(202) 828-2195 (facsimile)

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Blvd., 2nd Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 (facsimile)