# United States Court of Appeals

Eleventh Circuit

56 Forsyth Street, N.W.

Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

October 31, 2003



Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 02-15544-AA    David A. Napoli v. Allstate Insurance Co.
DC DKT NO.: 00-06061 CV-WDF

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Andrea Ware (404) 335-6218

MOT-2 (11-2003)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



———————————————

No. 02-15544-AA

———————————————

ULTRA OPEN MRI CORPORATION,
SALVATORE D. LARUSSO, D.C., d.b.a. Family
Chiropractic Center, on behalf of himself and all
others similarly situated,

                                    Plaintiffs-Appellees,

                    versus



FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY,
PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

                        Defendants-Appellants,


———————————————

No. 02-16054-AA

———————————————

PAUL ZIDEL,
SALVATORE D. LARUSSO, D.C., d.b.a. Family
Chiropractic Center, on behalf of himself and all
others similarly situated,
ET AL.,

                                    Plaintiffs-Appellees,

                    versus

ALLSTATE INSURANCE COMPANY,

                        Defendant-Third Party-
                        Plaintiff-Appellant,


ALLSTATE INDEMNITY COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
ET AL.,

COMMUNITY CARE NETWORK, INC.,

Defendants-Appellants,

Defendant-Third Party-
Defendant-Appellant.

--------------------------

On Appeal from the United States District Court for the
Southern District of Florida

--------------------------

BEFORE: TJOFLAT and ANDERSON, Circuit Judges

BY THE COURT:

The "Joint Motion to Relinquish Jurisdiction and to Stay
Consolidated Appeal," filed in appeal no. 02-16054 by Appellants
Integon National Insurance Company and Integon General Insurance
Corporation and Appellee Ultra Open MRI Corporation, which is
construed as a motion for limited remand to District Court for
the purpose of approval of their settlement agreement, and for a
motion to stay these consolidated appeals pending the outcome of
the limited remand is GRANTED.  Appellants are directed to file
monthly status reports.

This Court reminds the parties that, should the District
Court approve the parties' settlement, a motion to dismiss their
appeal should be filed in this Court forthwith.

A True Copy
Attested:
Clerk U.S. Court of Appeals, Eleventh Circuit

By: _Andrea Ware_
Deputy Clerk Atlanta, Ga