UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO.
00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of himself
and others similarly situated,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

    Third-Party Defendant.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

Pursuant to S.D.Fla. L.R. 11.1.D.3., it is hereby stipulated by the undersigned that presuming leave of Court is granted the law firm of McGuire Woods LLP shall withdraw its appearance in this Court as counsel for the third-party defendant Community Care Network, Inc. ("CCN"), and that the law firm of Kenny Nachwalter Seymour Arnold Critchlow & Spector, P.A. ("Kenny Nachwalter"), shall henceforth proceed as the counsel



**Stipulation for Substitution of Counsel**  Case No. 00-6061-Civ-Zloch/Snow

in this Court for CCN. Kenny Nachwalter has previously noticed its appearance in this Court as counsel for the third-party defendant CCN. D.E. <u>925</u>.

Allowing the law firm of McGuire Woods LLP to withdraw its appearance on behalf of CCN in this Court will not delay this proceeding and will not impose prejudice of any kind on any other party to any of these consolidated actions.

*Wherefore,* the undersigned respectfully request that the Court grant leave to McGuire Woods LLP to withdraw its appearance in this Court on behalf of CCN.

For the Court's convenience, a form of proposed Order on Stipulation for Substitution of Counsel is attached hereto as Exhibit "A."

SO STIPULATED this 2/ day of _December_ , 2003, by:

**COMMUNITY CARE NETWORK, INC.**

By: _[signature]_   Title: _Assistant Secretary_

-2-

**Stipulation for Substitution of Counsel**                Case No. 00-6061-Civ-Zloch/Snow

SO STIPULATED this **3rd** day of **December**, 2003, by:

| | |
|---|---|
| MCGUIRE WOODS LLP<br>3300 Bank of America Tower<br>50 North Laura Street<br>Jacksonville, Florida 32202<br>Tel: 904.798.3200<br>Fax: 798-3207<br><br>By: _____<br>William W. Deem, Esq.<br>Florida Bar No. 512834 | KENNY NACHWALTER ET AL.<br>201 South Biscayne Boulevard<br>Suite 1100<br>Miami, Florida 33131<br>Tel: 305.373.1000<br>Fax: 305.372.1861<br><br>By: _____<br>Robert D. W. Landon, III<br>Florida Bar No. 961272 |

Respectfully submitted,

| | |
|---|---|
| MCGUIRE WOODS LLP<br>3300 Bank of America Tower<br>50 North Laura Street<br>Jacksonville, Florida 32202<br>Tel: 904.798.3200<br>Fax: 798-3207<br><br>By: _____<br>William W. Deem, Esq.<br>Florida Bar No. 512834 | KENNY NACHWALTER ET AL.<br>201 South Biscayne Boulevard<br>Suite 1100<br>Miami, Florida 33131<br>Tel: 305.373.1000<br>Fax: 305.372.1861<br><br>By: _____<br>Robert D. W. Landon, III<br>Florida Bar No. 961272 |

Stipulation for Substitution of Counsel				Case No. 00-6061-Civ-Zloch/Snow

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by United States mail on this ___**December 04**___, 2003 to all other counsel appearing on the attached Master Service List.

By: _____
Robert D. W. Landon, III

169264.1

- 4 -

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Amended 5/6/02)

**Co-Lead Counsel for Plaintiffs**

LEE & AMITZIS, P.L.
Eric Lee, Esq.
elee@leeamlaw.com
350 N.W. 12th Ave., Suite 150
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 (facsimile)

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle St., Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 (facsimile)

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 (facsimile)

KOPELMAN & BLANKMAN, P A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza, Suite 2510
Ft. Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 (facsimile)

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davie Blvd., Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 (facsimile)

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rbokor1@tampabay.rr.com
230 East Davis Blvd.
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 (facsimile)

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Ft. Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 (facsimile)

**Counsel for:**
**Allstate, Fidelity and Casualty, Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 S. Orange Ave. (32801)
P.O. Box 1873
Orlando, FL 32802-1873
(407) 872-7300
(407) 841-2133 (facsimile)

ROSS & HARDIES
Peter J. Valeta, Esq
peter.valeta@rosshardies.com
150 N. Michigan Ave., Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 (facsimile)

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Blvd.
Miami, FL 33131-4336
(305) 539-2495
(305) 536-1116 (facsimile)

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second St.
Miami, FL 33131
(305) 373-4900
(305) 373-6914 (facsimile)

**Counsel for CCN**

MCGUIRE WOODS LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 (facsimile)

KENNY NACHWALTER et al.
Richard H. Critchlow, Esq.
Robert D.W. Landon, III, Esq.
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
(305) 373-1000
(305) 372-1861 (facsimile)

Counsel for Nationwide

FOWLER WHITE
Katherine C. Lake, Esq.
klake@fowlerwhite.com
P.O. Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 (facsimile)

SWARTZ CAMPBELL
DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market St., 34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 (facsimile)

Counsel for Florida Farm Bureau

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Ave., Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 (facsimile)

Counsel for Liberty Mutual

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center 28th Fl
One Southeast Third Ave.
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (facsimile)

Counsel for:
Hartford, Metropolitan, Integon

AKERMAN, SENTERFITT, et al.
Marcy Levne Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center, 28th Fl.
One Southeast Third Ave.
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (facsimile)

Counsel for Metropolitan

SONNENSCHEIN, NATH &
ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934 (facsimile)

Counsel for Superior

BUTLER BURNETTE, PAPPAS
Alan J. Nisberg. Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 (facsimile)

Counsel for Prudential

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 (facsimile)

SHEA & GARDNER
John D. Aldock, Esq.
jaldock@sheagardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, DC 20036
(202) 828-2000
(202) 828-2195 (facsimile)

Counsel for American International

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Blvd., 2nd Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 (facsimile)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO.
00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of himself
and others similarly situated,

       Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

       Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

       Third-Party Defendant.

_____/

## ORDER ON STIPULATION FOR SUBSTITUTION OF COUNSEL

Based on the Stipulation for Substitution of Counsel of Third-Party Defendant, Community Care Network, Inc., the law firm of McGuire Woods LLP, and the law firm of Kenny Nachwalter Seymour Arnold Critchlow & Spector, P. A.

IT IS ORDERED AND ADJUDGED that leave of Court is hereby granted, and effective immediately, the law firm of Kenny Nachwalter Seymour Arnold Critchlow & Spector, P.A. is hereby substituted as counsel for Third-Party Defendant, Community Care

**Order on Stipulation for Substitution of Counsel**   **Case No. 00-6061-Civ-Zloch/Snow**

Network, Inc., and the law firm of McGuire Woods LLP has hereby withdrawn as counsel and shall have no further responsibilities in regards to this matter.

DONE AND ORDERED at Miami, Florida, this ___ day of _____, 2003.

_____
HON. WILLIAM J. ZLOCH
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel on the Attached
Master Service List

- 2 -

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Amended 5/6/02)

**Co-Lead Counsel for Plaintiffs**

LEE & AMITZIS, P.L.
Eric Lee, Esq.
elee@leeamlaw.com
350 N.W. 12th Ave., Suite 150
Deerfield Beach, FL 33442
(561) 981-9988
(561) 981-9980 (facsimile)

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle St., Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 (facsimile)

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 (facsimile)

KOPELMAN & BLANKMAN, P.A.
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza, Suite 2510
Ft. Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 (facsimile)

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davie Blvd., Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 (facsimile)

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Blvd.
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 (facsimile)

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Ft. Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 (facsimile)

**Counsel for:**
**Allstate, Fidelity and Casualty, Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 S. Orange Ave. (32801)
P.O. Box 1873
Orlando, FL 32802-1873
(407) 872-7300
(407) 841-2133 (facsimile)

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Ave., Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 (facsimile)

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Blvd.
Miami, FL 33131-4336
(305) 539-2495
(305) 536-1116 (facsimile)

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second St.
Miami, FL 33131
(305) 373-4900
(305) 373-6914 (facsimile)

**Counsel for CCN**

MCGUIRE WOODS LLP
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 (facsimile)

KENNY NACHWALTER et al.
Richard H. Critchlow, Esq.
Robert D.W. Landon, III, Esq.
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
(305) 373-1000
(305) 372-1861 (facsimile)

<u>Counsel for Nationwide</u>

FOWLER WHITE
Katherine C. Lake, Esq.
klake@fowlerwhite.com
P.O. Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 (facsimile)

SWARTZ CAMPBELL
DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market St., 34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 (facsimile)

<u>Counsel for Florida Farm Bureau</u>

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Ave., Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 (facsimile)

<u>Counsel for Liberty Mutual</u>

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center, 28th Fl
One Southeast Third Ave.
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (facsimile)

Counsel for:
<u>Hartford, Metropolitan, Integon</u>

AKERMAN, SENTERFITT, et al.
Marcy Levne Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center, 28th Fl.
One Southeast Third Ave.
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (facsimile)

<u>Counsel for Metropolitan</u>

SONNENSCHEIN, NATH &
ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934 (facsimile)

<u>Counsel for Superior</u>

BUTLER BURNETTE, PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 (facsimile)

<u>Counsel for Prudential</u>

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 (facsimile)

SHEA & GARDNER
John D. Aldock, Esq.
jaldock@sheagardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, DC 20036
(202) 828-2000
(202) 828-2195 (facsimile)

<u>Counsel for American International</u>

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Blvd., 2nd Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 (facsimile)