UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-ZLOCH

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

    Plaintiff,

vs.                                    **O R D E R**

ALLSTATE INSURANCE COMPANY,

    Defendant/Third Party
    Plaintiff,

vs.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

    Third Party Defendant.
_____/

    THIS MATTER is before the Court upon the Third Party Defendant, Community Care Network, Inc.'s Stipulation For Substitution Of Counsel, bearing file stamp of the Clerk of Court dated December 4, 2003. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The aforementioned Stipulation For Substitution Of Counsel be and the same is hereby approved, adopted and ratified by the Court;

    2. The law firm of Kenny Nachwalter Seymour Arnold Critchlow

& Spector, P.A., is hereby **SUBSTITUTED** as counsel of record for the Third Party Defendant, Community Care Network, Inc.; and

    3.    The law firm of McGuire Woods LLP is hereby relieved of all further responsibility to further represent the Third Party Defendant, Community Care Network, Inc., in this action.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _11th_ day of December, 2003.

                                    WILLIAM J. ZLOCH
                                    Chief United States District Judge

Copies furnished:

All Counsel of Record