UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 00-6061-CIV-ZLOCH
MAGISTRATE JUDGE SNOW

DR PAUL ZIDEL, on behalf of himself and
others similarly situated,

       Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

       Defendant/Third Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

       Third Party Defendant.

_____

KEITH BRICKELL, D.C., individually and on
behalf of all others similarly situated,

       Plaintiff,

vs.

PROGRESSIVE EXPRESS INSURANCE
COMPANY, PROGRESSIVE CONSUMERS
INSURANCE COMPANY, PROGRESSIVE
BAYSIDE INSURANCE COMPANY, BEECH
STREET CORPORATION, and ADP
INTEGRATED MEDICAL SOLUTIONS, INC.,

       Defendants.

_____/



**THE PROGRESSIVE DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO JOINT MOTION TO APPROVE
STIPULATION AND SETTLEMENT AGREEMENT**

The Defendants, PROGRESSIVE EXPRESS INSURANCE COMPANY, PROGRESSIVE

CONSUMERS INSURANCE COMPANY, and PROGRESSIVE BAYSIDE INSURANCE

COMPANY (collectively "PROGRESSIVE Defendants"), move this Court, pursuant to Rule

7.1A(j) of the Local Rules for the United States District Court, Southern District of Florida, for the

Case No. 00-6061-CIV-ZLOCH
Page 2

entry of an unopposed Order granting them an extension of time, up to and including January 21, 2004, within which to serve their Response to the Joint Motion to Approve Stipulation and Settlement Agreement and for Voluntary Dismissal filed herein the Defendants, BEECH STREET CORPORATION ("BEECH STREET") and ADP INTEGRATED MEDICAL SOLUTIONS, INC. ("ADP"), and the Plaintiff, KEITH BRICKELL, D.C. ("Plaintiff"), in the above-styled case.  In support of their Motion, the PROGRESSIVE Defendants state as follows:

1.    On December 17, 2003, Plaintiff, BEECH STREET, and ADP filed a Joint Motion to Approve Stipulation and Settlement Agreement Pursuant to Fed. R. Civ. P. 23(e) and for Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2)("Joint Motion").

2.    In that Motion, Plaintiffs, BEECH STREET, and ADP request, among other things, that the Court deny the PROGRESSIVE Defendants' July 24, 2002 Motion for Leave to Amend their Answer to assert a Cross Claim against BEECH STREET in order to facilitate the settlement of Plaintiff's claims against BEECH STREET and ADP.

3.    As a result, the PROGRESSIVE Defendants are compelled to oppose the Joint Motion, so as to preserve their right to amend their Answer, to more fully defend against Plaintiff's claims, and to prosecute their claims against BEECH STREET.

4.    Due to the holidays and the press of other professional and personal matters, however, the undersigned is in need of additional time, up through and including January 21, 2004, within which to serve the PROGRESSIVE Defendants' response to the Joint Motion.

5.    On December 23, 2003, the undersigned contacted Eric Lee, Esq., counsel for Plaintiff, and John Quaranta, Esq., counsel for BEECH STREET, both of whom graciously indicated that they have no objection to the brief extension of time or to the filing of this Motion.

6.    The undersigned counsel brings this Motion in good faith and not for the purpose of delay.

ANANIA, BANDKLAYDER, BLACKWELL, BAUMGARTEN, TORRICELLA & STEIN

BANK OF AMERICA TOWER, SUITE 4300, 100 S.E. SECOND STREET, MIAMI, FLORIDA 33131-2144 • TELEPHONE (305) 373-4900 • FACSIMILE (305) 373-6914

Case No. 00-6061-CIV-ZLOCH
Page 3

7.    Neither Plaintiffs, nor BEECH STREET will be prejudiced by the granting of this Motion.

WHEREFORE, the Defendants, PROGRESSIVE EXPRESS INSURANCE COMPANY, PROGRESSIVE CONSUMERS INSURANCE COMPANY and PROGRESSIVE BAYSIDE INSURANCE COMPANY, respectfully request the entry of an Order granting them an extension of time, up through and including January 21, 2004 which to respond to the Joint Motion to Approve Stipulation and Settlement Agreement Pursuant to Fed. R. Civ. P. 23(e) and for Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2).

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent by first class mail to all counsel on the attached list this 24th day of December, 2003.

ANANIA, BANDKLAYDER, BLACKWELL,
BAUMGARTEN & TORRICELLA
Attorneys for PROGRESSIVE Defendants
Bank of America Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
Telephone:    (305) 373-4900
Facsimile:    (305) 372-6914

By: _____
       Francis A. Anania
       Florida Bar No. 160256
       Donald A. Blackwell
       Florida Bar No. 370967

## MASTER SERVICE LIST
### Consolidated Case No. 00-6061-Civ-ZLOCH/SNOW
### (Updated 12/18/03)

Eric Lee, Esq.
**Co-Lead Counsel for Plaintiffs**
LEE & AMTZIS, P.I.
350 N.W. 12th Avenue, Suite 150
Deerfield Beach, Florida 33442
Tele:   561-981-9988
Fax:    561-981-9980
E-mail:        lee@leeamlaw.com

Arthur S. Gold, Esq.
**Co-Lead Counsel for Plaintiffs**
GOLD & COULSON
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
Tele:   312-372-0777
Fax:    312-372-0778
E-mail:        asg@gcjustice.com

Andrew Garcia, Esq.
Carlin Phillips, Esq.
**Co-Lead Counsel for Plaintiffs**
PHILLIPS & GARCIA
13 Ventura Drive
North Darthmouth, MA 02747
Tele:   508-998-0800
Fax:    508-998-0919
E-mail:        agarcia@phillipsgarcia.com
               cphillips@phillipsgarcia.com

Larry Kopelman, Esq.
Doulgas Blankman, Esq.
**Co-Lead Counsel for Plaintiffs**
KOPELMAN & BLANKMAN, P.A.
350 East Las Olas Boulevard, Suite 980
Fort Lauderdale, Florida 33301
Tele:   954-462-6855
Fax:    954-462-6899
E-mail:        lmk@kopelblank.com
               dab@kopelblank.com

Susan L. Lawson, Esq.
**Co-Counsel for Plaintiffs**
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
Tele:   813-251-8879
Fax:    813-251-5786
E-mail:        personalinjurylawyer@earthlink.net

Richard Bokor, Esq.
**Co-Counsel for Plaintiffs**
RICHARD BOKOR, P.A.
230 East Davis Boulevard
Tampa, FL 33606
Tele:   813-251-1000
Fax:    813-254-6327
E-mail:        richard@bokorlaw.com

Consolidated Case No. 00-6061-Civ-ZLOCH/SNOW
Page 2

Casey Fundaro, Esq.
**Co-Counsel for Plaintiffs**
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
Tele:   954-252-6666
Fax:    954-252-0901
E-mail:        fundaro@aol.com

David B. Shelton, Esq.
**Counsel for Allstate, Fidelity and**
**Casualty, Continental, Deerbrook**
RUMBERGER, KIRK & CALDWELL
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, FL 32802-1873
Tele:   407-872-7300
Fax:    407-841-2133
E-mail:        dshelton@rumberger.com

Peter J. Valeta, Esq.
**Counsel for Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**
ROSS & HARDIES
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
Tele:   312-750-3619
Fax:    312-920-7241
E-mail:        peter.valeta@rosshardies.com

John M. Quaranta, Esq.
**Counsel for Beech Street and ADP**
TEW, CARDENAS, et al.
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
Tele:   305-539-2495
Fax:    305-536-1116
E-mail:        jmq@tewlaw.com

Francis Anania, Esq.
Donald A. Blackwell, Esq.
**Counsel for Progressive**
ANANIA, BANDKLAYDER, et al.
NationsBank Tower, Suite 4300
100 S.E. Second Street
Miami, Florida 33131
Tele:   305-373-4900
Fax:    305-373-6914
E-mail:        fanania@anania-law.com
                     dblackwell@anania-law.com

William W. Deem, Esq.
**Counsel for CCN**
McGuire Woods LLP
3300 Bank of America Tower
50 North Laura Street
Jacksonville, Florida 32202
Tele:   904-798-3200
Fax:    904-798-3207
E-mail:        wdeem@mcguirewoods.com

Consolidated Case No. 00-6061-Civ-ZLOCH/SNOW
Page 3

Katherine C. Lake, Esq.
**Counsel for Nationwide**
FOWLER, WHITE, et al.
Post Office Box 1438
Tampa, FL 33601
Tele:   813-228-7411
Fax:    813-229-8313
E-mail:        klake@fowlerwhite.com

James C. Haggerty, Esq.
**Counsel for Nationwide**
SWARTZ, CAMPBELL & DETWEILER
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316
Tele:   215-299-4314
Fax:    215-299-4301
E-mail:        haggerty@scdlaw.com

Gregory A. Baldwin, Esq.
Robert K. Levenson, Esq.
**Counsel for Florida Farm Bureau**
HOLLAND & KNIGHT, LLP
701 Brickell Avenue, Suite 3000
Miami, Florida 33131
Tele:   305-374-8500
Fax:    305-789-7799
E-mail:        rlevenson@hklaw.com
                   gbaldwin@hklaw.com

Mark Shapiro, Esq.
**Counsel for Liberty Mutual**
AKERMAN, SENTERFITT, et al.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131
Tele:   305-374-5600
Fax:    305-374-5095
E-mail:        mshapiro@akerman.com

Marcy Levine Aldrich, Esq.
**Counsel for Hartford, Metropolitan, Integon**
AKERMAN, SENTERFITT, et al
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131
Tele:   305-374-5600
Fax:    305-374-5095
E-mail:        maldrich@akerman.com

Jeffrey P. Lennard, Esq.
**Counsel for Metropolitan**
SONNENSCHEIN, NATH &
ROSENTHAL
8000 Sears Tower
Chicago, IL 60606
Tele:   312-876-8000
Fax:    312-876-7934
E-mail:        jpl@sonnenschein.com

Consolidated Case No. 00-6061-Civ-ZLOCH/SNOW
Page 4

Kathy J. Maus, Esq.
Lauren D. Levy, Esq.
**Counsel for Prudential**
BUTLER BURNETTE PAPPAS
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308-3469
Tele:   850-894-4111
Fax:    850-894-4999
E-mail:       kmaus@bbplaw.com
              llevy@bbplaw.com

Alan J. Nisberg, Esq.
**Counsel for Superior**
BUTLER BURNETTE PAPPAS
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
Tele:   813-281-1900
Fax:    813-281-0900
E-mail:       anisberg@bbplaw.com

John D. Aldock, Esq.
Michael Isenman, Esq.
**Counsel for Prudential**
SHEA & GARDNER
1800 Massachusetts Avenue, N.W.
Washington, DC 20036
Tele:   202-828-2000
Fax:    202-828-2195
E-mail:       jaldock@sheagardner.com
              Misenman@sheagardner.com

Dale L. Friedman, Esq.
Brian P. Knight, Esq.
**Counsel for American International**
CONROY, SIMBERG, GANNON,
KREVANS & ABEL, P.A.
3440 Hollywood Boulevard, 2nd Floor
Hollywood, FL 33021
Tele:   954-961-1400
Fax:    954-967-8577
E-mail:       dfriedman@csglaw.com