IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 00-CIV-6061-ZLOCH
(Consolidated)

| | |
|---|---|
| DR. PAUL ZIDEL, and all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br>    Defendant / Third-Party Plaintiff,<br><br>v.<br><br>COMMUNITY CARE NETWORK, INC.,<br>d/b/a CCN,<br>    Third-Party Defendant. | Case No.: 00-6061-CIV-ZLOCH |
| MARC J. BROWNER, D.C., individually and on behalf of all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>ALLSTATE INDEMNITY COMPANY,<br>BEECH STREET CORPORATION, and ADP INTEGRATED MEDICAL SOLUTIONS, INC.,<br>    Defendants. | Case No.: 00-7163-CIV-ZLOCH |

**AGREED MOTION OF DEFENDANTS, ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, DEERBROOK INSURANCE COMPANY, FIDELITY AND CASUALTY COMPANY OF NEW YORK AND CONTINENTAL INSURANCE COMPANY FOR EXTENSION OF TIME TO SERVE RESPONSE TO JOINT MOTION TO APPROVE STIPULATION AND SETTLEMENT AGREEMENT**

Defendants, Allstate Insurance Company, Allstate Indemnity Company, Deerbrook Insurance Company, Fidelity and Casualty Company of New York, and Continental Insurance Company ("Movants"), hereby respectfully request that this honorable Court grant an extension



of time to serve their response to the Joint Motion to Approve Stipulation and Settlement Agreement Pursuant to Fed.R.Civ.P. 23(e) And For Voluntary Dismissal Without Prejudice Pursuant to Fed.R.Civ.P. 41(a)(2) filed by Plaintiffs and Defendants, Beech Street Corporation ("Beech Street") and ADP Integrated Medical Solutions, Inc. ("ADP"). In support hereof, Movants state the following:

1. The Plaintiffs, Beech Street and ADP have filed a Joint Motion requesting the entry of an order accepting their Stipulation and Settlement Agreement and the entry of an order dismissing Beech Street and ADP without prejudice. The Joint Motion was served on the undersigned by John Quaranta, counsel for Beech Street and ADP.

2. Movants need an extension of time so the undersigned contacted Mr. Quaranta regarding an extension. Mr. Quaranta advises that he has no objection to an extension of time until January 22, 2004.

3. This extension is not requested for purposes of delay and no party will be prejudiced.

4. A proposed order is attached for the Court's consideration.

WHEREFORE, Movants respectfully request that this Court enter an Order granting them an extension of time until January 22, 2004 to serve their response.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to counsel on the attached service list this 24th day of December, 2003.

*/s/ David Shelton*

| | |
|---|---|
| PETER J. VALETA | DAVID B. SHELTON |
| Florida Bar No. 327557 | Florida Bar No. 0710539 |
| ROSS & HARDIES | RUMBERGER, KIRK & CALDWELL |
| 150 North Michigan Ave., Suite 2500 | P.O. Box 1873 |
| Chicago, Illinois 60601 | Orlando, Florida 32802 |
| Telephone: (312) 750-3619 | Telephone: (407) 839-4511 |
| Telecopier: (312) 750-8600 | Telecopier: (407) 841-2133 |
| Attorneys for Movants, Allstate Insurance Company, Allstate Indemnity Company, Deerbrook Insurance Company, Fidelity and Casualty Company of New York, and Continental Insurance Company | Attorneys for Movants, Allstate Insurance Company, Allstate Indemnity Company, Deerbrook Insurance Company, Fidelity and Casualty Company of New York, and Continental Insurance Company |

## SERVICE LIST

**Co-Lead Counsel for Plaintiffs**

Eric Lee, Esquire
LEE & AMTZIS, P.L.
5550 Glades Road
Suite 401
Boca Raton, FL 33431

Arthur S. Gold, Esquire
GOLD & COULSON
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603

Andrew Garcia, Esquire
Carlin Phillips, Esquire
PHILLIPS & GARCIA
13 Ventura Drive
North Dartmouth, MA 02747

Larry Kopelman, Esquire
Douglas Blankman, Esquire
KOPELMAN & BLANKMAN, P.A
350 East Las Olas Blvd., Suite 980
Fort Lauderdale, FL 33301

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esquire
230 East Davis Boulevard, Suite 200
Tampa, FL 33606

Richard Bokor, Esquire
RICHARD BOKOR, P.A.
230 East Davis Boulevard
Tampa, FL 33606

Casey Fundaro, Esquire
P.O. Box 7420
Fort Lauderdale, FL 33338-7420

**Counsel for Beech Street and ADP**

John M. Quaranta, Esquire
TEW, CARDENAS, et al.
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336

**Counsel for Progressive**

Francis Anania, Esquire
Donald A. Blackwell, Esquire
ANANIA, BANDKLAYDER, et al.
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131

**Counsel for CCN**

Richard H. Critchlow, Esquire
Robert D. W. Landon, III, Esquire
KENNY NACHWALTER SEYMOUR
ARNOLD CRITCHLOW & SPECTOR, PA
201 South Biscayne Boulevard, Suite 1100
Miami, Florida 33131-4327

**Counsel for Superior**

Alan J. Nisberg, Esquire
BUTLER BURNETT PAPPAS
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607

**Counsel for Florida Farm Bureau**

Robert K. Levenson, Esquire
Greg Baldwin, Esquire
HOLLAND & KNIGHT, LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131