UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-ZLOCH



DR. PAUL ZIDEL,

    Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third Party
    Plaintiff,

vs.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

    Third Party Defendant.
_____/   **O R D E R**

KEITH BRICKELL, D.C.,

    Plaintiff,

vs.

PROGRESSIVE EXPRESS INSURANCE
COMPANY, et al.,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Defendants, Progressive Express Insurance Company, Progressive Consumers Insurance Company, and Progressive Bayside Insurance Company's Unopposed Motion For Enlargement Of Time To Respond To Joint Motion To Approve Stipulation And Settlement Agreement, bearing file stamp of the Clerk of Court dated December 24, 2003. The Court has carefully reviewed said Motion, the entire court file and is



otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendants, Progressive Express Insurance Company, Progressive Consumers Insurance Company, and Progressive Bayside Insurance Company's Unopposed Motion For Enlargement Of Time To Respond To Joint Motion To Approve Stipulation And Settlement Agreement be and the same is hereby **GRANTED** and the Defendants shall have up to and including January 21, 2004 in which to file their response with the Clerk of Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of December, 2003.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

All Counsel of Record

2