UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-ZLOCH
00-7163-CIV-ZLOCH

DR. PAUL ZIDEL,

    Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third Party
    Plaintiff,

vs.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

    Third Party Defendant.
_____/      **O R D E R**

MARC J. BROWNER, D.C.,

    Plaintiff,

vs.

ALLSTATE INDEMNITY COMPANY, et
al.,

    Defendants.
_____/



    THIS MATTER is before the Court upon the Defendants, Allstate Insurance Company, Allstate Indemnity Company, Deerbrook Insurance Company, Fidelity and Casualty Company of New York and Continental Insurance Company's Agreed Motion For Extension Of Time To Serve Response To Joint Motion To Approve Stipulation And Settlement Agreement, bearing file stamp of the Clerk of Court dated December 29, 2003. The Court has carefully reviewed said Motion, the entire



court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendants, Allstate Insurance Company, Allstate Indemnity Company, Deerbrook Insurance Company, Fidelity and Casualty Company of New York and Continental Insurance Company's Agreed Motion For Extension Of Time To Serve Response To Joint Motion To Approve Stipulation And Settlement Agreement be and the same is hereby **GRANTED** and the Defendants shall have up to and including January 22, 2004 in which to file their response with the Clerk of Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___9th___ day of January, 2004.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

All Counsel of Record