IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6061-CIV-ZLOCH (Consolidated)

NIGHT BOX FILED
JAN 1 6 2004
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

DR. PAUL ZIDEL, and all others similarly situated, )
)
)
Plaintiffs, )
)
v. )
)
ALLSTATE INSURANCE COMPANY, )
)
Defendant. )
_____)

## DEFENDANTS ALLSTATE AND OTHERS' RESPONSE TO JOINT MOTION TO APPROVE STIPULATION AND SETTLEMENT AGREEMENT PURSUANT TO FED.R.CIV.P. 23(E) AND FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P. 41(A)(2)

Defendants, Allstate Insurance Company (Case No. 00-6061-CIV-FERGUSON) and Allstate Indemnity Company (Case No. 00-7163-CIV-FERGUSON) (collectively "Allstate"), Deerbrook Insurance Company (Case No. 01-6777-CIV-FERGUSON), Fidelity and Casualty Company of New York (Case No. 01-6779-CIV-FERGUSON) and Continental Insurance Company (Case No. 01-6779-CIV-FERGUSON) (all collectively referred to as the "Respondents"), hereby respond to the Joint Motion To Approve Stipulation And Settlement Agreement Pursuant To Fed.R.Civ.P. 23(e) and For Voluntary Dismissal Without Prejudice Pursuant To Fed.R.Civ.P. 41(a)(2) as follows:

1. Plaintiffs Keith Brickell, D.C. ("Brickell") and Marc J. Browner, D.C. ("Browner") have moved jointly with defendants ADP Integrated Medical Solutions, Inc. ("ADP") and Beech Street Corporation ("Beech Street") for approval of a dismissal of ADP and Beech Street from these pending class actions without prejudice.



2. These matters have been inactive and administratively closed in this Court while appeals to the 11th Circuit Court of Appeals on orders concerning motions to compel arbitration are heard.

3. Under this posture, Respondents are not able to proceed with any potential cross-claims against either ADP or Beech Street, and would not be able to do so until the resolution of the 11th Circuit appeals.

4. It is not presently known whether Respondents would find it necessary to assert such cross-claims.

5. Respondents do not want any suggestion of any grounds for waiver or estoppel or other similar argument against the assertion of claims at some future date against ADP and/or Beech Street to arise from any approval of this settlement which this Court may make and thus Respondents expressly reserve the right to assert any such claims in the future.

6. Accordingly, Respondents would interpose no opposition to this Court's approval of the proposed settlement, so long as it is without prejudice to any of Respondents' rights to seek to assert any cross-claim or third party claims against ADP and/or Beech Street in any future proceedings.

WHEREFORE, Defendants, Allstate Insurance Company, Allstate Indemnity Company, Deerbrook Insurance Company, Fidelity and Casualty Company of New York, and Continental Insurance Company, for all of the reasons stated herein and in this Response, respectfully request that any order approving the proposed settlement dismissing ADP and/or Beech Street from these actions be entered without prejudice to any of Respondents' rights to seek to assert any cross-claim or third party claims against ADP and/or Beech Street in any future proceedings which may proceed before this Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to counsel on the attached service list this 19th day of January, 2004.

*/s/ David S. Shelton*

| | |
|---|---|
| PETER J. VALETA | DAVID B. SHELTON |
| Florida Bar No. 327557 | Florida Bar No. 0710539 |
| McGUIRE WOODS, LLP | RUMBERGER, KIRK & CALDWELL |
| 150 North Michigan Ave., Suite 2500 | P.O. Box 1873 |
| Chicago, Illinois 60601 | Orlando, Florida 32802 |
| Telephone: (312) 750-3619 | Telephone: (407) 839-4511 |
| Telecopier: (312) 750-8600 | Telecopier: (407) 841-2133 |
| Attorneys for Allstate Insurance Company, Allstate Indemnity Company, Deerbrook Insurance Company, Fidelity and Casualty Company of New York, and Continental Insurance Company | Attorneys for Allstate Insurance Company, Allstate Indemnity Company, Deerbrook Insurance Company, Fidelity and Casualty Company of New York, and Continental Insurance Company |

728182

## SERVICE LIST

**Co-Lead Counsel for Plaintiffs**

Eric Lee, Esquire
LEE & AMTZIS, P.L.
5550 Glades Road
Suite 401
Boca Raton, FL 33431

Arthur S. Gold, Esquire
GOLD & COULSON
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603

Andrew Garcia, Esquire
Carlin Phillips, Esquire
PHILLIPS & GARCIA
13 Ventura Drive
North Dartmouth, MA 02747

Larry Kopelman, Esquire
Douglas Blankman, Esquire
KOPELMAN & BLANKMAN, P.A
350 East Las Olas Blvd., Suite 980
Fort Lauderdale, FL 33301

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esquire
230 East Davis Boulevard, Suite 200
Tampa, FL 33606

Richard Bokor, Esquire
RICHARD BOKOR, P.A.
230 East Davis Boulevard
Tampa, FL 33606

Casey Fundaro, Esquire
P.O. Box 7420
Fort Lauderdale, FL 33338-7420

**Counsel for Beech Street and ADP**

John M. Quaranta, Esquire
TEW, CARDENAS, et al.
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336

**Counsel for Progressive**

Francis Anania, Esquire
Donald A. Blackwell, Esquire
ANANIA, BANDKLAYDER, et al.
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131

**Counsel for CCN**

Richard H. Critchlow, Esquire
Robert D. W. Landon, III, Esquire
KENNY NACHWALTER SEYMOUR
ARNOLD CRITCHLOW & SPECTOR, PA
201 South Biscayne Boulevard, Suite 1100
Miami, Florida 33131-4327

**Counsel for Superior**

Alan J. Nisberg, Esquire
BUTLER BURNETT PAPPAS
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607

**Counsel for Florida Farm Bureau**

Robert K. Levenson, Esquire
Greg Baldwin, Esquire
HOLLAND & KNIGHT, LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131

4

**Counsel for Liberty Mutual**

Mark Shapiro, Esquire
AKERMAN, SENTERFITT et al.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131

**Counsel for Hartford, Metropolitan, Integon**

Marcy Levine Aldrich, Esquire
AKERMAN, SENTERFITT et al.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131

**Counsel for Metropolitan**

Jeffrey P. Lennard, Esquire
SONNENSCHEIN, NATH & ROSENTHAL
8000 Sears Tower
Chicago, IL 60606

**Counsel for American International**

Dale L. Friedman, Esquire
Brian P. Knight, Esquire
CONROY, SIMBERG, GANNON, KREVANS & ABEL, P.A.
3440 Hollywood Blvd., 2nd Floor
Hollywood, FL 33021

**Counsel for Nationwide**

Katherine C. Lake, Esquire
FOWLER, WHITE, et al.
Post Office Box 1438
Tampa, FL 33601

James C. Haggerty, Esquire
SWARTZ CAMPBELL DETWEILER
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316

**Counsel for Prudential**

John D. Aldock, Esquire
Michael Isenman, Esquire
SHEA & GARDNER
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Kathy J. Maus, Esquire
Lauren D. Levy, Esquire
BUTLER BURNETTE WEIHMULLER KATZ CRAIG, LLP
3600 Maclay Blvd., Suite 101
Tallahassee, FL 32312