UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
(Consolidated Class Action)
CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of himself
and all others similarly situated,

   Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,
et al.,

   Defendants.   /
KEITH BRICKELL, D.C., individually and
on behalf of all others similarly situated,

   Plaintiffs,

vs.

PROGRESSIVE EXPRESS INSURANCE,
et al.,

   Defendants.   /
MARC J. BROWNER, D.C., individually
and on behalf of all other similarly situated,

   Plaintiffs,

vs.

ALLSTATE INDEMNITY COMPANY,
et al.,

   Defendants.   /

NIGHT BOX FILED

**AGREED MOTION TO EXTEND BEECH STREET AND ADP'S DEADLINE
TO REPLY TO PROGRESSIVE DEFENDANT'S MEMORANDUM OF LAW IN
OPPOSITION TO BRICKELL AND BEECH STREET'S JOINT MOTION TO
APPROVE STIPULATION AND SETTLEMENT AGREEMENT**

Defendants, Beech Street and ADP and pursuant to Local Rule 7.1.C, hereby file their

TEW CARDENAS L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112

Agreed Motion to Extend Deadline to Reply to Progressive Defendant's Memorandum Of Law In Opposition To Brickell And Beech Street's Joint Motion To Approve Stipulation And Settlement Agreement. In support thereof Beech Street and ADP state as follows:

## BACKGROUND

1. Pursuant to the Court's Local Rules, Beech Street and ADP have until January 27th in which to file their Reply to Progressive Defendant's Memorandum Of Law In Opposition To Brickell And Beech Street's Joint Motion To Approve Stipulation And Settlement Agreement.

2. Undersigned counsel for Beech Street and ADP is preparing for trial in another matter and needs a brief enlargement of time in which to file the Reply. As such, Beech Street and ADP request an extension until February 10, 2004 in which then they will file the Reply. Undersigned counsel has received the consent of Progressive's counsel for the relief requested in this motion.

WHEREFORE, based upon the foregoing, Beech Street respectfully requests that the Court enter the enclosed Order enlarging the time from January 27, 2004 until February 10, 2004 in which Beech Street and ADP must file their Reply to Progressive Defendant's Memorandum Of Law In Opposition To Brickell And Beech Street's Joint Motion To Approve Stipulation And Settlement Agreement.

Respectfully submitted,

**TEW CARDENAS REBAK KELLOGG LEHMAN DeMARIA TAGUE RAYMOND & LEVINE L.L.P.**
Co-Counsel for Defendants Beech Street Corporation
201 South Biscayne Boulevard

2

2600 Miami Center
Miami, Florida 33131-4336
Telephone: 305-536-1112
Facsimile: 305-536-1116

By: _____
  John M. Quaranta, Esq.
  Florida Bar No. 764711

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served via facsimile and U.S. Mail this 27 day of January, 2004 on all counsel listed on the attached Service List.

_____
John M. Quaranta

::ODMA\MHODMA\MIAMI;395513;1

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-CIV-FERGUSON/SNOW)

(Updated: December 19, 2003)

**Co-Lead Counsel for Plaintiffs**
Eric Lee, Esq.
LEE & AMTZIS, P.L.
5550 Glades Road, Suite 401
Boca Raton, FL 33431
(561) 981-9988 Telephone
(561) 981-9980 Facsimile
elee@leeamlaw.com

Arthur S. Gold, Esq.
GOLD & COULSON
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777 Telephone
(312) 372-0778 Facsimile
asg@gcjustice.com

Andrew Garcia, Esq.
Carlin Phillips, Esq.
PHILLIPS & GARCIA
Attorneys At Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800 Telephone
(508) 998-0919 Facsimile
agarcia@phillipsgarcia.com
cphillips@phillipsgarcia.com

Larry Kopelman, Esq.
Douglas Blankman, Esq.
KOPELMAN & BLANKMAN, P.A.
350 Las Olas Boulevard
Suite 980
Fort Lauderdale, FL 33301
(954) 462-6855 Telephone
(954) 462-6899 Facsimile
dblan2155@aol.com

**Co-Counsel for Plaintiffs**
Susan L. Lawson, Esq.
230 East Davis Boulevard, Ste. 200
Tampa, FL 33606
(813) 251-8879 Telephone
(813) 251-5786 Facsimile
personalinjurylawyer@earthlink.net

Richard Bokor, Esq.
Richard Bokor, P.A.
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000 Telephone
(812) 254-6327 Facsimile
rabokor1@tampabay.rr.com

Casey Fundaro, Esq.
P. O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833 Telephone
(954) 462-2835 Facsimile
fundaro@aol.com

**Counsel for: Allstate, Fidelity and Casualty, Continental, Deerbrook**
David B. Shelton, Esq.
RUMBERGER, KIRK, CALDWELL
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
P. O. Box 1873
Orlando, FL 32802-1873
(407) 872-7300 Telephone
(407) 841-2133 Facsimile
dshelton@rumberger.com

**Counsel for: Allstate, Fidelity and Casualty, Continental, Deerbrook**
Peter J. Valeta, Esq.
ROSS & HARDIES
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619 Telephone
(312) 920-7241 Facsimile
peter.valeta@rosshardies.com

**Counsel for Beech Street and ADP**
Joseph A. DeMaria, Esq.
John M. Quaranta, Esq.
TEW CARDENAS REBAK
KELLOGG LEHMAN DEMARIA
TAGUE RAYMOND & LEVINE, LLP
Miami Center, 26th Floor
201 South Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1112 Telephone
(305) 536-1116 Facsimile
jad@tewlaw.com
jmq@tewlaw.com

**Counsel for Progressive**
Francis Anania, Esq.
Donald A. Blackwell, Esq.
ANANIA BANDKLAYDER, et al.
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, FL 33131
(305) 373-4900 Telephone
(305) 373-6914 Facsimile