UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-ZLOCH

DR. PAUL ZIDEL,

    Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,

    Defendants.
_____/

KEITH BRICKELL, D.C.,

    Plaintiff,

vs.

PROGRESSIVE EXPRESS INSURANCE
COMPANY, et al.,

    Defendants.
_____/    **O R D E R**

MARC J. BROWNER, D.C.,

    Plaintiff,

vs.

ALLSTATE INDEMNITY COMPANY, et
al.,

    Defendants.
_____/



FILED by _____ D.C.
JAN 3 0 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court upon the Defendants, Beech Street and ADP's Agreed Motion To Extend Deadline To Reply To Progressive Defendant's Memorandum Of Law In Opposition To Brickell And Beech Street's Joint Motion To Approve Stipulation And Settlement Agreement, bearing file stamp of the Clerk of Court dated January 28, 2004. The Court has carefully reviewed said

Motion, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendants, Beech Street and ADP's Agreed Motion To Extend Deadline To Reply To Progressive Defendant's Memorandum Of law In Opposition To Brickell And Beech Street's Joint Motion To Approve Stipulation And Settlement Agreement be and the same is hereby **GRANTED** and the Defendants shall have up to and including February 10, 2004 in which to file their reply with the Clerk of Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _30th_ day of February, 2004.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

All Counsel of Record