UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-ZLOCH (Consolidated)

DR. PAUL ZIDEL, on behalf of
himself and all others
similarly situated, et al.,

    Plaintiffs,

vs.                                  **O R D E R**

ALLSTATE INSURANCE COMPANY,
et al.,

    Defendants.
_____/

    THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire court file and is otherwise fully advised in the premises.

    The Court notes that the above-styled cause was originally assigned to the late Honorable Wilkie D. Ferguson. On September 28, 2001, Judge Ferguson issued an Order (DE 88 in Case No. 00-7163-Civ-Ferguson) consolidating fifteen (15) cases for discovery purposes, and directing the parties to file pleadings under Case No. 00-6061-Civ-Ferguson. Following lengthy and complex proceedings, which included the above-styled cause being closed and reopened on multiple occasions and numerous appeals, the case was reassigned to this Court pursuant to the Clerk's Notice Of Judicial Officer Reassignment Of A Closed Case (DE 930). The Court notes that the United States Court of Appeals for the Eleventh Circuit issued two Orders Of Limited Remand (DE Nos. 928 and 931) directing the Court to consider proposed settlement agreements. Since being assigned the above-styled cause, however, the Court has received various pleadings, including a Joint Motion To Approve

Stipulation And Settlement Agreement (DE 935) from parties not included in either Order Of Limited Remand, Plaintiff, Ultra Open MRI Corporation's Amended Class Action Complaint (DE 940), and Defendants Progressive Insurance Company, Progressive Consumers Insurance Company, and Progressive Bayside Insurance Company's Renewed Motion For Leave To Amend Their Answer And Affirmative Defenses (DE 944).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. On or before <u>Wednesday</u> <u>February 11 2004</u>, at <u>12:00 p.m.</u>, the Parties shall file with the Clerk of this Court a Joint Status Report addressing:

    a.  The status of all outstanding motions;

    b.  The status of all current appeals;

    c.  The identity of all parties still having an interest in the above-styled cause; and

    d.  The extent of this Court's jurisdiction over the above-styled cause in light of the ongoing appeals and limited remands.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 3rd day of February, 2004.

/s/ William J. Zloch
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

All Counsel Of Record

2