FILED by _____ D.C.
ELECTRONIC

Feb 10 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 00-6061-CIV-ZLOCH/SNOW
(Consolidated)

DR. PAUL ZIDEL, on behalf of himself,
and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
et al.
    Defendants.
_____/

## JOINT STATUS REPORT

Pursuant to this Court's Order of February 3, 2004, the following is the present status of the above captioned matter:

**A.     Status of all Outstanding Motions.**

Pursuant to Court Order, these consolidated cases have been stayed pending appeal and all pending motions were stayed.

The only outstanding Motions presently pending in the District Court is the Joint Motion of Dr. Keith Brickell, Dr. Marc Browner, Beech Street and ADP to dismiss Beech Street and ADP from Case Nos. 00-6649 and 00-7163, the opposition of the Progressive Defendants to said Motion, which has not been fully briefed, and Progressive's Renewed Motion to Amend its Answer and Affirmative Defenses.  The Reply Brief of Defendants Beech Street and ADP, in support of their Joint Motion is due February 10, 2004.

1

B.  **The Status of all Current Appeals.**

All Defendants, with the exception of the Progressive Defendants, Superior Insurance Company, Beech Street and ADP have appealed the Court's Order denying all respective motions to compel arbitration. These appeals have all been consolidated. The consolidated appeal has been stayed by the Eleventh Circuit Court of Appeals pending the resolution of certain settlements.

**Settled cases.**

The following cases have been settled and the status of the settlement is indicated:

1. Ultra Open MRI Corp. v. Integon National Insurance Company and Integon General Insurance Company (Case No. 01-6780)

    This matter has been settled. The Eleventh Circuit has issued an order of remand to allow the settlement to be approved and completed. The parties have drafted the necessary settlement documents and are awaiting finalization of arrangements with a settlement administrator so that the settlement documents can be finalized and submitted to the Court. The parties will be filing a motion for preliminary approval and will be requesting a brief 15-minute hearing for preliminary approval and to explain the settlement to the Court.

2. Salvatore Larusso v. Hartford Ins. Co. of the Midwest (Case No. 01-8111)

    This matter has been settled. The Defendant is in the process of compiling information needed in order to complete the settlement documents.

3. The Chiropractic Centre, Inc. v. Metropolitan Casualty Ins. Co. (Case No. 01-6783)

    This matter has been settled. The Eleventh Circuit has issued an order of remand to allow the settlement to be approved and completed. The parties are preparing the necessary settlement documents and are awaiting finalization of arrangements with a settlement administrator so that the settlement documents can be finalized and submitted to the Court. The parties will be filing a motion for preliminary approval and will be requesting a brief 15-minute hearing for preliminary approval and to explain the settlement to the Court.

2

4. Ultra Open MRI Corporation v. Prudential
   Property & Casualty (Case No. 01-6778)

This matter has been settled. The parties have filed a Motion with the Eleventh Circuit for an order of remand to allow the settlement to be approved and completed. The parties have basically completed the necessary settlement documents and are awaiting finalization of arrangements with a settlement administrator so that the settlement documents can be finalized and submitted to the Court. The parties will file their motion for preliminary approval once the Eleventh Circuit remands the case and will request a brief 15-minute hearing for preliminary approval and to explain the settlement to the Court.

**Continuing Settlement Discussions**

In the following cases, the parties have been involved in continuing settlement discussions:

1. SALVATORE D. LARUSSO, D.C. d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of himself and all others similarly situated vs. LIBERTY MUTUAL INSURANCE COMPANY and COMMUNITY CARE NETWORK, INC. 00 7692,

2. SALVATORE D. LARUSSO, D.C. d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of himself and all others similarly situated vs. NATIONWIDE INSURANCE COMPANY OF AMERICA, 01 8109,

3. DR. ANDREW ELLOWITZ, on behalf of himself and all others similarly situated v. AMERICAN INTERNATIONAL INSURANCE COMPANY, 01 8549.

C. **The Identity of all Parties Still Having an Interest in the Above-Styled Cause.**

All of the parties have an interest in this matter. The parties in the matters remanded will be finalizing their settlements with this Court. The parties to the appeals will proceed with the appeal once the stay of the appeal is lifted. The parties in the matters relating to the Progressive Defendants and Superior Insurance Company, in which there are no appeals pending, will await the various stays to proceed with their cases.

3

**D.	The Extent of This Court's Jurisdiction Over the Above Styled Caused in Light of the Ongoing Appeals and Limited Remands.**

At present this Court has jurisdiction over the cases remanded by the Eleventh Circuit referred to in paragraph B above. This Court also has jurisdiction over the parties in the matters relating to the Progressive Defendants, Superior Insurance Company, Beech Street and ADP. It should be noted that Superior Insurance Company has filed a suggestion of rehabilitation.

**Counsel for Plaintiffs, Eric Lee, Esq. has coordinated the preparation of this Joint Status Report and is signing this Report with the consent of and on behalf of counsel for all of the parties, with the exception of Florida Farm Bureau, who could not be reached.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail on February 11, 2004 upon all individuals on the attached service list.

    Respectfully submitted,

    LEE & AMTZIS, P.L.
    5550 Glades Road, Suite 401
    Boca Raton, FL 33431
    (561) 981-9988
    (561) 981-9980 Facsimile

By: _____
    ERIC LEE
    Florida Bar No. 961299

# MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-Civ-ZLOCH/SNOW)
(Updated 1/13/03)

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
lee@leeamlaw.com
Suite 401
5550 Glades Road
Boca Raton, FL 33431
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
350 E. Las Olas Blvd., Ste. 980
Ft. Lauderdale, FL 33301
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 Facsimile

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305) 539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

The Kenny Nachwalter Law Firm
Richard Critchlow, Esq.
rcritchlow@knsacs.com
Robert Landon, Esq.
rlandon@knsacs.com
201 S. Biscayne Blvd.
Ste. 1100
Miami, FL 33131-4327
(305) 373-1000
(305) 372-1861 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3600 Maclay Blvd., Ste. 101
Tallahassee, FL 32312
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile