UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CONSOLIDATED CASE NO.: 00-6061-CIV-ZLOCH

DR. PAUL ZIDEL, on behalf of himself
and all others similarly situated,

        Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,
et al.,

        Defendants   .       /

KEITH BRICKELL, D.C., individually and      Case No. 00-6649-CIV-ZLOCH
on behalf of all others similarly situated,

        Plaintiffs,

vs.

PROGRESSIVE EXPRESS INSURANCE,
et al.,

        Defendants.
_____/

## DEFENDANTS BEECH STREET CORPORATION AND ADP INTEGRATED MEDICAL SOLUTIONS, INC.'S, REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(B)(1), Defendants Beech Street Corporation and ADP Integrated Medical Solutions, Inc., respectfully request this Court to entertain oral argument in connection with the following: Settling Parties' Joint Motion to Approve Stipulation and Settlement Agreement Pursuant to Fed.R.Civ.P. 23(e) and for Voluntary Dismissal Pursuant to Fed.R.Civ.P. 41(a)(2) (DE No. 935); Beech Street Corporation and ADP Integrated Medical Solutions, Inc.s', Memorandum in Support of Joint Motion to Approve Stipulation and Settlement Agreement; Progressive



Defendants' Motion to Re-Open Case No. 00-6649 to Consider Motion for Leave to Amend Answer and Affirmative Defenses (DE No. 943); Progressive Defendants' Motion for Leave to Amend Answer and Affirmative Defenses, (DE No.811) and Renewed Motion for Leave to Amend Their Answer and Affirmative Defenses (DE No. 944); Progressive Defendants' Memorandum in Opposition to Joint Motion to Approve Stipulation and Settlement Agreement (DE No. 945); and Allstate Defendants' Response to Settling Parties' Joint Motion to Approve Stipulation and Settlement Agreement (DE No. 942).

Undersigned counsel believes that oral argument is necessary and will assist the Court in considering and resolving the multiple issues raised by the above-referenced motions. Undersigned counsel believes that thirty minutes (30) will be required for the parties to present argument on these issues.

Respectfully submitted,

**TEW CARDENAS L.L.P.**
Co-Counsel for Defendants Beech Street Corporation
201 South Biscayne Boulevard
2600 Miami Center
Miami, Florida 33131-4336
Telephone: 305-536-1112
Facsimile: 305-536-1116

By:_____
Joseph A. DeMaria, Esq.
Florida Bar No. 764711
John M. Quaranta, Esq.
Florida Bar No. 764711

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served via facsimile and U.S. Mail this 10th day of February, 2004 on all counsel listed on the attached Service List.

_____
John M. Quaranta, Esq.

::ODMA\MHODMA\MIAMI;396842;1

## MASTER SERVICE LIST
### (Consolidated Case No. 00-6061-CIV-ZLOCH/SNOW)

(Updated: December 19, 2003)

**Co-Lead Counsel for Plaintiffs**
**Eric Lee, Esq.**
LEE & AMTZIS, P.L.
5550 Glades Road, Suite 401
Boca Raton, FL 33431
(561) 981-9988 Telephone
(561) 981-9980 Facsimile
elee@leeamlaw.com

**Arthur S. Gold, Esq.**
GOLD & COULSON
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777 Telephone
(312) 372-0778 Facsimile
asg@gcjustice.com

**Andrew Garcia, Esq.**
**Carlin Phillips, Esq.**
PHILLIPS & GARCIA
Attorneys At Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800 Telephone
(508) 998-0919 Facsimile
agarcia@phillipsgarcia.com
cphillips@phillipsgarcia.com

**Larry Kopelman, Esq.**
**Douglas Blankman, Esq.**
KOPELMAN & BLANKMAN, P.A.
350 Las Olas Boulevard
Suite 980
Fort Lauderdale, FL 33301
(954) 462-6855 Telephone
(954) 462-6899 Facsimile
dblan2155@aol.com

**Co-Counsel for Plaintiffs**
**Susan L. Lawson, Esq.**
230 East Davis Boulevard, Ste. 200
Tampa, FL 33606
(813) 251-8879 Telephone
(813) 251-5786 Facsimile
personalinjurylawyer@earthlink.net

**Richard Bokor, Esq.**
Richard Bokor, P.A.
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000 Telephone
(813) 254-6327 Facsimile
rabokor1@tampabay.rr.com

**Casey Fundaro, Esq.**
P. O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833 Telephone
(954) 252-0901 Facsimile
fundaro@aol.com

**Counsel for: Allstate, Fidelity and Casualty, Continental, Deerbrook**
**David B. Shelton, Esq.**
RUMBERGER, KIRK, CALDWELL
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
P. O. Box 1873
Orlando, FL 32802-1873
(407) 872-7300 Telephone
(407) 841-2133 Facsimile
dshelton@rumberger.com

**Counsel for: Allstate, Fidelity and Casualty, Continental, Deerbrook**
**Peter J. Valeta, Esq.**
ROSS & HARDIES
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619 Telephone
(312) 920-7241 Facsimile
peter.valeta@rosshardies.com

**Counsel for Beech Street and ADP**
**Joseph A. DeMaria, Esq.**
**John M. Quaranta, Esq.**
TEW CARDENAS REBAK
KELLOGG LEHMAN DEMARIA
TAGUE RAYMOND & LEVINE, LLP
Miami Center, 26th Floor
201 South Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1112 Telephone
(305) 536-1116 Facsimile
jad@tewlaw.com
jmq@tewlaw.com

**Counsel for Progressive**
**Francis Anania, Esq.**
**Donald A. Blackwell, Esq.**
ANANIA BANDKLAYDER, et al.
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, FL 33131
(305) 373-4900 Telephone
(305) 373-6914 Facsimile

Counsel for Nationwide
**Katherine C. Lake, Esq.**
FOWLER WHITE, et al.
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411 Telephone
(813) 229-8313 Facsimile
klake@fowlerwhite.com

**William F. Conway, Esq.**
SWARTZ CAMPBELL DETWEILER
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314 Telephone
(215) 299-4301 Facsimile
haggerty@scdlaw.com

Counsel for Florida Farm Bureau
**Greg Bladwin, Esq.**
**Rebecca A. Sack, Esq.**
HOLLAND & KNIGHT, LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500 Telephone
(3050 789-7799 Facsimile

Counsel for Liberty Mutual
**Mark Shapiro, Esq.**
AKERMAN SENTERFITT et al.
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600 Telephone
(305) 374-5095 Facsimile
mshapiro@akerman.com

Counsel for Hartford, Metropolitan, Integon
**Marcy Levine Aldrich, Esq.**
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600 Telephone
(305) 374-5095 Facsimile
maldrich@akerman.com

Counsel for Metropolitan
**Jeffrey P. Lennard, Esq.**
SONNENSCHEIN, NATH & ROSENTHAL
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000 Telephone
(312) 876-7934 Facsimile
jpl@sonnenschein.com

Counsel for Superior
**Alan J. Nisberg, Esq.**
BUTLER PAPPAS WEIHMULLER KATZ CRAIG, L.L.P
3600 Maclay Boulevard
Suite 101
Tampa, FL 32312
(813) 281-1900, ext. 308 Telephone
(813) 281-0900 Facsimile
anisberg@butlerpappas.com

Counsel for Prudential
**Kathy J. Maus, Esq.**
**Lauren D. Levy, Esq.**
BUTLER PAPPAS et al.
3600 Maclay Blvd., Suite 101
Tallahassee, FL 32312
(850) 894-4111 Telephone
(850) 894-4999 Facsimile
kmaus@bbplaw.com
llevy@bbplaw.com

**John D. Aldock, Esq.**
**Michael Isenman, Esq.**
SHEA & GARDNER
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000 Telephone
(202) 828-2195 Facsimile
jaldock@sheagardner.com
misenman@sheagardner.com

Counsel for American International
**Dale L. Friedman, Esq.**
**Brian P. Knight, Esq.**
CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400 Telephone
(954) 967-8577 Facsimile
dfriedman@csglaw.com
bknight@csglaw.com

Co-Counsel for Third-Party Defendant Community Care Network, Inc.
**Richard H. Critchlow, Esq.**
**Robert D. W. Landon, III, Esq.**
KENNY NACHWALTER SEYMOUR ARNOLD CRITCHLOW & SPECTOR, P.A.
201 South Biscayne Boulevard
Suite 1100
Miami, Florida 33131-4327
(305) 373-1000 Telephone
(305) 372-1861 Facsimile
rhc@knsacs.com
rdl@knsacs.com