# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

February 13, 2004

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale  FL  33301

RE: 02-15544-AA    David A. Napoli v. Allstate Insurance Co.
DC DKT NO.:  00-06061 CV-WJZ

Enclosed is a certified copy of an order remanding the referenced appeal for further proceedings. JURISDICTION OF THIS APPEAL IS BEING RETAINED BY THE ELEVENTH CIRCUIT.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Shirley M. Brown (404) 335-6170

Enclosures:

   Volume(s) of Record

   Box(es) of Exhibits

   Envelope(s) of Exhibits

# LIMITED REMAND

CLK-3 (8-2002)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

FEB 1 3 2004

THOMAS K. KAHN
CLERK

02-15544-AA

ULTRA OPEN MRI CORPORATION,
SALVATORE D. LARUSSO, D.C., d.b.a. Family
Chiropractic Center, on behalf of himself and all
others similarly situated,

                                              Plaintiffs-Appellees

                     versus

FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY,
PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

                                              Defendants-Appellants.


02-16054-AA

PAUL ZIDEL,
SALVATORE D. LARUSSO, D.C., d.b.a. Family
Chiropractic Center, on behalf of himself and all
others similarly situated,
ET AL.,

                                              Plaintiffs-Appellees,

                     versus

ALLSTATE INSURANCE COMPANY,

                                              Defendant-Third Party-
                                                Plaintiff-Appellant,

ALLSTATE INDEMNITY COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
ET AL.,

                                              Defendants-Appellants,

COMMUNITY CARE NETWORK, INC.,

                                              Defendant-Third Party-
                                                Defendant-Appellant.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE:   ANDERSON and WILSON, Circuit Judges.

BY THE COURT:

The "Joint Motion for Limited Remand and to Stay Consolidated Appeal" filed by Defendant-Appellant Prudential Property and Casualty Insurance Company and Plaintiffs-Appellees Ultra Open MRI and Walter E. Afield, seeking remand to district court for the limited purpose of obtaining approval of their proposed class action settlement and a stay of these appeals pending the district court's ruling, is GRANTED. Appellant is directed to file monthly reports advising the Court of the status of the proceedings on limited remand. Appellant should dismiss its appeal promptly if the district court approves the settlement terms.

The stay granted by this order is independent of the stays previously granted by the Court on October 31, 2003, and November 25, 2003, which remain in effect.

                                                A True Copy - Attested
                                                Clerk, U.S. Court of Appeals
                                                Eleventh Circuit
                                                By: /s/ Deputy Clerk
                                                Atlanta, Georgia