UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6061-CIV-ZLOCK/SNOW
(Consolidated)

DR. PAUL ZIDEL, on behalf of himself,
and all others similarly situated,

        Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,
et al.,

        Defendants.
_____/

NIGHT BOX FILED
MAR - 5 2004
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## CLAIM OF CHARGING LIEN

    COMES NOW, the law firm of TRIPP SCOTT, P.A. and advises all parties having an interest in this consolidated action and all cases consolidated herein that the Law Offices of A. Casey Fundaro, herewith asserts its Claim of a Charging Lien in this action and states:

    1.    The Law Offices of A. Casey Fundaro has rendered legal services in this class action pursuant to an agreement with the Plaintiff class in The Chiropractic Centre, Inc. v. Metropolitan Casualty Insurance Company (Case No. 01-6783) and The Chiropractic Centre, Inc. v. Superior Insurance Company (Case No. 01-6782).

    2.    In rendering said legal services to the Plaintiff class, the Law Offices of A. Casey Fundaro further rendered legal services to the entire class as consolidated hereunder.

    3.    As of the date of filing this Claim of Charging Lien, the instant action has not yet reached a resolution of all matters pending before the Court.

321130v:1  991478.0001



4.      As of the date of this claim said legal fees are yet to be determined by the court. The Law Offices of A. Casey Fundaro, as legal counsel for the consolidated class, is entitled to an equitable share of the entire legal fees awarded to the consolidated class by the court in this consolidated action.

WHEREFORE, the Law Offices of A. Casey Fundaro asserts this Claim of Charging Lien against the Defendants and against the proceeds of any settlement and/or verdict rendered in this consolidated action and all actions consolidated herein, for the services rendered on behalf of the Plaintiff class.

### Consolidated Cases

KEITH BRICKELL, D.C., individually and
on behalf of himself and others similarly situated,

       Plaintiffs,

v.

PROGRESSIVE EXPRESS INSURANCE
COMPANY, et al.

       Defendants.

00-6649

---

MARC J. BROWNER, D.C., individually and
on behalf of himself and others similarly situated,

       Plaintiffs,

v.

ALLSTATE INDEMNITY COMPANY, et al.

       Defendants.

00-7163

---

SALVATORE D. LARUSSO, D.C, d/b/a
Family Chiropractic Center, on behalf of himself

321130v:1 991478.0001

2

| | |
|---|---|
| and others similarly situated,<br><br>               Plaintiffs,<br>v.<br><br>LIBERTY MUTUAL INSURANCE, et.al.<br><br>               Defendants. | 00-7692 |
| ULTRA OPEN MRI CORPORATION,<br>on behalf of itself and others similarly situated,<br><br>               Plaintiffs,<br>v.<br><br>PROGRESSIVE AMERICAN INSURANCE<br>COMPANY, et. al.<br><br>               Defendants. | 01-6776 |
| ULTRA OPEN MRI CORPORATION,<br>on behalf of itself and others similarly situated,<br><br>               Plaintiffs,<br>v.<br><br>DEERBROOK INSURANCE COMPANY,<br><br>               Defendant. | 01-6777 |
| ULTRA OPEN MRI CORPORATION,<br>on behalf of itself and others similarly situated,<br><br>               Plaintiffs,<br>v.<br><br>PRUDENTIAL PROPERTY & CASUALTY<br>INSURANCE COMPANY,<br><br>               Defendant. | 01-6778 |

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>FIDELITY AND CASUALTY COMPANY OF NEW YORK, et. al.<br><br>　　　　　　Defendants. | 01-6779 |
| ULTRA OPEN MRI CORPORATION, on behalf of itself and others similarly situated,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>INTEGON NATIONAL INSURANCE COMPANY, et. al. | 01-6780 |
| CHIROPRACTIC CENTRE, INC., on behalf of itself and others similarly situated,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>SUPERIOR INSURANCE COMPANY,<br><br>　　　　　　Defendant. | 01-6782 |
| CHIROPRACTIC CENTRE, INC., on behalf of itself and others similarly situated,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>METROPOLITAN CASUALTY COMPANY,<br><br>　　　　　　Defendant. | 01-6783 |

| | |
|---|---|
| SALVATORE D. LARUSSO, D.C. d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of himself and all others similarly situated, | 01-8108 |
| Plaintiffs, | |
| v. | |
| NATIONWIDE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

| | |
|---|---|
| SALVATORE D. LARUSSO, D.C. d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of himself and all others similarly situated, | 01-8110 |
| Plaintiffs, | |
| v. | |
| FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

| | |
|---|---|
| SALVATORE D. LARUSSO, D.C. d/b/a FAMILY CHIROPRACTIC CENTER, on behalf of himself and all others similarly situated, | 01-8111 |
| Plaintiffs, | |
| v. | |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST, | |
| Defendant. | |

| | |
|---|---|
| DR. ANDREW ELLOWITZ, on behalf of himself and all others similarly situated, | 01-8549 |
| Plaintiffs, | |
| v. | |

AMERICAN INTERNATIONAL INSURANCE
COMPANY.

        Defendant.

_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail, this on March 5, 2004 upon all individuals on the attached service list.

        TRIPP SCOTT, P.A.
        Attorneys for Casey Fundaro
        Post Office Box 14245
        Fort Lauderdale, Florida 33302
        Telephone: (954) 525-7500
        Facsimile: (954) 761-8475

        By _____
        Edward R. Curtis
        Florida Bar No. 236845

# MASTER SERVICE LIST
## (Consolidated Case No. 00-6061-Civ-ZLOCH/SNOW)
### (Updated 1/13/03)

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
lee@leeamlaw.com
Suite 401
5550 Glades Road
Boca Raton, FL 33431
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
350 E. Las Olas Blvd., Ste. 980
Ft. Lauderdale, FL 33301
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

Casey Fundaro, Esq.
fundaro@aol.com
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
(954) 462-2833
(954) 462-2835 Facsimile

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

The Kenny Nachwalter Law Firm
Richard Critchlow, Esq.
rcritchlow@knsacs.com
Robert Landon, Esq.
rlandon@knsacs.com
201 S. Biscayne Blvd.
Ste. 1100
Miami, FL 33131-4327
(305) 373-1000
(305) 372-1861 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

Counsel for:
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH &
ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3600 Maclay Blvd., Ste. 101
Tallahassee, FL 32312
(850) 894-4111
(850) 894-4999 Facsimile

SHEA & GARDNER
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile