FILED by ___ D.C.
ELECTRONIC
Jul 9 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO SERVE MEMORANDUM OF LAW IN OPPOSITION
TO CASEY FUNDARO, ESQ.'S OBJECTION TO SETTLEMENT
AND SWORN PETITION FOR ATTORNEYS' FEES**

PLEASE TAKE NOTICE that the Class Plaintiffs, by their undersigned counsel, shall move this Court for the entry of an Order enlarging their time to serve their Memorandum of Law in Opposition to Casey Fundaro, Esq.'s ("Fundaro") Objection to Settlement and Sworn Petition for Attorneys' Fees ("Petition").

1. On June 22, 2004, Fundaro served his Petition.

2. The Petition raises numerous issues relating to Fundaro's purported claim for attorneys' fees.

3. Counsel for the Class Plaintiffs needs additional time to prepare their Memorandum of Law in Opposition to Fundaro's Petition.

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

961/ss

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

4. Counsel for the Class Plaintiffs has contacted counsel for Fundaro who does not object to a two week enlargement of time, until July 23, 2004, for the Class Plaintiffs to serve their Memorandum in Opposition to Fundaro's Petition.

WHEREFORE, the Class Plaintiffs respectfully request that this Court enter an Order enlarging their time to serve their Memorandum of Law in Opposition to Casey Fundaro, Esq.'s Objection to Settlement and Sworn Petition for Attorneys' Fees, together with such other and further relief as this Court may deem just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail on July 9, 2004, upon: all individuals on the attached service list.

Respectfully submitted,

LEE & AMTZIS, P.L.
Co-Counsel for Class Plaintiffs
5550 Glades Road, Suite 401
Boca Raton, FL 33431
(561) 981-9988
(561) 981-9980 Fax

By: _____
ERIC LEE
Florida Bar No. 961299

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

2

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
350 E. Las Olas Blvd., Ste. 980
Ft. Lauderdale, FL 33301
(954) 462-6855
(954) 462-6899 Facsimile

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,
v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

## AGREED ORDER

THIS CAUSE having come before this Court on Plaintiffs' Unopposed Motion for Enlargement of Time to Serve Memorandum of Law in Opposition to Casey Fundaro, Esq.'s Objection to Settlement and Sworn Petition for Attorneys' Fees and the Court having reviewed the Motion, being otherwise duly advised in the premises, and upon agreement of the parties it is thereupon

ORDERED AND ADJUDGED that Class Plaintiffs' Agreed Motion is hereby GRANTED. Class Plaintiffs shall have up to and including July 23, 2004 to serve their Memoranda of Law in Opposition to Casey Fundaro, Esq.'s Objection to Settlement and Sworn Petition for Attorneys' Fees.

DONE AND ORDERED in the Southern District of Florida on _____, 2004.

                                                _____
                                                WILLIAM ZLOCH
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to all counsel of record