UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-ZLOCH



FILED by _____ D.C.

JUL 1 ? 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DR. PAUL ZIDEL, on behalf of
himself and all others
similarly situated,

    Plaintiffs,

vs.                                    **O R D E R**

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Class Plaintiffs' Unopposed Motion For Enlargement Of Time To Serve Memorandum Of Law In Opposition To Casey Fundaro, Esq.'s Objection To Settlement And Sworn Petition For Attorneys' Fees (DE 961). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the Class Plaintiffs' Unopposed Motion For Enlargement Of Time To Serve Memorandum Of Law In Opposition To Casey Fundaro, Esq.'s Objection To Settlement And Sworn Petition For Attorneys' Fees (DE 961) be and the same is hereby **GRANTED** and Class Plaintiffs shall have up to and including



July 23, 2004 in which to file their Memorandum Of Law with the Clerk of the Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___13th___ day of July, 2004.

```
                              _____
                              WILLIAM J. ZLOCH
                              Chief United States District Judge
```

Copies furnished:

All counsel of Record