UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-ZLOCH (Consolidated)

DR. PAUL ZIDEL, on behalf of
himself and all others
similarly situated, et al.,

    Plaintiffs,

vs.                                    **O R D E R**

ALLSTATE INSURANCE COMPANY,
et al.,

    Defendants.
_____/

    THIS MATTER is before the Court upon Plaintiff, Ultra Open MRI Corporation's Motion For Clerk To Reopen And Reassign Case (DE 929). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    The Court notes that the above-styled cause was originally assigned to the late Honorable Wilkie D. Ferguson. On September 28, 2001, Judge Ferguson issued an Order (DE 88 in Case No. 00-7163-Civ-Ferguson) consolidating fifteen (15) cases for discovery purposes, and directing the parties to file pleadings under Case No. 00-6061-Civ-Ferguson. Following lengthy and complex proceedings, which included the above-styled cause being closed and reopened on multiple occasions and numerous appeals, the case was reassigned to this Court pursuant to the Clerk's Notice Of Judicial Officer Reassignment Of A Closed Case (DE 930). Accordingly, the Court finds that the instant Motion (DE 929) is rendered moot insofar as it seeks reassignment.

The Court further notes that the United States Court of Appeals for the Eleventh Circuit issued two Orders Of Limited Remand (DE Nos. 928 and 931) directing the Court to consider proposed settlement agreements. The Court finds that re-opening this case is unnecessary at this time because the above-styled cause is before the Court only upon Orders of Limited Remand requiring specifically articulated action from this Court.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Plaintiff, Ultra Open MRI Corporation's Motion For Clerk To Reopen And Reassign Case (DE 929) be and the same is hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 27th day of July, 2004.

                                                                                    _____
                                                                                    WILLIAM J. ZLOCH
                                                                                    Chief United States District Judge

Copies furnished:

All Counsel Of Record

2