UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-ZLOCH (Consolidated)

DR. PAUL ZIDEL, on behalf of
himself and all others
similarly situated, et al.,

    Plaintiffs,

vs.                                             **O R D E R**

ALLSTATE INSURANCE COMPANY,
et al.,

    Defendants.
_____/

FILED by ____ D.C.
JUL 29 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

    THIS MATTER is before the Court upon Defendants, Beech Street Corporation and ADP Integrated Medical Solutions, Inc.'s Request For Oral Argument (DE 953). The Court has carefully reviewed said Request, the entire court file and is otherwise fully advised in the premises.

    The Court notes that in the instant Request, Defendants, Beech Street Corporation and ADP Integrated Medical Solutions, Inc. state that oral argument is necessary regarding a number of Motions currently pending in the above-styled cause, including Plaintiffs, Keith Brickell and Marc J. Browner and Defendants, Beech Street Corporation and ADP Integrated Medical Solutions, Inc.'s Joint Motion To Approve Stipulation And Settlement Agreement Pursuant To Fed. R. Civ. P. 23(e) And For Voluntary Dismissal Without Prejudice Pursuant To Fed. R. Civ. P. 42(a)(2) (DE 935) and Defendants, Progressive Express Insurance Company, Progressive Consumers Insurance Company, Progressive Bayside Insurance Company Renewed

Motion For Leave To Amend Their Answer And Affirmative Defenses (DE 944).

Accordingly, and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendants, Beech Street Corporation and ADP Integrated Medical Solutions, Inc.'s Request For Oral Argument (DE 953) be and the same is hereby **GRANTED**;

2. Plaintiffs, Keith Brickell and Marc J. Browner and Defendants, Beech Street Corporation and ADP Integrated Medical Solutions, Inc.'s Joint Motion To Approve Stipulation And Settlement Agreement Pursuant To Fed. R. Civ. P. 23(e) And For Voluntary Dismissal Without Prejudice Pursuant To Fed. R. Civ. P. 42(a)(2) (DE 935) and Defendants, Progressive Express Insurance Company, Progressive Consumers Insurance Company, Progressive Bayside Insurance Company Renewed Motion For Leave To Amend Their Answer And Affirmative Defenses (DE 944) be and the same are hereby **SET** for hearing on <u>Wednesday, August 18, 2004</u> at <u>10:00 a.m.</u>, before the Honorable William J. Zloch, in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Each side will have thirty minutes in which to present argument in support of or in opposition to the aforementioned Motions (DE Nos. 935 and 944); and

3. Parties to the above-styled cause having no interest in the disposition of the aforementioned Motions (DE Nos. 935 and 944)

are not required to attend the hearing.

**IT IS FURTHER ORDERED AND ADJUDGED** that the parties shall be prepared to address whether this Court has jurisdiction to rule on the aforementioned Motions (DE Nos. 935 and 944) in light of the ongoing appeals in the above-styled cause.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 29th day of JULY, 2004.

                                                WILLIAM J. ZLOCH
                                                Chief United States District Judge

Copies furnished:

All Counsel Of Record