UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-ZLOCH (Consolidated)

DR. PAUL ZIDEL, on behalf of
himself and all others
similarly situated, et al.,

     Plaintiffs,

vs.                                    **O R D E R**

ALLSTATE INSURANCE COMPANY,
et al.,

     Defendants.
_____/

FILED by _____ D.C.

JUL 2 9 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court upon Plaintiff, Ultra Open MRI Corporation and Defendants, Integon General Insurance Corporation, Integon National Insurance Company, Integon Preferred Insurance Company, Integon Indemnity Corporation, National General Assurance Company, National General Insurance Company, MIC General Insurance Corporation, and Integon Casualty Insurance Company's Joint Motion For Preliminary Approval Of Settlement Agreement (DE 959) and Plaintiffs, Ultra Open MRI Corporation and Walter Afield, M.D. and Defendant, Prudential Property And Casualty Insurance Company's Joint Motion For Preliminary Approval Of Settlement Agreement (DE 962).  The Court has carefully reviewed said Motions, the entire court file and is otherwise fully advised in the premises.

Accordingly, and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    Plaintiff, Ultra Open MRI Corporation and Defendants, Integon General Insurance Corporation, Integon National Insurance

Company, Integon Preferred Insurance Company, Integon Indemnity Corporation, National General Assurance Company, National General Insurance Company, MIC General Insurance Corporation, and Integon Casualty Insurance Company's Joint Motion For Preliminary Approval Of Settlement Agreement (DE 959) and Plaintiffs, Ultra Open MRI Corporation and Walter Afield, M.D. and Defendant, Prudential Property And Casualty Insurance Company's Joint Motion For Preliminary Approval Of Settlement Agreement (DE 962) be and the same are hereby **SET** for hearing on <u>Wednesday, August 18, 2004</u> at <u>11:00 a.m.</u>, before the Honorable William J. Zloch, in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida to consider preliminary approval of the proposed settlements; and

    2.  Parties to the above-styled cause having no interest in the disposition of the aforementioned Motions (DE Nos. 959 and 962) are not required to attend the hearing.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___29__ day of ___JULY___, 2004.


                                    _____
                                    WILLIAM J. ZLOCH
                                    Chief United States District Judge

Copies furnished:

All Counsel Of Record