UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6061-CIV-ZLOCK/SNOW
(Consolidated)

DR. PAUL ZIDEL, on behalf of himself,
and all others similarly situated,

      Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,
et al.,

      Defendants.
_____/

### CASE FUNDARO'S MOTION FOR EXTENSION OF TIME TO RESPOND TO CLASS PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO OBJECTION TO SETTLEMENT AND SWORN PETITION FOR ATTORNEY'S FEES

The undersigned, on behalf of Casey Fundaro, moves this Court for an order extending the time to respond to Class Plaintiffs' Memorandum of Law in Opposition to Objection to Settlement and Sworn Petition for Attorneys Fees and states:

1.    The Class Plaintiffs' served their Memorandum of Law in Opposition on July 23, 2004.

2.    The undersigned, despite due diligence, is unable to complete the response within the time allotted and requires additional time within which to respond.

3.    The undersigned made several attempts to contact counsel for Class Plaintiffs, Eric Lee, and was unable to speak with him to ascertain whether or not he had any objection to this request.

335283v:1 991478.0001

