UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6061-CIV-ZLOCK/SNOW
(Consolidated)

DR. PAUL ZIDEL, on behalf of himself,
and all others similarly situated,

       Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,
et al.,

       Defendants.
_____/



NIGHT BOX FILED
AUG 6 2004
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

### NOTICE OF FILING AFFIDAVIT IN OPPOSITION TO JOINT MOTIONS FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT

The Petitioner, CASEY FUNDARO, by and through his undersigned counsel, hereby files the attached Affidavit of Frank Lanzisera, D.C., in opposition to Plaintiff, Ultra Open MRI Corporation and Defendants, Integon General Insurance Corporation, Integon National Insurance Company, Integon Preferred Insurance Company, Integon Indemnity Corporation, National General Assurance Company, National General Insurance Company, MIC General Insurance Corporation, and Integon Casualty Insurance Company's Joint Motion for Preliminary Approval of Settlement Agreement (DE 959) and Plaintiffs, Ultra Open MRI Corporation and Walter Afield, M.D. and Defendant, Prudential Property and Casualty Insurance Company's, Joint Motion for Preliminary Approval of Settlement Agreement (DE 962) and states:

       1.      Petitioner, Casey Fundaro, objects to approval of the settlement until the

335459v:1 991478.0001



Attorney's fee issue is resolved and until the class representative is satisfied as to Mr. Fundaro's involvement with the administration process.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished, by mail, on August 6, 2004, to all counsel on the attached service list.

        TRIPP SCOTT, PA
        Attorneys for Casey Fundaro
        Post Office Box 14245
        Fort Lauderdale, Florida 33302
        Telephone: (954) 525-7500
        Facsimile: (954) 761-8475

By _____
        Robert A. Scalione
        Florida Bar No. 0195766
For:  Edward R. Curtis
        Florida Bar No. 236845

335459v.1 991478.0001

# SERVICE LIST
## DR. PAUL ZIDEL, et al., v. ALLSTATE INSURANCE COMPANY, et al
### Case No. 00-6061-CIV-Zlock/Snow
### (Consolidated)

Eric Lee, Esquire
Lee & Amtzis, P.L.
5550 Glades Road, Suite 401
Boca Raton, Florida 33431

Arthur S. Gold, Esquire
Gold & Coulson
11 S. LaSalle Street, Suite 2500
Chicago, Illinois 60603

Andrew Garcia, Esquire
Carlin Phillips, Esquire
Phillips & Garcia
13 Ventura Drive
North Darthmouth, MA 02747

Larry Kopelman, Esquire
Douglas Blankman, Esquire
Kopelman & Blankman, P.A.
350 E. Las Olas Blvd., Suite 980
Fort Lauderdale, Florida 33301

Susan L. Lawson, Esquire
230 East Davis Blvd., Suite 200
Tampa, Florida 33606

Richard Bokor, Esquire
Richard Bokor, P.A.
230 East Drive Blvd.
Tampa, Florida 33606

David B. Shelton, Esquire
Rumberger, Kirk & Caldwell
Signature Plaza, Suite 200
Post Office Box 1873
Orlando, Florida 32802

Peter J. Valeta, Esquire
Ross & Hardies
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601

John M. Quaranta, Esquire
Tew, Cardenas
Miami Center, 26th Floor
201 S. Biscayne Blvd.
Miami, Florida 33131

Francis A. Anania, Esquire
Anania, Bandklayder
NationsBank Tower, Suite 4300
100 SE 2nd Street
Miami, Florida 33131

Richard Critchlow, Esquire
Robert Landon, Esquire
The Kenny Nachwalter Law Firm
201 S. Biscayne Blvd., Suite 1100
Miami, Florida 33131

Katherine C. Lake, Esquire
Fowler, White
Post Office Box 1438
Tampa, Florida 33601

James C. Haggerty, Esquire
Swartz Campbell Detweiler
1601 Market Street, 34th Floor
Philadelphia, PA 19103

Robert K. Levenson, Esquire
Greg Baldwin, Esquire
Holland & Knight, LLP
701 Brickell Avenue, Suite 3000
Miami, Florida 33131

Mark Shapiro, Esquire
Akerman, Senterfit
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131

Marcy Levine Aldrich, Esquire
Akerman, Senterfit
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131

Jeffrey P. Lennard, Esquire
Sonnenschein, Nath & Rosenthal
8000 Sears Tower
Chicago, IL 60606

Alan J. Nisberg, Esquire
Butler Burnette Pappas
Bayport Plaza
6200 Courtney Campbell Causeway, Suite 1100
Tampa, Florida 33607

Kathy J. Maus, Esquire
Lauren D. Levy, Esquire
Butler Burnette Pappas
3600 Maclay Blvd., Suite 101
Tallahassee, Florida 32312

John D. Aldock, Esquire
Michael Isenman, Esquire
Shea & Gardner
1800 Massachusetts Avenue, NW
Washington, DC 20036

Dale L. Friedman, Esquire
Brian P. Knight, Esquire
Conroy, Simberg, Ganon, Krevans & Abel, P.A.
3440 Hollywood Boulevard, 2nd Floor
Hollywood, Florida 33021

335459v;1 991478.0001

## AFFIDAVIT

State of Florida
County of Manatee

BEFORE ME, the undersigned authority, personally appeared, FRANK LANZISERA, D.C. who after being duly sworn, deposes and says:

1. I am class representative in the above-referenced matter and in the PPO class action filed against Superior Insurance Company. I make all statements based on personal knowledge.

2. My understanding is that class counsel is seeking formal approval of the settlement against Metropolitan. Although I signed off the general terms of the settlement a very long time ago, I have not been consulted by Lead Counsel except through attorney Casey Fundaro regarding the specific terms of settlement. My understanding is that the settlement documents fail to include Mr. Fundaro. He is not listed as an attorney in administrating the settlement. Furthermore, my understanding is that there is no specific written understanding regarding the entitlement to or amount of attorney's fees owed to Mr. Fundaro.

3. My only contact throughout this litigation with Lead Counsel has been through Mr. Fundaro. Through my individual cases and as a class representative, I have seen Mr. Fundaro spend a tremendous amount of time benefiting the entire consolidated class with the results we obtained on my individual cases. At all times in all of my PPO cases, including cases against Progressive and others, all of my cases were litigated always considering the

interest of the consolidated class first and foremost. My personal interests were secondary, as I wanted the PPO reduction practice to stop.

4. I formally object to approval of any settlement until I am satisfied regarding Mr. Fundaro's involvement with the settlement process. As important, I formally object to approval of the settlement until I am assured that Mr. Fundaro is adequately compensated for the tremendous amount of work performed on behalf of the Metropolitan class and all other insurer classes consolidated for purposes of this litigation.

5. Further affiant sayeth naught.

_____
Frank Lanzisera, D.C.

SWORN TO AND SUBSCRIBED before me on this ___ day of _____, 2004.

_____
Notary

MARI L. SCITURRO
MY COMMISSION # DD 152915
EXPIRES: September 24, 2006
Bonded Thru Notary Public Underwriters