# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 05, 2004

FILED by _____ D.C.
AUG - 9 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

**Appeal Number: 02-15544-AA**
Case Style: David A. Napoli v. Allstate Insurance Co.
District Court Number: 00-06061 CV-WJZ

Enclosed is a certified copy of an order remanding the referenced appeal for further proceedings. JURISDICTION OF THIS APPEAL IS BEING RETAINED BY THE ELEVENTH CIRCUIT.

This case will be held in abeyance and monitored in the Eleventh Circuit pending disposition of remand proceedings in your court.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Shirley Brown/jt/ (404) 335-6170

Enclosures:

  Volume(s) of Record

  Box(es) of Exhibits

  Envelope(s) of Exhibits

# LIMITED REMAND

CLK-3 (3-2004)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

02-15544-AA



ULTRA OPEN MRI CORPORATION,
SALVATORE D. LARUSSO, D.C., d.b.a. Family
Chiropractic Center, on behalf of himself and all
others similarly situated,

Plaintiffs-Appellees,

versus

FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY,
PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

Defendants-Appellants.

02-16054-AA

PAUL ZIDEL,
SALVATORE D. LARUSSO, D.C., d.b.a. Family
Chiropractic Center, on behalf of himself and all
others similarly situated,
ET AL.,

Plaintiffs-Appellees,

versus

ALLSTATE INSURANCE COMPANY,

                                        Defendant-Third Party-
                                        Plaintiff-Appellant,

ALLSTATE INDEMNITY COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
ET AL.,

                                        Defendants-Appellants,

COMMUNITY CARE NETWORK, INC.,

                                        Defendant-Third Party-
                                        Defendant-Appellant.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE:   BARKETT and WILSON, Circuit Judges.

BY THE COURT:

     The "Joint Motion for Limited Remand and to Stay Consolidated Appeal" filed by Defendant-Appellant Liberty Mutual Insurance Company and Plaintiff-Appellee Salvatore D. LaRusso, D.C., d/b/a Family Chiropractic Center, seeking remand to district court for the limited purpose of obtaining approval of their proposed class action settlement and a stay of these appeals pending the district court's ruling, is

GRANTED. Appellant is directed to file monthly reports advising the Court of the status of the proceedings on limited remand. Appellant should dismiss its appeal promptly if the district court approves the settlement terms.

The stay granted by this order is independent of the stays previously granted by the Court on October 31, 2003, November 25, 2003, and February 13, 2004, which remain in effect.

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: Jennifer Tubbs
Deputy Clerk
Atlanta, Georgia