UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6061-CIV-ZLOCH

DR. PAUL ZIDEL, on behalf of
himself and all others
similarly situated,

      Plaintiffs,

vs.                                               **O R D E R**

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

      Defendants.
_____/

    THIS MATTER is before the Court upon Casey Fundaro's Motion For Extension Of Time To Respond To Class Plaintiff's Memorandum Of Law In Opposition To Settlement And Sworn Petition For Attorneys' Fees (DE 968). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Casey Fundaro's Motion For Extension Of Time To Respond To Class Plaintiff's Memorandum Of Law In Opposition To Settlement And Sworn Petition For Attorneys' Fees (DE 968) be and the same is hereby **GRANTED** and Casey Fundaro shall have up to and including August 13, 2004 in which to file his response with the Clerk of the Court.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _11th_ day of August, 2004.

                                              _/s/ William J. Zloch_
                                              WILLIAM J. ZLOCH
                                              Chief United States District Judge

Copies furnished:
All counsel of Record

