UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CONSOLIDATED CASE NO.: 00-6061-CIV-ZLOCH

DR. PAUL ZIDEL, on behalf of himself
and all others similarly situated,

    Plaintiffs,
vs.

ALLSTATE INSURANCE COMPANY,
et al.,

    Defendants      /

KEITH BRICKELL, D.C., individually and     Case No. 00-6649-CIV-ZLOCH
on behalf of all others similarly situated,

    Plaintiffs,

vs.

PROGRESSIVE EXPRESS INSURANCE,
et al.,

    Defendants.
_____/

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that undersigned counsel for Defendants, BEECH STREET CORPORATION, INC., have changed their address, effective July 12, 2004 as follows:

TEW CARDENAS LLP
Four Seasons Tower
15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407





TEW CARDENAS LLP
Four Seasons Tower, 15th Floor, 1441 Brickell Avenue, Miami, Florida 33131-3407 • 305-536-1112

CASE NO. 00-6649-CIV-ZLOCH

Respectfully submitted,

**TEW CARDENAS L.L.P.**
Co-Counsel for Defendants
Four Seasons Tower, Fourteenth Floor
1441 Brickell Avenue, 14th Floor
Miami, Florida 33131-4336
Telephone: 305-536-1112
Facsimile: 305-536-1116

By: _____
Joseph A. DeMaria, Esq.
Florid Bar No. 764711

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served via facsimile and U.S. Mail this ___ day of August, 2004 on all counsel listed on the attached Service List.

_____
Joseph A. DeMaria, Esq.

2

## SERVICE LIST
## DR. PAUL ZIDEL, et al., v. ALLSTATE INSURANCE COMPANY, et al
### Case No. 00-6061-CIV-Zlock/Snow
### (Consolidated)

Eric Lee, Esquire
Lee & Amtzis, P.L.
5550 Glades Road, Suite 401
Boca Raton, Florida 33431

Arthur S. Gold, Esquire
Gold & Coulson
11 S. LaSalle Street, Suite 2500
Chicago, Illinois 60603

Andrew Garcia, Esquire
Carlin Phillips, Esquire
Phillips & Garcia
13 Ventura Drive
North Darthmouth, MA 02747

Larry Kopelman, Esquire
Douglas Blankman, Esquire
Kopelman & Blankman, P.A.
350 E. Las Olas Blvd., Suite 980
Fort Lauderdale, Florida 33301

Susan L. Lawson, Esquire
230 East Davis Blvd., Suite 200
Tampa, Florida 33606

Richard Bokor, Esquire
Richard Bokor, P.A.
230 East Drive Blvd.
Tampa, Florida 33606

David B. Shelton, Esquire
Rumberger, Kirk & Caldwell
Signature Plaza, Suite 200
Post Office Box 1873
Orlando, Florida 32802

Peter J. Valeta, Esquire
Ross & Hardies
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601

Francis A. Anania, Esquire
Anania, Bandklayder
NationsBank Tower, Suite 4300
100 SE 2nd Street
Miami, Florida 33131

Richard Critchlow, Esquire
Robert Landon, Esquire
The Kenny Nachwalter Law Firm
201 S. Biscayne Blvd., Suite 1100
Miami, Florida 33131

Katherine C. Lake, Esquire
Fowler, White
Post Office Box 1438
Tampa, Florida 33601

James C. Haggerty, Esquire
Swartz Campbell Detweiler
1601 Market Street, 34th Floor
Philadelphia, PA 19103

Robert K. Levenson, Esquire
Greg Baldwin, Esquire
Holland & Knight, LLP
701 Brickell Avenue, Suite 3000
Miami, Florida 33131

Mark Shapiro, Esquire
Akerman, Senterfit
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131

Marcy Levine Aldrich, Esquire
Akerman, Senterfit
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131

Jeffrey P. Lennard, Esquire

Sonnenschein, Nath & Rosenthal
8000 Sears Tower
Chicago, IL 60606

Alan J. Nisberg, Esquire
Butler Burnette Pappas
Bayport Plaza
6200 Courtney Campbell Causeway, Suite 1100
Tampa, Florida 33607

Kathy J. Maus, Esquire
Lauren D. Levy, Esquire
Butler Burnette Pappas
3600 Maclay Blvd., Suite 101
Tallahassee, Florida 32312

John D. Aldock, Esquire
Michael Isenman, Esquire
Shea & Gardner
1800 Massachusetts Avenue, NW
Washington, DC 20036

Dale L. Friedman, Esquire
Brian P. Knight, Esquire
Conroy, Simberg, Ganon, Krevans & Abel, P.A.
3440 Hollywood Boulevard, 2nd Floor
Hollywood, Florida 33021