Aug 16 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CONSOLIDATED CASE NO.: 00-6061-CIV-ZLOCH

DR. PAUL ZIDEL, on behalf of himself
and all others similarly situated,

        Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,
et al.,

        Defendants.                    /

KEITH BRICKELL, D.C., individually and         Case No. 00-6649-CIV-ZLOCH
on behalf of all others similarly situated,

        Plaintiffs,

vs.

PROGRESSIVE EXPRESS INSURANCE,
et al.,

        Defendants.                    /

**DEFENDANTS BEECH STREET CORPORATION AND
ADP INTEGRATED MEDICAL SOLUTIONS, INC.'S,
RESPONSE TO THE COURT'S JURISDICTIONAL
QUESTION RAISED IN THE JULY 29, 2004, ORDER SCHEDULING ARGUMENT**

On July 29, 2004, the Court entered an Order granting Defendants Beech Street and ADP Integrated Medical Solutions, Inc.'s, Request for Oral Argument in connection with the Settling Parties Joint Motion to Approve Stipulation and Settlement Agreement Pursuant to Fed. R. Civ. P. 23 (e) and For Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41 (a)(2) [D.E. 935](hereinafter "Joint Motion"). In that Order, the Court further ordered:

    ... that the parties shall be prepared to address whether this Court has jurisdiction to

CASE No. 00-6061 CIV-ZLOCH

rule on the aforementioned Motions (DE Nos. 935 and 944[1]) in light of the ongoing appeals in the above styled cause.

In anticipation of the discussion concerning the question of this Court's jurisdiction to be held at the hearing scheduled before this Court on Wednesday, August 18, 2004, at 10:00 am, Beech Street and ADP respectfully submit that this Court possesses jurisdiction to grant the Joint Motion.[2]

This consolidated case includes separate claims by various Plaintiffs against various Defendants. Some of the Defendants filed motions to compel arbitration of this dispute - Beech Street and ADP did not seek to compel arbitration and rather chose to litigate this case in this Court. On September 30, 2002 (D.E. No. 854) and October 28, 2002 (D.E. No. 881), this Court resolved all motions to compel arbitration, granting some and denying some. Thereafter, appeals were taken of those Orders: (Docket Entry Nos. 858, 861, 883, 884, 885, 888, 889, 890, 891, 892, 893, 894, 895, 896, 909 and 910.) Each of these appeals were filed pursuant to the provisions of 9 U.S.C. §16. None of these appeals involve Beech Street or ADP.

Beech Street and ADP respectfully submit that none of these appeals divest this Court of jurisdiction to resolve the Joint Motion. When a notice of appeal is filed, the widely accepted rule

---

[1] D.E. 944 is Progressive's Renewed Motion with Memorandum in Support for Leave to Amend Answer and Affirmative Defenses.

[2] The Progressive Defendants initially raised an objection to the Joint Motion in their collective Motions for Leave to Amend Answer and Affirmative Defenses (D.E. Nos. 811, 943, 944 and 945). Subsequently, the Progressive Defendants agreed to withdraw their objections and undersigned counsel and counsel for the Progressive Defendants are presently filing with this Court a Joint Motion for Leave to Withdraw, Without Prejudice, the Progressive Defendants Motion for Leave to Amend, Renewed Motion for Leave to Amend and Memorandum in Opposition to Joint Motion to Approve Stipulation and Settlement Agreement. Therefore, the Court will not need to resolve D.E. 944 on the merits.

-2-

CASE No. 00-6061 CIV-ZLOCH

is that a District Court retains jurisdiction to act in three circumstances: (1) **when a matter is not related to the issues involved in the appeal**; (2) when the order appealed is not appealable or is clearly frivolous; and (3) when a district court's action would aid in the appeal. *Bryant v. Smith*, 175 B.R. 9, 11-12 (W.D.Va., 1994)(emphasis added); *see also Green Leaf Nursery v. E.I. Dupont De Nemours and Company*, 341 F. 3d 1292, 1309 (11th Cir. 2003)("The district court has authority to proceed forward with portions of the case not related to the claims on appeal."); *Derringer v. Chapel*, 2004 WL 766727 (10th Cir. 2004); *Barnstead Broadcasting Corporation v. Offshore Broadcasting Corporation*, 869 (D.D.C., 1994); *Bradford-Scott Data Corporation, Inc., v. Physician Computer Networks, Inc.*, 128 F. 3d 504, 506-7 (7th Cir. 1997).[3]

As Beech Street and ADP are not parties to any of the appeals and as this Court's approval of the Joint Motion will not interfere with those appeals and will not prejudice the rights of any of the parties to those appeals, Defendants respectfully submit that this Court should entertain the Joint Motion on the merits.[4]

---

[3] In *Bradford-Scott*, the Seventh Circuit was presented with the question of whether a district court could proceed with discovery in a multi-party action against defendants who did not file a notice of appeal, while the appeals of other defendants pursuant to 9 U.S.C. § 16(a)(1)(A), were still pending. The Court of Appeals held that the District Judge had the discretion to permit the case to proceed against non-appealing defendants as long as the rights of the defendants appealing the denial of their motion to compel were not adversely affected.

[4] As the Court is aware, some of the Defendants who filed appeals of the Orders denying their motions to compel, subsequently reached settlements with Plaintiffs. Because those parties had cases on appeal to the Eleventh Circuit, Joint Motions were filed with the Court of Appeals for a limited remand to this Court for the purpose of approving the settlements. *See e.g.* D.E. 956. Since Plaintiffs and Defendants Beech Street and ADP are not parties to any appeal in the Eleventh Circuit, these Defendants cannot seek a similar remand of jurisdiction; this is the only Court that possesses jurisdiction over Beech Street and ADP in this matter.

-3-

CASE No. 6061-CIV-ZLOCH

Respectfully submitted,

**TEW CARDENAS, LLP**
Four Seasons Tower
15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407
Telephone: (305) 536-1112
Facsimile: (305) 536-1116


By: **S/JOSEPH A. DeMARIA**
Joseph A. DeMaria, Esq.
Florida Bar No. 764711
Spencer Tew, Esq.
Florida Bar No. 0537071


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by facsimile and U.S. Mail on the counsel on the attached service list on this **16th** day of August, 2004.

**S/JOSEPH A. DeMARIA**
Counsel


@PFDesktop\::ODMA/MHODMA/MIAMI;414749;1

-4-

# MASTER SERVICE LIST
## (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)

**Co-Counsel for Plaintiffs**
ATLAS PEARLMAN, P.A.
Jan Douglas Atlas, Esq.
atlas@atlaslaw.com
Eric Lee, Esq.
lee@atlaslaw.com
Robin Corwin Campbell, Esq.
campbell@atlaslaw.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

**Co-Counsel for Plaintiffs**
GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

**Co-Counsel for Plaintiffs**
PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphilips@gpandg.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

**Co-Counsel for Plaintiffs**
KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
Bank of America Tower
One Financial Plaza
Suite 1611
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**
Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

**Co-Counsel for Plaintiffs**
RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

**Co-Counsel for Plaintiffs**
Casey Fundaro, Esq.
fundaro@aol.com
1100 5th Avenue S., Suite 201
Naples, FL 34102-6407
(941) 435-7995
(941) 435-1269 Facsimile

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

ROSS & HARDIES
Peter J. Valeta, Esq.
peter.valeta@rosshardies.com
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 750-3619
(312) 920-7241 Facsimile

TEW CARDENAS LLP
Four Seasons Tower, 15th Floor, 1441 Brickell Avenue, Miami, Florida 33131-3407 • 305-536-1112

**Counsel for Beech Street and ADP**
TEW, CARDENAS REBAK KELLOGG
LEHMAN DEMARIA TAGUE
RAYMOND & LEVINE, L.L.P.
Thomas Tew, Esquire
(305) 539-2106
tt@tewlaw.com
Joseph A. DeMaria, Esquire
(305) 539-2440
jad@tewlaw.com
John M. Quaranta, Esquire
jmq@tewlac.com
(305)536-8432
Miami Center, 26th Floor
201 S. Biscayne Boulevard
Miami, Florida 33131-4336
(305) 536-1116 Facsimile

**Counsel for Progressive**
ANANIA, BANDKLAYDER, et al.
Francis Anania, Esquire
fanania@anania-law.com
Donald A. Blackwell, Esquire
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**
MCQUIRE, WOODS, et al.
William W. Deem, Esquire
wdeem@mcguirewoods.com
William E. Adams, Esquire
badams@mcguirewoods.com
Curt Caywood, Esquire
ccaywood@mcguirewoods.com
3300 Bank of America Tower
50 N. Laura Street
Jacksonville, Florida  32202
(904)798-3200
(904)798-3207 Facsimile

**Counsel for Nationwide**
FOWLER, WHITE
Katherine C. Lake, Esquire
klake@fowlerwhite.com
Bruce A. Aebel, Esquire
baebel@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813)228-7411
(813)229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esquire
haggerty@scdlaw.com
1601 Market Street, 34th Floor
Philadelphia, Pennsylvania 19103-2316
(215)299-4314
(215)299-4301 Facsimile

**Counsel for Florida Farm Bureau**
HOLLAND & KNIGHT, LLP
Gregory A. Baldwin, Esquire
gbaldwin@hklaw.com
Robert K. Levenson, Esquire
rlevenson@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305)374-8500
(305)789-7799 Facsimile

**Counsel for Liberty Mutual**
AKERMAN, SENTERFITT et al.
Mark Shapiro, Esquire
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, Florida 33131
(305)374-5600
(305)374-5095 Facsimile

**Counsel for Hartford, Metropolitan, Integon**
AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor

One Southeast Third Avenue
Miami, Florida 33131
(305)374-5600/(305)374-5095 Facsimile

**Counsel for Prudential**
SHEA & GARDNER
John D. Aldock, Esquire
jaldock@sheagardner.com
(202) 828-2140
Richard M. Wyner, Esquire
Rwyner@sheagardner.com
(202) 828-2188
Jeffrey M. Klein, Esquire
jklein@sheagardner.com
(202) 828-4301
M. David Dobbins, Esquire
ddobbins@sheagardner.com
(202) 828-2184
1800 Massachusetts Avenue, N.W.
Washington, District of Columbia 20036
202-828-2000
202-828-2195 (Facsimile)


BUTLER BURNETTE PAPPAS
Kathy Johnson Maus
Kmaus@bbplaw.com
Eric Zivitz
Ezivitz@bbplaw.com
3520 Thomasville Road
Suite 102
Tallahassee, Florida  32308.3469
850.894.4111
850.894.4999 (Facsimile)

**Counsel for Superior**
BUTLER BURNETT PAPPAS
Alan J. Nisberg, Esquire
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, Florida 33607
(813) 281-1900
(813) 281-0900 Facsimile


@PFDesktop\::ODMA/MHODMA/MIAMI;414828;1