FILED BY:_____D.C.

2004 AUG 17 PM 1: 04

CLERK .... DIST. CT.
S.D. OF FL.-FTL.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH

DR PAUL ZIDEL, on behalf of himself and
others similarly situated,

       Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

       Defendant/Third Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

       Third Party Defendant.

_____

KEITH BRICKELL, D.C., individually and on
behalf of all others similarly situated,

       Plaintiff,

vs.

PROGRESSIVE EXPRESS INSURANCE
COMPANY, PROGRESSIVE CONSUMERS
INSURANCE COMPANY, PROGRESSIVE
BAYSIDE INSURANCE COMPANY, BEECH
STREET CORPORATION, and ADP
INTEGRATED MEDICAL SOLUTIONS, INC.,

       Defendants.

_____/

Case No. 00-6649-CIV-ZLOCH

**JOINT MOTION FOR LEAVE TO WITHDRAW, WITHOUT PREJUDICE, THE
PROGRESSIVE DEFENDANTS' MOTION FOR LEAVE TO AMEND, RENEWED
MOTION FOR LEAVE TO AMEND, AND MEMORANDUM IN OPPOSITION TO
JOINT MOTION TO APPROVE STIPULATION AND SETTLEMENT AGREEMENT**

The Defendants, PROGRESSIVE EXPRESS INSURANCE COMPANY, PROGRESSIVE

CONSUMERS INSURANCE COMPANY, and PROGRESSIVE BAYSIDE INSURANCE

COMPANY (collectively "PROGRESSIVE DEFENDANTS"), and the Defendant, BEECH



Case No. 00-6061-CIV-ZLOCH
Page 2

STREET CORPORATION ("BEECH STREET"), jointly move this Court for the entry of an Order

granting the PROGRESSIVE DEFENDANTS leave to withdraw, **without prejudice**, the following

Motions and Memorandum in the above-styled cause:

       1.      THE PROGRESSIVE DEFENDANTS' July 24, 2002 Motion for Leave to Amend

Answer and Affirmative Defenses to Assert a Cross-Claim Against Beech Street.

       2.      THE PROGRESSIVE DEFENDANTS' January 20, 2004 Renewed Motion for Leave

to Amend Answer and Affirmative Defenses to Assert a Cross-Claim Against Beech Street.

       3.      THE PROGRESSIVE DEFENDANTS' January 27, 2004 Memorandum of Law in

Opposition to Joint Motion to Approve Stipulation and Settlement Agreement.


Anania, Bandklayder, Blackwell,
Baumgarten, Torricella & Stein
Attorneys for Third Party Plaintiffs
Bank of America Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900 - Telephone
(305) 373-6914 - Facsimile

By: _____
     Francis A. Anania
     Florida Bar No. 160256
     Donald A. Blackwell
     Florida Bar No. 370967

Tew Cardenas LLP
Attorneys for BEECH STREET
1441 Brickell Avenue
15th Floor
Miami, FL 33131-3407
(305) 536-1112 - Telephone
(305) 536-1116 - Facsimile

By: _____
     Joseph A. DeMaria
     Florida Bar No. 764711

Case No. 00-6061-CIV-ZLOCH
Page 3

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent by first class mail to all counsel on the attached service list this _17_ day of August, 2004.

ANANIA, BANDKLAYDER, BLACKWELL,
BAUMGARTEN, TORRICELLA & STEIN
Attorneys for PROGRESSIVE Defendants
Bank of America Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900 - Telephone
(305) 373-6914 - Facsimile

By: _____
        Francis A. Anania
        fanania@anania-law.com
        Florida Bar No. 160256
        Donald A. Blackwell
        dblackwell@anania-law.com
        Florida Bar No. 370967

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH

DR PAUL ZIDEL, on behalf of himself and
others similarly situated,

       Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

       Defendant/Third Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

       Third Party Defendant.

_____

KEITH BRICKELL, D.C., individually and on
behalf of all others similarly situated,

       Plaintiff,

vs.

PROGRESSIVE EXPRESS INSURANCE
COMPANY, PROGRESSIVE CONSUMERS
INSURANCE COMPANY, PROGRESSIVE
BAYSIDE INSURANCE COMPANY, BEECH
STREET CORPORATION, and ADP
INTEGRATED MEDICAL SOLUTIONS, INC.,

       Defendants.

_____/

Case No. 00-6649-CIV-ZLOCH

**ORDER GRANTING JOINT MOTION FOR LEAVE TO WITHDRAW, WITHOUT
PREJUDICE, THE PROGRESSIVE DEFENDANTS' MOTION FOR LEAVE TO
AMEND, RENEWED MOTION FOR LEAVE TO AMEND, AND MEMORANDUM IN
OPPOSITION TO JOINT MOTION TO APPROVE STIPULATION AND
SETTLEMENT AGREEMENT**

THIS MATTER came before the Court upon the "Joint Motion for Leave to Withdraw,

Without Prejudice, the Progressive Defendants' Motion for Leave to Amend, Renewed Motion for

Leave to Amend, and Memorandum in Opposition to Joint Motion to Approve Stipulation and

Case No. 00-6061-CIV-ZLOCH
Page 2

Settlement Agreement" filed herein by the Defendants, PROGRESSIVE EXPRESS INSURANCE
COMPANY, PROGRESSIVE CONSUMERS INSURANCE COMPANY, and PROGRESSIVE
BAYSIDE INSURANCE COMPANY (collectively "PROGRESSIVE DEFENDANTS"), and their
co-Defendant, BEECH STREET CORPORATION ("BEECH STREET"), and the Court, having
reviewed that Motion, having been advised of the agreement of counsel, and being otherwise duly
advised in the premises, it is hereby

     CONSIDERED, ORDERED and ADJUDGED as follows:

     The parties' Joint Motion for Leave to Withdraw, Without Prejudice, the Progressive
Defendants' Motion for Leave to Amend, Renewed Motion for Leave to Amend, and Memorandum
in Opposition to Joint Motion to Approve Stipulation and Settlement Agreement be and the same
is hereby **GRANTED**.

     The following Motions and Memorandum be and the same are hereby deemed
WITHDRAWN, WITHOUT PREJUDICE:

    1.    THE PROGRESSIVE DEFENDANTS' July 24, 2002 Motion for Leave to Amend
Answer and Affirmative Defenses to Assert a Cross-Claim Against Beech Street.

    2.    THE PROGRESSIVE DEFENDANTS' January 20, 2004 Renewed Motion for Leave
to Amend Answer and Affirmative Defenses to Assert a Cross-Claim Against Beech Street.

    3.    THE PROGRESSIVE DEFENDANTS' January 27, 2004 Memorandum of Law in
Opposition to Joint Motion to Approve Stipulation and Settlement Agreement.

     **DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this
_____ day of _____, 2004.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies Furnished to:
All Counsel of Record

## MASTER SERVICE LIST
### Consolidated Case No. 00-6061-Civ-ZLOCH/SNOW
### (Updated 08/17/04)

Eric Lee, Esq.
**Co-Lead Counsel for Plaintiffs**
LEE & AMTZIS, P.I.
5550 Glades Road, Suite 401
Boca Raton, Florida 33431
Tele:   561-981-9988
Fax:    561-981-9980
E-mail:        lee@leeamlaw.com

Arthur S. Gold, Esq.
**Co-Lead Counsel for Plaintiffs**
GOLD & COULSON
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
Tele:   312-372-0777
Fax:    312-372-0778
E-mail:        asg@gcjustice.com

Andrew Garcia, Esq.
Carlin Phillips, Esq.
**Co-Lead Counsel for Plaintiffs**
PHILLIPS & GARCIA
13 Ventura Drive
North Darthmouth, MA 02747
Tele:   508-998-0800
Fax:    508-998-0919
E-mail:        agarcia@phillipsgarcia.com
               cphillips@phillipsgarcia.com

Larry Kopelman, Esq.
Douglas Blankman, Esq.
**Co-Lead Counsel for Plaintiffs**
KOPELMAN & BLANKMAN, P.A.
350 East Las Olas Boulevard, Suite 980
Fort Lauderdale, Florida 33301
Tele:   954-462-6855
Fax:    954-462-6899
E-mail:        lmk@kopelblank.com
               dab@kopelblank.com

Susan L. Lawson, Esq.
**Co-Counsel for Plaintiffs**
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
Tele:   813-251-8879
Fax:    813-251-5786
E-mail:        personalinjurylawyer@earthlink.net

Richard Bokor, Esq.
**Co-Counsel for Plaintiffs**
RICHARD BOKOR, P.A.
230 East Davis Boulevard
Tampa, FL 33606
Tele:   813-251-1000
Fax:    813-254-6327
E-mail:        richard@bokorlaw.com

Consolidated Case No. 00-6061-Civ-ZLOCH/SNOW
Page 2

Casey Fundaro, Esq.
**Co-Counsel for Plaintiffs**
P.O. Box 7420
Fort Lauderdale, FL 33338-7420
Tele:   954-252-6666
Fax:    954-252-0901
E-mail:        fundaro@aol.com

David B. Shelton, Esq.
**Counsel for Allstate, Fidelity and**
**Casualty, Continental, Deerbrook**
RUMBERGER, KIRK & CALDWELL
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, FL 32802-1873
Tele:   407-872-7300
Fax:    407-841-2133
E-mail:        dshelton@rumberger.com

Peter J. Valeta, Esq.
**Counsel for Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**
ROSS & HARDIES
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
Tele:   312-750-3619
Fax:    312-920-7241
E-mail:        peter.valeta@rosshardies.com

Joseph DeMaria, Esq.
**Counsel for Beech Street and ADP**
TEW, CARDENAS LLP
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407
Tele:   305-539-2495
Fax:    305-536-1116
E-mail:        jmq@tewlaw.com

Francis Anania, Esq.
Donald A. Blackwell, Esq.
**Counsel for Progressive**
ANANIA, BANDKLAYDER, et al.
NationsBank Tower, Suite 4300
100 S.E. Second Street
Miami, Florida 33131
Tele:   305-373-4900
Fax:    305-373-6914
E-mail:        fanania@anania-law.com
               dblackwell@anania-law.com

William W. Deem, Esq.
**Counsel for CCN**
McGuire Woods LLP
3300 Bank of America Tower
50 North Laura Street
Jacksonville, Florida 32202
Tele:   904-798-3200
Fax:    904-798-3207
E-mail:        wdeem@mcguirewoods.com

Consolidated Case No. 00-6061-Civ-ZLOCH/SNOW
Page 3

Katherine C. Lake, Esq.
**Counsel for Nationwide**
FOWLER, WHITE, et al.
Post Office Box 1438
Tampa, FL 33601
Tele:   813-228-7411
Fax:    813-229-8313
E-mail:       klake@fowlerwhite.com

James C. Haggerty, Esq.
**Counsel for Nationwide**
SWARTZ, CAMPBELL & DETWEILER
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316
Tele:   215-299-4314
Fax:    215-299-4301
E-mail:       haggerty@scdlaw.com

Gregory A. Baldwin, Esq.
Robert K. Levenson, Esq.
**Counsel for Florida Farm Bureau**
HOLLAND & KNIGHT, LLP
701 Brickell Avenue, Suite 3000
Miami, Florida 33131
Tele:   305-374-8500
Fax:    305-789-7799
E-mail:       rlevenson@hklaw.com
              gbaldwin@hklaw.com

Mark Shapiro, Esq.
**Counsel for Liberty Mutual**
AKERMAN, SENTERFITT, et al.
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131
Tele:   305-374-5600
Fax:    305-374-5095
E-mail:       mshapiro@akerman.com

Marcy Levine Aldrich, Esq.
**Counsel for Hartford, Metropolitan, Integon**
AKERMAN, SENTERFITT, et al
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131
Tele:   305-374-5600
Fax:    305-374-5095
E-mail:       maldrich@akerman.com

Jeffrey P. Lennard, Esq.
**Counsel for Metropolitan**
SONNENSCHEIN, NATH & ROSENTHAL
8000 Sears Tower
Chicago, IL 60606
Tele:   312-876-8000
Fax:    312-876-7934
E-mail:       jpl@sonnenschein.com

Consolidated Case No. 00-6061-Civ-ZLOCH/SNOW
Page 4

Kathy J. Maus, Esq.
Lauren D. Levy, Esq.
**Counsel for Prudential**
BUTLER BURNETTE PAPPAS
3600 Maclay Boulevard, Suite 101
Tallahassee, FL 32312
Tele:   850-894-4111
Fax:    850-894-4999
E-mail:        kmaus@bbplaw.com
               llevy@bbplaw.com

John D. Aldock, Esq.
Michael Isenman, Esq.
**Counsel for Prudential**
SHEA & GARDNER
1800 Massachusetts Avenue, N.W.
Washington, DC 20036
Tele:   202-828-2000
Fax:    202-828-2195
E-mail:        jaldock@sheagardner.com
               Misenman@sheagardner.com

Alan J. Nisberg, Esq.
**Counsel for Superior**
BUTLER BURNETTE PAPPAS
Bayport Plaza, Suite 1100
6200 Courtney Campbell Causeway
Tampa, FL 33607
Tele:   813-281-1900
Fax:    813-281-0900
E-mail:        anisberg@bbplaw.com

Dale L. Friedman, Esq.
Brian P. Knight, Esq.
**Counsel for American International**
CONROY, SIMBERG, GANNON,
KREVANS & ABEL, P.A.
3440 Hollywood Boulevard, 2nd Floor
Hollywood, FL 33021
Tele:   954-961-1400
Fax:    954-967-8577
E-mail:        dfriedman@csglaw.com