CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE WILLIAM J. ZLOCH


FILED by _____ D.C.
AUG 18 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO. 00-6061-CIV-ZLOCH   DATE 8/18/04

COURTROOM CLERK Seamus Flaherty   COURT REPORTER Carl Schanzleh

Dr. Paul Zidel, et al.   vs   Allstate Insurance Company, et al.
[spec. Brickell, Brauner]        [spec. Beech St., TOP, Progressive, Allstate]

COUNSEL Eric Lee, Arthur Gold   COUNSEL Joseph A. DeMaria,
                                Donald Blackwell, David Shelton

REASON FOR HEARING Hearing on Joint Motion To Approve Stipulation And Settlement Agreement AND For Voluntary Dismissal Without Prejudice (DE 935)

RESULT OF HEARING

① Joint Motion To Approve and For Voluntary Dismissal (935) - Granted

② Defendants' Joint Motion For Leave To Withdraw Without Prejudice, Progressive Defendants' Motion For Leave To Amend, Renewed Motion For Leave To Amend, and Memorandum In Opposition (File Stamp of Clerk - August 17, 2004) - Granted

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC Court will enter separate Orders

977
ch