CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
AUG 18 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE WILLIAM J. ZLOCH

CASE NO. 00-6061-CIV-ZLOCH   DATE 8/18/04
COURTROOM CLERK Seamus Flaherty   COURT REPORTER Carl Schanzleh

Dr. Paul Zidel, et al.,   vs   Allstate Insurance Company, et al.
(Spec. Ultra Open MRI and Salvatore Larusso)   (Spec. Integon Defs, Prudential, Liberty Mutual)
COUNSEL Eric Lee, Arthur Gold   COUNSEL Marcy Aldrich, Michael Isenman, Nina Brown

REASON FOR HEARING Hearing on three Joint Motions for Preliminary Approval of Settlement Agreement (DE Nos 959, 962, and 972)

RESULT OF HEARING

All three Joint Motions (DE Nos. 959, 962, and 972) GRANTED.

Court will enter separate Order.

CASE CONTINUED TO _____ TIME _____ FOR _____
MISC _____

978