UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-ZLOCH (Consolidated)

DR. PAUL ZIDEL, on behalf of
himself and all others
similarly situated, et al.,

      Plaintiffs,

vs.

                    **O R D E R**

ALLSTATE INSURANCE COMPANY,
et al.,

      Defendants.
_____/

```
                              FILED by _____ D.C.

                                 AUG 19 2004

                              CLARENCE MADDOX
                              CLERK U.S. DIST. CT.
                              S.D. OF FLA. FT. LAUD.
```

     THIS MATTER is before the Court upon Defendants, Progressive Express Insurance Company, Progressive Consumers Insurance Company, and Progressive Bayside Insurance Company's Motion To Re-Open Case No. 00-6649 To Consider Motion For Leave To Amend Answer And Affirmative Defenses (DE 943) and Defendants, Progressive Express Insurance Company, Progressive Consumers Insurance Company, and Progressive Bayside Insurance Company and Beech Street Corporation's Joint Motion For Leave To Withdraw, Without Prejudice, The Progressive Defendants' Motion For Leave To Amend, Renewed Motion For Leave To Amend, And Memorandum In Opposition To Joint Motion To Approve Stipulation And Settlement Agreement bearing the file stamp of the Clerk of the Court dated August 17, 2004. The Court has carefully reviewed said Motions, the entire court file and is otherwise fully advised in the premises.

     The Court notes that the instant Motion To Withdraw seeks to withdraw, inter alia, Defendants, Progressive Express Insurance

Company, Progressive Consumers Insurance Company, and Progressive Bayside Insurance Company's Renewed Motion For Leave To Amend Their Answer And Affirmative Defenses (DE 944). The Court further notes that the relief sought in the Renewed Motion For Leave To Amend (DE 944), which Defendants intend to withdraw, is also sought in the instant Motion To Re-Open (DE 943). The Court therefore finds that denial, without prejudice, of the Motion To Re-Open (DE 943) is appropriate.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    Defendants, Progressive Express Insurance Company, Progressive Consumers Insurance Company, and Progressive Bayside Insurance Company and Beech Street Corporation's Joint Motion For Leave To Withdraw, Without Prejudice, The Progressive Defendants' Motion For Leave To Amend, Renewed Motion For Leave To Amend, And Memorandum In Opposition To Joint Motion To Approve Stipulation And Settlement Agreement bearing the file stamp of the Clerk of the Court dated August 17 be and the same is hereby **GRANTED** as follows:

a.    Defendants' Motion For Leave To Amend Their Answer And Affirmative Defenses (DE 811) be and the same is hereby **WITHDRAWN** without prejudice;

b.    Defendants' Renewed Motion For Leave To Amend Their Answer And Affirmative Defenses (DE 944) be and the same is hereby **WITHDRAWN** without prejudice;

c.    Defendants' Memorandum Of Law In Opposition To Brickell and Beech Street's Joint Motion To Approve Stipulation And Settlement Agreement (DE 945) be and the same is hereby **WITHDRAWN** without prejudice; and

2.    Defendants, Progressive Express Insurance Company, Progressive Consumers Insurance Company, and Progressive Bayside Insurance Company's Motion To Re-Open Case No. 00-6649 To Consider Motion For Leave To Amend Answer And Affirmative Defenses (DE 943) be and the same is hereby **DENIED** without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____19-th____ day of August, 2004.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

All counsel of record