UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH



DR. PAUL ZIDEL, on behalf of
himself and all others
similarly situated,

       Plaintiffs,
vs.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

       Defendants.
_____/

**FINAL ORDER OF DISMISSAL AS TO DEFENDANTS, BEECH STREET CORPORATION AND ADP INTEGRATED MEDICAL SOLUTIONS, INC. ONLY**

KEITH BRICKELL, D.C.,
individually and on behalf of
others similarly situated,

       Plaintiffs,
vs.

PROGRESSIVE EXPRESS INSURANCE
EXPRESS INSURANCE, et al.,

       Defendants.
_____/

Case No. 00-6649-CIV-ZLOCH

MARC J. BROWNER, D.C.,
individually and on behalf of
others similarly situated,

       Plaintiffs,
vs.

ALLSTATE INDEMNITY COMPANY, et
al.,

       Defendants.
_____/

Case No. 00-7163-CIV-ZLOCH

THIS MATTER is before the Court upon Plaintiffs, Keith Brickell, D.C. and Marc J. Browner, D.C. and Defendants, Beech Street Corporation and ADP Integrated Medical Solutions, Inc.'s Joint Motion To Approve

Stipulation And Settlement Agreement Pursuant To Fed. R. Civ. P. 23(e) And For Voluntary Dismissal Without Prejudice Pursuant To Fed. R. Civ. P. 41(a)(2) (DE 935). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises. Additionally, a hearing on the instant Motion (DE 935) was held on August 18, 2004.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Plaintiffs, Keith Brickell, D.C. and Marc J. Browner, D.C. and Defendants, Beech Street Corporation and ADP Integrated Medical Solutions, Inc.'s Joint Motion To Approve Stipulation And Settlement Agreement Pursuant To Fed. R. Civ. P. 23(e) And For Voluntary Dismissal Without Prejudice Pursuant To Fed. R. Civ. P. 41(a)(2) (DE 935) be and the same is hereby **GRANTED** as follows:

1. The settling parties Stipulation And Settlement Agreement (DE 935, Ex. A) be and the same is hereby approved, adopted and ratified by the Court; and

2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice as to Defendants, Beech Street Corporation and ADP Integrated Medical Solutions, Inc.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of August, 2004.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:
All counsel of record