UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Consolidated Case No. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of himself
And all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
And COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

    Defendants.
_____

ULTRA OPEN MRI CORPORATION, *et al.*,
on behalf of itself and others similarly situated,

    Plaintiffs,

v.

PRUDENTIAL PROPERTY AND CASUALTY
INSURANCE COMPANY

    Defendant.
_____

## NOTICE OF CHANGE OF FIRM NAME

Defendant Prudential Property and Casualty Insurance Company ("Prupac") is currently

represented in this action by Kathy J. Maus and Lauren D. Levy of the law firm of Butler Pappas

1

Weihmuller Katz Craig LLP and by John D. Aldock and Michael K. Isenman of the law firm of Shea & Gardner.

Please take notice that the law firm of Shea & Gardner has merged with the law firm of Goodwin Procter LLP, effective October 1, 2004, and the merged firm will continue under the name Goodwin Procter LLP. John D. Aldock and Michael K. Isenman will continue to practice from their previous street and city address and with the same telephone numbers until further notice, and may be reached at their previous e-mail addresses for the near future or at jaldock@goodwinprocter.com and misenman@goodwinprocter.com.

Firm name and address information for Kathy J. Maus and Lauren D. Levy has not changed.

Accordingly, service information for Prudential Property and Casualty Insurance Company should be updated as follows:

> Kathy J. Maus (Fla. Bar No. 896330)
>    kmaus@butlerpappas.com
> Lauren D. Levy (Fla. Bar No. 0116490)
>    llevy@butlerpappas.com
> BUTLER PAPPAS WEIHMULLER
>    KATZ CRAIG LLP
> 3520 Thomasville Road, Suite 102
> Tallahassee, Florida  32308
> (850) 894-4111
> Fax (850) 894-4999
>
> John D. Aldock
>    jaldock@goodwinprocter.com
> Michael K. Isenman
>    misenman@goodwinprocter.com
> GOODWIN PROCTER LLP
> 1800 Massachusetts Avenue, N.W.
> Washington, D.C.  20036

(202) 828-2000
Fax (202) 828-2195

                              Respectfully submitted,

                              */s/ Kathy J. Maus*

| | |
|---|---|
| John D. Aldock | Kathy J. Maus (Fla. Bar No. 896330) |
| Michael K. Isenman | Lauren D. Levy (Fla. Bar No. 0116490) |
| GOODWIN PROCTER LLP | BUTLER PAPPAS WEIHMULLER |
| 1800 Massachusetts Avenue, N.W. |    KATZ CRAIG LLP |
| Washington, D.C. 20036 | 3520 Thomasville Road, Suite 102 |
| (202) 828-2000 | Tallahassee, Florida 32308 |
| Fax (202) 828-2195 | (850) 894-4111 |
| | Fax (850) 894-4999 |

                              Counsel for Defendant Prudential Property and
                              Casualty Insurance Company

October 5, 2004