UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH
(Magistrate Snow)

DR. PAUL ZIDEL, on behalf of himself and
all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

SALVATORE D. LARUSSO, D.C., d/b/a,    00-7692
FAMILY CHIROPRACTIC CENTER,
on behalf of himself and all others similarly
situated,

    Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE
COMPANY, and COMMUNITY CARE
NETWORK, INC., d/b/a CCN,

    Defendants.
_____/

**NOTICE OF OPTING OUT OF THE
PROPOSED CLASS ACTION SETTLEMENT**

By Certified Mail, Return Receipt Requested to:

| | | | |
|---|---|---|---|
| TO: | Liberty Mutual Settlement Administrator | CC: | Clerk of the Court |
| | Wachovia Information Consulting Group | | United States Courthouse |
| | 210 North Ridgecrest Lane, Suite 100 | | 299 East Broward Boulevard |
| | Jacksonville, Florida 32259 | | Fort Lauderdale, Florida 33301 |

    CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW

IMFELD, M.D., by and through their undersigned attorneys, pursuant to Rule 1.220(d)(2)(A), Florida Rules

of Civil Procedure, and pursuant to the provisions of the Notice of Proposed Settlement, served in the above

NON-COMPLIANCE OF S.D. Fla. L.R. 5.1(A)

captioned Class Action lawsuit, opts out of the proposed Settlement, and states as follows:

1. CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D., (Tax ID# 59-3224058, 10345 Orangewood Blvd., Orlando, Florida 32821, Phone: 407/352-6900) acknowledge receipt of a copy of the Notice of Proposed Settlement. CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D. are members of the Settlement Class, as defined in the Notice of Proposed Settlement.

2. By this Notice of Opting Out, CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D. affirmatively state their desire to opt out of the proposed settlement.

3. CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D. are opting out of the proposed settlement because they do not believe that the proposed settlement fully and adequately protects their interests. CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D. understand that they will not receive any proceeds of this settlement, and will be required to file individual lawsuits on their own behalf to recover monies owed to them.

WHEREFORE, CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D. affirmatively opt out of the proposed settlement, and respectfully request that this Honorable Court grant them such other and further relief as may be just and proper.

DATED this 22 day of October, 2004.

*[signature]*
DONALD A. MYERS, JR.
Florida Bar No.: 0818290
BAILEY & MYERS, P.A.
100 East Sybelia Avenue, Suite 120
Maitland, Florida 32751
(407) 628-2929