

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE 00-6061-CIV-ZLOCH

DR. PAUL ZIDEL ET AL,

    PLAINTIFFS,

VS.

ALLSTATE INSURANCE COMPANY,
And COMMUNITY CARE NETWORK, INC.
DBA CCN,

    DEFENDANTS.
_____/

ET AL

NOTICE TO OPT OUT

    COMES NOW, the NORTH BROWARD HOSPITAL DISTRICT and its affiliated Hospitals and Clinics and hereby requests that it be considered as timely Opting Out of the Settlement in the aforementioned action and hereby states that its information is as follows:

    North Broward Hospital District
    Broward General Medical Center
    North Broward Medical Center
    Imperial Point Medical Center
    Coral Springs Medical Center
    Weston Regional Health Park

    Tax id number: 59-6012065

WE HEREBY CERTIFY, that a true and correct copy of the foregoing was furnished by mail this 3rd day of November, 2004 to: Integon Settlement Administrator, Wachovia



Information Consulting Group, 210 N. Ridgecrest Lane, Suite 100, Jacksonville, Florida 32259.

> NORTH BROWARD HOSPITAL DISTRICT
> Legal Accounts Department
> 1608 SE 3rd Avenue
> Ft. Lauderdale, Florida 33316
> Phone (954) 847-4111.
>
> By: _____
>     Wendy Ennis-Volcy, Esq.
>     Florida Bar No: 883440