UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH
(Magistrate Snow)

DR. PAUL ZIDEL, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and COMMUNITY CARE NETWORK, INC., d/b/a CCN,

    Defendants,
_____/

SALVATORE D. LARUSSO, D.C., d/b/a FAMILY CHIROPRACTOR CENTER, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE COMPANY, and COMMUNITY CARE NETWORK, INC., d/b/a CCN

    Defendants,
_____/

Case No.: 00-7692



FILED by JG D.C.
INTAKE
NOV 0 4 2004
CLARENCE MADDOX
CLERK U.S DIST. CT.
S.D. OF FLA. - MIAMI

### NOTICE OF FILING OPT-OUT FORM

The person or entity listed below is a Healthcare Provider, as defined by the Florida Motor Vehicle No-Fault Act and as defined by the Notice of Proposed Settlement in the above-referenced case, and provided services to LIBERTY MUTUAL insured(s) for injuries covered by a LIBERTY MUTUAL personal injury protection ("PIP") insurance policy for which they were paid between January 1, 1996 through July 15, 2004. The person or entity listed below is member of the class as described

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH

in the Notice of Proposed Settlement and this Healthcare Provider does not want to be a member of the Settlement Class and participate in the Settlement. Instead, we would rather pursue our own remedy and we elect to opt out of this Settlement. We understand that we will not receive any proceeds of this Settlement and that we will be forced to file an individual claim or lawsuit on our own behalf against LIBERTY MUTUAL in a timely manner in order to recover these monies that are owed to us.

THE SIGNATURE BELOW VERIFIES THAT WE DO NOT WANT TO BE A MEMBER OF THE SETTLEMENT CLASS AND PARTICIPATE IN THE SETTLEMENT. I AM AUTHORIZED BY THE CLASS MEMBER TO COMPLETE AND EXECUTE THIS FORM ON BEHALF OF THE INDIVIDUAL OR ENTITY NOTED BELOW. INCLUDED IS MY NAME, TITLE, HEALTHCARE PROVIDER'S NAME, BUSINESS ADDRESS, TELEPHONE NUMBER, AND FEDERAL TAX IDENTIFICATION NUMBER:

_[signature]_
Authorized Signature of the person filing the claim on the individual or entity's behalf.

Glenn E. Siegel
Print Name (please print clearly)

Power of Attorney & Counsel for Physiotherapy Associates
Title (if signing in a representative capacity). Please print clearly.

Physiotherapy Associates
Provider's Name (if being filed on behalf of a business entity, include the full name of the entity)

9699 West Sample Rd., Coral Springs, FL, 33065
Provider's current city, state and zip code

954-344-7771
Provider's (Area Code) Business Phone

38-2617193
Provider's federal tax identification number

Dated: 11/1/04

2

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy hereof has been furnished to: Liberty Mutual Settlement Administrator, Wachovia Information Consulting Group, 210 N. Ridgecrest Lane, Suite 100, Jacksonville, FL 32259 by regular U.S. Mail this 1st day of November, 2004.

KANE & KANE
Attorneys for Plaintiff
4800 N. Federal Highway, Suite 101E
Boca Raton, Florida 33431
Phone:     (561) 391-0303
Facsimile: (954) 368-9919

GLENN E. SIEGEL, ESQ.
FLA. BAR NO. 0086495

C:\Documents and Settings\sally\Local Settings\Temporary Internet Files\OLKB\OPT-OUT-FORM.wpd