FILED ELECTRONIC
Nov 15 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,

vs.

PRUDENTIAL INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

CASE NO.: 01-6778

ULTRA OPEN MRI CORPORATION,
on behalf of itself and all others similarly
situated,

    Plaintiff,

vs.

PRUDENTIAL PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendant.
_____/

**CERTIFICATION OF OPT-OUTS PURSUANT
TO ORDER OF PRELIMINARY APPROVAL**

Pursuant to paragraph 10 of the Court's August 20, 2004 Order preliminarily approving this class action settlement, Class Counsel certifies that the following opt-outs were received by the Settlement Administrator prior to the November 5, 2004 opt-out deadline:

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

1. Citrus Orthopedic Products, Inc., 1312 Apollo Beach Blvd., Suite L, Apollo Beach, FL 33572;

2. Johnson Chiropractic Clinic, 2717 Santa Barbara Blvd., Cape Coral, FL 33914;

3. Paul A. Andrews, DDS, LMT, 235 S. Maitland Avenue, Suite 105, Maitland, FL 32751;

4. Dr. Mark T. Machuga, P.A., 740 North Hastings Street, Orlando, FL 32808.

The class members' opt-out notices are attached respectively as <u>Exhibits</u> 1-4.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail on November 15, 2004, upon Michael Isenman, Esq., Shea & Gardner, 1800 Massachusetts Ave., N.W., Washington, D.C. 20036.

On behalf of the Class,

_____
Eric Lee
LEE & AMTZIS, P.L.
Suite 401
5550 Glades Road
Boca Raton, FL 33431
(561) 981-9988
(561) 981-9980 facsimile
lee@leeamlaw.com

2

# Citrus Orthopedic Products, Inc.

**RECEIVED**
OCT 18 2004
ClaimTrack Services
Claims Department

September 29, 2004

PRL PAC Settlement Administrator
Wachovia Information Consurlting Group
210 N. Ridgecrest Lane
Suite 100
Jacksonville, Fl 32259

Ultra Open MRI Corp et al v. Prudential
Consolidated Case No. 00-6061/01-6778
Opt-Out No.   000002

To Whom It May Concern:

Regarding consolidated case # 00-6061-CIV-ZLOCH/SNOW, Citrus Orthopedic Products, Inc. is not interested in participating in this settlement. Please find the following information that was requested:

Citrus Orthopedic Products, Inc.
1312 Apollo Beach Blvd
Suite L
Apollo Beach, Fl 33572
(813) 641-6808
Tax ID 59-3477078

Thank you.

Bill Williams                         [signature]                        Co-Owner
Authorized Name (printed)      Authorized Signature             Title

1312 Apollo Beach Blvd., Suite L • Apollo Beach, FL 33572
813-641-6808 • 1-800-681-4888 • Fax 813-641-1569

25900586

**RECEIVED**
OCT 27 2004
ClaimTrack Services
Claims Department

Ultra Open MRI Corp et al v. Prudential
Consolidated Case No. 00-6061/01-6778
Opt-Out No.   000003

October 22, 2004

**VIA CERTIFIED US MAIL**

PRUPAC Settlement Administrator
Wachovia Information Consulting Group
210 N. Ridgecrest Lane - Suite 100
Jacksonville, FL 32259

To Whom It May Concern:

Pursuant to the Notice of Proposed Settlement received in the matter of <u>Dr. Paul Zidel vs. Allstate Insurance Company</u> and <u>Ultra Open MRI Corporation vs. Prudential Property and Casualty Insurance Company</u> filed in the United States District Court, Southern District of Florida, Case# 00-6061-CIV-ZLOCH and 01-6778-CIV-ZLOCH, Dr. Paul A. Andrews, DDS, LMT hereby elects to opt out of the proposed class action settlement regarding reductions taken by Allstate Insurance Company or Prudential Insurance Company based on the application of PPO reductions that may have occurred from May 8, 1996 through October 31, 2003. Currently the following claims are being litigated in county court in Seminole County, Florida under the following captions and case numbers:

<u>Paul Andrews, DDS, LMT, a/a/o Angela Petty v. Allstate Insurance Company</u>
Case No.: 02-SC-003599

<u>Paul Andrews, DDS, LMT, a/a/o Anner Bardales v. Allstate Insurance Company</u>
Case No.: 02-SC-003532

<u>Paul Andrews, DDS, LMT, a/a/o Dorothy Graham v. Allstate Indemnity Company</u>
Case No.: 03-SC-000532

<u>Paul Andrews, DDS, LMT, a/a/o Rosa Peralta v. Allstate Insurance Company</u>
Case No.: 02-SC-003598

<u>Paul Andrews, DDS, LMT, a/a/o Claudette Perpillant v. Allstate Insurance Company</u>
Case No.: 03-SC-000533

<u>Paul Andrews, DDS, LMT, a/a/o Stephanie Sabino v. Allstate Insurance Company</u>

25900537

Case No.: 02-SC-003749

Paul Andrews, DDS, LMT, a/a/o Javier Villalobos v. Allstate Indemnity Company
Case No.: 02-SC-004445

Paul Andrews, DDS, LMT, a/a/o Leslie Davey v. Allstate Indemnity Company
Case No.: 02-SC-004373

Paul Andrews, DDS, LMT, a/a/o Kimberly Frye v. Allstate Indemnity Company
Case No.: 02-SC-004375

Paul Andrews, DDS, LMT, a/a/o Tiffini Hersey v. Allstate Indemnity Company
Case No.: 02-SC-004374

Paul Andrews, DDS, LMT, a/a/o Olga Kohrt v. Allstate Indemnity Company
Case No.: 02-SC-004380

Paul Andrews, DDS, LMT, a/a/o Vergenia Lewin v. Allstate Indemnity Company
Case No.: 02-SC-004207

Paul Andrews, DDS, LMT, a/a/o William Nielson v. Allstate Indemnity Company
Case No.: 02-SC-004384

Paul Andrews, DDS, LMT, a/a/o Paola Reed v. Allstate Indemnity Company
Case No.: 02-SC-004382

Paul Andrews, DDS, LMT, a/a/o Caryn Schultz v. Allstate Indemnity Company
Case No.: 02-SC-004379

    We insist that these claims proceed as they are and do not wish to be a member of the settlement class or participate in the proposed settlement for the above captioned federal class action. Our business address is Paul A. Andrews, DDS, LMT, 235 S. Maitland Avenue, Suite 105, Maitland, FL 32751, telephone number (407) 647-4077 and our federal tax identification number is 59-3370041.

Sincerely yours,

Paul A. Andrews, DDS, LMT



**Larry D. Johnson, D.C.**

**Phyllis McCormick, L.M.T.**
Neuromuscular Massage Therapist

**Brenda Catton**
Office Manager

**JOHNSON CHIROPRACTIC CLINIC**
2717 Santa Barbara Blvd., Suite C
Cape Coral, FL 33914
Office (239) 574-5559   Fax (239) 574-9454

October 4, 2004

**RECEIVED**
OCT 06 2004
ClaimTrack Services
Claims Department

PRUPAC Settlement Administrator
Wachovia Information Consulting Group
210 N Ridgecrest Lane, Suite 100
Jacksonville, Fl 32259

To Whom It May Concern:

We are choosing to opt out of this class action suit.

Our tax identification number is 65-0838040.

Sincerely,

*Brenda Catton*

Brenda Catton
Office Manager

Ultra Open MRI Corp et al v. Prudential
Consolidated Case No. 00-6061/01-6778
Opt-Out No.   000001

25900917

**RECEIVED**

NOV 08 2004

ClaimTrack Services
Claims Department

Ultra Open MRI Corp et al v. Prudential
Consolidated Case No. 00-6061/01-6778
Opt-Out No.   000004

**Dr. Mark T. Machuga, P.A.**
340 North Hastings Street, Orlando, Florida 32808 (407) 299-8462
1554 Boren Drive, Suite 300, Ocoee, Florida 34761 (407) 877-9771

11/5/04

Re:  Dr. Paul Zidel
     v.
     Allstate Insurance Company and
     Community Care Network, Inc., d/b/a/CCN

     Ultra Open MRI Corp
     v.
     Prudential Property and
     Casualty Insurance

Consolidated Case No. 00-6061-CIV-ZLOCH/SNOW

To Whom It May Concern:

I am choosing to not be part of the above referenced lawsuit. My business name, telephone numbers and addresses are listed above. My Federal Tax ID is 59-2913988.

Please feel free to contact our office if we can be of further assistance.

_Dr. Mark T. Machuga_
_Board Certified Chiropractic Physician_
_Board Qualified Chiropractic Orthopedist_
_Team Chiropractic Physician for the University of Central Florida_
_Team Chiropractic Physician for the Tampa Bay Buccaneers_
_Team Chiropractic Physician for the Orlando Predators_

25900381