UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH
(Magistrate Snow)



DR. PAUL ZIDEL, on behalf of himself and all others similarly situated,

       Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and COMMUNITY CARE NETWORK, INC., d/b/a CCN,

       Defendants,
_____/

SALVATORE D. LARUSSO, D.C., d/b/a FAMILY CHIROPRACTOR CENTER, on behalf of himself and all others similarly situated,

       Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE COMPANY, and COMMUNITY CARE NETWORK, INC., d/b/a CCN

       Defendants,
_____/

Case No.: 00-7692

NOTICE OF FILING OPT-OUT FORM

The person or entity listed below is a Healthcare Provider, as defined by the Florida Motor Vehicle No-Fault Act and as defined by the Notice of Proposed Settlement in the above-referenced case, and provided services to LIBERTY MUTUAL insured(s) for injuries covered by a LIBERTY MUTUAL personal injury protection ("PIP") insurance policy for which they were paid between January 1, 1996 through July 15, 2004. The person or entity listed below is member of the class as described

1

NON-COMPLIANCE OF S.D. Fla. L.R. 5.1A.2

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH

in the Notice of Proposed Settlement and this Healthcare Provider **does not** want to be a member of the Settlement Class and participate in the Settlement. Instead, we would rather pursue our own remedy and we elect to opt out of this Settlement. We understand that we will not receive any proceeds of this Settlement and that we will be forced to file an individual claim or lawsuit on our own behalf against LIBERTY MUTUAL in a timely manner in order to recover these monies that are owed to us.

**THE SIGNATURE BELOW VERIFIES THAT WE DO NOT WANT TO BE A MEMBER OF THE SETTLEMENT CLASS AND PARTICIPATE IN THE SETTLEMENT. I AM AUTHORIZED BY THE CLASS MEMBER TO COMPLETE AND EXECUTE THIS FORM ON BEHALF OF THE INDIVIDUAL OR ENTITY NOTED BELOW. INCLUDED IS MY NAME, TITLE, HEALTHCARE PROVIDER'S NAME, BUSINESS ADDRESS, TELEPHONE NUMBER, AND FEDERAL TAX IDENTIFICATION NUMBER:**

*Linda Banister DC*
Authorized Signature of the person filing the claim on the individual or entity's behalf.

LINDA BANISTER, DC
Print Name (please print clearly)

PRESIDENT
Title (if signing in a representative capacity). Please print clearly.

BANISTER CHIROPRACTIC, INC.
Provider's Name (if being filed on behalf of a business entity, include the full name of the entity)

JACKSONVILLE, FL 32207
Provider's current city, state and zip code

(904) 398-7662
Provider's (Area Code) Business Phone

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH

_59-3711011_
Provider's federal tax identification number

Dated: _11/10/04_

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy hereof has been furnished to: Liberty Mutual Settlement Administrator, Wachovia Information Consulting Group, 210 N. Ridgecrest Lane, Suite 100, Jacksonville, FL 32259 by regular U.S. Mail this _17th_ day of _November_, 2004.

          WATSON & LENTNER
          Attorneys for Plaintiff
          220 Northeast 51 Street
          Ft. Lauderdale, Florida 33334-1615
          Phone:   (954) 772-6690
          Facsimile: (954) 351-9155

          LAURA M. WATSON, ESQ.
          Florida Bar No.: 476330