UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH
(Magistrate Snow)

DR. PAUL ZIDEL, on behalf of himself
and all others similarly situated,

    Plaintiffs,

Vs.

ALLSTATE INSURANCE COMPANY, and
COMMUNITY CARE NETWORK, INC., d/b/a
CCN,

    Defendants,
_____/



SALVATORE D. LARUSSO, D.C., d/b/a        Case No.: 00-7692
FAMILY CHIROPRACTOR CENTER,
on behalf of himself and all others similarly situated,

    Plaintiffs,

LIBERTY MUTUAL INSURANCE COMPANY,
And COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

    Defendants,
_____/

## NOTICE OF FILING OPT-OUT FORM

The person or entity listed below is a Healthcare Provider, as defined by the Florida Motor Vehicle No-Fault Act and as defined by the Notice of Proposed Settlement in the above-referenced case, and provided services to LIBERTY MUTUAL insured(s) for injuries covered by a LIBERTY MUTUAL personal injury protection ("PIP") insurance policy for which they were paid between January 1, 1996 through July 15, 2004. The person or entity listed below is a member of the class as described in the Notice of Proposed Settlement and this Healthcare Provider does not want to be a member of the Settlement Class and participate in the Settlement. Instead, we would rather pursue our own remedy and we elect to opt out of this settlement. We understand that we will not receive any proceeds of this Settlement and that we will be forced to file an individual claim or lawsuit on our own behalf against LIBERTY MUTUAL in a timely manner in order to recover these monies that are owed to us.

**THE SIGNATURE BELOW VERIFIES THAT WE DO NOT WANT TO BE A MEMBER OF THE SETTLEMENT CLASS AND PARTICIPATE IN THE**

SETTLEMENT. I AM AUTHORIZED BY THE CLASS MEMBER TO COMPLETE AND EXECUTE THIS FORM ON BEHALF OF THE INDIVIDUAL OR ENTITY NOTED BELOW. INCLUDED IS MY NAME, TITLE, HEALTHCARE PROVIDER'S NAME, BUSINESS ADDRESS, TELEPHONE NUMBER, AND FEDERAL TAX IDENTIFICATION NUMBER:

*[signature]*
Authorized Signature of the person filing the claim on the individual or entity's behalf.

DR. JORGE CABRERA
Print Name (please print clearly)

OWNER
Title (if signing in a representative capacity). Please print clearly.

DR. JORGE CABRERA, MD, P.A.  TIN: 65-0230230
Provider's Name (if being filed on behalf of a business entity, include the full name of the entity)

6341 SUNSET DR., 1ST FLOOR, SOUTH MIAMI, FLORIDA 33143
Provider's current city, state and zip code

(305) 667-2242
Provider's (Area Code) Business Phone