## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH
### (Magistrate Snow)

DR. PAUL ZIDEL, on behalf of himself and all
others similarly situated,

        **Plaintiffs,**

v.

ALLSTATE INSURANCE COMPANY, and
COMMUNITY CARE NETWORK, INC., d/b/a
CCN,


        **Defendants,**
_____/

SALVATORE D. LARUSSO, D.C., d/b/a        Case No.: 00-7692
FAMILY CHIROPRACTOR CENTER,
on behalf of himself and all others similarly
situated,

        **Plaintiffs,**

v.

LIBERTY MUTUAL INSURANCE
COMPANY, and COMMUNITY CARE
NETWORK, INC., d/b/a CCN

        **Defendants,**
_____/

### NOTICE OF FILING OPT-OUT FORM

The person or entity listed below is a Healthcare Provider, as defined by the Florida Motor Vehicle
No-Fault Act and as defined by the Notice of Proposed Settlement in the above-referenced case, and
provided services to LIBERTY MUTUAL insured(s) for injuries covered by a LIBERTY MUTUAL
personal injury protection ("PIP" ) insurance policy for which they were  paid between January 1,
1996 through July 15, 2004.  The person or entity listed below is member of the class as described

1



CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH

in the Notice of Proposed Settlement and this Healthcare Provider **does not** want to be a member of the Settlement Class and participate in the Settlement. Instead, we would rather pursue our own remedy and we elect to opt out of this Settlement. We understand that we will not receive any proceeds of this Settlement and that we will be forced to file an individual claim or lawsuit on our own behalf against LIBERTY MUTUAL in a timely manner in order to recover these monies that are owed to us.

**THE SIGNATURE BELOW VERIFIES THAT WE DO NOT WANT TO BE A MEMBER OF THE SETTLEMENT CLASS AND PARTICIPATE IN THE SETTLEMENT. I AM AUTHORIZED BY THE CLASS MEMBER TO COMPLETE AND EXECUTE THIS FORM ON BEHALF OF THE INDIVIDUAL OR ENTITY NOTED BELOW. INCLUDED IS MY NAME, TITLE, HEALTHCARE PROVIDER'S NAME, BUSINESS ADDRESS, TELEPHONE NUMBER, AND FEDERAL TAX IDENTIFICATION NUMBER:**

Authorized Signature of the person filing the claim on the individual or entity's behalf.

JAMES DANTES DC
Print Name (please print clearly)

President ORANGE PARK Chiropractic ceNTRL PA
Title (if signing in a representative capacity). Please print clearly.

Orange Park Chiropractic Center P.A.
Provider's Name (if being filed on behalf of a business entity, include the full name of the entity)

784 Blanding Blvd. #106 Orange Park, Fl 32065
Provider's current city, state and zip code

904-272-4555
Provider's (Area Code) Business Phone

2

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH

_59 - 304 2489_
Provider's federal tax identification number

Dated: _11/22/04_

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy hereof has been furnished to: Liberty Mutual Settlement

Administrator, Wachovia Information Consulting Group, 210 N. Ridgecrest Lane, Suite 100,

Jacksonville, FL 32259 by regular U.S. Mail this 22 day of November , 2004.

WATSON & LENTNER
Attorneys for Plaintiff
220 Northeast 51 Street
Ft. Lauderdale, Florida 33334-1615
Phone:    (954) 772-6690
Facsimile:  (954) 351-9155

LAURA M. WATSON, ESQ.
Florida Bar No.: 476330

G:\WPFILES\LAURA\ORDERS\OPT-OU~1.WPD

3

G:\WPFILES\LAURA\ORDERS\OPT-OU~1.WPD