UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Consolidated Case No. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of himself
And all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
And COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

    Defendants.

---

ULTRA OPEN MRI CORPORATION, *et al.*,
on behalf of itself and others similarly situated,

    Plaintiffs,

v.

PRUDENTIAL PROPERTY AND CASUALTY
INSURANCE COMPANY

    Defendant.

---

## NOTICE OF CHANGE OF FIRM NAME

Defendant Prudential Property and Casualty Insurance Company ("Prupac") is currently represented in this action by Kathy J. Maus and Lauren D. Levy of the law firm of Butler Pappas Weihmuller Katz Craig LLP and by John D. Aldock and Michael K. Isenman of the law firm of Goodwin Procter LLP.

Please take notice that effective November 29, 2004, the address and phone numbers of John D. Aldock and Michael K. Isenman at Goodwin Proctor has changed. Their email addresses remain unchanged.

Address information for Kathy J. Maus and Lauren D. Levy has not changed.

Accordingly, service information for Prudential Property and Casualty Insurance Company should be updated as follows:

>Kathy J. Maus (Fla. Bar No. 896330)
>    kmaus@butlerpappas.com
>Lauren D. Levy (Fla. Bar No. 0116490)
>    llevy@butlerpappas.com
>BUTLER PAPPAS WEIHMULLER
>    KATZ CRAIG LLP
>3600 Maclay Boulevard, Suite 101
>Tallahassee, Florida 32312
>Tel: (850) 894-4111
>Fax (850) 894-4999
>
>John D. Aldock
>    jaldock@goodwinprocter.com
>Michael K. Isenman
>    misenman@goodwinprocter.com
>GOODWIN PROCTER LLP
>901 New York Avenue N.W.
>Washington, D.C. 20001
>Tel: (202) 346-4000
>Fax (202) 346-4444

<div style="display:flex">
<div>

John D. Aldock
Michael K. Isenman
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel (202) 346-4000
Fax (202) 346-4444


November 23, 2004

</div>
<div>

Respectfully submitted,

_____
Kathy J. Maus (Fla. Bar No. 896330)
Lauren D. Levy (Fla. Bar No. 0116490)
BUTLER PAPPAS WEIHMULLER
    KATZ CRAIG LLP
3600 Maclay Boulevard, Suite 101
Tallahassee, Florida 32312
Tel (850) 894-4111
Fax (850) 894-4999

Counsel for Defendant Prudential Property
and Casualty Insurance Company

</div>
</div>