UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH
(Magistrate Snow)



DR. PAUL ZIDEL, on behalf of himself and
all similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants,
_____/

SALVATORE D. LARUSSO, D.C., d/b/a
FAMILY CHIROPRACTIC CENTER,
on behalf of himself and all others similarly
situated,

    Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE
COMPANY and COMMUNITY
CARE NETWORK, INC., d/b/a CNN,

    Defendants.
_____/

Case No. 00-7692

### NOTICE OF FILING WITHDRAWAL OF OBJECTION
### TO CLASS ACTION SETTLEMENT

    COMES NOW, Hurst Chiropractic Clinic, as assignee of Janice E. Kensel ("Hurst"), and files this, its Withdrawal of Objection to Class Action Settlement and states as follows:

{M2196141;1}

1. On or about December 22, 2004, the undersigned, on behalf of Hurst, filed its objection to the class action settlement in the captioned litigation.

2. After communications with counsel for Liberty Mutual Insurance Company, and assurances that Hurst may continue to maintain its claim referenced in the objection against Liberty Mutual, Hurst now wishes to withdraw its objection to the class action settlement.

WHEREFORE Hurst withdraws its objection to the class action settlement.

{M2196141;1}

## CERTICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished to:

Cary A. W. Braswell, Esquire
Law Office of Amy L. Warpinski
1301 Riverplace Blvd., Suite 620
Jacksonville, FL 32207
Telephone: (904) 346-5422
Facsimile: (904) 346-3306
Attorneys for Defendant

Carlin Phillips, Esq.
Phillips & Garcia, LLP
13 Ventura Drive
N. Dartmouth, MA 02747
Counsel for Settlement Class

Nina K. Brown, Esq.
Akerman Senterfitt
One SE Third Avenue, 28th Floor
Miami, FL 33131
Counsel for Liberty Mutual

by U.S. Mail this 6th day of January, 2005.

FARAH, FARAH & ABBOTT, P.A.

_____
D. Scott Craig, Esq.
Florida Bar No. 0134480
10 West Adams, Third Floor
Jacksonville, Florida 32202
Telephone: (904) 358-8888
Facsimile: (904) 807-3199
Attorneys for Plaintiff

{M2196141;1}