UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH

| | |
|---|---|
| DR. PAUL ZIDEL, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, and COMMUNITY CARE NETWORK, INC., d/b/a CCN,<br><br>　　　　　Defendants.<br>_____<br><br>SALVATORE D. LARUSSO, D.C., d/b/a, FAMILY CHIROPRACTOR CENTER, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, and COMMUNITY CARE NETWORK, INC., d/b/a CCN,<br><br>　　　　　Defendants.<br>_____ | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>00-7692<br><br><br><br><br><br><br><br><br><br><br><br>**AFFIDAVIT OF<br>FRANK DOMINGUEZ** |

STATE OF FLORIDA　　　　　　　　　)
　　　　　　　　　　　　　　　　　) TO WIT:
COUNTY OF ST. JOHN'S　　　　　　 )

FRANK DOMINGUEZ, being first duly sworn according to law, deposes and states:

　　1.　　I am an adult over the age of eighteen (18) years of age, and I am competent to make this Affidavit. I am employed by Wachovia Information Consulting Group ("WICG") as a Operations Manager, and in that capacity, I administer class action settlements as my primary duty. I make this Affidavit based upon personal knowledge, and upon personal knowledge of the business

records and practices of WICG. WICG is the Administrator selected by the parties to administer this settlement. All documents attached hereto are maintained by WICG, a regularly conducted business, in the ordinary course of WICG's business, created at or about the time of the transactions they purport to represent, are made and/or recorded by persons with personal knowledge of the matters reflected therein, and it is the regular business practice of WICG to make and keep these records in the ordinary course of WICG's business.

2. WICG was responsible for implementing notice to the Plaintiff Class as agreed to by the parties in the Agreement, and as ordered by this Court in its August 20, 2004 Order of Preliminary Approval (the "Preliminary Order").

3. On September 20, 2004, in accordance with Paragraph 6 of the Preliminary Order, WICG caused 2,078 copies of the Notice and Proof of Claim, substantially in the form of Exhibits B and D to the Settlement Agreement, to be mailed by first-class mail, postage pre-paid, to all potential members of the Settlement Class who had a potential payment amount greater than zero, to the extent such class members could be identified with reasonable diligence.

4. As of January 5, 2005, WICG had been notified that one member of the Plaintiff Class filed an objection. As of January 6, 2005, WICG was notified that the objection was withdrawn. Presently, there are no objectors to the Settlement Agreement.

5. As of January 5, 2005, WICG has received opt-outs from forty-two (42) members of the Plaintiff Class, attached hereto as *Exhibit A*.

6. As of January 5, 2005, WICG has received a total of 446 claim forms of which 379 were considered timely and complete, 58 were returned timely but incomplete, 5 were considered to be duplicate claims and 4 were returned after the November 22, 2004 claims deadline. WICG mailed deficiency letters and copies of the claim form to the 58 class members who submitted

incomplete claim forms and 36 were returned properly completed. The total number of timely filed claims deemed to be deficient is 22; the total number of claims accepted for payment is 415.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE TO THE BEST OF MY PERSONAL KNOWLEDGE, INFORMATION, AND BELIEF.

_____
Frank Dominguez
Dated: January 6, 2005

Sworn and subscribed to
before me this  6  day
of January, 2005.

_____
NOTARY PUBLIC
My Commission Expires:

April M. Montgomery
My Commission DD304055
Expires June 18, 2008

Case 0:00-cv-06061-WJZ    Document 1026    Entered on FLSD Docket 01/13/2005    Page 4 of

Larusso et al v Liberty Mutual
Consolidated Case No. 00-6061/00-7692-CIV-Zloch
Detail Listing of Opt Outs/ Exclusions
As of 1/5/2005

| # | Record # | Date | ID | Name | Address | Suite | City |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 10/6/2004 | 28402218 | HEART SURGICAL GROUP OF SARASOTA | 1435 OSPREY AVENUE | SUITE 200 | SARASOTA |
| 2 | 3 | 10/7/2004 | 28401702 | SAN MARCO CHIROPRACTIC AND WELLNESS CENTER, PA | 1517 LANDON AVENUE | | JACKSONVILLE |
| 3 | 4 | 10/18/2004 | 28401591 | PAUL A. ANDREWS, DDS, LMT | 235 S. MAITLAND AVENUE | SUITE 105 | MAITLAND |
| 4 | 5 | 10/19/2004 | 28401747 | CITRUS ORTHOPEDIC PRODUCTS, INC. | 1312 APOLLO BEACH BLVD | SUITE L | APOLLO BEACH |
| 5 | 6 | 10/21/2004 | 28402263 | PARK PLACE THERAPEUTIC CENTER | 301 NW 84TH AVE | SUITE 204 | PLANTATION |
| 6 | 7 | 10/22/2004 | 28402023 | CONTINUCARE CORPORATION | 80 SW 8TH ST | SUITE 2350 | MIAMI |
| 7 | 8 | 10/26/2004 | 28402219 | MARK SCHERER, D.C., P.A. | 3111 45TH ST | SUITE 5 | WEST PALM BEACH |
| 8 | 9 | 10/26/2004 | 28401455 | CENTRAL FLORIDA PHYSIATRISTS | 10345 ORANGEWOOD BLVD | | ORLANDO |
| 9 | 10 | 10/27/2004 | 28401660 | CAMERON M. McCANE, D.C. | 10494 NORTHCLIFFE BLVD | | SPRING HILL |
| 10 | 11 | 10/28/2004 | 28402534 | PERFORMANCE HEALTH & CHIROPRACTIC, INC. | 39 SW MONTEREY ROAD | | STUART |
| 11 | 12 | 10/28/2004 | 28402538 | SWAIN FAMILY CHIROPRACTIC | 6426 LAKE WORTH RD | SUITE 100 | LAKE WORTH |
| 12 | 13 | 10/28/2004 | 28400660 | GRUSKY CHIROPRACTIC CENTER, PA | 11400 N. KENDALL DR | SUITE 100 | MIAMI |
| 13 | 14 | 11/3/2004 | 28402138 | NEUROLOGY CENTERS OF PALM BEACH | 5458 TOWN CENTER ROAD | SUITE 22 | BOCA RATON |
| 14 | 15 | 11/1/2004 | 28402477 | ADVANCED INJURY MEDICAL REHAB CENTER, LLC | 4770 US 19 | | NEW PORT RICHEY |
| 15 | 16 | 11/5/2004 | 28400094 | GREGG F MOSES | 1800 FOREST HILL BLVD | SUITE A9-10 | WEST PALM BEACH |
| 16 | 17 | 11/10/2004 | 28401138 | MERCY MEDICAL DEVELOPMENT, INC | 3663 S MIAMI AVE | | MIAMI |
| 17 | 18 | 11/10/2004 | 28402097 | PHYSIOTHERAPY ASSOCIATES | 9699 WEST SAMPLE RD | | CORAL SPRINGS |
| 18 | 19 | 11/10/2004 | 28401899 | DR. MARK T. MACHUGA, PA | 740 NORTH HASTINGS STREET | | ORLANDO |
| 19 | 20 | 11/10/2004 | 28400329 & 28400330 | SOMERSET CHIROPRACTIC CENTER ROBERT B. DEHGAN | 8903 GLADES RD, A-11 | | BOCA RATON |
| 20 | 21 | 11/10/2004 | | HOLY CROSS HOSPITAL / HOLY CROSS MEDICAL GROUP / SOUTH BROWARD HOSPITAL DISTRICT / MEMORIAL HEALTHCARE SYSTEMS | 2730 US 1 SOUTH UNIT C | | ST AUGUSTINE |
| 21 | 22 | 11/10/2004 | 28402075 | ADVANCED INJURY MEDICAL REHAB CENTER LLC | 115 LAUGHING GULL LN | | PALM HARBOR |
| 22 | 23 | 11/10/2004 | | GEORGE B. BLEY, III, CP, PA | 550 NORTHLAKE BLVD | | N PALM BEACH |
| 23 | 24 | 11/15/2004 | | CRAIG H LICHTBLAU | | | |
| 24 | 25 | 11/15/2004 | 28400330 | JEWETT ORTHOPAEDIC CLINIC | PO BOX 8885 | | WINTER PARK |
| 25 | 26 | 11/18/2004 | 28402624 | FLORIDA ORTHOPEDIC CENTER | 7401 UNIVERSITY DRIVE | SUITE 201 | TAMARAC |
| 26 | 27 | 11/22/2004 | 28402131 | DR. JORGE CABRERA | 6341 SUNSET DRIVE | FIRST FLOOR | SOUTH MIAMI |
| 27 | 28 | 11/22/2004 | 28402131 | DR. JORGE CABRERA | 6341 SUNSET DRIVE | FIRST FLOOR | SOUTH MIAMI |
| 28 | 29 | 11/22/2004 | 28402131 | DR. JORGE CABRERA | 6341 SUNSET DRIVE | FIRST FLOOR | SOUTH MIAMI |
| 29 | 30 | 11/22/2004 | 28402051 | DANIEL J. KNAPP, DC, CC, RD | 3982 BEE RIDGE RD | BLDG H SUITE H | SARASOTA |
| 30 | 31 | 11/22/2004 | 28400808 | ORTHOPAEDIC SURGERY & SPORTS MED., PA | 1414 SE 3 AVE | | FORT LAUDERDALE |
| 31 | 32 | 11/22/2004 | 28400809 | GOLDSTEIN, RICHARD D.,MD | 1414 SE 3 AVE | | FORT LAUDERDALE |
| 32 | 33 | 11/22/2004 | 28401762 | PROGRESSIVE MEDICAL GROUP - WILLIAM LICHTER | 6712 HANLEY ROAD | | TAMPA |
| 33 | 34 | 11/22/2004 | 28401929 | BANISTER CHIROPRACTIC | 4111 ATLANTIC BLVD | | JACKSONVILLE |
| 34 | 35 | 11/22/2004 | 28402053 | EDWARD R. DIETZ, JR, DC | 5812 BEE RIDGE RD | | SARASOTA |
| 35 | 36 | 11/23/2004 | 28401548 | MAYO CLINIC JACKSONVILLE | 4500 SAN PABLO ROAD | | JACKSONVILLE |
| 36 | 36 | 11/24/2004 | 28400178 | HOLY CROSS HOSPITAL | PO BOX 407143 | | FORT LAUDERDALE |
| 37 | 36 | 11/24/2004 | 28400179 | HOLY CROSS MEDICAL GROUP | PO BOX 400179 | | FORT LAUDERDALE |
| 38 | 37 | 11/26/2004 | 28401138 | DR. MARK T. MACHUGA, PA | 740 NORTH HASTINGS STREET | | ORLANDO |
| 39 | 38 | 11/26/2004 | 28402129 | SOUTH GULF COAST EMERGENCY PHYSICIANS, PA | 1318 GASPARILLA DR | | FORT MYERS |
| 40 | 39 | 11/26/2004 | 28401235 | ORANGE PARK CHIROPRACTIC CENTER, PA | 784 BLANDING BLVD | SUITE 106 | ORANGE PARK |
| 41 | 39 | 11/26/2004 | 28401236 | ORANGE PARK MEDICAL CENTER | 784 BLANDING BLVD | SUITE 106 | ORANGE PARK |
| 42 | 40 | 11/26/2004 | 28400178 & 28400179 | HOLY CROSS HOSPITAL, INC | 4725 NORTH FEDERAL HIGHWAY | | FORT LAUDERDALE |
| 43 | 41 | 11/29/2004 | 28401432 | CARMEL CHIROPRACTIC CLINIC | 291 E. JEFFERSON ST | | BROOKSVILLE |
| 44 | 42 | 11/29/2004 | 28401623 | GUY YVES PELCHAT, DC | 6550 N. WICKHAM ROAD | SUITE 6 | MELBOURNE |

Exhibit A