# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 09, 2005

Clarence  Maddox
Clerk, U.S. District Court
301 N. Miami Avenue
Miami  FL  33128

**Appeal Number: 02-15544-AA**
Case Style: David A. Napoli v. Allstate Insurance Co.
District Court Number:  00-06061 CV-WJZ

The following action has been taken in the referenced case:

Joint Motion to Dismiss Appeal without Prejudice as to Integon (ONLY) is GRANTED.
This appeal is consolidated with 02-16054-AA/Napoli vs Allstate Insurance Co.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Shirley M. Brown (404) 335-6170

MOT-2 (03-2004)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

**Consolidated Case No. 02-16054-A**

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAR 0 1 2005

THOMAS K. KAHN
CLERK

DR. PAUL ZIDEL,                                   :

         Plaintiff/Appellee,                :

v.                                                :

ALLSTATE INSURANCE COMPANY,                       :

         Defendant/Appellant.               :

_____                :

ULTRA OPEN MRI CORPORATION,                       :

         Plaintiff/Appellee,                :

v.                                                :

INTEGON NATIONAL INSURANCE                        :
COMPANY and INTEGON GENERAL                       :
INSURANCE CORPORATION,                            :

         Defendants/Appellants.             :

_____/

# JOINT  MOTION  TO  DISMISS  APPEAL



UOMC v. Integon
Case No. 02-16054-A
Page C-i of viii

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

Counsel for plaintiff/appellee Ultra Open MRI Corporation and

defendants/appellants Integon National Insurance Company and Integon General

Insurance Corporation certify that the following persons have an interest in the outcome

of this case:

ADP Integrated Medical Solutions, Inc.

William E. Adams, III, Esq.

William H. Adams, Jr., Esq.

Akerman Senterfitt

John D. Aldock, Esq.

Marcy Levine Aldrich, Esq.

Allstate Indemnity Company

Allstate Insurance Company

American International Insurance Company

American International South Insurance Company

American Life and Health Insurance Company

Anania, Bandklayder, Blackwell, Baumgarten, Torricella & Stein, P.A.

Francis Anania, Esq.

Atlas Pearlman, P.A.

Jan Douglas Atlas, Esq.

Gregory A. Baldwin, Esq.

UOMC v. Integon
Case No. 02-16054-A
Page C-ii of viii

Beech Street Corporation

Donald A. Blackwell, Esq.

Douglas Blankman, Esq.

Richard Bokor, Esq.

Keith Brickell, D.C.

Nina K. Brown, Esq.

Marc J. Browner, D.C.

Butler Burnett Pappas

Cambridge Life Insurance Company

The Continental Insurance Company

Nancy A. Copperthwaite, Esq.

Robin Corwin Campbell, Esq.

W. Curtis Caywood, Esq.

Claims Administration Corp.

Community Care Network, Inc., d/b/a CCN Managed Care, Inc.

Conroy, Simberg, Ganon, Krevans & Abel, P.A.

Nancy A. Copperthwaite, Esq.

W. Donald Cox, Esq.

Richard H. Critchlow, Esq.

William W. Deem, Esq.

Deerbrook Insurance Company

Dr. Andrew Ellowitz

Mary Claire Espenkotter, Esq.

Family Chiropractic Center

Federal Employee Plans, Inc.

The Honorable Wilkie D. Ferguson, Jr.

Fidelity and Casualty Company of New York

First Health Benefits Administration Corp.

First Health Group Corp.

First Health Insurance Agency, Inc.

First Health Insurance Services, Inc.

First Health and Life Insurance Company

First Health Realty, Inc.

First Health Services Corporation

First Health Services of Arkansas, Inc.

First Health Services of Florida, Inc.

First Health Services of Montana, Inc.

First Health Services of New York, Inc.

First Health Services of North Carolina, Inc.

First Health Services of South Carolina, Inc.

First Health Services of Tennessee, Inc.

First Health Strategies, Inc.

First Health Strategies of New Mexico, Inc.

First Health Strategies of Ohio, Inc.



First Health Strategies of Pennsylvania, Inc.

First Health Strategies of Texas, Inc.

First Health Strategies of Utah, Inc.

First Peer Review of Arizona, Inc.

First Peer Review of Colorado, Inc.

First Peer Review of Michigan, Inc.

First Peer Review of Ohio, Inc.

First Peer Review of Oregon, Inc.

First Peer Review of Tennessee, Inc.

Florida Farm Bureau Casualty Insurance Company

Florida Farm Bureau General Insurance Company

Fowler White Boggs Banker

Dale L. Friedman, Esq.

Casey Fundaro, Esq.

Andrew Garcia, Esq.

Richard Godfrey, Esq.

Gold & Coulson

Arthur S. Gold, Esq.

Bryan S. Gowdy, Esq.

Eric A. Greenwald, Esq.

James C. Haggerty, Esq.

Lisa M. Harrison, Esq.



UOMC v. Integon
Case No. 02-16054-A
Page C-v of viii

Hartford Insurance Company of the Midwest

HealthCare Value Management, Inc.

Holland & Knight LLP

Integon General Insurance Company

Integon National Insurance Company

Michael Isenman, Esq.

Kenny, Nachwalter, Seymour, Arnold, Critchlow & Spector, P.A.

Kirkland & Ellis

Brian P. Knight, Esq.

Kopelman & Blankman, P .A.

Lawrence M. Kopelman, Esq.

Katherine C. Lake, Esq.

Robert D.W. Landon, III, Esq.

Salvatore D. Larusso, D.C.

Susan L. Lawson, Esq.

Lee & Amtzis, P .L.

Eric Lee, Esq.

Jeffrey P. Lennard, Esq.

Hope Lester, Esq.

Lauren D. Levy, Esq.

Liberty Mutual Insurance Company

Honorable Frank J. Lynch, Jr.

Kathy J. Maus, Esq.

Mayer, Brown & Platt

McGuire Woods, LLP

Medview Services, Inc.

Metropolitan Casualty Insurance Company

MetLife, Inc.

Midwest Benefits Corporation

Mote Wellness & Rehab, Inc.

Dr. David Napoli

Nationwide Insurance Company of America

Nationwide Mutual Insurance Company of America

Alan J. Nisberg, Esq.

Phillips & Garcia

Carlin Phillips, Esq.

PPO Alliance

Preferred Works, Inc.

Progressive American Insurance Company

Progressive Bayside Insurance Company

Progressive Consumers Insurance Company

Progressive Express Insurance Company

Prudential Financial, Inc.

Prudential P & C Holdings, Inc.

{M2220118;1}



Prudential Property and Casualty Insurance Company

John M. Quaranta, Esq.

Raymond & Levine, L.L.P.

Richard Bokor, P.A.

Howard J. Roin, Esq.

Ross & Hardies

Rumberger, Kirk & Caldwell

Rebecca A. Sack, Esq.

Hala A. Sandridge, Esq.

Mark Shapiro, Esq.

Shea & Gardner

David B. Shelton, Esq.

Lenore C. Smith, Esq.

Honorable Lurana S. Snow

Sonnenschein, Nath & Rosenthal

Rodolfo Sorondo, Jr., Esq.

Southern Farm Bureau Casualty Insurance Company

Superior Insurance Company

Swartz Campbell Detweiler

Tew Cardenas Rebak Kellogg Lehman DeMaria Tague

The Chiropractic Centre, Inc.

Ultra Open MRI Corporation

Peter J. Valeta, Esq.

George Volsky, Esq.

Walter E. Afield, M.D., P.A.

Dr. Paul Zidel



Pursuant to Federal Rule of Appellate Procedure 42(b) and Local Rule 42-1(a), plaintiff/appellee Ultra Open MRI Corporation ("UOMC") and defendants/appellants Integon National Insurance Company and Integon General Insurance Corporation (collectively, "Integon") jointly move to dismiss this appeal in view of the court-approved class action settlement in this matter.

In support of their motion, UOMC and Integon state:

1.      This appeal arises from a suit in the Southern District of Florida (Case No. 00-6061-CIV-Zloch) in which the district court consolidated (at least in part) several similar proposed class actions against different insurance companies, including Integon.

2.      Plaintiffs filed suit against Integon in May 2001. In October 2001, Integon moved to compel arbitration of the claims against it pursuant to the Federal Arbitration Act ("FAA" or the "Act"), 9 U.S.C. § 1 *et seq.*

3.      The district court denied Integon's motion to compel arbitration. In October 2002, Integon filed a notice of appeal of the court's orders pursuant to the FAA. That notice resulted in this interlocutory appeal.

4.      This Court consolidated Integon's appeal and several other related interlocutory arbitration appeals, filed by different insurer defendants, all arising from the same orders in the consolidated district court case.

5.      During the appellate mediation process, UOMC and Integon reached a tentative settlement of this matter.

Case No. 02-16054-A

6.    The parties then requested, and the Court approved, a limited

remand to the district court so that it could consider the class action settlement. *See*

Order dated Oct. 31, 2003.

7.    The district court recently approved the class settlement. *See*

Order of Final Approval and Final Judgment dated Jan. 19, 2005.

8.    The settlement now is final, so this appeal is moot.

9.    Accordingly, UOMC and Integon ask the Court to dismiss Integon's

appeal *only* without prejudice in accordance with the settlement.[1]

10.    Each party is to bear its own costs and fees, except as otherwise

provided in the Final Judgment.

For these reasons, UOMC and Integon ask the Court to dismiss this

appeal without prejudice with no further award of fees or costs.

Respectfully submitted,

Eric Lee  *NAC*
LEE & AMTZIS, P.L.
Counsel for Appellee UOMC
5550 Glades Road, Suite 401
Boca Raton, Florida 33431
Telephone:  561-981-9988
Telefax:     561-981-9980

Marcy Levine Aldrich
Nancy A. Copperthwaite
AKERMAN, SENTERFITT
Counsel for Appellant Integon
2800 SunTrust International Center
One S.E. Third Avenue
Miami, Florida  33131
Telephone:  305-374-5600
Telefax:     305-374-5095

GRANTED  BY  CLERK
FOR  COURT

Andrea Ware                    3-8-05
Deputy Clerk                   Date

---

[1]    This request does not pertain to the other consolidated appeals filed by the other
insurer defendants.

Case No. 02-16054-A

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was

mailed this 28th day of February 2005 to all persons on the attached Service List.

_Nancy Copperthwaite_
Nancy A. Copperthwaite



# SERVICE LIST

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
elee@leeamlaw.com
Suite 401
5550 Glades Road
Boca Raton, FL 33431
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
350 East Las Olas Boulevard , # 980
Fort Lauderdale, FL 33301
(954) 462-6855
(954) 462-6899 Facsimile

Counsel for:
**Allstate, Fidelity and Casualty,
Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Post Office Box 1873
Orlando, FL 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

MCGUIREWOODS LLP
Peter J. Valeta, Esq.
pvaleta@mcguirewoods.com
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1815
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, LLP.
Joseph A. DeMaria, Esq.
(305)539-2495
jad@tewlaw.com
Four Seasons Tower
15th Floor
1441 Brickell Avenue
Miami, FL 33131-3407

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

KENNY NACHWALTER,
SEYMOUR ARNOLD CRITCHLOW
& SPECTOR, P.A.
Richard H. Critchlow, Esq.
Robert D.W. Landon, III, Esq.
rlandon@knsacs.com
201 South Biscayne Blvd., Suite 1100
Miami, FL 33131
(305) 373-1000
(305) 372-1861 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

# SERVICE LIST

## Counsel for Liberty Mutual

AKERMAN, SENTERFITT
Nina Brown, Esq.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

## Counsel for American International Hartford, Metropolitan, Integon

AKERMAN SENTERFITT
Marcy Levine Aldrich, Esq.
Scott Cosgrove, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

## Counsel for Metropolitan

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

## Counsel for Superior

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

## Counsel for Prudential

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3600 Maclay Blvd, Suite 101
Tallahassee, FL 32312
(850) 894-4111
(850) 894-4999 Facsimile

GOODWIN PROCTER LLP
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4000
(202) 346-4444 Facsimile

## Counsel for American International

CONROY,    SIMBERG,    GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

{MI800177;1}