UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

MAR 2 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH

DR. PAUL ZIDEL, on behalf of
himself and all others
similarly situated,

      Plaintiff,

v.                                                      **ORDER SETTING HEARING**

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC. d/b/a CCN,

      Defendants.
_____/


SALVATORE D. LARUSSO, D.C.                    CASE NO. 01-8108
d/b/a FAMILY CHIROPRACTIC
CENTER, AUGUSTINE JOSEPH,
P.A., and JOEL D. STEIN, D.O.
P.A., on behalf of themselves
and all others similarly
situated,

      Plaintiffs,

v.

NATIONWIDE MUTUAL INSURANCE
COMPANY, NATIONWIDE MUTUAL
FIRE INSURANCE COMPANY,
NATIONWIDE PROPERTY AND
CASUALTY INSURANCE COMPANY,
NATIONWIDE INSURANCE COMPANY
OF AMERICA, NATIONWIDE GENERAL
INSURANCE COMPANY, and
NATIONWIDE ASSURANCE COMPANY
f/k/a COLONIAL INSURANCE
COMPANY,

      Defendants.
_____/


    THIS MATTER is before the Court upon the parties' Joint Motion

For Preliminary Approval Of Proposed Settlement (DE 1032).  The



Court having carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the parties' Joint Motion For Preliminary Approval Of Proposed Settlement (DE 1032) be and the same is hereby **SET** for a preliminary approval hearing before this Court on <u>Wednesday, March 30, 2005 at 10:30 a.m.</u>, in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _22nd_ day of March, 2005.


WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

All counsel of record

2