CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE WILLIAM J. ZLOCH

FILED by _____ D.C.
MAR 30 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO. 00-6061-CIV-ZLOCH   DATE March 30, 2005
COURTROOM CLERK Seamus Flaherty   COURT REPORTER Carl Schanzleh

Salvatore Larusso, et. al.,   vs   Nationwide Mutual Insurance Company

COUNSEL Eric Lee and Arthur Gold   COUNSEL John Marino and Edward Contra

REASON FOR HEARING Hearing on parties' Joint Motion For Preliminary Approval of Proposed Settlement (DE 1032)

RESULT OF HEARING Court will grant the instant Motion (DE 1032) and enter an Order of Preliminary Approval.

CASE CONTINUED TO _____ TIME _____ FOR _____
MISC This hearing dealt with the parties to Case No. 01-8081-CIV-ZLOCH, which was consolidated into the above-styled cause.