  
FILED by ______ D.C.
APR 11 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH

DR. PAUL ZIDEL, on behalf of himself and all others similarly situated,

Plaintiff,

v.

**ORDER SETTING HEARING**

ALLSTATE INSURANCE COMPANY, and COMMUNITY CARE NETWORK, INC. d/b/a CCN,

Defendants.
_______________________________/

THE CHIROPRACTIC CENTRE, INC., on behalf of itself and all others similarly situated,

Case No. 01-6783

Plaintiffs,

v.

METROPOLITAN CASUALTY INSURANCE COMPANY, et al.,

Defendants.
_______________________________/

THIS MATTER is before the Court upon the parties' Joint Motion For Preliminary Approval Of Proposed Settlement (DE 1034). The Court having carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the parties' Joint Motion For Preliminary Approval Of Proposed Settlement (DE 1034) be and the same is hereby **SET** for a preliminary approval hearing before this Court on Tuesday, April 19, 2005 at 11:00 a.m., in Courtroom A,

1038/cli



United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___11th___ day of April, 2005.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

All counsel of record