FILED by _____ D.C.

APR 1 9 2005

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## HONORABLE WILLIAM J. ZLOCH

CASE NO. 00-6061-CV-ZLOCH     DATE April 19, 2005

COURTROOM CLERK Seamus Flaherty     COURT REPORTER Carl Schauzleh

Dr. Paul Zidel, on behalf of himself     Allstate Insurance
and all others similarly situated     vs     Company, et al.

COUNSEL Eric Lee, Esq.     COUNSEL Marcy L. Aldrich, Esq.

REASON FOR HEARING Joint Motion for Preliminary Approval of Settlement Agreement (DE 1037) - Hearing is necessary because above styled cause consists of consolidated class actions

RESULT OF HEARING Motion GRANTED - Court will enter Order reflecting the same.

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC The aforementioned settlement is proposed in Case No. 01-6783 of the Consolidated Action (The Chiropractic Centre, Inc. v Metropolitan Casualty Insurance Co., et al.)

1040
sh