UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6061-CIV-ZLOCH/SNOW
(Consolidated)

DR. PAUL ZIDEL, on behalf of himself,
and all others similarly situated,

        Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,
et al.,

        Defendants.
_____/

## AMENDED NOTICE OF WITHDRAWAL AS COUNSEL FOR PLAINTIFFS

Petitioner, Casey Fundaro, Esquire, hereby withdraws as counsel for the Plaintiff in each of the consolidated cases identified below:

Consolidated Cases

*Dr. Paul Zidel, v. Allstate Insurance Company,* Case No. 00-6061
*Keith Brickell, D.C. v. Progressive Express Ins.,* Case No. 00-6649
*Marc J. Browner, D.C. v. Allstate Indemnity Co.,* Case No. 00-7163
*Salvatore D. Larusso, D.C. v. Liberty Mutual Ins.,* Case No. 00-7692
*Ultra Open MRI Corp. v. Progressive America Ins. Co.,* Case No. 01-6776
*Ultra Open MRI Corp. v. Deerbrook Ins.Co.,* Case No. 01-6777
*Ultra Open MRI Corp. v. Prudential Property & Casualty Ins. Co.,* Case No.01-6778
*Ultra Open MRI Corp. v. Fidelity and Casualty Co. of NY,* Case No. 01-6779
*Ultra Open MRI Corp. v. Integon National Ins. Co.,* Case No. 01-6780
*Chiropractic Centre, Inc. v. Superior Ins. Co.,* Case No. 01-6782
*Chiropractic Centre, Inc. v. Metropolitan Casualty Co.,* Case No. 01-6783
*Salvatore D. Larusso, D.C. v. Nationwide Ins. Co. of America,* Case No.01-8108
*Salvatore D. Larusso, D.C. v. Florida Farm Bureau Casualty Ins. Co.,* Case No. 01-8110
*Salvatore D. Larusso, D.C. v. Hartford Ins. Co. of the Midwest,* Case No. 01-8111
*Dr. Andrew Ellowitz v. American International Ins. Co.,* Case No. 01-8549

        _____
        CASEY FUNDARO

355425v.2 991478.0001

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Withdraw of Counsel was furnished, by mail, this 21st day of April, 2005, to all counsel on the attached Service List.

> TRIPP, SCOTT, P.A.
> Attorney for Casey Fundaro
> Post Office Box 14245
> Fort Lauderdale, Florida 33302
> Telephone: (954) 525-7500
> Facsimile: (954) 843-9236
>
> By _/s/_____
>        Edward R. Curtis

## SERVICE LIST

### DR. PAUL ZIDEL, et al., v. ALLSTATE INSURANCE COMPANY, et al
### Case No. 00-6061-CIV-Zloch/Snow
### (Consolidated)

Eric Lee, Esquire
Lee & Amtzis, P.L.
5550 Glades Road, S-401
Boca Raton, Florida 33431

Arthur S. Gold, Esquire
Gold & Coulson
11 S. LaSalle Street, S-2500
Chicago, Illinois 60603

Andrew Garcia, Esquire
Carlin Phillips, Esquire
Phillips & Garcia
13 Ventura Drive
North Darthmouth, MA 02747

Larry Kopelman, Esquire
Douglas Blankman, Esquire
Kopelman & Blankman, P.A,
350 E. Las Olas Blvd., S-980
Fort Lauderdale, Florida 33301

Susan L. Lawson, Esquire
230 East Davis Blvd., S-200
Tampa, Florida 33606

Richard Bokor, Esquire
Richard Bokor, P.A.
230 East Drive Blvd.
Tampa, Florida 33606

David B. Shelton, Esquire
Rumberger, Kirk & Caldwell
Signature Plaza, S-200
Post Office Box 1873
Orlando, Florida 32802

Peter J. Valeta, Esquire
Ross & Hardies
150 N. Michigan Avenue, S-2500
Chicago, IL 60601

John M. Quaranta, Esquire
Tew, Cardenas
Miami Center, 26th Flr
201 S. Biscayne Blvd.
Miami, Florida 33131

Francis A. Anania, Esquire
Anania, Bandklayder
NationsBank Tower, S-4300
100 SE 2nd Street
Miami, Florida 33131

Richard Critchlow, Esquire
Robert Landon, Esquire
The Kenny Nachwalter Law Firm
201 S. Biscayne Blvd., S-1100
Miami, Florida 33131

Katherine C. Lake, Esquire
Fowler, White
Post Office Box 1438
Tampa, Florida 33601

James C. Haggerty, Esquire
Swartz Campbell Detweiler
1601 Market Street, 34th Flr
Philadelphia, PA 19103

Robert K. Levenson, Esquire
Greg Baldwin, Esquire
Holland & Knight, LLP
701 Brickell Avenue, S-3000
Miami, Florida 33131

Mark Shapiro, Esquire
Akerman, Senterfit
SunTrust International Ctr, 28th Flr
One Southeast Third Avenue
Miami, Florida 33131

Marcy Levine Aldrich, Esquire
Akerman, Senterfit
SunTrust International Ctr, 28th Flr
One Southeast Third Avenue
Miami, Florida 33131

Jeffrey P. Lennard, Esquire
Sonnenschein, Nath & Rosenthal
8000 Sears Tower
Chicago, IL 60606

Alan J. Nisberg, Esquire
Butler Burnette Pappas
Bayport Plaza
6200 Courtney Campbell Causeway,
Suite 1100
Tampa, Florida 33607

Kathy J. Maus, Esquire
Lauren D. Levy, Esquire
Butler Burnette Pappas
3600 Maclay Blvd., S-101
Tallahassee, Florida 32312

John D. Aldock, Esquire
Michael Isenman, Esquire
Shea & Gardner
1800 Massachusetts Avenue, NW
Washington, DC 20036

Dale L. Friedman, Esquire
Brian P. Knight, Esquire
Conroy, Simberg, Ganon, Krevans &
Abel, P.A.
3440 Hollywood Boulevard, 2nd Flr
Hollywood, Florida 33021

355425v:2 991478 0001