UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendant.
_____/

ULTRA OPEN MRI CORPORATION, on
behalf of itself and all others similarly situated,

    Plaintiff,

v.

CASE NO. 01-6779-CIV-FERGUSON

FIDELITY AND CASUALTY COMPANY
OF NEW YORK and THE CONTINENTAL
INSURANCE COMPANY,

    Defendants.
_____/

## NOTICE OF CHANGE OF ADDRESS

YOU ARE NOTIFIED of the following new address for Peter J. Valeta, one of the counsel for Defendants Fidelity and Casualty Company of New York and The Continental Insurance Comopany:

    Peter J. Valeta
    Florida Bar No.: 0327557
    MECKLER BULGER & TILSON LLP
    123 North Wacker Drive, Suite #1800
    Chicago, IL 60606
    Direct Phone:  312-474-7895
    Facsimile:      312-474-7898



## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent via regular mail this 2nd day of May, 2005 to all individuals on the attached service list.

Respectfully submitted,

MECKLER BULGER & TILSON LLP
Attorney for Defendant
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
312.474.7895

BY: _____
PETER J. VALETA
Florida Bar No.: 032755

## MASTER SERVICE LIST

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
lee@leeamlaw.com
5550 Glades Road, Suite 401
Boca Raton, FL 33431
561.981.9988
651.981.9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 South LaSalle Street
Suite 2500
Chicago, IL 60603
312.372.0777
312.372.07878 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agracia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
508.998.0800
508.998.0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
350 East Las Olas Boulevard
Suite 980
Fort Lauderdale, FL 33301
954.462.6855
654.462.6899 Facsimile

**Co-Counsel for Plaintffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard
Suite 200
Tampa, FL 33606
813.251.8879
813.521.5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
813.521.1000
813.524.6327 Facsimile

**Counsel for: Allstate, Fidelity and Casualty, Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David BShelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, FL 32802-1873
407.872.7300
407.841.2133 Facsimile

MECKLER BULGER & TILSON, LLP
Peter J. Valeta, Esq.
peter.valeta@mbtlaw.com
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
312.474.7900
312.474.7898 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS LLP
John M. Quaranta, Esq.
jmq@tewlaw.com
Four Seasons Tower
15th Floor
1441 Brickell Avenue
Miami, FL 33131-3407
305.536.1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@anania-law.com
NaitonsBank Tower
Suite 4300
100 Southeast Second Street
Miami, FL 33131
305.373.4900
305.373.6914 Facsimile

**Counsel for CCN**

The Kenny Nachwalter Law Firm
Richard Critchlow, Esq.
rcritchlow@knsacs.com
Robert Landon, Esq.
rlandon@knsacs.com
201 South Biscayne Blvd.
Suite 1100
Miami, FL 33131-4327
305.373.1000
305.372.1861 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
813.228.7411
813.229.8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316
215.299.4314
215.299.4301 Facsimile

FOWLER, WHITE, et al.
John P. Marino, Esq.
jmarino@fowlerwhite.com
50 North Laura Street
Suite 2200
Jacksonville, FL 32202
904.598.3120
904.598.3131 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Ave, Suite 3000
Miami, FL 33131
305.374.8500
305.789.7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT, et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
One Southeast Third Avenue
28th Fl.
Miami, FL 33131
305.374.5600
305.374.5095 Facsimile

**Counsel for Hartford,
Metropolitan, Integon**

AKERMAN, SENTERFITT, et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
One Southeast Third Avenue
28th Fl
Miami, FL 33131
305.374.5600
305.374.5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH &
ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
800 Sears Tower
Chicago, IL 60606
312.876.8000
312.876.7934 Facsimile

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
813.281.1900
813.281.0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3600 Maclay Boulevard
Suite 101
Tallahassee, FL 32312
850.894.4111
850.894.4999 Facsimile

GOODWIN PROCTER
John D. Aldock, Esq.
jaldock@goodwinprocter.com
Michael Isenman, Esq.
misenman@goodwinprocter.com
901 New York Avenue, NW
Washington, DC 20001
202.346.4000
202.346.4444 Facsimile

**Counsel for American
International**

CONROY, SIMBERG, CANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
2nd Floor
Hollywood, FL 33021
954.961.1400
954.967.8577 Facsimile

**Counsel for Casey Fundaro, Esq.**

TRIPP SCOTT
Edward Royce Curtis, Esq.
erc@trippscott.com
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL 33301