UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendant.
_____/

ULTRA OPEN MRI CORPORATION,
on behalf of itself and all others similarly
situated,

    Plaintiff,

v.

DEERBROOK INSURANCE COMPANY,

    Defendants.
_____/

CASE NO. 01-6777-CIV-FERGUSON

## NOTICE OF CHANGE OF ADDRESS

YOU ARE NOTIFIED of the following new address for Peter J. Valeta, one of the counsel for Defendant Deerbrook Insurance Company:

    Peter J. Valeta
    Florida Bar No.: 0327557
    MECKLER BULGER & TILSON LLP
    123 North Wacker Drive
    Suite # 1800
    Chicago, IL 60606
    Direct Phone: 312-474-7895
    Facsimile:    312-474-7898

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent via regular mail this 2nd day of May, 2005 to all individuals on the attached service list.

           Respectfully submitted,

           MECKLER BULGER & TILSON LLP
           Attorney for Defendant
           123 North Wacker Drive
           Suite 1800
           Chicago, IL 60606
           312.474.7895

BY: _____
      PETER J. VALETA
      Florida Bar No.: 032755

## MASTER SERVICE LIST

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
lee@leeamlaw.com
5550 Glades Road, Suite 401
Boca Raton, FL 33431
561.981.9988
651.981.9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 South LaSalle Street
Suite 2500
Chicago, IL 60603
312.372.0777
312.372.07878 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agracia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
508.998.0800
508.998.0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
350 East Las Olas Boulevard
Suite 980
Fort Lauderdale, FL 33301
954.462.6855
654.462.6899 Facsimile

**Co-Counsel for Plaintffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard
Suite 200
Tampa, FL 33606
813.251.8879
813.521.5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
813.521.1000
813.524.6327 Facsimile

**Counsel for: Allstate, Fidelity and Casualty, Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David BShelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, FL 32802-1873
407.872.7300
407.841.2133 Facsimile

MECKLER BULGER & TILSON, LLP
Peter J. Valeta, Esq.
peter.valeta@mbtlaw.com
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
312.474.7900
312.474.7898 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS LLP
John M. Quaranta, Esq.
jmq@tewlaw.com
Four Seasons Tower
15th Floor
1441 Brickell Avenue
Miami, FL 33131-3407
305.536.1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@anania-law.com
NaitonsBank Tower
Suite 4300
100 Southeast Second Street
Miami, FL 33131
305.373.4900
305.373.6914 Facsimile

**Counsel for CCN**

The Kenny Nachwalter Law Firm
Richard Critchlow, Esq.
rcritchlow@knsacs.com
Robert Landon, Esq.
rlandon@knsacs.com
201 South Biscayne Blvd.
Suite 1100
Miami, FL 33131-4327
305.373.1000
305.372.1861 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
813.228.7411
813.229.8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316
215.299.4314
215.299.4301 Facsimile

FOWLER, WHITE, et al.
John P. Marino, Esq.
jmarino@fowlerwhite.com
50 North Laura Street
Suite 2200
Jacksonville, FL 32202
904.598.3120
904.598.3131 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Ave, Suite 3000
Miami, FL 33131
305.374.8500
305.789.7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT, et al.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
One Southeast Third Avenue
28th Fl.
Miami, FL 33131
305.374.5600
305.374.5095 Facsimile

**Counsel for Hartford,
Metropolitan, Integon**

AKERMAN, SENTERFITT, et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
One Southeast Third Avenue
28th Fl
Miami, FL 33131
305.374.5600
305.374.5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH &
ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
800 Sears Tower
Chicago, IL 60606
312.876.8000
312.876.7934 Facsimile

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
813.281.1900
813.281.0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3600 Maclay Boulevard
Suite 101
Tallahassee, FL 32312
850.894.4111
850.894.4999 Facsimile

GOODWIN PROCTER
John D. Aldock, Esq.
jaldock@goodwinprocter.com
Michael Isenman, Esq.
misenman@goodwinprocter.com
901 New York Avenue, NW
Washington, DC 20001
202.346.4000
202.346.4444 Facsimile

**Counsel for American
International**

CONROY, SIMBERG, CANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
2nd Floor
Hollywood, FL 33021
954.961.1400
954.967.8577 Facsimile

**Counsel for Casey Fundaro, Esq.**

TRIPP SCOTT
Edward Royce Curtis, Esq.
erc@trippscott.com
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL 33301