UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH
(Magistrate Snow)

DR. PAUL ZIDEL, on behalf of himself and
all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

SALVATORE D. LARUSSO, D.C., d/b/a,    01-8108
FAMILY CHIROPRACTIC CENTER,
on behalf of himself and all others similarly
situated,

    Plaintiffs,

v.

NATIONWIDE MUTUAL INSURANCE
COMPANY, et al.,

    Defendants.
_____/



## NOTICE OF OPTING OUT OF THE
## PROPOSED CLASS ACTION SETTLEMENT

By Certified Mail, Return Receipt Requested to:

TO:   Nationwide Mutual Settlement Administrator   CC:   Clerk of the Court
       Post Office Box 370                                       United States Courthouse
       Philadelphia, Pennsylvania 19105-0370               299 East Broward Boulevard
                                                                         Fort Lauderdale, Florida 33301

      CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW

IMFELD, M.D., by and through their undersigned attorneys, pursuant to the provisions of the Notice

Pendency of Class Action, Proposed Settlement and Hearing, served in the above captioned Class Action

lawsuit, opts out of the proposed Settlement, and states as follows:

1. CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D., (Tax ID# 59-3224058, 10345 Orangewood Blvd., Orlando, Florida 32821, Phone: 407/352-6900) acknowledge receipt of a copy of the Notice Pendency of Class Action, Proposed Settlement and Hearing. CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D. are members of the Settlement Class, as defined in the Notice Pendency of Class Action, Proposed Settlement and Hearing.

2. By this Notice of Opting Out, CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D. affirmatively state their desire to opt out of the proposed settlement.

3. CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D. are opting out of the proposed settlement because they do not believe that the proposed settlement fully and adequately protects their interests. CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D. understand that they will not receive any proceeds of this settlement, and will be required to file individual lawsuits on their own behalf to recover monies owed to them.

WHEREFORE, CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D. affirmatively opt out of the proposed settlement, and respectfully request that this Honorable Court grant them such other and further relief as may be just and proper.

DATED this 5 day of May, 2005.

DONALD A. MYERS, JR.
Florida Bar No.: 0818290
BAILEY & MYERS, P.A.
100 East Sybelia Avenue, Suite 120
Maitland, Florida 32751
(407) 628-2929