**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH
(Magistrate Snow)

DR. PAUL ZIDEL, on behalf of himself and
all others similarly situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

      Defendants.

_____/

SALVATORE D. LARUSSO, D.C., d/b/a,      01-8108
FAMILY CHIROPRACTIC CENTER,
on behalf of himself and all others similarly
situated,

      Plaintiffs,

v.

NATIONWIDE MUTUAL INSURANCE
COMPANY, et al.,

      Defendants.

_____/



**NOTICE OF OPTING OUT OF THE**
**PROPOSED CLASS ACTION SETTLEMENT**

By Certified Mail, Return Receipt Requested to:

TO:    Nationwide Mutual Settlement Administrator    CC:    Clerk of the Court
        Post Office Box 370                               United States Courthouse
        Philadelphia, Pennsylvania 19105-0370          299 East Broward Boulevard
                                                    Fort Lauderdale, Florida 33301

      ROBERTS CHIROPRACTIC CENTER, P.A., THOMAS A. ROBERTS, D.C., and EDWIN P.

ROBERTS, D.C., by and through their undersigned attorneys, pursuant to the provisions of the <u>Notice</u>

<u>Pendency of Class Action, Proposed Settlement and Hearing,</u> served in the above captioned Class Action

lawsuit, opts out of the proposed Settlement, and states as follows:

NON-COMP..... ..... L.R. 5.1.A.2

1.      ROBERTS CHIROPRACTIC CENTER, P.A., THOMAS A. ROBERTS, D.C., and EDWIN

P. ROBERTS, D.C., (Tax ID# 59-3007600, 730 New Warrington Road, Pensacola, Florida 32506, Phone:

850/ 456-4788) acknowledge receipt of a copy of the Notice Pendency of Class Action, Proposed Settlement

and Hearing.  ROBERTS CHIROPRACTIC CENTER, P.A., THOMAS A. ROBERTS, D.C., and EDWIN

P. ROBERTS, D.C. are members of the Settlement Class, as defined in the Notice Pendency of Class Action,

Proposed Settlement and Hearing.

2.      By this Notice of Opting Out, ROBERTS CHIROPRACTIC CENTER, P.A., THOMAS A.

ROBERTS, D.C., and EDWIN P. ROBERTS, D.C. affirmatively state their desire to opt out of the proposed

settlement.

3.      ROBERTS CHIROPRACTIC CENTER, P.A., THOMAS A. ROBERTS, D.C., and EDWIN

P. ROBERTS, D.C. are opting out of the proposed settlement because they do not believe that the proposed

settlement fully and adequately protects their interests. ROBERTS CHIROPRACTIC CENTER, P.A.,

THOMAS A. ROBERTS, D.C., and EDWIN P. ROBERTS, D.C. understand that they will not receive any

proceeds of this settlement, and will be required to file individual lawsuits on their own behalf to recover

monies owed to them.

WHEREFORE, ROBERTS CHIROPRACTIC CENTER, P.A., THOMAS A. ROBERTS, D.C., and

EDWIN P. ROBERTS, D.C. affirmatively opt out of the proposed settlement, and respectfully request that

this Honorable Court grant them such other and further  relief as may be just and proper.

DATED this 5 day of May, 2005.

DONALD A. MYERS, JR.
Florida Bar No.: 0818290
BAILEY & MYERS, P.A.
100 East Sybelia Avenue, Suite 120
Maitland, Florida  32751
(407) 628-2929

2