UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CONSOLIDATED CASE NO: 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL et al,

    Plaintiffs,

Vs.

ALLSTATE INSURANCE CO and
COMMUNITY CARE NETWORK et al,

    Defendants et al

_____/

REQUEST TO OPT OUT

    COMES NOW, the NORTH BROWARD HOSPITAL DISTRICT, d/b/a Broward General Medical Center, North Broward Medical Center, Imperial Point Medical Center, Coral Springs, Medical Center, Weston Regional Health Park and North Broward Hospital District physicians and clinics and hereby requests that it be allowed to Opt Out of the settlement as noted in this litigation.

    For reference: Our tax identification number is: 59-6012065

    Copies furnished to: Settlement Administrator, P.O. Box 370, Philadelphia, PA 19105-0370.

    NORTH BROWARD HOSPITAL DISTRICT
    Legal Accounts Department
    1608 SE 3rd Avenue
    Ft. Lauderdale, Florida 33316
    Telephone: (954) 847-4111.

    By; Wendy Ennis-Volcy, Esq.
    Florida Bar no: 883440

NON-COMPLIANCE OF S.D. fla. L.R. 5.1.A.2