# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov



May 18, 2005

FILED BY _____ D.C.
APPEALS

MAY 2 3 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI FL 33128-7788

**Appeal Number: 02-15544-AA**
Case Style: David A. Napoli v. Allstate Insurance Co.
District Court Number: 00-06061 CV-WJZ

The following action has been taken in the referenced case:

The Joint Motion to Dismiss Appeal without Prejudice as to Liberty Mutual Insurance Company and Salvatore D. Larusso, DC (ONLY) is GRANTED. This appeal is consolidated with 02-16054-AA/Napoli vs Allstate Insurance Co.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Shirley M. Brown (404) 335-6170



MOT-2 (03-2004)



IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CONSOLIDATED CASE NO.: 02-16054-AA
D.C. Docket Consolidated No. 00-6061-CIV-ZLOCH
D.C. Docket No. 00-7692-FERGUSON

LIBERTY MUTUAL INSURANCE COMPANY,

Appellant/Defendant,

vs.

SALVATORE D. LARUSSO, D.C., d/b/a FAMILY
CHIROPRACTIC CENTER, on behalf of himself and
all others similarly situated,

Appellee/Plaintiff.

**JOINT MOTION TO DISMISS APPEAL**

{M2226865;1}

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Counsel for Appellant/Defendant Liberty Mutual Insurance Company,

certifies that the following persons have an interest in the outcome of this case:

ADP Integrated Medical Solutions, Inc.

William E. Adams, III, Esq.

William H. Adams, Jr., Esq.

Akerman Senterfitt

John D. Aldock, Esq.

Marcy Levine Aldrich, Esq.

Allstate Indemnity Company

Allstate Insurance Company

American International Insurance Company

American International South Insurance Company

American Life and Health Insurance Company

Anania, Bandklayder, Blackwell, Baumgarten, Torricella & Stein, P.A.

Francis Anania, Esq.

Atlas Pearlman, P.A.

Jan Douglas Atlas, Esq.

Gregory A. Baldwin, Esq.

Beech Street Corporation

Donald A. Blackwell, Esq.

Douglas Blankman, Esq.

Richard Bokor, Esq.

Keith Brickell, D.C.

Nina K. Brown, Esq.

Marc J. Browner, D.C.

Butler Burnett Pappas

Cambridge Life Insurance Company

The Continental Insurance Company

Nancy A. Copperthwaite, Esq.

Robin Corwin Campbell, Esq.

W. Curtis Caywood, Esq.

Claims Administration Corp.

Community Care Network, Inc., d/b/a CCN Managed Care, Inc.

Conroy, Simberg, Ganon, Krevans & Abel, P .A.

W. Donald Cox, Esq.

Richard H. Critchlow, Esq.

William W. Deem, Esq.

Deerbrook Insurance Company

Dr. Andrew Ellowitz

Family Chiropractic Center

Federal Employee Plans, Inc.

Fidelity and Casualty Company of New York

First Health Benefits Administration Corp.

First Health Group Corp.

First Health Insurance Agency, Inc.

First Health Insurance Services, Inc.

First Health and Life Insurance Company

First Health Realty, Inc.

First Health Services Corporation

First Health Services of Arkansas, Inc.

First Health Services of Florida, Inc.

First Health Services of Montana, Inc.

First Health Services of New York, Inc.

First Health Services of North Carolina, Inc.

First Health Services of South Carolina, Inc.

First Health Services of Tennessee, Inc.

First Health Strategies, Inc.

First Health Strategies of New Mexico, Inc.

First Health Strategies of Ohio, Inc.

First Health Strategies of Pennsylvania, Inc.

First Health Strategies of Texas, Inc.

First Health Strategies of Utah, Inc.

First Peer Review of Arizona, Inc.

First Peer Review of Colorado, Inc.

First Peer Review of Michigan, Inc.

First Peer Review of Ohio, Inc.

First Peer Review of Oregon, Inc.

First Peer Review of Tennessee, Inc.

Florida Farm Bureau Casualty Insurance Company

Florida Farm Bureau General Insurance Company

Fowler White Boggs Banker

Dale L. Friedman, Esq.

Casey Fundaro, Esq.

Andrew Garcia, Esq.

Richard Godfrey, Esq.

Gold & Coulson

Arthur S. Gold, Esq.

Bryan S. Gowdy, Esq.

Eric A. Greenwald, Esq.

James C. Haggerty, Esq.

Lisa M. Harrison, Esq.

Hartford Insurance Company of the Midwest

HealthCare Value Management, Inc.

Holland & Knight LLP

Integon General Insurance Company

Integon National Insurance Company

Michael Isenman, Esq.

Kenny, Nachwalter, Seymour, Arnold, Critchlow & Spector, P.A.

Kirkland & Ellis

Brian P. Knight, Esq.

Kopelman & Blankman, P.A.

Lawrence M. Kopelman, Esq.

Katherine C. Lake, Esq.

Robert D.W. Landon, III, Esq.

Salvatore D. Larusso, D.C.

Susan L. Lawson, Esq.

Lee & Amtzis, P.L.

Eric Lee, Esq.

Jeffrey P. Lennard, Esq.

Hope Lester, Esq.

Lauren D. Levy, Esq.

Liberty Mutual Insurance Company

Honorable Frank J. Lynch, Jr.

Kathy J. Maus, Esq.

Mayer, Brown & Platt

McGuire Woods, LLP

Medview Services, Inc.

Metropolitan Casualty Insurance Company

MetLife, Inc.

Midwest Benefits Corporation

Mote Wellness & Rehab, Inc.

Dr. David Napoli

Nationwide Insurance Company of America

Nationwide Mutual Insurance Company of America

Alan J. Nisberg, Esq.

Phillips & Garcia

Carlin Phillips, Esq.

PPO Alliance

Preferred Works, Inc.

Progressive American Insurance Company

Progressive Bayside Insurance Company

Progressive Consumers Insurance Company

Progressive Express Insurance Company

Prudential Financial, Inc.

Prudential P & C Holdings, Inc.

Prudential Property and Casualty Insurance Company

John M. Quaranta, Esq.

Raymond & Levine, L.L.P.

Richard Bokor, P.A.

Howard J. Roin, Esq.

Ross & Hardies

Rumberger, Kirk & Caldwell

Rebecca A. Sack, Esq.

Hala A. Sandridge, Esq.

Mark Shapiro, Esq.

Shea & Gardner

David B. Shelton, Esq.

Lenore C. Smith, Esq.

Honorable Lurana S. Snow

Sonnenschein, Nath & Rosenthal

Rodolfo Sorondo, Jr., Esq.

Southern Farm Bureau Casualty Insurance Company

Superior Insurance Company

Swartz Campbell Detweiler

Tew Cardenas Rebak Kellogg Lehman DeMaria Tague

The Chiropractic Centre, Inc.

Ultra Open MRI Corporation

Peter J. Valeta, Esq.

George Volsky, Esq.

Walter E. Afield, M.D., P.A.

Dr. Paul Zidel

Pursuant to Federal Rule of Appellate Procedure 42(b) and Local Rule 42-1(a), Appellant/Defendant Liberty Mutual Insurance Company ("Liberty") and Appellee/Plaintiff Salvatore D. Larusso, D.C., d/b/a Family Chiropractic Center ("Larusso") jointly move to dismiss this appeal in view of the court-approved class action settlement in this matter.

In support of their motion, Liberty and Larusso state:

1.    This appeal arises from a suit in the Southern District of Florida (Case No. 00-6061-CIV-Zloch) in which the district court consolidated (at least in part) several similar proposed class actions against different insurance companies, including Liberty Mutual.

2.    Larusso filed suit against Liberty on November 15, 2000. In June 2002, Liberty Mutual filed its joinder in defendant CCN's Motion to Compel Arbitration of the claims against it pursuant to the Federal Arbitration Act ("FAA" or the "Act"), 9 U.S.C. § 1 et seq.

3.    The district court denied Liberty Mutual's motion to compel arbitration. In October 2002, Liberty Mutual filed a notice of appeal of the court's orders pursuant to the FAA. That notice resulted in the interlocutory appeal.

4.    This Court consolidated Liberty's appeal and several other related interlocutory arbitration appeals, filed by different insurer defendants, all arising from the same orders in the consolidated district court case.

5.    During the appellate mediation process, Larusso and Liberty reached a tentative settlement of this matter.

6.    The parties then requested, and the Court approved, a limited remand to the district court so that it could consider the class action settlement. See Order dated August 5, 2004.

7.    The district court recently approved the class settlement. See Order of Final Approval and Final Judgment dated January 19, 2005.

8.    The settlement now is final, so this appeal is moot.

9.    Accordingly, Larusso and Liberty ask the Court to dismiss Liberty's appeal *only* without prejudice in accordance with the settlement.[1]

10.    Each party is to bear its own costs and fees, except as otherwise provided in the Final Judgment.

For these reasons, Larusso and Liberty ask the Court to dismiss this appeal without prejudice with no further award of fees or costs.

---

[1]    This request does not pertain to the other consolidated appeals filed by the other insurer defendants.

*Liberty Mutual v. Lurusso*
*Case No. 02-16054-AA*

Respectfully submitted,

**LEE & AMTZIS, P.L.**
Counsel for Appellee Larusso
5550 Glades Road, Suite 401
Boca Raton, Florida 33431
Phone: (561) 981-9988
Fax: (561) 981-9980

By: _____
ERIC LEE

**AKERMAN SENTERFITT**
Counsel for Appellant/Defendant
One Southeast Third Avenue - 28th Floor
Miami, Florida 33131-1704
Phone: (305) 374-5600
Fax: (305) 374-5095

By: _____
NINA K. BROWN
MARK S. SHAPIRO

GRANTED BY CLERK
FOR COURT

_____    5-16-05
Deputy Clerk                 Date

{M2226865;1}                    3

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was sent by U.S. Mail to counsel listed below on this ___8th___ day of April, 2005.

_____
Attorney

*Liberty Mutual v. Lurusso*
*Case No. 02-16054-AA*

## SERVICE LIST

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
elee@leeamlaw.com
Suite 401
5550 Glades Road
Boca Raton, FL 33431
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN,
P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
350 East Las Olas Boulevard,
# 980
Fort Lauderdale, FL 33301
(954) 462-6855
(954) 462-6899 Facsimile

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Post Office Box 1873
Orlando, FL 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

McGUIREWOODS LLP
Peter J. Valeta, Esq.
pvaleta@.mcguirewoods.com
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1815
(312) 750-3619
(312) 920-7241 Facsimile

**Counsel for Beech Street &**
**ADP**

TEW, CARDENAS,et al.
John M. Quaranta, Esq.
(305)539-2495
jmq@tewlaw.com
Four Seasons Tower
15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407
 (305) 536-1116 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER,
et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

KENNEY NACHWALTER
SEYMOUR ARNOLD
CRITCHLOW & SPECTOR,
P.A.
Richard H. Critchlow, Esq.
Robert D.W. Landon, III, Esq.
rlando@knsacs.com
201 South Biscayne Blvd., Suite
1100 Miami, FL 33131
(305) 373-1000
(305) 372-1861 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL
DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm**
**Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-850
(305) 789-7799 Facsimile

{M2226865;1}

*Liberty Mutual v. Larusso*
*Case No. 02-16054-AA*

**Counsel for:**
**Hartford, Metropolitan,**
**Integon**

AKERMAN, SENTERFITT et
al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile


**Counsel for Metropolitan**

SONNENSCHEIN, NATH &
ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934


**Counsel for Superior**

BUTLER BURNETTE
PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell
Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETTE
PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3600 Maclay Blvd, Suite 101
Tallahassee, FL 32312
(850) 894-4111
(850) 894-4999 Facsimile

GOODWIN PROCTER LLP
John D. Aldock, Esq.
Jaldock@goodwinprocter.com
Michael Isenman, Esq.
misenman@goodwinprocter.co
901 New York Avenue NW
Washington, D.C. 20001
(202) 346-4229
(202) 346-4444 Facsimile


**Counsel for American**
**International**

CONROY, SIMBERG,
GANON, KREVANS & ABEL,
P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile