UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

2005 JUN -2 AM 10: 28

CONSOLIDATED CASE NO.: 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of himself and
all others similarly situated,

    Plaintiffs,
v.

ALLSTATE INSURANCE COMPANY and
COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

    Defendants.
_____/    01-8108

SALVATORE D. LARUSSO, D.C., d/b/a FAMILY
CHIROPRACTIC CENTER, AUGUSTINE V. JOSEPH,
M.D., P.A., and JOEL D. STEIN, D.O. P.A., on behalf
Of themselves and all others similarly situated,

    Plaintiffs,
v.

NATIONWIDE MUTUAL INSURANCE
COMPANY, et al.,

    Defendants.
_____/

**NOTICE OF OPT-OUT OF SETTLEMENT CLASS
AND/OR NOTICE OF OPT-OUT OF SETTLEMENT AGREEMENT**

The below entities, who are clients of the undersigned counsel, hereby request to be excluded from this settlement class and/or any settlement in any way pertaining to the above-captioned case, no matter how many Plaintiffs or Defendants become parties to this case and **whether or not they are even contemplated as potential class members**. The names of these clients, their addresses, telephone numbers and the Federal Tax I.D. Numbers of their businesses

are set forth below:

1. Florida Spinecare Center
   1405 S. Orange Avenue
   Orlando, Florida 32806
   (407) 481-2244
   Tax I.D. No. 59-3351304

2. Michael J. Broom
   1405 S. Orange Avenue
   Orlando, Florida 32806
   (407) 481-2244
   Tax I.D. No. 59-3351304

3. Michael J. Broom, M.D.
   1405 S. Orange Avenue
   Orlando, Florida 32806
   (407) 481-2244
   Tax I.D. No. 59-3351304

4. Michael J. Broom, M.D., P.A.
   1405 S. Orange Avenue
   Orlando, Florida 32806
   (407) 481-2244
   Tax I.D. No. 59-3351304

5. Marc Gerber
   1405 S. Orange Avenue
   Orlando, Florida 32806
   (407) 481-2244
   Tax I.D. No. 59-3351304

6. Marc Gerber, M.D.
   1405 S. Orange Avenue
   Orlando, Florida 32806
   (407) 481-2244
   Tax I.D. No. 59-3351304

The undersigned counsel filing this opt/out election on behalf of the above clients is: ADAM ROSS LITTMAN, ESQUIRE of ADAM ROSS LITTMAN, P.A. Process, Notice and Service upon any of the above clients of the undersigned counsel **is not** considered **and shall not be** considered completed unless the undersigned counsel for the above clients is served at the below address:

Adam Ross Littman, Esquire
Adam Ross Littman, P.A.
1801 Lee Road, Suite 320
Winter Park, Florida 32789

Please take Notice that the above clients of the undersigned counsel will move for sanctions, including attorneys fees and costs under Rule 11, F.R.C.P., Florida Statutes §57.105 (action unsupported by fact or law or taken for the purpose of unreasonable delay) and/or the court's own inherent authority to award sanctions including attorney's fees and costs, should this Notice be denied its full force and effect.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Opt-Out of Class and/or Settlement Agreement has been furnished by Certified U.S. Mail this 27 day of May, 2005, to: Settlement Administrator, P.O. Box 370, Philadelphia, PA 19105-0370, and by Certified U.S. mail to the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128.

Adam Ross Littman, Esquire
Florida Bar No.: 893242
Adam Ross Littman, P.A.
1801 Lee Road, Suite 320
Winter Park, Florida 32789
Telephone: (407) 644-9670
Facsimile: (407) 644-5475