UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO.: 00-6061-CIV-ZLOCH
(Magistrate Snow)

DR. PAUL ZIDEL, on behalf of himself and
all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY and
COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

    Defendants.
_____/  Case No.: 01-6783

THE CHIROPRACTIC CENTRE, INC., on behalf of itself
And all others similarly situated,

    Plaintiffs,

v.

METROPOLITAN CASUALTY INSURANCE COMPANY,
METROPOLITAN PROPERTY AND CASUALTY
INSURANCE COMPANY, METROPOLITAN DIRECT
PROPERTY AND CASUALTY INSURANCE COMPANY,
METROPOLITAN GENERAL INSURANCE COMPANY,
METROPOLITAN GROUP PROPERTY AND CASUALTY
INSURANCE COMPANY, ECONOMY FIRE & CASUALTY
COMPANY, ECONOMY PREFERRED INSURANCE
COMPANY, ECONOMY PREMIER ASSURANCE COMPANY,
ST. PAUL FIRE AND MARINE INSURANCE COMPANY,
ST. PAUL MERCURY INSURANCE COMPANY,
ST. PAUL GUARDIAN INSURANCE COMPANY, ATHENA
ASSURANCE COMPANY, DISCOVER PROPERTY &
CASUALTY INSURANCE COMPANY, ST. PAUL
PROTECTIVE INSURANCE COMPANY F/K/A
NORTHBROOK PROPERTY & CASUALTY INSURANCE
COMPANY, UNITED STATES FIDELITY AND GUARANTY
COMPANY, FIDELITY AND GUARANTY INSURANCE
COMPANY, FIDELITY AND GUARANTY INSURANCE
UNDERWRITERS, INC., VICTORIA FIRE & CASUALTY
INSURANCE COMPANY, AND VICTORIA SELECT
INSURANCE COMPANY,

    Defendants.
_____/



## NOTICE OF OPT-OUT OF SETTLEMENT CLASS
## AND/OR NOTICE OF OPT-OUT OF SETTLEMENT AGREEMENT

The below entities, who are clients of the undersigned counsel, hereby request to be excluded from this settlement class and/or any settlement in any way pertaining to the above-captioned case, no matter how many Plaintiffs or Defendants become parties to this case and **whether or not they are even contemplated as potential class members**. The names of these clients, their addresses, telephone numbers and the Federal Tax I.D. Numbers of their businesses are set forth below:

1. Florida Center for Orthopaedics, Inc.
   10131 W. Colonial Drive, Suite 20
   Ocoee, Florida 34761
   (407) 292-2156
   Tax I.D. No. 59-3550798

2. Florida Center for Orthopaedics
   10131 W. Colonial Drive, Suite 20
   Ocoee, Florida 34761
   (407) 292-2156
   Tax I.D. No. 59-3550798

3. Richard C. Smith
   10131 W. Colonial Drive, Suite 20
   Ocoee, Florida 34761
   (407) 292-2156
   Tax I.D. No. 59-3550798

4. Richard C. Smith, M.D.
   10131 W. Colonial Drive, Suite 20
   Ocoee, Florida 34761
   (407) 292-2156
   Tax I.D. No. 59-3550798

5. Richard C. Smith, M.D., P.A.
   10131 W. Colonial Drive, Suite 20
   Ocoee, Florida 34761
   (407) 292-2156
   Tax I.D. No. 59-3550798

The undersigned counsel filing this opt/out election on behalf of the above clients is: ADAM ROSS LITTMAN, ESQUIRE of ADAM ROSS LITTMAN, P.A. Process, Notice and Service upon

any of the above clients of the undersigned counsel **is not** considered **and shall not be** considered completed unless the undersigned counsel for the above clients is served at the below address:

**Adam Ross Littman, Esquire**
**Adam Ross Littman, P.A.**
**1801 Lee Road, Suite 320**
**Winter Park, Florida 32789**

Please take Notice that the above clients of the undersigned counsel will move for sanctions, including attorneys fees and costs under Rule 11, F.R.C.P., Florida Statutes §57.105 (action unsupported by fact or law or taken for the purpose of unreasonable delay) and/or the court's own inherent authority to award sanctions including attorney's fees and costs, should this Notice be denied its full force and effect.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Opt-Out of Class and/or Settlement Agreement has been furnished by Certified U.S. Mail this ___2___ day of ~~May~~ June, 2005, to: Met P&C Settlement Administrator, Wachovia Information Consulting Group, 210 N. Ridgecrest Lane, Suite 100, Jacksonville, Florida 32259, and by Certified U.S. mail to the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128.

Adam Ross Littman, Esquire
Florida Bar No.: 893242
Adam Ross Littman, P.A.
1801 Lee Road, Suite 320
Winter Park, Florida 32789
Telephone: (407) 644-9670
Facsimile: (407) 644-5475