UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ DKT

05 JUN 13 PM 3: 34

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL.-MIAMI

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH
(Magistrate Snow)

DR. PAUL ZIDEL, on behalf of himself and all
others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and
COMMUNITY CARE NETWORK, INC., d/b/a
CCN,

    Defendants,
_____/

SALVATORE D. LARUSSO, D.C., d/b/a
FAMILY CHIROPRACTOR CENTER,
AUGUSTINE V. JOSEPH, M.D., P.A. and
JOEL D. STEIN, D.O., P.A. on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

NATIONWIDE MUTUAL INSURANCE
COMPANY, et al.,

    Defendants,
_____/

Case No.: 01-8108

## NOTICE OF FILING OPT-OUT FORM

The person or entity listed below is a Healthcare Provider, as defined by the Florida Motor Vehicle No-Fault Act and is a "Person" as defined by the Notice of Pendancy of Class Action, Proposed Settlement and Hearing in the above-referenced case, and provided services to NATIONWIDE MUTUAL insured(s) for injuries covered by a NATIONWIDE MUTUAL personal injury protection ("PIP") insurance policy for which they submitted claims between January 1, 1996 through November 30, 2004. The person or entity listed below is member of the class as described

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH

in the Notice of Pendancy of Class Action, Proposed Settlement and Hearing and this Healthcare Provider / Person **does not** want to be a member of the Settlement Class and participate in the Settlement. Instead, we would rather pursue our own remedy and we elect to opt out of this

Settlement. We understand that we will not receive any proceeds of this Settlement and that we will be forced to file an individual claim or lawsuit on our own behalf against NATIONWIDE MUTUAL in a timely manner in order to recover these monies that are owed to us.

**THE SIGNATURE BELOW VERIFIES THAT WE DO NOT WANT TO BE A MEMBER OF THE SETTLEMENT CLASS AND PARTICIPATE IN THE SETTLEMENT. I AM AUTHORIZED BY THE CLASS MEMBER TO COMPLETE AND EXECUTE THIS FORM ON BEHALF OF THE INDIVIDUAL OR ENTITY NOTED BELOW. INCLUDED IS MY NAME, TITLE, HEALTHCARE PROVIDER'S NAME, BUSINESS ADDRESS, TELEPHONE NUMBER, AND FEDERAL TAX IDENTIFICATION NUMBER:**

_[signature]_
Authorized Signature of the person filing the claim on the individual or entity's behalf.

_James L. Otis, D.O._
Print Name (please print clearly)

_Vice President_
Title (if signing in a representative capacity). Please print clearly.

_Orthopedic Associates of Southwest Florida, P.A._
Provider's Name (if being filed on behalf of a business entity, include the full name of the entity)

_13691 Metro Pkwy, Suite 400_
_Fort Myers, FL 33912_
Provider's current city, state and zip code

_239-768-2272_
Provider's (Area Code) Business Phone

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH

_65-0075827_
Provider's federal tax identification number

Dated: _4/6/05_

Ft. Lauderdale, Florida 33334-1615
Phone:      (954) 524-1571
Facsimile: (954) 763-3944

_____
GARY MARKS, ESQ
Florida Bar No.: 331112

\\Server1\cpshare\CPWin\HISTORY\050504A\B655EB.16