FILED BY ___JC___ DKT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

05 JUN 14 PM 2: 54

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL.-MIAMI

CASE NO.: 01-8108-CV
00-6061-CV- 2 bach

SALVATORE D. LARUSSO, D.C., et al.
v.
NATIONWIDE MUTUAL INSURANCE
COMPANY, et al.
_____/

### NOTICE OF EXCLUSION FROM CLASS ACTION

South Boca Imaging Center, tax ID# 65-1073813
**Atlantic Medical Concepts, tax ID #650865119**
**Coastal Medical Orthopedic Services, tax ID #650831767**
**Diagnostic Clinical Imaging, Inc., tax ID #651051440**
**Diagnostic Clinical Testing, Inc., tax ID #650623940**
**Multi-Tech Diagnostic Technologies, Inc., tax ID #650752512**

The provider(s) whose name appears above files this notice of intent to be excluded from the Plaintiff class in the Salvatore D. LaRusso, D.C., et al. v. Nationwide Mutual Insurance Company, et al., 01-8108-CV, 00-6061-CV class action settlement. This notice shall be effective as to any and all corporations, d/b/a's, business entities, or tax I.D.'s this provider has ever had an ownership interest in.

I HEREBY CERTIFY that the original of the foregoing was delivered via hand delivery to the **Clerk of the Court, 301 North Miami Avenue, Miami, Florida 33128** and a true and correct copy of the foregoing has been mailed to the following list of counsel:

1074
D

1

Edward Zebersky, Esq.
Zebersky & Payne, LLP
4000 Hollywood Boulevard
Suite 400N
Hollywood, FL 33021-6789

06/13/05
Date

Larry Kopelman, Esq.
Kopelman & Blankman, PA
350 East Las Olas Boulevard
#980
Fort Lauderdale, FL 33301

Authorized Signature

2