IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED BY ___JC___ DKT

05 JUN 14 PM 2:54

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL.-MIAMI

CASE NO.: 01-8108-CV
00-6061-CV- Zloch

SALVATORE D. LARUSSO, D.C., et al.
v.
NATIONWIDE MUTUAL INSURANCE
COMPANY, et al.
_____/

NOTICE OF EXCLUSION FROM CLASS ACTION

| | |
|---|---|
| **Accident & Injury Rehab Center, Lakeland / Accident & Injury Recovery Center, Lakeland** | tax ID #020541968 |
| **All Care Health & Wellness Centers, P.A.** | tax ID #650159415 |
| **Altamonte Springs Imaging, L.C.** | tax ID #593572096 |
| **Americana Chiropractic Center, Inc.** | tax ID #201536864 |
| **Associates In Trauma, Inc.** | tax ID #650635143 |
| **Be Well Therapy Center, Inc.** | tax ID #861090329 |
| **Biscayne Chiropractic Center, Inc.** | tax ID #650042542 |
| **Boynton Beach Pain & Rehabilitation, Inc.** | tax ID #141918161 |
| **Brian M. Silver, D.C., P.A.** | tax ID #650326208 |
| **Broward Rehab Center, Inc.** | tax ID#593322692 |
| **Broward Spine Associates** | tax ID #65-0633355 |
| **Care Plus Injury Rehabilitation Center, Inc.** | tax ID #650374847 |
| **Cloverleaf Chiropractic Clinic** | tax ID #65-0417452 |
| **Coral Springs Physicians Associates, Inc.** | tax ID #650628828 |
| **County Line Chiropractic Center, Inc.** | tax ID #650809221 |
| **Craig B. August, D.C., P.A.** | tax ID #650316801 |
| **Dade Injury Rehabilitation, Inc.** | tax ID #650858114 |
| **David E. Yachter, D.C., P.A.** | tax ID #650520815 |
| **Del Grosso Chiropractic, P.A.** | tax ID #043665988 |
| **Eliot Corvin, P.A.** | tax ID #650904465 |
| **Fidel S. Goldson, D.C., P.A.** | tax ID #650387194 |
| **Fountain Imaging of North Miami Beach L.L.C.** | tax ID #651114111 |
| **G & H Medical Group, Inc.** | tax ID #200634316 |
| **General Testing and Diagnostic Center** | tax ID #651003201 |
| **General Therapy Center, Inc.** | tax ID #010565595 |
| **Global Rehab Center, Inc.** | tax ID #651022569 |
| **H.C. Brass, T.J. Singer, P.A.** | tax ID #650791181 |
| **Hialeah Open MRI, Inc.** | tax ID #651041932 |


1075 D

| Provider | Tax ID |
|---|---|
| Hollywood Injury Rehab Center, Inc. | tax ID #650789337 |
| Ideal Rehabilitation Center, Inc. | tax ID #650962947 |
| Indian Trace Chiropractic Center, Inc. | tax ID #593223911 |
| Injuries Rehab Center, Inc. | tax ID #651014210 |
| Kam Habibi, D.C., P.A. | tax ID #650875255 |
| Mandell Chiropractic Centre, Inc. | tax ID #592767119 |
| Marc Weinberg, D.C., P.A. | tax ID #650599878 |
| Medscan Diagnostics & Imaging, Inc. | tax ID #650662562 |
| Metro Health Center, Inc. | tax ID #650860373 |
| Metro Injury Rehab Center, Inc. | tax ID #043699975 |
| Miami Shores Pain Relief Center, P.A. | tax ID #650705408 |
| Michael L. Douglas, D.C., P.A. | tax ID #650341218 |
| Mid Florida Imaging Centers, L.C. | tax ID #593696541 |
| Naples Injury Center, Inc. | tax ID #11368851 |
| Nile R. Lestrange, M.D., P.A. | tax ID #591269793 |
| Open MRI of Miami-Dade, LTD | tax ID #270015050 |
| Partners In Health Chiropractic Center, Inc. | tax ID #59650915982 |
| Physiatric Pain and Medical Rehabilitation Clinic, P.A. | tax ID #200642692 |
| Physical Medicine Group, L.L.C. | tax ID #593710858 |
| Pines Total Health Center, Inc. | tax ID #522367002 |
| Progress Rehabilitation, Inc. | tax ID #650999127 |
| R. J. Trapana, M.D., P.A. | tax ID #591960776 |
| Rainforest Rehabilitation, Inc. | tax ID #650984108 |
| Sabal Palm Chiropractic and Injury Center, Inc. | tax ID #650599878 |
| Silver Chiropractic Centre, Inc. | tax ID #650326208 |
| South Florida Pain and Rehabilitation, P.A. | tax ID #651127214 |
| South Florida Pain and Rehab, West Broward | tax ID #342024375 |
| Stat Diagnostic Imaging Inc. | tax ID #030467419 |
| Stat Technologies, Inc. | tax ID #650315881 |
| Stephen B. Bittiker, D.C., P.A. | tax ID #592065328 |
| Steven D. Gelbard, M.D., P.A. | tax ID #650374191 |
| South Florida Chiropractic Centres, Inc. | tax ID #650897913 |
| Third Avenue Chiropractic Center, Inc. | tax ID #650155765 |
| Universal Health Technologies, Inc. | tax ID #650485728 |
| Universal X-Ray Corporation | tax ID #650835356 |
| United Health & Rehabilitation Center, Inc. | tax ID #542134924 |
| West Dixie Chiropractic Center, Inc. | tax ID #651097789 |
| Wide Open MRI, Inc. | tax ID #651152350 |

The undersigned attorney, on behalf of the provider(s) whose name appears above files this notice of intent to be excluded from the Plaintiff class in the Salvatore D. LaRusso, D.C., et

al. v. Nationwide Mutual Insurance Company, et al., 01-8108-CV, 00-6061-CV class action settlement. This notice shall be effective as to any and all corporations, d/b/a's, business entities, or tax I.D.'s this provider has ever had an ownership interest in.

I HEREBY CERTIFY that the original of the foregoing was delivered via hand delivery to the **Clerk of the Court, 301 North Miami Avenue, Miami, Florida 33128** and a true and correct copy of the foregoing has been mailed to the following list of counsel:

| | |
|---|---|
| Edward Zebersky, Esq.<br>Zebersky & Payne, LLP<br>4000 Hollywood Boulevard<br>Suite 400N<br>Hollywood, FL 33021-6789 | Larry Kopelman, Esq.<br>Kopelman & Blankman, PA<br>350 East Las Olas Boulevard<br>#980<br>Fort Lauderdale, FL 33301 |

Respectfully Submitted,
Law Office of Russel Lazega, P.A.
13499 Biscayne Boulevard, Suite 107
North Miami, Florida 33181
(305) 981-9055 telephone
(305) 981-9053 facsimile

Christopher M. Tuccitto, Esq.
Florida Bar # 0168297