UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH
(Magistrate Snow)

FILED BY _____ JG _____ DKT

05 JUN 14 PM 2:52

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL.-MIAMI

DR. PAUL ZIDEL, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and COMMUNITY CARE NETWORK, INC., d/b/a CCN,

    Defendants,
_____/

SALVATORE D. LARUSSO, D.C., d/b/a FAMILY CHIROPRACTOR CENTER, AUGUSTINE V. JOSEPH, M.D., P.A. and JOEL D. STEIN, D.O., P.A. on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY, et al.,

    Defendants,
_____/

Case No.: 01-8108

### NOTICE OF FILING OPT-OUT FORM

The person or entity listed below is a Healthcare Provider, as defined by the Florida Motor Vehicle No-Fault Act and is a "Person" as defined by the Notice of Pendancy of Class Action, Proposed Settlement and Hearing in the above-referenced case, and provided services to NATIONWIDE MUTUAL insured(s) for injuries covered by a NATIONWIDE MUTUAL personal injury protection ("PIP") insurance policy for which they submitted claims between January 1, 1996 through November 30, 2004. The person or entity listed below is member of the class as described

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH



in the Notice of Pendancy of Class Action, Proposed Settlement and Hearing and this Healthcare Provider / Person does not want to be a member of the Settlement Class and participate in the Settlement. Instead, we would rather pursue our own remedy and we elect to opt out of this Settlement. We understand that we will not receive any proceeds of this Settlement and that we will be forced to file an individual claim or lawsuit on our own behalf against NATIONWIDE MUTUAL in a timely manner in order to recover these monies that are owed to us.

THE SIGNATURE BELOW VERIFIES THAT WE DO NOT WANT TO BE A MEMBER OF THE SETTLEMENT CLASS AND PARTICIPATE IN THE SETTLEMENT. I AM AUTHORIZED BY THE CLASS MEMBER TO COMPLETE AND EXECUTE THIS FORM ON BEHALF OF THE INDIVIDUAL OR ENTITY NOTED BELOW. INCLUDED IS MY NAME, TITLE, HEALTHCARE PROVIDER'S NAME, BUSINESS ADDRESS, TELEPHONE NUMBER, AND FEDERAL TAX IDENTIFICATION NUMBER:

✔ _____
Authorized Signature of the person filing the claim on the individual or entity's behalf.

✔ *Penemarie Murphy*
Print Name (please print clearly)

✔ *President, LPT*
Title (if signing in a representative capacity). Please print clearly.

*Penemarie K. Murphy, Inc. d/b/a Physical Therapy Services*
Provider's Name (if being filed on behalf of a business entity, include the full name of the entity)

*Jacksonville, FL 32239*
Provider's current city, state and zip code

*904-727-9347*
Provider's (Area Code) Business Phone

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH

__59 3416427__
Provider's federal tax identification number

Dated: 6/13/5

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy hereof has been furnished to: Settlement Administrator, P.O. Box 370, Philadelphia, PA 19105-0370 by regular U.S. Mail this 13th day of _____, 2005.

MARKS & FLEISCHER
Attorneys for Plaintiff
220 Northeast 51 Street
Ft. Lauderdale, Florida 33334-1615
Phone:     (954) 524-1571
Facsimile: (954) 763-3944

_for_ GARY MARKS, ESQ
Florida Bar No.: 331112

\\Server1\epshare\CPW\HISTORY\050504A\B655EB.14