UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH
(Magistrate Snow)

DR. PAUL ZIDEL, on behalf of himself and all
others similarly situated,

        Plaintiffs,
v.

ALLSTATE INSURANCE COMPANY, and
COMMUNITY CARE NETWORK, INC., d/b/a
CCN,

        Defendants,
_____/

SALVATORE D. LARUSSO, D.C., d/b/a      Case No.: 01-8108
FAMILY CHIROPRACTOR CENTER,
AUGUSTINE V. JOSEPH, M.D., P.A. and
JOEL D. STEIN, D.O., P.A. on behalf of
themselves and all others similarly situated,

        Plaintiffs,
v.

NATIONWIDE MUTUAL INSURANCE
COMPANY, et al.,
        Defendants,
_____/

## NOTICE OF FILING OPT-OUT FORM

The person or entity listed below is a Healthcare Provider, as defined by the Florida Motor Vehicle No-Fault Act and is a "Person" as defined by the Notice of Pendancy of Class Action, Proposed Settlement and Hearing in the above-referenced case, and provided services to NATIONWIDE MUTUAL insured(s) for injuries covered by a NATIONWIDE MUTUAL personal injury protection ("PIP") insurance policy for which they submitted claims between January 1, 1996 through November 30, 2004. The person or entity listed below is member of the class as described

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH

in the Notice of Pendancy of Class Action, Proposed Settlement and Hearing and this Healthcare Provider / Person **does not** want to be a member of the Settlement Class and participate in the Settlement. Instead, we would rather pursue our own remedy and we elect to opt out of this Settlement. We understand that we will not receive any proceeds of this Settlement and that we will be forced to file an individual claim or lawsuit on our own behalf against NATIONWIDE MUTUAL



in a timely manner in order to recover these monies that are owed to us.

THE SIGNATURE BELOW VERIFIES THAT WE DO NOT WANT TO BE A MEMBER OF THE SETTLEMENT CLASS AND PARTICIPATE IN THE SETTLEMENT. I AM AUTHORIZED BY THE CLASS MEMBER TO COMPLETE AND EXECUTE THIS FORM ON BEHALF OF THE INDIVIDUAL OR ENTITY NOTED BELOW. INCLUDED IS MY NAME, TITLE, HEALTHCARE PROVIDER'S NAME, BUSINESS ADDRESS, TELEPHONE NUMBER, AND FEDERAL TAX IDENTIFICATION NUMBER:

_[signature]_
Authorized Signature of the person filing the claim on the individual or entity's behalf.

Dr Robert J. Amara D.C.
Print Name (please print clearly)

Dr of Chiropractic
Title (if signing in a representative capacity). Please print clearly.

_____
Provider's Name (if being filed on behalf of a business entity, include the full name of the entity)

2750 S. Ridgewood Ave #C   South Daytona, Fl 32119
Provider's current city, state and zip code

386 767 2064
Provider's (Area Code) Business Phone

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH

59 1929046
Provider's federal tax identification number

Dated: 6/10/05

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy hereof has been furnished to: Settlement Administrator, P.O. Box 370, Philadelphia, PA 19105-0370 by regular U.S. Mail this 13th day of June, 2005.

                                             MARKS & FLEISCHER
                                             Attorneys for Plaintiff
                                             220 Northeast 51 Street
                                             Ft. Lauderdale, Florida 33334-1615
                                             Phone:    (954) 524-1571
                                             Facsimile: (954) 763-3944

                                             _____
                                             GARY MARKS, ESQ
                                             Florida Bar No.: 331112

\\Server1\cpshare\CPWin\HISTORY\050504A\B655EB.02