JUN-13-2005(MON) 16:18   Monahan in st augustine        (FAX)13863289708      P.004/006
Case 0:00-cv-06061-WJZ   Document 1087   Entered on FLSD Docket 06/17/2005   Page 1 of 3
Rx Date/Time    JUN-13-2005(MON) 10:04              954 763 3944                 P.004
06/13/2005 11:06 FAX 954 783 3944    Marks & Fleischer                         ☒004/006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH
(Magistrate Snow)

DR. PAUL ZIDEL, on behalf of himself and all
others similarly situated,

        Plaintiffs,
v.

ALLSTATE INSURANCE COMPANY, and
COMMUNITY CARE NETWORK, INC., d/b/a
CCN,

        Defendants,
_____/

SALVATORE D. LARUSSO, D.C., d/b/a                Case No.: 01-8108
FAMILY CHIROPRACTOR CENTER,
AUGUSTINE V. JOSEPH, M.D., P.A. and
JOEL D. STEIN, D.O., P.A. on behalf of
themselves and all others similarly situated,

        Plaintiffs,
v.

NATIONWIDE MUTUAL INSURANCE
COMPANY, et al.,
        Defendants,
_____/

NOTICE OF FILING OPT-OUT FORM

The person or entity listed below is a Healthcare Provider, as defined by the Florida Motor Vehicle No-Fault Act and is a "Person" as defined by the Notice of Pendency of Class Action, Proposed Settlement and Hearing in the above-referenced case, and provided services to NATIONWIDE MUTUAL insured(s) for injuries covered by a NATIONWIDE MUTUAL personal injury protection ("PIP") insurance policy for which they submitted claims between January 1, 1996 through November 30, 2004. The person or entity listed below is member of the class as described

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH

in the Notice of Pendency of Class Action, Proposed Settlement and Hearing and this Healthcare Provider / Person does not want to be a member of the Settlement Class and participate in the Settlement. Instead, we would rather pursue our own remedy and we elect to opt-out of this

JUN-13-2005(MON) 16:18  Monahan in st augustine  (FAX)13863289708  P.005/006
Case 0:00-cv-06061-WJZ  Document 1087  Entered on FLSD Docket 06/17/2005  Page 2 of 3
Rx Date/Time  JUN-13-2005(MON) 10:44  954 763 3944  P. 005
06/13/2005 11:06 FAX 954 763 3944  Marks & Fleischer  @005/006

Settlement. We understand that we will not receive any proceeds of this Settlement and that we will be forced to file an individual claim or lawsuit on our own behalf against NATIONWIDE MUTUAL in a timely manner in order to recover these monies that are owed to us.

THE SIGNATURE BELOW VERIFIES THAT WE DO NOT WANT TO BE A MEMBER OF THE SETTLEMENT CLASS AND PARTICIPATE IN THE SETTLEMENT. I AM AUTHORIZED BY THE CLASS MEMBER TO COMPLETE AND EXECUTE THIS FORM ON BEHALF OF THE INDIVIDUAL OR ENTITY NOTED BELOW. INCLUDED IS MY NAME, TITLE, HEALTHCARE PROVIDER'S NAME, BUSINESS ADDRESS, TELEPHONE NUMBER, AND FEDERAL TAX IDENTIFICATION NUMBER:

_[signature]_ Pres.
Authorized Signature of the person filing the claim on the individual or entity's behalf.

Clark Monahan
Print Name (please print clearly)

DC
Title (if signing in a representative capacity). Please print clearly.

_____
Provider's Name (if being filed on behalf of a business entity, include the full name of the entity)

St. Augustine, Fl 32080
Provider's current city, state and zip code

904-824-8353
Provider's (Area Code) Business Phone

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH

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
Provider's federal tax identification number

Dated: 06-13-05

JUN-13-2005(MON) 16:18   Monahan in st augustine      (FAX)13863289708     P. 006/006
Case 0:00-cv-06061-WJZ   Document 1087   Entered on FLSD Docket 06/17/2005   Page 3 of 3
Rx Date/Time   JUN-13-2005(MON) 10:44      954 763 3944                 P. 006
06/13/2005 11:06 FAX 954 763 3944    Marks & Fleischer              ☒006/006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy hereof has been furnished to: Settlement Administrator, P.O. Box 370, Philadelphia, PA 19105-0370 by regular U.S. Mail this 13th day of June, 2004.5

MARKS & FLEISCHER
Attorneys for Plaintiff
220 Northeast 51 Street
Ft. Lauderdale, Florida 33334-1615
Phone:     (954) 524-1571
Facsimile: (954) 763-3944

_____
GARY MARKS, ESQ
Florida Bar No.: 331112

\\Server1\cpshare\CPWln\HISTORY\050504A\BG55BB.13