UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
JUN 16 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH

DR. PAUL ZIDEL, on behalf of
himself and all others
similarly situated,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC. d/b/a CCN,

    Defendants.
_____/

**ORDER SETTING HEARING**

SALVATORE D. LARUSSO, D.C.,
d/b/a FAMILY CHIROPRACTIC
CENTER, on behalf of himself
and others similarly situated,

    Plaintiffs,

v.

HARTFORD INSURANCE COMPANY OF
THE MIDWEST, et al.,

    Defendants.
_____/

Case No: 01-8111-CIV-ZLOCH

    THIS MATTER is before the Court upon the parties' Joint Motion For Preliminary Approval Of Proposed Settlement (DE 1052). The Court having carefully reviewed said Motion and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that the parties' Joint Motion For Preliminary Approval Of Proposed Settlement (DE 1052) be and the same is hereby **SET** for a preliminary approval hearing before this

Court on <u>Thursday, July 28, 2005 at 10:30 a.m.</u>, in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___16th___ day of June, 2005.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

All counsel of record