CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE WILLIAM J. ZLOCH

FILED by _____ D.C.

JUL 28 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO. 00-6061-CIV-ZLOCH   DATE July 28, 2005

COURTROOM CLERK Seamus Flaherty   COURT REPORTER Carl Schanzleh

Dr Paul Zidel / Dr. Salvatore D. LaRusso   vs   Hartford Insurance Co. of the Midwest

COUNSEL Eric Lee, Esq.   COUNSEL Scott Cosgrove, Esq.

REASON FOR HEARING  The parties' Joint Motion for Preliminary Approval of Settlement Agreement (DE 1052)

RESULT OF HEARING  Motion Granted. Court will enter Order of Preliminary Approval setting Claim Deadline, Date for Fairness Hearing, and reflecting approval

CASE CONTINUED TO _____ TIME _____ FOR _____
MISC _____