UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-ZLOCH

DR. PAUL ZIDEL, on behalf of
himself and all others
similarly situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

      Defendants.
_____/

    THIS MATTER is before the Court upon the Request To Opt Out (DE 1049) filed herein by the North Broward Hospital District. The Court has carefully reviewed said Request and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the Request To Opt Out (DE 1049) filed herein by the North Broward Hospital District be and the same is hereby **GRANTED** conditioned upon said Request's compliance with the Court's prior operative Order Of Preliminary Approval. Such shall compliance shall be determined by the Settlement Administrator.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of July, 2005.



WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:
All counsel of record