

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH

DR. PAUL ZIDEL, on behalf of
himself and all others
similarly situated,

    Plaintiff,

v.

**ORDER SETTING HEARING**

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC. d/b/a CCN,

    Defendants.
_____/

DR. ANDREW ELLOWITZ, on behalf
of himself and others similarly
situated,

    Plaintiffs,

v.

Case No: 01-8549-CIV-ZLOCH

AMERICAN INTERNATIONAL
INSURANCE COMPANY, et al.,

    Defendants.
_____/

    THIS MATTER is before the Court upon the parties' Joint Motion For Preliminary Approval Of Settlement Agreement (DE 1094). The Court having carefully reviewed said Motion and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that the parties' Joint Motion For Preliminary Approval Of Settlement Agreement (DE 1094) be and the same is hereby **SET** for a preliminary approval hearing before this Court on <u>Monday, August 22, 2005 at 10:45 a.m.</u>, in Courtroom A,

United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of August, 2005.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

All counsel of record