UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

      Defendants.

_____/

SALVATORE D. LARUSSO, D.C. d/b/a FAMILY
CHIROPRACTIC CENTER, on behalf of himself
and all others similarly situated,

      Plaintiff,

01-8108

vs.

NATIONWIDE MUTUAL INSURANCE
COMPANY, et al.,

      Defendant.

_____/

## JOINT MOTION TO AMEND SETTLEMENT AGREEMENT

Plaintiffs SALVATORE D. LARUSSO, D.C. d/b/a FAMILY CHIROPRACTIC CENTER, JOEL D. STEIN, D.O., P.A., and AUGUSTINE V. JOSEPH, M.D., P.A. (collectively, the "Class Representatives"), and Defendants NATIONWIDE MUTUAL INSURANCE COMPANY, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY, NATIONWIDE INSURANCE COMPANY OF AMERICA, NATIONWIDE GENERAL INSURANCE

COMPANY and NATIONWIDE ASSURANCE COMPANY f/k/a COLONIAL INSURANCE

COMPANY (collectively "NATIONWIDE") (the "Class Representatives and NATIONWIDE

are collectively referred to as the "Parties"), hereby jointly move this Court for the entry of an

Order amending the Settlement Agreement and Stipulation ("Settlement Agreement") executed

by the Parties.  The Parties state as follows in support of this Motion:

1.    On March 31, 2005, this Court preliminarily approved the Settlement Agreement.

2.    The Settlement Agreement provides that it can be amended by written agreement

signed by the Parties.  (Settlement Agreement at ¶ 60).

3.    The Settlement Agreement provides that NATIONWIDE can retain a settlement

administrator.  (Settlement Agreement at ¶ 29).

4.    Pursuant to the Settlement Agreement and in order to administer the settlement,

NATIONWIDE hired Heffler, Radetich & Saitta, LLP (the "Settlement Administrator").  During

the administration of the settlement, it became apparent that there may be some confusion as to

certain claims encompassed by the class action settlement.  This possible confusion relates to a

small number of potential claims.  Pursuant to the comprehensive settlement, claims relating to

rejected statements and/or consolidated statements for services that were deemed improperly

coded by the provider and denied, in whole or part, are encompassed as "reductions" and within

the class action settlement and class members who were damaged by the foregoing are entitled to

make claims and obtain reimbursement from the settlement fund, pursuant to the Settlement.

5.    In order to clarify that class members can receive reimbursement for these claims

as part of the settlement, the Parties believe that additional details for notice should be provided

to these specific class members.  Moreover, to protect these class members' interests and to

provide them with the ability to make these claims, the Class Representatives have obtained an

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

agreement from NATIONWIDE to extend the claim period for an additional 60 days. This extension applies only to these specific claims.

6.      Pursuant to the Order of Preliminary Approval, the claim period expires on August 29, 2005. Accordingly, the Parties would request that the claim period for these specific claims be extended until October 28, 2005.

7.      These specific class members have already received notice of the class action settlement. Accordingly, none of the other deadlines are affected and this Court can still enter the Final Approval Order.

8.      The sole purpose of this Amendment is to provide the specific class members with additional notice that their claims are part of this class action settlement, that they are entitled to seek payment from the settlement funds, and to provide them with an additional 60 days to do so.

9.      The Parties propose sending the attached proposed Notice of Extension of Claim Deadline As To Certain Class Member Coding Claims to these specific class members providing them with such additional notice to be mailed within ten business days of the Court's entry of the proposed Order granting the relief requested by this motion..

WHEREFORE, the Parties jointly move for this Court to enter an Order permitting the amendment of the Settlement Agreement as set forth herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail on August 10, 2005 upon: all individuals on the attached service list.

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

_____          ___/s/ John Marino_____
Eric Lee                                  John P. Marino
LEE & AMTZIS, P.L.                        FOWLER WHITE BOGGS BANKER
Counsel for Class Representatives         Counsel for Nationwide
5550 Glades Road, Suite 401               50 North Laura Street, Suite 2200
Boca Raton, Florida 33431                 Jacksonville, FL  32202
Telephone:     561-981-9988               Telephone:     904-598-3100
Telefax:       561-981-9980               Telefax:       904-598-3131

**Co-Counsel for Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporation
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
350 E. Las Olas Blvd., Ste. 980
Ft. Lauderdale, FL  33301
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

ZEBERSKY & PAYNE, LLP
Edward Herbert Zebersky, Esq.
4000 Hollywood Boulevard, Ste. 400N
Hollywood, FL  33021-6789
(954) 989-6333
(954) 989-7781 Facsimile

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

## SERVICE LIST

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
lee@leeamlaw.com
5550 Glades Road, Suite 401
Boca Raton, FL 33431
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
350 E. Las Olas Blvd., Ste. 980
Ft. Lauderdale, FL  33301
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200

5

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile
RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

**Counsel for:**
**Allstate, Fidelity and Casualty, Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

MECKLER BULGER & TILSON
Peter J. Valeta, Esq.
peter.valeta@mbtlaw.com
123 N. Wacker Dr., Ste. 1800
Chicago, IL 60606
(312) 474-7895
(312) 474-7898 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

6

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

**Counsel for CCN**

The Kenny Nachwalter Law Firm
Richard Critchlow, Esq.
rcritchlow@knsacs.com
Robert Landon, Esq.
rlandon@knsacs.com
201 S. Biscayne Blvd., Ste. 1100
Miami, FL 33131-4327
(305) 373-1000
(305) 372-1861 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

FOWLER, WHITE, ET AL.
John P. Marino, Esq.
jamrino@fowlerwhite.com
50 North Laura Street, Suite 2200
Jacksonville, FL 32202
(904) 598-3120
(904) 598-3131 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

(305) 789-7799 Facsimile
**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
One Southeast Third Ave., 28th Flr.
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile


**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934


**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile


**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Blvd., 2nd Flr.
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

      Defendants.
_____/

SALVATORE D. LARUSSO, D.C. d/b/a FAMILY
CHIROPRACTIC CENTER, on behalf of himself
and all others similarly situated,

      Plaintiff,

                                  01-8108

vs.

NATIONWIDE MUTUAL INSURANCE
COMPANY, et al.,

      Defendant.
_____/

**ORDER GRANTING JOINT MOTION TO AMEND SETTLEMENT
AGREEMENT PROVIDING ADDITIONAL NOTICE TO CLASS MEMBERS
AND EXTENDING THE CLAIM DEADLINE FOR CERTAIN CLASS MEMBERS**

THIS CAUSE having come before this Court on the Parties' Joint Motion to Amend

Settlement Agreement, the Court having heard argument of counsel, and being otherwise duly

advised in the premises, it is hereby

ORDERED and ADJUDGED that the Joint Motion is hereby GRANTED as follows:

1.      The modification of the Settlement Agreement to provide for additional notice

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

and extension of the claim deadline as to coding claims as set forth in the Joint Motion is hereby approved.

2.      The Court approves the form of the proposed Notice of Extension of Claim Deadline as to Certain Class Member Coding Claims submitted by the parties as an exhibit to the Joint Motion.

3.      For these specific coding claims, this Court extends the claim deadline for an additional 60 days until October 28, 2005.

4.      This Order does not affect any of the other deadlines set forth in the Order of Preliminary Approval and does not extend the claim deadline for any other claims.

5.      Nationwide Insurance and the Settlement Administrator shall serve all class members who may have claims arising out of rejected invoices and/or improper coding with a copy of this Order by U.S. mail within 10 days of the date of this Order.

6.      Nationwide Insurance and the Settlement Administrator, within 10 days of mailing, shall thereafter file a Certificate of Compliance with this Court.

DONE    and    ORDERED    in    Chambers    at    Fort    Lauderdale,    Florida    on _____, 2005.


_____
WILLIAM J. ZLOCH
Chief United States District Judge


Copies furnished to all counsel of record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

      Defendants.

_____/

SALVATORE D. LARUSSO, D.C. d/b/a FAMILY
CHIROPRACTIC CENTER, on behalf of himself
and all others similarly situated,

      Plaintiff,

                              01-8108

vs.

NATIONWIDE MUTUAL INSURANCE
COMPANY, et al.,

      Defendant.

_____/

**NOTICE OF EXTENSION OF CLAIM DEADLINE**
**AS TO CERTAIN CLASS MEMBER CODING CLAIMS**

A NOTICE OF PENDENCY OF CLASS ACTION, PROPOSED SETTLEMENT AND HEARING (the "Notice"[1]) was mailed to potential Settlement Class Members on April 29, 2005 in the consolidated Action captioned above.  The Notice advised potential Settlement Class Members that the United States District Court had entered an Order of Preliminary Approval concerning a proposed class action settlement between the Class Representatives and Nationwide Insurance (the companies defined in the Notice).  The Notice further advised potential Class Members of their rights and certain deadlines under the preliminarily approved Settlement.

The Notice was provided to persons identified as having submitted a claim or claims for health care benefits under a personal injury protection ("PIP") insurance policy issued by Nationwide

_____

[1] All capitalized terms herein have the defined meaning provided in the Notice, unless otherwise indicated.

Case 0:00-cv-06061-WJZ    Document 1100    Entered on FLSD Docket 08/10/2005    Page 12 of 12

Insurance in Florida, either as an insured or pursuant to a valid assignment from an insured, during the period from January 1, 1996 through November 30, 2004.

As noticed, on August 15, 2005, the Court held a hearing to consider the fairness, reasonableness, and adequacy of the Settlement, and after providing interested parties and counsel the opportunity to be heard, entered a Final Approval Order and Judgment finally approving the Settlement.

Upon joint motion of the parties, the Court also considered and granted a Joint Motion to Amend Settlement Agreement, which extend the time to submit certain claims, as set forth below:

IF YOU SUBMITTED A CLAIM OR CLAIMS FOR HEALTH CARE BENEFITS UNDER A PIP INSURANCE POLICY ISSUED BY NATIONWIDE INSURANCE IN FLORIDA, AND YOUR STATEMENT OR CONSOLIDATED STATEMENTS FOR MEDICAL SERVICES RENDERED WERE DEEMED IMPROPERLY CODED (UNDER THE CPT OR OTHER CODING SYSTEM) AND AS A RESULT REDUCED OR DENIED, IN WHOLE OR PART, YOUR CLAIM OR CLAIMS ARE ENCOMPASSED AS "REDUCTIONS" WITHIN THE CLASS ACTION SETTLEMENT AND YOU ARE ENTITLED TO MAKE A CLAIM UNDER THE *CHAPTER 627 PAYMENT SUB-CLASS*, AS MORE SPECIFICALLY SET FORTH IN THE NOTICE.

The deadline for submission of such coding claims has been extended by the Court to now require a Proof of Claim to be postmarked no later than October 28, 2005. The deadline to submit all other claims shall continue to be August 29, 2005. All other terms of the Settlement, including the procedure for submission of a Proof of Claim, are unchanged and remain as set forth in the Notice and Settlement Agreement.

Settlement Class Members who have previously submitted a Proof or Proofs of Claims that includes coding claims do not need to resubmit their claims.

Persons who have opted out of the Settlement do not need to resubmit their election to opt out of the Settlement.

You may request a copy of the Notice and/or the Proof of Claim from, and may direct any questions concerning the Settlement to, the following sources:

Settlement Administrator                Counsel for the Settlement Class:
P.O. Box 370                            Kopelman & Blankman, P.A.
Philadelphia, PA 19105-0370             Larry Kopelman, Esq.
Telephone:  800-481-7949                Douglas Blankman, Esq.
                                        350 East Las Olas Boulevard, # 980
                                        Fort Lauderdale, FL 33301
                                        e-mail:  DAB@Kopelblank.com

**PLEASE DO NOT CALL THE COURT OR THE CLERK'S OFFICE**

BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

12 of 12                                    2