FILED by _____ D.C.

ELECTRONIC

**Aug 11 2005**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of himself and
all others similarly situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY and
COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

      Defendants.

_____/    01-8108

SALVATORE D. LARUSSO, D.C., d/b/a
FAMILY CHIROPRACTIC CENTER, on behalf of
himself and all others similarly situated,

      Plaintiff,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY,

      Defendant.

_____/

## NOTICE OF FILING SETTLEMENT ADMINISTRATOR'S
## REPORT AND AFFIDAVIT OF EDWARD J. SINCAVAGE

     PLEASE TAKE NOTICE that the Class Plaintiffs, by their undersigned counsel, hereby

file the Settlement Administrator's Report and Affidavit of Edward J. Sincavage.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

mail on August 11, 2005 upon: all individuals on the attached service list.

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

Respectfully submitted,

LEE & AMTZIS, P.L.
Co-Counsel for Class Plaintiffs
5550 Glades Rd., Suite 401
Boca Raton, FL 33431
(561) 981-9988
(561) 981-9980 Fax

By:_____
    ERIC LEE
    Florida Bar No. 961299

**Co-Counsel for Class Plaintiffs**

GOLD & COULSON
A Partnership of Professional and
Limited Liability Corporations
11 S. LaSalle Street
Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Bank of America Tower
Suite 2510
One Financial Plaza
Fort Lauderdale, FL 33394
(954) 462-6855
(954) 462-6899 Facsimile

Zebersky & Payne, LLP
Edward Herbert Zebersky, Esq.
4000 Hollywood Blvd., Ste. 400 N
Hollywood, FL 33021
(954) 989-6333
(954) 989-7781 Facsimile

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

## <u>SERVICE LIST</u>

**<u>Co-Lead Counsel for Plaintiffs</u>**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
lee@leeamlaw.com
5550 Glades Road, Suite 401
Boca Raton, FL 33431
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
350 E. Las Olas Blvd., Ste. 980
Ft. Lauderdale, FL  33301
(954) 462-6855
(954) 462-6899 Facsimile

**<u>Co-Counsel for Plaintiffs</u>**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786  Facsimile

<u>LEE & AMTZIS, P.L.</u>
<span style="font-variant: small-caps;">Attorneys at Law</span>

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

**Counsel for:**
**Allstate, Fidelity and Casualty, <u>Continental, Deerbrook</u>**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Signature Plaza, Suite 300
201 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

MECKLER BULGER & TILSON
Peter J. Valeta, Esq.
peter.valeta@mbtlaw.com
123 N. Wacker Dr., Ste. 1800
Chicago, IL 60606
(312) 474-7895
(312) 474-7898 Facsimile

**<u>Counsel for Progressive</u>**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**<u>Counsel for CCN</u>**

The Kenny Nachwalter Law Firm
Richard Critchlow, Esq.
rcritchlow@knsacs.com
Robert Landon, Esq.
rlandon@knsacs.com
201 S. Biscayne Blvd., Ste. 1100
Miami, FL  33131-4327

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

4

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

(305) 373-1000
(305) 372-1861 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

FOWLER, WHITE, ET AL.
John P. Marino, Esq.
jamrino@fowlerwhite.com
50 North Laura Street, Suite 2200
Jacksonville, FL  32202
(904) 598-3120
(904) 598-3131 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile
**Counsel for:**
**Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT et al.
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
One Southeast Third Ave., 28th Flr.
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Blvd., 2nd Flr.
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of himself and
all others similarly situated,

           Plaintiffs,

    v.

ALLSTATE INSURANCE COMPANY and
COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

           Defendants           01-8108

_____

SALVATORE D. LARUSSO, D.C., d/b/a FAMILY
CHIROPRACTIC CENTER, AUGUSTINE
JOSEPH, P.A., and JOEL D. STEIN, D.O. P.A., on
behalf of themselves and all others similarly
situated,

           Plaintiffs,

    v.

NATIONWIDE MUTUAL INSURANCE
COMPANY, et. al.,

           Defendants.

_____

**SETTLEMENT ADMINISTRATOR'S REPORT
AND AFFIDAVIT OF EDWARD J. SINCAVAGE**

I, Edward J. Sincavage, being duly sworn, depose and say as follows:

1.      I am a partner in the certified public accounting firm of Heffler, Radetich & Saitta

L.L.P. ("HR&S" or the "Settlement Administrator").  HR&S is the settlement administrator in the above-captioned case.  I am fully familiar with, have personal knowledge of, and am competent to testify about the matters set forth in this affidavit and the actions taken by HR&S as described below.

2.    I submit this affidavit to describe and provide proof of:  (1) the preparation and mailing of individual class notice materials and claim forms (the "Class Notice Package"); (2) the operation of the toll-free telephone information lines established to respond to inquiries from Settlement Class Members regarding the proposed settlement; and (3) requests received by potential Settlement Class Members to opt out of the proposed settlement.

## EXPERIENCE AS A CLASS ACTION ADMINISTRATOR

3.    HR&S is a firm with more than 45 years of experience in claims processing. HR&S's class action case administration services include coordination of all notice requirements; design of direct-mail notice; establishment of fulfillment services; receipt and processing of opt outs; coordination with the U.S. Postal Service; database management; claims processing; and preparation of affidavits.

## OVERVIEW OF HR&S'S RESPONSIBILITIES IN THIS CASE

4.    HR&S was retained by joint agreement of the Defendants, class representatives, and their counsel to serve as the settlement administrator as authorized by the Court in its Order of Preliminary Approval.

5.    HR&S's responsibilities included:

(a)    receiving and formatting electronic policyholder data for mailing Class Notice Packages;

2

(b) formatting and printing the Court-approved Class Notice Packages to be sent to potential Class Members;

(c)    causing the Class Notice Packages to be mailed and, where required, remailing by first-class mail to potential Class Members;

(d)    establishing and maintaining toll-free lines providing automated recorded messages to provide information regarding the proposed settlement to potential Class Members and other callers;

(e)    renting a post office box to receive requests for exclusion, objections, claim forms and other communications;

(f)    receiving, logging, and processing those requests and other communications from potential Class Members;

(g)    issuing "cure" letters to potential Class Members who have submitted claim forms that do not meet the requirements set forth in the Class Notice Package approved by the Court; and

(h)    upon approval of the proposed settlement, processing claims and issuing benefits in accordance with the proposed settlement.

## MAILING OF THE CLASS NOTICE PACKAGE

6.    One of HR&S's primary responsibilities was to cause the Class Notice Package to be mailed to the last known address of each reasonably identifiable potential Class Member.

7.    Data containing 98,734 names and records of potential Class Members were provided to HR&S for mailing purposes by Defendants through their counsel. The database was compiled based upon the current records and electronic data reasonably available to Nationwide

3

Insurance. Prior to actual mailing, the database was submitted to a vendor of the U.S. Post Office for processing through the Post Office's National Change of Address ("NCOA") service. The NCOA service standardizes the addresses under postal standards and also provides any changes of address of matched records. By eliminating 23,306 duplicate records and 1,941 records that were identified as non-class members or non-mailable, HR&S refined the database to 73,487 names and addresses to provide individual Class Notice Packages.

8.      HR&S took primary responsibility for printing the Class Notice Package. HR&S made formatting suggestions to the parties, compiled Class Counsel's and Defendants' counsel's comments on the galley proofs, and supervised printing of the Class Notice Package.

9.      Under my supervision, HR&S verified the above counts, submitted the files to a mailing house and supervised the ink jetting of the names and addresses described above onto Class Notice Packages and the subsequent mailing of the 73,487 addressed Class Notice Packages via postage prepaid, first-class mail on April 29, 2005.

10.     The Class Notice Package mailed to potential Class Members, as approved by the Court, included:

     (a)     a Notice of Class Action, Proposed Settlement and Hearing; and

     (b)     a Proof of Claim Form and Substitute Form W-9.

A sample of the Class Notice Package is attached hereto as Exhibit A.

11.     HR&S has in its possession a Certificate of Mailing Report, which contains the names and addresses of all potential Class Members to whom the Class Notice package was mailed. This report is voluminous and therefore is not attached as an exhibit. However, it is available for the Court' inspection upon request.

4

## CLASS ACTION TELEPHONE SUPPORT

12.    Before mailing the Class Notice Package, HR&S established toll-free telephone information lines to provide automated recorded messages to provide information regarding the proposed settlement to potential Class Members and other callers.

13.    The Call Center's toll-free telephone number for potential Class Members was published in the Class Notice Package.

14.    Counsel for the parties provided HR&S with detailed recorded messages. The messages were designed to anticipate and provide accurate and clear answers to frequently asked questions about the proposed settlement.

## EXCLUSION REQUESTS, CLAIM FORMS, OBJECTIONS AND OTHER COMMUNICATIONS

15.    HR&S rented a post office box (P.O. Box 370, Philadelphia, PA 19102-0370) to receive communications from potential Class Members. The post office box address was published in the Class Notice Package.

16.    HR&S has received and continues to receive mail in this post office box. The mail includes requests for exclusion, claim forms, and other communications. HR&S has forwarded Class Notice Packages upon request, issued cure letters when appropriate, and forwarded Class Member inquiries to counsel for the parties.

17.    Each member of the proposed class that wished to opt out of the proposed settlement was required to mail a written request electing to opt out of the proposed settlement to the Settlement Administrator, postmarked by June 13, 2005. As of the close of business on August 4, 2005, HR&S received 493 such requests to opt out. A list of those persons and entities

5

from whom a request to opt out was received through August 4, 2005 (indicating the postmark

date and receipt date) is attached as Exhibit B.

*Edward J. Sincavage, CPA*

EDWARD J. SINCAVAGE, CPA

Sworn to and subscribed before me
this 10th day of August, 2005.

*Kristine Blakla*

Notary Public

NOTARIAL SEAL
KRISTINE J. BLAKLA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 14, 2007

6

**EXHIBIT  A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

| | |
|---|---|
| ———————————————————— X | |
| DR. PAUL ZIDEL, on behalf of himself and | : |
| all others similarly situated, | : |
| | : |
| *Plaintiffs,* | : |
| | : |
| *v.* | : |
| | : |
| ALLSTATE INSURANCE COMPANY and | : |
| COMMUNITY CARE NETWORK, INC., d/b/a CCN, | : |
| | : |
| *Defendants.* | : |
| ———————————————————— | : |
| SALVATORE D. LARUSSO, D.C., d/b/a FAMILY | :   01-8108 |
| CHIROPRACTIC CENTER, AUGUSTINE V. JOSEPH, | : |
| M.D., P.A., and JOEL D. STEIN, D.O. P.A., on behalf | : |
| of themselves and all others similarly situated, | : |
| | : |
| *Plaintiffs,* | : |
| | : |
| *v.* | : |
| | : |
| NATIONWIDE MUTUAL INSURANCE | : |
| COMPANY, et al., | : |
| | : |
| *Defendants.* | : |
| ———————————————————— X | |

**NOTICE OF PENDENCY OF CLASS ACTION,
PROPOSED SETTLEMENT AND HEARING**

IF YOU HAVE SUBMITTED A CLAIM OR CLAIMS FOR HEALTH CARE BENEFITS UNDER A PERSONAL INJURY PROTEC-
TION INSURANCE POLICY ISSUED BY NATIONWIDE INSURANCE IN FLORIDA, EITHER AS AN INSURED OR PURSUANT
TO A VALID ASSIGNMENT FROM AN INSURED, DURING THE PERIOD JANUARY 1, 1996 THROUGH NOVEMBER 30,
2004, PLEASE READ THIS NOTICE CAREFULLY. THIS PROPOSED CLASS ACTION SETTLEMENT MAY AFFECT YOUR
RIGHTS.[1]

**1.   WHY SHOULD YOU READ THIS NOTICE?**

If you have submitted a claim or claims for health care benefits under a personal injury protection ("PIP") in-
surance policy issued by Nationwide Insurance in Florida, either as an insured or pursuant to a valid assignment from
an insured, during the period from January 1, 1996 through November 30, 2004 (the "Class Period"), your rights may
be affected by a proposed class action settlement (the "Settlement") with Salvatore D. LaRusso, D.C. d/b/a Family
Chiropractic Center, Augustine V. Joseph, M.D., P.A. and Joel D. Stein, D.O., P.A. (the "Class Representatives"), on be-
half of themselves and all others similarly situated, pending in the United States District Court for the Southern Dis-
trict of Florida, Case No. 01-8108-CV (part of Consolidated Case No. 00-6061-CIV-ZLOCH/SNOW) (the "Action"), which
is part of a number of consolidated class actions pending in the United States District Court for the Southern District
of Florida (the "Court"). The Class Representatives have agreed to settle all claims against Nationwide Insurance in
the Action in exchange for Nationwide Insurance's agreement to fund settlement payments to members of the Set-
tlement Class[2] as set forth below.

The Court has scheduled a hearing to consider the fairness, reasonableness and adequacy of the Settlement with
Nationwide Insurance, together with certain other matters, to be held at 10:00 a.m. on Monday, August 15, 2005, in
Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 (the "Fairness
Hearing"). The Order scheduling the Fairness hearing also provides that it may be adjourned by the Court and that
no additional notice will be provided to potential members of the Settlement Class other than an announcement in
open court.

---

[1]The term "Nationwide Insurance" includes the following companies, as well as these companies' direct or indirect subsidiaries, that issued
and underwrote automobile insurance in the state of Florida during the period from January 1, 1996 through November 30, 2004: Nationwide Mu-
tual Insurance Company, Nationwide Mutual Fire Insurance Company, Nationwide Property and Casualty Insurance Company, Nationwide Insur-
ance Company of America, Nationwide General Insurance Company, and Nationwide Assurance Company f/k/a Colonial Insurance Company.

[2]The Settlement Class and Payment Subclasses are defined below in paragraph 3 of this Notice.

You may be a member of the Settlement Class and may therefore be eligible to receive benefits made available by the Settlement. As a member of the Settlement Class, however, you will also be bound by the release and other provisions of the Settlement if it is approved by the Court. You may elect to opt out of the Settlement Class and the Settlement, as explained below. You also have the right to object to the Settlement or to the applications for attorneys' fees and the Class Representatives' incentive awards that counsel for the Settlement Class intends to make to the Court, but only if you comply with the procedures described in this Notice.

## 2.   WHAT IS THIS LITIGATION ABOUT?

This Action has been brought by the Class Representatives against Nationwide Insurance. The Second Amended Class Action Complaint ("Complaint") alleges that Nationwide Insurance, among other acts and practices, improperly reduced payments to members of the Settlement Class ("Settlement Class Members"), including the Class Representatives, for PIP benefits based on the application of insurance cost containment adjustments and reductions to PIP medical expense claims, including the use of preferred provider organization ("PPO"), usual and customary ("UCR") and medical necessity reductions. The Complaint alleges that this conduct violates various Florida and federal statutes and also seeks recovery on various common law theories.

Nationwide Insurance denies all allegations of fault, wrongdoing or liability in the Action and does not concede any infirmity in its defenses. Nationwide Insurance maintains that its acts and practices are, and always have been, in full compliance with all legal, contractual or other requirements.

This Action is one of several similar actions (the "Consolidated Actions") pending in the Court against several automobile insurers, which have been consolidated for certain purposes. Since the initial complaints were filed, substantial litigation has occurred in the Consolidated Actions.

## 3.   WHAT ARE THE TERMS OF THE SETTLEMENT?

The terms of the Settlement Agreement and Stipulation ("Settlement Agreement") are summarized in this Notice. A copy of the entire Settlement Agreement is available in the Court file, which can be reviewed at the Office of the Clerk of the Court, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, during regular business hours.

a.   *The Settlement Class and Payment Sub-Classes.*

The Settlement is on behalf of the following Settlement Class and Payment Sub-Classes:

*Settlement Class*

All Persons[3] who have submitted claims for health care benefits under a personal injury protection insurance policy issued by Nationwide Insurance in Florida, either as an insured under a policy or pursuant to a valid assignment from an insured, whose claims were reduced, adjusted or otherwise paid, but not paid in full, during the Class Period.

*627.736(10) Payment Sub-Class*

All Persons who have submitted claims for health care benefits under a personal injury protection insurance policy issued by Nationwide Insurance, either as an insured under a policy or pursuant to a valid assignment from an insured, whose claims were reduced, adjusted or otherwise not paid in full based on PPO reductions taken pursuant to Section 627.736(10), Florida Statutes during the Class Period.

*627.736(1) Payment Sub-Class*

All Persons who have submitted claims for health care benefits under a personal injury protection insurance policy issued by Nationwide Insurance, either as an insured under a policy or pursuant to a valid assignment from an insured, whose claims were reduced, adjusted or otherwise not paid in full based on UCR reductions taken pursuant to Section 627.736 (1), Florida Statutes during the Class Period.

*Chapter 627 Payment Sub-Class*

All Persons who have submitted claims for health care benefits under a personal injury protection insurance policy issued by Nationwide Insurance, either as an insured under a policy or pursuant to a valid assignment from an insured, whose claims were reduced, adjusted or otherwise not paid in full for reasons other than reductions taken pursuant to Sections 627.736(10) or 627.736(1), Florida Statutes during the Class Period.

---

[3]The term "Person(s)" includes individuals, corporations, proprietorships, businesses, business trusts, estates, trusts, partnerships, limited partnerships, limited liability companies, associations, joint ventures, governmental subdivisions, agencies or instrumentalities, or any other legal or commercial entities of any kind.

2

Notwithstanding anything in this Notice or the Settlement Agreement to the contrary, all claims or purported claims against Nationwide Insurance that: (i) have been released or otherwise discharged prior to March 31, 2005, (ii) are expressly alleged in Pending Litigation[4] against Nationwide Insurance, or (iii) are claims by MRI service providers for consumer price index adjustments or for professional fees consolidated for payment in their billings to Nationwide Insurance are excluded from and shall not be part of the Settlement Class and Payment Sub-Classes, and shall not be otherwise included in the Settlement.

Also excluded from the Settlement Class and Payment Sub-Classes are: Nationwide Insurance, any parent, subsidiary, affiliate, or controlled person of Nationwide Insurance, as well as the officers, directors, agents, servants, and employees of Nationwide Insurance, and the immediate family members of such persons. Also excluded is any trial judge who may preside over the Action.

b.    *The Settlement Consideration.*

If the Settlement is approved by the Court, the Settlement Agreement provides for benefits to be made available by Nationwide Insurance to Settlement Class Members.

Pursuant to the Settlement, Nationwide Insurance has agreed to pay timely, complete and valid claims made by Settlement Class Members not to exceed an aggregate amount of Nine Million Eight Hundred Seventy-Five Thousand Dollars ($9,875,000.00) (the "Settlement Fund"). If the Settlement is approved by the Court, Settlement Class Members will be eligible to receive payments from the Settlement Fund in accordance with formulas summarized below. Unless the total amount of certain claims exceed specified amounts, Settlement Class Members who submit timely, complete and valid proof of claim forms will be entitled to the full amounts described below. If the total amount of certain claims exceed specified amounts, as further explained below, Settlement Class Members who submit timely, complete and valid proof of claim forms will be entitled to a pro rata share of the Settlement Fund as described below.

c.    *Proof of Claim and Settlement Payment.*

Each Settlement Class Member that submits a timely, complete and valid proof of claim shall be entitled to payment from the Settlement Fund ("Settlement Payment") in accordance with the terms of the Settlement Agreement, calculated as summarized below. Each Settlement Class Member shall be entitled to a percentage reimbursement of the reductions taken by Nationwide Insurance during the Class Period, as described below, and conditioned upon the Settlement Class Member's timely submission of a completed and valid proof of claim. Each Settlement Class Member shall be eligible to be a member of only one Payment Sub-Class for each claim submitted.

No attorneys' fees, interest, costs or any additional sums of any kind shall be paid to any Settlement Class Member, other than those attorneys' fees and costs paid to counsel for the Settlement Class as provided in the Settlement Agreement and described below. Any payments made pursuant to this Settlement shall be made only to the Settlement Class Member directly. Subject to the foregoing, Settlement Class Members are eligible to receive one of the following payments:

*627.736(10) Payment Sub-Class Members*

80% of the difference between (a) eighty percent (80%) of the amount billed by the health care provider, and (b) the amount paid by Nationwide Insurance to the Settlement Class Member after application of a reduction (i.e., if the billed amount was $1,000.00 and Nationwide Insurance paid $600.00, the reimbursement amount would be $160 ($1,000 x 80% = $800 − $600 = $200 x 80% = $160).

*627.736(1) Payment Sub-Class Members*

40% of the difference between (a) eighty percent (80%) of the amount billed by the health care provider, and (b) the amount paid by Nationwide Insurance to the Settlement Class Member after application of a reduction (i.e., if the billed amount was $1,000.00 and Nationwide Insurance paid $600.00, the reimbursement amount would be $80 ($1,000 x 80% = $800 − $600 = $200 x 40% = $80).

*627 Payment Sub-Class Members*

40% of the difference between (a) eighty percent (80%) of the amount billed by the health care provider, and (b) the amount paid by Nationwide Insurance to the Settlement Class Member after application of a reduction (i.e., if the billed amount was $1,000.00 and Nationwide Insurance paid $600.00, the reimbursement amount would be $80 ($1,000 x 80% = $800 − $600 = $200 x 40% = $80).

---

[4]"Pending Litigation" includes any suits or proceedings (other than the Action) pending in any Florida state or federal court (including applicable appellate courts) against Nationwide Insurance as of March 31, 2005 seeking the payment of PIP benefits based on an alleged inadequate payment or underpayment from Nationwide Insurance during the Class Period, and/or the claim of interest and/or other damages, costs or attorneys' fees arising from those alleged inadequate payments or underpayments during the Class Period (including any extra contractual claims in connection therewith) or any contract or declaratory judgment action arising out of a PIP policy issued by Nationwide Insurance.

3

If the total amount of claims submitted by 627.736(10) Payment Sub-Class Members is greater than $5,104,000 plus the accumulated interest, less an equal 50% share of any administration expenses in excess of $500,000, if any, claims to 627.736(10) Payment Sub-Class Members will be paid on a *pro rata* basis to 627.736(10) Payment Sub-Class Members who submitted a complete, timely and valid proof of claim.

If the total of all claims submitted by 627.736(1) and 627 Payment Sub-Class Members is greater than $4,771,000 plus the accumulated interest, less an equal 50% share of any administration expenses in excess of $500,000, if any, claims to 627.736(1) and 627.736 Payment Sub-Class Members will be paid on a *pro rata* basis to 627.736(1) and 627.736 Payment Sub-Class Members who submitted a complete, timely and valid proof of claim.

    d.   *The Release and Dismissal with Prejudice.*

In exchange for the consideration provided by Nationwide Insurance, and if the Court approves the Settlement, the Action will be dismissed on the merits and with prejudice as to Nationwide Insurance. In addition, Nationwide Insurance will receive a release and discharge from the Settlement Class (which will not include Settlement Class Members who timely elect to opt out of the Settlement as provided below). The release will release and discharge Nationwide Insurance and its current and former officers and directors, or any assignee, successor, predecessor, direct or indirect subsidiary, direct or indirect parent company, divisions, affiliates, attorneys, employees, agents, contractors, trustees or representatives from any and all claims, suits, demands, rights, liabilities, damages, losses, attorneys' fees, interest, expenses, costs and causes of action, accrued or unaccrued, known or unknown, fixed or contingent, including any extra-contractual claims or damages, damages at law or in equity, fines, penalties of any kind or description which now exist or heretofore existed, which were or could have been alleged, or could hereafter be alleged, in the Action or in any other action, court, arbitration proceeding, tribunal or administrative body which arise out of or are based directly or indirectly upon the acts, transactions, occurrences, facts, sales and events and/or statutes, including any arising from the Settlement Agreement or any payment made pursuant to the Settlement, which are alleged or could have been alleged in the Complaint or which could be hereafter alleged.

## 4.  WHAT WILL HAPPEN AT THE FAIRNESS HEARING?

At the Fairness Hearing, the Court may consider several different issues, including the following: (a) whether the Settlement is fair, reasonable, and adequate to members of the Settlement Class; (b) whether it should certify the Settlement Class and Payment Sub-Classes pursuant to Federal Rule of Civil Procedure 23; (c) whether to enter orders that would prevent members of the Settlement Class from asserting certain claims against Nationwide Insurance in the future; (d) whether to approve the application for payment of incentive awards to the Class Representatives to be paid by Nationwide Insurance; and (e) whether to approve the application by counsel for the Settlement Class for attorneys' fees and costs to be paid by Nationwide Insurance.

## 5.  CAN I OBJECT AND PARTICIPATE IN THE FAIRNESS HEARING?

Anyone who does not opt out of the Settlement Class may object in writing to the Settlement, the Settlement Agreement, the application by counsel for the Settlement Class for attorneys' fees and costs, the application for payment of incentive awards to the Class Representatives or the other matters to be considered at the Fairness Hearing and may appear and present such objections. You may appear yourself or through your own attorney hired at your expense. In order to object and appear at the Fairness Hearing, however, you or your attorney acting on your behalf must do the following **ON OR BEFORE JUNE 13, 2005:**

    a.   To object, file with the Court and serve on counsel your written objection(s). Your filing must include: (1) the case name and number (*LaRusso, et al. v. Nationwide Mutual Insurance Co., et al.,* Consolidated Case No. 00-6061-CIV-ZLOCH/SNOW); (2) your name, address and telephone number; (3) a description of the claim or claims that make you a Settlement Class Member, together with an assignment of benefits (if you are not a Nationwide Insurance insured) from a Nationwide Insurance insured demonstrating your standing to set forth any objections to the Settlement; and (4) a statement of your objection(s), the factual and legal basis for each objection, and the names of all witnesses and a copy of all documents that you intend to rely upon.

    b.   To appear at the Fairness Hearing, file with the Court and serve on counsel: (1) your objection(s) as described above; and (2) a Notice of Intention to Appear identifying who will be appearing and on whose behalf.

Filings with the Court of your original objection(s) and Notice of Intention to Appear must be directed to: Office of the Clerk of the Court, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

4

To serve your objection(s) and Notice of Intention to Appear on counsel you must send complete copies, by first-class mail, postage pre-paid, to all of the following counsel:

Edward Zebersky, Esq.
Zebersky & Payne, LLP
4000 Hollywood Boulevard, Ste. 400N
Hollywood, FL 33021-6789

Larry Kopelman, Esq.
Kopelman & Blankman, P.A.
350 East Las Olas Blvd, #980
Fort Lauderdale, FL 33301

Curtis Cheyney, Esq.
Swartz Campbell, LLC
1601 Market Street, Flr. 34
Philadelphia, PA 19103

John P. Marino, Esq.
Fowler White Boggs Banker P.A.
50 N. Laura Street, Suite 2200
Jacksonville, FL 32202

If you do not comply with the foregoing procedures and deadlines for submitting written objections and/or appearing at the Fairness Hearing, you may lose substantial legal rights, including but not limited to, the right to appear at the Fairness Hearing; the right to contest the approval of the Settlement or the application for an award of attorneys' fees and costs to counsel for the Settlement Class; the right to contest the approval of the application for incentive awards to the Class Representatives; and the right to contest any other orders or judgments of the Court entered in connection with the Settlement. If the Court does not approve the Settlement, the Settlement Agreement will be null and void.

6.  **HOW DO I SUBMIT A PROOF OF CLAIM?**

The Settlement contemplates certain Settlement Payments to Class Members as summarized above. To be eligible to receive a Settlement Payment, Settlement Class Members must mail a timely, complete and valid proof of claim to the Settlement Administrator addressed as follows:

Settlement Administrator
P. O. Box 370
Philadelphia, PA 19105-0370

**IN ORDER TO BE ENTITLED TO RECEIVE ANY SETTLEMENT PAYMENT FROM THE SETTLEMENT FUND, YOU MUST COMPLETE AND SIGN A PROOF OF CLAIM AND MAIL THE PROOF OF CLAIM, WITH SUFFICIENT POSTAGE PREPAID, TO THE SETTLEMENT ADMINISTRATOR AS SET FORTH ABOVE. THE ENVELOPE CONTAINING YOUR PROOF OF CLAIM MUST BE POSTMARKED BY NO LATER THAN AUGUST 29, 2005. IF YOU DO NOT MAIL YOUR PROOF OF CLAIM BY THIS DEADLINE, YOU WILL BE DEEMED TO HAVE WAIVED ANY RIGHT TO RECEIVE ANY SETTLEMENT PAYMENT FROM THE SETTLEMENT FUND. SETTLEMENT PAYMENTS WILL BE MADE ONLY TO SETTLEMENT CLASS MEMBERS DIRECTLY. A SEPARATE PROOF OF CLAIM MUST BE SUBMITTED FOR EACH CLAIM A SETTLEMENT CLASS MEMBER SUBMITS. A PROOF OF CLAIM MAY NOT BE MADE AND WILL NOT BE ACCEPTED VIA FACSIMILE OR ELECTRONIC TRANSMISSION.**

7.  **WHAT IF I DO NOT WANT TO BE PART OF THE SETTLEMENT?**

If you do **not** want to be a member of the Settlement Class and participate in the Settlement, then **BY NO LATER THAN JUNE 13, 2005,** you must send a signed statement indicating that you are electing to opt out of the Settlement. The statement must also include your name, address, telephone number and social security or federal tax identification number. If the election to opt out is being submitted by or on behalf of a business or entity, the signed statement must include the full name of the entity, the address of the entity, and the name and title of the person filing the election on the entity's behalf. Your complete signed election to opt out must be mailed, with sufficient postage prepaid, to the Settlement Administrator addressed as follows:

Settlement Administrator
P. O. Box 370
Philadelphia, PA 19105-0370

**TO BE TIMELY AND TO EFFECTIVELY OPT OUT OF THE SETTLEMENT, YOUR COMPLETED SIGNED ELECTION TO OPT OUT MUST BE POSTMARKED BY NO LATER THAN JUNE 13, 2005. IF IT IS NOT POSTMARKED BY THAT DATE, YOUR RIGHT TO OPT OUT WILL BE DEEMED WAIVED AND YOU WILL BE BOUND BY ALL ORDERS AND JUDGMENTS ENTERED IN CONNECTION WITH THE SETTLEMENT, INCLUDING THE RELEASE AND DISMISSAL WITH PREJUDICE DESCRIBED ABOVE.**

If you choose to opt out of the Settlement and the Settlement Class, you will not be entitled to object to the Settlement or to receive any benefits of the Settlement, including any Settlement Payment from the Settlement Fund. You will not be bound by any orders or judgments entered in the Action if the Settlement is approved and will be free to pursue any claims that you believe you have against Nationwide Insurance.

8.  **WHAT ABOUT ATTORNEYS' FEES AND EXPENSES?**

Since the beginning of this litigation, counsel for the Settlement Class in the Action have not received any payment for their services in prosecuting the Action, nor have they been reimbursed for any out-of-pocket expenses. If the Court approves the Settlement, counsel for the Settlement Class will apply to the Court for an award of attorneys' fees, including costs and expenses. In the Settlement Agreement, Nationwide Insurance has agreed not to oppose such an application in the aggregate amount of up to 33⅓ percent of the amount of the Settlement Fund. If the Court awards Plaintiffs' attorneys' fees and expenses in an amount no greater than that amount, Nationwide Insurance will pay the amount awarded by the Court to counsel for the Settlement Class. This payment is in addition to the consideration made available to Settlement Class Members that is described above and will not reduce the amount available to Settlement Class Members if the Settlement is approved.

9.  **WHAT ARE THE CLASS REPRESENTATIVES' INCENTIVE AWARDS?**

In addition to the application for attorneys' fees and expenses described in the preceding section, in connection with the Court's consideration of the Settlement, the Class Representatives intend to seek an award from the Court in the amount of up to $15,000.00 each, which, if awarded, would be paid to them in addition to the consideration made available to Settlement Class Members that is described above. In the Settlement Agreement, Nationwide Insurance has agreed not to oppose such an application up to $15,000.00 each. If the Court awards the Class Representatives up to that amount, Nationwide Insurance will pay such amount to the Class Representatives.

10.  **WHO CAN I CONTACT WITH QUESTIONS?**

If you have questions regarding this Notice, the Proof of Claim form provided with this Notice, the Settlement with Nationwide Insurance or the Action generally, you can obtain additional information from the following sources:

Settlement Administrator
P. O. Box 370
Philadelphia, PA 19105-0370
Telephone: 800-481-7949

Counsel for the Settlement Class:

Kopelman & Blankman, P.A.
Larry Kopelman, Esq.
Douglas Blankman, Esq.
350 East Las Olas Boulevard, # 980
Fort Lauderdale, FL 33301
e-mail: DAB@Kopelblank.com

**PLEASE DO NOT CALL THE COURT OR THE CLERK'S OFFICE.**

11.  **TAX CONSEQUENCES.**

The relief described above could have tax consequences for you. Those tax consequences may vary, depending upon your individual circumstances. You should consult your own tax advisor regarding any tax consequences of the Settlement, including any payments or benefits provided under the Settlement, and any tax reporting obligations you may have with respect thereto. The parties make no representations, and assume no responsibility, with respect to any tax consequences that may occur.

12.  **REQUEST TO FORWARD THIS NOTICE.**

If you have assigned any claims that might be covered by the Settlement or be released as described above, please forward this Notice to the appropriate person as soon as possible.

Dated April 29, 2005.

BY ORDER OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW**

———————————————————— X
DR. PAUL ZIDEL, on behalf of himself and        :
all others similarly situated,                  :
                                                :
                        *Plaintiffs,*           :
                                                :
            *v.*                                :
                                                :
ALLSTATE INSURANCE COMPANY and                  :
COMMUNITY CARE NETWORK, INC., d/b/a CCN,         :
                                                :
                        *Defendants.*           :
———————————————————————             :
SALVATORE D. LARUSSO, D.C., d/b/a FAMILY         :   01-8108
CHIROPRACTIC CENTER, AUGUSTINE V. JOSEPH,        :
M.D., P.A., and JOEL D. STEIN, D.O. P.A., on behalf :
of themselves and all others similarly situated, :
                                                :
                        *Plaintiffs,*           :
                                                :
            *v.*                                :
                                                :
NATIONWIDE MUTUAL INSURANCE                      :
COMPANY, et al.,                                :
                                                :
                        *Defendants.*           :
———————————————————————— X

**PROOF OF CLAIM AND SUBSTITUTE FORM W-9**

DEADLINE FOR SUBMISSION: **AUGUST 29, 2005**

Capitalized terms have the meanings set forth in the enclosed Notice of Pendency of Class Action, Proposed Settlement and Hearing.

If you submit a Proof of Claim that is incomplete or inaccurate, it may be rejected, and you may be precluded from receiving a Settlement Payment.

Please do not mail or deliver this form to the Court. In addition, please do not telephone the Judge or Clerk of the Court, your insurance agent, or any representatives of Nationwide Insurance.

As described in the enclosed Notice of Pendency of Class Action, Proposed Settlement and Hearing, Settlement Class Members who properly complete and timely submit a valid Proof of Claim will be entitled to receive a Settlement Payment. Settlement Payments will be based upon the terms and formulas set forth in the Settlement Agreement and summarized in the enclosed Notice of Pendency of Class Action, Proposed Settlement and Hearing.

To be eligible to receive a Settlement Payment, you must complete this form. **You must copy this form and submit a separate completed form for each patient and/or claim number that you believe qualifies for a Settlement Payment under the Settlement.** Claims are subject to verification based upon the records of Nationwide Insurance.

**PART I: CLAIMANT INFORMATION**

**PLEASE PROVIDE THE FOLLOWING INFORMATION. YOU ARE REQUIRED TO PROVIDE THIS INFORMATION. PLEASE TYPE OR PRINT LEGIBLY.**

Name of Claimant (Provider or Insured):

If Claimant is a Business or other Entity, Full Business Name of the Entity:

7

If Claimant is a Business or other Entity, Name, Address and Title of Person Submitting this Proof of Claim on Behalf of the Entity:

Name:

Street
Address:

City:                                    State:          Zip Code:                    -

Claimant                                          Claimant
Social Security Number          ████████████████  OR  Employer Identification Number        -
(for individuals)                                 (for Corporations, Trusts, etc.)

Claimant
Street
Address:

City:                                    State:          Zip Code:                    -

Area Code    Telephone No. (Day)            Area Code    Telephone No. (Evening)

## PART II: YOUR CLAIM

UNDER THE TERMS OF THE PROPOSED SETTLEMENT, YOU ARE ELIGIBLE TO RECEIVE A SETTLEMENT PAYMENT IF YOU ARE A MEMBER OF THE FOLLOWING SETTLEMENT CLASS AND ONE OF THE FOLLOWING PAYMENT SUBCLASSES:

*Settlement Class*

All persons who have submitted claims for health care benefits under a personal injury protection insurance policy issued by Nationwide Insurance in Florida, either as an insured under a policy or pursuant to a valid assignment from an insured, whose claims were reduced, adjusted or otherwise paid, but not paid in full, during the Class Period.

*627.736(10) Payment Sub-Class*

All persons who have submitted claims for health care benefits under a personal injury protection insurance policy issued by Nationwide Insurance, either as an insured under a policy or pursuant to a valid assignment from an insured, whose claims were reduced, adjusted or otherwise not paid in full based on PPO reductions taken pursuant to Section 627.736(10), Florida Statutes during the Class Period.

*627.736(1) Payment Sub-Class*

All persons who have submitted claims for health care benefits under a personal injury protection insurance policy issued by Nationwide Insurance, either as an insured under a policy or pursuant to a valid assignment from an insured, whose claims were reduced, adjusted or otherwise not paid in full based on UCR reductions taken pursuant to Section 627.736(1), Florida Statutes during the Class Period.

*Chapter 627 Payment Sub-Class*

All persons who have submitted claims for health care benefits under a personal injury protection insurance policy issued by Nationwide Insurance, either as an insured under a policy or pursuant to a valid assignment from an insured, whose claims were reduced, adjusted or otherwise not paid in full for reasons other than reductions taken pursuant to Sections 627.736(10) or 627.736(1), Florida Statutes during the Class Period.

Notwithstanding anything in this Proof of Claim form, the Notice of Pendency of Class Action, Proposed Settlement and Hearing or the Settlement Agreement to the contrary, all claims or purported claims against Nationwide Insurance that: (i) have been released or otherwise discharged prior to March 31, 2005, (ii) are expressly alleged in Pending Litigation against Nationwide Insurance, or (iii) are claims by MRI service providers for consumer price index adjustments or for professional fees consolidated for payment in their billings to Nationwide Insurance are excluded from and shall not be part of the Settlement Class and Payment Sub-Classes, and shall not be otherwise included in the Settlement.

8

Also excluded from the Settlement Class and Payment Sub-Classes are: Nationwide Insurance, any parent, subsidiary, affiliate, or controlled person of Nationwide Insurance, as well as the officers, directors, agents, servants, and employees of Nationwide Insurance, and the immediate family members of such persons. Also excluded is any trial judge who may preside over the Action.

**PLEASE PROVIDE THE FOLLOWING INFORMATION. YOU ARE REQUIRED TO PROVIDE THIS INFORMATION.**

1. Under the terms of the proposed Settlement, you are eligible to receive a Settlement Payment if you are a health care provider and provided medical services or products to a person(s) insured by Nationwide Insurance for which you were paid by Nationwide Insurance less than 80% of the billed amount during the Class Period. If you are a health care provider, please confirm the information contained in one of the following two boxes by checking the appropriate box:

   ☐ I am a health care provider and affirm that I provided medical services or products to a person(s) insured by Nationwide Insurance for which I was paid by Nationwide Insurance less than 80% of the billed amount during the Class Period.

   ☐ I am a health care provider and I did not provide health care services or products to a person insured by Nationwide Insurance for which I was paid by Nationwide Insurance less than 80% of the billed amount during the Class Period.

2. If you are not a health care provider, please confirm the information contained in the box below by checking the box:

   ☐ I am not a health care provider and affirm that I was insured by Nationwide Insurance and was paid by Nationwide Insurance less than 80% of the billed amount for medical services or products during the Class Period.

3. Under the terms of the proposed Settlement, you are not eligible to receive a Settlement Payment if you are a health care provider and do not have an assignment of benefits from a person who was insured by Nationwide Insurance to whom you provided health care products or services and for which you were paid less than 80% of the billed amount during the Class Period. If you are a health care provider, please confirm the information contained in one of the following two boxes by checking the appropriate box:

   ☐ I verify that: (i) I am a health care provider and member of the Settlement Class, (ii) upon information and belief, I have an assignment(s) of benefits from a person(s) who was insured by Nationwide Insurance to whom I provided health care products or services and for which I was paid by Nationwide Insurance less than 80% of the billed amount during the Class Period, and (iii) with regard to the patient and/or claim number referenced in this Proof of Claim, I do not have Pending Litigation against Nationwide Insurance, nor have I discharged or released Nationwide Insurance or its insured, in connection with such health care products or services.

   ☐ I do not have an assignment(s) of benefits from a person who was insured by Nationwide Insurance to whom I provided health care products or services and for which I was paid by Nationwide Insurance less than 80% of the billed amount during the Class Period.

4. If you are not a health care provider, please confirm the information contained in the box below by checking the box:

   ☐ I verify that: (i) I am not a health care provider, (ii) I did not execute an assignment(s) of benefits to a health care provider who provided health care products or services and for which I was paid by Nationwide Insurance less than 80% of the billed amount during the Class Period; and (iii) I do not have Pending Litigation against Nationwide Insurance, nor have I discharged or released Nationwide Insurance, in connection with such health care products or services.

ANY SETTLEMENT CLASS MEMBERS THAT ARE HEALTH CARE PROVIDERS AND VERIFY THAT THEY POSSESS AN ASSIGNMENT OF BENEFITS FROM A NATIONWIDE INSURANCE INSURED AGREE THAT THEY WILL REIMBURSE FUNDS TO NATIONWIDE INSURANCE IF AN INSURED OF NATIONWIDE INSURANCE SUBSEQUENTLY SUCCESSFULLY ASSERTS A CLAIM FOR THE SAME BENEFITS. THE REIMBURSEMENT WILL BE LIMITED TO THE AMOUNT RECEIVED UNDER THE SETTLEMENT FOR THE SPECIFIC CLAIM THAT IS SUBMITTED BY THE HEALTH CARE PROVIDER AND IS SUBSEQUENTLY SUCCESSFULLY ASSERTED BY THE INSURED.

NATIONWIDE INSURANCE AND/OR THE CLAIMS ADMINISTRATOR MAY INVESTIGATE AND VALIDATE CLAIMS TO ASSURE ELIGIBILITY FOR AND THE AMOUNT OF A SETTLEMENT PAYMENT.

9

**YOU ARE REQUIRED TO PROVIDE THE FOLLOWING INFORMATION FOR EACH CLAIM:**

5.   Name of Patient: ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

And/Or

Claim No. or Policy No.: ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

Settlement Class Members who are health care providers must submit a separate Proof of Claim form **(a copy of this form)** for each claim number and/or patient (a Nationwide insured) who provided a valid assignment of benefits for health care products or services for which Nationwide Insurance paid less than 80% of the billed amount.

**NOTICE:** The Settlement Administrator may contact and seek additional information from you as it deems necessary to validate and identify a potential Settlement Payment. To assist Nationwide Insurance and/or the Settlement Administrator, additional but optional information is requested to provide a factual basis for each claim you seek to have considered for a Settlement Payment under the Settlement Agreement. **You are not required to provide this information to perfect a claim.**

1.   The claim number or policy number upon which the bills were previously submitted to Nationwide Insurance (this information should have been described by you on the HCFA form you submitted for payment and was identified on the EOB form accompanying the payment from Nationwide Insurance).

Claim No. or Policy No.: ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

2.   The dates and billed amount for each such treatment (copies of HCFA form or EOB forms may be provided in lieu of this information).

| Date of Treatment | Amount Billed |
|---|---|
| 1. ⬚⬚-⬚⬚-⬚⬚ | 1. $⬚⬚⬚,⬚⬚⬚.⬚⬚ |
| 2. ⬚⬚-⬚⬚-⬚⬚ | 2. $⬚⬚⬚,⬚⬚⬚.⬚⬚ |
| 3. ⬚⬚-⬚⬚-⬚⬚ | 3. $⬚⬚⬚,⬚⬚⬚.⬚⬚ |
| 4. ⬚⬚-⬚⬚-⬚⬚ | 4. $⬚⬚⬚,⬚⬚⬚.⬚⬚ |
| 5. ⬚⬚-⬚⬚-⬚⬚ | 5. $⬚⬚⬚,⬚⬚⬚.⬚⬚ |
| 6. ⬚⬚-⬚⬚-⬚⬚ | 6. $⬚⬚⬚,⬚⬚⬚.⬚⬚ |
| 7. ⬚⬚-⬚⬚-⬚⬚ | 7. $⬚⬚⬚,⬚⬚⬚.⬚⬚ |
| 8. ⬚⬚-⬚⬚-⬚⬚ | 8. $⬚⬚⬚,⬚⬚⬚.⬚⬚ |

3.   Copies of other relevant documents that are currently in your possession.

10

## CERTIFICATION

I state and affirm under the penalty of perjury under the laws of Florida and the United States of America that:

A.   I am a member of the Settlement Class defined above and have not requested to be excluded from the Settlement Class.

B.   I have reviewed the Notice of Pendency of Class Action, Proposed Settlement and Hearing, and the information supplied by me in this Proof of Claim is true and correct.

C.   I have not assigned or transferred any claims, actions or causes of action arising out of, based on or relating in any manner to the subject matter of this Proof of Claim.

_____

Signature

_____

Print Name

Date: _____

IF YOU ARE SIGNING ON BEHALF OF A BUSINESS OR ENTITY (e.g., A CORPORATION, SOLE PROPRIETORSHIP, PROFESSIONAL ASSOCIATION, OR PARTNERSHIP), PLEASE PROVIDE THE FULL NAME OF THE BUSINESS OR ENTITY AND YOUR TITLE OR POSITION WITH THE BUSINESS OR ENTITY:

Full Name of Business or Entity: _____

Title or Position: _____

### SUBSTITUTE FORM W-9

Each claimant must provide the information requested below. If the correct information is not provided, a portion of any payment that the claimant may be entitled to receive from the Settlement Funds may be withheld and paid to the Internal Revenue Service.

### Request for Federal Taxpayer Identification Number and Certification

Claimant's federal taxpayer identification number is:

Social Security Number: ███████████████    OR    Employer Identification Number: ☐☐-☐☐☐☐☐☐☐
(for individuals)                                       (for Corporations, Trusts, etc.)

Name of taxpayer whose identification number is written above:

_____

Taxpayer is: ☐ Individual   ☐ Corporation   ☐ Partnership   ☐ Other (specify) _____

I certify that the above taxpayer is **NOT** subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code.

**NOTE:** If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the word **"NOT"** in the previous sentence.

Under the penalties of perjury, I certify that the foregoing information is true and correct.

Date: _____    _____

                                     Signature

                                     _____

                                     Print Name

Instructions regarding IRS Form W-9 are available at the Internal Revenue Service website at www.irs.gov.

11

Settlement Administrator
P. O. Box 370
Philadelphia, PA 19105-0370

# FIRST-CLASS MAIL

**PLEASE FORWARD—IMPORTANT LEGAL NOTICE**

**EXHIBIT  B**

## Exhibit B
### LaRusso vs. Nationwide Mutual Insurance Co.
### Requests for Exclusion (Opt-Out)

**Through:**    **August 4, 2005**

| Opt Out No. | Excluded Party | Postmark Date | Received Date |
|---|---|---|---|
| 3 | A Bridge to Wellness - Gary Vigeant | 05/03/05 | 05/06/05 |
| 232 | A to Z Medical Center, Inc. | 06/06/05 | 06/09/05 |
| 251 | Abrahams, M.D., Michael | 06/06/05 | 06/09/05 |
| 207 | Abrego, Josue | 06/01/05 | 06/06/05 |
| 294 | Access Health Care, LLC | 06/10/05 | 06/13/05 |
| 413B | Access Healthcare | 06/13/05 | 06/15/05 |
| 468 | Ack-Ten Group, LLC. D/b/a Seacrest Open MRI | 06/13/05 | 06/17/05 |
| 470 | Acurehab and Med Center, Inc. | 06/13/05 | 06/17/05 |
| 222B | Advanced Clinical Massage Therapy Center, L.L.C. | 06/02/05 | 06/07/05 |
| 199 | Advantage Plus Rehabilitation | 06/02/05 | 06/06/05 |
| 110 | Affinity Healthcare Center at Waterford Lakes, P.L. | 05/16/05 | 05/19/05 |
| 171 | AIM Pain & Rehab Center, LLC | 05/26/05 | 05/31/05 |
| 160 | Alabar Chiropractic Center | 05/25/05 | 05/31/05 |
| 430 | Albany Sleigh Clinic | 06/13/05 | 06/15/05 |
| 295 | Alden, D.C., Robin S. | 06/11/05 | 06/13/05 |
| 479 | Alden, D.C., Robin S. | 06/13/05 | 06/17/05 |
| 210 | All Boca Chiropractic | 06/03/05 | 06/06/05 |
| 362 | All Care Chiropractic Center, Inc. | 06/09/05 | 06/13/05 |
| 135 | All Family Clinic of Daytona Beach, Inc. dba Florida Medical Associates | 05/18/05 | 05/24/05 |
| 249 | All Health Clinic, Inc. | 06/06/05 | 06/09/05 |
| 117B | Almond, Gloria L. | 05/17/05 | 05/20/05 |
| 117A | Almond, Thomas L. | 05/17/05 | 05/20/05 |
| 111 | Altamonte Springs Imaging, Inc. | 05/16/05 | 05/19/05 |
| 409 | Amara, Dr. Robert J. | 06/13/05 | 06/15/05 |
| 372 | Americare Chiropractic Clinic, Inc. | 06/09/05 | 06/13/05 |
| 299 | Ami (Greenberg) Tran | 06/10/05 | 06/13/05 |
| 74 | Ammannati, Katia | 05/11/05 | 05/16/05 |
| 324 | Andre, Natalie | 06/08/05 | 06/13/05 |
| 383 | Andrew E. Slatkow, D.C. | 06/09/05 | 06/13/05 |
| 338A | Apopka Wellness Center | 06/09/05 | 06/13/05 |
| 153 | Arcadia Chiropractic Clinic, Inc. | 05/23/05 | 05/27/05 |
| 57 | Arendas, Bernard J. | 05/10/05 | 05/13/05 |
| 339 | Arian, M.D., P.A., A.M. | 06/09/05 | 06/13/05 |
| 112 | Atlantic Medical Specialists, Inc. | 05/16/05 | 05/19/05 |
| 340 | Augustine Chiropractic Office | 06/09/05 | 06/13/05 |
| 310 | Aventura Chiropractic Center Inc. | 06/10/05 | 06/13/05 |
| 169 | Avery Chiropractic | 05/26/05 | 05/31/05 |
| 293 | Avila M.D., P.A., Duby | 06/07/05 | 06/10/05 |
| 233 | B & T Medical Center, LLC | 06/06/05 | 06/09/05 |
| 62 | Baez, Jose J. | 05/13/05 | 05/16/05 |
| 341 | Baker, Heard, Oster, Davenport, Gonzalez | 06/09/05 | 06/13/05 |

# Exhibit B
## LaRusso vs. Nationwide Mutual Insurance Co.
## Requests for Exclusion (Opt-Out)

**Through:        August 4, 2005**

| Opt Out No. | Excluded Party | Postmark Date | Received Date |
|---|---|---|---|
| 279 | Barbare, Mildred W. | 06/01/05 | 06/10/05 |
| 15B | Bargy, Diane | 05/05/05 | 05/09/05 |
| 15A | Bargy, Donald | 05/05/05 | 05/09/05 |
| 17 | Bart, Sr. M.D. P.A., Stephan A | 05/04/05 | 05/09/05 |
| 400 | Bartosek Chiropractic Center, P.A. | 06/13/05 | 06/15/05 |
| 75 | Bay Area Chiropractic | 05/11/05 | 05/16/05 |
| 417 | Baybridge Chiropractic Clinic, PA | 06/13/05 | 06/15/05 |
| 219 | Bayflite Medical Transport | 06/02/05 | 06/07/05 |
| 113 | Bayside Healthcare Centers of Central Florida | 05/16/05 | 05/19/05 |
| 280 | Beck Chiropractic Clinic PA | 06/08/05 | 06/10/05 |
| 32 | Bell, Kathleen G. | 05/05/05 | 05/10/05 |
| 302 | Bella-Mar Injury Clinic | 06/10/05 | 06/13/05 |
| 252 | Bennett, Josephine Norman | 06/07/05 | 06/09/05 |
| 328 | Berger D.C., P.A., Glenn D. | 06/10/05 | 06/13/05 |
| 285 | Best Health of Pompano, Inc. | 06/08/05 | 06/10/05 |
| 342 | Bigley DC, Michael | 06/09/05 | 06/13/05 |
| 36 | Bilby, Gerald L. | 05/09/05 | 05/11/05 |
| 284 | Bjerke, Carole E. | 06/07/05 | 06/10/05 |
| 426B | Bloomingdale's Family Chiropractic | 06/13/05 | 06/15/05 |
| 166 | Boca Back & Neck Center | 05/27/05 | 05/31/05 |
| 137 | Boca Orthopedic & Rehabilitation Center, Inc. | 05/24/05 | 05/26/05 |
| 40 | Bodnar, Sr., Marilyn V. | 05/09/05 | 05/12/05 |
| 343 | Bontrager D.C., Daniel | 06/09/05 | 06/13/05 |
| 344 | Booth D.C., Annette | 06/09/05 | 06/13/05 |
| 69B | Bostick, Alice | 05/12/05 | 05/16/05 |
| 69A | Bostick, Steve | 05/12/05 | 05/16/05 |
| 1 | Bowman, Nora M. | 05/03/05 | 05/06/05 |
| 345 | Boylan D.C., Mark | 06/09/05 | 06/13/05 |
| 193 | Boynton Beach Physicians Associates, Inc. | 06/03/05 | 06/06/05 |
| 410 | Bradley DC PA, J.B. | 06/13/05 | 06/15/05 |
| 159 | Brandon Integrated Healthcare Clinics, Inc. | 05/25/05 | 05/31/05 |
| 426C | Brandon Integrated Healthcare Clinics, Inc. | 06/13/05 | 06/15/05 |
| 432 | Brewer, Ronald | 06/13/05 | 06/15/05 |
| 452A | Bridgeland, M. James | 06/13/05 | 06/16/05 |
| 452B | Bridgeland, Regina A. | 06/13/05 | 06/16/05 |
| 136 | Burkhardt, Grace Elizabeth | 05/23/05 | 05/26/05 |
| 25 | Byrd, Bonnie | 05/06/05 | 05/10/05 |
| 315 | C & C Medical & Rehab Services Inc. | 06/09/05 | 06/13/05 |
| 395 | Calhoun Chiropractic Center, P.A. | 06/09/05 | 06/14/05 |
| 406 | Calhoun Chiropractic Center, P.A. | 06/13/05 | 06/15/05 |
| 455 | Cambridge Clinic North, P.L. | 06/13/05 | 06/16/05 |
| 456 | Cambridge Clinic, P.L. | 06/13/05 | 06/16/05 |

## Exhibit B
### LaRusso vs. Nationwide Mutual Insurance Co.
### Requests for Exclusion (Opt-Out)

**Through:      August 4, 2005**

| Opt Out No. | Excluded Party | Postmark Date | Received Date |
|---|---|---|---|
| 454 | Cambridge Group Trust dba Cambridge Clinic | 06/13/05 | 06/16/05 |
| 115 | Capozzi, Mark | 05/17/05 | 05/20/05 |
| 449 | Caring Concepts, Inc. | 06/13/05 | 06/16/05 |
| 107 | Caron Chiropractic, P.A. | 05/16/05 | 05/19/05 |
| 156 | Carpenter, LMT, Tammie | 05/25/05 | 05/31/05 |
| 68A | Carraway, John D. | 05/13/05 | 05/16/05 |
| 68B | Carraway, Linda A. | 05/13/05 | 05/16/05 |
| 162 | Carter, Irene L. | 05/28/05 | 05/31/05 |
| 10004 | Caruso, Dr. Anthony Chiropractic Physician | 06/20/05 | 06/22/05 |
| 145 | Center for Holistic Health | 05/24/05 | 05/27/05 |
| 10006 | Center for Orthopedic Surgery and Sports Medicine | 06/24/05 | 06/27/05 |
| 304 | Central Florida Chiropractic Center | 06/09/05 | 06/13/05 |
| 118 | Central Florida Eye Associates | 05/17/05 | 05/20/05 |
| 30 | Central Florida Physiatrists, P.A. | 05/05/05 | 05/10/05 |
| 108 | Central Florida Rehab, Inc. | 05/16/05 | 05/19/05 |
| 332 | Chiromed Chiropractic Center, Inc. | 06/10/05 | 06/13/05 |
| 262 | Chiro-Med Rehab of Jersey City, Inc. | 06/06/05 | 06/09/05 |
| 271 | Chiro-Medical Clinic, Inc. dba CM Diagnostic, Inc. | 06/06/05 | 06/09/05 |
| 263 | Chiro-Medical of Delray Beach, Inc. | 06/06/05 | 06/09/05 |
| 268 | Chiro-Medical of Ft. Pierce, Inc. | 06/06/05 | 06/09/05 |
| 272 | Chiro-Medical Rehab of North Miami, Inc. | 06/06/05 | 06/09/05 |
| 264 | Chiro-Medical Rehabilitation of Orlando, Inc. | 06/06/05 | 06/09/05 |
| 425 | Chiropractic Arts Center, Inc. | 06/13/05 | 06/15/05 |
| 405 | Chiropractic Associates of Alachua, P.A. | 06/13/05 | 06/15/05 |
| 229 | Chiropractic Associates, Inc. | 06/06/05 | 06/08/05 |
| 414 | Chiropractic Center of 103rd Street | 06/13/05 | 06/15/05 |
| 412 | Chiropractic Health & Wellness | 06/13/05 | 06/15/05 |
| 331 | Chiropractic Physicians | 06/10/05 | 06/13/05 |
| 67 | Chiropractic Trust Corp. dba Grasso Chiropractic | 05/11/05 | 05/16/05 |
| 346 | Christensen, John P.  PA | 06/09/05 | 06/13/05 |
| 296 | Chuong M.D., D.M.D, Robert | 06/10/05 | 06/13/05 |
| 4 | Cinquepalma, Peter G. | 05/04/05 | 05/09/05 |
| 276 | Ciril, Jossiline | 06/04/05 | 06/09/05 |
| 359 | Clark Road Chiropractic Center | 06/09/05 | 06/13/05 |
| 50 | Clayton W. Hopkins, D.C., P.A. | 05/09/05 | 05/12/05 |
| 347 | Coastal Orthopaedic & Sports Medicine Center | 06/09/05 | 06/13/05 |
| 133 | Cochran, Marjorie L. | 05/21/05 | 05/24/05 |
| 64B | Coke, John D. | 05/12/05 | 05/16/05 |
| 64A | Coke, Vickie L. | 05/12/05 | 05/16/05 |
| 13 | Cole, Kenneth (&Betty) | 05/05/05 | 05/09/05 |
| 316 | Colgate, Christina L. | 06/08/05 | 06/13/05 |
| 352 | Colonial Chiropractic Physicians, P.A. | 06/09/05 | 06/13/05 |

### Exhibit B
### LaRusso vs. Nationwide Mutual Insurance Co.
### Requests for Exclusion (Opt-Out)

**Through:    August 4, 2005**

| Opt Out No. | Excluded Party | Postmark Date | Received Date |
|---|---|---|---|
| 451 | Colonial Medical Center | 06/13/05 | 06/16/05 |
| 483 | Community Physical Therapy | 06/10/05 | 06/20/05 |
| 338B | Complete Wellness Center of Apopka | 06/09/05 | 06/13/05 |
| 52 | Conforti Chiropractic & Wellness Center, Inc. | 05/09/05 | 05/12/05 |
| 128 | Croton Chiropractic Clinic | 05/20/05 | 05/23/05 |
| 282A | Cruz, Hector | 06/07/05 | 06/10/05 |
| 134 | Cruz, Rodolfo | 05/21/05 | 05/24/05 |
| 119B | Cundiff, Doris | 05/17/05 | 05/20/05 |
| 119A | Cundiff, Marvin | 05/17/05 | 05/20/05 |
| 185 | Damadian MRI in Orlando, P.A. | 06/01/05 | 06/03/05 |
| 10001 | Damadian MRI in Pompano Beach, P.A. dba Stand Up MRI of Fort Lauderdale | 06/14/05 | 06/16/05 |
| 462 | Daniels Group Trust dba Dolphin Diagnostics | 06/13/05 | 06/16/05 |
| 11 | Daniels, Sam | 05/04/05 | 05/09/05 |
| 48A | Dauphinee, Carl | 05/09/05 | 05/12/05 |
| 48B | Dauphinee, Helen | 05/09/05 | 05/12/05 |
| 65 | Davey, Judy P. | 05/12/05 | 05/16/05 |
| 234 | David A. Craig dba The Craig Spinal Care Center | 06/06/05 | 06/09/05 |
| 291 | David W. Shaw, D.C., C.C.S.P. | 06/08/05 | 06/10/05 |
| 186 | Daytona Beach MRI, P.A. | 06/01/05 | 06/03/05 |
| 306A | DC Services, LLC & DC Supply, LLC | 06/09/05 | 06/13/05 |
| 306B | DC Services, LLC & DC Supply, LLC | 06/09/05 | 06/13/05 |
| 217 | Debbie J. Schmidt L.M.T. | 06/02/05 | 06/07/05 |
| 10008 | Delray Chiropractic Center, Inc. | 06/24/05 | 06/27/05 |
| 49 | Dimensional Imaging, Inc. | 05/09/05 | 05/12/05 |
| 158 | D'Orazio, D.C., Doran R. | 05/25/05 | 05/31/05 |
| 259 | Doud, Mary Teresa A. | 06/07/05 | 06/09/05 |
| 228B | Downey, Mary Jane | 06/06/05 | 06/08/05 |
| 228A | Downey, Ralph | 06/06/05 | 06/08/05 |
| 350 | Dragton, E.D. | 06/09/05 | 06/13/05 |
| 126 | Dynamic Care, Inc. | 05/17/05 | 05/23/05 |
| 127 | East Bay Accident and Wellness Center, P.A. | 05/19/05 | 05/23/05 |
| 16B | Emme,  Mary Jane | 05/05/05 | 05/09/05 |
| 16A | Emme, Harry | 05/05/05 | 05/09/05 |
| 28 | Escutia, Manuel | 05/06/05 | 05/10/05 |
| 129 | Esteves, Elisa | 05/19/05 | 05/23/05 |
| 482 | Family Chiropractic Health Center, Inc. | 06/13/05 | 06/20/05 |
| 177 | Family Chiropractors | 05/26/05 | 05/31/05 |
| 21 | Family Doctors, nka Physicians Injury Care Center | 05/05/04 | 05/10/05 |
| 397 | Family Life Chiropractic | 06/13/05 | 06/15/05 |
| 12 | Farris, Julian | 05/06/05 | 05/09/05 |
| 31 | Ferch, Jane | 05/06/05 | 05/10/05 |

**Exhibit B**
**LaRusso vs. Nationwide Mutual Insurance Co.**
**Requests for Exclusion (Opt-Out)**

**Through:    August 4, 2005**

| Opt Out No. | Excluded Party | Postmark Date | Received Date |
|---|---|---|---|
| 288 | Ferderigos M.D., P.A., Fanourios I. | 06/07/05 | 06/10/05 |
| 355 | Ferguson II D.C., David L. | 06/09/05 | 06/13/05 |
| 168 | Ferrera-Diehl, Chantel | 05/26/05 | 05/31/05 |
| 109 | First Care Chiropractic Center, Inc. | 05/16/05 | 05/19/05 |
| 103 | First Choice Medical Center | 05/16/05 | 05/19/05 |
| 318 | Flagstaff Medical Center | 06/09/05 | 06/13/05 |
| 222A | Florestal, Jean P. L.M.T. & C.N.M.T. | 06/02/05 | 06/07/05 |
| 175 | Florida Center for Orthopaedics, Inc. | 05/27/05 | 05/31/05 |
| 235 | Florida Center for Orthopaedics, Inc. | 06/06/05 | 06/09/05 |
| 213B | Florida Chiropractic & Wellness Center | 06/03/05 | 06/06/05 |
| 213C | Florida Chiropractic & Wellness Center | 06/03/05 | 06/06/05 |
| 45 | Florida Chiropractor, Inc. | 05/09/05 | 05/12/05 |
| 213A | Florida Medical & Injury Center | 06/03/05 | 06/06/05 |
| 189 | Florida Medical & Injury Center, Inc. | 05/31/05 | 06/06/05 |
| 435 | Florida Orthopaedic Center, P.A. | 06/07/05 | 06/15/05 |
| 179 | Florida Spinecare Center | 05/27/05 | 05/31/05 |
| 221 | Florida Spinecare Center | 06/02/05 | 06/07/05 |
| 289 | Fogarty Chiropractic | 06/06/05 | 06/10/05 |
| 398 | Fontaine Chiropractic Clinic P.A. | 06/13/05 | 06/15/05 |
| 402 | Fortunato, D.C., Dr. Daniel | 06/13/05 | 06/15/05 |
| 469 | Fortunato, D.C., Dr. Daniel | 06/13/05 | 06/17/05 |
| 198 | Foundation Chriopractic | 06/02/05 | 06/06/05 |
| 164 | Frey, Dr. Robert T. | 05/26/05 | 05/31/05 |
| 260 | Futral, Evelyn | 06/06/05 | 06/09/05 |
| 281 | Gaeta Chiropractic | 06/07/05 | 06/10/05 |
| 27B | Garrison, Lisa | 05/07/05 | 05/10/05 |
| 27A | Garrison, Stephen | 05/07/05 | 05/10/05 |
| 132 | Gebhard, Paula J. | 05/21/05 | 05/24/05 |
| 472 | Gelb M.D., P.A., Howard J. | 06/13/05 | 06/17/05 |
| 7 | Gerdes, Thomas | 05/05/05 | 05/09/05 |
| 440 | Gerstman, Lora Mae | 06/13/05 | 06/16/05 |
| 78 | Gibson, Shirley L | 05/14/05 | 05/17/05 |
| 286 | Gieseke M.D., P.A., F. Gary | 06/08/05 | 06/10/05 |
| 327 | Gieseke M.D., P.A., F. Gary, dba Neurological Surgery | 06/10/05 | 06/13/05 |
| 427 | Gilmer, Cox, Bott, Torres Orthopaedic Assn., P.A. dba West Orange Ortho | 06/13/05 | 06/15/05 |
| 10002 | Global Medical Diagnostics, LLC | 06/15/05 | 06/20/05 |
| 6B | Gobble, Dollie | 05/06/05 | 05/09/05 |
| 6A | Gobble, Harley | 05/06/05 | 05/09/05 |
| 141 | Gold Coast Chiropractic Center | 05/23/05 | 05/26/05 |
| 356 | Gold Coast Orthopedics & Rehabilitation | 06/09/05 | 06/13/05 |

## Exhibit B
### LaRusso vs. Nationwide Mutual Insurance Co.
### Requests for Exclusion (Opt-Out)

**Through:**    **August 4, 2005**

| Opt Out No. | Excluded Party | Postmark Date | Received Date |
|---|---|---|---|
| 357 | Gold Coast Orthopedics & Rehabilitation | 06/09/05 | 06/13/05 |
| 54 | Goldson, Dr. Fidel S. | 05/10/05 | 05/11/05 |
| 37A | Goodheart, Francis | 05/09/05 | 05/11/05 |
| 37B | Goodheart, Jeannine | 05/09/05 | 05/11/05 |
| 311 | Goodman D.C., P.A. , Caz | 06/09/05 | 06/13/05 |
| 196 | Green II, Edwin W. | 06/02/05 | 06/06/05 |
| 19A | Harford, George S. | 05/04/05 | 05/09/05 |
| 19B | Harford, Ruth H | 05/04/05 | 05/09/05 |
| 60 | Hause, Beatrice b. | 05/11/05 | 05/16/05 |
| 106 | Headache and Neurological Treatment Institute | 05/16/05 | 05/19/05 |
| 266 | Health Services of Jacksonville, Inc. | 06/06/05 | 06/09/05 |
| 191 | Healthsouth | 05/31/05 | 06/06/05 |
| 407 | Heise Chiropractic Clinic, PA | 06/13/05 | 06/15/05 |
| 226 | Helpling, Leonard F. | 06/06/05 | 06/08/05 |
| 333 | Herzog MD, Thomas | 06/10/05 | 06/13/05 |
| 174A | Hewes, Kenneth | 05/26/05 | 05/31/05 |
| 174B | Hewes, Lorraine | 05/26/05 | 05/31/05 |
| 85 | Hillsman, Dr. Rovena L. | 05/14/05 | 05/19/05 |
| 87 | Hnatysh, Rose | 05/16/05 | 05/19/05 |
| 428 | Hoffman Chiropractic Clinic | 06/13/05 | 06/15/05 |
| 246 | Homestead Chiro-Rehab Center, Inc. | 06/06/05 | 06/09/05 |
| 152 | Hopp, D.C. ,Debra M. | 05/24/05 | 05/27/05 |
| 114B | Horvath, John | 05/17/05 | 05/20/05 |
| 114A | Horvath, Josephine | 05/17/05 | 05/20/05 |
| 290 | Hudson Chiropractic, P.A. | 06/06/05 | 06/10/05 |
| 450 | Hushfield, Donna | 06/13/05 | 06/16/05 |
| 358 | Industrial Health Solutions, P.A. | 06/09/05 | 06/13/05 |
| 163 | Injury & Accident Clinic | 05/26/05 | 05/31/05 |
| 384 | Institute for Non-Surgical Orthopedics | 06/09/05 | 06/13/05 |
| 255 | Integrity Diagnostic, Inc. | 06/06/05 | 06/09/05 |
| 218 | Isaacs, Dr. Steven J. | 06/04/05 | 06/07/05 |
| 139 | Jaap, Alice | 05/24/05 | 05/26/05 |
| 130 | James, Debra L | 05/19/05 | 05/23/05 |
| 223 | James, Henry L. | 06/03/05 | 06/07/05 |
| 360 | Janssen DC PA, Clifford D. | 06/09/05 | 06/13/05 |
| 144 | John R. Chait, Inc. | 05/23/05 | 05/27/05 |
| 71B | Johnson, Eddie Jean | 05/13/05 | 05/16/05 |
| 71A | Johnson, Norman L. | 05/13/05 | 05/16/05 |
| 26B | Jones, Doris P. | 05/05/05 | 05/10/05 |
| 26A | Jones, Victor Dallas | 05/05/05 | 05/10/05 |
| 436 | Kadel, Nikole | 06/10/05 | 06/15/05 |
| 361A | KAROW Chiropractic Center, PA | 06/09/05 | 06/13/05 |

## Exhibit B
### LaRusso vs. Nationwide Mutual Insurance Co.
### Requests for Exclusion (Opt-Out)

**Through:**     **August 4, 2005**

| Opt Out No. | Excluded Party | Postmark Date | Received Date |
|---|---|---|---|
| 443 | Kartz, Gordon C. | 06/13/05 | 06/16/05 |
| 180 | Kaufman, Estelle | 05/26/05 | 05/31/05 |
| 205B | Kerlin, Edmund L. | 06/03/05 | 06/06/05 |
| 205A | Kerlin, Joyce L. | 06/03/05 | 06/06/05 |
| 298 | King, Delora | 06/09/05 | 06/13/05 |
| 303 | Kirby , June R. | 06/08/05 | 06/13/05 |
| 224 | Kirby, Beatrice H. | 06/04/05 | 06/07/05 |
| 353 | Kissimmee Chiropractic Physicians, P.A | 06/09/05 | 06/13/05 |
| 349B | Kissimmee Chiropractic Physicians, P.A | 06/09/05 | 06/13/05 |
| 14 | Kitzmiller MD, Eve | 05/04/05 | 05/09/05 |
| 100 | Klonel Chiropractic & Rehabilitation Center, P.A. | 05/16/05 | 05/19/05 |
| 363 | Knapp, D.C., Daniel J | 06/09/05 | 06/13/05 |
| 143 | Knapp, D.C., Daniel J. | 05/24/05 | 05/27/05 |
| 364 | Kole Chiropractic & Rehab Center | 06/09/05 | 06/13/05 |
| 309 | Kole Chiropractic and Rehab Center | 06/09/05 | 06/13/05 |
| 480 | LaBella DC, Arthur | 06/13/05 | 06/20/05 |
| 433 | LaBella DC, Arthur | 06/13/05 | 06/15/05 |
| 366A | Lake City Chiropractic | 06/09/05 | 06/13/05 |
| 366B | Lake City Chiropractic | 06/09/05 | 06/13/05 |
| 390 | Lake Park Chiropractic Center | 06/09/05 | 06/13/05 |
| 120 | Lake, Cassandra Marie | 05/17/05 | 05/20/05 |
| 121 | Lake, Joseph Edwin | 05/17/05 | 05/20/05 |
| 448 | Lakewood Chiropractic Clinic, PA | 06/13/05 | 06/16/05 |
| 225 | Lakeworth Non-Surgical Spinal Care, Inc. | 06/06/05 | 06/08/05 |
| 24 | Lam, Albert K. | 05/05/05 | 05/10/05 |
| 420 | Lana Perkins, R.N., B.S., D.C., P.A. | 06/13/05 | 06/15/05 |
| 20A | Langheier Chiropractic Centers | 05/04/05 | 05/09/05 |
| 275 | Lapointe, Marie | 06/04/05 | 06/09/05 |
| 365 | Lee Chiropractic Clinic, Inc. | 06/09/05 | 06/13/05 |
| 300 | Lee, Sophrina | 06/09/05 | 06/13/05 |
| 216 | Leesburg Chiropractic Center, Inc. | 06/01/05 | 06/07/05 |
| 89 | Lennex, Kathryn Louise | 05/16/05 | 05/19/05 |
| 72B | Leslie, Delores S. | 05/11/05 | 05/16/05 |
| 72A | Leslie, Eugene J. | 05/11/05 | 05/16/05 |
| 245 | Lexington Chiro-Medical Inc. | 06/06/05 | 06/09/05 |
| 367 | Licciardi Chiropractic, Inc. | 06/09/05 | 06/13/05 |
| 123 | Lighthouse Chiropractic Health Center, Inc. | 05/20/05 | 05/23/05 |
| 236 | Living Well Chiropractic, PLC | 06/06/05 | 06/09/05 |
| 237 | Living Well Chiropractic, PLC for Armstrong Chiropractic Family Center | 06/06/05 | 06/09/05 |
| 335 | Lombardi, D.C., Paul M. | 06/10/05 | 06/13/05 |
| 258 | Louisville Pain & Rehab Specialists, Inc. | 06/06/05 | 06/09/05 |

## Exhibit B
### LaRusso vs. Nationwide Mutual Insurance Co.
### Requests for Exclusion (Opt-Out)

**Through:    August 4, 2005**

| Opt Out No. | Excluded Party | Postmark Date | Received Date |
|---|---|---|---|
| 370 | Madrone Therapy Clinic | 06/09/05 | 06/13/05 |
| 8 | Magyar, Gordon Peter | 05/04/05 | 05/09/05 |
| 442 | Maloy-Hopkins, Alisha Ann | 06/13/05 | 06/16/05 |
| 314B | Mandarin Chiropractic Center | 06/10/05 | 06/13/05 |
| 371 | Markson Chiropractic, Inc. | 06/09/05 | 06/13/05 |
| 190 | Martinez MD PA, Robert | 05/31/05 | 06/06/05 |
| 147 | Martingano, D.C., P.A., Sal | 05/24/05 | 05/27/05 |
| 124 | Mason, William B. | 05/18/05 | 05/23/05 |
| 167 | Mauricio Chiropractic Group | 05/27/05 | 05/31/05 |
| 477 | Mayo Clinic Jacksonville | 06/10/05 | 06/17/05 |
| 475 | Mayo Clinic Rochester | 06/10/05 | 06/17/05 |
| 208 | Maysa, N. E. | 06/03/05 | 06/06/05 |
| 63 | McAllister, Beverly | 05/13/05 | 05/16/05 |
| 202 | McClellan Chiropractic Center, P.A. | 06/01/05 | 06/06/05 |
| 35 | McCormack, Jennifer L. | 05/07/05 | 05/10/05 |
| 368 | McEwen D.C., P.A., David S | 06/09/05 | 06/13/05 |
| 329 | McKeon Chiropractic Clinic, P.A. | 06/10/05 | 06/13/05 |
| 369 | McKeon, D.C., Mark J. | 06/09/05 | 06/13/05 |
| 102 | MCM Supply of Orange County, Inc. | 05/16/05 | 05/19/05 |
| 253 | Medical & Chiro of Riviera Beach, Inc. | 06/06/05 | 06/09/05 |
| 247 | Medical Care of Aventura, Inc. | 06/06/05 | 06/09/05 |
| 250 | Medical Care of Ft. Lauderdale, Inc. | 06/06/05 | 06/09/05 |
| 270 | Medical Care of Hialeah, Inc. | 06/06/05 | 06/09/05 |
| 256 | Medical Care of Lawsville | 06/06/05 | 06/09/05 |
| 287 | Medical Consultants of South Florida Inc. | 06/08/05 | 06/10/05 |
| 308 | Medical Evaluation Center | 06/09/05 | 06/13/05 |
| 66A | Meerpohl, A. James | 05/11/05 | 05/16/05 |
| 66B | Meerpohl, Janet L. | 05/11/05 | 05/16/05 |
| 458 | Memorial Hospital at Gulfport | 06/13/05 | 06/16/05 |
| 47 | Menchel & Menchel DMD, P.A. | 05/10/05 | 05/12/05 |
| 464 | Merritt, Dr. Richard W. as assignee of Chance Petrucci | 06/13/05 | 06/16/05 |
| 463 | Merritt, Dr. Richard W. as assignee of Trina Petrucci | 06/13/05 | 06/16/05 |
| 373 | Miami Beach Management Co Inc., dba Plaza Medical | 06/09/05 | 06/13/05 |
| 10010 | Michaux Family Chiropractic | 06/27/05 | 07/05/05 |
| 188 | Mickelson, Paula | 06/01/05 | 06/06/05 |
| 204 | Mickelson, Paula | 06/01/05 | 06/06/05 |
| 101 | Mid Florida Imaging Centers, L.C. | 05/16/05 | 05/19/05 |
| 446 | Miller Chiropractic & Medical Centers, Inc. | 06/13/05 | 06/16/05 |
| 273 | Miller, Adrian | 06/04/05 | 06/09/05 |

## Exhibit B
### LaRusso vs. Nationwide Mutual Insurance Co.
### Requests for Exclusion (Opt-Out)

**Through:    August 4, 2005**

| Opt Out No. | Excluded Party | Postmark Date | Received Date |
|---|---|---|---|
| 10 | Miller, Richard | 05/05/05 | 05/09/05 |
| 76A | Mills, Harry C. | 05/12/05 | 05/16/05 |
| 76B | Mills, Thelma M | 05/12/05 | 05/16/05 |
| 257 | Miramar Injury Center, Inc. | 06/06/05 | 06/09/05 |
| 447 | Monahan, Clark | 06/13/05 | 06/16/05 |
| 182 | Morakot Chaiyahanij, LMT dba Massage by Morakot | 05/26/05 | 06/01/05 |
| 323 | Moseley, Mary Ann | 06/10/05 | 06/13/05 |
| 79 | MRI Associates of St. Pete, Inc. dba Saint Pete MRI | 05/14/05 | 05/17/05 |
| 404 | MRI Radiology Network | 06/13/05 | 06/15/05 |
| 146 | Munoz, Silvia | 05/24/05 | 05/27/05 |
| 418 | Murphy Inc., Penemarie K.  dba Physical Therapy Svcs. | 06/13/05 | 06/15/05 |
| 56 | Muscle by Muscle Therapeutic Massage | 05/10/05 | 05/13/05 |
| 212 | Natural Living Chiropractic & Wellness Center, Inc. | 06/03/05 | 06/06/05 |
| 178 | Naugle, Joann | 05/26/05 | 05/31/05 |
| 77A | Neville, Robert V. | 05/13/05 | 05/16/05 |
| 77B | Neville, Sandra E. | 05/13/05 | 05/16/05 |
| 325 | Nguyen, Oanh | 06/10/05 | 06/13/05 |
| 429 | Norman, Flaten, Todd, Hammond, Neurologic Consultants | 06/13/05 | 06/15/05 |
| 125 | North Broward Hospital District dba Broward General Medical Center, North Broward Medical Center, Imperial Point Medical Center, Coral Springs Medical Center, Weston Regional Health Park | 05/18/05 | 05/23/05 |
| 149 | Northdale's Family Chiropractic | 05/24/05 | 05/27/05 |
| 317 | Northern Arizona Healthcare | 06/09/05 | 06/13/05 |
| 396 | Northwood Sports Medicine & Physical Rehab. | 06/13/05 | 06/15/05 |
| 283 | Nucci, M.D., P.A., Robert C. | 06/06/05 | 06/10/05 |
| 460 | Oakland Park MRI, Inc. | 06/13/05 | 06/16/05 |
| 374 | OGD Diagnostic & Rehab Services | 06/09/05 | 06/13/05 |
| 9 | Ojeda, Maria | 05/04/05 | 05/09/05 |
| 274 | Ojeda, Maria | 06/04/05 | 06/09/05 |
| 201B | Oliverio, Angela | 06/02/05 | 06/06/05 |
| 201A | Oliverio, Vincent | 06/02/05 | 06/06/05 |
| 33 | Oloier, Jules G | 05/07/05 | 05/10/05 |
| 59A | O'Neill, Donald | 05/11/05 | 05/13/05 |
| 59B | O'Neill, Mary | 05/11/05 | 05/13/05 |
| 238 | Open MRI or Orlando, Inc. | 06/06/05 | 06/09/05 |
| 314A | Orange Park Chiropractic Center | 06/10/05 | 06/13/05 |

**Exhibit B**
**LaRusso vs. Nationwide Mutual Insurance Co.**
**Requests for Exclusion (Opt-Out)**

**Through:        August 4, 2005**

| Opt Out No. | Excluded Party | Postmark Date | Received Date |
|---|---|---|---|
| 375 | Orange Park Chiropractic Center PA | 06/09/05 | 06/13/05 |
| 336 | Orthopaedic Care Specialists | 06/10/05 | 06/13/05 |
| 416 | Orthopaedic Care Specialists | 06/13/05 | 06/15/05 |
| 330 | Orthopedic Associates of Southwest Florida, P.A. | 06/10/05 | 06/13/05 |
| 155 | Ortho-Physical Therapy, Inc. & Ortho Diagnostic X-Ray | 05/25/05 | 05/31/05 |
| 376 | Packo, Dr. R.G | 06/09/05 | 06/13/05 |
| 220 | Page, Karen F. | 06/01/05 | 06/07/05 |
| 415 | Pain Care Medical, P.A. | 06/13/05 | 06/15/05 |
| 173 | Palacios, Cynthia | 05/25/05 | 05/31/05 |
| 10003 | Palm Beach Comfort Care, P.A. | 06/20/05 | 06/22/05 |
| 473 | Palm Beach Orthopaedic Associates | 06/13/05 | 06/17/05 |
| 211 | Palm Beach Regional MRI | 06/03/05 | 06/06/05 |
| 377 | Palm Beach Sports Medicine & Orthopedic Center, PA | 06/09/05 | 06/13/05 |
| 51 | Palm Harbor Chiropractic & Rehab Clinic, Inc. | 05/09/05 | 05/12/05 |
| 18 | Palm Harbor Westchase Med. Group | 05/04/05 | 05/09/05 |
| 61 | Pappathatos, James S. | 05/11/05 | 05/16/05 |
| 351 | Parkway Chiropractic and Sports Clinic Inc. | 06/09/05 | 06/13/05 |
| 2 | Paschek, Kurt | 05/03/05 | 05/06/05 |
| 408 | Patrick Chiropractic Ctr. | 06/13/05 | 06/15/05 |
| 200 | Patt, Harriet | 05/31/05 | 06/06/05 |
| 413A | Pavlik Chiropractic | 06/13/05 | 06/15/05 |
| 461 | Pembroke Pines MRI, Inc. | 06/13/05 | 06/16/05 |
| 378 | Perman, Steven M. | 06/09/05 | 06/13/05 |
| 438 | Personal Injury Diagnostics, Inc. | 06/13/05 | 06/16/05 |
| 439 | Personal Injury Group, Inc. | 06/13/05 | 06/16/05 |
| 148 | Peters, D.C., P.A., Clifford F. | 05/24/05 | 05/27/05 |
| 195 | Peterson Rehabilitation | 06/01/05 | 06/06/05 |
| 301 | Pfost , Jeryl | 06/11/05 | 06/13/05 |
| 46A | Phillips, Billy Kent | 05/09/05 | 05/12/05 |
| 46B | Phillips, Brenda Lou | 05/09/05 | 05/12/05 |
| 269 | Philpot, Hobert L. | 06/06/05 | 06/09/05 |
| 267 | Physical Rehabilitation of Newark, Inc. | 06/06/05 | 06/09/05 |
| 379 | Physicians Diagnostic & Rehabilitation Center, Inc. dba Americare Health & Rehabilitation, Inc. | 06/09/05 | 06/13/05 |
| 305 | Physicians Health Centers | 06/10/05 | 06/13/05 |
| 22 | Physicians Injury Care Center | 05/05/04 | 05/10/05 |
| 170 | Physicians Injury Medical Center, LLC | 05/26/05 | 05/31/05 |
| 98 | Pillar Diagnostics, Inc. | 05/16/05 | 05/19/05 |
| 206 | Pine Castle Chiropractic Inc. | 06/02/05 | 06/06/05 |
| 154 | Pinnacle Medical Inc. | 05/26/05 | 05/31/05 |

## Exhibit B
### LaRusso vs. Nationwide Mutual Insurance Co.
### Requests for Exclusion (Opt-Out)

**Through:**      **August 4, 2005**

| Opt Out No. | Excluded Party | Postmark Date | Received Date |
|---|---|---|---|
| 248 | Plantation Chiro-Medical, Inc. | 06/06/05 | 06/09/05 |
| 254 | Plantation Chiro-Medical, Inc. | 06/06/05 | 06/09/05 |
| 459 | Pollak MD PA, Mitchell R. | 06/13/05 | 06/16/05 |
| 466 | Pollak, MD PA, Mitchell R. | 06/13/05 | 06/17/05 |
| 481 | Pollak, MD PA, Mitchell R. | 06/13/05 | 06/20/05 |
| 161A | Pool, Harold | 05/27/05 | 05/31/05 |
| 10007 | Pool, Rebecca | 06/22/05 | 06/27/05 |
| 161B | Pool, Sandra | 05/27/05 | 05/31/05 |
| 116 | Poore, Clara | 05/17/05 | 05/20/05 |
| 84A | Portee, Clarence | 05/17/05 | 05/19/05 |
| 84B | Portee, Josie | 05/17/05 | 05/19/05 |
| 10005 | Powell, Jane W. | 06/21/05 | 06/23/05 |
| 20B | Premier Injury & Treatment Center | 05/04/05 | 05/09/05 |
| 239 | Preziosi West/East Orlando Chiropractic Clinic. P.A. | 06/06/05 | 06/09/05 |
| 230A | Price, DC, PA, Staci L. | 06/06/05 | 06/09/05 |
| 230B | Price, DC, PA,Staci L | 06/06/05 | 06/09/05 |
| 231 | Price, Staci L. | 06/06/05 | 06/09/05 |
| 437 | Prunella, Diane C | 06/13/05 | 06/16/05 |
| 150 | Prusinski, D.O. , Christopher | 05/24/05 | 05/27/05 |
| 282B | Pumarejo, Mary Luz | 06/07/05 | 06/10/05 |
| 97 | R.O.M. Diagnostics of Orange County, Inc. | 05/16/05 | 05/19/05 |
| 277 | Ramirez, David | 06/04/05 | 06/09/05 |
| 419 | Reiner Chiropractic Center | 06/13/05 | 06/15/05 |
| 197 | Reinke, D.C., P.A., Charles L. | 06/02/05 | 06/06/05 |
| 326 | Relaxation Station Massage Therapy Clinic | 06/10/05 | 06/13/05 |
| 29 | Rigsby, Felicia | 05/07/05 | 05/10/05 |
| 39 | Rincon, Ana | 05/09/05 | 05/12/05 |
| 307 | Rivas Medical Center | 06/10/05 | 06/13/05 |
| 34 | Roberts Chiropractic Center, P.A. | 05/05/05 | 05/10/05 |
| 431 | Robinson, D.C., P.A., James C. | 06/13/05 | 06/15/05 |
| 10009 | Robinson, D.C., P.A., Richard J. | 06/27/05 | 06/30/05 |
| 393 | Romano LMT, Lisa | 06/10/05 | 06/14/05 |
| 140 | Romano, D.C., P.A., Salvatore | 05/23/05 | 05/26/05 |
| 194 | Rose Radiology Centers, Inc. | 06/02/05 | 06/06/05 |
| 151 | Roth Chiropractic P.A. | 05/24/05 | 05/27/05 |
| 434 | Ruggiero Sports Medicine and Injury Institute | 06/07/05 | 06/15/05 |
| 42A | Russ, Charles | 05/09/05 | 05/12/05 |
| 42B | Russ, Helen | 05/09/05 | 05/12/05 |
| 476 | Saint Marys Hospital | 06/10/05 | 06/17/05 |
| 278 | Salinger, Antonio | 06/04/05 | 06/09/05 |
| 320 | Sandlin, Virginia L. | 06/09/05 | 06/13/05 |

### Exhibit B
### LaRusso vs. Nationwide Mutual Insurance Co.
### Requests for Exclusion (Opt-Out)

**Through:        August 4, 2005**

| Opt Out No. | Excluded Party | Postmark Date | Received Date |
|---|---|---|---|
| 53B | Saunders, Janice | 05/05/05 | 05/13/05 |
| 53A | Saunders, Woodbury | 05/05/05 | 05/13/05 |
| 96 | Schauder, Dr. Ellis dba Schauder Chiropractic | 05/16/05 | 05/19/05 |
| 313 | Schellhammer, Mark D. | 06/10/05 | 06/13/05 |
| 183 | Scherer, D.C., P.A., Mark S. | 05/31/05 | 06/02/05 |
| 172 | Schneider, Raymond J. | 05/26/05 | 05/31/05 |
| 165 | Schramm Wellness Center | 05/27/05 | 05/31/05 |
| 399 | Schramm, D.C., DCN,  Robert W. | 06/13/05 | 06/15/05 |
| 23 | Schweitzer Clinic of Chiropractic Medicine | 05/04/05 | 05/10/05 |
| 337 | Seacreast Open MRI | 06/10/05 | 06/13/05 |
| 86A | Seeporita, Brenda | 05/16/05 | 05/19/05 |
| 86B | Seeporita, May | 05/16/05 | 05/19/05 |
| 426A | Seffner Chiropractic | 06/13/05 | 06/15/05 |
| 380 | Seger, D.C., Russ M. | 06/09/05 | 06/13/05 |
| 138 | Sequeira, Christopher | 05/23/05 | 05/26/05 |
| 5 | Shaffer, Ralph | 05/06/05 | 05/09/05 |
| 322 | Shannon, Richard L. | 06/09/05 | 06/13/05 |
| 292A | Shea, Dennis H. | 06/08/05 | 06/10/05 |
| 292B | Shea, Dennis H. | 06/08/05 | 06/10/05 |
| 382A | Shtulman Chiropractic Care Center, Inc. | 06/09/05 | 06/13/05 |
| 445 | Signet Diagnostic Imaging Services, LLC operates under the following fictitious names: Arlington Imaging Center, Northside Imaging Center, Orange Park Imaging Center, Riverside Imaging Center, Salisbury Imaging Center | 06/10/05 | 06/16/05 |
| 444 | Signet Diagnostic Imaging Services, LLC operates under the following fictitious names: Aventura Imaging Center, Boca Raton Imaging Center, Coral Springs Imaging Center Ft. Lauderdale Regional MRI, Medscan MRI, Pembroke Pines Imaging Center, South Florida Imaging Center, South Miami Imaging Center | 06/10/05 | 06/16/05 |
| 99 | Silver Hills Health & Rehab Clinic, Inc. | 05/16/05 | 05/19/05 |
| 411 | Silverman, Wender, Koonin, Epstein & Garcia P.A. dba Aventura Orthopedic Care Center | 06/13/05 | 06/15/05 |
| 401 | Simpson Pain & Injury Clinic, Inc. | 06/13/05 | 06/15/05 |
| 321 | Smart, Robert E. | 06/09/05 | 06/13/05 |
| 55A | Smuz Sr., Anthony F | 05/10/05 | 05/13/05 |
| 55B | Smuz, Kathleen A. | 05/10/05 | 05/13/05 |
| 381 | SOCC, P.L. dba South Orange Wellness & Injury Center | 06/09/05 | 06/13/05 |
| 73 | Sotomayor, Arsenio | 05/12/05 | 05/16/05 |

## Exhibit B
### LaRusso vs. Nationwide Mutual Insurance Co.
### Requests for Exclusion (Opt-Out)

**Through:    August 4, 2005**

| Opt Out No. | Excluded Party | Postmark Date | Received Date |
|---|---|---|---|
| 403 | South Miami Health Center, Inc. | 06/13/05 | 06/15/05 |
| 214 | South Orange Wellness and Injury Center | 06/02/05 | 06/07/05 |
| 240 | Southeastern Clinical Services, Inc. | 06/06/05 | 06/09/05 |
| 441 | Southern Respiratory, Inc. dba Personal Injury Supplies | 06/13/05 | 06/16/05 |
| 474 | Spine & Rehab Medicine, P.A. | 06/11/05 | 06/17/05 |
| 478 | St. Luke's Hospital Association | 06/10/05 | 06/17/05 |
| 209 | Staffier, David | 06/03/05 | 06/06/05 |
| 187 | Stand Up MRI of Boca Raton | 06/01/05 | 06/03/05 |
| 88 | Steck, Robert L. | 05/16/05 | 05/19/05 |
| 44 | Stein, Jeffrey M.  D.D.S., M.S.D., P.A. | 05/09/05 | 05/12/05 |
| 43 | Strubbe Chiropractic Clinic, P.A. | 05/09/05 | 05/12/05 |
| 203 | Suba, Leona M. | 06/01/05 | 06/06/05 |
| 382B | Sunrise Physical Medicine & Wellness Center, Inc. | 06/09/05 | 06/13/05 |
| 83A | Talbot, Edwin L. | 05/16/05 | 05/19/05 |
| 83B | Talbot, Eileen | 05/16/05 | 05/19/05 |
| 184 | Tallahassee MRI, P.A. | 06/01/05 | 06/03/05 |
| 80 | Tampa Bay Imaging, L.L.C. | 05/14/05 | 05/17/05 |
| 244 | Tampa Chiro Medical Center, Inc. | 06/06/05 | 06/09/05 |
| 457 | The Center for Advanced Wellness LLC dba Advanced Wellness Center | 06/13/05 | 06/16/05 |
| 348 | The Cohen Chiropractic Group, P.A. | 06/09/05 | 06/13/05 |
| 453 | The Lieurance Group trust dba John Lieurance DC | 06/13/05 | 06/16/05 |
| 92 | TOP Chiropractic Clinic, Inc. | 05/16/05 | 05/19/05 |
| 312 | Total Health and Rehab Center Inc | 06/09/05 | 06/13/05 |
| 424 | Total Health Chiropractic Inc. | 06/13/05 | 06/15/05 |
| 465 | Total Orthopedic Care | 06/13/05 | 06/16/05 |
| 82 | Toth, Gregory | 05/13/05 | 05/18/05 |
| 157 | Tramontana, DC, PA, Michael | 05/26/05 | 05/31/05 |
| 394 | Tran, Binh T. | 06/11/05 | 06/14/05 |
| 142 | Trauma Associates of The Palm Beaches | 05/23/05 | 05/26/05 |
| 176 | Treglia, Antoneete A. | 05/26/05 | 05/31/05 |
| 297 | Treichel D.C, William | 06/10/05 | 06/13/05 |
| 334 | Treichel DC, William | 06/10/05 | 06/13/05 |
| 181 | Tucker, LMT, Michelle | 05/26/05 | 06/01/05 |
| 38 | Tupek, Josephine | 05/10/05 | 05/12/05 |
| 215B | Typrowicz, Margaret L. | 06/04/05 | 06/07/05 |
| 215A | Typrowicz, Thomas G. | 06/04/05 | 06/07/05 |
| 386 | U.S. Health Chiropractic Center, P.A. | 06/09/05 | 06/13/05 |
| 94 | United Health & Rehab Assoc. of Central Florida, Inc. | 05/16/05 | 05/19/05 |
| 241 | United Health & Rehab Associates of Florida, Inc. | 06/06/05 | 06/09/05 |

### Exhibit B
### LaRusso vs. Nationwide Mutual Insurance Co.
### Requests for Exclusion (Opt-Out)

**Through:**     **August 4, 2005**

| Opt Out No. | Excluded Party | Postmark Date | Received Date |
|---|---|---|---|
| 95 | United Health & Rehab of Tampa, Inc. | 05/16/05 | 05/19/05 |
| 93 | United Health & Rehabilitation Center, L.L.C. | 05/16/05 | 05/19/05 |
| 385 | Urmos Chiropractic Health Center | 06/09/05 | 06/13/05 |
| 265 | van Tienen, John | 06/06/05 | 06/09/05 |
| 471 | Vangard Imaging, LLC | 06/13/05 | 06/17/05 |
| 41 | Vargas, Jeannette | 05/10/05 | 05/12/05 |
| 122 | Vella, Mildred | 05/13/05 | 05/23/05 |
| 319 | Verde Valley Medical Center | 06/09/05 | 06/13/05 |
| 81 | Vlahos, M.D., P.A., Theodore P. | 05/14/05 | 05/17/05 |
| 213D | Volusia Chiropractic & Wellness Center | 06/03/05 | 06/06/05 |
| 387 | Wasserman Chiropractic Inc. | 06/09/05 | 06/13/05 |
| 242 | Waterford Lakes Wellness and Injury Clinic, Inc. | 06/06/05 | 06/09/05 |
| 422 | Waters D.C., William B. | 06/13/05 | 06/15/05 |
| 391 | Watson D.C., Dr. Donna | 06/09/05 | 06/13/05 |
| 423 | Webb DC, PA, Rita D. | 06/13/05 | 06/15/05 |
| 467 | Wechsel D.C., Inc., Ron d/b/a Wechsel Pain & Rehab Ctrs. | 06/13/05 | 06/17/05 |
| 392 | Weeker, D.C., Richard J. | 06/09/05 | 06/13/05 |
| 388 | Weiss Family Chiropractic Center | 06/09/05 | 06/13/05 |
| 70 | Weller, D.C., Laura A. | 05/11/05 | 05/16/05 |
| 361B | West Palm Beach Medical & Rehab, PA | 06/09/05 | 06/13/05 |
| 192 | Westerman, Patricia A. | 06/01/05 | 06/06/05 |
| 227 | Whiting, Harry C. | 06/03/05 | 06/08/05 |
| 131 | Wieder, DC, Neal | 05/18/05 | 05/23/05 |
| 389 | Williams D.C., Gregory L. | 06/09/05 | 06/13/05 |
| 104 | Winter Park Chiropractic Health Center | 05/16/05 | 05/19/05 |
| 105 | Winter Park Chiropractic Physicians, P.A. | 05/16/05 | 05/19/05 |
| 354 | Winter Park Chiropractic Physicians, P.A. | 06/09/05 | 06/13/05 |
| 349A | Winter Park Chiropractic Physicians, P.A. | 06/09/05 | 06/13/05 |
| 421 | Wittmer, D.C.,Scott A., The Wittmer Clinic of Chiropractic P.A | 06/13/05 | 06/15/05 |
| 58 | Woodard, Martha | 05/10/05 | 05/13/05 |
| 243 | Woodburn, MD, Ronald | 06/06/05 | 06/09/05 |
| 90 | Woodside, Jeffrey | 05/16/05 | 05/19/05 |
| 91 | Yates, D.C., P.A., Kevin J. | 05/16/05 | 05/19/05 |
| 261A | Zaniewski, Amanda | 06/06/05 | 06/09/05 |
| 261B | Zaniewski, Michael | 06/06/05 | 06/09/05 |