**NIGHT BOX FILED**

AUG 1 6 2005

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH
(Magistrate Snow)

DR. PAUL ZIDEL, on behalf of himself and all others similarly situated,

     Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and COMMUNITY CARE NETWORK, INC., d/b/a CCN,

     Defendants.

_____/

THE CHIROPRACTIC CENTRE, INC., on behalf of itself and all others similarly situated,

     Plaintiffs,

v.

METROPOLITAN CASUALTY INSURANCE COMPANY, METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, METROPOLITAN GENERAL INSURANCE COMPANY, METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY, ECONOMY FIRE & CASUALTY COMPANY, ECONOMY PREFERRED INSURANCE COMPANY, ECONOMY PREMIER ASSURANCE COMPANY, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, ST. PAUL MERCURY INSURANCE COMPANY, ST. PAUL GUARDIAN INSURANCE COMPANY, ATHENA ASSURANCE COMPANY, DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY, ST. PAUL PROTECTIVE INSURANCE COMPANY F/K/A NORTHBROOK PROPERTY & CASUALTY INSURANCE COMPANY, UNITED STATES FIDELITY AND GUARANTY COMPANY, FIDELITY AND GUARANTY INSURANCE COMPANY, FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC., VICTORIA FIRE & CASUALTY INSURANCE COMPANY, AND VICTORIA SELECT INSURANCE COMPANY,

     Defendants.

_____/

CASE NO. 01-6783

## NOTICE OF FILING ADMINISTRATOR'S AFFIDAVIT

{M2296123:1}

CONSOLIDATED CASE NOS. 00-6061 AND 01-6783 CIV-ZLOCH

Defendants, Metropolitan Property and Casualty Insurance Company, Metropolitan Casualty Insurance Company, Metropolitan Direct Property and Casualty Insurance Company, Metropolitan General Insurance Company, Metropolitan Group Property and Casualty Insurance Company, Economy Fire & Casualty Company, Economy Preferred Insurance Company, Economy Premier Assurance Company, St. Paul Fire and Marine Insurance Company, St. Paul Mercury Insurance Company, St. Paul Guardian Insurance Company, Athena Assurance Company, Discover Property & Casualty Insurance Company, St. Paul Protective Insurance Company f/k/a Northbrook Property & Casualty Insurance Company, United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., Victoria Fire & Casualty Insurance Company, and Victoria Select Insurance Company (collectively, "Met P&C"), hereby give notice of filing the attached Administrator's Affidavit.

Respectfully submitted,

Akerman Senterfitt
Counsel for Defendants
One Southeast Third Avenue, 28th Floor
Miami, Florida 33131-1704
Phone: 305-374-5600
Fax: 305-374-5095
E-Mail: marcy.aldrich@akerman.com

By: _____

        Marcy Levine Aldrich
        Fla. Bar No. 0968447
        Nancy A. Copperthwaite
        Fla. Bar No. 549428
        Scott B. Cosgrove
        Florida Bar No.: 0161365

{M2296123;1}

CONSOLIDATED CASE NOS. 00-6061 AND 01-6783 CIV-ZLOCH

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served, by U.S. Mail, on

this _____ day of August, 2005 on all persons on the attached service list.

_____
Attorney

**SERVICE LIST**

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
elee@leeamlaw.com
Suite 401
5550 Glades Road
Boca Raton, FL 33431
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
350 East Las Olas Boulevard , # 980
Fort Lauderdale, FL 33301
(954) 462-6855
(954) 462-6899 Facsimile

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Post Office Box 1873
Orlando, FL 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

MECKLER BULGER & TILSON LLP
Peter J. Valeta, Esq.
peter.valeta@mbtlaw.com
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
(312) 474-7895
(312) 474-7898 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, LLP.
Joseph A. DeMaria, Esq.
(305)539-2495
jad@tewlaw.com
Four Seasons Tower
15th Floor
1441 Brickell Avenue
Miami, FL 33131-3407

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

KENNY NACHWALTER,
SEYMOUR ARNOLD CRITCHLOW
& SPECTOR, P.A.
Richard H. Critchlow, Esq.
Robert D.W. Landon, III, Esq.
rlandon@knsacs.com
201 South Biscayne Blvd., Suite 1100
Miami, FL 33131
(305) 373-1000
(305) 372-1861 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

## SERVICE LIST

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT
Nina Brown, Esq.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for American International
Hartford, Metropolitan, Integon**

AKERMAN SENTERFITT
Marcy Levine Aldrich, Esq.
Scott Cosgrove, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3600 Maclay Blvd, Suite 101
Tallahassee, FL 32312
(850) 894-4111
(850) 894-4999 Facsimile

GOODWIN PROCTER LLP
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4000
(202) 346-4444 Facsimile

**Counsel for American International**

CONROY,     SIMBERG,     GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH

DR. PAUL ZIDEL, on behalf of himself and all others similarly
situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and COMMUNITY
CARE NETWORK, INC., d/b/a CCN,

      Defendants.

_____/

THE CHIROPRACTIC CENTRE, INC., on behalf of itself and
all others similarly situated,

      Plaintiffs,                                   CASE NO. 01-6783

v.

METROPOLITAN CASUALTY INSURANCE COMPANY,
METROPOLITAN PROPERTY AND CASUALTY
INSURANCE COMPANY, METROPOLITAN DIRECT
PROPERTY AND CASUALTY INSURANCE COMPANY,
METROPOLITAN GENERAL INSURANCE COMPANY,
METROPOLITAN GROUP PROPERTY AND CASUALTY
INSURANCE COMPANY, ECONOMY FIRE & CASUALTY
COMPANY, ECONOMY PREFERRED INSURANCE
COMPANY, ECONOMY PREMIER ASSURANCE
COMPANY, ST. PAUL FIRE AND MARINE INSURANCE
COMPANY, ST. PAUL MERCURY INSURANCE COMPANY,
ST. PAUL GUARDIAN INSURANCE COMPANY, ATHENA
ASSURANCE COMPANY, DISCOVER PROPERTY &
CASUALTY INSURANCE COMPANY, ST. PAUL
PROTECTIVE INSURANCE COMPANY F/K/A
NORTHBROOK PROPERTY & CASUALTY INSURANCE
COMPANY, UNITED STATES FIDELITY AND GUARANTY
COMPANY, FIDELITY AND GUARANTY INSURANCE
COMPANY, FIDELITY AND GUARANTY INSURANCE
UNDERWRITERS, INC., VICTORIA FIRE & CASUALTY
INSURANCE COMPANY, AND VICTORIA SELECT
INSURANCE COMPANY,

      Defendants.

_____/

STATE OF FLORIDA              )

                                        )     TO WIT:

COUNTY OF ST. JOHN'S     )

Jill DePietto, being first duly sworn according to law, deposes and states:

1.      I am an adult over the age of eighteen (18) years of age, and I am competent to make this Affidavit. I am employed by Wachovia Information Consulting Group ("WICG") as a Senior Consultant, and in that capacity, I administer class action settlements as my primary duty.  I make this Affidavit based upon personal knowledge, and upon personal knowledge of the business records and practices of WICG.  WICG is the Administrator selected by the parties to administer this settlement.  All documents attached hereto are maintained by WICG, a regularly conducted business, in the ordinary course of WICG's business, created at or about the time of the transactions they purport to represent, are made and/or recorded by persons with personal knowledge of the matters reflected therein, and it is the regular business practice of WICG to make and keep these records in the ordinary course of WICG's business.

2.      WICG was responsible for implementing notice to the Plaintiff Class as agreed to by the parties in the Agreement, and as ordered by this Court in its April 21, 2005 Order of Preliminary Approval (the "Preliminary Order").

3.      On May 17, 2005, in accordance with Paragraph 6 of the Preliminary Order, WICG caused 1,042 copies of the Notice and Proof of Claim, substantially in the form of Exhibits B and D to the Settlement Agreement, to be mailed by first-class mail, postage pre-paid, to all potential members of the Settlement Class to the extent such class members could be identified with reasonable diligence.

4.     As of August 3, 2005, WICG has not received any objections from members of the Plaintiff Class.

5.     As of August 3, 2005, WICG has received opt-outs from five (5) members of the Plaintiff Class, attached hereto as *Exhibit A*.

6.     As of August 3, 2005, WICG has received a total of 45 claim forms of which 39 were considered timely and complete, 6 were returned timely but incomplete and 0 were returned after the July 20, 2005 claims deadline.  WICG mailed deficiency letters and copies of the claim form to 6 class members who submitted incomplete claim forms and 3 were returned properly completed.  The total number of timely filed claims deemed to be deficient is 3; the total number of claims accepted for payment is 42.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE TO THE BEST OF MY PERSONAL KNOWLEDGE, INFORMATION, AND BELIEF.

_____
Jill DePietto
Dated: August 5, 2005

Sworn and subscribed to
before me this _5th_ day
of August, 2005.

_____
NOTARY PUBLIC
My Commission Expires:

April M. Montgomery
My Commission DD304055
Expires June 18, 2008

3

**EXHIBIT A**

_..etropolitan P & C
Case No. 00-6061/01-6783-CIV-LOCH

Opt Out #  1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO.:  00-6061-CIV-ZLOCH
(Magistrate Snow)

DR. PAUL ZIDEL, on behalf of himself and
all others similarly situated,

       Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY and
COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

       Defendants.

_____/       Case No.: 01-6783

THE CHIROPRACTIC CENTRE, INC., on behalf of itself
And all others similarly situated,

       Plaintiffs,

v.

METROPOLITAN CASUALTY INSURANCE COMPANY,
METROPOLITAN PROPERTY AND CASUALTY
INSURANCE COMPANY, METROPOLITAN DIRECT
PROPERTY AND CASUALTY INSURANCE COMPANY,
METROPOLITAN GENERAL INSURANCE COMPANY,
METROPOLITAN GROUP PROPERTY AND CASUALTY
INSURANCE COMPANY, ECONOMY FIRE & CASUALTY
COMPANY, ECONOMY PREFERRED INSURANCE
COMPANY, ECONOMY PREMIER ASSURANCE COMPANY,
ST. PAUL FIRE AND MARINE INSURANCE COMPANY,
ST. PAUL MERCURY INSURANCE COMPANY,
ST. PAUL GUARDIAN INSURANCE COMPANY, ATHENA
ASSURANCE COMPANY, DISCOVER PROPERTY &
CASUALTY INSURANCE COMPANY, ST. PAUL
PROTECTIVE INSURANCE COMPANY F/K/A
NORTHBROOK PROPERTY & CASUALTY INSURANCE
COMPANY, UNITED STATES FIDELITY AND GUARANTY
COMPANY, FIDELITY AND GUARANTY INSURANCE
COMPANY, FIDELITY AND GUARANTY INSURANCE
UNDERWRITERS, INC., VICTORIA FIRE & CASUALTY
INSURANCE COMPANY, AND VICTORIA SELECT
INSURANCE COMPANY,

       Defendants.

_____/

**NOTICE OF OPT-OUT OF SETTLEMENT CLASS**
**AND/OR NOTICE OF OPT-OUT OF SETTLEMENT AGREEMENT**

The below entities, who are clients of the undersigned counsel, hereby request to be excluded

from this settlement class and/or any settlement in any way pertaining to the above-captioned case, no

matter how many Plaintiffs or Defendants become parties to this case and **whether or not they are**

**even contemplated as potential class members**. The names of these clients, their addresses,

telephone numbers and the Federal Tax I.D. Numbers of their businesses

are set forth below:

1.  Florida Spinecare Center
    1405 S. Orange Avenue
    Orlando, Florida 32806
    (407) 481-2244
    Tax I.D. No. 59-3351304

2.  Michael J. Broom
    1405 S. Orange Avenue
    Orlando, Florida 32806
    (407) 481-2244
    Tax I.D. No. 59-3351304

3.  Michael J. Broom, M.D.
    1405 S. Orange Avenue
    Orlando, Florida 32806
    (407) 481-2244
    Tax I.D. No. 59-3351304

4.  Michael J. Broom, M.D., P.A.
    1405 S. Orange Avenue
    Orlando, Florida 32806
    (407) 481-2244
    Tax I.D. No. 59-3351304

5.  Marc Gerber
    1405 S. Orange Avenue
    Orlando, Florida 32806
    (407) 481-2244
    Tax I.D. No. 59-3351304

6.  Marc Gerber, M.D.
    1405 S. Orange Avenue
    Orlando, Florida 32806
    (407) 481-2244
    Tax I.D. No. 59-3351304

7.  Robert Rice
    1405 S. Orange Avenue
    Orlando, Florida 32806
    (407) 481-2244
    Tax I.D. No. 59-3351304

8.  Robert Rice, PA-C
    1405 S. Orange Avenue
    Orlando, Florida 32806
    (407) 481-2244
    Tax I.D. No. 59-3351304

9.  Robert Rowland
    1405 S. Orange Avenue
    Orlando, Florida 32806
    (407) 481-2244
    Tax I.D. No. 59-3351304

10. Robert Rowland, PA-C
    1405 S. Orange Avenue
    Orlando, Florida 32806
    (407) 481-2244
    Tax I.D. No. 59-3351304

The undersigned counsel filing this opt/out election on behalf of the above clients is: ADAM

ROSS LITTMAN, ESQUIRE of ADAM ROSS LITTMAN, P.A.  Process, Notice and Service upon

any of the above clients of the undersigned counsel **is not considered and shall not be** considered

completed unless the undersigned counsel for the above clients is served at the below address:

**Adam Ross Littman, Esquire**
**Adam Ross Littman, P.A.**
**1801 Lee Road, Suite 320**
**Winter Park, Florida 32789**

Please take Notice that the above clients of the undersigned counsel will move for sanctions,

including attorneys fees and costs under Rule 11, F.R.C.P., Florida Statutes §57.105 (action

unsupported by fact or law or taken for the purpose of unreasonable delay) and/or the court's own

inherent authority to award sanctions including attorney's fees and costs, should this Notice be denied

its full force and effect.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Opt-Out of Class and/or Settlement Agreement has been furnished by Certified U.S. Mail this ___ day of June, 2005, to:  Met P&C Settlement Administrator, Wachovia Information Consulting Group, 210 N. Ridgecrest Lane, Suite 100, Jacksonville, Florida 32259, and by Certified U.S. mail to the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128.

Adam Ross Littman, Esquire
Florida Bar No.:  893242
Adam Ross Littman, P.A.
1801 Lee Road, Suite 320
Winter Park, Florida 32789
Telephone: (407) 644-9670
Facsimile: (407) 644-5475

Adam Ross Littman, P.A.
1801 Lee Road, Suite 320
Winter Park, Florida 32789-2165

32259x3803 23

CERTIFIED MAIL

7004 1160 0004 5776 1878



Met P&C Settlement Administrator
Wachovia Information Consulting Group
210 N. Ridgecrest Lane, Suite 100
Jacksonville, Florida 32259

ClaimTrack Services
Claims Department

RECEIVED
JUN 06 2005



U.S. POSTAGE
WINTER PARK
FL 32789
$4.620  $4.620  $4.620
$4.620  BY METER
3818157

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO.: 00-6061-CIV-ZLOCH
(Magistrate Snow)

DR. PAUL ZIDEL, on behalf of himself and
all others similarly situated,

     Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY and
COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

     Defendants.
_____/       Case No.: 01-6783

THE CHIROPRACTIC CENTRE, INC., on behalf of itself
And all others similarly situated,

     Plaintiffs,

v.

METROPOLITAN CASUALTY INSURANCE COMPANY,
METROPOLITAN PROPERTY AND CASUALTY
INSURANCE COMPANY, METROPOLITAN DIRECT
PROPERTY AND CASUALTY INSURANCE COMPANY,
METROPOLITAN GENERAL INSURANCE COMPANY,
METROPOLITAN GROUP PROPERTY AND CASUALTY
INSURANCE COMPANY, ECONOMY FIRE & CASUALTY
COMPANY, ECONOMY PREFERRED INSURANCE
COMPANY, ECONOMY PREMIER ASSURANCE COMPANY,
ST. PAUL FIRE AND MARINE INSURANCE COMPANY,
ST. PAUL MERCURY INSURANCE COMPANY,
ST. PAUL GUARDIAN INSURANCE COMPANY, ATHENA
ASSURANCE COMPANY, DISCOVER PROPERTY &
CASUALTY INSURANCE COMPANY, ST. PAUL
PROTECTIVE INSURANCE COMPANY F/K/A
NORTHBROOK PROPERTY & CASUALTY INSURANCE
COMPANY, UNITED STATES FIDELITY AND GUARANTY
COMPANY, FIDELITY AND GUARANTY INSURANCE
COMPANY, FIDELITY AND GUARANTY INSURANCE
UNDERWRITERS, INC., VICTORIA FIRE & CASUALTY
INSURANCE COMPANY, AND VICTORIA SELECT
INSURANCE COMPANY,

     Defendants.
_____/

## NOTICE OF OPT-OUT OF SETTLEMENT CLASS
## AND/OR NOTICE OF OPT-OUT OF SETTLEMENT AGREEMENT

The below entities, who are clients of the undersigned counsel, hereby request to be excluded

from this settlement class and/or any settlement in any way pertaining to the above-captioned case, no

matter how many Plaintiffs or Defendants become parties to this case and **whether or not they are**

**even contemplated as potential class members**.    The names of these clients, their addresses,

telephone numbers and the Federal Tax I.D. Numbers of their businesses

are set forth below:

1.    Florida Center for Orthopaedics, Inc.
      10131 W. Colonial Drive, Suite 20
      Ocoee, Florida 34761        *10745*
      (407) 292-2156
      Tax I.D. No. 59-3550798

2.    Florida Center for Orthopaedics
      10131 W. Colonial Drive, Suite 20
      Ocoee, Florida 34761
      (407) 292-2156
      Tax I.D. No. 59-3550798

3.    Richard C. Smith        *10744*
      10131 W. Colonial Drive, Suite 20
      Ocoee, Florida 34761
      (407) 292-2156
      Tax I.D. No. 59-3550798

4.    Richard C. Smith, M.D.
      10131 W. Colonial Drive, Suite 20
      Ocoee, Florida 34761
      (407) 292-2156
      Tax I.D. No. 59-3550798

5.    Richard C. Smith, M.D., P.A.
      10131 W. Colonial Drive, Suite 20
      Ocoee, Florida 34761
      (407) 292-2156
      Tax I.D. No. 59-3550798

The undersigned counsel filing this opt/out election on behalf of the above clients is: ADAM

ROSS LITTMAN, ESQUIRE of ADAM ROSS LITTMAN, P.A.  Process, Notice and Service upon

any of the above clients of the undersigned counsel **is not** considered **and shall not be** considered

completed unless the undersigned counsel for the above clients is served at the below address:

**Adam Ross Littman, Esquire**
**Adam Ross Littman, P.A.**
**1801 Lee Road, Suite 320**
**Winter Park, Florida 32789**

Please take Notice that the above clients of the undersigned counsel will move for sanctions,

including attorneys fees and costs under Rule 11, F.R.C.P., Florida Statutes §57.105 (action

unsupported by fact or law or taken for the purpose of unreasonable delay) and/or the court's own

inherent authority to award sanctions including attorney's fees and costs, should this Notice be denied

its full force and effect.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Opt-Out of Class

and/or Settlement Agreement has been furnished by Certified U.S. Mail this ___2___ day of May, June 2005,

to: Met P&C Settlement Administrator, Wachovia Information Consulting Group, 210 N. Ridgecrest

Lane, Suite 100, Jacksonville, Florida 32259, and by Certified U.S. mail to the United States District

Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128.

Adam Ross Littman, Esquire
Florida Bar No.: 893242
Adam Ross Littman, P.A.
1801 Lee Road, Suite 320
Winter Park, Florida 32789
Telephone: (407) 644-9670
Facsimile: (407) 644-5475

Adam Ross Littman, P.A.
1801 Lee Road, Suite 320
Winter Park, Florida 32789-2165

32259+3859



CERTIFIED MAIL

7004 1170 0004 5776 1830

MID FLORIDA P.C.
PM
06 JUN 2005
FL 327

Met P&C Settlement Administrator
Wachovia Information Consulting Group
210 N. Ridgecrest Lane, Suite 100
Jacksonville, Florida 32259

ClaimTrack Services
Claims Department

RECEIVED
JUN 06 2005



U.S. POSTAGE

Metropolitan P & C
Case No. 00-6061/01-6783-CIV-LOCH

Opt Out #  3

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO.:  00-6061-CIV-ZLOCH
(Magistrate Snow)

DR. PAUL ZIDEL, on behalf of himself and
all others similarly situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY and
COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

      Defendants.

_____/      Case No.: 01-6783

THE CHIROPRACTIC CENTRE, INC., on behalf of itself
And all others similarly situated,

      Plaintiffs,

v.

METROPOLITAN CASUALTY INSURANCE COMPANY,
METROPOLITAN PROPERTY AND CASUALTY
INSURANCE COMPANY, METROPOLITAN DIRECT
PROPERTY AND CASUALTY INSURANCE COMPANY,
METROPOLITAN GENERAL INSURANCE COMPANY,
METROPOLITAN GROUP PROPERTY AND CASUALTY
INSURANCE COMPANY, ECONOMY FIRE & CASUALTY
COMPANY, ECONOMY PREFERRED INSURANCE
COMPANY, ECONOMY PREMIER ASSURANCE COMPANY,
ST. PAUL FIRE AND MARINE INSURANCE COMPANY,
ST. PAUL MERCURY INSURANCE COMPANY,
ST. PAUL GUARDIAN INSURANCE COMPANY, ATHENA
ASSURANCE COMPANY, DISCOVER PROPERTY &
CASUALTY INSURANCE COMPANY, ST. PAUL
PROTECTIVE INSURANCE COMPANY F/K/A
NORTHBROOK PROPERTY & CASUALTY INSURANCE
COMPANY, UNITED STATES FIDELITY AND GUARANTY
COMPANY, FIDELITY AND GUARANTY INSURANCE
COMPANY, FIDELITY AND GUARANTY INSURANCE
UNDERWRITERS, INC., VICTORIA FIRE & CASUALTY
INSURANCE COMPANY, AND VICTORIA SELECT
INSURANCE COMPANY,

      Defendants.

_____/

**NOTICE OF OPT-OUT OF SETTLEMENT CLASS**
**AND/OR NOTICE OF OPT-OUT OF SETTLEMENT AGREEMENT**

The below entities, who are clients of the undersigned counsel, hereby request to be excluded

from this settlement class and/or any settlement in any way pertaining to the above-captioned case, no

matter how many Plaintiffs or Defendants become parties to this case and **whether or not they are**

**even contemplated as potential class members.**    The names of these clients, their addresses,

telephone numbers and the Federal Tax I.D. Numbers of their businesses

are set forth below:

1.    Jean P. Florestal
      5855 Marble Court
      Winter Park, Florida 32792
      (407) 696-6962
      Tax I.D. No. 109605609

2.    Jean Patrick Florestal
      5855 Marble Court
      Winter Park, Florida 32792
      (407) 696-6962
      Tax I.D. No. 109605609

3.    Jean P. Florestal, L.M.T.
      5855 Marble Court
      Winter Park, Florida 32792
      (407) 696-6962
      Tax I.D. No. 109605609

4.    Jean Patrick Florestal, L.M.T.
      5855 Marble Court
      Winter Park, Florida 32792
      (407) 696-6962
      Tax I.D. No. 109605609

5.    Jean P. Florestal, L.M.T. & C.N.M.T.,
      5855 Marble Court
      Winter Park, Florida 32792
      (407) 696-6962
      Tax I.D. No. 109605609

6.    Jean Patrick Florestal, L.M.T. & C.N.M.T.
      5855 Marble Court
      Winter Park, Florida 32792
      (407) 696-6962
      Tax I.D. No. 109605609

7.  Advanced Clinical Massage Therapy Center, L.L.C.
    5855 Marble Court
    Winter Park, Florida 32792
    (407) 696-6962
    Tax I.D. No. 109605609

The undersigned counsel filing this opt/out election on behalf of the above clients is: ADAM ROSS LITTMAN, ESQUIRE of ADAM ROSS LITTMAN, P.A.  Process, Notice and Service upon any of the above clients of the undersigned counsel is not considered and shall not be considered completed unless the undersigned counsel for the above clients is served at the below address:

**Adam Ross Littman, Esquire**
**Adam Ross Littman, P.A.**
**1801 Lee Road, Suite 320**
**Winter Park, Florida 32789**

Please take Notice that the above clients of the undersigned counsel will move for sanctions, including attorneys fees and costs under Rule 11, F.R.C.P., Florida Statutes §57.105 (action unsupported by fact or law or taken for the purpose of unreasonable delay) and/or the court's own inherent authority to award sanctions including attorney's fees and costs, should this Notice be denied its full force and effect.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Opt-Out of Class and/or Settlement Agreement has been furnished by Certified U.S. Mail this ___3___ day of May, 2005, to:  Met P&C Settlement Administrator, Wachovia Information Consulting Group, 219 N. Ridgecrest Lane, Suite 100, Jacksonville, Florida 32259, and by Certified U.S. mail to the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128.

Adam Ross Littman, Esquire
Florida Bar No.:  893242
Adam Ross Littman, P.A.
1801 Lee Road, Suite 320
Winter Park, Florida 32789
Telephone: (407) 644-9670
Facsimile: (407) 644-5475

Adam Ross Littman, P.A.
1801 Lee Road, Suite 320
Winter Park, Florida 32789-2165



7004 1160 0004 5776 1915

32259-3003 23

Met P&C Settlement Administrator
Wachovia Information Consulting Group
210 N. Ridgecrest Lane, Suite 100
Jacksonville, Florida 32259

ClaimTrack Services
Claims Department

RECEIVED
JUN 06 2005





WINTER PARK
FL 32789

$4.620  $4.629 $4.620
$4.620   E7 METER

3010157
U.S. POSTAGE

**RECEIVED**

JUN 1 3 2005

**ClaimTrack Services**
**Claims Department**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO.: 00-6061-CIV-ZLOCH
(Magistrate Snow)

|  |  |
|---|---|
| DR. PAUL ZIDEL, on behalf of himself and<br>all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>ALLSTATE INSURANCE COMPANY and<br>COMMUNITY CARE NETWORK, INC.,<br>d/b/a CCN,<br><br>      Defendants.<br>_____/ | Metropolitan P & C<br>Case No. 00-6061/01-6783-CIV-LOCH<br><br>Opt Out # 4 |

THE CHIROPRACTIC CENTRE, INC., on behalf of itself
And all others similarly situated,

      Plaintiffs,

v.

Case No.: 01-6783

METROPOLITAN CASUALTY INSURANCE COMPANY,
METROPOLITAN PROPERTY AND CASUALTY
INSURANCE COMPANY, METROPOLITAN DIRECT
PROPERTY AND CASUALTY INSURANCE COMPANY,
METROPOLITAN GENERAL INSURANCE COMPANY,
METROPOLITAN GROUP PROPERTY AND CASUALTY
INSURANCE COMPANY, ECONOMY FIRE & CASUALTY
COMPANY, ECONOMY PREFERRED INSURANCE
COMPANY, ECONOMY PREMIER ASSURANCE COMPANY,
ST. PAUL FIRE AND MARINE INSURANCE COMPANY,
ST. PAUL MERCURY INSURANCE COMPANY,
ST. PAUL GUARDIAN INSURANCE COMPANY, ATHENA
ASSURANCE COMPANY, DISCOVER PROPERTY &
CASUALTY INSURANCE COMPANY, ST. PAUL
PROTECTIVE INSURANCE COMPANY F/K/A
NORTHBROOK PROPERTY & CASUALTY INSURANCE
COMPANY, UNITED STATES FIDELITY AND GUARANTY
COMPANY, FIDELITY AND GUARANTY INSURANCE
COMPANY, FIDELITY AND GUARANTY INSURANCE
UNDERWRITERS, INC., VICTORIA FIRE & CASUALTY
INSURANCE COMPANY, AND VICTORIA SELECT
INSURANCE COMPANY,

      Defendants.
_____/

**NOTICE OF OPT-OUT OF SETTLEMENT CLASS**
**AND/OR NOTICE OF OPT-OUT OF SETTLEMENT AGREEMENT**

The below entities, who are clients of the undersigned counsel, hereby request to be excluded from this settlement class and/or any settlement in any way pertaining to the above-captioned case, no matter how many Plaintiffs or Defendants become parties to this case and **whether or not they are even contemplated as potential class members**. The names of these clients, their addresses, telephone numbers and the Federal Tax I.D. Numbers of their businesses are set forth below:

1.  Mark D. Schellhammer
    c/o Florida Center for Orthopaedics
    10131 W. Colonial Drive, Suite 20
    Ocoee, Florida 34761
    (407) 292-2156
    Tax I.D. No. 59-3550798                    *10 743*

2.  Mark D. Schellhammer, D.O.
    c/o Florida Center for Orthopaedics
    10131 W. Colonial Drive, Suite 20
    Ocoee, Florida 34761
    (407) 292-2156
    Tax I.D. No. 59-3550798

3.  A. Denise Carter
    c/o Florida Center for Orthopaedics
    10131 W. Colonial Drive, Suite 20
    Ocoee, Florida 34761
    (407) 292-2156
    Tax I.D. No. 59-3550798                    *10740*

4.  A. Denise Carter, M.D.
    c/o Florida Center for Orthopaedics
    10131 W. Colonial Drive, Suite 20
    Ocoee, Florida 34761
    (407) 292-2156
    Tax I.D. No. 59-3550798

5.  Jay N. Wright
    c/o Florida Center for Orthopaedics
    10131 W. Colonial Drive, Suite 20
    Ocoee, Florida 34761
    (407) 292-2156
    Tax I.D. No. 59-3550798

6.  Jay N. Wright, M.D.
    c/o Florida Center for Orthopaedics
    10131 W. Colonial Drive, Suite 20
    Ocoee, Florida 34761
    (407) 292-2156
    Tax I.D. No. 59-3550798

7.  Raul A. Carril
    c/o Florida Center for Orthopaedics
    10131 W. Colonial Drive, Suite 20
    Ocoee, Florida 34761
    (407) 292-2156
    Tax I.D. No. 59-3550798

8.  Raul A. Carril, P.A.-C
    c/o Florida Center for Orthopaedics
    10131 W. Colonial Drive, Suite 20
    Ocoee, Florida 34761
    (407) 292-2156
    Tax I.D. No. 59-3550798

The undersigned counsel filing this opt/out election on behalf of the above clients is: ADAM ROSS LITTMAN, ESQUIRE of ADAM ROSS LITTMAN, P.A. Process, Notice and Service upon any of the above clients of the undersigned counsel is not considered and shall not be considered completed unless the undersigned counsel for the above clients is served at the below address:

Adam Ross Littman, Esquire
Adam Ross Littman, P.A.
1801 Lee Road, Suite 320
Winter Park, Florida 32789

Please take Notice that the above clients of the undersigned counsel will move for sanctions, including attorneys fees and costs under Rule 11, F.R.C.P., Florida Statutes §57.105 (action unsupported by fact or law or taken for the purpose of unreasonable delay) and/or the court's own inherent authority to award sanctions including attorney's fees and costs, should this Notice be denied its full force and effect.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Opt-Out of Class and/or Settlement Agreement has been furnished by Certified U.S. Mail this ___9___ day of June, 2005,

to:  Met P&C Settlement Administrator, Wachovia Information Consulting Group, 210 N. Ridgecrest

Lane, Suite 100, Jacksonville, Florida 32259, and by Certified U.S. mail to the United States District

Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128.

Adam Ross Littman, Esquire
Florida Bar No.:  893242
Adam Ross Littman, P.A.
1801 Lee Road, Suite 320
Winter Park, Florida 32789
Telephone: (407) 644-9670
Facsimile: (407) 644-5475



CERTIFIED MAIL

7004 1160 0004 5776 1939

Claims Department
ClaimTrack Services
JUN 13 2005
RECEIVED

Met P&C Settlement Administrator
Wachovia Information Consulting Group
210 N. Ridgecrest Lane, Suite 100
Jacksonville, Florida 32259

32259+3859 23

Adam Ross Littman, P.A.
1801 Lee Road, Suite 320
Winter Park, Florida 32789-2165



**RECEIVED**

JUL 18 2005

**ClaimTrack Services**
**Claims Department**

Michael E. Henderson
*Senior Attorney*

July 15, 2005

Metropolitan P & C
Case No. 00-6061/01-6783-CIV-LOCH

Met P&C Settlement Administrator
Wachovia Information Consulting Group
210 North Ridgecrest Lane, Suite 100
Jacksonville, Florida 32259

Opt Out #      5

Re:     *Opt-Out Notice – Dr. Paul Zidel v. Allstate Insurance Company, et. al./The Chiropractic Centre, Inc. v. Metropolitan Consulting Insurance Company, et. al., Case No. 01-6783, U.S. District Court, Settlement District of Florida, Consolidated Case No. 00-6061-CIV-ZLOCH*

Dear Administrator:

This is to provide with notice that the following entity does not want to be a member of the Settlement Class and participate in the settlement:

HealthSouth Corporation
(and its affiliated entities)
One HealthSouth Parkway
Birmingham, Alabama 35243
Federal Tax I.D. No. 630860407

Thank you for your attention to this opt-out notice.

Sincerely,

Michael E. Henderson
Director of Legal Services
HealthSouth Corporation

{HS111338 1 7/15/2005}

I state under penalty of perjury under the laws of Florida and the United States of America that:

A.  I am a member of the Settlement Class defined above and did not request to be excluded from the Settlement Class;

B.  The information supplied by me in this Proof of Claim is true and accurate and executed under the pains and penalties of perjury.

Signature: _____

Print Name: _____

Dated: _____

Met P&C Settlement Administrator
Wachovia Information Consulting Group
210 N. Ridgecrest Lane, Suite 100
Jacksonville, FL 32259

01


0001064 9

MARC SHAPIRO
NEURO IMAGING INSTITUTE
PO BOX 380546

CONSOLIDA[...]

DR. PAUL ZIDEL, on behalf of himself situated,

Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY
NETWORK, INC., d/b/a CCN,

Defendants.

THE CHIROPRACTIC CENTRE, INC.
others similarly situated,

Plaintiffs,

v.

METROPOLITAN CASUALTY INSU[...]
METROPOLITAN PROPERTY AND C[...]
COMPANY, METROPOLITAN DIRE[...]
CASUALTY INSURANCE COMPAN[...]
GENERAL INSURANCE COMPANY,
PROPERTY AND CASUALTY INSUR[...]
ECONOMY FIRE & CASUALTY CON[...]
PREFERRED INSURANCE COMPAN[...]
ASSURANCE COMPANY, ST. PAUL[...]
INSURANCE COMPANY, ST. PAUL[...]
COMPANY, ST. PAUL GUARDIAN I[...]
ATHENA ASSURANCE COMPANY,
CASUALTY INSURANCE COMPAN[...]
INSURANCE COMPANY F/K/A NOR[...]
CASUALTY INSURANCE COMPAN[...]
FIDELITY AND GUARANTY COMP[...]
GUARANTY INSURANCE COMPAN[...]
GUARANTY INSURANCE UNDERW[...]
FIRE & CASUALTY INSURANCE CC[...]
SELECT INSURANCE COMPANY,

Defendants.





HEALTHSOUTH®

One HealthSouth Parkway • Birmingham, AL 35243