UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-ZLOCH

```
FILED by _____  D.C.

   AUG 1 6 2005

   CLARENCE MADDOX
   CLERK U.S. DIST. CT.
   S.D. OF FLA. FT. LAUD.
```

DR. PAUL ZIDEL, on behalf of
himself and all others
similarly situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

      Defendants.

_____/

SALVATORE D. LARUSSO, D.C.      Case No.: 01-8108-CIV-ZLOCH
d/b/a FAMILY CHIROPRACTIC
CENTER, on behalf of himself
and all others similarly
situated,

      Plaintiff,

vs.

NATIONWIDE MUTUAL INSURANCE
COMPANY, et al.,

      Defendants.

_____/

**ORDER GRANTING JOINT MOTION TO AMEND SETTLEMENT AGREEMENT AND
EXTENDING THE CLAIM DEADLINE FOR CERTAIN CLASS MEMBERS**

    THIS MATTER is before the Court upon the Joint Motion To Amend
Settlement Agreement (DE 1100) filed herein by the parties. The Court
has carefully reviewed said Motion and the entire court file and is
otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the Joint Motion To Amend Settlement
Agreement (DE 1100) filed herein by the parties be and the same is
hereby **GRANTED** as follows:

1.  The modification of the Settlement Agreement (DE 1032) to provide for additional notice and extension of the claim deadline as to coding claims as set forth in the instant Motion (DE 1100) is hereby approved;

2.  The Court approves the form of the proposed Notice Of Extension Of Claim Deadline As To Certain Class Member Coding Claims submitted by the parties as an Exhibit to the instant Motion (DE 1100);

3.  For the aforementioned specific coding claims, the Court extends the claim deadline for an additional 60 days until October 28, 2005;

4.  This Order does not affect any of the other deadlines set forth in the Court's prior Order Of Preliminary Approval (DE 1037) and does not extend the claim deadline for any other claims;

5.  Nationwide Insurance and the Settlement Administrator shall serve all class members who may have claims arising out of rejected invoices and/or improper coding with a copy of this Order by U.S. mail within 10 days of the date of this Order; and

6.  Nationwide Insurance and/or the Settlement Administrator shall file with the Clerk of this Court a Certificate Of Compliance reflecting compliance with paragraph five of this Order within ten days of the same.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____16 ᵗʰ_____ day of August, 2005.


WILLIAM J. ZLOCH
Chief United States District Judge


Copies furnished to:
All counsel of record