WE WERE UNABLE TO SEND THIS NOTICE TO YOU BY FAX.

It is being mailed to you due to technical problems.
We will continue to attempt to fax all subsequent notices.
Please check your fax machine or perhaps we have an incorrect fax number?

>>> NOTE: If you are no longer an attorney on this case, please disregard
         this notice.



Kathleen Johnson Maus
Butler Pappas Weihmuller Katz Craig
3520 Thomasville Road
Suite 102
Tallahassee, FL  32308 -

---------------------

0:00-cv-06061 #1096 - WJZ
2 page(s).
08/08/2005

---------------------

To verify we have your correct fax information, call our E-NOTICING
help line at (305) 523-5212. Please have your bar id number available
when you call.

NOTICE:  Only certain Judges are E-NOTICING, so you must continue to provide
envelopes for cases before non-participating Judges.  Call the help line above
for the list of participating judges.

NOTICE:  Be sure to promptly notify the Clerk of Court in writing of any changes
to your name, address, firm, or fax number.  A notification should be sent for
each of your active cases.

                         MAIL RETURNED
Control #: CV-fax_40D-32414     AS UNDELIVERABLE



RTN TO SENDER/UNABLE TO DELI[VER] AS ADDRESSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK
301 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128-7788