UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH

FILED by _____ D.C.
SEP - 7 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DR. PAUL ZIDEL, on behalf of
himself and all others
similarly situated,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC. d/b/a CCN,

    Defendants.
_____/

DR. ANDREW ELLOWITZ, on behalf    Case No: 01-8549-CIV-ZLOCH
of himself and others similarly
situated,

    Plaintiffs,
v.

AMERICAN INTERNATIONAL
INSURANCE COMPANY, et al.,

    Defendants.
_____/

## ORDER RE-SETTING FINAL FAIRNESS HEARING

THIS MATTER is before the Court sua sponte and upon its prior Order Of Preliminary Approval (DE 1112). In said Order, the Court set January 16, 2006 as the date for the Final Fairness Hearing in the above-styled cause. The Court has carefully reviewed the entire court file herein and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The date of the Final Fairness Hearing, set in the Court's prior Order Of Preliminary Approval (DE 1112) for January 16, 2006, be and the same is hereby **RE-SET** for <u>Tuesday, January 17, 2006 at 10:00 a.m.</u>, before Chief United States District Judge William J. Zloch in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida;

2. The Claim Deadline and the Opt Out Deadline, set in the Court's prior Order (DE 1112) as Monday, November 28, 2005, be and the same are hereby **RE-SET** as <u>Wednesday, December 7, 2005</u>;

3. The notification process to be undertaken by the Settlement Administrator as set forth in paragraph 6 of the Court's prior Order (DE 1112) shall be completed no later than 30 days from the date of <u>this</u> Order, and not the Court's prior Order (DE 1112); and

4. To the extent not otherwise modified herein, all of the terms of the Court's prior Order (DE 1112) remain in full force and effect.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___7th___ day of September, 2005.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

All counsel of record