UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

      Defendants.

_____/

SALVATORE D. LARUSSO, D.C. d/b/a FAMILY
CHIROPRACTIC CENTER, on behalf of himself
and all others similarly situated,

      Plaintiff,

                             01-8108

vs.

NATIONWIDE MUTUAL INSURANCE
COMPANY, et al.,

      Defendants.

_____/

**NIGHT BOX
FILED**

*SEP - 7 2005*

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## DEFENDANTS' NOTICE OF FILING CERTIFICATE OF COMPLIANCE AND AFFIDAVIT OF RONALD A. BERTINO

      PLEASE TAKE NOTICE that Defendants NATIONWIDE MUTUAL INSURANCE COMPANY, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY, NATIONWIDE INSURANCE COMPANY OF AMERICA, NATIONWIDE GENERAL INSURANCE COMPANY and NATIONWIDE ASSURANCE COMPANY f/k/a COLONIAL INSURANCE COMPANY (collectively "NATIONWIDE"), hereby file the Certificate of Compliance and Affidavit of

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

Ronald A. Bertino attached hereto as Exhibit A, as directed in the Court's Order Granting Joint Motion to Amend Settlement Agreement and Extending the Claim Deadline for Certain Class Members.

Respectfully submitted,

John P. Marino, Esq.
jmarino@fowlerwhite.com
Florida Bar No. 814539
Edward Keenan Cottrell, Esq.
ecottrell@fowlerwhite.com
Florida Bar No. 0013579
FOWLER WHITE BOGGS BANKER P.A.
Counsel for NATIONWIDE
50 North Laura Street, Suite 2200
Jacksonville, FL  32202
Telephone:    904-598-3100
Telefax:       904-598-3131

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, together with the attached affidavit, has been furnished by mail on September 7, 2005 to all individuals on the attached service list.

## SERVICE LIST

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
elee@leeamlaw.com
Suite 401
5550 Glades Road
Boca Raton, FL 33431
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN,
P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
350 East Las Olas Boulevard
#980
Fort Lauderdale, FL 33301
(954) 462-6855
(954) 462-6899 Facsimile

ZEBERSKY & PAYNE, LLP
Edward Herbert Zebersky, Esq.
ezebersky@zpklaw.com
4000 Hollywood Blvd, Ste 400N
Hollywood, FL 33021
(954) 989-6333
(954) 989-7781 Facsimile

**Co-Counsel for Plaintiffs**

SUSAN L. LAWSON, ESQ.
personalinjurylawyer@earthlink.net
230 East Davis Blvd., Ste. 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
rabokor1@tampabay.rr.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK &
CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Post Office Box 1873
Orlando, FL 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

MECKLER BULGER &
TILSON
Peter J. Valeta, Esq.
peter.valeta@mbtlaw.com
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
(312) 474-7895
(312) 474-7898 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER,
et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, FL 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

KENNY NACHWALTER, P.A.
Richard H. Critchlow, Esq.
rcritchlow@knsacs.com
Robert D.W. Landon, III, Esq.
rlando@knsacs.com
201 South Biscayne Blvd.
Suite 1100
Miami, FL 33131-4327
(305) 373-1000
(305) 372-1861 Facsimile

**Counsel for Florida Farm**
**Bureau**

HOLLAND & KNIGHT, LLP
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT
Marcy Levine Aldrich, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH &
ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934


**Counsel for Superior**

BUTLER BURNETTE
PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell
Causeway, Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile


**Counsel for American
International**

CONROY, SIMBERG,
GANON, KREVANS & ABEL,
P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile


#2349741

# **<u>EXHIBIT A</u>**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of himself and
all others similarly situated,

               *Plaintiffs,*

    *v.*

ALLSTATE INSURANCE COMPANY and
COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

               *Defendants.*           01-8108

_____

SALVATORE D. LARUSSO, D.C., d/b/a FAMILY
CHIROPRACTIC CENTER, AUGUSTINE V.
JOSEPH, M.D., P.A., and JOEL D. STEIN, D.O.
P.A., on behalf of themselves and all others
similarly situated,

               *Plaintiffs,*

    *v.*

NATIONWIDE MUTUAL INSURANCE
COMPANY, et. al.,

               *Defendants.*

_____

## CERTIFICATE OF COMPLIANCE
## AND AFFIDAVIT OF RONALD A. BERTINO

I, Ronald A. Bertino, being duly sworn, depose and say as follows:

1.    I am a partner in the certified public accounting firm of Heffler, Radetich &

Saitta L.L.P. ("HR&S" or the "Settlement Administrator").   HR&S is the settlement

administrator in the above-captioned case. I am fully familiar with, have personal knowledge of, and am competent to testify about the matters set forth in this affidavit and the actions taken by HR&S as described below.

      2.     I submit this affidavit to describe and provide proof of the preparation and mailing of the "Notice of Extension of Claim Deadline as to Certain Class Member Coding Claims (the "Extension Notice").

## MAILING OF THE EXTENSION NOTICE

      3.     Counsel for the parties requested HR&S, pursuant to the Court's Order Granting Joint Motion to Amend Settlement Agreement and Extending the Claim Deadline for Certain Class Members entered on August 16, 2005, to cause the Extension Notice to be printed and mailed as provided in the Order.

      4.     Data containing 14,237 names and records of potential Class Members were provided to HR&S for mailing purposes by their counsel. HR&S matched the file to the existing mailing file which was used for the Class Notice Package and eliminated duplicates and opt-outs to create a mailing list of 12,524 names and addresses.

      5.     HR&S took primary responsibility for printing the Extension Notice. HR&S made formatting suggestions to the parties, compiled Class Counsel's and Defendants' counsel's comments on the galley proofs, and supervised printing of the Extension Notice.

      6.     Under my supervision, HR&S verified the above counts, submitted the file to a mailing house and supervised the ink jetting of the names and addresses described above onto Extension Notices and the subsequent mailing of the 12,524 addressed Extension Notices via

postage prepaid, first-class mail on August 26, 2005.  A sample of the Extension Notice is attached hereto as Exhibit A.

      7.     HR&S has in its possession a Certificate of Mailing Report, which contains the names and addresses of all potential Class Members to whom the Extension Notice was mailed which can be provided to the Court upon request.

 

                              RONALD A. BERTINO, CPA

Sworn to and subscribed before me
this 31st of August, 2005.

Notary Public

NOTARIAL SEAL
KRISTINE J. BLAKLA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 14, 2007

# EXHIBIT A TO AFFIDAVIT OF RONALD A. BERTINO