IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:01-8108-CV – Ferguson
00-6061-CV- Zloch

SALVATORE D. LARUSSO, D.C., et al.

v.

NATIONWIDE MUTUAL INSURANCE COMPANY, et al.

______________________________________/

NOTICE OF EXCLUSION FROM CLASS ACTION

| | |
|---|---|
| **A-1 Mobile MRI, Inc.** | **tax ID #650966017** |
| **Acumas Treatment Center, Inc.** | **tax ID #861053415** |
| **Advantacare Health & Rehabilitation, Inc.** | **tax ID #571172560** |
| **All County Medical Center, Inc.** | **tax ID #912151711** |
| **All Services Medical Center, Inc.** | **tax ID #200160453** |
| **Alykat Medical Center, Inc.** | **tax ID #650698663** |
| **American Health & Rehabilitation Clinic, Inc.** | **tax ID #421577352** |
| **Artibonite Injury Care Center, Inc.** | **tax ID #020705069** |
| **Back Pain Relief Clinics** | **tax ID #59-2663573** |
| **Bayfront Medical Center, Inc.** | **tax ID #591218020** |
| **Benjamin Chiropractic, Inc.** | **tax ID #650915892** |
| **Biscayne Health Group, Inc.** | **tax ID #522381782** |
| **Charleston Chiropractic Medicine & Rehab, P.A.** | **tax ID #061697616** |
| **Delray Rehab** | **tax ID #010776019** |
| **Deerfield Rehab, Inc.** | **tax ID #753095513** |
| **Donmar Medical Equipment, Inc.** | **tax ID #650133673** |
| **Hallandale Beach Orthopedics, Inc.** | **tax ID #651108952** |
| **Hollywood Diagnostics Center, Inc.** | **tax ID #592440695** |
| **Injuries Rehab Center, Inc.** | **tax ID #651014210** |
| **Injury Institute of Florida, Inc.** | **tax ID #582638585** |
| **Lallouz Health Center, Inc.** | **tax ID #650780703** |
| **Landau Radiology, L.L.C.** | **tax ID #200144653** |
| **Medical Evaluation Centers, Inc.** | **tax ID #593408556** |
| **Medplus of South Florida, Inc.** | **tax ID #800006101** |
| **Mercy Healthcare, Inc.** | **tax ID #820584949** |
| **Mid Florida Imaging Centers, L.C.** | **tax ID #593696541** |
| **Open MRI and Diagnostic Imaging, Inc.** | **tax ID #650837115** |
| **Orthopedic Health Center, Inc.** | **tax ID #650860435** |
| **Pain Specialist of Orlando, Inc.** | **tax ID #593492200** |
| **Palm Beach Total Health Care, Inc.** | **tax ID #030377623** |

1116

| | |
|---|---|
| **Palmetto West Medical Center, Inc.** | **tax ID #753050518** |
| **Primary Care & Medical Group, Inc.** | **tax ID #651040309** |
| **Professional Medical Associates, Inc.** | **tax ID #650577855** |
| **Radiology & Neurology Associates, Inc.** | **tax ID #651098045** |
| **Samy Bishai, M.D., P.A.** | **tax ID #591409775** |
| **Select Medical Clinic, Inc.** | **tax ID #650972670** |
| **South Miami Rehabilitation, Inc.** | **tax ID #421550152** |
| **Specialized Therapy Center Corp.** | **tax ID #050559866** |
| **Star Medical Supplies, Inc.** | **tax ID #651115718** |
| **Trauma & Rehab Associates** | **tax ID #65-0316801** |
| **U.S.A. Diagnostics, Inc.** | **tax ID #650316702** |
| **West Palm Rehab, Inc.** | **tax ID #113653973** |

The providers whose name appear above file this notice of intent to be excluded from the Plaintiff class in the Salvatore D. LaRusso, D.C., et al. v. Nationwide Mutual Insurance Company, et al., 01-8108-CV, 00-6061-CV class action settlement. This notice shall be effective as to any and all corporations, d/b/a's, business entities, or tax I.D.'s this provider has ever had an ownership interest in.

I HEREBY CERTIFY that the original of the foregoing was delivered via mail to the **Clerk of the Court, 301 North Miami Avenue, Miami, Florida 33128** and a true and correct copy of the foregoing has been mailed to the following list of counsel:

Edward Zebersky, Esq.
Zebersky & Payne, L.L.P.
4000 Hollywood Boulevard
Suite 400N
Hollywood, FL 33021-6789

Larry Kopelman, Esq.
Kopelman & Blankman, P.A.
350 East Las Olas Boulevard
#980
Fort Lauderdale, FL 33301

Respectfully Submitted,
The Law Office of Russel Lazega
13499 Biscayne Boulevard, Suite 107
North Miami, Florida 33181
(305) 981-9055 telephone
(305) 981-9053 fax

By: ______________________
Christopher M. Tuccitto, Esq.
Florida Bar No. 0168297