IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:01-8108-CV
00-6061-CV

SALVATORE D. LARUSSO, D.C., et al.

v.

NATIONWIDE MUTUAL INSURANCE COMPANY, et al.
_____/

## NOTICE OF EXCLUSION FROM CLASS ACTION

**Britt Carmichael Billing, Inc.**                     tax ID # 650801478

The providers whose name appear above file this notice of intent to be excluded from the Plaintiff class in the <u>Salvatore D. LaRusso, D.C., et al. v. Nationwide Mutual Insurance Company, et al.</u>, 01-8108-CV, 00-6061-CV class action settlement. This notice shall be effective as to any and all corporations, d/b/a's, business entities, or tax I.D.'s this provider has ever had an ownership interest in.

I HEREBY CERTIFY that the original of the foregoing was delivered via mail to the **Clerk of the Court, 301 North Miami Avenue, Miami, Florida 33128** and a true and correct copy of the foregoing has been mailed to the following list of counsel:

Edward Zebersky, Esq.
Zebersky & Payne, L.L.P.
4000 Hollywood Boulevard
Suite 400N
Hollywood, FL 33021-6789

Larry Kopelman, Esq.
Kopelman & Blankman, P.A.
350 East Las Olas Boulevard
#980
Fort Lauderdale, FL 33301

Respectfully Submitted,
The Law Office of Russel Lazega
13499 Biscayne Boulevard, Suite 107
North Miami, Florida 33181
(305) 981-9055 telephone
(305) 981-9053 fax

By: _____
Christopher M. Tuccitto, Esq.
Florida Bar No. 0168297