UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH
(Magistrate Snow)

DR. PAUL ZIDEL, on behalf of himself and
All other similarly situated,

        Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
And COMMUNITY CARE NETWORK,
INC.., d/b/a CCN.

        Defendants,

_____/



DR. ANDREW ELLOWITZ, on           01-8549
Behalf of himself and others similarly
Situated,

        Plaintiffs,

v.

AMERICAN INTERNATIONAL
INSURANCE COMPANY, AIU
INSURANCE COMPANY, AMERICAN
HOME ASSURANCE COMPANY, and
AMERICAN INTERNATIONAL SOUTH
INSURANCE COMPANY,

        Defendants,

_____/

## REQUEST TO OPT OUT

      COMES NOW, the NORTH BROWARD HOSPITAL DISTRICT, d/b/a Broward General Medical Center, North Broward Medical Center, Imperial Point Medical Center, Coral Springs Medical Center, Weston Regional Health Park and North Broward Hospital District physicians and clinics and hereby requests that it be allowed to Opt Out of the settlement as noted in this litigation.

      Fore reference:  Our tax identification number is 59-6012065

      Copies furnished to:  American International Settlement Administrator, Wachovia Information Consulting Group, 210 N. Ridgecrest Lane, Suite #100, Jacksonville, FL  32259; Phillips & Garcia, LLP, Carlin Phillips, Esq., 13 Ventura Drive, N. Dartmouth, MA 02747; Akerman Seterfitt

Marcy Aldrich, Esq., One SE Third Avenue, 28th Floor, Miami, FL 33131; and Kopelman & Blankman, P.A., Larry Kopelman, Esq., Douglas Blankman, Esquire, 350 East Las Olas Blvd, #980, Fort Lauderdale, FL 33301.

NORTH BROWARD HOSPITAL DISTRICT
Legal Accounts Deparment
1608 SE 3rd Avenue
Fort Lauderdale, Florida 33316
Telephone:    (954) 847-4111


BY:    Wendy Ennis-Volcy, Esquire
      Florida Bar No.: 883440