FILED by ___ D.C.
ELECTRONIC

Nov 18 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of himself and
all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and
COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

    Defendants.
_____/

SALVATORE D. LARUSSO, D.C. d/b/a
FAMILY CHIROPRACTIC CENTER, on
behalf of himself and all others similarly
situated,

    Plaintiffs,

vs.                                          01-8108

NATIONWIDE MUTUAL INSURANCE
COMPANY, et al.

    Defendants.
_____/

### NATIONWIDE INSURANCE'S REQUEST FOR ORAL ARGUMENT ON MOTION TO ENFORCE FINAL ORDER AND JUDGMENT

Defendants, Nationwide Mutual Insurance Company, Nationwide Mutual Fire Insurance Company, Nationwide Property And Casualty Insurance Company, Nationwide Insurance Company of America, Nationwide General Insurance Company and Nationwide Assurance Company f/k/a Colonial Insurance Company (collectively "Nationwide Insurance"), pursuant to

Local Rule 7.1.B., respectfully requests oral argument on its Motion to Enforce Final Order and Judgment.

Nationwide Insurance suggests that counsel for the parties can assist the Court, through argument and by answering any questions that the Court may have, in determining the merits of the pending motion. Nationwide Insurance estimates that twenty (20) minutes would be required for this hearing.

Respectfully submitted,

FOWLER WHITE BOGGS BANKER P.A.
120 South Olive Avenue, Suite 600
West Palm Beach, FL 34401
*Attorneys for Nationwide Insurance*

By: /S/ [via E-File]  .
John P. Marino, FBN 814539
Edward K. Cottrell, FBN 0013579
Joshua A. Payne, FBN 122378

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above has been furnished by U.S. mail to the individuals identified on the attached Service List and to Christopher M. Tuccitto, Esq., The Law Office of Russel Lazega, 13499 Biscayne Boulevard, Suite 107, North Miami, Florida 33181, this 18th day of November, 2005.

/S/  .
Attorney

#2379836

2

# SERVICE LIST

| | |
|---|---|
| **Co-Lead Counsel for Plaintiffs** | **Counsel for:** |
| LEE & AMTZIS, P.L.<br>Eric Lee, Esq.<br>elee@leeamlaw.com<br>5550 Glades Road, Suite 401<br>Boca Raton, FL 33431<br>(561) 981-9988<br>(561) 981-9980 Facsimile | **Allstate, Fidelity and Casualty, Continental, Deerbrook**<br><br>RUMBERGER, KIRK & CALDWELL<br>David B. Shelton, Esq.<br>dshelton@rumberger.com<br>Post Office Box 1873<br>Orlando, FL 32802-1873<br>(407) 872-7300<br>(407) 841-2133 Facsimile |
| GOLD & COULSON<br>Arthur S. Gold, Esq.<br>asg@gcjustice.com<br>11 S. LaSalle Street, Suite 2500<br>Chicago, IL 60603<br>(312) 372-0777<br>(312) 372-0778 Facsimile | MCGUIREWOODS LLP<br>Peter J. Valeta, Esq.<br>pvaleta@mcguirewoods.com<br>77 West Wacker Drive<br>Suite 4100<br>Chicago, IL 60601-1815<br>(312) 750-3619<br>(312) 920-7241 Facsimile |
| PHILLIPS & GARCIA<br>Andrew Garcia, Esq.<br>agarcia@phillipsgarcia.com<br>Carlin Phillips, Esq.<br>cphillips@phillipsgarcia.com<br>Attorneys at Law<br>13 Ventura Drive<br>North Darthmouth, MA 02747<br>(508) 998-0800<br>(508) 998-0919 Facsimile | **Counsel for Beech Street & ADP**<br><br>TEW, CARDENAS, LLP<br>Joseph A. DeMaria, Esq.<br>(305)539-2495<br>jad@tewlaw.com<br>Four Seasons Tower, 15th Floor<br>1441 Brickell Avenue<br>Miami, Florida 33131-3407<br>(305) 536-1112<br>(305) 536-1116 Facsimile |
| KOPELMAN & BLANKMAN, P.A<br>Larry Kopelman, Esq.<br>Douglas Blankman, Esq.<br>dblan2155@aol.com<br>350 East Las Olas Boulevard , #980<br>Fort Lauderdale, FL 33301<br>(954) 462-6855<br>(954) 462-6899 Facsimile | **Counsel for Progressive**<br><br>ANANIA, BANDKLAYDER, et al.<br>Francis Anania, Esq.<br>fanania@anania-law.com<br>Donald A. Blackwell, Esq.<br>dblackwell@Anania-law.com<br>NationsBank Tower, Suite 4300<br>100 Southeast Second Street<br>Miami, Florida 33131<br>(305) 373-4900<br>(305) 373-6914 Facsimile |

3

**Counsel for CCN**

KENNEY NACHWALTER SEYMOUR
ARNOLD CRITCHLOW & SPECTOR, P.A.
Richard H. Critchlow, Esq.
Robert D.W. Landon, III, Esq.
rlando@knsacs.com
201 South Biscayne Blvd., Suite 1100
Miami, FL 33131
(305) 373-1000
(305) 372-1861 Facsimile

**Counsel for Nationwide**

FOWLER WHITE BANKER BOGGS P.A.
John P. Marino, Esq.
jmarino@fowlerwhite.com
50 North Laura Street, Suite 2200
Jacksonville, FL 32202
(904) 598-3100
(904) 598-3131 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT
Nina Brown, Esq.
Mark Shapiro, Esq.
msharpiro@akerman.com
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for American International Hartford, Metropolitan, Integon**

AKERMAN, SENTERFITT
Marcy Levine Aldrich, Esq.
Scott Cosgrove, Esq.
maldrich@akerman.com
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH &
ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

4

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3600 Maclay Blvd, Suite 101
Tallahassee, FL 32312
(850) 894-4111
(850) 894-4999 Facsimile

GOODWIN PROCTER LLP
John D. Aldock, Esq.
jaldock@sheagardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
901 New York Avenue, NW
Washington, D.C. 20001
(202) 346-4000
(202) 346-4444 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard, Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile