UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH
(Magistrate Snow)

DR. PAUL ZIDEL, on behalf of
himself and all others similarly situated,

    Plaintiffs,
v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

SALVATORE D. LARUSSO, D.C., d/b/a    CASE NO. 01-8111
FAMILY CHIROPRACTIC CENTER, on
behalf of himself and others similarly situated,

    Plaintiff,
v.

HARTFORD INSURANCE COMPANY
OF THE MIDWEST, HARTFORD
CASUALTY INSURANCE COMPANY,
HARTFORD ACCIDENT AND
INDEMNITY COMPANY, HARTFORD
UNDERWRITERS INSURANCE
COMPANY, TWIN CITY FIRE
INSURANCE COMPANY, HARTFORD
INSURANCE COMPANY OF THE
SOUTHEAST, and HARTFORD FIRE
INSURANCE COMPANY,

    Defendants.
_____/

## NOTICE OF FILING ADMINISTRATOR'S AFFIDAVIT

Defendants, Hartford Insurance Company of the Midwest, Hartford Casualty Insurance Company, Hartford Accident and Indemnity Company, Hartford Underwriters Insurance Company,

{M2337082;1}

CONSOLIDATED CASE NOS. 00-6061 AND 01-8111-CIV-ZLOCH

Twin City Fire Insurance Company, Hartford Insurance Company of the Southeast, and Hartford Fire Insurance Company (collectively, "Hartford"), hereby give notice of filing the attached hereby give notice of filing the attached Administrator's Affidavit.

Respectfully submitted,

Akerman Senterfitt
Counsel for Defendants
One Southeast Third Avenue, 28th Floor
Miami, Florida 33131-1704
Phone: 305-374-5600
Fax: 305-374-5095
E-Mail: maldrich@akerman.com

By: _____
   Marcy Levine Aldrich
     Fla. Bar No. 0968447
   Nancy A. Copperthwaite
     Fla. Bar No. 549428
   Scott B. Cosgrove
     Florida Bar No.: 0161365

CONSOLIDATED CASE NOS. 00-6061 AND 01-8111-CIV-ZLOCH

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served, by U.S. Mail, on this 28th day of November, 2005 on all persons on the attached service list:

_____
Attorney

{M2337082;1}

3

# SERVICE LIST

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
elee@leeamlaw.com
Suite 401
5550 Glades Road
Boca Raton, FL 33431
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
350 East Las Olas Boulevard, # 980
Fort Lauderdale, FL 33301
(954) 462-6855
(954) 462-6899 Facsimile

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Post Office Box 1873
Orlando, FL 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

MECKLER BULGER & TILSON LLP
Peter J. Valeta, Esq.
peter.valeta@mbtlaw.com
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
(312) 474-7895
(312) 474-7898 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, LLP.
Joseph A. DeMaria, Esq.
(305)539-2495
jad@tewlaw.com
Four Seasons Tower
15th Floor
1441 Brickell Avenue
Miami, FL 33131-3407

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

KENNY NACHWALTER,
SEYMOUR ARNOLD CRITCHLOW
& SPECTOR, P.A.
Richard H. Critchlow, Esq.
Robert D.W. Landon, III, Esq.
rlandon@knsacs.com
201 South Biscayne Blvd., Suite 1100
Miami, FL 33131
(305) 373-1000
(305) 372-1861 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

{MI800177;1}

# SERVICE LIST

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT
Nina Brown, Esq.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for American International Hartford, Metropolitan, Integon**

AKERMAN SENTERFITT
Marcy Levine Aldrich, Esq.
Scott Cosgrove, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3600 Maclay Blvd, Suite 101
Tallahassee, FL 32312
(850) 894-4111
(850) 894-4999 Facsimile

GOODWIN PROCTER LLP
John D. Aldock, Esq.
Jaldock@SheaGardner.com
Michael Isenman, Esq.
misenman@sheagardner.com
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4000
(202) 346-4444 Facsimile

**Counsel for American International**

CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

{MI800177;1}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH
(Magistrate Snow)

DR. PAUL ZIDEL, on behalf of himself and all
others similarly situated,

    Plaintiffs,
v.

ALLSTATE INSURANCE COMPANY, and
COMMUNITY CARE NETWORK, INC., d/b/a
CCN,

    Defendants.
_____/

SALVATORE D. LARUSSO, D.C., d/b/a        01-8111
FAMILY CHIROPRACTIC CENTER, on
behalf of himself and others similarly situated,

    Plaintiff,
v.

HARTFORD INSURANCE COMPANY
OF THE MIDWEST, HARTFORD CASUALTY
INSURANCE COMPANY, HARTFORD
ACCIDENT AND INDEMNITY COMPANY,
HARTFORD UNDERWRITERS INSURANCE
COMPANY, TWIN CITY FIRE INSURANCE
COMPANY, HARTFORD INSURANCE
COMPANY OF THE SOUTHEAST, and
HARTFORD FIRE INSURANCE COMPANY,

    Defendants.
_____/

STATE OF FLORIDA          )
                          )     TO WIT:
COUNTY OF ST. JOHN'S      )

Jill DePietto, being first duly sworn according to law, deposes and states:

1.   I am an adult over the age of eighteen (18) years of age, and I am competent to make this Affidavit. I am employed by Wachovia Information Consulting Group ("WICG") as a Senior Consultant, and in that capacity, I administer class action settlements as my primary duty. I make this Affidavit based upon personal knowledge, and upon personal knowledge of the business records and practices of WICG. WICG is the Administrator selected by the parties to administer this settlement. All documents attached hereto are maintained by WICG, in the ordinary course of WICG's business, created at or about the time of the transactions they purport to represent, are made and/or recorded by persons with personal knowledge of the matters reflected therein, and it is the regular business practice of WICG to make and keep these records in the ordinary course of WICG's business.

2.   WICG was responsible for implementing notice to the Plaintiff Class as agreed to by the parties in the Agreement, and as ordered by this Court in its July 28, 2005 Order of Preliminary Approval (the "Preliminary Order"). On August 17, 2005, in accordance with Paragraph 7 of the Preliminary Order, WICG caused 1,190 copies of the Notice and Proof of Claim, substantially in the form of Exhibits A and C to the Settlement Agreement, to be mailed by first-class mail, postage pre-paid, to all potential members of the Settlement Class to the extent such class members could be identified with reasonable diligence.

3.   As of November 22, 2005, WICG has not received any objections from members of the Plaintiff Class.

4. As of November 22, 2005, WICG has received opt-outs from one (1) member of the Plaintiff Class, attached hereto as *Exhibit A*.

5. As of November 22, 2005, WICG has received a total of 58 claim forms of which 31 were considered timely and complete, 22 were returned timely but incomplete, 2 were determined to be duplicates and 0 were returned after the October 31, 2005 claims deadline. WICG mailed deficiency letters and copies of the claim form to the 22 class members who submitted incomplete claim forms and 21 were returned properly completed. The total number of timely filed claims deemed to be deficient is 1; the total number of claims accepted for payment is 55.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE TO THE BEST OF MY PERSONAL KNOWLEDGE, INFORMATION, AND BELIEF.

_____
Jill DePietto
Dated: November 23, 2005

Sworn and subscribed to
before me this 23 day
of November, 2005.

_____
NOTARY PUBLIC
My Commission Expires:

April M. Montgomery
My Commission DD304055
Expires June 18, 2008

**EXHIBIT A**

Larruso v Hartford
Case No. 00-6061/01-8111-CIV-LOCH

Opt Out # 1



# LAW OFFICES OF MICHAEL B. BREHNE, P.A.
*Personal Injury • Workers' Compensation • Insurance Disputes*

Michael B. Brehne, *Esquire*
Lee M. Jacobson, *Esquire*
Arthur J. Higgins, *Esquire*

October 20, 2005

**VIA CERTIFIED MAIL**

Hartford Settlement Administrator
Wachovia Information Consulting Group
210 N. Ridgecrest Lane
Suite 100
Jacksonville, FL 32259

Re:   Our client                :   **Dr. Mark T. Machuga**, D.C., P.A.
      **Class Action Opt-out**

Dear Settlement Administrator:

   Please be advised that my client, Dr. Mark T. Machuga, D.C., P.A. and/or Dr. Mark T. Machuga, Federal Tax I.D. number 59-2913988, business address 1554 Boren Drive, Suite 300, Ocoee, FL 34761, (407)877-9771 choose to **opt-out** from the class action identified as Consolidated Case No: 00-6061-CIV-ZLOCH, Zidel v. Allstate Ins. Co & Community Care Network & Larusso v. Hartford, et al.

Thank you for your attention to this matter.

Kindest Regards,

Lee M. Jacobson – Attorney for Mark T. Machuga D.C., P.A. – Claimant.

LMJ/rm

cc:   Lee Jacobson

225 South Swoope Avenue, Suite 211 • Maitland, Florida 32751
Phone: (407) 645-2195 • Fax: (407) 645-2317 • E-mail: mbrehne@brehnelaw.com

5