UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCK/SNOW

DR. PAUL ZIDEL, On behalf of himself and all other
similarly situated,

                                  Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and
COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

                                  Defendants.
_____/

SALVATORE D. LARUSSO, D.C. d/b/a
FAMILY CHIROPRACTIC CENTER, on
behalf of himself and all others similarly situated,

                                Plaintiffs,

   v.                              01-8108

NATIONWIDE MUTUAL INSURANCE
COMPANY, et al.

                                Defendants.

## COASTAL MEDICAL ORTHOPEDIC SERVICES' MOTION FOR EXTENSION OF TIME TO RESPOND TO NATIONWIDE INSURANCE'S MOTION TO ENFORCE FINAL ORDER AND JUDGMENT

      Coastal Medical Orthopedic Services move to extend the time to respond to Nationwide Insurance's motion to enforce final order and judgment and in support of this motion states:

1.     Coastal Medical Orthopedic Services ("Coastal) requests the Court give an extension until Friday December 16, 2005 for Coastal to file a responsive pleading to Nationwide Insurance's ("Nationwide") Motion to Enforce Final Order and Judgment on the above styled class action.

2.     Coastal has communicated with the attorney's for Nationwide who have no objection to the Court granting the extension.



1

3.    This request is made as the attorney's for Coastal need the extension to properly review Nationwide's motion and is not done to cause delay.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been furnished to Joshua A. Payne, Fowler, White, Boggs, Banker, P.A., 120 South Olive Avenue, Suite 600, , West Palm Beach, FL facsimile 561-655-0399, by mail and facsimile on this 8 Day of December, 2005.

Respectfully Submitted,
The Law Office of Russel Lazega
13499 Biscayne Boulevard, Suite 107
North Miami, Florida 33181
(305) 981-9055 telephone
(305) 981-9053 fax

By: _____
Christopher M. Tuccitto, Esq.
Florida Bar No. 0168297