UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH
and 01-8108-CIV



DR. PAUL ZIDEL, on behalf of
himself and all other
similarly situated,

    Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,
et al.,

    Defendants.
_____/     <u>O R D E R</u>

SALVATORE D. LARUSSO, D.C.,
et al.,

    Plaintiffs,

vs.

NATIONWIDE MUTUAL INSURANCE
COMPANY, et al.,

    Defendants.
_____/

    THIS MATTER is before the Court upon Coastal Medical Orthopedic Services' Motion For Extension Of Time To Respond To Nationwide Insurance's Motion To Enforce Final Order And Judgment, bearing file stamp of the Clerk of Court dated December 12, 2005. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Coastal Medical Orthopedic Services'

Motion For Extension Of Time To Respond To Nationwide Insurance's Motion To Enforce Final Order And Judgment be and the same is hereby **GRANTED** and Coastal shall have up to and including December 16, 2005 in which to file its response with the Clerk of Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___19th___ day of December, 2005.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:
Joshua A. Payne, Esq.
Christopher M. Tuccitto, Esq.