UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CONSOLIDATED CASE # 00-6061 CIV ZLOCH
AND 98108 CIV



DR. PAUL ZIDEL, on behalf of himself
and all other similarly situated.

        Plaintiffs.

v.

ALLSTATE INSURANCE CO., et al.

        Defendants

_____/

SALVATORE D. LARUSSO, D.C., et al.

        Plaintiffs,

v.

NATIONWIDE MUTUAL INS. CO., et al.

        Defendants.

_____/

### COASTAL MEDICAL ORTHOPEDIC SERVICES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO NATIONWIDE INSURANCE'S MOTION TO ENFORCE FINAL ORDER AND JUDGMENT

COMES NOW, COASTAL MEDICAL ORTHOPEDIC SERVICES (hereafter

"COASTAL"). by and through undersigned counsel, and moves for an extension of time

to respond to Nationwide Mutual Insurance Co.'s Motion to Enforce Final Order and

Judgment and states:

      1.     NATIONWIDE and COASTAL are discussing resolution of the all issues

          raised by the motion in question.



2.    NATIONWIDE and COASTAL are both in agreement with an extension

of until January 13, 2006 for COASTAL to respond to the Motion to

Enforce Final Order and Judgment.

WHEREFORE, COASTAL requests an extension until January 13, 2006 to

respond to NATIONWIDE's Motion to Enforce Final Order and Judgment.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been furnished

to Joshua Payne, Fowler, White, Boggs Banker, et al. 120 South Olive Ave., Suite 600,

West Palm Beach, FL 33402 by mail on this 22 Day of December, 2005, and Plaintiff has

made and/or will make a good faith effort to resolve the issue(s) prior to hearing.

Respectfully Submitted,
The Law Office of Russel Lazega
13499 Biscayne Boulevard, Suite 107
North Miami, Florida 33181
(305) 981-9055 telephone
(305) 981-9053 fax

By: _____
Christopher Tuccitto
Florida Bar No. 0168297