UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH
(Magistrate Snow)

DR. PAUL ZIDEL, on behalf of himself and
all others similarly situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

      Defendants.
_____/

DR. ANDREW ELLOWITZ, on          01-8549
behalf of himself and others similarly
situated,

      Plaintiffs,

v.

AMERICAN INTERNATIONAL
INSURANCE COMPANY, AIU
INSURANCE COMPANY, AMERICAN
HOME ASSURANCE COMPANY, and
AMERICAN INTERNATIONAL SOUTH
INSURANCE COMPANY,

      Defendants.
_____/

## NOTICE OF FILING

Defendants, American International Insurance Company, AIU Insurance Company, American

Home Assurance Company, and American International South Insurance Company (collectively,



{M2353668;1}

CONSOLIDATED CASE NOS. 00-6061 AND 01-8549-CIV-ZLOCH

"American International"), hereby file the Administrator's Affidavit.

Akerman Senterfitt
Counsel for Defendants
One Southeast Third Avenue, 28th Floor
Miami, Florida 33131-1704
Phone: 305-374-5600
Fax: 305-374-5095
E-Mail: marcy.aldrich@akerman.com

By: _Nancy Copperthwaite_

Marcy Levine Aldrich
Fla. Bar No. 0968447
Nancy A. Copperthwaite
Fla. Bar No. 549428
Scott B. Cosgrove
Florida Bar No.: 0161365

CONSOLIDATED CASE NOS. 00-6061 AND 01-8549-CIV-ZLOCH

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true copy of the foregoing was served, by

U.S. Mail, on this _____ day of January, 2006 on all persons on the attached service list:

_Nancy Attuaz Fe_
Attorney

## SERVICE LIST

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
elee@leeamlaw.com
Suite 401
5550 Glades Road
Boca Raton, FL 33431
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
350 East Las Olas Boulevard , # 980
Fort Lauderdale, FL 33301
(954) 462-6855
(954) 462-6899 Facsimile

**Counsel for:**
**Allstate, Fidelity and Casualty,**
**Continental, Deerbrook**

RUMBERGER, KIRK & CALDWELL
David B. Shelton, Esq.
dshelton@rumberger.com
Post Office Box 1873
Orlando, FL 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

MECKLER BULGER & TILSON LLP
Peter J. Valeta, Esq.
peter.valeta@mbtlaw.com
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
(312) 474-7895
(312) 474-7898 Facsimile

**Counsel for Beech Street and ADP**

TEW, CARDENAS, LLP.
Joseph A. DeMaria, Esq.
(305)539-2495
jad@tewlaw.com
Four Seasons Tower
15th Floor
1441 Brickell Avenue
Miami, FL 33131-3407

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

KENNY NACHWALTER,
SEYMOUR ARNOLD CRITCHLOW
& SPECTOR, P.A.
Richard H. Critchlow, Esq.
Robert D.W. Landon, III, Esq.
rlandon@knsacs.com
201 South Biscayne Blvd., Suite 1100
Miami, FL 33131
(305) 373-1000
(305) 372-1861 Facsimile

**Counsel for Nationwide**

FOWLER, WHITE, et al.
Katherine C. Lake, Esq.
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEILER
James C. Haggerty, Esq.
haggerty@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Robert K. Levenson, Esq.
rlevenson@hklaw.com
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

{M2288877:1}

## SERVICE LIST

**Counsel for Liberty Mutual**

AKERMAN, SENTERFITT
Nina Brown, Esq.
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for American International
Hartford, Metropolitan, Integon**

AKERMAN SENTERFITT
Marcy Levine Aldrich, Esq.
Scott Cosgrove, Esq.
maldrich@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**Counsel for Metropolitan**

SONNENSCHEIN, NATH & ROSENTHAL
Jeffrey P. Lennard, Esq.
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000
(312) 876-7934

**Counsel for Superior**

BUTLER BURNETTE PAPPAS
Alan J. Nisberg, Esq.
anisberg@bbplaw.com
Bayport Plaza
6200 Courtney Campbell Causeway
Suite 1100
Tampa, FL 33607
(813) 281-1900
(813) 281-0900 Facsimile

**Counsel for Prudential**

BUTLER BURNETTE PAPPAS
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3600 Maclay Blvd, Suite 101
Tallahassee, FL 32312
(850) 894-4111
(850) 894-4999 Facsimile

GOODWIN PROCTER LLP
Michael Isenman, Esq.
misenman@sheagardner.com
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4000
(202) 346-4444 Facsimile

**Co-Counsel for American
International**

CONROY,    SIMBERG,    GANON,
KREVANS & ABEL, P.A.
Dale L. Friedman, Esq.
dfriedman@csglaw.com
Brian P. Knight, Esq.
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH

DR. PAUL ZIDEL, on behalf of himself and all
others similarly situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and
COMMUNITY CARE NETWORK, INC., d/b/a
CCN,

      Defendants.

_____/

Dr. ANDREW ELLOWITZ, on              Case No.: 01-8549-CIV-ZLOCH
behalf of himself and others similarly situated,

      Plaintiffs,

v.

AMERICAN INTERNATIONAL INSURANCE
COMPANY, AIU INSURANCE COMPANY,
AMERICAN HOME ASSURANCE
COMPANY, and AMERICAN
INTERNATIONAL SOUTH INSURANCE
COMPANY

      Defendants.

_____/

STATE OF FLORIDA )
) TO WIT:
COUNTY OF ST. JOHNS )

Jill DePietto, being first duly sworn according to law, deposes and states:

1.      I am an adult over the age of eighteen (18) years of age, and I am competent to make this Affidavit. I am employed by Wachovia Information Consulting Group ("WICG") as a Senior Consultant, and in that capacity, I administer class action settlements as my primary duty.  I make this Affidavit based upon personal knowledge, and upon personal knowledge of the business records and practices of WICG.  WICG is the Administrator selected by the parties to administer this settlement.  All documents attached hereto are maintained by WICG, in the ordinary course of WICG's business, created at or about the time of the transactions they purport to represent, are made and/or recorded by persons with personal knowledge of the matters reflected therein, and it is the regular business practice of WICG to make and keep these records in the ordinary course of WICG's business.

2.      WICG was responsible for implementing notice to the Plaintiff Class as agreed to by the parties in the Agreement, and as ordered by this Court in its August 24, 2005 Order of Preliminary Approval (the "Preliminary Order") and its September 7, 2005 Order Re-Setting Final Fairness Hearing. On October 7, 2005, in accordance with Paragraph 3 of the Order Re-Setting Final Fairness Hearing, WICG caused 3,854 copies of the Notice and Proof of Claim, substantially in the form of Exhibits A and C to the Settlement Agreement, to be mailed by first-class mail, postage pre-paid, to all potential members of the Settlement Class to the extent such class members could be identified with reasonable diligence.

2

3.    As of January 4, 2006, WICG has not received any objections from members of the Plaintiff Class.

4.    As of January 4, 2006, WICG has received opt-outs from seven members of the Plaintiff Class, attached hereto as *Exhibit A.*

5.    As of January 4, 2006, WICG has received a total of one hundred seventy one claim forms of which one hundred twenty six were considered timely and complete, forty-four were returned timely but deficient or invalid and one was returned after the December 7, 2005 claim deadline.  WICG mailed deficiency letters and copies of the claim form to the class members who submitted deficient claim forms and ten were returned properly completed.  The total number of timely filed claims deemed to be deficient or invalid is thirty-four; the total number of claims accepted for payment is one hundred thirty six.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE TO THE BEST OF MY PERSONAL KNOWLEDGE, INFORMATION, AND BELIEF.

Jill DePietto
Dated: January 6, 2006

Sworn and subscribed to
before me this ___6___ day
of January 2006.

NOTARY PUBLIC
My Commission Expires:  6 | 18 | 08

April M. Montgomery
My Commission DD304055
Expires June 18, 2008

3

**EXHIBIT A**

# ISBELL
# CHIROPRACTIC
# CENTER
## Bryan Isbell D.C., C.C.S.P., P.A.
## Bruce L. Thomas, D.C.

# RECEIVED

### OCT 17 2005

### ClaimTrack Services
### Claims Department

October 12, 2005

Ellowitz v. American International
Case No. 00-606/01-8549

American International Settlement Administrator
Wachovia Information Consulting Group
210 N. Ridgecrest Lane, Suite 100
Jacksonville, FL 32259

Opt Out # 1

To Whom It May Concern:

It is our desire to opt out of the Settlement and Settlement Class with regard to the
Dr. Andrew Ellowitz v. American International Insurance Company et al., (Case No. 01-
8549-CV, part of Consolidated Case No. 00-6061-CV).

Tax identification number for Bryan K. Isbell, DC, PA is 59-2943468.

Sincerely,

Diane Cannon
Office Manager

257 W. Brandon Blvd. • Brandon, Florida 33511-5103 • (813) 685-1079
Fax: (813) 681-7176

# Regional Physiotherapy Centre, Inc.

Paula P. Nicoletti, P.T                    Kenneth R. Amsler, Ph D , P.T.

**RECEIVED**

OCT 1 9 2005

**ClaimTrack Services
Claims Department**

October 17, 2005

Jill DePietto
American International Settlement Admin.
Wachovia Information Consulting Group
210 N Ridgecrest Lane, Suite #100           Ellowitz v. American International
Jacksonville, FL 32259                      Case No. 00-606/01-8549

Consolidated Case No:  00-6061-CIV-ZLOCH     Opt Out # 2

Dear Jill:

This is to inform you that Regional Physiotherapy Centre does not want to be a member
of the Settlement Class and participate in the Settlement.

Thank you,

Cathy Crupi, office assistant
For Paula Nicoletti, PT

Regional Physiotherapy Centre
Federal Tax ID #650079563

313 Tenth Street    West Palm Beach, Florida 33401-3397   561-833-2244   Fax 561-833-2281

**STAND UP MRI OF BOCA RATON, P.A.** **RECEIVED**
**(formerly Deerfield MRI, P.A.)**
**P O BOX 127**                                             OCT 27 2005
**FARMINGDALE, NY 11735**

ClaimTrack Services
Claims Department

October 21, 2005                                    Ellowitz v. American International
                                                   Case No. 00-606/01-8549

American International Settlement Administrator     Opt Out # 3
Wachovia Information Consulting Group
210 N. Ridgecrest Lane, Suite 100
Jacksonville, FL 32259

Re: Class Action Exclusion

To Whom It May Concern:

Please be advised that Deerfield MRI, P.A. currently located at 9080 Kimberly Blvd,
Suite 14, Boca Raton, FL 33434 with Tax ID # 65-0256103 chooses to **opt out** of the
class action settlement against American International Insurance.  Kindly exclude our
facility from any orders and judgements entered in connection with this settlement.

Thank you for your cooperation in this matter. Should you have any questions please
contact our office at (800) 321-4783.

Sincerely,

Jessica Fahey
Accounts Supervisor



# The PENDÁS Law Firm

**RECEIVED**

OCT 2 7 2005

**ClaimTrack Services**
**Claims Department**

October 25, 2005

American International Settlement Administrator
Wachovia Information Consulting Group
210 N. Ridgecrest Lane, Suite 100
Jacksonville, FL 32259

Ellowitz v. American International
Case No. 00-606/01-8549

Opt Out # 4

RE:     **Zidel v. Allstate and Ellowitz v. American International**
        **Consolidated Case No:        00-6061-CIV-ZLOCH**

To Whom it Concerns:

This law firm is writing on behalf of Jewett Orthopaedic Clinic, which is located at P.O. Box 8885 in Winter Park, FL 32789. The contact person is Karen Hitt and her number is 407-643-1215. The Tax ID number for Jewett is: 59-1308619.

Please be advised that Jewett Orthopaedic Clinic wishes to **OPT OUT** of the Proposed Settlement on the above-referenced cases.

If there are any questions or concerns, please do not hesitate to contact the undersigned.

Very truly yours,

*THE PENDÁS LAW FIRM*

Abigail M. Schroeder, Esquire

LOPTOUT01-AMS
intl/October 25, 2005



www.pendaslaw.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH
(Magistrate Snow)

DR. PAUL ZIDEL, on behalf of himself and
all others similarly situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

      Defendants.

_____/

**RECEIVED**

NOV 16 2005

**ClaimTrack Services**
**Claims Department**

Ellowitz v. American International
Case No. 00-606/01-8549

DR. ANDREW ELLOWITZ, on      01-8549      Opt Out # 5
behalf of himself and all others similarly
situated,

      Plaintiffs,

v.

AMERICAN INTERNATIONAL
INSURANCE COMPANY, AIU
INSURANCE COMPANY, AMERICAN
HOME ASSURANCE COMPANY, and
AMERICAN INTERNATIONAL SOUTH
INSURANCE COMPANY,

      Defendants.

_____/

<u>**NOTICE OF OPTING OUT OF THE**</u>
<u>**PROPOSED CLASS ACTION SETTLEMENT**</u>

By Certified Mail, Return Receipt Requested to:

TO:    American International Settlement Administrator   .   CC:    Clerk of the Court
          Wachovia Information Consulting Group                  United States Courthouse
          210 North Ridgecrest Lane, Suite 100                    299 East Broward Boulevard
          Jacksonville, Florida 32259                           Fort Lauderdale, Florida 33301

          CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW

IMFELD, M.D., by and through their undersigned attorneys, pursuant to Rule 1.220(d)(2)(A), Florida Rules

of Civil Procedure, and pursuant to the provisions of the <u>Notice of Proposed Settlement</u>, served in the above

captioned Class Action lawsuit, opts out of the proposed Settlement, and states as follows:

1.    CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and

MATTHEW IMFELD, M.D., (Tax ID# 59-3224058, 10345 Orangewood Blvd., Orlando, Florida 32821,

Phone: 407/352-6900) acknowledge receipt of a copy of the Notice of Proposed Settlement. CENTRAL

FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D. are

members of the Settlement Class, as defined in the Notice of Proposed Settlement.

2.    By this Notice of Opting Out, CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G.

HADDOCK, M.D., and MATTHEW IMFELD, M.D. affirmatively state their desire to opt out of the

proposed settlement.

3.    CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and

MATTHEW IMFELD, M.D. are opting out of the proposed settlement because they do not believe that the

proposed settlement fully and adequately protects their interests. CENTRAL FLORIDA PHYSIATRISTS,

P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D. understand that they will not receive

any proceeds of this settlement, and will be required to file individual lawsuits on their own behalf to recover

monies owed to them.

WHEREFORE, CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and

MATTHEW IMFELD, M.D. affirmatively opt out of the proposed settlement, and respectfully request that

this Honorable Court grant them such other and further relief as may be just and proper.

DATED this _14_ day of November, 2005.

DONALD A. MYERS, JR.
Florida Bar No.: 0818290
BAILEY & MYERS, P.A.
100 East Sybelia Avenue, Suite 120
Maitland, Florida 32751
(407) 628-2929

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH
(Magistrate Snow)

DR. PAUL ZIDEL, on behalf of himself and
All other similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
And COMMUNITY CARE NETWORK,
INC.., d/b/a CCN,

    Defendants,

_____/

DR. ANDREW ELLOWITZ, on
Behalf of himself and others similarly
Situated,

    Plaintiffs,

v.

AMERICAN INTERNATIONAL
INSURANCE COMPANY, AIU
INSURANCE COMPANY, AMERICAN
HOME ASSURANCE COMPANY, and
AMERICAN INTERNATIONAL SOUTH
INSURANCE COMPANY,

    Defendants,

_____/

**RECEIVED**

NOV 17 2005

**ClaimTrack Services
Claims Department**

Ellowitz v. American International
Case No. 00-606/01-8549

Opt Out # 6

01-8549

## REQUEST TO OPT OUT

COMES NOW, the NORTH BROWARD HOSPITAL DISTRICT, d/b/a Broward General Medical Center, North Broward Medical Center, Imperial Point Medical Center, Coral Springs Medical Center, Weston Regional Health Park and North Broward Hospital District physicians and clinics and hereby requests that it be allowed to Opt Out of the settlement as noted in this litigation.

Fore reference: Our tax identification number is 59-6012065

Copies furnished to: American International Settlement Administrator, Wachovia Information Consulting Group, 210 N. Ridgecrest Lane, Suite #100, Jacksonville, FL 32259; Phillips & Garcia, LLP, Carlin Phillips, Esq., 13 Ventura Drive, N. Dartmouth, MA 02747; Akerman Seterfitt

Marcy Aldrich, Esq., One SE Third Avenue, 28th Floor, Miami, FL 33131; and Kopelman & Blankman, P.A., Larry Kopelman, Esq., Douglas Blankman, Esquire, 350 East Las Olas Blvd, #980, Fort Lauderdale, FL 33301.

**NORTH BROWARD HOSPITAL DISTRICT**
Legal Accounts Deparment
1608 SE 3rd Avenue
Fort Lauderdale, Florida 33316
Telephone:    (954) 847-4111

BY:    Wendy Ennis-Volcy, Esquire
Florida Bar No.: 883440



NEUROSURGICAL CONSULTANTS OF S
5130 LINTON BOULEVARD • SUITE E3
DELRAY BEACH, FLORIDA 33484

CERTIFIED MAIL

7005 1820 0007 4634 8616

**RECEIVED**

DEC 12 2005

ClaimTrack Services
Claims Department

American International
Settlement Administrator
310 N. Ridgecrest Lane
#100
Jax, FL 32069