**CT** CORPORATION

January 04, 2006

American International Settlement Administrator
Wachovia Information Consulting Group
210 N. Ridgecrest Lane,
Ste. 100,
Jacksonville, FL 32259

Re: Dr. Paul Zidel, etc., Pltf. vs. Allstate Insurance Company, and Community Care Network, Inc., etc., Dfts.
Consolidated Case No. 00-6061-CIV // Dr. Andrew Ellowitz, etc., Pltf. vs. American International Insurance Company, et al.,
Dfts. // To: Florida Back Institute

Dear Sir/Madam:

After checking our records and the records of the State of FL, it has been determined that C T Corporation System is not the
registered agent for an entity by the name of Florida Back Institute.

Accordingly, we are returning the documents received from you.

Very truly yours,


Joanne Dowdell
Process Specialist

Log# 510821291 FedEx: 790769667944

cc: US District Court, Southern District of Florida
    301 N. Miami Ave., Ste. 150
    Miami, FL 33128, ..

cc: New York SOP Support