FILED by SW D.C.
ELECTRONIC

Jan 12 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCK/SNOW

DR. PAUL ZIDEL, On behalf of himself and all other similarly situated,

        Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and
COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

        Defendants.
_____/

SALVATORE D. LARUSSO, D.C. d/b/a
FAMILY CHIROPRACTIC CENTER, on
behalf of himself and all others similarly situated,

        Plaintiffs,

 v.        01-8108

NATIONWIDE MUTUAL INSURANCE
COMPANY, et al.

        Defendants.
_____/

COASTAL MEDICAL ORTHOPEDIC SERVICES' AGREED MOTION FOR EXTENSION
OF TIME TO RESPOND TO NATIONWIDE INSURANCE'S MOTION TO ENFORCE
FINAL ORDER AND JUDGMENT

  Coastal Medical Orthopedic Services move to extend the time to respond to Nationwide Insurance's motion to enforce final order and judgment and in support of this agreed motion states:

1. Coastal Medical Orthopedic Services ("Coastal) requests the Court give an additional extension until Friday January 27, 2006 for Coastal to file a responsive pleading to Nationwide Insurance's ("Nationwide") Motion to Enforce Final Order and Judgment on the above styled class action.

1

2.    Coastal has communicated with the attorney's for Nationwide who have no objection to the Court granting the extension.

3.    This request is made as the parties are undergoing settlement discussions and Coastal's settlement proposal is currently being reviewed by management with Nationwide. Both parties wish to give an opportunity to explore and conclude settlement discussions.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been furnished to Joshua A. Payne, Fowler, White, Boggs, Banker, P.A., 120 South Olive Avenue, Suite 600, West Palm Beach, FL facsimile 561-655-0399, by mail and facsimile on this 12 Day of January, 2006.

Respectfully Submitted,
The Law Office of Russel Lazega
13499 Biscayne Boulevard, Suite 107
North Miami, Florida 33181
(305) 981-9055 telephone
(305) 981-9053 fax


By:    /s/                                            .
       Christopher M. Tuccitto, Esq.
       Florida Bar No. 0168297


Stipulated and Agreed:

FOWLER WHITE BOGGS BANKER P.A.
120 South Olive Avenue, Suite 600
West Palm Beach, FL 34401
*Attorneys for Defendant*
*Nationwide Assurance Company*


By:    /s/   [Via E-File]                    .
       Joshua A. Payne, FBN 122378

2