CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
JAN 17 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE WILLIAM J. ZLOCH

CASE NO. 00-6061-CIV-ZLOCH   DATE January 17, 2006
COURTROOM CLERK Seamus Flaherty   COURT REPORTER Carl Schanzleh

Dr. Paul Zidel   vs   Allstate Ins. Co.

COUNSEL Eric Lee, Esq.   COUNSEL Nancy Copperthwaite, Esq.

REASON FOR HEARING Final Fairness Hearing for settlement in Case No. 01-8549-CIV-ZLOCH, Dr. Andrew Ellowitz v. American International Ins. Co., et al., which has been

RESULT OF HEARING Consolidated into the above-styled cause.

Court grants Final Approval to the parties Settlement, and will enter an Order reflecting the same.

CASE CONTINUED TO _____ TIME _____ FOR _____
MISC _____