

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH
and 01-8108-CIV

DR. PAUL ZIDEL, on behalf of
himself and all other
similarly situated,

     Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,
et al.,

     Defendants.
_____/       **O R D E R**

SALVATORE D. LARUSSO, D.C.,
et al.,

     Plaintiffs,

vs.

NATIONWIDE MUTUAL INSURANCE
COMPANY, et al.,

     Defendants.
_____/

    THIS MATTER is before the Court upon Coastal Medical Orthopedic Services' Agreed Motion For Extension Of Time To Respond To Nationwide Insurance's Motion To Enforce Final Order And Judgment (DE 1137). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Coastal Medical Orthopedic Services'

Agreed Motion For Extension Of Time To Respond To Nationwide Insurance's Motion To Enforce Final Order And Judgment (DE 1137) be and the same is hereby **GRANTED** and Coastal shall have up to and including January 27, 2006 in which to file its response with the Clerk of Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____17th_____ day of January, 2006.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:
Joshua A. Payne, Esq.
Christopher M. Tuccitto, Esq.