FILED by EC D.C.
ELECTRONIC

Jan 30 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCK/SNOW

DR. PAUL ZIDEL, On behalf of himself and all other
similarly situated,

                Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and
COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

                Defendants.
_____/

SALVATORE D. LARUSSO, D.C. d/b/a
FAMILY CHIROPRACTIC CENTER, on
behalf of himself and all others similarly situated,

                Plaintiffs,

    v.                          01-8108

NATIONWIDE MUTUAL INSURANCE
COMPANY, et al.

                Defendants.
_____/

**COASTAL MEDICAL ORTHOPEDIC SERVICES' THIRD AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO NATIONWIDE INSURANCE'S MOTION TO ENFORCE FINAL ORDER AND JUDGMENT**

      Coastal Medical Orthopedic Services moves to extend the time to respond to Nationwide Insurance's motion to enforce final order and judgment and in support of this agreed motion states:

      1.    Coastal Medical Orthopedic Services ("Coastal") requests the Court give an additional extension until Monday, February 13, 2006 for Coastal to file a responsive pleading to Nationwide Insurance's Motion to Enforce Final Order and Judgment on the above styled class

action.

2.    Coastal has communicated with the attorney's for Nationwide Insurance who have no objection to the Court granting the extension.

3.    Coastal has made a proposal to Nationwide Insurance that would resolve the issues raised in Nationwide Insurance's motion without further Court intervention. The proposal is currently under consideration by Nationwide Insurance, and the parties anticipate that a decision will be made as to resolution of the issue before the extended response time requested in this motion. Both parties wish to give an opportunity to resolve the pending issues. The parties are optimistic that the matters at issue can be amicably resolved.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been furnished to Joshua A. Payne, Fowler, White, Boggs, Banker, P.A., 120 South Olive Avenue, Suite 600, West Palm Beach, FL facsimile 561-655-0399, by mail and facsimile on this 30th day of January, 2006.

Respectfully Submitted,
The Law Office of Russel Lazega
13499 Biscayne Boulevard, Suite 107
North Miami, Florida 33181
(305) 981-9055 telephone
(305) 981-9053 fax

By: /s/ .
Christopher M. Tuccitto, Esq.
Florida Bar No. 0168297

Stipulated and Agreed:

FOWLER WHITE BOGGS BANKER P.A.
120 South Olive Avenue, Suite 600
West Palm Beach, FL 34401
*Attorneys for Nationwide Insurance*

By: /s/ [Via E-File] .
Joshua A. Payne, FBN 122378

2