```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                 CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH
                          and 01-8108-CIV
```

FILED by ___ D.C.
FEB 3 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DR. PAUL ZIDEL, on behalf of
himself and all other
similarly situated,

      Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,
et al.,

      Defendants.
_____/      **O R D E R**

SALVATORE D. LARUSSO, D.C.,
et al.,

      Plaintiffs,

vs.

NATIONWIDE MUTUAL INSURANCE
COMPANY, et al.,

      Defendants.
_____/

THIS MATTER is before the Court upon Coastal Medical Orthopedic Services' Third Agreed Motion For Extension Of Time To Respond To Nationwide Insurance's Motion To Enforce Final Order And Judgment (DE 1141). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Coastal Medical Orthopedic Services'

Third Agreed Motion For Extension Of Time To Respond To Nationwide Insurance's Motion To Enforce Final Order And Judgment (DE 1141) be and the same is hereby **GRANTED** and Coastal shall have up to and including February 13, 2006 in which to file its response with the Clerk of Court.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___3rd___ day of February, 2006.

                                              WILLIAM J. ZLOCH
                                              Chief United States District Judge

Copies furnished:
Joshua A. Payne, Esq.
Christopher M. Tuccitto, Esq.