

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-ZLOCH

DR. PAUL ZIDEL, on behalf of
himself and all others
similarly situated, et al.,

      Plaintiff,

vs.                                                    **ORDER SETTING HEARING**

ALLSTATE INSURANCE COMPANY,
et al.,

      Defendants.
_____/

KEITH BRICKELL, D.C.,                                  Case No. 00-6649
individually and on behalf
of all others similarly
situated,

      Plaintiff,

vs.

PROGRESSIVE EXPRESS INSURANCE
COMPANY, et al.,

      Defendants.
_____/

ULTRA OPEN MRI CORP., on                               Case No. 01-6776
behalf of itself and all
others similarly situated,

      Plaintiff,

vs.

PROGRESSIVE AMERICAN INSURANCE
COMPANY,

      Defendant.
_____/

     THIS MATTER is before the Court upon the parties' Joint Motion



For Preliminary Approval Of Settlement Agreement (DE 1144).  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the parties' Joint Motion For Preliminary Approval Of Settlement Agreement (DE 1144) be and the same is hereby **SET** for preliminary approval hearing on <u>Tuesday, March 21, 2006</u> at <u>10:00 a.m.</u>, before the Honorable William J. Zloch, in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___2ⁿᵈ___ day of March, 2006.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

All Counsel Of Record