# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 10, 2006



Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI  FL  33128-7788

**Appeal Number: 02-15544-AA**
Case Style: David A. Napoli v. Allstate Insurance Co.
District Court Number:  00-06061 CV-WJZ

Enclosed is a certified copy of an order remanding the referenced appeal for further proceedings. JURISDICTION OF THIS APPEAL IS BEING RETAINED BY THE ELEVENTH CIRCUIT.

Upon completion of remand proceedings, please promptly send a certified copy of the ORDER ON REMAND accompanied by an updated indexed district court docket sheet to this office.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Shirley M. Brown/DM (404) 335-6170

Enclosures:

  Volume(s) of Record

  Box(es) of Exhibits

  Envelope(s) of Exhibits

## LIMITED REMAND



CLK-3 (3-2004)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 1 0 2006
THOMAS K. KAHN
CLERK

02-15544-AA

ULTRA OPEN MRI CORPORATION,
SALVATORE D. LARUSSO, D.C., d.b.a. Family
Chiropractic Center, on behalf of himself and all
others similarly situated,

Plaintiffs-Appellees,

versus

FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY,
PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

Defendants-Appellants.

02-16054-AA

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia

PAUL ZIDEL,
SALVATORE D. LARUSSO, D.C., d.b.a. Family
Chiropractic Center, on behalf of himself and all
others similarly situated,
ET AL.,

Plaintiffs-Appellees,

versus

ALLSTATE INSURANCE COMPANY,

          Defendant-Third Party-
               Plaintiff-Appellant,

ALLSTATE INDEMNITY COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
ET AL.,

          Defendants-Appellants,

COMMUNITY CARE NETWORK, INC.,

          Defendant-Third Party-
             Defendant-Appellant.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE:   CARNES and PRYOR, Circuit Judges.

BY THE COURT:

    The "Joint Agreed Motion for Partial Remand…and for Continued Stay of Consolidated Appeal" filed by Defendants-Appellants Allstate Insurance Company, Allstate Indemnity Company, Deerbrook Insurance Company, Fidelity and Casualty Company of New York, and The Continental Insurance Company, as well as Plaintiffs-Appellees Dr. Paul Zidel, et al., seeking remand to district court for the

limited purpose of obtaining approval of their proposed class action settlement and a stay of these appeals pending the district court's ruling, is GRANTED. Appellants are directed to file monthly reports advising the Court of the status of the proceedings on limited remand. Appellants should dismiss their appeal promptly if the district court approves the settlement terms.

The stay granted by this order is independent of the stays previously granted by separate orders.