CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAR 21 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE WILLIAM J. ZLOCH

CASE NO. 00-6061-CIV-ZLOCH                DATE March 21, 2006
COURTROOM CLERK Seamus Flaherty           COURT REPORTER Anita LaRocca

Dr. Paul Zidel                            vs  Allstate Insurance Co.

COUNSEL Eric Lee                          COUNSEL _____

REASON FOR HEARING Joint Motion For Preliminary Approval Of Settlement Agreement (DE 1144)

RESULT OF HEARING Court will grant instant Motion and enter Order establishing Notice, Claim and Fairness Hearing schedule. Court enters such Order after finding that the proposed Settlement is fair, reasonable, and adequate, and not the effect of collusion between parties.

CASE CONTINUED TO _____ TIME _____ FOR _____
MISC Above case number reflects consolidated case number. The specific cases being considered are 00-6649-CIV-ZLOCH and 01-6776-CIV-ZLOCH.