UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-ZLOCH

DR. PAUL ZIDEL, on behalf of
himself and all others
similarly situated, et al.,

       Plaintiffs,

vs.

    **O R D E R**

ALLSTATE INSURANCE COMPANY,
et al.,

       Defendants.
_____/

    THIS MATTER is before the Court upon Defendant Nationwide
Mutual Insurance Company's Motion To Enforce Final Order And
Judgment (DE 1121) and Request For Oral Argument On Motion To
Enforce Final Order And Judgment (DE 1122).  The Court has
carefully reviewed said Motion and Request and the entire court
file and is otherwise fully advised in the premises.

    Defendant Nationwide Mutual Insurance Company has filed a
Notice Regarding Pending Resolution Of Motion To Enforce Final
Order And Judgment (DE 1148) informing the Court that the issues
detailed in the instant Motion and Request have been resolved by
the parties, and withdrawing the same without prejudice.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Defendant Nationwide Mutual
Insurance Company's Motion To Enforce Final Order And Judgment (DE
1121) and Request For Oral Argument On Motion To Enforce Final
Order And Judgment (DE 1122) be and the same are hereby **DENIED**



without prejudice.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this _2nd_ day of May, 2006.


                           WILLIAM J. ZLOCH
                           Chief United States District Judge

Copies furnished:

All Counsel Of Record