UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-ZLOCH



FILED by _____ D.C.

MAY 23 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DR. PAUL ZIDEL, on behalf of
himself and all others
similarly situated, et al.,

    Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,
et al.,

    Defendants.
_____/

**ORDER SETTING HEARING**

KEITH BRICKELL, D.C.,
individually and on behalf
of all others similarly
situated,

    Plaintiff,

vs.

PROGRESSIVE EXPRESS INSURANCE
COMPANY, et al.,

    Defendants.
_____/

Case No. 00-6649

MARC J. BROWNER, D.C.,
individually and on
behalf all others similarly
situated,

    Plaintiff,

vs.

ALLSTATE INDEMNITY COMPANY, et
al.,

    Defendants.
_____/

Case No. 00-7163

THIS MATTER is before the Court upon the parties' Joint Motion



For Preliminary Approval Of Settlement Agreement (DE 1152). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the parties' Joint Motion For Preliminary Approval Of Settlement Agreement (DE 1152) be and the same is hereby **SET** for preliminary approval hearing on <u>Monday, June 19, 2006</u> at <u>10:00 a.m.</u>, before the Honorable William J. Zloch, in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 23rd day of May, 2006.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

All Counsel Of Record