UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division


CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW


DR. PAUL ZIDEL, on behalf of himself and
all others similarly situated,

                Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

                Defendants.
_____/

MARC J. BROWNER, D.C., individually and on behalf of
all others similarly situated,

      Plaintiffs,

v.                                          00-7163

ALLSTATE INDEMNITY COMPANY, et al.

      Defendants.
_____/

ULTRA OPEN MRI CORPORATION, and on behalf of
Itself and all others similarly situated,

      Plaintiff,

v.                                          00-6777

DEERBROOK INSURANCE COMPANY,

      Defendant.
_____/



ULTRA OPEN MRI CORPORATION, and on behalf of
Itself and all others similarly situated,

     Plaintiff,

v.                                     00-6779

FIDELITY AND CASUALTY COMPANY OF
NEW YORK and THE CONTINENTAL
INSURANCE COMPANY,

     Defendants.

_____/

## ACCEPTANCE OF THIRD AMENDED CLASS ACTION COMPLAINT AND APPEARANCE FOR ADDITIONAL NAMED DEFENDANTS

The undersigned counsel for the additional named defendants, NATIONAL-BEN FRANKLIN INSURANCE COMPANY OF ILLINOIS, THE BUCKEYE UNION INSURANCE COMPANY, THE GLENS FALLS INSURANCE COMPANY, KANSAS CITY FIRE & MARINE INSURANCE COMPANY, FIREMAN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY, PACIFIC INSURANCE COMPANY, NIAGARA FIRE INSURANCE COMPANY, BOSTON AND COLONY INSURANCE COMPANY, COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY, CONTINENTAL REINSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY OF READING, PENNSYLVANIA, TRANSCONTINENTAL INSURANCE COMPANY NATIONAL FIRE INSURANCE COMPANY OF HARTFORD VALLEY FORGE INSURANCE COMPANY, ENCOMPASS FLORIDIAN INSURANCE COMPANY, and ENCOMPASS FLORIDIAN INDEMNITY COMPANY, hereby accepts service of Plaintiffs' Third Amended Class Action Complaint and appears on behalf of Defendants  NATIONAL-BEN FRANKLIN INSURANCE COMPANY OF ILLINOIS, THE BUCKEYE UNION INSURANCE COMPANY, THE GLENS FALLS INSURANCE COMPANY, KANSAS CITY FIRE & MARINE INSURANCE

COMPANY, FIREMAN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY, PACIFIC INSURANCE COMPANY, NIAGARA FIRE INSURANCE COMPANY, BOSTON AND COLONY INSURANCE COMPANY, COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY, CONTINENTAL REINSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY OF READING, PENNSYLVANIA, TRANSCONTINENTAL INSURANCE COMPANY NATIONAL FIRE INSURANCE COMPANY OF HARTFORD VALLEY FORGE INSURANCE COMPANY, ENCOMPASS FLORIDIAN INSURANCE COMPANY, and ENCOMPASS FLORIDIAN INDEMNITY COMPANY.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail on this date on all counsel or parties of record on the attached service list.

Dated: June 14, 2006                    Respectfully submitted,

MECKLER BULGER & TILSON
Peter J. Valeta, Esq., FL Bar #: 0327557
peter.valeta@mbtlaw.com
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7895 Telephone
(312) 474-7898 Facsimile

RUMBERGER, KIRK & CALDWELL
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 872-7300
(407) 841-2133 Facsimile

## SERVICE LIST

**Co-Lead Counsel for Plaintiffs**

LEE & AMTZIS, P.L.
Eric Lee, Esq.
lee@leeamlaw.com
5550 Glades Road, Suite 401
Boca Raton, FL 33431
(561) 981-9988
(561) 981-9980 Facsimile

GOLD & COULSON
Arthur S. Gold, Esq.
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

PHILLIPS & GARCIA
Andrew Garcia, Esq.
agarcia@phillipsgarcia.com
Carlin Phillips, Esq.
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

KOPELMAN & BLANKMAN, P.A.
Larry Kopelman, Esq.
Douglas Blankman, Esq.
dblan2155@aol.com
350 E. Las Olas Blvd., Ste. 980
Ft. Lauderdale, FL 33301
(954) 462-6855
(954) 462-6899 Facsimile

**Co-Counsel for Plaintiffs**

Susan L. Lawson, Esq.
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-8879
(813) 251-5786 Facsimile

RICHARD BOKOR, P.A.
Richard Bokor, Esq.
Richard@bokorlaw.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

**Counsel for Progressive**

ANANIA, BANDKLAYDER, et al.
Francis Anania, Esq.
fanania@anania-law.com
Donald A. Blackwell, Esq.
dblackwell@anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

**Counsel for CCN**

The Kenny Nachwalter Law Firm
Richard Critchlow, Esq.
rcritchlow@knsacs.com
Robert Landon, Esq.
rlandon@krtsacs.com
201 S. Biscayne Blvd., Ste. 1100
Miami, FL 33131-4327
(305) 373-1000
(305) 372-1861 Facsimile

**Counsel for Florida Farm Bureau**

HOLLAND & KNIGHT, LLP
Greg Baldwin, Esq.
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile