CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
JUN 1? 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE WILLIAM J. ZLOCH

CASE NO: 00-6061-CIV-ZLOCH   DATE: June 19, 2006
COURTROOM CLERK: Seamus Flaherty   COURT REPORTER: Carl Schanzleh

Dr. Paul Zidel   vs   Allstate Insurance Co.

COUNSEL: Eric Lee, Esq., Larry Kopelman, Esq.
COUNSEL: Peter Valeta, Esq.

REASON FOR HEARING: Joint Motion For Preliminary Approval of Settlement Agreement (DE 1152)

RESULT OF HEARING: Court will grant Motion For Preliminary Approval, and enter Order reflecting same.

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC: The above case no. is the consolidated case no. The settlement considered covers the lead case (00-6061), as well as 00-7163, 00-6777, and 01-6779.