UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third Party Plaintiff.
_____/

KEITH BRICKELL, D.C., individually and on
behalf of all others similarly situated,

    Plaintiff,                                Case No. 00-5549

v.

PROGRESSIVE EXPRESS INSURANCE
COMPANY,

    Defendant.
_____/

ULTRA OPEN MRI CORP., on behalf of itself
and all others similarly situated

    Plaintiff,                                Case No. 01-6776

v.

PROGRESSIVE AMERICAN INSURANCE
COMPANY,

    Defendant.
_____/

**NOTICE OF OPTING OUT OF THE
PROPOSED CLASS ACTION SETTLEMENT**

By Certified Mail, Return Receipt Requested to:

| | | | |
|---|---|---|---|
| TO: | Brickell Settlement Administrator<br>c/o The Garden City Group<br>Attn: Exclusion Department<br>P.O. Box 9000 #6412<br>Merrick, New York 11566-9000 | CC: | Clerk of the Court<br>United States Courthouse<br>299 East Broward Boulevard<br>Fort Lauderdale, Florida 33301 |

CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D., by and through their undersigned attorneys, pursuant to Rule 1.220(d)(2)(A), Florida Rules of Civil Procedure, and pursuant to the provisions of the Notice of Proposed Settlement, served in the above captioned Class Action lawsuit, opts out of the proposed Settlement, and states as follows:

1. **CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D., (Tax ID# 59-3224058, 10345 Orangewood Blvd., Orlando, Florida 32821, Phone: 407/352-6900)** acknowledge receipt of a copy of the Notice of Proposed Settlement. CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D. are members of the Settlement Class, as defined in the Notice of Proposed Settlement.

2. By this Notice of Opting Out, CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D. affirmatively state their desire to opt out of the proposed settlement.

3. CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D. are opting out of the proposed settlement because they do not believe that the proposed settlement fully and adequately protects their interests. CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D. understand that they will not receive any proceeds of this settlement, and will be required to file individual lawsuits on their own behalf to recover monies owed to them.

WHEREFORE, CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D. affirmatively opt out of the proposed settlement, and respectfully request that this Honorable Court grant them such other and further relief as may be just and proper.

DATED this 13 day of June, 2006.

DONALD A. MYERS, JR., ESQUIRE
Florida Bar No.: 0818290
BAILEY & MYERS, P.A.
875 Concourse Parkway South, Suite 195
Maitland, Florida 32751
(407) 628-2929