UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO.: 00-6061-CIV-ZLOCH/SHOW

DR. PAUL ZIDEL, on behalf of himself and others
similarly situated,
    Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,
    Defendant/Third Party Plaintiff.
_____

KEITH BRICKELL, D.C., individually and on behalf
Of all others similarly situated.
    Plaintiff,

vs.                                              Case No. 00-6649

PROGRESSIVE EXPRESS INSURANCE COMPANY, et. al.,
    Defendants.
_____

ULTRA OPEN MRI CORP., on behalf of itself
and all others similarly situated,
    Plaintiff,
vs.                                              Case No. 01-6776

PROGRESSIVE AMERICAN INSURANCE COMPANY,
    Defendant.
_____/

### NOTICE OF OPTING OUT OF THE
### PROPOSED CLASS ACTION SETTLEMENT

By Certified Mail, Return Receipt Requested to:
TO:  Brickell Settlement Administrator           CC:  Clerk of the Court
      c/o The Garden City Group, Inc.                  United States Courthouse
      Att: Exclusion Department                         299 East Broward Blvd.
      P.O. Box 9000 #6412                               Fort Lauderdale, FL 33301
      Merrick, NY 11566-9000

      CHIROPRACTIC PHYSICIANS REHABILITATION NETWORK, INC., federal tax

identification number 59-3559465, by and through its undersigned attorneys, pursuant to Rule

1



NON-COMPLIANCE OF S.D. fla. L.R. 5/A2

1.220(d)(2)(A), Florida Rules of Civil Procedure, and pursuant to the provisions of the <u>Notice of Proposed Settlement</u> served in the above captioned Class Action lawsuit, opts out of the proposed Settlement, and states as follows:

1. CHIROPRACTIC PHYSICIANS REHABILITATION NETWORK, INC., acknowledge receipt of a copy of the Notice of Proposed Settlement. CHIROPRACTIC PHYSICIANS REHABILITATION NETWORK, INC., is a member of the Health Care Provider Interest Subclass, as defined in the Notice of Proposed Settlement.

2. By this Notice of Opting Out, CHIROPRACTIC PHYSICIANS REHABILITATION NETWORK, INC., affirmatively states its desire to opt out of the proposed settlement.

3. CHIROPRACTIC PHYSICIANS REHABILITATION NETWORK, INC. is opting out of the proposed settlement because it does not believe that the proposed settlement fully and adequately protects its interests. CHIROPRACTIC PHYSICIANS REHABILITATION NETWORK, INC., understand that it will not receive any proceeds of this settlement, and will be required to file individual lawsuits on its own behalf to recover monies owed to it.

WHEREFORE, CHIROPRACTIC PHYSICIANS REHABILITATION NETWORK, INC., affirmatively opt out of the proposed settlement, and respectfully request that this Honorable Court grant them such other and further relief as may be just and proper.

DATED this ____ day of June, 2006.

Kevin B. Weiss, Esquire
Florida Bar No.: 117595
Weiss Legal Group, P.A.
500 N. Maitland Avenue, Suite 303
Maitland, Florida 32751
Phone: (407) 599-9036
Fax: (407) 599-3978