UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CIV-ZLOCH

DR. PAUL ZIDEL, on behalf of
himself and all others
similarly situated, et al.,

    Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,
et al.,

    Defendants.
_____/

| | |
|---|---|
| MARC J. BROWNER, D.C., individually and on behalf of all others similarly situated, | Case No. 00-7163 |

    Plaintiff,

vs.

ALLSTATE INDEMNITY COMPANY, et al.,

    Defendants.
_____/

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated, | Case No. 00-6777 |

    Plaintiff,

vs.

DEERBROOK INSURANCE COMPANY,

    Defendants.
_____/

| | |
|---|---|
| ULTRA OPEN MRI CORPORATION, on behalf of itself and all others similarly situated, | Case No. 01-6779 |

FILED by _____ D.C.

JUL 13 2006

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.



      Plaintiff,

vs.

FIDELITY AND CASUALTY COMPANY
OF NEW YORK and THE
CONTINENTAL INSURANCE COMPANY,

      Defendants.
_____/

ORDER AMENDING PRIOR
<u>ORDER OF PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT (DE 1157)</u>

THIS MATTER is before the Court upon the parties' Joint Motion To Clarify And Amend The Order Of Preliminary Approval Of Settlement Agreement (DE 1162). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDER AND ADJUDGED** that the parties' Joint Motion To Clarify And Amend The Order Of Preliminary Approval Of Settlement Agreement (DE 1162) be and the same is hereby **GRANTED**. Paragraph 13 of the Court's prior Order Of Preliminary Approval Of Settlement Agreement (DE 1157) shall be read to include the following provisions:

1. Until the expiration of the time for submitting opt-out requests, the members of the settlement class are barred and enjoined from submitting to the Defendant Insurance Companies any demand letter pursuant to FLA. STAT. § 627.736(11) for benefits against the Defendant Insurance Companies relating to PPO reductions; and

2. For any demand letters that may be submitted to the Defendant Insurance Companies under FLA. STAT. § 627.736(11) for benefits relating to PPO reductions from the date of the Order Of Preliminary Approval Of Settlement Agreement (DE 1157) until the expiration of the time for submitting opt-out requests, the fifteen (15) day period for response provided for in FLA. STAT. § 627.736(11) is hereby stayed and tolled until further Order of the Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _15th_ day of July, 2006.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished to:

All counsel of record