UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

MARC J. BROWNER, D.C., individually and on
behalf of all others similarly situated,

                                           Case No. 00-7163

    Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY, et al.

    Defendant.
_____/

ULTRA OPEN MRI CORP., on behalf of itself
and all others similarly situated

                                           Case No. 01-6777

    Plaintiff,

v.

DEERBROOK INSURANCE COMPANY,

    Defendant.
_____/



ULTRA OPEN MRI CORP., on behalf of itself
and all others similarly situated

                                                   Case No. 01-6779

    Plaintiff,

v.

FIDELITY AND CASUALTY COMPANY OF
NEW YORK and THE CONTINENTAL INSURANCE
COMPANY,

    Defendant.
_____/

## NOTICE OF OPTING OUT OF THE
## PROPOSED CLASS ACTION SETTLEMENT

By Certified Mail, Return Receipt Requested to:

| TO: | Allstate Insurance Company<br>Zidel Class Action Settlement Administrator<br>P.O. Box 22263<br>St. Petersburg, FL 33742 | CC: | Clerk of the Court<br>United States Courthouse<br>299 East Broward Boulevard<br>Fort Lauderdale, FL 33301 |
|---|---|---|---|

CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D., by and through their undersigned attorneys, pursuant to Rule 1.220(d)(2)(A), Florida Rules of Civil Procedure, and pursuant to the provisions of the Notice of Proposed Settlement, served in the above captioned Class Action lawsuit, opts out of the proposed Settlement, and states as follows:

1.    **CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D., (Tax ID# 59-3224058, 10345 Orangewood Blvd., Orlando, Florida 32821, Phone: 407/352-6900)** acknowledge receipt of a copy of the Notice of Proposed Settlement. CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and

MATTHEW IMFELD, M.D. are members of the Settlement Class, as defined in the <u>Notice of Proposed Settlement</u>.

2. By this Notice of Opting Out, CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D. affirmatively state their desire to opt out of the proposed settlement.

3. CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D. are opting out of the proposed settlement because they do not believe that the proposed settlement fully and adequately protects their interests. CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D. understand that they will not receive any proceeds of this settlement, and will be required to file individual lawsuits on their own behalf to recover monies owed to them.

WHEREFORE, CENTRAL FLORIDA PHYSIATRISTS, P.A., DAVID G. HADDOCK, M.D., and MATTHEW IMFELD, M.D. affirmatively opt out of the proposed settlement, and respectfully request that this Honorable Court grant them such other and further relief as may be just and proper.

DATED this 11 day of September, 2006.

DONALD A. MYERS, JR., ESQUIRE
Florida Bar No.: 0818290
BAILEY & MYERS, P.A.
875 Concourse Parkway South, Suite 195
Maitland, Florida 32751
(407) 628-2929
FAX: (407) 628-3909