# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

MARC J. BROWNER, D.C., individually and on
behalf of all others similarly situated,

                                       Case No. 00-7163

    Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY, et al.

    Defendant.
_____/

ULTRA OPEN MRI CORP., on behalf of itself
and all others similarly situated

                                       Case No. 01-6777

    Plaintiff,

v.

DEERBROOK INSURANCE COMPANY,

    Defendant.
_____/



ULTRA OPEN MRI CORP., on behalf of itself
and all others similarly situated

              Case No. 01-6779

 Plaintiff,

v.

FIDELITY AND CASUALTY COMPANY OF
NEW YORK and THE CONTINENTAL INSURANCE
COMPANY,

 Defendant.
_____/

### NOTICE OF OPTING OUT OF THE
### PROPOSED CLASS ACTION SETTLEMENT

By Certified Mail, Return Receipt Requested to:

| TO: | Allstate Insurance Company<br>Zidel Class Action Settlement Administrator<br>P.O. Box 22263<br>St. Petersburg, FL 33742 | CC: | Clerk of the Court<br>United States Courthouse<br>299 East Broward Boulevard<br>Fort Lauderdale, FL 33301 |
|---|---|---|---|

 ROBERTS CHIROPRACTIC CENTER, P.A. and THOMAS A. ROBERTS, D.C., by and through their undersigned attorneys, pursuant to the provisions of the Notice of Proposed Settlement, served in the above captioned Class Action lawsuit, opts out of the proposed Settlement, and states as follows:

 1. **ROBERTS CHIROPRACTIC CENTER, P.A. and THOMAS A. ROBERTS, D.C. (Tax ID# 59-3007600, 730 New Warrington Road, Pensacola, Florida 32506, Phone: 850/ 456-4788)** acknowledge receipt of a copy of the Notice of Proposed Settlement. ROBERTS CHIROPRACTIC CENTER, P.A., THOMAS A. ROBERTS, D.C., are members of the Settlement

Class, as defined in the Notice of Proposed Settlement.

2. By this Notice of Opting Out, ROBERTS CHIROPRACTIC CENTER, P.A. and THOMAS A. ROBERTS, D.C. affirmatively state their desire to opt out of the proposed settlement.

3. ROBERTS CHIROPRACTIC CENTER, P.A. and THOMAS A. ROBERTS, D.C. are opting out of the proposed settlement because they do not believe that the proposed settlement fully and adequately protects their interests. ROBERTS CHIROPRACTIC CENTER, P.A. and THOMAS A. ROBERTS, D.C. understand that they will not receive any proceeds of this settlement, and will be required to file individual lawsuits on their own behalf to recover monies owed to them.

WHEREFORE, ROBERTS CHIROPRACTIC CENTER, P.A. and THOMAS A. ROBERTS, D.C. affirmatively opt out of the proposed settlement, and respectfully request that this Honorable Court grant them such other and further relief as may be just and proper.

DATED this 11 day of September, 2006.

DONALD A. MYERS, JR., ESQUIRE
Florida Bar No.: 0818290
BAILEY & MYERS, P.A.
875 Concourse Parkway South, Suite 195
Maitland, Florida 32751
(407) 628-2929
FAX: (407) 628-3909