UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of himself and
all others similarly situated,

        Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

        Defendants.
_____/
MARC J. BROWNER, D.C., individually and on behalf of
all others similarly situated,

    Plaintiffs,

v.                                           00-7163

ALLSTATE INDEMNITY COMPANY, et al.

    Defendants.
_____/
ULTRA OPEN MRI CORPORATION, and on behalf of
Itself and all others similarly situated,

    Plaintiff,

v.                                           00-6777

DEERBROOK INSURANCE COMPANY,

    Defendant.
_____/

CONSOLIDATED CASE NO. 00-6061

ULTRA OPEN MRI CORPORATION, and on behalf of
Itself and all others similarly situated,

     Plaintiff,

v.                                          01-6779

FIDELITY AND CASUALTY COMPANY OF
NEW YORK and THE CONTINENTAL
INSURANCE COMPANY,

     Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND
## NULLIFICATION PERIOD UNDER THE SETTLEMENT AGREEMENT

     Defendants Allstate Insurance Company, Allstate Indemnity Company, Deerbrook Insurance Company, The Fidelity and Casualty Company of New York, The Continental Insurance Company, National-Ben Franklin Insurance Company of Illinois, The Buckeye Union Insurance Company, The Glens Falls Insurance Company, Kansas City Fire & Marine Insurance Company, Fireman's Insurance Company of Newark, New Jersey, Pacific Insurance Company, Niagara Fire Insurance Company, Boston Old Colony Insurance Company, Commercial Insurance Company of Newark, New Jersey, Continental Reinsurance Corporation, Continental Casualty Company, Transportation Insurance Company, American Casualty Company of Reading, Pennsylvania, Transcontinental Insurance Company, National Fire Insurance Company of Hartford, Valley Forge Insurance Company, Encompass Floridian Insurance Company, and Encompass Floridian Indemnity Company, (collectively, "Defendants"), hereby move this Court for entry of an order extending the nullification period set under the Settlement Agreement. In support of their Motion, Defendants state as follows:

     1.     This action pertains to claims relating to Personal Injury Protection ("PIP") coverage benefits.

CONSOLIDATED CASE NO. 00-6061

2.      On June 19, 2006, this Court entered its Order of Preliminary Approval, granting preliminary approval of the May 4, 2006 Settlement Agreement and Stipulation ("Settlement Agreement") and conditionally certifying this action as a class action on behalf of a defined settlement class.

3.      Under paragraph 32 of the Settlement Agreement, Defendants were granted the right to nullify the settlement based, *inter alia*, on the aggregate amounts of the settlement claims to be paid under this settlement.

4.      Under the Settlement Agreement, Defendants could exercise this nullification right within ninety (90) days of the deadline for claim submission, which date would be December 21, 2006. The Settlement Agreement provides that the period for exercising this nullification right could be extended "upon the filing of a motion and a showing by the Defendants that the claims administrative process requires additional time."

5.      Currently, the claims administrative process has been completed with regard to the vast majority of claims submitted. However, certain of the claims submissions lacked complete information. Instead of simply rejecting those claims for incompleteness, the Settlement Administrator has undertaken the extra effort of requesting that additional information from those claimants. Several of those requests for additional information remain outstanding. It is anticipated that all responses to such requests will be received by or shortly after January 4, 2007.

6.      Until those claims for which additional information has been requested are processed, Defendants are unable to make a final determination of the total aggregate amounts of the settlement claims to be paid under this settlement.

7.      At the present time, based on Defendants' review of the settlement claims

processed to date, it appears highly unlikely that the nullification threshold will be reached. However, in an abundance of caution, Defendants are requesting that the period for exercising the nullification right be extended from December 21, 2006 to January 11, 2007.

8.    This request for an extension of the nullification period will not require any other scheduling changes under the Settlement Agreement, and the Final Approval Hearing set for January 23, 2007 will not be affected.

9.    Counsel for Defendants has consulted with Counsel for the Settlement Class about these matters, and Counsel for the Settlement Class has advised that they will not oppose this Motion.

**WHEREFORE,** Defendants move the Court for entry of an order extending the nullification period under the Settlement Agreement from December 21, 2006 to January 11, 2007, and awarding such other and further relief as this Court may deem just and proper.

Rumberger, Kirk & Caldwell
P.O. Box 1873
Orlando, FL  32802-1873
Phone:  (407) 872-7300
Fax:  (407) 841-2133

By:    s/ David B. Shelton
       David B. Shelton, Esquire
       Florida Bar No.:  0327557

and

Meckler Bulger & Tilson LLP
123 N. Wacker Dr., Ste. 1800
Chicago, IL  60606
Phone: (312) 474-7900
Fax: (312) 474-7898
E-Mail: peter.valeta@mbtlaw.com

Respectfully submitted,


s/ David B. Shelton
_____
David B. Shelton, Esquire
Florida Bar No. 0710539
RUMBERGER, KIRK & CALDWELL, P.A.
Lincoln Plaza, Suite 1400
300 South Orange Avenue
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133

E-Mail:  dshelton@rumberger.com

Attorneys for Defendants,
Allstate Insurance Company
Allstate Indemnity Company
Deerbrook Insurance Company
Fidelity and Casualty Company of New York
The Continental Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 15, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  **Marcy Levine Aldrich, Esq.** at marcy.aldrich@akerman.com; **Francis A. Anania, Esq.** at FAnania@anania-law.com; **Gregory Alan Baldwin, Esq.** at Gregory.baldwin@hklaw.com; **Donald Arthur Blackwell, Esq.** at dblackwell@anania-law.com; **Douglas Alan Blankman, Esq.** at dab@kopelblank.com; **Nina Kole (Sue) Brown, Esq.** at nina.brown@akerman.com; **Robin Corwin Campbell, Esq.** at rcampbell@adorno.com; **Nancy A. Copperthwaite, Esq.** at Nancy.Copperthwaite@akerman.com; **Scott Brian Cosgrove, Esq.** at scott.cosgrove@ackerman.com; **Richard H. Critchlow, Esq.** at rcritchlow@kennynachwalter.com; **Edward Royce Curtis, Esq.** at erc@trippscott.com; **Joseph A. DeMaria, Esq.** at jad@tewlaw.com; **William Wallace Deem, Esq.** at wdeem@mcguirewoods.com; **Wendy Ruth Ennis-Volcy, Esq.** at WEVolcy@aol.com; **Dale Lyn Friedman** at dfriedman@conroysimberg.com; **Robert Donald Wike Landon, III, Esq.** at

CONSOLIDATED CASE NO. 00-6061

rlandon@kennynachwalter.com**; Eric Allan Lee, Esq.** at lee@leeamlaw.com**; Lauren Diane Levy, Esq.** at llevy@butlerpappas.com**; Kathleen Johnson Maus, Esq.** at kmaus@butlerpappas.com**; David I. Mellinger, Esq.** at David.Mellinger@usdoj.gov**; George Volsky, Esq.** at george.volsky@akerman.com**; and William Xanttopoulos, Esq.** at wxanttopoulos@waltonlantaff.com. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: **See attached Schedule A.**

s/ David B. Shelton
_____
David B. Shelton, Esq.
Florida Bar No. 0710539
RUMBERGER, KIRK & CALDWELL, P.A.
Lincoln Plaza, Suite 1400
300 South Orange Avenue
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133
E-Mail: dshelton@rumberger.com
Attorneys for Defendants,
Allstate Insurance Company
Allstate Indemnity Company
Deerbrook Insurance Company
Fidelity and Casualty Company of New York
The Continental Insurance Company

CONSOLIDATED CASE NO. 00-6061

## SCHEDULE A

William E. Adams, Jr.
Nova University Law Center
3305 College Avenue
Fort Lauderdale, FL  33314

Richard A. Bokor, Esquire
Lawson & Associates, P.A.
230 East Davis Boulevard
Tampa, FL  33606

D. Scott Craig
Farah Farah & Abbott
10 West Adams, 3rd Floor
Jacksonville, FL  32202

Casey Anthony Fundaro
Post Office Box 7420
Fort Lauderdale, FL  33338

Arthur S. Gold
Gold & Coulson
11 South La Salle Street, Suite 2500
Chicago, IL  60603

James C. Haggerty
Swartz Campbell & Detweiler
1601 Market Street, 34th Floor
Philadelphia, PA  19103

Lisa M. Harrison
Michael K. Isenman
Jeffrey M. Klein
Richard W. Wyner
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC  20001

Jeffrey Lennard
Sonnenschein Nath & Rosenthal
8000 Sears Tower
233 South Wacker Drive
Chicago, IL  60606

Adam Ross Littman
Adam Ross Litman, P.A.
1801 Lee Road, Suite 320
Winter Park, FL  32789

Michele Elizabeth Muir
Kane & Kane
4800 North Federal Hwy., Suite 101-E
Boca Raton, FL  33431-5179

Donald Alvin Myers, Jr.
Bailey & Myers
875 Concourse Parkway South, Suite 195
Maitland, FL  32751

Alan Jeffrey Nisberg
Butler Pappas Weihmuller Katz Craig
One Harbour Place, Suite 500
777 South Harbour Island Boulevard
Tampa, FL  33602

Carlin J. Phillips
Phillips & Garcia
13 Ventura Drive
North Dartmouth, MA  02747

Howard J. Roin
Mayer Brown Rowe & Maw, LLP
71 South Wacker Drive
Chicago, IL  60606

CONSOLIDATED CASE NO. 00-6061

Brian Patrick Knight
Conroy Simberg Ganon Krevans & Abel
3440 Hollywood Boulevard, 2nd Floor
Hollywood, FL  33021

Katherine Claire Lake
Fowler White Boggs Banker
501 East Kennedy Boulevard, Suite 1700
Post Office Box 1438
Tampa, FL  33602

Susan L. Lawson
Lawson & Associates, P.A.
230 East Davis Boulevard
Tampa, FL  33606

Glenn Eric Siegel
Lesser Lesser Landy & Smith
375 South County Road, Suite 220
Palm Beach, FL  33480

Christopher Michael Tuccitto
13499 Biscayne Boulevard
North Miami, FL  33181

Laura M. Watson
Watson & Lenter
220 NE 51 Street
Fort Lauderdale, FL  33334-1615