UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of himself and
all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/
MARC J. BROWNER, D.C., individually and on behalf of
all others similarly situated,

    Plaintiffs,

v.                                                                                                  00-7163

ALLSTATE INDEMNITY COMPANY, et al.

    Defendants.
_____/
ULTRA OPEN MRI CORPORATION, and on behalf of
Itself and all others similarly situated,

    Plaintiff,

v.                                                                                                  00-6777

DEERBROOK INSURANCE COMPANY,

    Defendant.

_____/

CONSOLIDATED CASE NO. 00-6061

ULTRA OPEN MRI CORPORATION, and on behalf of
Itself and all others similarly situated,

    Plaintiff,

v.                                                                        01-6779

FIDELITY AND CASUALTY COMPANY OF
NEW YORK and THE CONTINENTAL
INSURANCE COMPANY,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND NULLIFICATION PERIOD UNDER THE SETTLEMENT AGREEMENT

The Court having reviewed and considered the Defendants' Unopposed Motion to Extend Nullification Period Under the Settlement Agreement, good cause for this Order having been shown:

IT IS HEREBY ORDERED:

The nullification period under the Settlement Agreement is extended from December 21, 2006 to January 11, 2007,

DONE AND ORDERED in the Southern District of Florida on this _____ day of _____, 2006.

                                                    _____
                                                    WILLIAM J. ZLOCH
                                                    CHIEF UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record