```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

              CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH
```

DR. PAUL ZIDEL, on behalf of
himself and all other
similarly situated,

       Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

       Defendants.
_____/

MARC J. BROWNER, D.C.,
individually and on behalf of
all others similarly situated,

       Plaintiffs,

vs.                                                          00-7163

ALLSTATE INDEMNITY COMPANY, et al.,

       Defendants.
_____/

ULTRA OPEN MRI CORPORATION, and
on behalf of itself and all
others similarly situated,

       Plaintiff,

vs.                                                          00-6777

DEERBROOK INSURANCE COMPANY,

       Defendant.
_____/

ULTRA OPEN MRI CORPORATION, and
on behalf of itself and all
others similarly situated,

    Plaintiff,

vs.                                                          01-6779

FIDELITY AND CASUALTY COMPANY
OF NEW YORK and THE CONTINENTAL
INSURANCE COMPANY,

    Defendants.
_____/

### **O R D E R**

    THIS MATTER is before the Court upon Defendants' Unopposed Motion To Extend Nullification Period Under The Settlement Agreement (DE 1178).  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Defendants' Unopposed Motion To Extend Nullification Period Under The Settlement Agreement (DE 1178) be and the same is hereby **GRANTED**.  The Nullification Period set forth in Paragraph 32 of the Parties' Settlement Agreement (DE 1152, Ex 1) is extended until January 11, 2007.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_21st\_\_\_ day of December, 2006.



    WILLIAM J. ZLOCH
    Chief United States District Judge

Copies furnished:
All Counsel of Record