IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW**

DR. PAUL ZIDEL, on behalf of
himself and others similarly
situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CNN,

    Third Party Defendant.

---

THE CHIROPRACTIC CENTRE, INC.,
On behalf of itself and all others                                                                                                 01-6782
similarly situated,

    Plaintiffs,

v.

SUPERIOR INSURANCE COMPANY,

    Defendant.

---

## **MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Butler Pappas Weihmuller Katz Craig LLP ("Butler Pappas") moves to withdraw as counsel of record for the Defendant, SUPERIOR INSURANCE COMPANY ("Superior"), and as grounds therefore would state as follows:

1.      The undersigned and the law firm of Butler Pappas Weihmuller Katz Craig LLP ("Butler Pappas"), request that they be allowed to withdraw as counsel of record for Defendant, Superior Insurance Company and be relieved of any further obligation in this matter.

2.      Ssince Superior Insurance Company has been in rehabilitation since August 29, 2003 and the Florida Department of Financial Services previously agreed to pay Butler Pappas for legal services rendered while Superior Insurance Company was in rehabilitation. However, the following invoices have gone unpaid.

| Date | Invoice No. |
|---|---|
| 4/26/05 | 110361 |
| 5/23/05 | 111351 |
| 7/14/05 | 113001 |
| 1/11/06 | 118514 |
| 2/6/06 | 119260 |
| 3/6/06 | 120320 |
| 6/15/06 | 123602 |
| 8/17/06 | 126009 |
| 9/15/06 | 126985 |

3.      Butler Pappas has attempted on numerous occasions to resolve this matter regarding payment of services rendered with (1) the Department of Financial Services, (2) Superior Insurance Company, and (3) Lozano Insurance Adjusters who was hired on January 1, 2005 as the third-party administrator to process claims on behalf of Superior Insurance Company to no avail.

4.      Butler Pappas and Superior Insurance Company have reached irreconcilable differences.

5.      Superior Insurance Company will not be unduly prejudiced by the withdrawal of

Butler Pappas as counsel of record, as this law firm has been simply monitoring the consolidated cases in this action while Superior Insurance Company is in rehabilitation.

4.      Butler Pappas provided notice directly to Superior Insurance Company that it would be seeking the relief requested in this motion if the invoices were not paid by December 31, 2006 (See attached Exhibit "A").  Lozano Insurance Adjusters and the Florida Department of Financial Services were copied on the letter.  Nonetheless, Superior Insurance Company, Lozano Insurance Adjusters and the Florida Department of Financial Services have neither paid nor responded to Butler Pappas' correspondence.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order allowing the law firm of Butler Pappas Weihmuller Katz Craig LLP to withdraw as counsel for SUPERIOR INSURANCE COMPANY.

BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP

s/ Alan J. Nisberg
ALAN J. NISBERG, ESQ.
Florida Bar No.:  0961639
JOHN W. KAUFFMAN, ESQ.
Florida Bar No. 0538205
One Harbour Place, Suite 500
777 S. Harbour Island Boulevard
Tampa, Florida  33602
Telephone:    (813) 281-1900
Facsimile:    (813) 281-0900
anisberg@butlerpappas.com
jkauffman@butlerpappas.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I certify that a copy hereof has been furnished electronically to all parties on the Master Service list and by U. S. Mail the following:

Marsha Mills
Symons International Group, Inc.
4720 Kingsway Drive
Indianapolis, IN 46205

Dave Lukens
Superior Insurance Group
P.O. Box 674055
Marietta, GA 30006-0068

Robert Elias
Florida Department of Financial Services
P.O. Box 110
Tallahassee, FL 32302

Vanessa Diaz
Lozano Insurance Adjusters, Inc.
P.O. Box 822900
Pembroke Pines, FL 33082

on January 29, 2007.

                s/Alan J. Nisberg
                ALAN J. NISBERG, ESQ.

# MASTER SERVICE LIST
## (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
(Updated October 19, 2006)

*CO-LEAD COUNSEL FOR PLAINTIFFS:*

**LEE & AMTZIS, P.L.**
*Eric Lee, Esq.*
lee@leeamlaw.com
5550 Glades Road, Suite 401
Boca Raton, FL 33431
(561) 981-9988
(561) 981-9980 Facsimile

**GOLD & COULSON**
*Arthur S. Gold, Esq.*
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

**PHILLIPS & GARCIA**
*Andrew Garcia, Esq.*
agarcia@phillipsgarcia.com
*Carlin Phillips, Esq.*
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

**KOPELMAN & BLANKMAN, P.A.**
*Larry Kopelman, Esq.*
lmk@kopelblank.com
*Douglas Blankman, Esq.*
dab@kopelblank.com
350 E. Las Olas Blvd., Suite 980
Fort Lauderdale, FL 33301
(954) 462-6855
(954) 462-6899 Facsimile

*CO-COUNSEL FOR PLAINTIFFS:*

*Susan L. Lawson, Esq.*
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-5297
(813) 251-5786  Facsimile

**RICHARD BOKOR, P.A.**
*Richard Bokor, Esq.*
richard@bokorlaw.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

*Casey Fundaro, Esq.*
fundaro@aol.com
1100 5th Avenue South, Suite 201
Naples, FL 34102
(954) 435-7995
(954) 462-2835 Facsimile

**ATLAS PEARLMAN, P.A.**
*Jan Douglas Atlas, Esq.*
atlas@atlaslaw.com
*Robin Corwin Campbell, Esq.*
campbell@atlaslaw.com
350 East Las Olas Blvd., Suite 1700
Ft. Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile


*COUNSEL FOR:*
*ALLSTATE, FIDELITY AND CASUALTY,*
*CONTINENTAL, DEERBROOK:*

**RUMBERGER, KIRK & CALDWELL**
*David B. Shelton, Esq.*
dshelton@rumberger.com
Lincoln Plaza, Suite 1400
300 S. Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
(407) 839-4511
(407) 841-2133 Facsimile

**MECKLER BULGER & TILSON LLP**
*Peter J. Valeta, Esq.*
peter.valeta@mbtlaw.com
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7895
(312) 474-7898 Facsimile

*COUNSEL FOR BEECH STREET AND ADP:*

**TEW, CARDENAS, et al.**
*John M. Quaranta, Esq.*
jmq@tewlaw.com
Four Season's Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
(305) 539-2495
(305) 536-1116 Facsimile

*COUNSEL FOR PROGRESSIVE:*

**ANANIA, BANDKLAYDER, et al.**
*Francis Anania, Esq.*
fanania@anania-law.com
*Donald A. Blackwell, Esq.*
dblackwell@Anania-law.com
NationsBank Tower, Suite 4300
100 Southeast Second Street
Miami, Florida 33131
(305) 373-4900
(305) 373-6914 Facsimile

*COUNSEL FOR CCN:*

**MCGUIRE WOODS, LLP**
William W. Deem, Esq.
wdeem@mcguirewoods.com
3300 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 Facsimile

**KENNY, NACHWALTER, SEYMOUR, ARNOLD, CRITCHLOW & SPECTOR**
Richard H. Critchlow, Esq.
rhc@knsacs.com
Robert D.W. Landon, III
rdl@knsacs.com
1100 Miami Center
201 S. Biscayne Blvd.
Miami, FL 33131
(305) 373-1000
(305) 372-1861 Facsimile

*COUNSEL FOR:*
*HARTFORD, METROPOLITAN, INTEGON:*

*COUNSEL FOR NATIONWIDE:*

**FOWLER, WHITE, et al.**
*Katherine C. Lake, Esq.*
klake@fowlerwhite.com
Post Office Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

**SWARTZ CAMPBELL DETWEILER**
*James C. Haggerty, Esq.*
haggerty@scdlaw.com
*Hope Lester, Esq.*
hlester@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

*COUNSEL FOR FLORIDA FARM BUREAU:*

**HOLLAND & KNIGHT, LLP**
*Robert K. Levenson, Esq.*
rlevenson@hklaw.com
*Greg Baldwin, Esq.*
gbaldwin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

*COUNSEL FOR LIBERTY MUTUAL:*

**AKERMAN, SENTERFITT et al.**
Mark Shapiro, Esq.
mshapiro@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

**AKERMAN, SENTERFITT et al.**
*Marcy Levine Aldrich, Esq.*
marcy.aldrich@akerman.com

H:\LIB\DOCS\COVG\2055\0106109\PLDS\S95422.WPD

6

*Eric Greenwald, Esq.*
egreenwald@akerman.com
*Nancy Cooperthwaite, Esq.*
ncooperthwaite@akerman.com
SunTrust International Center
28th Floor
One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

*COUNSEL FOR METROPOLITAN:*

**SONNENSCHEIN, NATH & ROSENTHAL**
*Jeffrey P. Lennard, Esq.*
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8152
(312) 876-7934 Facsimile

*COUNSEL FOR SUPERIOR:*

**BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP**
*Alan J. Nisberg, Esq.*
anisberg@bbplaw.com
One Harbour Place, Suite 500
777 S. Harbour Island Blvd.
Tampa, FL 33602
(813) 281-1900
(813) 281-0900 Facsimile

**COUNSEL FOR PRUDENTIAL:**

**BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP**
Kathy J. Maus, Esq.
kmaus@bbplaw.com
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102
Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

**SHEA & GARDNER**
*John D. Aldock, Esq.*
Jaldock@SheaGardner.com
*Michael Isenman, Esq.*
misenman@sheagardner.com
*Lisa Harrison, Esq.*
lharrison@sheagardner.com
1800 Massachusetts Ave., N.W., 8th Floor
Washington, D.C. 20036
(202) 828-2000
(202) 828-2195 Facsimile

*COUNSEL FOR AMERICAN INTERNATIONAL:*

**CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A.**
*Dale L. Friedman, Esq.*
dfriedman@csglaw.com
*Brian P. Knight, Esq.*
bknight@csglaw.com
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile