

ALAN J. NISBERG
Partner
Reply To: Tampa
Certified Civil Mediator
anisberg@butlerpappas.com



December 4, 2006

Brenda Armstrong
Symons International Group, Inc.
4720 Kingsway Drive
Indianapolis, IN 46205

Re: Insured:
 Claimant: The Chiropractic Centre, Inc.
 Claim Number: N/A
 Policy Number: N/A
 Date of Loss: N/A
 Our File Number: 2055-0106109

Dear Ms. Armstrong:

I am writing to inform you that despite numerous attempts to collect payment for the above-referenced matter, we have been unable to do so. Superior Insurance is in rehabilitation and we have been told by Robert Elias that Lozano Insurance Adjusters is the third-party administrator responsible for paying Superior invoices.

As directed, we have submitted all invoices to Lozano Insurance Adjusters, attention Vanessa Diaz. Ms. Diaz explained that a claim number is needed before an invoice can be paid because the system used to access the Superior files is limited. We have explained that this is a class-action lawsuit and there is no claim number associated with the file. However, every invoice we have submitted for payment has been returned to us stating that no claim number was listed. There is now a total of eleven outstanding invoices dating back to April 2005 and totaling $2,241.00.



BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP

| | | |
|---|---|---|
| Miami | 80 Southwest 8th Street, Suite 3300, Miami, Florida 33130 | Telephone: (305) 416-9998  Facsimile: (305) 416-6848 |
| Mobile | 1110 Montlimar Drive, Suite 1050, Mobile, Alabama 36609 | Telephone: (251) 338-3801  Facsimile: (251) 338-3805 |
| Tallahassee | 3600 Maclay Boulevard, Suite 101, Tallahassee, Florida 32312 | Telephone: (850) 894-4111  Facsimile: (850) 894-4999 |
| Tampa | One Harbour Place, 777 South Harbour Island Blvd., Suite 500, Tampa, Florida 33602 | Telephone: (813) 281-1900  Facsimile: (813) 281-0900 |

www.butlerpappas.com

Ms. Brenda Armstrong
December 4, 2006
Page 2

This letter will serve as our notice to you of our intent to withdraw as counsel for non-payment, unless this matter can be corrected by year end.

Sincerely,

BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP

Alan J. Nisberg

AJN/tga
Enclosures

Ms. Brenda Armstrong
December 4, 2006
Page 3


cc: Marsha Mills
Symons International Group, Inc.
4720 Kingsway Drive
Indianapolis, IN 46205

Dave Lukens
Superior Insurance Group
P.O. Box 674055
Marietta, GA 30006-0068

Robert Elias
Florida Department of Financial Services
P.O. Box 110
Tallahassee, FL 32302

Vanessa Diaz
Lozano Insurance Adjusters, Inc.
P.O. Box 822900
Pembroke Pines, FL 33082