UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH

DR. PAUL ZIDEL, on behalf of
himself and all other
similarly situated,

    Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,

    Defendant/Third-Party
    Plaintiff,

vs.

COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

    **O R D E R**

    Third-Party Defendant.
_____

THE CHIROPRACTIC CENTRE, INC.,
on behalf of itself and all
others similarly situated,

    Plaintiffs,

vs.

SUPERIOR INSURANCE COMPANY,

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant Superior Insurance Company's Motion To Withdraw As Counsel Of Record (DE 1183). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion To Withdraw As Counsel Of Record (DE 1183) be and the same is hereby **GRANTED** and the law firm of Butler Pappas Weihmuller Katz Craig LLP is hereby relieved of all further responsibility in the representation of the Defendant, Superior Insurance Company.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___29th___ day of January, 2007.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:
All Counsel of Record