UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of himself and
all others similarly situated,

        Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

        Defendants.

## NOTICE OF VOLUNTARY DISMISSAL OF THIRD-PARTY COMPLAINT

Defendant-Third-Party Plaintiff, Allstate Insurance Company, hereby stipulates to the dismissal with prejudice of its Third-Party Complaint filed against Community Care Network, Inc., d/b/a CCN, pursuant to settlement.

                          Respectfully submitted,

s/ David B. Shelton

| | |
|---|---|
| PETER VALETA, ESQUIRE | DAVID B. SHELTON, ESQUIRE |
| Florida Bar No. 327557 | Florida Bar No. 0710539 |
| Meckler Bulger & Tilson LLP | RUMBERGER, KIRK & CALDWELL, P.A. |
| 123 North Wacker Drive, Suite 1800 | Lincoln Plaza, Suite 1400 |
| Chicago, IL  60606 | 300 South Orange Avenue |
| Telephone:     (312) 474-7895 | Post Office Box 1873 |
| Telecopier:    (312) 474-7898 | Orlando, Florida  32802-1873 |
| | Telephone: (407) 872-7300 |
| Attorneys for Defendants, | Telecopier: (407) 841-2133 |
| Allstate Insurance Company | E-Mail:  dshelton@rumberger.com |
| Allstate Indemnity Company | |
| Deerbrook Insurance Company | Attorneys for Defendants, |
| Fidelity and Casualty Company of New York | Allstate Insurance Company |
| The Continental Insurance Company | Allstate Indemnity Company |
| | Deerbrook Insurance Company |
| | Fidelity and Casualty Company of New York |
| | The Continental Insurance Company |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 14, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  **Marcy Levine Aldrich, Esq.** at marcy.aldrich@akerman.com**; Francis A. Anania, Esq.** at FAnania@anania-law.com**; Jan Douglas Atlas, Esq.** at jad@adorno.com; **Gregory Alan Baldwin, Esq.** at Gregory.baldwin@hklaw.com**; Donald Arthur Blackwell, Esq.** at dblackwell@anania-law.com**; Douglas Alan Blankman, Esq.** at dab@kopelblank.com**; Nina Kole (Sue) Brown, Esq.** at nina.brown@akerman.com**; Robin Corwin Campbell, Esq.** at rcampbell@adorno.com**;              Nancy      A.      Copperthwaite,       Esq.      **at Nancy.Copperthwaite@akerman.com**;       Scott       Brian       Cosgrove,      Esq.      **at scott.cosgrove@ackerman.com**;         Richard        H.        Critchlow,       Esq.      **at rcritchlow@kennynachwalter.com**; Edward Royce Curtis, Esq.** at erc@trippscott.com**; Joseph A. DeMaria, Esq.** at jad@tewlaw.com**; William Wallace Deem, Esq.** at wdeem@mcguirewoods.com**; Wendy Ruth Ennis-Volcy, Esq.** at WEVolcy@aol.com**; Dale Lyn Friedman** at dfriedman@conroysimberg.com**; Katherine Claire Lake, Esq.** at klake@fowlerwhite.com;       **Robert       Donald       Wike        Landon,       III,       Esq.**      at

rlandon@kennynachwalter.com; **Eric Allan Lee, Esq.** at lee@leeamlaw.com; **Lauren Diane Levy, Esq.** at llevy@butlerpappas.com; **Kathleen Johnson Maus, Esq.** at kmaus@butlerpappas.com; **David I. Mellinger, Esq.** at David.Mellinger@usdoj.gov; **Donald Alvin Myers, Jr., Esq.** at dmyers@baileymyers.com; **Alan Jeffrey Nisberg, Esq.** at tandis@butlerpappas.com; **Christopher Michael Tuccitto, Esq.** at chris@lazegalaw.com; **George Volsky, Esq.** at george.volsky@akerman.com; **and William Xanttopoulos, Esq.** at wxanttopoulos@waltonlantaff.com.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: **See attached Schedule A.**

| | |
|---|---|
| | s/ David B. Shelton |
| PETER VALETA, ESQUIRE | DAVID B. SHELTON, ESQUIRE |
| Florida Bar No. 327557 | Florida Bar No. 0710539 |
| Meckler Bulger & Tilson LLP | RUMBERGER, KIRK & CALDWELL, P.A. |
| 123 North Wacker Drive, Suite 1800 | Lincoln Plaza, Suite 1400 |
| Chicago, IL  60606 | 300 South Orange Avenue |
| Telephone:     (312) 474-7895 | Post Office Box 1873 |
| Telecopier:    (312) 474-7898 | Orlando, Florida  32802-1873 |
| | Telephone:  (407) 872-7300 |
| Attorneys for Defendants, | Telecopier:  (407) 841-2133 |
| Allstate Insurance Company | E-Mail:  dshelton@rumberger.com |
| Allstate Indemnity Company | |
| Deerbrook Insurance Company | Attorneys for Defendants, |
| Fidelity and Casualty Company of New York | Allstate Insurance Company |
| The Continental Insurance Company | Allstate Indemnity Company |
| | Deerbrook Insurance Company |
| | Fidelity and Casualty Company of New York |
| | The Continental Insurance Company |

## SCHEDULE A

William E. Adams, Jr.
Nova University Law Center
3305 College Avenue
Fort Lauderdale, FL  33314

Richard A. Bokor, Esquire
Lawson & Associates, P.A.
230 East Davis Boulevard
Tampa, FL  33606

D. Scott Craig
Farah Farah & Abbott
10 West Adams, 3rd Floor
Jacksonville, FL  32202

Casey Anthony Fundaro
Post Office Box 7420
Fort Lauderdale, FL  33338

Arthur S. Gold
Gold & Coulson
11 South La Salle Street, Suite 2500
Chicago, IL  60603

James C. Haggerty
Swartz Campbell & Detweiler
1601 Market Street, 34th Floor
Philadelphia, PA  19103

Lisa M. Harrison
Michael K. Isenman
Jeffrey M. Klein
Richard W. Wyner
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC  20001

Brian Patrick Knight
Conroy Simberg Ganon Krevans & Abel
3440 Hollywood Boulevard, 2nd Floor
Hollywood, FL  33021

Susan L. Lawson
Lawson & Associates, P.A.
230 East Davis Boulevard
Tampa, FL  33606

Jeffrey Lennard
Sonnenschein Nath & Rosenthal
8000 Sears Tower
233 South Wacker Drive
Chicago, IL  60606

Adam Ross Littman
Adam Ross Litman, P.A.
1801 Lee Road, Suite 320
Winter Park, FL  32789

Michele Elizabeth Muir
Kane & Kane
4800 North Federal Hwy., Suite 101-E
Boca Raton, FL  33431-5179

Carlin J. Phillips
Phillips & Garcia
13 Ventura Drive
North Dartmouth, MA  02747

Howard J. Roin
Mayer Brown Rowe & Maw, LLP
71 South Wacker Drive
Chicago, IL  60606

Glenn Eric Siegel  
Lesser Lesser Landy & Smith  
375 South County Road, Suite 220  
Palm Beach, FL  33480

Laura M. Watson  
Watson & Lenter  
220 NE 51 Street  
Fort Lauderdale, FL  33334-1615