# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CONSOLIDATED CASE NO.
## 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of himself
and others similarly situated,

       Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

       Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

       Third-Party Defendant.

_____/

## JOINT MOTION FOR ENTRY OF AGREED ORDER
## DISMISSING THIRD-PARTY COMPLAINT WITH PREJUDICE

Pursuant to the Notice of Voluntary Dismissal of Third-Party Complaint (DE 1185),

and the settlement referenced therein, Defendant-Third Party Plaintiff, Allstate Insurance

Company, and Third-Party Defendant, Community Care Network, Inc., d/b/a CCN, hereby

stipulate to and request entry of the agreed form of Order Dismissing Third-Party Complaint

With Prejudice, which is attached hereto as Exhibit A.

**Joint Motion for Entry of Order etc.**                    **Case No. 00-6061-Civ-Zloch/Snow**

*Attorneys for Defendant-Third Party*
*Plaintiff, Allstate Insurance Company,*

Peter Valeta, Esq.
MECKLER BULGER & TILSON LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Tel: 312.474.7895
Fax: 312.474.7898

David B. Shelton, Esq.
RUMBERGER, KIRK & CALDWELL, P.A.
Lincoln Plaza, Suite 1400
300 South Orange Avenue
Post Office Box 1873
Orlando, FL 32802-1873
Tel: 407.872.7300
Fax: 407.841.2133

　　　s/David B. Shelton
By: with express written consent
　　　David B. Shelton, Esq.
　　　Florida Bar No. 0710539
　　　dshelton@rumberger.com

*Attorneys for Third-Party Defendant*
*Community Care Network, Inc.,*
*doing business as CCN,*

Richard H. Critchlow, Esq.
Robert D. W. Landon, III, Esq.
KENNY NACHWALTER, P.A.
201 South Biscayne Blvd., Suite 1100
Miami, Florida 33131
Tel: 305.373.1000
Fax: 305.372.1861

By: s/Robert D. W. Landon, III
　　　Robert D. W. Landon, III, Esq.
　　　Florida Bar No. 961272
　　　rlandon@kennynachwalter.com

**Joint Motion for Entry of Order etc.**                    **Case No. 00-6061-Civ-Zloch/Snow**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on <u>March 19, 2007</u>, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Marcy Levine Aldrich, Esq., at <u>marcy.aldrich@akerman.com</u>; Francis A. Anania, Esq., at <u>Fanania@anania-law.com</u>; Jan Douglas Atlas, Esq., at <u>jad@adorno.com</u>; Gregory Alan Baldwin, Esq., at <u>Gregory.Baldwin@hklaw.com</u> ; Donald Arthur Blackwell, Esq., at <u>dblackwell@anania-law.com</u>; Douglas Alan Blankman, Esq., at <u>dab@kopelblank.com</u> ; Nina Kole (Sue) Brown, Esq., at <u>nina.brown@akerman.com</u> ; Robin Corwin Campbell, Esq., at <u>rcampbell@adorno.com</u>; Nancy A. Copperthwaite, Esq., at <u>nancy.copperthwaite@akerman.com</u>; Scott Brian Cosgrove, Esq., at <u>scott.cosgrove@akerman.com</u>; Richard H. Critchlow, Esq., at <u>rcritchlow@kennynachwalter.com</u>; Edward Royce Curtis, Esq., at <u>erc@trippscott.com</u>; Joseph A. DeMaria, Esq., at <u>jad@tewlaw.com</u> ; Wendy Ruth Ennis-Volcy, Esq., at <u>WEVolcy@aol.com</u>; Dale Lyn Friedman, Esq., at <u>dfriedman@conroysimberg.com</u>; Katherine Claire Lake, Esq., at <u>klake@fowlerwhite.com</u>; Robert D. W. Landon, III, Esq., at <u>rlandon@kennynachwalter.com</u>; Eric Allan Lee, at <u>lee@leeamlaw.com</u> ; Lauren Diane Levy, Esq., at <u>llevy@butlerpappas.com</u>; Kathleen Johnson Maus, Esq., at <u>kmaus@butlerpappas.com</u> ; David I. Mellinger, Esq., at <u>David.Mellinger@usdoj.gov</u> ; Donald Alvin Myers, Jr., Esq., at <u>dmyers@baileymyers.com</u> ; Alan Jeffrey Nisberg, Esq., at <u>tandis@butlerpappas.com</u> ; David B. Shelton, Esq., at <u>dshelton@rumberger.com</u> ; Christopher Michael Tuccitto, Esq., at <u>chris@lazegalaw.com</u> ; George Volsky, Esq., at <u>george.volsky@akerman.com</u> ; and William Xanttopoulos, Esq., at <u>wxanttopoulos@waltonlantaff.com</u>.  I further certify that on <u>March 19, 2007</u>, I also mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM-ECF participants who are listed on the attached Schedule A.

By: <u>s/Robert D. W. Landon, III</u>
        Robert D. W. Landon, III

289960.1

- 3 -

# SCHEDULE A

William E. Adams, Jr.
Nova University Law Center
3305 College Avenue
Fort Lauderdale, FL  33314

Richard A. Bokor, Esquire
Lawson & Associates, P.A.
230 East Davis Boulevard
Tampa, FL  33606

D. Scott Craig
Farah Farah & Abbott
10 West Adams, 3rd Floor
Jacksonville, FL  32202

Casey Anthony Fundaro
Post Office Box 7420
Fort Lauderdale, FL  33338

Arthur S. Gold
Gold & Coulson
11 South La Salle Street, Suite 2500
Chicago, IL  60603

James C. Haggerty
Swartz Campbell & Detweiler
1601 Market Street, 34th Floor
Philadelphia, PA  19103

Lisa M. Harrison
Michael K. Isenman
Jeffrey M. Klein
Richard W. Wyner
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC  20001

Brian Patrick Knight
Conroy Simberg Ganon Krevans & Abel
3440 Hollywood Boulevard, 2nd Floor
Hollywood, FL  33021

Susan L. Lawson
Lawson & Associates, P.A.
230 East Davis Boulevard
Tampa, FL  33606

Jeffrey Lennard
Sonnenschein Nath & Rosenthal
8000 Sears Tower
233 South Wacker Drive
Chicago, IL  60606

Adam Ross Littman
Adam Ross Litman, P.A.
1801 Lee Road, Suite 320
Winter Park, FL  32789

Michele Elizabeth Muir
Kane & Kane
4800 North Federal Hwy., Suite 101-E
Boca Raton, FL  33431-5179

Carlin J. Phillips
Phillips & Garcia
13 Ventura Drive
North Dartmouth, MA  02747

Howard J. Roin
Mayer Brown Rowe & Maw, LLP
71 South Wacker Drive
Chicago, IL  60606

Glenn Eric Siegel
Lesser Lesser Landy & Smith
375 South County Road, Suite 220
Palm Beach, FL  33480

Laura M. Watson
Watson & Lenter
220 NE 51 Street
Fort Lauderdale, FL  33334-1615

**Peter J. Valeta**
**Meckler Bulger & Tilson  LLP**
**123 North Wacker Drive, Suite 1800**
**Chicago, IL  60606**