

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CONSOLIDATED CASE NO.**
**00-6061-CIV-ZLOCH/SNOW**

DR. PAUL ZIDEL, on behalf of himself
and others similarly situated,

      Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

      Defendant/Third-Party Plaintiff,

v.

COMMUNITY CARE NETWORK, INC.,
doing business as CCN,

      Third-Party Defendant.

_____/

**ORDER DISMISSING THIRD-PARTY**
**COMPLAINT WITH PREJUDICE**

THIS CAUSE came before the Court on the Joint Motion for Entry of Agreed Order

Dismissing Third-Party Complaint with Prejudice, which was filed March 19, 2007, and the Court

having reviewing the Joint Motion, and being fully advised in the premises, it is

ADJUDGED that the Third-Party Plaintiff Allstate Insurance Company's Third-Party

Complaint against the Third-Party Defendant Community Care Network, Inc., d/b/a CCN, is hereby

dismissed with prejudice.

ORDERED in Chambers at Fort Lauderdale, Florida, this _____, 2007.

_____
HON. WILLIAM J. ZLOCH
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record