UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH

DR. PAUL ZIDEL, on behalf of
himself and all other
similarly situated,

    Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,                  <u>O R D E R</u>

    Defendant/Third-Party
    Plaintiff,

vs.

COMMUNITY CARE NETWORK, INC.,
d/b/a CCN,

    Third-Party Defendant.
_____

THIS MATTER is before the Court upon the Joint Motion For Entry Of Agreed Order Dismissing Third-Party Complaint With Prejudice (DE 1186), filed herein by Defendant/Third-Party Plaintiff, Allstate Insurance Company, and Third-Party Defendant, Community Care Network, Inc. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion For Entry Of Agreed Order Dismissing Third-Party Complaint With Prejudice (DE 1186) be and the same is hereby **GRANTED**; and

2.  The Third-Party Plaintiff, Allstate Insurance Company's Third-Party Complaint against the Third-Party Defendant, Community Care Network, Inc. d/b/a CCN be and the same is hereby **DISMISSED** with prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of March, 2007.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:
All Counsel of Record