UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and COMMUNITY CARE NETWORK, INC., d/b/a CCN,

    Defendants
_____/

SALVATORE D. LARUSSO, D.C.                        CASE NO. 01-8110

v.

FLORIDA FARM BUREAU,
_____/

**JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiff SALVATORE LARUSSO, D.C. ("LARUSSO"), and Defendant FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY ("FFB"), hereby jointly move the Court for entry of an Order of Preliminary Approval of the Settlement Agreement executed by the Parties in the above-captioned class action case. The Settlement Agreement with Exhibits is attached as Exhibit 1. In support of their Motion, the Parties state as follows:

    1.    The Parties have reached a comprehensive settlement of the pending class action case, the terms and conditions of which are contained within the Settlement Agreement, filed herewith. The Parties jointly move for preliminary approval of the Settlement Agreement,

believing it to be fair, adequate, and reasonable to the Parties, as well as to the members of the Settlement Class, as defined in the Settlement Agreement.

2. Preliminary approval is necessary in order to commence the process of providing notice to class members of the nature of the case, and the terms and conditions of Settlement Agreement. The notice will also permit class members to evaluate whether, among other things: (a) they want to opt-out of the Settlement, and/or (b) whether they are entitled to a portion of the Settlement Fund.

3. Should the class members determine that they are members of the class and entitled to receive a portion of the Settlement Fund, the Settlement Agreement requires them to fill out a Proof of Claim.

4. On April 10, 2007, the Eleventh Circuit Court of Appeals entered an Order of Partial Remand to provide this Court with jurisdiction to approve the settlement. A true and correct copy of the remand Order is attached hereto as Exhibit 2.

**WHEREFORE,** the Parties jointly move the Court for entry of an Order of Preliminary Approval of Settlement Agreement.

### CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

| | |
|---|---|
| Dated: April 13, 2007<br>Boca Raton, FL | Respectfully submitted,<br><br>_____<br>ERIC LEE (Fl. Bar No. 961299)<br>lee@leeamlaw.com<br>Lee & Amtzis, P.L.<br>5550 Glades Road, Suite 401<br>Boca Raton, FL 33431<br>Telephone: 561-981-9988<br>Facsimile: 561-981-9980<br>Counsel for Plaintiff<br><br>--and--<br><br>*/S/*Greg Baldwin_____<br>Greg Baldwin, Esq. (Fl. Bar No. 527394)<br>gbaldwin@hklaw.com<br>Holland & Knight, LLP<br>701 Brickell Avenue, Suite 3000<br>Miami, FL 33131<br>Telephone: (305) 374-8500<br>Facsimile: (305) 789-7799 |

# 4389105_v2