FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

APR 1 0 2007

THOMAS K. KAHN
CLERK

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

No. 02-15544-AA

ULTRA OPEN MRI CORPORATION,
SALVATORE D. LARUSSO, D.C., d.b.a. Family
Chiropractic Center, on behalf of himself and all
others similarly situated,

Plaintiffs-Appellees,

versus

FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY,
PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

Defendants-Appellants.

No. 02-16054-AA

PAUL ZIDEL,
SALVATORE D. LARUSSO, D.C., d.b.a. Family
Chiropractic Center, on behalf of himself and all
others similarly situated,
ET AL.,

Plaintiffs-Appellees,

versus

ALLSTATE INSURANCE COMPANY,

            Defendant-Third Party-
            Plaintiff-Appellant,

ALLSTATE INDEMNITY COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
ET AL.,

            Defendants-Appellants,

COMMUNITY CARE NETWORK, INC.,

            Defendant-Third Party-
            Defendant-Appellant.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE: ANDERSON and BARKETT, Circuit Judges.

BY THE COURT:

The "Joint Agreed Motion for Partial Remand...and for Continued Stay of Consolidated Appeal," filed by Defendant-Appellant Florida Farm Bureau Casualty Insurance Company and Plaintiff-Appellee Salvatore Larusso, D.C., seeking remand to district court for the limited purpose of obtaining approval of their proposed class action settlement and a stay of these appeals pending the district court's ruling, is GRANTED. Appellant is directed to file monthly reports advising the Court of the status of the proceedings on limited remand. Appellant

should dismiss its appeal promptly if the district court approves the settlement terms.

The stay granted by this order is independent of the stays previously granted by the Court on October 31, 2003, November 25, 2003, February 13, 2004, August 5, 2004, October 13, 2004, January 26, 2005, and March 16, 2006.