UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of himself and all others similarly
situated,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and COMMUNITY
CARE NETWORK, INC., d/b/a CCN,

      Defendants

_____/

SALVATORE D. LARUSSO, D.C.                  CASE NO. 01-8110

v.

FLORIDA FARM BUREAU,

_____/

## <u>NOTICE OF FILING OF SETTLEMENT ADMINISTRATOR'S AFFIDAVIT</u>

      In accordance with this Court's Order of Preliminary Approval of Settlement [DE 1191],

Defendants Florida Farm Bureau Casualty Insurance Company and Florida Farm Bureau General

Insurance Company hereby give notice of filing the attached Settlement Administrator's

Affidavit.

Miami, Florida
September 7, 2007                Respectfully submitted,

                    /s/ Greg Baldwin, Esq.
                    Greg Baldwin, Esq.
                    e-mail: gregory.baldwin@hklaw.com
                    Holland & Knight, LLP
                    701 Brickell Avenue, Suite 3000
                    Miami, FL 33131
                    Telephone:  (305) 374-8500
                    Facsimile:  (305) 789-7799

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 7, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that on September 7, 2007, the foregoing document is being served on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>/s/ Stephen P. Warren</u>
Stephen P. Warren

Eric Lee, Esq.
LEE & AMTZIS, P.L
5550 Glades Road, Suite 401
Boca Raton, FL 33431
Telephone:    (561) 981-9988
Facsimile:    (561) 981-9980

Larry Kopelman, Esq.
Douglas Blankman, Esq.
KOPELMAN & BLANKMAN, P.A.
350 East Las Olas Boulevard
Suite 980
Fort Lauderdale, FL 33301
Telephone:    (954) 462-6855
Facsimile:    (954) 462-6899

Arthur S. Gold, Esq.
GOLD & COULSON
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
Telephone:    (312) 372-0777
Facsimile:    (312) 372-0778

Andrew Garcia, Esq.
Carlin Phillips, Esq.
PHILLIPS & GARCIA
13 Ventura Drive
North Dartmouth, MA 02747
Telephone:    (508) 998-0800
Facsimile:    (508) 998-0919

Susan L. Lawson, Esq.
230 East Davis Boulevard
Suite 200
Tampa, FL 33606
Telephone:    (813) 251-8879
Facsimile:    (813) 251-5786

Richard Bokor, Esq.
RICHARD BOKOR, P.A.
230 East Davis Boulevard
Tampa, FL 33606
Telephone:    (813) 251-1000
Facsimile:    (813) 254-6327

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of himself and all others similarly
situated,

     Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and COMMUNITY
CARE NETWORK, INC., d/b/a CCN,

     Defendants

_____/

SALVATORE D. LARUSSO, D.C.                  CASE NO. 01-8110

v.

FLORIDA FARM BUREAU,

_____/

### ADMINISTRATOR'S AFFIDAVIT

| | | |
|---|---|---|
| STATE OF FLORIDA | ) | |
| | ) | TO WIT: |
| COUNTY OF ALACHUA | ) | |

Denise Kirkland, being first duly sworn according to law, deposes and states:

    1.     I am an adult over eighteen years of age and I am competent to make this Affidavit. I am employed by Florida Farm Bureau ("FFB") as a Claims Service Representative Lead, and in that capacity, I adjust PIP claims on behalf of FFB. I have prior experience in administering class actions settlements on behalf of FFB. I make this Affidavit based upon personal knowledge and upon personal knowledge of the business records and practices of FFB. FFB is the Administrator selected by the parties to administer this settlement.

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

2.    FFB was responsible for notifying class members of the settlement as agreed to by the parties in the Settlement Agreement and Stipulation (the "Settlement Agreement"), and as ordered by this Court in its May 16, 2007 Order of Preliminary Approval of Settlement Agreement (the "Preliminary Order").  On June 6, 7, and 8, 2007, in accordance with the Preliminary Order, FFB mailed by first-class mail (postage pre-paid) 1,826 envelopes containing the Notice and Proof of Claim, substantially in the form of Exhibits A and B to the Settlement Agreement, to all potential members of the Settlement Class to the extent such class members could be identified with reasonable diligence from FFB's business records.

3.    As of September 5, 2007, FFB has not received any written notices from class members expressing an intention to appear at the Final Fairness Hearing to object to the settlement.  The deadline for class members to submit such notices was August 17, 2007.

4.    As of September 5, 2007, FFB has received opt-outs from 35 class members, attached hereto as Exhibit A.

5.    Following the initial mailing, a total of 548 envelopes were returned to FFB by the U.S. Postal Service as undeliverable.  After further investigation, FFB determined that some of the returned envelopes were duplicates and therefore did not require a re-mailing.  A duplicate mailing could occur where a physician listed in FFB's records and the business at which the physician works both received envelopes.  For the remaining envelopes (*i.e.*, the non-duplicate returned envelopes), FFB conducted a search of the following two online databases in an attempt to locate a viable address: (1) the Florida Department of State Website; and (2) the Florida Department of Health Website Search of Health Care Providers.  This procedure was in accordance with the Settlement Agreement.  If either database yielded a new address, FFB forwarded the envelopes to the class member at the new address.  As of September 5, 2007, only

45 envelopes that were re-mailed to a new address were returned to FFB by the U.S. Postal

Service as undeliverable. In addition to these 45 returned envelopes, FFB also received 32

envelopes that were either returned by the recipients stating that the class member could not

identify a valid claim in their records or were returned by CT Corporation as not deliverable.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE
CONTENTS OF THE FOREGOING PAPER ARE TRUE TO THE BEST OF
MY PERSONAL KNOWLEDGE, INFORMATION AND BELIEF.

Denise Kirkland
Dated: September 6, 2007

Sworn and subscribed to
before me this 6 day
of September 2007.



NOTARY PUBLIC
My commission Expires:

# 4728391_v1

LINDY ANN BUTTS
NOTARY PUBLIC, STATE OF FLORIDA
MY Comm. Expires DEC. 1, 2007
COMM. # DD 258128

# EXHIBIT A

Law Office of
# BRIAN C. HOGAN, P.A.

5626 CURRY FORD RD.
ORLANDO, FLORIDA 32822
Tel (407) 382-8402
Fax (407) 382-8446

August 16, 2007

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Denise Kirkland
Post Office Box 147030
Gainesville, FL 32614

> RE: Class Action – Dr. Paul Zidel on behalf of himself and all others similarly situated, Plaintiffs v. Allstate Insurance Company and Community Care Network, Inc., d/b/a CNN, Defendants/Salvatore D. Larusso, D.C. v. Florida Farm Bureau – U.S. District Court, Southern District of Florida
> Case No.: Consolidated Case 00-6061-CIV-ZLOCH/SNOW and
> Case No.: 01-8110

Dear Ms. Kirkland:

This will serve as notification that the following entity wishes to opt out of the proposed settlement in the aforementioned matter:

Hofstee Chiropractic & Wellness Clinic, P.A.
2017 S. Tenth Street
Ft. Pierce, FL 34950
FEIN 65 0895069

This notification is being filed on its behalf by its legal representative, Law Office Brian C. Hogan.

Sincerely,

Brian C. Hogan

BCH/ss
Cc: Hofstee Chiropractic & Wellness Clinic, P.A.;
    Carlin Phillips, Esq. and Larry Kopelman, Esq.

AUG 2 0 2007

Law Office of
# BRIAN C. HOGAN, P.A.

5626 CURRY FORD RD.
ORLANDO, FLORIDA 32822
Tel (407) 382-8402
Fax (407) 382-8446

August 16, 2007

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Denise Kirkland
Post Office Box 147030
Gainesville, FL 32614

RE:    Class Action – Dr. Paul Zidel on behalf of himself and all others similarly
situated,  Plaintiffs v. Allstate Insurance Company and Community Care
Network, Inc., d/b/a CNN, Defendants/Salvatore D. Larusso, D.C. v. Florida
Farm Bureau – U.S. District Court, Southern District of Florida
Case No.:  Consolidated Case 00-6061-CIV-ZLOCH/SNOW and
Case No.:  01-8110

Dear Ms. Kirkland:

This will serve as notification that the following entity wishes to opt out of the proposed
settlement in the aforementioned matter:

Donald Anglin, D.C., P.A.
2202 SE 17th Street
Ocala, FL 34471
FEIN  59 2814952

This notification is being filed on its behalf by its legal representative, Law Office Brian
C. Hogan.

Sincerely,

Brian C. Hogan

BCH/ss
Cc:  Anglin Chiropractic;
     Carlin Phillips, Esq. and Larry Kopelman, Esq.

AUG 2 0 2007

**Law Office of**
**BRIAN C. HOGAN, P.A.**

5626 CURRY FORD RD.
ORLANDO, FLORIDA 32822
Tel (407) 382-8402
Fax (407) 382-8446

August 20, 2007

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Denise Kirkland
Post Office Box 147030
Gainesville, FL 32614

RE:   Class Action – Dr. Paul Zidel on behalf of himself and all others similarly
situated,  Plaintiffs v. Allstate Insurance Company and Community Care
Network, Inc., d/b/a CNN, Defendants/Salvatore D. Larusso, D.C. v. Florida
Farm Bureau – U.S. District Court, Southern District of Florida
Case No.:  Consolidated Case 00-6061-CIV-ZLOCH/SNOW and
Case No.:  01-8110

Dear Ms. Kirkland:

        This will serve as notification that the following entity previously furnished information
to you and as such, does not wish to opt out of the proposed settlement in the aforementioned
matter:

                        Donald N. Anglin, D.C., P.A.
**AUG 2 7 2007**        2202 SE 17th Street
                        Ocala, FL 34471

        The previous notification filed by its legal representative, Law Office Brian C. Hogan
was filed in error.

                                Sincerely,

                                Brian C. Hogan

BCH/ss
Cc:  Anglin Chiropractic;
     Carlin Phillips, Esq. and Larry Kopelman, Esq.

Law Office of
# BRIAN C. HOGAN, P.A.

**5626 CURRY FORD RD.**
**ORLANDO, FLORIDA 32822**
Tel (407) 382-8402
Fax (407) 382-8446

August 16, 2007

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Denise Kirkland
Post Office Box 147030
Gainesville, FL 32614

     RE:    Class Action – Dr. Paul Zidel on behalf of himself and all others similarly
            situated, Plaintiffs v. Allstate Insurance Company and Community Care
            Network, Inc., d/b/a CNN, Defendants/Salvatore D. Larusso, D.C. v. Florida
            Farm Bureau – U.S. District Court, Southern District of Florida
            Case No.: Consolidated Case 00-6061-CIV-ZLOCH/SNOW and
            Case No.: 01-8110

Dear Ms. Kirkland:

    This will serve as notification that the following entity wishes to opt out of the proposed
settlement in the aforementioned matter:

Innovative Back Solutions, LLC
9366 NW 26th Avenue
Gainesville, FL 32606
FEIN 20 4491162

    This notification is being filed on its behalf by its legal representative, Law Office Brian
C. Hogan.

Sincerely,

Brian C. Hogan

BCH/ss
Cc: Innovative Back Solutions, LLC;
    Carlin Phillips, Esq. and Larry Kopelman, Esq.

AUG 2 0 2007

Law Office of

# BRIAN C. HOGAN, P.A.

5626 CURRY FORD RD.
ORLANDO, FLORIDA 32822
Tel (407) 382-8402
Fax (407) 382-8446

August 16, 2007

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Denise Kirkland
Post Office Box 147030
Gainesville, FL 32614

RE:     Class Action – Dr. Paul Zidel on behalf of himself and all others similarly
        situated, Plaintiffs v. Allstate Insurance Company and Community Care
        Network, Inc., d/b/a CNN, Defendants/Salvatore D. Larusso, D.C. v. Florida
        Farm Bureau – U.S. District Court, Southern District of Florida
        Case No.:  Consolidated Case 00-6061-CIV-ZLOCH/SNOW and
        Case No.:  01-8110

Dear Ms. Kirkland:

This will serve as notification that the following entity wishes to opt out of the proposed
settlement in the aforementioned matter:

Etheredge Chiropractic, P.A.
3261 US Hwy 441
Fruitland Park, FL 34731
FEIN 59 3725450

This notification is being filed on its behalf by its legal representative, Law Office Brian
C. Hogan.

Sincerely,

Brian C. Hogan

BCH/ss
Cc:  Etheredge Chiropractic;
     Carlin Phillips, Esq. and Larry Kopelman, Esq.

AUG 2 0 2007

Law Office of
# BRIAN C. HOGAN, P.A.

**5626 CURRY FORD RD.**
**ORLANDO, FLORIDA 32822**
Tel (407) 382-8402
Fax (407) 382-8446

August 16, 2007

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Denise Kirkland
Post Office Box 147030
Gainesville, FL 32614

RE:   Class Action – Dr. Paul Zidel on behalf of himself and all others similarly
situated,  Plaintiffs v. Allstate Insurance Company and Community Care
Network, Inc., d/b/a CNN, Defendants/Salvatore D. Larusso, D.C. v. Florida
Farm Bureau – U.S. District Court, Southern District of Florida
Case No.:  Consolidated Case 00-6061-CIV-ZLOCH/SNOW and
Case No.:  01-8110

Dear Ms. Kirkland:

This will serve as notification that the following entity wishes to opt out of the proposed
settlement in the aforementioned matter:

Craig Henderson, D.C., P.A.
d/b/a Family Chiropractor
510 B SW 5th Terrace
Williston, FL 32696
FEIN 59 3001495

This notification is being filed on its behalf by its legal representative, Law Office Brian
C. Hogan.

Sincerely,

Brian C. Hogan

BCH/ss
Cc:  Family Chiropractor;
     Carlin Phillips, Esq. and Larry Kopelman, Esq.

AUG 2 0 2007

Law Office of
# BRIAN C. HOGAN, P.A.

**5626 CURRY FORD RD.**
**ORLANDO, FLORIDA 32822**
**Tel (407) 382-8402**
**Fax (407) 382-8446**

August 16, 2007

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Denise Kirkland
Post Office Box 147030
Gainesville, FL 32614

RE:    Class Action – Dr. Paul Zidel on behalf of himself and all others similarly
situated,  Plaintiffs v. Allstate Insurance Company and Community Care
Network, Inc., d/b/a CNN, Defendants/Salvatore D. Larusso, D.C. v. Florida
Farm Bureau – U.S. District Court, Southern District of Florida
Case No.:  Consolidated Case 00-6061-CIV-ZLOCH/SNOW and
Case No.:  01-8110

Dear Ms. Kirkland:

This will serve as notification that the following entity wishes to opt out of the proposed
settlement in the aforementioned matter:

Gainesville Med Spa, P.A.
4750 NW 31st Avenue
Gainesville, FL 32606
FEIN  20 3436130

This notification is being filed on its behalf by its legal representative, Law Office Brian
C. Hogan.

Sincerely,

Brian C. Hogan

BCH/ss
Cc:  Gainesville Med Spa, P.A.;
Carlin Phillips, Esq. and Larry Kopelman, Esq.

AUG 2 0 2007

Law Office of
# BRIAN C. HOGAN, P.A.

5626 CURRY FORD RD.
ORLANDO, FLORIDA 32822
Tel (407) 382-8402
Fax (407) 382-8446

August 16, 2007

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Denise Kirkland
Post Office Box 147030
Gainesville, FL 32614

RE:    Class Action – Dr. Paul Zidel on behalf of himself and all others similarly
situated, Plaintiffs v. Allstate Insurance Company and Community Care
Network, Inc., d/b/a CNN, Defendants/Salvatore D. Larusso, D.C. v. Florida
Farm Bureau – U.S. District Court, Southern District of Florida
Case No.: Consolidated Case 00-6061-CIV-ZLOCH/SNOW and
Case No.: 01-8110

Dear Ms. Kirkland:

    This will serve as notification that the following entity wishes to opt out of the proposed
settlement in the aforementioned matter:

Guy Yves Pelchat, D.C., P.A.
6550 N. Wickham Road, Suite 6
Melbourne, FL 32940
FEIN 59 3389470

    This notification is being filed on its behalf by its legal representative, Law Office Brian
C. Hogan.

Sincerely,

Brian C. Hogan

BCH/ss
Cc: Guy Pelchat, D.C.;
    Carlin Phillips, Esq. and Larry Kopelman, Esq.

AUG 2 0 2007

Law Office of
# BRIAN C. HOGAN, P.A.

**5626 CURRY FORD RD.**
**ORLANDO, FLORIDA 32822**
Tel (407) 382-8402
Fax (407) 382-8446

August 16, 2007

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Denise Kirkland
Post Office Box 147030
Gainesville, FL 32614

> RE:    Class Action – Dr. Paul Zidel on behalf of himself and all others similarly
> situated,  Plaintiffs v. Allstate Insurance Company and Community Care
> Network, Inc., d/b/a CNN, Defendants/Salvatore D. Larusso, D.C. v. Florida
> Farm Bureau – U.S. District Court, Southern District of Florida
> Case No.:  Consolidated Case 00-6061-CIV-ZLOCH/SNOW and
> Case No.:  01-8110

Dear Ms. Kirkland:

This will serve as notification that the following entity wishes to opt out of the proposed
settlement in the aforementioned matter:

Action Chiropractic & Associates, LLC
415-17 E. Michigan Street
Orlando, FL 32806
FEIN  74 2938415

This notification is being filed on its behalf by its legal representative, Law Office Brian
C. Hogan.

Sincerely,

Brian C. Hogan

BCH/ss
Cc:  Action Chiropractic & Associates, LLC;
    Carlin Phillips, Esq. and Larry Kopelman, Esq.

AUG 2 0 2007

Law Office of
# BRIAN C. HOGAN, P.A.

5626 CURRY FORD RD.
ORLANDO, FLORIDA 32822
Tel (407) 382-8402
Fax (407) 382-8446

August 16, 2007

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Denise Kirkland
Post Office Box 147030
Gainesville, FL 32614

RE:    Class Action – Dr. Paul Zidel on behalf of himself and all others similarly
situated, Plaintiffs v. Allstate Insurance Company and Community Care
Network, Inc., d/b/a CNN, Defendants/Salvatore D. Larusso, D.C. v. Florida
Farm Bureau – U.S. District Court, Southern District of Florida
Case No.: Consolidated Case 00-6061-CIV-ZLOCH/SNOW and
Case No.: 01-8110

Dear Ms. Kirkland:

This will serve as notification that the following entity wishes to opt out of the proposed
settlement in the aforementioned matter:

Gator Family Chiropractic, P.A.
120 NW 76th Drive
Gainesville, FL 32607
FEIN 59 3569219

This notification is being filed on its behalf by its legal representative, Law Office Brian
C. Hogan.

Sincerely,

Brian C. Hogan

BCH/ss
Cc: Gator Family Chiropractic;
Carlin Phillips, Esq. and Larry Kopelman, Esq.

AUG 2 0 2007

Law Office of
# BRIAN C. HOGAN, P.A.

**5626 CURRY FORD RD.**
**ORLANDO, FLORIDA 32822**
Tel (407) 382-8402
Fax (407) 382-8446

August 16, 2007

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Denise Kirkland
Post Office Box 147030
Gainesville, FL 32614

RE:    Class Action -- Dr. Paul Zidel on behalf of himself and all others similarly
situated,  Plaintiffs v. Allstate Insurance Company and Community Care
Network, Inc., d/b/a CNN, Defendants/Salvatore D. Larusso, D.C. v. Florida
Farm Bureau -- U.S. District Court, Southern District of Florida
Case No.:  Consolidated Case 00-6061-CIV-ZLOCH/SNOW and
Case No.:  01-8110

Dear Ms. Kirkland:

This will serve as notification that the following entity wishes to opt out of the proposed
settlement in the aforementioned matter:

Travis Wilemon, D.C.
801 NE 25th Avenue
Ocala, FL 34470

This notification is being filed on its behalf by its legal representative, Law Office Brian
C. Hogan.

Sincerely,

Brian C. Hogan

BCH/ss
Cc:  Pitts Chiropractic;
Carlin Phillips, Esq. and Larry Kopelman, Esq.

AUG 2 0 2007

Law Office of
# BRIAN C. HOGAN, P.A.

**5626 CURRY FORD RD.**
**ORLANDO, FLORIDA 32822**
Tel (407) 382-8402
Fax (407) 382-8446

August 16, 2007

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Denise Kirkland
Post Office Box 147030
Gainesville, FL 32614

> RE:    Class Action – Dr. Paul Zidel on behalf of himself and all others similarly
> situated,  Plaintiffs v. Allstate Insurance Company and Community Care
> Network, Inc., d/b/a CNN, Defendants/Salvatore D. Larusso, D.C. v. Florida
> Farm Bureau – U.S. District Court, Southern District of Florida
> Case No.:  Consolidated Case 00-6061-CIV-ZLOCH/SNOW and
> Case No.:  01-8110

Dear Ms. Kirkland:

This will serve as notification that the following entity wishes to opt out of the proposed
settlement in the aforementioned matter:

> High Springs Family Chiropractic, Inc.
> 18245 NW US Hwy 441
> High Springs, FL 32643
> FEIN  59 3688677

This notification is being filed on its behalf by its legal representative, Law Office Brian
C. Hogan.

Sincerely,

Brian C. Hogan

BCH/ss
Cc:  High Springs Family Chiropractic;
     Carlin Phillips, Esq. and Larry Kopelman, Esq.

AUG 2 0 2007

Law Office of
# BRIAN C. HOGAN, P.A.

5626 CURRY FORD RD.
ORLANDO, FLORIDA 32822
Tel (407) 382-8402
Fax (407) 382-8446

August 16, 2007

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Denise Kirkland
Post Office Box 147030
Gainesville, FL 32614

      RE:    Class Action – Dr. Paul Zidel on behalf of himself and all others similarly
              situated, Plaintiffs v. Allstate Insurance Company and Community Care
              Network, Inc., d/b/a CNN, Defendants/Salvatore D. Larusso, D.C. v. Florida
              Farm Bureau – U.S. District Court, Southern District of Florida
              Case No.: Consolidated Case 00-6061-CIV-ZLOCH/SNOW and
              Case No.: 01-8110

Dear Ms. Kirkland:

    This will serve as notification that the following entity wishes to opt out of the proposed
settlement in the aforementioned matter:

The Draney Chiropractic Clinic, Inc.
17 N.W. 33rd Court
Gainesville, FL 32607
FEIN 59 3687652

    This notification is being filed on its behalf by its legal representative, Law Office Brian
C. Hogan.

Sincerely,

Brian C. Hogan

BCH/ss
Cc: Draney Chiropractic Clinic;
    Carlin Phillips, Esq. and Larry Kopelman, Esq.

AUG 2 0 2007

Law Office of

# BRIAN C. HOGAN, P.A.

5626 CURRY FORD RD.
ORLANDO, FLORIDA 32822
Tel (407) 382-8402
Fax (407) 382-8446

August 16, 2007

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Denise Kirkland
Post Office Box 147030
Gainesville, FL 32614

RE:   Class Action – Dr. Paul Zidel on behalf of himself and all others similarly
      situated,  Plaintiffs v. Allstate Insurance Company and Community Care
      Network, Inc., d/b/a CNN, Defendants/Salvatore D. Larusso, D.C. v. Florida
      Farm Bureau – U.S. District Court, Southern District of Florida
      Case No.: Consolidated Case 00-6061-CIV-ZLOCH/SNOW and
      Case No.: 01-8110

Dear Ms. Kirkland:

      This will serve as notification that the following entity wishes to opt out of the proposed
settlement in the aforementioned matter:

Munday Chiropractic Clinic, P.A.
6645 N. Socrum Loop Road
Lakeland, FL 33809
FEIN  01 0640278

      This notification is being filed on its behalf by its legal representative, Law Office Brian
C. Hogan.

Sincerely,

Brian C. Hogan

BCH/ss
Cc:  Munday Chiropractic Clinic, P.A.;
      Carlin Phillips, Esq. and Larry Kopelman, Esq.

AUG 2 0 2007

Law Office of
# BRIAN C. HOGAN, P.A.

5626 CURRY FORD RD.
ORLANDO, FLORIDA 32822
Tel (407) 382-8402
Fax (407) 382-8446

August 16, 2007

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
Denise Kirkland
Post Office Box 147030
Gainesville, FL 32614

RE:    Class Action -- Dr. Paul Zidel on behalf of himself and all others similarly
       situated,  Plaintiffs v. Allstate Insurance Company and Community Care
       Network, Inc., d/b/a CNN, Defendants/Salvatore D. Larusso, D.C. v. Florida
       Farm Bureau -- U.S. District Court, Southern District of Florida
       Case No.:  Consolidated Case 00-6061-CIV-ZLOCH/SNOW and
       Case No.:  01-8110

Dear Ms. Kirkland:

       This will serve as notification that the following entity wishes to opt out of the proposed
settlement in the aforementioned matter:

                Chiropractic Associates of Gainesville, Richeson and Suggs, P.A.
                             3703 SW13th Street
                             Gainesville, FL 32608
                             FEIN  59 1856700

       This notification is being filed on its behalf by its legal representative, Law Office Brian
C. Hogan.

                                   Sincerely,

                                   Brian C. Hogan

BCH/ss
Cc:  Chiropractic Associates of Gainesville;
     Carlin Phillips, Esq. and Larry Kopelman, Esq.

AUG 2 0 2007

Law Office of
## BRIAN C. HOGAN, P.A.

5626 CURRY FORD RD.
ORLANDO, FLORIDA 32822
Tel (407) 382-8402
Fax (407) 382-8446

August 16, 2007

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
Denise Kirkland
Post Office Box 147030
Gainesville, FL 32614

      RE:    Class Action – Dr. Paul Zidel on behalf of himself and all others similarly
              situated, Plaintiffs v. Allstate Insurance Company and Community Care
              Network, Inc., d/b/a CNN, Defendants/Salvatore D. Larusso, D.C. v. Florida
              Farm Bureau – U.S. District Court, Southern District of Florida
              Case No.: Consolidated Case 00-6061-CIV-ZLOCH/SNOW and
              Case No.: 01-8110

Dear Ms. Kirkland:

     This will serve as notification that the following entity wishes to opt out of the proposed
settlement in the aforementioned matter:

Pine Castle Chiropractic Center, Inc.
707 E. Oak Ridge Road
Orlando, FL 32809
FEIN 42 1599266

     This notification is being filed on its behalf by its legal representative, Law Office Brian
C. Hogan.

Sincerely,

Brian C. Hogan

BCH/ss
Cc: Pine Castle Chiropractic Center, Inc.;
    Carlin Phillips, Esq. and Larry Kopelman, Esq.

AUG 2 0 2007

Law Office of
# BRIAN C. HOGAN, P.A.

**5626 CURRY FORD RD.**
**ORLANDO, FLORIDA  32822**
Tel (407) 382-8402
Fax (407) 382-8446

August 16, 2007

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Denise Kirkland
Post Office Box 147030
Gainesville, FL 32614

RE:    Class Action – Dr. Paul Zidel on behalf of himself and all others similarly
situated,  Plaintiffs v. Allstate Insurance Company and Community Care
Network, Inc., d/b/a CNN, Defendants/Salvatore D. Larusso, D.C. v. Florida
Farm Bureau – U.S. District Court, Southern District of Florida
Case No.:  Consolidated Case 00-6061-CIV-ZLOCH/SNOW and
Case No.:  01-8110

Dear Ms. Kirkland:

This will serve as notification that the following entity wishes to opt out of the proposed
settlement in the aforementioned matter:

Bruce Chiropractic & Comprehensive Care, PLLC
2135 SW 19th Avenue Road, Suite 101
Ocala, FL 34474
FEIN  20 4042016

This notification is being filed on its behalf by its legal representative, Law Office Brian
C. Hogan.

Sincerely,

Brian C. Hogan

BCH/ss
Cc:  Bruce Chiropractic & Comprehensive Care, PLLC;
      Carlin Phillips, Esq. and Larry Kopelman, Esq.

AUG 2 0 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of himself and
all others similarly situated,

     Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and
COMMUNITY CARE NETWORK, INC.
d/b/a CCN,

     Defendants.

_____

SALVATORE D. LARUSSO, D.C.,

     Plaintiff,

v.

FLORIDA FARM BUREAU

     Defendant.

_____/

00-7163

## NOTICE OF OPTING OUT OF THE
## PROPOSED CLASS ACTION SETTLEMENT

TO:   Denise Kirkland
       P.O. Box 147030
       Gainesville, FL 32614

AUG 1 3 2007

1

DR. MICHAEL G. KEOTAHLIAN, P.A., and MICHAEL KEOTAHLIAN, D.C., by and through their undersigned attorneys, pursuant to Rule 1.220(d)(2)(A), Florida Rules of Civil Procedure, and pursuant to the provisions of the Settlement Agreement, served in the above captioned Class Action lawsuit, opts out of the proposed Settlement, and states as follows:

1.     **DR. MICHAEL G. KEOTAHLIAN, P.A., and MICHAEL KEOTAHLIAN, D.C., (Federal Tax ID # 59-2553511, 9753 South Orange Blossom Trail, Suite 103, Orlando, Florida 32837, Phone: 407/857-3123)** acknowledge receipt of a copy of the Settlement Agreement. **DR. MICHAEL G. KEOTAHLIAN, P.A., and MICHAEL KEOTAHLIAN, D.C.** are members of the Settlement Class, as defined in the Settlement Agreement.

2.     By this Notice of Opting Out, DR. MICHAEL G. KEOTAHLIAN, P.A., and MICHAEL KEOTAHLIAN, D.C., affirmatively state their desire to opt out of the proposed settlement.

3.     DR. MICHAEL G. KEOTAHLIAN, P.A., and MICHAEL KEOTAHLIAN, D.C. are opting out of the proposed settlement because they do not believe that the proposed settlement fully and adequately protects their interests. DR. MICHAEL G. KEOTAHLIAN, P.A., and MICHAEL KEOTAHLIAN, D.C. understand that they will not receive any proceeds of this settlement, and will be required to file individual lawsuits on their own behalf to recover monies owed to them.

AUG 1 3 2007

WHEREFORE, DR. MICHAEL G. KEOTAHLIAN, P.A., and MICHAEL

KEOTAHLIAN, D.C. affirmatively opt out of the proposed settlement, and respectfully

request that this Honorable Court grant them such other and further relief as may be just

and proper.

DATED this 9TH day of August, 2007.

_____
JOHN Z. LAGROW, ESQUIRE
Florida Bar No.: 0157678
JAY M. FISHER, P.A.
875 Concourse Parkway South, Suite 195
Maitland, Florida 32751
(407) 628-3015
FAX: (407) 628-3909

AUG 1 3 2007

3

# PALM BEACH ORTHOPAEDIC INSTITUTE, P.A.

### WWW. PBOI.COM

**Bret O. Baynham, M.D.**
*Pediatric Orthopaedics & Spine Disorders*

**G. Clay Baynham, M.D.**
*Spine Surgery*

**Arthur C. Burdett, M.D.**
*General Orthopaedics*

**Frank F. Cook, M.D.**
*Sports Injuries & Arthroscopy*

**Michael Cooney, M.D.**
*Sports Injuries & Arthroscopy*

**Melisa Estes, M.D.**
*Physical Medicine & Rehabilitation*

**Vincent A. Fowble, M.D.**
*Total Joint Replacement*

**Robert Green, M.D.**
*General Orthopaedics*

**Michael Leighton, M.D.**
*Sports Injuries, Arthroscopy & Total Joint Replacement*

**Edward W. Sandall, M.D.**
*Orthopaedics, Arthroscopy & Total Joint Replacement*

**John Schilero, D.P.M.**
*Foot & Ankle Surgery*

**Ryan W. Simovitch, M.D.**
*Shoulder, Elbow & Arthroscopy*

**Ben R. Thebaut, Jr., M.D.**
*Hand Surgery*

**Bruce Waxman, M.D.**
*General Orthopaedics & Consultations*

**Gary Wexler, M.D.**
*Orthopaedic Surgery & Sports Medicine*

June 15, 2007

Ms. Denise Kirkland
P.O. Box 147030
Gainesville, FL  32614

Re:  Consolidated Case No. 00-6061-CIV-ZLOCH/SNOW
      Case No. 01-8110

Dear Ms. Kirkland:

We do not wish to be a member of the Settlement Class in Dr. Paul Zidel v. Allstate insurance Company and Community Care Network, Inc. v. Florida Farm Bureau.

Palm Beach Orthopaedic Institute, PA
TIN: 65-0327403
*With locations at:*

3401 PGA Blvd.
Suite 500
Palm Beach Gardens, FL 33410
(561) 694-7776

1411 N. Flagler Drive
Suite 9800
West Palm Beach, FL 33401
(561) 694-7776

2055 Military Trail
Suite 200
Jupiter, FL  33458
(561) 694-7776

Sincerely yours,

JUN 2 0 2007

Joseph Perrotto,
Chief Financial Officer

3401 PGA Boulevard, Suite 500, Palm Beach Gardens, FL 33410 • (561) 694-7776 • FAX (561) 694-3099
1411 N. Flagler Drive, Suite 9800, West Palm Beach, FL 33401 • (561) 694-7776 • FAX (561) 833-3046
2055 Military Trail, Suite 200, Jupiter, FL 33458 • (561) 694-7776 • FAX (561) 743-4731



# *Pace Chiropractic Clinic*

4497 Highway 90 • Pace, FL 32571
Phone (850) 994-4058 • Fax (850) 994-4075

July 19, 2007

RE: 00-6061-CIV-ZLOCH/SNOW

Denise Kirkland
P.O. Box 147030
Gainesville, FL 32614

Dear Ms. Kirkland:

The purpose of this letter is to inform you of our decision to opt out of the above mentioned class action law suit. Our federal tax ID number is 59-3218496. Please contact my office should you have questions regarding this matter.

Sincerely,

Scott H. Arnold, D.C.
DACNB, CCSP

JUN 2 2 2007

DBA: Pace Chiropractic Clinic



# WOLVERINE

## ANESTHESIA CONSULTANTS, M.D., P.A.
P.O. BOX 4918 ORLANDO, FLORIDA 32802-4918 TEL 407.872.2244 FAX 407.316.8699

June 11, 2007

Denise Kirkland
P.O. Box 147030
Gainesville, FL 32614

Re: Zidel vs. Allstate Insurance Company

Dear Ms. Kirkland:

Please accept this letter as written notice that Wolverine Anesthesia Consultants, M.D., P.A. does not wish to participate in the above named class action suit. For your records, our tax identification number is 59-3537483.

If you have any questions, please contact me at 407/872-2244, ext. 120.

Yours sincerely,

Teresa Waterman, PHR
Office Manager
Wolverine Anesthesia Consultants, M.D., P.A.

JUN 1 4 2007

STEVEN L. APPELBLATT, M.D.   MELANIE K. CROSS, M.D.   PAUL M. FINER, M.D.   JAY D. GEWOLB, M.D.
PETER S. JIANG, M.D.   RAFAEL G. MONTALVO M.D.   SANDEEP MUKERJEE, M.D.   ROGER S. MURBACH, M.D.   YONG T. OH, M.D.
GREGORY C. SCHREIBER, M.D.   DAVID T. SMITH, JR., M.D.

## *Khoury Medical Institute*
## *Osteoporosis Regional Center*

5805 Whitfield Ave
Sarasota, FL 34243
(941) 359-3337
(941) 359-1583 Fax

Suhail A. Khoury, Ph.D., M.D.
Internal Medicine
Board Certified

Paula Bedo, ARNP

June 14, 2007

Denise Kirkland
PO Box 147030
Gainesville, FL 32616

Dear Denise Kirkland,

I do not want to be part of the Settlement Class in consolidated case no. 00-6061-CIV-ZLOCH/SNOW. The information that you have requested about me follows:

| | |
|---|---|
| Name | Suhail A. Khoury, Ph.D., M.D. |
| Business Name | University Parkway Medical Clinic, Inc |
| DBA Name | Khoury Medical Institute |
| Address | 5805 Whitfield Ave |
| | Sarasota, FL 34243 |
| Phone | 941-359-3337 |
| TAX ID | 65-0271175 |

Sincerely,

JUN 1 8 2007

Suhail A. Khoury, Ph.D., M.D.



June 14, 2007


Denise Kirkland
P.O. Box 147030
Gainesville, FL  32614

Re:  Consolidated Case No 00-6061-CIV-ZLOCH/SNOW

Please accept this signed statement as our election to opt out of the Settlement and the Settlement
Classes for the following entity:

Florida Medical Associates dba All Family Clinic of Daytona Beach, Inc.
386-248-0107
Federal Tax ID #  59-3393219
1040 Mason Avenue, Daytona Beach, FL  32117

Frank S. Alvarez Jr., M.D.  Medical Director


JUN 1 8 2007


Frank S Alvarez Jr., M.D.


1040 Mason Avenue
Daytona Beach, FL 32117
(386) 248-0107
fax (386) 248-0109

1051 Town Center Drive
Orange City, FL 32763
(386) 774-8444
fax (386) 774-8735

# WEINSTEIN & ASSOCIATES, P.A.

ATTORNEYS AND COUNSELORS AT LAW

ANDREW J. WEINSTEIN
ATTORNEY AT LAW
MEMBER FLORIDA & FEDERAL BARS

DANIELLE LEO
MEMBER FLORIDA BAR

1515 UNIVERSITY DRIVE, SUITE 103
CORAL SPRINGS, FLORIDA 33071
TELEPHONE: (954) 757-7500
FAX: (954) 757-8660

July 10, 2007

Denise Kirkland
P.O. Box 147030
Gainesville, Florida 32614

RE:    Dr. Paul Zidel v. Allstate Insurance Company Class Action
       Salavatorre D. Larusso, D.C. v. Florida Farm Bureau Class Action
       Case No.: 01-8110 Consolidated Case No.: 00-6061-CIV-ZLOCH/SNOW

Dear Counselors:

Please be advised that the healthcare providers named below do not want to be a member of the Settlement Classes and accordingly, elect to opt out of same.

- Damadian MRI in Pompano Beach, P.A.
  d/b/a Stand Up MRI of Fort Lauderdale
  4616 North Federal Highway
  Fort Lauderdale, FL 33308
  FEIN #65-0637743

JUL 1 3 2007

- Stand-Up MRI of Boca Raton, P.A.
  f/n/a Deerfield MRI
  1850 West Hillsboro Boulevard
  Deerfield, Beach, Florida 33442
  FEIN #65-0256103

- Stand-Up MRI Diagnostic Center, P.A.,
  f/n/a Damadian Diagnostics, d/b/a Daytona Beach MRI
  555 West Granada Boulevard
  Ormond Beach, Florida 32174
  FEIN #59-3097338

- Stand-Up MRI of Miami, Inc.
  1661 SW 37th Avenue
  Miami, Florida 33145
  FEIN #37-1448603

Denise Kirkland
Page 2

- Damadian MRI in Orlando, Inc.
  D/b/a Stand-Up MRI of Orlando
  2010 South Orange
  Orlando, Florida 32806
  FEIN #59-3357390

- Stand-Up MRI of Tallahassee
  f/n/a Tallahassee MRI
  2332 Capital Circle NE
  Tallahassee, Florida 32308
  FEIN #59-3026608

- Stand-Up MRI of Tampa, LLC
  2605 West Kennedy Boulevard
  Tampa, Florida 33609
  FEIN #77-0652675

Counsel for the above entities:

Andrew J. Weinstein, Esquire
Weinstein & Associates, P.A.
1515 University Drive
Suite 103
Coral Springs, Florida 33071

JUL 1 3 2007

Should you have any questions, please feel free to contact me.

Sincerely,

WEINSTEIN & ASSOCIATES, P.A.

Andrew J. Weinstein, Esquire
AJW/mt

Cc:
Laurie Randazzo, Health Management Corporation of America
Carmen Delgado, Integrity Healthcare Management, Inc.



# ISLAND CHIROPRACTIC CENTER
### KATHLEEN GOERG, D.C.

"2005 Small Business Person of the Year"

3612 East Bay Drive
Holmes Beach, FL 34217
Telephone: (941) 778-0722
Fax: (941) 779-0722

June 20, 2007

Denise Kirkland
P.O. Box 147030
Gainesville, Fl. 32614

Dear Denise:

I wish to opt-out of the settlement Consolidated Case No. 00-6061-CIV-ZLOCH/SNOW.

Dr. Kathleen Goerg
Island Chiropractic Center
3612 East Bay Drive
Holmes Beach, Fl. 34217
941-778-0722
EIN: 02-0568858

JUN 2 5 2007

Sincerely,

# Eye Specialists
of Mid•Florida, P.A.

**OPHTHALMOLOGY**
BOARD CERTIFIED EYE SURGEONS

**DANIEL W. WELCH, M.D.**
CATARACT / LASER SPECIALIST

**DAVID M. LOEWY, M.D.**
CATARACT / LASER SPECIALIST
LASIK SPECIALIST

**SCOTT E. KLEIN, D.O.**
GLAUCOMA / LASER SPECIALIST

**OPTOMETRY**
BOARD CERTIFIED

JOHN D. TIVNAN, O.D.
THOMAS W. BRINTON, O.D.
JOHN L. DAVIDSON, O.D.
EDWARD J. ATTAWAY, O.D.
VALERIE L. MOULDS, O.D.
TERRANCE W. HAFNER, O.D.
DAVID N. BURRY, O.D.
WILLIAM J. CORKINS, O.D.

**OFFICES**

407 AVENUE K, S.E.
WINTER HAVEN, FL 33880
863/294-3504 OR 863/293-4114

100 PATTERSON ROAD
US HWY. 27, NORTH
HAINES CITY, FL 33844
863/422-4429

5032 US 27 N.
SEBRING, FL 33870
863/382-3900

210 US 27, NORTH
AVON PARK, FL 33825
863/453-3850

410 S. SIXTH AVENUE
WAUCHULA, FL 33873
863/773-3322

1450 CHALET SUZANNE ROAD
LAKE WALES, FL 33859
863/676-2008

1050 US 27 N., SUITE 1
CLERMONT, FL 34714
352/394-8705

TOLL-FREE IN FLORIDA
800/282-3937

July 20, 2007

Denise Kirkland
PO Box 147030
Gainesville, Fl  32614

Re:  Consolidated Case No. 00-6061-CIV-ZLOCH/SNOW

Dear Ms. Kirkland:

We are in receipt of the Notice Of  Proposed Settlement for the above referenced case.

We do not have any record of services provided to any insured from Florida Farm Bureau Casualty Insurance Company or Florida Farm Bureau General Insurance Company between January 1, 1998 through August 1, 2003 and, therefore, choose to opt out of the settlement.

Eye Specialists of Mid-Florida, PA
407 Avenue K SE
Winter Haven, Florida 33880
(863) 294-3504
TID – 59-1268685

JUL 2 5 2007

Thank you.

*Joyce Zajkowski*
Joyce Zajkowski
Director of Patient Accounts



# STEVEN O. GAETA, D.C.

2344 Bee Ridge Road, Suite 110 • Sarasota, Florida 34239
TELEPHONE 941-921-7778 • FAX 941-925-3739

July 20, 2007

Steven O Gaeta DC dba Gaeta Chiropractic
2344 Bee Ridge Road Suite 110
Sarasota Florida 34239
Tele:   (941) 921-7778
Federal tax id#:   65-0713743

JUL 2 5 2007

Please accept this **OPT OUT" FORM** as proof or my intentions to be excluded from
The Class Action settlement in
**CONSOLIDATED CASE NO.  00-6061 CIV-ZLOCH./SNOW**

Steven O Gaeta, D.C.



# LAKELAND ORTHOPAEDIC CLINIC

Orthopaedic Surgery • Sports Medicine • Joint Replacement

1301 Grasslands Blvd.
Post Office Box 907 • Lakeland, FL 33802-0907
Telephone 863/688-8401 • FAX 863/682-3659
www.lakelandortho.com

**F. Mark Goodwin, M.D.**    Diplomate of American Board of Orthopaedic Surgery

20    June    2007

Denise Kirkland
P O Box 147030
Gainesville FL 32614

Re: Florida Farm Bureau
    Notice of Proposed Settlement

Dear Ms. Kirkland:

Lakeland Orthopaedic Clinic does not wish to participate in the proposed Settlement
Consolidated Case No. 00—6061-CIV-ZLOCH/SNOW.

Lakeland Orthopaedic Clinic
1301 Grasslands Blvd
Lakeland Fl 33803-5401

JUN 2 7 2007

Tax ID: 59-1288912

Phone: 863-688-8401

Sincerely,

*F. Mark Goodwin, MD*

F. Mark Goodwin, M.D.

Since 1967

# Florida Pain & Wellness Centers, Inc.

Physical Address: 5243 East Colonial Drive, Orlando FL 32807
Mailing Address: P.O. Box 1906, Windermere, FL 34786
Phone #: (407)275-9335  Fax #: (407)275-9991

7007 0220 0000 3212 3719

7-10-07

Denise Kirkland
PO Box 147030
Gainesville FL  32614

RE:    Class Action Settlement
       00-6061-CIV-ZLOCH/SNOW
       VS.  Florida Farm Bureau

To Whom It May Concern:

Please find this letter as not wanting to be a member of the above settlement class suit.  I am opting not to participate.

My tax ID#:20-3660719
My name is :  Randy Wilds, DC

Thank you,

JUL 1 2 2007

Randy Wilds, DC

JUL 1 2 2007

## Dr. Ihan Rodriguez

Advanced Health Care Group, Inc.
Physical Address: 711 East Oak Street, Kissimmee, FL 34744
Mailing Address: P.O. Box 2820, Windermere, FL 34786
Phone #: (407) 933-1500 Fax #: (407) 933-1504

7007 0220 0000 3212 3726

Denise Kirkland
PO Box 147030
Gainesville, FL 32614

RE:     Class Action Settlement
        00-6061-CIV-ZLOCH/SNOW
        Vs.  Florida Farm Bureau

7-10-07

To Whom It May Concern:

Please find this letter as not wanting to be a member of the above settlement class suit.  My company is
opting not to participate.

The following providers are attached to my tax ID:  59-3535383

Dr. Ihan Rodriguez
Dr. Tashia Reid
Dr. Himagiri Ravi

JUL 1 2 2007

Thank you,

Ihan Rodriguez,DC


Ihan Rodriguez, DC          Tashia Reid, DC                    Himagiri Ravi, MD

JUL 1 2 2007