UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and COMMUNITY CARE NETWORK, INC., d/b/a CCN,

    Defendants
_____/

SALVATORE D. LARUSSO, D.C.              CASE NO. 01-8110

v.

FLORIDA FARM BUREAU,
_____/

**JOINT MOTION FOR ENTRY OF FINAL JUDGMENT AND FOR CANCELLATION OF FINAL FAIRNESS HEARING SET FOR SEPTEMBER 17, 2007**

    Plaintiff SALVATORE LARUSSO, D.C. ("Plaintiff") and Defendants FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY and FLORIDA FARM BUREAU GENERAL INSURANCE COMPANY ("Defendants"), by their undersigned counsel, hereby jointly move this Court to cancel the Final Fairness Hearing set for September 17, 2007 and to enter final judgment in this cause and state:

    1.    On May 16, 2007, this Court entered an Order of Preliminary Approval of Settlement Agreement, preliminarily approving this class action settlement [DE 1191].

    2.    Pursuant to the Order, Notice was sent to all Class Members within 30 days of the entry of the Order.

    3.    Pursuant to the terms of the Order and the Settlement Agreement and Stipulation,

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

the Settlement Administrator delivered Notice of the settlement to all class members to the extent such class members could be identified with reasonable diligence.

4. As of September 5, 2007, 35 Class Members have opted out of the settlement. [DE 1192].

5. Pursuant to this Court's Order of Preliminary Approval, the deadline for submission of written objections to the Class Action Settlement was August 17, 2007. To date, no written objections have been filed with the Court or provided to Class Counsel or counsel for the Defendants.

6. In the Notice, all Class Members were notified that if no objections were timely filed, the parties could submit a Notice to the Court and request that the Court immediately enter a final judgment approving the Settlement and canceling the Final Fairness Hearing.

7. Therefore, Plaintiff and Defendants hereby jointly request that this Court enter a final judgment approving the settlement, certifying the Settlement Class for purposes of the Settlement, preventing members of the Settlement Class from asserting certain claims against Defendants in the future, approving the incentive premium to the Class Representative, approving the Application for Attorney's Fees and Costs, and canceling the Final Fairness Hearing set for September 17, 2007.

8. Since there have been no objections filed, the Final Fairness Hearing is no longer necessary.

9. A proposed Order granting the relief requested herein is attached hereto as Exhibit "1."

10. A proposed Final Judgment is attached hereto as Exhibit "2."

WHEREFORE, Plaintiff SALVATORE LARUSSO, D.C. and Defendants FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

FARM BUREAU CASUALTY INSURANCE COMPANY and FLORIDA FARM BUREAU GENERAL INSURANCE COMPANY jointly request this Court enter an Order canceling the Final Fairness Hearing and enter the proposed Final Judgment submitted together herewith.

### CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated:  September 7, 2007  
       Boca Raton, FL

Respectfully submitted,

_____  
ERIC LEE (Fl. Bar No. 961299)  
lee@leeamlaw.com  
Lee & Amtzis, P.L.  
5550 Glades Road, Suite 401  
Boca Raton, FL 33431  
Telephone: 561-981-9988  
Facsimile: 561-981-9980  
Counsel for Plaintiff

--and--

*/S/*Greg Baldwin  
Greg Baldwin, Esq. (Fl. Bar No. 527394)  
gbaldwin@hklaw.com  
Holland & Knight, LLP  
701 Brickell Avenue, Suite 3000  
Miami, FL 33131  
Telephone:  (305) 374-8500  
Facsimile:  (305) 789-7799