UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of himself
and all others similarly
situated,

    Plaintiffs,
v.

ALLSTATE INSURANCE COMPANY, and COMMUNITY
CARE NETWORK, INC., d/b/a CCN,

    Defendants
_____/

SALVATORE D. LARUSSO, D.C.             CASE NO. 01-8110

v.

FLORIDA FARM BUREAU,
_____/

**ORDER GRANTING JOINT MOTION FOR ENTRY OF FINAL JUDGMENT AND CANCELING FINAL FAIRNESS HEARING SET FOR SEPTEMBER 17, 2007**

THIS CAUSE having come before this Court on the parties' Joint Motion for Entry of Final Judgment and for Cancellation of Final Fairness Hearing set for September 17, 2007 (the "Joint Motion") and the Court having reviewed the motion and being otherwise duly advised, it is thereupon

ORDERED and ADJUDGED that the Joint Motion is hereby GRANTED. Class members were notified that if no objections were filed, the parties could submit a notice to the court and request that the Court immediately enter a final judgment approving the settlement and cancel the Final Fairness Hearing.

There have been no objections to the settlement. Accordingly, this Court hereby cancels the Final Fairness Hearing set for September 17, 2007. The Court will enter a separate final judgment in accordance with the parties' settlement agreement.

DONE and ORDERED in chambers at Fort Lauderdale, Broward County, Florida this _____ September, 2007.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished to:

All counsel of record