UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06061-CIV-ZLOCH

DR. PAUL ZIDEL, on behalf of
himself and all others
similarly situated,

    Plaintiffs,

vs.     **O R D E R**

ALLSTATE INSURANCE COMPANY,
and COMMUNITY CARE NETWORK,
INC., d/b/a CCN,

    Defendants.
_____/

SALVATORE D. LARUSSO, D.C.     Case No.: 01-8108-CIV-ZLOCH
d/b/a FAMILY CHIROPRACTIC
CENTER, on behalf of himself
and all others similarly
situated,

    Plaintiffs,

vs.

NATIONWIDE MUTUAL INSURANCE
COMPANY, et al.,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Parties' Joint Motion For Entry Of Final Judgment And For Cancellation Of Final Fairness Hearing Set For September 17, 2007 (DE 1193). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the Parties' Joint Motion For Entry Of Final Judgment And For Cancellation Of Final Fairness Hearing Set For

September 17, 2007 (DE 1193) be and the same is hereby **GRANTED** as follows:

    1. The Final Fairness Hearing set for September 17, 2007, at 10:00 a.m., be and the same is hereby **CANCELED**;

    2. Final Judgment shall be entered by separate Order of the Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____14th____ day of September, 2007.

                                           WILLIAM J. ZLOCH
                                           United States District Judge

Copies furnished to:

All Counsel of Record