IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CONSOLIDATED CASE NO. 00-6061-CIV-FERGUSON/SNOW

DR. PAUL ZIDEL, on behalf of himself
And others imilarly situated,

    Plaintiffs,

-vs-

ALLSTATE INSURANCE COMPANY,

    Defendant/Third Party Plaintiff,

-vs-

COMMUNITY CARE NETWORK, INC.,
Doing business as CNN,

    Third Party Defendant.
_____/

THE CHIROPRACTIC CENTRE, INC.,
    01-6782
on behalf of itself and all others similarly situated,

    Plaintiffs,

-vs-

SUPERIOR INSURANCE COMPANY,

    Defendant.
_____/

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT,
SUPERIOR INSURANCE COMPANY**

COME NOW the undersigned attorneys and file this Notice of Appearance on behalf of the Defendant, SUPERIOR INSURANCE COMPANY.

Copies of all future pleadings, etc., should be directed to the undersigned.

I HEREBY CERTIFY that on the 17th day of September, 2007 the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and a copy mailed to the persons on ther attached Mailing List.

>PURDY & FLYNN, P.A.
>Attorneys for
>1848 Southeast First Avenue
>Fort Lauderdale, FL  33316
>Telephone No. (954) 356-0008
>Facsimile No. (954) 356-0017
>
>
>By:   s/Rose-Ann Flynn
>    ROSE-ANN FLYNN
>    Florida Bar No. 0503649
>    raflynn@purdyflynn.com
>
>
>By:  s/ Craig J. Trocino
>    CRAIG J. TROCINO
>    Florida Bar No. 996270
>    trocino@earthlink.net

# MASTER SERVICE LIST
## (Consolidated Case No. 00-6061-Civ-FERGUSON/SNOW)
### (Updated October 19, 2006)

### CO-LEAD COUNSEL FOR PLAINTIFFS:

**LEE & AMTZIS, P.L.**
*Eric Lee, Esq.*
lee@leeamlaw.com
5550 Glades Road, Suite 401
Boca Raton, FL 33431
(561) 981-9988
(561) 981-9980 Facsimile

**GOLD & COULSON**
*Arthur S. Gold, Esq.*
asg@gcjustice.com
11 S. LaSalle Street, Suite 2500
Chicago, 1L 60603
(312) 372-0777
(312) 372-0778 Facsimile

**PHILLIPS & GARCIA**
*Andrew Garcia, Esq.*
agarcia@phillipsgarcia.com
*Carlin Phillips, Esq.*
cphillips@phillipsgarcia.com
Attorneys at Law
13 Ventura Drive
North Darthmouth, MA 02747
(508) 998-0800
(508) 998-0919 Facsimile

**KOPELMAN & BLANKMAN, PA**
*Larry Kopelman, Esq.*
lmk@kopelblank.com
*Douglas Blankman, Esq.*
dab@kopelblank.com
350 E. Las Olas Blvd., Suite 980
Fort Lauderdale, FL 33301
(954) 462-6855
(954) 462-6899 Facsimile

### CO-COUNSEL FOR PLAINTIFFS:

*Susan L. Lawson, Esq.*
personalinjurylawyer@earthlink.net
230 East Davis Boulevard, Suite 200
Tampa, FL 33606
(813) 251-5297
(813) 251-5786 Facsimile

**RICHARD BOKOR, PA**
*Richard Bokor, Esq.*
richard@bokorlaw.com
230 East Davis Boulevard
Tampa, FL 33606
(813) 251-1000
(813) 254-6327 Facsimile

*Casey Fundaro, Esq.*
fundaro@aol.com
1100 5th Avenue South, Suite 201
Naples, FL 34102
(954) 435-7995
(954) 462-2835 Facsimile

**ATLAS PEARLMAN, P.A.**
*Jan Douglas Atlas, Esq.*
atlas@atlaslaw.com
*Robin Corwin Campbell, Esq.*
campbell@atlaslaw.com
350 East Las Olas Blvd., Suite 1700
Ft. Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile

### COUNSEL FOR:
### ALLSTATE, FIDELITY AND CASUALTY, CONTINENTAL. DEERBROOK:

**RUMBERGER, KIRK & CALDWELL**
*David B. Shelton, Esq.*
dshelton@rumberger.com
Lincoln Plaza, Suite 1400

300 S. Orange Avenue (32801)  
Post Office **Box** 1873  
Orlando, Florida 32802-1873  
(407) 839-4511  
(407) 841-2133 Facsimile  
**MECKLER BULGER & TILSON LIP**  
*Peter J. Valeta, Esq.*  
*Peter.valeta@mbtlaw.com*  
123 North Wacker Drive, Suite 1800  
Chicago, IL 60606  
**(312) 474-7895**  
**(312) 474**-7898 Facsimile  

COUNSEL FOR **BEECH STREET AND ADP:**  
**TEW, CARDENAS, et al.**  
*John M Quaranta, Esq.*  
jmq@tewla.com  
Four Season's Tower, 15th Floor 1441 Bricked Avenue  
Miami, FL 33131  
(305) 539-2495  
(305) 536-1116 Facsimile  

**COUNSEL FOR PROGRESSIVE:**

**ANANIA, BANDKLAYDER, et al.** *Francis Anania, Esq.*  
fanania@anania-law.com  
*Donald A. Blackwell, Esq.*  
dblackwell@Anania-law.com  
NationsBank Tower, Suite 4300 100 Southeast Second Street  
Miami, Florida 33131  
(305) 373-4900  
(305) 373-6914 Facsimile  

**COUNSEL FOR CCN: MCGUIRE WOODS, LLP**  
William W. Deem, Esq.  
wdeem@mcquirewoods.com  
3300 Bank of America Tower 50 North Laura Street  
Jacksonville, FL 32202  
(904) 798-3200  
(904) 798-3207 Facsimile  

**KENNY, NACHWALTER, SEYMOUR, ARNOLD, CRITCHLOW & SPECTOR**  
Richard H. Critchlow, Esq.  
rhc@knsacs.com  
Robert D.W. Landon, III  
rdl@knsacs.com  
1100 Miami Center  
201 S. Biscayne Blvd.  
Miami, FL 33131

(305) 373-1000
(305) 372-1861 Facsimile

<u>COUNSEL FOR NATIONWIDE:</u> FOWLER, WHITE, et al.

**Katherine** C. *Lake, Esq.*
*klake@fowlerwhite.com*
Post Office Box 1438 Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

SWARTZ CAMPBELL DETWEiLER *James* C. *Haggerty, Esq.*
haggerty@scdlaw.com
*Hope Lester, Esq.*
hlester@scdlaw.com
1601 Market Street
34th Floor
Philadelphia, PA 19103-2316
(215) 299-4314
(215) 299-4301 Facsimile

<u>COUNSEL FOR FLORIDA FARM BUREAU:</u>

**HOLLAND** & **KNIGHT, LLP**

*Robert K Levenson, Esq.*
*rlevenson@hklaw.com*
Greg Balwin, Esq.
gbaldwin@hklaw.com
701 Brickeil Avenue, Suite 3000 Miami, FL 33131
(305) 374-8500
(305) 789-7799 Facsimile

<u>COUNSEL FOR LIBERTY MUTUAL:</u> AKERMAN, SENTERFITT et at.

Mark Shapiro, Esq.
mshapiro@akerman.com
Esq. mshapiroAakernnan.com   SunTrust international Center 28th
Floor
One Southeast Third Avenue Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

| | |
|---|---|
| *COUNSEL FOR:* <br> <u>HARTFORD. METROPOLITAN, INTEGON:</u> | *AKERMAN, SENTERFITT et al.* <br> *Marcy Levine Aldrich, Esq.* <br> *marcy.aldrich@akerman.com* |

*Eric Greenwald, Esq.*
*egreenwald@akerman.com*
*Nancy Cooperthwalte, Esq.*
*ncooperthwaite@akerman.com*
SunTrust International Center 28th Floor
One Southeast Third Avenue Miami, FL 33131
(305) 374-5600
(305) 374-5095 Facsimile

### COUNSEL FOR METROPOLITAN: SONNENSCHEIN, NATH & ROSENTHAL

*Jeffrey P. Lennard, Esq.*
jpl@sonnenschein.com
8000 Sears Tower
Chicago, IL 60606
(312) 876-8152
(312) 876-7934 Facsimile

### COUNSEL FOR SUPERIOR:

**BUTLER PAPPAS WEIHMULLER** KATZ CRAIG LLP *Alan J. Nisberg, Esq.*
anisberg@bbplaw.com
One Harbour Place, Suite 500
777 S. Harbour Island Blvd.
Tampa, FL 33602
(813) 281-1900
(813) 281-0900 Facsimile

**COUNSEL FOR PRUDENTIAL:**

**BUTLER PAPPAS WEIHMULLER** KATZ CRAIG LIP Kathy J. Maus, Esq.
kmaus@bbplaw.corn
Lauren D. Levy, Esq.
llevy@bbplaw.com
3520 Thomasville Road, Suite 102 Tallahassee, FL 32308
(850) 894-4111
(850) 894-4999 Facsimile

**SHEA & GARDNER**
*John D. Aldock, Esq.*
*jaidock@SheaGardner.co*
*Michael Isenman, Esq.* misenman@SsheaGardner.corn  *Lisa Harrison, Esq.*
*lharrison@sheagardner.com*
1800 Massachusetts Ave., N.W., 8th Floor Washington, D.C. 20036  (202) 828-2000
(202) 828-2195 Facsimile

*COUNSEL FOR AMERICAN INTERNATIONAL:*

**CONROY, SIMBERG, GANON, KREVANS & ABEL, PA.**
*Dale L Friedman, Esq.*
*dfriedman@csglaw.com*
 *Brian P. Knight, Esq.*
*bknight@csglaw.com*
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
(954) 961-1400
(954) 967-8577 Facsimile