# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 16, 2007

Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI FL 33128-7788



**Appeal Number: 02-15544-AA**
Case Style: David A. Napoli v. Allstate Insurance Co.
District Court Number: 00-06061 CV-WJZ
SECONDARY CASE NO: 01-06778 CV-WDF

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Shirley M. Brown (404) 335-6170

This appeal is consolidated with 02-16054-AA/David A. Napoli v. Allstate Insurance Company.

Encl.

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT



_____

02-15544-AA

_____

ULTRA OPEN MRI CORPORATION,
SALVATORE D. LARUSSO, D.C., d.b.a. Family
Chiropractic Center, on behalf of himself and all
others similarly situated,

                                                  Plaintiffs-Appellees,

versus

FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY,
PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

                                                  Defendants-Appellants.

_____

02-16054-AA

_____

PAUL ZIDEL,
SALVATORE D. LARUSSO, D.C., d.b.a. Family
Chiropractic Center, on behalf of himself and all
others similarly situated,
ET AL.,

                                                  Plaintiffs-Appellees,

versus

ALLSTATE INSURANCE COMPANY,

                        Defendant-Third Party-
                        Plaintiff-Appellant,

ALLSTATE INDEMNITY COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
ET AL.,

                        Defendants-Appellants,

COMMUNITY CARE NETWORK, INC.,

                        Defendant-Third Party-
                        Defendant-Appellant.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE:  WILSON and PRYOR, Circuit Judges.

BY THE COURT:

The motion by Defendant-Appellant Florida Farm Bureau Casualty Insurance Company to dismiss its appeal in Appeal No. 02-16054 due to settlement, with the parties to bear their own fees and costs except as otherwise provided in the final approval order and judgment, is GRANTED. This dismissal shall not affect the appeal of any party other than Florida Farm Bureau Casualty Insurance Company.