UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and COMMUNITY CARE NETWORK, INC., d/b/a CCN,

    Defendants
_____/

SALVATORE D. LARUSSO, D.C.          CASE NO. 01-8110

v.

FLORIDA FARM BUREAU,
_____/

## NOTICE OF FILING OF SETTLEMENT ADMINISTRATOR'S AFFIDAVIT

Defendants Florida Farm Bureau Casualty Insurance Company and Florida Farm Bureau General Insurance Company (collectively "FFB") hereby give notice of filing the attached Settlement Administrator's Affidavit, which shall satisfy FFB's obligation to file a verified accounting of settlement payments.

Miami, Florida
January 18, 2008

                                  Respectfully submitted,

                                  /s/ Greg Baldwin, Esq.
                                Greg Baldwin, Esq.
                                e-mail: gregory.baldwin@hklaw.com
                                Holland & Knight, LLP
                                701 Brickell Avenue, Suite 3000
                                Miami, FL 33131
                                Telephone: (305) 374-8500
                                Facsimile: (305) 789-7799

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that on January 18, 2008, the foregoing document is being served on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Stephen P. Warren
Stephen P. Warren

Eric Lee, Esq.
LEE & AMTZIS, P.L
5550 Glades Road, Suite 401
Boca Raton, FL 33431
Telephone:   (561) 981-9988
Facsimile:   (561) 981-9980

Larry Kopelman, Esq.
Douglas Blankman, Esq.
KOPELMAN & BLANKMAN, P.A.
350 East Las Olas Boulevard
Suite 980
Fort Lauderdale, FL 33301
Telephone:   (954) 462-6855
Facsimile:   (954) 462-6899

Arthur S. Gold, Esq.
GOLD & COULSON
11 S. LaSalle Street, Suite 2500
Chicago, IL 60603
Telephone:   (312) 372-0777
Facsimile:   (312) 372-0778

Andrew Garcia, Esq.
Carlin Phillips, Esq.
PHILLIPS & GARCIA
13 Ventura Drive
North Dartmouth, MA 02747
Telephone:   (508) 998-0800
Facsimile:   (508) 998-0919

Susan L. Lawson, Esq.
230 East Davis Boulevard
Suite 200
Tampa, FL 33606
Telephone:   (813) 251-8879
Facsimile:   (813) 251-5786

Richard Bokor, Esq.
RICHARD BOKOR, P.A.
230 East Davis Boulevard
Tampa, FL 33606
Telephone:   (813) 251-1000
Facsimile:   (813) 254-6327

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 00-6061-CIV-ZLOCH/SNOW

DR. PAUL ZIDEL, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and COMMUNITY CARE NETWORK, INC., d/b/a CCN,

    Defendants
_____/

SALVATORE D. LARUSSO, D.C.          CASE NO. 01-8110

v.

FLORIDA FARM BUREAU,
_____/

### SETTLEMENT ADMINISTRATOR'S AFFIDAVIT

STATE OF FLORIDA    )
                             ) TO WIT:
COUNTY OF ALACHUA  )

Denise Kirkland, being first duly sworn according to law, deposes and states:

    1.    I am an adult over eighteen years of age and I am competent to make this Affidavit. I am employed by Florida Farm Bureau ("FFB") as a Claims Service Representative Lead, and in that capacity, I adjust PIP claims on behalf of FFB. I have prior experience in administering class actions settlements on behalf of FFB. I make this Affidavit based upon personal knowledge and upon personal knowledge of the business records and practices of FFB.

    2.    FFB was responsible for administering the settlement reached between the parties in this matter.

3. As I explained in an earlier affidavit filed with this Court [DE No. 1192], FFB mailed 1,826 notices of the settlement in June 2007 to potential members of the settlement class who were identified from FFB's business records.

4. A total of 103 Proof of Claim Forms were received postmarked on or before the claim deadline, August 17, 2007. After review of those forms and of records pertaining to those claimants, 48 were approved for payment. Letters were sent to those claimants whose Proof of Claim forms were not approved for payment advising them of this determination.

5. One Proof of Claim form was received post-marked after the claim deadline. A letter was sent to the claimant rejecting its claim as untimely.

6. A total of 35 class members submitted valid opt-out forms.

7. Between October 26, 2007 and December 24, 2007, I mailed settlement payment checks totaling $38,865.50 to the settlement class members whose Proof of Claim forms were approved for payment.

8. In October 2007, FFB paid class counsel's attorneys' fees and costs in the amount of $315,000 plus interest. That same month, FFB paid an incentive award of $15,000 to the class representative.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE TO THE BEST OF MY PERSONAL KNOWLEDGE, INFORMATION AND BELIEF.

_Denise Kirkland_
Denise Kirkland
Dated: January 15, 2008

Sworn and subscribed to
before me this 16 day
of January 2008.

_[signature]_
NOTARY PUBLIC
My commission Expires:

Notary Public State of Florida
Lindy Ann Butts
My Commission DD725331
Expires 12/01/2011